# EXHIBIT 3

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# AMENDED MINING PLAN

## PEAK MINERALS
## SEVIER PLAYA POTASH PROJECT
## BLM CASE FILE NUMBER UTU-88387
## UDOGM LMO PERMIT NUMBER M/027/0125



**10808 South River Front Parkway, Suite 343**
**South Jordan, Utah 84095**

August 2024

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# CONTENTS

1. **Introduction** ..................................................................................................... 1-1
   1.1. Project Overview ................................................................................ 1-1
      1.1.1. Plan Updates ......................................................................... 1-2
   1.2. History of Mineral Exploration and Development on the Sevier Playa ........... 1-9
   1.3. Mining Plan Document Overview ....................................................... 1-11
      1.3.1. Federal Mining Plan Requirements ..................................... 1-12
      1.3.2. State of Utah Mining Plan Requirements ........................... 1-15
   1.4. Project Objective ............................................................................. 1-22
   1.5. Property Location and Access ........................................................... 1-22
      1.5.1. Authorizations, Permits, Reviews, and Approvals ............... 1-23
      1.5.2. State of Utah Compliance ................................................... 1-23
      1.5.3. Local Compliance ................................................................ 1-24
      1.5.4. Potential Authorization, Permits, and Approvals ............... 1-24
   1.6. Applicant Committed Design Features ............................................. 1-26

2. **Operator Information** ................................................................................... 2-1
   2.1. Leased Lands ..................................................................................... 2-1
   2.2. Off-Lease Lands ................................................................................ 2-4
   2.3. Royalty Allocation and Unit Agreement and Operating Agreement ........... 2-5

3. **Characterization of the Environment** ......................................................... 3-1
   3.1. Physiography ..................................................................................... 3-1
   3.2. Geology ............................................................................................. 3-2
      3.2.1. Sedimentation and Associated Mineralization ................... 3-3
      3.2.2. Geologic Structure .............................................................. 3-3
      3.2.3. Mineralization ..................................................................... 3-4
   3.3. Hydrogeology .................................................................................... 3-5
   3.4. Climate .............................................................................................. 3-7
   3.5. Soils .................................................................................................. 3-8
   3.6. Vegetation ........................................................................................ 3-8

4. **Mineral Processing and Metallurgical Testing** ........................................ 4-1
   4.1. Identification of Major, Minor, and Deleterious Species ..................... 4-3
   4.2. Pond Crystallization Modeling .......................................................... 4-5
      4.2.1. Numerical Modeling ........................................................... 4-5
   4.3. Preliminary Conversion Tests ........................................................... 4-6
   4.4. Flotation Tests .................................................................................. 4-6
   4.5. Crystallization Tests ......................................................................... 4-7
   4.6. Bench-Scale Program ........................................................................ 4-8
   4.7. Pilot Program .................................................................................... 4-8
   4.8. Compaction Tests ............................................................................. 4-9

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.368    Page 4 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

4.9.    Process Modeling .................................................................................................. 4-11
4.10.    Summary of Throughput Calculations ................................................................. 4-12
    4.10.1.  Deleterious Minerals ............................................................................... 4-12
4.11.    Summary of Estimated Recovery ........................................................................ 4-12

5.    **Mineral Resource and Reserve Estimates** ................................................................. 5-1
    5.1.    Model Database ...................................................................................................... 5-1
        5.1.1.   Topography ............................................................................................... 5-1
        5.1.2.   Surface Mapping ...................................................................................... 5-2
        5.1.3.   Drillhole Data ........................................................................................... 5-2
        5.1.4.   Lithology ................................................................................................... 5-2
        5.1.5.   Carbonate Content .................................................................................. 5-3
        5.1.6.   Penetrometer Measurements .................................................................. 5-3
        5.1.7.   Moisture Content ..................................................................................... 5-3
        5.1.8.   Specific Gravity ....................................................................................... 5-3
        5.1.9.   Cation and Anion Analyses ..................................................................... 5-4
        5.1.10.  Anion Testing Methods ........................................................................... 5-5
        5.1.11.  Na$^+$ to Cl$^-$ Ratio ....................................................................................... 5-5
        5.1.12.  Anion Corrections .................................................................................... 5-5
    5.2.    Database Validation ............................................................................................. 5-7
        5.2.1.   Brine and Sediment Sample Analyses ................................................... 5-7
        5.2.2.   Other Geological Database Inputs .......................................................... 5-8
    5.3.    Geologic Model ..................................................................................................... 5-8
        5.3.1.   Spatial Correlation .................................................................................. 5-8
        5.3.2.   Brine Aquifer Interpolation ..................................................................... 5-9
        5.3.3.   Moisture and Brine Grade Interpolation ............................................... 5-10
        5.3.4.   Brine Aquifer Porosity Calculations ..................................................... 5-12
        5.3.5.   Geologic Model Validation .................................................................... 5-12
    5.4.    Mineral Resource Statement .............................................................................. 5-12
        5.4.1.   Total Porosity Basis .............................................................................. 5-13
        5.4.2.   Specific Yield (Sy) Basis ....................................................................... 5-13
        5.4.3.   Total Recovered Basis .......................................................................... 5-14
        5.4.4.   Cautionary Language ............................................................................ 5-14
    5.5.    Mineral Reserve Statement ................................................................................ 5-17
    5.6.    Summary and Conclusions ................................................................................. 5-19

6.    **Mining Methods, Project Development, and Operation** ........................................... 6-1
    6.1.    Mine Method Overview .......................................................................................... 6-1
    6.2.    Mine Layout and Design ........................................................................................ 6-2
        6.2.1.   Extraction Trenches ................................................................................. 6-4
        6.2.2.   Recharge System ..................................................................................... 6-6
        6.2.3.   Trench Construction Stages ................................................................... 6-11
        6.2.4.   Modeling to Support Extraction and Recharge Systems ...................... 6-12
        6.2.5.   Hydrogeological Modeling and Analysis for Extraction and Recharge ........... 6-13

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

6.2.6.    Evaporation Ponds Layout and Design ................................................. 6-14
6.2.7.    Control Structures, Pipes, and Pumps ................................................. 6-26
6.2.8.    Processing Facility ................................................................................ 6-26
6.2.9.    Waste Products ..................................................................................... 6-36

Source: Novopro and Stantec 2022 ........................................................................ 6-40

6.3.    Infrastructure .................................................................................................. 6-40
       6.3.1.    Current Conditions .............................................................................. 6-40
       6.3.2.    Power .................................................................................................... 6-40
       6.3.3.    Access Roads ....................................................................................... 6-43
       6.3.4.    Off-Lease Infrastructure Components .................................................. 6-46
       6.3.5.    Aggregate ............................................................................................. 6-48
       6.3.6.    Pipelines ............................................................................................... 6-48
6.4.    Geotechnical Investigations and Design ........................................................ 6-49
       6.4.1.    Geotechnical Foundation Model .......................................................... 6-49
       6.4.2.    Stability Analysis .................................................................................. 6-52
6.5.    Construction Schedule .................................................................................... 6-53
       6.5.1.    Evaporation Pond Development ........................................................... 6-55
       6.5.2.    Trench Construction Development ........................................................ 6-55
       6.5.3.    Canals, Trenches, and Sevier River Diversion Development ............. 6-55
       6.5.4.    Processing Facility Development .......................................................... 6-56
6.6.    Mine Life and Operational Phases .................................................................. 6-56
6.7.    Estimated Recovery Factors and Mine Life .................................................... 6-57
6.8.    Stripping Ratios ............................................................................................... 6-57
6.9.    Mining Equipment ........................................................................................... 6-57
6.10.   Water Management during Construction and Operations ............................... 6-61
6.11.   Mining Operations ........................................................................................... 6-62
       6.11.1.   Water .................................................................................................... 6-63
       6.11.2.   Fuel Storage ......................................................................................... 6-64
       6.11.3.   Waste Management .............................................................................. 6-66
       6.11.4.   Product Transport Logistics ................................................................. 6-67
       6.11.5.   Mining Compliance and Inspection Plan .............................................. 6-68
       6.11.6.   Disturbance over the Life of Project .................................................... 6-75

7.    Recovery Methods ................................................................................................... 7-1
7.1.    Solar Evaporation Ponds and Crystallization of Salts ..................................... 7-2
       7.1.1.    Preconcentration Ponds ........................................................................ 7-2
       7.1.2.    Production Ponds .................................................................................. 7-3
7.2.    Process Feed .................................................................................................... 7-3
       7.2.1.    Wet Processing Area ............................................................................. 7-3
       7.2.2.    Salts Crushing ....................................................................................... 7-4
       7.2.3.    MOP Dissolution ................................................................................... 7-4
       7.2.4.    Heat Management .................................................................................. 7-4
       7.2.5.    Dry Processing Area .............................................................................. 7-4

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| | | |
|---|---|---|
| 7.3. | Conversion Reactor | 7-5 |
| 7.4. | Conditioning and Flotation | 7-6 |
| 7.5. | Schoenite Leach Reactor | 7-7 |
| 7.6. | Tailings Leach | 7-7 |
| 7.7. | SOP Crystallization | 7-7 |
| 7.8. | Product Drying, Handling, and Shipping | 7-7 |
| 7.9. | Associated Minerals Production | 7-8 |
| **8.** | **Ultimate Maximum Recovery** | **8-1** |
| 8.1. | Increased Potash Production Rate through Enhanced Aquifer Recharge | 8-1 |
| 8.2. | Resource Optimization | 8-1 |
| **9.** | **Environmental Factors** | **9-1** |
| 9.1. | Water Use and Potential Pollution | 9-1 |
| 9.1.1. | Dust Suppression | 9-1 |
| 9.1.2. | Water Rights | 9-2 |
| 9.1.3. | Potential Pollutants | 9-2 |
| 9.2. | Deleterious Material | 9-4 |
| 9.3. | Stormwater Management and Erosion Control | 9-4 |
| 9.4. | Environmental Protection and Public Health and Safety | 9-5 |
| 9.4.1. | Fire Prevention and Control | 9-5 |
| 9.4.2. | Subsidence | 9-5 |
| 9.4.3. | Surface Water and Groundwater Pollution | 9-6 |
| 9.4.4. | Air Resources | 9-8 |
| 9.4.5. | Livestock Grazing | 9-9 |
| 9.4.6. | Natural Resources | 9-10 |
| 9.4.7. | Wildlife | 9-10 |
| 9.4.8. | Threatened, Endangered, Candidate, or Sensitive Species | 9-11 |
| 9.4.9. | Migratory Birds | 9-12 |
| 9.4.10. | Vegetation | 9-13 |
| 9.4.11. | Wetlands | 9-13 |
| 9.4.12. | Riparian Areas | 9-14 |
| 9.4.13. | Cultural Resources | 9-14 |
| **10.** | **Reclamation Plan** | **10-1** |
| **11.** | **Literature Cited** | **11-1** |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# APPENDICES

Appendix A.    As-Built Drawings

Appendix B.    Confidential Technical References

Appendix C.    Publicly Available Technical References

Appendix D.    Royalty Allocation and Unit Agreement

Appendix E.    Applicant Committed Design Features

# LIST OF TABLES

Table 1-1.   Cross-Walk Summary Table of 2019 Mining Plan Compared to Amended Mining Plan........1-4
Table 1-2.   43 CFR Subpart 3592 and Mining Plan Cross Reference .....................................................1-12
Table 1-3.   BLM Lease Special Stipulation Cross Reference ..................................................................1-14
Table 1-4.   UAC R647-4 and Mining Plan Cross Reference ...................................................................1-17
Table 1-5.   Potential Authorizations, Permits, Reviews, and Approvals ................................................1-24
Table 2-1.   Summary and General Description of the Sevier Playa Leases ............................................2-2
Table 2-2.   Summary of Federal Potassium Mineral Leases Held by Peak Minerals Inc. .....................2-2
Table 2-3.   Summary of Federal Potassium Mineral Leases Held by LUMA Minerals, LLC ..................2-4
Table 2-4.   Summary of State Potash Mineral Leases Held by Peak Minerals Inc. ................................2-4
Table 4-1.   Mineral Processing and Metallurgical Test Summary ...........................................................4-1
Table 4-2.   Results of Hazen Analysis: Concentration of Ions ...............................................................4-4
Table 4-3.   Summary of Analytical Values Used in Modeling...................................................................4-4
Table 4-4.   Minerals Crystallized in the Preconcentration Pond..............................................................4-5
Table 4-5.   Minerals Crystallized in Production Ponds.............................................................................4-5
Table 4-6.   Pond Brine Specific Gravity ..................................................................................................4-5
Table 4-7.   Synthetic Brine Concentrations Used in Flotation Testing....................................................4-7
Table 4-8.   Plant Recoveries ..................................................................................................................4-13
Table 5-1.   Brine Aquifer Intercepts and Thickness ...............................................................................5-2
Table 5-2.   Sediment Moisture Content Univariate Statistics..................................................................5-3
Table 5-3.   In-Situ Specific Gravity Univariate Statistics........................................................................5-4
Table 5-4.   Cation and Anion Univariate Statistics Presented (mg/L) .....................................................5-6
Table 5-5.   Carlson© Brine Aquifer Model Setup and Estimation Parameters........................................5-9
Table 5-6.   MineSight® Model Setup and Brine Aquifer Estimation Parameters...................................5-10
Table 5-7.   Geologic Model Estimation Methods...................................................................................5-11
Table 5-8.   Total Porosity Basis Brine Mineral Resource Estimate–Effective September 21, 2022.......5-15
Table 5-9.   Specific Yield Basis Brine Mineral Resource Estimate–Effective September 21, 2022 ........5-15
Table 5-10. Total Recoverable Basis Brine Mineral Resource Estimate–Effective September 21,
            2022......................................................................................................................................5-15
Table 5-11. Brine Potash Mineral Resource Summary-Effective September 21, 2022..........................5-16
Table 5-12. Available Potassium Mineral Reserves................................................................................5-17
Table 5-13. Total Mineral Reserve Potassium Sulfate...........................................................................5-18
Table 5-14. Remaining In-Place Mineral Resource................................................................................5-18

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.372    Page 8 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Table 6-1.  Extraction System – Lengths and Excavation Quantities .........................................6-6
Table 6-2.  Recharge System – Lengths and Excavation Quantities.........................................6-11
Table 6-3.  Preconcentration Pond Areas ...............................................................................6-16
Table 6-4.  Preconcentration Pond Design Factors .................................................................6-17
Table 6-5.  Back-mix Pond Areas............................................................................................6-19
Table 6-6.  Production Pond Areas..........................................................................................6-20
Table 6-7.  Production Pond Design Factors ...........................................................................6-20
Table 6-8.  Production Ponds Berm Data and Weir Widths.....................................................6-21
Table 6-9.  Pond Target Concentrations..................................................................................6-23
Table 6-10. Building Sizes and Construction Materials ...........................................................6-29
Table 6-11. Anticipated Tailings Composition .........................................................................6-38
Table 6-12. Type 2 Tailings ....................................................................................................6-39
Table 6-13. Type 3 Tailings ....................................................................................................6-39
Table 6-14. Design Criteria for Evaporation Pond Berms........................................................6-50
Table 6-15. Material Parameters.............................................................................................6-50
Table 6-16. Wave Run-up Estimate Results ...........................................................................6-51
Table 6-17. Phase 1 Project Implementation Schedule ...........................................................6-54
Table 6-18. Trench Build-out Schedule ...................................................................................6-56
Table 6-19a.   Summary of Equipment Needed for the first year of Initial Construction of the
           Project ...................................................................................................6-59
Table 6-19b.   Summary of Equipment Needed for Operations and Maintenance............................6-60
Table 7-1.  Production Pond Salts Mineral Precipitation ..........................................................7-1
Table 7-2.  Conversion Circuit Design Information ....................................................................7-6
Table 9-1.  Dust Control Options..............................................................................................9-2
Table 9-2.  Approved Water Rights Applications by the Utah Division of Water Rights.........................9-2

## LIST OF FIGURES

Figure 1-1   Regional Vicinity
Figure 1-2   Project Area
Figure 2-1   Sevier Playa Leaseholds
Figure 3-1   Surface Geology
Figure 3-2   Fault Zones
Figure 3-3   Gravity Survey Sections
Figure 3-4   Typical Stratigraphy
Figure 3-5   Water Resources Analysis Area
Figure 3-6   Artesian Areas
Figure 4-1   METSIM Screenshot – Harvest Ponds
Figure 5-1   Scatter Plot of $Na^+$ versus SG
Figure 5-2   Comparison of Blind Duplicate $K^+$ Values to Original Brine Samples
Figure 5-3   Playa Cross Sections
Figure 5-4   Brine Horizon Thickness (feet)
Figure 5-5   Brine Horizon Floor Elevation (feet)

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.373    Page 9 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Figure 5-6    Data Distribution Major Ions and Moisture
Figure 5-7    Semi-Variograms
Figure 5-8    Brine Aquifer Gravimetric Moisture (%)
Figure 5-9    Major Brine Cations Sodium (mg/L)
Figure 5-10  Major Brine Cations Magnesium (mg/L)
Figure 5-11  Major Brine Cations Potassium (mg/L)
Figure 5-12  Major Brine Cations Chloride (mg/L)
Figure 5-13  Major Brine Cations Sulfate (mg/L)
Figure 5-14  Model Swath Plots W-E 1,000 m Interval
Figure 5-15  Model Swath Plots N-S 1,000 m Interval
Figure 5-16  Brine Resource Classification
Figure 6-1    Simplified Block Diagram of the Processing Facility
Figure 6-2a  Mine Plan - Phase 1 and 2
Figure 6-2b  Mine Plan – Phase 1

Figure 6-2c  Mine Area – Playa and Surrounding Area Topography
Figure 6-3    Year 1 Constructed Mine Infrastructure
Figure 6-4    Year 6 Constructed Mine Infrastructure
Figure 6-5    Year 9 Constructed Mine Infrastructure
Figure 6-6    Variable Slope Extraction Trench General Profile
Figure 6-7    Sloped Extraction Trench General Profile
Figure 6-8    Recharge Trench General Profile
Figure 6-9    Plan View Sevier River Diversion Canal and Berm
Figure 6-10  Sevier River Drop Structure Typical Details
Figure 6-11  Diversion Canal Plan and Profile
Figure 6-12  Diversion Canal Cross-Sections
Figure 6-13  Recharge Canal Cross-Section
Figure 6-14  General Arrangement Typical Pump Station
Figure 6-15  Modeled Marl Clay Immobile Potassium Concentrations at 8 Years
Figure 6-16  Modeled Marl Clay Immobile Potassium Concentrations at 16 Years
Figure 6-17  Modeled Marl Clay Immobile Potassium Concentrations at 25 Years
Figure 6-18  Preconcentration Ponds Plan View
Figure 6-19  Production Pond Plan View
Figure 6-20  Pond Typical Road Cross Sections
Figure 6-21  Typical Weir Configuration
Figure 6-22  Brine Transfer Canal, Typical Cross Section
Figure 6-23  REMOVED
Figure 6-24  Axial Flow Pump General Arrangement
Figure 6-25  Vertical Turbine Pump General Arrangement
Figure 6-26  Mobile Axial Pump General Arrangement
Figure 6-27  Bittern Waste Ponds Expansion Plan View
Figure 6-28  Bittern Waste Pond Typical Cross Section
Figure 6-29  Processing Facility Detailed Layout
Figure 6-30  Existing Project Area Conditions as of March 2013
Figure 6-31  Processing Facility, Crystal Peak Road, and Rail Loadout Facility

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.374    Page 10 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Figure 6-32 Project Access Roads and Playa Access Road
Figure 6-33 Two Trailer, One-pull Truck Transport Unit
Figure 6-34 Product Distribution System

# ABBREVIATIONS

| | |
|---|---|
| °C | Degree(s) Celsius |
| °F | Degree(s) Fahrenheit |
| ac-ft/yr | Acre-feet per Year |
| Aero-Graphics | Aero-Graphics Inc. |
| amsl | Above Mean Sea Level |
| Amended Mining Plan | *Amended Mining Plan for the Sevier Playa Potash Project* |
| AO | Authorized Officer |
| APLIC | Avian Power Line Interaction Committee |
| AWAL | American West Analytical Laboratories |
| AWMP | *Adaptive Wildlife Management Plan* |
| bcy | Bank Cubic Yards |
| bgs | Below Ground Surface |
| BLM | Bureau of Land Management |
| CFR | Code of Federal Regulations |
| cfs | Cubic Feet per Second |
| CH2M | CH2M Hill Ltd. |
| CIM | Canadian Institute of Mining, Metallurgy, and Petroleum |
| Company | Peak Minerals Inc. |
| CPM | Crystal Peak Minerals Inc. |
| CPMC | Crystal Peak Minerals Corporation |
| CPT | Cone Penetration Tests |
| cy | Cubic Yards |
| DEM | Digital Elevation Model |
| E | Easting |
| EA | Environmental Assessment |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| ECIP | *Environmental Compliance and Inspection Plan* |
|------|------|
| EIS | Environmental Impact Statement |
| EMR | EMR Capital Resources Fund 1, LP |
| EPA | U.S. Environmental Protection Agency |
| ESA | Endangered Species Act |
| Equivalents/L | Equivalents per Liter |
| Exploration EA | DOI-BLM-UT-W020-2011-015-EA |
| FCZ | Fat Clay Zone |
| FDCP | *Fugitive Dust Control Plan* |
| FFO | Fillmore Field Office |
| FLPMA | Federal Land Policy and Management Act |
| FLSmidth | FLSmidth Minerals Ltd. |
| FONSI | Finding of No Significant Impact |
| FoS | Factor of Safety |
| FS | Feasibility Study |
| Ft$^3$ | foot cubed |
| ft/day | Feet per Day |
| ft$^2$/day | Square Feet per Day |
| FWBS | Fresh Water Baseline Study |
| gpd | Gallon(s) per Day |
| gpm | Gallon(s) per Minute |
| gram/L | Gram(s) per Liter |
| GVW | Gross Vehicle Weight |
| Hazen | Hazen Research |
| HDPE | High-density Polyethylene |
| IGES | Intermountain GeoEnvironmental Services, Inc. |
| kVA | kilovolt ampere |
| lb/in$^2$ | Pound(s) per Square Inch |
| lbs | Pounds |
| Leasing EA | DOI-BLM-UT-W020-2010-014-EA |

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| | |
|---|---|
| LGP | Low Ground Pressure |
| LPG | Liquefied Petroleum Gas |
| LiDAR | Light Detecting and Ranging |
| LoM | Life of Mine |
| LUMA | LUMA Minerals, LLC |
| m | Meter(s) |
| $m^3$ | Cubic Meter(s) |
| MCZ | Marl Clay Zone |
| MFSF | MODFLOW SURFACT |
| mg/L | Milligram(s) per Liter |
| Mining Plan | Mining Plan for the Sevier Playa Potash Project |
| mm | Millimeter |
| Moles/L | Moles per Liter |
| MOP | Muriate of Potash |
| mph | Miles per Hour |
| Mt | Million Metric Tonnes |
| Mton | Million U.S. Customary Ton(s) |
| N | Northing |
| NAAQS | National Ambient Air Quality Standards |
| NAD | North American Datum |
| NEPA | National Environmental Policy Act |
| NI | National Instrument |
| Novopro | Novopro Projects Inc. |
| NRCS | Natural Resources Conservation Service |
| O&M | Operations and Maintenance |
| Peak Minerals | Peak Minerals Inc. |
| PHREEQ | pH Redox Equilibrium |
| PFS | Preliminary Feasibility Study |
| $PM_{10}$ | Particulate matter smaller than 10 microns in aerodynamic diameter |
| $PM_{2.5}$ | Particulate matter smaller than 2.5 microns in aerodynamic diameter |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| PRISM | Parameter-elevation Regressions on Independent Slopes Model |
| POD | Plan of Development |
| PRB | Process Recycle Brine |
| Project | Sevier Playa Potash Project |
| PSD | Particle Size Distribution |
| QA/QC | Quality Assurance/Quality Control |
| QP | Qualified Person |
| RCRA | Resource Conservation and Recovery Act |
| Reclamation Plan | *Reclamation Plan for Peak Minerals Sevier Playa Potash Project* |
| RMP | Resource Management Plan |
| ROD | Record of Decision |
| ROW | right-of-way |
| ROWs | rights-of-way |
| Salada | Salada Minerals LLC |
| SCS | Soil Conservation Service |
| SCZ | Siliceous Clay Zone |
| SDRI | Sealed Double Ring Infiltrometer |
| SF-299 | Standard Form 299 |
| SG | Specific Gravity |
| SGS | SGS North America |
| SHWHMMP | Solid and Hazardous Waste and Hazardous Materials Management Plan |
| SOP | Sulfate of Potash |
| SPCC | Spill Prevention, Control, and Countermeasures |
| SR 257 | Utah State Route 257 |
| STPA | Short tons per Annum |
| Study | Rescoping Study |
| SWCA | SWCA Environmental Consultants |
| SWPPP | *Stormwater Pollution Prevention Plan* |
| TDS | Total Dissolved Solids |
| TLA | Utah Trust Lands Administration |

Case 2:25-cv-00657     Document 1-3     Filed 08/07/25     PageID.378     Page 14 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| | |
|---|---|
| TMA | Tailings Management Area |
| ton | U.S. Customary Ton |
| tonne or t | Metric Tonne(s) |
| tons/yr | U.S. Customary Tons per Year |
| UAC | Utah Administrative Code |
| UCA | Utah Code Annotated |
| UDAQ | Utah Division of Air Quality |
| UDOGM | Utah Division of Oil Gas and Mining |
| UDOT | Utah Department of Transportation |
| UDWQ | Utah Division of Water Quality |
| UDWR | Utah Division of Wildlife Resources |
| UDWRi | Utah Division of Water Rights |
| UPDES | Utah Pollutant Discharge Elimination System |
| UPRR | Union Pacific Railroad |
| USACE | U.S. Army Corps of Engineers |
| USC | United States Code |
| USGS | U.S. Geological Survey |
| UTM | Universal Transverse Mercator |
| VFD | Variable Frequency Drives |
| WMP | *Water Monitoring Plan* |
| WSRA RMP | *Warm Springs Resource Area, The Resource Management Plan, Record of Decision Rangeland Program Summary* |
| Wt% | Weight Percent |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## MINERALS, FORMULAS, ALTERNATIVE FORMULAS, AND ALTERNATIVE NAMES

| Mineral | Formula | Alternative Formula | Alternative Name |
|---|---|---|---|
| Anhydrite | $CaSO_4$ | | Anhydrous calcium sulfate |
| Astrakanite | $Na_2SO_4 \bullet MgSO_4 \bullet 4H_2O$ | | Bloedite |
| Bitterns | $MgCl_2$ or $MgSO_4$ | | |
| Calcium | $Ca^{2+}$ | | |
| Carbonate | $CO_3^{2-}$ | | |
| Carnallite | $KMgCl_3 \bullet 6H_2O$ | | |
| Chloride | $Cl^-$ | | |
| Cranswickite | $MgSO_4 \bullet 4H_2O$ | | Starkeyite |
| Epsomite | $MgSO_4 \bullet 7H_2O$ | | |
| Glauberite | $Na_2SO_4 \bullet CaSO_4$ | $Na_2Ca(SO_4)_2$ | |
| Gypsum | $CaSO_4 \bullet 2H_2O$ | | |
| Halite | $NaCl$ | | Sodium chloride, common salt |
| Hexahydrite | $MgSO_4 \bullet 6H_2O$ | | |
| Kainite | $MgSO_4 \bullet KCl \bullet 3H_2O$ | $KMgSO_4Cl \bullet 3H_2O$ | |
| Leonite | $K_2SO_4 \bullet MgSO_4 \bullet 4H_2O$ | $K_2Mg(SO_4)_2 \bullet 4H_2O$ | |
| Lithium | $Li^+$ | | |
| Magnesium | $Mg^{2+}$ | | |
| Magnesium chloride | $MgCl_2$ | | |
| Magnesium sulfate | $MgSO_4$ | | |
| Pentahydrite | $MgSO_4 \bullet 5H_2O$ | | |
| Picromerite | $K_2SO_4 \bullet MgSO_4 \bullet 6H_2O$ | $K_2Mg(SO_4)_2 \bullet 6H_2O$ | Schoenite |
| Polyhalite | $K_2Ca_2Mg(SO_4)_4 \bullet 2H_2O$ | | Hydrated potassium calcium magnesium sulfate |
| Potassium | $K^+$ | | |
| Potassium Chloride | $KCl$ | | Muriate of potash (MOP) |
| Potassium sulfate | $K_2SO_4$ | | Sulfate of potassium (SOP) |
| Potassium magnesium sulfate | $K_2SO_4 \bullet Mg_2(SO_4)_2$ | $K_2Mg[SO_4]_3$ | Sulfate of potassium magnesium (SOPM) |

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Mineral | Formula | Alternative Formula | Alternative Name |
|---|---|---|---|
| Sodium | $Na^+$ | | |
| Sulfate | $SO_4^{2-}$ | | |
| Sylvite (potassium chloride) | $KCl$ | | |
| Thenardite | $Na_2SO_4$ | | Salt cake, sodium sulfate |
| Water | $H_2O$ | | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# 1.   INTRODUCTION

## 1.1.   Project Overview

Peak Minerals Inc. (Peak Minerals) controls, either directly or through agreement, the right to develop and operate potassium mineral leases on approximately 118,000 acres of federal land administered by the U.S. Bureau of Land Management (BLM), as well as potash mineral leases on an additional approximately 6,400 acres of state lands managed by the State of Utah School and Institutional Trust Lands Administration (TLA) on the Sevier Playa property in Millard County, Utah (**Figure 1-1**), for a total of approximately 124,220 acres (**Figure 1-2**).

Peak Minerals is proposing to construct and operate the Sevier Playa Potash Project (Sevier Playa Project, or the Project) that would be designed to produce average annual production of approximately 215,000 short United States (U.S) tons per year (tons/yr) of potash in the form of sulfate of potash (SOP, or potassium sulfate), as well as other associated mineral products. Current plans focus on resources within the south half of the Sevier Playa, referred to as Phase 1. The Project's Phase 1 life would be approximately 25 years. This does not include the time required to complete decommissioning and final reclamation. The first five years would include construction and a ramp-up period to full production. Additionally, Peak Minerals would conduct exploration activities to collect hydrologic and geochemical data to further assess the timing and feasibility of developing mining activities on the northern portion of the playa and assess options to produce additional products (Phase 2). **Figure 6-2a** provides a notional design subject to change showing the Phase 2 features. These features are presented for the agency information but are subject to change once additional data is collected and designs are finalized.

Project brines extracted from the Sevier Playa sediments would be concentrated by solar evaporation. The potassium-rich salts, precipitated in Production Ponds, would be harvested and processed in a modern crystallization plant, referred to as the Processing Facility, to produce a saleable SOP product, as well as other associated minerals. Refer to **Sections 7.9** and **8** for a discussion on associated minerals. SOP is a soluble mineral containing potassium that is used primarily as fertilizer.

The Project would feature recharge and extraction trenches at the surface of the mineral extraction area as a method of recovery of the potassium-rich brines. Recharge waters would be collected from natural precipitation and from the Sevier River. Evaporation ponds would be used for recovery of the crude salts. The salts would be harvested using mobile equipment and sent to the Processing Facility for beneficiation producing SOP. The Processing Facility will produce commercial grade SOP after the Production Ponds have matured.

Potassium is defined by regulation as a solid leasable mineral under Title 43 of the Code of Federal Regulations (CFR) Part 3500 (43 CFR 3500) and the Mineral Leasing Act of 1920 (30 United States Code [USC] 181 et seq.). The federal lands leased for the Project are public lands, administered by the BLM.

Peak Minerals acquired the State of Utah potash leases from EMP Mining Ventures Inc. in 2019. Potash is classified and defined in Utah Administrative Code R850-25-100(1)(b) (collectively "leased substances"). The state lands leased for the Project are school trust lands administered by TLA.

Potassium and potash leases, collectively referred to as potash leases, grant the lessee the exclusive right and privilege to explore for, drill for, mine, extract, remove, beneficiate, concentrate, or otherwise process

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

and dispose of the potassium deposits, and other associated minerals. The extraction and development of the leased deposits are only allowed in accordance with the lease and associated stipulations, and under an approved mining plan, as well as being subject to other required state and federal approvals.

The leases within the Project are held by two entities:

- Peak Minerals Inc.; and

- LUMA Minerals, LLC (LUMA).

### 1.1.1.    Plan Updates

As described below (Section 1.2) since the publishing of the Final Environmental Impact Statement (FEIS) (BLM 2019a) and Record of Decision (BLM 2019b), Peak Minerals has undergone several additional studies to optimize the Project. Under this *Amended Mining Plan for the Sevier Playa Potash Project* (Amended Mining Plan), the key changes and optimization opportunities include:

- Project Scale:
  - Phase 1 (215,000 short tons per annum [stpa])–southern marl clay-based resource only.

- Resource and Reserve:
  - Measured Resource classification changed to Indicated Resource to better comply with Canadian Institute of Mining, Metallurgy and Petroleum (CIM) Standards;
  - Reserves for southern marl clay only, probable reserves only;
  - Cut-off grade developed.

- Mine Plan:
  - Recharge water system simplified;
  - Mine plan modified to optimize phasing of earthworks and brine delivery to Preconcentration Ponds;
  - Life of mine changed from 30 years to 25 years for Phase 1;
  - Mine plan provides higher grade brine during first five years to mitigate start-up risk;
  - Updated extraction and recharge trench alignment, and brine conveyance to accommodate improved brine flow to Preconcentration Ponds;
  - New hybrid and sloped extraction trench design–simplified construction methodology, improved productivity performance, enhanced long term stability;
  - All siliceous clay wells eliminated from Phase 1 mine plan due to economic limitations. This leaves one million short tons of SOP available for either future development of wells to offset unlikely brine production short-falls, or to expand production, or for a future leasee to implement a well extraction program;
  - On-playa infrastructure optimized including brine transfer and perimeter recharge water canal placement; and
  - Redesign of perimeter road and renamed to the Playa Access Road.

- Evaporation Ponds:
  - Preconcentration and Production Pond design optimization;
  - Bitterns back-mix system added to the Production Ponds system;

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

- o Halite (NaCl) wet harvesting of the Preconcentration Ponds via a dredge and solid NaCl storage areas added for additional K recovery;
- o Meteorological data collected from October 2017 to October 2021 indicates ~25 percent improvement in evaporation rates;
- o Overall smaller pond footprint–increase in slope of both interior and exterior berms;
- o Update of pond layouts–relocation of Preconcentration Ponds to minimize brine conveyance distance, and Production Ponds placement optimized
- o Filter cake storage within the tailings management area (TMA) relocated, previously referred to as the Tailings Storage Area;
- o Purge Brine within the Bittern Waste Ponds relocated, previously referred to as the Purge Brine Storage Pond;
- o Wet harvesting of NaCl and entrained brine captured in design–eliminates costly and logistically challenging berm raises over the life of mine (LoM);
- o Back-mix pond added to design.

- Processing Facility:
  - o Plant design optimized for simpler piping and more access;
  - o Standard SOP removed from the design;
  - o Improved overall recovery;
  - o Back-mix process results in increase in harvested K-grade, reduction in crude salt harvest operation;
  - o Increased the Muriate of Potash (MOP) addition to playa ratio from 50 percent to 100 percent;
  - o Reduced flotation losses due to colder conversion temperature;
  - o Leach unit operation improved–68 degrees Fahrenheit (°F) conversion;
  - o Plant size reduction from 372,000 stpa to 215,000 stpa results in reduced quantities in all areas;
  - o Optimization of the plant operating temperatures to increase recovery and improve operations;
  - o A Phase 2 to more than double the SOP production capacity referenced as an opportunity.

- Rail Loadout:
  - o Rail loadout developed as an Engineering, Procurement, and Construction (EPC) Build-Own-Operate (BOO) contract;
  - o Potential relocation of the rail loadout from the Crystal Peak Road to Milford resulting in material capital savings;
  - o Site footprint reduced, rail length reduced, product storage optimized;
  - o Logistics;
  - o Product transport developed as a BOO contract;
  - o Potential synergies are also being explored with Utah Inland Port Authority and Smithfield that will be further developed and included in later revisions of the Mine Plan, as information germane to environmental impact is understood.

- Estimate:

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

o Improved estimation accuracy of capital costs (CAPEX) and operating costs (OPEX) due to more extensive unit rate investigation.

**Table 1-1** below is a cross-walk table providing a summary of these changes and the differences between the features presented in the 2019 FEIS and ROD, and the supporting Mining Plan versus this Amended Mining Plan.

**Table 1-1.    Cross-Walk Summary Table of 2019 Mining Plan Compared to Amended Mining Plan**

| EIS Terminology | Revised Terminology, if applicable | Comment |
|---|---|---|
| **Extraction System** | | |
| Extraction Trench | | Reduced miles of trenches, and change in location and orientation to southern half of playa |
| Extraction Canal [main, north-south] | Removed | Removed this feature |
| Extraction Well | Removed | Removed this feature |
| **Recharge System** | | |
| Recharge Trench | | Reduced miles of trenches, and change in location and orientation to southern half of playa |
| Recharge Canal | | Reduced miles of canal, and change in location to southern edge of playa |
| Diversion Berm [proposed action] | | No change |
| Diversion Canal/Channel | | No change |
| Diversion Canal [proposed action] | | No change |
| Diversion Channel and Berm [alternative] | Removed | Removed this feature |
| Diversion Sump | | No change |
| Drop Structure [with overland access] | | No change |
| Recharge Collector [includes off-lease segments A, B, and C] | | Reduced miles of trenches, and change in location and orientation to southern half of playa. Removed off-lease segments A, B and C - all collectors are now on lease |
| **Evaporation Ponds** | | |
| Preconcentration Ponds | | Reduction in footprint, change in layout, and added two salt pads |
| Heel Brine Pond | Removed | Removed this feature |

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| EIS Terminology | Revised Terminology, if applicable | Comment |
|---|---|---|
| Production Ponds | | Reduction in footprint, change in layout, and added additional ponds, pipelines, etc. noted below |
| | Harvest Ponds (H1:A-C, and H2:A-C) | Original Plan had H1:A-D, H2:A-D, H3:A-D and H4:A-D. |
| | Back mix ponds (BM1 - BM4) | Added feature |
| Process Recycle Brine Pipeline | | Transfers recycle brine from Processing Facility to PRB Pond |
| | Process Recycle Brine Pond Discharge Pipeline | Added feature - Transfers recycle brine from PRB Pond to Brine Mixing Sump |
| Tailings Leach Pipeline | Tailings Leach Brine Pipeline | Transfers playa brine from select Extraction Trenches to Processing Facility |
| Brine Feed Sump | Concrete Brine Mixing Pit | |
| Brine Feed Canal | Removed | Removed this feature |
| Purge Brine Canal | Removed | Removed this feature |
| Process Recycle Buffer Pond | PRB Pond | Change in footprint and location |
| | Bittern Brine Pond | Added feature |
| | Bittern Back Mix Brine Pipeline | Added feature - Transfers bitterns from bittern brine pond to Brine Mixing Sump |
| Brine Transfer Canal/Pipeline | | Reduced miles of canal and change in location and orientation to southern half of playa. |
| Brine Transfer Canal Segments 1, 2, and 3 [off-lease] | | Removed off-lease segments 1, 2 and 3 - now all on-lease |
| **Processing Facility** | | |
| Feed Stockpile | | No change |
| Concentrator Feed Belt | | No change |
| Concentrator Building | | No change |
| Propane Storage Tank | | No change |
| Water Storage Tank [process supply and fire water] | | No change |
| Processing Facility Communication Tower | | No change |
| Haul Roads | | Haul road locations modified, due to Production Pond system layout modifications. Removed Haul Road Spurs |
| Vehicle Maintenance Shop | | No change |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| EIS Terminology | Revised Terminology, if applicable | Comment |
|---|---|---|
| Warehouse | | No change |
| **Waste Product Storage Area** | | |
| Purge Brine Pipeline | | Removed feature |
| Purge Brine Storage Pond(s) | Bittern Waste Ponds | Revised name and locations and will have 5 ponds |
| Tailings Storage Area [stores Filter Cake Tailings] | Tailings Management Area | Revised name and location |
| **Power and Communication Lines** | | |
| 69-kV Power and Communication Line | | No change |
| Power Line Access Road | | No change |
| North Playa Substation | | Revised location from BLM to TLA |
| 25-kV Power Line [Provides power to Preconcentration Pond pumps] | | Revised location due to change in Preconcentration Pond location – removed one off-lease segment |
| 25-kV Power Line Access Road [Allows access between the Power Line Access Road and Perimeter Road] | | Change in location of 25-kV Power Line – will now utilize Access Road Segment B and will refer to it as the 25-kV Power Line Access Road |
| Processing Facility Substation | | No change |
| 12.47-kV Power and Communication Line [Processing Facility to Rail Loadout Facility] | | No change |
| 12.47-kV Power Line [provides power to Production Pond pumps] | | Revised location due to change in Production Pond location - now all on-lease |
| Rail Loadout Facility Substation | | No change |
| Extraction Well Power Supply | Removed | Removed feature |
| Steel box [houses batteries] | Removed | Removed feature |
| Wiring [between batteries and solar panels] | Removed | Removed feature |
| Solar Panel(s) | Removed | Removed feature |
| Recharge Canal and Brine Transfer Canal Power Supply | | Feature will be powered via 25-kV Power Line |
| Steel box [houses batteries] | Removed | Removed feature |
| Wiring [between batteries and solar panels] | Removed | Removed feature |

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| EIS Terminology | Revised Terminology, if applicable | Comment |
|---|---|---|
| Solar Panel(s) | Removed | Removed feature |
| Solar Array [large sets of solar panels at some pumps] | Removed | Removed feature |
| Temporary Use Area [acronym: TUA] | | Change in location due to realignment of power lines |
| Temporary Overland Power Access Route | | No change |
| **Communication Towers** | | |
| Long Ridge Communication Tower | | No change |
| Long Ridge Access Road [existing] | | No change |
| Black Rock Communication Tower | | No change |
| Black Rock Substation Access Road [existing] | | No change |
| **Natural Gas Pipeline** | | |
| Kern River Valve Station [existing] | | No change |
| Natural Gas Pipeline Spur | | No change |
| Natural Gas Pipeline Access Road [numbered IA, IB, 2, 3, 4, SA, SB, 6, 7, 8] | | No change |
| **Rail Facilities** | | |
| Rail Loadout Facility | | No change |
| Rail Spur | | No change |
| Rail Spur Access Corridor | | No change |
| Rail Loadout Facility Access Road [numbered I and 2] | | No change |
| **Water Supply Facilities** | | |
| Water Supply Well [numbered 1, 2, 3, 4, west to east] | | No change |
| Water Supply Pipeline [6-inch main] | | No change |
| Water Supply Pipeline Spur [4-inch from individual wells to Water Supply Pipeline, each numbered to match its | | No change |

*Amended Mining Plan for the Sevier Play Potash Project*
*August 2024*

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| EIS Terminology | Revised Terminology, if applicable | Comment |
|---|---|---|
| corresponding water supply well] | | |
| Water Supply Well Access Road [each numbered to match its corresponding water supply well] | | No change |
| 12.47-kV Power Line Spur [from the 12.47-kV Power and Communication Line to each water supply well, numbered to match its corresponding water supply well] | | No change |
| **Access Roads** | | |
| Perimeter Road | Playa Access Road | Change in name, reduced miles of road, and change in location and orientation to southern half of playa. |
| Perimeter Road Segment [off-lease, numbered I through I I] | Playa Access Road Segment 1 | With reduced length of Playa Access Road, removed numerous segments off-lease, now only one segment off-lease |
| Perimeter Road Spur [on-lease, numbered I through 6 (IA provides drop structure access)] | Playa Access Road Spur | |
| Perimeter Road Turnouts [one per mile] | Playa Access Road Turnouts [one per mile] | With reduced length of Playa Access Road, removed numerous turnouts - now only one turnout off-lease |
| Access Road Segments [A, B, Cl, C2, DI, D2, E, F, and G] | | Road Segment B will now provide access along the 25-kV Power Line |
| **Gravel Pits** | | |
| Pass Federal Pit | | No change |
| Playa Federal Pit | | No change |
| Playa SITLA Pit | | No change |
| **Roads** | | |
| Hwy6 | | No change |
| Hwy 6/50 | | No change |
| Hwy 50 | | No change |
| SR 21 | | No change |
| SR 130 | | No change |
| SR 132 | | No change |
| SR 257 | | No change |

*Amended Mining Plan for the Sevier Play Potash Project*
*August 2024*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| EIS Terminology | Revised Terminology, if applicable | Comment |
|---|---|---|
| SR 257 Cutoff Road | | No change |
| Headlight Canyon Road | | No change |
| Antelope Springs Road | | No change |
| Steamboat Pass Road | | No change |

## 1.2.    History of Mineral Exploration and Development on the Sevier Playa

As early as the late 1800s, various topographic surveys were conducted in the Sevier Playa region. In 1869, the U.S. Army Corps of Engineers (USACE) determined the true position of the playa (Gwynn 2006). Between 1869 and 1977, most mapping work in the region focused on improving topographical and surface geology information, with scientific studies undertaken in the 1960s to assess the Sevier Playa mineralogy and brine chemistry. These studies served as the basis for more detailed exploration and bulk sampling by Crystal Peak Minerals Corporation (CPMC), starting in 1977. There is no relationship between the historical CPMC and Crystal Peak Minerals Inc. (CPM).

In 1987, the BLM completed an Environmental Assessment (EA) of the leaseholds under the National Environmental Policy Act (NEPA). The CPMC development and operations plans were reviewed, and the leasehold area was surveyed for environmental concerns, including wildlife habitat, threatened and endangered species, cultural and archaeological resources, and impacts to recreational opportunities. The BLM issued a "Finding of No Significant Impact" (FONSI) in October 1987.

In 1997, Salada Minerals LLC (Salada) assembled approximately 15,360 acres of federal sodium leases covering the south end of the playa. Salada also held approximately 1,280 acres of potash leases in five separate sections from the State of Utah. Salada's leases went through the EA process, culminating in a FONSI decision by the BLM in June 1997 and a right-of-way (ROW) grant in February 1998.

More recently, two additional EAs have been developed by the BLM for the area. In February 2011, the BLM published the first EA (DOI-BLM-UT-W020-2010-014-EA) (Leasing EA), disclosing and analyzing the environmental consequences of its Sevier Lake Competitive Potash Leasing Proposal (BLM 2011a). The Leasing EA was not limited to the assessment of leasing and included analysis of the effects of reasonable scenarios for potash extraction based on known available processes and technology.

The BLM's Decision Record and FONSI for the Leasing EA allowed a competitive Sevier Playa potassium lease sale to move forward. The BLM published the Sevier Lake Potash Lease Sale notice for the lands under consideration on March 2, 2011. CPM was the high bidder and on June 1, 2011, was awarded leases totaling 95,801.76 acres.

As a follow-up to the Leasing EA, the BLM completed a second EA (DOI-BLM-UT-W020-2011-015-EA) (Exploration EA) to assess the impacts of CPM's proposed exploration on Sevier Playa (BLM 2011b). The BLM issued a Decision Record and FONSI for the Exploration EA in August 2011. After the Decision Record was signed, the first phase of the exploration program was successfully initiated and completed in 2012.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

A second phase of exploration was successfully initiated and completed in 2013. A third exploration phase was initiated in 2015 and completed in 2017.

In 2016, CPM, the former owner and operator of the Sevier Playa Project, initiated the NEPA process which continued through 2019 to complete an EIS and receive the ROD (DOI-BLM-UT-W020-2014-0001-EIS) (BLM 2019a and b). Since starting this process, CPM re-evaluated several features within their Project and underwent two Feasibility Studies (FS).

Beginning in June 2016, an FS (2018 FS) was developed based on the 2013 Pre-Feasibility Study (PFS) (CH2M 2013b) for the Project. CPM published the National Instrument (NI) FS technical report for the 2018 FS in February 2018.

The 2018 FS evaluated the approach to maximize brine production from the playa as well as minimize the recharge water required.

After completing the 2018 FS, additional bench-scale and field test-work programs as well as optimization investigations were conducted. CPM also commissioned a due diligence review on the Project that identified risks associated with market entry, capital cost, and the extraction of brine from the northern section of the playa and identified potential opportunities for the Project. It was recommended that CPM develop a lower risk, phased development approach to the Project's overall implementation.

In June 2019, a Rescoping Study (Study) for the Project was initiated to assess the items identified in the due diligence review. This Study was to evaluate the impact of a phased approach on the Project, whereby the initial Phase 1 would constitute a "proof-of-concept" that would include playa brine resource from the southern marl clay only.

In parallel to the development of the Phase 1 Project, well and trench-to-trench testing could be conducted within the northern marl clay to better understand the hydraulic conductivity and mass transfer coefficient, establish a projected flow rate of the brine and marl aquifer, and to validate the inclusion of the brine from these areas into a resource base (to support Phase 2) with that of the already established resource from Phase 1.

The phased approach would also mitigate Project risks in terms of resources as well as reduce implementation and market risks associated with a lower product capacity output as compared to the 2018 FS.

On January 20, 2020, CPM closed a convertible loan agreement with EMR Capital Investment (No. 5B) Pte. Ltd., an affiliate of EMR Capital Resources Fund 1, LP (EMR), to support continued development of the Project. The monies from this loan were to be used for bridge engineering, project rescoping studies, environmental permitting, and other general working capital purposes. CPM also used the funds to seek the additional capital necessary to finance continued development and the construction of the Project.

Despite having received a favorable ROD from the BLM, Covid-19 and other difficult market conditions made it impossible for CPM to raise the necessary capital to continue work on the Project. As funds ran short, EMR chose not to invest additional funds in CPM as a public company.

Due to increasing liquidity constraints, and in accordance with its rights, on October 20, 2020, EMR enforced the security provision in the loan and foreclosed on Peak Minerals, the wholly owned operating subsidiary of CPM. As a result of this restructuring, EMR gained ownership of Peak Minerals, separated

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Peak Minerals from CPM, and took full control of the Project. Now a wholly owned subsidiary of EMR, Peak Minerals remains the operating entity and continues development of the Project (Novopro and Stantec 2022). CPM was merged into another company and is no longer associated with the Project.

In 2021, Peak Minerals commissioned Novopro Projects Inc. (Novopro) and Stantec to initiate a FS using the phased approach concept. For Phase 1, the 2022 FS for the Project would use the southern marl clay resource only, with a reduced plant capacity.

The 2022 FS included modeling and engineering design activities around the following areas: brine flow and transport modeling; mineral resource and reserve estimation; playa resource planning and design; brine extraction and transport methodology and equipment; mineral processing and metallurgical testing; surface infrastructure; labor; environmental and permitting; marketing; project economics; project development schedule; and, risk analysis in support of a project to produce SOP.

Peak Mineral's *Reclamation Plan for Peak Minerals Sevier Playa Potash Project* (Reclamation Plan) (2024b) includes information and details on existing exploration features. It should be noted that all plans established by CPM have been adopted by Peak Minerals at the time of this Amended Mine Plan submittal.

# 1.3.    Mining Plan Document Overview

Peak Minerals has prepared this Amended Mining Plan in accordance with the requirements specified in the Title 43 of the CFR Subpart 3590, Solid Minerals (Other than Coal) Exploration and Mining Operations, through 43 CFR 3596, and Utah Administrative Code (UAC) R647-4 Natural Resources; Oil, Gas and Mining; Non-Coal; Large Mining Operations, to develop existing federal mineral leases controlled by Peak Minerals. This Amended Mining Plan was developed with the intent of meeting the regulatory requirements of the BLM and the Utah Division of Oil, Gas and Mining (UDOGM) and has been provided to both UDOGM and the BLM for their review and approval.

This Amended Mining Plan was prepared based on the current understanding of the Project and Peak Minerals' 2018 FS, as documented in a NI 43-101 Technical Report (CPM 2018a), and the updated 2022 FS (Novopro and Stantec 2022).

Modifications to this plan may be required as new data are acquired, or as operational plans and/or processes are revised, based on new survey information, hydrologic data, and information from various third parties.

Tables and figures in this Amended Mining Plan are sequentially numbered by the section number in which they are first referenced. Tables are located in the section in which they are referenced. All figures are located at the end of the document. The majority of figures are provided at a reduced scale (8.5 × 11–inch or 11 × 17–inch format) in the text section for reader reference.

Federal lease, Special Stipulation 6 states the following:

> "As-Built Drawings: The Lessee will submit to the Deputy State Director, Lands and Mineral Resources, BLM Utah State Office, and the Fillmore Field Office (FFO), a scaled map showing the construction and the survey coordinates (State Plane or metes and bounds description) of each of the mine features, buildings, ditches, pumps etc., within 90 days after construction is complete. The surveyor that conducts the survey will be licensed and shall stamp the drawing. Land features will be shown on the drawing. These will include

Case 2:25-cv-00657   Document 1-3   Filed 08/07/25   PageID.392   Page 28 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

*but are not limited to section corners, roads, and section lines. An updated map will be sent to BLM within 90 days after construction is completed on any new sites (BLM 2011c)."*

Due to the extended time required to construct the Project, it was determined that as-built drawings would be provided to the BLM annually as opposed to within 90 days after construction is completed per the lease stipulation. These drawings would be provided to the BLM annually as part of the annual report showing the construction that occurred during the previous year.

The mine design incorporates several types of computer modeling. Discussions of the various types of modeling are presented in their applicable sections in this Mining Plan.

As-builts are or will be included in **Appendix A**. Technical references cited in this Amended Mining Plan are included in **Appendix B**, *Confidential Technical References*, and **Appendix C**, *Publicly Available Technical References*. **Appendix B** contains documents that Peak Minerals considers confidential and proprietary while **Appendix C** contains public documents.

### 1.3.1.    Federal Mining Plan Requirements

This Mining Plan has been prepared in compliance with the requirements specified in the 43 CFR 3590, Solid Minerals (Other than Coal) Exploration and Mining Operations, through 43 CFR 3596, as applicable to the brine extraction and processing methods. To facilitate review, a cross-reference table is provided in **Table 1-2,** *43 CFR Subpart 3592 and Mining Plan Cross Reference*, to link the required sections of CFR Title 43 to the contents of this Mining Plan.

**Table 1-2.    43 CFR Subpart 3592 and Mining Plan Cross Reference**

| CFR Title 43 Subpart | | Mining Plan Location | |
|---|---|---|---|
| **Designation** | **Description** | **Section(s)** | **Tables and Figures** |
| 3592.1c (1) | Operator name (point of contact if corporate), address, telephone number. | 2.0 | – |
| 3592.1c (1) | Names and address of lessees. | 2.1 | – |
| 3592.1c (1) | Federal lease serial numbers. | 2.1 | Tables 2-2 through 2-4; Figure 2-1 |
| 3592.1c (2) | A general description of geologic conditions, with appropriate maps, within the area where mining is to be conducted. | 3.2 | Figures 3-1 through 3-4 |
| 3592.1c (2) | A general description of mineral resources, with appropriate maps, within the area where mining is to be conducted. | 5.0 | Figures 5-1 through 5-16 |
| 3592.1c (3) | A copy of a suitable map or aerial photograph showing the topography, the area covered by the lease(s), the name and location of major topographic and cultural features, and the drainage plan away from the affected area. | 3.1 | Figure 1-2 |
| 3592.1c (4) | A statement of proposed methods of operating, including a description of the surface or underground mining methods, the proposed roads, the size and location of structures and facilities to be built, mining sequence, production rate, estimated recovery factors, and stripping ratios. | 6.0 | Figures 6-1 through 6-34 |
| 3592.1c (4) | Number of acres in the federal or American Indian lease(s), license(s), or permit(s) to be affected. | 1.2, 2.1 | – |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| CFR Title 43 Subpart | | Mining Plan Location | |
|---|---|---|---|
| Designation | Description | Section(s) | Tables and Figures |
| 3592.1c (5) | An estimate of the quantity and quality of the mineral resources, proposed cutoff grade and, if applicable, proposed blending procedures for all leases covered by the Mining Plan. | 2.0, 5.0 | Figures 5-1 through 5-16; Tables 5-1 through 5-14 |
| 3592.1c (6) | An explanation of how ultimate maximum recovery of the resource will be achieved for the federal or American Indian lease(s). If a mineral deposit, or portion thereof, is not to be mined or is to be rendered not minable by the operation, the operator/lessee shall submit appropriate justification to the authorized officer for approval. | 8.0 | – |
| 3592.1c (7) | Appropriate maps and cross sections showing: | See Below: | See Below: |
| 3592.1c (7) (i) | Federal or American Indian lease boundaries and serial numbers. | 2.0 | Figure 2-1, Tables 2-2 through 2-3 |
| 3592.1c (7) (ii) | Surface ownership and boundaries. | 2.0 | Figure 2-1 |
| 3592.1c (7) (iii) | Locations of existing and abandoned mines. | 6.3.1 | - |
| 3592.1c (7) (iv) | Typical structure cross sections. | 6.0 | Included as part of Section 6.0 figures |
| 3592.1c (7) (v) | Location of shafts or mining entries, strip pits, waste dumps, and surface facilities. | 6.0 | Figure 6-2b |
| 3592.1c (7) (vi) | Typical mining sequence, with appropriate timeframes. | 6.4, 6.5 | Table 6-17 |
| 3592.1c (8) | A narrative which addresses the environmental aspects associated with the proposed mine which includes, at a minimum, the following: | See Below: | See Below: |
| 3592.1c (8) (i) | An estimate of the quantity of water to be used and pollutants that may enter any receiving waters. | 9.1.1, 9.1.2, 9.1.3 | – |
| 3592.1c (8) (ii) | A design for the necessary impoundment, treatment, or control of all runoff water and drainage from workings to reduce soil erosion and sedimentation and to prevent the pollution of receiving waters. | 9.3 and Stormwater Pollution Prevention Plan (Peak Minerals 2024a) | – |
| 3592.1c (8) (iii) | A description of measures to be taken to prevent or control fire, soil erosion, subsidence, pollution of surface and ground water, pollution of air, damage to fish or wildlife or other natural resources and hazards to public health and safety. | 9.0 and supplemental plans listed in Section 9.0 | – |
| 3592.1c (9) | A reclamation schedule and the measures to be taken for surface reclamation of the federal or American Indian lease(s), license(s), or permit(s) that will ensure compliance with the established requirements. In those instances, in which the lease requires the revegetation of an area affected by operations, the Mining Plan shall show: | See Below: | See Below: |
| 3592.1c (9) (i) | Proposed methods of preparation and fertilizing the soil prior to replanting. | Reclamation Plan (Peak Minerals 2024b) | – |
| 3592.1c (9) (ii) | Types and mixtures of shrubs, trees or tree seedlings, grasses, or legumes to be planted; and | Reclamation Plan (Peak Minerals 2024b) | – |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| CFR Title 43 Subpart | | Mining Plan Location | |
|---|---|---|---|
| Designation | Description | Section(s) | Tables and Figures |
| 3592.1c (9) (iii) | Types and methods of planting, including the amount of grasses or legumes per acre, or the number and spacing of trees or tree seedlings, or combinations of grasses and trees. | Reclamation Plan (Peak Minerals 2024b) | – |
| 3592.1c (10) | The method of abandonment of operations on federal or American Indian lease(s), license(s), and permit(s) proposed to protect the unmined recoverable reserves and other resources, including the method proposed to fill in, fence, or close all surface openings that are a hazard to people or animals. | Reclamation Plan (Peak Minerals 2024b) | – |
| 3592.1c (11) | Any additional information that the authorized officer deems necessary for approval of the plan. | – | – |
| 3592.1(d)(1) | Approved exploration and mining plans may be modified at any time to adjust to changed conditions or to correct an oversight. To obtain approval of an exploration or mining plan modification, the operator/lessee shall submit a written statement of the proposed modification and the justification for such modification. Any proposed exploration or mining plan modification(s) shall not be implemented unless previously approved by the authorized officer. | 1.1.1 | – |
| 3592.1(d)(2) | The authorized officer may require a modification to the approved exploration or mining plan if conditions warrant. | – | – |
| 3592.1(e) | If circumstances warrant, or if development of an exploration or mining plan for the entire operation is dependent upon unknown factors which cannot or will not be determined except during the progress of the operations, a partial plan may be approved and supplemented from time to time. The operator/lessee shall not, however, perform any operation except under an approved plan. | – | – |

Notes:    – = not applicable

This Amended Mining Plan has also been prepared in compliance with the requirements specified in Potassium Lease, UTU-88387(BLM 2011c). To facilitate review, a cross-reference table is provided in **Table 1-3**, *BLM Lease Special Stipulation Cross Reference*, to link the Special Stipulations included in the Potassium Lease to the contents of this Mining Plan.

**Table 1-3.        BLM Lease Special Stipulation Cross Reference**

| Stipulation No. | Brief Description | Mining Plan Location |
|---|---|---|
| | | Section(s) |
| 1 | Ditches, berms, drillholes, and other excavations | 10.0 |
| 2 | Mining unit | 2.3 |
| 3 | Waste certification | 6.11.3 |
| 4 | Noxious weeds | 3.6 |
| 5 | Survey monuments | 6.3.4 |
| 6 | As-built drawings | 1.3 and Appendix A |

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.395    Page 31 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Stipulation No. | Brief Description | Mining Plan Location | |
|---|---|---|---|
| | | **Section(s)** | |
| 7 | Reclamation | 10.0 | |
| 8 | Water replacement | 9.4.3 | |
| 9 | Wildlife and plant species | 9.4.6 | |
| 10 | Cultural resources | 9.4.13 | |
| 11 | Corps of Engineers | 9.4.11 | |
| 12 | Drilling results | Provided in Exploration Reports | |
| 13 | Hydrogeological analysis | 9.4.3<br><br>Additional information provided in Water Resource Report (Whetstone Associates, Inc. 2017) and the *Groundwater Discharge Permit Application* (Peak Minerals 2023a) | |
| 14 | Lands and realty | 10.0 and *Plan of Development for Off-Lease Facilities for the Sevier Playa Potash Project* (Peak Minerals 2024c) | |
| 15 | Dust control plan | 9.4.4 and *Fugitive Dust Control Plan* (Peak Minerals 2024d) | |
| 16 | Riparian and wetland inventory | 9.4.11 | |
| 17 | Lighting | 6.11 | |
| 18 | Royalty value of unmined potassium and related products | 2.3 | |
| 19 | Diligence requirements | N/A – Diligence requirements apply to the BLM's cancellation of leases at end of lease term should potassium or related products not be produced in paying quantities | |

Notes:    – = not applicable

Per 43 CFR 3592.1(d)(1), an approved mining plan may be modified at any time to adjust for changed conditions, or to correct an oversight. To obtain approval of a mining plan modification, the operator/lessee shall submit a written statement of the proposed modification and the justification for such modification. Any proposed mining plan modification(s) shall not be implemented unless previously approved by the authorized officer (AO). As such, Peak Minerals is submitting this modified mine plan to address the needed changes to the mine plan due to changes in the economic conditions of the current market and to scale down the size of the initial planned operation to meet these needs. Additionally, as part of the continuing evaluation of the design for efficient mining activities, changes to the facilities layout are planned to improve mining production while minimizing the costs for said extraction.

The lead lease file for this Amended Mining Plan has been assigned BLM case file number UTU-88387. All correspondence with the BLM concerning this operation should reference the assigned case file number.

## 1.3.2.    *State of Utah Mining Plan Requirements*

The State of Utah requires the submission of a Notice of Intention to Commence Large Mining Operations, as mandated by the Utah Minerals Regulatory Program Rule R647, as stated in Utah Code Annotated (UCA) Title 40 Chapter 8, Utah Mined Land Reclamation Act, as approved by the Board of Oil, Gas, and Mining. To facilitate UDOGM's review, a cross-reference table is provided in **Table 1-4**, *UAC R647-4 and Mining Plan Cross Reference*, to link the required sections of UAC R647-4 to the contents of this Mining Plan and other Peak Minerals documents, as applicable.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Pursuant to UAC R647-4-118 and R647-4-119, revisions or amendments to an approved notice of intention shall be filed on the Notice of Intention to Revise Large Mining Operations (FORM MR-REV). The operator would be authorized and bound by requirements of the existing approved notice until the revision is acted upon, and any revised surety requirements are satisfied. However, R647-4-102 indicates that UDOGM may review the permit and require updated information and modifications when warranted.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table 1-4.    UAC R647-4 and Mining Plan Cross Reference**

| R674-4 Regulation | Mining Plan Location | | POD Location | | Reclamation Plan | |
|---|---|---|---|---|---|---|
| | Section | Table and Figure | Section | Table and Figure | Section | Table and Figure |
| **R647-4-104. Operator(s), Surface and Mineral Owner(s).** | | | | | | |
| 1. The name, permanent mailing address, and telephone number of the operator responsible for the mining operations and reclamation of the site. | Section 2 | | | | Section 1.1 | |
| 2. The name, permanent mailing address, and telephone number of the surface landowner(s) and mineral owner(s) of all land to be affected by the operations. | Section 2.1 | | | | Section 1.5 | Figure 5 |
| 3. The federal mining claim number(s), lease number(s), or permit number(s) of any mining claims, or federal or state leases or permits included in the lands affected. | Section 2.1 | Tables 2-1, 2-2, 2-3, 2-4, Figure 2-1 | | Table 1-3 | | |
| **R647-4-105. Maps, Drawings and Photographs.** | | | | | | |
| 1. A topographic base map must be submitted with the notice of intention. The scale should be approximately 1 inch = 2,000 feet, preferably a USGS 7.5 minute series or equivalent topographic map where available. The following information shall be included on the map: | | | | | | Figure 5 |
| 1.11. Property boundaries of surface ownership of all lands which are to be affected by the mining operations; | | | | | | Figures 2, 5, 6, 7, 8, 9, and 10 |
| 1.12. Perennial streams, springs and other bodies of water, roads, buildings, landing strips, electrical transmission lines, water wells, oil and gas pipelines, existing wells, boreholes, or other existing surface or subsurface facilities within 500 feet of the proposed mining operations; | | | | | | Figure 5 |
| 1.13. Proposed route of access to the mining operations from nearest publicly maintained highway. The map scale will be appropriate to show access. | | | | | | Figure 5 |
| 1.14. Known areas which have been previously impacted by mining or exploration activities within the proposed disturbed area. | | | | | | Figure 5 |
| 2. A surface facilities map shall be provided at a scale of approximately 1" = 2000' or other scale as determined necessary by the Division. The following information shall be included on the surface facilities map: | | | | | | |
| 2.11. Proposed surface facilities, including but not limited to buildings, stationary mining/processing equipment, roads, utilities, power lines, proposed drainage control structures, and the location of topsoil storage areas, tailings or processed waste facilities, disposal areas for overburden, solid and liquid wastes and wastewater discharge treatment and containment facilities | Figures 6-3 and 6-34 | | Figures 2-1 through 2-24 | | Appendix F | Figures 2, 6, 7, 8, 9, and 10 |
| 2.12. A border clearly outlining the acreage proposed to be disturbed by mining operations. | | | | | | Figures 6, 7, 9, and 10 |
| 3. The following maps, drawings or cross sections may be required by the Division: | | | | | | |
| 3.11. Regraded slopes to be left at steeper than 2h:1v; | N/A | N/A | N/A | N/A | N/A | N/A |
| 3.12. Plans, profiles and cross sections of roads, pads or other earthen structures to be left as part of the postmining land use; | | | | | Appendix C | Figures 11 and 12 |
| 3.13. Water impounding structures with embankments greater than 20 feet in height from the upstream toe of the embankment or greater than 20 acre feet in storage capacity; | | | | | Appendix C | |
| 3.14. Maps identifying surface areas which will be disturbed by the operator but will not be reclaimed, such as solid rock slopes, cuts, roads, or sites of buildings or surface facilities to be left as part of the postmining land use; | | | | | Appendix C | Figures 11 and 12 |
| 3.15. Sediment ponds, diversion channels, culvert size and locations, and other hydrologic designs and features to be incorporated into the mining and reclamation plan; | | | | | Appendices C and F | Figures 2 |
| 3.16. Baseline information maps and drawings including soils, vegetation, watershed(s), geologic formations and structure, contour and other such maps which may be required for determination of existing conditions, operations, reclamation and postmining land use; | Figures 3-1 through 3-5 | | | | Appendices D and F | Figures 3 and 4 |
| 3.17. A reclamation activities and treatment map to identify the location and the extent of the reclamation work to be accomplished by the operator upon cessation of mining operations. This drawing shall be utilized to determine adequate bonding and reclamation practices for the site | | | | | Appendix C | Figures 11 and 12 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| R674-4 Regulation | Mining Plan Location | | POD Location | | Reclamation Plan | |
|---|---|---|---|---|---|---|
| | Section | Table and Figure | Section | Table and Figure | Section | Table and Figure |
| 3.18.  Other maps, plans, or cross sections as may reasonably be required by the Division. | | Figures 6-1 through 6-34 | | Figures 2-1 through 2-24 | Appendix C | |
| 4.  The operator may submit photographs (prints) of the site sufficient to show existing vegetation and surface conditions. These photographs should show the general appearance and condition of the land to be affected and should be clearly marked as to the location, orientation, and the date that the pictures were taken. | | | | | Section 7.3.2 and Appendix H | |
| 5.  Copies of the underground and surface mine development maps. | | Figures 6-1 through 6-34 | | | Appendix C | |
| **R647-4-106. Operation Plan.** | | | | | | |
| The operator shall provide a narrative description referencing maps or drawings as necessary, of the proposed operations including: | | | | | | |
| 1.  Type of mineral(s) to be mined; | Sections 4 and 5 | All tables and figures in indicated sections | | | | |
| 2.  Type of operations to be conducted, including the mining/processing methods to be used on-site, and the identification of any deleterious or acid forming materials present or to be left on the site as a result of mining or mineral processing; | Sections 6, 7, 8, 9.1.3, and 9.2 | All figures and tables in the indicated sections | Sections 4.2.6 and 5 | Table 5-1 | | |
| 3.  Estimated acreages proposed to be disturbed and/or reclaimed annually or sequentially; | | | | | Appendix E | |
| 4.  A description of the nature of the materials to be mined or processed including waste/overburden materials and the estimated annual tonnages of ore and waste materials to be mined; | Sections 4, 5, 6.2.8, and 6.7 | All figures and tables in the indicated sections | | | | |
| 5.  A description of existing soil types, including the location and extent of topsoil or suitable plant growth material. If no suitable soil material exists, an explanation of the conditions shall be given; | Section 3.5 | | | | Section 2 and Appendix D | Figure 3 |
| 6.  A description of the plan for protecting and redepositing existing soils; | Section 9.4.4 | | Section 4 and 5 | | Sections 4.3, 5.2, 6.1, 6.3, and Appendices A and B | Tables 1, 2, and 3 |
| 7.  A description of existing vegetative communities and cover levels, sufficient to establish revegetation success standards in accordance with Rule R647-4-111; | Section 3.6 and 9.4.10 | | | | Sections 2, 7.1, 7.3 and Appendix D | Figure 4 |
| 8.  Depth to groundwater, extent of overburden material and geologic setting; | Sections 3.2 and 3.3 | All figures and tables in the indicated sections | | | | |
| 9.  Proposed location and size of ore and waste stockpiles, tailings facilities and water storage/treatment ponds. | Section 6.2.9 | | | | Appendices E and F | Figures 2, 6, 7 and 8 |
| 10.  Information regarding the amount of material (including mineral deposit, topsoil, subsoil, overburden, waste rock, or core hole material) extracted, moved, or proposed to be moved. | Sections 4, 5, 6.2.8, and 6.7 | All figures and tables in the indicated sections | | | Appendix E | |
| **R647-4-107. Operation Practices.** | | | | | | |
| During operations, the operator shall conform to the following practices unless the Division grants a variance in writing: | | | | | | |
| 1.  Public Safety and Welfare--the operator shall minimize hazards to the public safety and welfare during operations. Methods to minimize hazards shall include but not be limited to: | Sections 6.2, 9, and 9.4 | | Sections 4.1, 5, and 6.10 | Table 5-1 | Section 6.1 | |
| 1.11.  The closing or guarding of shafts and tunnels to prevent unauthorized or accidental entry in accordance with MSHA regulations; | | | Section 5 | | Sections 5 and 6, and Appendix A | Figures 11 and 12 |
| 1.12.  The disposal of trash, scrap metal and wood, and extraneous debris; | | | Sections 4.2.6 and 5 | | Section 5 and 6.1, and Appendix A | |
| 1.13.  The plugging or capping of drill, core, or other exploratory holes as set forth in Rule R647-4-108; | | | | | Section 6.1 Appendix A | |
| 1.14.  The posting of appropriate warning signs in locations where public access to operations is readily available; | Section 9.4 | | Sections 4.1, 5, and 6.10 | | Section 6.1 and Appendix A | |
| 1.15.  The construction of berms, fences and/or barriers above highwalls or other excavations when required by the Division. | Sections 6.2.8 and 9.4 | | Sections 4.1, 5, and 6.10 | | Section 3.4, 3.6, 3.9, and 3.10 | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| R674-4 Regulation | Mining Plan Location | | POD Location | | Reclamation Plan | |
|---|---|---|---|---|---|---|
| | Section | Table and Figure | Section | Table and Figure | Section | Table and Figure |
| 2. Drainages–if natural channels are to be affected by the mining operation, then the operator shall take appropriate measures to avoid or minimize environmental damage. | Section 6.2.2 | | Section 5 | | Sections 3.2.1, 5.2, and 7.2 and Appendices A and F | Appendices B and F |
| 3. Erosion Control–operations shall be conducted in a manner such that sediment from disturbed areas is adequately controlled. The degree of erosion control shall be appropriate for the site-specific and regional conditions of topography, soil, drainage, water quality or other characteristics. | Sections 6.2.2 and 9.3 | | Sections 4.5.2 and 5 | | Sections 1.8, 3.2.1, 3.2.2, 4.3.1, 5.2, 6.1, 6.3 and Appendix F | Appendices B and F |
| 4. Deleterious Materials–all deleterious or potentially deleterious material shall be safely removed from the site or kept in an isolated condition such that adverse environmental effects are eliminated or controlled. | Sections 6.11 and 9.2 | | Section 5 | Table 5-1 | Section 6.1 and Appendix K | |
| 5. Soils–suitable soil material shall be removed and stored in a stable condition where practical so as to be available for reclamation. | Section 3.5 | | Sections 4 and 5 | | Sections 2, 3.5, 5.2, 6.3.2 and Appendix D | Tables 1 and 3 and Figures 6 and 7 |
| 6. Concurrent Reclamation–during operations, disturbed areas shall be reclaimed when no longer needed, except to the extent necessary to preserve evidence of mineralization for proof of discovery. Areas which have been disturbed but are not routinely or currently utilized shall be kept in a safe, environmentally stable condition. | Section 10 | | | | Section 5 and Appendix A | |
| **R647-4-108. Hole Plugging Requirements.** | | | | | | |
| Drill holes shall be properly plugged as soon as practical and shall not be left unplugged for more than 30 days without approval of the Division. The procedures outlined below are required for the surface and subsurface plugging of drill holes. The Division may approve an alternate plan, if the operator can prove to the satisfaction of the Division that another method will provide adequate protection to the groundwater resources and long term stability of the land. Dry holes and non-artesian holes which do not produce significant amounts of water may be temporarily plugged with a surface cap to permit the operator to re-enter the hole for the duration of operations. | | | | | | |
| 1. Surface plugging of drill holes shall be accomplished by: | | | | | | |
| 1.11. Setting a nonmetallic permaplug at a minimum of five (5) feet below the surface, or returning the cuttings to the hole and tamping the returned cuttings to within five (5) feet of ground level. The hole above the permaplug or tamped cuttings will be filled with a cement plug. If cemented casing is to be left in place, a concrete surface plug is not required provided that a permanent cap is secured on top of the casing. | | | | | Section 6.1 and Appendix A | |
| 1.12. If the area is tilled farmland, a five (5) foot cement plug must be placed above a permaplug or tamped cuttings so that the top of the cement plug is a minimum of three (3) feet below the ground surface. The hole above the cement plug is to be filled with soil. If cemented casing is to be left in place, a concrete surface plug is not required provided that a permanent cap is secured on top of the casing. The top of the casing and cap must be a minimum of three (3) feet below the ground surface. | | | | | Section 6.1 and Appendix A | |
| 2. Drill holes that encounter water, oil, gas or other potential migratory substances and are 2-1/2 inches or greater in surface diameter shall be plugged in the subsurface to prevent the migration of fluid from one strata to another. If water is encountered, plugging shall be accomplished as outlined below: | | | | | Section 6.1 and Appendix A | |
| 2.11 If artesian flow (i.e., water flowing to the surface from the hole) is encountered during or upon cessation of drilling, a cement plug shall be placed to prevent water from flowing between geologic formations and at the surface. The cement mix should consist of API Class A or H cement with additives as needed. It should weigh at least 13.5 lbs./gal. and be placed under the supervision of a person qualified in proper drill hole cementing of artesian flow. Artesian bore holes must be plugged in the described manner, prior to removal of the drilling equipment from the well site. If the surface owner of the land affected desires to convert an artesian drill hole to a water well, he must notify the Division in writing that he accepts responsibility for the ultimate plugging of the drill hole. | | | | | Section 6.1 and Appendix A | |
| 2.12. Holes that encounter significant amounts of non-artesian water shall be plugged by: | | | | | Section 6.1 and Appendix A | |
| 2.12.111 Placing a 50 foot cement plug immediately above and below the aquifer(s); or | | | | | Section 6.1 and Appendix A | |
| 2.12.112 Filling from the bottom up (through the drill stem) with a high grade bentonite/water slurry mixture. The slurry shall have a Marsh funnel viscosity of at least 50 seconds per quart prior to the adding of any cuttings. | | | | | Section 6.1 and Appendix A and | |
| **R647-4-109. Impact Assessment.** | | | | | | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| R674-4 Regulation | Mining Plan Location | | POD Location | | Reclamation Plan | |
|---|---|---|---|---|---|---|
| | Section | Table and Figure | Section | Table and Figure | Section | Table and Figure |
| The operator shall provide a general narrative description identifying potential surface and/or subsurface impacts. This description will include, at a minimum: | | | | | | |
| 1.   Projected impacts to surface and groundwater systems; | | | | | | |
| 2.   Potential impacts to state and federal threatened and endangered species or their critical habitats; | Refer to BLM Environmental Impact Statement (BLM 2019a) | | | | | |
| 3.   Projected impacts of the mining operation on existing soil resources; | | | | | | |
| 4.   Projected impacts of mining operations on slope stability, erosion control, air quality, and public health and safety; | | | | | | |
| 5.   Actions which are proposed to mitigate any of the above referenced impacts. | | | | | | |
| **R647-4-110. Reclamation Plan.** | | | | | | |
| Each notice of intention shall include a reclamation plan, including maps or drawings as necessary, consisting of a narrative description of the proposed reclamation including, but not limited to: | | | | | | |
| 1.   A statement of the current land use and the proposed postmining land use for the disturbed area; | | | | | Sections 1.4 and 6.1 | |
| 2.   A description of the manner and the extent to which roads, highwalls, slopes, impoundments, drainages, pits and ponds, piles, shafts and adits, drill holes, and similar structures will be reclaimed; | | | | | Sections 5 and 6 and Appendix A | Tables 1, 2, and 3 Figures 11 and 12 |
| 3.   A detailed description of any surface facilities to be left as part of the postmining land use, including but not limited to buildings, utilities, roads, pads, ponds, pits and surface equipment; | | | | | Section 3.2.1 and 7.2, and Appendices A and E | Figures 12 and 14 |
| 4.   A description of the treatment, location and disposition of any deleterious or acid-forming materials generated and left on-site, including a map showing the location of such materials upon the completion of reclamation; | | | | | Section 6.1 | |
| 5.   A planting program as best calculated to revegetate the disturbed area. | | | | | Sections 4.3, 5.2, 6.3.2, and 6.3.3, and Appendix A | Tables 2 and 3 |
| 5.11.  Plans shall include, at a minimum, grading and/or stabilization procedures, topsoil replacement, seed bed preparation, seed mixture(s) and rate(s), and timing of seeding (fall seeding is preferred timing); | | | | | Sections 4.3, 5 and 6, and Appendix A | Tables 2 and 3 Figures 11 and 12 |
| 5.12.  Where there is no original protective cover, an alternate practical procedure must be proposed to minimize or control erosion or siltation. | | | | | Sections 4.2 and 6.3 | |
| 6. A   statement that the operator will conduct reclamation as required by these rules. | | | | | Section 6 | |
| **R647-4-111. Reclamation Practices.** | | | | | | |
| During reclamation, the operator shall conform to the following practices unless the Division grants a variance in writing: | | | | | | |
| 1.   Public Safety and Welfare – The operator shall minimize hazards to the public safety and welfare following completion of operations. Methods to minimize hazards shall include but not be limited to: | | | | | Section 6.1 | |
| 1.11.  The permanent sealing of shafts and tunnels; | N/A | N/A | N/A | N/A | N/A | N/A |
| 1.12.  The disposal of trash, scrap metal and wood, buildings, extraneous debris, and other materials incident to mining; | | | | | Sections 5 and 6.1 | |
| 1.13.  The plugging of drill, core, or other exploratory holes as set forth in Rule R647-4-108; | | | | | Section 6.1 and Appendix A | |
| 1.14.  The posting of appropriate warning signs in locations where public access to operations is readily available; | | | | | Section 6.1 | |
| 1.15.  The construction of berms, fences and/or barriers above highwalls or other excavations when required by the Division. | | | | | Sections 3.4, 3.6, 3.9, 3.10.1, 5, and 6.1 | |
| 2.   Drainages–if natural channels have been affected by mining operations, then reclamation must be performed such that the channels will be left in a stable condition with respect to actual and reasonably expected water flow so as to avoid or minimize future damage to the hydrologic system. | | | | | Sections 5.2, 6.1, and 7.2 and Appendices A, B and F | |

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.401    Page 37 of 954

Amended Mining Plan

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| R674-4 Regulation | Mining Plan Location | | POD Location | | Reclamation Plan | |
|---|---|---|---|---|---|---|
| | Section | Table and Figure | Section | Table and Figure | Section | Table and Figure |
| 3. Erosion Control–reclamation shall be conducted in a manner such that sediment from disturbed areas is adequately controlled. The degree of erosion control shall be appropriate for the site-specific and regional conditions of topography, soil, drainage, water quality or other characteristics. | | | | | Sections 1.8, 3.2.1, 3.2.2, 4.3.1, 5.2, 6.1, 6.3 and Appendices A, B, and F | |
| 4. Deleterious Materials–all deleterious or potentially deleterious material shall be safely removed from the site or left in an isolated or neutralized condition such that adverse environmental effects are eliminated or controlled. | | | | | Section 6.1 | |
| 5. Land Use–the operator shall leave the on-site area in a condition which is capable of supporting the postmining land use. | | | | | Sections 1.1, 1.4, 6.1, and 6.3.3 | |
| 6. Slopes–waste piles, spoil piles and fills shall be regraded to a stable configuration and shall be sloped to minimize safety hazards and erosion while providing for successful revegetation. | | | | | Sections 5 and 6 and Appendices A, B, and C | |
| 7. Highwalls–in surface mining and in open cuts for pads or roadways, highwalls shall be reclaimed and stabilized by backfilling against them or by cutting the wall back to achieve a slope angle of 45 degrees or less. | N/A | N/A | N/A | N/A | N/A | N/A |
| 8. Roads and Pads–on-site roads and pads shall be reclaimed when they are no longer needed for operations. When a road or pad is to be turned over to the property owner or managing agency for continuing use, the operator shall turn over the property with adequate surface drainage structures and in a condition suitable for continued use. | | | | | Sections 3, 5 and 6 and 7.2, and Appendices A and F | Table 3 and Figures 11 and 12 |
| 9. Dams and Impoundments–water impounding structures shall be reclaimed so as to be self-draining and mechanically stable unless shown to have sound hydrologic design and to be beneficial to the postmining land use. | | | | | Appendices A and C | |
| 10. Trenches and Pits–trenches and small pits shall be reclaimed. | | | | | Sections 4.3.2, 5 and 6, and Appendix A | |
| 11. Structures and Equipment–structures, rail lines, utility connections, equipment, and debris shall be buried or removed. | | | | | Sections 1.4, 5, 6, 7.1, and 7.2, and Appendix A | |
| 12. Topsoil Redistribution–after final grading, soil materials shall be redistributed on a stable surface, so as to minimize erosion, prevent undue compaction and promote revegetation. | | | | | Sections 5.2 and 6.3, and Appendices A and B | Table 3 |
| 13. Revegetation–the species seeded shall include adaptable perennial species that will grow on the site, provide basic soil and watershed protection, and support the postmining land use. | | | | | Sections 4.3, 5.2, and 6.3 | Table 2 |
| Revegetation shall be considered accomplished when: | | | | | | |
| 13.11. The revegetation has achieved 70 percent of the pre-mining vegetative ground cover. If the pre-mining vegetative ground cover is unknown, the ground cover of an adjacent undisturbed area that is representative of the pre-mining ground cover will be used as a standard. Also, the vegetation has survived three growing seasons following the last seeding, fertilization or irrigation, unless such practices are to continue as part of the postmining land use; or | | | | | Section 7 | |
| 13.12. The Division determines that the revegetation work has been satisfactorily completed within practical limits. | | | | | | |
| **R647-4-112. Variance.** | | | | | | |
| 1. The operator may request a variance from Rule R647-4-107, 108, or 111, by submitting the following information which will be considered by the Division on a site-specific basis: | | | | | | |
| 1.11. The rule(s) as to which a variance is requested; | | | | | | |
| 1.12. The variance requested and a description of the area that would be affected by the variance; | | | | | | |
| 1.13. Justification for the variance; | | | | | | |
| 1.14. Alternate methods or measures to be utilized. | | | | | | |
| 2. A variance shall be granted if the alternative method or measure proposed will be consistent with the Act. | | | | | | |
| 3. Any variance must be specifically approved by the Division in writing. | | | | | | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## 1.4.    Project Objective

The purpose of the Project is to support economic recovery of potash resources from federal and state lands by commercial production. Such development has the potential to supplement the global supply of potash, a desirable and necessary potassium fertilizer, and to contribute to local, regional, and state economies.

An EIS (BLM 2019a) was prepared in compliance with NEPA to analyze and disclose potential impacts on the environment that could result from the Project. The BLM served as the lead agency responsible for preparing the EIS. Siting of the potash extraction and processing facilities on leased federal lands would not require a BLM ROW grant; however, multiple BLM ROW grants would be required for any ancillary facilities located on non-leased federal lands. The BLM has a responsibility under the Federal Land Policy and Management Act of 1976 (43 USC 1701 et seq.) (FLPMA), as amended, and the Mineral Leasing Act of 1920, as amended, to respond to a request for a ROW grant, while avoiding or minimizing adverse impacts to other resource values and to allow for ROW uses in conformance with existing land use plans.

The Mineral Leasing Act of 1920, as amended, promotes the mining of potassium on public domain lands. Potash is a soluble salt containing potassium. In addition, the BLM is mandated to establish multiple uses of federal lands in providing for present and future generations. Authorization of this minerals extraction Project would be consistent with Section 102(a)(912) of FLPMA, which states that "it is the policy of the United States that the public lands be managed in a manner which recognizes the nation's need for domestic sources of minerals." The BLM Fillmore Field Office is responsible for management of the Sevier Playa for multiple uses, including minerals extraction.

## 1.5.    Property Location and Access

The Project property is located in southwest Utah in Millard County and is defined by the geographical boundaries of the Sevier Playa, centered approximately at latitude 38°56'50.213" N and longitude - 113°08'25.747" W, Universal Transverse Mercator (UTM) World Geodetic System 1984 (WGS84) Zone 12 coordinates 4313105 Northing (N), 314505 Easting (E), or UTM North American Datum (NAD) 83 Zone 12 4313104.3N, 314506.0E. The playa covers an area of approximately 130,000 acres, is approximately 26 miles long by an average of eight miles wide, and has an elevation of approximately 4,514 feet above mean sea level (amsl).

The Project property is situated about 140 miles southwest of Salt Lake City, Utah, generally between the towns of Delta, about 30 miles to the northeast, and Milford, about 25 miles to the south-southeast, as illustrated in **Figure 1-1**. From Delta, the northern margin of the playa is accessed by traveling approximately 11 miles southwest along U.S. Routes 6 and 50. The southern end of the Project can be accessed from Milford by traveling approximately 23 miles north on Utah State Route (SR) 257 to the historic town of Black Rock and then traveling the remaining approximately 13 miles west on Crystal Peak Road, a secondary improved gravel road, and Crystal Peak Spur Road, a Class B county-maintained road, which leads to the south end of the playa, as shown in **Figure 1-2**.

Two secondary north-south-trending roads run along the west and east sides of the property. On the west, the Steamboat Pass Road is a graded native surface (dirt) road, which is a Class B county-maintained road. On the east of the playa, a rough two-track road runs from SR 257 Cutoff Road to Crystal Peak Road. Numerous unimproved roads and trails, suitable for four-wheel drive vehicles, lead from these north-south trending routes to the edge of the playa.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

The ability to travel on the playa varies seasonally, depending on the amount of moisture on the salt pan. The margins of the playa can support a pickup truck in places, but use of normal vehicles is risky due to their ground pressure and the likelihood of becoming mired in the relatively soft playa sediments. Playa travel is best approached with all-terrain or tracked vehicles. This has been creatively addressed by the use of snow cats with extra-wide treads. Recent exploration activities, performed during a period of unusually wet playa conditions, have used marsh buggies commonly employed in the bayous of the southeastern U.S. as rig platforms, as well as air-propelled boats for personnel and equipment transport.

## 1.5.1.    Authorizations, Permits, Reviews, and Approvals

The *Warm Springs Resource Area, The Resource Management Plan, Record of Decision Rangeland Program Summary* (WSRA RMP) (BLM 1987) designates the Sevier Playa area as suitable for mineral extraction operations. As a component of the Sevier Lake Competitive Potash Leasing Program, the proposed mining activities are also consistent with the WSRA RMP.

The Leasing EA determined that the leasing action, including future exploration and development as described in the Leasing EA, was consistent with other plans, programs, and policies of affiliated Tribes, other federal agencies, and state and local governments, including the following:

- FLPMA of 1976, as amended (43 USC 1701 et seq.);

- Mineral Leasing Act of 1920, as amended (30 USC 181 et seq.);

- Clean Air Act (42 USC 1857 et seq.), as amended and recodified (42 USC 7401 et seq.);

- Clean Water Act (33 USC 1251 et seq.);

- Rangeland Health Standards, as developed by the Secretary of the Interior on February 22, 1995;

- Endangered Species Act of 1973 (16 USC 1531 et seq.);

- Executive Order 12898, Federal Actions to Address Environmental Justice in Minority Populations and Low-Income Populations;

- Migratory Bird Treaty Act of 1918 (16 USC 703 et seq.);

- Sevier Lake Competitive Potash Leasing Proposal, February 2011;

- National Historic Preservation Act of 1966, as amended (16 USC 470 et seq.);

- Protection of Historic Properties (36 CFR 800);

- Native American Graves Protection and Repatriation Act of 1990 (25 USC 3001 et seq.);

- American Indian Religious Freedom Act of 1978 (42 USC 1996);

- Native American Trust Resource Policy standards presented in the Department of the Interior Comprehensive Trust Management Plan, dated March 28, 2003; and

- U.S. Fish and Wildlife Service Bald and Golden Eagle Protection Act, as amended (16 USC 668 et seq.).

## 1.5.2.    State of Utah Compliance

The Project would be developed consistent with the requirements of applicable State of Utah regulatory agencies, including the following:

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.404    Page 40 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

- Utah Division of Air Quality (UDAQ)
- UDOGM
- Utah Department of Transportation
- Utah Division of Water Quality (UDWQ)
- Utah Division of Wildlife Resources
- Utah Division of Water Rights (UDWRi)
- TLA

### 1.5.3.    Local Compliance

The Project would be consistent with the following local plans and requirements:

- *Millard County General Plan* (Millard County 2013); and
- Millard County Zoning Ordinance.

### 1.5.4.    Potential Authorization, Permits, and Approvals

**Table 1-5**, *Potential Authorizations, Permits, Reviews, and Approvals*, identifies the authorizations, permits, reviews, and approvals that are anticipated to be required for the Project.

**Table 1-5.    Potential Authorizations, Permits, Reviews, and Approvals**

| Permit/Approval | Description | Agency | Statutory Reference |
|---|---|---|---|
| **Federal** | | | |
| NEPA compliance | Project EIS ROD | BLM | 40 CFR 1500–1508 |
| SF-299 Application for Transportation and Utility Systems and Facilities on Federal Lands Approval of ROW grants | Approval of off-lease activity | BLM | 43 CFR 2800 and 2880 |
| Mining plan | Requirements for mine development, operations, and reclamation | BLM | 43 CFR 3590 |
| Mineral Materials Negotiated Sale | Aggregate materials sourced from BLM-administered lands | BLM | 43 CFR 3601–3603 |
| Official survey | Survey of Sevier Playa and ROW features | BLM, Utah State Cadastral Survey | 43 CFR 3503.33 |
| USACE 404 permit | Jurisdictional Determination that the Sevier Playa is not a regulated feature under Section 404 of the Clean Water Act | USACE | 33 CFR 320-332 |
| Antenna structure registration Notification to Federal Aviation Administration Form 7460-1 | Microwave communication tower construction. | FAA | 14 CFR 77 |
| Special purpose utility permit | Handling of migratory birds | USFWS | 50 CFR 21.27 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Permit/Approval | Description | Agency | Statutory Reference |
|---|---|---|---|
| **State** | | | |
| Minor source air permit | Approval for evaporation ponds, trench construction, Processing Facility construction | UDAQ | UAC R307 |
| *Fugitive Dust Control Plan* | Materials movement; surface disturbance | UDAQ | UAC R307–309 |
| Notice of Intent to Conduct Large Mining Operations (more than 10 acres) | Mining and reclamation activities | UDOGM | UAC R647-4 |
| Approval of easements on State land | Off-lease activity | TLA | UAC R850-40 |
| Sand, Gravel and Cinders Permit | Aggregate materials sourced from state lands | TLA | UAC R850-23 |
| Water appropriations | Water rights for operational needs for processing minerals, dust suppression, administrative office needs, and other industrial purposes | UDWRi | |
| Small dam permit | Water impoundment permit at Preconcentration Ponds, Production Ponds | UDWRi | UAC R655.11 |
| Drilling permits | Approval to drill water supply and monitoring wells | UDWRi | UAC R655-4 |
| Utah pollutant discharge elimination system | Stormwater permits for construction and operational activities | UDWQ | UAC R317-8 |
| Groundwater discharge permit and construction permit | Processing facility and evaporation ponds | UDWQ | UAC R317-6 |
| State stream alteration permit | Approval by UDWRi for alteration of the Sevier River channel to construct the Sevier River Drop Structure and Diversion Berm features | UDWRi and USACE | Utah Code 73-3-29; UAC R655-13 |
| Certificate of Registration | Handling of wildlife | UDWR | UAC R657-3 |
| Reclamation | Ensure reclamation activities subsequent to mine closure | UDOGM | UAC R647-4-110 |
| Large Mining Operations | Provide annual information relevant to large mine operations | UDOGM | UAC R647-4 |
| New crossing application for rail crossing; application includes a plan of the development and engineering drawings<br><br>Encroachment permit for rail crossing | Rail crossing | UDOT | UAC R930 |

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.406    Page 42 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Permit/Approval | Description | Agency | Statutory Reference |
|---|---|---|---|
| Encroachment permit for crossing SR 257<br><br>Statewide utility license agreement for crossing SR 257 | Pipeline construction across Utah State Route 257 (SR 257) | UDOT | UAC R930 |
| **Local** | | | |
| Construction permit | Facility construction | Millard County | Millard County General Plan |
| Conditional use permit | Rights-of-way (ROWs) | Millard County | Millard County Zoning Ordinance |
| Review | Federal lands—proposed actions in Millard County | Millard County | Millard County General Plan |
| Permit and Agreement | Road use and maintenance agreement | Millard County | Millard County General Plan |
| Wastewater system permit | Processing Facility and Rail Loadout Facility wastewater system | Central Utah Public Health Department | UAC R317-4 |
| **Others** | | | |
| Railroad crossing and railroad spur line agreement | Coordination, review, and authorization by Union Pacific Railroad (UPRR) for railroad crossing and Rail Spur | UPRR | |
| Power line agreement | Coordination, review, and authorization for interconnection to the existing Black Rock Substation | PacifiCorp (doing business in Utah as Rocky Mountain Power) | |
| Road maintenance agreement | Agreement | Rocky Mountain Power | |
| Road maintenance agreement | Agreement | University of Utah | |

# 1.6.    Applicant Committed Design Features

Peak Minerals is committed to minimizing the Project's potential negative environmental impacts through use of applicant committed design features. These design features may be refined, based on input from the BLM or other agencies, for all permitted activities. These features are designed to provide good stewardship of the lands involved. **Appendix E** lists these design features.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# 2.  OPERATOR INFORMATION

Peak Minerals is responsible for operations to be conducted under the approved Amended Mining Plan. Notices and orders are to be delivered to Peak Minerals.

> Contact: Dean Pekeski, President and CEO and Woods Silleroy, VP Operations & Corporate Secretary
> Peak Minerals Inc.
> 10808 South River Front Parkway Suite 343
> South Jordan, UT 8095
> Telephone: (801) 984-3350
> email: dean@peakminerals.com and woods@peakminerals.com

## 2.1.  Leased Lands

The following entities hold the leases for the Project:

> Peak Minerals Inc., through its 2011 federal potassium leases
> Contact: Woods Silleroy
> Peak Minerals Inc.
> 10808 South River Front Parkway Suite 343
> South Jordan, UT 8095
> Telephone: (801) 984-3350
> email: woods@peakminerals.com

> LUMA, through its 2011 federal potassium leases
> Contact: Luke Kline
> LUMA Minerals, LLC
> 621 N Ironwood Dr.
> Arlington Heights, IL 60004
> Telephone: (847) 361-1922
> email: lukekline@hotmail.com

> Peak Minerals Inc., through its 2008 state potash leases
> Contact: Woods Silleroy
> Peak Minerals Inc.
> 10808 South River Front Parkway Suite 343
> South Jordan, UT 8095
> Telephone: (801) 984-3350
> email: woods@peakminerals.com

**Table 2-1**, *Summary and General Description of the Sevier Playa Leases*, summarizes the relationship of entities controlling the potash leases included in the Project.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

*Amended Mining Plan*

**Table 2-1.    Summary and General Description of the Sevier Playa Leases**

| Leaseholder | Federal Leases | | State Leases Peak Minerals Inc. |
| | Peak Minerals Inc. | LUMA Minerals, LLC | |
|---|---|---|---|
| Relationship | Operating entity | Contractual agreement | Operating entity |
| Contractual agreement with Peak Minerals | 100% owned | Option agreement | 100% owned |
| Acres held | 95,801.76 acres BLM leases | 22,011.79 acres BLM leases | 6,409.48 acres TLA leases |
| Effective date of leases | June 1, 2011 | June 1, 2011 | September 2, 2008 |
| Lease descriptions | See Table 2-2 | See Table 2-3 | See Table 2-4 |

The federal potassium mineral leases held by Peak Minerals and LUMA are summarized in **Table 2-2**, Summary of Federal Potassium Mineral Leases Held by Peak Minerals Inc., and **Table 2-3**, Summary of Federal Potassium Mineral Leases Held by LUMA Minerals, LLC, respectively, and the state potash mineral leases held by Peak Minerals Inc. are summarized in **Table 2-4**, Summary of State Potash Mineral Leases Held by Peak Minerals Inc. **Figure 2-1** presents the land surface ownership, leaseholder's lease boundaries, and lease numbers overlaying the Sevier Playa boundary. Leases of federal lands are indicated with light yellow shading while leases of state lands are indicated with blue shading. The Project may occupy private lands for the rail spur but would not rely on split-estate or Tribal lands for any Project feature.

The Project does not involve any leases of Tribal lands.

**Table 2-2.    Summary of Federal Potassium Mineral Leases Held by Peak Minerals Inc.**

| UTU Number | UTUT Number | Location[*] | Acreage |
|---|---|---|---|
| 88387 | 105907801 | T24S, R12W, S3–5 | 1,929.01 |
| 88388 | 105907804 | T24S, R12W, S9–11 | 1,920.00 |
| 88389 | 105907805 | T24S, R12W, S14–15 | 1,280.00 |
| 88390 | 105908388 | T23S, R12W, S26–27 | 1,280.00 |
| 88391 | 105908389 | T24S, R12W, S7-8, S17–18 | 2,487.76 |
| 88392 | 105908390 | T23S, R12W, S33–35 | 1,920.00 |
| 88393 | 105908391 | T24S, R12W, S1, S12 | 1,283.38 |
| 88394 | 105908392 | T23S, R12W, S14–15, S22–23 | 2,560.00 |
| 88395 | 105908393 | T23S, R12W, S25 T23S, R11W, S30–31 | 2,032.74 |
| 88396 | 105908394 | T23S, R12W, S21, S28 | 1,280.00 |
| 88397 | 105908395 | T23S, R12W, S12–13 | 1,280.00 |
| 88398 | 105908396 | T23S, R12W, S24 T23S, R11W, S19 | 1,335.32 |
| 88399 | 105908397 | T23S, R12W, S3, S9–10 | 1,921.63 |
| 88401 | 105908398 | T23S, R12W, S4–5 T22S, R12W, S33 | 1,922.86 |
| 88402 | 105908399 | T22S, R12W, S21, S28–29 | 1,920.00 |

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| UTU Number | UTUT Number | Location* | Acreage |
|---|---|---|---|
| 88403 | 105908400 | T23S, R12W, S1<br>T23S, R11W, S6 | 1,366.56 |
| 88404 | 105909531 | T23S, R12W, S2, S11 | 1,281.88 |
| 88405 | 105909532 | T22S, R12W, S34–36 | 1,919.40 |
| 88406 | 105909533 | T22S, R12W, S25–27 | 1,918.55 |
| 88407 | 105909534 | T22S, R12W, S22–24 | 1,917.81 |
| 88408 | 105910117 | T22S, R12W, S13–15 | 1,917.09 |
| 88409 | 105910118 | T22S, R12W, S9–12 | 1,918.37 |
| 88410 | 105910613 | T22S, R11W, S18–19, S29–31 | 2,510.11 |
| 88411 | 105910614 | T22S, R11W, S17, S20–21 | 1,924.48 |
| 88412 | 105910615 | T22S, R12W, S1–2<br>T22S, R11W, S6 | 1,798.33 |
| 88413 | 105910616 | T22S, R11W, S7–10 | 2,421.09 |
| 88414 | 105911143 | T21S, R12W, S34–36<br>T21S, R11W, S31 | 2,400.77 |
| 88415 | 105911144 | T22S, R11W, S3–5 | 1,982.65 |
| 88416 | 105911145 | T21S, R11W, S32–34 | 1,933.20 |
| 88417 | 105911147 | T21S, R12W, S25–27<br>T21S, R11W, S30 | 2,396.57 |
| 88418 | 105911148 | T21S, R11W, S27–29 | 1,920.00 |
| 88419 | 105911751 | T21S, R12W, S22–24<br>T21S, R11W, S19 | 2,395.65 |
| 88420 | 105911752 | T21S, R12W, S13–15<br>T21S, R11W, S18 | 2,394.72 |
| 88421 | 105911753 | T21S, R11W, S20–22 | 1,920.00 |
| 88422 | 105911754 | T21S, R12W, S1–2, S11–12 | 2,406.53 |
| 88423 | 105911755 | T21S, R11W, S7–8, S16–17 | 2,393.82 |
| 88424 | 105912343 | T21S, R11W, S4–6, S9 | 1,869.64 |
| 88425 | 106039343 | T21S, R11W, S3, S10, S15 | 1,728.85 |
| 88426 | 106039344 | T20S, R12W, S25–26, S35–36 | 2,560.00 |
| 88427 | 106039345 | T20S, R11W, S31–34 | 2,559.21 |
| 88428 | 106039346 | T20S, R11W, S25–26, S35–36 | 2,560.00 |
| 88429 | 106039348 | T20S, R11W, S27–30 | 2,557.64 |
| 88430 | 106039349 | T20S, R11W, S19–22 | 2,556.07 |
| 88443 | 105905793 | T20S, R11W, S23-24 | 1,280.00 |
| 88457 | 105905794 | T20S, R12W, S28, S33-34 | 1,886.40 |
| 88461 | 105905795 | T21S, R12W, S3-4, S9-10 | 2,393.45 |
| 88462 | 105905798 | T21S, R12W, S16-17, S20-21 | 2,548.83 |
| 88463 | 105906396 | T21S, R12W, S28-29, S33 | 1,911.39 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| UTU Number | UTUT Number | Location* | Acreage |
|---|---|---|---|
| **Total** | | | **95,801.76** |

\* Township, Range, Section (Salt Lake Base Meridian)

**Table 2-3.** **Summary of Federal Potassium Mineral Leases Held by LUMA Minerals, LLC**

| UTU Number | UTUT Number | Location* | Acreage |
|---|---|---|---|
| 88444 | 105908953 | T20S, R11W, S15–18 | 2,554.50 |
| 88445 | 105908955 | T20S, R11W, S11–14 | 2,557.18 |
| 88446 | 105908956 | T20S, R11W, S3, S10 | 1,358.44 |
| 88448 | 105908958 | T20S, R10W, S7–8, S17 | 2,012.41 |
| 88449 | 105908959 | T20S, R10W, S18–20 | 2,115.47 |
| 88450 | 105908960 | T20S, R10W, S29–31 | 2,129.20 |
| 88451 | 105910121 | T20S, R11W, S4–5, S9 | 2,048.40 |
| 88452 | 105910620 | T20S, R11W, S6–8 | 1,953.40 |
| 88453 | 105911147 | T20S, R12W, S12–13, S24 | 1,799.62 |
| 88455 | 105911148 | T20S, R12W, S11, S14–15 | 1563.17 |
| 88456 | 105911149 | T20S, R12W, S22–23, S27 | 1,920.00 |
| Total | | | **22,011.79** |

\* Township, Range, Section (Salt Lake Base Meridian)

**Table 2-4.** **Summary of State Potash Mineral Leases Held by Peak Minerals Inc.**

| Lease Number | Location* | Acreage |
|---|---|---|
| ML 51479 | T21S, R12W, S32 | 640.00 |
| ML 51480 | T22S, R11W, S2<br>T22S, R11W, S16 | 1,286.24 |
| ML 51481 | T22S, R12W, S16<br>T22S, R12W, S32 | 1,280.00 |
| ML 51482 | T23S, R12W, S16<br>T23S, R12W, S32<br>T23S, R12W, S36 | 1,920.00 |
| ML 51483 | T24S, R12W, S2<br>T24S, R12W, S16 | 1,283.24 |
| **Total** | | **6,409.48** |

\* Township, Range, Section (Salt Lake Base Meridian)

## 2.2.    Off-Lease Lands

On September 6, 2013, CPM submitted Department of Interior Standard Form 299 (SF-299) to apply for ROWs on and across certain off-lease federal lands within and immediately bordering the Sevier Playa for the purposes of construction and operational access to the leased lands, as well as for facilities supporting the Project. The ROWs would provide for the construction and use of power and communication lines, propane and natural gas, water supply facilities, communication towers, rail facility and new spur track, new access roads, including portions of the playa access road (Playa Access Road) and portions of

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Preconcentration Ponds, segment of the Recharge Canal that extend outside the leased area, as detailed in the POD (Peak Minerals 2024c). Fringe acre leases will be applied for, as provided by 43 CFR 3510, once mining operations begin. The fringe acre lease applications will include portions of the Playa Access Road, Preconcentration Ponds, areas near Extraction Trenches around the playa to expand the potential extraction area, and Recharge Canal. Assuming fringe acre leases are granted, the ROWs will be modified and/or relinquished to remove the areas granted by leases. Peak Minerals is not required to apply for ROWs on the on-lease lands because the governing regulations for federal and state leases grant the lessee and, the unit operator, the right to such on-lease ROWs as is necessary and convenient in the exercise of the rights and privileges granted under those leases.

Additional ROWs and approvals would be required from TLA for Project-related infrastructure on TLA lands, and from private landowners for Project-related infrastructure on private lands. Prior to development, Peak Minerals would apply for and receive the necessary approvals.

BLM, TLA, and private ROWs and approvals are included in the POD (Peak Minerals 2024c).

**Section 6.3**, *Infrastructure*, includes a description of the infrastructure related Project features off-lease.

## 2.3.    Royalty Allocation and Unit Agreement and Operating Agreement

Brines extracted from the various leases would, by necessity, be combined and the resources would be blended. Special Stipulation 2 to the federal potassium leases provides that:

> Prior to production, a Unit Agreement (royalty allocation agreement) shall be approved which establishes the fee, Federal, and State lands as a unit for production royalty purposes. Along with this, the mining unit shall count production from anywhere on the fee, Federal, or State lands as production on any of the lands (BLM 2011c).

Special Stipulation 18 states the following:

> Royalty Value of Un-Mined Potassium and Related Products: The Lessee shall be required to pay the value of the royalty due on any salable potassium or related products which would have been produced under an approved Mining Plan, which is otherwise lost or left economically inaccessible by mining practices, unless approval for leaving the potassium or related products has been granted in writing by the authorized officer (BLM 2011c).

The Royalty Allocation and Unit Agreement addresses allocation of production among lessees and royalty owners. Accordingly, Peak Minerals, LUMA, Lance D'Ambrosio, the Estate of Jeff Gentry, the BLM, and TLA have entered into a Royalty Allocation and Unit Agreement, Appendix E, for combined operations on the Project lands and leases. Further, on August 30, 2018, Peak Minerals completed an option arrangement with LUMA granting Peak Minerals the option to obtain 100 percent record title and operating rights to all Project leases owned by LUMA.

The Royalty Allocation and Unit Agreement allows for operations on the leases as a single unit (Sevier Playa Unit), and considers the potassium, potash, and associated minerals thereunder as unitized substances. Peak Minerals is the designated operator of the Sevier Playa Unit and is responsible for all unit operations. The unitized substances produced from the Sevier Playa Unit is deemed to be produced

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

equally on an acreage-percent basis from all unitized lands. Each lease is allocated to it the percentage of production as the number of acres in such lease bears to the total acres of the Sevier Playa Unit.

In addition, the lessees are working on developing a second agreement, an Operating Agreement, detailing the relative rights and responsibilities of the lessees in the Sevier Playa Unit. This agreement is in draft format currently and is limited to the northern playa area that will be developed in Phase 2. This agreement will be finalized prior to the start of any Phase 2 permitting.

Peak Minerals is committed to pay a 5.0 percent overriding royalty on all potash and associated mineral production to the State of Utah and the Department of the Interior allocated proportionately to TLA and BLM leases. In addition, Peak Minerals is committed to pay a 1.25 percent overriding royalty on all potash and associated mineral production allocated to LUMA on its proportion of the BLM leases, and a 7.5 percent overriding royalty on all potash and associated mineral production on the TLA leases to Peak Minerals, Lance D'Ambrosio, and the Estate of Jeff Gentry. The combined total of the royalties payable to LUMA and the former owners of Emerald Peak Minerals equals approximately 0.61 percent per ton on all minerals produced across all leases. (Novopro and Stantec 2022)

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# 3.   CHARACTERIZATION OF THE ENVIRONMENT

## 3.1.   Physiography

The Sevier Playa occupies the terminal playa of the Sevier River internal drainage basin.[1] There is no drainage from the affected area. The playa covers an area of approximately 130,000 acres. Average elevation on the playa is approximately 4,514 feet amsl with very little relief seen across the site. The playa is located in western Utah's Sevier Desert, in a broad valley that is 10 to 15 miles wide. **Figure 6-2c** presents a regional map showing the Sevier Playa area local relief with the names and locations of major topographic and cultural features, the lease boundaries, and the access routes from paved roads. The playa is bound on the east by the Cricket Mountains and on the west by the Black Hills portion of the House Range, each reaching an elevation of approximately 8,000 feet amsl. South and southwest of Sevier Playa lie the San Francisco and Wah Wah Mountains, respectively, which together flank the Wah Wah Valley. The dry Wah Wah playa, which is located within the Wah Wah Valley, exhibits physiographic conditions similar to those of Sevier Playa. North of Sevier Playa is the gently south-sloping surface of the Sevier Desert.

The Sevier River is the main source of water that flows into the Sevier Playa. The U.S. Geological Survey (USGS) maps the river as being perennial for a six-mile reach directly above Crafts Lake. The remaining reaches of the river below Gunnison Bend Reservoir (located about 27 miles northeast of the Sevier Playa) are mapped as intermittent. Inflow from the Sevier River is unpredictable during most years because of reservoir storage and the heavy demand for irrigation water upstream. Satellite imagery acquired from August 1999 through August 2002 (Gwynn 2006) indicates water to be present on the surface of Sevier Playa, typically from November through April, though likely amounting to only several inches in depth and the result of local precipitation. During the remainder of the year (May through October), the majority of the playa's surface appears to be dry.

Gilbert (1890) described the playa and surrounding areas as being part of Lake Bonneville which formerly covered much of the central Utah area. Following the drop of Lake Bonneville below the Provo shoreline, the Sevier River continued to maintain a lake in the area. This lake is referred to as Lake Gunnison. This lake overflowed northward into the Great Salt Lake Basin (Gwynn 2006). As the climate continued to change, the level of the lake in the Project area continued to reduce to the extent found in 1872. At that time, R.L. Hoxie, a member of the USGS field team, conducted a hydrographic survey of the lake referred to by the locals as Sevier Lake (Gilbert 1890). This was prior to considerable settlement and water use within the drainage. The survey indicated that Sevier Lake was about 28 miles in length and had a water surface area of 188 square miles. Based on the hydrographic survey, an estimated maximum depth of 15 feet was determined, the northern portion being deeper than the southern end. Gilbert (1890) reported that by 1879, the lake was completely dry and local residents and researchers were able to walk on a salt crust across the area that had been the deepest. Local residents described how the lake level had decreased in the preceding one to two seasons. Further, he reported that the desiccation of the lakebed was attributed to human agency via diversion of the stream flows for irrigation. As the Sevier River was the sole source of considerable water to the lake, water use within the upper Sevier River drainage had

---

[1] An internal drainage basin is a closed drainage basin that retains water and allows no outflow to other external bodies of water, such as rivers or oceans, Instead, surface flows converge into permanent or seasonal lakes. In an internal basin, precipitation that falls within it may only leave the drainage system by evaporation or seepage. The bottom of such a basin is typically occupied by a salt lake or saltpan.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

increased to the point where water flow within the lower reaches of the river occurred only during abnormally wet or considerable snowmelt periods.

According to Gwynn (2006), water of abnormal depth was probably present on the playa from 1913 through 1915 and from 1922 through 1923. Additionally, during the period from 1983 through 1985, the Sevier Playa filled with water due to the above average inflow from the Sevier River. At its peak, during the 1983 through 1985 period, the water surface was nearly 13 feet above the playa low point, as reported by Larry Sower of CPMC (Gwynn 2006). From 1986 through 1988, inflow to the playa was reduced considerably and the depth of the water declined.

Considerable snowfall and precipitation through the winter and spring of 2011 caused unusually high-water levels in the numerous reservoirs along the course of the Sevier River. Consequently, water management authorities found it necessary to release retained water during the fall and early winter of 2011 rather than in the spring when it is used for irrigation and consumed before reaching the playa. The exploration activities conducted for the Project from November 2011 to April 2012 had to contend with surface water ranging from one to two feet in depth.

## 3.2.  Geology

The Sevier Playa is located within the Basin and Range physiographic province. The Basin and Range physiographic province covers more than 10 percent of the continental U.S., including all of Nevada and portions of Idaho, eastern Oregon, Utah, Arizona, and southeastern California. Formation of the Basin and Range province began during the Miocene, approximately 24 to 25 million years ago, during regional uplift of a sizeable portion of the western U.S. In this formative period, the east-west extension of the continental crust resulted in uplifted north-south-trending mountains and intervening, down-dropped valley blocks, bounded by listric normal faults. Subsequent erosion of the mountains led to sediment-filled valleys of the down-dropped areas. It is in one of these north-south-trending sediment-filled valleys where the Sevier Lake terminal playa was formed.

The stratigraphy of the Sevier Lake area includes consolidated bedrock and unconsolidated lacustrine, alluvial, colluvial, and playa deposits. The unconsolidated deposits thicken toward the eastern margin of the basin and are underlain by Cambrian to Ordovician-age limestone, dolomite, and quartzite (Hintze and Davis 2002a and 2002b). The Notch Peak Formation crops out in the House Range west of Sevier Lake Basin and forms the top of bedrock below the western part of the playa. It is truncated to the east by erosion or faulting below the basin-fill sediments (Hintze and Davis 2002a). Strata below the Notch Peak Formation include several thousand feet of Cambrian-age dolomite and limestone that are part of the Great Basin Carbonate and Alluvial Aquifer System (Heilweil and Brooks 2011). Rocks of the lower Cambrian-age Prospect Mountain Quartzite crop out in the Cricket Mountains east of Sevier Playa. The Prospect Mountain Quartzite is interpreted to be in fault contact with younger limestone and dolomite rocks along the East Sevier Lake Fault Zone.

Unconsolidated lacustrine and colluvial and alluvial fan deposits overlie bedrock near the margins of the Sevier Lake Basin (Hintze and Davis 2002a and 2002b). The lacustrine deposits are composed of clay to gravel-sized material. Alluvial fan deposits are composed of poorly sorted silt to cobble-sized material. Lacustrine and alluvial fan deposits inter-finger with finer-grained sediments at the playa margin and generally coarsen outward moving away from the playa.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

### 3.2.1.  Sedimentation and Associated Mineralization

The Pleistocene period was characterized by the deposition of lacustrine shore deposits from Lake Bonneville along the high-lying areas surrounding what is now the Sevier Playa. As Lake Bonneville receded from its maximum extent, from southern Idaho to southwestern Utah, a freshwater lake (Lake Gunnison) remained in the Sevier Desert Basin. Lake Gunnison emptied into the Great Salt Lake to the north through the Old Riverbed (Rasmussen 1997), north of the Sevier River. Further decline in Lake Gunnison water levels ended with the present-day isolation of the Great Salt Lake in the north and Sevier Playa in the south (**Figure 1-1**). The Sevier Playa is a terminal hydrologic system, meaning that all surface water within the Sevier Playa watersheds terminates at the playa, and there is no exterior drainage from it. Over recent (Quaternary) geologic time to present, the accumulation of minerals eroded from the drainage area supplying the lake, coupled with high evaporation rates caused by persistent desert conditions, has altered the chemistry of the groundwater in the unconsolidated lacustrine and alluvial sediments below the playa surface to that of a mineral-rich brine.

**Figure 3-1**, Surface Geology, shows that the north-south-trending mountains that surround the Sevier Playa, the Cricket Mountains, and the Black Hills/House Range Mountains, expose Paleozoic basement rocks as a result of uplift during the Basin and Range orogeny (Late Tertiary). The Cricket Mountains in the east expose Cambrian-age quartzites and limestones. The Black Hills/House Range Mountains in the west are composed of Upper Cambrian to Lower Ordovician age dolomites, limestone, and quartzite. On the lower-lying margins of the surrounding mountains, a layered series of sedimentary deposits and erosional features of Pleistocene and Quaternary age have been surface-mapped and observed from drill cuttings. These largely unconsolidated sediments are composed of a mix of sand, marl (carbonate-rich, silt-sized sediments), and clay. The coarser-grained sandy and marly layers contain saturated and semi-saturated levels of brine and water that have accumulated in the subsurface over the dry Quaternary period. A review of the more detailed 1:250,000 scale map shows eolian dunes northeast of the playa. These are naturally occurring dunes that have developed from the winds that blow over the playa. There is some portion of dust that is naturally generated by the dunes located northeast of the playa during high wind events. Historically over geologic time, dust transport is natural and has occurred. Alluvial debris and alluvial fan deposits exist and surround the edge of the playa. Historically, debris flow events occur as a result of high-intensity precipitation events, which occur on an infrequent basis.

As suggested by Case and Cook (1979), the depth to bedrock within the Sevier Playa may be as much as 4,500 feet. Four wells drilled by CPMC, described in the *History and Mineral Resources Characterization of Sevier Lake* by J.W. Gwynn in 2006 (presented in **Appendix C**), on the margins of the playa show the basin sediment to be a minimum of 975 feet deep, given that no Paleozoic bedrock was encountered in these holes. Peak Minerals drilled a hole in lake sediments to 497 feet in depth. The lithologic log for this hole, included in the Gwynn 2006 report, **Appendix C**, illustrated mainly fine-grained, gray-green to brown clays, with minor amounts of gypsum, sand, silt, salt, carbonaceous, and vegetal material from surface to total depth. During the drilling, brines were encountered in the upper 100 feet of the hole. A discussion of the groundwater is presented in **Section 3.3**.

### 3.2.2.  Geologic Structure

A detailed structural study of the region was undertaken by Case and Cook (1979) after completing a gravity survey in the area. Their interpretation of the Sevier Playa structure is illustrated in **Figure 3-2**. **Figure 3-3** illustrates the playa basin's location within an asymmetrical faulted zone. A major north-south trending listric fault zone, designated as the East Sevier Lake Fault Zone, exists between the playa and the

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Cricket Mountains to the east. There is an estimated vertical displacement of more than 4,000 feet, with down-throw on the west. This fault zone forms the east margin of the east-tilted Sevier Lake valley and the west margin of the east-tilted Cricket Mountains. The Sevier Lake valley is bordered on the west by the West Sevier Lake Fault Zone (**Figure 3-2**). The valley that underlies Sevier Playa is interpreted as consisting of two separate fault blocks, designated as the northern and southern blocks. These two blocks have been displaced differentially with respect to each other and with respect to the adjacent mountain blocks, as interpreted from the gravity data (Case and Cook 1979).

The Case and Cook (1979) survey shows that the western margin of the listric fault zone is bounded by several faults of minor displacements that collectively uplift lower Paleozoic strata to form the Black Hills. The limited displacements shown by the Case and Cook survey make the Sevier Playa fault block appear asymmetrical. However, the gravity survey's western margin shows only the initial faults of this uplift that occur in the Black Hills; Norwest interprets the faulting to increase in upward displacement in successive faults approaching the House Range, where the Paleozoic strata are uplifted to more considerable elevations. Surface mapping of faults is difficult in the western areas due to abundant volcanics, primarily deposited as thick tuffs covering the Paleozoic strata.

### 3.2.3.    Mineralization

Composition of the crust covering the playa consists of evaporite minerals and is up to 18 inches thick, as determined from drill and auger data (**Section 5.1.3**, *Drillhole Data*). Evaporite minerals forming the crust tend to be zoned on the playa surface, with NaCl being the dominant mineral in the center of the lakebed, followed by glauberite ($Na_2Ca[SO_4]_2$) and then gypsum ($CaSO_4•2H_2O$) near the playa shore (Gwynn 2006; Rasmussen 1997).

Soluble salts in the sediment-hosted brine are the target mineralization of current development work. The source of soluble salts is the erosion and leaching of Paleozoic-era bedrock in the Sevier and Bear River drainages when the Basin and Range was inundated by Lake Bonneville. Observation and sampling of playa sediments and brine have identified the following features that characterize the top 100 feet of the deposit:

- Salt crust up to 18 inches thick;

- Lateral zonation in crust mineral chemistry;

- Variation in brine saturation, both laterally and with depth;

- Variation in sediment grain size distribution;

- Artesian brine flow, occurs over approximately 20 percent of the playa surface, mainly southeast of Needle Point and in the north central portion of playa; and

- Elevated concentrations of sodium (Na+), potassium (K+), magnesium (Mg2+), calcium (Ca2+), chloride (Cl-), and sulfate (SO42-) in the brine.

These features influence, to varying degrees, the target brine extent (volume) and potential for production of potash, halite, and bitterns (liquor remaining after potash and halite are harvested[2]) from the brine. The focus of the resource estimates presented in this Amended Mining Plan are two shallow (depths less than 100 feet) brine horizons referred to as the Marl Clay Zone (MCZ) and the Siliceous Clay

---

[2] Bitterns are the source for several magnesium-based compounds, such as magnesium chloride ($MgCl_2$) and magnesium sulfate ($MgSO_4$), that have some degree of commercial or utilitarian value.

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.417    Page 53 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Zone (SCZ), corresponding respectively to the Upper Resource Zone and Lower Resource Zone of prior studies and reports.

**Figure 3-4** graphically illustrates the major litho-hydrologic units and subunits of the modeled playa aquifer system. The typical stratigraphy was generated from the average thickness of lithological units encountered in boreholes throughout the playa; percent carbonate was determined from laboratory testing, and hand-held penetrometer data from field tests on the sonic cores (CPM 2018a). The playa surface below the salt crust is composed of a low-hydraulic conductivity (hydraulic conductivity is the ability of soil or strata to pass water) fat clay, designated the Fat Clay Zone (FCZ). The FCZ is of variable thickness, from the playa surface to approximately 11.2 feet below the playa surface. The average thickness of the FCZ is 9.7 feet. The MCZ is composed of an argillic marl aquifer with a crumbly and blocky sedimentary structure, averaging approximately 20.5 feet in thickness. It extends from below the FCZ to an average depth from surface of approximately 31.7 feet, where the voids in the argillic marl decrease rapidly, along with the carbonate content of the clay. The SCZ is hosted in a clay aquifer with permeability developed in intercalated clayey silts, sands, and gravels occurring at various depths and thicknesses throughout the zone. The top of the SCZ occurs at the transition from predominantly carbonate to siliceous sediments at the base of the MCZ, while the aquifer zone, hosting the resource, is taken to be the uppermost occurrence of a coarse-grained permeable material, which varies with location.

The base of the SCZ is rather distinct and is observed as a rapid transition to a reddish-brown, tight clay of very low moisture content and hydraulic conductivity occurring, on average, at approximately 75.5 feet in depth below ground surface (bgs). The combined MCZ and SCZ horizons vary from 40 to 100 feet in depth from the surface and are bound at the base by the stiff clay horizon. Drilling to date is insufficient to determine accurately a brine resource potential below these two shallow aquifers, although limited sampling has confirmed the presence of elevated brine concentrations below the bottom of the presently defined SCZ.

Past and present development efforts have focused on using large-scale solar evaporation ponds to extract salt compounds from the brine through concentration and fractional crystallization.

## 3.3.    Hydrogeology

Groundwater in the Sevier Playa Potash Project Baseline Water Resources Analysis Area (**Figure 3-5**) is part of the Great Basin Carbonate and Alluvial Aquifer System (Great Basin Aquifer System) described by Heilweil and Brooks (2011). The Great Basin Aquifer System covers an area of approximately 110,000 square miles, mostly in eastern Nevada and western Utah, and generally consists of unconsolidated alluvium and volcanic rocks in valleys that are bound by carbonate and clastic sedimentary rocks in the adjacent ranges.

The *Baseline Water Resources Technical Report for the Sevier Playa Potash Project* (Whetstone Associates, Inc. 2017) (**Appendix C**) includes a conceptual model of groundwater flow at the Sevier Playa and was prepared as a composite of information from CH2M Hill Ltd. (CH2M) (2013a) and data collected during the preparation of the NI 43-101 Technical Report (CPM 2018a). The Whetstone Associates, Inc. (2017) and CPM (2018b) reports discuss groundwater flow under, around, and at Sevier Playa. As is standard in groundwater projects of this scale, three interrelated systems, defined by the lengths of their flow paths, are needed to understand the system. These scales include regional scale, intermediate scale, and local scale. The Whetstone Associates, Inc. (2017) report describes the regional scale groundwater system which exists within the playa, and bedrock and local scales which exist in the playa and on upper mountain

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

slopes. These local scales were considered minor, so their evaluation does not differentiate between zones in the alluvial/colluvial hillsides or within the playa sediments.

Flow in the regional system is consistent with the conceptualization by Carlton (1985) as well as Harrill and Prudic (1998) and is generally west-to-northwest groundwater movement in bedrock from recharge areas east of the playa toward the House Range and Tule Valley, turning north to discharge at Fish Spring Flat, approximately 55 miles north of the Sevier Playa. Water level measurements and water quality data from boreholes and wells are consistent with the west-northwest flow direction in the regional system. Unconsolidated deposits along the edges of the playa and in valley floors may participate in the regional flow system where they intersect the regional potentiometric surface.

It is likely that the playa is a minor intermediate discharge point within the regional system, as indicated by evapo-concentrated total dissolved solids (TDS) levels and upward hydraulic gradients observed in wells completed in shallow and deep basin fill sediments. Regional groundwater flow in bedrock from the east beneath the Cricket Mountains toward Sevier Playa may flow through the deeper basin-fill sediments (underlying the SCZ) to discharge to the west with some evaporative discharge from upward flow through the shallow basin-fill sediments (FCZ, MCZ, and SCZ zones). Review of borehole and pumping test data for unconsolidated deposits near the playa indicate that groundwater occurs under confined and unconfined conditions. Pumping tests in these sediments returned transmissivity and hydraulic conductivity values ranging from 16 to 3,010 square feet per day ($ft^2$/day) and less than 0.06 to 51 feet per day, respectively.

Flow in the local-scale system(s) occurs around the margins of the playa, where meteoric water infiltrates on the upper slopes of the basin and flows toward the playa, following topography, to discharge at ephemeral springs and streams on the lower slopes or percolate downward to the regional water level. Inflows in the local-scale system(s) are episodic and may be perched at various locations, depending on the presence of low-permeability strata, such as clay layers.

Due to the density of the brines within the playa sediments, the heads from the various wells were corrected for variations in fluid density. This correction allowed the brine and non-brine water heads to be compared equally. This correction is described in the Whetstone Associates Inc. (2017) report. The corrected head values are referred to as equivalent freshwater heads. Whetstone's evaluation of the equivalent freshwater heads from playa wells shows a resultant pattern in the hydraulic gradient that is consistent with a playa groundwater system that generally gains groundwater flow from alluvial/colluvial sediments in the east and outflows groundwater to the adjacent alluvial/colluvial aquifer in the west. Within the playa aquifer system, the horizontal hydraulic gradient is small, with groundwater generally flowing from east to west across the playa. In addition, upward hydraulic gradients exist within the playa aquifer.

The evaluation of freshwater heads of wells used by CPM (2018b) shows that groundwater from the alluvial/colluvial aquifers slope toward the playa, and are elevated relative to the playa surface, indicating flow toward the playa from the unconsolidated sediments located on all sides of the playa. These aquifers are interbedded with the playa sediments and the waters contribute to the head within the playa sediments, similar to other high desert valleys within the Basin and Range province of the Intermountain West.

Upward flow from within the upper playa aquifer zones, combined with the 12-foot-thick layer of FCZ at the surface, results in a confined brine aquifer throughout most of the playa. The corrected freshwater heads are typically near or above the elevation of the playa surface (see **Figure 3-6**). Peak Minerals

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

reviewed those portions of the playa that exhibited heads that were above the playa surface. The heads varied from just above the playa surface to a maximum head of about 2.5 feet above the playa surface; most of the area heads are less than 0.5 feet. These areas are defined as artesian areas. The portion of the playa that exhibit artesian heads is shown in **Figure 3-6**. The artesian areas of the playa likely vary based on seasonal and climatic changes in the groundwater system. Based on the time of the water level readings, the artesian areas of the playa represent approximately 60 percent of the playa surface.

Review of borehole and pumping test data from playa aquifer wells indicates that, starting at relatively shallow depths below the playa surface, groundwater is confined. The groundwater flow and transport model developed for mine planning and reserves determination (CPM 2018b) uses hydraulic conductivity values of $5.9 \times 10^{-4}$ feet/day (ft/day) for the FCZ, 1.2 to 120 ft/day for the MCZ, and 0.08 to 26 ft/day for the SCZ. These results are consistent with the expected values for the playa, given both the clayey-silt nature of the fine-grained sediments and the presence of discontinuous gravel layers.

## 3.4.  Climate

The climate of the Sevier Playa area is semi-arid, with reported values of average annual precipitation at or near the site varying from approximately 7.86 inches (Milford) to 7.89 inches (Delta) (CH2M 2013b; March Consulting Associates Inc. 2012; Western Regional Climate Center 2013) to approximately 8.03 inches (Gwynn 2006). An independent assessment of average annual precipitation at the site was calculated using the Parameter-elevation Regressions on Independent Slopes Model (PRISM), developed by the PRISM Climate Group (Oregon State University 2012). PRISM is an analytical model that uses point data and an underlying grid, such as a digital elevation model (DEM) or a 30-year climatological average (e.g., 1971–2000 average) to generate gridded estimates of monthly and annual precipitation and temperature, as well as other climatic parameters. By entering the location of the site (latitude and longitude), the PRISM model calculated an annual precipitation of 8.22 inches for Sevier Lake. The range in the annual precipitation values, 7.86 from the Milford Station to 8.22 from PRISM model, is to be expected and can be explained by consideration of several factors, including how the data (daily or monthly) are averaged and annualized, differing periods of record, and location of where the data were collected. Based on this range for annual precipitation, it is recommended that eight inches be used for the annual precipitation at the site for engineering design purposes.

Regional climate statistics from nearby towns and weather stations show an average maximum temperature of 66.4 °F, ranging between a high of 93°F in July and a low of 40.2°F in January. Minimum temperatures average 33.5°F, ranging from a high in July of 55.9°F to a low in January of -13.8°F. Extreme temperatures range from a record low of -34°F to a record high of 105°F (Gwynn 2006).

The climate of the Sevier Playa is important in that proposed harvesting of the brine minerals is through the use of large-scale, shallow solar evaporation ponds. The ideal conditions for this type of process occurs in areas that are arid, relatively hot, and windy. The early developers of the Project established two weather stations that recorded climatic conditions at the playa for a period during the late 1970s. Data from late June through early September 1979 (Gwynn 2006) show daytime temperatures averaged approximately 86°F and nighttime temperatures averaged approximately 54°F. Wind speeds, recorded during spring through fall, averaged 15 to 20 miles per hour.

Exploration activities have been conducted year-round. Potential mining operations would likely face climatic challenges related to decreased solar evaporation during winter months. However, it is

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.420    Page 56 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

envisioned that management of multiple pond systems at varying stages of development would provide sufficient feed stockpiles to maintain operations throughout the year.

## 3.5.  Soils

The Project occurs within areas for which the soil resource has previously been mapped at a Third-Order survey level (e.g., scales in the range of 1:63,360 to 1:190,080). An assessment of soil conditions for the Project was performed, based upon a review of published, unpublished, and web resource data from the Natural Resources Conservation Service (NRCS, formerly the Soil Conservation Service [SCS]) (CH2M 2013c) and is included in **Appendix C**. The NRCS data include the *Soil Survey of Delta Area, Utah–Part of Millard County* (SCS 1971), the *Soil Survey of the Beaver-Cove Fort Area, Utah–Part of Beaver and Millard Counties* (SCS 1970), the *Soil Survey of West Millard/Juab Area, Utah–Parts of Millard and Juab Counties* (NRCS 2013), and the Web Soil Survey (NRCS 2018). These resources were utilized to generate technical descriptions of the soil resource and background information within the context of the study area. The report, *Soil Assessment for the Sevier Playa Project* (CH2M 2013c), includes a description of the soils present in the study area (delineated in the CH2M 2013c report) and a preliminary evaluation of growth media that could be salvaged for use in reclamation activities.

The mining facilities on the playa are located in soil areas mapped as Playas (NRCS 2018). The playa soil geography is described as a miscellaneous land type consisting of level depressions of mixed alluvial sediment found at elevations between 4,500 and 4,800 feet amsl. Playa soil textures are generally silty clay loam or silty clay. The content of salt is generally so high that no vegetation grows. Playa soils are unsuitable for use as a growth medium and have no value for farming (CH2M 2013c) (**Appendix C**).

The soils surrounding the playa include the Dera-Dera Sandy Loam Families Association, Lynndyl-Uvada Families-Duneland Association, Uvada-Skumpah Families Association, and Dune Land (CH2M 2013c). Soils of the Dera-Dera Sandy Loam Families Association are excessively drained, consisting mostly of gravels occurring on dissected alluvial fans. The Lynndyl-Uvada Families-Duneland Association consists of moderately low to excessively drained soils occurring within slightly to strongly saline lake plains, lake terraces, and alluvial fans. The Uvada-Skumpah Families Association has a moderately low water capacity and occurs on lake plains with a slight to strong salinity. Growth medium potential for these soils was included as part of the *Soil Assessment for the Sevier Playa Project* (CH2M 2013c). These soils were determined to have fair growth medium suitability and are slightly saline. Dune Land soils are not suitable for growth medium and are limited to a small area north of the playa (CH2M 2013c).

In 2018, SWCA Environmental Consultants (SWCA) completed soil profile characterization studies at the Processing Facility and the Rail Facility. This study determined that there are two soil types at the Processing Facility: fine-loamy, mixed, mesic Typic Haplocambid, and fine, mixed, mesic Typic Haplocambid. This study determined that there are three soil types at the Rail Facility: Fine-loamy, mixed, mesic Typic Haplocambid, Loamy-skeletal, mixed, mesic Typic Haplocambid, and Fine, mixed, mesic Aquic Natrargid. The survey evaluated these soils to define potential limitations for reclamation and determined that each soil type is poor to unacceptable for use in reclamation (SWCA 2019). Refer to the Reclamation Plan (Peak Minerals 2024b) for details on reclamation activities.

## 3.6.  Vegetation

The extreme physical and chemical characteristics of the Sevier Playa area are, in general, not conducive to the establishment and growth of vegetation. Area surveys conducted in 2011 identified the following five vegetation zones (in order of increasing elevation and distance from Sevier Playa): salt flats, salt desert

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.421    Page 57 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

scrub, sagebrush-grassland, desert woodland, and montane forest. Only salt flats and salt desert scrub occur in the immediate vicinity of the Project. Sagebrush-grasslands could also be traversed by Project access roads.

The playa surface itself is devoid of vegetation due to periodic flooding and the resulting formation of a salt crust on the surface from the evaporation of the mineral brine. Along the margins of the Sevier Playa, vegetation consists of low brush and sage.

In 2018, SWCA completed vegetation surveys at the Processing Facility and Rail Facility. This report is included as an appendix to the *Reclamation Plan for Peak Minerals Sevier Playa Potash Project* (referred to as the Reclamation Plan) (Peak Minerals 2024b). The vegetation sampling transects were used to quantify vegetation by species at each point intercept location. These data were then placed into four vegetation categories: shrubs, desirable forbs, desirable grasses, and weedy species. Non-vegetative ground cover categories consist of litter, rock, and bare ground. Weedy species consist of invasive or non-native species as designated in *Weeds of the West* (Whitson 1999).

The Rail Loadout Facility Project area is covered by two vegetation communities: Inter-Mountain Basins Mixed Salt Desert Scrub and Inter-Mountain Basins Greasewood Flat. Both have significant amounts of invasive, weedy vegetative cover, and sporadic barren areas interspersed between vegetation (SWCA 2019).

The Processing Facility Project area contains two distinct vegetation communities: Inter-Mountain Basins Mixed Salt Desert Scrub and Invasive Annual and Biennial Forbland. The Inter-Mountain Basins Mixed Salt Desert Scrub vegetation community has significant amounts of invasive vegetative cover and sporadic barren areas between vegetative growth. Invasive Annual and Biennial Forbland vegetation communities have a distinct lack of vegetative cover and current vegetative cover mainly consists of invasive species. Both communities lack a diversity of species (SWCA 2019).

No federally listed or candidate plant species are known to occur in the Project area, which includes the Project footprint plus a 0.25-mile buffer around off-playa Project components. The area does not contain habitat suitable for any federally protected plant species, based on a review of the Utah Conservation Data Center database performed by the Utah Division of Wildlife Resources (UDWR) and field surveys conducted for the Project in 2013 and 2014 to collect data for the NEPA analysis (CH2M 2014). The *General and Special-Status Wildlife and Plant Species Survey Report*, prepared for the Project, determined that no special-status plant species were identified in the Project survey area during a UDWR search of the Utah Native Plant Society database (CH2M 2014).

Vegetation surveys documented the presence of several noxious and invasive species in the survey area. Saltcedar (*Tamarix ramosissima*), was found in riparian areas along the Sevier River and moist areas surrounding Sevier Playa. Medusahead (*Taeniatherum caput-medusae*) was found along the western edge of the Cricket Mountains. African mustard (*Malcolmia africana*) was found throughout the survey area and, in some areas, was the dominant plant cover (CH2M 2014).

Federal lease, Special Stipulation 4 states the following:

> "Noxious Weeds: Equipment will be cleaned prior to entering the proposed project area to minimize the introduction of noxious/invasive weeds in other areas. The lessee/operator shall annually inspect active and inactive operational areas on each lease for noxious weeds (that are listed for control by the State of Utah, the Utah BLM and

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Millard County). If any of the listed weeds are found, control must be initiated by the lessee. The lessee shall contact the Weed Control official at the FFO in advance to discuss the planned control method (lessees are required to obtain a permit prior to the control through the application of approved herbicides). The lessee shall chemically treat annual invasive weeds (such as cheatgrass) in areas of high activity so as to prevent the potential of fire on the site and buildup of fire potential. Active and inactive operational areas on leases shall be inspected annually on each lease for noxious weeds. A plan shall be submitted and approved by the AO prior to the initiation of any control of weeds (BLM 2011c)."

Noxious weeds would be managed to facilitate long-term, self-sustaining plant communities. In accordance with this special stipulation and the *Noxious Weed Management Plan* (Peak Minerals 2024e), weed species, locations, and populations would be identified within the Project by an initial field inventory and inspected annually. Immediate, aggressive weed control measures would be implemented to reduce weed populations within the Project footprint in off-playa areas, as approved by the BLM AO. A combination of physical, biological, and cultural methods for controlling noxious weeds and other invasive species may be used. To minimize the introduction of noxious and invasive weeds, equipment would be cleaned prior to entering off-playa areas from non-project areas. Successful revegetation of off-playa disturbed areas would establish permanent, beneficial plant communities within the mine area to reduce the opportunity of establishment of noxious or invasive species.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# 4.  MINERAL PROCESSING AND METALLURGICAL TESTING

Peak Minerals intends to convert Sevier Playa brine into SOP using standard processes common to the potash and soda ash industries. Process test work completed to progress the understanding of the metallurgical properties of the Project and predict the overall grade and recovery involved the following:

- Identification of major, minor, and deleterious chemical species;
- Pond crystallization modeling and evaporation tests;
- Generation of feed stock for vendor testing;
- Conversion tests;
- Flotation tests;
- Crystallization tests;
- Bench-scale program;
- Pilot program; and
- Compaction tests.

Results of the test work were used to update and refine the process designs. Flotation tests were performed to evaluate possible reagents and recovery. Tests were also performed to assist with predicting the potential purity of the final SOP product, as well as to estimate recoveries.

**Table 4-1**, *Mineral Processing and Metallurgical Test Summary*, summarizes the test work performed, the laboratories used, the test objectives, and the test results. All tests were completed using industry standard methods, where applicable.

**Table 4-1.     Mineral Processing and Metallurgical Test Summary**

| Test | Laboratory* | Objective | Dates of Testing | Status | Results |
|------|-------------|-----------|------------------|--------|---------|
| Identification of major, minor, and deleterious species | AWAL, Hazen | Data were used in process models and to refine flow sheets; quantified potential variability of salts in solar evaporation ponds. | August 2011–August 2013 | Testing completed; additional testing recommended | Testing showed considerable variations in species and ion balance, with the exception of potassium (K) and magnesium (Mg). |

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Test | Laboratory[*] | Objective | Dates of Testing | Status | Results |
|------|------------|-----------|------------------|--------|---------|
| Preliminary pond crystallization modeling and mass balance | Novopro | Determined evaporation characteristics of brine and suitability of pond designs and process unit operation design. | October 2016 | Modeling completed | Model showed primary potassium bearing minerals would be schoenite (K₂Mg(SO₄)₂•6H₂O), sylvite (KCl), and carnalite (KMgCl₃•6H₂O). These pond solids were acceptable for processing to potassium sulfate (K₂SO₄). |
| Flotation tests | Hazen | Used synthetic mineral blend to determine flotation reagent and reagent dosages, required flotation time, and establish relationship between grade and recovery. | October 2016 | Testing completed | Rougher flotation produced 90 percent recovery of schoenite and was implemented into the mass balance |
| Conversion tests | Hazen | Used synthetic mineral blend to determine reaction kinetics and to verify brine equilibrium. | October 2016 | Testing completed | A 30-minute reaction time was confirmed, and the chemical equilibrium used in modeling was confirmed. |
| Potassium sulfate crystallization tests | Hazen | Used synthetic mineral blend to determine reaction kinetics, crystallizer recovery, and to verify brine equilibrium. | March 2017 | Testing completed | Crystallization test containing KCl produced a crystallizer potassium recovery of near 50 percent. The brine equilibrium was verified and implemented into the mass balance models. |
| Bench-scale program | Hazen | Validate the model developed in the 2018 FS and evaluate new process adaptations added in the bridge design phase. | May – October 2018 | Testing completed | Mixed salt composite tested contained higher halite concentration than the design case. Conversion at 68°F is preferred as it ensures staying out of the leonite equilibrium region. Coarse feed has little effect on flotation efficiency. |

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.425    Page 61 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Test | Laboratory* | Objective | Dates of Testing | Status | Results |
|------|-------------|-----------|------------------|--------|---------|
| Pilot program | FLSmidth and Hazen | Generate product and validate the process developed in the 2018 FS. | May – October 2018 | Testing completed | The final overall $K_2O$ of the product was 51 percent from Hazen's assays and 53 percent from FLSmidth's assays which aligns well with industry grades. In total, 68.1 pounds of SOP was produced. |
| Compaction tests | Hazen | Conducted to validate the compatibility of the SOP product. | 2018 | Testing completed | Recirculation of material into the fresh feed has proven to improve the material's ability to compact more efficiently and increase resistance to abrasion. Bench-scale samples exhibited lower abrasion resistance and strength properties in comparison to the commercial products. |

\*   American West Analytical Laboratories (AWAL), FLSmidth Minerals Ltd. (FLSmidth), Hazen Research (Hazen), Novopro Projects Inc. (Novopro)

# 4.1.    Identification of Major, Minor, and Deleterious Species

Analytical results from over 800 samples of brine were reviewed to provide information on the expected variation of salts in the proposed solar evaporation ponds. There was considerable variation in the American West Analytical Laboratories (AWAL) analyses for the individual species due to necessary laboratory dilutions of concentrated brine associated with the analytical method used. A subsequent analysis by Hazen Research (Hazen) using an alternative method (barium precipitation and gravimetric analysis) yielded more accurate results for sulfate, a key anion, and produced a set of analyses that were ionically balanced.

The concentrations of positive and negative ions were checked to help determine the accuracy of the analyses. Balanced charges are an indication that major ions have been identified and are accurate for the purposes of the study. When the AWAL analyses were checked in this way, the resulting ion balance was found to have an average error of 17 percent and a standard deviation of 26 percent. The AWAL analyses matched information found in the literature for other evaluations of Sevier Playa brine, but those analyses were found to have similar ion balance errors. As mentioned, these errors are likely a result of the analytical method and the required dilutions.

A subsequent analysis by Hazen resulted in a more accurate charge balance. The Hazen analytical results yielded a charge balance with 94 percent agreement and, because they were the best available data, were used for preliminary process modeling work. The Hazen results are provided in **Table 4-2**, *Results of Hazen Analysis: Concentration of Ions*, to provide an example of the balance calculations.

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.426    Page 62 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table 4-2.    Results of Hazen Analysis: Concentration of Ions**

| ION | Concentration (grams/L) | Concentration (moles/L) | Ion Concentration (equivalents/L) |
|---|---|---|---|
| Na$^+$ | 73.9 | 3.2 | 3.213 |
| Mg$^{2+}$ | 4.15 | 0.17 | 0.341 |
| Ca$^{2+}$ | 0.69 | 0.017 | 0.034 |
| K$^+$ | 3.28 | 0.084 | 0.084 |
| *Total Positive* | – | – | 3.672 |
| SO$_4^{2-}$ | 23.8 | 0.25 | 0.496 |
| Cl$^-$ | 121.3 | 3.5 | 3.421 |
| Total Negative | – | – | 3.917 |
| ION balance, percent | – | – | 93.7 |

Notes:    – = not applicable

**Table 4-2** shows the ion balance calculation for the composite brine. The concentration of each ion was divided by the atomic or molecular weight to get the concentration of the ion in moles per liter (moles/L). That value was multiplied by the charge of the ion to get the charge equivalent of the ions (Column 4).

Additional samples were collected from the Sevier Playa and submitted to Hazen for duplicate, confirming analyses. Analytical results were consistent and generally within five percent of the known concentrations of ions in the synthetic brine. The Hazen analysis of the "average playa brine" used in modeling work and the average analytical values from the 2013 samples analyzed by AWAL are shown in **Table 4-3**, *Summary of Analytical Values Used in Modeling.*

**Table 4-3.    Summary of Analytical Values Used in Modeling**

| ION | Concentration (gram/L) | | |
|---|---|---|---|
| | | Average of 20 Samples (2013) | |
| | Hazen Analysis of Composite Sevier Playa Brine | Hazen | AWAL |
| Na$^+$ | 73.9 | 74.1 | 67.7 |
| Mg$^{2+}$ | 4.15 | 3.92 | 3.64 |
| Ca$^{2+}$ | 0.69 | 0.64 | – |
| K$^+$ | 3.28 | 3.05 | 2.92 |
| SO$_4^{2-}$ | 23.8 | 20.7 | 24.5 |
| HCO$_3^-$ | – | 0.54 | – |
| Cl$^-$ | 121.3 | 115 | 100 |

Notes:    – = not applicable

The average analysis performed by Hazen of the 20 samples collected in 2013 supports the composition of the composite sample that had been used for thermodynamic modeling. Previous analyses of samples from the same locations had been analyzed by AWAL and showed appreciably different concentrations. An average bicarbonate (HCO$_3^-$) concentration is listed in **Table 4-3**; however, HCO$_3^-$ was not reported in Hazen's brine analysis. Therefore, HCO$_3^-$ was not included in **Table 4-2**.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# 4.2.    Pond Crystallization Modeling

Minerals produced in the solar ponds drive the operation of the Processing Facility and also influence the optimal plant design. A simulation of the ponds was calculated using pH redox equilibrium (PHREEQC) software, provided by the USGS (**Section 4.2.1**, *Numerical Modeling*).

## 4.2.1.    Numerical Modeling

The numerical modeling was performed by Novopro using PHREEQC interactive software Version 3.3.8-11728, developed by the USGS, and brine analyses, provided by Hazen. The software used an internal database that feeds Pitzer equations that calculate equilibrium constants.

The model predicted the crystallization of a variety of salts as water was removed by evaporation. The first minerals to crystallize in the Preconcentration Ponds would be halite, polyhalite ($K_2Ca_2Mg(SO_4)_4 \bullet 2H_2O$), and gypsum. There is the potential for bloedite ($Na_2SO_4 \bullet MgSO_4 \bullet 4H_2O$) to crystallize in the Preconcentration Ponds, but the extent to which bloedite supersaturates in the brine is not well understood. As potassium-bearing minerals become saturated, the brine is moved to the Production Ponds where potassium crystallizes as schoenite ($K_2Mg(SO_4)_2 \bullet 6H_2O$); sylvite (KCl); and carnallite ($KMgCl_3 \bullet 6H_2O$). Additionally, halite, epsomite ($MgSO_4 \bullet 7H_2O$), and hexahydrite ($MgSO_4 \bullet 6H_2O$) crystallize in the Production Ponds. **Table 4-4**, *Minerals Crystallized in the Preconcentration Ponds*, and **Table 4-5**, *Minerals Crystallized in Production Ponds*, summarize the minerals crystallized in each pond. **Table 4-6**, *Pond Brine Specific Gravity*, describes the brine specific gravity in each pond.

**Table 4-4.    Minerals Crystallized in the Preconcentration Pond**

| Location | Gypsum | Halite | Polyhalite | Bloedite | Epsomite | Total | Units |
|---|---|---|---|---|---|---|---|
| P1 | 21,972 | - | - | - | - | 21,972 | STPA |
| P2 | 17,219 | - | - | - | - | 17,219 | STPA |
| P3 | - | 1,433,873 | - | - | - | 1,433,873 | STPA |
| P4 | - | 1,460,621 | 21,299 | 345,410 | - | 1,827,331 | STPA |
| Back-Mix Ponds | - | 338,045 | 14 | - | 59,902 | 397,961 | STPA |
| **Total** | **39,191** | **3,232,540** | **21,313** | **345,410** | **59,902** | **3,698,356** | **STPA** |

**Table 4-5.    Minerals Crystallized in Production Ponds**

| Pond | Sylvite | Halite | Kainite | Carnallite | Hexahydrite | Total | Units |
|---|---|---|---|---|---|---|---|
| H1 | - | 96,330 | 361,882 | - | - | 458,211 | STPA |
| H2 | - | 37,779 | - | 238,119 | 104,703 | 380,601 | STPA |
| PRB Pond | 69,655 | 38,025 | - | - | - | 38,025 | STPA |
| **Total** | **69,655** | **172,134** | **361,882** | **238,119** | **104,703** | **946,493** | **STPA** |

**Table 4-6.    Pond Brine Specific Gravity**

| Ponds | Specific Gravity |
|---|---|
| Playa to P1 | 1.221 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Ponds | Specific Gravity |
|---|---|
| P1 to P2 | 1.221 |
| P2 to P3 | 1.222 |
| P3 to P4 | 1.225 |
| P4 to Back Mix | 1.236 |
| PRB to PRB Pond | 1.236 |
| PRB to Back Mix | 1.236 |
| Back Mix to H1 | 1.236 |
| H1 to H2 | 1.236 |
| H2 to Bittern Brine Pond | 1.236 |

## 4.3.    Preliminary Conversion Tests

An estimate of the Processing Facility feed solids was completed based on the results of numerical pond crystallization modeling performed using the PHREEQC software. Using this estimate, Hazen generated synthetic salts to match the feed concentration predicted in the models. These salts were placed in a four-liter kettle, where the solids were mixed with crystallizer mother liquor at two different temperatures: 25 degrees Celsius (°C) and 30°C. The temperature of the reaction kettle was controlled using a water bath connected to a heating/cooling element.

Results indicated the formation of schoenite from the mixed potassium salts, as well as the presence of halite and epsomite. Kinetic samples were pulled throughout the test and the reaction was determined to be complete after 30 minutes. Hazen performed analytical analysis on the brines and the results were compared to the PHREEQC outputs for this unit operation. The numerical models were validated, and equilibrium constants adjusted as needed so that the PHREEQC models more closely reflected actual data.

## 4.4.    Flotation Tests

The objective of the screening campaign was to identify a collector and associated additives (frothers and extender oils) that would effectively float schoenite from a mixture of salts (specifically halite and epsomite) and meet the target design parameters. The collector screening campaign was carried out by Hazen. Four rounds of testing were needed to identify and refine the performance of reagents. Selection of flotation reagents was based on recommendations from industry experts, manufacturers, and literature reviews of schoenite collectors.

Feed solids composition of the flotation test was designed to reflect the most stringent operating conditions for the Processing Facility. The composition of feed solids was different in round one than the composition used in the other tests. In round one, schoenite made up 40 percent of the feed, while halite, epsomite, and bloedite each made up 20 percent. This composition, however, proved to be thermodynamically unstable and, therefore, represented an unrealistic stressed state. For the subsequent rounds of tests (rounds two, three, and four), schoenite made up 50 percent of the feed, while halite and epsomite represented 25 percent each of the feed. Hence, bloedite was removed from the feed material. Particle size distribution coming out of the crushing circuit is expected to have a top size of one millimeter (mm). The feed solids were screened to ensure that particles larger than one mm would not be used in flotation tests.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Brine was made to simulate recirculating brine, similar to that expected in the mineral processing area of the Processing Facility. Brine was synthesized for flotation testing using laboratory reagents at concentrations consistent with the numerical model's predicted concentrations for the final Production Pond. Brine concentrations used in flotation testing are shown in **Table 4-7**, *Synthetic Brine Concentrations Used in Flotation Testing.*

**Table 4-7.    Synthetic Brine Concentrations Used in Flotation Testing**

| Compound | Percent by Mass |
|---|---|
| Water ($H_2O$) | 66.82 |
| Halite (NaCl) | 9.68 |
| Magnesium sulfate ($MgSO_4$) | 11.87 |
| Magnesium chloride ($MgCl_2$) | 7.63 |
| Potassium chloride (sylvite) (KCl) | 4.00 |

In round one of flotation testing, collectors and frothers were chosen based on Hazen and Novopro recommendations and literature. Four collectors were tested at a dosage of 100 grams of collector per ton of solids. In round two, new collectors were tested based on manufacturer recommendations. Concentrations of all collectors were increased to 227 grams per ton.

Temperature variations during testing of rounds one and two made interpretations of results difficult. As such, stringent temperature control methods were applied in rounds three and four, and the issue was resolved.

After mostly unsuccessful previous rounds of testing, Novopro conducted a more extensive literature review and considerably modified testing conditions. Most notably, slurry conditioning time and reagent concentration were increased. New reagents were also tested, based on manufacturer recommendations and data encountered in literature.

Round three was used mostly for reagent screening. The dosages were made to replicate test procedures in literature or manufacturer recommendations. Kerosene extender oil was also added to improve collector attachment.

A recovery of 89.36 percent and grade of 91.6 percent were achieved in 12 minutes of rougher flotation. The additional 10 minutes of scavenger floatation took recovery to 97.8 percent and grade to 88.6 percent. These data confirmed mass balance modeling.

A detailed summary of the flotation testing can be found in the *Flotation Reagents Screening & Performance Testing Campaign—Summary of Results* report by Novopro (2016), included in **Appendix B**.

## 4.5.    Crystallization Tests

The crystallization tests were planned to verify the kinetic dissolution of schoenite in a semi-continuous process, as well as the brine composition of the SOP crystallizer once KCl is added. The tests were conducted in 3.5 cycles, each made up of two sequential batch stages for a total of seven consecutive batches.

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.430    Page 66 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

The results from the crystallization experiment were implemented into the METSIM Version 2014.04 mass balance. The potassium recovery in the crystallizer was determined to be 50 percent.

# 4.6.    Bench-Scale Program

A bench-scale program was conducted to validate the model developed in the 2018 FS, and to evaluate new process adaptations added in the bridge design phase. Additionally, salts derived from Sevier Playa were used as the feed to the test work, and only the reagents used to convert these salts to SOP were synthetically produced. Hazen performed the bulk of these tests from May to October 2018, studying each individual unit operation required to produce SOP. Hazen also conducted an additional study, where flotation efficiency was studied with a coarser feed, based on results from the August 2018 Terra Source crushing tests. FLSmidth conducted bench-scale flotation tests in January 2019. The effect of adding a back-mix stream into the pond system was studied and carried out at Queen's University in December 2018.

The main conclusions of this test program are as follows:

- The mixed salt composite tested contained a higher quantity of halite than the design case (38 percent vs. 17 percent). This occurred due to transferring from the pilot Preconcentration Pond to the harvest ponds too early. The potassium-magnesium (K/Mg) and potassium sulfate (K/SO4) ratios were adjusted and maintained to be as close as possible to the design case.

- The pilot program was completed in one of the hottest months of the year in Utah. This could be a cause of deviations from the model in the form of different salts precipitating when drying, considering the model was developed using the yearly average temperatures.

- Conversion at 68°F is preferred as it ensures staying out of the leonite equilibrium region. leonite does not float as well as schoenite and such should be avoided. It is for this reason that the updated design cools conversion to 68°F and maintaining a single temperature limits variability in products. The reaction at 68°F showed more rapid kinetics, reaching equilibrium by 30 minutes.

- Flotation was tested with five different sized pre-crushed feeds. It was determined that a coarse feed had little effect on the flotation efficiency, and a small amount of material between 1,000-1,400 microns would not cause issues downstream. However, it was determined that the fines contain more of the potassium content and float more efficiently.

- The leach reaction reached equilibrium within 15 minutes.

- A four-cycle crystallization test determined that the brines could reach equilibrium within three cycles, upon start-up. High purity SOP was produced when low concentration MOP brine was added as a reagent. Once the water and KCl were added to the vessel, schoenite to SOP conversion took approximately 60 minutes. The final cycle showed that minor fluctuations in equilibrium occurred even after 12 hours of agitation.

- The back-mix test at Queen's determined that high purity halite precipitates when the Process Recycle Brine (PRB) Pond, back-mix brine and pre-concentrated brine come into contact.

# 4.7.    Pilot Program

A pilot program was conducted in addition to the bench-scale program to generate product and validate the process developed in the 2018 FS. Salts derived from Sevier Playa were used as the feed to the test work, and only the reagents used to convert these salts to SOP were synthetically produced.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

The bulk of this program was conducted at FLSmidth in May to October 2018, performing each individual unit operation required to produce SOP.

In total, 1,785 pounds (lbs) of harvest salt composite material were processed. The scale of processing employed a 46-foot cubed ($ft^3$) flotation cell. The main goal of this test program was to produce SOP from the Sevier Playa harvest salts. As such, the flotation tailings generated would not be processed to reduce the overall cost of the test. The conversion and conditioning steps applied the same reagent ratios as was used in the bench-scale tests and were operated at 68°F.

After flotation, the concentrate was leached similarly to the method conducted for the bench-scale tests. The schoenite slurry was then fed to a vacuum belt filter to produce a cake.

The final step was SOP crystallization. The vessel used for the commercial plant incorporates a draft-tube baffled crystallizer. It was not viable to build a draft-tube vessel, so a standard baffled tank with a variable speed drives (VFD) agitator was used. A VFD agitator is useful to control the amount of agitation applied to the vessel. Crystallization requires the agitation to be quite high in order to promote crystal growth. The tank selected had a volume of 2.6 gallons, with a height of 3.8 feet, inner diameter of 3.5 feet and a submersed heater.

Crystallization occurred in two stages, with the temperature maintained at 122°F for the duration of both. The first stage saw the addition of the schoenite cake into the vessel pre-filled with synthetic mother liquor having the same composition as the process design. MOP (KCl) and water were also added in this stage. For the entire crystallization step, de-ionized water was added to reduce the concentration of impurities in the reaction. The contents of the vessel were heavily agitated such that roiling occurred (waves on the surface of the fluid). This was carried out for two hours at which point the second stage began with the addition of more water. The planned total amount of water added was as per the process design. The contents were then agitated for an additional two hours.

Solid/liquid separation of the SOP slurry was the final step (as in the commercial design) and was carried out on the same belt filter on which the schoenite cake was produced. Excessive foaming occurred once the material came in contact with the belt filter; however, a cake was still produced, and the material was recovered. The SOP cake was then dried in an oven to remove its moisture.

The main conclusions of this test program are as follows:

- The program had the main goal of producing SOP from feed salts extracted from the Sevier Playa. The final overall $K_2O$ of the product was 51 percent from Hazen's assays and 53 percent from FLSmidth's assays, which aligns well with industry grades whereby 52 percent is the design value and 50 percent the minimum. In total, 68.1 lbs of SOP was produced.

## 4.8.  Compaction Tests

A compaction bench-scale program was conducted to validate the compatibility of the SOP product. In the bridge phase of development for Peak Minerals, various compaction tests were conducted with the main goal of obtaining design information and comparing the properties of compacted product produced by three different compactor suppliers on material sourced from different SOP suppliers.

Producing a product that is comparable to the products available on the market is very important, so each compactor supplier's "best" compacted SOP was compared to the other compactor suppliers, and to commercially purchase compacted product.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

The test work was performed at a third-party testing facility. The following is a list of the compaction suppliers included in the comparison:

- Ludman Industries;
- Köppern; and
- Sahut-Conreur.

Each compactor supplier conducted a similar test program to produce the best compacted material possible on their unit. Each supplier required different quantities of standard grade SOP ranging from 300 lbs to 2,200 lbs. For this reason, it was determined that using Sevier Lake produced SOP from the pilot program was not viable, since only approximately 70 lbs was produced.

To conduct these tests, the required quantity of standard grade SOP from Compass Minerals was procured. This material is derived from a similar geographic location as the Project and uses the same crystallization method, so it was assumed that the standard grade is similar to what would be produced by Peak Minerals. Sahut-Conreur conducted a pilot scale compaction test, whereas the Ludman and Köppern conducted bench-scale tests.

After the completion of all three compaction test programs, a third-party SOP degradation test program was conducted at K-Utec Ag Salt Technologies. They received material from all three suppliers as well as three different commercial products to compare the abrasion and strength of the granules from each. The commercially available granular SOP was derived from Compass Minerals in Utah, K+S Ag in Germany, and Tessenderlo in Belgium. Six different samples were tested, and the samples were sent to the test company without any indication of the source. Therefore, the company would not add bias to the tests and would perform a completely fair comparison.

Two tests were completed for means of comparison. A static grain strength test was performed to determine the force required to crush a granule using a plate-to-plate apparatus. Multiple granules are tested, and the average of the results is compiled for each sample. An abrasion resistance test was performed using the Busch method.

The material generated by Köppern exhibited the lowest properties from both tests. The material generated by Sahut-Conreur exhibited a resistance to abrasion of 67.18 percent (> 0.0394 inch, No. 18 Mesh) and 31.31 percent (< 0.0197 inch, No. 35 Mesh) demonstrating comparable results to the highest scoring material generated by Ludman and scored the highest single-grain strength of 43.50 ± 10.78 N.

Based on the results of the compaction test work completed at Sahut-Conreur, Ludman, and Köppern, it can be concluded that the final product's resistance to abrasion as well as the strength of the granules are significantly improved with the incorporation of a glazing and polishing step downstream of the main compactor.

Based on the results of the degradation test work completed by K-Utec, Sahut-Conreur's material proved to be the best performing bench-scale sample. The materials generated from the bench-scale or pilot scale compaction test work programs are inferior in both abrasion resistance and single-grain strength when compared to all commercially available products manufactured from industrial scale installations.

The following conclusions can be reached from the test work program:

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

- The bench-scale samples compacted were limited to the particle size distribution (PSD) range of the sample itself, whereas the commercial product was generated using several re-circulation streams within the Processing Facility, resulting in a more compactable material. As indicated by the compaction test work results, re-circulation of material into the fresh feed has proven to improve the material's ability to compact more efficiently and increase resistance to abrasion (the addition of moisture increased the resistance even more). Therefore, the bench-scale samples demonstrated lower abrasion resistance and strength properties in comparison to the commercial products due to the absence of re-circulating streams of material, and the narrow PSD range.

- Based on discussions with Ludman, the variation in properties between the bench-scale and commercial samples is normal since both products were generated under different conditions, the factors that may influence the relatively low performance of the bench-scale samples when compared to the commercial samples.

- The degradation tests performed on the bench-scale samples are performed within minutes after material compaction. The compacted product gains strength and hardness as the material cures, and the commercial product has this advantage of additional curing during transportation and storage. Therefore, a probable cause for the under performance of the bench-scale samples due to the absence of the curing stage.

The commercial product supplied for the test program has already run its course through material handling systems during the production process. As a result, the weaker granules will typically break apart during this process, allowing the stronger granules to be packaged for shipment. This creates an upgrade in quality over normal operations.

The results from the bench-scale samples provide a good example of the physical properties of the material as it is handled through the compaction circuit, before it has been screened a final time ahead of the shipping process (Novopro and Stantec 2022).

## 4.9.  Process Modeling

For the 2022 FS, METSIM and PHREEQC modeling tools were used for design development on the process and to tie together all the unit operations. The process unit operations were modeled in METSIM to determine the flow rates as well as the process mass balance. This included all the main process sections: evaporation ponds, harvest ponds, conversion, flotation, mineral leach, SOP crystallization, and MOP addition. PHREEQC and METSIM models for the Project can be seen in **Figure 4-1**.

The phase chemistry data in METSIM was deemed not accurate enough by itself to support the design of the process since it does not include all of the phase equilibria present in the process. The Project includes a number of different brines and various reactions involving different sulfate salts and different operating temperatures. For this reason, the PHREEQC software was used for all of the phase chemistry calculations as well as to simulate the brine reactions throughout the process. All the brine chemistry reactions within each unit operation could be predicted by inputting the different brine compositions and mixtures in the software. These events include salts precipitation in the ponds, conversion of chloride potassium salts to sulfate potassium salts, mineral leach, tailings leach, and SOP crystallization.

The results from PHREEQC were tested during the test work phase and found to be accurate representations of the salt systems. Adjustments to the models were made based on the test work data

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

obtained. Data obtained by the modeling with PHREEQC was used as inputs for the METSIM model. The METSIM model was then used to model all the unit operations, with input from PHREEQC for the equilibrium values, to generate a mass balance on the entire process. All the unit operations were modeled, and the impacts of the recycle streams were studied due to the capabilities of the METSIM software. This enabled the generation of the mass balance for the entire process. Furthermore, the chemistry and mineralogy in the ponds were determined by correlating the brine evaporation data from the Gwynn (2006) report with the PHREEQC™ software data.

# 4.10.  Summary of Throughput Calculations

Assuming 20,838,445 stpa of Playa brine feed from the Project, approximately 215,000 stpa of SOP would be produced during Phase 1, with half (107,500 stpa) of that derived directly from the Playa brine, and the other half derived from the reaction of purchased potassium chloride (MOP) with excess sulfates present in the playa brine. It is estimated that the ratio will be about 0.9:1 with the MOP producing the SOP from the chemical reaction with the playa sulfates. During the first year of full production, Peak Minerals will produce around 180,000 short tons. The total LoM production of SOP is 5,235,483 short tons; of which, a total of 2,617,742 short tons of SOP would be acquired from playa sources, and 2,617,742 short tons would be from the reaction of purchased potassium chloride reacted in the Processing Facility. Recoverable losses include the following:

- Brine leakage through the bottom of the ponds that would re-enter the brine aquifer;

- Process efficiency;

- Evaporation; and

- Entrainment brine (brine that is present as moisture in pond solids) that would be pumped back to the Production Ponds.

For the determination of the LoM, only Proven and Probable Mineral Reserves were used.

## 4.10.1.    Deleterious Minerals

Over 800 samples were analyzed for a variety of ions (i.e., magnesium, sodium, chloride, calcium, sulphate, potassium, and bicarbonate). There were no deleterious materials present in concentrations that cannot be accommodated by the process design.

# 4.11.  Summary of Estimated Recovery

The various recoveries are laid out below in **Table 4-8**, *Plant Recoveries*. The playa-based recovery is the recovery of potassium from the moment it enters the harvest ponds to the time it leaves as SOP product. The overall process recovery (see **Table 4-8)** describes the recovery of the Processing Facility and the harvest ponds.

The main source of process potassium losses are the ponds, as leakage, entrainment in Preconcentration Ponds, and polyhalite precipitation. A small portion of the potassium also ends up not being crystallized and exits with the purge brine. The other major source of loss for the process is in flotation, since even with high product recovery, some potassium will report to the flotation tailings.

The remaining unit operations of the process are very efficient with recycle streams to minimize product losses as much as possible. **Table 4-8** below shows the recovery of the major areas for a playa-only based

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.435    Page 71 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

view and a playa-plus-MOP-based view. For playa-based recoveries, only the potassium fed to the system via the trench network and evaporation ponds is considered and the larger losses through the ponds explains the lower recoveries. Playa-plus-MOP-based recoveries are higher because the MOP is added to the process after the ponds and the absence of their associated losses account for the higher overall recovery.

The overall process recovery is 79.3 percent when considering playa-based losses and 88.8 percent when considering both playa and MOP potassium-based losses.

**Table 4-8.    Plant Recoveries**

| Source of Potassium Loss | Playa Based Losses (%) | Playa and MOP Based Losses (%) | Notes |
|---|---|---|---|
| **Preconcentration Ponds including Back-mix Pond** | | | |
| Leakage | 0.9 | 0.5 | |
| Entrainment | 11.2 | 6.0 | Assumed a 66 percent entrainment recovery using the dredge operation. During start-up, entrainment losses are 32 percent Playa-based and 17 percent Playa- and MOP-based. |
| Polyhalite | 4.8 | 2.6 | K+ loss in precipitated polyhalite. |
| *Sub-total Preconcentration Ponds* | *16.9* | *9.1* | |
| **Production Ponds** | | | |
| Pond Purge Brine | 0.8 | 0.4 | Pond end brine. |
| Leakage | 0.1 | 0.1 | |
| *Sub-total Production Ponds* | *0.9* | *0.5* | |
| **Plant** | | | |
| Conversion | 0.0 | 0.0 | This unit produces no tails as all the outputs are sent to flotation and leach. |
| Flotation Tails | 1.2 | 0.6 | Loss after tailings leach. |
| SOP Crystallization | 0.0 | 0.0 | 55 percent conversion factor with MOP, but no losses due to recirculation of mother liquor back to Production Ponds. |
| **Drying and Handling** | | | |
| Drying/Handling | 0.8 | 0.5 | |
| Spills, Transport, Cont. | 0.8 | 0.5 | |
| *Sub-Total Plant* | *2.9* | *1.5* | |
| **Total Pond and Process Losses** | **20.7** | **11.2** | |
| **Total Pond and Process Recovery** | **79.3** | **88.8** | |

Source: Novopro and Stantec 2022

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# 5.  MINERAL RESOURCE AND RESERVE ESTIMATES

The brine Resource estimate was prepared by Stantec's Senior Resource Specialist, Derek Loveday, P.Geo., Pr Sci. Nat. and is the Qualified Person (QP) for the resource estimate.

The geological model used to report the brine Mineral Resource is the same model developed by Stantec for the Sevier Playa Project Canadian NI 43-101 Technical Report (2018), dated February 21, 2018, with effective date January 11, 2018. There has been no additional exploration since the 2018 Report that would warrant an update to the geological model. There have however, been changes in modifying factors that have had a material impact on the brine Mineral Resource estimates for the 2022 FS when compared to the 2018 FS estimates.

Brine occurrences are not "solid mineral deposits", as defined under the 2014 CIM definition standards. However, there are sufficient similarities to mineral deposits that the guidelines published by CIM and referenced in NI 43-101 and related best practice addenda, provide a guide to brine estimation reporting. Stantec used the principle of the NI 43-101 disclosure standards, and the general format of Form NI 43-101F1 in preparing this 2022 FS disclosing Mineral Resource estimates, and considered recommendations in CIM best practice guidelines in the preparation of the estimates (Canadian Institute of Mining, Metallurgy and Petroleum, 2012).

The brine resource estimate was developed using Carlson© and MineSight® modeling software. The geological model from which the brine resources are reported is based on the analyses and descriptions of brine and aquifer sediment samples taken at regular depth intervals from vertically oriented drill holes collared on the playa surface.

The Mineral Resource estimates define the quantity of brine within the aquifers and concentration of major ions in the brine available for extraction and delivery to the solar evaporation pond system via surface trenches and production wells. The brine resource estimate is prepared under three bases: Total Porosity basis, Specific Yield (sy) basis and Total Recoverable basis. The intent of presenting these resources bases is to demonstrate the impacts of modifying factors to accommodate current best practice guidelines that require Sy basis reporting.

## 5.1.  Model Database

The geologic model database comprises three components: topography, surface mapping, and drillhole data. Each component is described separately in the following sections.

### 5.1.1.  Topography

The playa surface represents the top surface limit of the brine aquifer. To the unaided eye, the playa surface appears flat with little or no obvious changes in elevation. To obtain an accurate measure of the elevation of the playa surface, a detailed LiDAR (light detecting and ranging) topographic and imaging survey was conducted in 2015 over the entire playa by Aero-Graphics Inc. (Aero-Graphics). Data acquisition averaged 1.7 points per square meter with 50 percent overlap and the non-vegetated Vertical Accuracy results for the LiDAR survey were estimated by Aero-Graphics to be 0.141 m at the 95 percent confidence level. Additional off-playa DEM data were also combined with the LiDAR survey data. The 10-meter grid resolution DEM data were sourced from the public domain (Utah Automated Geographic

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Reference Center 2012). The additional DEM survey data have no material impact on the resource because they are located outside of the brine resource limits defined by the playa boundary.

## 5.1.2.    Surface Mapping

There was no geological mapping of the playa surface because of the generally uniform nature of the playa surface geology. Surface mapping was limited to the surveying of the playa surface and boundary.

## 5.1.3.    Drillhole Data

The following principal brine resource parameters were acquired from drillhole sampling of brine and host sediments:

- Lithologic observations;
- Sediment carbonate content;
- Penetrometer measurements (pounds per square inch [lbs/in$^2$]);
- Gravimetric moisture content in weight percent (Wt%);
- Specific gravity (SG) of brine and host sediments;
- Cation in milligrams per liter (mg/L) brine for Mg2+, Na+, and K+; and
- Anion in mg/L brine for Cl- and SO42-.

Additional ancillary brine geochemical parameters were analyzed, including lithium, barium, bromide, and TDS. Each of the above principal brine resource parameters is discussed as follows.

## 5.1.4.    Lithology

Field observations of drill cores were used to identify three brine-saturated resource horizons or brine aquifers: FCZ, MCZ, and SCZ (presented in order of increasing depth from surface). A detailed description of these resource horizons is provided in **Section 3.0**, *Characterization of the Environment*, and in **Figure 3-6**. Details on completed Cone Penetration Tests (CPT) testing is included in **Section 6.4**. Below these three main horizons is a hard clay that is not included in the geologic model used to define estimate brine resources. The number of partial and complete penetrations of the three brine aquifers and univariate thickness statistics interpreted from drillhole records are outlined in **Table 5-1**, *Brine Aquifer Intercepts and Thickness*.

**Table 5-1.    Brine Aquifer Intercepts and Thickness**

| Aquifer | Partial Intercepts | Complete Intercepts | Minimum* | | Maximum* | | Mean* | |
|---|---|---|---|---|---|---|---|---|
| | | | meters | feet | meters | feet | meters | feet |
| FCZ | 2 | 428 | 2.40 | 7.87 | 5.09 | 16.70 | 3.83 | 12.57 |
| MCZ | 139 | 289 | 0.74 | 2.43 | 7.46 | 24.48 | 5.08 | 16.67 |
| SCZ | 237 | 52 | 2.09 | 6.86 | 27.33 | 89.67 | 13.00 | 42.65 |

\* Depths vary across the playa.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## 5.1.5.    Carbonate Content

The carbonate content of the sediment samples, expressed as a percentage of sample, has been tested for 222 sediment core samples. The considerable decrease in carbonate content from approximately 45 percent in the FCZ and MCZ to approximately 30 percent for the SCZ is consistent with changes in drill core lithology from marl-like clays to siliceous clay at approximately 30 feet from surface. The carbonate content, though not used directly in the estimation of brine resources, is an important sediment chemistry marker in both validating and identifying the gradational change from a marl clay aquifer to a siliceous clay aquifer.

## 5.1.6.    Penetrometer Measurements

The penetrometer results provided an indirect and relative field measure of moisture content. The lower values (0 to 0.666 lb/in$^2$) generally represented intervals of elevated moisture content of between 50 Wt% and 30 Wt%, while the higher values (greater than 0.66 lb/in$^2$) generally represented intervals of low moisture content of approximately 30 Wt% or less. Penetrometer results, together with lithologic descriptions, were used for field assessment of relative moisture content and for corroboration of assayed values prior to modeling. Penetrometer measurements, along with lithologic descriptions and carbonate content, were used to determine the transition from the MCZ to the SCZ and to delineate the bottom of the total brine aquifer.

## 5.1.7.    Moisture Content

The gravimetric moisture content was measured for all sediment samples and is considered to be an equivalent measure of porosity, given that all lakebed sediment samples were observed to be 100 percent saturated. The univariate statistics for modeled moisture content are listed in **Table 5-2**, *Sediment Moisture Content Univariate Statistics*. The moisture content samples were taken at regular intervals and, in some instances, straddled FCZ, MCZ, and SCZ boundaries. A total of 3,357 moisture sampled intervals were recorded from each brine aquifer out of the 2,651 moisture samples. The number of moisture sample intervals in the FCZ is 689 (26 percent of total), MCZ is 742 (28 percent of total), and SCZ is 1,220 (46 percent of total). The moisture sample coverage is proportional to the overall aquifer volumes, as reported from the geologic model.

**Table 5-2.    Sediment Moisture Content Univariate Statistics**

| Parameter | No. Samples | Minimum (Wt%) | Maximum (Wt%) | Mean (Wt%) | Median (Wt%) | Standard Deviation |
|---|---|---|---|---|---|---|
| Gravimetric moisture | 2,651 | 6.02 | 75.58 | 43.67 | 43.20 | 8.84 |

## 5.1.8.    Specific Gravity

In-situ SG of the brine was measured for all brine samples together with the cation and anion analyses. The dry SG of the host sediments was not determined for all samples and was limited to a representative group randomly distributed across the property. The univariate statistics for brine and sediment SG is listed in **Table 5-3**, In-Situ Specific Gravity Univariate Statistics.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table 5-3.    In-Situ Specific Gravity Univariate Statistics**

| Parameter | No. Samples | Minimum | Maximum | Mean | Median | Standard Deviation |
|---|---|---|---|---|---|---|
| Brine specific gravity | 861 | 0.98 | 1.21 | 1.1 | 1.1 | 0.03 |
| Brine specific gravity (calculated) | 861 | 1.03 | 1.28 | 1.12 | 1.12 | 0.03 |
| Sediment specific gravity | 43 | 2.67 | 2.99 | 2.84 | 2.83 | 0.07 |

The laboratory determined brine SG varies considerably when compared to concentration of major ions, such as sodium, as evidenced from **Figure 5-1**, depicting a scatter plot of brine SG versus sodium content. Furthermore, the reported minimum brine SG from the laboratories, as indicated in **Table 5-3**, is less than 1.0.

It has been determined that these inaccuracies in measurement of brine SG when compared to major ion distribution is either due to equipment precision limitations in the measurement of SG, and/or precipitation of salts between measurement of SG and major ion analyses. To improve the accuracy of the SG estimates and knowing that NaCl is the primary salt that precipitates out of the brine solution, it was decided to use the concentration of sodium ($Na^+$) in brine to calculate a theoretical SG. In doing so, the brine SG would increase in linear proportion to the $Na^+$ concentration of brine. The formula used to calculate SG from sodium is:

$$BSGC = ((Na^+ \times 1.6)/1,000,000) + 1$$

Where:
BSGC = brine SG calculated
$Na^+$ = sodium concentration in brine in milligrams per Liter (mg/L)

The SG formula shown above was derived from salometer (Alkar 2015) reference charts, where measured SG of brine is compared with halite concentration in the brine at 60°F. The univariate statistics to calculate brine SG is listed in **Table 9-3**; it indicates a slight increase in brine SG. The distribution of calculated versus laboratory results is illustrated in **Figure 5-1**, which is a scatter plot of brine SG versus sodium content.

## 5.1.9.    Cation and Anion Analyses

The purpose of measuring the most commonly occurring cations and anions in the brine samples is for use in determining the theoretical salt products, including potash (in the form of potassium sulfate or potassium chloride), that could be precipitated from brine in solar evaporation ponds. The major ions used to determine the theoretical salt products from the resource are the cations potassium ($K^+$), magnesium ($Mg^{2+}$), and sodium ($Na^+$); and the anions chloride ($Cl^-$) and sulfate ($SO_4^{2-}$). Prior to modeling, some adjustments were made to the anion concentrations to ensure that the cations-anions balance of five major ions is within an acceptable range for accurate downstream modeling of salt productions from the evaporation ponds.

The ratio of total cations to anions, referred to as the ion balance, was identified in many exploration brine samples to be outside of the expected ion balance range for environmental water samples. Industry guidelines suggest that an ion balance ratio (cations-anions) for water samples should be between 0.95 and 1.05 (Lenntech 2017). The average ion balance reported from the exploration samples was 1.23, while the average reported from 19 bulk samples was an acceptable 0.996. The ion imbalance in the exploration

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

samples was identified to be related to the relative concentrations of the anions to cations for the reasons described below.

## 5.1.10.    Anion Testing Methods

The brine bulk samples were tested at Hazen laboratories, which used more accurate but expensive gravimetric methods for testing anions ($Cl^-$ and $SO_4^{2-}$). Whereas the exploration brine samples used in the resource model were tested[3] using less accurate but relatively inexpensive ion chromatography (U.S. Environmental Protection Agency [EPA] 300.0/SW 9056) testing methods for anions.[4]

A direct comparison between these two testing methods, using duplicate samples, has not been attempted. Furthermore, duplicate, and independent analyses[5] of the exploration brine samples, using ion chromatography, did not reveal any consistent error or shift in the results.

## 5.1.11.    $Na^+$ to $Cl^-$ Ratio

The average ratio of $Na^+$ to $Cl^-$ reported from the balanced bulk samples was 0.637, which is very close to that of the $Na^+$ to $Cl^-$ ratio for halite at 0.649. The average $Na^+$ to $Cl^-$ ratio reported from the exploration samples was 0.803. Halite is the primary precipitant (80 percent) from the solar ponds and the $Na^+$ to $Cl^-$ ratio from the brine samples is expected to be close to the ratio for halite (0.649).

## 5.1.12.    Anion Corrections

For estimation and reporting of accurate anion concentrations from the brine aquifers, the following adjustments were made to anion test results prior to modeling:

- For those exploration samples identified as outside the ion balance cutoff, the $Cl^-$ ions were adjusted to match the ratio for that of halite (0.649). The impact of this adjustment brought most of the brine sample ion balances to within an acceptable 0.95 to 1.05 range.

- Adjustments to the $SO_4^{2-}$ concentration were used to bring the remaining samples with ion balances outside acceptable ranges to 0.95, if less than 0.95, or 1.05, if greater than 1.05.

- An exact ion balance match was not attempted to account for minor element concentration, such as $Ca^{2+}$ and $HCO_3^-$,[6] which are not available in all brine samples.

The purpose of the anion adjustments was to ensure that the brine feed chemistry reported from the geologic model is balanced for accurate feasibility-level downstream evaporation pond modeling. The impact of the anion adjustments has no material impact on the available SOP resource given that available average $SO_4^{2-}$ concentration is considerably higher than $K^+$ at seven times the average potassium concentration.

Univariate statistics for the modeled and ion balanced cations and anions are listed in **Table 5-4**, *Cation and Anion Univariate Statistics Presented (mg/L)*. The aquifers are divided into an upper zone, corresponding to the combined FCZ and MCZ, and a lower zone, corresponding to the SCZ. The combined

---

[3]  AWAL in 2013 and prior years and ALS Global in 2015–2016.

[4]  Cation testing uses inductively coupled plasma-atomic emission spectrometry (ICP-AES) method 6010C, which is understood to be more accurate than anion testing method due to built-in correction factors in the ICP-AES method.

[5]  A third, independent laboratory (SGS) was used for duplicate exploration samples.

[6]  $Ca^{2+}$ and $HCO_3^-$ are too low in concentration for a material impact on overall ion balance.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

FCZ and MCZ is required, as they are universally sampled together. The combined aquifer statistics reflect the entire 861-sample dataset.

**Table 5-4.        Cation and Anion Univariate Statistics Presented (mg/L)**

| Aquifer | Parameter | Number of Samples | Minimum | Maximum | Mean | Median | Standard Deviation |
|---|---|---|---|---|---|---|---|
| **Upper zone** | Magnesium $Mg^{2+}$ | 807 | 816 | 9,400 | 3,776 | 3,597 | 1,069 |
| | Sodium $Na^+$ | 807 | 24,411 | 174,048 | 74,838 | 73,200 | 17,618 |
| | Potassium $K^+$ | 807 | 641 | 7,940 | 3,051 | 2,970 | 774 |
| | Chloride $Cl^-$ | 807 | 37,641 | 268,378 | 114,742 | 112,410 | 27,364 |
| | Sulfate $SO_4^{2-}$ | 807 | 6,200 | 65,190 | 22,618 | 21,616 | 7,090 |

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.442    Page 78 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Aquifer | Parameter | Number of Samples | Minimum | Maximum | Mean | Median | Standard Deviation |
|---------|-----------|-------------------|---------|---------|------|--------|--------------------|
| **Lower zone** | Magnesium $Mg^{2+}$ | 54 | 867 | 7,450 | 3,698 | 3,695 | 1,167 |
| | Sodium $Na^+$ | 54 | 20,000 | 174,048 | 69,958 | 69,676 | 20,634 |
| | Potassium $K^+$ | 54 | 782 | 5,030 | 2,976 | 3,104 | 818 |
| | Chloride $Cl^-$ | 54 | 33,000 | 268,378 | 107,606 | 108,555 | 31,966 |
| | Sulfate $SO_4{}^{2-}$ | 54 | 5,000 | 48,000 | 18,849 | 17,800 | 6,836 |
| **Aquifers combined** | Magnesium $Mg^{2+}$ | 861 | 816 | 9,400 | 3,734 | 3,570 | 1,101 |
| | Sodium $Na^+$ | 861 | 20,000 | 174,048 | 73,364 | 72,684 | 18,600 |
| | Potassium $K^+$ | 861 | 641 | 7,940 | 3,017 | 2,960 | 795 |
| | Chloride $Cl^-$ | 861 | 33,000 | 268,378 | 112,516 | 110,868 | 28,802 |
| | Sulfate $SO_4{}^{2-}$ | 861 | 5,000 | 65,190 | 22,084 | 21,249 | 7,302 |

## 5.2.    Database Validation

### 5.2.1.    *Brine and Sediment Sample Analyses*

Brine sample analyses taken from the Sevier Playa wells from 2011 to 2013 were performed by AWAL at its Salt Lake City facility. Brine sample analyses sampled from the wells in 2015 were performed by Environmental at their Salt Lake City facility. AWAL and ALS laboratories are accredited by The NELAC Institute, and all analyses were performed in accordance with NELAC Institute protocols. Lakebed sediment samples were analyzed by Intermountain GeoEnvironmental Services (IGES) for sediment moisture content and bulk density and were used in the brine volumetric calculations. The laboratories were engaged by Peak Minerals on a contractual basis and are independent of the company.

Duplicate brine samples were prepared by CH2M for the 2011–2013 programs for internal check assays, and by Norwest Corporation in the 2015 program, for external laboratory testing at SGS North America (SGS) in Denver. A total of 861 unique brine analyses had been completed as part of the playa exploration and used in the resource model. Of these samples, an additional 85 blind duplicate samples were completed by AWAL and another six blind duplicate samples were completed by ALS and SGS in 2015. This represented a quality assurance/quality control (QA/QC) procedure of duplicate blind testing of 1 in 10 samples during the 2011–2013 program and approximately one in four for the 2015 program. These blind duplicate analyses were not used in defining the resource.

Comparison of original 2011–2013 AWAL samples to AWAL blind field duplicates, representing 839 of the 861 total samples, shows a slight but acceptable range of deviation for potassium assays, as illustrated in **Figure 5-2**. The area of greatest difference is in the higher potassium levels, possibly exhibiting a slight "nugget effect" at these higher concentrations. This may be caused by the logistics of obtaining a repeat sample of a liquid material as opposed to a solid. The repeatability, however, is generally good with a coefficient of determination ($R^2$) of 0.84.

Similar reviews of the 2015 QA/QC sampling for potassium, as well as the other principal ions pertinent to solar evaporation and the production of potassium sulfate, were performed. Except for the issues noted in the chloride and sulfate values (see Section 5.1.3.6, *Cation and Anion Analyses*), the ionic concentrations are believed to be representative of the in-place geochemistry of the playa brine. After

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

review of the original analytical data and blind brine sample comparisons, it is apparent that the sample preparation and analytical methods used by AWAL, ALS, and IGES are appropriate for determining brine geochemistry and in-place volume for the purposes of this study. Security measures are found to be of a high standard and do not compromise the results used in this technical evaluation.

### 5.2.2.    Other Geological Database Inputs

Prior to modeling, the master database was subjected to the following standard checks for inconsistencies:

- Drillhole sample depth intervals and survey locations;

- Drillhole collar elevations against regional public domain survey data;

- Playa boundary mapping versus regional public domain playa mapping;

- Anomalous values in moisture content, SG, and brine chemistry;

- Comparison between penetrometer results and moisture content; and

- Comparison between laboratory assay certificates and electronic records.

All observed inconsistencies and apparent errata were resolved, following checks of the base data or consultation with the concerned parties; namely Peak Minerals, consultant services, drilling contractors, and laboratories.

## 5.3.    Geologic Model

The brine resources were reported from a gridded seam model that covers the extent of the Sevier Playa boundary. There are two identical geologic models used as the basis for reporting brine resources:

- Metric grid model for reporting in meters; and

- State plane grid model for reporting in feet.

The state plane grid model uses the source Central Utah NAD of 1983 (NAD83) state plane coordinate system. The metric grid model uses the UTM WGS84 Zone 12 datum coordinate system. The same UTM ellipsoid was used, WGS84, as the raw LiDAR data output and subsequent DEM data, which was provided to Peak Minerals by AeroGraphics. The UTM data were converted to State Plane for engineering purposes. The WGS84 ellipsoid translates very closely to NAD83, with such minor differences that they are not material. There is no WGS84 conversion available to Utah State Plane.

### 5.3.1.    Spatial Correlation

The geometry of the brine aquifer was determined from the correlations of drillhole lithologic descriptions, penetrometer results, carbonate content, and moisture content measurements. The brine aquifer is confined within the boundary of the playa surface and mineral resource estimates to within controlled lease boundaries.

Along the playa boundary, there is a clear transition from surface soil to a gypsum-halite duricrust. The horizons below the duricrust, encompassing the FCZ, MCZ, and SCZ, have been correlated, as well as subhorizons within these major units. The contact between all three clay aquifers can be distinguished

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.444    Page 80 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

lithologically; however, from a hydrologic and brine chemistry perspective, the contacts are interpreted to be gradational.

The FCZ has generally high moisture contents, typically between 45 percent and 50 percent, and penetrometer readings near or below the minimum detection limit. The underlying MCZ has slightly lower moisture content, between 40 percent and 45 percent, with penetrometer readings between 0 lbs/in$^2$ to 1.25 lbs/in$^2$. There is a 3.4-foot stiff clay interval within the MCZ, where the penetrometer readings are up to 3.0 lbs/in$^2$. The lower zone, comprising the SCZ brine aquifer, has slightly lower moisture content than the MCZ, noted above, typically between 35 percent and 45 percent, with penetrometer readings between 0.75 lbs/in$^2$ and 1.5 lbs/in$^2$. The basal contact of the SCZ is identified by the presence of a hard, dry clay, where penetrometer readings typically exceed 5.0 lbs/in$^2$.

### 5.3.2.    Brine Aquifer Interpolation

The depth from surface of the three major brine aquifers was interpolated into a two-dimensional grid model from drillhole intercepts using Carlson$^©$ software. The surface topography grid was used as the reference surface from which to stack grid estimates of brine aquifer thickness for calculating horizon top and base elevations into the model. The Carlson$^©$ grid model setup and estimation parameters are outlined in **Table 5-5**, *Carlson$^©$ Brine Aquifer Model Setup and Estimation Parameters*. Source LiDAR topographic data was decluttered to 20 × 20-meter grid spacing prior to the resource estimates for efficient data processing. The surface topography grid data was smoothed after decluttering in areas of recent surface disturbance, such as along historical canals and berms in the south of the playa, to ensure that the modeled brine aquifers maintained their original geologic locations across areas of manmade disturbance.

The brine aquifer elevation grids from the Carlson$^©$ grid model were imported into a MineSight$^®$ grid model for estimating top and bottom contacts of the brine aquifers. The MineSight$^®$ grid model setup and estimation parameters are outlined in **Table 5-6**, *MineSight$^®$ Model Setup and Brine Aquifer Estimation Parameters*. The MineSight$^®$ grid model served as the basis for interpolating sediment moisture content, brine grade, and ion concentrations, and, ultimately, reporting of brine resources.

**Table 5-5.    Carlson$^©$ Brine Aquifer Model Setup and Estimation Parameters**

| Parameter | Description | |
|---|---|---|
| Units | Metric (m) | U.S. Customary Units (feet) |
| Coordinate system | UTM WGS84 Zone 12 datum[7] | Utah State Plane Central NAD83 datum |
| Model easting (X) range | 304,400 through 330,000 | 1,142,000 through 1,218,800 |
| Model northing (Y) range | 4,285,800 through 4,332,000 | 6,707,600 through 6,849,500 |
| Grid spacing | 50 m (X), 50 m (Y) | 164 feet (X), 164 feet (Y) |
| Estimation algorithm | Topography–triangulation | |
| | Brine aquifer thickness–inverse distance power 2 | |
| | Brine aquifer floor elevation–topography less brine aquifer thickness | |

---

[7]  The difference between the GRS 1980 spheroid, the basis for the NAD 1983 datum, and the WGS 1984 spheroid is 0.0001 meters in the length of the semi-minor axis - the distance between the geodetic center of the earth and the North Pole. The semi-minor axis for GRS 1980 is 6356752.3141 meters. This axis for WGS 1984 is 6356752.3142 meters, while the semi-major axis for both spheroids measures 6378137 meters (https://support.esri.com/en/technical-article/000005929).

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table 5-6.    MineSight® Model Setup and Brine Aquifer Estimation Parameters**

| Parameter | Description | |
|---|---|---|
| Units | Metric (m) | U.S. Customary Units (feet) |
| Coordinate system | UTM WGS84 Zone 12 datum | Utah State Plane Central NAD83 datum |
| Model easting (X) range | 304,400 through 330,000 | 1,142,000 through 1,218,800 |
| Model northing (Y) range | 4,285,800 through 4,332,000 | 6,707,600 through 6,849,500 |
| Grid spacing | 100 m (X), 100m (Y) | 300 feet (X), 300 feet (Y) |
| Estimation algorithm | Topography–triangulation | |
| | Brine aquifer contact elevations–triangulation from Carlson grids | |
| | Brine aquifer thickness–calculated from contact elevation grids (top less base) | |
| | Sediment moisture content–inverse distance | |
| | Brine cation and anion concentrations–inverse distance | |

Cross sections illustrating the subsurface extent of the three major brine aquifers are illustrated in **Figure 5-3**. The vertical scale in the cross-sections A-A' and B-B' have been increased to 25 times the horizontal scale, and cross-section C-C' has been increased to 50 times the horizontal scale. This was done to better illustrate the spatial variability of the brine aquifer. The cross sections illustrate the extent of the three modelled saturated brine aquifers, namely FCZ, MCZ, and SCZ. The underlying dry clay zone has not been modelled but is illustrated in the cross sections to be at a maximum depth of 520 feet below surface. This is 20 feet below the maximum exploration drillhole depth of 500 feet from hole SN2-400, which did not penetrate any solid basement rock formations. As such, the dry clay zone may extend well beyond the depth limit, as illustrated in the cross sections.

Color contour plots of the brine horizon thickness are illustrated in **Figure 5-4**, and brine horizon floor elevations are illustrated in **Figure 5-5**. Observation of these plans and cross sections indicate an overall increase in thickness and depth from the margins of the playa to the center of the playa. Exploration drilling results and cone penetration test drilling confirm a considerable thinning of lakebed sediments at the playa boundary.

### 5.3.3.    Moisture and Brine Grade Interpolation

The estimation of moisture content and brine grade (cations and anions) and SG into the MineSight® grid model was influenced by the results of geostatistical analyses of the source drillhole sample data, as well as by differences in sampling method and results between direct-push and sonic holes.

Histograms (frequency distribution plots) of sample moisture content and brine chemistry were used to identify outliers in the sample data. The moisture and brine grade histograms are illustrated in **Figure 5-6**. The distribution of the source sample data indicates an overall normal distribution with no materially considerable outliers. No top cuts were applied to the sample data used for modeling.

Unidirectional, two-dimensional semi-variogram charts from composite brine aquifer intervals in the drillhole records are illustrated in **Figure 5-7**. The semi-variogram depicts the spatial autocorrelation of the measured sample points in meters. The distance where the model first flattens out (as a value on the y axis) is known as the range. The value that the semi-variogram model attains at the range is called the sill. Sample locations that are separated by distances closer than the range are spatially autocorrelated

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

whereas locations farther apart than the range are not. The best-fit experimental semi-variograms from the charts, illustrated in **Figure 5-7**, indicate a maximum range-to-sill of approximately 9,842 feet beyond which the relationship between sample grade pairs is viewed as random or inferred.

**Figure 5-8** presented the moisture and brine grade used for estimating sediment moisture content and brine grades for inclusion into the MineSight® model.

**Table 5-7**, *Geologic Model Estimation Methods*, outlines the moisture and brine grade estimation methods used for estimating sediment moisture content and brine grades into the MineSight® model.

**Table 5-7.**    **Geologic Model Estimation Methods**

| Resource Classification | Algorithm | Minimum Number Samples (n) | Maximum Number Samples (n) | Maximum Search Distance (m) |
|---|---|---|---|---|
| Measured | Inverse distance | 1 | 16 | 1,500 |
| Indicated | Inverse distance | 1 | 16 | 3,000 |
| Inferred | Inverse distance | 1 | 16 | 9,000 |

The brine resource classification is influenced by the results of the semi-variogram analysis of the brine cation and brine anion sample data. The search ranges outlined in **Table 5-7** are also used to tag the block estimates as measured, indicated, or inferred. All grade and moisture content estimates used lithologic matching. To reduce the potential for dilution of MCZ brine samples from lower SCZ brine, the upper zone brine grade estimation has been limited to the samples sourced from direct push holes that typically only penetrated the FCZ and MCZ aquifers.

The distribution in estimated gravimetric moisture content composited across three brine aquifers is illustrated in **Figure 5-8**. The moisture content in the brine aquifers shows a slight decrease from center of the playa toward lakebed margins. Moisture content is also highest in the FCZ when compared to the underlying MCZ and SCZ.

The concentration of potassium in the brine is the primary ion of interest, since its concentration is the principal limiting constituent in the production of SOP potash from the Project. The distribution of brine cation and anion estimates for the three brine aquifers are illustrated in **Figures 5-9** through **5-13**. The brine grade plans illustrate increasing concentrations from the playa boundary toward the center of the playa, where, for example, the concentration of potassium, exceeds 3,000 mg/L. The lowest concentrations of potassium in all three clay aquifers are in the northeastern and eastern shoreline, where the concentration of potassium is mostly less than 2,500 mg/L. A likely explanation for this low concentration is the close proximity of this region to the Sevier River inlet where freshwater ingress during flood events likely has a diluting effect on potassium concentrations. In general, brine sampled from the SCZ in the northern half of the playa has lower potassium concentration than the overlying MCZ and FCZ brines.

Overall, the potassium concentrations for brine samples taken from the southern half of the playa for all three clay aquifers show a greater concentration of potassium over a wider area than those observed for brine samples taken from the north.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

### 5.3.4.    Brine Aquifer Porosity Calculations

The brine aquifer porosity percentage is used as a measure of the brine volume found in the saturated sediments. The following formula is applied:

$$BV = \frac{AV x MT x BSG}{MT x BSG + \left(\frac{1}{SGS - (BSG - 1)}\right)}$$

Where:
BV = brine volume ($m^3$), also referred to as porosity in saturated brine clays
AV = aquifer volume ($m^3$) reported from geologic model
MT = in-place gravimetric moisture content (Wt%/100) reported from model
SGS = dry sediment solids SG, a constant set at 2.84[8] g/cc

The calculated brine resource (in tons) using the above formula is:

$$BT = BV \times BSG$$

Where:
BT = brine tons
BSG = brine SG reported from geologic model

Using the above formula, the reported porosity has been compared with direct measurement of porosity in 18 Shelby tube samples at IGES. Average direct measurement of porosity from the 18 samples was 52.9 percent. The average calculated porosity for the same samples, using the formula above, was 54.6 percent. This absolute difference of 1.7 percent between the two results is considered sufficient validation of the porosity formula given the potential for compression of the sediments during sampling that would result in an underreporting of porosity when compared to in-place or undisturbed porosity.

### 5.3.5.    Geologic Model Validation

The block model estimates were validated against the source drillhole sample database by comparing the drillhole sample data against the nearest grid estimates. This comparison is best illustrated with the aid of swath plots that compare the mean drillhole sample grades with mean grid estimates at regular intervals across the model area.

The west-east-oriented swath plots are illustrated in **Figure 5-14**, and the south-north-orientated swath plots are illustrated in **Figure 5-15**. No overestimation or underestimation trends were observed in any of the plots.

## 5.4.    Mineral Resource Statement

The brine Mineral Resource comprises elevated concentrations of dissolved $K^+$ ions plus $SO_4^{2-}$, $Cl^-$, $Na^+$ and $Mg^{2+}$ to produce a primary SOP ($K_2SO_4$) product as well as other secondary products such as bitterns ($MgCl_2$ or $MgSO_4$) and NaCl. The brine Mineral Resource estimates presented in this document are in imperial units with an effective date of September 21, 2022.

There are three brine Mineral Resource estimates presented:

- Total Porosity Basis;

---

[8]  Derived from average of 43 clay sediment samples, prior PFS (CH2M 2013a) estimates used 2.88 SG from 25 clay samples.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

- Specific Yield (Sy) Basis; and

- Total Recoverable Basis.

Total Porosity basis resources were what was provided in prior resource estimates and were referred to as in-place estimates in the NI 43-101 2018 FS.

Sy basis resources demonstrate the impacts of applying Sy as a modifying factor to accommodate current best practice guidelines.

## 5.4.1.    Total Porosity Basis

The Total porosity basis resource is the total in-place brine from each of the three brine aquifers that are 100 percent brine saturated. Brine aquifer porosity is calculated using a mass balance equation using estimates of aquifer moisture content, brine density and sediment density. Inputs into the porosity calculation are from distributed drill core and brine samples (points of observation) taken from within the three brine aquifers. Brine Mineral Resource assurance is determined by set distances from points of observations as follows: 4,921 feet for Measured, 9,842 feet for Indicated and 29,528 feet for Inferred categories. The brine Mineral Resource Classification map is shown in **Figure 5-16**. The total porosity basis brine Mineral Resource Estimates are listed in **Table 5-8** in Imperial units.

Total porosity basis resource estimates presented in **Table 5-8** do not conform to CIM Best Practice Guidelines for Resource and Reserve Estimation for lithium (Li) from brines (CIM Li guidelines), which are analogous to brine Mineral Resources as demonstrated here. CIM Li guidelines specifically state that the Sy (i.e., drainable porosity) parameter should be used as the measure of the brine resource and brine reserve. Historic estimates of brine Mineral Resource estimates only reported total porosity basis resources. Total recoverable basis resources, that include Sy as a component, were included in the 2018 FS report but only as potentially extractable mineral equivalent compounds as the CIM Li guidelines were a recent addition in 2018. The CIM Li guideline is now widely adopted as a guide for the reporting of brine Mineral Resource estimates.

Historic mineral resource estimates also did not include a COG for potassium (K+) in the brine Mineral Resource but instead relied on the economics of the mine plan to determine the limits to brine extraction from the available resource. Historic brine Mineral Reserve estimates were not limited due to brine grade (K mg/L) on account of the availability of blending options in the LoM plan.

## 5.4.2.    Specific Yield (Sy) Basis

Sy basis brine Mineral Resource estimates can be found in **Table 5-9** and relevant resource assurance classification areas are shown in **Figure 5-16**. There are no Measured resources identified for the Sy basis estimates due to the quantity of available Sy data, a modifying factor, that is ultimately used to determine the quantity of free draining brine from available resource. Measured resource areas, identified total porosity basis resource, has been moved into the Indicated assurance category to reflect the lower level of confidence in this parameter.

Sy is estimated to be three percent for the FCZ and clay intervals within the SCZ, as determined by Domenico and Schwartz (1990) for a clay aquifer. For sand and gravel beds within the SCZ, an average Sy of 22.8 percent was determined from grain size distribution data in combination with Domenico and Schwartz (1990) Sy data for gravel, sand, silt, and clay. The size distribution data from within SCZ sand

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

gravel beds was available from two Shelby tube samples taken from a single hole (SN4-15-003). Direct Sy measurements from within the MCZ are available for Shelby tube samples and from a well-to-trench pump test. The Shelby tube test results were identified as a relatively incomplete record when compared to the well-to-trench pump test due to only sampling portions of the MCZ from within the vertical profile. The well-to-trench pump test computed a mobile porosity of 8.5 percent for the MCZ (2018). Given the confined conditions of the MCZ aquifer, located between the confining FCZ above and SCZ below, mobile porosity is more representative of effective porosity than Sy which is typically applied to an unconfined or drainable resource.

It is important to recognize that Sy basis brine Mineral Resource estimates do not account for the introduction of recharge water contemplated through the mine development process, nor does it consider the effects of mass transfer. As such, Sy basis brine Mineral Resource estimates do not include the additional potassium that becomes available through the tonnage produced in the recharge and mass transfer processes that is accounted for total recovered basis brine Mineral Resource estimates outlined below.

### 5.4.3.    Total Recovered Basis

Total Recovered basis brine Mineral Resource estimates can be found in **Table 5-10** and relevant resource assurance classification areas are shown in **Figure 5-16**. The Total Recovered basis estimates include availability of additional brine from the marl clay via secondary rechage of fresh water from adjacent surface recharge trenches, until the initial in-place brine grade is diluted to the COG minimum of 600 mg/L $K^+$.

Resource assurance remains the same as that identified for the Sy basis resource; brine resources from the FCZ and SCZ are also unchanged from the Sy basis resource as there is no additional recovery of brine from freshwater recharge from these two brine aquifers. The concept of TtT production of brine via freshwater recharge and mass transfer has been simulated in the field via a TtW pump tests, and column test work (Novopro Projects Inc., 2018). This testing data was mainly acquired at southern playa locations (**Section 9.7**, *Groundwater Hydrology Program*) and represents short duration-small scale testing. Given this, Measured Resource areas have been moved into the Indicated assurance category to reflect the lower level of confidence in this parameter.

**Table 5-11** provides a summary comparison of the brine mineral resource for the three brine Mineral Resources basis with respect to impacts on $K^+$ grade (mg/L), $K^+$ short tons and SOP short tons.

### 5.4.4.    Cautionary Language

The accuracy of Mineral Resource estimates is, in part, a function of the quality and quantity of data available and of engineering and geological interpretation and judgment. Given the data available at the time this 2022 FS was prepared, the estimates presented herein are considered reasonable. However, they should be accepted with the understanding that additional data and analysis available subsequent to the date of the estimates may necessitate revisions that could be material. There is no guarantee that all or any part of the estimated resources would be recoverable.

Case 2:25-cv-00657   Document 1-3   Filed 08/07/25   PageID.450   Page 86 of 954

Amended Mining Plan

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table 5-8.   Total Porosity Basis Brine Mineral Resource Estimate–Effective September 21, 2022**

| Horizon | Classification | Thickness ft | Aquifer Volume '000 yd³ | Moisture Content % | Porosity % | Brine Volume '000 yd³ | Brine Density lbs/ft² | Brine Tons '000 t | Potassium Concen. mg/L | Potassium Tons '000 t | Sulphate Concen. mg/L | Sulphate Tons '000 t | Chloride Concen. mg/L | Chloride Tons '000 t | Sodium Concen. mg/L | Sodium Tons '000 t | Magnesium Concen. mg/L | Magnesium Tons '000 t | Potash K₂SO₄ | Bitterns MgCl₂ | Bitterns MgSO₄ | Halite NaCl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fat Clay | Measured | 12.8 | 1,938,986 | 48.4 | 59.6 | 1,155,138 | 70.06 | 1,092,562 | 3,097 | 3,015 | 23,065 | 22,452 | 117,177 | 114,070 | 76,426 | 74,400 | 3,867 | 3,765 | 6,724 | 14,759 | 18,637 | 188,975 |
| | Indicated | 12.1 | 213,454 | 41.4 | 55.7 | 118,951 | 69.67 | 111,880 | 2,735 | 274 | 21,071 | 2,113 | 111,634 | 11,189 | 72,522 | 7,269 | 3,950 | 396 | 611 | 1,552 | 1,960 | 18,462 |
| | Measured plus Indicated | 12.7 | 2,152,440 | 47.7 | 59.2 | 1,274,089 | 70.02 | 1,204,442 | 3,064 | 3,289 | 22,899 | 24,565 | 116,700 | 125,259 | 76,077 | 81,668 | 3,875 | 4,161 | 7,335 | 16,311 | 20,597 | 207,437 |
| | Inferred | 12.1 | 128,561 | 41.3 | 55.7 | 71,560 | 69.58 | 67,217 | 2,581 | 156 | 21,201 | 1,279 | 110,249 | 6,649 | 71,597 | 4,318 | 3,933 | 237 | 347 | 930 | 1,174 | 10,967 |
| Marl Clay | Measured | 17.7 | 2,625,902 | 42.4 | 56.4 | 1,480,169 | 69.54 | 1,398,535 | 3,041 | 3,794 | 22,907 | 28,574 | 116,260 | 145,024 | 75,697 | 94,425 | 3,831 | 4,779 | 8,460 | 18,734 | 23,656 | 239,839 |
| | Indicated | 18.8 | 321,383 | 37.5 | 53.2 | 171,109 | 69.54 | 160,646 | 2,628 | 379 | 20,705 | 2,986 | 109,662 | 15,813 | 71,241 | 10,273 | 3,915 | 565 | 845 | 2,213 | 2,795 | 26,093 |
| | Measured plus Indicated | 17.9 | 2,947,286 | 41.9 | 56.0 | 1,651,278 | 69.54 | 1,559,181 | 2,999 | 4,172 | 22,707 | 31,560 | 115,636 | 160,837 | 75,258 | 104,698 | 3,839 | 5,344 | 9,305 | 20,947 | 26,451 | 265,932 |
| | Inferred | 19.8 | 209,571 | 37.3 | 53.1 | 111,314 | 69.56 | 104,526 | 2,545 | 239 | 20,760 | 1,948 | 109,848 | 10,305 | 71,327 | 6,691 | 3,922 | 368 | 532 | 1,442 | 1,821 | 16,996 |
| Siliceous Clay | Measured | 47.9 | 5,982,773 | 41.1 | 55.5 | 3,318,745 | 69.39 | 3,108,892 | 2,760 | 7,719 | 20,220 | 56,546 | 106,894 | 298,919 | 69,716 | 194,953 | 3,436 | 9,608 | 17,213 | 37,665 | 47,561 | 495,180 |
| | Indicated | 47.9 | 1,764,540 | 41.5 | 55.5 | 978,136 | 68.53 | 904,902 | 2,319 | 1,912 | 18,367 | 15,140 | 93,449 | 77,030 | 61,075 | 50,344 | 3,027 | 2,495 | 4,263 | 9,780 | 12,350 | 127,874 |
| | Measured plus Indicated | 47.9 | 7,747,313 | 41.2 | 55.5 | 4,296,881 | 69.19 | 4,013,794 | 2,661 | 9,631 | 19,852 | 71,687 | 104,054 | 375,948 | 67,945 | 245,297 | 3,352 | 12,103 | 21,476 | 47,445 | 59,911 | 623,053 |
| | Inferred | 47.2 | 395,804 | 36.3 | 52.2 | 206,704 | 68.67 | 191,623 | 2,397 | 418 | 18,729 | 3,263 | 96,350 | 16,783 | 62,499 | 10,887 | 3,541 | 617 | 931 | 2,418 | 3,053 | 27,653 |
| Total | Measured | 34.0 | 10,547,661 | 42.8 | 56.4 | 5,954,052 | 69.67 | 5,599,989 | 2,896 | 14,527 | 21,446 | 107,572 | 111,239 | 558,013 | 72,518 | 363,777 | 3,619 | 18,153 | 32,396 | 71,158 | 89,855 | 923,994 |
| | Indicated | 40.5 | 2,299,378 | 40.9 | 55.2 | 1,268,196 | 68.77 | 1,177,429 | 2,401 | 2,565 | 18,943 | 20,239 | 97,389 | 104,032 | 63,550 | 67,885 | 3,235 | 3,455 | 5,719 | 13,545 | 17,104 | 172,429 |
| | Measured plus Indicated | 35.1 | 12,847,039 | 42.4 | 56.2 | 7,222,248 | 69.51 | 6,777,418 | 2,810 | 17,092 | 21,071 | 127,811 | 109,046 | 662,045 | 71,109 | 431,662 | 3,558 | 21,608 | 38,116 | 84,703 | 106,959 | 1,096,423 |
| | Inferred | 33.2 | 733,936 | 37.5 | 53.1 | 389,579 | 69.09 | 363,366 | 2,474 | 812 | 19,771 | 6,489 | 102,804 | 33,737 | 66,722 | 21,896 | 3,723 | 1,222 | 1,811 | 4,790 | 6,049 | 55,616 |

Source: Novopro and Stantec 2022

**Table 5-9.   Specific Yield Basis Brine Mineral Resource Estimate–Effective September 21, 2022**

| Horizon | Classification | Thickness ft | Sand & Gravel Thickness ft | Aquifer Volume '000 yd³ | Specific Yield % | Brine Volume '000 yd³ | Brine Density lbs/ft² | Brine Tons '000 t | Potassium Concen. mg/L | Potassium Tons '000 t | Sulphate Concen. mg/L | Sulphate Tons '000 t | Chloride Concen. mg/L | Chloride Tons '000 t | Sodium Concen. mg/L | Sodium Tons '000 t | Magnesium Concen. mg/L | Magnesium Tons '000 t | Potash K₂SO₄ | Bitterns MgCl₂ | Bitterns MgSO₄ | Halite NaCl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fat Clay | Indicated | 12.7 | 0.0 | 2,152,440 | 3.0 | 1,274,089 | 70.02 | 1,204,442 | 3,069 | 166 | 22,843 | 1,244 | 116,699 | 6,344 | 76,086 | 4,136 | 3,878 | 211 | 371 | 827 | 1,044 | 10,506 |
| | Inferred | 12.1 | 0.0 | 128,561 | 3.0 | 71,560 | 69.58 | 67,217 | 2,599 | 8 | 21,146 | 69 | 110,477 | 358 | 71,746 | 233 | 3,943 | 13 | 19 | 50 | 63 | 591 |
| Marl Clay | Indicated | 17.9 | 0.0 | 2,947,286 | 8.5 | 1,651,278 | 69.94 | 1,559,181 | 3,003 | 632 | 22,662 | 4,782 | 115,611 | 24,387 | 75,255 | 15,874 | 3,840 | 811 | 1,410 | 3,179 | 4,014 | 40,320 |
| | Inferred | 19.8 | 0.0 | 209,571 | 8.5 | 111,314 | 69.56 | 104,526 | 2,557 | 38 | 20,717 | 312 | 109,935 | 1,649 | 71,381 | 1,071 | 3,928 | 59 | 85 | 231 | 291 | 2,720 |
| Siliceous Clay | Indicated | 47.9 | 4.0 | 7,747,313 | 4.7 | 4,296,881 | 69.19 | 4,013,794 | 2,643 | 809 | 19,666 | 6,023 | 103,085 | 31,544 | 67,235 | 20,574 | 3,342 | 1,023 | 1,803 | 4,009 | 5,062 | 52,259 |
| | Inferred | 47.2 | 10.3 | 395,804 | 7.3 | 206,704 | 69.19 | 191,623 | 2,384 | 57 | 18,754 | 454 | 96,161 | 2,324 | 62,375 | 1,507 | 3,534 | 85 | 128 | 335 | 423 | 3,829 |
| Total | Indicated | 35.1 | 2.6 | 12,847,039 | 5.3 | 7,222,248 | 69.51 | 6,777,418 | 2,818 | 1,607 | 21,082 | 12,049 | 109,039 | 62,275 | 71,061 | 40,585 | 3,578 | 2,045 | 3,584 | 8,015 | 10,121 | 103,086 |
| | Inferred | 33.2 | 5.9 | 733,936 | 6.9 | 389,579 | 69.09 | 363,366 | 2,462 | 104 | 19,638 | 835 | 102,171 | 4,331 | 66,305 | 2,811 | 3,706 | 157 | 232 | 616 | 777 | 7,140 |

Source: Novopro and Stantec 2022

**Table 5-10.   Total Recoverable Basis Brine Mineral Resource Estimate–Effective September 21, 2022**

| Horizon | Classification | Thickness ft | Sand & Gravel Thickness ft | Aquifer Volume '000 yd³ | Specific Yield % | Secondary Recovery % | Total Yield % | Brine Volume '000 yd³ | Brine Density lbs/ft² | Brine Tons '000 t | Potassium Concen. mg/L | Potassium Tons '000 t | Sulphate Concen. mg/L | Sulphate Tons '000 t | Chloride Concen. mg/L | Chloride Tons '000 t | Sodium Concen. mg/L | Sodium Tons '000 t | Magnesium Concen. mg/L | Magnesium Tons '000 t | Potash K₂SO₄ | Bitterns MgCl₂ | Bitterns MgSO₄ | Halite NaCl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fat Clay | Indicated | 12.7 | 0.0 | 2,152,440 | 3.0 | 0.0 | 3.0 | 1,274,089 | 70.02 | 1,204,442 | 3,069 | 166 | 22,843 | 1,244 | 116,699 | 6,344 | 76,086 | 4,136 | 3,878 | 211 | 371 | 827 | 1,044 | 10,506 |
| | Inferred | 12.1 | 0.0 | 128,561 | 3.0 | 0.0 | 3.0 | 71,560 | 69.58 | 67,217 | 2,599 | 8 | 21,146 | 69 | 110,477 | 358 | 71,746 | 233 | 3,943 | 13 | 19 | 50 | 63 | 591 |
| Marl Clay | Indicated | 17.9 | 0.0 | 2,947,286 | 8.5 | 0.0 | 8.5 | 1,651,278 | 69.94 | 1,559,181 | 3,003 | 632 | 22,696 | 4,782 | 115,713 | 133,144 | 75,325 | 86,866 | 3,839 | 4,432 | 7,725 | 17,372 | 21,936 | 220,641 |
| | Inferred | 19.8 | 0.0 | 209,571 | 8.5 | 34.1 | 42.6 | 111,314 | 69.56 | 104,526 | 2,561 | 191 | 20,704 | 1,560 | 109,963 | 8,258 | 71,398 | 5,362 | 3,930 | 295 | 427 | 1,196 | 1,460 | 13,620 |
| Siliceous Clay | Indicated | 47.9 | 4.0 | 7,747,313 | 4.7 | 0.0 | 4.7 | 4,296,881 | 69.19 | 4,013,794 | 2,643 | 809 | 19,666 | 6,023 | 103,085 | 31,544 | 67,235 | 20,574 | 3,342 | 1,023 | 1,803 | 4,009 | 5,062 | 52,259 |
| | Inferred | 47.2 | 10.3 | 395,804 | 7.3 | 0.0 | 7.3 | 206,704 | 69.19 | 191,623 | 2,384 | 57 | 18,754 | 454 | 96,161 | 2,324 | 62,375 | 1,507 | 3,534 | 85 | 128 | 335 | 423 | 3,829 |
| Total | Indicated | 35.1 | 2.6 | 12,847,039 | 5.3 | 8.7 | 14.0 | 7,222,248 | 69.51 | 6,777,418 | 2,939 | 4,439 | 22,094 | 33,453 | 113,216 | 171,352 | 73,731 | 111,577 | 3,741 | 5,665 | 9,900 | 22,208 | 28,043 | 283,406 |
| | Inferred | 33.2 | 5.9 | 733,936 | 6.9 | 9.7 | 16.6 | 389,579 | 69.09 | 363,366 | 2,521 | 257 | 20,262 | 2,083 | 106,757 | 10,940 | 69,302 | 7,102 | 3,838 | 393 | 574 | 1,541 | 1,946 | 18,040 |

Source: Novopro and Stantec 2022

Source: Novopro and Stantec 2022

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

*Amended Mining Plan*

**Table 5-11.    Brine Potash Mineral Resource Summary-Effective September 21, 2022**

| Horizon | Classification | Total Porosity Basis | | | Specific Yield Basis | | | Total Recoverable Basis | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Potassium | | SOP | Potassium | | SOP | Potassium | | SOP |
| | | Concen. mg/L | Tons '000 t | Tons '000 t | Concen. mg/L | Tons '000 t | Tons '000 t | Concen. mg/L | Tons '000 t | Tons '000 t |
| Fat Clay | Measured | 3,097 | 3,015 | 6,724 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Indicated | 2,735 | 274 | 611 | 3,069 | 166 | 371 | 3,069 | 166 | 371 |
| | Measured plus Indicated | 3,064 | 3,289 | 7,335 | 3,069 | 166 | 371 | 3,069 | 166 | 371 |
| | Inferred | 2,581 | 156 | 347 | 2,599 | 8 | 19 | 2,599 | 8 | 19 |
| Marl Clay | Measured | 3,041 | 3,794 | 8,460 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Indicated | 2,628 | 379 | 845 | 3,003 | 632 | 1,410 | 3,010 | 3,464 | 7,725 |
| | Measured plus Indicated | 2,999 | 4,172 | 9,305 | 3,003 | 632 | 1,410 | 3,010 | 3,464 | 7,725 |
| | Inferred | 2,545 | 239 | 532 | 2,557 | 38 | 85 | 2,561 | 191 | 427 |
| Siliceous Clay | Measured | 2,760 | 7,719 | 17,213 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Indicated | 2,319 | 1,912 | 4,263 | 2,643 | 809 | 1,803 | 2,939 | 809 | 1,803 |
| | Measured plus Indicated | 2,661 | 9,631 | 21,476 | 2,643 | 809 | 1,803 | 2,939 | 809 | 1,803 |
| | Inferred | 2,397 | 418 | 931 | 2,397 | 418 | 931 | 2,384 | 57 | 128 |
| **Total** | **Measured** | **2,896** | **14,527** | **32,396** | **0** | **0** | **0** | **0** | **0** | **0** |
| | **Indicated** | **2,401** | **2,565** | **5,719** | **2,818** | **1,607** | **3,584** | **2,939** | **4,439** | **9,900** |
| | **Measured plus Indicated** | **2,810** | **17,092** | **38,116** | **2,818** | **1,607** | **3,584** | **2,939** | **4,439** | **9,900** |
| | **Inferred** | **2,474** | **812** | **1,811** | **2,462** | **104** | **232** | **2,521** | **257** | **574** |

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.452    Page 88 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# 5.5.   Mineral Reserve Statement

Available reserves are defined as the quantities of potassium contained in brine that is technically extractable from the playa and delivered to the first solar evaporation pond. These values were calculated using the numerical model outputs from Mining Plan simulations and categorized by level of assurance into Proven and Probable Mineral Reserves.

The 2018 FS included both Proven and Probable Reserves over Measured and Indicated Resource categories. The 2018 FS resource is reduced in confidence from Measured to Indicated due to the available data for the Marl Clay trench tests, and the need to extrapolate across the entire southern playa, as well as the need for additional points of observation at the scale of the field trial, over multiple seasons of extraction on the playa. In this QP's opinion, the Indicated Resource and Probable Reserve categories are indicative of the project and the maturity of the data. Accordingly, the entire reserve in the current 2022 FS is categorized as Probable.

Probable Reserves in the marl clay are the marl clay $K^+$ production from the Mine Plan simulation that consist of production over the Indicated Resource area from the mobile porosity due to primary drainage and from the immobile porosity due to the mass transfer process. **Probable Reserves in the marl clay are estimated to be 1,159,243 $K^+$ short tons**.

Probable Reserves in the siliceous clay include flow and mass transfer of $K^+$ due to hydraulic and chemical gradients from the siliceous clay to the marl clay induced by marl clay trench production. **Probable Reserves in the siliceous clay are estimated to be 219,098 $K^+$ short tons.**

The tonnages of $K^+$ produced from the fat clay are assigned to the Probable Reserves category. Simulated production in the fat clay is primarily from the initial trench excavation and from some mass transfer at the fat clay/marl clay interface. **Probable Reserves in the fat clay are estimated to be 154,476 $K^+$ short tons.**

Probable Reserves of $K^+$ and equivalent $K_2SO_4$ tonnages for the Phase 1 area are summarized in **Table 5-12** and **Table 5-13.**

**Table 5-12.      Available Potassium Mineral Reserves**

| Aquifer | Probable (tons) | |
|---|---|---|
| | $K^+$ (short tons '000) | Equivalent $K_2SO_4$ (short tons '000) |
| FCZ | 154 | 344 |
| MCZ | 1,159 | 2,583 |
| SCZ | 219 | 488 |
| **Total** | **1,533** | **3,416** |

Source: Novopro and Stantec 2022
Note: $K^+$ to $K_2SO_4$ production based on ratio of 2.2285 (rounded), which is based on atomic weights.

Probable Available $K^+$ Reserves are 1.533 million short tons. When converted to Available Reserves of mineral equivalent compounds, the Probable Reserves of $K_2SO_4$ total approximately 3.416 million short tons.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

The target brine grade of 2,240 mg/L is forecast to be exceeded for approximately seven years of playa production. Following that period, the dilutive impacts of fresh water through the recharge system will cause the run-of-mine grade delivered from the playa into the Preconcentration Ponds to decay. It is anticipated that the grade will decline by approximately two percent per year for the remaining simulation period. The expected decline has been accounted for in the pond and process design, and projected pond and process efficiencies by Novopro, and is accounted for in these estimated Available Potassium Reserves.

It should be noted that the instantaneous modeled brine grade is described above for the purposes of disclosure. Due to the fact that the brine will remain within the pond system and homogenize, the grades and flows will be blended to a balanced grade and flow at the pond volumetric capacity, likely resulting in an extended period of grade retention. Taking this into account as a flow-weighted average brine grade, the target brine grade of 2,240 mg/L is exceeded for the first 15 years of modeled brine production with a decay of approximately two percent per year thereafter.

Stantec used a process recovery factor provided by Novopro of 79.3 percent to convert from Available Reserves to Produced Reserves.

The process recovery factor accounts for leakage losses, process efficiency, evaporation, and entrainment. Produced Reserves are estimated to be approximately 2.71 million short tons of SOP. Total available and produced SOP reserves are shown in **Table 5-13**.

**Table 5-13.    Total Mineral Reserve Potassium Sulfate**

| Category | Probable (short tons '000) |
|---|---|
| Available reserves | 3,416 |
| Produced reserves* | 2,709 |

Source: Novopro and Stantec 2022
Note: K$^+$ to K$_2$SO$_4$ production based on ratio of 2.2285 (rounded), which is based on atomic weights.

Remaining in-place resources after the 25-year Mine Plan simulation are summarized in **Table 5-14**. Remaining in-place Measured plus Indicated Resources were determined by subtracting the total reserves from the in-place Measured plus Indicated Resources. Remaining Inferred Resource is the initial in-place Inferred Resource.

**Table 5-14.    Remaining In-Place Mineral Resource**

| Aquifer | Measured Plus Indicated | | Inferred | |
|---|---|---|---|---|
| | K$^+$ (short tons '000) | Equivalent K$_2$SO$_4$ (short tons '000) | K$^+$ (short tons '000) | Equivalent K$_2$SO$_4$ (short tons '000) |
| Fat Clay | 3,135 | 6,991 | 156 | 347 |
| Marl Clay | 3,013 | 6,722 | 239 | 532 |
| Siliceous Clay | 9,412 | 20,988 | 418 | 931 |
| **Total** | **15,559** | **34,700** | **812** | **1,811** |

Source: Novopro and Stantec 2022

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## 5.6.    Summary and Conclusions

Numerical groundwater flow and transport models have been developed that integrate hydrogeological information collected over the last several years to improve the understanding of the groundwater flow and transport components of the conceptual model of the playa aquifer system. This integrated groundwater flow and transport model provided a numerical framework to support the development of the Mining Plan. The Amended Mine Plan consists of a conceptual design layout and sequencing of MCZ trenches that would be required to achieve SOP-production targets during a 25-year mine life.

The cumulative brine extraction mass target is exceeded over the entire 25-year LoM simulation. Simulated annual brine-extraction exceeds the produced mass target in the first 15 years of mining. During this period, excess brine may be stored in the evaporation pond system and act as a production buffer during potential periods of underproduction and may also be used to achieve total production targets during the later years in the mine life when playa brine production is below annual targets. Modeling indicates that there is a decrease in annual average $K^+$ concentration due to dilution of the mobile-phase brine as fresh water is recharged into the marl clay.

The brine aquifer resource zones in the Sevier Lake playa constitute a dynamic resource with brine flowing horizontally within the marl clay and vertically between the fat clay and siliceous clay and the marl clay, albeit a much lower rates. The mass transfer process also occurs within and between the three resources zones. Although, trench extraction and recharge occur primarily in the marl clay, hydraulic gradients and concentration gradients are induced over the LoM, so that some flow and mass transfer of brine occurs from the fat clay and siliceous clay to the marl clay production zones. Although these processes may be orders of magnitude slower in the vertical direction, the area over which vertical flow and mass transfer occurs is orders of magnitude larger than the area over which the trench network intersects the marl clay production zone.

The accuracy of Resource and Reserve estimates is, in part, a function of the quality and quantity of available data, and of engineering and geological interpretation and judgment. Elements of the study that form the basis of the reserve estimation include sampling and analytical methodology, the hydrostratigraphic model construction and understanding of brine and sediment properties and variability, and the construction and calibration of the integrated groundwater flow and mass transport numerical models. These tasks were performed in succession, with standard validation and calibration exercises performed throughout each stage, culminating in the integrated numerical models from which the reserve estimations have been sourced. This has led to a reasonable level of confidence that the Sevier Playa will be able to produce the quantities and grade of brine presented as Probable Reserves in this report.

Given the data available at the time this report was prepared, the estimates presented herein are considered reasonable. However, they should be accepted with the understanding that additional data and analysis available subsequent to the date of the estimates may necessitate revision. These revisions may be material. There is no guarantee that all or any part of the estimated resources or reserves will be recoverable.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# 6.  MINING METHODS, PROJECT DEVELOPMENT, AND OPERATION

## 6.1.  Mine Method Overview

The Project mining methods are comparable to other solar evaporation potash projects in the western U.S. The mining method for the production of SOP would include the collection of naturally occurring brine from the sedimentary basin of the Sevier Playa. The method would use extraction trenches to collect and divert brine into a series of solar evaporation and concentration ponds located on the surface of the playa resulting in potassium-rich salts. Recharge water would be introduced to facilitate the transference of brines into the extraction trenches.

Based on groundwater modeling simulations, the playa has been divided into three construction periods. These construction periods were established to meet production targets given variances in permeability of resource zones across the playa. The trenches within the southern playa would be operated to ensure that adequate brine volume at the necessary brine concentration would be supplied to the evaporation ponds for the life of the Project.

After the extraction and recharge systems are constructed, there would be an initial brine accumulation and transfer to the evaporation ponds. After this, the various production areas would continue to produce until brine concentrations were no longer economically viable. Recharge water would then be introduced and the various production areas would essentially rest until brine concentrations recovered, after which the brine would again be transferred to ponds. This process would occur throughout the life of the Project.

Brine would be pumped into the Preconcentration and Production Ponds. The ponds are staged in series to allow the playa brine to concentrate from the in-situ grade through various evaporative mineral saturation points depending on where in the evaporation process the pond is located. During this process, salts would precipitate within the footprint of the ponds.

The extracted brine is one of the sources of potassium and the only source of sulfate used to produce SOP. The brine also contains significant amounts of magnesium, sodium, and chloride. The brine is evaporated in ponds to accomplish the following objectives: remove the majority of the sodium, and its associated chloride, from the brine moving forward to the process; produce the desired potassium bearing mineral(s) needed to produce SOP.

The potassium-rich salts harvested from the Production Ponds would be hauled to the Processing Facility for final treatment. Purge brine decanted pre-harvest from the final Production Ponds would be pumped into the Back-mix Pond. Process tailings would be placed in the TMA.

Recharge of the brine aquifer would occur by way of precipitation, natural groundwater inflow, local runoff, and inflow from the Sevier River. Recharge would be managed and conveyed to specific areas of the playa through the use of recharge canals and trenches to maintain flow as brine is continually extracted.

The process is designed to generate SOP from the evaporation and further treatment of the playa.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

The simplified block process diagram is illustrated in **Figure 6-1**. The process is described in detail in the sections that follow.

Construction aggregate, including structural fill (screened earthen material used to create a strong and stable base), granular road base, gravel, riprap, and other materials, would be obtained from gravel pits described in the *Gravel Pit Mining Plan* (Peak Minerals 2024o), should construction contractors hired to perform the work not have access to their own gravel/aggregate resources. If additional gravel is required, Peak Minerals will work with the agencies to permit and develop the resource.

## 6.2.    Mine Layout and Design

As mentioned previously, the mine will be developed in two phases. **Figure 6-2a** shows the planned phasing of the operation. **Figure 6-2c** shows the project area with the topography of the playa and the surrounding areas. In general, the mine design consists of the following major components:

1) A brine extraction system consisting of the following:

   a.  Fixed Slope Extraction trenches

   b.  Variable Slope Extraction Trenches

   c.  For Stage 1 of Phase 1, a temporary fixed slope trench (shown as an east-west line in **Figure 6-3** will be constructed at the north end of the variable slope trenches in the southwest portion of the playa to collect the brines from these trenches and convey them to toward the pre-concentration ponds. When the trenches to the north of the temporary trench are constructed as part of Stage 2 of Phase 1 (see **Figure 6-4**), then the temporary trench will be filled in and the existing southern trenches connected to the new northern trenches.

2) A recharge system consisting of the following:

   a.  Diversion berm

   b.  Diversion canal

   c.  Recharge canal

   d.  Recharge trenches

   e.  For Stage 1 of Phase 1, a temporary recharge trench (shown as an east-west line in **Figure 6-2b and Figure 6-3**) will be installed at the south end of the two eastern recharge trenches to provide water from the recharge canal. When future development south of the temporary trench is constructed (see **Figure 6-5**), then the temporary trench will be filled in and the southern trenches connected to the existing northern trenches.

3) Evaporation and Processing ponds consisting of the following:

   a.  Four Preconcentration Ponds

   b.  Production Pond system including:

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

    i.   Harvest ponds divided into 6 portions

    ii.   Back-mix ponds divided into 4 portions

    iii.   Process Recycle Brine Pond

    iv.   Bittern Brine Pond

    v.   A tailings management area and Bittern Waste Ponds.

4)   Control structures, pipes, and pumps

5)   A processing facility

Each of these Project components for Phase 1 is shown in **Figure 6-2b**.

The extraction and recharge trenches are placed throughout the southern playa, and spacing varies depending on permeability, hydraulic conductivity and/or concentration of the brine. The mine layout targets brine production from the marl clay located in the southern part of the playa only. The extraction and recharge trenches are developed in a connected and parallel routing. Trenches are generally routed from south to north on the playa, with variable spacing depending on the general hydraulic properties within the marl clay present in the zone of interest. Further details of these trench designs and cross sections, as well as aspects of constructability, are discussed below.

The alignment of the trenches was optimized post-2018 FS to support the new project mass and grade requirements, as well as a limited development area in the southern Playa. Given these new design parameters and project footprint, the Project was able to utilize the existing playa topography to an advantage. The playa has a very gentle gradient from the perimeter towards the middle of the playa, near Needle Point. This gradient has been leveraged via south-north routing of the extraction network, towards a transverse west-east collection trench near Needle Point. The collection trench will have the same cross-section as the fixed slope trench. Refer to **Figure 6-3** through **Figure 6-5** for the contours on the playa and various stages of trench development.

The recharge system consists of a head cut and diversion structure from the Sevier River at the northern end of the playa to a diversion canal. The diversion canal directs the flow into a recharge canal, along the eastern edge of the playa. The recharge water is introduced to the playa from the recharge canal and connects to the various recharge trenches. A more detailed discussion on this topic follows, with supporting figures.

The mine layout, in relation to the extraction and recharge infrastructure network are advanced in stages within the mine development depending on the grade and flow requirements to the Preconcentration Ponds. In general, the potassium grade and brine flow from trenches provides a mass of potassium. The length and distribution of trenches is captured in a playa wide groundwater flow model, coupled with a solute transport model, to conceptualize the Sevier Playa and incised trench network within the playa. The model is broken down by model periods and subdivided to calendar years based on an initial development date, with trenches distributed on the modeled playa per annual basis. These annual construction lengths for the various stages are presented in **Figure 6-3** through **Figure 6-5** which are directly related to the outputs from the model. It should be pointed out that the trench layout and lengths are Peak Minerals best estimates of the anticipated construction staging. These lengths and trench

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

locations/sequencing may change based on actual brine concentration and flow rate that are produced to meet the production requirements.

The stages of development shown represent the newly added constructed infrastructure for Year one, Year six, and Year nine. The grey lines on the Years six and nine figures are previously constructed infrastructure from earlier stages; the highlighted lengths are new prior to the identified year.

Geotechnical investigations were completed to support development and configuration of the trenches, canals, and pond berms described below. A summary of the geotechnical investigations is included in **Section 6.4**. Existing exploration features are detailed in the Appendix K of the Reclamation Plan (Peak Minerals 2024b).

Supplemental analysis in support of the following mine design concepts is provided in several reports and technical memorandums (CH2M 2013b; CPM 2018a; IGES 2013; Novopro and Stantec 2022). These documents are included in **Appendix C**. Summaries of modeling analysis are provided in **Section 6.2.4**, *Modeling to Support Extraction and Recharge Systems*, and **Section 6.2.6**, *Modeling in Support of Evaporation Pond Design*.

## 6.2.1.    Extraction Trenches

The extraction trenches slope from south to north to a collection trench that flows from west to east at a gradual channel slope (ranging from 0.0015 to 0.5 percent) to allow for gravity drainage to a common collection sump near the southwestern corner of the Preconcentration Ponds. The extraction trench network flows in a tributary fashion into the collection sump. The trenches are aligned from the south to the north.

The trenches are created by excavating through the playa materials, comprising of three zones of differing material types:

- Zone 1–Brown Clay: (0 to 2-foot depth);
- Zone 2–Fat Clay: (2 to 11-foot depth); and
- Zone 3–Marl: Permeable material (11-foot–to 20-foot depth).

Geotechnical design of the extraction and recharge network was completed by multiple parties between 2012 and 2019. Results from a 2018 field program revealed that there are two typical cross sections for the extraction trenches, and one for the recharge trench that offer the optimal design to support the conveyance of the required brine flows through the trench system and preserve the longer-term stability of the trench profile. Refer to the following **Figure 6-6** through **Figure 6-8**.

A one-size-fits-all extraction trench design is not appropriate for the Project due to the heterogeneous nature of the clays and the difference in brine flow characteristics across the playa. The areas where each design is applied will be based on the hydrogeologic conditions within the groundwater flow model. Generally, the high conductivity areas will implement the higher flow design (variable slope), while low flow areas will likely utilize a more conventional trench cross section, the typical sloped design. The recharge trenches are designed to perch through into the top of the Fat/Marl interface. **Figure 6-6** and **Figure 6-7** outline these concepts for the extraction trench. **Figure 6-8** outlines a profile for the recharge trench. The sloped cross section area is about 440 square feet compared to 488 square feet for the

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

variable slope trench design. As conceptualized, the recharge trench has a cross section area of about 216 square feet. **Table 6-1** presents the total length of the extraction trenches (Novopro and Stantec 2022).

Construction of the extraction trench systems is coordinated to support early development and evaporation pond filling. For the overall Project, the Preconcentration Ponds, Production Ponds, and extraction trench network will all be constructed in parallel. Brine sourced from these trench sections is pumped to the ponds to start development of the salt bed. As the other trenches are constructed, the additional brine encountered is added to the various ponds, homogenizing, and blending the feed brine until the pond system reaches the capacity.

Excavation of the extraction trenches starts from the collection sump and progresses to the trench network, generally from the east to west, then to the south along the various trench alignments. As such, any brine accumulated in the extraction trenches flows via gravity into the collection sump.

Extraction trenches would be spaced throughout the playa, varying from 900 to 4,900 feet apart, with recharge trenches midway between them. Extraction trenches would be approximately 20 feet deep. Spoils from the extraction trenches would be placed on the playa surface at angle of repose with a minimum of 20 feet from the edge of the trench and would measure approximately 10 feet in height and 38 feet in width at the base. Extraction trench length and excavation material quantities are included in **Table 6-1**.

In accordance with federal regulations, extraction trenches would not be constructed within 500 feet of the lease boundary without written authorization from the AO. For most of the trenches on the edge of the lease/development areas, they are recharge trenches. Thus, there will be no extraction in those areas. There is one location just south of Needle Point on the west side of the lease/development where an extraction trench is close to the lease boundary. This stage of development is planned for year 6. Therefore, as Peak Minerals is anticipating applying for fringe leases in the playa area west of the current lease boundary, it is planned that by the time the stage development takes place, the lease boundary will be further to the west.

Brine from the west-east collection trench would be discharged into a south to north collection sump near the southwestern corner of the Preconcentration Ponds. The length of the collection sump is about 2,000 feet. A pump station located on the southwest corner of the Preconcentration Ponds would provide the means of transferring the collected brine into the Preconcentration Ponds. With a planned depth of approximately 20 feet, the collection sump would be constructed similar to the fixed slope extraction trenches (see **Figure 6-7**). Spoils from the sump would be placed on the playa surface at angle of repose, a minimum of 20 feet from the edge of the canal and would measure approximately 10 feet in height and 38 feet in width at the base.

The extraction trenches and collection sump would be some of the first mining features constructed in order to provide brine to both the Production and Pre-concentration pond systems and begin evaporation as soon as possible to allow building the salt floors for the ponds. Construction of the recharge systems would follow.

Regular maintenance of the trench network will be performed to ensure that the cross sections and flows are maintained.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table 6-1.**       **Extraction System – Lengths and Excavation Quantities**

| Feature | Approximate Length (miles) | Typical Average Excavated Volume (cy) |
|---|---|---|
| Year 1 Extraction Trenches | 60.9 | 5,602,800 |
| Year 6 Extraction Trenches | 82.4 | 7,089,860 |
| Year 9 Extraction Trenches | 9.3 | 884,980 |

## *6.2.2.    Recharge System*

As indicated in **Section 3.3**, *Hydrogeology*, the clays and fine-grained sediments have hydraulic conductivities ranging from 0.08 to 120 ft/day. The higher values are representative of the fine-grained sand through gravel lenses while the lower values are representative of the clays and fine silts. Since the majority of playa sediments are composed of clays and silts, brine seeps slowly through them. Thus, hydraulic head is required to maintain a reasonable extraction rate. Water that flows into the basin from the Sevier River, rainfall, and runoff and groundwater inflow from the surrounding mountain ranges provides hydraulic head and is referred to in aggregate as "recharge water." Recharge of the brine aquifer is necessary to ensure that enough brine is available over the life of the mine to maintain target extraction rates.

At a minimum, the amount of recharge water required must equal the target Playa brine extraction rate of 18,859 acre-feet per year (ac-ft/yr), or approximately 11,700 gallons per minute (gpm). Sources of recharge water consist of stream inflow from the Sevier River to the Playa, precipitation directly onto the surface of the Playa, and drainage from the mountain slope drainages onto the playa.

Based on available Sevier River flow estimates and factoring a water balance analysis of the anticipated flows, evapotranspiration, and seepage losses it was determined that the amount of recharge water that Peak Minerals would need to purchase and convey to the Sevier Playa, after accounting for estimated transmission losses, and for Phase 1 initial wet-up conditions, was an average volume of 29,386 ac-ft/yr from upstream sources. Once the channel is wet, that average annual volume would reduce to 15,196 ac-ft/yr (Novopro and Stantec 2022). The FEIS (BLM 2019a) included the acquisition of an average of about 50,000 ac-ft/yr of recharge water in dry years.

### SEVIER RIVER DROP STRUCTURE

The Sevier River Drop Structure would be located on the main flow path for the lower segment of the Sevier River approximately 2,500 feet upstream of the Diversion Berm and Canal as shown in **Figure 6-9**. The Drop Structure would control an existing head cut that has developed within the Sevier River channel and is progressing upstream. The northing and easting of the head cut was recorded in the field during a 2023 site visit and is approximately at 4329273N, 327178E (UTM NAD 83 Zone 12). This structure is located on-lease.

Access to the Drop Structure would be along an existing two-track road and then via overland travel (both approximately 15 feet wide), which would be completely on-lease. This access would not require any road construction but would entail equipment and vehicles driving over the surface.

The Drop Structure would be excavated into the head cut, where the upstream edge of the structure would follow the natural channel and ground surface. The lower end of the structure would blend into the downstream channel to ensure that it releases water in a controlled fashion. The Drop Structure would

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

generally consist of two steps which would be approximately two to three feet in height. The width of the structure would be approximately 200 to 300 feet, with wing-walls extending to between 150 and 250 feet out from the drop area to collect the drainage. The Drop Structure would consist of gabions and reno mattress segments, which are wire baskets filled with coarse rock fragments that provide stability to the channel. Reno mattress segments would be placed along the base of the structure while the gabion baskets would be constructed on top of the upstream portion of the mattresses. The wire baskets would be prefabricated and hauled to site. Rock fragments would be hauled to site and placed into the baskets. As each layer of mattress and baskets is placed, coarse aggregate backfill would be placed against the back side of the gabions to act as a drainage layer. This coarse aggregate would be minus 3" to ¼ inch gravel with native materials covering this fill.

The wing-walls would consist of gabions laid end-to-end partially buried into the natural ground. Along the upstream side of the wing-wall gabions, natural materials would be pushed to create a 3H:1V slope that would direct the runoff toward the central portion of the Drop Structure. A typical drawing depicting the Drop Structure is included in **Figure 6-10**.

## SEVIER RIVER DIVERSION BERM AND CANAL

To manage and control recharge of the brine aquifer, natural and acquired flows from the Sevier River would be directed by a diversion berm into a new canal near the location where the river enters the Sevier Playa, as shown in **Figure 6-9**. The intent of this diversion berm is not to impound water within the Sevier River floodplain, but to redirect river water into the proposed diversion canal. As such, the berm is angled to divert stream flow into the diversion canal to minimize backwater. The backwater minimization would be achieved by the diversion canal having a flow capacity greater than the natural channel. Therefore, the Diversion Canal would direct and convey flow arriving via the Sevier River, toward the Recharge Canal surrounding the playa, and then to the recharge trenches distributed throughout the playa (CH2M 2017a). The Diversion Canal would have the same or steeper slope than the natural drainage channel. Thus, based on the canal bottom width of 20 feet and side slopes of 3.5H:1V, compared to the natural channel width of 15 feet and side slopes of 1.5H:1V, the flow capacity of the diversion canal would be greater than the natural channel. Further, the flow depth within the Diversion Canal would be equal to or less than the flow depth in natural channel. Under larger than design flows, there may be some backwater due to turbulence. However, such turbulence and backwater would also occur within the natural channel. Additionally, the effect of such backwater would not extend more than 1500 feet upstream to the planned Drop Structure.

The Diversion Structure would include construction of a low, earth-filled diversion berm located across the existing river channel from top of flow zone within the channel on both side at the edge of the Sevier Playa and immediately downstream of the diversion point, as shown in **Figure 6-9**. The Diversion Berm would be designed to accommodate flow rates up to 213 cubic feet per second (cfs). Flows exceeding 213 cfs would be conveyed either over the diversion berm and onto the playa and/or down the diversion canal. As discussed above, the Diversion Canal would have a higher flow capacity than the natural channel; therefore, additional flow can be conveyed within the canal. CH2M (2017b) indicated that extreme events which could potentially overtop the berm could occur once every 30 to 50 years. If this occurred, extreme flood events would exceed the natural channel upstream of the playa and flood the surrounding areas and would increase the flow down the Diversion Canal. Under higher flows, the flows could discharge over the Sevier River diversion berm and spread out over the northern portion of the Sevier Playa. The risk of flooding was captured as a residual or "accepted" Project risk, as referenced in the NI 43-101 Technical Report (CPM 2018a). The berm would be constructed to minimize impoundment of water within the Sevier

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

River channel and would only direct river water into the Diversion Canal. The Diversion Canal would be constructed with a slope equal to or greater than the natural channel. Therefore, the potential for back water would not be expected.

The 213 cfs flow rate represents an arbitrary design flow rate based on the proposed height of the Diversion Berm. This design value is considerably more than expected project flows within the Sevier River channel. For the project flows, water would be released from Conks Dam, a diversion structure located approximately 22 miles upstream of the project Diversion Dam, operated by the local water users. The currently planned upper release flow of about 30 cfs (13,465 gpm) from Conks Dam is the estimated flow necessary to ensure that the approximate required flow (12,000 gpm) reaches the playa after accounting for transmission losses (CH2M 2017b; SWCA 2017). Transmission loss estimates were determined at multiple points along the channel to delineate variations in losses. Based on the loss estimates, the flow would decrease along the reach between Conks Dam and the playa. Therefore, the full release flow is not expected at the proposed Diversion Berm but represents a conservative design value. The planned flow would be conveyed within the historic channel between Conks Dam and the playa. Therefore, for normal flows for the reach below Conks Dam, the Diversion Dam would have sufficient capacity to divert the flows and not overtop. Also, the Diversion Berm would not cause backwater effects within the upstream channel.

Based on aerial photographic evidence, the channel below Conks Dam has exhibited considerable migration in both the historic and geologic past as a result of various stream flows. There are a number of small reaches where historical channel adjustments were made on the upper portion of the channel. Where these adjustments were not maintained, the river has quickly started to adjust the channel shape and grade to balance energy within this segment of the river. As defined by Lane (1955), river function and hydraulics are driven by four main factors: discharge, stream slope, sediment grain size, and sediment volume supply. As the natural channel is only used to convey water that would be flowing within the channel if not diverted for agricultural purposes, some natural movement of the channel due to both design and natural flow would likely occur. Such changes to the channel are to be expected just as they would in any channel and are anticipated to be minor and self-correcting. Unless the adjustment affected the ability of the river to deliver the required flow, Peak Minerals would not be involved in channel maintenance.

Peak Minerals does not plan any channel improvements beyond installing the Drop Structure as discussed above and shown in **Figure 6-10**.

The Diversion Berm would be constructed to be about 312 feet long, with a minimum crest width of 10 feet, maximum height of 15 feet, 3.5H:1V side-slopes, and an approximate base width of 82 feet at the widest point, as shown in **Figure 6-9**. The base of the berm would be built on the existing river topography. No subsurface excavation is planned below the berm. The berm would be constructed with native materials from the playa or excavated materials from the Diversion Canal. The berm will not be vegetated, however, imported riprap would be used on the upstream and downstream slopes of the berm if needed to protect against erosion. Erosion control fabric may be installed on the toe of the berm if necessary. The northing and easting of the center of the berm is approximately at 4328941.5N, 326815.9E (UTM NAD 83 Zone 12) (CH2M 2017a).

The generally straight Diversion Canal would be constructed to mimic the overall natural gradient of the existing river channel with the purpose of retaining natural flow rates and maximizing the amount of water available to recharge the brine aquifer. The slope along the full length of the canal bottom would be

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

constructed to a 0.02 percent or steeper gradient to match the natural channel gradient and to limit maximum flow velocities to approximately 2.5 feet per second, which is the highest permissible water velocity for fine sand transporting colloidal silts (Fortier and Scobey 1926) and represents the typical velocity of flow in the lower Sevier River and the recharge canals. This would minimize erosion in the clay to fine sand soil without modifying upstream flow rates. The final slope may be adjusted during final design to ensure that the river upstream of the diversion point is not affected.

The Diversion Canal dimensions required to convey the design flow would be approximately 2,000 feet long and 20 feet wide at the bottom. Side-slopes would be 3.5H:1V. Depth of the canal would range between 6.5 and 20 feet, depending on the surrounding terrain and the need to maintain a constant gradual slope for the canal. The canal top width would vary from 46 to 125 feet, again depending on surrounding terrain as shown in the canal cross-sections (**Figures 6-9, 6-11, and 6-12**). Based on site topography, sections of the Diversion Canal may be excavated through an area where the topography rises slightly. The Diversion Canal would be excavated to maintain a slope consistent with the existing river channel. The canal plan view, profile, and cross-sectional area are provided in **Figures 6-9, 6-11, and 6-12**.

The Diversion Canal would be excavated from native materials and, if needed, native clay, sourced from the planned on-playa excavations, would be used to line portions of the canal to protect against seepage losses. Imported riprap would only be used for canal protection in areas where slope transitions result in potentially erosive conditions.

A one-lane concrete box culvert, with a flow area measuring approximately 8 feet wide by four feet high (minimum) and constructed at a 0.5 percent slope, would be placed in the diversion canal, at the location where the diversion canal is crossed by Access Road. The one-lane culvert would be constructed to span a length of 24 feet of Access Road to allow construction and operation equipment to cross the diversion canal (CH2M 2017a). The culvert would be needed to convey the design flow and allow travel on the Access Road over the diversion canal. The location of the culvert is approximately 4328606.9N, 326668.6E (UTM NAD 83 Zone 12) and is shown in **Figure 6-9** and in **Figure 6-11**.

The Diversion Canal would empty into the Recharge Canal as shown in **Figure 6-9**.  A diversion sump is planned for Phase 2 but is not required for Phase 1.

Construction and operation of the drop structure, diversion canal, and berm would be subject to a State Stream Alteration Permit approved by the UDWRi, in accordance with Utah Code 73-3-29.

## RECHARGE CANAL, COLLECTORS, AND TRENCHES

The recharge system introduces raw water into the extraction system to maintain continuous brine extraction over time. The proposed design includes a diversion structure above the inlet to the Sevier Playa. The river flow is diverted into a sump that allows the water to enter the Recharge Canal. The diversion structure consists of a low, earth-filled diversion berm located across the existing river channel, at the edge of the Sevier Playa and immediately downstream of the diversion point. The diversion berm and canal are designed to accommodate flow rates up to 213 ft3/s. This flow rate represents a design flow release rate at Conks Dam necessary to ensure that the required flow reaches the playa after accounting for transmission losses. Therefore, this flow event is not expected at the diversion berm but represents a worst-case design value. **Figure 6-9** identifies the diversion berm location and configuration on the playa; **Figure 6-10** provides an isometric view of the of a drop structure.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

The recharge canal will convey recharge water along the eastern side of the playa to supply the recharge trenches and collectors. It would be trapezoidal in shape and have a bottom width of approximately 4 feet, with 2.0H:1V side-slopes. Depth would be approximately 9 feet, with a top width of approximately 40 feet. Spoils would be placed approximately 10 feet away from the canal, at angle of repose. Spoils would measure about five feet in height with a bottom width of about 20 feet (**Figure 6-13**). The total recharge canal excavated would be about 29 miles long, as shown in **Figure 6-2b** and detailed in **Table 6-2**.

For recharge trenches, the side walls of the recharge trenches are sloped until reaching the top portion of the marl zone, shown in **Figure 6-8**. This method of freshwater distribution is commonly used in agriculture to provide irrigation water from a free-flowing system.

As the excavation of the recharge trenches proceeds, any brine accumulated will be either pumped via mobile pumps from the recharge trenches towards an adjacent extraction trench, transferred via siphon pipe, or transferred via temporary excavated trenches. Peak will determine which of these alternatives are most appropriate for each location. The timeframe for the recharge trench transferred will be limited in duration to just enough to drawdown the brine within the recharge trench to allow introduction of fresh recharge water. Under normal practice, it is anticipated that this timeframe will be fewer than 60 days.

Recharge trenches would run primarily south-north (occasionally with small segments running east-west, referred to as collectors) across the playa, between and parallel with the extraction trenches. The recharge trenches would introduce water into the MCZ to maintain continuous brine extraction over time.

Recharge trenches would be constructed to a depth of 12 feet. The side walls of the recharge trenches would have a 0.5H :1V side slope and have a top width of 24 feet and a bottom width of 12 feet. Spoils from the recharge trenches would be placed on the playa surface at a minimum of 20 feet from the edge of the trench and would measure approximately five feet in height and 20 feet in width at the base (see **Figure 6-8**).

The total recharge trenches excavated would be 151 miles, as shown in **Figure 6-2b** and detailed in **Table 6-2**.

Following completion of the recharge trench dewatering, fresh water from the recharge canal will be directed into the respective recharge trenches. At the same time, the extraction trenches will continue to drain toward the collection sump near the Preconcentration Ponds. This difference in heads between the recharge trench and the extraction trench will provide a driving head to allow the fresh water to flow into the marl clay and flow toward the extraction trenches. This flow will continue until the potassium concentration is reduced to a concentration that is no longer economically viable.

Depending on the grade and flow requirements, certain areas of the playa may be shut in, or blocked off, to limit the contribution of the trench network. The methodology may vary in practice; current operators in similar playa situations have included wooden piles, varying notch height weirs, cofferdams, or native material soil plugs. Based on the hydraulic conductivity of the playa clays the native clay plugs will be sufficient.

Due to the topography of the south end of the playa, the recharge canal would require three pump stations to lift water into the southeast portions of the playa (see **Figure 6-2b**). The pump stations would each consist of one low-head pump. A typical pump station with one + one backup pumps is shown in

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Figure 6-14**. Pump stations would be required on the southeast portion of the recharge canal to overcome the adverse topographic grade and provide recharge water to the southeast portion of the recharge trenches.

Peak Minerals would maintain a supply of parts, replacement motors, and pumps to ensure continued operations.

Approximate recharge canal lengths and excavated material are detailed in **Table 6-2**, *Recharge System – Lengths and Excavation Quantities for Life of the Project.* Additional details on pumps are included in **Section 6.2.7**, *Control Structures, Pipes, and Pumps.*

The majority of recharge trenches would be fed from the recharge canal. In some limited cases, it will be necessary to construction a temporary trench and/or use a pipe to transfer the flow from the recharge canal to the recharge trench.

These temporary recharge trenches will be variable in size and essentially are earthen ditches to convey the required recharge water to the recharge trench. They will be the same shape as the recharge trenches. Spoils would be placed approximately six feet away from the collector at angle of repose with a height of approximately five feet and a bottom width of approximately 20 feet. If necessary, energy dissipation fabric would be used in the recharge canals, trenches, and at the pump stations to help prevent erosion.

**Table 6-2.**        **Recharge System – Lengths and Excavation Quantities**

| Feature | Approximate Length (miles) | Typical Average Excavated Volume (yd³) |
|---|---|---|
| Year 1 Recharge canal | 28.7 | 1,130,382 |
| Year 1 Recharge trenches | 50.7 | 1,664,190 |
| Year 1 Diversion Berm | 0.06 (312 feet) | * |
| Year 1 Diversion Canal | 0.38 (2,000 feet) | 46,200* |
| Year 6 Recharge trenches | 92.4 | 3,034,360 |
| Year 9 Recharge trenches | 8.1 | 266,960 |

\*    Total excavated volume for the diversion canal is approximately 46,200 bank cubic yards (bcy). Of this, approximately 13,649 bcy would be used to construct the berm.

The freeboard on the recharge canals and trenches would allow some flood flow to discharge through the system. However, extreme flood events could discharge over the Sevier River diversion canal and spread out over the northern portion of the Sevier Playa. The risk of flooding was captured as a residual or "accepted" Project risk, as referenced in the NI 43-101 Technical Report (CPM 2018a).

## 6.2.3.    Trench Construction Stages

Playa construction is divided into three separate stages or periods of construction as shown on **Figures 6-3**, **6-4** and **6-5**. Each stage consists of different portions of the extraction and recharge systems (i.e., extraction trenches and recharge trenches).

Each construction area would step through the various operational phases as discussed in **Section 6.6**.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## 6.2.4.    *Modeling to Support Extraction and Recharge Systems*

Modeling was performed to support the brine extraction and recharge system designs and is discussed in the following sections. The models are as follows:

- Probabilistic Reservoir Model–GoldSim, Version 10.5 (**Section 6.2.4**)

- A comprehensive groundwater flow and transport model was constructed to support the mine design (**Section 6.2.5**, Hydrogeologic Modeling and Analysis for Extraction and Recharge), which included the following:

- Pre-mine groundwater flow model–MODFLOW-SURFACT, Version 4.0;

- Mine planning groundwater flow and Dual Domain mass transport–MODFLOW-SURFACT, Version 4.0; and

- Stability Analysis–Slope/W 2012, Version 8.14 (**Section 6.4.2**).

### PROBABILISTIC RESERVOIR MODEL SEVIER PLAYA

A probabilistic reservoir model was developed (CH2M 2013d), revised, and updated (CH2M 2017b) for the Sevier Playa using GoldSim software (GoldSim Technology Group, Version 10.5). The initial model simulated variations in inflows, including river inflow, runoff to the Sevier Playa, precipitation onto the surface of the playa, and mountain block recharge; as well as outflows, including extraction and evaporation. The updated and revised model included new information from additional recharge studies.

This updated and revised model used the precipitation, evaporation, and runoff fluxes from a 31-year period (1985–2015) to develop a water balance for the playa area. It assumed that the historical climatic data represents typical conditions within the drainage and that climatic conditions during operation of the mine would be similar. The fluxes modeled consisted of the Sevier River inflows, transmission losses within the Sevier River channel, surface runoff from the surrounding watersheds, precipitation ponding on the Sevier Playa, Mountain Block recharge, and site evaporation.

As part of the above model, a river surplus event probability was incorporated to account for surplus flow years. In general, surplus year events are flow events where sufficient water flow occurs that is in excess of diverted uses, storage recharge, and transmission losses, so that sufficient volumes of water would likely reach the Sevier Playa to help meet mining demand. In non-surplus or small-surplus years, the estimated volume of naturally occurring source water flows (i.e., watershed runoff and ponded water on the Sevier Playa, and mountain-block recharge) may fall short of the requirements to meet mining demands. Based on a review of Sevier River flows, approximately 75 percent of the years do not provide sufficient water to meet target extraction rates while approximately 25 percent of the years do. Therefore, acquired water would be required to make up this shortfall.

The model allows a probabilistic evaluation of the anticipated flows and the most likely yearly water volumes that would need to be purchased. As with any model projection, uncertainties exist in several source parameters; specifically, transmission losses of water during surplus events and the percentage of the ponded precipitation that could be diverted into recharge trenches. The model predicted a high probability that, during a combination of normal years and using stored surplus flows, sufficient reservoir volume existed to provide the target extraction rate for 30 years. Given a comparison of the storage within the reservoirs in the Sevier River System, the volume of irrigation water withdrawals, and the inflows to

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

the reservoirs, as presented and discussed in the CH2M Water Balance study (2017), there is sufficient storage volume within the Sevier River drainage to meet the projected water volume.

## 6.2.5.    Hydrogeological Modeling and Analysis for Extraction and Recharge

A comprehensive groundwater flow and transport model (Groundwater Vistas Version 6.96 pre-processor) was constructed to support the mine design (CPM 2018b). The modeling was based on a 3D hydrostratigraphic model that was constructed from data from the hundreds of boreholes and wells drilled during the exploration program. Three major zones were identified in the playa subsurface. These include a low-hydraulic conductivity FCZ layer underlain by a MCZ layer, and, finally, a SCZ layer. The hydrostratigraphic model was used to construct a 3D groundwater flow and dual domain transport model using MODFLOW-SURFACT (MFSF) Version 4.0, an advanced, proprietary version of MODFLOW. Field data incorporated into the models included estimates of hydraulic conductivity from wells and trench aquifer stress-test results as well as estimates based on literature values and professional judgement where field data was absent.

The playa surface is composed of a low-hydraulic conductivity FCZ of variable thickness up to about 12 feet bgs. The surficial FCZ is underlain by approximately 25 to 30 feet of a MCZ, with an agglomerated sedimentary structure that composes the upper flow system and hosts a brine resource. The agglomerated sedimentary structure of the marl creates voids that are responsible for the relatively high conductivities observed in the MCZ.

Hydraulic conductivity and an observed correlation of carbonate content that occurs contemporaneously with the voids suggest that the voids in the MCZ may reduce with depth. The MCZ is underlain by a lower brine resource zone hosted in a thick SCZ aquifer to depths of up to 100 feet bgs. Groundwater flow in the SCZ appears to be developed in silt, sand, and gravel intervals that are interbedded with the clay layers. The top of the lower SCZ could be partially bound in some locations by clay between the upper MCZ flow system and the first occurrence of permeable intervals in the lower SCZ flow zone. However, the boundary is likely transitional over some distance where permeability dominated by argillic marl gives way to permeability dominated by discrete zones typical of the SCZ.

The groundwater flow and transport model were calibrated to observed water levels from the 2015 field season. The final heads from the calibrated model were used as the initial heads for the mining simulation runs. The model simulations examined various Mining Plan configurations, seeking to meet the desired $K^+$ mass, concentration, and flow targets. The modeling used potassium because that is the limiting brine ion needed for SOP production. Potassium was used as a surrogate for TDS in the model with the brine density and viscosity a function of the modeled potassium concentrations.

The Mining Plan was spatially discretized into various trenching areas to simulate a phased opening of the mining system. The mining system consists of extraction trenches and recharge trenches, located in the MCZ. The hydraulic properties of the model cells containing trenches were modified to account for the void space the trenches created. Extraction of brine from the trenches was simulated using the MFSF drain package boundary condition where the amount of fluid removed is proportional to the head difference and conductivity between the boundary condition and the cell in which it is located. Recharge of fresh water to the system was simulated using the MFSF river package where the flow of water into the system is proportional to the same factors.

As these boundary conditions operated over the simulated 30-year mine life of the first phase of mining, the extraction trenches first recovered the mobile brine resource and then began recovering the immobile

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

brine resource by capturing recharge water that had moved through the system and accumulated immobile brine resource via mass transfer. Once the mobile brine is removed and the fresh recharge water moves through the MCZ, the concentrations in the immobile brine resource drop over time as the resource is recovered.

**Figure 6-15** through **Figure 6-17** illustrates results of a 3D simulation of trench extraction for three different time periods for the Phase 1 area. The simulation assumes the extraction trenches are excavated to 20 feet bgs, and the water level in the extraction trenches is approximately 15 feet bgs. The trench layout is shown as red lines and the concentrations shown are a color flood, ranging from a $K^+$ concentration of 1.0 gram per liter (gram/L) to 4 gram/L. The concentrations are for the MCZ immobile brine resource and demonstrate that initial concentrations were generally 2.5 gram/L or higher, being reduced to below 1 gram/L in the trench areas over time.

### 6.2.6. Evaporation Ponds Layout and Design

The Project uses solar evaporation ponds to evaporate the playa brine and ultimately produce crude potash salts. These potash salts are then harvested by graders, front end loaders, and trucks, and discharged to the salt crushing and slurring area. Two types of evaporation ponds are utilized: Preconcentration Ponds and Production Ponds. Preconcentration Ponds are located on the lower-concentration northeastern section of the playa to minimize the amount of Mineral Resource sterilization in the high-grade zone in the south playa. Production Ponds are located near the southern tip of the playa in proximity to the Processing Facility to minimize the distance and cost related to hauling pond solids.

Brine collected from the extraction trenches would gravity-flow to the collection sump where it would be lifted over the berm into the Preconcentration Ponds. Four Preconcentration Ponds would be used for evaporation to precipitate halite.

Brine will flow through the Preconcentration Pond system via gravity where it is possible, with the use of overflow weirs. Where gravity flow is not possible, transfer pumps will be employed. Due to the brine being saturated, each pump station has employed an n+1 strategy, where two pumps will be installed to allow one pump to be operational while the other pump is being flushed with water to dissolve salt that has crystallized. This will be a daily operation as the pumps will salt up rapidly. Thus, the gravity system is preferred.

The Production Ponds would bring the brine to saturation with respect to potassium-rich salts, allow precipitation of these salts, and subsequently provide for collection of these salts for conveyance to the Processing Facility.

A plan view of the Preconcentration Ponds is included in **Figure 6-18,** and a plan view of the Production Ponds is included in **Figure 6-19**.

Dividing the Preconcentration and Production Ponds into a series of containment areas provides greater flexibility and control over the chemistry of each pond's brine. Since ponds operating in series operate at their end-brine composition, each pond would have different chemistry.

In order to facilitate the harvesting operation, the pond floors are lined with a Halite base of at least 12-inch thickness. This value is assumed based on a typical soft clay floor subjected to the loads generated by the heavy harvesting machinery. The Halite base is developed during the construction stage using playa

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

brine. The 12-inch halite base has been validated to be sufficient by operational experts with experience in this process.

A leakage rate of 0.098 inches of brine/day was assumed as a conservative value for clay-based ponds. The leakage rate for the ponds was developed in the 2018 FS based on test work from the time. No further work has been done on this topic since that period, and as such the leakage rate has not changed.

Minerals deposited in the back-mix and Production Ponds trap a certain mass of brine, a phenomenon known as brine entrainment, and is accounted for in the design of these ponds. Typically, the entrainment factor is 0.3 short ton entrained brine/st of dry salt for halite. This entrainment factor was provided in an article by David Butts (1980). Using windrowing and draining, the entrained brine is recovered, and an entrainment factor of 0.176 is used in the pond model (each ton of salt entrains 0.176 short tons of brine when harvested). The Production Ponds and back-mix ponds will be windrowed and harvested "dry" so all have this entrainment factor applied.

When the Preconcentration Ponds are wet harvested using a dredge, it has been assumed that a portion of the entrained brine is recovered, and an entrainment factor of 0.1 is used in the pond model (each ton of salt entrains 0.1 ton of brine). The Preconcentration Ponds, which are dredged, have the 0.1 rate applied. This is an assumption based on industrial data from similar pond operations (Novopro and Stantec 2022).

## PRECONCENTRATION PONDS

Because the higher-grade resource is located primarily in the central and southern portions of the Sevier Playa, the Preconcentration Ponds would be located in the northeast. Four Preconcentration Ponds (P1 through P4) would be used for evaporation. Two salt pads lie adjacent to the P3 and P4 Preconcentration Ponds. The area for the Preconcentration Ponds P1 through P4 and salt pads is 4,615 acres.

Preconcentration Ponds are used to evaporate water from the playa brine up to a concentration just prior to the potassium saturation point. The pre-concentrated brine is transferred to the Production Ponds through a brine transfer canal where it is mixed with bittern back-mix brine and process recycle brine in the back-mix ponds. The equilibrium of the solution changes, causing additional halite to precipitate prior to reaching potassium saturation. In the Production Ponds, further evaporation of water causes desirable potassium minerals to precipitate. Preconcentration and Production Pond layouts are shown in **Figure 6-18** and **Figure 6-19**, respectively. **Figure 6-2b** illustrates the ponds in the context of the playa.

The placement of the Preconcentration Ponds on the playa is designed to minimize the amount of Mineral Resource sterilization on the playa while the layout philosophy sought to minimize elevation differences in individual ponds and reduce the length of the brine transfer canal from P4 to the Production Ponds. Similarly, the selection of the location of the Production Ponds is designed to reduce the amount of Mineral Resource sterilized while placing those ponds in proximity to the Processing Facility. The Preconcentration Pond areas are included below in **Table 6-3**. A design contingency of 10 percent has been applied to each of the Preconcentration Ponds. The reason for this is to provide some additional area in the event that one or more of the following occur:

- Lower evaporation season occurs, where additional area would be required to maintain the design

- Brine grade from the trenches is lower than expected

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

- Rare weather event occurs with more precipitation than expected

**Table 6-3.      Preconcentration Pond Areas**

| Description | Name | Nominal Area (acre) | Contingency (%) | Design Area (acre) | Berm Volume (cy) |
|---|---|---|---|---|---|
| Preconcentration Pond 1 | P1 | 853 | 10 | 938 | 233,350 |
| Preconcentration Pond 2 | P2 | 503 | 10 | 553 | 41,860 |
| Preconcentration Pond 3 | P3 | 925 | 10 | 1,017 | 66,660 |
| Preconcentration Pond 4 | P4 | 908 | 10 | 999 | 52,460 |
| Preconcentration Pond Salt Pad 1 | P3 Salt | 504 | 10 | 554 | 29,990 |
| Preconcentration Pond Salt Pad 2 | P4 Salt | 504 | 10 | 554 | 24,660 |
| **Preconcentration Pond Total Area** | **-** | **4,200** | **10** | **4,615** | **448,980** |

Minerals deposited in Preconcentration Ponds trap a certain mass of brine, a phenomenon known as brine entrainment, accounted for in the design of the ponds.

Brine will flow through the pond system via gravity where possible with the use of overflow weirs. Where gravity flow is not possible, transfer pumps will be employed. Due to the brine being saturated, each pump station has employed an n+1 strategy, where two pumps will be installed to allow one pump to be operational, while the other pump is flushed with water to dissolve salt that has crystallized. This will be a daily operation as the pumps will salt up rapidly.

A typical weir drawing is provided in **Figure 6-21**. Through evaporation, Preconcentration Ponds would bring potassium to saturation but they would not allow it to precipitate. Preconcentration Ponds would also reduce the amount of commercially valueless minerals precipitated in the Production Ponds by having them precipitate in the Preconcentration Ponds.

Brine entrainment in the Preconcentration Ponds is the Project's largest source of potassium loss. This entrained brine can be recovered by disturbing the salt layer in which the brine is held to allow it to drain from the salts; entrained brine is only recovered from Preconcentration Ponds P3 and P4. These ponds were chosen because most of the halite is crystallized in these ponds, plus the brine entrained in these ponds has a high potassium concentration. It is assumed that approximately 66 percent of the entrained brine in these ponds can be recovered based on similar operating ponds. At least 8,700 stpa equivalent SOP (un-reacted) is recovered annually from this brine recovery operation. The recovery of the entrained brine takes place as follows: A wet harvest dredge is installed in ponds P3 and P4 which will cut the floor bottom and pump a slurry of salt and brine to salt pads adjacent to the ponds (Novopro 2022). The entrainment factors in **Table 6-4**, *Preconcentration Pond Design Factors*, are assumptions based on the operation of similar evaporation ponds.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

*Amended Mining Plan*

**Table 6-4.        Preconcentration Pond Design Factors**

| Item | Value | Units | Notes |
|------|-------|-------|-------|
| Entrainment factor* | 0.3 | Per mass of salt deposited | Each ton of salt kept in the Preconcentration Ponds entrains 0.3 ton of brine |
| Leakage rate | 0.098 | – | Source: Norwest Corporation in email communication, dated June 9, 2017 |
| Pond area design factor | 20 | % | – |

Notes: – = not applicable

\*    DSB International 2013

The disposal method for precipitated halite, bloedite, gypsum, and polyhalite generated in the Preconcentration Ponds would be to wet harvest the salts from ponds P3 and P4 and slurry them to the salt pads to the east of the Preconcentration Ponds. The entrained brine for the salts would drain back into the Preconcentration Ponds, minimizing the fluid loss.

The use of wet harvesting of the accumulation of salts in the Preconcentration Ponds will minimize berm heights. The berm heights of P-1 through P-4 include some allowance for the accumulation of brine from October to April. Pond-to-pond brine transfer is achieved using pumps or weirs, depending on the pond. When gravity is used to transfer brine, berm heights include allowances for fluid head.

Typical cross sections of Preconcentration Pond berms are presented in **Figure 6-20**. Low-ground-pressure dozers and/or excavators would use material from the playa to construct the berms. To reduce erosion on the interior berm slopes during storm and wind events, the interior and exterior sideslopes would be 2H:1V. The berm height of the Preconcentration Ponds would vary as shown on the plan view (see **Figure 6-18**). The berms would have a maximum height of three to nine feet. The freeboard does include consideration for wind, based on provided wind data for the site.

The berm will consist of a lateral curtain (i.e., low-permeability fat clay layer) for each Preconcentration Pond berm, which runs from the top of the berm down to the FCZ. The berms would be compacted to achieve increased stability and decreased permeability with minor lifts to maximum heights. Maintenance equipment would access the Preconcentration Ponds along the top of the berms, as necessary. No roads would be constructed but the berms would be sufficiently compacted to provide a drivable surface and maintain berm stability. No gravel is planned for the top of the Preconcentration Pond berms.

## BRINE TRANSFER CANAL AND PIPELINE

A transfer canal for the pre-concentrated brine will be developed to move production brine from the Preconcentration Ponds to the Production Ponds. A pump station, located in the final Preconcentration Pond, is provided to pump pre-concentrated brine into the Brine Transfer Pipeline to the Brine Transfer Canal. Due to the elevation change from north to south, the transfer canal will have several pump lift stations, shown in the annual playa development **Figure 6-3** through **Figure 6-5**. Given the slope, as the channel extends south, the channel depth will increase, and the flow will be lifted via a pump to the next reach of the channel. The brine transfer pumps are co-located with the recharge system pumps in most instances, and have around three feet of elevation lift, the exception being the final transfer pump to the pond berm which is about a 4.7 foot rise.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

The Brine Transfer Canal is anticipated be located adjacent to the Playa Access Road on the east side of the playa extending from the Preconcentration Ponds to the Production Ponds. The canal would be approximately two to six feet deep. The side walls of the canal would be sloped at 2H:1V, and a cross section of about 75 square feet. Spoils from the canal would be placed on the playa surface at a 2H:1V slope, a minimum of 10 feet from the edge of the canal, and would be approximately five feet in height, with a base width of 20 feet. **Figure 6-22** is a typical cross section of the transfer canal; cross sectional area is about 75 square feet. **Figure 6-14** shows a typical arrangement of the brine and recharge water lift stations (Novopro and Stantec 2022).

## PRODUCTION PONDS

The Production Pond system comprises the following components: six Harvest Ponds (H1-A, H1-B, H1-C, H2-A, H2-B, and H2-C), the PRB Pond, the TMA, the Back-mix Ponds (BM1 through BM4), Bittern Waste Ponds, the Bittern Brine Pond, the tailings leach brine pipeline, the process recycle brine pipeline, the process recycle brine pond discharge pipeline, the preconcentrated brine pipeline, the bittern back-mix brine pipeline, the tailings brine pipeline, the Concrete Brine Mixing Pit, a haul road network, and pumps and weirs (to move brine). The Brine Transfer Pipeline and Canal would transfer preconcentrated brine from the Preconcentration Ponds to the Production Pond system into a Brine Mixing Sump located within the back-mix pond BM1. The Brine Mixing Sump is a concrete brine mixing pit used to mix the preconcentrated brine with process recycle brine from the PRB Pond, a residual solution from processing potash salts in the Processing Facility via the process recycle brine pond discharge pipeline. The process recycle brine would not be available until the Processing Facility begins operations. The process recycle brine is pumped from the Processing Facility via the process recycle brine pipeline (**Figure 6-19**) into the PRB Pond. The process recycle brine in the PRB Pond is pumped into the Brine Mixing Sump, via a pump located right next to the sump, and is mixed with the preconcentrated brine. From the Brine Mixing Sump, the mix of process recycle brine and preconcentrated brine is pumped into the Back-mix ponds.

The TMA and Bittern Waste Ponds are discussed further in Section 6.2.9.

### *Back-mix Ponds*

The Back-mix ponds allow for the use of a back-mix system ahead of the Harvest Ponds and works as follows. The mixed brines from the Brine Mixing Sump are allowed to continue evaporating. Bittern back-mix brine is the fluid that is generated from the end of the Production Pond system, the brine with the highest density and magnesium content. When this brine mixes with pre-concentrated brine it changes the equilibrium of the mixture such that potassium saturation is delayed and is reached at a higher magnesium content. This allows additional halite and bloedite to be precipitated prior to potassium saturation. The result is a higher-grade potash salt feeding the Processing Facility, meaning that for the same SOP production output, less salt needs to be processed, and a smaller plant is required. The negative impact, however, is that due to the brine's magnesium content being increased, the evaporation rate decreases, resulting in the need for larger ponds. A trade-off study was conducted analyzing the impact of CAPEX and OPEX when incorporating the back-mix system and it was deemed viable and therefore pursued. Since the back-mix pond must be harvested on an annual basis, the TMA has been situated next to them so that during winter, the ponds can be emptied by the dredge vehicles (see **Table 6-19b**) transporting the waste salt to the pile. During the winter, evaporation is negligible, so this is the optimal time for these ponds to be out of service.

The back-mix ponds are also fed process recycle brine from the tailings filter in the Processing Facility. A significant quantity of brine is recovered from the tailings separation process, brine that is still useful. This

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

is sent back to the ponds for further evaporation and precipitation of useful salts. It is first sent to the PRB Pond, which acts as a seasonal buffer for the varying evaporation rates. The flow rate from the Processing Facility will be relatively constant throughout the year, but the system will demand more brine in the summer than in the winter.

Therefore, the PRB Pond will accumulate in the winter when the brine demand out of the pond is low and is consumed in the summer when the brine demand from the pond is high; the discharge of this pond is fed to the back-mix pond. The PRB Pond will also crystallize potash salts which will be recovered and fed to the plant periodically. The back-mix area is separated into four ponds, in series in order to provide more control in the system for maintaining potassium saturation ahead of the Production Ponds. Each pond is fed by a weir which can be individually controlled to modify flow rates as required. The area of each back-mix pond can be seen below in **Table 6-5**.

**Table 6-5.        Back-mix Pond Areas**

| Description | Name | Nominal Area (acre) | Contingency (%) | Design Area (acre) |
|---|---|---|---|---|
| Back-mix Pond 1 | BM1 | 112 | 10 | 124 |
| Back-mix Pond 2 | BM2 | 112 | 10 | 124 |
| Back-mix Pond 3 | BM3 | 112 | 10 | 124 |
| Back-mix Pond 4 | BM4 | 112 | 10 | 124 |
| **Back-mix Pond Total Area** | **-** | **449** | **10** | **496** |

Source: Novopro and Stantec 2022

## *Harvest/Production Ponds*

Brines from the back-mix ponds are then transferred to the Harvest Ponds. Brines are distributed to the first pond, Pond H1, into cells H1-A, H1-B, and H1-C via overflow weirs. A typical weir is shown in **Figure 6-21**. From the cells in Pond H1, the brine flows via overflow weirs to the second pond, Pond H2, cells H2-A, H2-B, and H2-C. For example, brine that initially enters cell H1-A would move into cell H2-A. This sequence (H1-A through H2-A) is called a "train". From the H-2 pond cells, the purge brine is transferred via overflow weirs into the Bittern Brine Pond where it is pumped via the Bittern Back Mix Brine Pipeline to the Process Recycle Buffer.

Dividing the Harvest Ponds into four cells provides operational flexibility by allowing the flow to be shut off in one pond while the precipitated potassium minerals are removed for processing. This system would also allow for reduced flow rates in response to operational needs. To allow for harvesting, the Harvest Ponds would be de-brined (using weirs as described above) and harvested one at a time. Harvesting of the crude potassium ore would be conducted year-round. Road graders would be used to windrow the deposited salt floor from the Harvest Ponds for pickup and delivery to the Processing Facility using a loader and covered tandem haul trucks. Covered bottom dump, tandem haul trucks (see **Table 6-19a**) would utilize ramps constructed where necessary in each cell to access the road network. The haul trucks would utilize the road network to transport the salts to the Processing Facility. The berm top roads and ramps would be wide enough to accommodate the truck traffic. The crude potassium ore would have a brine content of over 15 Wt%.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

*Amended Mining Plan*

Brine discharged from the H2 Ponds is considered bitterns brine. This brine will overflow into the Bittern Brine Pond, where it will be fed to different locations in the process. Some will be recycled to the back-mix pond via pump and pipeline. Any remaining brine will then overflow into the Bittern Waste Ponds. Here, the brine will be stored as tailings. The pond sizes in the production area can be seen in **Table 6-6** where each pond/location has a 10 percent design contingency applied. The only exception is the emergency stockpile, which has a nominal design area of three acres for four weeks of storage capacity; here the design area is nine acres, with a 200 percent contingency. The justification, in this case, is that the area available between the main salt production haul road to the Processing Facility and the road which services the TMA was nine acres.

**Table 6-6.      Production Pond Areas**

| Description | Name | Nominal Area (acre) | Contingency (%) | Design Area (acre) |
|---|---|---|---|---|
| Harvest Pond 1 | H1 | 547 | 10 | 602 |
| Harvest Pond 2 | H2 | 501 | 10 | 551 |
| Process Recycle Buffer Pond | PRB Pond | 60 | 10 | 66 |
| Bittern Brine Pond | BBP | 22 | 10 | 24 |
| Bittern Waste Ponds | BWP | 303 | 10 | 334 |
| Tailings Management Area | TMA | 322 | 10 | 355 |
| Emergency Stockpile | - | 3 | 200 | 9 |
| **Total Area** | **-** | **1,758** | **10** | **1,941** |

Source: Novopro and Stantec 2022

As discussed earlier, minerals deposited in the Production Ponds trap a certain mass of brine. This brine entrainment is accounted for in the design of the ponds. The entrainment factors in **Table 6-7**, *Production Pond Design Factors*, are assumptions based on the operation of similar evaporation ponds.

**Table 6-7.      Production Pond Design Factors**

| Item | Value | Units | Notes |
|---|---|---|---|
| Entrainment factor* | 0.18 | Per mass of salt harvested | Each ton of salt entrains 0.18 ton of brine when windrowed and harvested. |
| Leakage rate | 0.098 | Inches/year | Source: Norwest Corporation in email communication dated June 9, 2017 |
| Pond area design factor | 20 | % | – |

Notes:  – = not applicable

*      DSB International 2013

The Production Ponds are expected to be constructed in the same manner as the Preconcentration Ponds. The Production Pond drawings are shown in the plan view layout (**Figure 6-19**). Along with the berms, a series of roads would be constructed on and adjacent to certain containment berms. To accommodate haul trucks and construction and maintenance equipment, roads on the pond berms would include a geotextile material underlaying an eight-inch layer of crushed rock over eight inches of borrow sand as a sub-base. The other berms would accommodate lower traffic and would have three inches of crushed rock. A diagram depicting typical road cross sections on the Production Ponds is shown in **Figure 6-20**. The roads are used for maintenance access as well as for salt harvesting haul routes.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Berm height for the Production Ponds is based upon the amount of salt deposited per year, considering that a 1-foot halite base is also present in each pond[9]. To harvest a pond train, the brine for each pond must be transferred into another pond through an overflow weir (**Figure 6-21**). Berm heights include transfer capacity and freeboard. Pond-to-pond brine transfer is done by gravity and by pumping through an overflow weir, where required. The weir widths presented are for individual cells (A/B/C) of each pond. A typical weir is shown in **Figure 6-21**.

The approximate dimensions of the Production Pond berms have an upper width of six feet and slopes of 3H:1V. The berm heights, berm volumes, and pond weir widths are summarized in **Table 6-8**, *Production Ponds Berm Data and Weir Widths*. A typical section of various berm types used to contain the Production Ponds is presented in **Figure 6-20.**

**Table 6-8.        Production Ponds Berm Data and Weir Widths**

| Ponds | Berm Height (feet) | Berm Volume (bcy) | Weir Head (inches) | Weir Width (feet) |
|---|---|---|---|---|
| Brine Recycle Buffer Pond | 7 | 371,000 | 4 | varies |
| Back Mix Pond 1 | 4'7" | 35,190 | 4 | varies |
| Back Mix Pond 2 | 4'7" | 22,400 | 4 | varies |
| Back Mix Pond 3 | 4'7" | 22,510 | 4 | varies |
| Back Mix Pond 4 | 4'7" | 48,140 | 4 | varies |
| Pond H1 (cells: H1-A, H1-B, H1-C) | 9 | 936,000 | 4 | 3 |
| Pond H2 (cells: H2-A, H2-B, H2-C) | 7.5 | 313,000 | 4 | 2 |

Note: bcy = bank cubic yards

## BRINE TRANSFER (WEIRS AND PUMPS)

Brine will flow through the pond system via gravity where possible, with the use of overflow weirs. Where gravity flow is not possible, transfer pumps will be employed. Due to the brine being saturated, each pump station has employed an n+1 strategy, where two pumps will be installed to allow one pump to be operational, while the other pump is flushed with water to dissolve the salt that has crystallized. This will be a daily operation since the pumps will salt up rapidly. Weirs will also salt up overtime and a pond operator will need to remove the build-up using tools and machinery.

Weirs will be constructed primarily of concrete for the bridge section since vehicles will still need to cross them. The overflow section will be constructed of large timbers and wooden planks of different sizes to allow for tight control of the overflow level.

Three different types of pumps are employed within the pond system for different purposes. Axial flow pumps are used in situations where there is low head, such as when the brine is simply transferred across a berm. Vertical turbine pumps are used where there is high head, such as when the brine must be transferred large distances through a pipeline. Finally, mobile axial pumps are used within the Production Ponds to transfer brine from Production Pond to Production Pond during harvesting activities. These pumps are moveable and run via diesel to allow for more options when starting the harvesting operation.

---

[9] Based on pond design and operations expert, David Butts of DSB International, and Pond Operations Expert, Russ Draper.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

The axial pump, vertical turbine pump, and mobile axial pump general arrangements can be seen below in **Figure 6-24**, **Figure 6-25**, and **Figure 6-26**, respectively (Novopro and Stantec).

## ENTRAINMENT BRINE RECOVERY

Brine entrainment in the Preconcentration Ponds is the Project's largest source of potassium loss. This entrained brine can be recovered by disturbing the salt layer in which the brine is held to allow it to drain from the salts; entrained brine is only recovered from Preconcentration Ponds P3 and P4. These ponds were chosen because most of the halite is crystallized in these ponds, plus the brine entrained in these ponds has a high potassium concentration. It is assumed that approximately 66 percent of the entrained brine in these ponds can be recovered based on similar operating ponds. At least 8,700 stpa equivalent SOP (un-reacted) is recovered annually from this brine recovery operation.

The recovery of the entrained brine takes place as follows: a wet harvest dredge is installed in ponds P3 and P4 that will score the floor bottom and pump a slurry of salt and brine to salt pads adjacent to the ponds.

Slurry pipelines will run the full length of each pond, featuring multiple connection points for the floating slurry line. The pond dredges will feed the salt pad directly. The cutting auger on each machine is capable of performing variable thickness cut through the salt bed, with auger height control. A slurry pump on board would discharge the salt slurry from the dredge to the salt pads.

The salt is then pushed using dozers into organized piles and the brine is allowed to drain to a perimeter ditch around the edge of the salt pad. The collected brine is then pumped back from the salt pad to its original Preconcentration Pond.

The decision to initiate wet harvesting of the Preconcentration Ponds was made during the Rescoping Study by conducting a trade-off study. Greater brine recoveries allowed additional SOP production with the same feed rate in the trade-off. Also, it comes with the advantage of delaying capital expenditure due to the need for 3.3 feet of salt to be built up in the ponds prior to starting. Additionally, it provides operational advantages, such as not requiring the raising of pond berms as waste builds up in the ponds. Finally, it showed improved financials compared to both no-harvest (raising berms) and dry-harvest scenarios.

The wet harvest dredge has been designed to handle the 3.3 million short tons per annum of halite that is produced in ponds P3 and P4. This is equivalent to an hourly flow rate of approximately 420 stph (Novopro and Stantec 2022).

## INTER-POND BRINE TRANSFER

Within each area, brine flows from pond-to-pond in a continuous manner via manually controlled weirs or by means of vertical or axial flow pumps. The weirs consist of a concrete and timber foundation with a sectional wooden sluice gate that is manually adjusted by adding or removing different sized planks that are held down with tie down rods. Vertical pumps are employed when the head is large, such as instances where long pipelines are required. All transfers that simply cross the berm are done using axial flow pumps and culverts under the berm roads.

In addition to a level indicator at pump stations or transfer weirs with minimum and maximum alarms at the control center, the pond brine levels will be checked daily by field operators. A grid of survey points

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

will be implemented with high accuracy marker points for relative and absolute level measurements. A network-based daily protocol will be filled in and assessed by the pond system manager for daily brine transfers.

The pond-to-pond transfers are adjusted primarily by the target end point of the ponds as shown in **Table 6-9**. The correct brine level and target concentration of each pond determines the brine transfer to the next pond. Assay data of each pond's exit brine is used to assess the entire pond system's chemistry and determine the feed rate from the trench network. P1 is the buffer pond, and allows variable quantities of brine to be transferred, rather than a constant flow from the trench network supply, which is of major importance during changing seasons and variable evaporation rates.

**Table 6-9.       Pond Target Concentrations**

| Description | Density | Na (%) | Mg (%) | Ca (%) | K (%) | Cl (%) | SO4 (%) |
|---|---|---|---|---|---|---|---|
| Playa to P1 | 1.14 | 6.77% | 0.35% | 0.06% | 0.28% | 10.34% | 2.02% |
| P1 to P2 | 1.18 | 8.18% | 0.43% | 0.04% | 0.34% | 12.50% | 2.36% |
| P2 to P3 | 1.21 | 9.77% | 0.51% | 0.02% | 0.40% | 14.92% | 2.75% |
| P3 to P4 | 1.24 | 9.81% | 0.87% | 0.04% | 0.68% | 14.89% | 4.69% |
| P4 to Back mix | 1.27 | 7.28% | 1.92% | 0.00% | 2.28% | 13.55% | 7.24% |
| PRB to PRB Pond | 1.26 | 2.68% | 4.24% | 0.00% | 4.39% | 17.62% | 3.85% |
| PRB to Back mix | 1.28 | 2.23% | 5.05% | 0.00% | 2.89% | 17.40% | 4.59% |
| Back mix to H1 | 1.30 | 1.46% | 6.02% | 0.00% | 2.40% | 17.51% | 6.05% |
| H1 to H2 | 1.30 | 0.70% | 7.13% | 0.00% | 1.30% | 20.54% | 3.42% |
| H2 to Bittern Brine Pond | 1.32 | 0.23% | 8.42% | 0.00% | 0.12% | 23.11% | 2.61% |
| Bittern Brine Pond to Back mix | 1.32 | 0.23% | 8.42% | 0.00% | 0.12% | 23.11% | 2.61% |

Source: Novopro and Stantec 2022

Additionally, the assay data of the ponds are a more accurate method to establish the brine transfer rate out of each pond. Typically, only the flow from P1 to P2 needs to be controlled with small corrections between the Production Ponds potentially required in order to control pond brine levels.

The flow to the pond system from P1 is adjusted on a daily basis; if the P4 concentration is found below the target end point, the flow will be reduced respectively and vice versa. The brine transfer between H1 and H2 is flexible to a certain degree in order to adjust the pond end points; if H2 is below target end point, brine can be held in H1 while considering the maximum pond brine levels. If the H2 end point is above target, the feed from H1 can be increased.

The end points of the H1 and H2 will vary throughout the seasons depending on brine salts equilibria due to varying temperatures and process recycle brine feed (Novopro and Stantec 2022).

## POND SAMPLING AND BRINE ANALYSIS

The inter-pond flow rates are adjusted based upon the pond brine concentration, and, since the pond temperatures vary from day to night, a specific time of the day should be reserved for pond sampling. Otherwise, samples will not be comparable due to temperature changes during the day. Samples should

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

be taken on a daily basis early in the morning with the analysis completed as soon as possible so that the assay results can be integrated in the decision making of the flow rate control. The frequency of sampling can be extended to several days, when stable conditions are achieved. The pond brine samples are taken from the overflow to the next pond.

State of the art analytical instruments such as ICP-OES are recommended in order to achieve precise assays for elemental brine concentration on K, Na, Mg, Ca, and SO4. Typically, ICP – OES systems do not accurately analyze Cl, thus wet chemical analysis is normally required. Brine density measurements should be performed in the field with hydrometers, which provide acceptable precision. Brine temperatures will be measured at the same time when sampling takes place, and permanent installed temperature data loggers are recommended for continuous pond brine temperature measurement.

## LEVEL MONITORING

Level monitoring is the main control parameter for the pond system brine feed and should be measured daily. Too high or too low pond levels require immediate brine feed adjustments since this indicates that the concentrations have likely changed. The reason for this is that the ponds are designed to accommodate steady-state operations, whereby a fixed outlet concentration is achieved.

Each pond will be equipped with a level indicator at pump stations or transfer weirs and will be checked daily on a pond inspection round. Additionally, on a less frequent basis (once per quarter) the pond salt floors and brine levels should be measured in several locations. This will aid in understanding the salt inventory as well as preparing the brine set points for the next quarter. A grid of survey points should be implemented with high accuracy marker points for relative and absolute level measurements in the ponds.

The pond level is a quick indicator of brine chemistry. If the level increases, it is a result of low evaporation and adding too much brine into the pond, resulting in the outlet concentration decreasing. On the contrary, if the level decreases, too much evaporation is occurring for the given brine flow, and the brine chemistry would become more concentrated. Therefore, frequent level measurements will allow the operators to know if a pump flow needs to be increased or if a weir requires adjustments, by simply monitoring the level.

It should be noted that level measurements are good for day-to-day operations; however, the level set point will vary over time. The reason for this is some ponds, namely P1-P2 will not be harvested, so the salt floor will be gradually rising. Therefore, as the salt floor rises, the brine set point will change accordingly. Ponds that are harvested, namely P3, P4, and the harvest ponds are to be continuously harvested throughout the year. Thus, for these ponds, the set points should only vary slightly throughout the year.

Throughout the year, the level will change from winter to summer, and it is for this reason that consistent weekly concentration analysis is required. This is because the dredges will operate at nominal flow rate throughout the year, but the salt generation will be variable, depending on the evaporation rate. Therefore, in summer the average depth of the salt floor will rise slightly, compared to it falling in winter. After a few years of operations, this set-point level for each season will be known and can be used as a guide for operations.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# MODELING IN SUPPORT OF EVAPORATION POND DESIGN

Two types of modeling were performed to support the evaporation pond designs: USGS Survey's PHREEQC Software (Version 3) (USGS-PHREEQ) and Microsoft Excel, and Slope/W 2012 (Version 8.14). They are described below.

The preliminary pond model used to determine the number and size of evaporation ponds has been updated by Novopro based on thermodynamic software (USGS-PHREEQC) along with test-work validated data to provide pond chemistry parameters. Microsoft Excel and METSIM were used to provide an iterative model based upon the evaporation rate curve, material balancing, pond area determination, cut-off points, and chemical composition supplied by the USGS-PHREEQC database. The following section discusses project parameters and assumptions. Project parameters include average playa brine composition, leakage rate from the pond base, brine entrainment contained in salt crystallization, site-specific evaporation rate, annual precipitation, pond seasonality, and process recovery.

The preliminary modeling used the following average playa brine composition: sodium 6.41 Wt%, magnesium 0.34 Wt%, sulfate 1.91 Wt%, chloride 9.80 Wt%, potassium 0.26 Wt%, and calcium 0.06 Wt%. Pond chemistry was modeled at 77° F to anticipate the high range of brine temperatures expected in the summer season.

The preliminary process pond model utilized a leakage rate from the pond base of 0.098 inches per day. The total leakage for ponds P-1 through P-4 and the back-mix ponds amounts to 39,315 tons/yr. The leaked brine has an average potassium concentration of 1.16 Wt% and a density of 1.26 tons/m³. The total leakage for ponds H1 through H2 amounts to 6,800 tons/yr. The leaked brine has an average potassium concentration of 0.72 Wt% and a density of 1.31 tons/m³. This translates to less than a 0.6 percent potassium loss. Brine entrainment factor of 0.30 was estimated based on experience with similar projects. The brine entrainment of the wet harvested tailings has been assumed to be 0.1, providing a 66% entrainment recovery.

The evaporation rate curve presents annual evaporation as a function of dissolved magnesium in the brine and is also the lowest evaporation rate in the Project's database. The selected evaporation curve ranges from 0.12 inches per day evaporation with 0.0 Wt% magnesium in the brine and follows a linear relationship of decreasing evaporation rate following increasing dissolved magnesium in the brine ending with 0.03 inches per day occurring near the 9 Wt% magnesium mark. Evaporation rates are taken as average annual daily evaporation after correction for rainfall.

The following assumptions were selected concerning pond seasonality to define the pond and buffer capacities:

- The main evaporation season is five-months long (May–September) where 80% of the evaporation occurs. Very little evaporation occurs in March/April/October/November and negligible evaporation occurs in the remaining months (referred to as the winter season for simplicity).

- Pond area is based on annual average evaporation.

- Playa brine would be extracted year-round while pond brine would only move from pond to pond during the evaporation season. Buffer capacity would be required to store the winter season playa brine before evaporation begins. Modeling indicates the first Preconcentration Pond can provide this buffer capacity. The first Preconcentration Pond, therefore, serves two functions: to

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

evaporate brine during the evaporation season and to store accumulated fresh playa brine during the winter season. Small quantities of salt are precipitated in the first Preconcentration Pond.

Due to the iterative nature of the process design and leaving the Filter Cake Tailings as the only exit point of potassium in the Processing Facility, the overall resulting Processing Facility recovery from the preliminary process model is 88.3 percent. The process recovery was determined from the mass balance and test work data that is discussed in more detail in **Section 4**. The tailings leach portion of the test work demonstrated the potassium concentration in the brine that is leaving the process. Understanding that 20 percent moisture is a reasonable assumption for the Filter Cake Tailings and knowing how much potassium is in the brine, a loss of potassium was calculated.

A variable (5-15%) contingency was added to nominal pond area to determine design pond area. The design increase from the nominal pond area would account for the contingency factors or downtime when the ponds are unavailable for evaporation and allows additional residence time within the pond system for a fixed input flowrate. This could include meteorological factors as well as time for when ponds are being de-brined for harvesting.

The results of the pond design model are summarized as follows:

- Design area of Preconcentration Ponds: 4,765 acres;
- Design area of Production Ponds: 1,894 acres; and
- Average continuous brine inflow to P1: 9,853 gpm.

In the current design, the two Harvest Ponds are each divided into three cells for a total of 6 cells. The flow rate into these ponds would be approximately one-third the full development flow rate. Dividing the Harvest Ponds into parallel trains provides operational flexibility by allowing flow to be shut off in one pond train for removal of waste salt precipitates while maintaining flows through the system in the parallel trains.

### 6.2.7.    Control Structures, Pipes, and Pumps

Three different types of pumps are employed within the pond system for different purposes. Axial flow pumps are used in situations where there is low head, such as when the brine is simply transferred across a berm. Vertical turbine pumps are used where there is high head, such as when the brine must be transferred large distances through a pipeline. Finally, mobile axial pumps are used within the Production Ponds to transfer brine from Production Pond to Production Pond during harvesting activities. These pumps are moveable and run via diesel to allow for more options when starting the harvesting operation. The axial pump, vertical turbine pump and mobile axial pump general arrangements can be seen below in **Figure 6-24**, **Figure 6-25**, and **Figure 6-26**, respectively.

### 6.2.8.    Processing Facility

The Processing Facility would be located at the south end of the playa on-lease (**Figure 6-2b**). The Processing Facility (**Figure 6-29** would contain numerous buildings that are described in detail in **Table 6-10**, *Building Sizes and Construction Materials.*

The location of the Processing Facility was selected based upon the potential environmental impact and sensitivities, soil conditions, topography, permitting, and economic considerations including distances

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

between all areas interconnected by various utilities and infrastructure (i.e., roads, pipelines, power supply lines, etc.).

The Processing Facility location was chosen as the grade is relatively level to balance out the cut and fill earthworks quantities, and the soil in the area has a reasonable bearing capability allowing for conventional foundations. The proposed location of the Processing Facility satisfies the suitable soil conditions and topography constraints.

Potassium salts from the ponds are harvested and transported to the Processing Facility in specialized truck/trailer combinations and discharged into the crude salt unloading section at the start of the process, which is located in the northern portion of the plant. The salts progress from east to west as they are transformed into the final SOP product. West of the salt unloading and crushing area is the wet plant, with the dry plant located to the south of the wet plant. The final product is directed to a loadout silo, where it is loaded into trucks for shipping to the rail loadout facility. Product loadout is performed at the southern-most tip of the Processing Facility. Incoming bulk MOP is unloaded at the Processing Facility on the southern section near the dry plant. The solid tailings generated are loaded onto trucks to be sent to the TMA on the eastern edge of the Production Ponds.

For pond harvesting the layout has been designed to have the vehicles operate only in the northern section of the Processing Facility, while the SOP hauling vehicles operate only in the southern section of the Processing Facility; this maintains separation between the haulage fleets (Novopro and Stantec 2022).

The main buildings feature air exchange venting system with wall mounted louvers except for enclosed offices, meeting rooms, control, and electrical rooms. The walls are un-insulated steel cladding with wall mounted louvers and fan units, featuring insulated roofs with EPDM membranes.

The main Processing Facility buildings include the following:

- Salt crushing and slurrying

- Wet processing (Solid-Liquid Separation, Crystallization, Conversion and Leach, and Flotation

- Compaction

- Bagging

- Loadout

The Processing Facility communication tower would be connected to the administration building and would support telephone and data communication. Water for processing and other uses at the facility would be supplied by the freshwater Water Supply Wells and pipeline.

The Processing Facility is cleared and grubbed to remove trees, stumps, roots, logs, shrubs, grass, and other surface litter. The cleared site is rough graded and leveled while forming sloped levels and plateaus to ensure positive surface drainage to storm ditches. The plateau elevations are designed to balance cut and fill volumes. The levels of the rough grading consider the future buildings' floor elevations, the rapport between buildings, as well as the final finish grade of the Processing Facility. If any surplus excavated material is suitable for re-use, it will be preserved in on-site stockpiles for later use as fill during the finish grading operation.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

In all areas, the finish grade elevations for roads and yard are below the floor elevation of the building by a minimum of six inches with local ramps provided at doorways as required. Yard grading has a finished grade slope of two percent away from structures for a minimum of 15 feet (Novopro and Stantec 2022).

Amended Mining Plan

Case 2:25-cv-00657   Document 1-3   Filed 08/07/25   PageID.483   Page 119 of 954

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table 6-10.     Building Sizes and Construction Materials**

| Building Name | Dimensions | | | Envelope | | | | Systems | | | | | | | Description |
| | Area (ft²) | Op. Levels | Roof | Roof Qty (ft2) | Wall | Wall Qty (ft2) | HVAC | Water | Drainage | Eye Wash/ Safety Shower | Fire Det. | Fire Prot. | Utility Station | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Wet Processing (S/L separation area and crystallizer area) and Flotation | 6,340 | 3 | Insulated Built Up Roofing On Steel Deck | 5,442 | Uninsulated Steel Cladding with Louvers | 15,303 | Wall mounted fans/louvers combination | Process | Surface, Storm | 0 | Y | Hose stations Dry fire extinguishers Fire loop hydrants outside | Water Comp. air | Partially enclosed area with crystallization, solid-liquid separation and flotation. Assuming 2/3 of the sides are closed. |
| Crude Salt Unloading | 2,525 | 1 | Insulated Built Up Roofing On Steel Deck | 1,234 | Uninsulated Steel Cladding with Louvers | 5,270 | Wall mounted fans/louvers combination | None | Surface, Storm | 0 | Y | Hose stations Dry fire extinguishers Fire loop hydrants outside | None | Enclosed Area. |
| Crude Salt Crushing | 1,197 | 3 | Insulated Built Up Roofing On Steel Deck | 1,197 | Uninsulated Steel Cladding with Louvers | 5,114 | Wall mounted fans/louvers combination | Process | Surface, Storm | 0 | N | Hose stations Dry fire extinguishers Fire loop hydrants outside | Water Comp. air | Enclosed area for the top 2 floor. The bottom floor does not have any walls. |
| Conversion and Schoenite Leach | 4,884 | 3 | None | - | None | - | None | Process | Surface, Storm | 0 | | Fire loop hydrants outside | Water | |
| Flotation | 3,468 | 3 | Insulated Built Up Roofing On Steel Deck | 3,468 | Uninsulated Steel Cladding with Louvers | 10,588 | Wall mounted fans/louvers combination | Process | Surface, Storm | 2 | Y | Hose stations Dry fire extinguishers Fire loop hydrants outside | Water | Enclosed building with roofing over staircase. It is assumed there are 3 operating levels. Open at ground level. |
| MOP Addition - Truck Shelter | 988 | 1 | Uninsulated Built Up Roofing On Steel Deck | 988 | Uninsulated Steel Cladding | 1,628 | None | None | Surface, Storm | 0 | N | Fire loop hydrants outside | None | Shelter around MOP truck unloading at Processing Facility. Included 2 side walls |
| MOP Addition - Underground + Staircase + Platforms | 1,537 | 2 | None | - | None | - | Dust Collectors | None | Surface, Storm | 0 | N | Fire loop hydrants outside | Comp. air | Unloading cell underground. |
| Drying and Compaction Plant | 11,433 | Mult. | Insulated Built Up Roofing On Steel Deck | 11,433 | Uninsulated Steel Cladding with Louvers | 37,458 | Wall mounted fans/louvers combination | Cold Potable | Surface, Storm | 3 | Y | Hose stationsDry fire extinguishersFire loop hydrants outside | WaterComp. air | Enclosed area, assuming there are approximately 3 fully operating levels |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Building Name | Dimensions | | | | | | Envelope | | | Systems | | | | | | Description |
| | Area (ft²) | Op. Levels | Roof | Roof Qty (ft2) | Wall | Wall Qty (ft2) | HVAC | Water | Drainage | Eye Wash/ Safety Shower | Fire Det. | Fire Prot. | Utility Station | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plant Loadout Building | 3,079 | 1 | Built Up Roofing On Steel Deck | 3,450 | Uninsulated Steel Cladding with Louvers | 8,610 | Wall mounted fans/louvers combination | None | Surface, Storm | 0 | N | Hose stations Dry fire extinguishers Fire loop hydrants outside | Comp. air | | Truck shelter | |
| SOP Bagging Plant | 4,731 | 1 | Insulated Built Up Roofing On Steel Deck | 4,731 | Uninsulated Steel Cladding with Louvers | 11,521 | Wall mounted fans/louvers combination | Process | Surface, Sanitary,Storm | 0 | Y | Hose stationsDry fire extinguishersFire loop hydrants outside | Comp. air | | Enclosed area. | |
| Salt Crushing Electrical Room ER-3 | 378 | 1 | Pre-Fab | Incl. | Pre-Fab | Incl. | Rooftop Packaged Fresh Air Unit | N | Surface | 0 | Y | Fire panel Horn strobes Pull stations Smoke/Heat detectors Dry fire extinguisher | None | | Enclosed Area. Pre-fabricated electrical room, included in ECI's scope. | |
| Wet Plant Electrical Room ER-1 | 1,304 | 1 | Pre-Fab | Incl. | Pre-Fab | Incl. | Rooftop Packaged Fresh Air Unit | N | Surface | 0 | Y | Fire panel Horn strobes Pull stations Smoke/Heat detectors Dry fire extinguisher | None | | Enclosed Area. Pre-fabricated electrical room, included in ECI's scope. | |
| MOP Handling Electrical Room ER-4 | 149 | 1 | Pre-Fab | Incl. | Pre-Fab | Incl. | Rooftop Packaged Fresh Air Unit | N | Surface | 0 | Y | Fire panel Horn strobes Pull stations Smoke/Heat detectors Dry fire extinguisher | None | | Enclosed Area. Pre-fabricated electrical room, included in ECI's scope. | |
| Main Electrical Substation | 291 | 1 | Pre-Fab | 291 | Pre-Fab | Incl. | Rooftop Packaged Fresh Air Unit | N | Surface | 0 | Y | Fire panel Horn strobes Pull stations Smoke/Heat detectors Dry fire extinguisher | None | | Enclosed Area. Pre-fabricated electrical room, included in ECI's scope. | |
| Dry Plant Electrical Room ER-2 | 1,006 | 1 | Pre-Fab | Incl. | Pre-Fab | Incl. | Rooftop Packaged Fresh Air Unit | N | Surface | 0 | Y | Fire panel Horn strobes Pull stations Smoke/Heat detectors Dry fire extinguisher | None | | Enclosed Area. Pre-fabricated electrical room, included in ECI's scope. | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Building Name | Dimensions | | | | | | Systems | | | | | | | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Area (ft²) | Op. Levels | Roof | Roof Qty (ft2) | Wall | Wall Qty (ft2) | HVAC | Water | Drainage | Eye Wash/ Safety Shower | Fire Det. | Fire Prot. | Utility Station | |
| Loadout Electrical Room ER-5 | 150 | 1 | Pre-Fab | Incl. | Pre-Fab | Incl. | Rooftop Packaged Fresh Air Unit | N | Surface | 0 | Y | Fire panel Horn strobes Pull stations Smoke/Heat detectors Dry fire extinguisher | None | Enclosed Area. Pre-fabricated electrical room, included in ECI's scope. |
| Plant - Main Control Room | 960 | 1 | Pre-Fab | Incl. | Pre-Fab | Incl. | Rooftop Packaged Fresh Air Unit | N | Surface | 0 | Y | Fire panelHorn strobesPull stationsSmoke/Heat detectorsDry fire extinguisher | None | Enclosed Area. Pre-fabricated control room. |
| Building for Chillers | 3,546 | 1 | Insulated Built Up Roofing On Steel Deck | 3,546 | Uninsulated Steel Cladding with Louvers | 3,517 | Wall mounted fans/louvers combination | Process Water | Surface | 0 | N | Hose stations Dry fire extinguishers Fire loop hydrants outside | Water | Enclosed building. |
| Compressors Building | 276 | 1 | Insulated Steel Deck | 276 | Uninsulated Steel Cladding with Louvers | 694 | Louvered Building Exhaust Fans | N | Surface, Storm | 0 | Y | Fire Extinguisher | None | Enclosed building |
| Warehouse & Maintenance | 12,880 | 1 | Built Up Roofing On Insulated Steel Deck | 12,880 | Insulated Steel Cladding | 7,907 | Central Air Handling Unit for warehouse Area A/C for Offices, Fume Exhausts, Separate unit for Washrooms Heating | Hot & Cold Potable | Oil Separators recuperation, Surface, Sanitary, Storm | 0 | Y | Sprinklers for office Hose stations Fire extinguishers | None | The Facility includes the following areas: Welding Area Plate Workshop Electrical/Instrumentation Workshop Carpenter Shop Warehouse |
| Administration Building | 9,375 | 1 | Built Up Roofing On Insulated Steel Deck | 9,375 | Insulated Steel Cladding | 5,774 | Central Air Handling Unit for warehouse Area A/C for Offices, Fume Exhausts, Separate unit for Washrooms Heating Units | Hot & Cold Potable | Sanitary, Surface, Storm | 0 | Y | Sprinklers Hose stations Fire extinguishers | None | Facility includes following areas: Closed offices Open working stations Dining area c/w lunch area Medical Clinic Laboratory |
| Guard House & Gate | 504 | 1 | Built Up Roofing On Insulated Steel Deck | 504 | Insulated SteelCladding | 1,080 | Split A/C UnitsHeating Units | Potable water(Hot and Cold) | Sanitary,Surface, Storm | 0 | Y | SprinklersHose stations Fire extinguishers | None | SecurityReceptionToiletStorage Turn style gate(Kiosk type) |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Building Name | Dimensions | | | | | | Systems | | | | | | | Description |
| | Area (ft²) | Op. Levels | Roof | Roof Qty (ft2) | Wall | Wall Qty (ft2) | HVAC | Water | Drainage | Eye Wash/ Safety Shower | Fire Det. | Fire Prot. | Utility Station | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Production Plant Wash Rooms | 160 | 1 | Built Up Roofing On Insulated Steel Deck | 160 | Insulated Steel Cladding | 520 | Electric Heater / Fan | Potable water (Hot and Cold) | Sanitary | 0 | N | N | None | WC/Exhaust Fan. |
| Rail Loadout SOP Storage | 20,800 | 1 | Pre-Fab | Incl. | Pre-Fab | Incl. | Ventilators/Louvers | None | Surface | 0 | Y | Fire panel, Horn strobes, Pull stations, Smoke/Heat detectors, Dry fire extinguisher | Comp. Air | Pre-Fab |
| Screening Tower Shelter | 2,376 | 1 | Built-up Roofing on Steel Deck | Incl. | Uninsulated Steel Cladding | Incl. | None | None | Surface | 0 | Y | Fire Extinguisher | Comp. Air | Building with dry screening |
| Structure over Rail | 5,104 | 1 | Built-up Roofing on Steel Deck | Incl. | Uninsulated Steel Cladding | Incl. | None | None | Surface | 0 | Y | Fire Extinguisher | Comp. Air | Sides are 50 % covered. |
| Rail Loadout Support Building | 1,350 | 1 | Built-up Roofing on insulated Steel Deck | Incl. | Insulated Steel Cladding | Incl. | Central Air Handling Unit A/C for Offices, Fume Exhausts, Heating | Potable | Local Septic Tank Emptied via Truck | 0 | Y | Sprinklers Hose stations Fire extinguishers | None | Rail Loadout Administration Building with a catering area and a change room. |
| Rail Loadout Utilities Building | 400 | 1 | Built-up Roofing on Steel Deck | Incl. | Uninsulated Steel Cladding with Louvers | Incl. | Louvered Building (10%) Exhaust Fans | None | Surface, Storm | 0 | Y | Fire Extinguisher | None | Enclosed building. |
| Rail Loadout MOP Storage | 22,752 | 1 | Pre-Fab | Incl. | Pre-Fab | Incl. | Ventilators/Louvers | None | Surface | 0 | Y | Fire panel Horn strobes Pull stations Smoke/Heat detectors Dry fire extinguisher | Comp. Air | Pre-Fab. |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0115

Next to the Preconcentration and Production Ponds there would be trailers that would provide a break room and restroom (outhouses) for the workers at the ponds. The north Preconcentration Ponds trailer would be located next to the Preconcentration Ponds. South Production Ponds trailers one and two would be located next to the Production Ponds. Final placement of these trailers has not been determined and would be provided as part of the as-built drawings. They each would be powered by a generator.

Propane gas would be used for the drying units at the Processing Facility and to provide heat at the Processing Facility buildings. Project propane consumption is estimated to be about 2,700 gallons per day (gpd). The primary components of the propane supply and storage system would be as follows:

- A 40,000-gallon above-ground propane gas storage tank located within the perimeter security fence at the Processing Facility. The capacity of this tank would be sufficient to supply a minimum two-week period during the higher-usage winter months.

- An approximately 0.5-mile-long, eight-inch-diameter buried propane gas pipeline connecting the propane gas storage tank to the wet plant building at the Processing Facility.

Propane would be transported by truck to the Processing Facility using either a highway transport truck or a smaller bulk-delivery truck. Approximately eight shipments of propane per month from a local gas supply company would be required. Propane shipments would occur on weekdays only during daylight hours. Trucks would either travel south from Delta on SR 257 or north from Beaver or Milford on SR 21 and/or SR 257 to Crystal Peak Road. From Crystal Peak Road, the trucks would access the Rail Loadout Facility directly or continue on to the Processing Facility. No road improvements or additional ROWs would be required for propane storage, use, or delivery.

Peak Minerals has secured ROWs for a Natural Gas Pipeline, described in the POD (Peak Minerals 2024) – if this pipeline is constructed propane use would be discontinued at the Processing Facility.

Potash salts from the Production Ponds would be harvested year-round. The salts would be fed directly to the Processing Facility feed tank. Road graders would be used to windrow the potash salts for pickup and delivery to the crude salt unloading area using a loader and haul trucks.

Once the raw potash salts enter the Processing Facility, they would be subjected to a series of processes designed to separate and produce SOP as outlined in **Section 7.0**, Recovery Methods. The Processing Facility would use or produce the following chemicals, which would be stored in the Processing Facility:

- Flotation collector: Flotigam 8122- Amine collector or equivalent;

- Flotation extender: Kerosene;

- Flotation frother: methyl isobutyl carbinol;

- Anti-dusting agent: Lignin Sulfonate based (or an equivalent anti-dusting agency);

- Potable water decontamination: Sodium hypochlorite; and

- Laboratory Chemicals.

Recovery methods are discussed in **Section 7.0**, *Recovery Methods*.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## PRODUCT LOADOUT

As discussed above, there are multiple products which are shipped from the facility. For Bulk Granular SOP product, the granular material from the drying/compaction area is sent to the loadout silo, which features a weighing system to measure the production output. The transfer system for the product stream to loadout features a sampling station from which a sample of product can be withdrawn for laboratory analysis.

From the loadout silo, the granular product is loaded into tandem bottom dump trucks via a multiple-spout system, each fitted with a retractable chute to ensure dust-tight material transfer into the transport trailers. The silo operates autonomously and loads one trailer at a time. No de-dusting oil is added at the truck loadout.

Water soluble SOP is produced as 1.1-short ton bagged product and placed on pallets and stored for transport.

## PRODUCT TRANSPORT

Granular SOP products are transported by a fleet of covered tandem bottom dump trucks from the Processing Facility to the rail loadout facility near Blackrock, where they are stored prior to being loaded into railcars.

The stored pallets of water-soluble SOP are loaded/unloaded by forklift and transported from the Processing Facility to the rail loadout by flatbed trucks.

## REAGENT STORAGE AND PREPARATION

The reagents storage area is located in the wet plant. The three flotation reagents used in the process (collector, frother, and extender) are stored near the flotation cells where they are required. Anti-dusting oil is added to the product at rail loadout to prevent dust formation during transport and handling. The injection points are the truck loadout station. The dosage of oil is 0.1 Wt% oil for all SOP products. The anti-dusting oil is stored locally near the loadout silos and pumped on the product as needed.

## PRODUCT AND PROCESSING FACILITY RAMP-UP

The start-up analysis has been performed with an in-depth model being completed for Phase 1. The Project ramp-up schedule begins with playa and pond construction in Year 1 resulting in SOP processing operations commencing in Year 6. Target capacity is achieved by Year 9.

## FRESH WATER

Fresh water would be used to support SOP production at the Processing Facility, for potable and service water needs at the Project's administration facilities, and potentially for dust suppression.

The fresh water needs for the proposed Project site is 502 gpm. Peak Minerals has secured these water rights from the state of Utah (See **Table 9-2**). Fresh water supports plant production operations, fire protection water, domestic uses, and general use at the Processing Facility. Groundwater was evaluated to serve these needs at the Processing Facility. Aquifer tests on two monitoring wells and one test borehole were conducted to collect preliminary well production and water quality data. The test borehole air-lift testing and analytical water quality results indicated that abundant, high-quality groundwater is

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

present in the Prospect Mountain-Quartzite that will serve the Processing Facility's fresh water needs. Two production wells, each capable of producing up to 300 gpm, are to be drilled and cased to approximately 1,500 feet below ground surface. Peak Minerals has secured ROWs for an additional two production wells to supply water for the Project if needed (**Figure 6-2b**).

Each of the production wells discharge to a combined freshwater pipeline. The combined pipeline is routed to a storage tank at the Processing Facility for process, domestic, and utility usages (Novopro and Stantec 2022).

Additional water supply and distribution details are included in the POD (Peak Minerals 2024c).

## PROCESS WATER

The water from the water wells is transferred directly to the process water tank that stores water for all the consumers of the Processing Facility, with a dedicated reserved quantity for fire protection water. The process water tank has a total capacity of 664,000 gallons, with 330,000 gallons dedicated to fire protection water.

The process water tank has four hours of reserve for the process users, consisting of:

- Flotation;
- Conversion;
- Crystallization;
- Chillers;
- Sealing systems;
- Potable water treatment system;
- Water flushing networks; and
- Utility stations throughout the Processing Facility (i.e., wash bay stations, etc.) (Novopro and Stantec 2022).

## POTABLE WATER

To generate the potable water required for the Processing Facility, the raw water will be recovered from a storage tank in the Processing Facility and be directed to a green sand filtration unit with a hypochlorite addition system for disinfection to produce the potable water required, and it will be stored in a dedicated potable water tank (Novopro and Stantec 2022). The development of the potable water system will require permits from the Utah Division of Water Quality–Drinking Water.

## STORM WATER

The climatic conditions for the Processing Facility are mountainous with an average of 8.03 inches of annual precipitation (Gwynn, 2006). The precipitation on the Processing Facility site is being handled in the following manner:

- Diversion away from the site prior to contact with the Processing Facility by means of an open ditch at the perimeter of the site, as well as a constructed perimeter dike for flood control.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

- Within the Processing Facility site, by means of an open ditch system to convey the run-off to the stormwater basin located the lowest point in the northwest corner of the Processing Facility.

The storm water basin is made of berms and is located at the northwest corner of the Processing Facility where all the trenches of the storm water system terminate. This basin has a capacity of approximately 1,000 cy (Novopro and Stantec 2022).

## NON-PROCESSING BUILDINGS

The non-process buildings (including all control and electric rooms) are designed with dedicated HVAC systems that feature insulated steel cladding walls and insulated roofs with EPDM liners. The buildings will be prefabricated units as much as possible and feature rooftop packaged air conditioning units.

The Project features the following non-process buildings:

- Air compressors
- Administration
- Main control room
- Electrical rooms
- Building for Chillers
- Processing facilities washrooms
- Guard house
- Warehouse and maintenance

### 6.2.9.    Waste Products

The Project strategy for the management of solid and liquid waste involves hiring a licensed contractor to dispose of all recyclable waste, as well as non-recyclable and non-compostable materials (Novopro and Stantec 2022).

The Project will have a sanitary water treatment system located at the Processing Facility to handle sanitary waste. Disposal of sanitary waste will require a wastewater treatment facility permit from UDWQ and Central Utah Public Health Department.

Several types of non-hazardous and non-petroleum construction wastes would be generated during the Project. The term "waste" means all discarded matter, including but not limited to trash, garbage, refuse, filters, welding rods, equipment, and human waste. Approved enclosed refuse containers would be used throughout the Project. Construction waste materials, including refuse and trash, would be removed from off-lease Project areas and disposed at a permitted landfill. Portable toilets would be provided for the construction crew, and sanitary waste would be periodically removed by a licensed hauler to an existing municipal sewage treatment facility.

Materials required for the Project that are classified as hazardous materials would be primarily fuels and lubricants. Hazardous and non-hazardous materials used or stored at the site would be managed properly, and precautions would be taken to prevent them from entering soils and water. Hazardous wastes

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

generated during the Project would be removed and disposed of in an appropriately permitted disposal facility.

Peak Minerals has developed a Solid and Hazardous Waste and Hazardous Materials Management Plan (SHWHMMP) (Peak Minerals 2024h) to address transportation, storage, use, and disposal of hazardous materials expected to be used on the Project site during construction and operation and maintenance.

## TAILINGS

Tailings material from the process include tailings salts generated in the Preconcentration Ponds, purge brine removed pre-harvest from the final evaporation pond stage, and filter cake (20% moisture content) generated from the Processing Facility.

The tailings storage areas would be constructed in phases. Utilizing design expansions and tailings dewatering processes, storage capacity would be increased as the operations progress and storage requirements increase.

There are five types of tailings anticipated to be generated by the Project :

- **Type 1 Tailings**: Salts generated in the first two Preconcentration Ponds (P1 and P2) in the form of gypsum and trace amounts of halite. Type 1 tailing salts are stored in the base of the ponds and the berms have been designed with enough storage capacity to handle the salt deposition over the life of mine.

- **Type 2 Tailings:** Purge brine (i.e., bitterns brine) is removed from the final evaporation pond stage and contains high concentrations of $MgCl_2$ with low levels of potassium. Brine is fed to a bittern waste ponds within the Production Pond system.

- **Type 3 Tailings:** Tailings (filter cake with 20 percent moisture content) generated from the Processing Facility consist of high concentrations (> 80 percent) of halite, epsomite ($MgSO_4 \cdot 7H_2O$), and leftover potassium-bearing salt, as well as other impurities such as insolubles (dust). Type 3 tailings are trucked as a filtered-solids material from the Processing Facility-flotation circuit to the TMA within the Production Pond system.

- **Type 4 Tailings**: Salts generated in the back-mix pond are dry harvested and transferred to the TMA during the winter months.

- **Type 5 Tailings**: Solids produced in the harvested Preconcentration Ponds (P3 and P4) (in the form of halite, bloedite ($Na_2Mg(SO_4)_2 \cdot 4H_2O$), gypsum, and polyhalite ($K_2Ca_2Mg(SO_4)_4 \cdot 2H_2O$) will be recovered in salt pads next to the Preconcentration Ponds using a wet harvest dredge system. The wet harvest dredge will pump a slurry of brine and salt to the salt pads, where the brine will be recovered in perimeter collection ditches and pumped back into the pond system (Novopro 2022).

## PRECONCENTRATION POND SALT–TYPE 1 AND TYPE 5 TAILINGS

Type 1 and Type 5 tailings are generated from the initial precipitation of salt within the Preconcentration Ponds, consisting almost entirely of halite, given its early brine concentration phase. Preconcentration Pond precipitates are considered tailings in that they separate the valuable fraction of the available $K_2SO_4$ reserve from the uneconomic fraction (gangue, or halite) contained within the brine.

The Preconcentration Ponds are constructed with salt pads following the length of the ponds next to ponds P3 and P4. The reason for this is that the majority of the salt will crystallize in P3 and P4 since the

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

initial ponds, P1 and P2 bring the brine up to halite saturation, and only gypsum will precipitate with small quantities. The dredge will operate within P3 and P4 and will connect to onshore connections for power and slurry piping. The slurry will then be directed to the top of the salt pad, where heavy machinery will push the salt into the desired location and allow the attached brine to be recovered in perimeter ditches and be fed back to the ponds via pumps. **Figure 6-18** shows the Preconcentration Pond plan view.

## BITTERN WASTE PONDS – TYPE 2 TAILINGS

Any Type 2 tailings that are generated are stored in the Bittern Waste Pond which acts as a storage pond for five years' worth of brine at full flow. As shown on **Figure 6-19**, the BWP, shown on the west end of the production ponds, has an approximate area of 82 acres with berm heights of about 8' 9".

Four additional Bittern Waste Ponds will be constructed north and northeast of the initial Bittern Waste Pond, with one built every five years over the life of the Project, with the finished ponds to appear as shown on **Figure 6-27**. Each pond will be approximately 63 acres, for a total use of approximately 252 acres once all four are completed. The ponds will be constructed to store approximately 800 acre feet of brine each, for a total of 3,200 acre feet. **Figure 6-28** depicts a diagram of the typical cross section for the ponds.

## BACK-MIX POND – TYPE 4 TAILINGS

Back-mix pond salts that are generated are considered tailings and will be harvested annually to maintain production. The back-mix ponds will be drained, and a grader will enter the ponds and create windrows (long piles) of salt to allow additional brine to drain. A front-end loader will then enter and transfer the salt into a haul truck that will transport the salt to the TMA. The salt will be dumped into the pile and a dozer will push it into the correct location.

**Figure 6-19** shows the configuration of the Production Ponds, with the back-mix ponds and tailing management area on the eastern side of the system and the bittern waste pond on the western side of the system. Adjacent to the bittern waste pond is the bittern brine pond which acts as a brief storage pond, with the main goal of having minor evaporation so that the bittern brine can be transferred to different locations in the process. A portion of the bitterns is recycled to the back-mix pond and the remaining would transfer into the bittern waste pond.

## PROCESS TAILINGS STORAGE – TYPE 3 TAILINGS

The configuration of the TMA at its projected, full footprint is shown in **Figure 6-19**, on the eastern edge of the pond system. The final footprint area of the tailing's storage facility for Type 3 and 4 tailings is 168.1 acres and is designed to store the Type 3 tailings and Type 4 tailings production for the life of the Project. Additional TMA expansion area is also displayed on the Production Pond layout.

The anticipated composition of the tailings materials is presented in **Table 6-11**, *Anticipated Tailings Composition*.

**Table 6-11.    Anticipated Tailings Composition**

| Description | Tailings Type | Gypsum (stpa) | Halite (stpa) | Polyhalite (stpa) | Bloedite (stpa) | Epsomite (stpa) | Total (stpa) |
|---|---|---|---|---|---|---|---|
| P1 | 1 | 21,996 | - | - | - | - | 21,996 |

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.493    Page 129 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Description | Tailings Type | Gypsum (stpa) | Halite (stpa) | Polyhalite (stpa) | Bloedite (stpa) | Epsomite (stpa) | Total (stpa) |
|---|---|---|---|---|---|---|---|
| P2 | 1 | 17,234 | - | - | - | - | 17,234 |
| P3 | 5 | - | 1,430,709 | - | - | - | 1,430,709 |
| P4 | 5 | - | 1,466,460 | 21,320 | 346,040 | - | 1,833,820 |
| BM | 4 | - | 337,632 | 10 | - | 55,359 | 393,001 |
| | Total | 39,230 | 3,234,801 | 21,331 | 346,040 | 55,359 | 3,696,761 |

**Table 6-12 and 6-13** below displays the properties of the Type 2 and 3 tailings coming from the bittern waste pond as brine and the Processing Facility as filter cake.

**Table 6-12.    Type 2 Tailings**

| Location | Item | | Value | Units | Notes |
|---|---|---|---|---|---|
| Liquids (Type 2) | Purge Brine Flowrate (Bitterns) | | 62.2 | Stph | Nominal flow based on 58% availability. |
| | | | 55.6 | CY/hr | |
| | | | 187 | gpm | |
| | | | 318,000 | Stpa | Nominal flow |
| | | | 282,500 | CY/yr | |
| | | | 57.3 million | gallon | |
| | Brine Composition | NaCl | 0.60 | Wt% | |
| | | KCl | 0.23 | Wt% | Potassium loss |
| | | $MgCl_2$ | 30.40 | Wt% | |
| | | $MgSO_4$ | 3.27 | Wt% | |

Source: Novopro and Stantec 2022

**Table 6-13.    Type 3 Tailings**

| Location | Item | Value | Units | Notes |
|---|---|---|---|---|
| Tailings Filter Cake (Type 3) | Tailings Brine Flowrate | 93.4 | Stph | Nominal flow based on 90% availability. |
| | | 3.6 | CY/hr | |
| | | 12.0 | gpm | |
| | | 26,806 | Stpa | Nominal flow |
| | | 28,400 | CY/yr | |
| | | 5.7 million | gallons/yr | |
| | Tailings Solids Flowrate | 13.7 | Stph | Nominal flow based on 90% availability. |
| | | 7.5 | CY/hr | |
| | | 25.3 | gpm | |
| | | 135,000 | Stpa | Nominal Flow |
| | | 11.1 | CY/hr | |
| | | 12.0 million | gallons/yr | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Location | Item | | Value | Units | Notes |
|---|---|---|---|---|---|
| | Total Slurry Tailings Flowrate | | 74.1 | Stph | Tailing solids cake at 80% solids and nominal flow based on 89% availability |
| | | | 578,344 | Stpa | |
| | Solids Composition | Halite | 87.9 | Wt% | |
| | | Polyhalite | 0.2 | Wt% | Minor potassium loss |
| | | Schoenite | 0.5 | Wt% | |
| | Entrained Brine Composition | NaCl | 2.9 | Wt% | |
| | | KCl | 3.6 | Wt% | Minor potassium loss |
| | | MgCl$_2$ | 13.4 | Wt% | |
| | | MgSO$_4$ | 5.8 | Wt% | |
| | | H2O | 74.3 | Wt% | |
| **Source: Novopro and Stantec 2022** | | | | | |

# 6.3.    Infrastructure

## 6.3.1.    *Current Conditions*

Largely in an undisturbed natural state, the property has undergone a limited amount of development with no known mining or commercial mineral harvesting having occurred to date.

In the 1980s, CPMC constructed a canal, ponds, and feeder trenches in the south-central margin of the playa (as shown in **Figure 6-30**). The 3,000-acre pond system presently contains approximately 1.1 Mtons of salt. The 4.8-mile-long brine collection canal that was dug into the Playa sediments is approximately 20 feet deep and bermed along the edges above the playa surface. It has been largely silted-in since brine collection and evaporation ceased. In 1993, representatives of CPMC filed for "Relinquishments on Federal Potassium Leases" and, after the required reclamation work was performed, CPMC's Sevier Lake Project was abandoned. Because these remnant mineral harvesting structures are located in the proposed Production Ponds and Waste Production Storage Area, they would generally be reworked during project construction.

The property had no permanent dwellings or structures until Peak Minerals recently constructed a warehouse and storage area near the southern end of the playa. During exploration efforts, both Peak Minerals and CPMC installed a network of monitoring wells. Other wells have also been installed by the BLM, Utah Department of Transportation (UDOT), and the USGS on and near the Sevier Playa (**Figure 6-30**). Crystal Peak Road, which connects the southern portion of the playa to SR 257, has been upgraded with road base and gravel in anticipation of the future siting of mineral processing in that area.

## 6.3.2.    *Power*

Power for the Project would be needed at the Processing Facility, Rail Loadout Facility, at the water supply wells (to operate pumps), at the pump stations, and at various other areas off-lease (**Section 6.3.4**, *Off-*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

*Lease Infrastructure Components*). Communication lines would be needed at the Processing Facility and Rail Loadout Facility.

The locations of these power and communication line facilities are illustrated in **Figure 6-2b.** The Processing Facility Substation is discussed in **Section 6.2.8**, *Processing Facility*. Power to the water supply wells is discussed in **Section 2.2.1** of the POD (Peak Minerals, 2024c). Details for the 12.47-kV Power and Communication Line to the Rail Facility and Rail Loadout Facility Substation are provided in the POD (Peak Minerals, 2024c).

Avian protection measures along the powerline and at the guy wires would be consistent with the guidance proposed by the Avian Power Line Interaction Committee (APLIC) and U.S. Fish and Wildlife Service (USFWS) (APLIC 2006). Specific information regarding avian safety measures is identified in the *Adaptive Wildlife Management Plan* (Peak Minerals 2024i).

## HIGH VOLTAGE ELECTRICAL POWER SUPPLY LINE

The Project's electrical power is supplied with a 69-kV Power and Communication Line by Rocky Mountain Power (a PacifiCorp Company) from the Black Rock Substation, which is located approximately 46 miles to the northeast of the Processing Facility. A minimum 18 MW capacity 69 kV overhead transmission line will be designed and built by the Project and feeds the main substation located at the Processing Facility, Rail Loadout Facility, and the future North Playa Substation located in the north playa, representing a total utility demand load 13 MW.

The 69-kV Power and Communication Line is routed along the existing north-south road on the east side of the playa and terminates at the Processing Facility.

## ELECTRICAL SUBSTATIONS

One outdoor air-insulated main substation is provided for the Processing Facility's power distribution requirements. This substation transforms the 69-kV high voltage power supply to the 12.47 kV distribution level, which is then routed via overhead pole lines to the Production Pond transfer pumps located in the south part of the playa, to the Rail Loadout Facility located east of the Cricket Mountains along the Crystal Peak Road, as well as to the water wells. A substation will be located along the 69-kV Power Line referred to as the North Playa Substation to supply 25kV power. And another substation located at the rail facility referred to as Rail Loadout Facility Substation.

Prefabricated modular electrical rooms are provided at the center of concentration of the electrical loads, with the low voltage power distributed from these electrical rooms to the loads.

## POWER PLANT DISTRIBUTION

Power to the Processing Facility will be transmitted via electrical cables installed within concrete duct banks to the wet plant and dry plant electrical rooms. The Processing Facility features six modular electrical rooms located in the following areas: wet plant, dry plant, salt crushing, MOP handling, and loadout.

These prefabricated modular electrical rooms house the medium voltage and low voltage switchgear and motor control centers for the wet and dry plant electrical rooms while the salt crushing, MOP handling, and loadout electrical rooms feature low voltage motor control centers only.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Standalone diesel generators will initially supply the electrical power requirements of the playa during the initial brine filling period of the ponds.

After the construction phase, the Processing Facility substation will feed the pumps located within the Production Ponds via a 12.47-kV Power Line. The North Playa Substation will also feed all the pumps at the Preconcentration Ponds and along the brine transfer canal. The North Playa Substation will be constructed with a transformer to convert the 69 kV to a distribution voltage of 25 kV, and an overhead 25-kV Power Line routed to the Preconcentration Ponds and the brine transfer canal.

A NaCl dredge will also be brought on-line to harvest Preconcentration Ponds P-3 and P-4. The dredge will not be needed at the start of Preconcentration Pond operations. The first several years will allow salt deposition to build a salt floor. Then there will be several years of operation before the salt accumulation occurs to a point where the additional salt will need to be removed. Thus, it is estimated that the dredge operation will not be required for a period of about 5 years. This unit will be powered via a 4.16 kV electrical cable attached to a 5,000 feet long floating support within the ponds. A portable 25 / 4.16 substation will be provided onshore, where the dredge will disconnect and re-connect to one of seven onshore fixed electrical connection points supplied by the 25-kV Power Line. The capital cost required for the dredge will be part of the sustaining capital and will be funded from the revenues generated by the operation of the Processing Facility.

## GROUNDING PROTECTION

The two substations each have a grounding grid covering their perimeter in order to maintain a safe step and touch potential rise while providing a ground return path for fault currents back to the source.

Buildings in the Processing Facility are encircled by a ground conductor loop with ground rods that are interconnected to cover the whole facility area. All cables and cable trays have a bonding conductor so as to provide a return path for fault currents to the source. In addition, the ground grid provides for dissipation of energy due to lightning strikes.

## EMERGENCY POWER

The emergency power supply sources are two containerized 12.47 kV 1,500 kVA diesel generators located in proximity to the Processing Facility substation. In the event of a utility power failure, an automatic transfer scheme provides the emergency electrical power supply. The switchgears and starters are intelligent and direct electrical power to priority loads.

## CONTROL AND AUTOMATION SYSTEM

Process systems and equipment, including remote area pumps, are operated, controlled, and monitored from the constant current regulator Major mechanical packages (i.e., fluid bed dryer, belt filters, compactor, etc.) are equipped with lighting control panels for start-up and monitoring.

The constant current regulator is located in the drying area, and houses the operator, engineering, and power management system workstations, as well as closed-circuit television monitors and other peripheral equipment.

Rotating equipment motors are provided with a local control station having local-remote-off switch and start/stop push buttons.

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.497    Page 133 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Motor control center starters are equipped with "smart" protection relays. Interface between the motor control center and distributed control system is via the industrial Ethernet. Remote area motor starters are equipped with door-mounted controls. Their operation is monitored and controlled via the fiber optic cable running along the overhead power line.

Personal safety is ensured by providing visual and audible warnings prior to the start of belt conveyors. Safety shower usage is monitored in the constant current regulator as a high-priority alarm to enable dispatch of first aid teams. Potential spill and/or overflow locations are monitored via closed-circuit television cameras.

## TELECOMMUNICATION

Telecom services are provided by the local service provider, AT&T, via their "Enterprise VoIP Services" package. VoIP integrated phone lines with high-speed internet to provide voice and data communication, as well as other web-based services, such as video conferencing.

Communication in the playa area is provided via two-way radio, or the cellular phone network. Communication to the Rail Loadout Facility will be via VoIP integrated phone lines strung on the power poles to the facility with high-speed internet to provide voice and data communication, as well as other web-based services, such as video conferencing.

## PUBLIC ADDRESS SYSTEM

A public address system is provided to broadcast routine and emergency voice messages. The public address system base station is located in the CCR with speakers installed in all process areas.

### *6.3.3.    Access Roads*

Improved and unimproved roads that provide access to the Project are described in **Section 1.5**, *Property Location and Access,* and described in **Table 2-8** of the POD (Peak Minerals 2024c).

## CRYSTAL PEAK ROAD

Access to the Processing Facility is via the existing Crystal Peak Road. This road begins at Highway 257 and heads 15 miles west to the Processing Facility. The Crystal Peak Road is a 40-foot-wide gravel road. The UDOT, Highway Patrol, and other regulatory bodies' road regulations has been investigated. As far as it is known, Crystal Peak Road is a county road and bears no special load or length restrictions. Minor upgrades to the road are foreseen as part of the Project. Access to the main Processing Facility is restricted by perimeter fencing, where pre-established checkpoints with guard houses are provided.

At the intersection of Crystal Peak Road and Highway 257, adequate modifications will be made to ensure the safety of the road users, and compliance to the regulations.

## PLAYA ACCESS ROAD

During Phase 1, the Playa Access Road would extend along the east side of the playa for a total distance of approximately 28 miles as shown on **Figure 6-32**. The road would typically be located alongside the recharge canal. The Playa Access Road will be a 12-foot compacted native soil road as shown on **Figure 2-21** in the POD (Peak Minerals 2024c).

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## ACCESS ROAD SPURS

Playa Access Road Spurs would provide access from the lease boundary to the Playa Access Road. There are seven Playa Access Road Spurs. Playa Access Road Spur 1A would provide overland access from Playa Access Road Spur 1 to the Sevier River Drop Structure.

The Playa Access Road Spur segments and associated lengths are as follows:

- Playa Access Road Spur 1A: 0.09 mile
- Playa Access Road Spur 1: 0.56 mile
- Playa Access Road Spur 2: 0.07 mile
- Playa Access Road Spur 3: 0.44 mile
- Playa Access Road Spur 4: 3.13 mile
- Playa Access Road Spur 5: 0.01 mile
- Playa Access Road Spur 6: 0.18 mile

## SPEED LIMITS

The speed limits for the surrounding roads have been evaluated and will be followed as posted by Project vehicles. Speed limits for other roads used to access the Project (both on- and off-playa) are addressed in the Transportation and Traffic Management Plan (Peak Minerals 2024f).

## ROAD MAINTENANCE AND SUITABILITY

Crystal Peak Road was assessed by Peak Minerals for transport suitability and maintenance requirements. Peak Minerals determined that minor remediation work on the road would be required, and that the road met the necessary requirements for transport of product in 50-short ton batches via covered tandem haul trucks (Novopro and Stantec 2022). Peak Minerals is working with Millard County to develop a Road Maintenance Agreement. It is anticipated that this agreement will be signed by the end of the first quarter of 2025. Once signed, a copy will be provided to the BLM.

## POND AREAS ACCESS ROADS

Existing roads are located around the perimeter of the playa, extending from Steamboat Pass Road in the west, Headlight Canyon Road in the southeast, Highway 6/50 in the north, and the SR 257 cutoff road in the northeast to reach the playa. These existing Playa access roads are shown on **Figure 6-32**.

The existing road network provides access to portions of Sevier Playa via state and local roads, including Highway 6/50, SR 257, Crystal Peak Road, Steamboat Pass Road, Headlight Canyon Road, and SR 257 Cutoff Road, as well as other existing roads. In addition to the existing and planned roads that are discussed under previous sections and associated with specific Project components, the Project will use six existing Playa access roads located outside of the lease boundary. These road segments will be improved and maintained as necessary to provide access to the Sevier Playa during Project construction and operation phases.

An on-playa access road will be constructed on the playa using materials excavated from the adjacent brine transfer and recharge canals. The majority of the Playa Access Road will be located on-lease. The road will provide access from the Processing Facility in the south adjacent to the Production Ponds, the

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.499    Page 135 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

eastern edge of the playa, the Preconcentration Ponds and connecting to the Sevier River diversion structure in the north.

The road network for the Preconcentration Ponds consists of roads that will be constructed on the berms. These roads will be constructed using materials from the playa adjacent to the pond area and will range in width and height depending on required process conditions.

The road network for the Production Ponds consists of roads constructed on the berm areas around the ponds. These roads will be constructed using materials from the playa adjacent to the pond area.

## HAUL ROAD

The Haul Road would have two-way traffic and a speed limit of 15 miles per hour (mph). The location of the Haul Road is shown on **Figure 6-2b**. The Haul Road would have a 32-foot-wide travel surface and would be constructed as shown on **Figure 6-20** (Road Type R1C). To accommodate haul trucks, the Haul Road would include a geotextile material underlaying an twelve-inch layer of crushed rock. Under the geotextile material, low-permeability local fill would be placed (thickness would range from two foot to three foot seven inches - the exact depth of material would vary depending on the site conditions). The road would include four-foot shoulders on both sides.

Covered tandem haul trucks with tandem 40-metric-ton trailers would transport Filter Cake Tailings from the Processing Facility to the TMA.

Covered haul trucks with tandem 40-metric-ton trailers would transport salts from the Production Ponds to the Processing Facility. Haul trucks would utilize ramps constructed where necessary in each cell to access the Haul Roads on the Production Pond berms. Haul trucks would utilize these roads to transport the salts to the Processing Facility. The ramps would be wide enough to accommodate the truck traffic. These trucks would travel on the Production Pond road network, then to the Playa Access Road to the Haul Road coming from the Processing Facility.

The Haul Road has been setup to provide the shortest possible distance to the Processing Facility, being a simple straight road from all Production Pond cells. An emergency stockpile has been included in the design which contains the space required for four weeks of feed salts. The stockpile will be built up but will not be used in normal operation since the main strategy is to use the ponds as the storage vessels for the salt to minimize double handling of material.

Additional information on product hauling is included in **Section 6.11.4**.

## OTHER ROADS

### *On-Playa*

Other than the roads discussed above, no additional roads would be constructed on the playa.

Travel on the playa would occur overland where necessary. Canal and trench crossings would be placed, as necessary, throughout the playa using either corrugated metal piping or concrete box culverts, depending on the specific crossing conditions and the trench flow rate. The locations of these crossings are shown on **Figures 6-3 thru 6-5**. Over the life of the mining, as some areas of the mine are depleted and no longer producing brines, some of these culverts will be reused, thus specific locations of canal and

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

trench crossings would change as the mine develops. Peak Minerals would provide as-builts showing the shifting of culvert locations.

Equipment would access the ponds by driving on the pond berms. Access to the top of the berms from both outside and inside the ponds would be by ramps. The scale of the drawings showing the outlines of the ponds do not allow the ramps to be seen.

### Off-Playa

The Project would use nine Access Roads (Segments A, B, C1, C2, D1, D2, E, F and G) located outside of the lease boundary (see POD **Figure 2-20**). Access Road Segments would be improved and maintained as necessary to provide access to playa during Project construction and operation. Typical improvement activities would include blading, drainage improvements, application of a dust suppressant and, if needed, the addition of granular road base. Where these roads cross drainages, select various types of crossings would be installed which may include be a ford, a culvert, or a combination culvert and overtopping ford. Where culverts are installed, they would be hydraulically suited for the installation per the requests of the landowner or land manager. In addition, these improvements would be coordinated with the land manager or landowner and installed based on their preference. Details on the Access Road Segments are presented in the POD (Peak Minerals 2024c).

The Crystal Peak Spur Road (**Figure 6-32**) would be a new road constructed off the existing Crystal Peak Spur Road to the Processing Facility. The Crystal Peak Spur Road would require road base and culverts and would need to be crowned and ditched. Once constructed, this road would have an approximately 24-foot-wide running surface.

Roads within the Processing Facility are classified as private roads and therefore do not need to meet all of the same design requirements of public roads. The designs for the site access and service roads, as well as parking lots, are in accordance with all codes applicable and in force at the time of execution of the work. All roads and parking lots, as well as culverts and piping in the different areas of the Processing Facility, are designed for the load of the heaviest truck axle operating on the site during construction and operation, except for the areas for special equipment operation, which consider actual vehicle loading. Road width and grading is determined based on access requirements for vehicles, firefighting, and maintenance purposes.

Refer to Appendix F of the Reclamation Plan (Peak Minerals 2024b) for additional details on drainage control of roads.

### 6.3.4.    Off-Lease Infrastructure Components

Off-lease infrastructure components consist of power and communication lines, propane and natural gas storage and pipelines, communication towers, water supply facilities, water monitoring wells, access roads, Rail Loadout and Rail Spur, portion of the Preconcentration Pond, and a segment of the Recharge Canal. These are discussed in detail in the POD (Peak 2024c) and shown in **Figure 6-2b**. The POD has been submitted to the BLM for the purpose of evaluating development rights and establishing ROW grants for the utilities and infrastructure that would be located on private, TLA, and BLM-administered lands outside the lease boundary. Construction of the Playa Access Road was previously discussed in **Section 6.3.3**, *Access Roads*, even though a portion of the Playa Access Road is outside the lease boundary.

Federal lease, Special Stipulation 5, states the following:

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Survey Monuments: The Lessee at the conclusion of the mining operation, or at other times as surface disturbance related to mining may occur, will replace all damaged, disturbed, or displaced corner monuments (section corners, quarter corners, etc.) their accessories (witness trees, bearing trees, etc.), or restore them to their original condition and location, or at other locations that meet the requirements of the rectangular surveying system. This work shall be conducted at the expense of the Lessee, by the BLM, to the standards and guidelines found in the Manual of Surveying Instructions, U.S. Department of Interior. (BLM 2011c)

Coordination with other ROWs is addressed as part of the POD (Peak Minerals 2024c).

## RAIL LOADOUT FACILITY AND RAIL SPUR

A Rail Loadout Facility and Rail Spur would be used to import MOP and to transport potash and associated products generated by the Project. SOP shipments would occur approximately twice per month in 100-car trains. MOP shipments would occur ten times per month in 10-car trains. The MOP is unloaded from the railcars into trucks using a railcar unloading portable conveyor. In addition to rail transport, Peak Minerals plans to ship smaller quantities of products by truck to locations within the United States. This would occur when a quantity of product is needed on a timeline or at a destination that is not suitable for routine rail shipment. Approximately 50,000 tons annually may be transported by truck.

The 12.47-kV Power and Communication Line, Rail Loadout Facility, Rail Loadout Facility access roads, Rail Spur, and Rail Spur Access Corridor would be located primarily on BLM-administered off-lease land. The Rail Spur Access Corridor would also cross private lands. With the exception of the access roads and power and communication lines, the Rail Loadout Facility components would be located within a perimeter security fence. This fenced area would include approximately 132 acres of BLM-administered off-lease lands. The Rail Loadout Facility components within the fence line would consist of a substation or pole-mounted transformer, fiber optic communication line, propane storage tank, water storage tank, storage facility, train loadout, truck loadout, rail car staging tracks, and conveyor belt. Refer to the POD for a figure of the facility (Peak Minerals 2024c). Propane would be used to provide heat to the administrative buildings at the Rail Loadout Facility. Portions of the surface area within the fence line would be graveled. Peak Minerals has secured ROWs for a natural gas pipeline as described in the POD (Peak Minerals 2024c). If the natural gas pipeline is constructed propane use at the Rail Loadout Facility would be discontinued and a Natural Gas Pipeline Spur will be included in the Facility Components.

It should be noted that Peak is currently exploring an option to relocate the Rail Loadout Facility to Milford, Utah in proximity to the Smithfield Rail Loadout facility. While Peak develops the information necessary for the BLM to understand the potential impacts associated with potential relocation, Peak would continue to operate and plan in accordance with the Rail Loadout Facility design specifications and utility requirements provided in this Mine Plan.

When enough information has been developed for the BLM's review and subsequent analysis, Peak would support and participate in any Federal NEPA/Permitting requirements necessary to develop an understanding of the environmental impacts associated with proposed action prior to the anticipated construction start date of the facility (anticipated to begin in November 2027 with an operational need date of January 2029). At that time, the Mine Plan, Reclamation Plan, Plan of Development and all associated Supplemental documents would be revised as necessary to describe construction and operation of the facility.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## 6.3.5.     Aggregate

Aggregate is sourced from quarries located in proximity to the Processing Facility described in the supplemental Gravel Pit Mining Plan (Peak Minerals 2024o). Different types of aggregate material are obtained from these quarries. The main type of aggregate needed for the Project is a fill material composed of mixed aggregate that can be used directly without any crushing and/or screening. The other aggregate materials required are:

- Screened aggregates for sub-base and base coarse to be used for the road construction.

- Screened aggregates for backfilling of the underground services trenches, as well as around the buildings' foundations and under the floor slabs.

- Boulders material required as riprap for erosion protection on the ditches' side slope and dykes.

- Sand to be used as bedding in the trenches of the underground services (Novopro and Stantec 2022).

### 6.3.6.     Pipelines

The Project includes several pipeline systems to transport the brines and water. The main pipeline systems in the Project are:

- **Brine Transfer Pipeline:** a pipeline transfers the brine from the weir in Preconcentration Pond P-4 to the north end of the brine transfer canal. This pipeline is gravity fed and is used to cross the Recharge Canal. The length of the pipeline is 4,780 feet.

- **Tailings Leach Brine:** the TailingsLeach Brine pipeline transfers brines from one of the extraction trenches to the Processing Facility. The length of the pipeline is 27,650 feet.

- **Bittern Back Mix Brine:** the bittern back mix pipeline transfers bittern brine from the bittern brine pond to the Concrete Brine Mixing Pit in the first back-mix pond BM1. The length of the pipeline is 25,730 feet.

- **Process Recycle Brine:** the process recycle brine pipeline transfers the recycle brine from the tailings separation area in the Processing Facility to the PRB Pond in the Production Ponds area. The length of the pipeline is 16,260 feet. Brine from the PRB Pond will then be pumped through the Process Recycle Brine Pond Discharge pipeline to the Concrete Brine Mixing Pit in the first back-mix pond BM1. The length of this pipeline is 6,800 feet.

- **Tailings Brine:** the brine that is collected along perimeter ditches in the TMA will be pumped from the TMA to the PRB Pond via the tailings brine pipeline. The length of the pipeline is 2,540 feet.

- **Fresh water**: freshwater pipelines connects the Water Supply Wells to the Processing Facility and will be underground. The main 6" diameter pipeline, Water Supply Pipeline, and the 4" diameter branches, Water Supply Pipeline Spurs, connecting the wells to the main header are discussed in the POD (Peak Minerals 2024c).

- **Other Pipelines:** all other pipelines used in the system are 500 feet or less in length. They are typically used to connect a pump station and feed brine across a road into an adjacent pond or canal segment. Additionally, protective culverts are installed on pipes that crossroads to prevent damage due to heavy vehicles crossing.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## 6.4.    Geotechnical Investigations and Design

The Preconcentration and Production Ponds are contained within a series of berms. Geotechnical investigations were completed to support development of the trenches, canals, and berms.

Peak Minerals will maintain an adequate factor of safety, and if any of the geotechnical model's material parameters change during construction or during operations, the model will be revaluated and the necessary changes implemented.

Geotechnical investigations were completed on the playa in 2011–2012, 2013, 2015, and 2016. The 2011–2012 investigation began in the summer of 2011 and included borehole drilling, trench excavations, installation of wells, soil sampling, and aquifer testing. Soil samples from the field exploration were tested by IGES to provide data for site characterization and geotechnical engineering design. Laboratory testing of the representative soil samples included index testing, carbonate content, compaction testing, strength testing, consolidation testing, permeability and soil water characterization curve testing.

A preliminary geotechnical site investigation was completed in 2013 at the Processing Facility. This investigation consisted of four borings and four cone penetration tests (CPT). A series of laboratory tests were conducted on the collected soil samples including index testing, compaction testing, strength testing, and consolidation testing. Currently, Peak is conducting additional geotechnical testing of the processing area to assist with final design efforts.

The September 2015 site investigation included a series of test pits along the playa edge, as well as test pits near the Production Ponds. CPTs were performed near the playa edge but not across the playa surface. Infiltration test sites were installed and monitored to characterize field scale permeability. Soil samples from the test pit program were analyzed to provide data for site characterization and geotechnical engineering design. IGES completed a series of laboratory tests on the samples including index testing, carbonate content testing, compaction testing, strength testing, consolidation testing, and permeability testing.

The 2016 site investigation consisted of test pitting, borehole drilling, trench excavations, CPT (on the playa edge) and infiltration testing. The laboratory tests conducted on the samples, completed by IGES, were conducted on the samples for index testing, strength testing, consolidation testing, and hydraulic conductivity testing.

The purpose of the 2016 investigation was to characterize the foundation conditions at the playa, and to support the design of the Processing Facility, trenches, canals, Preconcentration Ponds, Production Ponds, and waste product storage areas.

As construction efforts would be undertaken in broad areas of the playa, local foundation conditions would govern the construction induced settlement of the structures located on the playa. If construction induced settlement occurs, Peak Minerals would notify the BLM and UDOGM of such occurrences as part of the normal communications and such construction induced settlement would be managed during construction and/or operations on an as-needed basis.

### 6.4.1.    Geotechnical Foundation Model

For the purpose of developing a geotechnical model for stability analyses, playa sediments were divided into five separate units. The surficial material is generally variable, weathered, and desiccated materials,

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

about 1.5 feet thick. This surficial material overlies the FCZ, a grey, high plastic clay, approximately 13 feet thick. Below the FCZ is the MCZ, a fissured, low plastic clay that extends to a depth of approximately 33 feet. The SCZ, approximately 65 feet thick, is further underlain by a hard, low-moisture clay. The groundwater table is generally shallow and varies slightly across the playa. It was estimated at a depth of three feet based on averaged water elevations determined from well drilling and trench excavations.

## DESIGN CRITERIA

The design criteria for the geotechnical structures are based on Factor of Safety (FoS) values. The minimum FoS values used for the stability analysis are referenced from the USACE Slope Stability Design Manual (USACE 2003) and are presented in **Table 6-14**, *Design Criteria for Evaporation Pond Berms.*

**Table 6-14.     Design Criteria for Evaporation Pond Berms**

| Analysis Condition | Minimum Allowable FoS |
|---|---|
| End-of-construction | 1.3 |
| Long term | 1.5 |
| Rapid drawdown | 1.1–1.3 |
| Seismic loading* | 1.1 |

\*     Minimum FoS for pseudo-static analysis.

The berm configuration was evaluated for a maximum height of 25 feet for the four conditions listed in **Table 6-14**. The use of the 25-foot configuration was to be conservative, as the current plans shows the maximum pond berms over the life of the Project to be a maximum of 17 feet in height.

The trenches were designed with a lower minimum FoS value of 1.2 since some degree of sloughing is acceptable and can be managed over time with maintenance and cleaning.

## MATERIAL PARAMETERS

Based on laboratory test results, a general characterization of five units (desiccated soils, FCZ, MCZ, berm fill, and clay fill) has been completed that takes into consideration data collected in previous site investigations. Material parameters for the SCZ and hard clay have been omitted from stability analyses because of their relative depth and are not discussed further in this section. In addition to laboratory testing, the hydraulic conductivity values considered results from Sealed Single Ring Infiltrometer and Sealed Double Ring Infiltrometer (SDRI) tests completed by IGES.

**Table 6-15**, *Material Parameters*, presents the material parameters used in the slope stability analyses. The common fill materials have been included in this table for completeness.

**Table 6-15.     Material Parameters**

| Unit | Depth (feet) | Unit Weight (pcf) | Effective Friction Angle (°) | Cohesion (psf) | Hydraulic Conductivity (in/s) [cm/s] |
|---|---|---|---|---|---|
| Desiccated soils | 0.0–1.5 | 124.1 | 25 | 210 | 3.9E-6 [1E-5] |
| Fat clay | 1.5–13.0 | 124.1 | 25 | 210 | 3.9E-8 [1E-7] |
| Marl clay | 13–33 | 124.1 | 25 | 310 | 3.9E-6 [1E-5] |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Unit | Depth (feet) | Unit Weight (pcf) | Effective Friction Angle (°) | Cohesion (psf) | Hydraulic Conductivity (in/s) [cm/s] |
|------|------|------|------|------|------|
| Common fill | – | 124.1 | 30 | 0 | 3.9E-6 [1E-5] |
| Low permeability fill | – | 124.1 | 30 | 0 | 3.9E-8 [1E-7] |

Note: – = not applicable; pcf = pounds per cubic foot; psf = pounds per square foot

Common fill and low-permeability fill from the surrounding playa surface would be used to construct the Preconcentration Ponds, Production Ponds, TMA and Bittern Waste Ponds. The material parameters presented in **Table 6-15** are intended to provide an average strength (base case) for the foundation materials and fills for the Project. The borrow areas used to provide source material for berm lifts would be filled in, during regrading of the ponds, if practicable. Refer to the Reclamation Plan (Peak Minerals 2024b) for additional details.

## STABILITY MODELING FAILURE MECHANISM

The FCZ is estimated to be the weakest layer within the geotechnical model. The FCZ is an intermediate-to high-plastic silt and clay with relatively high moisture contents and is continuous across much the Playa. Failure through this material is considered the critical failure mechanism for the trenches and berm structures.

## WIND AND WAVE RUN-UP ESTIMATE

An estimation of wave heights generated by wind forces on the impounded brine has been carried out as part of the Preconcentration Pond and Bittern Waste Ponds to verify that freeboard requirements of these ponds is appropriate. Wave heights were calculated in general accordance with methods contained in the USACE's Shore Protection Manual (Coastal Engineering Research Center 1984), specifically using equations 3-39 and 3-40 as presented in the manual. Wave heights were calculated for the ponds based on a 1.75-foot estimated design depth of the brines. The design sustained-wind speed was estimated at 78 mph based on back-calculations using the CH2M instantaneous peak wind speed estimate (CH2M 2016a). The fetch distance was determined in a south to north direction based on prevailing winds.

**Table 6-16**, *Wave Run-up Estimate Results,* presents the results of the wind tide estimate. The wave heights were calculated using a web-based calculator provided by the USGS (USGS 2014). The recommended freeboard levels were calculated by multiplying the critical wave height by 1.5.

**Table 6-16** shows the recommended freeboard allowed for in the current design phasing exceeds the calculated critical wave height for all impoundments.

**Table 6-16.    Wave Run-up Estimate Results**

| Preconcentration Pond | Critical Fetch (miles) | Critical Fetch (km) | Critical Wave Height (feet) | Critical Wave Height (m) | Minimum Recommended Freeboard (feet) | Minimum Recommended Freeboard (m) |
|------|------|------|------|------|------|------|
| P-1 | 2.3 | 10.3 | 1.3 | 0.40 | 2 | 0.60 |
| P-2 | 1.6 | 10.0 | 1.3 / 5 | 0.40 / 5 | 2 | 0.60 |
| P-3 | 2.0 | 8.7 | 1.3 / 5 | 0.40 / 5 | 2 | 0.60 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Preconcentrati on Pond | Critical Fetch (miles) | Critical Fetch (km) | Critical Wave Height (feet) | Critical Wave Height (m) | Minimum Recommended Freeboard (feet) | Minimum Recommended Freeboard (m) |
|---|---|---|---|---|---|---|
| P-4 | 1.9 | 6.9 | 1.3 / 5 | 0.40 / 5 | 2 | 0.60 |

## 6.4.2.    Stability Analysis

The site investigation and laboratory testing programs provided data to quantify and assess the material properties needed to model the geotechnical stability analyses of the Preconcentration Pond, Production Pond, TMA, spoil piles, extraction trenches and canals, recharge canals and collectors, and the brine transfer canal.

A stability analysis was completed using the software Slope/W 2012 (Version 8.14) from GEO-SLOPE International Ltd. The analysis is based on the non-optimized Spencer Method, a limit equilibrium analysis incorporating both force and moment equilibrium. The factor of safety derived from the Slope/W analysis represents the ratio of resisting forces to driving forces and provides a statistical indication on the tendency of a given slope to fail under specified conditions as presented in Section 6.4.1.

Static stability analyses were carried out on typical sections of trenches and berms. Pseudo-static analyses were completed for the berms and show that the structures meet design criteria.

### TRENCH AND CANAL STABILITY

The trenches and canals would extend down through the desiccated soils and FCZ, terminating in the MCZ.

The trench/canal; which includes the extraction trenches, and recharge trenches; would have the following worst-case characteristics:

- Maximum depth of 20 feet;
- Minimum bottom width of 8 feet;
- Maximum top width of 36 feet;
- Minimum groundwater level of three feet below the surface of the playa; and
- Overall maximum slopes of 0.5H:1V during operations.

Initially, the trench was modeled with the groundwater level at the bottom of the trench. Stability was also modeled with groundwater level at three feet bgs on both sides of trench walls and then assumed to follow the slope of the walls to the trench floor. The stability of the trenches was found to increase with the higher water levels within the trenches. Higher water levels such as in artesian areas would also increase the stability of the trenches above that being modeled. As the trench stability is dependent on controlling the water levels within the trenches and canals, during operations, rapid drawdown of the water level must be avoided (i.e., over-pumping), as this could lead to sloughing and/or degradation of the trench slopes.

### BERM STABILITY

The berms would be constructed of common fill material and low permeability fill to limit seepage through the structure. The fill would be sourced from the upper playa soils, then compacted to meet the

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

engineered fill specifications. Laboratory testing and small-scale test fills on the playa have shown the materials are suitable.

The berms were analyzed for geotechnical stability to determine the overall slopes which satisfy the FoS against failure design criteria. Design slopes of 3H:1V have been specified for the pond berms TMA.

## 6.5.    Construction Schedule

A detailed summary of the start-up can be found in **Table 6-17**.

The sequence of events can be summarized as following:

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.508    Page 144 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table 6-17.    Phase 1 Project Implementation Schedule**

Legend: Construction = yellow (C); Production/Operation and maintenance = green (O).

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Years 11-25 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Off-Lease Features** | | | | | | | | | | | |
| Access Roads | C | O | O | C | O | O | O | O | O | O | O |
| Playa Access Road | C | O | O | C | O | O | O | O | O | O | O |
| Preconcentration Pond | C | C | O | C | C | O | O | O | O | O | O |
| Recharge Canal | C | C | O | C | C | O | O | O | O | O | O |
| Power to Processing Facility - 69-kV Power and Communication Lines | C | C | O | O | O | O | O | O | O | O | O |
| Power to the Water Supply Wells (12.47-kV Power and Communication Line portion that would supply power to the 12.47-kV Power Line Spurs) | C | O | O | O | O | O | O | O | O | O | O |
| Power to water supply wells - 12.47-kV Power Line Spurs | | | | | C | O | O | O | O | O | O |
| Power to Rail Loadout - 12.47-kV Power and Communication Line construction to the Rail Loadout | | | | | C | O | O | O | O | O | O |
| Power to preconcentration ponds - 25-kV Power Line | | | | C | O | O | O | O | O | O | O |
| Rail Spur and Rail Loadout Facility | | | | | C | O | O | O | O | O | O |
| Natural Gas pipeline | | | | | | | C | O | O | O | O |
| Water supply wells, pipelines, and spurs | | C | O | O | O | O | O | O | O | O | O |
| Long Ridge Communication Tower | | | C | O | O | O | O | O | O | O | O |
| Black Rock Communication Tower | | | C | O | O | O | O | O | O | O | O |
| Monitoring Well drilling/installation | | C | O | O | O | O | O | O | O | O | O |
| **On-Lease Features** | | | | | | | | | | | |
| **Ponds and Processing Facility** | | | | | | | | | | | |
| Playa Access Road | C | O | O | C | O | O | O | O | O | O | O |
| Preconcentration Pond | C | C | O | C | C | O | O | O | O | O | O |
| Production Ponds | C | O | O | O | O | O | O | O | O | O | O |
| Power to production ponds, recharge canal, and brine transfer canal - 12.47-kV Power Line | | C | O | O | O | O | O | O | O | O | O |
| Processing Facility | | C | C | O | O | O | O | O | O | O | O |
| Bittern Waste Pond | | C | O | O | O | O | O | O | O | O | O |
| Tailings Management Area | | C | O | O | O | O | O | O | O | O | O |
| Monitoring Well drilling/installation | | C | O | O | O | O | O | O | O | C | O |
| **Extraction and Recharge Systems** | | | | | | | | | | | |
| Extraction Trenches | C | O | O | O | O | O | O | C | O | C | O |
| Recharge Trenches | C | C | O | O | O | O | O | C | O | C | O |
| Brine Transfer Canal | C | O | O | O | O | O | O | O | O | O | O |
| Recharge Canal | C | O | O | O | O | O | O | O | O | O | O |
| Sevier River berm, diversion, and drop structure | C | O | O | O | O | O | O | O | O | O | O |

Construction
Production/Operation and maintenance

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

### 6.5.1.    Evaporation Pond Development

The Preconcentration Ponds would be built within the first year of the Project. The berm height of the Preconcentration Ponds would range from 6.5 to nine feet. The source of berm material for the initial Preconcentration Pond berm construction would be the interior of the ponds.

The Production Ponds are to be constructed during the Project's first year. The Production Ponds are expected to be constructed in the same manner as the initial Preconcentration Ponds. The source of material to construct the berms would be from the interior of the ponds.

### 6.5.2.    Trench Construction Development

Initial construction would include the excavation of the trench construction periods. This would allow brine to flow into the trenches as early as possible. Groundwater modeling was used to determine when extraction trenches within the playa areas would need to be excavated in order to meet production requirements. The construction areas that would be excavated during construction is shown on **Figures 6-3**, **6-4**, and **6-5**.

### 6.5.3.    Canals, Trenches, and Sevier River Diversion Development

Initial construction would also include excavating Recharge Canal. The entire extent of the brine transfer canal and the diversion structure at the Sevier River would also be constructed during the initial construction.

**Table 6-18**, *Trench Build-out Schedule*, lists the footage and miles for each type of canal during initial construction and operations and maintenance (O&M).

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.510    Page 146 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table 6-18.    Trench Build-out Schedule**

| | Total Feet | Year 1 | Years 2-6 | Years 7-9 |
|---|---|---|---|---|
| Y1 Fixed Slope Extraction Trench | 63,330 | **63,330** | - | - |
| Y1 Variable Slope Extraction Trench | 243,165 | **243,165** | - | - |
| Y1 Recharge Trench | 267,930 | **267,930** | - | - |
| Y1 Temporary Fixed Slope Trench | 15,310 | **15,310** | - | - |
| Y1 Temporary Pipeline | 6,220 | **6,220** | - | - |
| Y6 Fixed Slope Extraction Trench | 434,890 | - | **434,890** | - |
| Y6 Variable Slope Extraction Trench | - | - | - | - |
| Y6 Recharge Trench | 487,730 | - | **487,730** | - |
| Y6 Crossing Pipe | 820 | - | **820** | - |
| Y9 Fixed Slope Extraction Trench | - | - | - | - |
| Y9 Variable Slope Extraction Trench | 48,965 | - | - | **48,965** |
| Y9 Recharge Trench | 42,905 | - | - | **42,905** |
| Main Recharge Canal Phase 1 | 151,620 | **151,620** | - | - |
| Brine Transfer Canal | 74,690 | **74,690** | - | - |
| **Period Development Length** | **1,837,575** | **822,265** | **923,440** | **91,870** |
| **Cumulative Development Length** | **1,837,575** | **822,265** | **1,745,705** | **1,837,575** |

### 6.5.4.    Processing Facility Development

The Processing Facility would be constructed during Year 2 with production of SOP beginning in Year six.

## 6.6.    Mine Life and Operational Phases

The Project's life would be approximately 25-years during Phase 1. This does not include the time required to complete decommissioning and final reclamation. The first five years would include construction and a ramp period to full production. Based on a minimum mine life of 25 years and production of approximately 215,000 stpa a total of about 5,235,483 short tons of SOP would be produced.

As detailed above, initial construction and O&M would occur as necessary for each of the components throughout the life of the mine. If necessary, during operation throughout the life of the Project, if any sloughing occurs, the trenches and/or canals would be cleaned out to maintain adequate flow. Inspections would occur, as needed, to determine if the trench and/or canal require maintenance.

The goal is to produce adequate brine volume and concentration to the Preconcentration Ponds from multiple extraction trenches. Mine operations would manage the extraction and recharge trenches so those parameters were met.

The Project has been designed to produce an average annual SOP production over the projected 25-year mine life of the Project of approximately 215,000 stpa of potash.

The potential for increasing the annual potash production rate is discussed in Section 8.0, Ultimate Maximum Recovery.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

The estimated annual tailings production, stored in the TMA and Bittern Waste Ponds are described under Section 6.2.9.

## 6.7.  Estimated Recovery Factors and Mine Life

As discussed in Section 5.0, Mineral Resource and Reserve Estimates, there is sufficient sulfate present in the Sevier Playa brines to utilize all the potassium ions. Probable Reserves in the marl clay are estimated to be 1,159,243 K+ short tons. Probable Reserves in the siliceous clay are estimated to be 219,098 K+ short tons. Probable Reserves in the fat clay are estimated to be 154,476 K+ short tons.

Based on a mine life of 25 years and average annual SOP production of approximately 215,000 stpa, a total of 5.2 M short tons of SOP would be produced. The 25-year mine life was used for economic evaluation purposes.

The potential for increasing potassium recovery at Sevier Playa is discussed in Section 8.0, Ultimate Maximum Recovery.

## 6.8.  Stripping Ratios

The Project mining process involves in-situ extraction of minerals from Sevier Playa sediments without the removal of any "overburden." Therefore, the subject of stripping ratios is not applicable to the description of mining methods for this Project.

## 6.9.  Mining Equipment

Mining equipment required during the initial construction, O&M, and reclamation of the Project currently comprises tracked excavators, road graders, dozers, drills, rollers, scrapers, loaders, personnel transports (tracked equipment and pickup trucks), and water trucks. Preliminary lists of heavy equipment that would be used for mine initial construction and O&M are shown in **Tables 6-19a and 6-19b**, *Summary of Equipment Needed for Construction of the Mining Project*. These lists may change over the course of Project construction and operation, depending on specific needs. Equipment operated on the Sevier Playa surface has two functions:

- Transport: would need to be equipped with low ground pressure (LGP) pontoon tracks, floatation tires, or other low ground pressure equipment that exerts minimal pressure on the surface of the playa. However, the playa surface is extremely variable and can change based on localized material properties and the presence or absence of water and/or soil moisture. In field trials conducted in 2018, it was found that equipment which exerted ground pressures of less than five pounds per square inch (psi) can travel in some areas of the playa. However, the north end of the playa is covered with up to two feet of saturated sediments which, when disturbed, undergo a time-dependent shear thinning property called thixotropy. The north end of the playa was only accessible by equipment which exerts a ground pressure of less than two psi.

- Construction: would be a subset of the transport equipment. The surficial sediments found on the Sevier Playa are typically saturated clays and other fine-grained soils. These surficial sediments often have the strength to support equipment for travel but do not provide the traction equipment requires to push or pull a load across the playa. This condition is intensified by the LGP equipment which is required throughout the playa. As such, construction equipment would be limited to excavators, which can lift and swing a load, as opposed to graders and dozers which are able to push loads.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Construction equipment is constrained by the exerted ground pressure and also the traction which the equipment can generate to perform the work. Equipment for construction would be specified by location and task as needed.

A road grader would be used for several applications, including road surfacing, maintenance, and crude potassium ore harvesting. In the case of harvesting crude potassium ore, the grader would be used to windrow the potassium salts into manageable configurations that can be picked up by a loader and placed into haul trucks for transport to the Processing Facility.

Numerous pumps would be required for the brine extraction/conveyance systems and the recharge canal and pipelines system, as previously described in **Section 6.2.7**, *Control Structures, Pipes, and Pumps*. During Project startup, the pumps would be powered by diesel generators until long-term power is connected.

The following are some of the main equipment in the Processing Facility and the selected equipment:

- Salt Crushing:
    - Mclanahan Hammer Mill
    - Mclanahan Double Roll Crusher

- Conversion:
    - NOV FRP Conversion Reactors, Qty: 4, Dia: 13 feet, H: 31 feet and 28 feet

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table 6-19a.    Summary of Equipment Needed for the first year of Initial Construction of the Project**

| Equipment Type | On-lease Equipment | | Off-lease Equipment | |
|---|---|---|---|---|
| | Preconcentration, and Production Ponds, Canals and Access Road | Trenches/ Brine Piping | Power Line | Water Supply Wells and Distribution |
| Tracked Haul Truck | 18 | 0 | 0 | 0 |
| Excavator Cat 352 | 0 | 6 | 2 | 1 |
| Excavator Cat 336 | 5 | 5 | 0 | 0 |
| Boom truck | 0 | 0 | 0 | 0 |
| Cranes | 1 | 1 | 0 | 0 |
| Dozers | 5 | 0 | 2 | 0 |
| Drill rigs | 0 | 0 | 0 | 1 |
| Equipment Transport | 0 | 0 | 3 | 0 |
| Standard Mechanic Truck | 1 | 1 | | |
| Standard Water Truck | 1 | 0 | | |
| Tracked Mechanic Carrier/Crane | 1 | 1 | 0 | 0 |
| Tracked Fuel/Lube Truck | 2 | 2 | | |
| Tracked personnel Transport | 1 | 1 | | |
| Tracked Water Truck | 1 | 0 | | |
| Fuel Tanker | 0 | 0 | 0 | 0 |
| Generators | 1 | 1 | 0 | 0 |
| Graders | 0 | 0 | 1 | 0 |
| HDD Drilling/Boring Machine | 0 | 0 | 0 | 0 |
| HDPE Pipe fusing machine | 0 | 0 | 0 | 0 |
| Heaters and Fans | 0 | 0 | 0 | 0 |
| Light towers | 6 | 10 | 0 | 0 |
| Loaders | 1 | 0 | 0 | 1 |
| Lifts | 0 | 0 | 0 | 0 |
| Personnel transport | 7 | 7 | 0 | 0 |
| Pickup Trucks | 3 | 3 | 4 | 2 |
| Pipelayers | 1 | 2 | 0 | 0 |
| Portable pumps | 2 | 4 | 0 | 0 |
| Rollers | 1 | 0 | 0 | 0 |
| Sweepers | 0 | 0 | 0 | 0 |
| Water Tanker | 0 | 0 | 1 | 0 |
| Welding Trailer | 0 | 0 | 0 | 0 |
| **Total** | **58** | **44** | **13** | **5** |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table 6-19b.    Summary of Equipment Needed for Operations and Maintenance**

| Equipment Type | For Use in All Project Areas (not assigned to a specific area, can be relocated throughout) | On-Lease Equipment | | | | Off-Lease Equipment | |
|---|---|---|---|---|---|---|---|
| | | Preconcentration Ponds / Trenches / Canals | Equipment Transport | Waste Product Storage Area | Production Ponds | Rail Loadout Facility | Access Road Network |
| Backhoe / Excavator | 1 | 3 | 0 | 0 | 0 | 0 | 2 |
| Bobcat | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dozer | 1 | 0 | 0 | 0 | 0 | 0 | 2 |
| Drill rig | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Drill transport pontoon | 0 | 0 | 2 | 0 | 0 | 0 | 0 |
| Flatbed truck / Equipment Transport | 1 | 0 | 0 | 0 | 0 | 0 | 2 |
| Fuel tanker truck | 1 | 0 | 0 | 0 | 0 | 1 | 0 |
| Haul Truck Tandem Dump Trailers | 0 | 0 | 0 | 0 | 7 | 5 | 0 |
| Haul Trucks | 0 | 2 | 0 | 0 | 6 | 5 | 0 |
| Light towers | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Loaders / Graders | 1 | 2 | 0 | 1 | 5 | 1 | 1 |
| Wet Harvester/Dredge | 1 | 1 | 0 | 1 | 0 | 0 | 0 |
| Maintenance truck | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Personnel transport | 3 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pickup trucks | 8 | 0 | 0 | 0 | 0 | 1 | 0 |
| Portable Enclosed Conveyor | 0 | 0 | 0 | 0 | 0 | 2 | 0 |
| Portable genset | 5 | 0 | 0 | 0 | 0 | 0 | 0 |
| Portable light towers | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pumps | 0 | 2 | 0 | 0 | 8 | 0 | 0 |
| Rollers | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Scissor lift | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Utility pontoons | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| Water tanker truck | 2 | 0 | 0 | 0 | 0 | 0 | 1 |
| Water/Brine truck | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Welding trailer | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | **31** | **9** | **3** | **1** | **26** | **15** | **9** |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

- Flotation:
  - Wemco 1+1 Flotation Cells
  - TEMA CX-1000 Flotation Concentrate Centrifuge
- Schoenite Leach:
  - NOV FRP Leach Reactors, Qty: 2, Dia: 13 feet, H: 31 feet
  - Westech Schoenite Leach Belt Filter, Qty: 1, W: 13.3 feet, L: 89 feet
- SOP Crystallization:
  - TEMA CX-1000 SOP Centrifuge
  - NOV FRP SOP Crystallizer, Qty: 1, Dia: 23 feet, H: 23 feet
  - NOV FRP SOP Leach Tank, Qty: 1, Dia: 8.3 feet, H: 16.5 feet
  - FLS 4-Model gMAX6SOP Slurry Hydrocyclone
  - FLS High-Rate SOP Crystallizer Thickener, Qty: 1, Dia: 33 feet, H: 6 feet
- Tailings:
  - Tailing Leach Tanks
  - Westech Tailings Slurry Belt Filter, Qty: 1, W: 8.3 feet, L: 43 feet
- MOP Dissolution:
  - Tank Connection bolted panel MOP Silo
  - Highland Tanks MOP Brine Coalescing Filter
- Heat Management:
  - Trane Low Temp/High Temp Cascading Heat Pumps (9.34 MW cooling)
- SOP Loadout and Bagging:
  - Tank Connection bolted panel Loadout Silo
  - Good Tech Fully Automatic GFAB111 Bag Filling Station

Mobile equipment is provided to meet the Project's requirements based on required capacities and features. The equipment is in compliance with the EPA Tier IV requirements. The mobile fleet can be categorized by the area of their operational assignment, as detailed below:

- Playa brine extraction network (earthworks maintenance)
- Evaporation ponds (earthworks maintenance and pond harvesting equipment)
- Processing facilities (product haul truck)
- TMA and Bittern Waste Ponds (tailings reclamation and placement)
- Multiple areas (general use and maintenance vehicles)

# 6.10. Water Management during Construction and Operations

A surface water management system may need to be employed to construct various mine components during periods when excess water can accumulate on the Sevier Playa. However, it is anticipated that pooled water on the playa would not impact construction activities.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Pursuant to the BLM letter, dated July 1, 2013, which provided comments on the initial May 20, 2013, submission of the Project Mining Plan, a Stormwater Pollution Prevention Plan (SWPPP) (Peak Minerals 2024a) is required prior to approval of the Mining Plan.

# 6.11. Mining Operations

Mining operations would comply with requirements included in UAC R647-4-107 Operations Practices. During operations, Peak Minerals would conform to the following practices and request variances from UDOGM in writing:

1. Public Safety and Welfare–Peak Minerals would minimize hazards to the public safety and welfare during operations. Methods to minimize hazards include but are not limited to:

   1.11. The closing or guarding of excavations to prevent unauthorized or accidental entry in accordance with applicable regulations

   1.12. The disposal of trash, scrap metal and wood, and extraneous debris

   1.13. The plugging or capping of drill, core, or other exploratory holes as described in the Reclamation Plan (Peak Minerals 2024b)

   1.14. The posting of appropriate warning signs in locations where public access to operations is readily available

   1.15. The construction of berms, fences and/or barriers above excavations when required by BLM or UDOGM

2. Drainages-where natural channels are to be affected by the mining operation, Peak Minerals would take appropriate measures to avoid or minimize environmental damage.

3. Erosion Control-operations would be conducted in such a manner that sediment from disturbed areas is adequately controlled. The degree of erosion control would be appropriate for the site-specific and regional conditions of topography, soil, drainage, water quality or other characteristics.

4. Deleterious Materials-all deleterious or potentially deleterious material would be safely removed from the site or kept in an isolated condition such that adverse environmental effects are eliminated or controlled.

5. Soils-suitable soil material would be removed and stored in a stable condition where practical so as to be available for reclamation.

6. Concurrent Reclamation-during operations, disturbed areas would be reclaimed when no longer needed, except to the extent necessary to preserve evidence of mineralization for proof of discovery. Areas which have been disturbed but are not routinely or currently utilized would be kept in a safe, environmentally stable condition.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Refer to the Reclamation Plan (Peak Minerals 2024b) for a detailed assessment of soils handling procedures for the Project.

Operations on the playa would occur primarily during daylight hours, although the Processing Facility would be operated 24 hours a day for most days of the year. Trucks would be transporting materials from the Processing Facility to the Rail Loadout Facility, primarily during daylight hours (two eight-hour shifts). The Rail Loadout facility would conduct operations day or night, depending on the materials transport timing to rail car and market. Lighting at the Processing Facility and Rail Loadout Facility would be limited to areas inside or immediately around the buildings and would include downward reflecting shades. Federal lease, Special Stipulation 17 states the following:

> Lighting: The operations plan shall describe the measures that the operator/ lessee will take to minimize the amount of light that will be produced. These shall include but not be limited to lighting shield, directional lighting and use and placement of portable lights. The AO may require a night sky model (BLM 2011c).

No lights would be on the playa during night hours, except at the pump stations, which would be turned on when necessary. These lights would be limited to the facilities and would include shades to focus light downward.

Site preparation would include providing a global positioning system (GPS) location and marking of all features prior to excavation and construction.

As necessary, Project operations would maintain the side-slopes, berms, and access to pond and trench areas. Based on the results of routine inspections, maintenance operations would clean ditches and trenches and fortify berms, as needed. Dredging could occur as often as once every two to three years in high-maintenance trenches and every five to 10 years in low-maintenance ditches. The primary purpose of the maintenance dredging program is to support excavation stability and to ensure a continuous flow of brine throughout the trench and ditch systems.

## 6.11.1.    *Water*

### FRESH WATER

The fresh water needs for the Processing Facility and the Rail Loadout Facility are 502 gpm. Peak Minerals has secured these water rights from the state of Utah. Fresh water supports plant production operations, fire protection water, domestic uses, and general use at the Processing Facility. Groundwater was evaluated to serve these needs at the Processing Facility and Rail Loadout Facility. Aquifer tests on two monitoring wells and one test borehole were conducted to collect preliminary well production and water quality data. The test borehole air-lift testing and analytical water quality results indicated that abundant, high-quality groundwater is present that will serve the Processing Facility freshwater needs. Two production wells, each capable of producing up to 300 gpm, are to be drilled and cased to approximately 1,500 feet below ground surface. Peak Minerals has secured ROWs for an additional two production wells if needed as described in the POD (Peak Minerals 2024c).

Each of the production wells discharge to a combined freshwater pipeline. The combined pipeline is routed to both a storage tank at the Processing Facility and another storage tank at the Rail Loadout Facility for process, domestic, and utility usages.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## PROCESS WATER

The water from the water wells would be transferred to water tanks at both the Processing Facility and the Rail Loadout Facility. The Process Water Tank stores water for all the consumers of the Processing Facility, with a dedicated reserved quantity for fire protection water. The process water tank has a total capacity of 664,000 gallons; with 330,000 gallons dedicated to fire protection water.

The process water tank has four hours reserve for the process users, consisting of:

- Flotation
- Conversion
- Chillers
- Sealing systems
- Potable water treatment system
- Water flushing networks
- Utility stations throughout the Processing Facility (i.e., wash bay stations, etc.)
- Crystallization

The Water Storage Tank at the Rail Loadout Facility has a total capacity of 500,000-gallons for fire-suppression.

The Process Water and Rail Loadout Tanks would be initially filled to provide the water for the on-going operations. Once filled, these tanks would be periodically topped off as needed but would not require any considerable ongoing annual demand. The Process Water Tank will be filled from the water supply pipeline, while the Rail Loadout Tanks will be filled from water hauled by truck.

## POTABLE WATER

The preliminary freshwater analysis indicates that the fresh water is not suitable for human consumption without treatment. In order to produce the potable water required for the operations, the fresh water is taken directly from the process water tank and passed through the green sand potable water treatment plant prior to being stored in a holding tank, where the potable water is disinfected with sodium hypochlorite.

The distribution pump transfers potable water to all users within the Processing Facility.

Safety showers and eyewash stations will be connected to the potable water distribution system.

### *6.11.2.    Fuel Storage*

Onsite vehicle fuel storage would be limited to that required for haul trucks and site vehicles and would be located in aboveground storage tanks near the truck shop located at the Processing Facility and Rail Loadout Facility. Bulk fuel-storage site would be located within the perimeter security fence at the Processing and Rail Loadout Facilities. The fueling stations would service light-duty vehicles and would also be used to fill 1,500-gallon or smaller mobile tanks mounted on trucks to transport fuel to heavy equipment used in construction and operations allowing them to be refueled in place.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

- Diesel is delivered via highway trucks or "bobtail" trucks.

- Diesel fuel is used for all mobile equipment including the vehicles and the mobile pumps in the ponds area. Ultra-low sulfur diesel is used to comply with Tier IV PA emission regulations.

- Two diesel fuel stations featuring storage tanks with a capacity of 28,000 gallons each will be provided at the Main Plant, one for refueling the crude salt transport vehicles and one for refueling the product transport vehicles.

- Two diesel fuel stations featuring storage tanks with a capacity of 6,000 gallons each will be provided at the Rail Loadout Facility, one for refueling light-duty vehicles and mobile tanks mounted on trucks and one for refueling rail engines.

- The storage tanks will be made of mild steel with a double walled design built to UL-142 and UL-2085 standard to provide increased safety in handling the diesel fuel.

- For all the vehicles in the site except the haul trucks, off-road diesel will be purchased to save on fuel costs, however the haul trucks will be refueled only with on-road diesel.

- A distribution piping system will also be provided to deliver fuel to the diesel generators, as well as piping and fuel dispensers for the mobile equipment refueling.

Delivery of fuel would likely be contracted with a local supplier. The Spill Prevention, Control, and Countermeasures (SPCC) Plan (Peak Minerals 2024g) for the Project would ensure protection of surface and ground water resources, prevent spills of petroleum products, and identify response procedures. Additional temporary fuel tanks, provided by construction contractors, would be required during construction. These mobile tanks would be used to fuel equipment on the playa and would have adequate secondary containment required under 40 CFR 112 and would be included as part of the SPCC.

Propane is delivered in its liquefied form via highway trucks or "bobtail" trucks. The storage tank has the capacity of 40,000 gallons, made of single wall mild steel with a design built to ASME standards to provide increased safety in handling the fuel.

Liquid propane gas is used in the Processing Facility to fuel the burners of the drying equipment: a main fluid bed dryer and a glazing fluid bed dryer/cooler. The propane storage is sufficient for a full week of operations (seven days/24 hours).

The propane storage tank would be located within the perimeter security fence that surrounds the Processing Facility. The ground surface surrounding the tank location would be cleared, leveled, and covered in gravel, allowing vehicle access to the propane storage tank. The tank would be constructed out of high-strength steel and would measure approximately 90 feet in length × 12 feet in diameter. Including support structures, the storage tank would not exceed a height of 17 feet. The storage tank would be manufactured and constructed in accordance with applicable code and standards of the American Society of Mechanical Engineers and have a design pressure rating of 250 lb/in2.

The proposed propane pipeline would be a buried 8-inch-diameter pipeline able to supply the Processing Facility requirement of 2,700 gpd of propane gas. The 0.5-mile-long pipeline would connect the propane storage tank to the west side of the wet plant building at the Processing Facility. The pipeline would follow the natural ground surface and would generally be buried at a depth of 3 to 6 feet. Backfill would be with native material unless the material is too rocky, in which case the trench would be filled with imported, suitable fines. The footprint of the pipeline would be leveled and covered in gravel, consistent with the

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.520    Page 156 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

proposed gravel surface of the Processing Facility. The propane pipeline would be located entirely within the TLA lease parcel for the Processing Facility and would not require a ROW on BLM-administered land.

Propane gas would be transported by truck to the propane storage tank as liquefied petroleum gas (LPG). The propane would be transported to the Processing Facility using either a highway transport truck or a smaller bulk delivery truck (referred to as a "bobtail"). The highway transport truck carries a maximum capacity of 12,000 gallons (51,000 pounds) while the bobtail has a maximum capacity of 5,000 gallons (21,000 pounds). Approximately eight truck shipments of LPG would be required per month.

Propane would also be trucked to the Rail Loadout Facility to provide heat. A 500-gallon aboveground propane storage tank would be located at the Rail Loadout Facility. The tank dimensions are 10 feet in length × 3 feet in diameter.

Peak Minerals has secured ROWs for a natural gas pipeline as described in the POD (Peak Minerals 2024c). If the natural gas pipeline is constructed propane use at the Processing Facility and Rail Loadout Facility would be discontinued.

### 6.11.3.    Waste Management

Solid wastes that may be generated include various chemicals or wastes from the Processing Facility or from maintenance activities as detailed in **Section 9.1.3**, *Potential Pollutants*. Additionally, solid waste would be generated from the site workers and administrative operations. All solid waste would be collected, stored, and properly disposed of in a permitted Resource Conservation and Recovery Act (RCRA) landfill. The SHWHMMP (Peak Minerals 2024h) would provide details regarding waste disposal handling procedures.

The amount of hazardous waste, such as spent solvents, that would be generated is expected to be minimal and would be stored properly while on-site and then documented, transported, and disposed of in accordance with RCRA and UDOT standards. Documentation of hazardous substance disposal would be maintained for reporting to the BLM Fillmore Field Office and inclusion in the waste certification required by Special Stipulation 3, which specifically states the following:

> Waste Certification: The lessee shall provide upon abandonment and/or sealing off a mined area and prior to lease termination/relinquishment, certification to the lessor that, based upon a complete search of all the operator's records for the mine and upon their knowledge of past operations, there has been no hazardous substances per (40 CFR 302.4) or used oil as per Utah State Management Rule R-315-15, deposited within the lease, either on the surface or underground, or that all remedial action necessary, including disposal in an appropriately permitted disposal facility, has been taken to protect human health and the environment with respect to any such substances remaining on the property. The back-up documentation to be provided shall be described by the lessor prior to the first certification and shall include all documentation applicable to the Emergency Planning and Community Right-to-know Act (Public Law 99-499), Title III of the Superfund Amendments and Reauthorization Act of 1986 or equivalent. *All waste must be removed and all hazardous materials used or produced must be reported to the Fillmore Field Office (BLM 2011c).

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## STORMWATER AND SANITARY SEWAGE FACILITIES

In the Processing Facility, domestic water and sanitary sewage are collected from different buildings that have sanitary facilities, such as washrooms, showers, kitchen, and cafeteria. This collection is done via an underground sanitary sewer line that conveys the wastewater to a sanitary water treatment system.

Plant sanitary water treatment system consists of a leach-field system.

The sanitary treatment system is located on the northeast side of the Processing Facility.

During construction, portable toilets would be provided for the construction crew, and sanitary waste would be periodically removed by a licensed hauler to an existing municipal sewage treatment facility.

The climatic conditions for the Processing Facility are mountainous with an average of 8.03 inches of annual precipitation (Gwynn, 2006). The precipitation on the Processing Facility site is being handled in the following manner:

- Diversion away from the site prior to contact with the Processing Facility by means of an open ditch at the perimeter of the site, as well as a constructed perimeter dike for flood control.

- Within the site, by means of an open ditch system to convey the run-off to the stormwater basin located the lowest point in the northwest corner of the Processing Facility.

The storm water basin is made of berms and is located at the northwest corner of the Processing Facility where all the trenches of the storm water system terminate. This basin has a capacity of approximately 1,000 cy.

### *6.11.4.    Product Transport Logistics*

The Rail Loadout Facility would be constructed and operated as described in the POD (Peak Minerals 2024c). In addition to rail transport of product, Peak Minerals plans to ship small quantities of product by truck to locations within the United States. This would occur when a quantity of product is needed on a timeline or at a destination that is not suitable for routine rail shipment. Up to 50,000 tons annually may be transported by truck.

Trucks in a single-trailer or double-trailer configuration would each carry up to 51 tons per shipment. With an empty-vehicle weight of 12.5 tons, fully-loaded vehicles would weigh up to 63.5 tons gross vehicle weight (GVW). Final truck destination would vary widely within Utah and throughout the United States, based on demand. If bridges are crossed, a permit from the UDOT would be required for use of state roads. Such a permit would allow transport of up to 129,000 pounds (64.5 tons) GVW.

Up to 1,000 trucks per year, or as many as three to four trucks per weekday, on average, could transport product from the site.

The distance between the Processing Facility location and the rail loadout facility is approximately 12 miles. **Figure 6-31** shows the relative location of the rail loadout facility and the Processing Facility.

To transport the Granular SOP from the Processing Facility to the rail loadout facility and MOP from the rail loadout facility to the Processing Facility, diesel fuel pull-trucks with 2-trailers unit is utilized. The trailers will be in accordance with **Figure 6-33**.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

The bulk SOP truck-trailer configuration consists of the total payload capacity of approximately 25 short tons each using 2-tandem trailers. It is of the top loading/bottom discharge design with multiple axle groups for reducing individual axle load to the acceptable limit while optimizing the payload.

The Water-Soluble SOP is 1.1-short ton bagged products. Products are loaded/unloaded by a forklift and transported from the Processing Facility to the loadout facility by flat-bed trucks. The bagged products are stored on an open area at the loadout facility and are transferred to box railcars.

Granular SOP will be transported in bulk with 100 short ton capacity railcars from the rail loadout facility to market. Water-Soluble SOP will be transported by box railcars. The expected loaded capacity is 100 short ton.

At a high-level, **Figure 6-34** depicts the distribution system to be employed by the Project for the transport of product to its respective final location.

### 6.11.5.    Mining Compliance and Inspection Plan

Solid mineral regulations at 43 CFR 3590.2 require the BLM to inspect mining operations to prevent the waste of minerals, damage to mineral deposits, and damage to affected non-mineral resources. The rule also requires the BLM to determine the adequacy of water management and pollution control measures. 43 CFR 3594.1 requires the BLM to inspect and enforce requirements to ensure that, *"mining operations are conducted in a manner to yield ultimate maximum recovery of the mineral deposits, consistent with protection and use of other natural resources and the protection and preservation of the environment – land, water and air . . . ".* These rules indicate that the BLM management of mineral leases should include enforcement of necessary actions for environmental protection.

Peak Minerals has committed to completing the necessary monitoring for the Project to demonstrate compliance with applicable regulations and requirements. The BLM would enforce the applicable mineral leasing regulations and lease stipulations. Peak Minerals has developed a series of plans which include monitoring requirements and reporting, which would be provided to the BLM that Peak Minerals has adopted under current ownership. Peak Minerals would notify the BLM in the event of a non-compliance activity related to the monitoring requirements. These monitoring and reporting requirements would apply to Peak Minerals' mining features for the life of the Project, as applicable. The applicable documents include:

- Adaptive Wildlife Management Plan (AWMP) (Peak Minerals 2024i)
  - Monitoring requirements are outlined in Section 5.0 of the AWMP. Reporting and documentation requirements are outlined in Section 6.0 of the AWMP.

- Blasting Plan (Peak Minerals 2024j)
  - Monitoring and reporting requirements are outlined in Section 4.0 in the Blasting Plan.

- Cultural Resources Plan (Peak Minerals 2024k)
  - Monitoring and reporting requirements are outlined in Attachment A of the Cultural Resources Plan.

- Fugitive Dust Control Plan (FDCP) (Peak Minerals 2024d)
  - Monitoring requirements are outlined in Sections 2.0, 3.0 and 4.0 of the FDCP. Reporting requirements are outlined in Section 7.0 of the FDCP.

Case 2:25-cv-00657   Document 1-3   Filed 08/07/25   PageID.523   Page 159 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

- Noxious Weed Management Plan (Peak Minerals 2024e)
  - Monitoring and reporting requirements are outlined in Section 3.0 of the Noxious Weed Management Plan.

- Reclamation Plan for Peak Minerals Sevier Playa Potash Project (Peak Minerals 2024b)
  - Monitoring and reporting requirements are outlined in Section 7.0 of the Reclamation Plan.

- Site Safety Plan (Peak Minerals 2024l)
  - Reporting requirements are outlined in Section 5.0 of the Site Safety Plan.

- Solid and Hazardous Waste and Hazardous Materials Management Plan (Peak Minerals 2024h)
  - Reporting requirements are outlined in Section 1.0 of the Solid and Hazardous Waste and Hazardous Materials Management Plan.

- Spill Prevention, Control, and Countermeasures (SPCC) Plan (Peak Minerals 2024g)
  - Reporting requirements are outlined in Section 3.0 of the SPCC.

- Stormwater Pollution Prevention Plan (SWPPP) (Peak Minerals 2024a)
  - As detailed in Section 3.0 of the SWPPP, Peak Minerals would provide a copy of the final SWPPP for BLM's review and approval and would maintain copies of all inspection reports onsite. Copies of inspection reports would be made available to the BLM during inspections or upon request.

- Transportation and Traffic Management Plan (Peak Minerals 2024f)
  - There are no reporting requirements in this report.

- Water Monitoring Plan (Peak Minerals 2024m)
  - Monitoring and reporting requirements are outlined in Section 3.0 of the Water Monitoring Plan.

There would be multiple types of BLM land use authorizations required for this project, one for the ROWs and one for the mine and another for the mineral material negotiated sales, which all incorporate different compliance and inspection requirements. The Environmental Compliance and Inspection Plan (ECIP) captures the ROW requirements, and this section of the Mining Plan captures the mining requirements. The documents listed below, referred to subsequently as the Project Governing Documents, are the source of the environmental compliance requirements for these separate project authorizations.

- ROW
  - ROW grants, including stipulations
  - POD
  - EIS stipulations (BLM 2019a)ROD (BLM 2019b)
  - Notices to Proceed
  - Bonds

- Mine
  - Mining Plan, including federal and state lease stipulations
  - EIS (BLM 2019a), including Supplemental Plans

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

- o ROD (BLM 2019b)
- o Bonds
- Mineral Material Negotiated Sales
  - o Gravel Pit Mining Plan (Peak Minerals 2024o), including stipulations
  - o EIS (BLM 2019a), including Supplemental Plans
  - o ROD (BLM 2019b)
  - o Bonds

Federal lease stipulations are summarized in **Table 1-2** which includes a cross-reference to link the Special Stipulation included in the Potassium Lease with the applicable section of this Mining Plan. As detailed in the referenced applicable sections, Peak Minerals has committed to completing the necessary monitoring and reporting to ensure and demonstrate compliance with the lease stipulations and plan requirements and conditions of approval.

During BLM inspections, Peak Minerals would make available for the BLM's review all monitoring and compliance related information and data, and other requested information.

## ENVIRONMENTAL COMPLIANCE AND INSPECTION PLAN

An ECIP would be prepared prior to construction and maintained throughout the life of the project. The ECIP would detail Peak Minerals and construction contractor roles and responsibilities, monitoring, record keeping, reporting requirements, and would incorporate as attachments the environmental training program and supplemental plans. It would also incorporate several summary tables to aid in environmental compliance such as:

- Authorizations and Permits–a quick reference for the authorizations and permits for the project.

- Pre-Construction Checklist–a list extracted from the Project Governing Documents that indicates tasks that must be completed prior to construction, such as pre-construction cultural resources surveys.

- Contact Information–this would include primary and secondary points of contact for key project roles such as the operator, BLM, construction, environmental compliance, health and safety. It would designate and provide contact information for a single person to communicate with the BLM on all Project matters. This person would be able to speak on behalf of the operator manager.

- Environmental Compliance Matrix–this tool would be compiled to include the environmental compliance commitments that are sourced from the Project Governing Documents. The following information would be incorporated into the matrix although nomenclature and contents may vary as the project progresses:
  - o Compliance ID–unique identifier for each commitment.
  - o Source–the source of the commitment including design feature number and/or text section number.
  - o Environmental Compliance Commitment–the commitment text inserted, verbatim from the source.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

- o   Action–briefly, what must be done to comply with the commitment. For example, control, monitor, report, stake.

- o   Implementation Plan–the supplemental plan where the compliance details can be found including period covered, date submittal required, and BLM review and response period.

- o   Project Phase–columns, as needed indicating which phase of the project the commitment applies to.

- o   Monitoring and Reporting Frequency–indicate commitments that require monitoring and reporting.

- Environmental Compliance Maps–an overview map plus detailed maps depicting project features and environmental constraints. For example, noxious and invasive weed areas. This spatial information may be displayed on paper maps or using an interactive, online map made available to BLM and Peak Minerals contractors.

- Schedule of Monitoring and Reporting Requirements–drawn from the "Monitoring and Reporting Frequency" column listed above in the Compliance Matrix, this table would provide more specific information such as the date or time period that monitoring must be completed and the date required for submittal. For example, quarterly water sampling due 15 days after each quarter.

- Environmental Training Program (also known as Worker Environmental Awareness Program or WEAP)–this would reference the Environmental Training Program, which is likely to be a digital slide deck with a voice recording to enable consistent training of all Peak Minerals staff and contractors. This attachment would include a sign-in sheet to document training and as needed refreshers for trained individuals. Hard-hat stickers would be issued to identify trained individuals.

## BLM MINE COMPLIANCE INSPECTION AND COMMUNICATION PLAN

Peak Minerals would facilitate regular project briefings in order to keep the BLM Fillmore Field Office and the BLM mining inspector informed. The briefings would focus on activities and features related to the mine. Inspection and communication related to the ROW is discussed in the ECIP. Because this Project would be operated under a Unit Agreement, Peak Minerals would include information in the meetings for state and federal leases. When the on-playa portion of ROW features (such as roads) are constructed, the meeting would discuss how they integrate with the Mining Plan. Peak Minerals and the BLM may agree to revise the format, frequency, and topics of the meetings, and invite additional agency attendees, as project needs and issues change. Peak Minerals would summarize the meeting discussion and materials and would send them to invited parties in case they are unable to attend a meeting.

- Weekly Information

- o   Updates–Peak Minerals (or their representative) would update the BLM Fillmore Field Manager and the BLM mining inspector weekly based on a mutually agreed upon schedule. In order to make efficient use of BLM staff time, weekly updates would provide updates on construction, mining and reclamation progress; focusing on activities that took place in the previous week and are planned for the subsequent week. Peak Minerals would provide maps that show the lease number highlighting mining features constructed the previous week and mining features proposed for construction the following week. Would include a discussion of where features transition from on-lease to ROW and vice-versa, if applicable. Other topics would include any updates to the Mining Plan (modifications), emergency issues, completed or proposed monitoring activities, and other pertinent topics.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

- Monthly Meeting Information
  - Updates–Peak Minerals (or their representative) would brief the BLM Fillmore Field Manager and the BLM mining inspector monthly based on a mutually agreed upon schedule. In order to make efficient use of BLM staff time, monthly meetings would provide qualitative updates on construction, mining and reclamation progress; focusing on activities that took place in the previous month and are planned for the subsequent month. Meeting topics may include:
  - Safety–Peak Minerals would summarize safety activities, e.g., training. The safety discussion may raise concerns about impacts to the project due to local weather conditions, the Sevier River, fire conditions and Red Flag Warnings.
  - Construction Update–Peak Minerals would discuss construction progress by mine feature and would also provide the estimated ground disturbance area.
  - Mining Update–Peak Minerals would discuss mining operations indicating active leases, active trenches, preconcentration and Production Ponds.
  - Reclamation–Peak Minerals would note interim reclamation efforts.
  - Map–a map showing the past month's construction progress would be provided. The next weeks proposed activities would be highlighted.
  - Plan Compliance and Modification–if activities take place that are out of compliance with the Mining Plan, Peak Minerals would describe the situation and corrective actions that would be implemented to verify that similar situations do not take place in the future. Peak Minerals may present proposed Mining Plan, Reclamation Plan or Bond Calculation modifications for review and discussion. Attendees may also discuss previously proposed modifications that are under review. Formal requests for plan modifications would take place via written communication.
  - Schedule–Peak Minerals would review and discuss progress in comparison to graphical work schedules in a format decided upon by the BLM and Peak Minerals, produced for monthly meetings.

- Quarterly Meeting Information
  - Updates–as determined by the BLM, the monthly meetings would be replaced with a quarterly meeting based on a mutually agreed upon schedule. These meetings would focus on quantitative updates and comparisons with the mining and reclamation plans. Meeting topics may include:
  - Safety–Peak Minerals would summarize safety activities, risks, opportunities, and challenges. The safety discussion may raise concerns about impacts to the Project due to local weather conditions, the Sevier River, fire conditions and Red Flag Warnings.
  - Construction Update–Peak Minerals would discuss construction progress for mining features including details such as improved road lengths, stormwater controls placed in required construction areas, and identifying general constructed feature dimensions versus planned.
  - Mining Update–Peak Minerals would discuss mining operations by lease, and feature including operation of trenches, collectors, canals, ponds and Processing Facility.
  - Reclamation and Bond Update–Peak Minerals would discuss interim reclamation efforts and reclamation scheduled for the coming quarter. The Quarterly Meeting Site Map would show areas reclaimed in the past quarter and would reference the requirement for

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

reclamation (e.g., seeding, grading). Areas treated to suppress noxious weeds in the past quarter would also be marked. If items are buried, including those approved under the Reclamation Plan, they shall be discussed. Site-wide risks, opportunities and challenges to reclamation success may be discussed and suggestions solicited. Peak Minerals would compare estimated ground disturbance area to the disturbance area used for the annual bond calculation.

o Map–a Quarterly Meeting Site map would be distributed showing the past quarters construction, differentiated by color from previous quarters' progress. Spatial data representing construction progress would also be provided quarterly in a format acceptable to the BLM.

o Plan Compliance and Modification–if activities take place that are out of compliance with the Mining Plan, Peak Minerals would describe the situation and corrective actions that would be implemented to verify that similar situations do not take place in the future. Modifications to the mining or reclamation plan may be discussed and approved at this meeting. Formal requests for plan modifications would take place via written communication to the AO or designee and the quarterly meeting may provide a forum for discussion. The formal request would document anticipated modifications to the bond calculation, if needed. Bond increases and plan modification authorizations would be in-place prior to start of construction of a modification. A modification request list would be maintained, updated, and discussed during each quarterly meeting.

o Schedule–Peak Minerals would review and discuss progress in comparison to graphical work schedules in a format decided upon by the BLM and Peak Minerals produced for quarterly meetings.

o Monitoring Results–the results of environmental compliance monitoring efforts would be discussed based on reports provided to the BLM or other agencies in the previous quarter. Including but not limited to water, brine, wildlife, reclamation, and cultural resources. Test results would be discussed along with the validity of the results. Water quality trends for freshwater aquifers may be discussed as well as wildlife mortality on the mine due to the project.

o Equipment issues–if equipment is stuck on the mine beyond two weeks, it would be discussed.

o Spills–spills would be reported as required by the SPCC. A summary of such reports that took place during the preceding quarter would be presented during the quarterly meeting.

- Annual Meeting Information

o Updates–once production starts (first feed to the processing facility), Peak Minerals (or their representative) would brief the BLM Fillmore Field Manager and the BLM mining inspector annually, based on a mutually agreed upon schedule. Meeting topics may include:

o Identification of active mining leases and exploration licenses. Peak Minerals would identify the name or ID number and type of each authorization.

o By lease, permit or license, a description of the mining or reclamation or exploration operations performed during the calendar year and the location of surface disturbing activities.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

- o Maps (tied to a public land survey system and at a sufficient scale) showing by color coding, hatching, or other means, the area of land affected by the operations and a description of the manner in which the land has been affected during the calendar year including: the name or identification of active areas, areas which were graded and/or seeded and reclaimed during the year, areas which were disturbed prior to, or during the calendar year and on which no reclamation has been completed. Spatial data representing these maps would also be provided in a format acceptable to the BLM.

- o The Reclamation Plan requires Peak Minerals to provide a methodology for updating and reconciling the bond calculations associated with the estimated size of project features versus the constructed size. A bond review would be completed prior to the annual meeting and Peak Minerals would discuss the results.

- o A statement as to the areas disturbed by the operations and the areas reclaimed during the calendar year including location of these areas and a description of techniques and results of rehabilitation activities and the acreage of rehabilitated areas corresponding to and labeled on the afore- mentioned maps and in tabular form.

- o A statement or description of reclamation remaining to be completed and upcoming reclamation proposed for the year corresponding to and labeled on the afore-mentioned maps.

- o Exploration activities which occurred on leases, and/or exploration licenses during the reporting period should be discussed. Geologic data obtained from exploration such as drill logs and a location map with surveyed coordinates would be provided. Electronic logs or other information obtained along with mineral grades would also be provided. Any proprietary information would be marked as confidential. A short discussion of exploration activities anticipated in the next year would be provided.

- o Monitoring data collected during the calendar year would be summarized based on reports provided to the BLM or other agencies in the previous year. The monitoring data presented would include data associated with environmental monitoring of the mining operations whether on or off state or federal leases. Specific data would include but not be limited to water, brine, wildlife, reclamation, and cultural resources. Test results would be discussed along with the validity of the results. Water quality trends for freshwater aquifers may be discussed as well as wildlife mortality on the property due to the project. A document outlining and detailing the noxious weed mitigation program would be submitted. Tables of these data would be provided along with location maps indicating monitoring point locations.

- o Peak Minerals would present the amount of salt produced and the brine and salt species analytical information for the Production Ponds and the Preconcentration Ponds. Include the inches of salt laid down in the Preconcentration Ponds. When potassium production is occurring, issues that significantly delay production would be discussed along with solutions or pending workarounds.

- Annual Report
  - o Peak Minerals would submit an annual report by March 1st of each year. The organization of the report would be similar to the Annual Operations Outline:
  - o Cover Letter
  - o Summary of Activities
  - o Mining Narrative

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

- o Summary of each mining feature
- o Topsoil storage/use areas
- o Road, pond, or other construction areas
- o Table with year-end production totals by lease indicating federal and state
- o Disturbed Area Inventory by lease described mining feature
- o Bond update and reconciliation analysis
- o As-built maps required by lease
- o Reclamation Narrative
  - o Summary
  - o Erosion control and stormwater management
  - o Fertilization-acreages and rates
  - o Seed Mixes-acreages and rates
  - o Weed control
  - o Map depicting reclaimed areas
- o Exploration Narrative
  - o Summary
  - o Drill logs and gamma logs if run (including mineral grades and other information)
  - o Drill hole location map and a table of surveyed collar coordinates
  - o Disturbed Area Inventory by lease or permit, including leases with exploration disturbances
  - o Exploration Plans
- o Monitoring
  - o Narrative summary
  - o Water monitoring data-current and cumulative
  - o Vegetation monitoring data-current and cumulative
  - o Wildlife Monitoring and Adaptive Management (including brine pond monitoring)
  - o Map depicting monitoring points

### 6.11.6.    Disturbance over the Life of Project

Disturbance over the life of the Project is quantified in the Reclamation Plan (Peak Minerals 2024b). For specific locations of disturbance acreages, refer to the Reclamation Plan (Peak Minerals 2024b).

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# 7.  RECOVERY METHODS

The proposed process for the conversion of Project brine into SOP would use operations commonly employed in the potash and soda ash industry and is detailed in the following sections. The basic process is outlined in **Figures 6-1** and **6-2** and would consist of the following steps:

- Solar evaporation ponds and precipitation of salts;
- Process feed;
- Conversion;
- Conditioning and flotation;
- Schoenite leach;
- Tailings leach;
- SOP crystallization;
- Drying, handling, and shipping; and
- Associated minerals.

Playa brine would be collected from extraction trenches and pumped into a series of solar evaporation ponds. Water would be evaporated from the brine, and salts would be selectively crystallized onto pond floors, as described in **Section 6.2**, *Mine Layout and Design*. The potash-rich salts would be harvested and fed to the Processing Facility. The potassium-rich salts would be converted to schoenite and fed to the flotation circuit. Flotation would separate schoenite from halite, epsomite, and other minor materials.

The flotation concentrate solids would be sent to SOP crystallizers. MOP, which contains potassium chloride, and water are added to the schoenite crystals to produce SOP through the following reaction:

$$2KCl_{(aq)} + MgSO_{4(aq)} \rightarrow K_2SO_{4(s)} + MgCl_{2(aq)}$$

The MOP increases the crystallizer recovery by converting some of the incoming $MgSO_4$ to SOP and $MgCl_2$. The dried SOP crystals would be screened and sized to meet desired specifications. Process steps are illustrated in **Figures 6-1** and **6-2**.

At steady-state the Production Ponds are targeted to produce 943,253 stpa of salt with brine content around 15 Wt% moisture. The total moist salt (salts and brine) harvested from the Production Ponds and fed to the Processing Facility are targeted at steady-state to amount to approximately 1,109,266 stpa at an average potassium grade of 13.52 Wt% K. The Production Pond salt minerals can be seen in **Table 7-1** below.

**Table 7-1.    Production Pond Salts Mineral Precipitation**

| Description | Sylvite (stpa) | Halite (stpa) | Kainite (stpa) | Carnallite (stpa) | Hexahydrite (stpa) | Total (stpa) |
|---|---|---|---|---|---|---|
| H1 | - | 96,080 | 362,923 | - | - | **459,003** |
| H2 | - | 37,654 | - | 237,329 | 102,562 | **377,545** |

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.531    Page 167 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Description | Sylvite (stpa) | Halite (stpa) | Kainite (stpa) | Carnallite (stpa) | Hexahydrite (stpa) | Total (stpa) |
|---|---|---|---|---|---|---|
| PRB | 68,818 | 37,887 | | | | 106,706 |
| **Total** | **68,818** | **171,621** | **362,923** | **237,329** | **102,562** | **943,253** |

Source: Novopro and Stantec 2022

Harvesting operations are as follows:

- Ponds are drained of the liquid brine, which is moved to the adjacent pond in the system.

- Solids are windrowed using graders to drain most of the remaining brine.

- Windrows are harvested with front end loaders and trucked to the Processing Facility.

- Ponds are harvested one line at a time (i.e., H1A/H2A, H1B/H2B or H1C/H2C) every four months allowing year-round production.

# 7.1.    Solar Evaporation Ponds and Crystallization of Salts

The playa brine would be concentrated to facilitate the precipitation of potassium bearing salts for harvesting as feed material and subsequent processing into SOP. The concentration would be accomplished by solar evaporation within a series of preconcentration and Production Ponds. The Preconcentration Ponds allow for the precipitation of the majority of the halite, minimizing the coprecipitation of halite with potash salts in subsequent Production Ponds. Additional information related to the evaporation ponds is included in **Section 6.2**, *Mine Layout and Design*.

Brine concentration in each pond has a specific target and would result in the optimal pond area to achieve the desired evaporation. Over time, solar evaporation would crystallize several dissolved salts that are likely to include the following:

- Halite

- Bloedite

- Gypsum

- Polyhalite

- Schoenite

- Kainite

- Sylvite

- Carnallite

- Thenardite

- Magnesium sulfate (hexahydrite or epsomite)

## 7.1.1.    Preconcentration Ponds

Following the collection of brine from trenches, Preconcentration Ponds would concentrate the brine up to the first potassium-bearing minerals saturation point. Each pond would act as an evaporator which, through selective precipitation and the gradual removal of water and impurities, such as sodium chloride,

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

would concentrate potassium in the brine. Brine would be pumped from the Preconcentration Ponds into Production Ponds just prior to potassium salts becoming saturated.

### 7.1.2.    Production Ponds

Production Ponds would bring the brine to saturation with respect to potassium salts and deposit those salts for harvesting as process feed material. The brine from the Preconcentration Ponds would be transferred to the Production Ponds just before the point of saturation with potassium-bearing salts. Evaporation would continue within the first Production Pond (H1), crystallizing schoenite, halite, and epsomite until the brine becomes saturated with respect to sylvite when the brine would be transferred to Pond H2. The ponds would be configured as follows:

1. Brine would be concentrated in the Preconcentration Ponds almost to the point of potassium saturation. Halite would crystallize during this process. Solution at the outlet of these ponds would be pumped into the brine transfer canal and sent to the Production Ponds.

2. The first Production Pond, H1, would be the mixed salts pond where further evaporation would crystallize a suite of minerals, principally halite, epsomite, and schoenite. Process recycle brine would be added to preconcentrated brine and mixed in the Concrete Brine Mixing Pit before being pumped into pond H1.

3. The outlet solution from Pond H1 would flow via a weir to Pond H2. There, halite, sylvite, and epsomite would crystallize.

## 7.2.    Process Feed

The Processing Facility can operate year-round with the two Production Ponds divided in three separate cells for a total of six cells. This configuration would eliminate the need for a harvested salts stockpile at the Processing Facility, instead allowing the salts to be stored in the six cells and then hauled and directly fed into the Processing Facility. Each train, consisting of two cells (for example, H1-A, H2-A), would be drained and harvested separately. Once all two cells in a train are drained (with the purge brine drained into the Bittern Brine Pond and then piped to the Bittern Waste ponds), the salts from the train would be harvested and fed to the Processing Facility. Graders would scrape the pond salts into windrows, where loaders would collect them and load them into tandem bottom dump trucks that would haul the salts to the Processing Facility.

Raw potash salts from the tandem bottom dump trucks would be deposited into a hopper-feeder. The feeder would direct the raw salts onto a conveyer belt that would feed a single-pass impact crusher. The crushed material would be sent to a pump box where it would be slurried with process brine and pumped into the conversion reactor.

### 7.2.1.    Wet Processing Area

The wet processing area receives the Production Pond salts from the evaporation ponds and processes them into an SOP slurry that is directed to the dry plant, with unit operations laid out from east to west with the solids passing successively through salts crushing, conversion, flotation, mineral leaching, and SOP crystallization. Product is directed to the dry plant to the south while tailings leave the wet plant on the western side; a maintenance area is also included in proximity to the wet plant.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

### 7.2.2.    Salts Crushing

The damp mixed salts containing approximately 15 Wt% moisture are discharged onto an apron feeder at the plant and are fed simultaneously with conversion brine into a hammer mill to produce a 50 percent solids crushed salt slurry; conversion brine at 50 percent by weight is used in milling to prevent caking in the unit while limiting the total feed to the unit. Additional conversion brine is then added to lower the solids content to facilitate pumping. The purpose of the crushing circuit is to produce a salts feed particle size distribution selected to allow the downstream unit operations to operate efficiently; specifically, flotation recovery improves as feed salts PSD decreases, within a certain range.

### 7.2.3.    MOP Dissolution

MOP brine sent to the SOP crystallizer system is generated by dissolving MOP purchased from external producers. This material is trucked into the plant where it is directed to bulk handling equipment, stored, and metered into an agitated tank for dissolution. Since the MOP purchased may contain oil and insoluble materials, a coalescing filter is used to remove impurities from the brine, which is then pumped directly into the SOP crystallization system. The 2022 FS estimated an MOP addition rate of 12.2 stph of 96,079 stpa to the crystallizer. The MOP addition process allows for an increase of the SOP production.

### 7.2.4.    Heat Management

The wet plant process has both cooling and heating requirements. In order to balance these loads and control the main unit operations' process temperatures, the patented Novopro process utilizing high heat recovery is the selected technology. Chillers are used to supply chilled water to the Project's conversion and leach circuit, as well as small users (seal water, potable water, and centrifuge and compactor cooling). Chilled water is generated at 37.4°F from the heat pumps. The chilled water effectively cools the system and is recycled back to the heat pumps. The heat rejected from these units is used to heat process fluids (in plate heat exchangers), effectively controlling the temperature in the SOP crystallizer, which makes the circuit very efficient. Hot water generated in the units is supplied at 165°F in a closed loop circulating through plate heat exchangers. The excess heat generated is dumped into the PRB, which is generated at the plant but recycled to the evaporation ponds to be further evaporated. The utilization of this process eliminates the need for any steam or cooling water, reducing both the $CO_2$ emissions as well as reducing water consumption.

Seasonal cooling and heating loads, based on the local site conditions, have been identified by the energy balance performed on the process; based on environmental conditions, cooling load is 7.57 MW and heating load is 6.7 MW; these are the design values used for the process. As a result of the heat pumps operations, 3.5 MW of excess heat is available to be transferred to the PRB.

### 7.2.5.    Dry Processing Area

The dry plant process commences with the SOP de-brining operation and is summarized below.

Solids are withdrawn from the bottom of the crystallizer as slurry and are pumped to an agitated tank where a small amount of process water is added to dissolve any remaining unreacted intermediate potassium-bearing mineral. Slurry from this tank is pumped to the SOP hydrocyclone to pre-thicken the feed prior to a pusher style centrifuge. The overhead stream from this hydrocyclone is directed to the SOP mother liquor tank, which also receives the centrate from the SOP centrifuge. A small quantity of water is used as a last stage wash on the cake in the centrifuge in order to displace any remaining mother liquor.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Washed SOP centrifuge cake is subsequently transferred to the SOP fluid bed dryer and centrate from the pusher centrifuge is combined in a tank with the SOP hydrocyclone overhead stream, which is then pumped back into the SOP crystallizer through the re-circulation leg.

The dry plant is designed to operate in two separate campaign modes as detailed below:

- Producing 100 percent soluble product only 30 percent of the time

- Producing 100 percent granular product only 70 percent of the time

Solid cake from the centrifuges is dried in a fluid bed dryer that uses propane as the energy source. This fluid bed dryer is designed to heat the product and generate a virtually moisture-free (< 0.2 Wt% moisture content) material at its outlet.

Dried solids are discharged onto the dry SOP drag conveyor feeding a bucket elevator which delivers the material to screening equipment which delivers a particle size distribution required for the end product for a given production campaign.

Oversize material from screening is directed to a single-stage cage mill for size reduction while the undersize material is combined with the on-size stream. When producing soluble product only, the crushed material exiting the cage mill is recycled to the top of the dried product screen by a series of diverters before being merged with the on-size and undersize streams and this combined material stream is conveyed to the bagging plant where it is packaged in 1-short-ton bags.

When producing granular product, the on-size stream is partly diverted by a series of diverters and belt conveyors and the remaining larger particles in the dry solids stream pass through the oversize material cage mill, thus allowing the required quantity of compaction feed salts to be produced. The on-size and crushed SOP is transferred to the compaction circuit. The material is sent to a paddle mixer and compactor. The compacted product is cured, crushed, and screened. The oversize material is processed through a roll crusher for size reduction and re-screened. The undersize from the screens then is re-circulated back to the compactor. The on-size compacted material is then conveyed to the glazing circuit.

The glazing circuit consists of a glazing paddle mixer (a drum could also be used for this purpose) followed by a propane-heated fluid bed dryer/cooler. Process water is sprayed on the tumbling granules in the mixer to produce a uniform coating that hardens in the fluid bed. The product is heated in the glazing unit and then dried and cooled before it undergoes a final screening. The cooled on-size material is conveyed to the silos of the loadout area by the product belt conveyor.

## 7.3.    Conversion Reactor

The purpose of this step is to convert all potassium salts into schoenite using a stirred tank. By converting the salts, flotation is simplified since it only has to target one potassium-containing mineral.

The conversion would occur in two reaction vessels set in series. Crushed material would be slurried with process brine from the schoenite-leach reactor. The temperature is controlled to ensure that the only potassium-containing species that crystallizes is schoenite. Technically defined as a precipitation reaction, all the potassium-containing minerals would dissolve when slurried with the schoenite-leach process brine. However, because the brine chemistry is designed so that schoenite is not soluble, the excess magnesium, potassium, and sulfate that entered the brine from the mixed salts would immediately

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

crystallize as schoenite. However, since magnesium sulfate would be in excess for this reaction, some epsomite would also crystallize in this step.

Exiting the conversion reactor would be a slurry of halite, epsomite, and schoenite. This slurry would be pumped to the flotation conditioning tanks.

Using the Novopro patented technology of heat recovery and brine management (in conjunction with the schoenite leach and the SOP crystallization unit operations) conversion is conducted at a constant temperature of 68°F. Cooling the conversion step to 68°F advantageously provides an increase in potassium first-pass recovery and ensures conversion of the potassium bearing salts to schoenite, which is the required feed for the downstream operations. The conversion slurry is pumped to the flotation circuit for beneficiation (**Table 7-2**).

**Table 7-2.    Conversion Circuit Design Information**

| Items | Value | Unit | Reference |
|---|---|---|---|
| Equipment Type | Vacuum operated draft-tube crystallizer, using evaporative cooling for temperature control | | |
| Operating Temperature | 68 | °F | |
| Throughput | 268 | stph | Nominal |
| % Solids (Feed) | 44 | % | |
| % Solids (Output) | 31 | % | |
| System Boiling Point Elevation | 48.2 | °F | Estimate |

Source: Novopro and Stantec 2022

# 7.4.    Conditioning and Flotation

The flotation circuit is designed to separate schoenite from halite and epsomite. The conversion slurry would be pumped into the first of two conditioning tanks. The flotation extender, frother, and collector would be added to the first tank. Refer to Section 9.1.3 for a list of chemicals used at the Processing Facility. The second tank increases retention time of the slurry and prevents short circuiting of the material.

The conditioning circuit provides time for the flotation chemicals to bond completely with the schoenite. Conditioned solids are fed to two flotation trains for a total of 14 rougher cells. Schoenite concentrate would be pumped to the schoenite leach step and tailings would be pumped to the tailing leach step.

Conversion slurry is mixed with flotation reagents in conditioning tanks where the solids are put in close contact with a mineral-specific flotation collector Flotigam 8122, which is supplied by Clariant. Once conditioned, the solids are pumped to a series of rougher-only classical Denver-type flotation cells where the potassium bearing mineral schoenite is floated from the gangue material. The flotation concentrate is centrifuged, and the solids are washed in order to remove flotation brine and associated chemicals. The washed flotation concentrate solids are sent to the leach reactor and tailings slurry is pumped to the tailings circuit. No scavenger nor cleaner unit operations are required due to the use of Novopro's patented leaching processes following this unit operation (Novopro and Stantec 2022).

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## 7.5.    Schoenite Leach Reactor

The schoenite concentrate slurry from the flotation circuit is pumped to the schoenite leach reactor where it is mixed with crystallizer mother liquor. The main purpose of this operation is to leach any remaining halite or epsomite from the schoenite prior to the final crystallization operation. Excess halite and epsomite would decrease recovery, increasing water usage. The leached schoenite slurry would be fed to a solid-liquid separation step where the entrained brine would be replaced with crystallizer mother liquor. The clean schoenite solids would be fed to the SOP crystallizer and the brine moved forward in the process to the conversion reactor. Any removed halite and/or epsomite is sent back to the Process Recycle Buffer via the process recycle brine (slurry) pipeline.

The schoenite leach reactor is also the point in the process where the crystallizer mother liquor is cooled to the optimal process temperature. This cooling crystallizes additional schoenite in the leach reactor that would be fed back to the SOP crystallizer. Refer to **Section 9.1.3** for a list of chemicals used at the Processing Facility.

## 7.6.    Tailings Leach

The tailings slurry from the flotation circuit would be pumped to two leach tanks. Each of the tailings leach tanks would be 12-foot diameter by 12-foot high with a maximum capacity of 10,152 gallons. The Nominal capacity will be 9,672 gallons. There, the flotation slurry would be mixed with enough playa brine to dissolve any schoenite that was sent with the flotation tails. After leaching is complete, process recycle brine would be sent back to the PRB via the Process Recycle Brine Pipeline and the remaining halite and epsomite would be sent to the TMA. This operation ensures that no schoenite would be lost to tailings and helps maintain high potassium recovery. The tailings leach brine pipeline (**Figure 6-19**) would carry playa brine to the Processing Facility for this operation. The use of playa brine in the tailings leach operation reduces the need for fresh water during processing.

## 7.7.    SOP Crystallization

The schoenite cake from the belt filter is directed to SOP crystallization where it is mixed with mother liquor and additional MOP and is converted to SOP. Solids are withdrawn from the bottom of the crystallizer as slurry and are pumped to an agitation tank where a small amount of process water is added. The slurry from this tank is pumped to the SOP hydrocyclone to pre-thicken the feed prior to a moving into the centrifuge located above the product dryer. A small quantity of water is used as a last stage wash on the cake in the centrifuge with the washed SOP cake subsequently directed to the SOP fluid bed dryer.

## 7.8.    Product Drying, Handling, and Shipping

The product exiting the SOP crystallizer circuit would be dried and screened to specification to produce the desired fertilizer products. Fertilizer-grade SOP would be produced as granular and soluble grades.

Product for granular SOP would be produced in a compaction circuit. To achieve the highest purity, the soluble product would be produced by crushing oversized SOP crystals and blending with water.

The granular products are stored in bins on-site and would be trucked to storage at the Rail Loadout Facility. Soluble Product would be stored in tanks and trucked to rail loadout via tanker trucks.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## 7.9.   Associated Minerals Production

Magnesium chloride would be produced naturally in the ponds system as well as through the addition of potassium chloride to the crystallizer. In the ponds, magnesium chloride would be concentrated to approximately 30 Wt% at which point it would be transferred to the Bittern Waste Ponds. This brine could be pumped directly into tankers for sale. Should the market so demand, a low-sulfur magnesium chloride product could be produced through the addition of lime.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# 8.   ULTIMATE MAXIMUM RECOVERY

Opportunities to increase the recovery of Sevier Playa minerals include increasing the potash production rate, optimizing brine resource extraction, and producing associated minerals. Implementation of these additional options would require further analysis, approvals, and/or permits.

## 8.1.   Increased Potash Production Rate through Enhanced Aquifer Recharge

The anticipated SOP production rate for the Project as proposed is limited by recharge to the brine aquifer from precipitation and inflow from Sevier River. The potential for enhancing aquifer recharge by enhancing the infiltration of precipitation into the brine aquifer and/or by enhancing Sevier River recharge to the playa is discussed in **Section 6.2**, *Mine Layout and Design*.

Based on data collected to date, there is adequate recharge water available to support the proposed production rate of approximately 215,000 stpa of SOP. In addition to the existing water that reaches the playa, and as discussed in detail in Section 6.2.4, Peak Minerals may lease or purchase upstream Sevier River water and convey it to the playa. At a minimum, the amount of recharge water required must equal the target Playa brine extraction rate of 18,859 ac-ft/yr, or approximately 11,700 gpm. Sources of recharge water consist of stream inflow from the Sevier River to the Playa, precipitation directly onto the surface of the Playa, and mountain-block recharge (i.e., subsurface inflow).

Based on available Sevier River estimates, and factored analysis of the Water Balance Model Report (Water Balance Model Report-CH2M 2017) it was determined that the amount of recharge water that Peak Minerals would need to purchase and convey to the Sevier Playa (assuming no transmission losses) for steady state operations ranges from 6,629 to 17,559 ac-ft/yr, with an average of 13,950 ac-ft/yr. Leased or purchased upstream water would be conveyed to the site via the Sevier River channel. Initial water transmission would have a greater infiltration loss than long-term flows. After accounting for anticipated transmission losses, and for Phase 1 initial wet-up conditions, it was determined that Peak Minerals would need to lease or purchase and convey an average volume of 28,762 ac-ft/yr from upstream sources. Once the channel is wet, that average annual volume would reduce to 15,216 ac-ft/yr (Novopro and Stantec 2022).

## 8.2.   Resource Optimization

The amount of recoverable resource has been estimated based upon current extraction and pond design, as well as current understanding of the brine aquifer. Methods and processes to optimize extraction and processing would continue as additional data are collected. Several options, which have not been presented because they require additional fieldwork and study, would continue to be evaluated to confirm viability and economical benefit.

The current plan assumes that brine would not be extracted from under Preconcentration and Production Ponds. However, recovery of the resources may be possible in the future with the construction of extraction trenches in these areas once the resource from the rest of the playa is depleted. New ponds would need to be constructed where the resource had been extracted. The new trenches would not only access brine that was originally beneath the ponds but would also extract the higher-concentration brine that would have leaked out of the ponds over the life of the Project.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Additionally, the brines contained in the underlying siliceous clay layer will be deferred to either a future phase or for a future mining operation. The activities that are planned in this plan will not affect the potential for future mining of those resources.

Either of these proposed actions would require future plan modifications to be approved by the AO.

Based on current understanding of the playa brines and on the current process design, the potential exists for the production of associated minerals (**Section 7.9**, *Associated Minerals Production*). Potential associated mineral products include SOP magnesia, magnesium sulfate, bromine, and other beneficial minerals. Determination of the specific types and amounts of associated minerals that might be produced would require completion of additional process test work.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# 9.   ENVIRONMENTAL FACTORS

Peak Minerals is committed to ensuring public, worker, and environmental health and safety throughout all aspects of work. In order to document the that it would take, Peak Minerals has developed plans to address specific resource issues and management requirements. These framework plans include the following:

- Adaptive Wildlife Management Plan (AWMP) (Peak Minerals 2024i)
- Blasting Plan (Peak Minerals 2024j)
- Cultural Resources Plan (Minerals 2024k)
- Environmental Compliance Inspection Plan (ECIP) (Peak Minerals 2024n)
- Fugitive Dust Control Plan (Minerals 2024d)
- Noxious Weed Management Plan (CPM 2024e)
- Reclamation Plan for Peak Minerals Sevier Playa Potash Project (Peak Minerals 2024b)
- Site Safety Plan (Peak Minerals 2024l)
- Solid and Hazardous Waste and Hazardous Materials Management Plan (Peak Minerals 2024h)
- Spill Prevention, Control, and Countermeasures (SPCC) Plan (Peak Minerals 2024g)
- Stormwater Pollution Prevention Plan (SWPPP) (Peak Minerals 2024a)
- Transportation and Traffic Management Plan (Peak Minerals 2024f)
- Water Monitoring Plan (Peak Minerals 2024m)

Each plan supplements the information and requirements contained in the EIS, the Amended Mining Plan, and the POD (Peak Minerals 2024c) and is incorporated into these documents by reference. Some of these plans contain applicant committed design features that are in addition to the design features listed in the POD and EIS (BLM 2019a). Peak Minerals will finalize each of these plans and has added requirements identified by the BLM during the NEPA process. These plans will be reviewed and approved prior to any surface disturbing activities associated with the Project.

## 9.1.   Water Use and Potential Pollution

### 9.1.1.   Dust Suppression

Roads and disturbed areas would be treated with water and/or chemical dust suppressants or excess $MgCL_2$ still left in the bitterns or produced on-site as conditions warrant. Dust suppression water options may include the following:

- Water acquired from existing permitted sources;
- Water from freshwater wells;
- Recharge water; and
- Playa brine.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Dust control options during operations are detailed in **Table 9-1**, *Dust Control Options,* and as described in the *Fugitive Dust Control Plan* (Peak Minerals  2024d).

**Table 9-1.    Dust Control Options**

| Location | | | Fresh Water | Commercial Dust Suppressant* | Purge Brine | Raw Brine |
|---|---|---|---|---|---|---|
| On-lease | On-playa | On-road | ✓ | ✓ | ✓ | ✓ |
| | | Off-road | ✓ | ✓ | ✓ | ✓ |
| | Off-playa | On-road | ✓ | ✓ | ✓+ | |
| | | Off-road | ✓ | | | |
| Off-lease | On-playa | On-road | ✓ | ✓ | ✓ | ✓ |
| | | Off-road | ✓ | ✓ | ✓ | ✓ |
| | Off-playa | On-road | ✓ | ✓ | ✓+ | |
| | | Off-road | ✓ | | | |

Note: Lime chips would be an available option, but only on Crystal Peak Road and Crystal Peak Spur Road (both on- and off-lease).

* Commercial $MgCl_2$ or other agency-approved, commercially available dust suppressant or soil stabilizer.

+ Purge brine may be approved by BLM for use on off-playa roads following testing by Peak Minerals.

### *9.1.2.    Water Rights*

The water rights presented in **Table 9-2**, *Approved Water Rights Applications by the Utah Division of Water Rights*, were issued by the State Engineer's office on April 30, 2014. The brine, river water, and groundwater would be used to support mining operations including brine extraction, recharge of the Sevier Playa with water from the Sevier River, and brine and groundwater used to support operational needs, administrative offices, dust suppression, construction of berms, equipment washing, and other purposes.

**Table 9-2.    Approved Water Rights Applications by the Utah Division of Water Rights**

| Water Right Number | Amount Water (ac-ft/yr) | Water Source | Ownership |
|---|---|---|---|
| 69-106 | 1,000 | Freshwater: Sevier River and underground wells | Peak Minerals |
| 69-110 | 20,000 | Brine water | Peak Minerals |
| 69-111 | 500 | Freshwater-groundwater | Peak Minerals |
| 69-112 | 222,000 | Brine water | Peak Minerals |
| 69-113 | 28,000 | Brine water | LUMA and Peak Minerals |
| 69-117 | 250,000 | Sevier Lake and ephemeral stream | Peak Minerals |

### *9.1.3.    Potential Pollutants*

Potential chemical sources include mining construction and operation equipment, fueling station, truck shop, and the Processing Facility.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

A bulk fuel-storage site would be located within the perimeter security fence at the Processing Facility. The fueling station would service light-duty vehicles and be used to fill 1,500 gallon or smaller truck-mounted tanks that would transport fuel to heavy equipment to be refueled in place.

The fueling station would consist of two 28,000-gallon petroleum fuel tanks, each located within secondary containment near the truck shop. Delivery of fuel would likely be contracted with a local supplier. The SPCC for the Project describes operating procedures to ensure protection of surface and ground water resources, prevent spills of petroleum products, and identify spill response procedures (Peak Minerals 2024g).

There would be various oils, fuels, and solvents stored in the truck shop.

The Processing Facility would use the following chemicals:

- Flotation collector: Clariant Flotigam 8122 would be injected to the flotation feed, with a dosage of up to 272 g/ton of the dry solids feed. The dry mass flotation feed is 1,975,030 tons/yr, which results in 436 tons/yr of collector.

- Flotation Extender: Kerosene would be injected to the flotation feed with a dosage of up to 73 g/ton of the dry solids feed. The dry mass flotation feed is 1,975,030 tons/yr, which results in 159 tons/yr of extender.

- Flotation frother: Methyl isobutyl carbinol would be injected to the dry flotation feed, with dosage of approximately 18 g/ton of the dry solids feed. The dry mass flotation feed is 2,177,097 tons/yr, which results in 109 tons/yr of frother.

- Anti-dusting agent: Anti-dusting oil is added to the product at loadout to prevent dust formation during transport and handling. The anti-dusting agent is a mineral oil (the same or equivalent to RHT22-85, supplied by the Commercial Oil Company). The dosage of oil is 0.1 percent oil for all SOP produced, which yields a consumption rate of 84 pounds per hour, which would be applied throughout the 7,880 operating hours of the Processing Facility. Based on this application rate, 331 tons/yr would be required.

- Potable water treatment: Sodium hypochlorite would be required for the water decontamination process for potable water supply. The quantity required would be in order of 10 gph or 78,800 gallons per year for the entire project.

- Methanol waste from the process laboratory. Methanol is used to wash brine from various mineral samples prior to analysis. This waste is collected and stored for disposal. It is estimated that the yearly usage of methanol would not exceed 55 gallons.

None of these chemicals are listed hazardous substances/wastes. Wastes would be handled and disposed of as detailed in the SHWHMMP (Peak Minerals 2024h).

Purge brine, which contains high concentrations of dissolved magnesium chloride with low levels of potassium, would be removed pre-harvest from the final harvest pond and pumped to the Bittern Waste Ponds.

Filter Cake Tailings generated from the Processing Facility would consist of a high solid concentration of halite, epsomite, and schoenite, as well as other impurities. Transportation of the Filter Cake Tailings from

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.543    Page 179 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

the Processing Facility to the TMA would be in the same trucks transporting harvested salts to the Processing Facility.

A complete list of chemicals used at the Project would be identified in the final design phase of the Project.

## 9.2.    Deleterious Material

The mining process uses naturally occurring brines, solar evaporation, and minimal additives for processing. Deleterious materials are defined in R647-1-106 as "earth, waste or introduced materials exposed by mining operations to air, water, weather or microbiological processes, which would likely produce chemical or physical conditions in the soils or water that are detrimental to the biota or hydrologic systems." UDOGM considers fuels, oils, many processing chemicals, and other materials to be deleterious (or potentially deleterious) materials. All deleterious or potentially deleterious material shall be safely removed from the site or kept in an isolated condition such that adverse environmental effects are minimized as discussed in **Section 6.11.2 and 9.1.3.**

Deleterious or acid-forming materials connected to the mining process have not been identified.

All materials used with mining and reclamation activities would be properly disposed of and/or stored in an isolated condition to ensure that adverse environmental effects are eliminated or controlled to the extent possible. The salts, salt brine, and brackish water, even though they may be harmful to health, are not included because they are naturally occurring and would be redeposited onto the Playa or into the TMA or Bittern Waste Ponds.

## 9.3.    Stormwater Management and Erosion Control

There are no jurisdictional Waters of the United States regulated by USACE within the Sevier Playa (USACE 2018).

Peak Minerals would obtain a Utah Pollutant Discharge Elimination System (UPDES) permit for stormwater discharges associated with construction activities. During operation of the Project, a separate permit for industrial stormwater discharges associated with mining activities and operation of the various Project features would be required. The stormwater permit for mining activities is required because it is anticipated that runoff could contact raw material, intermediate products, finished products, and/or byproducts or waste products associated with the Project. As part of the permits, Peak Minerals would develop the SWPPP(s) for the site (Peak Minerals 2024a) and would implement stormwater best management practices to ensure compliance with the UPDES General Stormwater Construction Permit and UPDES Multisector General Permit, Sector J (Mineral Mining and Processing Facilities) for stormwater discharges associated with industrial activities. Implementation of the SWPPP(s) would reduce or eliminate potential water quality impacts from unregulated construction and mining related soil erosion and stormwater discharge from the site.

Erosion control methods, detailed in the SWPPP (Peak Minerals 2024a) and Drainage Control Plan included as an appendix in the Reclamation Plan (Peak Minerals 2024b), may include construction of water diversion structures and site-specific applications of mulch or other water flow dissipation materials as needed to control surface water runoff across disturbed areas. Water bars would be constructed to the size, spacing, and cross sections specified by the BLM to divert water from all erosion-prone areas and to direct drainage away from disturbed areas to established vegetation in sloped areas. Spacing intervals for water bars would be determined on a site-specific basis. Slope protection would be designed for the

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

particular application required. Mulch would be applied on highly erodible soils and in areas with slopes greater than 15 percent. On steep slopes, hydromulching may be appropriate. Only mulch that has been certified to be weed free would be used.

According to Rule 647-4-111 of the Utah Administrative Code (UAC), erosion control would incorporate site-specific and regional conditions of topography, soil, drainage, water quality, and other characteristics. A Drainage Control Plan has been developed to address this rule and is included as an appendix to the Reclamation Plan (Peak Minerals 2024b). Maintenance of a reclaimed on-lease Project would include stabilizing areas where erosion has taken place, revegetating areas where revegetation has not progressed in a timely manner and mitigating any noxious weeds that may be present. The BLM would establish success criteria to determine when reclamation is adequate, which would be documented at the conclusion of Project operations. Subsequent reseedings and monitoring may be required.

Erosion and sediment control best management practices would be employed during Project construction. More details on stormwater erosion control are contained in the SWPPP (Peak Minerals 2024a).

Stormwater management and erosion control for off-lease construction activities would be managed in accordance with the POD (Peak Minerals 2024c), the SWPPP (Peak Minerals 2024a), and the Drainage Control Plan in the Reclamation Plan (Peak Minerals 2024b).

# 9.4.    Environmental Protection and Public Health and Safety

The Processing Facility would be fenced and gated. Public access to the remainder of the Project would be restricted using "no trespassing" and other appropriate hazard warning signs posted at all access roads leading to the Playa or other work areas. The *Site Safety Plan* (Peak Minerals 2024l) addresses applicable Occupational Safety and Health Administration standards and other safety policies and procedures for employees, contractors, and public safety.

### 9.4.1.    Fire Prevention and Control

A fire safety plan is part of the *Site Safety Plan* (Peak Minerals 2024l) prepared for the Project. It addresses emergency routes, fire preparedness and fire prevention practices. There is no vegetation on the Sevier Playa and thus no potential for wildland fire, although sufficient vegetation to support a fire exists around the Playa margins. To reduce the likelihood of ignition, care would be taken to park vehicles and run generators in areas where vegetation does not come into contact with hot engines or mufflers. High-risk activities (e.g., the use of torches and welders) would be limited to areas that are clear of flammable materials. Flammable liquids would be stored appropriately. Water storage tanks would be designated for fire response actions. Fire control and response procedures are outlined in the *Site Safety Plan*.

### 9.4.2.    Subsidence

A series of trenches and wells, as described in **Section 6.2.1**, *Extraction Trenches*, would be used to extract the brine. However, as discussed in **Sections 6.2.1** and **6.2.2**, *Recharge System*, water removed from the brine aquifer would be replaced by recharge water. For this reason, the Playa aquifer zones would not be dewatered and subsidence would not be expected.

For the freshwater production wells, Peak Minerals plans to extract a total of 502 gpm combined from the wells over a 25-year period. In 2012, Peak Minerals drilled a test borehole to a depth of 750 feet at the

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.545    Page 181 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

location of the westernmost proposed well location. Based on studies conducted by CH2M (2012, 2016b), the following details would be planned:

- Proposed wells would be 1,500 feet deep;

- Diameter of each well would be 20-inch diameter borehole, with a 14-inch casing;

- Depth to bedrock would be about 350 feet bgs (based on depth in test bore);

- Anticipated depth to water in the proposed well locations would be about 460 feet bgs (based on water level for test boring); and

- Worst-case drawdown from the long-term operation of the proposed wells would be about 65 feet (CH2M 2016b).

The unconsolidated sediments for each well would consist of materials similar to the materials encountered in the test bore:

- Alluvium and colluvium, undifferentiated: mixed alluvial and colluvial deposits that consist of fluvially reworked, coarse-grained colluvium and/or alluvium with a considerable colluvial component; also includes talus; mapped chiefly in mountain headwater areas that are isolated from mountain-flanking alluvial fans (CH2M 2012).

For the planned freshwater pumping, no drawdown-induced subsidence is anticipated because:

- The coarse-grained unconsolidated materials would minimize the potential for subsidence; and

- These unconsolidated sediments are not saturated because the static water level is below the bottom of the unconsolidated zone by about 110 feet.

### 9.4.3.    Surface Water and Groundwater Pollution

Surface water inflows to the Sevier Playa would be stormwater runoff, precipitation, and inflow from the Sevier River. Chemical contamination from equipment used on the playa or in the Processing Facility presents a low risk. An SPCC and a SHWHMMP would be implemented before construction activities begin. The SHWHMMP (Peak Minerals 2024h) would provide details regarding hazardous material handling and waste disposal procedures. The SPCC includes measures to minimize and contain potential hydrocarbon spills, cleanup measures, and reporting requirements (Peak Minerals 2024g). Fueling stations would be equipped with secondary containment structures to contain spills. Maintenance and processing chemicals would be confined to specific use areas or storage in the facility of use, and secondary containment systems would be used as needed.

Federal lease, Special Stipulation 8 states the following:

> Water Replacement: The Lessee at his expense, will be responsible to replace any water resources (that contain in a base line analysis of <10,000 mg/1 TDS), that are lost or adversely affected (quality or quantity) by their mining operations. These shall include (1) developed ground water sources existing at lease issuance or new sources that may be developed during the term of the lease, and (2) other surface and/or ground water sources that may be identified by the BLM for protection as part of the conditions for any mining plan approvals. If replacement is required, the lessee shall replace the sources with an alternate source in the same quantity and quality to maintain existing uses. The existing uses shall include but not limited to riparian habitat, fishery habitat, livestock,

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

wildlife, domestic, agricultural, or other land uses. The lessee/operator shall obtain sufficient base line data and monitoring in order to establish parameters to show whether water resources are affected (BLM 2011c).

Additionally, Special Stipulation 13 states the following:

> Hydrologic Analysis: Sufficient base line data shall be established prior to conducting any surface disturbing activity which shall be determined necessary by the AO. In order to accomplish this, the lessee shall submit for review and approval by the AO a plan to analyze ground and surface water interactions as part of any operations or exploration on the leases. The plan shall be submitted prior to or concurrent with a Mining or Exploration plan under 43 CFR 3592.1. The plan shall include, but not be limited to the following items, and shall describe how the lessee proposes to; (1) develop sufficient base line groundwater information to document existing hydrogeology associated with Sevier Lake basin fill and underlying carbonates, encompassing a reasonable area of potential resources, springs, and the alluvial and bedrock aquifers. This shall include items such as the location, size, and depth of any hole that will encounter water and/or brine as well as any information that will be collected on each hole. (2) Determine the potential impacts to existing water right holders, wells, wetlands, and surface and groundwater throughout their operations. Water chemistry (including stable isotopes as necessary, estimated flow and water quantity (water balance) shall be addressed. (3) Monitor the actual impacts to groundwater resources throughout and surrounding the operation including but not limited to changes in meteoric precipitation and springs, wells (base conditions, water levels, and chemistry conditions prior to construction and monitoring after construction), wetlands, and ditches. Wells, wetlands, and springs (at sites determined to be relevant based upon the groundwater study that would be conducted prior to development) shall be monitored during operations in order to minimize potential impacts to groundwater resources by allowing an early identification. Further, the plan shall contain sufficient detail to allow it to be independently assessed and include such things as the type of groundwater model that would be used (and/or other methods of analysis), phasing of the analysis and proposed iterative studies. The plan shall also contain a list of people and their qualifications to accomplish the work and a list of deliverables with a timing schedule. The lessee shall be responsible for any cost incurred for the plan and the accomplishing of the work (BLM 2011c).

Per this requirement, Peak Minerals has gathered initial baseline data to support both the *Fresh Water Baseline Study* (FWBS) (CPM 2018c) and *Water Monitoring Plan* (WMP) (Peak Minerals 2024m) that are included as part of the *Groundwater Discharge Permit Application* (Peak Minerals 2023), submitted to the Utah Division of Water Quality in August 2018 and updated and resubmitted in 2023. In concert with the FWBS and WMP, Peak Minerals has adopted the combined *Sampling and Analysis Plan / Quality Assurance Project Plan* document (Peak Minerals 2024m) detailing the sampling and laboratory procedures to be followed. The FWBS has been submitted to and accepted by the BLM to cover the monitoring of streams, springs, and wells surrounding the playa to address the lease stipulations. The WMP (Peak Minerals 2024m) covers the proposed operational monitoring for compliance with both the DWQ rules and the BLM lease stipulations. This plan would be finalized prior to start of operations. This WMP outlines monitoring requirements to evaluate the actual impacts to surface water and groundwater resources throughout and surrounding the mine area during operations in order to minimize potential impacts to groundwater resources by allowing early identification. The *Groundwater Discharge Permit Application*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

(Peak Minerals 2023) was developed and approved to assist in providing data to determine whether water resources that contain a baseline analysis of <10,000 mg/L TDS are affected. If water resources are affected, the determined lost or adversely affected (quality or quantity) volumes of water are required to be replaced in accordance with lease stipulations. Peak Minerals would install a series of monitoring wells both on and off-lease to monitor groundwater as detailed in the WMP (Peak Minerals 2024m).

## 9.4.4.    Air Resources

The EPA's Office of Air Quality Planning and Standards and the Utah Division of Air Quality (UDAQ) have set National Ambient Air Quality Standards for the following criteria pollutants: nitrogen dioxide, sulfur dioxide, carbon monoxide, ozone, lead, particulate matter smaller than 10 microns in aerodynamic diameter (PM10), and particulate matter smaller than 2.5 microns in aerodynamic diameter (PM2.5). Millard County is an attainment area for National Ambient Air Quality Standards (NAAQS) for all criteria pollutants, including the PM10 and PM2.5 components of fugitive dust.

Potential issues and concerns identified in association with Project effects on air quality are as follows:

- Fugitive dust emissions;

- Other emissions (including construction and operation equipment);

- National Ambient Air Quality Standards;

- Greenhouse gas emissions; and

- Climate change.

The Project is required to comply with state and federal air quality regulations. The air emissions and associated dust control strategies must be approved by both the BLM and UDAQ through the NEPA and permitting processes. Fugitive dust control measures are included in the *Fugitive Dust Control Plan* (Peak Minerals 2024d) and are included in the Applicant Committed Design Features in Appendix E. The *Fugitive Dust Control Plan* would be approved by the BLM and the UDAQ.

A Modeling Protocol was developed in coordination with the BLM, EPA, and UDAQ. The protocol identifies methods and procedures for air dispersion modeling for evaluating compliance of Project emissions with the NAAQS. The protocol includes discussion of development of the emissions inventory, modeling methods, and assumptions including model selection and options, meteorological data and emission source and modeling parameters for review by stakeholders.

Modeling Reports were prepared, reviewed, and approved as part of the EIS process and the UDAQ Approval Order which summarized the modeling methodology used to evaluate the Project's impact on air quality with respect to the NAAQS, Air Quality-Related Values for nearby federally designated Class I areas and visibility impacts for nearby federally controlled lands designated as sensitive Class II areas for the 2019 plan. The analysis was performed using the Modeling Protocol and based on the *EPA Guideline on Air Quality Models* (EPA 2005) with revisions in 2016–2017, *UDAQ Dispersion Modeling Guidance* (UDAQ 2013), and the federal land managers' air quality related values work group report (U.S. Forest Service et al. 2010).

Previously, as part of the UDAQ review of the Approval Order, it was requested that Peak have an emissions inventory and modeling report, Best Available Control Technology analysis, and proposed permit limits evaluations conducted. Information contained in the Notice of Intent has been updated and

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

submitted to UDAQ to develop an Approval Order. The anticipated 2024 Approval Order will contain permit conditions under which the facility is approved to operate as well as identify record keeping and reporting requirements, if applicable.

Federal lease, Special Stipulation 15 states the following:

> Dust Control Plan: The operator/lessee shall develop a dust control plan for review by the AO prior to conducting any operations under the lease. This shall include but not be limited to (1) the treatment of road and disturbed surfaces, (2) speed limits to control dust, (3) stabilizing piles and (4) conditions under which work will cease, such as operations during high wind conditions. The costs of the controls shall be borne by the lease/operator (BLM 2011c).

Peak Minerals would provide dust control and suppression throughout the construction period to protect surface soils from wind erosion and to minimize fugitive dust generated by construction activities. Dust control would be performed as described in the *Fugitive Dust Control Plan* (Peak Minerals 2024d).

Roads and disturbed areas would be treated with water and/or chemical dust suppressants as conditions warrant. Dust suppression water options may include the following:

- Water acquired from existing permitted sources during construction and before completion of freshwater wells;

- Water from freshwater wells prior to full utilization of production-related water rights;

- Water leased from upstream Sevier River water owners; and

- Recharge water.

Peak Minerals has secured water rights 69-113 and 69-117, which include rights for dust suppression. Water application rates would vary based on weather, seasons, traffic, and frequency of chemical dust suppression applications where permitted. The *Fugitive Dust Control Plan* provides dust suppression guidance.

### 9.4.5.    *Livestock Grazing*

Livestock grazing is a primary land use in the area around Sevier Playa, although the Playa itself is not managed for grazing due to lack of forage, soft surface conditions, and TDS in the Playa water. Approximately 8,000 acres of the Sevier Playa leasing area falls within the boundaries of eight allotments surrounding Sevier Playa. The Playa itself is not part of an allotment. The lands around Sevier Playa support very sparse vegetation with poor forage value due to the aridity and proximity to the salty Playa. Vegetation is summarized in Section 3.6, *Vegetation*. Ground-disturbance outside the Playa would be reclaimed and revegetated according to the Reclamation Plan (Peak Minerals 2024b). Potential issues and concerns related to livestock grazing include the following:

- Conflicts with allotment management;

- Attraction of livestock to open water (brine);

- Alteration of water sources;

- Loss of forage, including off-playa ROWs;

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.549    Page 185 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

- Safety concerns caused by increased Project traffic; and

- Achievement of rangeland health standards.

A few brine resource wells on the extreme margins of the Playa may fall within the boundary of adjacent grazing allotments. Several stock watering locations are located near, or within, the Sevier Playa lease area. Peak Minerals would coordinate with the BLM and the grazing allotment holder to identify areas of potential conflict should mine development or operation activities coincide with the allotment's active period. If necessary, Peak Minerals would schedule activities within grazing allotments to avoid potential impacts to livestock.

### 9.4.6.    Natural Resources

Federal lease, Special Stipulation 9 states the following:

> Wildlife and Plant Species: Sufficient base line data shall be established as determined necessary by the AO. In order to accomplish this, the lessee shall submit an acceptable wildlife and plant inventory prior to conducting any surface disturbing activity. Prior to conducting the inventory, an inventory plan shall be submitted and approved by the AO for the mining and/or exploration plan. The inventory plan shall include Federally Listed or Candidate species, as well as BLM Sensitive plant or wildlife species, including FWS Birds of Conservation Concern (2008) and big game species. The inventory plan shall address, but not be limited to the following: species occurrence, migration corridors, winter use, reproductive periods, and habitat value, including the invertebrate community. The plan shall address the time periods to be inventoried by species. The inventory shall be conducted by a qualified individual approved by the AO prior to the commencement of the inventory. The final inventory shall be submitted to the AO within 60 days after completion. A Wildlife Mitigation Plan shall be submitted as part of any mining or exploration plan and will describe actions to be taken to avoid, minimize, or reduce any future impacts to wildlife. The plan shall include but will not be limited to, survey/monitoring of species; the rescue, recovery, reporting and rehabilitation of injured wildlife as practicable; recovery and reporting of wildlife mortalities; and mitigation and adaptive management strategies. The species to be monitored shall include species on the Wildlife Action Plan, developed by the Utah Division of Wildlife Resources, and the Partners in Flight priority species. The lessee shall submit a report annually discussing mortality rates and the effectiveness of any mitigation measures taken. At the discretion of the AO this reporting requirement may be waived. The cost of conducting the inventory, preparing reports and the mitigation plan, and carrying out subsequent mitigation measures and reporting on the effectiveness of such measures, shall be borne by the Lessee (BLM 2011c).

Per this requirement, various baseline surveys have been completed to support the EIS (BLM 2019a) and permitting efforts. These are discussed below. In addition, per this requirement, an AWMP has been prepared (Peak Minerals 2024i).

### 9.4.7.    Wildlife

Peak Minerals has completed various wildlife field surveys to support the EIS (BLM 2019a) and permitting effort. The results of these survey efforts are presented in the BLM's EIS for the Project and reports,

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.550    Page 186 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

including the *General and Special-Status Wildlife and Plant Species Survey Report* (CH2M 2014) and *Sevier Playa Waterbird Use and Habitat Evaluation Study* (SWCA 2018). The completed surveys are as follows:

- Avian point counts, 2011 through 2013;

- Aerial and terrestrial waterbird surveys, 2017;

- Raptor nest surveys, summer 2013 and 2014;

- Bat surveys, summer through fall 2013, spring 2014;

- Utah prairie dog surveys, June 2013;

- Burrow surveys (kit fox and burrowing owls), June through July 2013;

- Dark kangaroo mouse surveys, September 2014;

- Incidental observations of big game and other wildlife were made during the avian point count survey, 2011 through 2013; and

- Kit fox surveys:
    - Incidental observations during point count surveys, 2011 through 2013; and
    - Intensive camera trap surveys, summer through fall 2013, spring 2014.

Information from these studies was used in the Project EIS (BLM 2019a) to describe the potential presence at, or use of lands associated with, the Project by wildlife species and to analyze potential impacts from Project development and operation activities. The AWMP provides a summary of the wildlife resources regulatory framework, habitats, resources, and resource concerns. This AWMP (CMP 2018h) has been updated as part of the EIS stipulations (BLM 2019a) and ROD (BLM 2019b).

No habitat value for large mammals exists on the Sevier Playa, although the UDWR heritage database identifies substantial to critical habitat value for pronghorn (Antilocapra americana) and mule deer (Odocoileus hemionus) around the perimeter of the playa and in the surrounding area. UDWR has designated crucial, year-round pronghorn habitat on the north, east, and south sides of Sevier Playa. Year-round mule deer habitat is present in off-lease areas in the Cricket Mountains and the House Range. These mountains also provide chukar partridge (*Alectoris chukar*) habitat.

### 9.4.8.    Threatened, Endangered, Candidate, or Sensitive Species

Upon review of the USFWS database, there are two species listed under the Endangered Species Act (ESA) and their habitats being assessed and evaluated by the BLM within and reasonably near the Project: the Utah prairie dog (threatened, *Cynomys parvidens*) and the California condor (endangered, *Gymnogyps californianus*). A third species listed under the ESA, the yellow-billed cuckoo (threatened, *Coccyzus americanus*) is listed in Millard County, Utah but there is no habitat for this species located in or near the Project. Many BLM special-status species are known to occur near various Project components. Most notable are raptors, migratory birds, and mammals. Other notable wildlife species that can be found within the area are big game, and reptiles. Potential issues and concerns related to wildlife resources are as follows:

- Wildlife and fish excluding special-status species
    - Loss or degradation of habitats, including loss of habitat suitability

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.551    Page 187 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

- o Influence of noise, traffic, vehicle collisions, and human activity on movement, foraging, nesting, and breeding of wildlife
- Migratory birds
  - o Influence of noise, traffic, vehicle collisions, and human activity on foraging, nesting, roosting, and breeding
  - o Attraction of birds to evaporation ponds or other Project facilities, with subsequent injury or mortality
  - o Importance of habitats to migrating waterfowl and shorebirds
- Special-status species
  - o Utah or BLM sensitive species (e.g., kit fox and burrowing owl)
  - o Bats
  - o Raptors (e.g., golden eagle and ferruginous hawk)
  - o Birds of Conservation Concern
  - o Priority Species for Conservation Action
  - o Loss of potential (unoccupied) habitat for Utah prairie dog
  - o Wildlife and livestock collisions with Project vehicles and subsequent risk of vehicle collisions with scavenging individuals (e.g., the California condor)

Through the EIS (BLM 2019a) process, the BLM evaluated the potential for the Project to affect these species.

The wildlife surveys completed to support the BLM's preparation of the EIS (BLM 2019a) also assessed the presence of BLM- and State-sensitive plant and animal species in the Sevier Playa area. Burrowing owls (Athene cunicularia) and kit fox (*Vulpes macrotis*) were identified in upland areas adjacent to the Sevier Playa. Through the EIS, the BLM evaluated the potential for the Project to affect these species and other BLM- and State-sensitive species. The ROD for the EIS included stipulations that Peak would need to comply with prior off-lease disturbances and have been incorporated into the AWMP (Peak Minerals 2024i).

### 9.4.9. *Migratory Birds*

Migratory birds include various types of native birds, from songbirds to raptors, such as eagles, hawks, and owls. The Migratory Bird Treaty Act of 1918 made it illegal to "take" migratory birds, their eggs, feathers, or nests. The Bald and Golden Eagle Protection Act affords additional protection to all bald and golden eagles. The Project is within the southeastern corner of the Great Basin Bird Conservation Region 9, which lists 28 species of birds, including ferruginous hawk, golden eagle, peregrine falcon, green-tailed towhee, and brewer's sparrow. Some of these birds are also designated as BLM Sensitive Species.

The habitats in and around the Sevier Playa currently support generally low levels of use by migratory birds, including passerines, waterfowl, other wading and shore birds, and raptors. For construction, maintenance, and decommissioning activities in areas that could be used by nesting birds, Peak Minerals would be required to conduct migratory bird nest clearance surveys to determine the locations of nests and nesting habitat around actions the BLM has authorized and by designing those actions to avoid disturbing nesting habitats during the nesting season.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

The construction of hypersaline ponds and trenches would potentially attract waterfowl and shorebirds. Birds landing on hypersaline waters can become encrusted with salt and drown, or their ability to fly may become impaired. As a result of preening their feathers or drinking hypersaline water, birds can also become sick or die due salt toxicosis. Therefore, the ponds could present an ongoing hazard to migratory birds throughout the life of the Project. For this reason, Peak Minerals has developed a Brine Pond Stepped Monitoring and Mitigation Plan, which is included as Attachment A of the AWMP (Peak Minerals 2024i).

### 9.4.10.    Vegetation

No federally listed or candidate plant species are known to occur in the Sevier Playa area, and the area does not contain habitat suitable for any federally protected plant species, based on review of the Utah Conservation Data Center database (UDWR 2013) and field surveys conducted for the Project (CH2M 2014). Potential issues and concerns related to vegetation resources include the loss or degradation of native or desirable vegetation and habitat for wildlife and forage for livestock.

The Utah Noxious Weed Control Act (UAC R68.9) designates the responsibility for the prioritization and implementation of weed control strategies to the Utah Weed Control Association. The BLM Utah State Office does not maintain its own list of weeds. In addition to state-listed noxious and invasive species, Millard County maintains a list of noxious weeds and high-priority invasive species. Vegetation surveys documented the presence of several noxious and invasive plant species in or near the Project. Potential issues and concerns related to noxious and non-native invasive vegetation include the introduction of noxious weeds and the spread of existing and new weed infestations.

Potential impacts to vegetation surrounding the Project were analyzed in the EIS (BLM 2019a).

### 9.4.11.    Wetlands

Federal lease, Special Stipulation 16 states the following:

> Riparian and Wetland Inventory: The operator/lessee shall conduct an inventory for riparian and wetlands. The inventory shall be acceptable to the AO prior to the commencement of any surface disturbing activities. The inventory shall include but not be limited to; (1) maps at a sufficient scale to show the size and location of these areas. This inventory shall include the project area and the Sevier River within Township 20 South, Range 10 West if the AO deems it necessary. (2) Vegetation species shall be addressed along with percent cover, and water quality, temperature and quantity, and soil types. The cost of the inventory shall be borne by the lessee/operator (BLM 2011c).

Federal lease, Special Stipulation 11 states the following:

> The lessee shall work with the BLM in contacting the Corps of Engineers to comply with Section 404 of the Clean Water Act and, as necessary, in obtaining a 404 Permit (BLM 2011c).

The USACE issued an approved jurisdictional determination for the Sevier Playa in September 2018 (USACE 2018).

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

While it is not anticipated that the wetland areas in the project would be regulated under Section 404 of the Clean Water Act, there are areas that contain wetland vegetation types in the area. These areas were identified in a Wetland and Riparian Baseline Inventory for the Project (SWCA 2016). Based on the results of this inventory, non-native and invasive species are common—and often dominant—throughout the wetland and riparian areas in the study area. The largest wetland and riparian areas and the areas with the most dense and extensive herbaceous wetland vegetation are located along the Sevier River corridor and the inlet of the river to the Sevier Playa. These areas are supported by the Sevier River, the largest water source in the region. However, this is a regulated system for agricultural and industrial use and the amount of water that reaches the playa is substantially reduced and unpredictable.

Riparian vegetation, mostly in the form of invasive salt cedar and salt cedar intermixed with wetland floodplain vegetation, are common along the banks and floodplains of the Sevier River upstream from the Sevier Playa. At the inlet of the Sevier River onto the Sevier Playa, the river corridor dissipates into an alluvial fan of shallow, wandering, braided channels. In this area, vegetation is present in some locations between and around the margins of the channels, as well as in depressions and around the margins left by previous channels. The vegetation is primarily herbaceous wetland and wetland floodplain vegetation intermixed with unvegetated playa areas. Based on a review of aerial imagery, the distribution and extent of vegetated and unvegetated areas at the inlet and on the Sevier Playa has substantial annual variation controlled by inundation and shifting soils, which are related to the volume of water flowing onto the Sevier Playa. In wetter years, such as 2011, the area is largely inundated with water, and vegetation is largely absent.

### 9.4.12.    Riparian Areas

Riparian areas in the vicinity of Sevier Playa and upstream of the Sevier Playa along the Sevier River were identified in the *Wetland and Riparian Baseline Inventory for the Sevier Playa Potash Project* (SWCA 2016). Based on the results of this inventory, non-native and invasive species are common, and often dominant, throughout the wetland and riparian areas in the study area. The primary woody riparian species is invasive salt cedar. The largest wetland and riparian areas and the areas with the most dense and extensive herbaceous wetland vegetation are located along the Sevier River corridor and the inlet of the river to the Sevier Playa. These areas are supported by the largest water source in the region, the Sevier River. However, this is a regulated system for agricultural and industrial use and the amount of water that reaches the playa is substantially reduced and unpredictable.

Riparian vegetation, mostly in the form of invasive salt cedar and salt cedar intermixed with wetland floodplain vegetation, are common along the banks and floodplains of the Sevier River upstream from the Sevier Playa. However, no riparian vegetation occupies the Sevier Playa or the playa margins.

### 9.4.13.    Cultural Resources

Federal lease, Special Stipulation 10 states the following:

> Cultural Resources: The Lessee shall contact the AO with sufficient information and request a determination if a cultural inventory and/or tribal consultation is necessary. If it is necessary and prior to BLM approval to initiate potash production, the lessee shall conduct a cultural resource inventory to BLM Utah Class III inventory standards on all lands where they may be surface disturbance within the boundaries of the leased lands. The inventory shall be conducted by a qualified professional cultural resources specialist (i.e., archaeologist, historian, or historical architect, as appropriate), approved by the AO.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

> A report shall be generated of the inventory and recommendation for protecting any cultural resources that are identified. The lessee shall undertake measures, in accordance with instructions from the AO to protect cultural resources on the leased land. The lessee shall not commence the surface disturbing activities until permission to proceed is given by the AO. The cost of conducting the inventory, preparing reports, and carrying out mitigation measures shall be borne by the Lessee. The lessee shall protect all cultural resource properties within the lease area from lease related activities until the cultural resource mitigation measures can be implemented. If cultural resources are discovered during the operations under this lease, the lessee shall immediately bring them to the attention of the AO. The lessee shall not disturb such resources without written authorization from the AO. It may be necessary for the lessee to hire a cultural contractor to assist the BLM in determining the following: 1) whether the materials appear eligible for the National Historic Register of Historic Places; 2) the mitigation measures that the lessee will likely have to undertake before the site can be used (assuming in situ preservation is not necessary); and, 3) a time frame for the AO to complete an expedited review under 36 CFR 800.11 to confirm, through the State Historic Preservation Officer, that the findings of the AO are correct and that mitigation is appropriate. All cultural resources shall remain under the jurisdiction of the United States until ownership is determined under applicable law (BLM 2011c).

In accordance with this requirement, a series of cultural resources investigations have been completed to support the Project. A programmatic agreement has been developed between the BLM, the State Historic Preservation Office, TLA, and Peak Minerals. Since 2011, SWCA has conducted a series of cultural resources investigations to support the Project. These investigations involved cultural resources surveys and excavation activities monitoring. Pedestrian cultural resources surveys have been conducted within the playa boundary, and a comprehensive Class I study (Beck 2013) has been conducted within the Project APE. Baxter's (2010) review of available data found that considerable cultural resources research had been conducted in and around the area covered by the review. Beck's (2013) search identified 127 previous cultural resources projects, 249 General Land Office features, one historic trail, and 412 known archeological sites located wholly or partially inside the Class I study area.

Additional pedestrian surveys would be conducted as determined in the programmatic agreement once the off-lease facility locations have been confirmed. The Project could have impacts to properties that are eligible for the National Register of Historic Places and traditional cultural properties.

The proposed mine area and all ancillary facilities would be constructed in compliance with the Project's programmatic agreement that was developed to comply with Section 106 (36 CFR 800.6), as described in the *Cultural Resources Plan* (Peak Minerals 2024k).

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.555    Page 191 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# 10. RECLAMATION PLAN

Federal leases require that Peak Minerals prepare an interim and final reclamation plan. A Reclamation Plan (Peak Minerals 2024b) has been prepared in accordance with this stipulation and UDOGM's rules (R647-4-110) including standard reclamation practices (R647-4-111).

Federal lease includes the following Special Stipulations (1, 7, and 14) specific to reclamation that are addressed in the Reclamation Plan (Peak Minerals 2024b):

1) Ditches, Berms, Drill Holes and Other Excavations: The lessee shall fill in pits, ditches, and other excavations within reason, to restore the surface of the leased land and access roads to their former conditions as far as reasonably possible, including removal of structures and removal of all debris. All drill holes shall be filled with cement or other suitable material as approved by the Authorized Officer (AO) prior to abandonment of the wells. This shall take place upon any partial or total lease relinquishment or cancellation or at any other time prior thereto when required and to the extent deemed necessary by the lessor (BLM 2011c).

7) Reclamation: The mining plan must include an interim reclamation plan and a final reclamation plan. A seeding and grading plan and schedule will be submitted and approved by the AO prior to finalizing any reclamation. Upon reclamation of disturbed areas surrounding the lakebed where revegetation is planned, plant growth shall be monitored for a minimum of three years or until the reclamation standards of success have been attained. All previously vegetated disturbed areas will attain 75 percent basal cover, based on similar undisturbed adjacent native vegetative community, and comprised of desired species and/or seeded species within five years of initial reclamation action. However, if after three (3) growing seasons there is less than 30 percent of the basal cover based on similar undisturbed native vegetative community, then the AO may require additional seeding efforts. The reclamation bond/liability will not be released until the AO accepts the reclamation in writing. Concurrent reclamation practices will be used. In the event that this standard cannot be met, the lessee may request a waiver to this stipulation. The waiver must state as a minimum, the reasons for the request and show a history of the reclamation attempts by the lessee. The AO may waive the requirement on his discretion (BLM 2011c).

14) Lands and Realty: Existing roads and trails would be used for travel to the maximum extent feasible unless otherwise authorized. During wet road conditions, any ruts deeper than four inches remaining on the road from the project would be repaired at the AO discretion. The proposed project would be subject to valid prior existing right-of-way. The Master Title Plat and LR2000 Geo Report show an existing right-of-way within the project area. The proposed project is subject to this existing right-of-way. This Holder shall be contacted and coordinated with if their ROW would be affected by this project (BLM 2011c).

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# 11.  LITERATURE CITED

Alkar. 2015. *Thermal Processing*. Available at: http://middprocessing.com/alkar.html.

Avian Power Line Interaction Committee (APLIC). 2006. *Suggested Practices for Avian Protection On Power Lines: The State of the Art in 2006.* Washington, D.C.: Edison Electric Institute, Avian Power Line Interaction Committee, and Sacramento, California: California: California Energy Commission. Available at: http://www.aplic.org/uploads/files/2643/SuggestedPractices2006%28LR-2%29.pdf. Accessed January 24, 2017.

Baxter, J. 2010. *Class I Inventory for the Sevier Lake Competitive Potash Leasing Project, Millard County, Utah*. Report Number 10-19. Orem, Utah: Bighorn Archaeological Consultants, LLC.

Beck, K. 2013. *An Overview of Known Cultural Resources Along Proposed Utility Corridors and Facilities for the Sevier Playa Project in Millard County, Utah*. Salt Lake City, Utah: SWCA Environmental Consultants.

Bureau of Land Management (BLM). 1987. *Warm Springs Resource Area, The Resource Management Plan, Record of Decision Rangeland Program Summary*. U.S. Department of the Interior, U.S. Bureau of Land Management, Richfield District Office. April.

———. 2011a. *Sevier Lake Competitive Potash Leasing Proposal, Millard County, Utah, Environmental Assessment DOI-BLM-UT-W020-2010-014-EA*. U.S. Department of the Interior, U.S. Bureau of Land Management, Fillmore Field Office. February.

———. 2011b. *Sevier Dry Lake Exploratory Testing, Millard County, Utah, Environmental Assessment DOI-BLM-UT-W020-2011-0015-EA*. U.S. Department of the Interior, U.S. Bureau of Land Management, Fillmore Field Office. October.

———. 2011c. Peak Mineral Inc.'s Potassium Lease, UTU-88387

———. 2019a. Sevier Playa Potash Project Final Environmental Impact Statement. DOI-BLM-UT-W020-2014-0001-EIS. Available at: https://eplanning.blm.gov/eplanning-ui/project/67624/570

———. 2019b. Sevier Playa Potash Project Record of Decision. Available at: https://eplanning.blm.gov/eplanning-ui/project/67624/570

Carlton, S. M. 1985. Fish Springs multi-basin flow system. Unpublished M.S. thesis, Mackay School of Mines, University of Nevada, Reno.

Case, R. W., and K. L. Cook. 1979. A Gravity Survey of the Sevier Lake Area, Millard County, Utah. *Utah Geology* 6(1):55–76.

CH2M. 2012. *Results of Clean Water Test Hole.* Memorandum to Rick Dye, Crystal Peak Minerals. Salt Lake City, Utah. July 3.

———. 2013a. *Preliminary Draft - Sevier Playa Basin Conceptual Model Report.* December.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

———. 2013b. *Preliminary Feasibility Study of the Sevier Lake Playa Sulphate of Potash Project.* NI 43-101 Technical Report, Millard County, Utah. November 18.

———. 2013c. *Soil Assessment for the Sevier Playa Project.* October.

———. 2013d. *Documentation of a Probabilistic Reservoir Model for the Sevier Playa Project.* Technical Memorandum. October 10.

———. 2014. *General and Special-Status Wildlife and Plant Species Survey Report for the Sevier Playa Project.* September.

———. 2016a. *Sevier Playa SOP Feasibility Study, Re: CPM Sevier Playa SOP FS – Site Conditions.* Technical Memorandum. December 15.

———. 2016b. *Crystal Peak Minerals Freshwater Production Well Effects Analysis.* Memorandum to Mike Gates, Clara Stevens, Paul Summers, Tom Gibbons, Todd Leeds, and Cindy Ledbetter, Bureau of Land Management. Salt Lake City, Utah. December 22.

———. 2017a. *Draft Engineering Design Report E2 Sever River Diversion Canal and Structures.* July.

———. 2017b. *Sevier Playa Potash Project Feasibility Study – Water Balance Model Report.* Prepared for Crystal Peak Minerals August 2017.

Coastal Engineering Research Center. 1984. *Shore Protection Manual.* Available at: https://ia802604.us.archive.org/34/items/shoreprotectionm01unit/shoreprotectionm01unit.pdf

Crystal Peak Minerals (CPM). 2018a. *NI 43-101 Technical Report – Sevier Playa Sulfate of Potash Project.* Salt Lake City, Utah: Crystal Peak Minerals February 21.

———. 2018b. CPM SPP Project – Groundwater Model. Technical Memorandum. Salt Lake City, Utah: Peak Minerals January 2018.

———. 2018c. *Fresh Water Baseline Study.* Salt Lake City, Utah: Peak Minerals

Domenico, P.A., and F.W. Schwartz. 1990. *Physical and Chemical Hydrogeology*, John Wiley & Sons, New York, 824 p.

DSB International. 2013. *CONFIDENTIAL* - Solar Pond Balance Rev3-2013.xls. Excel spreadsheet.

Fortier, S., and F. C. Scobey. 1926. Permissible Canal Velocities. *Transactions of the American Society of Civil Engineers*, 89:940–956, Paper No. 1588.

Gilbert, G. K. 1890. Lake Bonneville. U.S. Geological Survey. Washington – Government Printing Office.

Gwynn, J. W. 2006. *History and Mineral Resources Characterization of Sevier Lake, Millard County, Utah*. Miscellaneous Publication 06-6. Utah Geological Survey.

Harrill, J. R., and D. E. Prudic. 1998. *Aquifer Systems in the Great Basin Region of Nevada, Utah, and Adjacent States – Summary Report.* Prepared for U.S. Geological Survey. Professional Paper 1409-A. Washington, D.C.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Heilweil, V. M., and L. E. Brooks. 2011. *Conceptual Model of the Great Basin Carbonate and Alluvial Aquifer System.* Prepared for U.S. Geological Survey. Scientific Investigations Report 2010-5193. Washington, D.C.

Hintze, L and Davis F., 2002a. Geologic Map of the Wah Wah Mountains North 30' x 60' Quadrangle and Part of the Garrison 30' x 60' Quadrangle Southwest Millard County and Part of Beaver County Utah: Utah Geological Survey Map 182.

Hintze, L and Davis F., 2002b. Geologic Map of the Tule Valley 30' x 60' Quadrangle and Parts of the Ely, Fish Springs, and Kern Mountains 30' x 60' Quadrangles, Northeast Millard County, Utah: Utah Geological Survey Map 186.

Intermountain GeoEnvironmental Services, Inc. (IGES). 2013. *SDRI Summary Report*. July 18.

Lane, E. W. 1955. The Importance of Fluvial Morphology in Hydraulic Engineering. *Proceedings of American Society of Civil Engineers* 81(745):1–17.

Lenntech. 2017. Water Analysis Accuracy Tester. Available at: https://www.lenntech.com/calculators/accuracy/accuracy-water-analysis.htm.

March Consulting Associates Inc. 2012. *Preliminary Economic Assessment, Sevier Dry Lake, Utah, United States*. Technical Report NI 43-101. Prepared for EPM Mining Ventures Inc. Saskatoon, Saskatchewan: March Consulting Associates Inc., in cooperation with Norwest Corporation.

Millard County. 2013. *Millard County General Plan*. Available at: https://www.millardcounty.org/wp-content/uploads/departments/planning-zoning/general-plan/GENERAL-PLAN.pdf.

Natural Resources Conservation Service (NRCS). 2013 *Soil Survey of West Millard/Juab Area, Utah – Parts of Millard and Juab Counties* (Unpublished). Access via telephone and email communication with Mr. Burke Davenport, Natural Resources Conservation Service, Fillmore, Utah. July 22, 2013.

———. 2018. Web Soil Survey. Available at: https://websoilsurvey.sc.egov.usda.gov/App/HomePage.htm. January 11, 2018.

Novopro Projects Inc. 2016. *CONFIDENTIAL - Flotation Reagents Screening & Performance Testing Campaign – Summary of Results*. November 25.

Novopro Projects Inc. and Stantec Consulting Services (Novopro and Stantec). 2022. *Feasibility Study Report for the Sevier Playa Potash Project*. September 23, 2022.

Oregon State University. 2012. *Parameter-elevation Regressions on Independent Slopes Model* (PRISM). Available at: http://www.prism.oregonstate.edu/index.phtml.

Peak Minerals. 2023a. Groundwater Discharge Permit Application.

———.2024a. *Stormwater Pollution Prevention Plan*. Salt Lake City, Utah: Peak Minerals

———.2024b. *Reclamation Plan for Crystal Peak Minerals Sevier Playa Potash Project.* Salt Lake City, Utah: Peak Minerals

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

———. 2024c. *Plan of Development for Off-Lease Facilities for the Sevier Playa Potash Project.* Salt Lake City, Utah: Peak Minerals

———.2024d. *Fugitive Dust Control Plan*. Salt Lake City, Utah: Peak Minerals

———. 2024e. *Noxious Weed Management Plan*. Salt Lake City, Utah: Peak Minerals

———. 2024f. *Transportation and Traffic Management Plan*. Salt Lake City, Utah: Peak Minerals

———. 2024g. *Spill Prevention, Control, and Countermeasures Plan*. Salt Lake City, Utah: Peak Minerals

———. 2024h. *Solid and Hazardous Waste and Hazardous Materials Management Plan*. Salt Lake City, Utah: Peak Minerals

———. 2024i. *Adaptive Wildlife Management Plan*. Salt Lake City, Utah: Peak Minerals

———. 2024j. *Blasting Plan*. Salt Lake City, Utah: Peak Minerals

———. 2024k. *Cultural Resources Plan*. Salt Lake City, Utah: Peak Minerals

———. 2024l. *Site Safety Plan*. Salt Lake City, Utah: Peak Minerals

———. 2024m. *Water Monitoring Plan.* Salt Lake City, Utah: Peak Minerals

———. 2024n. *Environmental Compliance and Inspection Plan*. Salt Lake City, Utah: Peak Minerals

———. 2024o. *Gravel Pits Mining Plan*. Salt Lake City, Utah: Peak Minerals

Rasmussen, J. D. 1997. *Geology and Evaporite Mineral Resources, Sevier Lake Project, Millard County, Utah*. Prepared for Salada Minerals LLC. Salt Lake City, Utah.

Soil Conservation Service (SCS). 1970. *Soil Survey of the Beaver-Cove Fort Area, Utah – Part of Beaver and Millard Counties*.

———. 1971. *Soil Survey of Delta Area, Utah – Part of Millard County*.

SWCA Environmental Consultants (SWCA). 2016. *Wetland and Riparian Baseline Inventory for the Sevier Playa Potash Project.* Prepared for Crystal Peak Minerals

———. 2017. *Response to BLM Questions Regarding Sevier Playa Potash Project Sevier River Water Delivery.* September 15, 2017. Memorandum to Clara Stevens, Bureau of Land Management. Salt Lake City, Utah.

———. 2018. Sevier Playa Waterbird Use and Habitat Evaluation Study. Prepared for Crystal Peak Minerals*.*

———. 2019. Rail Loadout and Processing Facilities Vegetation and Soil Survey Report. Prepared for Crystal Peak Minerals Salt Lake City, Utah*.*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

U.S. Army Corps of Engineers (USACE). 2003. *Slope Stability – Engineer Manual*. Available at: http://www.publications.usace.army.mil/Portals/76/Publications/EngineerManuals/EM_1110-2-1902.pdf.

———. 2018. Approved Jurisdictional Determination for the Peak Minerals, Sevier Lake Project. April 25, 2018. SPK-2013-00295. Bountiful, Utah: Utah Regulatory Office.

U.S. Environmental Protection Agency (EPA). 2005. Appendix W of 40 CFR Part 51—Guideline on Air Quality Models (Revised), Office of Air Quality Planning and Standards, Research Triangle Park, North Carolina. November.

U.S. Forest Service, National Park Service, and U.S. Fish and Wildlife Service. 2010. *Federal Land Managers' Air Quality Related Values Work Group (FLAG).* Phase I Report—Revised (2010). Natural Resource Report NPS/NRPC/NRR—2010/232. Denver, Colorado: National Park Service.

U.S. Geological Survey (USGS). 2014. Fetch- and Depth-Limited Wave Calculations. https://woodshole.er.usgs.gov/staffpages/csherwood/sedx_equations/    RunSPMWave.html. November 24.

Utah Automated Geographic Reference Center. 2012. Ten-meter-grid resolution DEM data. Available at: https://gis.utah.gov/#data. Accessed 2012.

Utah Division of Air Quality (UDAQ). 2013. *Emissions Impact Assessment Guidelines* (UDAQ Dispersion Modeling Guidance). Available at: http://www.deq.utah.gov/Permits/air/docs/2013/03Mar/EmissionsImpactAssessmentGuideline.pdf. Accessed January 25, 2018. Utah Division of Wildlife Resources (UDWR). 2013. Utah Conservation Data Center. Database search for the Sevier Project including a 1-mile buffer around the gas lines and a 0.5-mile buffer around other Project components. Available at: http://dwrcdc.nr.utah.gov/ucdc.

Western Regional Climate Center. 2013. Average annual precipitation of Milford and Delta, Utah. Available at: http://www.wrcc.dri.edu/.

Whetstone Associates, Inc. 2017. *Draft Baseline Water Resources Technical Report for the Sevier Playa Potash Project.* October.

Whitson, T.D., L.C. Burrill, S.A. Dewey, D.W. Cudney, B.E. Nelson, R.D. Lee, and R. Parker. 1999. *Weeds of the West*. 6th ed. Jackson, Wyoming: Pioneer of Jackson Hole.

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# FIGURES

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



Great
Salt
Lake

Salt Lake City

TOOELE
COUNTY

Utah
Lake

UTAH
COUNTY

JUAB
COUNTY

Nephi

MILLARD
COUNTY

Delta

Scipio

SANPETE
COUNTY

Fillmore

Salina

Richfield

SEVIER
COUNTY

BEAVER COUNTY

**Legend**

⊡ Sevier Playa Boundary

☐ BLM and TLA Lease
  Boundary

Salt Lake City

0     12.5     25
Miles
(At original document size of 8.5x11)
1 in = 25 Miles

N

**Stantec**     **Peak Minerals**

| | |
|---|---|
| *Project Location* | Drawn by BT on 2024-06-06 |
| Millard County, UT | TR by IH on 2024-06-06 |
| | IR by SM on 2024-06-06 |
| *Client/Project* | |
| Peak Minerals Inc. | |
| Sevier Playa Project | |
| Mining Plan | |
| *Figure No.* | |
| **1-1** | |
| *Title* | |
| **Regional Vicinity** | |

**Notes**
1. Coordinate System: NAD 1983 UTM Zone 12N
2. Data Sources: Peak Minerals Inc.
3. Background: Sources: Esri, USGS, NOAA

V:\037\Active\182925537_update\03_datalgis_cad\_ArcPro\2019_Figure_Recreation\Mine_Plan\Mine_Plan.aprx     Revised: 2024-06-06 By: ixtaylor

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



Figure No.
1-2

Title
**Project Area**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



Legend

Sevier Playa Boundary

BLM and TLA Lease
Boundary

**Project Features**

LUMA Lease

Peak Lease

EPM Lease - SITLA

**Land Ownership**

Bureau of Land
Management

Private

State Trust Lands

0    2    4  Miles

(At original document size of 8.5x11)
1 in = 4 Miles

N

**Stantec**    **Peak Minerals**

Project Location
Millard County, UT

Drawn by BT on 2024-06-06
TR by IH on 2024-06-06
IR by SM on 2024-06-06

Client/Project
Peak Minerals Inc.
Sevier Playa Project
Mining Plan

182923537

Figure No.
**2-1**

Title
**Sevier Playa Leaseholds**

Notes
1. Coordinate System: NAD 1983 UTM Zone 12N
2. Data Sources: Peak Minerals Inc.
3. Background: Earthstar Geographics

Salt Lake City

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



Surface Geology

Peak Minerals Inc.
Sevier Playa Project
Mining Plan

Figure No. 3-1

Project Location: Millard County, UT

Drawn by BT on 2024-06-06
TR by IH on 2024-06-06
IR by SM on 2024-06-06

182923537

Legend
- Sevier Playa Boundary
- BLM and TLA Lease Boundary

Geology
- C1
- C2
- C3
- D
- Ji
- M1
- O
- PCs
- QT
- Qa
- Qao
- Qb
- Ql
- Qr
- Qs
- S
- T4
- Tmb
- Tmv
- Tov
- Tpb
- Tvu
- playa
- water

Notes
1. Coordinate System: NAD 1983 UTM Zone 12N
2. Data Sources: Peak Minerals Inc.
3. Background: Sources: Esri, USGS, NOAA

0   3   6 Miles
(At original document size of 8.5x11)
1 in = 6 Miles

Stantec    Peak Minerals

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



Figure from Case and Cook, 1979

**EXPLANATION**

Concealed fault, dashed where inferred by gravity data. Bar and ball are on downthrown side.

0 ___ 5 MILES
0 ___ 10 km

**Stantec**  **Peak Minerals**

| Project Location | Drawn by BT on 2024-06-06 |
|---|---|
| | TR by IH on 2024-06-06 |
| Millard County, UT | IR by SM on 2024-06-06 |

Client/Project
Peak Minerals Inc.
Sevier Playa Project
Mining Plan                                          182923537

Figure No.
**3-2**

Title
**Fault Zones**

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125





Figure from Gase and Cook, 1979




| Project Location | Drawn by BT on 2024-06-06 |
| --- | --- |
| | TR by IH on 2024-06-06 |
| Millard County, UT | IR by SM on 2024-06-06 |

Client/Project                                          182923537
Peak Minerals Inc.
Sevier Playa Project
Mining Plan

Figure No.
**3-3**

Title
**Gravity Survey Sections**

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

| Depth (ft)I(m) | Thickness m (ft) | Carbonate (%) | Penetrometer tons/square foot (t/ft) |
|---|---|---|---|
| | 0-0.5m (0-1.5ft) | 38.6 | 0 - 0.25 |
| | 2.9m (9.5ft) | 38.6 | 0 - 0.5 |
| | 0.9m (2.8ft) | 46.2 | 0 - 0.5 |
| | 0.7m (2.4ft) | 46.5 | 0 - 0.5 |
| | 0.4m (1.5ft) | 46.9 | 0 - 0.5 |
| | 0.9m (3 1ft) | 47.3 | 0 - 0.5 |
| | 1.0m (3 4ft) | 46.5 | 1.5-3.0 |
| | 3.0m (9.9ft) | 47.7 | 0.75-1.25 |
| | 1.0m (3.4ft) | 29.6 | 0.75-1.25 |
| | 0.5m (1.6ft) | 32.2 | 0.75-1.25 |
| | 2.1m (6 9ft) | 34.4 | 0.75-1.25 |
| | 0.9m (3.0ft) | 31.1 | 0.75-1.25 |
| | 5.3m (17.5ft) | 32.2 | 1.0-1.5 |
| | 0.9m (3.0ft) | 28 | 1.0-1.5 |
| | 2.2m (7.3ft) | 33.6 | 1.0-1.5 |
| | 0.6m (1.8ft) | 34 | 1.0-1.5 |
| | 4.2m (13.9ft) | 31.1 | 1.0-1.5 |
| | - | - | >5 |




| | |
|---|---|
| Project Location | Drawn by BT on 2024-06-06 |
| Millard County, UT | TR by IH on 2024-06-06 |
| | IR by SM on 2024-06-06 |
| Client/Project | 182923537 |
| Peak Minerals Inc. | |
| Sevier Playa Project | |
| Mining Plan | |
| Figure No. | |
| **3-4** | |
| Title | |
| **Typical Stratigraphy** | |

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.



RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



Note: The artesian areas of the playa
vary based on seasonal and climatic
changes in the groundwater system.

## LEGEND



— Sevier Playa Boundary

Artesian Areas

● Shallow Sonic Wells

◆ Direct Push Shallow Wells

▲ Deep Sonic Wells

N


**Stantec**     Peak Minerals



| Project Location | Drawn by BT on 2024-06-06 |
| Millard County, UT | TR by IH on 2024-06-06 |
| | IR by SM on 2024-06-06 |
| Client/Project | 182923537 |
| Peak Minerals Inc. | |
| Sevier Playa Project | |
| Mining Plan | |
| Figure No. | |
| **3-6** | |
| Title | |
| **Artesian Areas** | |

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.





METSIM Screenshot - Harvest Ponds

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



Figure No.
5-1

Title
Scatter Plot of NA+ versus SG

Project Location
Millard County, UT

Client/Project
Peak Minerals Inc.
Sevier Playa Project
Mining Plan

182923537

Drawn by BT on 2024-06-06
TR by IH on 2024-06-06
IR by SM on 2024-06-06

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



## %K

$y = 0.94x + 0.02$
$R^2 = 0.84$

◆ %k

— Linear (%k)

| | | |
|---|---|---|
| Project Location | Drawn by BT on 2024-06-06 | |
| Millard County, UT | TR by IH on 2024-06-06 | |
| | IR by SM on 2024-06-06 | |
| Client/Project | | 182923537 |
| Peak Minerals Inc. | | |
| Sevier Playa Project | | |
| Mining Plan | | |
| Figure No. | | |
| **5-2** | | |
| Title | | |
| **Comparison of Blind Duplicate K+** | | |
| **Values to Original Brine Samples** | | |



Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



**Figure No.** 5-4

**Title** Brine Horizon Thickness (feet)

Project Location: Millard County, UT

Drawn by BT on 2024-07-08
TR by IH on 2024-07-08
IR by SM on 2024-07-08

Client/Project: Peak Minerals Inc.
Sevier Playa Project
Mining Plan

182923537

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/62/0125

Fat Clay

Marl Clay

Siliceous Clay

Floor Elevation (ft)

| < | 4502 |
|---|------|
| >= | 4502 |
| >= | 4504 |
| >= | 4506 |
| >= | 4508 |
| >= | 4510 |
| >= | 4512 |
| >= | 4514 |
| >= | 4516 |

Floor Elevation (ft)

| < | 4482 |
|---|------|
| >= | 4482 |
| >= | 4485 |
| >= | 4488 |
| >= | 4491 |
| >= | 4494 |
| >= | 4497 |
| >= | 4500 |
| >= | 4503 |

Floor Elevation (ft)

| < | 4395 |
|---|------|
| >= | 4395 |
| >= | 4405 |
| >= | 4415 |
| >= | 4425 |
| >= | 4435 |
| >= | 4445 |
| >= | 4455 |
| >= | 4465 |

| Project Location | Drawn by BT on 2024-06-06 |
|---|---|
| Millard County, UT | TR by IH on 2024-06-06 |
| | IR by SM on 2024-06-06 |

| Client/Project | 182923537 |
|---|---|
| Peak Minerals Inc. | |
| Sevier Playa Project | |
| Mining Plan | |

*Figure No.*
**5-5**

 

*Title*
**Brine Horizon Floor Elevation (feet)**

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M027/0125













Left Axis = Frequency (n)
Right Axis = Cumulative Percent (%)




| Project Location | Drawn by BT on 2024-06-06 |
| Millard County, UT | TR by IH on 2024-06-06 |
| | IR by SM on 2024-06-06 |
| Client/Project | |
| Peak Minerals Inc. | 182923537 |
| Sevier Playa Project | |
| Mining Plan | |
| Figure No. | |
| **5-6** | |
| Title | |
| **Data Distribution Major Ions and Moisture** | |

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



Fat Clay    Marl Clay    Siliceous Clay

Moisture (%)

| | |
|---|---|
| | < 25 |
| | >= 25 |
| | >= 30 |
| | >= 35 |
| | >= 40 |
| | >= 45 |
| | >= 50 |
| | >= 55 |
| | >= 60 |

| | |
|---|---|
| Project Location | Drawn by BT on 2024-06-06 |
| Millard County, UT | TR by IH on 2024-06-06 |
| | IR by SM on 2024-06-06 |
| Client/Project | 182923537 |
| Peak Minerals Inc. | |
| Sevier Playa Project | |
| Mining Plan | |
| Figure No. | |
| **5-8** | |
| Title | |
| **Brine Aquifer Gravimetric Moisture (%)** | |

Stantec    Peak Minerals

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Fat Clay





| Project Location | Drawn by BT on 2024-06-06 |
| Millard County, UT | TR by IH on 2024-06-06 |
| | IR by SM on 2024-06-06 |
| Client/Project | 182923537 |
| Peak Minerals Inc. | |
| Sevier Playa Project | |
| Mining Plan | |
| Figure No. | |
| **5-9** | |
| Title | |
| **Major Brine Cations Sodium (mg/L)** | |

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125






RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125






| Project Location | Drawn by BT on 2024-06-06 |
|---|---|
| Millard County, UT | TR by IH on 2024-06-06 |
| | IR by SM on 2024-06-06 |

| Client/Project | |
|---|---|
| Peak Minerals Inc. | 182923537 |
| Sevier Playa Project | |
| Mining Plan | |

Figure No.
**5-11**

Title
**Major Brine Cations Potassium (mg/L)**

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



 

| Project Location | Drawn by BT on 2024-06-06 |
| Millard County, UT | TR by IH on 2024-06-06 |
| | IR by SM on 2024-06-06 |

| Client/Project | 182923537 |
| Peak Minerals Inc. | |
| Sevier Playa Project | |
| Mining Plan | |

Figure No.
**5-12**

Title
**Major Brine Cations Chloride (mg/L)**

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



| Project Location | Drawn by BT on 2024-06-06 |
| Millard County, UT | TR by IH on 2024-06-06 |
| | IR by SM on 2024-06-06 |

| Client/Project | 182923537 |
| Peak Minerals Inc. | |
| Sevier Playa Project | |
| Mining Plan | |

Figure No.
**5-13**

Title
**Major Brine Cations Sulfate (mg/L)**

Stantec    Peak Minerals

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M0279/0123

## Fat Clay Brine Potassium (Mg/L)



## Fat Clay Moisture Content (%)



## Marl Clay Brine Potassium (Mg/L)



## Marl Clay Moisture Content (%)



## Siliceous Clay Brine Potassium (Mg/L)



## Siliceous Clay Moisture Content (%)



LEGEND
Drillhole Data
Model Data

 Stantec   Peak Minerals

| Project Location | Drawn by BT on 2024-06-06 |
| | TR by IH on 2024-06-06 |
| Millard County, UT | IR by SM on 2024-06-06 |
| Client/Project | 182923537 |
| Peak Minerals Inc. | |
| Sevier Playa Project | |
| Mining Plan | |
| Figure No. | |
| 5-14 | |
| Title | |
| Model Swath Plots W-E 1,000m Interval | |

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0126



Fat Clay Brine Potassium (Mg/L)



Fat Clay Moisture Content (%)



Marl Clay Brine Potassium (Mg/L)



Marl Clay Moisture Content (%)



Siliceous Clay Brine Potassium (Mg/L)



Siliceous Clay Moisture Content (%)

LEGEND
Drillhole Data ——
Model Data ——




| Project Location | Drawn by BT on 2024-06-06 |
| Millard County, UT | TR by IH on 2024-06-06 |
| | IR by SM on 2024-06-06 |
| Client/Project | 182923537 |
| Peak Minerals Inc. | |
| Sevier Playa Project | |
| Mining Plan | |
| Figure No. | |
| 5-15 | |
| Title | |
| Model Swath Plots N-S 1,000m Interval | |

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Fat Clay**

**Marl Clay**

**Siliceous Clay**

### Resource Classification

- 🟩 Measured - Total Porosity Basis only
- 🟨 Indicated - Total Porosity Basis only
- ▨ Indicated - Specific Yield and Total Recoverable Basis
- 🟥 Inferred





| | |
|---|---|
| *Project Location* Millard County, UT | Drawn by BT on 2024-06-06 TR by IH on 2024-06-06 IR by SM on 2024-06-06 |
| *Client/Project* Peak Minerals Inc. Sevier Playa Project Mining Plan | 182923537 |
| *Figure No.* **5-16** | |
| *Title* **Brine Resource Classification** | |

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125






| Project Location | Drawn by BT on 2024-07-09 |
| Millard County, UT | TR by IH on 2024-07-09 |
| | IR by SM on 2024-07-09 |

| Client/Project | 182923537 |
| Peak Minerals Inc. | |
| Sevier Playa Project | |
| Mining Plan | |

Figure No.
**6-1**

Title
**Simplified Block Diagram of the Processing Plant**

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.



RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M027/0128



RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Project Features**

- 12.47 kV Power Line
- 12.47 kV Power Line Spur
- 12.47 kV Power and Communication Line
- 25 kV Power Line
- 69 kV Power and Communication Line
- Access Roads
- Water Supply Pipeline
- Water Supply Pipeline Spur
- Production and Preconcentration Ponds
- Communication Tower
- Substation
- Playa Access Road - Off-Lease
- Playa Access Road - On-Lease
- Water Supply Wells
- Recharge Trenches
- Extraction Trenches
- Brine Transfer Pipeline
- Brine Transfer Canal
- Recharge Canal - Off-Lease
- Recharge Canal - On-Lease
- Gravel Pit
- Rail Spur and Access Corridor
- Rail Loadout Facility
- Natural Gas Pipeline

**General Reference**

- BLM and TLA Boundary
- Playa Boundary
- Township and Range
- Dirt Track Road
- Highways
- Class B Road
- Union Pacific Rail Line

**Stantec** · **Peak Minerals**

Project Location
Millard County, UT

Client/Project
Peak Minerals Inc.
Sevier Playa Project
Mining Plan

Drawn by BT on 2024-06-09
TR by IH on 2024-06-09
IR by SM on 2024-06-09
182923537

Figure No.
6-2b

Title
**Mine Plan Trench Layout Phase 1**

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.



RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0155

*Sevier Lake Playa*

Black Rock (Historic)

**Legend**
- Sevier Playa Boundary
- Lease Boundaries
- Contour

Salt Lake City

0    1.25    2.5 Miles
(At original document size of 11x17)
1 in = 2 Miles

N

**Stantec**          Peak Minerals

*Project Location*
Millard County, UT

Drawn by JT on 2024-06-18
TR by BT on 2024-06-18
IR by TS on 2024-06-18

*Client/Project*
Peak Minerals
Sevier Playa Project
Mining Plan

182923537

*Figure No.*
**6-2c**

*Title*
**P`UnU and Surrounding Area Topography**

**Notes**
1. Coordinate System: NAD 1983 UTM Zone 12N
2. Data Sources: Peak Minerals Inc.
3. Background:
4. Contours on the playa are 1-foot and off playa are 5-foot

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



## Legend

| | Number Constructed |
|---|---|
| Year 1 Variable Slope Extraction Crossing | 3 |
| Year 1 Fixed Slope Extraction Crossing | 7 |
| Year 1 Joint RC & TC Crossing | 3 |
| Year 1 Recharge Trench Crossing | 2 |
| Year 1 Recharge Canal Crossing | 4 |
| Year 1 Pipeline Crossing | 1 |



## Legend

| | Lengths Constructed |
|---|---|
| Year 1 - Variable Slope Extraction Trench | 243,165 ft |
| Year 1 - Fixed Slope Extraction Trench | 63,330 ft |
| Year 1 - Recharge Trench | 267,930 ft |
| Temporary Fixed Slope Trench | 15,310 ft |
| Recharge Canal | 151,620 ft |
| Brine Transfer Canal | 74,690 ft |
| Access Road | 164,610 ft |
| Temporary Pipeline | 6,220 ft |









N

**Stantec**    Peak Minerals

| Project Location | Drawn by BT on 2024-07-08 |
|---|---|
| Millard County, UT | TR by IH on 2024-07-08 |
| | IR by SM on 2024-07-08 |
| Client/Project | 182923537 |
| Peak Minerals Inc. | |
| Sevier Playa Project | |
| Mining Plan | |
| Figure No. | |
| **6-3** | |
| Title | |
| **Stage 1 Constructed Mine Infrastructure** | |

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



Legend

| | Number Constructed |
|---|---|
| Year 6 Variable Slope Extraction Crossing | 0 |
| Year 6 Fixed Slope Extraction Crossing | 32 |
| Year 6 Joint R & TC Crossing | 0 |
| Year 6 Recharge Trench Crossing | 38 |
| Year 6 Recharge Canal Crossing | 0 |
| Year 6 Pipeline Crossing | 0 |
| Prior Period Crossings | |

Legend

| | Lengths Constructed |
|---|---|
| Year 6 - Variable Slope Extraction Trench | 0 ft |
| Year 6 - Fixed Slope Extraction Trench | 434,890 ft |
| Year 6 - Recharge Trench | 487,730 ft |
| Crossing Pipe | 820 ft |
| Prior Period Trench Construction | |

**Stantec**

**Peak Minerals**

| Project Location | Drawn by BT on 2024-07-08 |
|---|---|
| Millard County, UT | TR by IH on 2024-07-08 |
| | IR by SM on 2024-07-08 |
| Client/Project | 182923537 |
| Peak Minerals Inc. | |
| Sevier Playa Project | |
| Mining Plan | |

Figure No.
**6-4**

Title
**Stage 2 Constructed Mine Infrastructure**

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125






## Legend

| | | Length Constructed |
|---|---|---|
| ——— | Year 9 - Variable Slope Extraction Trench | 48,965 ft |
| ——— | Year 9 - Fixed Slope Extraction Trench | 0 ft |
| ——— | Year 9 - Recharge Trench | 42,905 ft |
| ——— | Prior Period Trench Construction | |

**Stantec**

**Peak Minerals**

| | |
|---|---|
| *Project Location* Millard County, UT | Drawn by BT on 2024-07-08 TR by IH on 2024-07-08 IR by SM on 2024-07-08 |
| *Client/Project* Peak Minerals Inc. Sevier Playa Project Mining Plan | 182693537 |
| *Figure No.* **6-5** | |
| *Title* **Stage 3 Constructed Mine Infrastructure** | |

N

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

LEGEND

GRAVEL

SURFICIAL SOIL

FAR CLAY

MINE CLAYS

PLACE EXCAVATED MATERIAL IN A PILE, ON EITHER SIDE OF THE TRENCH (NO SHAPING REQUIRED).

MAXIMUM SPOIL OFFSET OF 10 FEET. BASED ON GEOTECHNICAL STABILITY (MAY NEED MORE BASED ON CONSTRUCTION OR MAINTENANCE REQUIREMENTS).

DEPTH TO MINE CLAY CONTACT DEPENDENT ON LOCAL DEPOSITION APPROXIMATED AT 12 FEET.

SLOPE SMOOTHED AND PACKED WITH THE EXCAVATOR BUCKET.

## EXTRACTION TRENCH TYPICAL VARIABLE SLOPE DESIGN




| Project Location | Drawn by BT on 2024-07-09 |
| Millard County, UT | TR by IH on 2024-07-09 |
| | IR by SM on 2024-07-09 |
| Client/Project | 182923537 |
| Peak Minerals Inc. | |
| Sevier Playa Project | |
| Mining Plan | |
| Figure No. | |
| **6-6** | |
| Title | |
| **Variable Slope Extraction Trench General Profile** | |

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



## LEGEND

| | |
|---|---|
| SPOILS | |
| SURFICIAL SOIL | |
| FAT CLAY | |
| MARL CLAY | |

PLACE EXCAVATED MATERIAL IN A PILE, ON EITHER SIDE OF THE TRENCH (NO SHAPING REQUIRED).

SOIL OFFSET TO ALLOW EXCAVATOR ACCESS FOR LONG TERM MAINTENANCE (MINIMUM 20 FEET)

DEPTH TO MARL CLAY CONTACT VARIES ACROSS PLAYA. APPROXIMATED AT 12 FEET BELOW GROUND SURFACE.

SLOPE SMOOTHED AND PACKED WITH THE EXCAVATOR BUCKET.

**EXTRACTION TRENCH TYPICAL SLOPED DESIGN**

| | |
|---|---|
| Project Location | Drawn by BT on 2024-07-09 |
| Millard County, UT | TR by IH on 2024-07-09 |
| | IR by SM on 2024-07-09 |
| Client/Project | 182923537 |
| Peak Minerals Inc. | |
| Sevier Playa Project | |
| Mining Plan | |
| Figure No. | |
| **6-7** | |
| Title | |
| **Sloped Extraction Trench General Profile** | |

Stantec    Peak Minerals

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



RECHARGE TRENCH TYPICAL
SLOPE DESIGN

| Project Location | Drawn by BT on 2024-06-06 |
| Millard County, UT | TR by IH on 2024-06-06 |
| | IR by SM on 2024-06-06 |

| Client/Project | 182923537 |
| Peak Minerals Inc. | |
| Sevier Playa Project | |
| Mining Plan | |

Figure No.
**6-8**

Title
**Recharge Trench General Profile**

 

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



Permit Road Spur 1

Permit Road Spur 1A

Sevier River Drop Structure

Diversion Berm

Spoil Area

Canal

Permit Road Spur 1

Culvert Location
Culvert is 16' long

Recharge Canal

Perimeter Road

**Stantec**

**Peak Minerals**

| Project Location | Drawn by JD on 2024-07-10 |
|---|---|
| Millard County, UT | TR by BT on 2024-07-10 |
| | IR by SM on 2024-07-10 |

Client/Project
Peak Minerals Inc.
Sevier Playa Project
Mining Plan

Figure No.
6-9

Title
**Plan View Sevier River Diversion Canal and Berm**

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125





| Project Location | Drawn by JD on 2023-08-08 |
| Millard County, UT | TR by BT on 2023-08-08 |
| | IR by SM on 2023-08-08 |

| Client/Project | 182923537 |
| Peak Minerals Inc. | |
| Sevier Playa Project | |
| Mine Plan | |

Figure No.
**6-10**

Title
**Sevier River Drop Structure Typical Detail**

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



Sevier River Diversion — Proposed Action
Longitudinal Profile — 5X Vertical Exaggeration

| Project Location | Drawn by JD on 2024-07-08 |
| Millard County, UT | TR by BT on 2024-07-08 |
| | IR by SM on 2024-07-08 |

| Client/Project | |
| Peak Minerals Inc. | 182923537 |
| Sevier Playa Project | |
| Mine Plan | |

Figure No.
**6-11**

Title
**Diversion Canal Plan and Profile**



**Stantec**     Peak Minerals

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125















| | |
|---|---|
| Project Location | Drawn by JD on 2024-07-08 |
| Millard County, UT | TR by BT on 2024-07-08 |
| | IR by SM on 2024-07-08 |

| Client/Project | |
|---|---|
| Peak Minerals Inc. | 182923537 |
| Sevier Playa Project | |
| Mine Plan | |

**Figure No.**
**6-12**

**Title**
**Diversion Canal Cross-Sections**

 Stantec     Peak Minerals

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



RECHARGE CANAL TYPICAL SLOPED DESIGN

 

| | |
|---|---|
| Project Location | Drawn by JT on 2024-07-10 |
| Millard County, UT | TR by IH on 2024-07-10 |
| | IR by SM on 2024-07-10 |

Client/Project: 1629023537
Peak Minerals Inc.
Sevier Playa Project
Mining Plan

Figure No.
**6-13**

Title
**Recharge Canal Cross-Section**

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



NOTES:

1. PUMP PAD                +20×6,
2. S9 ALLOW.                          GE LINES,

 Stantec       Peak Minerals

| Project Location | Drawn by JT on 2024-07-10 |
| Millard County, UT | TR by IH on 2024-07-10 |
| | IR by SM on 2024-07-10 |
| Client/Project | 1629023537 |
| Peak Minerals Inc. | |
| Sevier Playa Project | |
| Mining Plan | |
| Figure No. | |
| **6-14** | |
| Title | |
| **General Arrangement Typical Pump Station** | |

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125





Concentration, mg/l K⁺




**Project Location**
Millard County, UT

Drawn by BT on 2023-08-08
TR by IH on 2023-08-08
IR by SM on 2023-08-08

**Client/Project**
Peak Minerals Inc.
Sevier Playa Project
Mine Plan

182923537

**Figure No.**
6-15

**Title**
**Modeled Marl Clay Immobile Potassium
Concentrations at 8 Years**

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



Concentration, mg/l K⁺




**Stantec**

N

| Project Location | | Drawn by BT on 2023-08-08 |
|---|---|---|
| Millard County, UT | | TR by IH on 2023-08-08 |
| | | IR by SM on 2023-08-08 |

Client/Project
Peak Minerals Inc.
Sevier Playa Project
Mine Plan

182923537

Figure No.
**6-16**

Title
**Modeled Marl Clay Immobile Potassium
Concentrations at 16 Years**

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M027/0125



Concentration, mg/l K⁺



 Stantec   Peak Minerals

| Project Location | Drawn by BT on 2023-08-08 |
| Millard County, UT | TR by IH on 2023-08-08 |
| | IR by SM on 2023-08-08 |
| Client/Project | 182923537 |
| Peak Minerals Inc. | |
| Sevier Playa Project | |
| Mine Plan | |
| Figure No. | |
| **6-17** | |
| Title | |
| **Modeled Marl Clay Immobile Potassium Concentrations at 25 Years** | |

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



| Name | Design Area (acre) |
|------|--------------------|
| P1 | 938 |
| P2 | 553 |
| P3 | 1,017 |
| P4 | 999 |
| P3 salt | 554 |
| P4 salt | 554 |
| Total | 4,615 |




Project Location
Millard County, UT

Drawn by JD on 2024-07-03
TR by BT on 2024-07-03
IR by SM on 2024-07-03

Client/Project
Peak Minerals Inc.
Sevier Playa Project
Mining Plan

Figure No.
**6-18**

Title
**Pre-concentration Ponds Plan View**

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



| Name | Design Area (acre) |
|---|---|
| BM1 | 124 |
| BM2 | 124 |
| BM3 | 124 |
| BM4 | 124 |
| H1 | 602 |
| H2 | 551 |
| PRB | 66 |
| BBP | 24 |
| BWP | 82 |
| TMA year 1-12 | 168 |
| TMA year 12-17 | 78 |
| TMA year 17-25 | 109 |
| Emergency Stockpile | 7 |
| Total | 2,183 |

NOTES:
1- COORDINATES IN UTM NAD83 UTAH  CENTRAL
2- FOR ROAD PROFILE TYPES SEE DWG. 1161-200-CIDD-001
3- FOR WEIR TYPE SEE DWG. 1161-200-CIGA-001
4- AREA RESERVED FOR PRB 2POND IN PHASE II, IF PHASE II DOES
NOT MOVE FORWARD, IT IS TMA EXPANSION

TMA  – TAILING MANAGEMENT AREA
BM  – BACK-MIX
PRB  – PROCESS RECYCLE BUFFER
BWP  – BITTERN WASTE POND
BBP  – BITTERN BRINE POND

— TAILINGS LEACH BRINE PIPELINE
— PROCESS RECYCLE BRINE PIPELINE
— PROCESS RECYCLE BRINE POND DISCHARGE PIPELINE
— PRE-CONCENTRATED BRINE PIPELINE
— BITTERN BACK MIX BRINE PIPELINE
— TAILINGS BRINE PIPELINE

| | |
|---|---|
| Project Location | Drawn by JD on 2024-07-08 |
| Millard County, UT | TR by BT on 2024-07-08 |
| | IR by SM on 2024-07-08 |
| Client/Project | 182923537 |
| Peak Minerals Inc. | |
| Sevier Playa Project | |
| Mining Plan | |
| Figure No. | |
| **6-19** | |
| Title | |
| **Production Pond Plan View** | |



Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



**BERM TYPE B1: TYPICAL CROSS-SECTION**

**ROAD TYPE R2P: TYPICAL CROSS-SECTION**

**ROAD TYPE R4C: TYPICAL CROSS-SECTION**

**ROAD TYPE B1C: TYPICAL CROSS-SECTION**

**ROAD TYPE R2PC: TYPICAL CROSS-SECTION**

**ROAD TYPE R4P: TYPICAL CROSS-SECTION**

**ROAD TYPE R2: TYPICAL CROSS-SECTION**

**ROAD TYPE R4: TYPICAL CROSS-SECTION**

**ROAD TYPE R4PC: TYPICAL CROSS-SECTION**

**ROAD TYPE R1C: TYPICAL CROSS-SECTION**

**ROAD TYPE R1PC: TYPICAL CROSS-SECTION**

**Stantec**  **Peak Minerals**

| | |
|---|---|
| Project Location | Drawn by JT on 2024-07-09 |
| Millard County, UT | TR by IH on 2024-07-09 |
| | IR by SM on 2024-07-09 |
| Client/Project | 1629023537 |
| Peak Minerals Inc. | |
| Sevier Playa Project | |
| Mining Plan | |
| Figure No. | |
| **6-20** | |
| Title | |
| **Pond Typical Road Cross Sections** | |

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



NOT FOR CONSTRUCTION

| Project Location | Drawn by JD on 2024-07-09 |
| Millard County, UT | TR by BT on 2024-07-09 |
| | IR by SM on 2024-07-09 |

Client/Project
Peak Minerals Inc.          182923537
Sevier Playa Project
Mining Plan

Figure No.
**6-21**

Title
**Typical Weir Configuration**

Stantec          Peak Minerals

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



Minimum Spoil Offset of 10 feet on both Sides of Canal Based on Geotechnical Stability

Place Excavated Material in Shaped Berms on both Sides of Canal

Slope Smoothed and Packed with the Knuckle of the Excavator Bucket

Berm

Berm

FAT CLAY

MARL CLAY

| Project Location | Drawn by BT on 2024-06-06 |
| Millard County, UT | TR by IH on 2024-06-06 |
| | IR by SM on 2024-06-06 |

| Client/Project | 182923537 |
| Peak Minerals Inc. | |
| Sevier Playa Project | |
| Mining Plan | |

Figure No.
**6-22**

Title
**Brine Transfer Canal, Typical Cross Section**



Stantec    Peak Minerals

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

PLAN VIEW "A"
SCALE: 3/16"=1'-0"

SECTION "A A"
SCALE: 3/16"=1'-0"

SECTION "B B"
SCALE: 1/4"=1'-0"

ISOMETRIC VIEW
NTS

CONTROL PANEL
DISCHARGE PIPE DIA. B
BRINE
PIPE HOLD DOWN CLAMP
PUMP SUCTION INTAKE DIA. B
TOP OF BERM
CULVERT PIPE DIA. C
CONTROL PANEL
PUMP SUCTION INTAKE DIA. B
NOTE 4    9'-7"    16'    7'-9"    5'-11"
10'-0"

NOTE 4    9'-7"    16'    7'-9"    5'-11"
CULVERT PIPE DIA. C
TOP OF BERM
DISCHARGE PIPE DIA. B
BRINE
CONTROL PANEL
NOTE 3
SUCTION PIPE DIA. B
BRINE

CONTROL PANEL
PIPE HOLD DOWN CLAMP
TOP OF BERM
PUMP SUCTION INTAKE
PUMP SUCTION INTAKE
BRINE

NOTES:
1) FOR POND LOCATIONS REFER TO DWG. 1161-000-CILD-001.
2) FOR CIVIL AND STRUCTURE DETAILS REFER TO DWG. 1161-000-CILD-0001.
3) VARIABLE BASED ON PUMP SIZE.
4) VARIABLE BASED ON BERM SIZE

| Pump Station ID | Location | Pump No. | Road/Berm Type | Berm Height "A" | Suct/Disch Pipe"B" | Culvert Pipe "C" |
|---|---|---|---|---|---|---|
| 1 | Pond P-1 feed | 140-PP-101 / 140-PP-1025 | Road #4 | 8'-0" | 28" | 30" |
| 2 | Pond P-2 feed | 210-PP-101 / 210-PP-901S | Road #4 | 8'-0" | 44" | 36" |
| 3 | Pond P-3 feed | 230-PP-101 / 230-PP-1025 | Road #4 | 9'-0" | 52" | 54" |
| 4 | Pond P-3 feed Pad | 230-PP-121 / 230-PP-1225 | Road #4 | 9'-0" | 3' | 4" |
| 5 | Pond P-4 feed Pad | 230-PP-131 / 230-PP-1325 | Road #4 | 8'-0" | 3' | 4" |

NOT FOR CONSTRUCTION

Project Location
Millard County, UT

Drawn by BT on 2024-07-09
TR by IH on 2024-07-09
IR by SM on 2024-07-09

Client/Project
Peak Minerals Inc.
Sevier Playa Project
Mining Plan

182923537

Figure No.
6-24

Title
Axial Flow Pump General Arrangement




Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



NOTES:
1. REFER TO TABLE FOR PUMP STATION INFORMATION.
2. ALL CONCRETE AS 6" THICK PRECAST SLABS.

**PUMP STATION TABLE**

| Pump Station ID | Location | Pump No. | Road/Berm Type | Berm Height 'A' | Suct/Disch Pipe 'B' |
|---|---|---|---|---|---|
| 1 | Tailings Leach Brine Pump | 140-PP-400 / 140-PP-410 S | Canal Lift | 3'-0" | 6" NPS |
| 2 | PRB Pond Discharge Pump | 220-PP-210 / 220-PP-211 S | Road R2P | 8'-9" | 10" NPS |
| 3 | TMA Brine Discharge Pump | 600-PP-002 / 600-PP-102 S | Road R2P | 4'-7" | 4" NPS |



ISOMETRIC VIEW

PLAN

SECTION "A-A"

SECTION "B-B"

| Project Location | Drawn by BT on 2024-07-10 |
|---|---|
| Millard County, UT | TR by IH on 2024-07-10 |
| | IR by SM on 2024-07-10 |

| Client/Project | |
|---|---|
| Peak Minerals Inc. | 182923537 |
| Sevier Playa Project | |
| Mining Plan | |

Figure No.
**6-25**

Title
**Vertical Turbine Pump General Arrangement**

 Stantec

 Peak Minerals

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



PLAN VIEW

SECTION A-A

ISOMETRIC VIEW

| Project Location | Drawn by BT on 2024-06-06 |
|---|---|
| Millard County, UT | TR by IH on 2024-06-06 |
| | IR by SM on 2024-06-06 |

| Client/Project | 182923537 |
|---|---|
| Peak Minerals Inc. | |
| Sevier Playa Project | |
| Mining Plan | |

Figure No.
**6-26**

Title
**Mobile Axial Pump General Arrangement**

Stantec    Peak Minerals

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.



RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**MgCl₂ STORAGE POND COORDINATES (APPROX.)**

| ID | Northing, ft | Easting, ft |
|---|---|---|
| A1 | 6,715,754 | 1,145,964 |
| A2 | 6,715,754 | 1,147,504 |
| A3 | 6,715,754 | 1,149,044 |
| A4 | 6,715,754 | 1,150,584 |
| A5 | 6,715,754 | 1,152,124 |
| A6 | 6,714,214 | 1,152,124 |
| A7 | 6,714,214 | 1,150,584 |
| A8 | 6,714,214 | 1,149,044 |
| A9 | 6,714,214 | 1,147,504 |
| A10 | 6,714,214 | 1,145,964 |

TMA - TAILING MANAGEMENT AREA
BM - BACK-MIX
PRB - PROCESS RECYCLE BUFFER
BHP - BITTERN HOLDING POND
BBP - BITTERN BRINE POND

NOTES:
1. FOR SECTIONS DETAILS A-A AND B-B REFER TO DWG. 1214-2230-CIDD-010.
2. STATE COORDINATE SYSTEM, UTAH CENTRAL (FIPS 4302) NAD83, feet.

| | |
|---|---|
| Project Location | Drawn by BT on 2024-03-01 |
| Millard County, UT | TR by IH on 2024-03-01 |
| | IR by SM on 2024-03-01 |
| Client/Project | 182923537 |
| Peak Minerals Inc. | |
| Sevier Playa Project | |
| Mining Plan | |
| Figure No. | |
| **6-27** | |
| Title | |
| **Bittern Waste Ponds Expansion Plan View** | |

Stantec    Peak Minerals

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



SECTION: A-A

SECTION: B-B



| Project Location | Drawn by BT on 2024-03-01 |
| Millard County, UT | TR by IH on 2024-03-01 |
| | IR by SM on 2024-03-01 |

| Client/Project | 182923537 |
| Peak Minerals Inc. | |
| Sevier Playa Project | |
| Mining Plan | |

Figure No.
**6-28**

Title
**Bittern Waste Pond Typical Cross Section**

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



| AREAS AND BUILDINGS LIST | |
| --- | --- |
| No. | ITEM |
| 1 | SALT UNLOADING |
| 2 | SALT CRUSHING |
| 3 | CONVERSION |
| 4 | FLOTATION |
| 5 | SCHOENITE LEACH |
| 6 | SCHOENITE S/L SEPARATION AREA |
| 7 | CRYSTALLIZATION AREA |
| 8 | TAILINGS SEPARATION & LOADING |
| 9 | TAILINGS LEACH |
| 10 | PROCESS CHILLED WATER SYSTEM |
| 11 | DRYING BUILDING |
| 12 | COMPACTION BUILDING |
| 13 | SOP BAGGING PLANT |
| 14 | MOP (KCL) UNLOADING |
| 15 | PLANT OFF-SPEC PRODUCT HANDLING |
| 16 | RAIL OFF-SPEC PRODUCT HANDLING |
| 17 | LOADOUT SILO |
| 18 | PROCESS & FIRE WATER TANK |
| 19 | COMPRESSOR BUILDING |
| 20 | DIESEL REFUELING STATION |
| 21 | PROPANE STORAGE TANK |
| 22 | POTABLE WATER TREATMENT |
| 23 | WASTE WATER TREATMENT |
| 24 | STORM WATER BASIN |
| 25 | MSW/OFF AREA |
| 26 | WAREHOUSE & MAINTENANCE |
| 27 | DRY PLANT ELECTRICAL ROOM |
| 28 | MAIN CONTROL ROOM |
| 29 | ADMINISTRATION BUILDING |
| 30 | PARKING AREA |
| 31 | GUARDHOUSE & GATE |
| 32 | MAIN ELECTRICAL SUBSTATION |
| 33 | LOADOUT ELECTRICAL ROOM |
| 34 | MOP HANDLING ELECTRICAL ROOM |
| 35 | SALT CRUSHING ELECTRICAL ROOM |
| 36 | WET PLANT ELECTRICAL ROOM |
| 37 | MOP SILO |
| 38 | EMERGENCY GENSETS |
| 39 | MAIN SUBSTATION ELECTRICAL ROOM |

LEGEND

XX  ITEM NUMBER

ROADS

FENCE

TRENCH

Source: Novopro

| Project Location | Drawn by JD on 2024-06-06 |
| --- | --- |
| Millard County, UT | TR by BT on 2024-06-06 |
| | IR by SM on 2024-06-06 |
| Client/Project | 1629023537 |
| Peak Minerals Inc. | |
| Sevier Playa Project | |
| Mine Plan | |
| Figure No. | |
| **6-29** | |
| Title | |
| **Processing Facility Detailed Layout** | |

Stantec    Peak Minerals

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



Legend

Crystal Peak Minerals Corporation 1980's - Canal and Ponds
Dike Access Road
Peak Minerals Warehouse

**Monitoring Wells**
- BLM
- DOD
- Peak
- Private
- UDOT
- USGS

**General Reference**
- BLM and TLA Lease Boundary
- Sevier Playa Boundary
- River
- Intermittent Stream

Township and Range
US Highway, State Highway
Dirt Track Road
Class B Road

**Land Ownership**
- Bureau of Land Management
- Private
- State Trust Lands

0    10,000    20,000 Feet
(At original document size of 11x17)
1 in = 20,000 feet

Coordinate System: NAD 1983 UTM Zone 12N

**Notes**
1. Coordinate System: NAD 1983 UTM Zone 12N
2. Data Sources: Peak Minerals Inc.
3. Background: Earthstar Geographics

Stantec

Peak Minerals

Project Location
Millard County, UT

Client/Project
Peak Minerals Inc.
Sevier Playa Project
Mining Plan

Drawn by JT on 2024-07-16
TR by IH on 2024-07-16
IR by SM on 2024-07-16
182923537

Figure No.
6-30

Title
Existing Project Area Conditions
as of March 2013

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.



RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Project Features**
- Rail Loadout Facility
- Rail Spur and Access Corridor
- Rail Facility Substation
- Natural Gas Pipeline
- Access Roads
- Gravel Pit
- 12.47 kV Power Line
- 12.47 kV Power Line Spur
- 12.47 kV Power and Communication Line
- 25 kV Power Line
- 69 kV Power and Communication Line

**General Reference**
- BLM and TLA Boundary
- Playa Boundary
- Township and Range
- Existing Railroad
- Dirt Track Road
- Highways
- Class B Road
- Union Pacific Rail Line
- Bureau of Land Management
- Private
- State Trust Lands

Stantec

Peak Minerals

Project Location
Millard County, UT

Client/Project
Peak Minerals Inc.
Sevier Playa Project
Mining Plan

Drawn by BT on 2024-06-09
TR by IH on 2024-06-09
IR by SM on 2024-06-09
182923537

Figure No.
6-31

Title
Processing Plant, Crystal Peak Road,
Highway 257, and Rail Loadout Facility

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.



RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Playa Features**
- Production Ponds
- Playa Access Road
- Haul Road

**Project Features**
- Processing Facility
- Access Roads

**General Reference**
- BLM and TLA Boundary
- Playa Boundary
- Township and Range
- Dirt Track Road
- Highways
- Class B Road
- Union Pacific Rail Line

0    4    8 Miles
(At original document size of 11x17)
1 in = 4 Miles

N

Stantec

Peak Minerals

Project Location
Millard County, UT

Drawn by LL on 2024-07-09
TR by IH on 2024-07-09
IR by SM on 2024-07-09

Client/Project
Peak Minerals Inc.
Sevier Playa Project
Mining Plan

182693537

Figure No.
6-32

Title
Project Access Roads and Playa Access Road

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



Source: MAC LTT

| Project Location | Drawn by BT on 2024-06-06 |
| Millard County, UT | TR by IH on 2024-06-06 |
| | IR by SM on 2024-06-06 |

Client/Project
Peak Minerals Inc.                                    182923537
Sevier Playa Project
Mining Plan

Figure No.
**6-33**

Title
**Two Trailer, One-pull Truck Transport Unit**

Stantec          Peak Minerals

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



Source: Novopro



| Project Location | Drawn by BT on 2024-06-17 |
| Millard County, UT | TR by IH on 2024-06-17 |
| | IR by SM on 2024-06-17 |

| Client/Project | 182923537 |
| Peak Minerals Inc. | |
| Sevier Playa Project | |
| Mining Plan | |

Figure No.
**6-34**

Title
**Product Distribution System**

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# APPENDIX A

## As-Built Drawings

(Place Holder – Drawings would be provided after construction)

Case 2:25-cv-00657   Document 1-3   Filed 08/07/25   PageID.624   Page 260 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# APPENDIX B

## Confidential Technical References

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## APPENDIX B.        CONFIDENTIAL TECHNICAL REFERENCES

| Appendix Number | Document Name | Method Provided to UDOGM |
|---|---|---|
| B.1 | DSB International. 2013. Solar Pond Balance Rev3-2013.xls. Excel spreadsheet. | Not Provided |
| B.2 | Novopro Projects Inc. 2016. *Flotation Reagents Screening & Performance Testing Campaign – Summary of Results*. November 25. | On Data Disc |
| B.3 | Novopro Projects Inc. and Stantec Consulting Services (Novopro and Stantec). 2022. *Feasibility Study Report for the Sevier Playa Potash Project*. September 23, 2022. | Not Provided |

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# APPENDIX C

## Publicly Available Technical References

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.627    Page 263 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## APPENDIX C          PUBLICLY AVAILABLE TECHNICAL REFERENCES

| Appendix Number | Document Name | Method Provided to UDOGM |
|---|---|---|
| C.1 | Avian Power Line Interaction Committee (APLIC). 2006. *Suggested Practices for Avian Protection On Power Lines: The State of the Art in 2006.* Washington, D.C.: Edison Electric Institute, Avian Power Line Interaction Committee, and Sacramento, California: California: California Energy Commission. Available at: http://www.aplic.org/uploads/files/2643/SuggestedPractices2006%28LR-2%29.pdf. | Public Access |
| C.2 | Alkar. 2015. *Thermal Processing.* Available at: ttp://middprocessing.com/alkar.html. | Public Access |
| C.3 | Baxter, J. 2010. *Class I Inventory for the Sevier Lake Competitive Potash Leasing Project, Millard County, Utah.* Report Number 10-19. Orem, Utah: Bighorn Archaeological Consultants, LLC. | Not Provided |
| C.4 | Beck, K. 2013. *An Overview of Known Cultural Resources Along Proposed Utility Corridors and Facilities for the Sevier Playa Project in Millard County, Utah.* Salt Lake City, Utah: SWCA Environmental Consultants. | Not Provided |
| C.5 | U.S. Bureau of Land Management (BLM). 1987. *Warm Springs Resource Area, The Resource Management Plan, Record of Decision Rangeland Program Summary.* U.S. Department of the Interior, U.S. Bureau of Land Management, Richfield District Office. April. | Public Access |
| C.6 | U.S. Bureau of Land Management (BLM). 2011a. *Sevier Lake Competitive Potash Leasing Proposal, Millard County, Utah, Environmental Assessment DOI-BLM-UT-W020-2010-014-EA.* U.S. Department of the Interior, U.S. Bureau of Land Management, Fillmore Field Office. February. | Public Access |
| C.7 | U.S. Bureau of Land Management (BLM). 2011b. *Sevier Dry Lake Exploratory Testing, Millard County, Utah, Environmental Assessment DOI-BLM-UT-W020-2011-0015-EA.* U.S. Department of the Interior, U.S. Bureau of Land Management, Fillmore Field Office. October. | Public Access |
| C.8 | U.S. Bureau of Land Management (BLM). 2011c. Peak Mineral Inc.'s Potassium Lease, UTU-88387 | Public Access |
| C.9 | Bureau of Land Management (BLM). 2019. Sevier Playa Potash Project Final Environmental Impact Statement. DOI-BLM-UT-W020-2014-0001-EIS. | Not Provided |
| C.10 | Case, R. W., and K. L. Cook. 1979. A Gravity Survey of the Sevier Lake Area, Millard County, Utah. *Utah Geology* 6(1):55–76. | Not Provided |
| C.11 | Carlton, S. M. 1985. Fish Springs multi-basin flow system. Unpublished M.S. thesis, Mackay School of Mines, University of Nevada, Reno. | Not Provided |
| C.12 | CH2M. 2012. *Results of Clean Water Test Hole.* Memorandum to Rick Dye, Crystal Peak Minerals. Salt Lake City, Utah. July 3. | Not Provided |
| C.13 | CH2M. 2013a. *Preliminary Draft - Sevier Playa Basin Conceptual Model Report.* December. | Not Provided |
| C.14 | CH2M. 2013b. *Preliminary Feasibility Study of the Sevier Lake Playa Sulphate of Potash Project.* NI 43-101 Technical Report, Millard County, Utah. November 18. | Not Provided |
| C.15 | CH2M. 2013c. *Soil Assessment for the Sevier Playa Project.* October. | On Data Disc |
| C. 16 | CH2M. 2013d. *Documentation of a Probabilistic Reservoir Model for the Sevier Playa Project.* Technical Memorandum. October 10. | Not Provided |

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.628    Page 264 of 954

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Appendix Number | Document Name | Method Provided to UDOGM |
|---|---|---|
| C.17 | CH2M. 2014. *General and Special-Status Wildlife and Plant Species Survey Report for the Sevier Playa Project*. September. | Not Provided |
| C.18 | CH2M. 2016a. *Sevier Playa SOP Feasibility Study, Re: CPM Sevier Playa SOP FS – Site Conditions.* Technical Memorandum. December 15. | Not Provided |
| C.19 | CH2M. 2016b. *Crystal Peak Minerals Freshwater Production Well Effects Analysis.* Memorandum to Mike Gates, Clara Stevens, Paul Summers, Tom Gibbons, Todd Leeds, and Cindy Ledbetter, Bureau of Land Management. Salt Lake City, Utah. December 22. | On Data Disc |
| C.20 | CH2M. 2017a. *Draft Engineering Design Report E2 Sever River Diversion Canal and Structures.* July. | Not Provided |
| C.21 | CH2M. 2017b. *Sevier Playa Potash Project Feasibility Study – Water Balance Model Report.* Prepared for Crystal Peak Minerals Inc. August 2017. | On Data Disc |
| C. 22 | Coastal Engineering Research Center. 1984. *Shore Protection Manual.* Available at: https://ia802604.us.archive.org/34/items/shoreprotectionm01unit/ shoreprotectionm01unit.pdf | Public Access |
| C.23 | Crystal Peak Minerals Inc. (CPM). 2018a. *NI 43-101 Technical Report – Sevier Playa Sulfate of Potash Project.* Salt Lake City, Utah: Crystal Peak Minerals Inc. February 21. | Not Provided |
| C.24 | Crystal Peak Minerals Inc. (CPM). 2018c. CPM SPP Project – *Groundwater Model.* Technical Memorandum. Salt Lake City, Utah: Crystal Peak Minerals Inc. January 2018. | On Data Disc |
| C. 25 | Crystal Peak Minerals Inc. (CPM). 2018d. *Fresh Water Baseline Study.* Salt Lake City, Utah: Crystal Peak Minerals Inc. | On Data Disc |
| C. 26 | Domenico, P.A., and F.W. Schwartz. 1990. *Physical and Chemical Hydrogeology*, John Wiley & Sons, New York, 824 p. | Public Access |
| C.27 | Fortier, S., and F. C. Scobey. 1926. Permissible Canal Velocities. *Transactions of the American Society of Civil Engineers*, 89:940–956, Paper No. 1588. | Not Provided |
| C. 28 | Gilbert, G. K. 1890. Lake Bonneville. U.S. Geological Survey. Washington – Government Printing Office. | Not Provided |
| C.29 | Gwynn, J. W. 2006. *History and Mineral Resources Characterization of Sevier Lake, Millard County, Utah.* Miscellaneous Publication 06-6. Utah Geological Survey. http://www.mapstore.utah.gov/mp06-6.html | Not Provided |
| C.30 | Harrill, J. R., and D. E. Prudic. 1998. *Aquifer Systems in the Great Basin Region of Nevada, Utah, and Adjacent States – Summary Report.* Prepared for U.S. Geological Survey. Professional Paper 1409-A. Washington, D.C. | Not Provided |
| C.31 | Heilweil, V. M., and L. E. Brooks. 2011. *Conceptual Model of the Great Basin Carbonate and Alluvial Aquifer System.* Prepared for U.S. Geological Survey. Scientific Investigations Report 2010-5193. Washington, D.C. | Not Provided |
| C.32 | Hintze, L and Davis F., 2002a. Geologic Map of the Wah Wah Mountains North 30' x 60' Quadrangle and Part of the Garrison 30' x 60' Quadrangle Southwest Millard County and Part of Beaver County Utah: Utah Geological Survey Map 182. | Not Provided |
| C.33 | Hintze, L and Davis F., 2002b. Geologic Map of the Tule Valley 30' x 60' Quadrangle and Parts of the Ely, Fish Springs, and Kern Mountains 30' x 60' Quadrangles, Northeast Millard County, Utah: Utah Geological Survey Map 186. | Not Provided |
| C.34 | Intermountain GeoEnvironmental Services, Inc. (IGES). 2013. *SDRI Summary Report.* July 18. | Not Provided |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Appendix Number | Document Name | Method Provided to UDOGM |
|---|---|---|
| C.35 | Lane, E. W. 1955. The Importance of Fluvial Morphology in Hydraulic Engineering. *Proceedings of American Society of Civil Engineers* 81(745):1–17. | Not Provided |
| C.36 | Lenntech. 2017. Water Analysis Accuracy Tester. Available at: https://www.lenntech.com/calculators/accuracy/accuracy-water-analysis.htm. | Public Access |
| C.37 | March Consulting Associates Inc. 2012. *Preliminary Economic Assessment, Sevier Dry Lake, Utah, United States*. Technical Report NI 43-101. Prepared for EPM Mining Ventures Inc. Saskatoon, Saskatchewan: March Consulting Associates Inc., in cooperation with Norwest Corporation. | Not Provided |
| C.38 | Millard County. 2013. *Millard County General Plan*. Available at: https://www.millardcounty.org/wp-content/uploads/departments/planning-zoning/general-plan/GENERAL-PLAN.pdf. | Public Access |
| C.39 | Natural Resources Conservation Service (NRCS). 2013 *Soil Survey of West Millard/Juab Area, Utah – Parts of Millard and Juab Counties* (Unpublished). Access via telephone and email communication with Mr. Burke Davenport, Natural Resources Conservation Service, Fillmore, Utah. July 22, 2013. | Public Access |
| C.40 | Natural Resources Conservation Service (NRCS). 2018. Web Soil Survey. Available at: https://websoilsurvey.sc.egov.usda.gov/App/HomePage.htm. January 11, 2018. | Public Access |
| C.41 | Oregon State University. 2012. *Parameter-elevation Regressions on Independent Slopes Model* (PRISM). Available at: http://www.prism.oregonstate.edu/index.phtml. | Public Access |
| C.42 | Peak Minerals Inc. (Peak Minerals). 2024a. *Stormwater Pollution Prevention Plan*. Salt Lake City, Utah: Peak Minerals Inc. | On Data Disc |
| C.43 | Peak Minerals Inc. (Peak Minerals). 2024b. *Reclamation Plan for Crystal Peak Minerals Sevier Playa Potash Project*. Salt Lake City, Utah: Peak Minerals Inc. | Not Provided |
| C.44 | Peak Minerals Inc. (Peak Minerals). 2023a. *Groundwater Discharge Permit Application*. Salt Lake City, Utah: Peak Minerals Inc. | On Data Disc |
| C.45 | Peak Minerals Inc. (Peak Minerals). 2024c. *Plan of Development for Off-Lease Facilities for the Sevier Playa Potash Project*. Salt Lake City, Utah: Peak Minerals Inc. | Not Provided |
| C.46 | Peak Minerals Inc. (Peak Minerals). 2024d. *Fugitive Dust Control Plan*. Salt Lake City, Utah: Peak Minerals Inc. | Not Provided |
| C.47 | Peak Minerals Inc. (Peak Minerals). 2024e. *Noxious Weed Management Plan*. Salt Lake City, Utah: Peak Minerals Inc. | Not Provided |
| C.48 | Peak Minerals Inc. (Peak Minerals). 2024i. *Adaptive Wildlife Management Plan*. Salt Lake City, Utah: Peak Minerals Inc. | Not Provided |
| C.49 | Peak Minerals Inc. (Peak Minerals). 2024f. *Transportation and Traffic Management Plan*. Salt Lake City, Utah: Peak Minerals Inc. | Not Provided |
| C.50 | Peak Minerals Inc. (Peak Minerals). 2024g. *Spill Prevention, Control, and Countermeasures Plan*. Salt Lake City, Utah: Peak Minerals Inc. | Not Provided |
| C.51 | Peak Minerals Inc. (Peak Minerals). 2024h. *Solid and Hazardous Waste and Hazardous Materials Management Plan*. Salt Lake City, Utah: Peak Minerals Inc. | Not Provided |
| C.52 | Peak Minerals Inc. (Peak Minerals). 2024j. *Blasting Plan*. Salt Lake City, Utah: Peak Minerals Inc. | Not Provided |
| C.53 | Peak Minerals Inc. (Peak Minerals). 2024k. *Cultural Resources Plan*. Salt Lake City, Utah: Peak Minerals Inc. | Not Provided |

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Appendix Number | Document Name | Method Provided to UDOGM |
|---|---|---|
| C.54 | Peak Minerals Inc. (Peak Minerals). 2024n. *Environmental Compliance and Inspection Plan*. Salt Lake City, Utah: Peak Minerals Inc. | Not Provided |
| C.55 | Peak Minerals Inc. (Peak Minerals). 2024l. *Site Safety Plan*. Salt Lake City, Utah: Peak Minerals Inc. | Not Provided |
| C.56 | Peak Minerals Inc. (Peak Minerals). 2024m. *Water Monitoring Plan*. Salt Lake City, Utah: Peak Minerals Inc. | On Data Disc |
| C.57 | Peak Minerals Inc. (Peak Minerals). 2024o. *Gravel Pits Mining Plan*. Salt Lake City, Utah: Peak Minerals Inc. | Not Provided |
| C.58 | Rasmussen, J. D. 1997. *Geology and Evaporite Mineral Resources, Sevier Lake Project, Millard County, Utah*. Prepared for Salada Minerals LLC. Salt Lake City, Utah. | Not Provided |
| C.59 | Soil Conservation Service (SCS). 1970. *Soil Survey of the Beaver-Cove Fort Area, Utah – Part of Beaver and Millard Counties*. | Not Provided |
| C.60 | Soil Conservation Service (SCS). 1971. *Soil Survey of Delta Area, Utah – Part of Millard County*. | Not Provided |
| C.61 | SWCA Environmental Consultants (SWCA). 2016. *Wetland and Riparian Baseline Inventory for the Sevier Playa Potash Project*. Prepared for Crystal Peak Minerals Inc. | Not Provided |
| C.62 | SWCA Environmental Consultants (SWCA). 2017a. *Response to BLM Questions Regarding Sevier Playa Potash Project Sevier River Water Delivery*. September 15, 2017. Memorandum to Clara Stevens, Bureau of Land Management. Salt Lake City, Utah. | Not Provided |
| C.63 | SWCA Environmental Consultants (SWCA). 2018. Sevier Playa Waterbird Use and Habitat Evaluation Study. Prepared for Crystal Peak Minerals Inc. | Not Provided |
| C.64 | SWCA Environmental Consultants (SWCA). 2019. Rail Loadout and Processing Facilities Vegetation and Soil Survey Report. Prepared for Crystal Peak Minerals Inc. Salt Lake City, Utah. | Not Provided |
| C.65 | U.S. Army Corps of Engineers (USACE). 2003. *Slope Stability – Engineer Manual*. Available at: http://www.publications.usace.army.mil/Portals/76/Publications/EngineerManuals/ EM_1110-2-1902.pdf. | Public Access |
| C.66 | U.S. Army Corps of Engineers (USACE). 2018. Approved Jurisdictional Determination for the Peak Minerals, Sevier Lake Project. April 25, 2018. SPK-2013-00295. Bountiful, Utah: Utah Regulatory Office. | Not Provided |
| C.67 | U.S. Environmental Protection Agency (EPA). 2005. Appendix W of 40 CFR Part 51—Guideline on Air Quality Models (Revised), Office of Air Quality Planning and Standards, Research Triangle Park, North Carolina. November. | Public Access |
| C.68 | U.S. Forest Service, National Park Service, and U.S. Fish and Wildlife Service. 2010. *Federal Land Managers' Air Quality Related Values Work Group (FLAG)*. Phase I Report—Revised (2010). Natural Resource Report NPS/NRPC/NRR—2010/232. Denver, Colorado: National Park Service. | Public Access |
| C.69 | U.S. Geological Survey (USGS). 2014. Fetch- and Depth-Limited Wave Calculations. https://woodshole.er.usgs.gov/staffpages/csherwood/sedx_equations/ RunSPMWave.html. November 24. | Public Access |
| C.70 | Utah Automated Geographic Reference Center. 2012. Ten-meter-grid resolution DEM data. Available at: https://gis.utah.gov/#data. | Public Access |
| C.71 | Utah Division of Air Quality (UDAQ). 2013. *Utah Division of Air Quality Emissions Impact Assessment Guidelines* (UDAQ Dispersion Modeling Guidance). Available at: https://deq.utah.gov/Permits/air/docs/2013/03Mar/EmissionsImpactAssessmentGuideline.pdf. Accessed January 25, 2018. | Public Access |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Appendix Number | Document Name | Method Provided to UDOGM |
|---|---|---|
| C.72 | Utah Division of Wildlife Resources (UDWR). 2013. Utah Conservation Data Center. Database search for the Sevier Project including a 1-mile buffer around the gas lines and a 0.5-mile buffer around other Project components. Available at: http://dwrcdc.nr.utah.gov/ucdc. | Public Access |
| C.73 | Western Regional Climate Center. 2013. Average annual precipitation of Milford and Delta, Utah. Available at: http://www.wrcc.dri.edu/. | Public Access |
| C.74 | Whetstone Associates, Inc. 2017. *Draft Baseline Water Resources Technical Report for the Sevier Playa Potash Project.* October. | On Data Disc |
| C.75 | Whitson, T.D., L.C. Burrill, S.A. Dewey, D.W. Cudney, B.E. Nelson, R.D. Lee, and R. Parker. 1999. | Not Provided |
| C.76 | *Weeds of the West.* 6th ed. Jackson, Wyoming: Pioneer of Jackson Hole. | Public Access |

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# APPENDIX D

## Royalty Allocation and Unit Agreement

(Place Holder – Agreement would be provided after approval)

*Amended Mining Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# APPENDIX E

## Applicant Committed Design Features of the Proposed Project

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table E-1    Standard Mitigation Measures and Best Management Practices**

*Mining Plan for the Sevier Playa Potash Project*

| | Mitigation Measure | Applicability (* Not applicable within the playa boundary) | | | |
|---|---|---|---|---|---|
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| **General** | | | | | |
| 1 | Peak Minerals would avoid or minimize degradation of land, water quality, landscape, and biological resources. During construction, operation, maintenance, and decommissioning of the Project, Peak Minerals would perform its activities in accordance and compliance with applicable air and water quality standards, related facility siting standards, and related permits associated with implementation, including but not limited to: NEPA; the Clean Air Act (CAA); Endangered Species Act (ESA); state and federal historic preservation acts; and other established federal, state, and local regulations as required by law. | ✔ | ✔ | ✔ | ✔ |
| 2 | Peak Minerals would conduct kickoff meetings prior to commencing construction and surface-disturbing activities for the Project. The contractors and agents involved with construction, other surface-disturbing activities, and monitoring would attend this meeting to review the construction stipulations, including those in the Record of Decision (ROD), Mining Plan, leases, Plan of Development (POD), right-of-way (ROW) grants, and mineral material sales contracts. | | ✔ | ✔ | ✔ |
| 3 | All personnel would be instructed on the protection of cultural, paleontological, and ecological resources before starting work on the Project. Training materials and briefings would include, but would not be limited to, discussion of the federal ESA, the consequences of non-compliance with this act, identification and values of wildlife and natural plant communities, general behavior and sensitivity to human activities, penalties for violation of state and federal laws (including the Migratory Bird Treaty Act [MBTA] and Bald and Golden Eagle Protection Act), hazardous substance spill prevention and containment measures, all required and recommended mitigation measures, and reporting requirements. | | ✔ | ✔ | ✔ |
| 4 | The construction contractors would maintain copies of the ROD, Mining Plan, POD, and ROW grants, along with BMPs, site-specific mitigation measures, and ROW grant terms and conditions on the construction site at all times. | | ✔ | ✔ | ✔ |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table E-1    Standard Mitigation Measures and Best Management Practices**

*Mining Plan for the Sevier Playa Potash Project*

| | Mitigation Measure | Applicability (* Not applicable within the playa boundary) | | | |
|---|---|---|---|---|---|
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 5 | Peak Minerals would survey and clearly mark the centerline and exterior limits of the ROWs, at 200-foot intervals or as determined by the BLM. No surface disturbance or construction activity would be allowed within buffers around culturally and environmentally sensitive areas, which would be clearly marked as specified by the BLM. Any deviation from this requirement would have the prior written approval of the BLM. Peak Minerals would set centerline stakes to identify the locations of the linear routes as directed by the BLM. Markers would be used to limit access within work and travel areas to restrict construction access from unnecessarily affecting important culturally and environmentally sensitive areas. Buffers for culturally sensitive areas are defined in the Programmatic Agreement (PA) (see Measure #23). Buffers for environmentally sensitive areas are defined in other measures (for example, Measure #98 for raptors and Measure #103 for migratory birds). | | ✔* | ✔* | ✔* |
| 6 | If disturbance must occur outside of the flagged areas, a BLM-approved biologist would survey the area prior to disturbance. If wildlife species are found within the area to be disturbed, the BLM would be notified immediately. Prior to disturbance, an appropriate course of action would be taken to ensure proper protection of the species. | | ✔* | ✔* | ✔* |
| 7 | Clearing, grading, and other surface disturbance would be limited to the minimum area required for construction. New disturbance would be limited to that which is necessary for safe and efficient construction, operation, and decommissioning of the Project. Clearing or grading equipment paths and other overland access routes would be limited to the extent necessary to allow for safe and effective vehicle passage. In most areas, clearing or grading of the site would be substantially less than the temporary work area limits to reduce potential effects to existing resources. | | ✔* | ✔* | ✔* |
| 8 | Peak Minerals would construct, operate, maintain, and decommission Project facilities, improvements, and structures in strict conformity with the ROD, Mining Plan, leases, POD, ROW grants, and mineral material sales contracts. Any relocation, additional construction, or use that is not in accord with the ROD, Mining Plan, leases, POD, ROW grants, or terms and stipulations of mineral material sales would not be initiated without the prior written approval of the BLM. | | ✔ | ✔ | ✔ |
| 9 | All design, material, construction, operation, maintenance, and decommissioning activities would be in accordance with safe and proven engineering practices. | ✔ | ✔ | ✔ | ✔ |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table E-1    Standard Mitigation Measures and Best Management Practices**

*Mining Plan for the Sevier Playa Potash Project*

| | Mitigation Measure | Applicability (* Not applicable within the playa boundary) | | | |
|---|---|---|---|---|---|
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 10 | All work would be performed in compliance with Mine Safety and Health Administration (MSHA) or Occupational Safety and Health Administration (OSHA) regulations, as appropriate. Project personnel would be instructed in health and safety procedures and would participate in regular safety meetings during construction and operation. Adaptive management would be used to continuously monitor the safety of workers and the public during construction and operation of the Project with a goal of zero injuries or accidents. | | ✔ | ✔ | ✔ |
| 11 | Peak Minerals would develop and implement a Site Safety Plan for construction, operation, maintenance, and decommissioning of the Project. The Site Safety Plan would include, at a minimum, sections on site safety, emergency response, and fire safety. Peak Minerals and its contractors would be responsible for implementing the Site Safety Plan, including compliance with applicable MSHA or OSHA standards. | ✔ | ✔ | ✔ | ✔ |
| 12 | Adaptive management would be used to respond to local, recreational, OHV travel, hunting, and other public uses of BLM-administered lands to assure that multiple uses are continued without hazard to the health or safety of either the public or Project operators and workers. | ✔ | ✔ | ✔ | ✔ |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table E-1    Standard Mitigation Measures and Best Management Practices**

*Mining Plan for the Sevier Playa Potash Project*

| | Mitigation Measure | Applicability (* Not applicable within the playa boundary) | | | |
|---|---|---|---|---|---|
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 13 | <u>Winter Construction</u><br><br>Snow would be removed where necessary to provide access to roads, work sites, and to expose soils for backfilling and grading. Snow would typically be bladed or pushed off the roads and work area (but within the ROW, lease area, or gravel pit) with a motor grader, snowplow, or dozer. Care would be taken when removing snow to minimize mixing of soil with snow. If snow removal is required in off-road areas, backfilling and grading in muddy or frozen areas would be postponed until the soil is dry enough to result in good seedbed preparation, unless approved in advance by the BLM. Tracked equipment used for snow removal operations in off-road areas, if required, would be equipped with shoes to keep the blade 2 inches off the ground. Special precautions would be taken where the surface of the ground is uneven and at drainage crossing to ensure equipment blades do not destroy vegetation.<br><br>In areas where snow fills trenches or holes, Peak Minerals or its contractors would be responsible for removing it to allow visual inspection of the trench or holes prior to installing Project facilities and backfilling.<br><br>Peak Minerals and its contractors would backfill trenches with unfrozen soils to minimize the potential for ditch line settlement resulting from voids between frozen chunks of backfill.<br><br>As directed by the BLM, roads would be winterized by providing a well-drained roadway. This may be achieved by water barring, maintaining drainage, and other measures necessary to minimize erosion and other damage to the roadway or the surrounding public lands. | | ✔* | ✔* | ✔* |
| 14 | Speed limits for Project traffic would be set at a maximum of 30 mph on-road and 15 mph off-road to reduce the generation of fugitive dust and minimize the risk for collisions between Project traffic and livestock or wildlife. This measure would apply on all unpaved roads authorized for use by Project traffic, including unpaved Millard County Class B roads. This measure would not apply on paved roads, where Project traffic would follow posted speed limits. The Adaptive Wildlife Management Plan (Measure #95) would include monitoring and adaptive measures to adjust speed limits to changes in road conditions or use, or for corrective actions (for example, fencing, or signage) in the event that Project traffic causes an unacceptable increase in collisions between Project vehicles and wildlife or livestock. In the event that vehicle traffic causes visible dust emissions, equipment operators would be instructed to reduce speed to a level that does not cause excessive dust in accordance with the Fugitive Dust Control Plan (Measure #16). | ✔ | ✔ | ✔ | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table E-1    Standard Mitigation Measures and Best Management Practices**

*Mining Plan for the Sevier Playa Potash Project*

| | Mitigation Measure | Applicability (* Not applicable within the playa boundary) | | | |
|---|---|---|---|---|---|
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| **Air Quality** | | | | | |
| 15 | Peak Minerals would meet all applicable federal, state, and local emission standards for air quality. | ✔ | ✔ | ✔ | ✔ |
| 16 | Peak Minerals would develop and implement a Fugitive Dust Control Plan, to be approved by BLM, to minimize Project effects from fugitive dust. | ✔ | ✔ | ✔ | ✔ |
| 17 | Dust control would be provided throughout construction, operation, maintenance, and decommissioning to protect soils from erosion and minimize fugitive dust from Project activities. Dust control methods would be specified in the Fugitive Dust Control Plan and would be approved by the BLM prior to their implementation. | | ✔ | ✔ | ✔ |
| 18 | Trucks hauling the finished product from the Processing Facility to the Rail Loadout Facility would minimize dust emissions by limiting vehicle speed or using dust control methods specified in the Fugitive Dust Control Plan. | | | ✔ | |
| 19 | Earthen and other materials, which may become airborne, would be promptly removed from paved roads or handled as described in the Fugitive Dust Control Plan. | | ✔ | ✔ | ✔ |
| 20 | No burning of debris, garbage, or other materials would be allowed. | | ✔ | ✔ | ✔ |
| 21 | Dust emissions caused by truck loading and unloading would be minimized, as described in the Fugitive Dust Control Plan. The drop distance at material transfer points would be minimized to reduce dust generation as described in the Fugitive Dust Control Plan. | | | ✔ | |
| 22 | Tailpipe emissions from diesel-powered equipment would be minimized through use of engines meeting Tier 2 standards or better. | | ✔ | ✔ | ✔ |
| **Cultural Resources** | | | | | |
| 23 | Section 106 requirements would be determined through a Programmatic Agreement (PA), as described in 36 CFR 800.14.b. | ✔ | | | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table E-1     Standard Mitigation Measures and Best Management Practices**

*Mining Plan for the Sevier Playa Potash Project*

| | Mitigation Measure | Applicability (* Not applicable within the playa boundary) | | | |
|---|---|---|---|---|---|
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 24 | Clearance surveys for cultural resources would be conducted prior to the start of construction. Prior to the initiation of any pre-construction surveys, the necessary permits for federal and state land and rights-of-entry to privately owned land would be obtained. Mitigation measures could include avoidance of specific areas during construction, or modification of facility locations to avoid or minimize effects. | ✔ | ✔ | ✔ | ✔ |
| 25 | If National Register of Historic Places (NRHP)-eligible cultural resources sites are identified during pre-construction surveys, they would be avoided through design and layout selection, or effects to the sites would be minimized through mitigation efforts, as identified in the Cultural Resource Management Plan. Peak Minerals would adjust workspace boundaries, if necessary, to achieve this goal. | ✔ | ✔ | ✔ | ✔ |
| 26 | The protocol for discoveries covered under the Native American Graves Protection and Repatriation Act (NAGPRA) would be determined through the PA. | ✔ | | | |
| 27 | Where required by the BLM through the Section 106 process, ground-disturbing activities would be monitored by a qualified, professional archaeologist. If any archaeological evidence is discovered, the archaeological monitor would report the discovery to the Compliance Inspection Contractor (CIC) and follow protocols determined through the PA. | | ✔ | ✔ | ✔ |
| 28 | NRHP-eligible sites, if any are identified, would be protected with a 100-foot buffer. The buffer area would be staked and flagged by a qualified archaeologist as a location outside of the work area. | | ✔ | ✔ | ✔ |
| 29 | Cultural resources (historic or prehistoric site or object) discovered by Peak Minerals, or any person working on their behalf, would be immediately reported to the BLM. All operations would be suspended within 300 feet of such discovery until written authorization to proceed is issued by the BLM. After initial investigation by an archaeologist, the buffer may be reduced to 100 feet. Discoveries would be handled as determined in the PA. | | ✔ | ✔ | ✔ |
| **Fire Management** | | | | | |
| 30 | Peak Minerals would develop and implement a Site Safety Plan, which includes measures for prevention and suppression of fire. Project personnel would be instructed regarding individual responsibility in implementation of the plan. | ✔ | ✔ | ✔ | ✔ |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table E-1     Standard Mitigation Measures and Best Management Practices**

*Mining Plan for the Sevier Playa Potash Project*

| | Mitigation Measure | Applicability (* Not applicable within the playa boundary) | | | |
|---|---|---|---|---|---|
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 31 | Peak Minerals and its contractors would notify the BLM of any fires and comply with all rules and regulations administered by the BLM concerning the use, prevention, and suppression of fires on federal lands, including any fire prevention orders that may be in effect at the time of the permitted activity. Peak Minerals or its contractors may be held liable for the cost of fire suppression, stabilization, and rehabilitation if they are the cause of the fire. In the event of a fire, personal safety would be the first priority of Peak Minerals and its contractors | | ✔ | ✔ | ✔ |
| 32 | Peak Minerals and its contractors would operate all internal and external combustion engines (for example, off-highway vehicles, chainsaws, generators, and heavy equipment) with a qualified spark arrester. Qualified spark arresters would be maintained and not modified, and meet the Society of Automotive Engineers Recommended Practices J335 or J350. Refer to 43 CFR §8343.1. | | ✔ | ✔ | ✔ |
| 33 | Peak Minerals and its contractors would maintain and clean all equipment regularly to remove flammable debris buildup and prevent fluid leaks that can lead to ignitions. | | ✔ | ✔ | ✔ |
| 34 | Peak Minerals and its contractors would carry at least one shovel, water, and a fire extinguisher rated at a minimum of ABC - 10 pound on each piece of equipment and each vehicle. | | ✔* | ✔* | ✔* |
| 35 | When welding, grinding, cutting or conducting other similar, spark-producing work outside of an enclosed building, choose an area large enough to contain the sparks that is naturally free of all flammable vegetation or remove the flammable vegetation in a manner compliant with the permitted activity. If adequate clearance cannot be made, wet an area large enough to contain all sparks prior to the activity and periodically throughout the activity to reduce the risk of wildfire ignition. Regardless of clearance, maintain readiness to respond to an ignition at all times. In addition, keep one shovel per person and at least one fire extinguisher ready, minimum, as specified above (Measure #34) during this activity. | | ✔ | ✔ | ✔ |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table E-1    Standard Mitigation Measures and Best Management Practices**

*Mining Plan for the Sevier Playa Potash Project*

| | Mitigation Measure | Applicability (* Not applicable within the playa boundary) | | | |
|---|---|---|---|---|---|
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 36 | Peak Minerals and its contractors would keep apprised of current and forecasted weather and fire conditions at http://www.wrh.noaa.gov/firewx/?wfo=slc and take additional fire precautions when fire danger is rated High or greater. Red Flag Warnings for high winds and low humidity are issued by the National Weather Service when fire conditions are most dangerous and ignitions escape control quickly. Extra precautions would be required during these warnings such as additional water, patrols, and tools. When fire danger is rated Extreme and a Red Flag Warning is forecasted, all off-playa activities, including any road improvements, would be shut down. All on-playa activities, as well as activities that take place within the graveled areas at the Processing and Rail Loadout Facilities would be exempt from this shutdown. Any exceptions must be approved in advance by the BLM. | | ✔* | ✔* | ✔* |
| 37 | Peak Minerals and its contractors would initiate fire suppression actions in the work area to prevent fire spread to or on federally administered lands. If a fire spreads beyond the capability of workers with the stipulated tools, all would cease fire suppression action and leave the area immediately via pre-identified escape routes. | | ✔ | ✔ | ✔ |
| 38 | Peak Minerals and its contractors would call **911** or the **Richfield Interagency Fire Center at 435-896-8404** immediately with the location and status of any fire **AND** notify the **BLM Fillmore Field Office at 435-743-3100** immediately to report the incident. | | ✔ | ✔ | ✔ |
| **Geology** | | | | | |
| 39 | Project facilities would be designed, constructed, maintained, and reclaimed to avoid or minimize the potential for land subsidence and landslides. | ✔ | ✔ | ✔ | ✔ |
| **Hazardous Materials and Solid Wastes** | | | | | |
| 40 | Peak Minerals would develop and implement a Solid and Hazardous Waste and Hazardous Materials Management Plan, to be approved by the BLM, which would include measures that address the transportation, storage, use, and disposal of hazardous materials used during Project construction, operation, maintenance, and decommissioning. This plan would also address non-hazardous and non-petroleum wastes generated by construction, operation, maintenance, and decommissioning of the Project. | ✔ | ✔ | ✔ | ✔ |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table E-1    Standard Mitigation Measures and Best Management Practices**

*Mining Plan for the Sevier Playa Potash Project*

| | Mitigation Measure | Applicability (* Not applicable within the playa boundary) | | | |
|---|---|---|---|---|---|
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 41 | Peak Minerals would develop a Spill Prevention, Control, and Countermeasures (SPCC) Plan, to be approved by the BLM. The SPCC Plan would be implemented to ensure protection of surface and ground water resources, prevent spills of petroleum products, and identify response procedures. Specific measures would prohibit vehicle refueling or maintenance areas within 100 feet from any stream bank or wetland, canal, or other drainage feature outside of the Sevier Playa. Contaminated soil from accidental spills would be cleaned up immediately as required by regulation. | ✔ | ✔ | ✔ | ✔ |
| 42 | Hazardous materials usage, storage, and disposal would comply with applicable local, state, and federal environmental laws and regulations. | | ✔ | ✔ | ✔ |
| 43 | Hazardous materials would be stored in a manner that provides secondary containment. Where space allows, transfer of hazardous materials would also occur within secondary containment. Personnel would be trained in the proper handling, use, storage, and cleanup of hazardous chemicals used for the Project. | | ✔ | ✔ | ✔ |
| 44 | Hazardous materials spill mitigation, cleanup, and disposal procedures would be in place, including EPA spill notification quantities and contact information. | | ✔ | ✔ | ✔ |
| 45 | Routine maintenance of vehicles and equipment would be restricted to locations authorized for such use by the BLM. Only emergency repairs of vehicles and equipment would take place away from authorized locations. Disabled/inoperative vehicles or equipment would typically be trucked or towed to authorized locations for repair. | | ✔ | ✔ | ✔ |
| 46 | It would be necessary and practical for heavy equipment left on the site during construction, operation, maintenance, or decommissioning to be refueled in place. Peak Minerals and its contractors would implement standard refueling procedures, including spill prevention practices. Each fueling station would be equipped with a spill kit and would be operated consistent with SPCC requirements. | | ✔ | ✔ | ✔ |
| 47 | Fuel trucks would be equipped with automatic shut-off valves and would carry spill kits, and spill protection measures would be in place. | | ✔ | ✔ | ✔ |
| 48 | No personal or light-duty vehicles would be refueled on the site, except at locations authorized by the BLM. The equipment refueling section of the SPCC Plan would identify authorized methods and locations for refueling. | | ✔ | ✔ | ✔ |

**Table E-1    Standard Mitigation Measures and Best Management Practices**

*Mining Plan for the Sevier Playa Potash Project*

| | Mitigation Measure | Applicability (* Not applicable within the playa boundary) | | | |
|---|---|---|---|---|---|
| | | Design and Engineering | Construction | Operation and Maintenance¹ | Decommissioning¹ |
| 49 | Vehicle drip pans would be used for overnight parking of non-passenger vehicles. | | ✔ | ✔ | ✔ |
| **Land Management** | | | | | |
| 50 | The Project would be subject to valid prior existing ROWs, and its construction, operation, maintenance, and decommissioning would be coordinated with other ROW holders and adjacent non-federal landowners. | ✔ | ✔ | ✔ | ✔ |
| 51 | Peak Minerals would provide notification and would obtain any necessary encroachment permit or approval from operators of pipelines, transmission lines, railroads, state or county roads, and other existing ROWs to be crossed or paralleled by Project facilities. The BLM would provide the names and addresses for existing ROW holders and applicants for pending ROWs to Peak Minerals. A letter, reviewed by the BLM, would be sent by Peak Minerals to the ROW holders and applicants. Peak Minerals would provide the BLM with documentation (a copy of the final letter and recipient list) that contact was made and copies of any agreements reached. Prior to commencing construction, the contractors would notify utility companies with existing lines near Project facilities (via the One-Call system or similar utility notification system) for field marking. | ✔ | ✔ | ✔ | ✔ |
| 52 | Protection of Survey Corner and Boundary Line Markers: The responsible party (Peak Minerals) would identify and protect evidence of the Public Land Survey System (PLSS) and related federal property boundaries prior to commencement of any ground- disturbing activity. The BLM would contact BLM Cadastral Survey to coordinate data research, evidence examination and evaluation, and locating, referencing, or protecting monuments of the PLSS and related land boundary markers from destruction. In the event of obliteration or disturbance of the federal boundary evidence, the responsible party would immediately report the incident in writing to the BLM. BLM Cadastral Survey would determine how the marker would be restored. In rehabilitating or replacing the evidence, the responsible party would reimburse the BLM for the costs or, if instructed to use the services of a Certified Federal Surveyor, procurement would be per qualification-based selection. All surveying activities would conform to the <u>Manual of Surveying Instructions</u> and appropriate state laws and regulations.<br>BLM Cadastral Survey would review local surveys before being finalized or filed in the appropriate state or county office. The responsible party would pay for all survey, investigation, penalties, and administrative costs. | | ✔ | ✔ | ✔ |
| **Livestock Grazing** | | | | | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table E-1    Standard Mitigation Measures and Best Management Practices**

*Mining Plan for the Sevier Playa Potash Project*

| | Mitigation Measure | Applicability (* Not applicable within the playa boundary) | | | |
|---|---|---|---|---|---|
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 53 | The BLM would be notified 15 days prior to construction on an allotment so affected livestock permittees could be contacted. Construction activities during April and October would take precautions to avoid sheep trailing along Black Rock and Crystal Peak Roads. | | ✔* | ✔* | ✔* |
| 54 | Gates on established roads on public lands would be left open or closed, as found, or as designated by the BLM. | | ✔* | ✔* | ✔* |
| 55 | Peak Minerals would minimize disturbance to existing fences and other improvements and would promptly repair damaged improvements to their original state or better. If fences need to be disturbed, they would be braced and secured to prevent loss of tension before cutting. Gates and cattle guards would be installed or replaced as required. If cattle guards, fences, or gates are damaged by Peak Minerals or its contractors, they would be repaired or replaced to their original conditions, as required by the BLM. Temporary gates would be installed only with the permission of the BLM. | | ✔* | ✔* | ✔* |
| 56 | Cuts or breaks in fences or natural barriers used for livestock control would be temporarily fenced to prevent passage of livestock during construction activities. After construction is completed in that area, the original fence or natural barrier would be reestablished to pre-construction conditions. | | ✔* | ✔* | ✔* |
| 57 | Stock watering pipelines that must be crossed by construction activities would be marked in advance for avoidance as appropriate. Any cut or damaged pipelines to stock watering features would be repaired immediately. | | ✔* | ✔* | ✔* |
| 58 | The Project would be designed to avoid disruption of the flow of water to stock watering reservoirs and to avoid disturbance that would prevent them from functioning properly. | | ✔* | ✔* | ✔* |
| 59 | Revegetation of disturbed areas would be designed on a site-specific basis in consultation with the BLM to maintain or enhance the value of grazing allotments. | | ✔* | ✔* | ✔* |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table E-1     Standard Mitigation Measures and Best Management Practices**

*Mining Plan for the Sevier Playa Potash Project*

| | Mitigation Measure | Applicability (* Not applicable within the playa boundary) | | | |
|---|---|---|---|---|---|
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 60 | Peak Minerals would notify Project personnel and contractors when livestock are grazing along the roadway and that extra caution is required to avoid collisions. Speed limits would be reduced, if necessary, when livestock are present along Project roads. If a vehicle collision with livestock does occur, Peak Minerals would notify the BLM as soon as practical. The BLM would notify the permittee. Peak Minerals would be responsible for removing the carcass after the BLM is notified, to prevent attracting wildlife along the roadway and causing additional hazards. Peak Minerals would be responsible for compensating the permittee for the value of any livestock killed or injured by Project personnel and contractors. | | ✔* | ✔* | ✔* |
| **Noise** | | | | | |
| 61 | Equipment would be properly muffled. | | ✔ | ✔ | ✔ |
| **Noxious Weeds** | | | | | |
| 62 | Peak Minerals would develop and implement a Noxious Weed Management Plan, to be approved by BLM, to control, manage, and prevent the introduction or spread of noxious weeds and invasive species by Project construction, operation, maintenance, or decommissioning. | ✔ | ✔ | ✔ | ✔ |
| 63 | State-designated noxious weeds or others listed by Millard County that are found prior to or during construction would be avoided or treated prior to disturbance. | | ✔* | | |
| 64 | Prior to entering BLM lands, all equipment would be cleaned of soils, seeds, vegetative matter, or other debris that could contain noxious weed seeds. Designated wash stations would be established at key locations to assure vehicles entering federal lands are cleaned and weed free. Any vehicles working off-road in an area of known noxious weed infestation would be washed before leaving the area. Daily washing would not be required for vehicles that are only traveling to and from the Project and have not entered an area with a known noxious weed infestation. | | ✔* | ✔* | ✔* |
| 65 | Gravel, sand, and other materials brought in for road and other Project activities would be weed-free to the greatest extent possible. | | ✔* | ✔* | ✔* |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table E-1     Standard Mitigation Measures and Best Management Practices**

*Mining Plan for the Sevier Playa Potash Project*

| | Mitigation Measure | Applicability (* Not applicable within the playa boundary) | | | |
|---|---|---|---|---|---|
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 66 | After construction, all areas of soil disturbance would be monitored for noxious weeds and invasive species as outlined in the Noxious Weed Management Plan. Infested areas would be inventoried, mapped (using Global Positioning Systems [GPS]), and treated. Weed control measures would be initiated according to the Noxious Weed Management Plan upon evidence of noxious weed or invasive species introduction. Treatment would be completed during the first growing season following completion of construction to ensure that weed populations are controlled. Noxious weed control would continue during the revegetation process and operation, maintenance, and decommissioning phases of the Project. | | ✔* | ✔* | ✔* |
| 67 | Weed control would consist of the appropriate manual, mechanical, biological, and chemical methods. If herbicides are used, their use would be coordinated with the BLM. All herbicide applications would be performed in accordance with federal, state, and local regulation, and in compliance with the BLM requirements. If needed, a Pesticide Use Proposal (PUP) would be submitted to the BLM for approval prior to any chemical treatment. It is the BLM's responsibility to monitor pesticide applications on public land, to ensure the product label and approved PUP are followed, and the PUP is completed. To comply with this requirement, the BLM would be notified when spraying/treating on public land would occur, and all completed Daily Pesticide Application Records would be sent to the BLM within 24 hours after treatment. Pesticides would be applied by a certified licensed applicator in strict accordance with the product label, the PUP, and mitigation measures outlined in the EIS and ROD. Pesticides would not be permanently stored on public lands. | | ✔* | ✔* | ✔* |

**Paleontology**

| | Mitigation Measure | | | | |
|---|---|---|---|---|---|
| 68 | Peak Minerals would immediately notify the BLM of any paleontological resources discovered during construction, operations, maintenance, or decommissioning, protect the discovery from damage or looting, and suspend all activities within 300 feet of such discovery until written authorization to proceed is issued by the BLM. Peak Minerals is not required to suspend operations if activities can avoid further effects to a discovered locality or be continued elsewhere. | | ✔ | ✔ | ✔ |
| 69 | The BLM would evaluate, or would have evaluated, such discoveries as soon as possible but not later than 10 working days after being notified. Appropriate measures to mitigate adverse effects to important paleontological resources would be determined by the BLM after consulting with Peak Minerals. Approval for the Project to proceed would be granted when recovery of the fossil material and field data is completed. | | ✔ | ✔ | ✔ |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table E-1    Standard Mitigation Measures and Best Management Practices**

*Mining Plan for the Sevier Playa Potash Project*

| | Mitigation Measure | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
|---|---|---|---|---|---|
| | | **Applicability** (* Not applicable within the playa boundary) | | | |
| 70 | Peak Minerals would be responsible for the cost of any investigation necessary for the evaluation and mitigation of paleontological resources. Peak Minerals would not be responsible for the cost of recovery outside of the approved area of disturbance plus a 50- foot buffer, even if the paleontological resource continues outside that area. | | ✔ | ✔ | ✔ |
| **Reclamation** | | | | | |
| 71 | Peak Minerals would develop and implement a Reclamation Plan, to be approved by the BLM, which would address both interim reclamation of temporary construction disturbance and final reclamation during Project decommissioning. | ✔ | ✔ | ✔ | ✔ |
| 72 | Following construction, areas that have been temporarily disturbed by grading or other construction activities would be returned to the original contours of the land, consistent with future operating needs, as approved by the BLM. Reclamation work may consist of re-contouring eroded areas, extending water bars, creating berms, installing rock barriers, establishing vegetation, applying mulch to provide additional erosion control, and other activities as required by the BLM. Reclamation would begin as soon as practical after construction is complete to minimize the potential for erosion, except that re-seeding may be deferred until the fall following completion of construction to improve the opportunity for successful seed germination. | | ✔* | ✔* | ✔* |
| 73 | Seed mixes and seeding methods would be determined by the BLM, in consultation with their Rangeland Management Specialist. Seed mixes would be appropriate for different soil types and ecological sites. Revegetation on private lands would occur according to landowner specifications. When broadcast seeding is used, it would be followed by raking or harrowing to cover the seed. Should an area be broadcast seeded, the seeding rate would be doubled unless the soil is disturbed sufficiently following seeding to cover the seed with soil. | | ✔* | ✔* | ✔* |
| 74 | Trees, brush, other woody material, and rocks removed during construction would be placed in designated areas for later use in reclamation, at the BLM's direction. Peak Minerals would pull these materials back over disturbed areas following construction to aid in erosion control, create wildlife habitat, and discourage OHV use of the disturbed areas. | | ✔* | ✔* | ✔* |
| **Soil and Water Resources** | | | | | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table E-1    Standard Mitigation Measures and Best Management Practices**

*Mining Plan for the Sevier Playa Potash Project*

| | Mitigation Measure | Applicability (* Not applicable within the playa boundary) | | | |
|---|---|---|---|---|---|
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 75 | A Stormwater Pollution Prevention Plan (SWPPP), to be approved by the BLM, would be prepared for the UPDES permit(s) required for the Project. The SWPPP would include BMPs to ensure compliance with applicable regulations and to prevent offsite migration of contaminated stormwater or increased soil erosion. Construction practices would comply with the UPDES permit(s) and SWPPP. Construction, operation, maintenance, and decommissioning crew supervisors would ensure compliance with SWPPP guidelines to stabilize disturbed soils and minimize erosion and sedimentation. Erosion control measures would be implemented in areas where surface disturbance or slope leave the soil open to wind or water erosion. Erosion control methods may include construction of water diversion structures and site-specific applications of mulch or other materials as approved by the BLM to dissipate water flow as needed to control surface water runoff across disturbed areas. | | ✔* | ✔* | ✔* |
| 76 | Topsoil that is suitable for reclamation would be removed in conjunction with clearing and grading and reserved in shallow windrows for use in reclamation of temporarily disturbed areas. The depth of topsoil segregation would depend on the soil type and would be determined by Peak Minerals, its contractors, or the CIC (as applicable), with approval by the BLM. Erosion control measures would be used in areas where surface disturbance or slope leave the stockpiled soil susceptible to wind or water erosion. | | ✔* | ✔* | ✔* |
| 77 | Inspections would be conducted to monitor the success and maintenance of erosion control measures. The monitoring program would identify problem areas and corrective measures to ensure vegetation cover and erosion control. | | ✔* | ✔* | ✔* |
| 78 | Concrete trucks would not be washed out on public lands except at designated sites where washout materials would be handled in accordance with the SWPPP. The designated sites would be reclaimed in accordance with the Reclamation Plan once work is completed. Concrete would be disposed of at an authorized location and would not be disposed of in drains, inlets, stormwater drainages, or watercourses. | | ✔* | ✔* | |
| 79 | Peak Minerals would develop and implement a Blasting Plan, to be approved by the BLM, if blasting is deemed necessary at any point during construction, operation, maintenance, or decommissioning of the Project. The Blasting Plan would include notification and safety measures, as well as monitoring (pre- and post-blasting) of springs or other groundwater sources near blasting areas. | ✔ | ✔ | ✔ | ✔ |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table E-1    Standard Mitigation Measures and Best Management Practices**

*Mining Plan for the Sevier Playa Potash Project*

| | Mitigation Measure | Applicability (* Not applicable within the playa boundary) | | | |
|---|---|---|---|---|---|
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| **Transportation and Access** | | | | | |
| 80 | Peak Minerals would develop and implement a Transportation and Traffic Management Plan, to be approved by the BLM, which describes regional and local access routes and affected roadways, traffic volumes, pavement conditions, and traffic mitigation measures. It would also discuss traffic and circulation within and in the immediate vicinity of Project facilities. | ✔ | ✔ | ✔ | ✔ |
| 81 | Existing roads would be used to the extent possible to minimize new disturbance. Overland vehicle traffic through undisturbed areas would be minimized. Unless authorized by the BLM, travel would be restricted to public roads, authorized existing roads, and the ROWs. Where appropriate, Peak Minerals would upgrade or maintain authorized existing roads using the standards outlined in BLM Road Manual 9113. | | ✔* | ✔* | ✔* |
| 82 | Nighttime travel would be minimized to reduce the potential for vehicle collisions with wildlife and livestock. | | ✔ | ✔ | ✔ |
| 83 | The at-grade crossings and associated warning devices would be designed and constructed to achieve compliance with UDOT standards. A New Rail Crossing Application, including a development plan and preliminary engineering drawings, would be submitted to UDOT to begin the approval process. | ✔ | ✔ | | |
| 84 | Design and construction of the Rail Loadout Facility access roads and the Rail Spur Access Corridor would be coordinated with Millard County staff to achieve compliance with county standards and with the BLM to achieve compliance with design standards in BLM Road Manual 9113. | ✔ | ✔ | | |
| 85 | All roads to be used by the Project would be evaluated based on the frequency and weight of Project vehicles that are anticipated to travel each road. A table would be developed and placed in the Transportation and Traffic Management Plan and SWPPP for the Project. The table would identify any requirements for maintenance or improvements that may be needed to accommodate the anticipated use and loading. Road improvements would include construction of proper subgrade and addition of a wear course, where appropriate. | ✔* | | | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table E-1    Standard Mitigation Measures and Best Management Practices**

*Mining Plan for the Sevier Playa Potash Project*

| | Mitigation Measure | Applicability (* Not applicable within the playa boundary) | | | |
|---|---|---|---|---|---|
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 86 | This mitigation measure applies to roads that would not be improved or maintained. Travel on these roads would be avoided to the extent practicable during periods when the soil is too wet to support equipment adequately, as evidenced by the creation of ruts in excess of four inches deep. The Transportation and Traffic Management Plan would identify measures to minimize rutting (for example, placement of mats or gravel), if equipment creates ruts more than 4 inches deep. If Project activities create any ruts deeper than 4 inches, the BLM would be notified. Damage to soils, including compaction, rutting, and displacement, would be repaired as described in the Transportation and Traffic Management Plan. | | ✔* | ✔* | ✔* |
| 87 | This mitigation measure applies to roads that would be improved and maintained. If at any time during the life of the Project, equipment creates ruts that penetrate the native soil or wear course and start to damage the native soil or subgrade, localized activities would be halted and repairs made. Ruts more than 4 inches deep would be repaired regularly to ensure a smooth and stable road surface. | | ✔* | ✔* | ✔* |
| 88 | Oversize loads greater than 16 feet in width would require permits and police escorts. | | | | |
| 89 | Peak Minerals would plan for safe and accessible conditions at roadway crossings and access points during construction, operation, maintenance, and decommissioning of the Project. | | ✔* | ✔* | ✔* |
| 90 | For public safety, appropriate road signs such as "Caution Heavy Truck Traffic" or "Be Prepared to Stop" would be used during construction, operation, maintenance, and decommissioning of the Project. Flaggers would be used when required by existing law. | | ✔* | ✔* | ✔* |
| 91 | Equipment and material hauling would be performed in such a manner as to prevent damage to areas outside the Project and to minimize interference with normal uses of lands crossed. | | ✔* | ✔* | ✔* |
| 92 | Permanent roads and parking areas would be constructed to provide drainage and minimize erosion. Gravel, rock, or other appropriate surfacing materials would be applied if needed, subject to BLM approval. Culverts would be installed if necessary to maintain drainage. | | ✔* | ✔* | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table E-1    Standard Mitigation Measures and Best Management Practices**

*Mining Plan for the Sevier Playa Potash Project*

| | Mitigation Measure | Applicability (* Not applicable within the playa boundary) | | | |
|---|---|---|---|---|---|
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 93 | Peak Minerals would conduct regular inspections to identify road problems such as ruts, holes, crown-and-ditch elements, standing water on the road surface, surfacing materials, blockage of water flowing into and discharging from culverts, interim reclamation, and control of noxious and invasive weeds. Inspections would be conducted following rapid snowmelt and prolonged rain events. Maintenance activities may include, but would not be limited to, blading, resurfacing, dust abatement, spot repairs, placement of rock or gravel, culvert cleaning, noxious and invasive weed control, reseeding, regrading, and snow removal, as approved by the BLM. The road surface and shoulders would be kept in a safe and usable condition and would be maintained in accordance with the original construction standards. All drainage ditches and culverts would be kept clear and free flowing and would be maintained according to original construction standards. | | ✔ | ✔ | ✔ |
| **BLM Sensitive Plant Species** | | | | | |
| 94 | If a sensitive plant species that could be affected or disturbed is discovered during the course of Project construction, operation, maintenance, or decommissioning, the BLM would be immediately notified. All ground-disturbing activities that may affect the resource would immediately cease until the BLM issues written authorization to proceed. The BLM's Threatened and Endangered Species Plants Specialist would develop and implement appropriate mitigation measures. | | ✔ | ✔ | ✔ |
| **Wildlife** | | | | | |
| 95 | Peak Minerals would develop and implement an Adaptive Wildlife Management Plan, to be approved by the BLM, to guide the evaluation of information collected during wildlife monitoring and to inform management of wildlife resources. Operational monitoring and reporting would be conducted as described in the Adaptive Wildlife Management Plan. Peak Minerals would provide the monitoring results to, and consult with, the BLM regarding potential management decisions regarding unanticipated effects to wildlife. | ✔ | ✔ | ✔ | ✔ |
| 96 | All power and communication lines, including structures and substations, would be designed to minimize the potential for adverse avian interactions, including collision and electrocution. Avian protection measures would be consistent with guidance provided by the Avian Power Line Interaction Committee (APLIC) and the USFWS (APLIC 2006, 2012). | ✔ | ✔ | ✔ | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table E-1    Standard Mitigation Measures and Best Management Practices**

*Mining Plan for the Sevier Playa Potash Project*

| | Mitigation Measure | Applicability (* Not applicable within the playa boundary) | | | |
|---|---|---|---|---|---|
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 97 | Pre-construction biological clearance surveys for avian and other terrestrial resources would be conducted for wildlife species identified as having the potential to occur in the area or to be affected by the Project. The details of these surveys would be coordinated with the BLM, USFWS, and UDWR. If special-status species are encountered during the pre-construction surveys or construction, appropriate BMPs and mitigation measures would be implemented to avoid or minimize any anticipated effects. Prior to the surveys, permits for federal and state land and rights-of-entry to privately owned land would be obtained. BMPs and mitigation measures could include, but are not limited to, avoidance of specific areas during the construction process or modification of facility locations to avoid or minimize effects. | ✔ | ✔ | ✔ | ✔ |
| 98 | Appropriate seasonal and spatial buffers would be placed on all known and discovered raptor (eagle, falcon, hawk, and owl) nests in accordance with Utah Field Office Guidelines for Raptor Protection from Human and Land Use Disturbances (USFWS 2002) and Best Management Practices for Raptors and their Associated Habitats in Utah (BLM 2006). Construction activities would not occur within these buffers if pre-construction monitoring indicates the nests are active, unless a site-specific evaluation is completed prior to construction and a BLM wildlife biologist, in coordination with USFWS and UDWR, recommends that activities may proceed. The BLM would coordinate with the USFWS and UDWR and have a recommendation within 3 to 5 business days of notification. Any construction activities authorized within a spatial or seasonal buffer for raptors would require an on-site monitor. If there are any indications that activities are adversely affecting the raptor or its young, the on-site monitor would suspend activities and contact the BLM immediately. Construction may be considered within the buffers of inactive nests, after coordination with the BLM, if proper surveys have been completed and have shown that the nest is unoccupied, has become unsuccessful, or young have fledged and are no longer dependent on the nest. | | ✔ | ✔ | ✔ |
| 99 | Existing roads would be used to the extent possible for access and linear components of the Project, such as power and communication lines, the Natural Gas Pipeline, and water supply pipelines, to minimize disturbance, loss, and fragmentation of wildlife habitat, unless approved by the BLM. Site clearing would be limited to the minimum time, duration, and space necessary. Clearing of sagebrush shrubland, a high-value habitat type that is increasingly rare in the Project vicinity, would be limited to the greatest extent practicable. | ✔* | ✔* | ✔* | |
| 100 | At the end of each workday, all excavated holes and trenches that may trap wildlife would be inspected before backfilling. If backfilling is not feasible, excavations would be sloped at the ends to provide escape ramps or covered to completely prevent access by wildlife. Before work commences, excavation areas would be inspected and any wildlife removed. | | ✔* | ✔* | ✔* |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table E-1    Standard Mitigation Measures and Best Management Practices**

*Mining Plan for the Sevier Playa Potash Project*

| | Mitigation Measure | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
|---|---|:---:|:---:|:---:|:---:|
| | | **Applicability** (* Not applicable within the playa boundary) | | | |
| 101 | Construction, operation, maintenance, and decommissioning of the Project would be conducted in a manner that does not cause "take" as defined by the applicable law(s) for each wildlife species. Any take or wildlife problems would be reported to the BLM biologist as soon as practicable. All wildlife are to be appreciated and given space to carry out their biological/ecological activities. | | ✔ | ✔ | ✔* |
| 102 | A litter control program would be implemented to reduce the attractiveness of Project facilities to opportunistic predators such as common ravens, coyotes, and kit fox. All domestic trash would be promptly placed in covered containers that would be removed on a regular basis for disposal at an authorized facility. | | ✔ | ✔ | ✔ |
| 103 | Peak Minerals would attempt to avoid or minimize ground-disturbing activities, noise, and light during the migratory bird nesting season (March 1 through July 30) so as not to disturb nesting avian species during the critical nesting season. Anticipating that ground-disturbing activities may be proposed during the migratory bird nesting season, Peak Minerals would develop a migratory bird nest survey protocol and nest avoidance program to mitigate disturbance to nesting migratory birds. The nest survey protocol and nest avoidance program would be included in the Adaptive Wildlife Management Plan, which would be reviewed by the BLM, UDWR, and USFWS, and approved by the BLM. | | ✔* | ✔* | ✔* |
| 104 | To prevent and avoid birds becoming entrapped, all vertical pipes that would not allow a bird to exit would be permanently capped. | | ✔ | ✔ | ✔ |
| 105 | All open pipes, culverts, and similar Project features greater than 4 inches in diameter would be inspected prior to disturbance or removal to avoid trapping, injuring, or killing kit foxes. | | ✔ | ✔ | ✔ |
| 106 | Over the term of the authorization for the Project, information regarding a plant or animal species may change. If the status of a species changes (for example, a species is proposed for listing or becomes listed under the ESA, or is added to the BLM's Special Status Species list), the BLM would notify Peak Minerals. The BLM and Peak Minerals would discuss the potential for construction, operation, maintenance, or decommissioning to affect the species and any appropriate BMPs and mitigation measures. Should it be determined by the BLM that construction, operation, maintenance, or decommissioning may adversely affect a federally listed (ESA) species, consultation with the USFWS would be initiated. | | ✔ | ✔ | ✔ |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table E-1    Standard Mitigation Measures and Best Management Practices**

*Mining Plan for the Sevier Playa Potash Project*

| | Mitigation Measure | Applicability (* Not applicable within the playa boundary) | | | |
|---|---|---|---|---|---|
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 107 | Fences would be constructed according to BLM standards, including sufficient clearance to allow passage of pronghorn. Wire spacing and type would comply with BLM requirements. Metal fence posts with white tips would be used for visibility and to minimize perch locations for raptors. In areas of high wildlife migration, new fence wires would be flagged during construction to be conspicuous. Post spacing, number or stays, and other fence specifications would be determined based on site conditions. | | ✔* | ✔* | |
| 108 | Roadways would be monitored for carcasses of wildlife or livestock that have collided with vehicles. Carcasses would be removed immediately (within 24 hours of discovery) to the extent practical. Peak Minerals would coordinate in advance with the UDWR and USFWS to obtain all required permits to avoid delays in carcass removal. | | ✔* | ✔* | ✔* |
| 109 | If direct disturbance of active burrows or dens of any special-status species is necessary, it would occur outside critical breeding periods according to species biology, unless approved by the BLM. Physical destruction of known, active kit fox or burrowing owl burrows would be avoided wherever possible. No other burrows, regardless of activity classification, would be destroyed unnecessarily. | | ✔* | ✔* | ✔* |

* Not applicable within the playa boundary.

[1] During operations, maintenance, and decommissioning, some mitigation measures would only apply to the initiation of new activities.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

RECLAMATION PLAN FOR THE
SEVIER PLAYA POTASH PROJECT

UDOGM LMO PERMIT NUMBER M/027/0125

PEAK MINERALS
SEVIER PLAYA POTASH PROJECT



**10808 South River Front Parkway, Suite 343**
**South Jordan, Utah 84095**

August 2024

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# CONTENTS

1.  Introduction ........................................................................................................................ 1-1
   1.1.  Project Overview ........................................................................................................ 1-1
   1.2.  Project Location ......................................................................................................... 1-3
   1.3.  Project History and Exploration Activities ................................................................ 1-3
   1.4.  Current and Post-Mining Land Use ........................................................................... 1-4
   1.5.  Reclamation Plan Overview ....................................................................................... 1-4
   1.6.  Reclamation Plan Updates ........................................................................................ 1-5
   1.7.  Regulatory Framework ............................................................................................... 1-6
       1.7.1.  Federal Regulations ......................................................................................... 1-7
       1.7.2.  State Regulations ............................................................................................. 1-9
       1.7.3.  Lease Requirements ....................................................................................... 1-11
   1.8.  Avoidance and Minimization .................................................................................... 1-13
   1.9.  Temporary Suspension ............................................................................................ 1-13

2.  General Setting .................................................................................................................. 2-1
   2.1.  Sevier Playa Development History ............................................................................ 2-2
       2.1.1.  Peak Minerals Exploration Activities ............................................................... 2-2
       2.1.2.  Other Existing Development ............................................................................. 2-3

3.  Project Features ................................................................................................................ 3-1
   3.1.  Extraction System ...................................................................................................... 3-2
       3.1.1.  Extraction Trenches ......................................................................................... 3-2
   3.2.  Recharge System ...................................................................................................... 3-2
       3.2.1.  Drop Structure, Diversion Berm, and Canal .................................................... 3-2
       3.2.2.  Recharge Trenches, Canals, and Collectors ................................................... 3-3
   3.3.  Evaporation Ponds ..................................................................................................... 3-3
       3.3.1.  Preconcentration Ponds ................................................................................... 3-3
       3.3.2.  Production Ponds .............................................................................................. 3-3
       3.3.3.  Brine Transfer Canal and Pipeline ................................................................... 3-4
   3.4.  Processing Facility ..................................................................................................... 3-4
   3.5.  Tailings ...................................................................................................................... 3-5
       3.5.1.  Bittern Waste Ponds ......................................................................................... 3-5
       3.5.2.  Tailings Management Area ................................................................................ 3-5
   3.6.  Power and Communication Lines ............................................................................... 3-6
   3.7.  Communication Towers ............................................................................................. 3-6
   3.8.  Natural Gas Pipeline .................................................................................................. 3-7
   3.9.  Rail Facilities ............................................................................................................. 3-7
   3.10. Water Supply Facilities .............................................................................................. 3-8
   3.11. Access and Other Roads ........................................................................................... 3-8
       3.11.1.  Playa Access Road and Segments ................................................................ 3-9
       3.11.2.  Playa Access Road Spurs .............................................................................. 3-9

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

3.11.3.   Access Road Segments .................................................................... 3-9

3.11.4.   Haul Road .................................................................................... 3-9

3.11.5.   Crystal Peak Spur Road ................................................................ 3-10

3.12.   Gravel Pits ........................................................................................ 3-10

3.13.   Monitoring Wells ............................................................................... 3-10

4.   Proposed Site Preparation and Construction Practices Applicable to Reclamation Planning .......... 4-1

4.1.   Practices Applicable to All Areas ....................................................... 4-1

4.1.1.   Noxious Weeds .......................................................................... 4-1

4.1.2.   Cadastral Survey Monuments ....................................................... 4-1

4.2.   On-Playa Practices ............................................................................ 4-1

4.2.1.   Site Preparation ......................................................................... 4-1

4.2.2.   Playa Excavation ........................................................................ 4-1

4.3.   Off-Playa Practices ............................................................................ 4-2

4.3.1.   Site Preparation ......................................................................... 4-2

4.3.2.   Excavation ................................................................................. 4-6

5.   Interim Reclamation ................................................................................... 5-1

5.1.   On-Playa Practices ............................................................................ 5-1

5.2.   Off-Playa Practices ............................................................................ 5-1

6.   Final Reclamation ....................................................................................... 6-1

6.1.   General Procedures Applicable to All Areas ....................................... 6-1

6.2.   General Procedures Applicable to On-Playa Reclamation ................... 6-4

6.2.1.   Landform Grading and Stabilization .............................................. 6-4

6.2.2.   Topsoil Removal and Revegetation ............................................... 6-4

6.3.   General Procedures Applicable to Off-Playa Reclamation .................. 6-5

6.3.1.   Landform Grading and Stabilization .............................................. 6-5

6.3.2.   Topsoil Replacement and Seedbed Preparation .............................. 6-5

6.3.3.   Seeding ..................................................................................... 6-6

6.4.   Reclamation Treatments .................................................................... 6-8

7.   Reclamation Monitoring and Completion Criteria .......................................... 7-1

7.1.   Reclamation Goals and Completion Criteria ....................................... 7-1

7.2.   Surface Facilities to be Left ............................................................... 7-2

7.3.   Revegetation Monitoring Practices ..................................................... 7-2

7.3.1.   Monitoring Site Selection ............................................................ 7-3

7.3.2.   Data Collection ........................................................................... 7-3

7.4.   Final Reclamation Monitoring Practices .............................................. 7-5

7.5.   Reporting Requirements ..................................................................... 7-5

7.5.1.   BLM Reporting ............................................................................ 7-5

7.5.2.   UDOGM Reporting ....................................................................... 7-6

7.6.   Adaptive Management ........................................................................ 7-6

8.   Reclamation Bonding ................................................................................... 8-1

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

9.   Literature Cited ..................................................................................................................... 9-1

10.  Figures.................................................................................................................................. 10-1

## FIGURES

Figure 1. Regional Vicinity Location Map
Figure 2. Life-of-Mine Surface Facilities
Figure 3. Soil Resources
Figure 4. Vegetation Resources
Figure 5. Existing Features
Figure 6. Processing Facility - Life-of-Mine Disturbance Boundary
Figure 7. Rail Loadout Facility - Life-of-Mine Disturbance Boundary
Figure 8. 1-Year Surface Facilities
Figure 9. Life-of-Mine Disturbance Boundary
Figure 10. 1-Year Disturbance Boundary
Figure 11. Life-of-Mine Reclamation Treatment Map
Figure 12. 1-Year Reclamation Treatment Map
Figure 13. Private Parcels

## TABLES

Table 1. Estimated Recoverable Topsoil Volumes for Project Features ..................................................... 4-3
Table 2. Reclamation Seed Mixes ............................................................................................................... 6-7
Table 3. Reclamation Treatment Areas for Project Features Constructed During the First 5 Years of
        the Project......................................................................................................................................... 6-9

## APPENDICES

Appendix A      Reclamation Matrix
Appendix B      BMPs and Typicals
Appendix C      Plan and Profile View Drawings of the Preconcentration Ponds, Production Ponds, Bittern Waste Ponds, Tailings Management Area's Year 5, Life-of-Mine, and Reclaimed Surfaces
Appendix D      Rail Loadout and Processing Facilities Vegetation and Soils Survey Report
Appendix E      Reclamation Area and Volume Calculations
Appendix F      Drainage Control Plan
Appendix H      Photographs of Sevier Playa and Existing Environment *(placeholder)*
Appendix I      Demolition and Reclamation Costing Detail
Appendix J      Applicant Committed Design Features
Appendix K      Peak Minerals' Exploration Features as of 12-31-2023

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.659    Page 295 of 954

*Reclamation Plan*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# ABBREVIATIONS

| | |
|---|---|
| amsl | Above Mean Sea Level |
| AO | Authorized Officer |
| bgs | Below Ground Surface |
| BLM | Bureau of Land Management |
| BMP | Best Management Practices |
| CFR | Code of Federal Regulations |
| CPMC | Crystal Peak Minerals Corporation |
| cy | cubic yards |
| DOI | U.S Department of Interior |
| EA | Environmental Assessment |
| EIS | Environmental Impact Statement |
| FFO | Fillmore Field Office |
| FLPMA | Federal Land Policy and Management Act |
| ft | feet |
| GPS | Global Positioning System |
| kV | Kilovolt |
| LOM | life-of-mine |
| LMO | Large Mine Operation |
| mg/L | Milligrams Per Liter |
| MLA | Mineral Leasing Act |
| MOP | Muriate of Potash |
| NEPA | National Environmental Policy Act |
| NOI | Notice of Intention |
| OHV | Off-highway Vehicle |
| Peak Minerals | Peak Minerals Inc. |
| POD | Plan of Development |
| Project | Sevier Playa Potash Project |
| ROD | Record of Decision |
| ROW | right-of-way |
| SOP | Sulfate of Potash |
| SSURGO | Soil Survey Geographic |
| SWPPP | Stormwater Pollution Prevention Plan |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| | |
|---|---|
| TDS | Total Dissolved Solids |
| TLA | Utah Trust Lands Administration |
| TUAs | Temporary Use Areas |
| TUP | Temporary Use Permit |
| UAC | Utah Administrative Code |
| UDOGM | Utah Division of Oil, Gas and Mining |
| UDOT | Utah Department of Transportation |
| UDWRi | Utah Division of Water Rights |
| USGS | U.S. Geological Survey |

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.661    Page 297 of 954

*Section 1 – Introduction*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# 1.  INTRODUCTION

## 1.1.  Project Overview

Peak Minerals, Inc (Peak Minerals) is an exploration-stage, pre-revenue potash-development company domiciled in Whitehorse, Yukon Territory, Canada, with domestic headquarters in Salt Lake City, Utah. Peak Minerals controls through agreement, the right to develop and operate potassium mineral leases on approximately 118,000 acres of land administered by the Bureau of Land Management (BLM), and controls potash mineral leases on an additional approximately 6,400 acres of land administered by the Utah Trust Lands Administration (TLA) on the Sevier Playa in southwestern Utah's Millard County. Figure 1 shows the regional vicinity and potash lease boundaries.

Peak Minerals proposes to construct, operate, maintain, and decommission the Sevier Playa Potash Project (Project). Current plans focus on resources within the south half of the Sevier Playa, referred to as Phase 1. Additional exploration would be completed on the north half referred to as Phase 2. Additional details would be provided prior to development for consideration. During Phase 1, the Project is designed to produce an average annual production of 215,000 tons/year over the Project life of potash in the form of potassium sulfate ($K_2SO_4$), also known as sulfate of potash (SOP), as well as other associated mineral products and other associated minerals from salts present in the brines of the Sevier Playa. The Project's life would be approximately 25-years during Phase 1. This does not include the time required to complete decommissioning and final reclamation. The first 5 years would include construction and a ramp up period to full production. This Reclamation Plan (Plan) provides detailed information for Phase 1 of the Project. During Phase 1, additional testing of the northern portion of the playa will be conducted to provide data and information to determine if Phase 2 is feasible and can be approved. Once that determination is made, Peak Minerals will notify the agencies as to the potential for development and additional permitting.

The on-playa mining components would include a brine extraction system, a recharge system, evaporation ponds, and a Waste Product Storage Area (includes the Bittern Waste Ponds and Tailings Management Area). The Processing Facility is considered a mining component but is located immediately south of the southern edge of the playa. The majority of these mining components are located on the Sevier Playa primarily within existing federal and state mineral leases controlled by Peak Minerals. The mining components located on federal and state mineral leases are referred to in this Plan as "on-lease". Some mining components would extend beyond the lease boundaries. For example, the Playa Access Road extends around the perimeter of the Sevier Playa and provides access to the mining components. While the majority of the Playa Access Road is located on-lease, there are portions that extend to off-lease areas. A description of the mining components occurring on-lease is included in the *Mining Plan for the Sevier Playa Potash Project* (referred to as the Mining Plan) (Peak Minerals 2024a). This Mining Plan has been prepared in accordance with the requirements specified in Title 43 of the Code of Federal Regulations (CFR) Subpart 3590, Solid Minerals (Other than Coal) Exploration and Mining Operations, through 43 CFR 3596, and Utah Administrative Code (UAC) R647-4 Natural Resources; Oil, Gas and Mining; Non-Coal; Large Mining Operations, to develop existing federal mineral leases controlled by Peak Minerals.

Infrastructure facilities would be constructed to support the mining components and are primarily located off-lease. Infrastructure facilities would include power and communication lines, communication towers, substations, the Natural Gas Pipeline, rail facilities, water supply wells and distribution pipelines, monitoring wells, and access roads. There are portions of infrastructure facilities that would extend from

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

off-lease to on-lease. For example, the proposed power and communication lines would primarily be constructed off-lease. However, there are portions that would extend on-lease to provide power to certain mining components. These infrastructure facilities or portions of mining components that are located off-lease would be authorized under Bureau of Land Management (BLM) right-of-way (ROW) grants and/or TLA easements. Peak plans to apply for a fringe acreage lease (as outlined under 43 CFR 3510) once active mining operations begin for some mining related features that are located off-lease, including the portions of the Preconcentration Ponds, and segments of the Playa Access Road and Recharge Canal. Currently, some of these features have issued ROWs associated with them, but those would be replaced by a lease. A description of these facilities occurring off-lease is included in the *Plan of Development for Off-Lease Facilities for the Sevier Playa Potash Project* (POD) (Peak Minerals 2024b). This POD has been prepared in accordance with the requirements specified in 43 CFR 2800 and 2880 and UAC R647-4 Natural Resources; Oil, Gas and Mining; Non-Coal; Large Mining Operations. Peak Minerals submitted an Application for Transportation and Utility Systems and Facilities on Federal Lands (Standard Form 299) to the BLM on September 6, 2013, for ROW grants on lands administered by the BLM for maintenance and decommissioning of the off-lease Project features. Furthermore, a National Environmental Policy Act (NEPA) Environmental Impact Statement (EIS) Notice of Intent was published in the *Federal Register* March 12, 2014, for the Sevier Playa Project. In 2019, the BLM finalized the EIS and issued the *Sevier Playa Potash Project Environmental Impact Statement* (BLM 2019a) and the *Sevier Playa Potash Project Record of Decision* (ROD) (BLM 2019b). The EIS addressed the Mining Plan, POD, and associated mineral material sales (gravel pits).

In accordance with UAC rules R647-4 relevant to large mining operations, Peak Minerals submitted a Notice of Intention to Commence Large Mining Operation (LMO) to the Utah Division of Oil Gas and Mining (UDOGM) for the Project to develop existing federal and state mineral leases controlled by Peak Minerals and construct, operate and maintain the off-lease Project features. This submittal included the Mining Plan (Peak Minerals 2024a), the POD (2024b) and this Reclamation Plan.

Peak Minerals is also proposing the development and use of three gravel pits to provide aggregate materials that would be used for the Project, should construction contractors hired to perform the work not have access to their own gravel/aggregate resources. Two of the proposed gravel pits are located on-lease: one on federal lease and one on a TLA lease. The third proposed gravel pit is located off-lease on federal lands and would be authorized through a BLM mineral material sale. Gravel pits are discussed in Peak Minerals' *Gravel Pits Mining Plan* (Peak Minerals 2024c) which was prepared in accordance with 43 CFR 3600, Mineral Materials Disposal. Prior to development Peak Minerals would obtain approval from the BLM. One gravel pit is located on TLA land. Prior to development Peak Minerals would receive approval from TLA.

This Reclamation Plan has been developed to support each of these plans and applications in compliance with the applicable regulations.

The lease and playa boundaries, mining components, infrastructure facilities and gravel pits are all shown on **Figure 2**.

Environmental conditions vary between on-playa and off-playa areas. The Sevier Playa is barren of vegetation; salt-tolerant plants appear at the edges of the playa. Therefore, this Plan distinguishes between components or facilities that are located on the Sevier Playa, "on-playa", or off the Sevier Playa, "off-playa". Because reclamation treatments vary by specific environmental conditions, it is noted throughout this Reclamation Plan if a mining component or infrastructure facility is located on-playa or off-playa.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Peak Minerals would construct and operate the mining components and infrastructure facilities as needed throughout the life of the Project. At the end of the Project's life, Peak Minerals would complete reclamation activities on those lands affected by the mining components and infrastructure facilities as discussed in this Reclamation Plan. The goals of reclamation are to return lands disturbed during the Project to a stable state in support of the post-mining land use, reduce long-term visual modifications to the landscape, and minimize environmental degradation that may occur as a result of Project activities.

Peak Minerals is responsible for reclamation of the Project:

> Contact: Dean Pekeski, CEO; and Woods Silleroy, V.P. Operations & Corporate Secretary
>
> Peak Minerals Inc.
> 10808 S. River Front Parkway, Suite 343
> South Jordan, UT 84095
> Telephone: (801) 984-3350
> email: dean@peakminerals.com and woods@peakminerals.com

## 1.2. Project Location

As noted in **Figure 1**, the Sevier Playa is situated in central Millard County in southwestern Utah approximately 130 miles southwest of Salt Lake City, between the towns of Delta (30 miles to the northeast) and Milford (25 miles to the south-southeast). This large terminal playa is normally dry on the surface and contains subsurface potassium-bearing saline brines. The brine resource along with the meteorological and topographic conditions found at the Sevier Playa make the site a viable location from which to produce potash and associated minerals (BLM 1987).

The Sevier Playa is approximately 26 miles long by an average of 8 miles wide and covers approximately 125,000 acres, at an elevation of about 4,500 feet. The playa is located in western Utah's Sevier Desert in a broad valley that is 10 to 15 miles wide. The playa is bound on the east by the Cricket Mountains and on the west by the Black Hills portion of the House Range, each reaching an elevation of approximately 8,000 feet.

## 1.3. Project History and Exploration Activities

Prior attempts to develop the mineral resources of the Sevier Playa are discussed in Section 2.1. The current Project began in 2008 when TLA leases on the Sevier Playa were acquired by Emerald Peak Minerals, LLC. Peak Minerals acquired those leases in 2019. In 2011, the BLM completed an Environmental Assessment (EA) for competitive potassium leasing on the Sevier Playa (BLM 2011). Thereafter Peak Minerals, directly by lease or through agreement, gained the right to develop and operate mineral leases on approximately 118,000 acres of federal lands administered by the BLM as well as the approximately 6,400 acres of TLA lands (the Emerald Peak Minerals, LLC leases) on the Sevier Playa. An exploration EA was completed by the BLM later in 2011, and initial exploration activities were conducted by Peak Minerals in 2011-2012. Subsequent resource evaluation, environmental monitoring, and Project planning activities occurred on and adjacent to the playa in 2013, 2015, 2017, 2018, 2019 and 2023. Exploration activities are ongoing on-playa and off-playa under both the BLM and UDOGM's approvals. The UDOGM Exploration Notices include: E/027/0080, E/027/0084, and E/027/0094 on BLM lands and E/027/0078 and E/027/0095 on TLA lands.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

The leases controlled by Peak Minerals had no permanent structures until construction of a warehouse and storage area near the southern end of the playa by Peak Minerals, under exploration notice E/027/0078. During exploration efforts, Peak Minerals and Crystal Peak Minerals Corporation (CPMC, a prior lease-holder without corporate connection to Peak Minerals) installed a network of wells (see Section 2.1) to monitor groundwater conditions within and adjacent to the playa. Additional monitoring and water supply wells have been installed by the BLM, Utah Department of Transportation (UDOT), and the U.S. Geological Survey (USGS) on and near the Sevier Playa, as summarized in the Mining Plan (Peak Minerals 2024a).

## 1.4.    Current and Post-Mining Land Use

The Warm Springs Resource Area (BLM 1987) describes the Sevier Playa as a desert playa that temporarily holds water, which is unsuitable for range, and was historically explored for potassium minerals. The existing land uses surrounding the Sevier Playa are livestock grazing, dispersed recreation, riparian habitat, mineral development, and wildlife habitat/open space with generally good groundwater quality (BLM 1987). The playa and surrounding areas are within a Class IV visual resource class (BLM 1987). Post-mining land use may include mineral exploration and development; however, it is currently anticipated that the post-mining land uses of the area would be livestock grazing, dispersed recreation, and wildlife habitat/open space. To ensure an environmentally safe and stable condition for livestock and their owners/operators, recreationists, and wildlife, Peak Minerals would leave safe, stable topography, remove man-made structures unless they would be operated under new ownership, and establish suitable native vegetation.

## 1.5.    Reclamation Plan Overview

This Reclamation Plan has been developed to support reclamation activities for Peak Minerals' Mining Plan (Peak Minerals 2024a), POD (2024b), Gravel Pits Mining Plan (2024c) in accordance with applicable federal and state regulations listed in Section 1.7 below. The Plan applies to federal, state and private land and would be applicable to all Project disturbances created during construction, operation, and decommissioning, as well as any disturbances associated with exploration activities that would not fully be reclaimed prior to Project startup.  Reclamation activities include regrading, erosion control, seeding in appropriate locations, and protection of aquifers.

The landowner of each Project feature is shown on **Figure 9** and are listed below. The majority of the land is owned/managed by the BLM and TLA. There is a small portion of private land where the Rail Spur is proposed to be located. These private landowners, and other adjacent private landowners are shown on **Figure 13**. Peak Minerals is working with the private landowners to gain access at the Rail Facility, but those negotiations have not been completed. Once completed, Peak Minerals will provide the private land owners' names and addresses to UDOGM to support the LMO Application.  The federal and state landowner contact information is as follows:

- Bureau of Land Management
  Fillmore Field Office
  95 East 500 North
  Fillmore, UT 84631
  Fax: (435) 743-3135
  Phone: (435) 743-3100

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

- Utah Trust Lands Administration
  675 East 500 South, Suite 500
  Salt Lake City, Utah 84102
  Phone: 801-538-5100

Land reclamation standards and procedures may vary depending on the specific requirements and needs of the landowner, land manager, or applicable regulatory agency. Peak Minerals would coordinate with land managers, landowners, and applicable regulatory agencies to determine specific requirements and would adhere to the applicable reclamation standards. This Plan would be updated as necessary to address these requirements, as further discussed in Section 7.1.

The Reclamation Plan describes the regulatory considerations, lands that would be affected by the Project, construction and operations practices that apply to reclamation including a description of the Project features, site preparation and construction practices, interim reclamation procedures that would be implemented prior to final reclamation, final reclamation activities, and reclamation monitoring and completion criteria.

Also included as part of this Plan is a Reclamation Matrix. The Reclamation Matrix is a spreadsheet provided in **Appendix A** that summarizes the elements in the Reclamation Plan. The Reclamation Matrix provides the following information:

- A list of the Project features

- An indication of whether the features are on-lease or off-lease, and on-playa or off-playa,

- The feature's components that require reclamation, and

- General reclamation steps for each feature.

The Reclamation Matrix was developed as a checklist for tracking the reclamation procedures for the Project's mining components and infrastructure facilities.

The goal of the Reclamation Plan is to provide an adaptable reclamation process that would reflect Project changes and requirements throughout the life of the Project.

# 1.6.    Reclamation Plan Updates

This Reclamation Plan updates and provides additional information to the Reclamation Plan that was prepared and submitted to the BLM and UDOGM in 2019 to support the Project's NEPA process. This Reclamation Plan has been updated to conform with the EIS, dated July 2019 and the ROD, dated August 2019, and updates to Peak Minerals' Mining Plan (Peak Minerals 2024a), POD (2024b), Gravel Pit Mining Plan (Peak Minerals 2024c) and the associated Large Mining Operation (LMO) application provided to UDOGM.

Updates to features are detailed in Section 1.1 of the POD (Peak Minerals 2024b) and Section 1.1.1 of the Mining Plan (2024a) and are summarized below:

Features that have been modified on-lease include:

Case 2:25-cv-00657   Document 1-3   Filed 08/07/25   PageID.666   Page 302 of 954

*Section 1 – Introduction*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

- o Revised project scale and a phased approach focused on the southern marl clay-based resource only referred to as Phase 1.
- o Updated extraction and recharge trench alignment, and brine conveyance to accommodate improved brine flow to Preconcentration Ponds including removal of the Extraction Canal
- o Updated brine transfer canal and recharge canal alignment
- o Removed extraction wells
- o Redesign of perimeter road - renamed to Playa Access Road
- o Preconcentration and Production Pond design optimization,
- o Tailings Management Area (TMA) (previously referred to as the tailing storage area) and the Bittern Waste Ponds (previously referred to as the Purge Brine Storage Pond), relocated and designed for optimization.

Features that have been modified off-lease include:

- o Removal of several Recharge Canal Segments, and Recharge Canal Collectors are now located on-lease.
- o The Perimeter Road has been renamed the Playa Access Road and the amount of segments off-lease have been reduced to one.
- o Reconfiguration of the Preconcentration Ponds
- o Relocating the North Playa Substation and the 25-kV Power Line. This changed the location of the access needs for the 25-kV Power Line and Access Road Segment B has been renamed the 25-kV Power Line Access Road. The 25-kV Power Line Access Road has been renamed Access Road Segment B.
- o The Brine Transfer Canal and 12.47-kV Power Line (power to the production pond pumps) is now located solely on-lease.

It is expected that there would be changes to planned reclamation over the life of the Project, such as changes to planned methodology or techniques, and schedules to achieve reclamation goals. This Reclamation Plan will be a living document that can adapt to new information over the life of the Project. From time to time, the Reclamation Plan may be modified to adapt to new information (e.g., as the team implementing the Project's reclamation obligations learns which techniques are most successful), technological advancements, changes in Project design and schedules and to include additional surety bond information as the Project is constructed. Changes to the Reclamation Plan would necessitate agency coordination and review and, depending upon level of or type of change, would also require additional BLM and/or UDOGM approvals.

This Plan would be updated a minimum of every 5 years as part of the LMO permit renewal process. In accordance with this renewal process, the bond would also be reviewed and updated reflecting the Project's proceeding one-year plan.

# 1.7.   **Regulatory Framework**

The *Warm Springs Resource Area, The Resource Management Plan, Record of Decision Rangeland Program Summary* (WSRA RMP) (BLM 1987) designates the Sevier Playa area as suitable for mineral extraction operations. The Reclamation Plan has been prepared with the intent of meeting the requirements of 43 CFR 3590, Solid Minerals (other than coal) Exploration and Mining Operations, 43

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

CFR 2800 for BLM ROWs, 43 CFR 2880 for the Natural Gas Pipeline, 43 CFR 3601.42 for the gravel pits, and the sections of UDOGM's regulatory program in accordance with Utah Administrative Code (UAC) rules R647-4 relevant to large mining operations, specifically those dealing with reclamation (R647-4-110). It also reflects BLM and TLA lease stipulations.

The authority for the reclamation practices defined in this Plan is provided under the following regulations and general guidelines. Additional regulations and guidelines may become relevant and if so, coordination would take place with the appropriate agencies and a determination made as to how these would be incorporated.

### 1.7.1.    Federal Regulations

#### 1.7.1.1.    43 CFR 2800, RIGHTS-OF-WAY UNDER THE FEDERAL LAND POLICY AND MANAGEMENT ACT

The Federal Land Policy and Management Act (FLPMA) of 1976, as amended, establishes the BLM's multiple-use and sustained yield mandate to serve present and future generations. An outline of the BLM's policy and process for issuing ROWs under FLPMA, which governs the way BLM-administered public land is managed, including the BLM's authority to require reclamation of disturbed areas, is found in 43 CFR 2800. This includes the following applicable parts of Subpart 2805.12 – Terms and Conditions of Grants:

> (a) During construction, operation, maintenance, and termination of the project you must:

> (a)(2) Rebuild and repair roads, fences, and established trails destroyed or damaged by the project

> (a)(8)(i) Comply with project-specific terms, conditions, and stipulations, including requirements to:(1) Restore, revegetate, and curtail erosion or conduct any other rehabilitation measure BLM determines necessary;

> (a)(12) Control and remove any release or discharge of hazardous material on or near the right-of-way arising in connection with your use and occupancy of the right-of-way, whether or not the release or discharge is authorized under the grant. You must also remediate and restore lands and resources affected by the release or discharge to BLM's satisfaction and to the satisfaction of any other Federal, state, tribal, or local agency having jurisdiction over the land, resource, or hazardous material.

#### 1.7.1.2.    43 CFR 2880, RIGHTS-OF-WAY UNDER THE MINERAL LEASING ACT

The Mineral Leasing Act (MLA) of 1920, as amended, provides for exploration and development of mineral resources including grants or temporary use permits (TUPs) for placement of pipelines for transport of oil and gas.

An outline of the BLM's policy and process for issuing ROWs under the MLA is found in CFR 2880. As in the direction provided under the FLPMA, the MLA establishes the BLM's authority over actions authorized on BLM-administered public lands, including the BLM's authority to require reclamation of

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

disturbed areas. Applicable parts of Subpart 2885 – Terms and Conditions of MLA Grants and TUPs, are provided below:

2885.11 (b)(9)(i) Restore, revegetate, and curtail erosion or any other rehabilitation measure BLM determines is necessary;

2885.11 (b)(21) Not use or construct on the land in the right-of-way or TUP area until:(i) BLM approves your detailed plan for construction, operation, and termination of the pipeline, including provisions for rehabilitation of the right-of-way or TUP area and environmental protection;

2885.11 (b)(13) Control and remove any release or discharge of hazardous material on or near the right-of-way or TUP area arising in connection with your use and occupancy of the right-of-way or TUP area, whether or not the release or discharge is authorized under the grant or TUP. You must also remediate and restore lands and resources affected by the release or discharge to BLM's satisfaction and to the satisfaction of any other Federal, state, tribal, or local agency having jurisdiction over the land, resource, or hazardous material.

### 1.7.1.3.    43 CFR 3504.50, BONDING

The BLM bonding rules state the following:

(a) BLM will set permit and lease bond amounts for each lease or permit. We will consider the cost of complying with all permit and lease terms, including royalty and reclamation requirements, when setting bond amounts. The minimum bond amount for prospecting permits is $1,000. The minimum bond amount for leases is $5,000.

(b) BLM may enter into agreements with states to provide for your state reclamation bond to satisfy our reclamation bonding requirements. We may need additional information from you to determine whether your state bond will cover all of our reclamation requirements. If you have filed a current bond with a state where we have an agreement, and we determine that your state bond will satisfy all BLM reclamation bonding requirements, you will only need to file evidence of that state bond with BLM. We will require an additional bond from you if we determine your state bond does not cover all of our bonding requirements. (43 CFR 3504.50).

The BLM and UDOGM currently do not have an agreement for leasable minerals. It is anticipated that UDOGM and BLM would develop an agreement detailing the bonding requirements for the Project.

### 1.7.1.4.    43 CFR 3590, SOLID MINERALS (OTHER THAN COAL) EXPLORATION AND MINING OPERATIONS

### 1.7.1.4.1.    43 CFR 3592, Plans and Maps

In the Operating Plans, the BLM Solid Minerals rules include a description of information required as part of a mining plan. Reclamation requirements are included and excerpted below. The mining plan shall contain, at a minimum:

(c)(9) A reclamation schedule and the measures to be taken for surface reclamation of the Federal or Indian lease(s), license(s), or permit(s) that will ensure compliance with the

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

established requirements. In those instances in which the lease requires the revegetation of an area affected by operations, the mining plan shall show:

(i) Proposed methods of preparation and fertilizing the soil prior to replanting;

(ii) Types and mixtures of shrubs, trees or tree seedlings, grasses or legumes to be planted; and

(iii) Types and methods of planting, including the amount of grasses or legumes per acre, or the number and spacing of trees or tree seedlings, or combinations of grasses and trees;

(c)(10) The method of abandonment of operations on Federal or Indian lease(s), license(s), and permit(s) proposed to protect the unmined recoverable reserves and other resources, including the method proposed to fill in, fence or close all surface openings which are a hazard to people or animals. Abandonment of operations also is subject to the provisions of subpart 3595 of this title. (43 CFR 3592.1)

## 1.7.1.4.2.    43 CFR 3595, Protection Against Mining Hazards

### *43 CFR 3595.1, Surface Openings*

(a) The operator/lessee shall substantially fill in, fence, protect or close all surface openings, subsidence holes, surface excavations or workings which are a hazard to people or animals. Such protective measures shall be maintained in a secure condition during the term of the lease, license or permit.

Before abandonment of operations, all openings, including water discharge points, shall be closed to the satisfaction of the authorized officer (AO).

(b) Reclamation or protection of surface areas no longer needed for operations will commence without delay. The authorized officer shall designate such areas where restoration or protective measures, or both shall be taken.

(c) Wells utilized for operations involving solution mining or brine extraction shall be abandoned in accordance with the approved mine plan. (43 CFR 3595.1).

## 1.7.1.5.    43 CFR 3600, MINERAL MATERIALS DISPOSAL

Regulations in this part establish procedures for exploration, development, and disposal of minerals materials on public land and apply to contracts for sale of minerals materials such as gravel. The BLM may require a mining and reclamation plan prior to issuing a material sale contract. This is further discussed in the Gravel Pits Mining Plan (Peak Minerals 2024c).

## 1.7.2.    *State Regulations*

## 1.7.2.1.    UTAH ADMINISTRATIVE CODE RULE R647-1 AND R647-4

The State of Utah Minerals Regulatory Program rules (Rule R647) apply to all lands in the state of Utah lawfully subject to its police power, regardless of surface or mineral ownership. Large mining operations (R647-4) are those that have a disturbed area of more than five surface acres at any time in incorporated areas of a county, or ten surface acres at any one time in unincorporated areas, and thus

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

apply to Peak Minerals' Project. A Notice of Intention (NOI) to Commence Large Mining Operations must be filed with and approved by the UDOGM.

Rule R647-4-108 outlines hole plugging requirements. It states that drillholes shall be properly plugged as soon as practical and shall not be left unplugged for more than 30 days without approval of the UDOGM. The procedure for surface plugging of drillholes where there is no artesian flow involves setting a nonmetallic permaplug, at a minimum of five (5) feet below the surface or returning the cuttings to the hole and tamping the returned cuttings to within five (5) feet of ground level. The hole above the permaplug or tamped cuttings would be filled with a cement plug. If cemented casing is to be left in place, a concrete surface plug is not required provided that a permanent cap is secured on top of the casing.

Rule R647-4-110 requires that a reclamation plan be prepared. This plan shall consist of a description of the following:

- Current and postmining land use of the disturbed area;

- Measures to be used to reclaim roads, slopes, impoundments, drainages, ponds, drill holes and similar structures;

- Surface facilities that would be left as part of the postmining land use;

- Treatment, location, and disposition of any deleterious or acid-forming materials generated by the operation that would be left on site following reclamation; and

- Revegetation plans.

Rule R647-4-111 presents required practices for properly reclaiming the affected area.

### 1.7.2.2.     UTAH ADMINISTRATIVE CODE RULE R850-23, SAND, GRAVEL AND CINDERS PERMITS

This part of the Utah rules applies to the proposed gravel pit on TLA land. Prior to development of the gravel pit, Peak Minerals would apply for and receive the necessary approvals from TLA.

### 1.7.2.3.     UTAH ADMINISTRATIVE CODE RULE R655-4, WATER WELLS

This part of the Utah rules applies to water wells, monitor wells, piezometer wells, and test wells designed for the purpose of testing and monitoring water level, pressure, quality and/or quantity, which are completed to a depth greater than 30 feet and are administered by the Utah Division of Water Rights (UDWRi).

Guidance for permanent abandonment of water wells is as follows:

> R655-4-14.2 Permanent Abandonment.
>
> 14.2.1 The rules of this section apply to the abandonment of the type of wells listed in Subsection R655-4-1(1.2) including private water wells, public supply wells, monitor wells, cathodic protection wells, and heating or cooling exchange wells. A licensed driller shall notify the state engineer prior to commencing abandonment work and submit a complete and accurate abandonment log following abandonment work in accordance with Section R655-4-4 of these rules. Prior to commencing abandonment work, the

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

driller shall obtain a copy of the well log of the well proposed to be abandoned from the well owner or the state engineer, if available, in order to determine the proper abandonment procedure. Any well that is to be permanently abandoned shall be completely filled in a manner to prevent vertical movement of water within the borehole as well as preventing the annular space surrounding the well casing from becoming a conduit for possible contamination of the groundwater supply. A well driller who wishes to abandon a well in a manner that does not comply with the provisions set forth in this section must request approval from the state engineer (Utah Annotated Code R655-4-14.2).

The above rule does not apply to the mineral production wells located on the playa per the rule:

R655-4-1.3.6 -
1.3 Exclusions.
The drilling, construction, deepening, repair, renovation, replacement, cleaning, development, pump installation/repair, or abandonment of the following types of wells or boreholes are excluded from regulation under these administrative rules:

1.3.6 Oil, gas, and mineral/mining exploration/production wells. These wells are subject to rules promulgated under the Division of Oil, Gas, and Mining of the Utah Department of Natural Resources.

### 1.7.2.4. UTAH ADMINISTRATIVE CODE RULE R655-11, REQUIREMENTS FOR THE DESIGN, CONSTRUCTION, AND ABANDONMENT OF DAMS

These rules provide design and construction criteria and requirements, as well as requirements for abandonment. These rules may apply to the Preconcentration, Production, and Tailings Management Area, and Bittern Brine Storage Pond berms. In discussions with the Assistant State Engineer, Dam Safety, due to the fact that the ponds are located within the terminal basin of the Sevier River, the impacts of failure are limited to the area within the lease boundaries, and the facilities within the area are limited to those controlled by the applicant, it was determined that these structures would be classed as needing a small dam application to allow the State Engineer to know that the structures were present. As such, these structures would not be required to submit design, construction, and abandonment plans.

## 1.7.3. Lease Requirements

The Project involves both BLM and TLA leases controlled by Peak Minerals. Special reclamation stipulations are incorporated into the mineral leases. The BLM lease requirements as applicable to reclamation are included later in this section. The TLA lease requires reclamation according to the requirements of applicable law, including mine permits and reclamation plans on file with UDOGM.

### 1.7.3.1. BLM LEASE STIPULATIONS

The BLM Potassium Lease UTU-88387 includes 19 special stipulations that are similarly included in each of the BLM potassium leases. Stipulations specific to reclamation that are addressed in this Reclamation Plan are specified as follows:

**Special Stipulation 1) Ditches, Berms, Drill Holes, and Other Excavations**:  The lessee shall fill in pits, ditches, and other excavations within reason to restore the surface of the leased land and

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

access roads to their former conditions as far as reasonably possible, including removal of structures and removal of all debris. All drill holes shall be filled with cement or other suitable material as approved by the AO prior to abandonment of the wells. This shall take place upon any partial or total lease relinquishment or cancellation or at any other time prior thereto when required and to the extent deemed necessary by the lessor.

**Special Stipulation 3) Waste Certification**:  The BLM requires a waste certification. Upon abandonment of or sealing off a mined area, the Utah State Mineral Potash Lease requires the lessee to provide a waste certification to the lessor that, based upon a complete search of all the operator's records for the lease and based upon its knowledge of past operations, there have been no reportable quantities of hazardous substances (as defined in 40 CFR 302.4) or used oil (as defined in UAC R315-15) discharged, deposited, or released within the leased premises, and that all remedial actions necessary have been taken to protect human health and the environment with respect to such substances. Additionally, the BLM requires backup documentation to be provided by the lessor prior to the first certification; this documentation would include all documentation applicable to the Emergency Planning and Community Right-to-Know Act (Public Law 99-499) and the Title III of the Superfund Amendments and Reauthorization Act of 1986, or equivalent. All waste must be removed, and all hazardous materials used or produced must be reported the BLM Fillmore Field Office.

**Special Stipulation 4) Noxious Weeds:**  Equipment will be cleaned prior to entering the proposed project area to minimize the introduction of noxious/invasive weeds in other areas. The lessee/operator shall annually inspect active and inactive operational areas on each lease for noxious weeds (that are listed for control by the State of Utah, the Utah BLM and Millard County). If any of the listed weeds are found, control must be initiated by the lessee. The lessee shall contact the Weed Control official at the FFO in advance to discuss the planned control method (lessees are required to obtain a permit prior to the control through the application of approved herbicides). The lessee shall chemically treat annual invasive weeds (such as cheatgrass) in areas of high activity so as to prevent the potential of fire on the site and buildup of fire potential. Active and inactive operational areas on leases shall be inspected annually on each lease for noxious weeds. A plan shall be submitted and approved by the AO prior to the initiation of any control of weeds.

**Special Stipulation 5) Survey Monuments:**  The Lessee at the conclusion of the mining operation, or at other times as surface disturbance related to mining may occur, will replace all damaged, disturbed, or displaced corner monuments (section corner, quarter corners, etc.) their accessories (witness trees, bearing trees, etc.) or restore them to their original condition and location, or at other locations that meet the requirements of the rectangular surveying system. This work shall be conducted at the expense of the Lessee, by the BLM, to the standards and guidelines found in the Manual of Surveying Instructions, U.S. Department of Interior.

 **Special Stipulation 7) Reclamation:**  Plant growth shall be monitored for a minimum of 3 years or until the reclamation standards for success have been attained. All previously vegetated disturbed areas will attain 75% basal cover based on similar, undisturbed, adjacent native vegetative communities, and will be composed of desirable species and/or seeded perennial species within 5 years of initial reclamation action. However, if after three growing seasons there is less than 30% of the basal cover relative to similar, undisturbed native vegetative communities, the AO may require additional seeding efforts. The reclamation bond/liability will

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

not be released until concurrence is obtained from the UDOGM and the BLM AO accepts the reclamation in writing. In the event that this standard cannot be met, the lessee may request a waiver to this stipulation.

**Special Stipulation 8) Water Replacement:**  The Lessee at his expense, will be responsible to replace any water resources (that contain in a baseline analysis of <10,000 mg/l Total Dissolved Solids (TDS)), that are lost or adversely affected (quality or quantity) by their mining operations. These shall include (1) developed ground water sources existing at lease issuance or new sources that may be developed during the term of the lease, and (2) other surface and/or ground water sources that may be identified by the BLM for protection as part of the conditions for any mining plan approvals. If replacement is required, the lessee shall replace the sources with an alternate source in the same quantity and quality to maintain existing uses. The existing uses shall include but not limited to riparian habitat, fishery habitat, livestock, wildlife, domestic, agricultural, or other land uses. The lessee/operator shall obtain sufficient base line data and monitoring in order to establish parameters to show whether water resources are affected.

# 1.8.  Avoidance and Minimization

The Reclamation Plan describes the necessary Best Management Practices (BMPs) and includes typical drawings that Peak Minerals would implement during construction and reclamation of the Project. Examples are included in **Appendix B**. Structural BMPs considered for post-mining use include primarily measures used to control runoff and/or erosion while reclamation is underway; most of these (e.g., silt fences) would be removed prior to final bond release. The applicant committed design features that were identified in the BLM's EIS for the Project and mitigation measures included in the ROD that would be carried out through the development and implementation of the Reclamation Plan are included in **Appendix J**.

# 1.9.  Temporary Suspension

Peak Minerals understands that if the operation were to temporarily suspend operations for a period, UDOGM and the BLM would be notified immediately and that certain interim reclamation practices would be required.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# 2.   GENERAL SETTING

The Sevier Playa area is characterized by north-trending, block-faulted ranges and alluvial slopes adjacent to the down-dropped, sediment-filled Sevier Playa graben, which forms the lowest part of the basin. Playas by nature are desert basins with no outlet that may periodically fill with water to form a temporary lake. The Sevier River enters the undrained basin from the northeast at a topographic low between the Cricket Mountains and Long Ridge.

Utilizing existing data from the Soil Survey Geographic (SSURGO) database soils data, soils in the general vicinity of the Project are delineated on **Figure 3**. The Sevier Playa is located in soil areas mapped as playas. The playa mapping unit is described as a miscellaneous land type consisting of level depressions of mixed alluvial sediment found at elevations between 4,500 and 4,800 feet above mean sea level (amsl). Playa soil textures are generally silty clay loam or silty clay. The content of salt is generally sufficiently high that no vegetation grows on the playa. Playa soils are unsuitable for use as a growth medium and have no value for farming (CH2M 2013).

Nearby off-playa soils are shallow, sandy, and dry and primarily have a loam to sandy-loam texture, ranging from very slightly saline to strongly saline (CH2M 2013). Salvageable soil (those soils determined to be adequate for reclamation purposes) range from shallow to moderately deep (0 to 20 inches). Coarse fragment content is typically low to moderate (0 to 30 percent), indicating suitable use as growth medium (CH2M 2013).

In 2019, SWCA further characterized soils at the proposed Rail Facility and Processing Facility. This report is included in **Appendix D**. The Order 2 survey (SWCA 2019) found three soil types at the Rail Loadout Facility. The dominant type (LS-TypHC) had no reclamation suitability limitations but the other two types (FL-TypHC, F-AqNat) were poor or unsuitable for one or more parameters in both soil horizons. The survey also found two soil types at the Processing Facility. Both soil types (FL-TypHC and F-TypHC) were poor or unacceptable for reclamation based on one or more parameters in both horizons.

Utilizing existing data from the Southwest Regional Gap Analysis Project (SWReGAP) data, vegetation communities in the general vicinity of the Project are delineated on **Figure 4**. Shrubs and grasses dominate valleys, slopes, and alluvial fans of the Sevier Playa area, although these areas may also be barren. The higher elevations of mountain slopes support woodlands, mountain brush, and open forests. Common natural vegetation communities in the Project vicinity include playa, mixed salt desert scrub, greasewood flat, and semi-desert shrub steppe.

The SWCA 2019 study characterized the Rail Loadout Facility as dominated by an inter-mountain basins mixed salt desert scrub community, with a lesser percentage of inter-mountain basins greasewood flat community (**Appendix D**). The former had 11 percent desirable vegetation cover and 16.4 percent weedy species cover. The latter had 1 percent desirable vegetation and 8.8 percent weedy species. SWCA (2019) characterized vegetation in the Processing Facility as primarily an inter-mountain basins mixed salt desert scrub, with 3.1 percent desirable vegetation cover and 10.6 percent weedy species cover. There was also a significant portion of the area mapped as invasive annual and biennial forbland community, with 1 percent desirable vegetation cover and 8.8 percent weedy vegetation cover.

A complete description of the existing environment is provided in the EIS (BLM 2019a). The below sections describe development activities that have occurred on the Sevier Playa and other areas that

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

would be affected by the Project prior to the initiation of construction. Peak Minerals maintains reclamation responsibility for all disturbances associated with Peak Minerals' exploration activities.

# 2.1.    Sevier Playa Development History

Mineral resources within the Sevier Playa were initially developed by CPMC in the 1980s and early 1990s. CPMC had constructed 3,000 acres of solar evaporation ponds and 4.8 miles of brine collection ditch. During reclamation by CPMC the dikes were breached and lowered, with the expectation that a rise in the lake level would obliterate them. Lacking sufficient rise in the lake levels after that time, however, the features remain as part of the existing environment. **Figure 5** shows existing wells around the playa and an outline of CPMC's historic canal and pond development.

## *2.1.1.    Peak Minerals Exploration Activities*

As described above in Section 1.3, an exploration EA was completed by the BLM in 2011, and initial exploration activities were conducted by Peak Minerals in 2011-2012. Subsequent activities occurred in 2013, 2015, 2017, 2018, 2019 and 2023. Exploration activities are ongoing on-playa and off-playa. Refer to Section 1.3. Exploration has included monitoring well and drillhole installation, geotechnical work, test trenches, installation of pilot-test berms and ponds, construction of a storage yard and warehouse, and construction of staging and playa access areas.

**Figure 5** shows the existing wells drilled by Peak Minerals and current existing exploration features, including those that have not been fully reclaimed, that are part of currently-approved UDOGM notices and BLM-approved actions and are detailed and listed in **Appendix K**.

### 2.1.1.1.    MONITORING WELLS

BLM, USGS and UDOT wells already exist on lands both on-lease and off-lease. These existing wells were used to understand the hydrology of the areas adjacent to the playa. The locations of these wells are shown on **Figure 5**. Peak Minerals installed additional wells in 2012 through 2023. Wells were installed to aid in understanding the hydrology of the playa and adjacent strata. These wells are Peak Minerals' responsibility because they were drilled during exploration. Peak Minerals has conducted reclamation actions for disturbance at these sites, but the wells themselves were left in-place to be considered for long-term monitoring and have, therefore, not been reclaimed or abandoned. The locations of the existing Peak Minerals wells are also shown on **Figure 5** and all wells (including those that have been reclaimed) are detailed and listed in **Appendix K**.

### 2.1.1.2.    EXPLORATION

Peak Minerals has conducted extensive exploration on the playa under UDOGM and BLM approvals. All drillholes completed to date are either being used for on-going research or have been plugged in accordance with the appropriate approvals. Exploration surety bonds remain in place for exploration disturbances in which reclamation is still ongoing. These existing features are shown on **Figure 5** and are detailed in **Appendix K**.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## 2.1.2.    Other Existing Development

**Figure 5** shows all other existing developments within 500 feet of the UDOGM LMO Permit Boundary. These features include powerlines, wells, pipelines, streams, springs, other ROWs, roads and gravel pits.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# 3. PROJECT FEATURES

This section describes the Project features proposed to be constructed for the Project and that would require reclamation. The Project features include the following main features:

- Mining components:
  - Extraction System
  - Recharge System
  - Evaporation Ponds
  - Processing Facility
  - Bittern Waste Ponds and Tailings Management Area

- Infrastructure facilities:
  - Power and Communication Lines
  - Communication Towers
  - Natural Gas Pipeline
  - Rail Facilities
  - Water Supply Facilities
  - Access and Other Roads
  - Gravel Pits
  - Monitoring Wells

These Project features at the Phase 1 life-of-mine (LOM) are shown on **Figure 2**. These features are described in greater detail in the Mining Plan (Peak Minerals 2024a), the POD (2024b), and Gravel Pits Mining Plan (2024c). **Figure 6** shows the details of the Processing Facility and **Figure 7** the details of the Rail Facilities. For bonding purposes, those Project components that are expected to be constructed in year 1 are shown on **Figure 8**.

The Reclamation Matrix, provided in **Appendix A**, summarizes each of the Project feature's components that would require reclamation and if the feature is located on or off-playa.

In accordance with UAC R647-4-106, and 43 CFR 3592.1(c)(9), a disturbance and reclamation schedule for the Project is provided in **Appendix E**. This table is based upon the Mining Plan (Peak Minerals 2024a) and POD (Peak Minerals 2024b) which detail construction disturbance for the first 5-years, as well as interim reclamation measures. This table provides a summary of anticipated additional disturbances that would occur during years 6 through the LOM. At the end of production, the features would be reclaimed. Because of the volumes of material moved during construction of berms and trenches, reclamation of the Project is anticipated to take several years.

The disturbance boundary for the LOM is shown on **Figure 9**.

For bonding purposes, the disturbance boundary at the Project's year 1 is shown on **Figures 10a and 10b**. Prior to year 2, the bond would be reviewed and updated reflecting the Project's proceeding year's actual disturbance and reclamation and the following year's proposed disturbance. The bond would

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

need to be updated yearly, or as appropriate to ensure that any proposed disturbance is adequately bonded. Peak Minerals would provide a methodology for updating and reconciling the bond with the actual and planned facilities prior to the start of construction. This Plan and the table in **Appendix E** would be updated a minimum of every 5-years as part of the LMO permit renewal process.

The acreage in the table in **Appendix E** shows the areas that would be disturbed and reclaimed. The playa surface would also be disturbed by activities that are not listed in **Appendix E** associated with the movement and tracking of equipment. As pointed out previously, the playa surface is devoid of vegetation due to high salinity and areas disturbed on the playa would not be reseeded. The access areas used throughout the playa surface, to access the trenches/canals, would be overland and therefore would not be reclaimed.   These areas not used for mining activities would not be disturbed and not require reclamation. At the request of the landowner, land manager, or applicable regulatory agency isolated areas of the playa may require additional grading due to extraordinary circumstances (i.e. equipment retrieval).

The sections below present a brief description of each of the Project features. A listing of each of the feature's components requiring reclamation is included in **Appendix A**. Details regarding each of the Project feature's disturbed area by year is included in **Appendix E**.

# 3.1.    Extraction System

## 3.1.1.    *Extraction Trenches*

The extraction trenches, located on-playa, would be used throughout the Project life. The extraction trenches would be excavated throughout the playa. Spoils from the extraction trenches would be placed on the playa surface on the edge of the trenches. Culverts would be placed where necessary to allow equipment to cross the trenches. The playa disturbance due to construction of these features is expected to begin in Project year one and would continue throughout the life of the Project as shown in **Appendix E**. The extraction trenches are delineated on **Figure 2**

# 3.2.    Recharge System

## 3.2.1.    *Drop Structure, Diversion Berm, and Canal*

The Drop Structure and Diversion Berm would be located off-playa. The Diversion Canal would extend on and off-playa. Each of these features would be constructed during the initial Project construction, as shown in **Appendix E**, and used throughout the Project life.

The Drop Structure would be constructed to stabilize an existing headcut in the Sevier River channel and would consist of gabions and reno mattress segments, which are wire baskets filled with coarse rock fragments that provide stability to the channel. It is described in detail in the Mining Plan (Peak Minerals 2024a). The Drop Structure would be located about 2,500 feet upstream of the Diversion Berm. Access to the Drop Structure would be along an existing two-track road (Playa Access Road Spur 1) and then by overland travel (Playa Access Road Spur 1A). The Drop Structure would be located on BLM land. According to the BLM, the Drop Structure would not be reclaimed and would be left in place at the end of the Project.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

The Diversion Berm would direct Sevier River flow to the Diversion Canal. The Diversion Canal would be excavated from native materials. The excavated soil material used to construct the Diversion Canal would be used to construct the Diversion Berm. Rip-rap, or other erosion control materials may be used to help control erosion on the berm and the canal spoils pile. A one-lane concrete box culvert would be placed in the Diversion Canal, at the location where the Diversion Canal is crossed by the Playa Access Road. Flow from the Diversion Canal would be diverted into the Recharge Canal.

These features are shown on **Figure 2**.

### 3.2.2.    Recharge Trenches, Canals, and Collectors

Recharge trenches, canals and collectors would be all on-playa and would be constructed and used throughout the Project life. The recharge trenches, recharge canals, and recharge collectors would be excavated. and spoils would be placed adjacent to the excavations. Culverts would be placed where necessary to allow equipment to cross the trenches, canals, and collectors. Culvert types would vary depending on the crossing. Pump stations would be placed along the recharge canals to lift water into the south portions of the playa. Generators would be used temporarily to power the pumps until long-term line power is installed. Transfer pipes and ditch gates would be installed to allow water flow from the recharge canals into the trenches and collectors.

Construction of these features is expected to begin in Project year 1 and would continue throughout the life of the Project as shown in **Appendix E**. These features are delineated on **Figure 2**.

## 3.3.    Evaporation Ponds

### 3.3.1.    Preconcentration Ponds

The Preconcentration Ponds would be established during initial Project construction and used throughout the life of the Project. The preconcentration ponds would be constructed on-playa. Berms would be composed of material sourced within the interior of the ponds. Plan view and profile view drawings showing the LOM and reclaimed surfaces of the preconcentration ponds are included in **Appendix C**.

The top of the berm would be used by equipment and vehicles to access the ponds. Gravel would be placed, where necessary, on the berms to aid in equipment access. Erosion control features would be placed where necessary along the slopes of the berms. Pump stations (which would include a gravel pad, intake/outtake lines, and erosion control fabric), weirs, and pipelines would be used to move brine into the preconcentration ponds, between ponds and into the brine transfer canal. Generators would be used temporarily to power the pumps until long-term line power is installed. Peak Minerals would provide the BLM and UDOGM with GIS data on locations of all buried pipelines associated with the preconcentration ponds.

The preconcentration ponds are delineated on **Figure 2**.

### 3.3.2.    Production Ponds

The production ponds, comprised of harvest ponds and back-mix ponds as detailed in the Mining Plan (Peak Minerals 2024a), would be constructed during initial Project construction and used throughout

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

the life of the Project. The production ponds would be constructed on the south end of the playa. The pond berms would be constructed from material sourced within the interior of the ponds. Berm lifts throughout the life of the Project would not be required. Plan view and profile view drawings showing the LOM and reclaimed surfaces of the production ponds are included in **Appendix C**. Along with the berms, a series of roads would be constructed on and adjacent to certain containment berms. The roads would be used for maintenance access as well as for salt harvesting haul routes. It's currently estimated that six culverts would be required along the roads on the production pond berms.

Gravel and geotextile fabric would be placed on the surface of the roads. Erosion control features would be placed where necessary along the slopes of the berms. Weirs, pump stations (which would include a gravel pad, intake/outtake lines, and erosion control fabric), pipelines, and a sump would be used at brine transfer points, where necessary, between production ponds. Generators would be used temporarily to power the pumps until long-term line power is installed. Peak Minerals would provide the BLM and UDOGM with GIS data on locations of all buried pipelines. Aboveground pipelines at the Production Ponds and running to and from the Processing Facility include various pipelines: the tailings leach brine pipeline, the process recycle brine pipeline, the bittern brine pipeline, the process recycle brine pond discharge pipeline, the preconcentrated brine pipeline, the bittern back-mix brine pipeline, and the tailings brine pipeline.

The production ponds are shown on **Figure 2**.

### 3.3.3.  Brine Transfer Canal and Pipeline

The Brine Transfer Canal and Pipeline would be constructed during the initial Project construction, as shown in **Appendix E**, and used throughout the life of the Project. The Brine Transfer Canal and Pipeline, providing brine conveyance from the preconcentration ponds to the production ponds, would be located on the playa. The canal would convey brine into the pipeline. Spoils would be placed near the excavation. Pump stations would be placed along the canals to lift water into the Brine Transfer Pipeline. Generators would be used temporarily to power the pumps until long-term line power is installed. Culverts would be placed where necessary to allow equipment to cross the canal. At those locations where the recharge trenches/collectors cross the Brine Transfer Canal, a siphon would be used to convey the recharge water across the Brine Transfer Canal.

The Brine Transfer Pipeline would be an aboveground pipeline transferring brine from the Preconcentration Ponds to the Brine Transfer Canal.

The Brine Transfer Canal and Pipeline are delineated on **Figure 2**.

## 3.4.  Processing Facility

The Processing Facility, located off-playa, would be constructed during the initial Project construction, as shown in **Appendix E**, and used throughout the life of the Project. The Processing Facility would occupy the south end of the Sevier Playa and include an area to accommodate subsoil storage (soil removed from grading activities and underground excavation areas). It is described in detail in the Mining Plan (Peak Minerals 2024a), and the site plan is shown on **Figure 6**. The Processing Facility would include three main processing buildings, seven support buildings, and additional support areas. Drainage control features would be installed as necessary as detailed in **Appendix F**. Pipelines running to and from the Processing Facility to the playa process recycle brine pipeline and the tailings leach brine pipeline. Both

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

of these pipelines would be aboveground. Power would be supplied by a new 69-kV Power and Communication Line which is discussed in Section 3.6.

The Processing Facility area would be cleared, grubbed, and graded prior to construction.  During initial construction of the Project, the Processing Facility area may be used to stage equipment and vehicle parking. The Processing Facility would have a perimeter security fence and within that fence, gravel would be applied to the surface. An excess soil material stockpile would surround the fence line. A new road between the Processing Facility and the Playa Access Road, referred to as the Haul Road, and a new road constructed from the existing Crystal Peak Spur Road to the Processing Facility, referred to as the Peak Spur Road, would be constructed and are both described in Section 3.11. Due to unsuitable soil conditions (discussed in Section 2) topsoil would not be salvaged from the Processing Facility, Haul Road or Peak Spur Road.

# 3.5.  Tailings

## 3.5.1.   Bittern Waste Ponds

The Bittern Waste Ponds would be constructed during initial construction and throughout the life of the Project, as shown in **Appendix E**, and used throughout the life of the Project. The Bittern Waste Ponds, comprise of five separate ponds, would be on the southwestern corner of the playa. The composition of the purge brine is presented in Mining Plan (Peak Minerals 2024a). The first Bittern Waste Ponds would be completed during the initial Project construction from material sourced within the interior of the ponds.

The surface of the berm would be used by equipment and vehicles to access the ponds. Gravel would be placed, where necessary, on the berms to aid in equipment access. Erosion control features would be placed where necessary along the slopes of the berms. Plan view and profile view drawings showing the LOM and reclaimed surfaces of the Bittern Waste Ponds are included in **Appendix C**.

These features are delineated on **Figure 2**.

## 3.5.2.   Tailings Management Area

The Tailings Management Area would be constructed during the initial Project construction, as shown in **Appendix E**, and used throughout the life of the Project. The Tailings Management Area would be located on-playa in the southwestern corner of the playa. The composition of the tailings materials is presented in Mining Plan (Peak Minerals 2024a). The Tailing Management Area berms would comprise playa materials.

The surface of the berm would be used by equipment and vehicles to access the area. Gravel would be placed, where necessary, on top of the berms to aid in equipment access. Erosion control features would be placed where necessary along the slopes of the berms. Plan view and profile view drawings showing the LOM and reclaimed surfaces of the Tailings Management Area are included in **Appendix C**. The playa materials used in berm construction would be sourced from the interior of the Tailings Management Area.

The Tailings Management Area is delineated on **Figure 2**.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## 3.6.    Power and Communication Lines

Power and communication lines would be constructed during the first two years of the Project construction, as shown in **Appendix E**, and used throughout the life of the Project. Power and communication lines would supply the Processing Facility, Rail Loadout Facility, water supply wells, and various mining components located on-playa through 69-kV Power and Communication Lines, 25-kV Power Lines, 12.47-kV Power and Communication Lines, 12.47-kV Power Lines and 12.47-kV Power Line Spurs. Depending on the line, portions would be located on-playa and off-playa.

The 69-kV Power and Communication Line would include H-frame support structures and would be located off-playa. The 25-kV and 12.47-kV lines would include single pole supports. The majority of the 25-kV Power Line would be located on-playa. The 12.47-kV power line facilities would be located off and on-playa. The on and off-playa lengths of each power line are shown in **Appendix E**. The ROW would be utilized to access the towers as necessary during operations and maintenance.

Three substations would be constructed: the North Playa Substation, the Processing Facility Substation and the Rail Loadout Facility Substation. The substation areas would be cleared, grubbed, graded, and may be graveled. Foundations would be reinforced concrete. Fences and gates would be installed to maintain the sites securely. The Processing Facility Substation would be located within the footprint of the Processing Facility and the Rail Loadout Facility Substation would be located within the footprint of the Rail Loadout Facility. The North Playa Substation would be located along the 69-kV Power and Communication line and would include a long-term topsoil stockpile.

Temporary Use Areas (TUAs) would be used during construction for equipment staging and stringing the power lines. Within TUAs vegetation would be cleared and the surface scraped and regraded, as necessary. A temporary rock layer may be added for all-weather surface. Some TUAs would be fenced. These TUAs also include temporary work areas for pulling and tensioning of the line.

The Power Line Access Road and 25-kV Power Line Access Road are existing roads that may be improved and would be used during the construction and operation and maintenance of the power lines. For the 69-kV Power and Communication Line, some temporary access ROWs may also be required during construction to allow equipment travel between the Power Line Access Road ROW and the 69-kV Power and Communication Line ROW using overland access methods or spur roads in areas where these ROWs are not abutting. These roads are further described in the Transportation and Traffic Management Plan (Peak Minerals 2024d).

These features are delineated on **Figure 2**.

## 3.7.    Communication Towers

The Long Ridge Communication Tower and Black Rock Communication Towers would be located off-playa. The Long Ridge Communication Tower would be situated on a temporary ROW and would be reclaimed once the 69-kV Power and Communication Line is operational. The Black Rock Communication Tower would be in place for the duration of the Project. Both sites would be graded prior to tower installation and would include a concrete base, generator, propane tank, a building to house various

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.683    Page 319 of 954

*Section 3 – Project Features*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

components, solar power supply and a graveled area. The Black Rock Communication Tower would include a perimeter fence.

Existing roads would be used to access these communication tower sites. The Long Ridge Access Road may be improved. These roads are further described in the *Project Road Network Details* table and *Detailed Project Road Information* attachment in the Transportation and Traffic Management Plan (Peak Minerals 2024d).

These features are delineated on **Figure 2**.

## 3.8.    Natural Gas Pipeline

The Natural Gas Pipeline, located off-playa, would be constructed at approximately year 7 of the Project as shown in **Appendix E,** and used throughout the remaining life of the Project. The pipeline would generally be buried, although some sections may remain aboveground. A Natural Gas Pipeline Spur would be constructed off of the Natural Gas Pipeline to the Rail Loadout Facility. Vegetation would be cleared, and areas graded as needed. Peak Minerals would provide the BLM and UDOGM with GIS data on locations of all buried pipelines.

The Natural Gas Pipeline would use existing access roads to access the pipeline route during construction and operation and maintenance. These roads are further described in the *Project Road Network Details* table and *Detailed Project Road Information* attachment in the Transportation and Traffic Management Plan (Peak Minerals 2024d). These features are delineated on **Figure 2**.

## 3.9.    Rail Facilities

The rail facilities, located off-playa, would be constructed during approximately year 5, as shown in **Appendix E**, and used throughout the remaining life of the Project. The rail facilities would include the Rail Loadout Facility, Rail Spur, Rail Spur Access Corridor, and the Rail Loadout Facility access. During construction portions of the Rail Loadout Facility area would be cleared, leveled, and/or surfaced with gravel. The entire area would be surrounded by a perimeter fence. It is described in detail in the POD (Peak Minerals 2024b), and the site plan is shown on **Figure 7**. A segment of the Natural Gas Pipeline runs through this fenced area. Peak Minerals would provide the BLM and UDOGM with GIS data on locations of all buried pipelines.

The Rail Loadout Facility would include a train loadout with storage (three covered storage domes) and conveying system used to load rail cars with SOP, a truck loadout with scales to load and unload haul trucks, a propane storage tank and underground pipeline (used until long-term natural gas is supplied), a fire water storage tank, rail yard tracks, drainage control structures (detailed in **Appendix F**) and concrete foundations and slabs. During construction a laydown area would be used. There would also be an excess soil material storage area and topsoil stockpile. These features are delineated on **Figure 7**.

The Rail Spur would include rail tracks, ballast, crossing infrastructure at existing roads, and drainage structures. A new access corridor would be constructed along the Rail Spur, referred to as the Rail Spur Access Corridor. Two new access roads would be constructed to access the Rail Loadout Facility. The roads would include a gravel surface and drainage control as necessary. These roads are further described in the Transportation and Traffic Management Plan (Peak Minerals 2024d). Topsoil removed

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

from the Rail Spur, Rail Spur Access Corridor, and new access roads would be stockpiled at the Rail Facility.

It should be noted that Peak is currently exploring an option to relocate the Rail Loadout Facility to Milford, Utah in proximity to the Smithfield Rail Loadout facility. While Peak develops the information necessary for the BLM to understand the potential impacts associated with potential relocation, Peak would continue to operate and plan in accordance with the Rail Loadout Facility design specifications and utility requirements provided in this Reclamation Plan.

When enough information has been developed for the BLM's review and subsequent analysis, Peak would support and participate in any Federal NEPA/Permitting requirements necessary to develop an understanding of the environmental impacts associated with proposed action prior to the anticipated construction start date of the facility (anticipated to begin in November 2027 with an operational need date of January 2029). At that time, the Mine Plan, Reclamation Plan, Plan of Development and all associated Supplemental documents would be revised as necessary to describe construction and operation of the facility.

## 3.10. Water Supply Facilities

The water supply facilities, located off-playa, would be constructed during the initial Project construction and throughout the Project, as shown in **Appendix E**, and used throughout the life of the Project. Water supply facilities would include water supply wells, pipelines, and access roads. Peak Minerals would provide the BLM and UDOGM with GIS data on locations of all buried pipelines. The water supply facilities would supply fresh water to the Processing Facility.

Water supply wells would include four new wells. Each well site would include a water supply well with a pump and associated equipment, a concrete foundation, prefabricated building to house various components and a transformer. The area surrounding the well would be graveled and would include a perimeter fence.

Existing roads would be used to access each well. These roads may be improved. These roads are further described in the *Project Road Network Details* table and *Detailed Project Road Information* attachment in the Transportation and Traffic Management Plan (Peak Minerals 2024d).

The Water Supply Pipeline spur for each well would extend from the water supply well to the main buried Water Supply Pipeline.

The water supply facilities are shown in **Figure 2**.

## 3.11. Access and Other Roads

This section describes access roads or portions of roads that would be constructed or improved for use during the Project. These roads would be constructed and improved as necessary throughout the life of the Project as shown in **Appendix E**. These roads are further described in the *Project Road Network Details* table and *Detailed Project Road Information* attachment in the Transportation and Traffic Management Plan (Peak Minerals 2024d). There are other roads that would be constructed or improved for use for a specific feature (i.e., the access roads at the Natural Gas Pipeline or at the Rail Facilities) which are described above in their respective sections.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

It is anticipated that all travel on the playa, off the Playa Access Road, Haul Roads, and pond berms, would be overland. The ability to travel on the Sevier Playa varies seasonally depending on the amount of moisture on the playa. The margins of the playa can support a pickup truck in places, but the use of such vehicles is risky because of their ground pressure and because of the likelihood of miring in the relatively soft playa sediments. Playa travel is best approached with all-terrain vehicles and has been conducted by using snow cats with low ground pressures. All-terrain vehicles, snow cats, or similar low ground-bearing pressure equipment would transport personnel where necessary across the playa to access Project components. Canal and trench crossings would be placed, as needed, throughout the playa using either corrugated metal piping or concrete box culverts, depending on the specific crossing conditions and the trench/canal flow rate.

Access roads that would be improved or constructed for the Project are delineated on **Figure 2**.

### 3.11.1.    Playa Access Road and Segments

The Playa Access Road (including Playa Access Road Segments-those portions of the perimeter road off-lease) would be a new road constructed of native materials located primarily on-playa and would extend around the eastern portion of the playa. Turnouts would be constructed by extending the road width an additional 10 feet around the playa. Gravel would be placed on the road surface where necessary. Culverts and drainage ditches would be placed where necessary along drainage pathways to convey water to the playa.

### 3.11.2.    Playa Access Road Spurs

The Playa Access Road Spurs (located both on-playa and off-playa) would provide connections from various existing off-lease access roads to the Playa Access Road. Spurs would be both existing and new construction constructed of native materials. Gravel would be placed on the road surface where necessary. Culverts and drainage ditches would be placed where necessary along drainage pathways to convey water to the playa (**Appendix F**).

### 3.11.3.    Access Road Segments

Access Roads Segments are primarily existing roads (located on and off-playa) that would be used to access the various Project features. Gravel would be placed on the road surface where necessary. Culverts and drainage ditches would be placed where necessary along drainage pathways to convey water to the playa.

### 3.11.4.    Haul Road

The Haul Road would be a new road constructed of native material. A Haul Road (located on and off-playa) would be used to haul salts from the Processing Facility to the Production Ponds and would include a graveled surface with geotextile fabric underneath. Due to unsuitable soil conditions (discussed in Section 2) topsoil would not be salvaged from the Haul Road. Culverts and drainage ditches would be placed where necessary along drainage pathways at the Haul Road to convey water to the playa. A detailed drawing showing the Haul Road is included in the Mining Plan (Peak Minerals 2024a).

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

### 3.11.5.    *Crystal Peak Spur Road*

The Crystal Peak Spur Road would be a new road constructed with native materials. The road would be constructed from the Crystal Peak Road to the Processing Facility. Due to unsuitable soil conditions (discussed in Section 2) topsoil would not be salvaged from the Crystal Peak Spur Road. This road would require road base and culverts and would be crowned and ditched.

## 3.12.  Gravel Pits

The gravel pits, located off-playa, would be constructed when needed to provide gravel to the Project. The need for aggregate for use as road base, structural backfill, or other Project developments would result in excavation of up to three pits that would include topsoil storage areas, access roads, and use of moveable crushing and screening equipment. The on-lease gravel pits would be the Playa Federal Pit and the Playa SITLA Pit. The Pass Federal Pit would be located off-lease. These pits are described in the Gravel Pits Mining Plan (Peak Minerals 2024c).

These features are delineated on **Figure 2**.

## 3.13.  Monitoring Wells

The monitoring wells, located on- and off-playa, would be used to monitor groundwater throughout the life of the Project. In addition to the existing water monitoring wells located on-playa and off-playa (shown in **Figure 5**), several wells would be installed to complete the water monitoring network for the Project, as described in the Water Monitoring Plan (Peak Minerals 2024e). **Appendix E** indicates when the wells would be drilled. The wells would vary in depth depending on their location. Each well would include a drill pad) and well head. All monitoring wells, but one, would be accessed via existing roads. One new monitoring well would require overland access and would be located on lease. This road is further described in the Transportation and Traffic Management Plan (Peak Minerals 2024d).

Proposed monitoring wells are shown on **Figure 2**.

RECEIVED
October 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# 4.   PROPOSED SITE PREPARATION AND CONSTRUCTION PRACTICES APPLICABLE TO RECLAMATION PLANNING

Site preparation and construction practices would vary according to type and location of disturbance. The nature of and practices involved in site preparation and construction would support planning for reclamation. Best Management Practices (BMPs) and typical drawings that Peak Minerals would implement during construction and reclamation of the Project are included in **Appendix B**. Applicant committed design features that would be implemented by Peak Minerals throughout the life of the Project, as applicable, are included in **Appendix J**.

## 4.1.   Practices Applicable to All Areas

### 4.1.1.   Noxious Weeds

In accordance with Federal lease, Special Stipulation 4, equipment would be cleaned off-site prior to entering the Project to minimize the introduction of noxious/invasive weeds in other areas. Other practices to discourage the spread of noxious or invasive plants are described in the Noxious Weed Management Plan (Peak Minerals 2024f).

### 4.1.2.   Cadastral Survey Monuments

Peak Minerals would coordinate with the BLM to determine treatment of any cadastral survey monuments that would be impacted by Project development. Details are included in the applicant committed design features included in **Appendix J**.

## 4.2.   On-Playa Practices

The Sevier Playa boundary is shown on **Figure 2**. The playa itself is barren of vegetation; salt-tolerant plants appear at the edges of the playa. Playa disturbances would not be subject to revegetation.

### 4.2.1.   Site Preparation

Playa excavation and construction would require grading but not clearing, as there is no vegetation.

### 4.2.2.   Playa Excavation

Given the nature of the playa, excavation and reclamation activities would use equipment that is either equipped with low ground pressure pontoon tracks, flotation tires and or low ground bearing equipment that exerts minimal pressure of the surface of the playa. Timber excavator mats or swamp mats may also be utilized as necessary on the playa to support equipment. The surficial sediments found on the Sevier Playa are typically saturated clays and other fine-grained soils. These surficial sediments often have the strength to support equipment for travel but do not provide the traction equipment requires to push or pull a load across the playa. This condition is intensified by the low ground pressure equipment which is required throughout the playa. As such, construction equipment would be limited to excavators, which can lift and swing a load, as opposed to graders and dozers which are able to push loads. This would also apply to equipment used to transport personnel and equipment to the work site.

RECEIVED
August 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

This would ensure that equipment would not get mired in the playa. Site preparation would include providing a global positioning system (GPS) location to the landowner, land manager, or applicable regulatory agency and marking of all features prior to excavation and construction.

Excavation of playa materials to construct trenches, canals, ponds, and wells would disturb a large area of the playa surface. Trench and canal spoils would be deposited generally in rows adjacent to most excavations. Spoils would comprise salt crust, fat clay, and marl clay, depending upon the depth of excavation. The high moisture content of the playa soil together with natural crusting of the playa surface would minimize the potential for fugitive dust from playa excavations. Fugitive dust would also be controlled by adhering to strict construction plans designed to minimize newly disturbed surface area. On-playa disturbed surfaces would be stabilized with the application of water, brine, and/or magnesium chloride, as necessary. Sources of dust suppression water may include: (1) water acquired from existing permitted sources, (2) water from freshwater wells, (3) playa brine, and (4) recharge water (Peak Minerals 2024g).

Designated wash stations, both on-playa and off-playa, would be established at key locations where equipment maintenance and repairs can occur. Wash station locations would be approved by the AO. The Processing Facility would have a maintenance area where occasional vehicle washing would occur. This area would service and maintain smaller vehicles (e.g., pick-up trucks). The wash down water would be collected and filtered, as discussed in the Project's Stormwater Pollution Prevention Plan (SWPPP) (Peak Minerals 2024h) and Noxious and Invasive Weed Management Plan (Peak Minerals 2024f). The water collected could be returned to the process.

# 4.3.    Off-Playa Practices

## 4.3.1.    *Site Preparation*

### 4.3.1.1.    CLEARING AND GRADING

All off-playa vegetation clearing and grading would be conducted in a manner that is conducive to future reclamation. Vegetation clearing, grading, and other disturbance of soil and vegetation would be limited to the minimum area required for construction. Any excess subsoil (soil underneath topsoil that needs to be removed for site grading purposes) removed and stockpiled during site construction would be stabilized using erosion and siltation control devices (**Appendix B**) and would be described in detail in the SWPPP (Peak Minerals 2024h). The stockpiles would also be seeded with a seed mix included in **Table 2** or another mix conducive to the materials. Peak Minerals would consult the landowner, land manager, or applicable regulatory agency for seeding recommendations. Site preparation details for each facility are included in the POD (Peak Minerals 2024b) and Mining Plan (Peak Minerals 2024a).

### 4.3.1.2.    TOPSOIL SEGREGATION

Where suitable topsoil materials exist, topsoil would be stripped and stockpiled prior to site disturbance. It's currently anticipated based on current direction from the landowner, land manager, and applicable regulatory agency, that all topsoil stripped during construction would be replaced during interim reclamation except at the Rail Facility (which includes the Rail Loadout Facility, Rail Spur, Rail Spur Access Corridor and Rail Loadout Facility Access Roads) and North Playa Substation. These two areas would have long-term topsoil stockpiled which would be replaced during final reclamation. All other

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.689    Page 325 of 954
RECEIVED
August 21, 2025
Section 4 – Proposed Site Preparation and Construction Practices Applicable to Reclamation Planning
DIVISION OF OIL, GAS AND MINING
M/027/0125

disturbed areas would replace salvaged topsoil over the interim reclaimed areas. Due to existing soil conditions, topsoil would not be salvaged at the Processing Facility, Crystal Peak Spur Road or Haul Road. During construction, Peak Minerals would continue to coordinate with the landowner, land manager, or applicable regulatory agency to determine if there are areas where topsoil should remain in place or if stored topsoil should be replaced during interim reclamation, rather than stockpiled.

Estimated recoverable topsoil volumes, based upon estimated soil salvage depths and proposed disturbance areas are provided in **Table 1**, *Estimated Recoverable Topsoil Volumes for Features*. The basis for estimated topsoil salvage depths at the Rail Loadout Facility presented in **Table 1** is derived from the Order 2 survey completed by SWCA (2019) presented in **Appendix D**. The basis for the estimated topsoil salvage depths for other features is based on an assessment of soil conditions for the Project which was performed, based upon a review of published, unpublished, and web resource data from the Natural Resources Conservation Service (NRCS, formerly the Soil Conservation Service [SCS]) (CH2M 2013) and is included in Appendix C of the Mining Plan (Peak Minerals 2024a). The NRCS data include the *Soil Survey of Delta Area, Utah – Part of Millard County* (SCS 1971), the *Soil Survey of the Beaver-Cove Fort Area, Utah – Part of Beaver and Millard Counties* (SCS 1970), the *Soil Survey of West Millard/Juab Area, Utah – Parts of Millard and Juab Counties* (NRCS 2013), and the Web Soil Survey (NRCS 2018). These resources were utilized to generate technical descriptions of the soil resource and background information within the context of the study area. The report, *Soil Assessment for the Sevier Playa Project* (CH2M 2013), includes a description of the soils present in the study area (delineated in the CH2M 2013 report) and a preliminary evaluation of growth media that could be salvaged for use in reclamation activities. Volumes of salvaged topsoil presented in **Table 1** are based on these estimated topsoil depths and anticipated disturbance areas.

As shown in **Appendix D** salvage depths at the Rail Loadout Facility would vary depending on soil types. Within soil type FL-TypHc, approximately 0.5' would be salvaged from 25 acres of disturbance. And within soils type F-AqNat and LS-TypHc, approximately 1.5' would be salvaged from 46 acres of disturbance.

This Plan would also be updated a minimum of every 5-years as part of the LMO permit renewal process. In accordance with this renewal process, the topsoil table would also be updated based on actual salvaged topsoil volumes and estimates of any future salvaging.

Salvaged topsoil would be preserved in shallow windrows or piles (less than four feet deep) or in other designated areas and seeded with a land manager, landowner, or applicable regulatory agency - approved seed mix to minimize risk of erosion, maintain soil health, and minimize the establishment of invasive species. Silt fencing or wattles would be installed around all topsoil stockpiles to control erosion. The designated topsoil storage areas would be marked with signs to clearly identify these areas. If appropriate, chipped vegetation cleared from the disturbed areas (Section 4.3.1.3) would be applied to the stored topsoil. BMPs implemented to stabilize and control topsoil stockpiles are described in **Appendix B**.

**Table 1. Estimated Recoverable Topsoil Volumes for Project Features**

| Topsoil Salvage<br><br>Disturbance Area | Area (ac)<br>acres | Salvage<br>Depth<br>ft | Volume<br>cy |
|---|---|---|---|
| **Powerlines** | | | |
| 69-kV Power and Communication Line | | NA | |

*Section 4 – Proposed Site Preparation and Construction Practices Applicable to Reclamation Planning*

RECEIVED
August 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Topsoil Salvage<br><br>Disturbance Area | Area (ac)<br>acres | Salvage<br>Depth<br>ft | Volume<br>cy |
|---|---|---|---|
| Power Line Access Road Spur 1-Overland | | NA | |
| Power Line Access Road Spur 2-Overland | | NA | |
| Power Line Access Road Spur 3-Overland | | NA | |
| Power Line Access Road Spur 4-Overland | | NA | |
| Power Line Access Road Spur 5-Overland | | NA | |
| Power Line Access Road Spur 6-Overland | | NA | |
| Power Line Access Road Spur 7-Overland | | NA | |
| Power Line Access Road Spur 8-Overland | | NA | |
| Power Line Access Road-Existing | | NA | |
| 25-kV Power Line | | NA | |
| 25-kV Power Line Access Road-Existing | | NA | |
| North Playa Substation | 0.4 | 0.5 | 323 |
| 12.47-kV Power Line | | NA | |
| 12.47-kV Power and Communication Line | | NA | |
| 12.47-kV Power Line Segment 1 | | NA | |
| 12.47-kV Power Line Segment 2 | | NA | |
| 12.47-kV Power Line Segment 3 | | NA | |
| 12.47-kV Power Line Segment 4 | | NA | |
| Temporary Use Areas (TUAs) | 32.6 | 0.5 | 26,297 |
| **Communication Towers** | | | - |
| Long Ridge Comm Tower | 0.1 | 0.5 | 81 |
| Long Ridge Access Road-Existing | | NA | |
| Black Rock Comm Tower | 0.1 | 0.5 | 81 |
| Black Rock Access Road-Existing | | NA | |
| **Natural Gas Pipeline** | | | - |
| Natural Gas Pipeline | 183.3 | 0.5 | 147,889 |
| Access Roads - Existing | | NA | |
| **Rail Facilities** | | | |
| Rail Loadout Facility | 73.7 | varies from<br>0.5 to 1.5 | 129,678 |
| Rail Spur | 42.2 | 0.5 | 34,040 |
| Rail Spur Access Corridor | 5.3 | 0.5 | 4,275 |
| Rail Loadout Facility Access Roads | 3.6 | 0.5 | 2,904 |
| **Water Supply Facilities** | | | - |
| Water Supply Well 1 | 0.4 | 0.5 | 347 |
| Water Supply Well 2 | 0.4 | 0.5 | 347 |
| Water Supply Well 3 | 0.4 | 0.5 | 347 |
| Water Supply Well 4 | 0.4 | 0.5 | 347 |
| Water Supply Pipeline | 29.6 | 0.5 | 23,907 |
| Water Supply Pipeline Spur 1 | 9.7 | 0.5 | 7,822 |
| Water Supply Pipeline Spur 2 | 4.5 | 0.5 | 3,667 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Topsoil Salvage<br>Disturbance Area | Area (ac)<br>acres | Salvage Depth<br>ft | Volume<br>cy |
|---|---|---|---|
| Water Supply Pipeline Spur 3 | 5.8 | 0.5 | 4,693 |
| Water Supply Pipeline Spur 4 | 13.0 | 0.5 | 10,462 |
| Water Supply Well Access Road 1-Existing | | NA | |
| Water Supply Well Access Road 3-Existing | | NA | |
| Water Supply Well Access Road 4-Existing | | NA | |
| 12.47-kV Power Line Spur 1 | | NA | |
| 12.47-kV Power Line Spur 2 | | NA | |
| 12.47-kV Power Line Spur 3 | | NA | |
| 12.47-kV Power Line Spur 4 | | NA | |
| **Access Roads** | | | - |
| Access Road Segment A | | NA | |
| Access Road Segment B | | NA | |
| Access Road Segment C1 | | NA | |
| Access Road Segment C2 | | NA | |
| Access Road Segment D1 | | NA | |
| Access Road Segment D2 | | NA | |
| Access Road Segment E | | NA | |
| Access Road Segment F | | NA | |
| Access Road Segment G | | NA | |
| Monitoring Well Access Road (on-lease portions) | | NA | |
| Peak Spur Road | | NA | |
| Haul Road | | NA | |
| **Processing Facility** | | | |
| Processing Facility | | NA | |
| **Water Monitoring Wells** | | | - |
| Monitoring Well (CPM-20-WAC) | 0.2 | 0.5 | 169 |
| Monitoring Well (CPM-20-WBR) | 0.2 | 0.5 | 169 |
| Monitoring Well (CPM-20-NACT) | 0.2 | 0.5 | 169 |
| Monitoring Well (CPM-20-WBRT) | 0.2 | 0.5 | 169 |
| Monitoring Well (CPM-20-WPT) | 0.2 | 0.5 | 169 |
| Monitoring Well (CPM-20-SBRWS) | 0.2 | 0.5 | 169 |
| Monitoring Well (CPM-20-EBRWS) | 0.2 | 0.5 | 169 |
| Monitoring Well (CPM-20-NAC) | 0.2 | 0.5 | 169 |
| Monitoring Well Access Road-Existing | | NA | |
| Monitoring Well (CPM-20-WP) | 0.2 | 0.5 | 169 |
| Monitoring Well (CPM-20-NPT) | 0.2 | 0.5 | 169 |
| | **408.5** | | **520,763** |

NA - topsoil would not be segregated from other removed soils

RECEIVED
April 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

### 4.3.1.3.    CLEARED VEGETATION

Vegetation cleared from disturbed areas may be chipped, depending on the vegetation components, and either windrowed for future reclamation use or applied to the topsoil stockpiles to aid in interim revegetation of those stockpiles, as indicated above. However, as noted in Section 2, given the low percent cover of shrub vegetation and the relatively high percent of weed species, the value of stockpiling and using removed vegetation would be completed on a case-by-case basis through coordination with the landowner, land manager, or applicable regulatory agency depending on the conditions.

Large rocks and boulders removed during site grading may be stored on the inside edges of ROWs or other disturbed areas.

Cleared vegetation would be used during final reclamation to stabilize soil and provide microclimates for seed germination. Peak Minerals would distribute grubbed vegetation over disturbed areas following redistribution of topsoil or seed to aid in erosion control, create wildlife habitat, and discourage off-highway vehicle use of the site.

### 4.3.2.    *Excavation*

Topsoil or growing medium would be segregated from trenches excavated off-playa. All pipeline trenches would be backfilled as soon as possible after excavation and placement of underground pipelines or other structures. Trenches would be filled and reshaped and topsoil or growing medium would be applied over the fill material.

Peak Minerals proposes to use three gravel pits to provide gravel for portions of the site development activities. The pits planned for use are the Playa Federal, Playa SITLA, and Pass Federal Pits.  Excavation and development of these gravel pits is described in the Gravel Pits Mining Plan (Peak Minerals 2024c).

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# 5.   INTERIM RECLAMATION

Interim reclamation applies to disturbed areas that would no longer be needed. Areas that have been disturbed and have a future use but are not routinely or currently utilized would be kept in an environmentally stable condition. The interim reclamation goals are to stabilize disturbed areas and to protect both disturbed and adjacent undisturbed areas from unnecessary or undue degradation (BLM 1992). Interim reclamation would occur as described below.

The duration of a Project-related disturbance affects how and when the disturbance would be reclaimed. Interim reclamation would occur on short-term use areas that are used only for the time it takes to construct the Project and associated features. Examples include temporary access roads, designated staging areas for equipment and materials, and temporary work areas.

Long-term use areas consist of areas where the Project requires a long-term modification to the landscape. These areas would typically be maintained in a disturbed or altered state throughout the life of the Project, until final reclamation. Examples of long-term use areas include the Rail Loadout Facility, the Processing Facility, on-playa trenches and ponds, access roads, and areas needed for regularly scheduled maintenance of facilities and structures. In these areas, it is typical for vegetation to be removed (for areas off-playa), grading to be conducted, natural drainages to be modified, and fencing, facilities, and structures to be constructed. Long-term use areas, in addition to short-term use areas, may receive interim reclamation following construction. Examples of this includes the Natural Gas Pipeline. This area would be used long-term but would receive interim reclamation (the pipeline trench would be reclaimed but would have overland access during operations and maintenance).

Areas of temporary disturbance associated with the Project, requiring interim reclamation, are quantified in **Appendix E** along with when the anticipated interim reclamation would occur.

## 5.1.   On-Playa Practices

All facilities located on the Sevier Playa would constitute long-term use areas. Interim reclamation procedures are not anticipated for mining components located on-playa. Except for removal of temporary generators, used to power pumps, once long-term line power is installed. Specific project features where this would occur is indicated in **Appendix A**. If additional interim reclamation is to be undertaken, the landowner, land manager, or applicable regulatory agency would be notified.

## 5.2.   Off-Playa Practices

Interim reclamation procedures would be similar for all disturbances associated with off-playa features. Areas disturbed by construction activities that would no longer be needed for future operation and maintenance would be re-contoured, ripped or scarified as needed, and seeded with a mix appropriate for the site (Section 6.3.3). Trenches and excavated areas would be back-filled with previously excavated materials. Where topsoil has been removed, it would be re-applied. No imported topsoil would be utilized on the Project disturbances. Erosion-control BMPs would be implemented where applicable and as outlined in the SWPPP (Peak Minerals 2024h) and Drainage Control Plan, which is in **Appendix F**. Typical BMPs are included in **Appendix B**. The areas would be seeded with a suitable seed mix approved by the landowner, land manager, or applicable regulatory agency.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Ungraded areas disturbed only by overland travel or trampled during construction activities would be assessed in coordination with the landowner, land manager, or applicable regulatory agency to determine what level of reclamation is needed for the recovery of the area. Existing roads improved for the Project would be assessed with the landowner, land manager, or applicable regulatory agency to determine specific reclamation requirements.

Interim reclamation activities, including seeding, would be planned for the fall following the completion of construction to minimize the potential for erosion and to improve the opportunity for successful seed germination. Depending upon the actual construction seasons, interim stabilization measures may be needed to maintain site stability until fall seeding. Construction schedules would be provided when available.

As noted in Section 4.3.1.2 above, it's currently anticipated that long-term soil salvage would only occur at the North Playa substation, and at the Rail Loadout Facility. All other project features located off-playa would not have long-term stockpiles. At these locations the suitable topsoil would be salvaged from disturbed areas and all of the salvaged soils would be redistributed as part of the interim reclamation of the areas.

Once construction at a Project feature is completed and interim reclamation had been applied to areas used during construction, some overland access along permanent ROWs may be used throughout the life of the Project for limited maintenance purposes. At the end of the Project, these routes would be assessed with the landowner, land manager, or applicable regulatory agency to determine the level, if necessary, of additional reclamation required.

Details regarding interim reclamation activities for those project features that would require interim reclamation are summarized in **Appendix A**.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# 6.   FINAL RECLAMATION

The overall objectives of final reclamation are to return the land to a condition that would support the post-mining land use (described in Section 1.4) and that approximates conditions that existed prior to the disturbance, to the degree possible. The goals are to return lands disturbed during the Project to a stable state, reduce visual modifications to the landscape, and minimize environmental degradation that may occur as a result of Project activities in a timely manner.

Section 6.1 describes the general final reclamation procedures applicable to all Project features. These procedures would apply to Project features located on-playa and off-playa. Sections 6.2 and 6.3 describe general reclamation procedures applicable to Project features located on-playa and off-playa, respectively. Details of the final reclamation procedures applicable to individual Project features are described in **Appendix A**. General final reclamation procedures included in Sections 6.1 through 6.3 are not repeated in **Appendix A**.

Per R647-4-110.6, Peak Minerals would conduct reclamation as specified in this Reclamation Plan and as required by the BLM and UDOGM rules.

## 6.1.   General Procedures Applicable to All Areas

Reclamation strategies are designed to comply with reasonably expected post-mining land uses. All reclamation procedures would be conducted using BMPs to address erosion during reclamation activities and after reclamation has been completed. Many of these BMPs have been developed in concert with the SWPPP (Peak Minerals 2024h) and Drainage Control Plan (**Appendix F**). They include structural BMPs such as silt fence, erosion matting, and water bars; they also include non-structural BMPs such as inspections after precipitation events, good housekeeping, and employee training. Structural BMPs would generally follow the basic designs and construction criteria included in UDOGM's Reclamation Manual (UDOGM, no date) unless otherwise noted. Applicable BMPs from this manual are included in **Appendix B**. Applicant committed design features that would be implemented by Peak Minerals throughout the life of the Project, as applicable, are included in **Appendix J**. In addition to these design features, and the stipulations and measures listed in Section 1.7, the following general procedures would be followed during reclamation activities for all Project features on- and off-playa, as applicable:

- Hazards to the public safety and welfare would be minimized by disposing of trash, plugging drill, core, or other exploratory holes, posting appropriate warning signs in locations where public access to operations is readily available, and constructing berms, fences and/or barriers when required by the landowner, land manager, or applicable regulatory agency.

- Drainage and stream channels where facilities cross or impact them would be reclaimed, where necessary, such that the channels would be left in a stable condition with respect to actual and reasonably expected water flow to avoid or minimize future damage to the hydrologic system.

- Reclamation would be conducted in a manner such that sediment from disturbed areas would be adequately controlled and would vary by feature and is described throughout this plan. The degree of erosion control would be appropriate for the site-specific and regional conditions of topography, soil, drainage, water quality or other characteristics.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

- o The playa is within a terminal basin. Sediment control measures for on-playa areas would be implemented in order to allow erosion of reclaimed features to continue to aid in restoring the surface to near pre-mining conditions.

- o Drainage off-playa would be controlled through the appropriate use of various control measures such as: berms and ditches to divert undisturbed drainage and collect disturbed area drainage, sediment ponds/basins to collect and settle out sediment from the disturbed area runoff, hydro-mulching and seeding with appropriate seed mixes, and use of erosion control fabrics. These measures would be implemented as directed by the SWPPP (Peak Minerals 2024h) and as described in the Drainage Control Plan (**Appendix F**).

- Any deleterious or potentially deleterious material would be safely removed from the site or left in an isolated or neutralized condition such that adverse environmental effects would be eliminated or controlled. Hydrocarbons, chemicals, and other potentially deleterious liquids would be safely removed from tanks or other storage and safely disposed offsite. Emptied containers would be handled per the requirements of the BLM and the Utah Department of Environmental Quality.

- At the end of the Project, all structures and facilities would be demolished and hauled to an appropriately permitted local landfill for proper disposal or recycling except as described below:

  - o The berms of the Preconcentration, Production, and Bittern Waste Ponds would be regraded from 3H:1V slopes to approximately 10H:1V slopes and breached to ensure positive drainage. Refer to **Appendix C**.

  - o Evaporated salt beds at both the Preconcentration and Production ponds would remain on the playa surface. **Appendix C** delineates anticipated final salt bed depths at the Preconcentration Ponds. Final salt bed depths at the Production Ponds are anticipated to be one-foot. The final slope design presented in **Appendix C** accounted for the accumulation of the anticipated salt deposition depths.

  - o The Tailings Management Area would remain on the playa surface. The area would be regraded, where necessary, as delineated in **Appendix C** to convey drainage of the area onto the playa. The maximum height of the Tailing Storage Area would be 17 feet.

  - o Well casings for the monitoring wells located on-playa would be removed 2 feet bgs. Well casings for the Water Supply Wells and monitoring wells off-playa would be removed 5 feet bgs.

  - o The land manager has requested that the Drop Structure not be removed.

  - o Those items that would be buried below grade include: buried pipelines deeper than 2 feet; and culverts within the trenches and canals at depths greater than 3 feet bgs.

  - o The decommissioning and demolition of buildings and their foundations would include hauling the resulting debris to a permitted landfill for disposal or recycling. Waste concrete would be buried at least 2 feet below grade on site, pending landowner, land manager or applicable regulatory agency approval, or hauled to a permitted landfill. Gravel would be buried at least 2 feet below grade.

- In general, all Project features (except those features described above) would be reclaimed unless use and maintenance responsibilities are transferred to another entity. As the Project nears the end of its anticipated operational life, Peak Minerals would consult with the landowner, land manager or applicable regulatory agency, Millard County, and other interested parties about transferring responsibility of maintenance and ultimate reclamation of certain

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

facilities located off-playa to another entity. If such an entity sought to use one of the Project features and assume responsibility for maintenance and reclamation of that feature and the landowner, land manager or applicable regulatory agency was amenable to a transfer of the ROW/responsibility, Peak Minerals would work with the landowner, land manager or applicable regulatory agency and that entity to transfer the ROWs and associated responsibilities for that feature.

- Where appropriate, certain decommissioning activities may require the use or removal of aggregate fill materials. All gravel would be buried a minimum of 2 feet bgs. However, at the time of reclamation, should Peak Minerals prefer to remove, sell, donate, or utilize another method for disposition of gravel, Peak Minerals would consult with the landowner, land manager or applicable regulatory agency.

- The area would be left in a condition that is capable of supporting the post-mining land use, as described in Section 1.4.

- Water-impounding features (the Preconcentration, Production, and Bittern Waste Ponds) would be removed to be self-draining and regraded to meet landowner, land manager or applicable regulatory agency requirements to be geotechnically stable. As discussed previously, this Plan is based on the concept that natural erosion would be allowed to occur at the regraded Preconcentration, Production and Bittern Waste Ponds and at the Tailing Management Areas as these structures are on playa and within a terminal basin. Further, such erosion would aid in achieving the playa surface required in federal lease special stipulation #1 included in Section 1.7.3.

- Trenches and small pits would be reclaimed.

- Cadastral survey monuments would be replaced, as necessary, per the lease stipulations.

In addition, while not listed individually, Peak Minerals is committed to complying with all reclamation practices required by R647-4-111, unless a variance is granted per R647-112.

Permitted local nearby landfills that may accept construction waste include the Milford City landfill near Milford and the Millard County Landfill near Delta.

Reclamation monitoring requirements and completion criteria for the Project are detailed in Section 7.0.

In accordance with UAC R647-4-106 and 43 CFR 3592.1(c)(9), a disturbance and reclamation schedule for the Project is provided in **Appendix E**. This table is based upon the Mining Plan (Peak Minerals 2024a) and POD (2024b) which detail construction disturbance for the first 5-years, as well as interim reclamation measures. This table provides a summary of anticipated additional disturbances that would occur during years 6 through the LOM. At the end of production, the features would be reclaimed. Because of the volumes of material moved during construction of berms and trenches, reclamation of the Project is anticipated to take several years.

The disturbance boundary for the LOM is shown on **Figure 9**. **Figure 9** includes the LOM disturbance boundary to support UDOGM's LMO. For bonding purposes, the disturbance boundary at the Project's year 1 is shown on **Figure 10**. **Figure 10** shows the 1-year disturbance boundary to support UDOGM's LMO. Prior to year 2, the bond would be reviewed and updated reflecting the Project's proceeding year's actual disturbance and reclamation and the following year's proposed disturbance. The bond would need to be updated yearly, or as appropriate to ensure that any proposed disturbance is adequately bonded. Peak Minerals would provide a methodology for updating and reconciling the bond

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

with the actual and planned facilities prior to the start of construction. This Plan and the table in **Appendix E** would be updated a minimum of every 5-years as part of the LMO permit renewal process.

## 6.2. General Procedures Applicable to On-Playa Reclamation

### 6.2.1. Landform Grading and Stabilization

In general, landform shaping, grading and stabilization would occur during final reclamation. Materials imported for use on the playa, such as gravel, rip-rap, and concrete, may be buried on the playa at a minimum depth of 2 feet bgs.

Trenches and canals would be backfilled with spoils. During this process trenches and canals may be filled incrementally with spoil coffer dams which would be placed at strategic locations and then the brine behind the spoil coffer dam being pumped out of that section of the trench or canal. The dewatered trench or canal section would be backfilled with spoil. This process would be sequentially repeated along the length of the trench or canal segments being backfilled. The brines pumped out of the trench/canal segments would be discharged into the adjacent trench/canal segment. It may be necessary for some of the brines to be discharged on the playa surface in areas away from the working area to dispose of excess brine.

Loose soil placed into the canals and trenches would settle with time, creating depressions across the playa unless this soil is mounded during reclamation. This conclusion is consistent with observations of the former CPMC on-playa facilities and experience gained from backfilling of Peak Minerals exploration trenches and test pits. Therefore, soil backfilled in on-playa excavations during final reclamation would be left in a mounded state. With time, this soil would settle. In addition, post-Project weathering and inundation of the playa surface would result in erosion of the mounds and infilling with additional sediments, eventually promoting the reestablishment of a nearly flat playa surface (except at the Preconcentration, Production, and Bittern Waste Ponds and the Tailings Management Area as discussed in **Appendix A**) and visual compatibility with the surrounding landscape. Landform grading and stabilization activities for areas on the Sevier Playa are addressed for individual facilities in **Appendix A** of this Plan.

As discussed in Section 4.2, given the nature of the playa, reclamation activities would use equipment that is either equipped with low ground pressure pontoon tracks, floatation tires and or low ground bearing equipment that exerts minimal pressure of the surface of the playa. Reclamation equipment would be limited to excavators, which can lift and swing a load, as opposed to graders and dozers which are able to push loads.

### 6.2.2. Topsoil Removal and Revegetation

The highly saline nature of the playa surface prevents the establishment of suitable soils or vegetation on-playa. Therefore, on-playa areas would not salvage topsoil or be revegetated during reclamation.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## 6.3.    General Procedures Applicable to Off-Playa Reclamation

### 6.3.1.    Landform Grading and Stabilization

Landform shaping, grading and stabilization would occur during final reclamation. No gravel or other materials imported for use off-playa would be buried or disposed of on-playa.

Off the Sevier Playa, landform grading and stabilization may include: (1) recontouring, (2) soil decompaction, and (3) erosion control measures. Specific details of the various grading and stabilization measures for the various structures are discussed in **Appendix A**.

Recontouring includes backfilling holes and other excavations to return the area to near-natural terrain contours to the extent practicable. The surface would be left somewhat roughened to capture moisture, slow runoff, and provide favorable microsites for revegetation. Earthmoving equipment would place the previously disturbed or removed material to match the pre-construction contour as much as possible to reclaim the visual quality and provide stability to the slope. At final reclamation configuration, all off-playa graded areas would achieve a final slope of 3H:1V or less.

Soil decompaction may include discing, ripping or scarifying as appropriate to encourage infiltration of water into the ground which would affect the top 6 inches of the soil. Roads, pads, and other compacted areas would be ripped or scarified to an appropriate depth and extent based on site-specific conditions such as soil type. Deep sandy soils may not need to be de-compacted or ripped. This practice is not applicable to rock faces, severe slopes, or cliff areas.

Erosion-control measures would be applied as appropriate for the areas being reclaimed in conformance with the SWPPP (Peak Minerals 2024h) and Drainage Control Plan (**Appendix F**). Measures such as silt fencing, hydro-mulching, erosion control matting, water bars, surface roughening, and seeding would be utilized.

### 6.3.2.    Topsoil Replacement and Seedbed Preparation

Topsoil replacement and seedbed preparation applies to those areas off the Sevier Playa where topsoils have been removed and stored as described in Section 4.3.1. Long-term topsoil storage would occur at the Rail Facility (which includes the Rail Loadout Facility, Rail Spur, Rail Spur Access Corridor and Rail Loadout Facility Access Roads) and the North Playa Substation. Temporary soil salvage would occur at temporary use areas along the power lines, the water supply wells and pipeline facilities, the communication towers, and the natural gas pipeline and is discussed in Section 5.2. Topsoil salvage depths and volumes are presented in **Table 1** above.

During final reclamation of the Rail Facility and North Playa Substation, topsoil would be removed from storage areas, transported, and placed at the areas to be revegetated. The thickness of suitable soil material redistributed during reclamation would be dictated by the pre-construction soil profile as much as possible.  The depth of material initially removed at each facility (presented in **Table 1**) would be replaced.

Prior to soil replacement on areas that have been previously graded, the need for additional treatment such as ripping or scarification (e.g., roughening) would be assessed. Any such applicable treatment would be done prior to placing soil material to better ensure good contact between the surfaces. In

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

addition, the need to incorporate grubbed vegetation, other organic matter, and/or fertilizers or other amendments would be assessed based upon soil condition, previous sampling, and/or where appropriate using characterization methods outlined in the UDOGM topsoil guidance document (UDOGM 2008).

Once soil material has been spread to an appropriate depth, the seedbed would be prepared by scarification, tilling, or discing to a depth of 3 to 4 inches or to the pre-disturbance desert soil profile to create a suitable seedbed for germination and establishment of the revegetation seed mixture. On steep slopes and rocky areas where these methods are not practical, the surface would be dozer-tracked along the contour and would be left with adequate roughness following topsoil replacement, and water bars/terraces installed to capture and retain precipitation, reduce soil movement (sheet erosion, rilling and/or gullying), and provide microsites for seed germination. Overall, the prepared soil materials should be uncompacted, receptive to moisture, and hummocky prior to (and after) seeding.

### 6.3.3.    Seeding

Once site shaping, stabilization, and seedbed preparation tasks are completed, disturbed areas would be seeded with a landowner, land manager or applicable regulatory agency-approved seed mixture appropriate for the site soil, hydrology, pre-disturbance vegetation conditions, and post-mining land use objective. Seed mixtures developed in consultation with the BLM and UDOGM, as representative mixes for bonding purposes, are included in **Table 2**, *Reclamation Seed Mixes*. At the time of reseeding Peak Minerals would consult with the landowner, land manager or applicable regulatory agency to determine an appropriate final seed mix. Seed would be planted in one of three ways:

- Using a rangeland drill that creates deep furrows (approximately 4-6 inches deep) in larger areas where the mobilization of a heavy drill is cost effective. Should the seeding be done with a rangeland drill, the application rates given in **Table 2** would apply.

- Broadcast seeded at a 50 percent heavier application rate than shown in **Table 2** and is introduced into the ground through harrowing. After seed is applied, a harrow would be drug over the area to lightly cover the seed with soil. The finish would be a rough microtopography to create favorable microsites for seedling establishment.

- Hydroseed is applied using a slurry of water, wood fiber mulch, seed and fertilizer to prevent soil erosion and provide an environment conducive to plant growth.  Single application hydroseeding uses 1500 to 2000 pounds of wood fiber mulch per acre with the seed and fertilizer. It's estimated that hydroseed would use a 50 percent heavier application rate than shown in **Table 2**.

Seed would be purchased for the intended growing season from a certified seed source in accordance with pure-live-seed specifications for developed seed mixtures. Seed tags would be provided to the BLM and UDOGM to confirm the seeds are weed free. Either drill or broadcast methods would be used to apply seed, with an appropriate seed rate for each as indicated above. Seeding depth would be consistent with the germination requirements of the seed mixtures.

Seeding would occur as soon as possible following site preparation or during the next prescribed seeding season, between October 1 and November 30, in accordance with landowner, land manager or applicable regulatory agency requirements. To enhance revegetation success mulching may be applied. Its currently estimated that this would include hydro-mulching, at a rate of 2,000 to 3,000 lbs per acre, or erosion control matting placed on top of the applied seed.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

A reclamation schedule is included in **Appendix E** for the Project. However, this schedule may change based on revisions and changes to the construction schedule established for each Project feature. If seasonal or weather conditions are not favorable, revegetation would be delayed until favorable conditions exist, subject to the approval of the landowner, land manager or applicable regulatory agency. The use of mulch or sterile grasses would only occur before seeding perennial plants as necessary to minimize erosion. This Plan would be updated a minimum of every 5-years as part of the LMO permit renewal process. In accordance with this renewal process, the disturbance and reclamation schedule would also be updated as necessary.

Prior to reseeding efforts, Peak Minerals would prepare and submit a reseeding plan which would detail the seed mixes included in **Table 2** and application and mulching methods which would be evaluated with the landowner and land manager, or applicable regulatory agency to determine if updates or changes are necessary in order to provide the best mix at the time of seeding conducive to the site conditions.

**Table 2. Reclamation Seed Mixes**

| Temporary Seed Mix | |
|---|---|
| **Seed Type** | **lbs/ac (PLS)*** |
| Bluebunch Wheatgrass | 3.0 |
| Indian Ricegrass | 3.0 |
| Squirreltail | 2.5 |
| Thickspike Wheatgrass | 2.0 |
| Ladac Alfalfa | 1.0 |
| Blue Flax | 1.0 |
| Forage Kochia | 0.5 |
| **Mix Total** | **13.0** |
| **Greasewood Shrub Community Mix** | |
| **Seed Type** | **lbs/ac** |
| Bottlebrush Squirreltail | 2.0 |
| Crested Wheatgrass-Hycrest | 2.0 |
| Indian Ricegrass-Nezpar | 4.0 |
| Russian Wildrye-Bozoisky | 2.0 |
| Tall Wheatgrass-Alkar | 2.0 |
| Globemallow-Gooseberryleaf | 0.5 |
| Alfalfa-Don | 0.5 |
| Alkali sacaton | 1.0 |
| Forage Kochia-Immigrant | 2.0 |
| **Mix Total** | **16.0** |
| **Salt Desert Shrub Community Mix** | |
| **Seed Type** | **lbs/ac** |
| Crested Wheatgrass-Hycrest | 3.0 |
| Fourwing Saltbush | 2.0 |
| Indian Ricegrass-Nezpar | 3.0 |
| Russian Wildrye-Bozoisky | 2.0 |
| Tall Wheatgrass-Alkar | 1.0 |
| Sand Dropseed | 0.2 |

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.702    Page 338 of 954

*Section 6 – Final Reclamation*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| | |
|---|---|
| Globemallow-Gooseberryleaf | 0.5 |
| Western Wheatgrass-Arriba | 2.0 |
| Alfalfa-Don | 0.5 |
| Forage Kochia-Immigrant | 2.0 |
| Shadscale | 1.0 |
| **Mix Total** | **17.2** |
| **Semi Stabilized Sand Dune Mix** | |
| **Seed Type** | **lbs/ac** |
| Indian Ricegrass-Nezpar | 4.0 |
| Siberian Wheatgrass | 4.0 |
| Russian Wildrye-Bozoisky | 2.0 |
| Tall Wheatgrass-Alkar | 2.0 |
| Forage Kochia-Immigrant | 1.0 |
| Fourwing Saltbush | 1.0 |
| Alfalfa Ladak | 1.0 |
| Sand Dropseed | 0.5 |
| **Mix Total** | **15.5** |

*This the recommended broadcast seeding rate. If the species are to be drill seeded, decrease the rate by 25%.

## 6.4.  Reclamation Treatments

Reclamation treatments have been prescribed for each project feature and are based on whether or not the feature is located on or off-playa and existing, and pre-disturbance conditions. **Table 3**, *Reclamation Treatment Areas for Project Features* includes a tabulated accounting of final reclamation treatments by feature.  A reclamation treatment map showing these specific treatments over the life of the project is included **Figure 11**. For bonding purposes, a reclamation treatment map at the Project's year 1 is included in **Figure 12**. This Plan would be updated a minimum of every 5-years as part of the LMO permit renewal process. In accordance with this renewal process, the reclamation treatment map would also be updated reflecting any changes or updates to the Project. Specific reclamation methods for each project feature are detailed in **Appendix A**.

Equipment to be used during operations is listed in the Mining Plan (Peak Minerals 2024a); equipment to be used in reclamation would generally be from that list. A more detailed reclamation equipment list would be provided in the bond calculations described in Section 8 Reclamation Bonding.

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.703    Page 339 of 954

*Section 6 – Final Reclamation*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table 3. Reclamation Treatment Areas for Project Features Constructed During the First 5 Years of the Project**

| Disturbance Area | Reclamation Treatment | Total Acreage | Regrade (ac) | Topsoil (ac) | Rip (ac) | Seed (ac) |
|---|---|---|---|---|---|---|
| **OFF-PLAYA** | | | | | | |
| **Power Lines** | | | | | | |
| 69-kV Power and Communication Line | Fill in holes and reseed | 442.42 | | | | 0.54 |
| Power Line Access Road Spurs | Reseed | 11.34 | | | | 11.34 |
| 25-kV Power Line | Fill in holes and reseed | 13.59 | | | | 0.04 |
| North Playa Substation | Regrade, apply topsoil, rip and reseed | 0.36 | 0.36 | 0.36 | 0.36 | 0.36 |
| 12.47-kV Power and Communication Line | Fill in holes and reseed | 143.96 | | | | 1.59 |
| 12.47-kV Power Line | Fill in holes and reseed | 3.80 | | | | 0.02 |
| 12.47-kV Power Line Spurs | Fill in holes and reseed | 40.42 | | | | |
| Rail Spur and Rail Loadout Facility | Regrade, apply topsoil, rip and reseed | 121.15 | 121.15 | 121.2 | 121.15 | 121.15 |
| Temporary Use Areas (TUA) | Regrade, apply topsoil, rip and reseed | 32.6 | 32.6 | 32.6 | 32.6 | 32.6 |
| **Communication Towers** | | | | | | |
| Long Ridge Comm Tower | Reseed | 0.06 | | 0.06 | | 0.06 |
| Long Ridge Access Road – Existing | Reclamation depends on landowner/ land manager/agency request | 3.99 | | | | |
| Black Rock Comm Tower | Regrade, apply topsoil, rip and reseed | 0.06 | 0.06 | 0.06 | 0.06 | 0.06 |
| Black Rock Access Road – Existing | Reclamation depends on landowner/ land manager/agency request | 0 | | | | |
| **Water Supply** | | | | | | |
| Water Supply Well 1 | Regrade, apply topsoil, rip and reseed | 0.43 | 0.03 | 0.4 | 0.03 | 0.03 |
| Water Supply Well 2 | Regrade, apply topsoil, rip and reseed | 0.43 | 0.03 | 0.4 | 0.03 | 0.03 |
| Water Supply Well 3 | Regrade, apply topsoil, rip and reseed | 0.43 | 0.03 | 0.4 | 0.03 | 0.03 |
| Water Supply Well 4 | Regrade, apply topsoil, rip and reseed | 0.43 | 0.03 | 0.4 | 0.03 | 0.03 |
| Water Supply Pipeline | Regrade, apply topsoil, rip and reseed | 29.6 | 29.6 | 29.6 | 29.6 | 29.6 |
| Water Supply Pipeline Spur 1 | Regrade, apply topsoil, rip and reseed | 9.7 | 9.7 | 9.7 | 9.7 | 9.7 |
| Water Supply Pipeline Spur 2 | Regrade, apply topsoil, rip and reseed | 4.61 | 4.61 | 4.5 | 4.61 | 4.61 |
| Water Supply Pipeline Spur 3 | Regrade, apply topsoil, rip and reseed | 5.8 | 5.8 | 5.8 | 5.8 | 5.8 |
| Water Supply Pipeline Spur 4 | Regrade, apply topsoil, rip and reseed | 13.0 | 13.0 | 13.0 | 13.0 | 13.0 |
| **Roads** | | | | | | |
| Access Road Segments and Spurs | Reclamation depends on landowner/ land manager/agency request | 102.76 | | 3.6 | | |
| Crystal Peak Spur Road | Regrade, apply topsoil, rip and reseed | 1.85 | 1.85 | | 1.85 | 1.85 |
| Haul Road | Regrade, apply topsoil, rip and reseed | 1.20 | 1.20 | | 1.20 | 1.20 |
| Processing Facility | Regrade, apply topsoil, rip and reseed | 39.75 | 39.75 | | 39.75 | 39.75 |
| Drop Structure | Leave in place | 7.33 | | | | |
| Diversion Canal | Regrade | 2.42 | 2.42 | | | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Disturbance Area | Reclamation Treatment | Total Acreage | Regrade (ac) | Topsoil (ac) | Rip (ac) | Seed (ac) |
|---|---|---|---|---|---|---|
| Diversion Berm | Regrade | 0.57 | 0.57 | | | |
| **OFF-PLAYA TOTAL** | | **1034.06** | **262.79** | **222.08** | **259.8** | **273.83** |
| | | | | | | |
| **ON-PLAYA** | | | | | | |
| 25-kV Power Line | Fill in holes | 192.19 | | | | |
| 12.47-kV Power Line | Fill in holes | 72.2 | | | | |
| Access Road Segments and Spurs | Regrade | 2.08 | 2.08 | | | |
| Haul Road | Regrade | 0.66 | 0.66 | | | |
| Preconcentration Ponds | Regrade | 4798.22 | 4798.22 | | | |
| Production Ponds | Regrade | 1397 | 1397 | | | |
| Tailings Management Area | Leave in Place | 174.63 | 174.63 | | | |
| Extraction Trenches | Regrade | 478.45 | 478.45 | | | |
| Recharge Trenches and Collectors | Regrade | 502.09 | 502.09 | | | |
| Recharge Canal | Regrade | 348.12 | 348.12 | | | |
| Brine Transfer Canal | Regrade | 171.39 | 171.39 | | | |
| Playa Access Road | Regrade | 293.84 | 293.84 | | | |
| Diversion Canal | Regrade | 1.82 | 1.82 | | | |
| **ON-PLAYA TOTAL** | | **8432.69** | **8168.3** | | | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# 7.   RECLAMATION MONITORING AND COMPLETION CRITERIA

Peak Minerals would be responsible for reclamation monitoring and maintenance for a minimum of three growing seasons after reclamation activities have been completed or until all completion criteria discussed in Section 7.1 have been met, whichever is longer. Evaluation of reclamation success would be based on the criteria described in Section 7.1. Reclamation monitoring would include collecting qualitative and quantitative information used to assess landform stability and erosion, revegetation, and the presence of noxious weeds. Adaptive management would address those areas where erosion has occurred and/or where successful revegetation has not been accomplished in a timely manner.

This Plan requires interim and final reclamation monitoring of Project facilities and infrastructure to identify the need for adaptive management and to make a final determination regarding reclamation success in order to release Peak Minerals from further reclamation actions and monitoring.

## 7.1.   Reclamation Goals and Completion Criteria

Reclamation completion criteria would be used by the landowner, land manager or applicable regulatory agency to determine if the implemented reclamation actions have sufficiently achieved the goals and objectives outlined in this Reclamation Plan. Reclamation would be considered complete when all regulatory obligations have been met on BLM, TLA, and private land. Various components of the Project may meet reclamation completion criteria at different times and then be reviewed for completion during the surety bond review.

Reclamation completion criteria that would be applied to all disturbances and facilities that are located on the mineral leases controlled by Peak Minerals comprise lease stipulations and other requirements of land management and regulatory agencies. These stipulations are listed above in Section 1.7.3.1. This Reclamation Plan would be revised as necessary to incorporate any conditions applied during review and approval of the Project. This Plan would also be updated a minimum of every 5 years as part of the LMO permit renewal process.

Off-lease reclamation completion criteria would be the same as on-lease reclamation criteria on BLM lands. Reclamation criteria on private or TLA lands would be developed in cooperation with UDOGM and the landowner. Additional details would be developed in coordination with the landowner, land manager or applicable regulatory agency and added to this Reclamation Plan as the permitting and NEPA processes move forward. However, some applicable completion criteria are outlined below.

For all off-playa Project lands that are revegetated, reclamation would be considered complete no sooner than the third growing season after reseeding occurs. For those off-playa lands that are under BLM management, reclamation would be successful when vegetation cover reaches 75 percent of the cover measured on similar, undisturbed, adjacent native vegetative communities (see Stipulation 7 in Section 1.7.3.1 for additional detail on this criterion). For those off-playa lands that are State and privately owned, reclamation would be successful when vegetation cover reaches a slightly lower (70) percent of the same measurement (or as separately determined for private lands based upon UDOGM and landowner requirements).

No revegetation success standard would be applied to on-playa Project lands since these areas would not be revegetated (see Section 6.2.2). Instead, success criteria for reclamation of the playa during the

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

3-year monitoring period would be based upon evidence of positive drainage at the ponds, a lack of gullying or chronic rilling of regraded on-playa areas, no exposure of previously buried material, no remaining debris or equipment, no evidence of materials with the potential to move off-playa, and no excessive erosion (i.e., erosion that would appear to be long lasting in spite of normal precipitation/runoff events).

## 7.2. Surface Facilities to be Left

At the request of BLM, the Drop Structure would be retained to provide long-term stability to the Sevier River as shown on **Figure 11**. The drop structure would not be subject to reclamation monitoring or completion criteria.

The final configuration of the Tailings Management Area would meet the criteria in R647-4-111 that all slopes be left in a stable configuration at less than 3H:1V slopes. At the end of the Project as described in **Appendix A**, drainage pathways would be constructed at various locations on the outer portions of the tailings pile to ensure storm water is not impounded within the top of the pile and that storm water flows only onto the playa. Details on the final slope configuration of the Tailings Management Area are included in **Appendix C** (Figures C3-1 through 5). Final reclamation monitoring of the constructed drainage pathways would occur as detailed in Section 7.4.

There are additional features that would remain as part of the Project. These include:

- The berms of the Preconcentration, Production, and Bittern Waste Ponds will be regraded from 3H:1V slopes to approximately 10H:1V slopes and breached to ensure positive drainage. Refer to **Appendix C**.

- Evaporated salt beds at both the Preconcentration and Production Ponds would remain on the playa surface. **Appendix C** delineates anticipated final salt bed depths at the Preconcentration Ponds. Final salt bed depths at the Production Ponds are anticipated to be one-foot.

- Well casings for the monitoring wells located on-playa would be removed 2 feet bgs. Well casings for the Water Supply Wells and monitoring wells off-playa would be removed 5 feet bgs.

- Those items that would be buried below grade include: buried pipelines deeper than 2 feet; and culverts within the trenches and canals at depths greater than 3 feet bgs.

- The decommissioning and demolition of buildings and their foundations would include hauling the resulting debris to a permitted landfill for disposal or recycling. Waste concrete would be buried at least 2 feet below grade on site, pending landowner, land manager or applicable regulatory agency approval, or hauled to a permitted landfill. Gravel would be buried at least 2 feet below grade.

## 7.3. Revegetation Monitoring Practices

Reclamation monitoring would be conducted for all portions of the Project where these reclamation activities occur. Revegetation monitoring would provide a measure of revegetation success, monitor the condition and effectiveness of erosion-control devices, and provide noxious and invasive weed monitoring. The following sections describe monitoring site selection and data collection.

Vegetation cover data for the Rail Facility and Processing Facility are described in Section 2 and include the inter-mountain basins greasewood flat and inter-mountain basins mixed salt desert scrub communities. As shown on **Figure 4** the majority of the Project features are within these two main

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.707    Page 343 of 954

*Section 7 – Reclamation Monitoring and Completion Criteria*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

vegetation communities. As described in this Plan, the majority of the long-term surface disturbance off-playa would be at the Rail and Processing facilities. The vegetation cover data obtained during the surveys completed for the Rail and Processing facilities can be extrapolated for the other features within these two vegetation communities to provide the necessary information required to establish pre-disturbance vegetation cover. Vegetation cover data at other impacted vegetation communities can be established using monitoring sites.

### 7.3.1.    Monitoring Site Selection

Monitoring site locations for off-playa portions of the Project would be identified in association with the BLM and UDOGM prior to Project construction activities. This includes areas both on- and off-lease. In some instances, pre-disturbance cover data, through identification of monitoring sites, would provide a baseline for reclamation success. Sites would be selected for the major land cover types or vegetation communities intersected by Project facilities; larger areas affected by Project construction may require more monitoring sites and vegetation communities with smaller affected areas may require fewer monitoring sites. Additional monitoring sites could be added if required by or in coordination with the landowner, land manager or applicable regulatory agency if existing monitoring sites appear to be unrepresentative of reclamation activity effort or success within a vegetation community.

### 7.3.2.    Data Collection

All reclaimed areas would be visually inspected annually or as determined in coordination with the BLM and UDOGM, to identify problem areas that require corrective action. Additional data would be collected at monitoring sites as described below.

### 7.3.2.1.    MONITORING SITES

Once monitoring site locations have been finalized, photographs would be taken: (1) prior to any construction-related disturbance, (2) after interim reclamation efforts have been completed, 3) during each monitoring site visit and 4) after final reclamation. Prior to construction photographs of pre-disturbance conditions of each off-playa feature and monitoring sites would be included in **Appendix H**. Where possible, monitoring sites should be placed in areas that are not susceptible to future human disturbance in order to preserve the integrity of each monitoring site for the duration of the monitoring period. In the event that a monitoring site is not established prior to disturbance, reference sites (an area adjacent to the disturbed area) would be delineated to provide the necessary vegetation cover data. Monitoring, data collections, etc. applicable to monitoring sites would also apply to any identified reference sites.

Monitoring sites would be visited at an agreed-upon interval to collect qualitative and quantitative data, and to assess the presence of erosion and noxious/invasive weeds. Monitoring for known noxious weed occurrences may occur independently of reclamation monitoring activities, as outlined in the Noxious Weed Management Plan (Peak Minerals 2024f).

Reclamation monitoring would include the collection of both qualitative or descriptive data and quantitative or numerical data at the designated monitoring sites. Reclamation monitoring would use vegetation as the primary indicator of recovery; however, observations regarding erosion and soil conditions would also be collected and considered when assessing advancement toward functionality and reclamation success. Photographs would be used at each monitoring site to help document the

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

status of reclamation. Monitoring transects would be located and recorded using global positioning system coordinates. Qualitative and quantitative data that would be collected during reclamation site monitoring would be determined in cooperation with the BLM and UDOGM and included in future versions of this Reclamation Plan.

### 7.3.2.1.1.    Qualitative Data

The Project is located in a semi-arid climatic zone and has unpredictable weather patterns that may affect reclamation success within the post-construction monitoring timeframe. Collection of qualitative monitoring data would help inform actions that may improve reclamation success. Qualitative data collection would be conducted at an agreed-upon interval at each monitoring site location. Qualitative monitoring would be used to document site conditions and assess the need for additional actions to assure that the sites are progressing toward the completion criteria established by the BLM and UDOGM.

Qualitative data collected would include the following:

- Information on plant growth, health, and reproductive potential
- Information on the recruitment of native vegetation
- Information on patterns of established vegetation
- Information on the presence of noxious and invasive weed species
- Information on soil stability and erosion
- Information on livestock grazing and/or use by wildlife
- Identification of problem areas

### 7.3.2.1.2.    Quantitative Data

Vegetation cover would be quantitatively measured at each monitoring site at an agreed-upon interval. Measurements would start during the first growing season following seeding to determine reclamation success based on comparing desirable vegetation species cover at treatment sites and reference sites and to determine if remedial measures need to be implemented. Quantitative assessment would continue for a minimum of 3 years or until the reclamation standards of success have been attained (see Section 7.1). Trends toward reclamation success would be identified during the second year of monitoring, as would necessary remedial measures, if any are needed. Data would be recorded for plant cover. Due to different reclamation completion criteria discussed in Section 7.1, vegetation cover measurement procedures would be discussed with the landowner, land manager or applicable regulatory agency prior to completing field studies. Quantitative data and qualitative information about noxious weed cover, soil surface, and erosion would be recorded on field data sheets that would be developed by Peak Minerals and approved by the BLM and UDOGM.

While specific methodology (e.g., point-intercept) would be developed with agreement from BLM and UDOGM, any quantitative evaluation for revegetation success would involve sufficient sampling to achieve statistical adequacy in order to facilitate full bond release.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## 7.3.2.2.    ALL RECLAIMED AREAS

All reclaimed areas would be visually inspected during the annual or agreed-upon interval for monitoring of designated monitoring sites. The purpose of this inspection would be to identify problem areas (e.g., noxious weed infestations, areas with erosion issues, and areas where OHV, grazing, or other issues are affecting reclamation success) that are not captured in the monitoring sites. These areas would be noted for corrective actions and future monitoring.

In addition to the collection of qualitative and quantitative vegetation data, the monitoring program would include regular general inspections of the reclaimed areas. The SWPPP (Peak Minerals 2024h) would require quarterly and annual inspections to assess runoff controls, erosion, remaining structural BMPs such as silt fences, etc. This Plan would be in effect until bond release due to requirements in the stormwater discharge permit, though its contents would evolve as the Project transitions from operational to reclamation. Peak Minerals' air quality approval order may also require continued dust monitoring post-closure. Peak Minerals may conduct seasonal pedestrian surveys to assess such conditions as weed encroachment, vandalism, or exposure of previously buried materials such as geotextiles, concrete, piping, etc. Regraded areas where differential settling is noted during inspections would be noted as a focus of future monitoring, and additional grading would occur if needed.

UDOGM and BLM would also have authority to conduct (together or separately) site inspections that go beyond the established monitoring sites. Peak Minerals may accompany the agencies on these visits.

# 7.4.    Final Reclamation Monitoring Practices

Final reclamation monitoring would be conducted following decommissioning. For all areas off the Sevier Playa, final reclamation monitoring practices would follow the reclamation methodology outlined in Section 7.3.

Final reclamation monitoring methodologies for areas on the Sevier Playa would be developed in coordination with the BLM and the UDOGM and incorporated as necessary in the Reclamation Plan.

# 7.5.    Reporting Requirements

## 7.5.1.    BLM Reporting

Peak Minerals would prepare and submit a reclamation monitoring report to the BLM AO on an annual basis until bond release. Reclamation monitoring report(s) may be required for various features depending on if any reclamation and/or monitoring was completed and would include, at a minimum, the following:

- A description of monitoring methodologies and practices implemented
- A discussion of qualitative and quantitative information collected
- A description of the annual reclamation goals and successes
- A discussion of adaptive management and appropriate remedial measures that are recommended for sites that have not demonstrated a trend toward reclamation success
- Photographs of the treatment and reference transects located at each monitoring site

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

If necessary, implementation of remedial measures would be determined by the BLM based on the monitoring data collected and annual report. A final report would be submitted to the BLM after interim and final reclamation efforts have met the success or completion criteria presented in this Plan. The final report would summarize the monitoring data and observations and would describe each vegetation community's overall trend toward reclamation.

### 7.5.2.    UDOGM Reporting

On or before January 31 of each year until bond release, Peak Minerals would file an Annual Report of Mining Operations (FORM MR-AR) with UDOGM, describing its operations during the preceding calendar year, per R647-4-121. During the reclamation phase of the Project, this would focus upon any reclamation activities during the year, including the results of any monitoring.

## 7.6.    Adaptive Management

An adaptive management approach provides early detection of issues and the opportunity to implement remedial measures to address these issues, greatly increasing the potential for reclamation success. An effective monitoring program is an essential component of the adaptive management strategy because it provides data-supported feedback on the effect of reclamation actions. Adaptive management actions would be determined by the BLM and UDOGM during the 3-year monitoring period.

If adaptive management measures are determined to be necessary, qualitative and quantitative monitoring data would be used to guide additional remedial measures. Additional reclamation actions may include additional weed-control measures, supplemental seeding and mulching, and/or additional erosion-control measures. All adaptive management actions would be subject to review and approval by the BLM and UDOGM.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# 8.   RECLAMATION BONDING

The BLM and UDOGM would jointly determine by whom and where the reclamation surety bonding would be held and would enter into a written agreement detailing this decision. The surety bonding for this Project would be planned to reflect the phased nature of Project construction, with annual updates based on new disturbance. **Appendix E** includes the disturbance planned throughout the life of the Project. The initial surety bond estimate would be tied to the initial Project disturbance area for the agreed-upon initial period of Project development. Annual reviews would then be conducted to update the surety bond.

**Appendix I** includes demolition and bonding costs for the Project. Costs were calculated using the most conservative reclamation methods.

The final relinquishment of responsibility and surety bond would not be made until a joint site inspection has been conducted by the BLM AO, UDOGM, and other appropriate state and federal officials and all are satisfied with the work performed.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# 9.   LITERATURE CITED

Bureau of Land Management (BLM). 1987. *Warm Springs Resource Area, The Resource Management Plan, Record of Decision Rangeland Program Summary*. U.S. Department of the Interior, U.S. Bureau of Land Management, Richfield District Office. April.———. 1992. *Manual Handbook H-3042-1*. U.S. Department of the Interior Bureau of Land Management Solid Minerals Reclamation Handbook.

———. 2011. *Sevier Dry Lake Exploratory Testing, Millard County, Utah, Environmental Assessment DOI-BLM-UT-W020-2011-0015-EA*. U.S. Department of the Interior, U.S. Bureau of Land Management, Fillmore Field Office. October.CH2M. 2013. *Soil Assessment for the Sevier Playa Project*. October.

Peak Minerals (Peak Minerals). 2024a. *Mining Plan for the Sevier Playa Potash Project*. BLM Case File Number UTU-88387. Salt Lake City, Utah.

———. 2024b. *Plan of Development for Off-Lease Facilities for the Sevier Playa Potash Project*. Prepared for the Bureau of Land Management and Utah Division of Oil, Gas, and Mining.

———. 2024c. *Gravel Pits Mining Plan*. Salt Lake City, Utah.

———. 2024d. *Transportation and Traffic Management Plan*. Salt Lake City, Utah.

———. 2024e. *Water Monitoring Plan.* Salt Lake City, Utah.

———. 2024f. *Noxious Weed Management Plan*. Salt Lake City, Utah.

———. 2024g. *Fugitive Dust Control Plan*. Salt Lake City, Utah.

———. 2024g. *Stormwater Pollution Prevention Plan*. Salt Lake City, Utah.

SWCA Environmental Consultants (SWCA). 2016. *Wetland and Riparian Baseline Inventory for the Sevier Playa Potash Project.* Prepared for Crystal Peak Minerals 2019. *Rail Loadout and Processing Facilities Vegetation and Soil Survey Report*. Prepared for Crystal Peak Minerals. April 2019.

Utah Division of Oil, Gas and Mining (UDOGM). No date. *The Practical Guide to Reclamation in Utah*. Living document first issued in 2000 at.

———. 2008. Guidelines for Management of Topsoil and Overburden. January 2008.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# 10. FIGURES

Figure 1. Regional Vicinity Location Map

Figure 2. Life-of-Mine Surface Facilities

Figure 3. Soil Resources

Figure 4. Vegetation Resources

Figure 5. Existing Features

Figure 6. Processing Facility - Life-of-Mine Disturbance Boundary

Figure 7. Rail Loadout Facility - Life-of-Mine Disturbance Boundary

Figure 8. 1-Year Surface Facilities

Figure 9. Life-of-Mine Disturbance Boundary

Figure 10. 1-Year Disturbance Boundary

Figure 11. Life-of-Mine Reclamation Treatment Map

Figure 12. 1-Year Reclamation Treatment Map

Figure 13. Private Parcels

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# APPENDIX A

**Reclamation Matrix**

**Appendix A Reclamation Matrix**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Feature[1] | Feature Components Requiring Reclamation | Location (On-Playa, Off-Playa, Both) | Authorization Location (Federal lease, SITLA lease, or ROW [or some combination]] | Interim Reclamation Procedures | Final Reclamation Procedures |
|---|---|---|---|---|---|
| **Extraction Trench** | Feature details are described in Section 3.1.1<br>Feature specific components include:<br>- Trench and associated spoils<br><br>- Trench crossing(s) (corrugated metal or concrete box culverts) | On-playa | Federal lease<br>TLA lease | N/A | General measures discussed in Sections 6.1 and 6.2 would be applied during final reclamation as necessary.<br>Feature specific final reclamation measures include:<br>- Culverts at trench crossings would be left in-place and buried.<br><br>- Trenches would be backfilled with spoils originally excavated from the trenches; due to swell of excavated material, backfilled material would be slightly mounded over the trench and would settle over time. |
| **Diversion Berm** | Feature details are described in Section 3.2.1<br>Feature specific components include:<br>- Diversion Berm (constructed with native materials from the playa, or material excavated from the Diversion Canal)<br><br>- Riprap (used on the upstream and downstream slopes of the berm to minimize erosion of the berm by river flows) | Both | Federal lease | General measures discussed in Section 5.2 would be applied during interim reclamation as necessary.<br>Feature specific interim reclamation measures include:<br>- The berm may be stabilized with rip-rap or erosion control matting and some areas reseeded with hydro-mulching, if necessary. | General measures discussed in Sections 6.1 and 6.3 would be applied during final reclamation as necessary.<br>Feature specific final reclamation measures include:<br>- Peak Minerals would coordinate with BLM, UDOGM, and UDWRi to meet reclamation requirements of UDWRi approval.<br><br>- Remove the diversion berm by placing soil materials in the diversion canal, restore channel contours to approximate pre-disturbance condition. |
| **Drop Structure** | Feature details are described in Section 3.2.1<br>Feature specific components include:<br>- Gabions and reno mattress segments to stabilize existing channel<br>- Playa Access Road Spur 1A, overland route, would be used to access the structure and is described below | Off-playa | Federal lease | | The drop structure would not be reclaimed and would be left in place per BLM direction. |
| **Diversion Canal** | Feature details are described in Section 3.2.1<br>Feature specific components include:<br>- Diversion Canal and associated spoils<br><br>- Rip-rap (where used)<br><br>- Box culvert at Playa Access Road crossing | Both | Federal lease | General measures discussed in Sections 5.1 and 5.2 would be applied during interim reclamation as necessary.<br>Feature specific interim reclamation measures include:<br>- Spoils off playa may be seeded and covered with either hydro-mulch or erosion control fabric if necessary | General measures discussed in Sections 6.1 and 6.3 would be applied during final reclamation as necessary.<br>Feature specific final reclamation measures include:<br>- Peak Minerals would coordinate with the BLM, UDOGM, and UDWRi to meet reclamation requirements according to the UDWRi's approval.<br><br>- Backfill canal with spoils (including those used to construct diversion berm); due to swell of excavated material, backfilled material would naturally be mounded over the canal and would settle over time.<br><br>- Bury the box culvert that spans the Diversion Canal at the Playa Access Road. |
| **Recharge Trenches and Collectors** | Feature details are described in Section 3.2.2<br>Feature specific components include:<br>- Trench and associated spoils<br><br>- Trench crossing(s) (corrugated metal or concrete box culverts) | On-playa | Federal lease<br>TLA lease | N/A | General measures discussed in Sections 6.1 and 6.2 would be applied during final reclamation as necessary.<br>Feature specific final reclamation measures include:<br>- Backfill the trench with spoil originally excavated from the canals; due to swell of excavated material, backfilled material would be slightly mounded over the canal and would settle over time.<br><br>- Culverts at trench crossing location would be left in-place and buried. |
| **Recharge Canal** | Feature details are described in Section 3.2.2<br><br>Feature specific components include:<br>- Canals and collectors and associated spoils<br><br>- Canal and collector crossing(s) (corrugated metal or concrete box culverts)<br><br>- Pump stations including gravel pad, intake/outlet lines, erosion-control geotextile fabric (used at the Recharge Canals to lift the water to the southwest portions of the playa)<br><br>- Generator and fuel storage (used to power the pumps until long-term power is installed)<br>- Transfer pipes, ditch gates, and energy dissipation fabric | On-playa | Federal lease<br><br>TLA lease<br><br>Federal ROW<br><br>TLA ROW | Feature specific interim reclamation measures include:<br>- Once the power line is installed, the generator and fuel storage would be removed | General measures discussed in Sections 6.1, 6.2, and 6.3 would be applied during final reclamation as necessary.<br>Feature specific final reclamation measures include:<br>- Backfill the canal or collector with spoils; due to swell of excavated material, backfilled material would be slightly mounded over the canal and would settle over time.<br><br>- Culverts at canal and collector crossing locations would be left in-place and buried.<br><br>- Remove all pumps, power supply components, transfer pipes, and ditch gates and reuse or recycle or take to a permitted landfill for disposal. |

Appendix A Reclamation Matrix

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Feature[1] | Feature Components Requiring Reclamation | Location (On-Playa, Off-Playa, Both) | Authorization Location (Federal lease, SITLA lease, or ROW [or some combination)] | Interim Reclamation Procedures | Final Reclamation Procedures |
|---|---|---|---|---|---|
| **Preconcentration Ponds** | Feature details are described in Section 3.3.1<br><br>Feature specific components include:<br>- Pond berms constructed of playa materials<br>- Gravel (in limited areas used for heavy equipment access)<br><br>- Erosion control (may require erosion-control rock or other armoring to protect against high water during flood events)<br><br>- Pipelines, pump stations (including gravel pads, intake/outlet lines, erosion-control geotextile fabric) and weirs (to move brine between preconcentration ponds)<br>- Generator and fuel storage (used to power the pumps until long-term power is installed)<br><br>- Deposited salts | On-playa | Federal lease<br><br>TLA lease<br><br>Federal ROW | Feature specific interim reclamation measures include:<br>- Once the power line is installed, the generator and fuel storage would be removed | General measures discussed in Sections 6.1 and 6.2 would be applied during final reclamation as necessary.<br><br>Feature specific final reclamation measures include:<br>- Remove brine from the ponds by pumping or breaching embankments.<br>- Remove all pumps, weirs, pipelines, power lines and associated electrical equipment and reuse or recycle it, or take it to a permitted landfill for disposal.<br><br>- Remove the freeboard on the exterior pond berms by using equipment to push the portions of the exterior berms that are above the accumulated salts away from the interior of the ponds. The interior berms would be removed by pushing the berm materials from pond centers to a slope of approximately 10H:1V or less. P-1 may have little to no salt deposition. These berms would be removed by pushing berm material out away from pond centers to a slope of approximately 10H:1V or less. Borrow areas would be filled in with regraded berm material if practicable.<br><br>- Recontour and grade the surface of the accumulated salts and remaining berms as shown in Appendix C and as follows to provide positive drainage. Decisions regarding the precise placement of breaches within the regraded berms would be made at the time of reclamation to ensure that the released brine is contained on-playa. As currently anticipated:<br><br>o  Due to operational drainage patterns, P-1 and -2 drain from south to north and P-3 and -4 drain north to south.<br><br>o  To minimize erosion potential, the main areas of the salt deposits within the ponds would be left in-place to provide natural armored drainage channels to ensure positive drainage ways through the pond areas. As the ponds will be drained and the slopes will be reduced to a 10H:1V slope, there is no potential for catastrophic erosion. Further, the Land manager has requested that the surface be left in a state that will allow the berms and salt deposits to erode to allow the surface of the playa to return to a flat surface over time.<br><br>o  The berm breaches would be placed between each cell of the preconcentration pond to allow for positive drainage and would consist of wide gently sloped surfaces. It is currently anticipated that these breaches would be installed to ensure interior berms would not pond water and the exterior berms would allow positive drainage. These breaches would consist of sloped surfaces which would be designed to minimize erosion. It is envisioned that these constructed areas would be trapezoidal in shape with widths and slopes that would result in flow velocities below the erosive threshold for the materials they are flowing over. Decisions regarding the precise placement of breaches would be made at the time of reclamation to ensure that the released brine is contained on-playa. Details of these designs are provided in the drawings included in Appendix C.<br><br>- Abandon in place the residual salts and remaining preconcentration pond berms (after freeboard has been removed).<br><br>- Borrow areas would be filled in, where practicable, during pond berm regrading |
| **Production Ponds** | Feature details are described in Section 3.3.2<br><br>Feature specific components include:<br>- Pond berms (includes the process recycle buffer, harvest, back-mix, and bittern waste ponds and the brine feed canal) constructed of playa materials<br><br>- Berm road network which includes gravel and geotextile fabric<br>- Erosion control (may require erosion-control rock or other armoring to protect against high water during flood events)<br>- Pipelines, pump stations (including gravel pads, intake/outlet lines, erosion-control geotextile fabric) and weirs (to move brine between ponds)<br><br>- Generator and fuel storage (used to power the pumps until long-term power is installed) | On-playa | Federal lease<br><br>TLA lease | Feature specific interim reclamation measures include:<br>- Once the power line is installed, the generator and fuel storage would be removed | General measures discussed in Sections 6.1 and 6.3 would be applied during final reclamation as necessary.<br><br>Feature specific final reclamation measures include:<br><br>- Remove any remaining brine by pumping or breaching embankment<br><br>- Remove all pumps, weirs, aboveground pipelines, power lines and associated electrical equipment, and reuse or recycle them or take them to permitted landfill for disposal.<br><br>- Either remove or bury the concrete sump 2 feet bgs<br><br>- Remove the berms by pushing berm material out away from pond centers to a slope of approximately 10H:1V to the extent practicable (See Appendix C).<br><br>- Breach the berms between each cell of each production pond to allow for positive drainage. It is currently anticipated that these breaches would be installed to allow drainage from south to north and from east to west. Decisions regarding the precise placement of breaches would be made at the time of reclamation to ensure that the released brine is contained on-playa. Like the breaches described for the Preconcentration Ponds, each berm breach would consist of wide, gently sloping surfaces to minimize erosion. The drawings provided in Appendix C are typical of the breaches that would be installed in the production pond berms. |

Appendix A Reclamation Matrix

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Feature[1] | Feature Components Requiring Reclamation | Location (On-Playa, Off-Playa, Both) | Authorization Location (Federal lease, SITLA lease, or ROW [or some combination]) | Interim Reclamation Procedures | Final Reclamation Procedures |
|---|---|---|---|---|---|
| Brine Transfer Canal/Pipeline | Feature details are described in Section 3.3.3<br><br>Feature specific components include:<br>- Brine transfer canal and associated spoils<br><br>- Pumps stations including gravel pad, intake/outlet lines, erosion-control geotextile fabric (used at the brine transfer canal and pipeline to convey the water to the production ponds)<br><br>- Generator and fuel storage (used to power the pumps until long-term power is installed)<br>- 14" diameter Brine Transfer Pipeline<br><br>- Canal crossing(s) (corrugated metal or concrete box culverts)<br><br>- Siphons used to convey recharge water across the brine transfer canal | On-playa | Federal lease<br><br>TLA lease<br><br>Federal ROW<br><br>TLA ROW | Feature specific interim reclamation measures include:<br>- Once the power line is installed, the generator and fuel storage would be removed | General measures discussed in Sections 6.1 and 6.2 would be applied during final reclamation as necessary.<br><br>Feature specific final reclamation measures include:<br>- Remove any remaining brine or fluid from the canal<br><br>- Remove all pumps, siphons, aboveground pipelines and associated electrical equipment, and reuse or recycle them or take them to permitted landfill for disposal.<br><br>- Backfill the canal with spoils; due to swell of excavated material, backfilled material would naturally be mounded over the canal and would settle over time.<br>- Culverts used for crossings of the canal would remain in-place and be buried. |
| Processing Facility | Feature details are described in Section 3.4<br><br>Feature specific components include:<br><br>- Three main processing buildings<br><br>o   Wet plant<br><br>o   Dry plant<br><br>o   Compaction building and bagging plant<br>- Seven support buildings<br><br>o   Warehouse<br>o   Maintenance and washrooms building<br>o   Administration building<br>o   Guard house gate and fire truck building<br>o   Compressor building<br>o   MOP plant and loadout electrical area<br>- Additional support areas<br>o   Drainage control structures including a storm water collection pond and diversion ditches<br>o   Waste water treatment area<br>o   Diesel refueling stations<br>o   Propane storage tank<br>o   Covered bay for loading<br>o   Loadout silos<br>o   MOP unloading area<br>o   Parking area<br>o   A below grade crude salt unloading area<br><br>o   Process and fire water tank (located within the footprint of the wet plant)<br><br>o   Main electrical substation<br>o   Processing Facility Communication Tower<br>o   Propane storage tank and pipeline<br>o   Gravel and fence<br>- Two above-ground pipelines: 14" diameter process recycle brine pipeline, and 8" diameter tailings leach pipeline | Off-playa | TLA lease | General measures discussed in Section 5.2 would be applied during interim reclamation as necessary.<br><br>Feature specific interim reclamation measures include:<br>- Long-term storage of excess subsoil would be stockpiled and seeded, and may include covering with hydro-mulch or erosion control matting.<br><br>- Runoff from adjacent areas would be diverted away from the storage area and drainage from the storage pile would be collected and conveyed to the sediment basin at the Processing Facility. Also, silt fencing would be installed at the base of the pile try to contain sediment near the pile location.<br><br>- Once the natural gas pipeline is operational, the propane tank and piping would be decommissioned. The tank would be recycled or hauled to a permitted landfill and the piping capped, left in place, with any surface expressions removed 2 feet bgs. The surface would be smoothed out if necessary | General measures discussed in Sections 6.1 and 6.3 would be applied during final reclamation as necessary.<br><br>Feature specific final reclamation measures include:<br><br>- Remove and dispose of any remaining non-brine fluids and chemicals and dispose of at appropriate off-site facilities.<br><br>- Clean and flush any tanks or pipelines according to required procedures.<br><br>- Leave underground pipeline in place: flush, cap both ends, and remove all above-ground pipeline portions to at least 2 feet bgs.<br><br>- Decommission and remove all buildings, structures, above-ground pipelines, power lines, equipment, and fencing and reuse or recycle them or take them to a permitted landfill for disposal.<br>- Remove concrete foundations and concrete slabs and take them to a permitted landfill for disposal or break slabs apart and bury them at least 2 bgs as per landowner requirement.<br>- After these reclamation measures are completed the drainage control structures (described in Appendix F) would be maintained until reestablishment of vegetation. After which the drainage control structures would be removed, and the area disturbed from the control structures would be reclaimed. |

Appendix A Reclamation Matrix

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.718    Page 354 of 954

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Feature[1] | Feature Components Requiring Reclamation | Location (On-Playa, Off-Playa, Both) | Authorization Location (Federal lease, SITLA lease, or ROW [or some combination)] | Interim Reclamation Procedures | Final Reclamation Procedures |
|---|---|---|---|---|---|
| **Bittern Waste Ponds** | Feature details are described in Section 3.5.1<br>Feature specific components include:<br>· Pond berms constructed of playa materials<br><br>· Gravel (in limited areas used for heavy equipment access)<br><br>· Berm road network<br><br><br>· Erosion control (may require erosion-control rock or other armoring to protect against high water during flood events)<br><br>· Purge brine (MgCl2) | On-playa | Federal lease | N/A | General measures discussed in Sections 6.1 and 6.2 would be applied during final reclamation as necessary.<br>Feature specific final reclamation measures include:<br>· Remove residual purge brine via controlled release by pumping, siphon, or breaching of embankment. Discharge brine to playa surface, unless economics allow for sale of MgCl2.<br>· Remove all equipment and aboveground pipelines, and reuse or recycle them or take them to permitted landfill for disposal.<br>· Berms would be removed by pushing berm material out away from pond centers to a slope of approximately 10H:1V to the extent practicable.<br>· Breach the interior and exterior berms to allow for positive drainage. It is currently anticipated that these breaches would be installed to allow drainage from south to north and from west to east. Decisions regarding the precise placement of breaches would be made at the time of reclamation to ensure that the release of purge brine is contained on-playa. Like the breaches described for the Preconcentration and Production Ponds, each berm breach would consist of wide, gently sloping surfaces to minimize erosion. Details regarding breach designs are provided in Appendix C. |
| **Tailings Management Area** | Feature details are described in Section 3.5.2<br>Feature specific components include:<br>· Pond berms constructed of playa materials and compacted tailings (17-feet high)<br><br>· Berm road network<br><br>· Gravel (in limited areas used for heavy equipment access)<br><br>· Erosion control (may require erosion-control rock or other armoring to protect against high water during flood events)<br>· Tailings | On-playa | Federal lease | N/A | General measures discussed in Sections 6.1 and 6.2 would be applied during final reclamation as necessary.<br>Feature specific final reclamation measures include:<br>· Remove all equipment and reuse, recycle, or take it to permitted landfill for disposal.<br><br>· Provide drainage pathways at various locations on the outer portions of the tailings pile to ensure storm water is not impounded within the top of the pile and that storm water flows only onto the playa.<br><br>· Drainage pathways would be constructed on the south and east portions of the pile within the borrow areas to ensure that storm water runoff is contained and conveyed on-playa as detailed in Appendix C. |
| **69-kV Power and Communication Line** | Feature details are described in Section 3.6<br>Feature specific components include:<br>· 69-kV Power and Communication Line<br>· H-frame support structures<br>· Temporary use areas (some would be graveled)<br><br>· Temporary overland travel routes | Off-playa | Federal lease<br><br>TLA lease<br>Federal ROW<br>TLA ROW | General measures discussed in Section 5.2 would be applied during interim reclamation as necessary. | General measures discussed in Sections 6.1 and 6.3 would be applied during final reclamation as necessary.<br>Feature specific final reclamation measures include:<br>· Remove all equipment and reuse or recycle it or take it to a permitted landfill for disposal.<br>· Remove poles to at least 2 bgs and reuse or recycle or take to a permitted landfill for disposal.<br>· Fill in holes with native materials.<br>· Any additional areas disturbed during equipment removal would be assessed with landowner or land manger to determine if reclamation activities are necessary<br><br>· Overland routes would be assessed with landowner or land manager to determine if reclamation activities are necessary. |
| **Power Line Access Road** | Feature details are described in Section 3.6<br>Feature specific components include:<br><br>· Existing road (gravel and native surface); improvements such as gravel and road base where needed<br><br><br>· Culverts and drainage improvements as needed | Off-playa | Federal ROW<br><br>TLA ROW | General measures discussed in Section 5.2 would be applied during interim reclamation as necessary. | General measures discussed in Sections 6.1 and 6.3 would be applied during final reclamation as necessary.<br>Feature specific final reclamation measures include:<br><br>· All existing roads improved for the purposes of the Project and overland access routes would be reclaimed back to pre-disturbance conditions. At the time of reclamation Peak Minerals will assess conditions with the landowner, land manager, or applicable regulatory agency to determine if improvements can remain. If it's determined that improvements can remain a post-mining agreement will be signed with Peak Minerals the landowner, land manager or applicable regulatory agency or other entity.<br><br>· Existing access roads that are used and maintained for Project purposes would be left in a condition equal to or better than the condition prior to construction. |
| **North Playa Substation (69-kV to 25-kVstep-down)** | Feature details are described in Section 3.6<br>Feature specific components include:<br><br>· Substation or pole mounted transformer<br><br><br>· Fence<br><br>· Concrete foundations<br>· Graveled area | Off-playa | TLA ROW | General measures discussed in Section 5.2 would be applied during interim reclamation as necessary.<br>Feature specific interim reclamation measures include:<br>· Long-term storage of topsoil salvaged from the site would be stabilized by interim seeding, and may include covering with hydro-mulch or erosion control matting.<br>· Runoff from adjacent areas would be diverted away from the storage area and drainage from the storage pile would be protected by silt fencing installed at the base of the pile to contain sediment near the pile location. | General measures discussed in Sections 6.1 and 6.3 would be applied during final reclamation as necessary.<br>Feature specific final reclamation measures include:<br><br>· Remove all equipment and fencing and reuse or recycle it or take it to a permitted landfill for disposal.<br><br>· Remove concrete foundations and concrete slabs and take them to a permitted landfill for disposal or break slabs apart and bury them at least 2 bgs as per landowner requirement. |

**Appendix A Reclamation Matrix**

| Feature[1] | Feature Components Requiring Reclamation | Location (On-Playa, Off-Playa, Both) | Authorization Location (Federal lease, SITLA lease, or ROW [or some combination)] | Interim Reclamation Procedures | Final Reclamation Procedures |
|---|---|---|---|---|---|
| **25-kV Power Line (power to preconcentration pond pumps)** | Feature details are described in Section 3.6<br>Feature specific components include:<br>- 25-kV Power Line<br>- Single pole supports<br>- Temporary use areas (some would be graveled)<br>- Temporary overland travel routes | Both | Federal lease<br><br>TLA ROW | General measures discussed in Section 5.2 would be applied during interim reclamation as necessary. | General measures discussed in Sections 6.1, 6.2, and 6.3 would be applied during final reclamation as necessary.<br><br>Feature specific final reclamation measures include:<br>- Remove all equipment and reuse or recycle it or take it to a permitted landfill for disposal.<br>- Remove poles to at least 2 bgs and reuse or recycle or take to a permitted landfill for disposal.<br>- Fill in holes with native materials.<br>- Any additional areas disturbed during equipment removal would be assessed with landowner or land manger to determine if reclamation activities are necessary<br><br>- Overland routes would be assessed with landowner and land manager to determine if reclamation activities are necessary. |
| **25-kV Power Line Access Road** | Feature details are described in Section 3.6<br>Feature specific components include:<br><br>- Existing road (native surface); improvements such as gravel and road base where needed<br><br>- Culverts and drainage improvements as needed | Off-playa | TLA ROW | General measures discussed in Section 5.2 would be applied during interim reclamation as necessary. | General measures discussed in Sections 6.1 and 6.3 would be applied during final reclamation as necessary.<br><br>Feature specific final reclamation measures include:<br><br>- All existing roads improved for the purposes of the Project and overland access routes would be reclaimed back to pre-disturbance conditions. At the time of reclamation Peak Minerals will assess conditions with the landowner, land manager, or applicable regulatory agency to determine if improvements can remain. If it's determined that improvements can remain a post-mining agreement will be signed with Peak Minerals the landowner, land manager or applicable regulatory agency or other entity.<br><br>- Existing access roads that are used and maintained for Project purposes would be left in a condition equal to or better than the condition prior to construction. |
| **Processing Facility Substation** | Feature details are described in Section 3.6<br>Feature specific components include:<br>- Substation<br>- Concrete foundations<br>- Fence | Off-playa | TLA lease | N/A | General measures discussed in Sections 6.1 and 6.3 would be applied during final reclamation as necessary.<br>Feature specific final reclamation measures include:<br>- Remove all equipment and fencing and reuse or recycle or take it to a permitted landfill for disposal.<br>- Reclaim the surface during overall reclamation of Processing Facility.<br>- Remove concrete foundations and concrete slabs and take them to a permitted landfill for disposal or break slabs apart and bury them at least 2 bgs as per landowner requirement. |
| **12.47-kV Power and Communication Line** | Feature details are described in Section 3.6<br>Feature specific components include:<br>- 12.47-kV Power and Communication Line (Processing Facility to Rail Loadout Facility)<br>- Single pole supports<br>- Temporary use areas (some would be graveled)<br>- Temporary overland travel routes | Off-playa | Federal lease<br><br>TLA lease<br><br>Federal ROW | General measures discussed in Section 5.2 would be applied during interim reclamation as necessary. | General measures discussed in Sections 6.1 and 6.3 would be applied during final reclamation as necessary.<br><br>Feature specific final reclamation measures include:<br><br>- Remove all equipment and reuse or recycle it or take it to a permitted landfill for disposal.<br><br>- Remove poles to at least 2 bgs and reuse or recycle or take to a permitted landfill for disposal.<br>- Fill in holes with native materials.<br>- Any additional areas disturbed during equipment removal would be assessed with landowner or land manger to determine if reclamation activities are necessary<br><br>- Overland routes would be assessed with landowner and land manager to determine if reclamation activities are necessary. |
| **12.47-kV Power Line (power to production pond pumps, recharge canal pumps and** | Feature details are described in Section 3.6<br>Feature specific components include:<br>- 12.47-kV Power Line<br>- Single pole supports<br>- Temporary use areas (some would be graveled)<br>- Temporary overland travel routes | Both | Federal lease<br><br>TLA lease<br>Federal ROW<br>TLA ROW | General measures discussed in Section 5.2 would be applied during interim reclamation as necessary. | General measures discussed in Sections 6.1 and 6.3 would be applied during final reclamation as necessary.<br><br>Feature specific final reclamation measures include:<br>- Remove all equipment and reuse or recycle it or take it to a permitted landfill for disposal.<br>- Remove poles to at least 2 bgs and reuse or recycle or take to a permitted landfill for disposal.<br>- Fill in holes with native materials.<br>- Any additional areas disturbed during equipment removal would be assessed with landowner or land manger to determine if reclamation activities are necessary<br><br>- Overland routes would be assessed with landowner and land manager to determine if reclamation activities are necessary. |
| **Rail Loadout Facility Substation** | Feature details are described in Section 3.6<br>Feature specific components include:<br>- Substation or pole-mounted transformer<br>- Concrete foundations, if applicable<br>- Fence, if applicable | Off-playa | Federal ROW | N/A; area would be surfaced with gravel | General measures discussed in Sections 6.1 and 6.3 would be applied during final reclamation as necessary.<br>Feature specific final reclamation measures include:<br>- Remove all equipment and reuse or recycle it or take it to a permitted landfill for disposal.<br>- Reclaim the surface during overall reclamation of Rail Loadout Facility.<br>- Remove concrete foundations and concrete slabs and take them to a permitted landfill for disposal or break slabs apart and bury them at least 2 bgs as per landowner requirement. |
| **12.47-kV Power Line Spurs (used at Water Supply Facilities)** | Feature details are described in Section 3.6<br>Feature specific components include:<br>- 12.47-kV power line<br>- Single pole supports<br>- Temporary use areas (some would be graveled)<br>- Temporary overland travel routes | Off-playa | Federal ROW<br><br>TLA ROW | General measures discussed in Section 5.2 would be applied during interim reclamation as necessary. | General measures discussed in Sections 6.1 and 6.3 would be applied during final reclamation as necessary.<br><br>Feature specific final reclamation measures include:<br>- 12.47-kV power line<br>- Single pole supports<br>- Remove poles to at least 2 bgs and reuse or recycle or take to a permitted landfill for disposal.<br>- Fill in holes with native materials.<br>- Any additional areas disturbed during equipment removal would be assessed with landowner or land manger to determine if reclamation activities are necessary<br><br>- Overland routes would be assessed with landowner and land manager to determine if reclamation activities are necessary. |

Appendix A Reclamation Matrix

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.720    Page 356 of 954

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Feature[1] | Feature Components Requiring Reclamation | Location (On-Playa, Off-Playa, Both) | Authorization Location (Federal lease, SITLA lease, or ROW [or some combination]) | Interim Reclamation Procedures | Final Reclamation Procedures |
|---|---|---|---|---|---|
| Long Ridge Communication Tower | Feature details are described in Section 3.7<br><br>Feature specific components include:<br><br>- Communication Tower (including concrete base, generator, propane tank)<br>- Cumberland Building<br>- Solar power supply<br>- No fence at this site | Off-playa | Federal ROW | General measures discussed in Section 5.2 would be applied during interim reclamation as necessary. | General measures discussed in Sections 6.1 and 6.3 would be applied during final reclamation as necessary.<br><br>Feature specific final reclamation measures include:<br><br>- Tower to be decommissioned once the 69-kV power and communication line is operational.<br><br>- Remove all equipment and reuse or recycle it or take it to a permitted landfill for disposal.<br>- Remove concrete foundations and concrete slabs and take them to a permitted landfill for disposal or break slabs apart and bury them at least 2 bgs as per landowner requirement. |
| Long Ridge Access Road | Feature details are described in Section 3.7<br><br>Feature specific components include:<br><br>- Existing gravel and native surface road; improvements such as gravel, road base, and drainage where necessary. | Off-playa | Federal ROW<br><br>TLA ROW | General measures discussed in Section 5.2 would be applied during interim reclamation as necessary. | General measures discussed in Sections 6.1 and 6.3 would be applied during final reclamation as necessary.<br><br>Feature specific final reclamation measures include:<br><br>- All existing roads improved for the purposes of the Project and overland access routes would be reclaimed back to pre-disturbance conditions. At the time of reclamation Peak Minerals will assess conditions with the landowner, land manager, or applicable regulatory agency to determine if improvements can remain. If it's determined that improvements can remain a post-mining agreement will be signed with Peak Minerals, the landowner, land manager or applicable regulatory agency or other entity.<br><br>- Existing access roads that are used and maintained for Project purposes would be left in a condition equal to or better than the condition prior to construction. |
| Black Rock Communication Tower | Feature details are described in Section 3.7<br><br>Feature specific components include:<br><br>- Communication tower (including concrete base, generator, propane tank)<br>- Cumberland building<br>- Solar power supply<br>- Fence<br>- Graveled area | Off-playa | Federal ROW | General measures discussed in Section 5.2 would be applied during interim reclamation as necessary. | General measures discussed in Sections 6.1 and 6.3 would be applied during final reclamation as necessary.<br><br>Feature specific final reclamation measures include:<br><br>- Remove all equipment and reuse or recycle it or take it to a permitted landfill for disposal.<br><br>- Remove concrete foundations and concrete slabs and take them to a permitted landfill for disposal or break slabs apart and bury them at least 2 feet bgs as per landowner requirement. |
| Black Rock Substation Access Road | Feature details are described in Section 3.7<br><br>Feature specific components include:<br>- Existing road; no improvements needed. | Off-playa | Federal ROW | N/A | - The road would not be improved for the Project therefore no reclamation would be necessary<br><br>- Existing access roads that are used and maintained for Project to access the Substation would not be removed or reclaimed, but would be left in a condition equal to or better than the condition prior to construction. |
| Natural Gas Pipeline | Feature details are described in Section 3.8<br><br>Feature specific components include:<br><br>- 8" diameter natural gas pipeline<br>- Valve and natural gas pipeline spur to rail loadout facility | Off-playa | Federal lease<br><br>TLA lease<br><br>Federal ROW<br><br>TLA ROW | General measures discussed in Section 5.2 would be applied during interim reclamation as necessary. | General measures discussed in Sections 6.1 and 6.3 would be applied during final reclamation as necessary.<br><br>Feature specific final reclamation measures include:<br>- Remove all above-ground equipment and pipeline supports and reuse or recycle them or take them to a permitted landfill for disposal.<br><br>- Leave underground pipeline in place: flush, cap both ends, and remove all access point structures to at least 2 feet bgs. |
| Natural Gas Pipeline Access Roads (1-8) | Feature details are described in Section 3.8<br><br>Feature specific components include:<br><br>- Existing roads (native surface); improvements such as gravel and road base where needed<br><br>- Culverts and drainage improvements as needed | Off-playa | Federal ROW<br><br>TLA ROW | General measures discussed in Section 5.2 would be applied during interim reclamation as necessary. | General measures discussed in Sections 6.1 and 6.3 would be applied during final reclamation as necessary.<br><br>Feature specific final reclamation measures include:<br><br>- All existing roads improved for the purposes of the Project and overland access routes would be reclaimed back to pre-disturbance conditions. At the time of reclamation Peak Minerals will assess conditions with the landowner, land manager, or applicable regulatory agency to determine if improvements can remain. If it's determined that improvements can remain a post-mining agreement will be signed with Peak Minerals, the landowner, land manager or applicable regulatory agency or other entity.<br><br>- Existing access roads that are used and maintained for Project purposes would be left in a condition equal to or better than the condition prior to construction. |

**Appendix A Reclamation Matrix**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Feature[1] | Feature Components Requiring Reclamation | Location (On-Playa, Off-Playa, Both) | Authorization Location (Federal lease, SITLA lease, or ROW [or some combination)] | Interim Reclamation Procedures | Final Reclamation Procedures |
|---|---|---|---|---|---|
| **Rail Loadout Facility** | Feature details are described in Section 3.9<br><br>Feature specific components include:<br><br>- Train loadout, storage and conveying system<br><br>- Truck loadout<br><br>- 500-gallon propane storage tank and propane pipeline<br><br>- 500,000-gallon fire water storage tank<br>- Yard tracks<br>- Fence and fenced-in area partly covered with gravel<br>- Drainage control structures including a storm water collection pond and diversion ditches<br>- Concrete foundations and slabs | Off-playa | Federal ROW | General measures discussed in Section 5.2 would be applied during interim reclamation as necessary.<br><br>Feature specific interim reclamation measures include:<br><br>- Long-term storage of excess subsoil would be stockpiled and seeded, and may include covering with hydro-mulch or erosion control matting.<br><br>- Runoff from adjacent areas would be diverted away from the storage area and drainage from the storage pile would be collected and conveyed to the sediment basin at the Rail Loadout Facility. Also, silt fencing would be installed at the base of the pile to try to contain sediment near the pile location.<br><br>- Once the natural gas pipeline is operational, the propane tank and piping would be decommissioned. The tank would be recycled or hauled to a permitted landfill and the piping capped, left in place, with any surface expressions removed 2 feet bgs. The surface would be smoothed out if necessary | General measures discussed in Sections 6.1 and 6.3 would be applied during final reclamation as necessary.<br><br>Feature specific final reclamation measures include:<br><br>- Remove and dispose of any remaining non-brine fluids and chemicals and dispose of at appropriate off-site facilities.<br><br>- Clean and flush any tanks or pipelines according to required procedures.<br><br>- Leave underground pipeline in place: flush, cap both ends, and remove all above-ground pipeline portions to at least 2 feet bgs.<br><br>- Decommission and remove all buildings, equipment, and fencing and reuse or recycle them or take them to a permitted landfill for disposal.<br>- Remove concrete foundations and concrete slabs and take them to a permitted landfill for disposal or break slabs apart and bury them at least 2 bgs as per landowner requirement.<br>- After these reclamation measures are completed the drainage control structures (described in Appendix F) would be maintained until reestablishment of vegetation. After which the drainage control structures would be removed, and the area disturbed from the control structures would be reclaimed. |
| **Rail Spur** | Feature details are described in Section 3.9<br><br>Feature specific components include:<br>- Rail track<br>- Ballast<br>- Drainage structures<br>- Crossing infrastructure at SR-257 and Headlight Canyon Road | Off-playa | Federal ROW<br>Private ROW | General measures discussed in Section 5.2 would be applied during interim reclamation as necessary. | General measures discussed in Sections 6.1 and 6.3 would be applied during final reclamation as necessary.<br><br>Feature specific final reclamation measures include:<br>- Remove all equipment including tracks, ties, culverts, and drainage structures and reuse or recycle them or take them to a permitted landfill for disposal.<br>- Remove the ballast and reuse or recycle it or take it to a permitted landfill for disposal<br>- Remove crossing infrastructure and repair roads to pre-Project conditions or better. |
| **Rail Spur Access Corridor** | Feature details are described in Section 3.9<br><br>Feature specific components include:<br>- New road constructed of native soils from the ROW<br>- Drainage ditch<br>- Some portions may be graveled | Off-playa | Federal ROW<br>Private ROW | General measures discussed in Section 5.2 would be applied during interim reclamation as necessary. | General measures discussed in Sections 6.1 and 6.3 would be applied during final reclamation as necessary.<br><br>Feature specific final reclamation measures include:<br><br>- Remove any road base or other imported materials and reuse or recycle or take to a permitted landfill for disposal.<br><br>- Remove culverts and reuse or recycle or take them to a permitted landfill for disposal. |
| **Rail Loadout Facility Access Roads (1–2)** | Feature details are described in Section 3.9<br><br>Feature specific components include:<br>- New road constructed of native soils from the ROW<br>- Drainage ditch<br>- Some portions may be graveled<br>- Culverts as necessary | Off-playa | Federal ROW | General measures discussed in Section 5.2 would be applied during interim reclamation as necessary. | General measures discussed in Sections 6.1 and 6.3 would be applied during final reclamation as necessary.<br><br>Feature specific final reclamation measures include:<br><br>- Remove any road base or other imported materials and reuse or recycle or take to a permitted landfill for disposal.<br><br>- Remove culverts and reuse or recycle or take them to a permitted landfill for disposal. |
| **Water Supply Wells (1–4)** | Feature details are described in Section 3.10<br><br>Feature specific components include:<br>- Water supply wells including pumps and associated equipment<br>- Prefabricated building<br>- Pole-mounted transformers (1 per well)<br>- Fence<br>- Gravel<br>- Concrete slab | Off-playa | Federal ROW<br>TLA ROW | General measures discussed in Section 5.2 would be applied during interim reclamation as necessary. | General measures discussed in Sections 6.1 and 6.3 would be applied during final reclamation as necessary.<br><br>Feature specific final reclamation measures include:<br><br>- Plug (abandon) wells located off-playa according to UDWRi rules - UAC R655-4<br><br>- Remove all electrical equipment and reuse or recycle it or take it to a permitted landfill for disposal.<br>- Dismantle each well house and reuse or remove. Recycle all structures and equipment and fencing or take them to a permitted landfill for disposal.<br>- Remove concrete slabs and take them to a permitted landfill or disposal or break slabs apart and bury at least 2 bgs as per landowner requirement. |

Appendix A Reclamation Matrix

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.722    Page 358 of 954

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Feature[1] | Feature Components Requiring Reclamation | Location (On-Playa, Off-Playa, Both) | Authorization Location (Federal lease, SITLA lease, or ROW [or some combination]) | Interim Reclamation Procedures | Final Reclamation Procedures |
|---|---|---|---|---|---|
| Water Supply Pipeline and Spurs (1–4) | Feature details are described in Section 3.10<br>Feature specific components include:<br>- 6" buried water supply pipeline<br>- 4" buried water supply pipeline spurs | Off-playa | Federal lease<br>TLA lease<br>Federal ROW<br>TLA ROW | General measures discussed in Section 5.2 would be applied during interim reclamation as necessary. | General measures discussed in Sections 6.1 and 6.3 would be applied during final reclamation as necessary.<br>Feature specific final reclamation measures include:<br>- Remove all above-ground equipment and reuse or recycle it or take it to a permitted landfill for disposal.<br>- Leave underground pipeline in place: flush, cap both ends, and remove all above-ground pipeline portions to at least 2 feet bgs. |
| Water Supply Well Access Roads (1–4) | Feature details are described in Section 3.10<br>Feature specific components include:<br><br>- Existing road (native surface) improvements such as gravel and road base where needed<br><br>- Culverts and drainage improvements as needed | Off-playa | Federal ROW<br>TLA ROW | General measures discussed in Section 5.2 would be applied during interim reclamation as necessary. | General measures discussed in Sections 6.1 and 6.3 would be applied during final reclamation as necessary.<br>Feature specific final reclamation measures include:<br>- All existing roads improved for the purposes of the Project and overland access routes would be reclaimed back to pre-disturbance conditions. At the time of reclamation Peak Minerals will assess conditions with the landowner, land manager, or applicable regulatory agency to determine if improvements can remain. If it's determined that improvements can remain a post-mining agreement will be signed with Peak Minerals the landowner, land manager or applicable regulatory agency or other entity.<br>- Existing access roads that are used and maintained for Project purposes would be left in a condition equal to or better than the condition prior to construction. |
| Playa Access Road (includes Playa Access Road Segments [off-lease]) | Feature details are described in Section 3.11.1<br>Feature specific components include:<br>- New road constructed of native soils from the playa/ROW<br>- Drainage ditch<br>- Some portions may be graveled<br>- Culverts as necessary<br>- Turnouts approximately 1 mile apart | Both | Federal lease<br>TLA lease<br>Federal ROW<br>TLA ROW | NA | General measures discussed in Sections 6.1, 6.2, and 6.3 would be applied during final reclamation as necessary.<br>Feature specific final reclamation measures include:<br>- Remove and reuse or recycle culverts or take them to a permitted landfill for disposal. |
| Playa Access Road Spurs (1 through 6 and 1A) | Feature details are described in Section 3.11.2<br>Feature specific components include:<br><br>- Existing or partially existing roads (native); new construction and improvements such as gravel and road base where needed<br><br>- Culverts and drainage improvements as needed | Both | Federal lease<br>TLA lease | General measures discussed in Section 5.2 would be applied during interim reclamation as necessary. | General measures discussed in Sections 6.1, 6.2, and 6.3 would be applied during final reclamation as necessary.<br>Feature specific final reclamation measures include:<br>- All existing roads improved for the purposes of the Project and overland access routes would be reclaimed back to pre-disturbance conditions. At the time of reclamation Peak Minerals will assess conditions with the landowner, land manager, or applicable regulatory agency to determine if improvements can remain. If it's determined that improvements can remain a post-mining agreement will be signed with Peak Minerals the landowner, land manager or applicable regulatory agency or other entity.<br>- Existing access roads that are used and maintained for Project purposes would be left in a condition equal to or better than the condition prior to construction.<br>- At new construction: Remove culverts and reuse or recycle or take them to a permitted landfill for disposal. |
| Haul Road | Feature details are described in Section 3.11.4<br>Feature specific components include:<br>- New road constructed of native soils from the playa or adjacent area<br><br>- Drainage ditch<br><br>- Graveled surface<br>- Geotextile fabric<br>- Culverts as necessary | Both | Federal lease<br>TLA lease | General measures discussed in Section 5.2 would be applied during interim reclamation as necessary. | General measures discussed in Sections 6.1, 6.2, and 6.3 would be applied during final reclamation as necessary.<br>Feature specific final reclamation measures include:<br>- Remove and reuse or recycle culverts or take them to a permitted landfill for disposal.<br>- Remove fabric to the extent possible and take to a permitted landfill for disposal. If fabric cannot be removed bury at least 2 feet bgs. |
| Crystal Peak Spur Road | Feature details are described in Section 3.11.5<br>Feature specific components include:<br>- New road constructed of native soils<br><br>- Drainage ditch<br><br>- Graveled surface<br>- Geotextile fabric<br>- Culverts as necessary | Off-playa | Federal lease<br>TLA lease | General measures discussed in Section 5.2 would be applied during interim reclamation as necessary. | General measures discussed in Sections 6.1 and 6.3 would be applied during final reclamation as necessary.<br>Feature specific final reclamation measures include:<br>- Remove and reuse or recycle culverts or take them to a permitted landfill for disposal.<br>- Remove geotextile fabric and take it to a permitted landfill for disposal. If geotextile fabric cannot be removed it would be buried at least 2 feet bgs. |

**Appendix A Reclamation Matrix**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Feature[1] | Feature Components Requiring Reclamation | Location (On-Playa, Off-Playa, Both) | Authorization Location (Federal lease, SITLA lease, or ROW [or some combination]) | Interim Reclamation Procedures | Final Reclamation Procedures |
|---|---|---|---|---|---|
| Access Road (Segments A, B, C1, C2, D1, D2, E, F, G) | Feature details are described in Section 3.11.1<br><br>Feature specific components include:<br><br>- Existing roads (native surface); new construction and improvements such as gravel and road base where needed<br><br>- Culverts and drainage improvements as needed | Both | Federal ROW<br><br>TLA ROW | General measures discussed in Section 5.2 would be applied during interim reclamation as necessary. | General measures discussed in Sections 6.1 and 6.3 would be applied during final reclamation as necessary.<br><br>Feature specific final reclamation measures include:<br><br>- All existing roads improved for the purposes of the Project and overland access routes would be reclaimed back to pre-disturbance conditions. At the time of reclamation Peak Minerals will assess conditions with the landowner, land manager, or applicable regulatory agency to determine if improvements can remain. If it's determined that improvements can remain a post-mining agreement will be signed with Peak Minerals the landowner, land manager or applicable regulatory agency or other entity.<br><br>- Existing access roads that are used and maintained for Project purposes would be left in a condition equal to or better than the condition prior to construction.<br><br>- At new construction: Remove culverts and reuse or recycle or take them to a permitted landfill for disposal. |
| Pass Federal Pit, Playa Federal Pit, Playa SITLA Pit | Feature details are described in Section 3.12<br><br>Feature specific components include:<br><br>- Gravel pits<br><br>- New access roads (dirt) | Off-playa | Playa Federal Pit - Federal lease<br>Playa SITLA Pit - SITLA lease<br>Pass Federal Pit - Mineral material sale (off-lease) | NA | General measures discussed in Sections 6.1 and 6.3 would be applied during final reclamation as necessary.<br><br>Feature specific final reclamation measures include:<br><br>- Remove mobile crushing and screening equipment.<br><br>- Remove any fencing, signs, or other surface equipment and reuse or recycle it or take it to a permitted landfill for disposal.<br><br>- Regrade pit slopes to 3H:1V or shallower.<br><br>- At new constructed access roads: Remove culverts and reuse or recycle or take them to a permitted landfill for disposal. |
| Proposed Monitoring Wells | Feature details are described in Section 3.13<br><br>Feature specific components include:<br>- Off-Playa Monitoring wells<br>- Areas immediately adjacent to the monitoring wells that are disturbed by drilling activities<br><br>- Existing or partially existing roads (native); new construction and improvements such as gravel and road base where needed<br><br>- On-playa monitoring points | Both | Federal lease<br><br>TLA lease<br><br>Federal ROW<br><br>TLA ROW | General measures discussed in Section 5.2 would be applied during interim reclamation as necessary. | General measures discussed in Sections 6.1, 6.2, and 6.3 would be applied during final reclamation as necessary.<br><br>Feature specific final reclamation measures include:<br>- Remove any equipment and recycle or take them to a permitted landfill for disposal.<br><br>- Plug (abandon) monitoring wells located off-playa according to UDWRi rules - UAC R655-4<br><br>- Plug (abandon) monitoring points located on-playa according to variance request in Appendix G<br><br>- All existing roads improved for the purposes of the Project and overland access routes would be reclaimed back to pre-disturbance conditions. At the time of reclamation Peak Minerals will assess conditions with the landowner, land manager, or applicable regulatory agency to determine if improvements can remain. If it's determined that improvements can remain a post-mining agreement will be signed with Peak Minerals the landowner, land manager or applicable regulatory agency or other entity.<br><br>- Existing access roads that are used and maintained for Project purposes would be left in a condition equal to or better than the condition prior to construction.<br><br>- At new constructed access roads: Remove culverts and reuse or recycle or take them to a permitted landfill for disposal. |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# APPENDIX B

**BMPs and Typicals**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

BMPs and typicals to be followed during reclamation can be found here:

[Reclamation_Manual.pdf (utah.gov)](#)

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# APPENDIX C

**Plan view and profile view Drawings of the Preconcentration Ponds, Production Ponds, Bittern Waste Ponds, and Tailings Management Area Year 5, Life-of-Mine, and Reclaimed Surfaces**



TMA  - TAILING MANAGEMENT AREA
BM  - BACK-MIX
PRB  - PROCESS RECYCLE BUFFER
BHP  - BITTERN HOLDING POND
BBP  - BITTERN BRINE POND

| Name | Design Area (acs) |
|------|-------------------|
| BM1 | 124 |
| BM2 | 124 |
| BM3 | 124 |
| BM4 | 124 |
| H1 | 602 |
| H2 | 551 |
| PRB | 66 |
| BBP | 24 |
| BWP | 82 |
| TMA | 308 |
| Emergency Stockpile | 9 |
| Total | 2,138 |

Notes: 1. Each "Breach Location" will be constructed during reclamation efforts
       2. 5-year and LOM berm slopes will be 2H:1V, Reclaimed slopes will be 10H:1V
       3. TMA will be left in-place

Appendix C — Plan view of Production and Bittern Waste Ponds for 5-year, LOM,
           and Reclamation Configurations

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Name | Design Area (acs) |
|---|---|
| P1 | 938 |
| P2 | 553 |
| P3 | 1,017 |
| P4 | 999 |
| P3 salt | 554 |
| P4 salt | 554 |
| Total | 4,615 |

Notes: 1. Each "Breach Location" will be constructed during reclamation efforts
2. 5-year and LOM berm slopes will be 2H:1V, Reclaimed slopes will be 10H:1V

Appendix C — Plan view of Preconcentration Ponds for 5-year, LOM, and Reclamation configurations

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



| Berm Type | Reclaimed Height | Reclaimed Spread |
|---|---|---|
| B1-3' | 1.90 | 19.0 |
| B1-4'7" | 2.64 | 26.4 |
| B1-8' | 4.20 | 42.0 |
| B1-8'9" | 4.54 | 45.4 |

### BERM TYPE B1: TYPICAL CROSS-SECTION



| Berm Type | Reclaimed Height | Reclaimed Spread |
|---|---|---|
| R2P-3' | 2.55 | 25.5 |
| R2P-4'7" | 3.38 | 33.8 |
| R2P-9' | 5.87 | 58.7 |

### ROAD TYPE R2P: TYPICAL CROSS-SECTION



| Berm Type | Reclaimed Height | Reclaimed Spread |
|---|---|---|
| R4-3' | 2.34 | 23.4 |
| R4-4'7" | 3.07 | 30.7 |
| R4-8' | 4.74 | 47.4 |
| R4-9' | 5.20 | 52.0 |

### ROAD TYPE R4: TYPICAL CROSS-SECTION

Appendix C — Cross-section View of Pond Embankments for 5-year, LOM, and Reclamation configurations

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



Appendix C — Typical Cross—section view of Ponds Reclamation Breaching

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# APPENDIX D

**Rail Loadout and Processing Facilities Vegetation and Soils Survey Report**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



# Rail Loadout and Processing Facilities Vegetation Surveys and Soil Sampling Report

APRIL 2019

PREPARED FOR

**Crystal Peak Minerals, Inc.**

PREPARED BY

**SWCA Environmental Consultants**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# RAIL LOADOUT AND PROCESSING FACILITIES VEGETATION SURVEYS AND SOIL SAMPLING REPORT

Prepared for

**Crystal Peak Minerals, Inc.**
2150 South 1300 East, Suite 550
Salt Lake City, Utah 84106
Attn: LeeAnn Diamond

Prepared by

**SWCA Environmental Consultants**
257 East 200 South, Suite 200
Salt Lake City, Utah 84111
(801) 322-4307
www.swca.com

April 2019

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

*Rail Loadout and Processing Facilities Vegetation Surveys and Soil Sampling Report*

# CONTENTS

**1  Introduction and Background** .................................................................................................... **1**

**2  Project Location and Site Description** ........................................................................................ **1**

**3  Methods** ...................................................................................................................................... **2**

   3.1  Vegetation Survey ................................................................................................................ 2

   3.2  Soil Characterization and Mapping ..................................................................................... 2

      3.2.1  Baseline Mapping and Characterization ....................................................................... 2

      3.2.2  Supplemental Characterization (Rail Loadout Facility) ............................................... 3

**4  Results** ......................................................................................................................................... **3**

   4.1  Vegetation Survey ................................................................................................................ 3

      4.1.1  Rail Loadout Facility ................................................................................................... 4

      4.1.2  Processing Facility ....................................................................................................... 6

   4.2  Soil Characterization and Mapping ..................................................................................... 7

      4.2.1  Baseline Soil Characterization and Mapping ............................................................... 7

      4.2.2  Supplemental Characterization (Rail Loadout Facility) ............................................. 12

   4.3  Soil Reclamation Considerations ....................................................................................... 14

**5  Summary** ................................................................................................................................... **16**

**6  Literature Cited** ........................................................................................................................ **17**

# Appendices

Appendix A.  Maps
Appendix B.  Vegetation Survey Photographs
Appendix C.  Soil Survey Photographs, Data Forms, and Analytical Laboratory Results
Appendix D.  Cultural Resources Monitoring Results of Soil Sampling Activities

# Tables

Table 1. Vegetation Transect Sampling Summary for the Rail Loadout Facility Project Area ................... 4

Table 2. Plant Species Observed in the Rail Loadout Facility Project Area .................................................. 5

Table 3. Vegetation Transect Sampling Summary for the Processing Facility Project Area ...................... 6

Table 4. Plant Species Observed in the Processing Facility Project Area .................................................... 7

Table 5. U.S. Department of Agriculture-Natural Resources Conservation Service Map Units
        Previously Mapped within the Project Areas ................................................................................... 8

Table 6. Project Soil Map Units Identified and Delineated within the Project Areas .................................. 8

Table 7. Analytical Results of Soil Pit 01 in the Rail Loadout Facility Project Area .................................. 9

Table 8. Analytical Results of Soil Pit 02 in the Rail Loadout Facility Project Area ................................ 10

Table 9. Analytical Results of Soil Pit 03 in the Rail Loadout Facility Project Area ................................ 10

Table 10. Analytical Results of Soil Pit 12 in the Rail Loadout Facility Project Area .............................. 11

Table 11. Analytical Results of Soil Pit 04 in the Processing Facility Project Area .................................. 11

Table 12. Analytical Results of Soil Pit 05 in the Processing Facility Project Area .................................. 12

Table 13. Analytical Results of Electrical Conductivity in the Rail Loadout Facility Project Area .......... 13

Table 14. Vegetation Composition among Soil Types at the Rail Loadout Facility .................................. 13

Table 15. Limitations for Soil Reclamation ............................................................................................... 15

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

*This page intentionally left blank.*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# 1    INTRODUCTION AND BACKGROUND

Crystal Peak Minerals, Inc. requested that SWCA Environmental Consultants (SWCA) conduct vegetation surveys and soil sampling to support a Notice of Intent for a Large Mine Operation application for the proposed Sevier Playa Project in Millard County, Utah.

The Large Mine Operation application requires that soils and vegetation baseline data be included to determine existing conditions and reclamation procedures. The need to complete vegetation surveys and soil sampling was discussed between the Utah Division of Oil, Gas and Mining (UDOGM); Crystal Peak Minerals, Inc.; and Norwest (now Stantec) during a meeting on June 20, 2018. During this meeting, it was determined that vegetation surveys and soil sampling would occur at the proposed locations for the Processing Facility and Rail Loadout Facility and that surveying and sampling at the other proposed features off playa were not required because of the minimal and short durations of the disturbance at these features. At the Rail Loadout Facility and Processing Facility, the soil sampling would include taking a sample at each different soil type to determine potential growth medium potential. The vegetation survey would include completing transects across each of the different vegetation communities present at the Processing Facility and Rail Loadout Facility to determine percentage cover to help inform future reclamation procedures. The results of the survey are presented below.

SWCA conducted the vegetation surveys and soil sampling at the proposed Rail Loadout Facility and Processing Facility on July 13, 14, and 15, 2018. Appendix A provides a location map (Figure A-1), a vegetation transect map for each facility (Figures A-2 and A-4), and a soil pit location map for each facility (Figures A-3 and A-5). Appendix B provides photographs of the vegetation transects, Appendix C provides photographs of the soil pits, soil profile datasheets, and the soil sampling analytical results. Appendix D provides a technical memorandum of monitoring activities completed for cultural resources during soil pit excavations at the Rail Loadout Facility.

# 2    PROJECT LOCATION AND SITE DESCRIPTION

The proposed Rail Loadout Facility is located in Sections 17, 18, 19, and 20, Township 24 South, Range 10 West Salt Lake meridian on the Red Rock Knoll and Black Rock, Utah, U.S. Geological Survey (USGS) 7.5-minute quadrangles. The proposed Processing Facility is located in Section 16, Township 24 South, Range 12 West Salt Lake meridian on the Iron Mine Pass, Utah, USGS 7.5-minute quadrangle. The Rail Loadout Facility is located on lands administered by the Bureau of Land Management Fillmore Field Office in Millard County, Utah, and the Processing Facility is located on lands administered by the State of Utah School and Institutional Trust Lands Administration. The elevations of the proposed facilities range from 4,853 to 4,888 feet above mean sea level at the Rail Loadout Facility, and from 4,544 to 4,572 feet above mean sea level at the Processing Facility. The area topography is characterized by flats, low hills, and shallow drainages. Land cover types in the Project areas include Inter-Mountain Basins Greasewood Flat, Inter-Mountain Basins Mixed Salt Desert Scrub, Inter-Mountain Basins Semi-Desert Shrub Steppe, Inter-Mountain Basins Semi Desert Grassland, and Invasive Annual and Biennial Forbland (USGS National Gap Analysis Program 2004).

The *Soil Survey of the West Millard-Juab Area, Utah, Parts of Millard and Juab Counties* (U.S. Department of Agriculture [USDA] 2016) lists the proposed facilities as being within the Desert Gravelly Loam (Shadscale) and Desert Flat (Shadscale) ecological sites. Soils in the Project areas contain high amounts of calcium carbonate, and soil pH has previously been found to be mildly alkaline. The suitability of these soils for rangeland seeding is relatively poor and may be limited in some areas by low precipitation, restrictions on rooting depth, the presence of gravels and cobbles, and soil salinity (USDA 2016).

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# 3    METHODS

Survey methods were developed from prior UDOGM consultation (SWCA 2017a, 2017b) in order to provide detailed vegetation composition and soil data within the Project areas. Methods consisted of on-site surveys to quantify vegetation and collect soil samples for analysis at an independent analytical laboratory. Vegetation survey and soil sampling methods are detailed below.

## 3.1    Vegetation Survey

Twenty-seven 50-meter (m)-long vegetation sampling transect locations were established in ArcGIS for the Rail Loadout and Processing Facilities and uploaded to a handheld Trimble GeoXT global positioning system (GPS) unit. Seventeen transects were established within the Rail Loadout Facility (see Figure A-2) and ten transects were established within the Processing Facility (see Figure A-4). Five point-intercept locations were surveyed along each transect and point intercept locations were predetermined at 10-m intervals starting at 0 m. Transect placement was determined by the size of the proposed facilities and general vegetation composition to ensure that species composition and variability were sufficiently captured.

Vegetation composition and ground cover was measured using a standard Daubenmire frame (25 centimeters × 50 centimeters) at each point intercept location. Plant species and ground cover were recorded by percent cover, and photographs were taken of each transect. Comprehensive lists of plants observed and their relative abundance were recorded. The relative abundance of each species was determined by ocular estimation and was ranked in declining order of prevalence as Abundant, Common, Occasional, and Rare. *A Utah Flora* (Welsh et al. 2008) was the primary resource used in species identification.

## 3.2    Soil Characterization and Mapping

### 3.2.1    Baseline Mapping and Characterization

Full soil profile characterization was completed at six locations within each Project areas. A minimum of one soil pit was hand excavated to a depth of 36 inches within each of the five unique geomorphic surfaces identified within the Project areas. Four soil pits were excavated at the Rail Loadout Facility, and two soil pits were excavated at the Processing Facility. An SWCA archaeologist was present during all pit excavations conducted within the Rail Loadout Facility to monitor cultural resources (Appendix D). Each unique geomorphic surface is a landform of a distinct parent material and age and, therefore, has the potential to contain soils with distinct morphological characteristics (i.e., unique soil types) (Birkeland 1999). As possible, soil pits were co-located within vegetation sampling transects. Soils were morphologically characterized by horizon using standard USDA field methods (Schoeneberger et al. 2012) and classified according the USDA Keys to Soil Taxonomy (Soil Survey Staff 2015). Soil samples were collected within each master horizon (A, B, C horizons) from each of the six soil pits. In some cases, more than one sample was collected per master horizon to capture variability in soil physicochemical characteristics within that master horizon. Each soil sample was stored in a plastic bag and labeled with a unique field identifier. The location of each soil pit was recorded in the GPS unit. Unique soil types (soil map units) were delineated in the field using a Samsung tablet with Esri Collector software. Soils were delineated based on observations from morphological characterization at each soil pit and the respective geomorphic surface of each unique soil. Delineations were confirmed at the Rail Loadout Facility through the supplemental characterization (Section 3.2.2).

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Soil samples were submitted to Inter-Mountain Labs (Sheridan, Wyoming) for analysis of the following parameters:

- Soil texture
- pH
- Electrical conductivity
- Cation exchange capacity
- Sodium adsorption ratio (SAR)
- Organic matter
- Nitrogen (TKN)
- Phosphorus ($P_2O_5$), potassium ($K_2O$)
- Neutralization potential

### 3.2.2    Supplemental Characterization (Rail Loadout Facility)

Supplemental soil characterization was completed within select portions of the Rail Loadout Facility based the results of the baseline mapping and characterization (Section 4.2.1) and feedback from UDOGM representatives. The purpose of this additional characterization was to 1) confirm and refine delineation of soil map units, and 2) confirm the suitability of each soil type for plant growth media, specifically to identify salt limitations of select soil map units and horizons. Soil pits were located within previously delineated soil map units that were identified to be potentially suitable for reclamation. Six profiles were excavated (in addition to those excavated for baseline characterization), and soils were morphologically characterized following the methods described in Section 3.2.1. Characterization and sampling were completed only for those master horizons (A or B horizons) that were identified as potentially suitable for plant growth media, based on results from baseline characterization (Section 4.2.1). Master horizon soil samples were submitted to Inter-Mountain Labs (Sheridan, Wyoming) for electrical conductivity analysis.

Vegetation cover data (from Daubenmire frames) were compiled to identify differences in percent cover in salt-tolerant vegetation cover among the soil types at the Rail Loadout Facility.

# 4    RESULTS

## 4.1    Vegetation Survey

Vegetation surveys were conducted on June 14 and 15, 2018, and March 27, 2019. The vegetation sampling transects were used to quantify vegetation by species at each point intercept location. These data were then placed into four vegetation categories: shrubs, desirable forbs, desirable grasses, and weedy species. Non-vegetative ground cover categories consist of litter, rock, and bare ground. Weedy species consist of invasive or non-native species as designated in *Weeds of the West* (Whitson 1999). Vegetation sampling transect locations are shown in Figure A-2 and Figure A-4 in Appendix A. Photographs of vegetation transects are provided in Appendix B.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## 4.1.1    Rail Loadout Facility

The Rail Loadout Facility Project area is covered by two vegetation communities: Inter-Mountain Basins Mixed Salt Desert Scrub and Inter-Mountain Basins Greasewood Flat. Both communities have significant amounts of invasive, weedy vegetative cover, and sporadic barren areas interspersed between vegetation.

The Inter-Mountain Basins Mixed Salt Desert Scrub vegetation community is dominated by invasive species, mainly cheatgrass (*Bromus tectorum*) and saltlover (*Halogeton glomeratus*). Desirable species commonly found in this vegetation community include broom snakeweed (*Gutierrezia sarothrae*), greasewood (*Sarcobatus vermiculatus*), green molly (*Bassia americana*), and James' galleta (*Hilaria jamesii*). Weedy species that commonly occur in this vegetation community include burningbush (*Bassia scoparia*), clasping pepperweed (*Lepidium perfoliatum*), tubercled crowfoot (*Ranunculus testiculatus*), prickly Russian thistle (*Salsola tragus*), tall tumblemustard (*Sisymbrium altissimum*), and African mustard (*Strigosella africana*).

The Inter-Mountain Basins Greasewood Flat vegetation community consists of large barren areas covered in invasive vegetation, interspersed with small areas of halophytic vegetation. Greasewood and green molly are the most abundant desirable species included in this community. Common weedy species found in this community include saltlover and cheatgrass.

Table 1 summarizes the average percent cover of vegetative and non-vegetative ground cover categories for vegetation communities sampled during the field survey in the Rail Loadout Facility.

**Table 1. Vegetation Transect Sampling Summary for the Rail Loadout Facility Project Area**

| Cover Type | Average Percent Cover by Community | |
|---|---|---|
| | Mixed Salt Desert Scrub | Greasewood Flat |
| Shrubs | 5.1 | 1.0 |
| Desirable forbs | 0.3 | 0.0 |
| Desirable grasses | 4.3 | 0.0 |
| **Total desirable vegetation** | **9.7** | **1.0** |
| Weedy species | 20.2 | 8.8 |
| Litter | 10.4 | 7.5 |
| Rock | 12.4 | 10.8 |
| Moss | 3.4 | 0.0 |
| Bare ground | 43.9 | 71.9 |
| **Total** | **100.0** | **100.0** |

Table 2 provides a comprehensive list of all plant species observed during the survey in the Rail Loadout Facility. The relative abundance of each species was determined by ocular estimation and ranked in declining order of prevalence as Abundant, Common, Occasional, and Rare.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## Table 2. Plant Species Observed in the Rail Loadout Facility Project Area

| Scientific Name | Common Name | Relative Abundance by Community* | |
|---|---|---|---|
| | | Mixed Salt Desert Scrub | Greasewood Flat |
| **Shrubs and Subshrubs** | | | |
| *Allenrolfea occidentalis* | Iodinebush | – | R |
| *Atriplex confertifolia* | Shadscale saltbush | O | R |
| *Chrysothamnus viscidiflorus* | Yellow rabbitbrush | O | – |
| *Eriogonum shockleyi* | Shockley's wild buckwheat | R | – |
| *Gutierrezia sarothrae* | Broom snakeweed | C | – |
| *Kochia americana* | Green molly | R | – |
| *Picrothamnus desertorum* | Budsage | R | – |
| *Sarcobatus vermiculatus* | Greasewood | C | A |
| *Tetradymia spinosa* | Shortspine horsebrush | O | – |
| **Forbs** | | | |
| *Calochortus nuttallii* | Sego lily | C | – |
| *Descurainia pinnata* | Western tansymustard | R | – |
| *Erodium cicutarium*[†] | Redstem stork's bill | O | – |
| *Halogeton glomeratus*[†] | Saltlover | A | A |
| *Bassia americana* | Green molly | C | C |
| *Bassia scoparia*[†] | Burningbush | C | O |
| *Lepidium perfoliatum*[†] | Clasping pepperweed | C | R |
| *Opuntia polyacantha* | Plains pricklypear | R | – |
| *Ranunculus testiculatus*[†] | Tubercled crowfoot | C | – |
| *Salsola tragus*[†] | Prickly Russian thistle | C | O |
| *Sisymbrium altissimum*[†] | Tall tumblemustard | C | O |
| *Sphaeralcea grossulariifolia* | Gooseberryleaf globemallow | O | – |
| *Strigosella africana*[†] | African mustard | C | O |
| **Grasses** | | | |
| *Achnatherum hymenoides* | Indian ricegrass | O | - |
| *Aristida purpurea* | Purple threeawn | O | - |
| *Bromus tectorum*[†] | Cheatgrass | A | C |
| *Hesperostipa comata* | Needle and thread grass | O | - |
| *Hilaria jamesii* | James' galleta | C | - |

Note: Plant names follow Welsh et al. (2008).
* Abundance rank: A = Abundant; C = Common; O = Occasional; R = Rare
[†] Invasive species

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## 4.1.2    *Processing Facility*

The Processing Facility Project area contains of two distinct vegetation communities: Inter-Mountain Basins Mixed Salt Desert Scrub and Invasive Annual and Biennial Forbland. The Inter-Mountain Basins Mixed Salt Desert Scrub vegetation community has significant amounts of invasive vegetative cover and sporadic barren areas between vegetative growth. Invasive Annual and Biennial Forbland vegetation communities have a distinct lack of vegetative cover and current vegetative cover mainly consists of invasive species. Both communities lack a diversity of species.

The Inter-Mountain Basins Mixed Salt Desert Scrub community is dominated by invasive species, mainly cheatgrass. Common desirable species in this community consist of shadscale saltbush (*Atriplex confertifolia*), budsage (*Picrothamnus desertorum*), and gooseberryleaf globemallow (*Sphaeralcea grossulariifolia*).

The Invasive Annual and Biennial Forbland community has a noticeable lack of vegetation, and only two species were found in this area. Surveys found around 10% vegetative cover to be present in this community, with almost 9% of this made up of the invasive species saltlover. Shadscale also occurs in this community, but the relative abundance of this species was rare.

Table 3 provides a summary of the average percent cover of vegetative and non-vegetative ground cover categories for each transect measured during the field survey in the Processing Facility.

**Table 3. Vegetation Transect Sampling Summary for the Processing Facility Project Area**

| Cover Type | Average Percent Cover by Community | |
|---|---|---|
| | **Mixed Salt Desert Scrub** | **Invasive Annual and Biennial Forbland** |
| Shrubs | 2.6 | 1.0 |
| Desirable forbs | 0.2 | 0.0 |
| Desirable grasses | 0.3 | 0.0 |
| **Total desirable vegetation** | **3.1** | **1.0** |
| Weedy species | 10.6 | 8.8 |
| Litter | 43.2 | 7.5 |
| Rock | 12.8 | 10.8 |
| Bare ground | 30.3 | 71.9 |
| **Total** | **100.0** | **100.0** |

Table 4 provides a comprehensive list of all plant species observed during the survey in the Processing Facility. The relative abundance of each species was determined by ocular estimation and was ranked in declining order of prevalence as Abundant, Common, Occasional, and Rare.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table 4. Plant Species Observed in the Processing Facility Project Area**

| Scientific Name | Common Name | Relative Abundance by Community* | |
|---|---|---|---|
| | | Mixed Salt Desert Scrub | Invasive Annual and Biennial Forbland |
| **Shrubs and Subshrubs** | | | |
| *Atriplex confertifolia* | Shadscale saltbush | C | R |
| *Picrothamnus desertorum* | Budsage | C | – |
| **Forbs** | | | |
| *Euphorbia fendleri* | Fendler's sandmat | R | – |
| *Halogeton glomeratus*† | Saltlover | C | A |
| *Salsola tragus*† | Prickly Russian thistle | O | – |
| *Sisymbrium altissimum*† | Tall tumblemustard | O | – |
| *Sphaeralcea grossulariifolia* | Gooseberryleaf globemallow | C | – |
| **Grasses** | | | |
| *Achnatherum hymenoides* | Indian ricegrass | R | – |
| *Bromus tectorum*† | Cheatgrass | A | – |
| *Elymus elymoides* | Bottlebrush squirreltail | R | – |
| *Hilaria jamesii* | James' galleta | O | – |

*Note:* Plant names follow Welsh et al. (2008).

* Abundance rank: A = Abundant; C = Common; O = Occasional; R = Rare

† Invasive species

# 4.2    Soil Characterization and Mapping

## 4.2.1    Baseline Soil Characterization and Mapping

Six soil profiles within hand-excavated pits were morphologically characterized within the Project areas during two survey sessions, July 13 to 15, 2018, and March 24, 2019. Soil samples were collected for all major horizons identified within the upper 36 inches of each profile, and soil samples were submitted for laboratory analyses. Soils were taxonomically classified based on the results of field observations and laboratory analyses. Unique soil types were initially delineated in the field using a Samsung tablet and Esri Collector software, and delineations were subsequently revised based on interpretations of soil profile and laboratory analysis data. Soil pit locations and delineated soil map units are shown on Figure A-3 and Figure A-5 in Appendix A. Photographs of soil profiles, soil analytical laboratory results, and soil profile morphological characterization datasheets are provided in Appendix C.

Two soil map units were previously delineated by the USDA-Natural Resources Conservation Service (NRCS) within the Project areas: 1) the Dera-Dera sandy loam families association and 2) the Uvada-Skumpah families association (USDA 2016) (Table 5). The Order 3 mapping completed by the USDA-NRCS is composed of composite map units called associations, which include multiple unique soil types that occur together within the landscape. The Order 2 soil mapping provided in this report delineates individual soil types, thereby providing a more detailed mapping scale.

*Rail Loadout and Processing Facilities Vegetation Surveys and Soil Sampling Report*

**Table 5. U.S. Department of Agriculture-Natural Resources Conservation Service Map Units Previously Mapped within the Project Areas**

| USDA-NRCS Soil Map Unit | USDA Soil Taxonomic Classification | Diagnostic Horizons or Characteristic Features | Brief Map Unit Description | Corresponding Ecological Sites |
|---|---|---|---|---|
| Dera-Dera sandy loam families association | *Dera Series:* Loamy-skeletal, carbonatic, mesic Typic Haplocalcids | *Dera Series:* <br>- Ochric epipedon <br>- Calcic horizon <br>- ≥ 35% coarse fragments, Loamy-skeletal particle size | Setting: Alluvial fans, fan terraces, fan skirts, colluvial slopes <br><br>Natural drainage class: Well drained | Desert Gravelly Loam (Shadscale), Desert Gravelly Sandy Loam (Indian Ricegrass) |
| Uvada-Skumpah families association | *Uvada Series:* Fine, smectitic, mesic Typic Natrargids <br><br>*Skumpah Series:* Fine-silty, mixed, active, mesic Typic Natrargids | *Uvada Series:* <br>- Ochric epipedon <br>- Natric horizon <br>- < 35% coarse fragments, Fine particle size <br><br>*Skumpah Series:* <br>- Ochric epipedon <br>- Natric horizon <br>- < 35% coarse fragments, Fine-silty particle size | Setting: Lake/deltaic sediments, alluvial flats, lake plains, lake terraces and alluvial fans <br><br>Natural drainage class: Well to moderately well-drained | Desert Flat (Shadscale), Alkali Flat (Black Greasewood) |

Source: U.S. Department of Agriculture, Natural Resources Conservation Service (2016).

None of the soil types previously mapped by the USDA-NRCS (as shown in Table 5) were identified in the Project areas. Therefore, all map units identified and delineated for this report (hereafter called Project soil map units) were developed and named according to unique soil taxonomic classifications. Descriptions of Project area soil map units are provided in Table 6, and a map of Project area soil map units is provided in Appendix A. A summary of the soil morphological characteristics and analytical soil sampling results are provided for each Project area in the sections below.

**Table 6. Project Soil Map Units Identified and Delineated within the Project Areas**

| Project Soil Map Unit | Fully Characterized Soil Pit(s) and Facility | USDA Soil Taxonomic Classification | Diagnostic Horizons/Features | Brief Map Unit Description |
|---|---|---|---|---|
| **FL-TypHc** | P01, Rail Loadout Facility <br> P04, Processing Facility | Fine-loamy, mixed, mesic Typic Haplocambid | - Ochric epipedon <br> - Cambic horizon <br> - <1 to 17% coarse fragments, fine-loamy particle size | Setting: Inset fan (Alluvial Fan or Fan Skirt) (0% slope) <br><br> Natural drainage class: Well drained |
| **LS-TypHc** | P02, Rail Loadout Facility <br> P12, Rail Loadout Facility | Loamy-skeletal, mixed, mesic Typic Haplocambid | - Ochric epipedon <br> - Cambic horizon <br> - Up to 75% coarse fragments, loamy-skeletal particle size with some phases of soil exhibiting a coarse loamy particle size with fewer coarse fragments (Pit 09) | Setting: Inset fan (Alluvial Fan) (0% slope) (0–1% slope) <br><br> Natural drainage class: Well drained |
| **F-AqNat** | P03, Rail Loadout Facility | Fine, mixed, mesic Aquic Natrargid | - Ochric epipedon <br> - Natric horizon <br> - <1% coarse fragments, fine particle size | Setting: Margin of alluvial flat (0% slope) <br><br> Natural drainage class: Moderately well drained |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

*Rail Loadout and Processing Facilities Vegetation Surveys and Soil Sampling Report*

**Table 6. Project Soil Map Units Identified and Delineated within the Project Areas**

| Project Soil Map Unit | Fully Characterized Soil Pit(s) and Facility | USDA Soil Taxonomic Classification | Diagnostic Horizons/Features | Brief Map Unit Description |
|---|---|---|---|---|
| **F-TypHc** | P05, Processing Facility | Fine, mixed, mesic Typic Haplocambid | - Ochric epipedon<br>- Cambic horizon<br>- <1% coarse fragments, fine particle size | Setting: Depression upgradient of a man-made berm (Fan Skirt) (0% slope)<br><br>Natural drainage class: Well drained |

## 4.2.1.1     RAIL LOADOUT FACILITY

The A horizon (ochric epipedon) in Soil Pit 01 was sampled from 0 to 4 inches and contained few fine roots, less than 1% coarse fragments by volume, and a Munsell hue value/chroma reading of 10 YR 5/3 (Table 7). The Bw horizon (diagnostic cambic horizon) was sampled from 4 to 36 inches deep and contained few fine roots, less than 1% coarse fragments by volume, and a Munsell hue value/chroma reading of 7.5 YR 5/4. The soil was classified as a Fine-loamy, mixed, mesic Typic Haplocambid and is mapped as Project Soil Map Unit FL-TypHc and delineated along an inset fan.

**Table 7. Analytical Results of Soil Pit 01 in the Rail Loadout Facility Project Area**

| Soil Parameter | A Horizon | Bw Horizon | Units |
|---|---|---|---|
| Texture | Sandy Loam | Clay Loam | Uniform soil classification |
| pH | 8.9 | 8.0 | @ 25ºC, pH units |
| Electrical conductivity | 1.71 | 15.6 | deciSiemens per meter |
| Cation exchange capacity | 10.7 | 29.1 | Milliequivalents per 100 g of soil |
| Sodium adsorption rate (SAR) | 15.2 | 43.9 | N/A |
| Percent organic matter | 1.1 | 0.9 | Total volatile solids as % of total sample |
| Nitrogen (TKN) | 0.04 | 0.06 | % of sample |
| Phosphorus (as $P_2O_5$) | 886 | 1,070 | Parts per million |
| Potassium (as $K_2O$) | 4,690 | 6,410 | Parts per million |
| Neutralization potential | 118 | 185 | Tons per 1,000 tons |

The A horizon (ochric epipedon) in Soil Pit 02 was sampled from 0 to 6 inches deep, and contained common fine and coarse roots, 12% - 13% coarse fragments by volume, and a Munsell hue value/chroma reading of 10YR 4/3 (Table 8). The Bw horizon (diagnostic cambic horizon) was sampled from 6 to 36 inches deep, and contained few coarse roots, 50% coarse fragments by volume, and a Munsell hue value/chroma reading of 7.5 YR 5/4. The soil was classified as a Loamy-skeletal, mixed, mesic Typic Haplocambid and is mapped as Project Soil Map Unit LS-TypHc and delineated along an inset fan.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

*Rail Loadout and Processing Facilities Vegetation Surveys and Soil Sampling Report*

**Table 8. Analytical Results of Soil Pit 02 in the Rail Loadout Facility Project Area**

| Soil Parameter | A Horizon | Bw Horizon | Units |
|---|---|---|---|
| Texture | Sandy Loam | Sandy Loam | Uniform soil classification |
| pH | 8.1 | 8.4 | @ 25ºC, pH units |
| Electrical conductivity | 0.47 | 0.86 | deciSiemens per meter |
| Cation exchange capacity | 13.3 | 9.41 | Milliequivalents per 100 g of soil |
| Sodium adsorption rate (SAR) | 0.25 | 4.09 | N/A |
| Percent organic matter | 0.8 | 0.5 | Total volatile solids as % of total sample |
| Nitrogen (TKN) | 0.06 | 0.04 | % of sample |
| Phosphorus (as $P_2O_5$) | 1,080 | 522 | Parts per million |
| Potassium (as $K_2O$) | 4,880 | 3,300 | Parts per million |
| Neutralization potential | 97 | 119 | Tons per 1,000 tons |

The A horizon in Soil Pit 03 (ochric epipedon) was sampled from 0 to 4 inches deep, contained no roots, less than 1% coarse fragments by volume, and a Munsell hue value/chroma reading of 7.5 YR 5/3 (Table 9). The Bn1 horizon (diagnostic natric horizon) was sampled from 4 to 17 inches deep, contained no roots, less than 1% coarse fragments by volume, visible clay films, and a Munsell hue value/chroma reading of 7.5 YR 4/3. The Bn2 horizon (diagnostic natric horizon) was sampled from 17 to 36 inches deep, contained no roots, less than 1% coarse fragments by volume, visible clay films and a Munsell hue value/chroma reading of 7.5 YR 5/3. The Bn2 horizon also contained redoximorphic features, specifically concentrations in the matrix with a Munsell hue value/chroma reading of 5YR 4/6. The soil was classified as a Fine, mixed, mesic Aquic Natrargid and is mapped as Project Soil Map Unit F-AqNat and delineated along the margin of an alluvial flat.

**Table 9. Analytical Results of Soil Pit 03 in the Rail Loadout Facility Project Area**

| Soil Parameter | A Horizon | Bn1 Horizon | Bn2 Horizon | Units |
|---|---|---|---|---|
| Texture | Silty Clay | Silty Clay | Silty Clay | Uniform soil classification |
| pH | 7.9 | 7.8 | 8.1 | @ 25ºC, pH units |
| Electrical conductivity | 48.4 | 45.0 | 28.6 | deciSiemens per meter |
| Cation exchange capacity | 30.5 | 32.7 | 34.0 | Milliequivalents per 100 g of soil |
| Sodium adsorption rate (SAR) | 90.1 | 76.6 | 43.9 | N/A |
| Percent organic matter | 1.5 | 0.9 | 0.6 | Total volatile solids as % of total sample |
| Nitrogen (TKN) | 0.08 | 0.05 | 0.04 | % of sample |
| Phosphorus (as $P_2O_5$) | 1,560 | 1,380 | 1,150 | Parts per million |
| Potassium (as $K_2O$) | 9,780 | 8,140 | 6,480 | Parts per million |
| Neutralization potential | 191 | 169 | 163 | Tons per 1,000 tons |

The A horizon in Soil Pit 12 (ochric epipedon) was sampled from 0 to 4 inches deep, contained few fine roots, 10% coarse fragments by volume, and a Munsell hue value/chroma reading of 10YR 5/3 (Table 10). The Bw1 horizon (diagnostic cambic horizon) was delineated from 4 to 13 inches deep, contained

few fine roots, 5% coarse fragments by volume, and a Munsell hue value/chroma reading of 10YR 5/2. The Bw2 horizon was delineated from 13 to 19 inches deep, contained no roots, 30% coarse fragments by volume, and a Munsell hue value/chroma reading of 7.5 YR 5/2. The Bw3 horizon was delineated from 19 to 36 inches deep, contained no roots, 75% coarse fragments by volume, and a Munsell hue value/chroma reading of 7.5 YR 5/3. The entire B horizon was consolidated as a single soil sample for physicochemical analysis. The soil was classified as a Loamy-skeletal, mixed, mesic Typic Haplocambid, and delineated within a single fan remnant.

**Table 10. Analytical Results of Soil Pit 12 in the Rail Loadout Facility Project Area**

| Soil Parameter | A Horizon | Bw Horizon | Units |
|---|---|---|---|
| Texture | Loam | Sandy Clay Loam | Uniform soil classification |
| pH | 8.1 | 7.7 | @ 25ºC, pH units |
| Electrical conductivity | 0.51 | 3.36 | deciSiemens per meter |
| Cation exchange capacity | 19.3 | 21.9 | Milliequivalents per 100 g of soil |
| Sodium adsorption rate (SAR) | 4.92 | 12.2 | N/A |
| Percent organic matter | 2.4 | 1.0 | Total volatile solids as % of total sample |
| Nitrogen (TKN) | 0.05 | 0.01 | % of sample |
| Phosphorus (as $P_2O_5$) | 1370 | 607 | Parts per million |
| Potassium (as $K_2O$) | 7640 | 4910 | Parts per million |
| Neutralization potential | 70.3 | 94.9 | Tons per 1,000 tons |

## 4.2.1.2    PROCESSING FACILITY

The A horizon (ochric epipedon) in Soil Pit 04 was sampled from 0 to 8 inches deep, and contained few fine roots, 17% coarse fragments by volume, and a Munsell hue value/chroma reading of 10 YR 5/3 (Table 11). The Bw horizon (diagnostic cambic horizon) was sampled from 8 to 36 inches deep, and contained no roots, 14% coarse fragments by volume, and a Munsell hue value/chroma reading of 7.5 YR 6/3. 5% of the coarse fragments in the B horizon were >4 inch cobbles. The soil was classified as Fine-loamy, mixed, mesic Typic Haplocambid and mapped as Project Soil Map Unit FL-TypHc. The soil was delineated along an inset fan of the fan skirt.

**Table 11. Analytical Results of Soil Pit 04 in the Processing Facility Project Area**

| Soil Parameter | A Horizon | Bw Horizon | Units |
|---|---|---|---|
| Texture | Sandy Loam | Sandy Clay Loam | Uniform soil classification |
| pH | 7.9 | 8.7 | @ 25ºC, pH units |
| Electrical conductivity | 7.63 | 1.97 | deciSiemens per meter |
| Cation exchange capacity | 14.9 | 14.8 | Milliequivalents per 100 g of soil |
| Sodium adsorption rate (SAR) | 13.6 | 20.7 | N/A |
| Percent organic matter | 1.6 | 0.9 | Total volatile solids as % of total sample |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table 11. Analytical Results of Soil Pit 04 in the Processing Facility Project Area**

| Soil Parameter | A Horizon | Bw Horizon | Units |
|---|---|---|---|
| Nitrogen (TKN) | 0.06 | 0.05 | % of sample |
| Phosphorus (as $P_2O_5$) | 1,170 | 637 | Parts per million |
| Potassium (as $K_2O$) | 5,760 | 4,860 | Parts per million |
| Neutralization potential | 227 | 285 | Tons per 1,000 tons |

The A horizon in Soil Pit 05 (ochric epipedon) was sampled from 0 to 6 inches deep, and contained very few fine roots, less than 1% coarse fragments by volume, and a Munsell hue value/chroma reading of 10YR 6/3 (Table 12). The Bw horizon (diagnostic cambic horizon) was sampled from 6 to 36 inches deep, and contained no roots, less than 1% coarse fragments by volume, and a Munsell hue value/chroma reading of 10 YR 7/3. The soil was classified as Fine, mixed, mesic Typic Haplocambid and is mapped as Project Soil Map Unit F-TypHc and delineated within a depression upgradient of a man-made berm within the fan skirt.

**Table 12. Analytical Results of Soil Pit 05 in the Processing Facility Project Area**

| Soil Parameter | A Horizon | Bw Horizon | Units |
|---|---|---|---|
| Texture | Loam | Clay | Uniform soil classification |
| pH | 8.7 | 8.0 | @ 25ºC, pH units |
| Electrical conductivity | 3.01 | 20.4 | deciSiemens per meter |
| Cation exchange capacity | 18.4 | 30.2 | Milliequivalents per 100g of soil |
| Sodium adsorption rate (SAR) | 19.0 | 52.0 | N/A |
| Percent organic matter | 1.7 | 0.8 | % of sample |
| Nitrogen (TKN) | 0.1 | 0.07 | % of sample |
| Phosphorus (as $P_2O_5$) | 1,600 | 1,200 | Parts per million |
| Potassium (as $K_2O$) | 7,400 | 9,370 | Parts per million |
| Neutralization potential | 333 | 403 | Tons per 1,000 tons |

## 4.2.2    Supplemental Characterization (Rail Loadout Facility)

Six soil profiles (within soil pits hand excavated to a maximum depth of 18 to 36 inches) in select portions of the Rail Loadout Facility were morphologically characterized and sampled, during March 22–24, 2019. Only those master horizons from soil map units that were identified as potentially suitable were sampled and analyzed for electrical conductivity. Soils were taxonomically classified based on field observations and correlated to the map units described in Section 4.2.1. This supplemental characterization helped refine and revise delineation of soil map units (supporting results from Section 4.2.1.1) and identify salt limitations for potential soil reclamation (Section 4.3). Photographs of soil profiles, soil analytical laboratory results, and soil profile morphological characterization datasheets are provided in Appendix C. Electrical conductivity for all soil pits and sampled horizons (including baseline and supplemental characterization surveys) from the Rail Loadout Facility are provided in Table 13.

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.750    Page 386 of 954

*Rail Loadout and Processing Facilities Vegetation Surveys and Soil Sampling Report*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table 13. Analytical Results of Electrical Conductivity in the Rail Loadout Facility Project Area**

| Soil Pit, Project Soil Map Unit | Survey Effort | Vegetation | A horizon Electrical Conductivity (deciSiemens per meter) | B horizon Electrical Conductivity (deciSiemens per meter) | B2 horizon Electrical Conductivity (deciSiemens per meter) |
|---|---|---|---|---|---|
| Pit 03, F-AqNat | Baseline | Greasewood Flat | 48.4 | 45 | 28.6 |
| Pit 09, FL-TypHc | Supplemental | Mixed Salt Desert Scrub | 0.72 | 16.7 | |
| Pit 01, FL-TypHc | Baseline | Mixed Salt Desert Scrub | 1.71 | 15.6 | |
| Pit 06, FL-TypHc | Supplemental | Mixed Salt Desert Scrub | 1.04 | Not Sampled | |
| Pit 07, FL-TypHc | Supplemental | Mixed Salt Desert Scrub | 0.79 | Not Sampled | |
| Pit 08, FL-TypHc | Supplemental | Mixed Salt Desert Scrub | 1.39 | Not Sampled | |
| Pit 10, FL-TypHc | Supplemental | Mixed Salt Desert Scrub | 1.06 | 10.4 | |
| Pit 02, LS-TypHc | Baseline | Mixed Salt Desert Scrub | 0.47 | 0.86 | |
| Pit 12, LS-TypHc | Baseline | Mixed Salt Desert Scrub | 0.51 | 3.36 | |
| Pit 11, LS-TypHc | Supplemental | Mixed Salt Desert Scrub | 0.67 | 0.93 | |

Vegetation cover data were compiled to identify differences in percent cover of salt-tolerant vegetation cover among the project soil map units at the Rail Loadout Facility (Table 14). For the purposes of this analysis, salt-tolerant species included those species within the Chenopodiaceae family. The F-AqNat map unit had 9.7% vegetation cover, all of which was from salt-tolerant vegetation species. The FL-TypHc had 27.8% vegetation cover, with 10.9% of the cover being salt-tolerant species. The LS-TypHc had 32.2% vegetation cover, with 4.5% being salt-tolerant species.

**Table 14. Vegetation Composition among Soil Types at the Rail Loadout Facility**

| Project Soil Map Unit | Dominant Species | Growth Form | Percent Cover | Salt Tolerant* |
|---|---|---|---|---|
| F-AqNat | *Halogeton glomeratus*, saltlover[†] | Forbs | 8.7% | Yes |
| | *Sarcobatus vermiculatus*, greasewood | Shrubs and Subshrubs | 1.0% | Yes |
| FL-TypHc | *Halogeton glomeratus*, saltlover[†] | Forbs | 5.4% | Yes |
| | *Bromus tectorum*, cheatgrass[†] | Grasses | 5.4% | |
| | *Ranunculus testiculatus*, tubercled crowfoot[†] | Forbs | 4.1% | |
| | *Gutierrezia sarothrae*, broom snakeweed | Shrubs and Subshrubs | 3.2% | |
| | *Atriplex confertifolia*, shadscale saltbush | Shrubs and Subshrubs | 3.0% | Yes |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table 14. Vegetation Composition among Soil Types at the Rail Loadout Facility**

| Project Soil Map Unit | Dominant Species | Growth Form | Percent Cover | Salt Tolerant* |
|---|---|---|---|---|
| | *Sarcobatus vermiculatus*, greasewood | Shrubs and Subshrubs | 1.9% | Yes |
| | *Sisymbrium altissimum*, tall tumblemustard[†] | Forbs | 1.3% | |
| | *Strigosella africana*, African mustard[†] | Forbs | 1.2% | |
| | *Hilaria jamesii*, James' galleta | Grasses | 1.0% | |
| | *Kochia americana*, green molly | Shrubs and Subshrubs | 0.6% | Yes |
| | *Descurainia pinnata*, western tansymustard | Forbs | 0.6% | |
| | *Erodium cicutarium*, redstem stork's bill[†] | Forbs | 0.1% | |
| | *Lepidium perfoliatum*, clasping pepperweed[†] | Forbs | 0.1% | |
| LS-TypHc | *Bromus tectorum*, cheatgrass[†] | Grasses | 14.3% | |
| | *Hilaria jamesii*, James' galleta | Grasses | 5.9% | |
| | *Erodium cicutarium*, redstem stork's bill[†] | Forbs | 3.9% | |
| | *Halogeton glomeratus*, saltlover[†] | Forbs | 3.7% | Yes |
| | *Aristida purpurea*, purple threeawn | Grasses | 2.1% | |
| | *Ranunculus testiculatus*, tubercled crowfoot[†] | Forbs | 0.6% | |
| | *Atriplex confertifolia*, shadscale saltbush | Shrubs and Subshrubs | 0.6% | Yes |
| | *Sisymbrium altissimum*, tall tumblemustard[†] | Forbs | 0.3% | |
| | *Chrysothamnus viscidiflorus*, yellow rabbitbrush | Shrubs and Subshrubs | 0.3% | |
| | *Gutierrezia sarothrae*, broom snakeweed | Shrubs and Subshrubs | 0.2% | |
| | *Salsola tragus*, prickly Russian thistle[†] | Forbs | 0.1% | Yes |
| | *Calochortus nuttallii*, Sego lily | Forbs | 0.1% | |

* For the purposes of this analysis, salt tolerant species included those species within the Chenopodiaceae family.

[†] Invasive species

## 4.3    Soil Reclamation Considerations

Soil laboratory results from both the Rail Loadout and Processing Facilities portions of the Project area were compared with standards for soils and overburden set forth by the Utah Department of Natural Resources Division of Oil, Gas, and Mining (2008) to identify potential limitations for soil reclamation. Limitations considered in this analysis were pH, electrical conductivity, SAR, and texture. A summary of limitations (poor and unacceptable ratings) for soil horizons from each of the 12 soil pits, including 1) six baseline characterization soil pits and 2) data from select horizons and analyses from the six supplemental characterization soil pits are shown in Table 15. The most limiting factor for most soils was elevated salt concentrations, as indicated by poor or unacceptable ratings for SAR and electrical conductivity. Soil pH and texture may also be limiting factors for some soils.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

The nature and magnitude of soil limitations varied by project soil map unit and horizon at each facility. At the Rail Loadout Facility, the F-AqNat map unit at the Rail Loadout Facility had "unacceptable" ratings for electrical conductivity and SAR, and "poor" ratings for texture in both the A and B horizons. The FL-TypHc map unit had "poor" ratings for pH and SAR within some A horizons, and some B horizons had "unacceptable" ratings for electrical conductivity and SAR. The LS-TypHc map unit at the Rail Loadout Facility had a "poor" rating for SAR in the B horizon and no limitations within the A horizons. The Processing Facility's F-TypHc and FL-TypHc project map units had "poor" ratings for SAR and pH within the A horizons, and B horizons had "unacceptable" ratings for SAR and electrical conductivity, and "poor" ratings for texture and pH.

Vegetation composition may also be used to make interpretations regarding the potential suitability of soils for reclamation. Supplemental characterization at the Rail Loadout Facility (Section 4.2.2), indicates that the most salt-affected soils have the greatest cover by salt-tolerant species (see Table 14). Salt-tolerant species provided all vegetation cover within the F-AqNat soil map unit (9.7%), which has the greatest salt concentrations. The FL-TypHc map unit, with salt-affected B horizons and moderate salt concentrations in A horizons, had 10.9% salt-tolerant vegetation cover (of the 27.8% total cover). The LS-TypHc map unit, the least salt-affected soil type, had the lowest salt-tolerant vegetation cover (4.5% of the 32.2% total cover).

Salt limitations should be considered during the reclamation planning and execution process, as elevated salt concentrations may strongly inhibit revegetation potential within the Project areas. Additional soil amendments may be needed to increase availability of soil nutrients such as nitrogen, phosphorus, or potassium; however, the fertilization requirements will be determined based on the selected planting palette.

## Table 15. Limitations for Soil Reclamation

| Facility | Project Soil Map Unit | Soil Pit | A Horizon Suitability Limitations* and *Horizon Depth* | B Horizon(s) Suitability Limitations* and *Horizon Depth* |
|---|---|---|---|---|
| Rail Loadout Facility | F-AqNat | Pit 03 | Electrical conductivity (unacceptable), SAR (unacceptable), texture (poor) *0–4 inches* | Electrical conductivity (unacceptable), SAR (unacceptable), texture (poor) *4–36 inches* |
| | FL-TypHc | Pit 01 | pH (poor), SAR (poor) *0–4 inches* | Electrical conductivity (unacceptable), SAR (unacceptable) *4–36 inches* |
| | | Pit 06[†] | None *0–5 inches* | Not sampled |
| | | Pit 07[†] | None *0–4 inches* | Not sampled |
| | | Pit 08[†] | None *0–4 inches* | Not sampled |
| | | Pit 09[†] | None *0–5 inches* | Electrical conductivity (unacceptable) *5–36 inches* |
| | | Pit 10[†] | None *0–4 inches* | Electrical conductivity (poor) *4–36 inches* |
| | LS-TypHc | Pit 02 | None *0–6 inches* | None *6–36 inches* |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table 15. Limitations for Soil Reclamation**

| Facility | Project Soil Map Unit | Soil Pit | A Horizon Suitability Limitations* and *Horizon Depth* | B Horizon(s) Suitability Limitations* and *Horizon Depth* |
|---|---|---|---|---|
| | | Pit 12 | None *0–4 inches* | SAR (poor) *4–36 inches* |
| | | Pit 11† | None *0–5 inches* | None *5–36 inches* |
| Processing Facility | FL-TypHc | Pit 04 | SAR (poor) *0–8 inches* | pH (poor), SAR (unacceptable) *8–36 inches* |
| | F-TypHc | Pit 05 | pH (poor), SAR (poor) *0–6 inches* | Electrical conductivity (unacceptable), SAR (unacceptable), texture (poor) *6–36 inches* |

* Suitability limitations from Utah Department of Natural Resources Oil, Gas, and Mining (2008)
† Supplemental survey, includes only electrical conductivity analyses on select soil horizons.

# 5   SUMMARY

Vegetation composition and soil analyses data presented in this report are intended to help inform future vegetation management and reclamation and revegetation planning.

- In the Rail Loadout Facility Project area, desirable vegetation cover varied between 11% in the Inter-Mountain Basins Mixed Salt Desert Scrub community and 1% in the Inter-Mountain Basins Greasewood Flat community. In the Processing Facility Project area, desirable vegetation cover varied between 3.1% in the Mixed Salt Desert Scrub community and 1% in the Invasive Annual and Biennial Forbland community. Across both facility Project areas, the higher percent cover of weedy species, as well as the large amount of bare ground, could present challenges for future management and reclamation planning.

- A total of four unique soil map units were identified within the Project areas and delineated according to geomorphology and soil morphological characteristics. All soils were derived from mixed alluvium, with textures ranging from clay soils (with negligible coarse fragments) to sandy loam soils (with up to 75% coarse fragments). None of the soils matched soil map units previously delineated by the USDA-NRCS and, therefore, all Project soil map units for this effort were developed and named according to soil taxonomy. Three of the map units were Typic Haplocambids (of varying soil textures) and one soil map unit was an Aquic Natrargid.

- Soil laboratory data were interpreted for potential limitations to soil reclamation and revegetation. The most limiting factor for most soils were the elevated salt concentrations, as indicated by poor or unacceptable ratings for SAR and electrical conductivity. Soil pH and texture may also be limiting factors for some soils. For the Rail Loadout Facility, supplemental characterization further indicated that salt-affected soils have the greatest cover by salt-tolerant species. Salt limitations and any vegetation-specific needs for soil fertility amendments should be considered during reclamation and revegetation planning.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# 6    LITERATURE CITED

Birkeland, P.W. 1999. *Soils and Geomorphology*. New York: Oxford University Press.

Schoeneberger, P.J., D.A. Wysocki, E.C. Benham, and Soil Survey Staff. 2012. Field book for describing and sampling soils, Version 3.0. Natural Resources Conservation Service, National Soil Survey Center, Lincoln, Nebraska.

Soil Survey Staff. 2015. Illustrated guide to soil taxonomy. U.S. Department of Agriculture, Natural Resources Conservation Service, National Soil Survey Center, Lincoln, Nebraska.

SWCA Environmental Consultants (SWCA). 2017a. *Daniels Canyon Operation Vegetation and Soil Survey Report*. Salt Lake City, Utah: SWCA Environmental Consultants. Prepared for Staker Parson Companies.

———. 2017b. *Heber City Operation Vegetation and Soil Survey Report*. Salt Lake City, Utah: SWCA Environmental Consultants. Prepared for Staker Parson Companies.

U.S. Department of Agriculture (USDA), Natural Resources Conservation Service. 2016. Soil Survey of the West Millard-Juab Area, Utah, Parts of Millard and Juab (UT617). Available at: https://websoilsurvey.nrcs.usda.gov/app/WebSoilSurvey.aspx. Accessed July 10, 2018.

U.S. Geological Survey (USGS) National Gap Analysis Program. 2004. Southwest Regional Gap Analysis Project Field Sample Database (SWReGAP). Version 1.1. RS/GIS Laboratory, College of Natural Resources, Utah State University, Logan.

Utah Department of Natural Resources (Oil, Gas, and Mining). 2008. Guidelines for Management of Topsoil and Overburden. Utah Office of Oil, Gas, and Mines Price Field Office, Price, Utah.

Welsh S.L., N.D. Atwood, S. Goodrich, and L.C. Higgins (eds.). 2008. *A Utah Flora*. 4th ed. Provo, Utah: Brigham Young University Press.

Whitson, T.D., L.C. Burrill, S.A. Dewey, D.W. Cudney, B.E. Nelson, R.D. Lee, and R. Parker. 1999. *Weeds of the West*. 6th ed. Jackson, Wyoming: Pioneer of Jackson Hole.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

*This page intentionally left blank.*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# APPENDIX A

## Maps

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



Figure A-1. Project overview.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

*This page intentionally left blank.*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



Figure A-2. Rail Loadout Facility vegetation transects and vegetation types.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

*This page intentionally left blank.*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



**Figure A-3. Rail Loadout Facility soil pit locations and soil map units.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

*This page intentionally left blank.*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



**Figure A-4. Processing Facility vegetation transects and vegetation types.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

*This page intentionally left blank.*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



**Figure A-5. Processing Facility soil pit locations and soil map units.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

*This page intentionally left blank.*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# APPENDIX B

**Vegetation Survey Photographs**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



**Figure B-1. Transect T01 in the Rail Loadout Facility.**



**Figure B-2. Transect T02 in the Rail Loadout Facility.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



**Figure B-3. Transect T03 in the Rail Loadout Facility.**



**Figure B-4. Transect T04 in the Rail Loadout Facility.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



**Figure B-5. Transect T05 in the Rail Loadout Facility.**



**Figure B-6. Transect T06 in the Rail Loadout Facility.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



**Figure B-7. Transect T07 in the Rail Loadout Facility.**



**Figure B-8. Transect T08 in the Rail Loadout Facility.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



**Figure B-9. Transect T09 in the Rail Loadout Facility.**



**Figure B-10. Transect T10 in the Rail Loadout Facility.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



**Figure B-11. Transect T11 in the Rail Loadout Facility.**



**Figure B-12. Transect T12 in the Rail Loadout Facility.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



**Figure B-13. Transect T13 in the Rail Loadout Facility.**



**Figure B-14. Transect T14 in the Processing Facility.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



**Figure B-15. Transect T15 in the Processing Facility.**



**Figure B-16. Transect T16 in the Processing Facility.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



**Figure B-17. Transect T17 in the Processing Facility.**



**Figure B-18. Transect T18 in the Processing Facility.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



**Figure B-19. Transect T19 in the Processing Facility.**



**Figure B-20. Transect T20 in the Processing Facility.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



**Figure B-21. Transect T21 in the Processing Facility.**



**Figure B-22. Transect T22 in the Processing Facility.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



**Figure B-23. Transect T23 in the Processing Facility.**



**Figure B-24. Transect T24 in the Rail Loadout Facility.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



**Figure B-25. Transect T25 in the Rail Loadout Facility.**



**Figure B-26. Transect T26 in the Rail Loadout Facility.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



**Figure B-27. Transect T27 in the Rail Loadout Facility.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# APPENDIX C

**Soil Survey Photographs, Data Forms, and Analytical Laboratory Results**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



**Figure C-1. Soil Pit 1.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# Pedon Description

| | | | | |
|---|---|---|---|---|
| Date | 7-13-18 | | Site ID | P01 |
| Time | 1:00 PM | | Method | Hand Excavation |
| Site | Rail Loadout Facility | | Easting | -113.0125387 |
| Slope | 0% | | Northing | 38.71678583 |
| Aspect | flat | | Photo ID | 1326, 1327 Camera 2 |
| Parent Material | Alluvium of mixed bedrock sources | | Observers | SF, BS |
| Drainage (if known) | Well drained | | # Samples | 2 |
| Topography/Landform | Inset fan (Alluvial Fan) | | | |
| Epipedon (if known) | Ochric | | | |
| Series (if available) | None correlated | | | |
| Taxonomic Classification | Fine-loamy, mixed, mesic Typic Haplocambid | | | |

Notes    Fine alluvial sediments found in low pockets of map unit 16; few coarse fragments on surface.

Often lacks or has low vegetation cover.

| Horizon | Depth (in) | Roots | Moist Color | Texture | Clay Films Y/N | Structure (if available) | C.F.% by Vol* | Eff. | Salt | Notes |
|---------|-----------|-------|-------------|---------|----------------|--------------------------|---------------|------|------|-------|
| A | 0-4 | Few fine roots | 10YR 5/3 | Sandy Loam | N | granular | <1% | Y | N | |
| Bw | 4-36+ | few fine roots | 7.5YR 5/4 | Clay Loam | N | subangular blocky | <1% | Y | N | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**Figure C-2. Soil Pit 1 data form.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



**Figure C-3. Soil Pit 2.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## Pedon Description

| | | | | |
|---|---|---|---|---|
| Date | 7-13-18 | | Site ID | P02 |
| Time | 3:30 PM | | Method | Hand Excavation |
| Site | Rail Loadout Facility | | Easting | -113.0105984 |
| Slope | 4-8% | | Northing | 38.71945239 |
| Aspect | SE | | Photo ID | 1328, 1329 Camera 2 |
| Parent Material | Alluvium of mixed bedrock sources | | Observers | SF, BS |
| Drainage (if known) | Well drained | | # Samples | 2 |
| Topography/Landform | Fan remnant (Alluvial Fan) | | | |
| Epipedon (if known) | Ochric | | | |
| Series (if available) | None correlated; similar to Dera (but lacks diagnostic calcic horizon) | | | |
| Taxonomic Classification | Loamy-skeletal, mixed, mesic Typic Haplocambid | | | |

Notes  Similar horizons and soil colors as found in P01 but with more coarse fragments.

Thin pedogenic CaCO₃ coatings on rock fragment bottoms.

Most similar to Dera Series (but lacks diagnostic calcic horizon)

| Horizon | Depth (in) | Roots | Moist Color | Texture | Clay Films Y/N | Structure (if available) | C.F.% by Vol* | Eff. | Salt | Notes |
|---------|-----------|-------|-------------|---------|----------------|--------------------------|---------------|------|------|-------|
| A | 0-6 | common fine and coarse roots | 10YR 5/3 | Sandy Loam | N | granular | 12.5% | Y | N | |
| Bw | 6-36 | coarse roots uncommon to 16" | 7.5YR 5/4 | Sandy Loam | N | subangular blocky | 50% | Y | N | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**Figure C-4. Soil Pit 2 data form.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



**Figure C-5. Soil Pit 3.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# Pedon Description

| | | | |
|---|---|---|---|
| Date | 7-14-18 | Site ID | P03 |
| Time | 8:45 AM | Method | Hand Excavation |
| Site | Rail Loadout Facility | Easting | -113.0040189 |
| Slope | 0% | Northing | 38.71763062 |
| Aspect | flat | Photo ID | 1332, 1333, Camera 2 |
| Parent Material | Alluvium of mixed bedrock sources | Observers | SF, BS |
| Drainage (if known) | Moderately well drained | # Samples | 3 |
| Topography/Landform | Margin of alluvial flat | | |
| Epipedon (if known) | Ochric | | |
| Series (if available) | None correlated, similar to Uvada (but has aquic conditions) | | |
| Taxonomic Classification | Fine, mixed, mesic Aquic Natrargid | | |

Notes   Most similar to Uvada Series but has redox features at 17 inches, which reflect aquic conditions.

Accumulation of soluble, efflorescent salts in subsurface horizons; SAR values (reported in laboratory

results) and presence of clay films indicate a diagnostic natric horizon (Bn1, Bn2).

| Horizon | Depth (in) | Roots | Moist Color | Texture | Clay Films Y/N | Structure (if available) | C.F.% by Vol* | Eff. | Salt | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 0-4 | None | 7.5YR 5/3 | Silty Clay | N | granular | <1% | Y | N | |
| Bn1 | 4-17 | None | 7.5YR 4/3 | Silty Clay | Y | blocky to subangular blocky | <1% | Y | Y | Clay films visible on ped faces |
| Bn2 | 17-36 | None | 7.5YR 5/3 | Silty Clay | Y | block to subangular blocky | <1% | Y | Y | redox present, <5% concentrations in the matrix, 5YR 4/6 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**Figure C-6. Soil Pit 3 data form.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



**Figure C-7. Soil Pit 4.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# Pedon Description

| | | | |
|---|---|---|---|
| Date | 7-15-18 | Site ID | P04 |
| Time | 9:20 AM | Method | Hand Excavation |
| Site | Processing Facility | Easting | -113.1999443 |
| Slope | 0% | Northing | 38.72221973 |
| Aspect | flat | Photo ID | 1365, 1366 Camera 2 |
| Parent Material | Alluvium of mixed bedrock sources | Observers | SF, BS |
| Drainage (if known) | Well drained | # Samples | 2 |
| Topography/Landform | Inset fan (Fan skirt) | | |
| Epipedon (if known) | Ochric | | |
| Series (if available) | None correlated | | |
| Taxonomic Classification | Fine-loamy, mixed, mesic Typic Haplocambid | | |

Notes

| Horizon | Depth (in) | Roots | Moist Color | Texture | Clay Films Y/N | Structure (if available) | C.F.% by Vol* | Eff. | Salt | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 0-8 | uncommon fine roots | 10YR 5/3 | Sandy Loam | N | subangular blocky | 17% | Y | N | |
| Bw | 8-36 | None | 7.5YR 6/3 | Sandy Clay Loam | N | subangular blocky | 14% | Y | N | 5% of coarse fragments are large (>4 in) cobbles |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**Figure C-8. Soil Pit 4 data form.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



**Figure C-9. Soil Pit 5.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# Pedon Description

| | | | |
|---|---|---|---|
| Date | 7-15-18 | Site ID | P05 |
| Time | 10:30 AM | Method | Hand Excavation |
| Site | Processing Facility | Easting | -113.2000935 |
| Slope | 0% | Northing | 38.72010941 |
| Aspect | flat | Photo ID | 1367, 1368 Camera 2 |
| Parent Material | Alluvium of mixed bedrock sources | Observers | SF, BS |
| Drainage (if known) | Well Drained | # Samples | 2 |
| Topography/Landform | Depression upgradient of a man-made berm (Fan Skirt) | | |
| Epipedon (if known) | Ochric | | |
| Series (if available) | None correlated | | |
| Taxonomic Classification | Fine, mixed, mesic Typic Haplocambid | | |

Notes: Area lies in shallow depression; may be anthropogenically influenced.

| Horizon | Depth (in) | Roots | Moist Color | Texture | Clay Films Y/N | Structure (if available) | C.F.% by Vol* | Eff. | Salt | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 0-6 | few fine roots | 10YR 6/3 | Loam | N | subangular blocky | <1% | Y | N | |
| Bw | 6-36 | None | 10YR 7/3 | Clay | N | subangular blocky | <1% | Y | N | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Figure C-10. Soil Pit 5 data form.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



**Figure C-11. Soil Pit 6.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## Pedon Description

| | | | |
|---|---|---|---|
| Date | 3-22-19 | Site ID | Pit 06 |
| Time | 4:00 PM | Method | Hand Excavation |
| Site | Rail Loadout Facility | Easting | 324903 |
| Slope | 1% | Northing | 4287195 |
| Aspect | SE | Photo ID | 152-5203, 5204, 5206 Camera 13 |
| Parent Material | Alluvium of mixed bedrock sources | Observers | SF, TG |
| Drainage (if known) | Well drained | # Samples | 1 (A horizon) |
| Topography/Landform | Inset fan (Alluvial Fan) | | |
| | | | |
| Epipedon (if known) | Ochric | | |
| Series (if available) | None correlated | | |
| Taxonomic Classification | Fine-loamy, mixed, mesic Typic Haplocambid | | |

Notes

| Horizon | Depth (in) | Roots | Moist Color | Texture | Clay Films Y/N | Structure (if available) | C.F.% by Vol³ | Eff. | Salt | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 0-5 | few fine roots | 10YR 5/3 | SiL | N | granular | 0% | Y | N | |
| AB | 5-10 | few fine roots | 10YR 5/3 | SiL | N | granular | <1% | Y | N | |
| Bw | 10-18 | few fine roots | 7.5 YR 5/3 | SICL | N | subangular blocky | <1% | Y | N | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**Figure C-12. Soil Pit 6 data form.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



**Figure C-13. Soil Pit 7.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## Pedon Description

| | | | | |
|---|---|---|---|---|
| Date | 3-22-19 | | Site ID | Pit 07 |
| Time | 5:15 PM | | Method | Hand Excavation |
| Site | Rail Loadout Facility | | Easting | 324752 |
| Slope | 1% | | Northing | 4287227 |
| Aspect | SE | | Photo ID | 100-5200, 5207 Camera 13 |
| Parent Material | Alluvium of mixed bedrock sources | | Observers | SF, TG |
| Drainage (if known) | Well drained | | # Samples | 1 (A horizon) |
| Topography/Landform | Inset fan (Alluvial Fan) | | | |
| Epipedon (if known) | Ochric | | | |
| Series (if available) | None correlated | | | |
| Taxonomic Classification | Fine-loamy, mixed, mesic Typic Haplocambid | | | |

Notes

| Horizon | Depth (in) | Roots | Moist Color | Texture | Clay Films Y/N | Structure (if available) | C.F.% by Vol* | Eff. | Salt | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 0-4 | few fine roots | 10YR 5/3 | SiL | N | granular | <1% | Y | N | |
| Bw1 | 4-10 | few fine roots | 7.5YR 5/4 | SiL | N | subangular blocky | <1% | Y | N | |
| Bw2 | 10-18 | no roots | 7.5 YR 5/3 | L | N | subangular blocky | 15% | Y | N | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**Figure C-14. Soil Pit 7 data form.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



**Figure C-15. Soil Pit 8.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## Pedon Description

| | | | |
|---|---|---|---|
| Date | 3-23-19 | Site ID | Pit 08 |
| Time | 9:30 AM | Method | Hand Excavation |
| Site | Rail Loadout Facility | Easting | 325145 |
| Slope | 1% | Northing | 4287235 |
| Aspect | S to SW | Photo ID | 103-5200, 5209 Camera 13 |
| Parent Material | Alluvium of mixed bedrock sources | Observers | SF, TG |
| Drainage (if known) | Well drained | # Samples | 1 (A horizon) |
| Topography/Landform | Inset fan (Alluvial Fan) | | |
| Epipedon (if known) | Ochric | | |
| Series (if available) | None correlated | | |
| Taxonomic Classification | Fine-loamy, mixed, mesic Typic Haplocambid | | |

Notes

| Horizon | Depth (in) | Roots | Moist Color | Texture | Clay Films Y/N | Structure (if available) | C.F.% by Vol* | Eff. | Salt | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 0-4 | few fine roots | 10YR 5/3 | SICL | N | granular | <1% | Y | N | |
| Bw1 | 4-10 | no roots | 7.5YR 5/3 | SICL | N | subangular blocky | <1% | Y | N | |
| Bw2 | 10-18 | no roots | 7.5 YR 5/4 | SICL | N | subangular blocky | <1% | Y | Y | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**Figure C-16. Soil Pit 8 data form.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



**Figure C-17. Soil Pit 9.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## Pedon Description

| | | | | |
|---|---|---|---|---|
| Date | 3-23-19 | | Site ID | Pit 09 |
| Time | 11:30 AM | | Method | Hand Excavation |
| Site | Rail Loadout Facility | | Easting | 325447 |
| Slope | 1% | | Northing | 4287374 |
| Aspect | S to SW | | Photo ID | 102-5210, 5211 Camera 13 |
| Parent Material | Alluvium of mixed bedrock sources | | Observers | SF, TG |
| Drainage (if known) | Well drained | | # Samples | 2 (A and B horizons) |
| Topography/Landform | Inset fan (Alluvial Fan) | | | |
| Epipedon (if known) | Ochric | | | |
| Series (if available) | None correlated | | | |
| Taxonomic Classification | Fine-loamy, mixed, mesic Typic Haplocambid | | | |

Notes

| Horizon | Depth (in) | Roots | Moist Color | Texture | Clay Films Y/N | Structure (if available) | C.F.% by Vol° | Eff. | Salt | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 0-5 | few fine roots | 10YR 5/3 | SiL | N | granular | <1% | Y | N | |
| Bw2 | 5-12 | few fine roots | 7.5YR 5/3 | L | N | granular | <1% | Y | N | |
| Bw1 | 12-25 | no roots | 7.5 YR 5/4 | SiL | N | subangular blocky | <1% | Y | N | |
| Bt | 25-36 | no roots | 7.5YR 5/4 | CL | Y | subangular blocky | <1% | Y | Y | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**Figure C-18. Soil Pit 9 data form.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



**Figure C-19. Soil Pit 10.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## Pedon Description

| | | | |
|---|---|---|---|
| Date | 3-23-19 | Site ID | Pit 10 |
| Time | 4:00 PM | Method | Hand Excavation |
| Site | Rail Loadout Facility | Easting | 324611 |
| Slope | 1% | Northing | 4287159 |
| Aspect | S to SW | Photo ID | I02-5212, 5213 Camera 13 |
| Parent Material | Alluvium of mixed bedrock sources | Observers | SF, TG |
| Drainage (if known) | Well drained | # Samples | 2 (A & B horizons) |
| Topography/Landform | Inset fan (Alluvial Fan) | | |
| Epipedon (if known) | Ochric | | |
| Series (if available) | None correlated | | |
| Taxonomic Classification | Fine-loamy, mixed, mesic Typic Haplocambid | | |

Notes

| Horizon | Depth (in) | Roots | Moist Color | Texture | Clay Films Y/N | Structure (if available) | C.F.% by Vol* | Eff. | Salt | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 0-4 | few fine roots | 10YR 5/3 | SL | N | granular | <1% | Y | N | |
| Bw1 | 4-12 | few fine roots | 7.5YR 5/3 | SiL | N | granular | <1% | Y | N | |
| Bw2 | 12-20 | no roots | 7.5 YR 5/4 | SiL | N | granular | <1% | Y | N | |
| Bw3 | 20-36 | no roots | 7.5YR 5/4 | SiCL | N | subangular blocky | <1% | Y | N | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**Figure C-20. Soil Pit 10 data form.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



**Figure C-21. Soil Pit 11.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## Pedon Description

| | | | |
|---|---|---|---|
| Date | 3-24-19 | Site ID | Pit 11 |
| Time | 10:30 AM | Method | Hand Excavation |
| Site | Rail Loadout Facility | Easting | 324912 |
| Slope | 3% | Northing | 4287462 |
| Aspect | SE | Photo ID | 102-5214, 5215 Camera 13 |
| Parent Material | Alluvium of mixed bedrock sources | Observers | SF, TG |
| Drainage (if known) | Well drained | # Samples | 2 (A & B horizons) |
| Topography/Landform | Inset fan (Alluvial Fan) | | |
| Epipedon (if known) | Ochric | | |
| Series (if available) | None correlated | | |
| Taxonomic Classification | Coarse-loamy, mixed, mesic Typic Haplocambid | | |

Notes

| Horizon | Depth (in) | Roots | Moist Color | Texture | Clay Films Y/N | Structure (if available) | C.F.% by Vol* | Eff. | Salt | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 0-5 | few fine roots | 10YR 5/3 | L | N | granular | 20% | Y | N | |
| Bw1 | 5-16 | few fine roots | 7.5YR 5/3 | L | N | granular | 20% | Y | N | |
| Bw2 | 16-25 | few fine roots | 7.5 YR 5/4 | SL | N | granular | 25% | Y | N | |
| Bw3 | 25-36 | no roots | 7.5YR 5/4 | SL | N | granular | 40% | Y | N | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**Figure C-22. Soil Pit 11 data form.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



**Figure C-23. Soil Pit 12.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## Pedon Description

| | | | | |
|---|---|---|---|---|
| Date | 3-24-19 | | Site ID | Pit 12 |
| Time | 2:00 PM | | Method | Hand Excavation |
| Site | Rail Loadout Facility | | Easting | 325030 |
| Slope | 1% | | Northing | 4287686 |
| Aspect | S to SW | | Photo ID | 102-5215, 5217 Camera 13 |
| Parent Material | Alluvium of mixed bedrock sources | | Observers | SF, TG |
| Drainage (if known) | Well drained | | # Samples | 2 (A & B horizons) |
| Topography/Landform | Inset fan (Alluvial Fan) | | | |
| | | | | |
| Epipedon (if known) | Ochric | | | |
| Series (if available) | None correlated | | | |
| Taxonomic Classification | Loamy-skeletal, mixed, mesic Typic Haplocambid | | | |

Notes

| Horizon | Depth (in) | Roots | Moist Color | Texture | Clay Films Y/N | Structure (if available) | C.F.% by Vol* | Eff. | Salt | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 0-4 | few fine roots | 10YR 5/3 | L | N | granular | 10% | Y | N | |
| Bw1 | 4-13 | few fine roots | 10YR5/2 | SiCL | N | granular | 5% | Y | N | |
| Bw2 | 13-19 | no roots | 7.5 YR 5/2 | SiCL | N | granular | 30% | Y | N | |
| Bw3 | 19-36 | no roots | 7.5YR 5/3 | LS | N | granular | 75% | Y | N | weak effervescence, very sandy |
| | | | | | | | | | | |
| | | | | | | | | | | |

**Figure C-24. Soil Pit 12 data form.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Soils laboratory data (in the following pages) are coded according to the table below, with the laboratory submission code (first column) and the corresponding report code (second column).

| Laboratory Submission Code | Report Code |
|---|---|
| P01 | Pit 01 |
| P02 | Pit 02 |
| P03 | Pit 03 |
| FL-TypHc-P01 | Pit 06 |
| FL-TypHc-P02 | Pit 07 |
| FL-TypHc-P03 | Pit 08 |
| LS-TypHc-P01 | Pit 09 |
| LS-TypHc-P02 | Pit 10 |
| LS-TypHc-P03 | Pit 11 |
| LS-TypHc-P04 | Pit 12 |

**IML** Inter-Mountain Labs

1673 Terra Avenue,   Sheridan, Wyoming 82801   ph: (307) 672-8945

Your Environmental Monitoring Partner

RECEIVED

DIVISION OF OIL, GAS AND MINING

M/027/0125

**Date:** 7/30/2018

| | |
|---|---|
| **CLIENT:** SWCA Environmental Consultants | **CASE NARRATIVE** |
| **Project:** Peak Processing | **Report ID:** S1807369001 |
| **Lab Order:** S1807369 | |

Samples Pit_1_A, Pit_1_B, PO2 A, PO2 B, PO3 H1, PO3 H2, PO3 H3, PO4 A, PO4 B, PO5 A and PO5 B were received on July 23, 2018.

Samples were analyzed using the methods outlined in the following references:

U.S.E.P.A. 600/2-78-054 "Field and Laboratory Methods Applicable to Overburden and Mining Soils", 1978
American Society of Agronomy, Number 9, Part 2, 1982
USDA Handbook 60 "Diagnosis and Improvement of Saline and Alkali Soils", 1969
Wyoming Department of Environmental Quality, Land Quality Division, Guideline No. 1, 1984
New Mexico Overburden and Soils Inventory and Handling Guideline, March 1987
State of Utah, Division of Oil, Gas, and Mining: Guidelines for Management of Topsoil and Overburden for Underground and Surface Coal Mining, April 1988
Montana Department of State Lands, Reclamation Division: Soil, Overburden, and Regraded Spoil Guidelines, December 1994
State of Nevada Modified Sobek Procedure
Test Methods for Evaluating Solid Waste, Physical/Chemical Methods, SW846, 3rd Edition

All Quality Control parameters met the acceptance criteria defined by EPA and Inter-Mountain Laboratories except as indicated in this case narrative.

Reviewed by:   *Karen A Secor*

Karen Secor, Soil Lab Supervisor

Page 1 of 1

 **IML** Inter-Mountain Labs

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Your Environmental Monitoring Partner

1673 Terra Avenue,   Sheridan, Wyoming 82801    ph: (307) 672-8945

### Soil Analysis Report

### SWCA Environmental Consultants

Report ID:  S1807369001

1892 South Sheridan Avenue
Sheridan, WY 82801

Project:        Peak Processing

Date Reported:  7/30/2018

Date Received:   7/23/2018

Work Order:  S1807369

| Lab ID | Sample ID | pH | Electrical Conductivity | Organic Matter | Calcium PE | Magnesium PE | Sodium PE | SAR |
|--------|-----------|------|------|------|------|------|------|------|
|        |           | s.u. | dS/m | % | meq/L | meq/L | meq/L | |
| S1807369-001 | Pit_1_A | 8.9 | 1.71 | 1.1 | 1.30 | 0.57 | 14.6 | 15.2 |
| S1807369-002 | Pit_1_B | 8.0 | 15.6 | 0.9 | 14.6 | 9.30 | 152 | 43.9 |
| S1807369-003 | PO2 A | 8.1 | 0.47 | 0.8 | 3.38 | 0.81 | 0.36 | 0.25 |
| S1807369-004 | PO2 B | 8.4 | 0.86 | 0.5 | 1.82 | 0.95 | 4.81 | 4.09 |
| S1807369-005 | PO3 H1 | 7.9 | 48.4 | 1.5 | 79.8 | 23.4 | 647 | 90.1 |
| S1807369-006 | PO3 H2 | 7.8 | 45.0 | 0.9 | 68.0 | 45.4 | 577 | 76.6 |
| S1807369-007 | PO3 H3 | 8.1 | 28.6 | 0.6 | 21.0 | 12.7 | 180 | 43.9 |
| S1807369-008 | PO4 A | 7.9 | 7.63 | 1.6 | 25.2 | 9.30 | 56.5 | 13.6 |
| S1807369-009 | PO4 B | 8.7 | 1.97 | 0.9 | 1.02 | 0.45 | 17.7 | 20.7 |
| S1807369-010 | PO5 A | 8.7 | 3.01 | 1.7 | 3.15 | 0.80 | 26.7 | 19.0 |
| S1807369-011 | PO5 B | 8.0 | 20.4 | 0.8 | 28.4 | 11.8 | 233 | 52.0 |

These results apply only to the samples tested.

Abbreviations for extractants: PE= Saturated Paste Extract, H20Sol= water soluble,AB-DTPA= Ammonium Bicarbonate-DTPA, AAO= Acid Ammonium Oxalate

Abbreviations used in acid base accounting: T.S.= Total Sulfur, AB= Acid Base, ABP= Acid Base Potential, PyrS= Pyritic Sulfur, Pyr+Org= Pyritic Sulfur + Organic Sulfur, Neutral. Pot.= Neutralization Potential

Miscellaneous Abbreviations: SAR= Sodium Adsorption Ratio, CEC= Cation Exchange Capacity, ESP= Exchangeable Sodium Percentage

Reviewed by:   *Karen A Secor*

Karen Secor, Soil Lab Supervisor

**IML** Inter-Mountain Labs ──

1673 Terra Avenue,   Sheridan, Wyoming 82801   ph: (307) 672-8945

RECEIVED
March 21, 2025
Your Environmental Monitoring Partner
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Soil Analysis Report**

**SWCA Environmental Consultants**

Report ID:  S1807369001

1892 South Sheridan Avenue
Sheridan, WY 82801

| Project: | Peak Processing | Date Reported:  7/30/2018 |
| Date Received: | 7/23/2018 | Work Order:  S1807369 |

| Lab ID | Sample ID | Sand | Silt | Clay | Texture | Potassium as K2O | Phosphorus as P2O5 | Nitrogen TKN | CEC |
|---|---|---|---|---|---|---|---|---|---|
| | | % | % | % | | ppm | ppm | % | meq/100g |
| S1807369-001 | Pit_1_A | 71.0 | 18.0 | 11.0 | Sandy Loam | 4690 | 886 | 0.04 | 10.7 |
| S1807369-002 | Pit_1_B | 31.0 | 35.0 | 34.0 | Clay Loam | 6410 | 1070 | 0.06 | 29.1 |
| S1807369-003 | PO2 A | 62.0 | 24.0 | 14.0 | Sandy Loam | 4880 | 1080 | 0.06 | 13.3 |
| S1807369-004 | PO2 B | 74.0 | 9.0 | 17.0 | Sandy Loam | 3300 | 522 | 0.04 | 9.41 |
| S1807369-005 | PO3 H1 | 7.0 | 53.0 | 40.0 | Silty Clay | 9780 | 1560 | 0.08 | 30.5 |
| S1807369-006 | PO3 H2 | 8.0 | 44.0 | 48.0 | Silty Clay | 8140 | 1380 | 0.05 | 32.7 |
| S1807369-007 | PO3 H3 | 6.0 | 48.0 | 46.0 | Silty Clay | 6480 | 1150 | 0.04 | 34.0 |
| S1807369-008 | PO4 A | 52.0 | 29.0 | 19.0 | Sandy Loam | 5760 | 1170 | 0.06 | 14.9 |
| S1807369-009 | PO4 B | 56.0 | 21.0 | 23.0 | Sandy Clay Loam | 4860 | 637 | 0.05 | 14.8 |
| S1807369-010 | PO5 A | 30.0 | 46.0 | 24.0 | Loam | 7400 | 1600 | 0.10 | 18.4 |
| S1807369-011 | PO5 B | 1.0 | 44.0 | 55.0 | Clay | 9370 | 1200 | 0.07 | 30.2 |

These results apply only to the samples tested.

Abbreviations for extractants: PE= Saturated Paste Extract, H20Sol= water soluble,AB-DTPA= Ammonium Bicarbonate-DTPA, AAO= Acid Ammonium Oxalate

Abbreviations used in acid base accounting: T.S.= Total Sulfur, AB= Acid Base, ABP= Acid Base Potential, PyrS= Pyritic Sulfur, Pyr+Org= Pyritic Sulfur + Organic Sulfur, Neutral. Pot.= Neutralization Potential

Miscellaneous Abbreviations: SAR= Sodium Adsorption Ratio, CEC= Cation Exchange Capacity, ESP= Exchangeable Sodium Percentage

Reviewed by:  *Karen A Secor*

Karen Secor, Soil Lab Supervisor

**Inter-Mountain Labs**

1673 Terra Avenue,   Sheridan, Wyoming 82801   ph: (307) 672-8945

RECEIVED
March 21, 2025
Your Environmental Monitoring Partner
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Soil Analysis Report**

**SWCA Environmental Consultants**

Report ID:  S1807369001

1892 South Sheridan Avenue
Sheridan, WY 82801

| | | |
|---|---|---|
| Project: | Peak Processing | Date Reported:  7/30/2018 |
| Date Received: | 7/23/2018 | Work Order:  S1807369 |

| Lab ID | Sample ID | Total Sulfur % | T.S. AB t/1000t | Neutral. Potential t/1000t | T.S. ABP t/1000t | Total Phosphorus mg/Kg | Total Potassium mg/Kg |
|---|---|---|---|---|---|---|---|
| S1807369-001 | Pit_1_A | 0.01 | 0.46 | 118 | 118 | 387 | 3910 |
| S1807369-002 | Pit_1_B | 0.05 | 1.45 | 185 | 183 | 469 | 5340 |
| S1807369-003 | PO2 A | 0.02 | 0.55 | 97.0 | 96.4 | 472 | 4070 |
| S1807369-004 | PO2 B | 0.01 | 0.32 | 119 | 119 | 228 | 2750 |
| S1807369-005 | PO3 H1 | 0.11 | 3.47 | 191 | 187 | 681 | 8150 |
| S1807369-006 | PO3 H2 | 0.71 | 22.3 | 169 | 147 | 602 | 6780 |
| S1807369-007 | PO3 H3 | 2.05 | 64.2 | 163 | 98.4 | 502 | 5400 |
| S1807369-008 | PO4 A | 0.06 | 1.88 | 227 | 225 | 510 | 4800 |
| S1807369-009 | PO4 B | 0.02 | 0.76 | 285 | 284 | 278 | 4050 |
| S1807369-010 | PO5 A | <0.01 | <0.01 | 333 | 333 | 700 | 6170 |
| S1807369-011 | PO5 B | 0.16 | 5.09 | 403 | 398 | 525 | 7810 |

These results apply only to the samples tested.

Abbreviations for extractants: PE= Saturated Paste Extract, H20Sol= water soluble,AB-DTPA= Ammonium Bicarbonate-DTPA, AAO= Acid Ammonium Oxalate

Abbreviations used in acid base accounting: T.S.= Total Sulfur, AB= Acid Base, ABP= Acid Base Potential, PyrS= Pyritic Sulfur, Pyr+Org= Pyritic Sulfur + Organic Sulfur, Neutral. Pot.= Neutralization Potential

Miscellaneous Abbreviations: SAR= Sodium Adsorption Ratio, CEC= Cation Exchange Capacity, ESP= Exchangeable Sodium Percentage

Reviewed by:   *Karen A Secor*

Karen Secor, Soil Lab Supervisor



**Inter-Mountain Labs**
Sheridan, WY and Gillette, WY

**- CHAIN OF CUSTODY RECORD -**

*All shaded fields must be completed.*
This is a legal document; any misrepresentation may be construed as fraud.

RECEIVED
March 21 2025    1    of    2
DIVISION OF OIL, GAS AND MINING
M/027/0125  #WEB  SWCaO72318

| Client Name | | | | | | Project Identification | | Sampler (Signature/Attestation of Authenticity) | | | | | | | | Telephone # 563-581-9250 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**SWCA Environmental Consultant** — Project: Peak — Sampler: Steve Fuller

Report Address: 257 E 200 S Suite 200, Salt Lake City, Utah 84111
Invoice Address: 257 E 200 S Suite 200, Salt Lake City, Utah 84111

Contact Name: Steve Fuller
Email: sfuller@swca.com
Phone: 801-322-4307
Purchase Order #:     Quote #:

**ANALYSES / PARAMETERS**

| ITEM | LAB ID (Lab Use Only) | DATE SAMPLED | TIME | SAMPLE IDENTIFICATION | Matrix | # of Containers | soil texture | ph | electrical conductiv | cation exchange ca | sodium adsorption | organic matter | total nitrogen | available phosphor | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | S1807369-001 | 7/13/18 | | Pit 1 A | | | | | | | | | | | |
| 2 | 002 | | | Pit 1-B | | | | | | | | | | | |
| 3 | 003 | | | PO2 A | | | | | | | | | | | |
| 4 | 004 | | | PO2 B | | | | | | | | | | | |
| 5 | 005 | 7/14/18 | | PO3 H1 | | | | | | | | | | | |
| 6 | 006 | | | PO3 H2 | | | | | | | | | | | |
| 7 | 007 | | | PO3 H3 | | | | | | | | | | | |
| 8 | 008 | 7/15/18 | | PO4 A | | | | | | | | | | | |
| 9 | 009 | | | PO4 B | | | | | | | | | | | |
| 10 | 010 | | | PO5 A H1 | | | | | | | | | | | |
| 11 | 011 | | | PO5 B H2 | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | |

| LAB COMMENTS | Relinquished By (Signature/Printed) | DATE | TIME | Received By (Signature/Printed) | DATE | TIME |
|---|---|---|---|---|---|---|
| | | | | Karen A Secor | 7/23/18 | 1145 |

| SHIPPING INFO | MATRIX CODES | | TURN AROUND TIMES | COMPLIANCE INFORMATION | ADDITIONAL REMARKS |
|---|---|---|---|---|---|
| ☐ UPS | Water | WT | **Check desired service** | Compliance Monitoring ? Y / N | |
| ☐ FedEx | Soil | SL | ☐ Standard turnaround | Program (SDWA, NPDES,...) | clear conditions |
| ☐ USPS | Solid | SD | ☒ RUSH - 5 Working Days | PWSID / Permit # | |
| ☐ Hand Carried | Filter | FT | ☐ URGENT - < 2 Working Days | Chlorinated? Y / N | |
| ☐ Other | Other | OT | *Rush & Urgent Surcharges will be applied* | Sample Disposal: Lab ✓ Client | |

Inter-Mountain Labs, Inc.          www.intermountainlabs.com          Rev 4.6 Web



**Inter-Mountain Labs**
Sheridan, WY and Gillette, WY

**- CHAIN OF CUSTODY RECORD -**

*All shaded fields must be completed.*
This is a legal document; any misrepresentation may be construed as fraud.

RECEIVED
March 21, 2025   2   of   2
DIVISION OF OIL, GAS AND MINING WEB
M/027/0125

| Client Name | | | Project Identification | | Sampler (Signature/Attestation of Authenticity) | | Telephone # |
|---|---|---|---|---|---|---|---|
| **SWCA Environmental Consultant** | | | Peak | | Steve Fuller | | |

Report Address

Contact Name: **Steve Fuller**
Email: **sfuller@swca.com**
Phone: **801-322-4307**

Invoice Address

Purchase Order # | Quote #

**ANALYSES / PARAMETERS**

| ITEM | LAB ID (Lab Use Only) | DATE SAMPLED | TIME | SAMPLE IDENTIFICATION | Matrix | # of Containers | Potassium (as K20) | acid/base potential | | | | | | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | |

| LAB COMMENTS | Relinquished By (Signature/Printed) | DATE | TIME | Received By (Signature/Printed) | DATE | TIME |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| SHIPPING INFO | MATRIX CODES | | TURN AROUND TIMES | COMPLIANCE INFORMATION | ADDITIONAL REMARKS |
|---|---|---|---|---|---|
| ☐ UPS | Water | WT | **Check desired service** | Compliance Monitoring ?   Y / N | |
| ☐ FedEx | Soil | SL | ☐ Standard turnaround | Program (SDWA, NPDES,...) | |
| ☐ USPS | Solid | SD | ☒ RUSH - 5 Working Days | PWSID / Permit # | |
| ☐ Hand Carried | Filter | FT | ☐ URGENT - < 2 Working Days | Chlorinated?   Y / N | |
| ☐ Other | Other | OT | *Rush & Urgent Surcharges will be applied* | Sample Disposal: Lab   Client | |

Inter-Mountain Labs, Inc.           www.intermountainlabs.com           Rev 4.6 Web

**IML** Inter Mountain Labs

Your Environmental Monitoring Partner

RECEIVED
DIVISION OF OIL, GAS AND MINING
M/027/0125

Terra venue    Sheridan  Wyoming         ph

**Date**

| | |
|---|---|
| **CLIENT** | SWC  En vironmental Consultants |
| **Project** | Peak |
| **Lab Order** | S |

**C SE N RR TIVE**

**Report ID** S

Samples FL TpyHc P  Horizon    FL TpyHc P  Horizon    FL TypHc P  Horizon    LS TypHc P  Horizon    LS TypHc P  Horizon    LS TypHc P  Horizon    LS TypHc P  Horizon    LS TypHc P  Horizon    LS TypHc P  Horizon    LS TypHc P  Horizon   and LS TypHc P  Horizon  were received on March

Samples were analyzed using the methods outlined in the following references

U S E P            Field and Laboratory Methods  pplicable to Overburden and Mining Soils
 merican Society of  gronomy  Number   Part
USD  Handbook    Diagnosis and Improvement of Saline and  Ikali Soils
Wyoming Department of Environmental Quality  Land Quality Division  Guideline No
New Mexico Overburden and Soils Inventory and Handling Guideline  March
State of Utah  Division of Oil  Gas  and Mining  Guidelines for Management of Topsoil and Overburden for Underground and Surface Coal Mining   pril
Montana Department of State Lands  Reclamation Division  Soil  Overburden  and Regraded Spoil Guidelines  December

State of Nevada Modified Sobek Procedure
Test Methods for Evaluating Solid Waste  Physical Chemical Methods  SW      rd Edition

 ll Quality Control parameters met the acceptance criteria defined by EP  and Inter Mountain Laboratories except as indicated in this case narrative

Reviewed by    *Karen A Secor*

Karen Secor  Soil Lab Supervisor

**Inter-Mountain Labs**

RECEIVED
Your Environmental Monitoring Partner
March 21, 2025

DIVISION OF OIL, GAS AND MINING
M/027/0125

1673 Terra Avenue,   Sheridan, Wyoming 82801   ph: (307) 672-8945

## Soil Analysis Report

### SWCA Environmental Consultants

1892 South Sheridan Avenue
Sheridan, WY 82801

Report ID:  S1903380001

| Project: | Peak | | | | Date Reported:  4/4/2019 |
| Date Received: | 3/28/2019 | | | | Work Order:  S1903380 |

| Lab ID | Sample ID | pH | Electrical Conductivity | Organic Matter | Calcium PE | Magnesium PE | Sodium PE | SAR |
|--------|-----------|-----|-------------------------|----------------|------------|--------------|-----------|-----|
| | | s.u. | dS/m | % | meq/L | meq/L | meq/L | |
| S1903380-001 | FL-TpyHc-P01 Horizon A | | 1.04 | | | | | |
| S1903380-002 | FL-TpyHc-P02 Horizon A | | 0.79 | | | | | |
| S1903380-003 | FL-TypHc-P03 Horizon A | | 1.39 | | | | | |
| S1903380-004 | LS-TypHc-P01 Horizon A | | 0.72 | | | | | |
| S1903380-005 | LS-TypHc-P02 Horizon A | | 1.06 | | | | | |
| S1903380-006 | LS-TypHc-P03 Horizon A | | 0.67 | | | | | |
| S1903380-007 | LS-TypHc-P04 Horizon A | 8.1 | 0.51 | 2.4 | 1.20 | 0.42 | 4.43 | 4.92 |
| S1903380-008 | LS-TypHc-P01 Horizon B | | 16.7 | | | | | |
| S1903380-009 | LS-TypHc-P02 Horizon B | | 10.4 | | | | | |
| S1903380-010 | LS-TypHc-P03 Horizon B | | 0.93 | | | | | |
| S1903380-011 | LS-TypHc-P04 Horizon B | 7.7 | 3.36 | 1.0 | 6.56 | 2.63 | 26.2 | 12.2 |

These results apply only to the samples tested.

Abbreviations for extractants: PE= Saturated Paste Extract, H20Sol= water soluble,AB-DTPA= Ammonium Bicarbonate-DTPA, AAO= Acid Ammonium Oxalate

Abbreviations used in acid base accounting: T.S.= Total Sulfur, AB= Acid Base, ABP= Acid Base Potential, PyrS= Pyritic Sulfur, Pyr+Org= Pyritic Sulfur + Organic Sulfur, Neutral. Pot.= Neutralization Potential

Miscellaneous Abbreviations: SAR= Sodium Adsorption Ratio, CEC= Cation Exchange Capacity, ESP= Exchangeable Sodium Percentage, TOC=Total Organic Carbon

Reviewed by:  *Karen A Secor*

Karen Secor, Soil Lab Supervisor

Inter-Mountain Labs

1673 Terra Avenue,  Sheridan, Wyoming 82801    ph: (307) 672-8945

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Your Environmental Monitoring Partner

## Soil Analysis Report

### SWCA Environmental Consultants

1892 South Sheridan Avenue
Sheridan, WY 82801

Report ID:  S1903380001

Project:         Peak

Date Received:   3/28/2019

Date Reported:  4/4/2019

Work Order:  S1903380

| Lab ID | Sample ID | Sand % | Silt % | Clay % | Texture | Nitrogen TKN % | CEC meq/100g | Total Sulfur % | T.S. AB t/1000t | Neutral. Potential t/1000t | T.S. ABP t/1000t |
|---|---|---|---|---|---|---|---|---|---|---|---|
| S1903380-001 | FL-TpyHc-P01 Horizon A | | | | | | | | | | |
| S1903380-002 | FL-TpyHc-P02 Horizon A | | | | | | | | | | |
| S1903380-003 | FL-TypHc-P03 Horizon A | | | | | | | | | | |
| S1903380-004 | LS-TypHc-P01 Horizon A | | | | | | | | | | |
| S1903380-005 | LS-TypHc-P02 Horizon A | | | | | | | | | | |
| S1903380-006 | LS-TypHc-P03 Horizon A | | | | | | | | | | |
| S1903380-007 | LS-TypHc-P04 Horizon A | 49.0 | 35.0 | 16.0 | Loam | 0.05 | 19.3 | 0.03 | 0.83 | 70.3 | 69.4 |
| S1903380-008 | LS-TypHc-P01 Horizon B | | | | | | | | | | |
| S1903380-009 | LS-TypHc-P02 Horizon B | | | | | | | | | | |
| S1903380-010 | LS-TypHc-P03 Horizon B | | | | | | | | | | |
| S1903380-011 | LS-TypHc-P04 Horizon B | 62.0 | 15.0 | 23.0 | Sandy Clay Loam | 0.01 | 21.9 | 0.03 | 0.89 | 94.9 | 94.0 |

These results apply only to the samples tested.

Abbreviations for extractants: PE= Saturated Paste Extract, H20Sol= water soluble,AB-DTPA= Ammonium Bicarbonate-DTPA, AAO= Acid Ammonium Oxalate

Abbreviations used in acid base accounting: T.S.= Total Sulfur, AB= Acid Base, ABP= Acid Base Potential, PyrS= Pyritic Sulfur, Pyr+Org= Pyritic Sulfur + Organic Sulfur, Neutral. Pot.= Neutralization Potential

Miscellaneous Abbreviations: SAR= Sodium Adsorption Ratio, CEC= Cation Exchange Capacity, ESP= Exchangeable Sodium Percentage, TOC=Total Organic Carbon

Reviewed by:  *Karen A Secor*

Karen Secor, Soil Lab Supervisor

**Inter-Mountain Labs**

Your Environmental Monitoring Partner

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

1673 Terra Avenue,   Sheridan, Wyoming 82801    ph: (307) 672-8945

## Soil Analysis Report

### SWCA Environmental Consultants

1892 South Sheridan Avenue
Sheridan, WY 82801

Report ID:  S1903380001

Project:         Peak

Date Received:   3/28/2019

Date Reported:  4/4/2019

Work Order:  S1903380

| Lab ID | Sample ID | Total Phosphorus ppm | Phosphorus as P2O5 ppm | Total Potassium ppm | Potassium as K2O ppm |
|---|---|---|---|---|---|
| S1903380-001 | FL-TpyHc-P01 Horizon A | | | | |
| S1903380-002 | FL-TpyHc-P02 Horizon A | | | | |
| S1903380-003 | FL-TypHc-P03 Horizon A | | | | |
| S1903380-004 | LS-TypHc-P01 Horizon A | | | | |
| S1903380-005 | LS-TypHc-P02 Horizon A | | | | |
| S1903380-006 | LS-TypHc-P03 Horizon A | | | | |
| S1903380-007 | LS-TypHc-P04 Horizon A | 599 | 1370 | 6370 | 7640 |
| S1903380-008 | LS-TypHc-P01 Horizon B | | | | |
| S1903380-009 | LS-TypHc-P02 Horizon B | | | | |
| S1903380-010 | LS-TypHc-P03 Horizon B | | | | |
| S1903380-011 | LS-TypHc-P04 Horizon B | 265 | 607 | 4090 | 4910 |

These results apply only to the samples tested.

Abbreviations for extractants: PE= Saturated Paste Extract, H20Sol= water soluble,AB-DTPA= Ammonium Bicarbonate-DTPA, AAO= Acid Ammonium Oxalate

Abbreviations used in acid base accounting: T.S.= Total Sulfur, AB= Acid Base, ABP= Acid Base Potential, PyrS= Pyritic Sulfur, Pyr+Org= Pyritic Sulfur + Organic Sulfur, Neutral. Pot.= Neutralization Potential

Miscellaneous Abbreviations: SAR= Sodium Adsorption Ratio, CEC= Cation Exchange Capacity, ESP= Exchangeable Sodium Percentage, TOC=Total Organic Carbon

Reviewed by:  *Karen A Secor*

Karen Secor, Soil Lab Supervisor



**Inter-Mountain Labs**
Sheridan, WY and Gillette, WY

**- CHAIN OF CUSTODY RECORD -**

*All shaded fields must be completed.*
This is a legal document; any misrepresentation may be construed as fraud.

RECEIVED
March 21 2025    1    0
DIVISION OF OIL GAS AND MINING
M/027/0125 **WEB** SWCAC

| Client Name | | | | Project Identification | | | Sampler (Signature/Attestation of Authenticity) | | Telephone # |
|---|---|---|---|---|---|---|---|---|---|
| **SWCA Environmental Consultant** | | | | Peak | | | Steve Fuller | | |

**Report Address**
257 E 200 S Suite 200
Salt Lake City, Utah 84111

**Contact Name**
**Steve Fuller**
Email   **sfuller@swca.com**
Phone   **801-322-4307**

**Invoice Address**
257 E 200 S Suite 200
Salt Lake City, Utah 84111

Purchase Order #     Quote #

**ANALYSES / PARAMETERS**

| ITEM | LAB ID (Lab Use Only) | DATE SAMPLED | TIME SAMPLED | SAMPLE IDENTIFICATION | Matrix | # of Containers | soil texture | ph | electrical conductivity | cation exchange ca | sodium adsorption | organic matter | total nitrogen | available phosphor | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 51903380-001 | 03/22/19 | 4:00pm | FL-TpyHc-P01 Horizon A | SL | 1 | | | x | | | | | | |
| 2 | -002 | 03/22/19 | 5:15pm | FL-TpyHc-P02 Horizon A | SL | 1 | | | x | | | | | | |
| 3 | -003 | 03/23/19 | 9:30am | FL-TypHc-P03 Horizon A | SL | 1 | | | x | | | | | | |
| 4 | -004 | 03/23/19 | 11:30am | LS-TypHc-P01 Horizon A | SL | 1 | | | x | | | | | | |
| 5 | -005 | 03/23/19 | 4:00pm | LS-TypHc-P02  Horizon A | SL | 1 | | | x | | | | | | |
| 6 | -006 | 03/24/19 | 10:30am | LS-TypHc-P03  Horizon A | SL | 1 | | | x | | | | | | |
| 7 | -007 | 03/24/19 | 2:00pm | LS-TypHc-P04  Horizon A | SL | 1 | x | x | x | x | x | x | x | x | |
| 8 | -008 | 03/23/19 | 11:30am | LS-TypHc-P01 Horizon B | SL | 1 | | | x | | | | | | |
| 9 | -009 | 03/23/19 | 4:00pm | LS-TypHc-P02 Horizon B | SL | 1 | | | x | | | | | | |
| 10 | -010 | 03/24/19 | 10:30am | LS-TypHc-P03 Horizon B | SL | 1 | | | x | | | | | | |
| 11 | -011 | 03/24/19 | 2:00pm | LS-TypHc-P04 Horizon B | SL | 1 | x | x | x | x | x | x | x | x | |
| 12 | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | |

| LAB COMMENTS | Relinquished By (Signature/Printed) | DATE | TIME | Received By (Signature/Printed) | DATE | TIME |
|---|---|---|---|---|---|---|
| | Steve Fuller    *[signature]* | 3/27/19 | 2:25pm | *[signature]* Kane ASen | 3/28/19 | 1400 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| SHIPPING INFO | MATRIX CODES | | TURN AROUND TIMES | COMPLIANCE INFORMATION | | ADDITIONAL REMARKS |
|---|---|---|---|---|---|---|
| ☐ UPS | Water | WT | **Check desired service** | Compliance Monitoring ? | Y / N | |
| ☐ FedEx | Soil | SL | ☐ Standard turnaround | Program (SDWA, NPDES,…) | | |
| ☐ USPS | Solid | SD | ☒ **RUSH - 5 Working Days** | PWSID / Permit # | | |
| ☐ Hand Carried | Filter | FT | ☐ **URGENT - < 2 Working Days** | Chlorinated? | Y / N | |
| ☐ Other | Other | OT | *Rush & Urgent Surcharges will be applied* | Sample Disposal:  Lab    Client | | |

Inter-Mountain Labs, Inc.                    www.intermountainlabs.com                    Rev 4.6 Web

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# APPENDIX D

**Cultural Resources Monitoring
Results of Soil Sampling Activities**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



Salt Lake City Office
257 East 200 South, Suite 200
Salt Lake City, Utah 84111
Tel 801.322.4307  Fax 801.322.4308
www.swca.com

# TECHNICAL MEMORANDUM

**To:**   LeeAnn Diamond, Environmental Permitting Manager, Crystal Peak Minerals, Inc.
2150 South 1300 East, Suite 550, Salt Lake City, Utah 84106, 801-485-0223 (office)

**From:**   R. Kelly Beck, Ph.D., principal investigator, cultural resources

**Date:**   August 6, 2018

**Re:**   **Cultural Resources Monitoring Results of Soil Sampling Activities, Conducted for Crystal Peak Minerals, Inc.'s Rail and Processing Facilities Project; Millard County, Utah / SWCA Project No. 26850.14**

## INTRODUCTION

In July 2018, SWCA Environmental Consultants (SWCA) was asked by the Bureau of Land Management (BLM) to conduct cultural resources monitoring for vegetation and soil sampling surveys at select locations within the Rail and Processing Facilities Project (the project), in Millard County, Utah (project area). The vegetation and soil sampling surveys came at the request of the Utah Division of Oil, Gas & Mining to support the Notice of Intent for a Large Mining Operation application (filed by Crystal Peak Minerals, Inc. [CPM]) for the two facilities (the rail and processing facilities) as part of the project.

Cultural resources monitoring was required at the rail facility location based on the recommendations and results of previous cultural resources work conducted for the project (Lechert and Stott 2016[1]; Root and Lechert 2018[2]). In 2016, CPM requested that SWCA conduct an intensive-level survey for its proposed Sevier Playa Rail Load-Out and Rail Spur Borings Project. At that time, that project consisted of 13 boring locations (with associated drill pads) along an access route and a "rail load-out facility" location. In April 2018, CPM requested that SWCA revisit the above-mentioned project area to survey a new proposed project footprint for the Rail and Processing Facilities Project. The rail facility identified in the 2018 report is at the same location as the "rail load-out facility" identified in the 2016 report, just with a different name.

## PROJECT LOCATION AND DESCRIPTION

The proposed rail facility location is in Sections 17, 18, 19, and 20, Township 24 South, Range 10 West, Salt Lake Meridian, in Millard County, Utah (Figure 1). The proposed location is along an old northern bank of the Beaver River, just west of the Black Rock obsidian source. SWCA conducted cultural resource monitoring of three soil sampling locations located within the rail facility project area. All original documents and photographs are on file at the SWCA office in Salt Lake City, Utah, under Project No. 26850.14.

---

[1] Lechert, Stephanie, and Jamie Stott. 2016. *Class III Cultural Resources Inventory for the Proposed Sevier Playa Rail Load-Out and Rail Spur Borings Project, Millard County, Utah.* State Project No. U16ST0731bp. SWCA Environmental Consultants. Prepared for Peak Minerals, Inc. On file at Utah Division of State History, Historic Preservation Office, Salt Lake City.

[2] Root, Erin, and Stephanie Lechert. 2018. *Class III Cultural Resources Inventory for the Rail and Processing Facilities Project, Millard County, Utah.* State Project No. U18ST0274. Prepared for Crystal Peak Minerals, Inc. SWCA Environmental Consultants. On file at Utah Division of State History, Historic Preservation Office, Salt Lake City.

*Cultural Resources Monitoring Results of Soil Sampling Activities, Conducted for Crystal Peak Minerals, Inc.'s Rail and Processing Facilities Project; Millard County, Utah*

RECEIVED

DIVISION OF OIL, GAS AND MINING

M/027/0125



**Figure 1. Project location.**

RECEIVED
DIVISION OF OIL, GAS AND MINING
M/027/0125

The new 2018 project area still consists of boring locations (with associated drill pads) along access routes, as well as a rail and processing facility, but the project was expanded to include a second exploration area to the west of the original project location. The current project now consists of the following components:

- 25 boring locations and associated drill pads (14 on BLM-managed and/or private lands and 11 on Utah School and Institutional Trust Lands Administration (SITLA)–managed lands);

- two access routes (one connecting the BLM-managed and private land boring locations and one connecting the SITLA-managed boring locations); and

- a rail and processing facility (formally referred to as the "rail load-out facility") that is located entirely on BLM-managed lands.

## ENVIRONMENT

The project area is located in Millard County, Utah, along the southern end of the Cricket Mountains and north of the Beaver River in the Basin and Range physiographic region. Part of the project area lies in the Upper Sonoran Life Zone, which is characterized by low-lying sand flats surrounded by mountains in each direction. Where present, vegetation in the project area is mostly desert shrubs (Figure 2). The mixed desert scrub community is dominated by invasive species, mainly cheatgrass (*Bromus tectorum*) and saltlover (*Halogeton glomeratus*). Desirable species commonly found in this community include broom snakeweed (*Gutierrezia sarothrae*), greasewood (*Sarcobatus vermiculatus*), green molly (*Bassia Americana*), and James' galleta (*Hilaria jamesii*). Weedy species that commonly occur in this community include burningbush (*Bassia scoparia*), clasping pepperweed (*Lepidium perfoliatum*), prickly Russian thistle (*Salsola tragus*), tall tumblemustard (*Sisymbrium altissimum*), and African mustard (*Strigosella Africana*).



**Figure 2. Overview of BLM-managed-lands portion of the project area, looking toward the Cricket Mountains, view facing north.**

RECEIVED
DIVISION OF OIL, GAS AND MINING
M/027/0125

## RESULTS OF PREVIOUS CULTURAL RESOURCES INVENTORIES

The cultural resources inventory conducted for the project, as detailed in *Class III Cultural Resources Inventory for the Rail and Processing Facilities Project, Millard County, Utah* (Root and Lechert 2018), resulted in the identification of 11 archaeological sites, with eight National Register of Historic Places (NRHP)-eligible sites (42MD866, 42MD1472, 42MD1792, 42MD3906, 42MD3957, 42MD3958, 42MD3959, and 42MD3960), three NRHP-ineligible sites (42MD3903, 42MD3907, and 42MD3961), and an extensive lithic landscape within the project area. Nearly all of these resources are located primarily on BLM-managed lands, although only one resource (42MD3907) is located at the rail facility location. Because the project area is located within an aeolian environment, there is a high potential to encounter subsurface archaeological deposits. It was recommended that an archaeological monitor be present during ground-disturbing activities within this lithic landscape/aeolian environment to identify and avoid any cultural resources identified during the course of boring activities. Because of this recommendation, SWCA provided a cultural resource monitor for the soil sampling and testing activities conducted at the proposed rail facility.

## MONITORING RESULTS

SWCA Cultural Resources Specialist Ralph Burrillo conducted the cultural resources monitoring of the soil sampling locations within the rail facility location of the project on July 13 and 14, 2018. Mr. Burrillo meets the Secretary of the Interior's Professional Qualifications Standards for archaeology and is included on SWCA's BLM Cultural Resource Use Permit (17UT55126). Soil testing pits were dug by hand in the proposed project area, each to a depth of 36 inches, and soil samples were collected for each horizon found. Soils were described and classified according to horizon, and the location of each soil pit was recorded in the global positioning system unit. The soil sample for each horizon was placed in a plastic bag and labeled with a unique field identifier. Soils found within each facility were then delineated on a Samsung tablet using Esri Collector software.

In total, three soil samples were excavated at the rail facility. In general, the soils at the rail facility were described as consisting primarily of two soil types: Dera-Dera sandy loam families association, typical of alluvial fans and characterized by gravelly loams; and Uvada-Skumpah families association, typical of lake plains and consisting of salty clays and loams. The results of the cultural resources monitoring were negative; no cultural resources were identified at the soil sampling locations (Appendix A, Figure A-1).

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# APPENDIX A

## Monitoring Results Map

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



**Figure A-1. Monitoring results.**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

*This page intentionally left blank.*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# APPENDIX E

**Estimated Acreages Proposed to be Disturbed and/or Reclaimed Annually**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| | Disturbance Area | L On-Playa Length (mi) | Width (ft) | Area (ac) | L Off-Playa Length (mi) | Width (ft) | Area (ac) | NL On-Playa Volume (cy/yds) | Quantity | Off-Playa Length (ft) | Width (ft) | Area (ac) | Volume (cy/yds) | Length (ft) | Width (ft) | Area (ac) | Total On-Playa | Total Off-Playa | Interim On-Playa | Interim Off-Playa | AreaDist On-Playa | AreaDist Off-Playa | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Total Years 1-5 | Year 6 - LOM | Ac. Rec. at LOM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Powerlines** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 69-kV Power and Communication Line | | | | 43.96 | 100 | 532.83 | | | | | | | | | 43.93 | | 576.78 | 576.24 | | | 0.54 | 288.12 | 288.12 | -576.24 | | | 0.54 | | -0.54 |
| * | Power Line Access Road Spur 1-Overland | | | | 0.21 | 25 | 0.64 | | | | | | | | | | | 0.64 | 0.64 | | | | 0.64 | | -0.64 | | | | | |
| * | Power Line Access Road Spur 2-Overland | | | | 0.08 | 25 | 0.24 | | | | | | | | | | | 0.24 | 0.24 | | | | 0.24 | | -0.24 | | | | | |
| * | Power Line Access Road Spur 3-Overland | | | | 0.34 | 25 | 1.03 | | | | | | | | | | | 1.03 | 1.03 | | | | 1.03 | | -1.03 | | | | | |
| * | Power Line Access Road Spur 4-Overland | | | | 0.05 | 25 | 0.15 | | | | | | | | | | | 0.15 | 0.15 | | | | 0.15 | | -0.15 | | | | | |
| * | Power Line Access Road Spur 5-Overland | | | | 0.78 | 25 | 2.36 | | | | | | | | | | | 2.36 | 2.36 | | | | 2.36 | | -2.36 | | | | | |
| * | Power Line Access Road Spur 6-Overland | | | | 0.17 | 25 | 0.52 | | | | | | | | | | | 0.52 | 0.52 | | | | 0.52 | | -0.52 | | | | | |
| * | Power Line Access Road Spur 7-Overland | | | | 0.68 | 25 | 2.06 | | | | | | | | | | | 2.06 | 2.06 | | | | 2.06 | | -2.06 | | | | | |
| * | Power Line Access Road Spur 8-Overland | | | | 0.55 | 25 | 1.67 | | | | | | | | | | | 1.67 | 1.67 | | | | 1.67 | | -1.67 | | | | | |
| * | Power Line Access Road Spur 9-Overland | | | | 0.88 | 25 | 2.67 | | | | | | | | | | | 2.67 | 2.67 | | | | 2.67 | | -2.67 | | | | | |
| ** | Power Line Access Road-Existing | | | | 36.28 | 4 | 17.59 | | | | | | | | | | | 17.59 | 17.59 | | | | | | | | | 17.59 | | -17.59 |
| | 25-kV Power Line Segments | 16.69 | 95 | 192.19 | 1.18 | 95 | 13.59 | | | | | | | | | | | 205.78 | 191.7 | 13.55 | 0.49 | 0.04 | 102.89 | 102.89 | -205.25 | | | 3.50 | | -0.55 |
| | 25-kV Power Line Access Road | 0.35 | 25 | 1.06 | 1.26 | 16 | 2.44 | | | | | | | | | | | 3.50 | 3.50 | | | | | | | | | 3.50 | | -3.50 |
| | North Playa Substation | | | | | | | | | 90 | 176 | 0.36 | | | | | 0.36 | | 0.36 | | | | 0.36 | | | | | 0.36 | | -0.36 |
| *** | 12.47-kV Power Line | 6.27 | 95 | 72.2 | 0.33 | 95 | 3.80 | | | | | | | | | | | 76.00 | 71.76 | 3.78 | 0.44 | 0.02 | 38 | | -75.54 | | | 0.46 | | -0.46 |
| *** | 12.47-kV Power and Communication Line | | | | 12.64 | 95 | 145.55 | | | | | | | | | | | 143.96 | 33.42 | | | 1.59 | 20.44 | 20.44 | -40.79 | 2.27 | 6.82 | 9.18 | -7.59 | -1.59 |
| ** | Temporary Use Areas (TUAs) | | | | | | | | | 5.5 | | | 25.99 | | | | | 31.49 | 25.99 | | | | 12.99 | | -25.99 | | | | | |
| | **Communication Towers** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Long Ridge Comm Tower | | | | | | | | | 50 | 50 | 0.06 | | | | | 0.06 | | 0.06 | | | | | | 0.06 | -0.06 | | | | |
| ** | Long Ridge Comm Tower | | | | 5.38 | 9 | 5.87 | | | | | | | | | | | 5.87 | 3.99 | | | | | | 3.99 | -3.99 | | | | |
| | Black Rock Comm Tower | | | | | | | | | 50 | 50 | 0.06 | | | | | 0.06 | | 0.06 | | | | | | 0.06 | | | | | -0.06 |
| ** | Black Rock Access Road-Existing | | | | 0.62 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | **Natural Gas Pipeline** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Natural Gas Pipeline | | | | 30.25 | 50 | 183.33 | | | | | | | | | | | 183.33 | 183.33 | | | | | | | | | 183.33 | -183.33 | |
| ** | Access Roads - Existing | | | | 16.8 | 8 | 16.29 | | | | | | | | | | | 16.29 | 16.29 | | | | | | | | | 16.29 | | -16.29 |
| | **Rail Facilities** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Rail Loadout Facility | | | | | | | | | | | 73.70 | | | | | 73.70 | | 20.00 | | 53.70 | | | | | 14.74 | 58.96 | 73.70 | -20.00 | -53.70 |
| | Rail Spurs | | | | 2.90 | 120.00 | 42.18 | | | | | | | | | | | 42.18 | 21.09 | | | 21.09 | | | | 8.44 | 33.74 | 42.18 | -21.09 | |
| | Rail Spur Access Corridor | | | | 2.90 | 15.00 | 5.27 | | | | | | | | | | | 5.27 | | | | | | | | 1.05 | 4.22 | 5.27 | | -5.27 |
| | Rail Loadout Facility Access Road 1 - New | | | | 0.50 | 60.00 | 3.64 | | | | | | | | | | | 3.64 | 1.34 | | 2.30 | | | | | 0.73 | 2.91 | 3.64 | -1.34 | -2.30 |
| | Rail Loadout Facility Access Road 2 - New | | | | 0.10 | 60.00 | 0.73 | | | | | | | | | | | 0.73 | 0.23 | | 0.50 | | | | | 0.15 | 0.58 | 0.73 | -0.23 | |
| | **Water Supply Facilities** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *** | Water Supply Well 1 | | | | | | | | | 125 | 150 | 0.43 | | | | | 0.43 | | 0.40 | | 0.03 | | 0.22 | 0.21 | -0.40 | | | 0.03 | | -0.03 |
| *** | Water Supply Well 2 | | | | | | | | | 125 | 150 | 0.43 | | | | | 0.43 | | 0.40 | | 0.03 | | 0.22 | 0.21 | -0.40 | | | 0.03 | | -0.03 |
| *** | Water Supply Well 3 | | | | | | | | | 125 | 150 | 0.43 | | | | | 0.43 | | 0.40 | | 0.03 | | | | | 0.86 | 3.44 | 0.43 | -0.4 | -0.03 |
| *** | Water Supply Well 4 | | | | | | | | | 125 | 150 | 0.43 | | | | | 0.43 | | 0.40 | | 0.03 | | | | | 0.86 | 3.44 | 0.43 | -0.4 | -0.03 |
| | Water Supply Pipeline | | | | 4.89 | 50 | 29.64 | | | | | | | | | | | 29.64 | 29.64 | | | | 10.82 | 10.82 | -21.58 | 2.02 | 6.04 | 8.06 | -8.06 | |
| *** | Water Supply Pipeline Spur 1 | | | | 1.60 | 50 | 9.70 | | | | | | | | | | | 9.70 | 9.70 | | | | 4.85 | 4.85 | -9.7 | | | | | |
| ** | Water Supply Pipeline Spur 2 | | | | 0.76 | 50 | 4.61 | | | | | | | | | | | 4.61 | 4.61 | | | | 2.31 | 2.3 | -4.61 | | | | | |
| ** | Water Supply Pipeline Spur 3 | | | | 0.96 | 50 | 5.82 | | | | | | | | | | | 5.82 | 5.82 | | | | | | | 1.16 | 4.66 | 5.82 | -5.82 | |
| *** | Water Supply Pipeline Spur 4 | | | | 2.14 | 50 | 12.97 | | | | | | | | | | | 12.97 | 12.97 | | | | | | | 2.59 | 10.38 | 12.97 | -12.97 | |
| ** | Water Supply Well Access Road 1 | | | | 1.08 | 13 | 1.70 | | | | | | | | | | | 1.70 | | 1.15 | | | | | 1.15 | | | 1.15 | | -1.15 |
| | Water Supply Well Access Road 2 | | | | 0.76 | | | | | | | | | | | | | | | | | | | | | | | | | |
| ** | Water Supply Well Access Road 3 | | | | 0.97 | 13 | 1.53 | | | | | | | | | | | 1.53 | 1.53 | | | | | | 0.31 | 1.22 | 1.53 | | -1.5 | |
| ** | Water Supply Well Access Road 4 | | | | 0.88 | 13 | 1.39 | | | | | | | | | | | 1.39 | 1.39 | | | | | | 0.28 | 1.11 | 1.39 | | -1.39 | |
| *** | 12.47-kV Power Line Spur 1 | | | | 1.34 | 95 | 15.43 | | | | | | | | | | | 15.43 | 15.29 | | 0.14 | | 7.72 | 7.71 | -15.29 | | | 0.14 | | -0.14 |
| *** | 12.47-kV Power Line Spur 2 | | | | 0.76 | 95 | 8.75 | | | | | | | | | | | 8.75 | 8.66 | | 0.09 | | 4.38 | 4.37 | -8.66 | | | 0.09 | | -0.09 |
| *** | 12.47-kV Power Line Spur 3 | | | | 0.78 | 50 | 4.73 | | | | | | | | | | | 4.73 | 4.63 | | 0.10 | | | | | 1.18 | 3.55 | 4.73 | -4.63 | -0.10 |
| *** | 12.47-kV Power Line Spur 4 | | | | 0.86 | 95 | 9.90 | | | | | | | | | | | 9.90 | 9.79 | | 0.11 | | | | | 2.48 | 7.42 | 9.90 | -9.79 | -0.11 |
| | **Access Roads** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ** | Playa Access Road Segment A | | | | 5.04 | 7 | 4.28 | | | | | | | | | | | 4.28 | | 4.28 | | | 4.28 | | | | | 4.28 | | -4.28 |
| ** | Playa Access Road Segment B | | | | 1.78 | 9 | 1.94 | | | | | | | | | | | 1.94 | | 1.94 | | | 1.94 | | | | | 1.94 | | -1.94 |
| ** | Playa Access Road Segment C1 | 0.16 | 16 | 0.31 | 3.34 | 16 | 6.48 | | | | | | | | | | | 6.79 | | 6.79 | | | 6.79 | | | | | 6.79 | | -6.79 |
| ** | Playa Access Road Segment C2 | | | | 2.06 | 4 | 1.00 | | | | | | | | | | | 1.00 | | 1.00 | | | 1.00 | | | | | 1.00 | | |
| ** | Playa Access Road Segment D1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ** | Playa Access Road Segment D2 | | | | 0.88 | 14 | 1.49 | | | | | | | | | | | 1.49 | | 1.49 | | | 1.49 | | | | | 1.49 | | -1.49 |
| ** | Playa Access Road Segment E | | | | 2.85 | 14 | 4.84 | | | | | | | | | | | 2.85 | | 2.85 | | | 2.85 | | | | | 2.85 | | |
| ** | Playa Access Road Segment F | 0.11 | 14 | 0.19 | 0.30 | 14 | 0.51 | | | | | | | | | | | 0.70 | | 0.70 | | | 0.70 | | | | | 0.70 | | -0.70 |
| ** | Playa Access Road Segment G | 1.19 | 25 | 3.61 | 3.12 | 14 | 5.29 | | | | | | | | | | | 8.90 | | 3.61 | | 5.29 | 8.90 | | | | | 8.90 | | -8.90 |
| | Monitoring Well Access Road (on-lease portions) | | | | 0.68 | 14 | 1.15 | | | | | | | | | | | 1.15 | | 1.15 | | | 1.15 | | | | | 1.15 | | -1.15 |
| ** | Crystal Peak Spur Road (existing) | | | | 1.52 | | | | | | | | | | | | | | | | | | | | | | | | | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Disturbance Area | Lin On-Playa Length (mi) | Lin On-Playa Width (ft) | Lin On-Playa Area (ac) | Lin Off-Playa Length (mi) | Lin Off-Playa Width (ft) | Lin Off-Playa Area (ac) | NLF On-Playa Volume (cy/yds) | NLF On-Playa Quantity | NLF On-Playa Length (ft) | NLF On-Playa Width (ft) | NLF On-Playa Area (ac) | NLF Off-Playa Volume (cy/yds) | NLF Off-Playa Length (ft) | NLF Off-Playa Width (ft) | NLF Off-Playa Area (ac) | Total Dist. (ac) | Interim Reclaimed On-Playa | Interim Reclaimed Off-Playa | After Interim On-Playa | After Interim Off-Playa | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Total for Years 1-5 | Year 6 - LOM | Ac. Rec. at LOM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Crystal Peak Spur Road | | | | | | | | | | | | | | | | 1.85 | | | | | 1.85 | | | | | | | -1.85 |
| Haul Road ** | 0.17 | 32 | 0.66 | 0.31 | 32 | 1.20 | | | | | | | | | | 1.86 | | | 1.86 | | 1.86 | | | | | | | -1.86 |
| **Processing Facility** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Processing Facility | | | | | | | | | | | | | | | 39.75 | 39.75 | | | | 39.75 | | 4.68 | 9.35 | 9.35 | 9.35 | 32.73 | 7.02 | -39.75 |
| **Water Monitoring Wells** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Monitoring Well (CPM-20-WAC) *** | | | | | | | | | 100 | 100 | 0.23 | | | | | 0.23 | 0.22 | | 0.01 | | 0.23 | -0.22 | | | | 0.01 | | -0.01 |
| Monitoring Well (CPM-20-WBR) *** | | | | | | | | | 100 | 100 | 0.23 | | | | | 0.23 | 0.22 | | 0.01 | | 0.23 | -0.22 | | | | 0.01 | | -0.01 |
| Monitoring Well (CPM-20-NACT) *** | | | | | | | | | 100 | 100 | 0.23 | | | | | 0.23 | 0.22 | | 0.01 | | 0.23 | -0.22 | | | | 0.01 | | -0.01 |
| Monitoring Well (CPM-20-WBRT) *** | | | | | | | | | 100 | 100 | 0.23 | | | | | 0.23 | 0.22 | | 0.01 | | 0.23 | -0.22 | | | | 0.01 | | -0.01 |
| Monitoring Well (CPM-20-WPT) *** | | | | | | | | | 100 | 100 | 0.23 | | | | | 0.23 | 0.22 | | 0.01 | | 0.23 | -0.22 | | | | 0.01 | | -0.01 |
| Monitoring Well (CPM-20-SBRWS) *** | | | | | | | | | 100 | 100 | 0.23 | | | | | 0.23 | 0.22 | | 0.01 | | 0.23 | -0.22 | | | | 0.01 | | -0.01 |
| Monitoring Well (CPM-20-EBRWS) *** | | | | | | | | | 100 | 100 | 0.23 | | | | | 0.23 | 0.22 | | 0.01 | | 0.23 | -0.22 | | | | 0.01 | | -0.01 |
| Monitoring Well (CPM-20-NAC) *** | | | | | | | | | 100 | 100 | 0.23 | | | | | 0.23 | 0.22 | | 0.01 | | 0.23 | -0.22 | | | | 0.01 | | -0.01 |
| Monitoring Well Access Road (on-lease portions) | | | | 0.65 | 14 | 1.10 | | | | | | | | | | 1.10 | | | 1.10 | | 1.10 | | | | | 1.10 | | -1.10 |
| Monitoring Well Access Road (off-lease portions) | | | | 7.44 | 14 | 12.63 | | | | | | | | | | 12.63 | | | | 12.63 | 12.63 | | | | | 12.63 | | -12.63 |
| Monitoring Well (CPM-20-WPT) *** | | | | | | | | | 100 | 100 | 0.23 | | | | | 0.23 | 0.22 | | 0.01 | | 0.23 | -0.22 | | | | 0.01 | | -0.01 |
| Monitoring Well (CPM-20-NPT) *** | | | | | | | | | 100 | 100 | 0.23 | | | | | 0.23 | 0.22 | | 0.01 | | 0.23 | -0.22 | | | | 0.01 | | -0.01 |
| On-Playa Well Points | | | | | | | 10 | 10 | 10 | 10 | 0.02 | | | | | 0.02 | | | 0.02 | | 0.02 | | | | | | | |
| **Mining Features** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Preconcentration Ponds ^ | | | | | | | 69670154 | | | | 4798.22 | | | | | 4798.22 | | | 4798.22 | | 3198.81 | 1599.41 | | | | 4798.22 | | -4798.22 |
| Production Ponds | | | | | | | 24392201 | | | | 1586 | | | | | 1586 | | | 1586 | | 1334 | | | 63 | | 1397 | 189 | -1586 |
| Tailings Management Area ^^ | | | | | | | 3477950 | | | | 308 | | | | | 308 | | | 308 | | 174.63 | | | | | 174.63 | 133.37 | -308 |
| Extraction Trenches | 155.81 | 76 | 1435.34 | | | | | | | | | | | | | 1435.34 | | | 1435.34 | | 478.45 | 956.89 | | | | | | -1435.34 |
| Recharge Trenches and Collectors | 151.02 | 64 | 1171.55 | | | | | | | | | | | | | 1171.55 | | | 1171.55 | | 502.09 | | | | | | 1209.46 | -1731.55 |
| Recharge Canal | 28.72 | 100 | 348.12 | | | | | | | | | | | | | 348.12 | | | 348.12 | | 348.12 | | | | | | | -348.12 |
| Brine Transfer Canal | 14.14 | 100 | 171.39 | | | | | | | | | | | | | 171.39 | | | 171.39 | | 171.39 | | | | | | | -171.39 |
| Brine Transfer Pipeline | 0.97 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diversion Canal | 0.12 | 125 | 1.82 | 0.16 | 125 | 2.42 | | | | | | | | | | 4.24 | | | 1.82 | 2.42 | 4.24 | | | | | | | -4.24 |
| Diversion Berm | | | | 0.06 | 79 | 0.57 | | | | | | | | | | 0.57 | | | | 0.57 | 0.57 | | | | | | | -0.57 |
| Drop Structure | | | | 0.11 | 550 | 7.33 | | | | | | | | | | 7.33 | | | | 7.33 | 7.33 | | | | | | | -7.33 |
| Playa Access Road *** | 30.3 | 80 | 293.82 | | | | | | 100 | 10 | 0.02 | | | | | 293.84 | | | 293.84 | | 293.84 | | | | | | | -293.84 |
| Playa Access Road Spur 1 | 0.2 | 7 | 0.17 | 0.36 | 7 | 0.31 | | | | | | | | | | 0.48 | | | 0.48 | | 0.48 | | | | | | | -0.48 |
| Playa Access Road Spur 1A (Drop Structure Access) | | | | 0.09 | 25 | 0.27 | | | | | | | | | | 0.27 | | | | 0.27 | 0.27 | | | | | | | -0.27 |
| Playa Access Road Spur 2 ** | 0.06 | 14 | 0.10 | 0.01 | 14 | 0.02 | | | | | | | | | | 0.12 | | | 0.12 | | 0.12 | | | | | | | -0.12 |
| Playa Access Road Spur 3 ** | 0.08 | 25 | 0.24 | 0.37 | 25 | 1.12 | | | | | | | | | | 1.33 | | | 1.33 | | 1.33 | | | | | | | -1.33 |
| Playa Access Road Spur 4 ** | | | | 3.13 | 14 | 5.31 | | | | | | | | | | 5.31 | | | | 5.31 | 5.31 | | | | | | | -5.31 |
| Playa Access Road Spur 5 ** | 0.01 | 25 | 0.03 | | | | | | | | | | | | | 0.03 | | | 0.03 | | 0.03 | | | | | | | -0.03 |
| Playa Access Road Spur 6 ** | 0.18 | 14 | 0.31 | | | | | | | | | | | | | 0.31 | | | 0.31 | | 0.31 | | | | | | | -0.31 |
| **TOTALS** | | | 3693.10 | | | 1151.74 | | | | | 6697.77 | | | | | 187.87 | 11726.90 | 268.96 | 1015.56 | 10669.65 | 183.74 | 7097.08 | 2094.81 | -982.33 | 44.42 | 220.84 | 8467.56 | 2419.71 | -10887.27 |

\* Overland travel only.

\*\* Represents existing roads that may be improved. Assumes the ROW width would be disturbed. Width subtracts the ROW width from the existing width.

\*\*\* Surface expressions requiring removal rigs are not known at this time and the associated volumetric disturbance has not been included.

^ Acreage represents the entire footprint of the pond. During reclamation only the pond berms would be regraded.

^^ Acreage represents the entire footprint of the pond. During reclamation the area would be regraded to allow meteoric water to flow off the area onto the playa.

\*\*\* Area includes the temporary construction area as it will be disturbed and reclaimed.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# APPENDIX F

**Drainage Control Plan**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



# Operations and Reclamation Drainage Control Plan for the Sevier Playa Potash Project

February 21, 2025

Prepared for:

Peak Minerals Inc.

Prepared by:

Stantec Consulting Services, Inc.
Salt Lake City, Utah

**OPERATIONS AND RECLAMATION DRAINAGE CONTROL PLAN FOR THE SEVIER PLAYA POTASH PROJECT**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## Table of Contents

1.0    INTRODUCTION ............................................................................................1.1
1.1    TYPE 1 FEATURES .................................................................................1.2
1.2    TYPE 2 FEATURES .................................................................................1.3

2.0    STUDY AREA CONDITIONS ......................................................................2.1
2.1    SOILS AND VEGETATION .....................................................................2.1
2.2    DESIGN STORM EVENTS .......................................................................2.1
2.3    GROUNDWATER .....................................................................................2.2

3.0    METHODS OF INVESTIGATION ...............................................................3.1
3.1    CALCULATION METHODS ......................................................................3.1

4.0    DESIGN AND CALCULATIONS .................................................................4.1
4.1    OPERATIONS DRAINAGE PLAN ...........................................................4.1
4.2    RECLAMATION DRAINAGE PLAN .........................................................4.15

5.0    REFERENCES ...........................................................................................5.1

### LIST OF TABLES AND FIGURES

Table 4-1 Drainage Control Ditch Flow Summary ................................................4.1
Figure 4-1 Drainage Boundaries ..........................................................................4.2
Figure 4-1a Processing Facility Drainage ............................................................4.3
Figure 4-1b Rail Loadout Facility Drainage ..........................................................4.4
Figure 4-2 Typical Ditch Designs .........................................................................4.5
Table 4-2 Drainage Control Pond Sizing Summary ..............................................4.6
Table 4-3 Drainage Control Spillway Sizing Summary .........................................4.6
Figure 4-3 Typical Pond Design ...........................................................................4.8
Figure 4-4 Typical Low Water Crossing Design....................................................4.10
Figure 4-5 Typical Culvert Design ........................................................................4.11
Figure 4-6 Water Crossing Design .......................................................................4.12
Table 4-4 Typical Crossing Summary ...................................................................4.13
Table 4-5 Playa Access Road Crossing Summary ...............................................4.13
Table 4-6 Road Crossing Summary ......................................................................4.14

### LIST OF APPENDICES

**APPENDIX A SITE PRECIPITATION DATA**

**APPENDIX B SEDCAD CALCULATIONS FOR PLAYA ACCESS ROAD**

**APPENDIX C SEDCAD CALCULATIONS FOR COUNTY ROAD CROSSINGS**



RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**OPERATIONS AND RECLAMATION DRAINAGE CONTROL PLAN FOR THE SEVIER PLAYA POTASH PROJECT**

Introduction

# 1.0   INTRODUCTION

Peak Minerals Inc. (Peak Minerals) is proposing to construct and operate the Sevier Playa Potash Project (the Sevier Playa Project or Project) on federal, state, and private lands in Millard County, Utah. Peak Minerals owns as lessee, or through agreement controls, the right to develop and operate potassium mineral leases on approximately 118,000 acres of land administered by the U.S. Bureau of Land Management (BLM), and controls through agreement potash mineral leases on an additional approximately 6,400 acres of state lands managed by the State of Utah School and Institutional Trust Lands Administration (TLA) on the Sevier Playa property in Millard County, Utah (Figure 4-1), for a total of approximately 124,400 acres.

The Project would be designed to produce an average of approximately 215,000 tons per year of potash in the form of potassium sulfate ($K_2SO_4$), also known as sulfate of potash (SOP), as well as other associated mineral products. Brines extracted from Sevier Playa sediments would be concentrated by solar evaporation. The potassium-rich salts would be harvested and processed in a modern crystallization plant, referred to as the Processing Facility, to produce a saleable SOP product, as well as other associated minerals. SOP is a soluble mineral containing potassium that is used primarily as fertilizer.

The Project would feature recharge and extraction canals constructed on the playa surface, the mineral extraction area, as a method of recovery of the potassium-rich brines. Also, shallow extraction wells would be used to extract brine from within the playa. Recharge waters would be collected from natural precipitation and from the Sevier River. Evaporation ponds would be used for recovery of the crude salts: the preconcentration ponds and production ponds. A detailed description of the mining and extraction features for the Project is described in the *Mining Plan for the Sevier Playa Potash Project* (Mining Plan) (Peak Minerals 2024a).

This section describes the Drainage Control Plan for the Type 2 Features for life of mine and during final reclamation. A key component of the Drainage Control Plan is the fact that all mining occurs within the surface water terminal basin of the playa area. Thus, due to the site topography, there will be no surface water discharges from the mine or playa area. Drainage control on the playa is related to the mine operations, and these are discussed in the Mining Plan (Peak Minerals 2024a). Therefore, this Drainage Control Plan is limited to areas outside the playa and includes various roads, rail facility, and processing facility. Most of the access roads are existing roads that will be maintained by Peak Minerals.

To support development of the Project, utilities and infrastructure would be constructed and maintained and include Power and Communication Lines, Communication Towers, a Natural Gas Pipeline, Rail Facilities, Water Supply Wells and Distribution lines, and an Access Road network. A detailed description of the infrastructure features proposed to support the Project is described in the *Plan of Development for Off-Lease Facilities for the Sevier Playa Potash Project* (POD) (Peak Minerals 2024b).

For the purposes of the Drainage Control Plan, the mining and associated infrastructure facilities for the Project have been broken up into two different types:



RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**OPERATIONS AND RECLAMATION DRAINAGE CONTROL PLAN FOR THE SEVIER PLAYA POTASH PROJECT**

Introduction

- Type 1 Features are those where the majority of the disturbances caused during construction would be interim reclaimed immediately after construction.

- Type 2 Features are those long-term use features where the majority of the disturbances caused during construction would not be interim reclaimed and would actively be used throughout the Project.

## 1.1    TYPE 1 FEATURES

As described in the *Reclamation Plan for the Sevier Playa Potash Project* (Reclamation Plan), interim reclamation would occur on short-term use areas that are used only for the time it takes to construct the feature (Peak Minerals, 2024c). Examples include temporary access roads, designated staging areas for equipment and materials, temporary work areas, and buried pipeline excavations. The Type 1 Features as it pertains to the Drainage Control Plan include the power and communication lines, communication towers, Natural Gas Pipeline, and water supply wells and pipelines.

At the Type 1 Features, during construction storm water controls may consist of silt fence, erosion control fabric, and temporary seeding. As an example, the Black Rock Communication Tower will be located at a high point in the surrounding topography and the access road will be an existing roadway. During construction the site will be surrounded by silt fence and within the enclosed area, the tower will be constructed. After construction is complete, the site will be seeded and mulched. After the vegetation is established, the silt fencing will be removed. Throughout the Project the tower may require limited visits for maintenance. Once the communications tower is no longer needed for the project, the site will be reclaimed. Silt fence will be installed, the site disturbed, the tower removed, and the site regraded, seeded, and mulched. After the vegetation is established, then the silt fence will be removed.

Similarly, for the other Type 1 Features (water supply and Natural Gas Pipeline and power lines), construction and reclamation will include temporary disturbances. The areas disturbed during construction will be surrounded by standard measures including silt fencing, or similar controls, to minimize sedimentation. After construction is completed, those areas disturbed during construction that are not required for operations would be reclaimed. The interim reclamation measures for each feature is described in the Reclamation Plan and include reseeding the areas (Peak Minerals 2024c). In addition, those areas at each feature that are not interim reclaimed and are actively used during operations would include stabilization measures to reduce erosion.

Construction of these Type 1 Features would be covered under a Stormwater Pollution Prevention Plan (SWPPP), and associated UPDES permit(s), as applicable. The SWPPP would include best management practices (BMPs) to ensure compliance with applicable regulations and to prevent offsite migration of contaminated stormwater or increased soil erosion. Construction practices would comply with the UPDES permit(s) and SWPPP. Additional BMP's for these facilities is presented in the POD (Peak Minerals 2024b).

Since the majority of the construction related disturbance would be interim reclaimed immediately after construction, standard methods would be employed during construction (i.e. use of silt fence and other standard measures), and that a SWPPP would be prepared and maintained for these features, specific details for Type 1 Features are not addressed in this Drainage Control Plan.



RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**OPERATIONS AND RECLAMATION DRAINAGE CONTROL PLAN FOR THE SEVIER PLAYA POTASH PROJECT**

Introduction

## 1.2    TYPE 2 FEATURES

Where the Project requires a long-term modification to the landscape, these are referred to as a long-term use area or for the purpose of this Drainage Control Plan, a Type 2 Feature. These areas would typically be maintained in a disturbed or altered state throughout the life of the Project, until final reclamation. Type 2 Features, as it pertains to this Drainage Control Plan, include the Rail Loadout Facility, the Processing Facility, access roads, and areas needed for regularly scheduled maintenance of facilities and structures. In these areas, it is typical for vegetation to be removed, grading to be conducted, natural drainages to be modified, and fencing, facilities, and structures to be constructed.

Storm water controls will be installed prior to any disturbance and for the Type 2 Features these may consist of standard measures (i.e. silt fencing and similar controls) but will also include sediment ponds and diversion/collection ditches and berms to ensure that drainage from the facilities activity used throughout the life of the Project will be collected and treated.

The Processing Facility, located off-playa, would be constructed during the initial Project construction and used throughout the life of the Project. The Processing Facility would occupy approximately 60 acres at the south end of the Sevier Playa. It is described in detail in the Mining Plan (Peak Minerals 2024a). The Processing Facility area would be cleared, grubbed, and graded. The Processing Facility would have a perimeter security fence. Portions of areas within the fence will be graveled. A berm, comprised of subsoil removed during grading of the site, will surround the fence on the west, east and southern portions. Topsoil removed prior to grading will be stockpiled, no more than 4 feet tall, outside of the perimeter berm.

The Rail Loadout Facility, located off playa, will be constructed during the initial construction of the Project and will be used throughout the Project to load and off load products and materials to support the Project. The Rail Loadout Facility will include a rail spur, and rail spur access corridor. The approximate 110-acre area will be surrounded by a perimeter fence. Portions of this area will be cleared, leveled and covered with gravel. Prior to disturbance, topsoil will be salvaged and stored for use during reclamation. Topsoil stockpiles, and an excess subsoil stockpile, will be stored within the fenced area.

The access road network comprises of both existing and newly constructed roads used to access Project features. For example, at the Rail Loadout Facility two access roads would be constructed to allow access and egress for haul trucks to be used during operation of the facility and an additional road constructed adjacent to the rail spur. On the playa, a road would be constructed that extends around the perimeter of the playa and would be used to access the Project features on the playa. Other new roads may be constructed, as necessary, to access Project features and are described in detail in the Mining Plan (Peak Minerals 2024a) and the POD (Peak Minerals 2024b). The majority of roads used for the Project are existing roads. Some of these roads may require limited improvements. All existing roads improved for the Project would be reclaimed unless use and maintenance responsibilities are transferred to another entity. Refer to the Reclamation Plan for additional details (Peak Minerals 2024c).

Prior to disturbance at the Type 2 Features, topsoil will be salvaged and stockpiled to be used during the reclamation phase.



**OPERATIONS AND RECLAMATION DRAINAGE CONTROL PLAN FOR THE SEVIER PLAYA POTASH PROJECT**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Introduction

The ditches, culverts, and settlement ponds will be constructed concurrently with their associated facility. Improvements to existing access roads and construction of new roads will require diversion ditches and culverts to convey runoff in site drainages.

The drainage control structures will be present for the life of the mine. Once the Project is complete all facilities and newly constructed roads will be removed and reclaimed. As noted above, existing roads that are upgraded will be reclaimed unless use and maintenance responsibilities are transferred to another entity.

This report presents the proposed drainage control plan for the Type 2 Features for the mining operations and reclamation activities. The sections of this report include a description of the study area, the methods of investigation, and the design and calculations.



RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**OPERATIONS AND RECLAMATION DRAINAGE CONTROL PLAN FOR THE SEVIER PLAYA POTASH PROJECT**

Study Area Conditions

# 2.0   STUDY AREA CONDITIONS

The Sevier Playa is located in Millard County, generally between the towns of Delta, 30 miles to the northeast, and Milford, 25 miles to the south-southeast. From Delta, the northern margin of the playa is accessed by traveling 11 miles southwest along U.S. Routes 6 and 50. The southern end of the Project can be accessed from Milford by traveling 23 miles north on Utah State Route (SR) 257 to the historic Town of Black Rock and then traveling the remaining 13 miles west on Crystal Peak Road, a secondary improved gravel road, and then Crystal Peak Spur Road, a county-maintained road, which leads to the south end of the playa. Crystal Peak Spur Road will be extended the Processing Facility during construction. Figure 4-1 presents the location of the project area.

## 2.1   SOILS AND VEGETATION

Natural Resources Conservation Service (NRCS) soils investigations are available for the study area and were analyzed by CH2M for evaluating runoff onto the playa (NRCS, 2017a and b and CH2M, 2017). Three distinct soils are present in the project area:

- Upland areas surrounding the playa include a large percentage of rock outcroppings, and the low infiltration rate into bedrock result in Hydrologic Soil Group (HSG) type D.

- The slopes surrounding the playa typically consist of sandy to gravel loams and are classified as HSG type B.

- Soils on the playa consist of a silty clay loam and are rated as HSG type D.

Based on the photographs included in the CH2M 2017 report and site review of the drainages, there is typically fair to good vegetation cover consisting of sagebrush with grass understory. This combination of soils and vegetation type and density results in curve numbers (CN) of 51 for the gentle slopes surrounding the playa and 70 for upland areas. The CN of 51 does not yield any runoff for the design storm events (see Section 2.2); therefore, a minimum CN of 64 was used for design purposes. No storm water management structures are located on the playa; however, a CN of 90 was selected due to the lack of vegetation and HSG type D soils. A CN of 90 was also selected for disturbed lands where mining, topsoil salvage, or reclamation would occur.

## 2.2   DESIGN STORM EVENTS

A 10-year, 24-hour storm event was used to size the sediment ponds, a 25-year, 6-hour storm event was used to size the sediment pond spillways, culverts and ditches, and a 100-year, 24-hour storm event was used to size the sediment pond emergency spillways. The precipitation depths for the various return periods were determined using the on-line NOAA Precipitation frequency data server (PFDS) (NOAA, 2013). The precipitation data for the site are presented in Appendix A. Design storm depths of 1.52 inches for the 10-year, 24-hour storm, 1.24 inches for the 25-year, 6-hour storm, and 2.23 inches for the 100-year, 24-hour storm are derived from the NOAA PFDS report. All drainage from the Processing Facility and Rail Loadout Facility sites will be collected and retained to reduce sediment.



**OPERATIONS AND RECLAMATION DRAINAGE CONTROL PLAN FOR THE SEVIER PLAYA POTASH PROJECT**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Study Area Conditions

While many methods are available to simulate the time varied distribution of rainfall from a storm event, the NOAA Type-II rainfall distribution was selected for this study. The Type-II was selected as being representative of the storms in the area, because it is characterized as a short-duration, high-intensity precipitation event.

## 2.3    GROUNDWATER

Groundwater exists at depth within the underlying bedrock. As the water moves toward the playa, the water depth decreases and becomes rather shallow. Previous studies by Norwest Corporation (2017 and 2018) indicated that groundwater in the area are relatively tight and have limited flow capability and do not contribute to the surface water system. Only one spring was found within one mile in the mining area (Norwest, 2017). Therefore, groundwater discharge was not factored into the calculations and design of the drainage control system.



**OPERATIONS AND RECLAMATION DRAINAGE CONTROL PLAN FOR THE SEVIER PLAYA POTASH PROJECT**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Methods of Investigation

# 3.0   METHODS OF INVESTIGATION

## 3.1   CALCULATION METHODS

The runoff volume and peak flows from the various watersheds were determined using the SEDCAD computer software, Version 4.5 (Schwab, 2016). This software uses the NRCS/SCS curve number method to calculate the runoff response to a given precipitation event for specific surface topography, soil, and vegetative cover conditions using subroutines from TR-55 method of the United States Department of Agriculture – Soil Conservation Service (USDA-SCS, 1986). Application of the SEDCAD 4 program involves subdividing the drainage area into sub-watersheds with relatively uniform surface characteristics. Information is designated for physical characteristics of channel segments that may affect flow routing within channels. SEDCAD utilities were used to determine surface areas, storage capacities, routing parameters, and storm runoff for the proposed reservoirs. The peak flow results are in units of cubic feet per second (cfs) and the runoff volumes are in units of acre-feet (ac-ft).

Time of concentration for the runoff events was determined for each watershed using a modified SCS method included in the SEDCAD program which better predicts conditions for disturbed and reclaimed lands. These calculations and results are presented in the model output.



gk \\us0395-ppfss01\shared_projects\182923537\permit\2024\reclamation_plan\blm_nepa review\appendices\appendix f\2025 update\spp project drainage control_250221_clean.docx

3.1

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**OPERATIONS AND RECLAMATION DRAINAGE CONTROL PLAN FOR THE SEVIER PLAYA POTASH PROJECT**

Design and Calculations

# 4.0   DESIGN AND CALCULATIONS

## 4.1   OPERATIONS DRAINAGE PLAN

This operational Drainage Control Plan discusses the water control structures for the Type 2 Features identified in Section 1.2 and include the Rail Loadout Facility, Processing Facility, and site access roads. The Rail and Processing facilities will be constructed to minimize runon and to capture runoff from the facilities. Upstream of the facilities, diversion berms/ditches will be constructed to divert runon water to natural drainages around the sites. The facilities' pads will be sloped at approximately 1 to 2%, and a drainage control ditch will collect and convey runoff from the facility to a sediment pond. Water detained in the sediment ponds will either infiltrate, evaporate, or be used for the mining operation. The diversions and ponds necessary to protect each facility area will be constructed prior to any disturbance of that area.

The water collection ditch locations are shown on Figure 4-1a and 4-1b, and the design details for the diversions are presented in Table 4-1 and shown on Figure 4-2. The facilities diversion ditches are planned to be trapezoidal in shape with 3H:1V side slopes, 5-foot bottom widths, and 2-foot channel depths. These ditches are located along the downgradient edge of each facility. Runon to the Rail and Processing facilities are diverted around the facilities using ditches to existing drainages. These runon ditches will either be trapezoidal in shape with 3H:1V side slopes, 6-foot bottom widths, and 2-foot channel depths or triangular with 2H:1V side slopes and 1.5-foot (minimum) channel depths.

Similarly, ditches will be constructed along existing roads being improved and new roads being constructed for the operation. These ditches will also be triangular with 2H:1V side slopes and 1-foot (minimum) channel depths. The channel depths include at least 0.2 feet freeboard above peak flow design depths. These channel geometries keep flow velocities below the limiting velocity of 5 feet per second.

**Table 4-1 Drainage Control Ditch Flow Summary**

| Ditch | Drainage Area (ac) | Peak Flow (cfs) | Slope (%) | Shape | Bottom Width (ft) | Side Slope (h:v) | Flow Depth (ft) | Channel Depth (ft) | Freeboard (ft) | Velocity (fps) |
|---|---|---|---|---|---|---|---|---|---|---|
| Rail Loadout Facility | 109.85 | 22.60 | 1.00 | Trapezoid | 5.0 | 4:1 | 1.08 | 2.0 | 0.92 | 4.84 |
| Rail Loadout Facility Runon Diversion | 6,022 | 53.92 | 1.00 | Trapezoid | 6.0 | 4:1 | 1.07 | 2.0 | 0.93 | 4.89 |
| Processing Facility Containment | 48.85 | 20.69 | 1.00 | Trapezoid | 5.0 | 4:1 | 1.04 | 2.0 | 0.96 | 4.74 |
| Processing Facility Runon Diversion | 82.07 | 0.73 | 1.00 | Triangular | N/A | 3:1 | 0.33 | 1.5 | 1.2 | 2.19 |





RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

FIGURE 4-1

Sevier Playa Potash Project

Drainage Boundaries



PROCESSING FACILITY

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

FIGURE 4-1a

Sevier Playa Potash Project

Process Facility Drainage



RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

FIGURE 4-1b

Sevier Playa Potash Project

Rail Facility Drainage

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



TYP <1.5 ft    1/3    <0.2-ft FREEBOARD

**TYPICAL TRIANGULAR DITCH**
N.T.S.

TYP <2.0 ft    1/4    5 to 6 ft    <0.2-ft FREEBOARD

**TYPICAL TRAPEZOIDAL DITCH**
N.T.S.

| FIGURE 4-2 |
| --- |
| Sevier Playa Potash Project |
| Typical Ditch Designs |

| NO. | DATE | REVISION | BY | APVD |
| --- | --- | --- | --- | --- |
| 0 | 9/17/2018 | INITIAL SUBMISSION | TJS | GG |

| DSGN | DR | CHK | APVD | DATE: 9/17/2018 |
| --- | --- | --- | --- | --- |
| TJS | JDS | TJS | GG | FILE: Typical Ditch.dwg |

Stantec

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**OPERATIONS AND RECLAMATION DRAINAGE CONTROL PLAN FOR THE SEVIER PLAYA POTASH PROJECT**

Design and Calculations

Runoff ditches collect all the runoff that flows from the Rail and Processing facilities and convey it to a low point at the edge of each facility. Sediment ponds will be located in these low points, which are sized according to the area of contributing watersheds for the 10-year 24-hour storm event. The pond locations are shown on Figures 4-1a and 4-1b, and design details are listed in Table 4-2 and in Figure 4-3. The ponds are off-channel structures and pond storage will be wholly below the native ground surface. The maximum capacity of any of the sediment ponds will be less than 20 acre-feet. The dam height will also be less than 10 feet. The pond capacities include approximately 20% excess capacity for sediment deposition. An emergency spillway capable of conveying the peak flow during the 100-year, 24-hour storm with at least 1-foot of freeboard has been included in the design of each pond. The minimum spillway depth is 3 feet. The spillway and freeboard will be provided by a berm around the sediment pond; the berm will be constructed with material excavated from the sediment pond area. The spillway designs are included in Table 4-3.

## Table 4-2 Drainage Control Pond Sizing Summary

| Structure | Drainage Area (ac) | Runoff Volume (ac-ft) | Slope | Depth (ft) | Design Capacity (ac-ft) | Excess Capacity (ac-ft) |
|---|---|---|---|---|---|---|
| Rail Loadout Facility | 109.85 | 5.09 | 3:1 | <10 | 6.50 | 1.41 |
| Processing Facility | 48.85 | 2.27 | 3:1 | <10 | 2.80 | 0.53 |

## Table 4-3 Drainage Control Spillway Sizing Summary

| Structure | 100yr, 24hr Peak Flow (cfs) | Side Slope (h:v) | Spillway Width (ft) | Spillway Depth (ft) | Flow Depth (ft) | Freeboard During Storm (ft) |
|---|---|---|---|---|---|---|
| Rail Loadout Facility | 46.915 | 3:1 | 10 | 3.0 | 1.24 | 1.76 |
| Processing Facility | 39.454 | 3:1 | 10 | 3.0 | 1.13 | 1.87 |

Road crossings of existing drainages represent the majority of structures used in this Drainage Control Plan. The road network consists of roads to access the mining area and facilities, Playa Access Road around the playa, and roads to access and maintain the infrastructure of pipelines, powerlines, and rail spur (See Figure 4-1). Most of the roads consist of existing two-track roads; these roads will remain as dirt roads, but they will be upgraded by minor grading and may include improved drainage crossings. For the most part, these roads follow ridgelines, so the number of crossings is limited. Improving the crossings may require installing or maintaining a ford, installing a culvert where one currently does not exist, or maintaining or improving a culvert that is undersized. Newly constructed roads may include road segments to access the playa and the Playa Access Road, and roads to access the Rail Loadout Facility.

For this evaluation, culverts are assumed to be required for the 16 watersheds contributing to the edge of the playa and crossing the proposed preliminary Playa Access Road. The alignments for these roadways will be revised during the detailed design phase of the project. There are locations in addition to these major drainage crossings that will be required to handle local drainage. For this analysis, these additional Playa Access Road crossings are assumed to be required every ½ to 1 mile, and the crossing type will depend on the watershed size and resulting peak flows. Existing roads may require some culverts to be upgraded. This will be done on a case-by-case basis in coordination with



4.6

**OPERATIONS AND RECLAMATION DRAINAGE CONTROL PLAN FOR THE SEVIER PLAYA POTASH PROJECT**

Design and Calculations

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Millard County, the BLM or landowner. All culverts will be corrugated steel pipe (CSP), and they will be install according to the manufacturer's installation recommendations.





RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

FIGURE 4-3

Sevier Playa Potash Project

Typical Pond Design

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**OPERATIONS AND RECLAMATION DRAINAGE CONTROL PLAN FOR THE SEVIER PLAYA POTASH PROJECT**

Design and Calculations

Three crossing types are included in these design plans, depending on the watershed size. Very small watersheds, less than 200 acres, will only have a low-water crossing, because flows in the drainage will be extremely rare and the flows will be minimal when water is present. Most of the watersheds in the project area are larger than 200 acres, and this design will not be used extensively. Also, Peak Minerals may choose to install a culvert at these locations depending on the nature of traffic expected on the road. Regardless of the peak flows calculated, the minimum culvert diameter will be 18 inches to prevent clogging of the culvert. For medium sized watersheds, 200 to 6,000 acres, a culvert will be installed, and the culvert will have a headwater to diameter (HW/D) ratio of approximately 1. Culvert sizes are typically limited to less than 36 inches due to the site topography. Watersheds larger than 6,000 acres will have a 36-inch culvert installed and a low-water crossing on top of the culvert to convey flows that exceed the culvert capacity. The greatest HW/D calculated for the Project is 1.13; therefore, the low-water crossing is unlikely to be utilized during the design event. The road and fill slopes will be configured to prevent erosion. Armoring may be used if erosion is identified. The crossing designs are listed in Table 4-4. Drawings showing the three typical crossings are included as Figures 4-4, 4-5, and 4-6.





RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

PLAYA

CROSSING LOCATION

ROAD

A

A'

GRAVEL TO
HIGH FLOW LINE
(IF NECESSARY)

SLOPE DOWN

DRAINAGE

A

ROAD

A'

ROAD

MAXIMUM EXPECTED
HIGH WATER LEVEL

1
5
(or less)

EXISTING DRAINAGE

MINOR GRADING MAY BE REQUIRED
BELOW FLOW LEVEL. GRAVEL MAY BE
ADDED IF NECESSARY

FIGURE 4-4

Sevier Playa Potash Project

Typical Low Water

Crossing Design

| NO. | DATE | REVISION | | BY | APVD |
|---|---|---|---|---|---|
| 0 | 9/17/2018 | INITIAL SUBMISSION | | TJS | GG |

| DSGN | DR | CHK | APVD |
|---|---|---|---|
| TJS | JDS | TJS | GG |

DATE: 9/17/2018
FILE: Typical Culvert.dwg

Stantec



RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

FIGURE 4-5

Sevier Playa Potash Project

Typical Culvert Design



RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

FIGURE 4-6

Sevier Playa Potash Project

Typical Culvert With Low

Water Crossing Design

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**OPERATIONS AND RECLAMATION DRAINAGE CONTROL PLAN FOR THE SEVIER PLAYA POTASH PROJECT**

Design and Calculations

## Table 4-4 Typical Crossing Summary

| Crossing Type | Drainage Area (ac) | Peak Flow[1] (cfs) | Length (ft) | Slope (%) | HW/D[2] | Diameter (in) |
|---|---|---|---|---|---|---|
| **Low-Water Crossing** | <200 | 2 | 50 | N/A | N/A | N/A |
| **Culvert** | 200 to 6,000 | 32.6 | 50 | 1-2% | 1 | 18" to 36" |
| **Culvert Plus Low-Water Crossing** | >6,000 | >33 | 50 | 1-2% | N/A | 36" |

[1] Peak flow from 25-yr, 6-hr storm event. The flows listed are for the largest watershed in that category.

[2] HW/D = Headwater to diameter ratio

Figure 4-1 shows the various drainage areas that contribute to the playa and associated facilities. The Playa Access Road will be crossed by the surrounding 14 drainages. In many locations there is no specific defined channel that conveys all of the runoff from the watershed. Instead there are a number of smaller channels that convey the flow in a fan like manner onto the playa. Table 4-5 presents the various watershed areas, length of road along playa edge, peak flows, number of culverts for each road segment, type of culvert, and headwater ratio for the culverts. Exact locations for these culverts cannot be provided until the actual road construction is undertaken. These locations will be provided as part of the as-built drawings for the Project.

## Table 4-5 Playa Access Road Crossing Summary

| Watershed | Road length (ft, approx) | Culverts | Flow | Flow per culvert | Type Culvert | HW |
|---|---|---|---|---|---|---|
| Merged North Canyon Marjum—Long Ridge | 1400 | 1 | 115.97 | 116.0 | 36" plus ford | N/A |
| Miller Canyon | 16100 | 5 | 112.5 | 22.5 | 30" | 2.7 |
| Miller Canyon Reservoir | 35700 | 9 | 46.59 | 5.2 | 18" | 1.6 |
| Needle Reservoir | 26600 | 7 | 26.5 | 3.8 | 18" or ford | <1.5 |
| Red Canyon | 53100 | 14 | 66.31 | 4.7 | 18" or ford | <1.5 |
| Steamboat Wash | 42900 | 11 | 51.46 | 4.7 | 18" or ford | <1.5 |
| Horsetrap Reservoir | 1000 | 1 | 33.48 | 33.5 | 36" | 3.1 |
| Lakeview Reservoir | 31100 | 8 | 66.69 | 8.3 | 21" | 1.75 |
| Cedar Wash | 27300 | 7 | 47.43 | 6.8 | 21" | 1.6 |
| Headlight Canyon | 50500 | 13 | 43.5 | 3.3 | 18" or ford | <1.5 |
| Modified Fillmore Wash | 28100 | 8 | 32.6 | 4.1 | 18" or ford | <1.5 |
| Merged Cricket Seep | 30645 | 8 | 38.98 | 4.9 | 18" or ford | <1.5 |
| Cricket Seeps | 33500 | 9 | 17.64 | 2.0 | 18" or ford | <1.5 |
| Pony Express Reservoir | 37200 | 10 | 43.72 | 4.4 | 18" or ford | <1.5 |

For the existing roads that will be used as part of the Project, Figure 4-1 shows the drainage that will cross the various road segments. The details for each crossing will be reviewed with the county, BLM or landowner to determine which improvements are needed based on the anticipated use of the various road segments. Table 4-6 presents the areas and anticipated peak flows for the various watersheds. Based on the criteria in Table 4-4, the type of culvert crossing that may be used is also presented. As most of these road crossings are farther from the playa edge, the channels at the crossings are more defined.



4.13

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**OPERATIONS AND RECLAMATION DRAINAGE CONTROL PLAN FOR THE SEVIER PLAYA POTASH PROJECT**

Design and Calculations

## Table 4-6 Road Crossing Summary

| Watershed | Sub-Watershed Area (ac) | Total Watershed Area (ac) | Curve Number (CN) | Peak Flow (cfs) | Type Culvert |
|---|---|---|---|---|---|
| 1 | 117 | 117 | 70.0 | 0.99 | Ford |
| 2 | 56 | 56 | 70.0 | 0.47 | Ford |
| 3 | 120 | 176 | 70.0 | 1.39 | Ford |
| 4 | 3,366 | 3,366 | 70.0 | 16.42 | Culvert |
| 5 | 1,594 | 1,594 | 70.0 | 10.05 | Culvert |
| 6 | 3,112 | 3,112 | 70.0 | 17.07 | Culvert |
| 7 | 4,128 | 4,128 | 70.0 | 27.43 | Culvert |
| 8 | 36 | 36 | 70.0 | 0.68 | Ford |
| 9 | 97 | 97 | 70.0 | 1.08 | Ford |
| 10 | 438 | 571 | 70.0 | 4.78 | Culvert |
| 11 | 123 | 694 | 70.0 | 5.86 | Ford |
| 12 | 895 | 1,589 | 70.0 | 13.09 | Culvert |
| 13 | 2,220 | 2,220 | 70.0 | 16.06 | Culvert |
| 14 | 807 | 4,616 | 70.0 | 34.21 | Culvert |
| 15 | 1,315 | 1,315 | 70.0 | 9.26 | Culvert |
| 16 | 1,196 | 1,196 | 70.0 | 8.76 | Culvert |
| 17 | 6,080 | 6,080 | 70.0 | 33.89 | Culvert+Ford |
| 18 | 1,491 | 1,491 | 70.0 | 8.23 | Culvert |
| 19 | 5,338 | 5,338 | 70.0 | 23.4 | Culvert |
| 20 | 612 | 612 | 70.0 | 4.35 | Culvert |
| 21 | 321 | 321 | 70.0 | 2.5 | Culvert |
| 22 | 3,480 | 3,480 | 70.0 | 20.89 | Culvert |
| 23 | 201 | 201 | 70.0 | 1.61 | Culvert |
| 24 | 1,536 | 1,536 | 70.0 | 11.45 | Culvert |
| 25 | 138 | 138 | 70.0 | 1.15 | Ford |
| 26 | 4,534 | 4,534 | 70.0 | 24.47 | Culvert |
| 27 | 715 | 715 | 70.0 | 5.86 | Culvert |
| 28 | 347 | 347 | 70.0 | 3.15 | Culvert |
| 29 | 530 | 530 | 70.0 | 4.3 | Culvert |
| 30 | 320 | 320 | 70.0 | 2.71 | Culvert |
| 31 | 2,676 | 2,676 | 70.0 | 18.75 | Culvert |
| 32 | 874 | 874 | 70.0 | 7.06 | Culvert |
| 33 | 1,001 | 1,001 | 70.0 | 7.04 | Culvert |
| 34 | 262 | 262 | 70.0 | 2.41 | Culvert |



RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**OPERATIONS AND RECLAMATION DRAINAGE CONTROL PLAN FOR THE SEVIER PLAYA POTASH PROJECT**

Design and Calculations

| | | | | | |
|---|---|---|---|---|---|
| 35 | 4,276 | 4,276 | 70.0 | 13.47 | Culvert |
| 36 | 1,083 | 1,083 | 70.0 | 6.43 | Culvert |
| 37 | 326 | 326 | 70.0 | 2.1 | Culvert |
| 38 | 41 | 41 | 70.0 | 0.34 | Ford |
| 39 | 20 | 20 | 70.0 | 0.17 | Ford |
| 40 | 591 | 7,678 | 70.0 | 37.67 | Culvert |
| 41 | 7,087 | 7,087 | 70.0 | 34.74 | Culvert+Ford |
| 42 | 512 | 512 | 70.0 | 3.73 | Culvert |
| 43 | 26 | 26 | 70.0 | 0.23 | Ford |
| 44 | 196 | 708 | 70.0 | 5.13 | Ford |
| 45 | 488 | 488 | 70.0 | 3.37 | Culvert |
| 46 | 1,237 | 1,237 | 70.0 | 8.69 | Culvert |
| 47 | 532 | 532 | 70.0 | 3.33 | Culvert |
| 48 | 2,492 | 3,730 | 70.0 | 22.73 | Culvert |
| Pony Express Reservoir | 28,293 | 28,293 | 66.6 | 43.72 | Culvert+Ford |
| North Canyon-Marjum-Long Ride | 82,235 | 82,235 | 60.9 | 115.97 | Culvert+Ford |
| Miller Canyon | 32,049 | 32,049 | 64.3 | 112.5 | Culvert+Ford |
| Miller Canyon Reservoir | 34,792 | 34,792 | 60.5 | 46.59 | Culvert+Ford |
| Needle Reservoir | 24,339 | 24,339 | 57.6 | 26.5 | Culvert+Ford |
| Red Canyon | 20,435 | 20,435 | 59.7 | 66.31 | Culvert+Ford |
| Steamboat Wash | 29,183 | 29,183 | 59.2 | 51.46 | Culvert+Ford |
| Horsetrap Reservoir | 18,409 | 18,409 | 57.5 | 33.48 | Culvert+Ford |
| Lakeview Reservoir | 26,613 | 26,613 | 59.7 | 66.69 | Culvert+Ford |
| Cedar Wash | 20,732 | 20,732 | 58.3 | 47.43 | Culvert+Ford |
| Headlight Canyon | 27,478 | 27,478 | 57.6 | 43.5 | Culvert+Ford |
| Fillmore Wash | 17,816 | 17,816 | 58.5 | 32.6 | Culvert+Ford |
| Merged Cricket Seeps | 16,433 | 16,433 | 56.8 | 38.98 | Culvert+Ford |
| Cricket Seeps | 10,106 | 10,106 | 60.8 | 17.64 | Culvert+Ford |

## 4.2    RECLAMATION DRAINAGE PLAN

When operations are completed, final reclamation will occur. Control measures included in the operational period (ponds, culverts, and ditches) will remain in place to control and contain runoff from the site after operations cease until all disturbed areas are reclaimed. Considering that mining occurs wholly within the playa area, a surface water terminal basin, and that most of the access roads existed prior to mining, the overall post-mine reclamation drainage plan will be essentially the same as the operational plan (see Figure 4-1).



RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**OPERATIONS AND RECLAMATION DRAINAGE CONTROL PLAN FOR THE SEVIER PLAYA POTASH PROJECT**

Design and Calculations

At the Processing Facility and Rail Loadout Facility, the collection ditches will be temporarily left in place to collect runoff from the reclaimed areas and route it to the sediment ponds. On-playa roads and newly constructed roads will be reclaimed by removing the culverts and grading and revegetating the disturbed area. Existing roads that were used and maintained by the Project will be reclaimed unless use and maintenance responsibilities are transferred to another entity. Once reclamation is finished in particular areas of the mine, and the conditions required for bond release are reached and a release issued, the drainage control structures downstream from these areas, which are no longer needed, will be reclaimed.

Final reclamation will commence at the end of active operations. This will consist of the removal of the Processing and Rail facilities and eventually removal of the settlement ponds when each area has been revegetated as described in the Reclamation Plan (Peak Minerals 2024c).

Control measures will not be removed until the Utah Division of Oil, Gas, and Mining and the BLM concurs that the reclamation objectives have been met.



RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**OPERATIONS AND RECLAMATION DRAINAGE CONTROL PLAN FOR THE SEVIER PLAYA POTASH PROJECT**

References

# 5.0    REFERENCES

CH2M 2017. Surface Runoff Analysis for the Mountain Watersheds Surrounding the Sevier Lake Playa. February, 2017.

National Oceanic and Atmospheric Administration (NOAA) 2013. NOAA Atlas 14, Volume 1, Version 5, Point Precipitation Frequency Estimates for Sevier Playa area, Utah. Retrieved 06/21/18 from http://hdsc.nws.noaa.gov/hdsc/pfds/pfds_map_cont.html?bkmrk=ut

Natural Resources Conservation Service (NRCS) 2017a. Soil Survey Area: Delta Area, Utah - Part of Millard County, Version 9. September 7, 2017. Retrieved 6/27/2018 from https://websoilsurvey.sc.egov.usda.gov

Norwest Corporation 2017. *Feasibility Study – Sevier Playa Potash Project. Prepared for Crystal Peak Minerals Inc.*

Norwest Corporation 2018. *Crystal Peak Minerals Sevier Playa Project Water Resources Technical Memo.* April 6, 2018.

NRCS 2017b. Soil Survey Area: West Millard-Juab Area, Utah, Parts of Millard and Juab Counties, Version 3. September 7, 2017. Retrieved 6/27/2018 from https://websoilsurvey.sc.egov.usda.gov

Peak Minerals Inc. (Peak Minerals). 2024a. *Mining Plan for the Sevier Playa Potash Project.* BLM Case File Number UTU-88387. Salt Lake City, Utah.

———.2024b. *Plan of Development (POD) for Off-Lease Facilities for the Sevier Playa Potash Project.* Prepared for the Bureau of Land Management.

———.2024c. *Reclamation Plan for the Sevier Playa Potash Project.* BLM Case File Number UTU-88387. Salt Lake City, Utah.

Schwab, P. 2016. *SEDCAD Program, Version 4.5.* Developed by Civil Software, Lexington, Kentucky.

USDA Soil Conservation Service, 1986. Urban Hydrology for Small Watersheds: Technical release TR-55, USDA Soil Conservation Service, Washington.



RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# APPENDICES

## Drainage Control Appendices

**OPERATIONS AND RECLAMATION DRAINAGE CONTROL PLAN FOR THE SEVIER PLAYA POTASH PROJECT**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Appendix A

# Appendix A

**Site Precipitation Data**



Precipitation Frequency Data Server



RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



**NOAA Atlas 14, Volume 1, Version 5**
**Location name: Garrison, Utah, USA\***
**Latitude: 38.9383°, Longitude: -113.1353°**
**Elevation: 4526.48 ft\*\***
\* source: ESRI Maps
\*\* source: USGS

### POINT PRECIPITATION FREQUENCY ESTIMATES

Sanja Perica, Sarah Dietz, Sarah Heim, Lillian Hiner, Kazungu Maitaria, Deborah Martin, Sandra Pavlovic, Ishani Roy, Carl Trypaluk, Dale Unruh, Fenglin Yan, Michael Yekta, Tan Zhao, Geoffrey Bonnin, Daniel Brewer, Li-Chuan Chen, Tye Parzybok, John Yarchoan

NOAA, National Weather Service, Silver Spring, Maryland

PF_tabular | PF_graphical | Maps_&_aerials

## PF tabular

### PDS-based point precipitation frequency estimates with 90% confidence intervals (in inches)[1]

| Duration | Average recurrence interval (years) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 5 | 10 | 25 | 50 | 100 | 200 | 500 | 1000 |
| 5-min | **0.092** (0.082-0.110) | **0.119** (0.107-0.142) | **0.169** (0.151-0.202) | **0.214** (0.189-0.256) | **0.286** (0.246-0.340) | **0.352** (0.296-0.418) | **0.427** (0.350-0.511) | **0.515** (0.409-0.620) | **0.653** (0.496-0.796) | **0.772** (0.569-0.951) |
| 10-min | **0.140** (0.125-0.167) | **0.181** (0.163-0.217) | **0.257** (0.230-0.307) | **0.325** (0.288-0.389) | **0.436** (0.375-0.517) | **0.535** (0.450-0.636) | **0.650** (0.532-0.777) | **0.784** (0.622-0.943) | **0.993** (0.755-1.21) | **1.18** (0.865-1.45) |
| 15-min | **0.173** (0.155-0.208) | **0.224** (0.201-0.269) | **0.319** (0.285-0.381) | **0.403** (0.357-0.482) | **0.540** (0.464-0.641) | **0.663** (0.557-0.789) | **0.806** (0.659-0.964) | **0.972** (0.771-1.17) | **1.23** (0.935-1.50) | **1.46** (1.07-1.80) |
| 30-min | **0.234** (0.208-0.280) | **0.301** (0.271-0.361) | **0.429** (0.384-0.512) | **0.543** (0.480-0.649) | **0.727** (0.625-0.863) | **0.893** (0.750-1.06) | **1.09** (0.888-1.30) | **1.31** (1.04-1.57) | **1.66** (1.26-2.02) | **1.96** (1.45-2.42) |
| 60-min | **0.289** (0.258-0.346) | **0.373** (0.335-0.447) | **0.531** (0.475-0.634) | **0.672** (0.594-0.803) | **0.899** (0.773-1.07) | **1.11** (0.929-1.32) | **1.34** (1.10-1.61) | **1.62** (1.29-1.95) | **2.05** (1.56-2.51) | **2.43** (1.79-2.99) |
| 2-hr | **0.377** (0.335-0.431) | **0.479** (0.425-0.546) | **0.651** (0.574-0.739) | **0.808** (0.706-0.915) | **1.05** (0.899-1.20) | **1.27** (1.07-1.45) | **1.52** (1.25-1.75) | **1.82** (1.44-2.11) | **2.28** (1.74-2.69) | **2.69** (1.98-3.22) |
| 3-hr | **0.426** (0.386-0.477) | **0.540** (0.488-0.606) | **0.714** (0.643-0.797) | **0.866** (0.773-0.965) | **1.09** (0.964-1.22) | **1.30** (1.12-1.46) | **1.54** (1.31-1.77) | **1.83** (1.51-2.13) | **2.29** (1.83-2.72) | **2.70** (2.09-3.25) |
| 6-hr | **0.539** (0.492-0.594) | **0.674** (0.615-0.740) | **0.860** (0.786-0.946) | **1.01** (0.923-1.11) | **1.24** (1.11-1.36) | **1.42** (1.26-1.57) | **1.64** (1.43-1.83) | **1.90** (1.63-2.14) | **2.36** (1.96-2.74) | **2.77** (2.25-3.29) |
| 12-hr | **0.626** (0.575-0.680) | **0.778** (0.716-0.848) | **0.972** (0.893-1.06) | **1.13** (1.04-1.23) | **1.35** (1.22-1.47) | **1.52** (1.37-1.66) | **1.69** (1.51-1.86) | **1.91** (1.68-2.16) | **2.38** (1.98-2.77) | **2.79** (2.28-3.32) |
| 24-hr | **0.856** (0.783-0.932) | **1.06** (0.974-1.16) | **1.32** (1.21-1.44) | **1.52** (1.39-1.66) | **1.80** (1.63-1.96) | **2.01** (1.82-2.19) | **2.23** (2.00-2.44) | **2.45** (2.18-2.69) | **2.75** (2.42-3.04) | **2.98** (2.60-3.35) |
| 2-day | **0.903** (0.828-0.987) | **1.12** (1.03-1.23) | **1.39** (1.27-1.51) | **1.61** (1.47-1.75) | **1.90** (1.72-2.07) | **2.13** (1.92-2.32) | **2.36** (2.11-2.59) | **2.60** (2.31-2.86) | **2.93** (2.57-3.25) | **3.18** (2.76-3.56) |
| 3-day | **0.952** (0.873-1.04) | **1.18** (1.08-1.29) | **1.46** (1.34-1.59) | **1.68** (1.54-1.83) | **1.99** (1.81-2.17) | **2.24** (2.02-2.44) | **2.48** (2.23-2.73) | **2.75** (2.44-3.03) | **3.10** (2.72-3.45) | **3.38** (2.92-3.78) |
| 4-day | **1.00** (0.919-1.09) | **1.24** (1.14-1.35) | **1.53** (1.40-1.66) | **1.76** (1.61-1.92) | **2.09** (1.90-2.27) | **2.35** (2.12-2.56) | **2.62** (2.34-2.87) | **2.90** (2.57-3.19) | **3.28** (2.86-3.65) | **3.58** (3.09-4.01) |
| 7-day | **1.12** (1.03-1.21) | **1.39** (1.28-1.51) | **1.71** (1.57-1.85) | **1.96** (1.80-2.13) | **2.31** (2.11-2.50) | **2.57** (2.34-2.79) | **2.83** (2.56-3.09) | **3.10** (2.78-3.40) | **3.45** (3.06-3.82) | **3.73** (3.27-4.16) |
| 10-day | **1.20** (1.10-1.30) | **1.49** (1.37-1.62) | **1.83** (1.69-1.98) | **2.09** (1.93-2.26) | **2.44** (2.24-2.64) | **2.70** (2.47-2.93) | **2.96** (2.70-3.22) | **3.22** (2.91-3.51) | **3.55** (3.18-3.90) | **3.79** (3.37-4.20) |
| 20-day | **1.44** (1.33-1.55) | **1.79** (1.65-1.93) | **2.19** (2.02-2.35) | **2.48** (2.29-2.66) | **2.83** (2.63-3.06) | **3.12** (2.87-3.35) | **3.37** (3.09-3.63) | **3.61** (3.29-3.90) | **3.89** (3.54-4.24) | **4.09** (3.70-4.48) |
| 30-day | **1.65** (1.53-1.78) | **2.04** (1.89-2.20) | **2.48** (2.30-2.67) | **2.80** (2.60-3.01) | **3.21** (2.97-3.45) | **3.49** (3.22-3.76) | **3.77** (3.46-4.07) | **4.02** (3.68-4.36) | **4.33** (3.94-4.72) | **4.54** (4.11-4.98) |
| 45-day | **1.96** (1.82-2.10) | **2.42** (2.26-2.60) | **2.91** (2.72-3.11) | **3.26** (3.05-3.47) | **3.69** (3.45-3.91) | **3.96** (3.71-4.21) | **4.21** (3.94-4.48) | **4.42** (4.13-4.71) | **4.64** (4.33-4.94) | **4.72** (4.43-5.06) |
| 60-day | **2.22** (2.07-2.37) | **2.74** (2.56-2.93) | **3.29** (3.08-3.50) | **3.69** (3.46-3.92) | **4.19** (3.92-4.43) | **4.52** (4.22-4.78) | **4.82** (4.50-5.11) | **5.08** (4.73-5.39) | **5.35** (4.98-5.70) | **5.50** (5.12-5.87) |

[1] Precipitation frequency (PF) estimates in this table are based on frequency analysis of partial duration series (PDS).

Numbers in parenthesis are PF estimates at lower and upper bounds of the 90% confidence interval. The probability that precipitation frequency estimates (for a given duration and average recurrence interval) will be greater than the upper bound (or less than the lower bound) is 5%. Estimates at upper bounds are not checked against probable maximum precipitation (PMP) estimates and may be higher than currently valid PMP values.
Please refer to NOAA Atlas 14 document for more information.

Back to Top

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## PF graphical









NOAA Atlas 14, Volume 1, Version 5                Created (GMT): Thu Jun 21 16:39:29 2018

[Back to Top](#)

## Maps & aerials

### Small scale terrain

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Precipitation Frequency Data Server



**Large scale terrain**



**Large scale map**



**Large scale aerial**

Precipitation Frequency Data Server

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



Back to Top

---

US Department of Commerce
National Oceanic and Atmospheric Administration
National Weather Service
National Water Center
1325 East West Highway
Silver Spring, MD 20910
Questions?: HDSC.Questions@noaa.gov

Disclaimer

**OPERATIONS AND RECLAMATION DRAINAGE CONTROL PLAN FOR THE SEVIER PLAYA POTASH PROJECT**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Appendix B

# Appendix B

**SEDCAD Calculations for Playa Access Road**



Copyright 1998 -2010 Pamela J. Schwab

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

1

# Peak Minerals Inc.

# Sevier Playa Potash Project

*Playa Access Road Hydrologic Analysis*

*25-yr, 6-hr Storm Event*

Paul Kos

Stantec
410 17th St. Ste 1400
Denver, CO 80202

Phone: 303-570-9163

Case 2:25-cv-00657   Document 1-3   Filed 08/07/25   PageID.869   Page 505 of 954

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

2

# *General Information*

## *Storm Information:*

| | |
|---|---|
| Storm Type: | NRCS Type II |
| Design Storm: | 25 yr - 6 hr |
| Rainfall Depth: | 1.240 inches |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## *Structure Networking:*

| Type | Stru # | (flows into) | Stru # | Musk. K (hrs) | Musk. X | Description |
|------|--------|--------------|--------|---------------|---------|-------------|
| Culvert | #1 | ==> | #15 | 0.000 | 0.000 | Pony Express Reservoir |
| Culvert | #2 | ==> | #15 | 0.000 | 0.000 | North Canyon-Marjum-Long Ride |
| Culvert | #3 | ==> | #15 | 0.000 | 0.000 | Miller Canyon |
| Culvert | #4 | ==> | #15 | 0.000 | 0.000 | Miller Canyon Reservoir |
| Culvert | #5 | ==> | #15 | 0.000 | 0.000 | Needle Reservoir |
| Culvert | #6 | ==> | #15 | 0.000 | 0.000 | Red Canyon |
| Culvert | #7 | ==> | #15 | 0.000 | 0.000 | Steamboat Wash |
| Culvert | #8 | ==> | #15 | 0.000 | 0.000 | Horsetrap Reservoir |
| Culvert | #9 | ==> | #15 | 0.000 | 0.000 | Lakeview Reservoir |
| Culvert | #10 | ==> | #15 | 0.000 | 0.000 | Cedar Wash |
| Culvert | #11 | ==> | #15 | 0.000 | 0.000 | Headlight Canyon |
| Culvert | #12 | ==> | #15 | 0.000 | 0.000 | Fillmore Wash |
| Culvert | #13 | ==> | #15 | 0.000 | 0.000 | Merged Cricket Seeps |
| Culvert | #14 | ==> | #15 | 0.000 | 0.000 | Cricket Seeps |
| Null | #15 | ==> | End | 0.000 | 0.000 | End |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

4



RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

5

## *Structure Summary:*

| | Immediate Contributing Area (ac) | Total Contributing Area (ac) | Peak Discharge (cfs) | Total Runoff Volume (ac-ft) |
|---|---|---|---|---|
| #14 | 10,106.000 | 10,106.000 | 17.64 | 3.88 |
| #13 | 16,433.000 | 16,433.000 | 38.98 | 8.82 |
| #12 | 17,816.000 | 17,816.000 | 32.60 | 6.90 |
| #11 | 27,478.000 | 27,478.000 | 43.50 | 9.54 |
| #10 | 20,732.000 | 20,732.000 | 47.43 | 9.89 |
| #9 | 26,613.000 | 26,613.000 | 66.69 | 16.14 |
| #8 | 18,409.000 | 18,409.000 | 33.48 | 8.88 |
| #7 | 29,183.000 | 29,183.000 | 51.46 | 10.92 |
| #6 | 20,435.000 | 20,435.000 | 66.31 | 16.14 |
| #5 | 24,339.000 | 24,339.000 | 26.50 | 6.90 |
| #4 | 34,792.000 | 34,792.000 | 46.59 | 12.81 |
| #3 | 32,049.000 | 32,049.000 | 112.50 | 30.45 |
| #2 | 82,235.000 | 82,235.000 | 115.97 | 35.19 |
| #1 | 28,293.000 | 28,293.000 | 43.72 | 20.07 |
| #15 | 0.000 | 388,913.000 | 463.88 | 196.51 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

6

# *Structure Detail:*

### Structure #14 (Culvert)

*Cricket Seeps*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 100.00 | 2.00 | 0.0240 | 2.80 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 17.64 cfs

Minimum pipe diameter: 1 - 24 inch pipe(s) required

### Structure #13 (Culvert)

*Merged Cricket Seeps*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 100.00 | 2.00 | 0.0240 | 3.40 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 38.98 cfs

Minimum pipe diameter: 1 - 36 inch pipe(s) required

### Structure #12 (Culvert)

*Fillmore Wash*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 100.00 | 2.00 | 0.0240 | 3.60 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 32.60 cfs

Minimum pipe diameter: 1 - 30 inch pipe(s) required

### Structure #11 (Culvert)

*Headlight Canyon*

Copyright 1998 -2010 Pamela J. Schwab

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 100.00 | 2.00 | 0.0240 | 3.70 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 43.50 cfs

Minimum pipe diameter: 1 - 36 inch pipe(s) required

## Structure #10 (Culvert)

*Cedar Wash*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 100.00 | 2.00 | 0.0240 | 4.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 47.43 cfs

Minimum pipe diameter: 1 - 36 inch pipe(s) required

## Structure #9 (Culvert)

*Lakeview Reservoir*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 100.00 | 2.00 | 0.0240 | 4.50 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 66.69 cfs

Minimum pipe diameter: 1 - 42 inch pipe(s) required

## Structure #8 (Culvert)

*Horsetrap Reservoir*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 100.00 | 2.00 | 0.0240 | 3.80 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 33.48 cfs

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

8

Minimum pipe diameter: 1 - 30 inch pipe(s) required

## Structure #7 (Culvert)

*Steamboat Wash*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 100.00 | 2.00 | 0.0240 | 4.40 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 51.46 cfs

Minimum pipe diameter: 1 - 36 inch pipe(s) required

## Structure #6 (Culvert)

*Red Canyon*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 100.00 | 2.00 | 0.0240 | 4.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 66.31 cfs

Minimum pipe diameter: 1 - 48 inch pipe(s) required

## Structure #5 (Culvert)

*Needle Reservoir*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 100.00 | 2.00 | 0.0240 | 3.30 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 26.50 cfs

Minimum pipe diameter: 1 - 30 inch pipe(s) required

## Structure #4 (Culvert)

*Miller Canyon Reservoir*

Culvert Inputs:

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M027/0125

**SEDCAD 4 for Windows**
Copyright 1998 -2010 Pamela J. Schwab

9

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 100.00 | 2.00 | 0.0240 | 4.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 46.59 cfs

Minimum pipe diameter: 1 - 36 inch pipe(s) required

*Structure #3 (Culvert)*

*Miller Canyon*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 100.00 | 2.00 | 0.0240 | 5.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 112.50 cfs

Minimum pipe diameter: 1 - 60 inch pipe(s) required

*Structure #2 (Culvert)*

*North Canyon-Marjum-Long Ride*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 100.00 | 2.00 | 0.0240 | 5.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 115.97 cfs

Minimum pipe diameter: 1 - 60 inch pipe(s) required

*Structure #1 (Culvert)*

*Pony Express Reservoir*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 100.00 | 2.00 | 0.0240 | 3.80 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 43.72 cfs

Minimum pipe diameter: 1 - 36 inch pipe(s) required

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

10

*Structure #15 (Null)*

*End*


RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## *Subwatershed Hydrology Detail:*

| Stru # | SWS # | SWS Area (ac) | Time of Conc (hrs) | Musk K (hrs) | Musk X | Curve Number | UHS | Peak Discharge (cfs) | Runoff Volume (ac-ft) |
|---|---|---|---|---|---|---|---|---|---|
| #14 | 1 | 1,408.000 | 0.186 | 1.687 | 0.318 | 69.400 | M | 13.20 | 2.547 |
| | 2 | 8,698.000 | 1.687 | 0.000 | 0.000 | 64.000 | M | 7.48 | 1.329 |
| | Σ | 10,106.000 | | | | | | **17.64** | **3.876** |
| #13 | 1 | 3,781.000 | 0.147 | 1.689 | 0.354 | 69.400 | M | 36.56 | 6.889 |
| | 2 | 12,652.000 | 1.689 | 0.000 | 0.000 | 64.000 | M | 10.87 | 1.934 |
| | Σ | 16,433.000 | | | | | | **38.98** | **8.823** |
| #12 | 1 | 4,176.000 | 0.217 | 1.992 | 0.383 | 67.900 | M | 23.17 | 4.814 |
| | 2 | 13,640.000 | 1.992 | 0.000 | 0.000 | 64.000 | M | 10.51 | 2.084 |
| | Σ | 17,816.000 | | | | | | **32.60** | **6.898** |
| #11 | 1 | 7,858.000 | 0.930 | 1.648 | 0.369 | 67.000 | M | 30.23 | 6.541 |
| | 2 | 19,620.000 | 1.648 | 0.000 | 0.000 | 64.000 | M | 17.12 | 2.998 |
| | Σ | 27,478.000 | | | | | | **43.50** | **9.539** |
| #10 | 1 | 7,932.000 | 0.381 | 1.710 | 0.344 | 67.500 | M | 37.03 | 7.936 |
| | 2 | 12,800.000 | 1.710 | 0.000 | 0.000 | 64.000 | M | 10.91 | 1.956 |
| | Σ | 20,732.000 | | | | | | **47.43** | **9.891** |
| #9 | 1 | 6,598.000 | 0.444 | 2.963 | 0.324 | 69.800 | M | 57.24 | 13.084 |
| | 2 | 20,015.000 | 2.963 | 0.000 | 0.000 | 64.000 | M | 11.41 | 3.058 |
| | Σ | 26,613.000 | | | | | | **66.69** | **16.142** |
| #8 | 1 | 1,087.000 | 0.390 | 4.192 | 0.318 | 69.100 | M | 7.86 | 1.792 |
| | 2 | 15,024.000 | 4.192 | 0.000 | 0.000 | 64.000 | M | 6.39 | 2.296 |
| | 3 | 2,298.000 | 0.541 | 4.192 | 0.318 | 70.000 | M | 20.24 | 4.790 |
| | Σ | 18,409.000 | | | | | | **33.48** | **8.878** |
| #7 | 1 | 12,899.000 | 0.390 | 2.440 | 0.319 | 66.400 | M | 45.83 | 8.427 |
| | 2 | 16,284.000 | 2.440 | 0.000 | 0.000 | 64.000 | M | 10.82 | 2.488 |
| | Σ | 29,183.000 | | | | | | **51.46** | **10.915** |
| #6 | 1 | 9,266.000 | 0.650 | 2.326 | 0.323 | 68.900 | M | 59.13 | 14.429 |
| | 2 | 11,169.000 | 2.326 | 0.000 | 0.000 | 64.000 | M | 7.69 | 1.707 |
| | Σ | 20,435.000 | | | | | | **66.31** | **16.136** |
| #5 | 1 | 7,166.000 | 0.812 | 2.991 | 0.335 | 66.200 | M | 22.46 | 4.278 |
| | 2 | 17,173.000 | 2.991 | 0.000 | 0.000 | 64.000 | M | 9.72 | 2.624 |
| | Σ | 24,339.000 | | | | | | **26.50** | **6.902** |
| #4 | 1 | 10,057.000 | 0.810 | 3.941 | 0.342 | 67.200 | M | 41.68 | 9.027 |
| | 2 | 24,735.000 | 3.941 | 0.000 | 0.000 | 64.000 | M | 11.11 | 3.779 |

**SEDCAD 4 for Windows**
Copyright 1998 - 2010 Pamela J. Schwab

| Stru # | SWS # | SWS Area (ac) | Time of Conc (hrs) | Musk K (hrs) | Musk X | Curve Number | UHS | M/Q Peak 125 Discharge (cfs) | Runoff Volume (ac-ft) |
|---|---|---|---|---|---|---|---|---|---|
| | Σ | 34,792.000 | | | | | | 46.59 | 12.807 |
| #3 | 1 | 16,605.000 | 0.927 | 4.225 | 0.329 | 69.200 | M | 108.45 | 28.087 |
| | 2 | 15,444.000 | 4.225 | 0.000 | 0.000 | 64.000 | M | 6.53 | 2.360 |
| | Σ | 32,049.000 | | | | | | 112.50 | 30.447 |
| #2 | 1 | 29,084.000 | 1.209 | 8.867 | 0.320 | 67.300 | M | 114.98 | 27.070 |
| | 2 | 53,151.000 | 8.867 | 0.000 | 0.000 | 64.000 | M | 11.43 | 8.121 |
| | Σ | 82,235.000 | | | | | | 115.97 | 35.191 |
| #1 | 1 | 28,293.000 | 5.101 | 0.000 | 0.000 | 66.600 | M | 43.72 | 20.066 |
| | Σ | 28,293.000 | | | | | | 43.72 | 20.066 |
| #15 | Σ | 388,913.000 | | | | | | 463.88 | 196.511 |

## *Subwatershed Time of Concentration Details:*

| Stru # | SWS # | Land Flow Condition | Slope (%) | Vert. Dist. (ft) | Horiz. Dist. (ft) | Velocity (fps) | Time (hrs) |
|---|---|---|---|---|---|---|---|
| #1 | 1 | 6. Grassed waterway | 3.30 | 1,648.44 | 49,953.00 | 2.720 | 5.101 |
| **#1** | **1** | **Time of Concentration:** | | | | | **5.101** |
| #2 | 1 | 6. Grassed waterway | 27.60 | 9,473.42 | 34,324.00 | 7.880 | 1.209 |
| **#2** | **1** | **Time of Concentration:** | | | | | **1.209** |
| #2 | 2 | 6. Grassed waterway | 4.10 | 3,965.88 | 96,729.00 | 3.030 | 8.867 |
| **#2** | **2** | **Time of Concentration:** | | | | | **8.867** |
| #3 | 1 | 6. Grassed waterway | 40.70 | 12,995.91 | 31,931.00 | 9.560 | 0.927 |
| **#3** | **1** | **Time of Concentration:** | | | | | **0.927** |
| #3 | 2 | 6. Grassed waterway | 4.80 | 2,394.96 | 49,895.00 | 3.280 | 4.225 |
| **#3** | **2** | **Time of Concentration:** | | | | | **4.225** |
| #4 | 1 | 6. Grassed waterway | 32.30 | 8,030.42 | 24,862.00 | 8.520 | 0.810 |
| **#4** | **1** | **Time of Concentration:** | | | | | **0.810** |
| #4 | 2 | 6. Grassed waterway | 6.00 | 3,124.62 | 52,077.00 | 3.670 | 3.941 |
| **#4** | **2** | **Time of Concentration:** | | | | | **3.941** |
| #5 | 1 | 6. Grassed waterway | 20.50 | 4,070.89 | 19,858.00 | 6.790 | 0.812 |
| **#5** | **1** | **Time of Concentration:** | | | | | **0.812** |
| #5 | 2 | 6. Grassed waterway | 5.30 | 1,969.48 | 37,160.00 | 3.450 | 2.991 |
| **#5** | **2** | **Time of Concentration:** | | | | | **2.991** |
| #6 | 1 | 6. Grassed waterway | 23.10 | 3,894.19 | 16,858.00 | 7.200 | 0.650 |
| **#6** | **1** | **Time of Concentration:** | | | | | **0.650** |
| #6 | 2 | 6. Grassed waterway | 4.30 | 1,119.84 | 26,043.00 | 3.110 | 2.326 |
| **#6** | **2** | **Time of Concentration:** | | | | | **2.326** |
| #7 | 1 | 6. Grassed waterway | 29.60 | 3,397.19 | 11,477.00 | 8.160 | 0.390 |
| **#7** | **1** | **Time of Concentration:** | | | | | **0.390** |

**SEDCAD 4 for Windows**
Copyright 1998–2010 Pamela J. Schwab

Case 2:25-cv-00657   Document 1-3   Filed 08/07/25   PageID.880   Page 516 of 954

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

13

| Stru # | SWS # | Land Flow Condition | Slope (%) | Vert. Dist. (ft) | Horiz. Dist. (ft) | Velocity (fps) | Time (hrs) |
|--------|-------|---------------------|-----------|------------------|-------------------|----------------|------------|
| #7 | 2 | 6. Grassed waterway | 4.00 | 1,054.40 | 26,360.00 | 3.000 | 2.440 |
| **#7** | **2** | **Time of Concentration:** | | | | | **2.440** |
| #8 | 1 | 6. Grassed waterway | 29.60 | 3,397.19 | 11,477.00 | 8.160 | 0.390 |
| **#8** | **1** | **Time of Concentration:** | | | | | **0.390** |
| #8 | 2 | 6. Grassed waterway | 3.90 | 1,742.40 | 44,677.00 | 2.960 | 4.192 |
| **#8** | **2** | **Time of Concentration:** | | | | | **4.192** |
| #8 | 3 | 6. Grassed waterway | 32.60 | 5,443.54 | 16,698.00 | 8.560 | 0.541 |
| **#8** | **3** | **Time of Concentration:** | | | | | **0.541** |
| #9 | 1 | 6. Grassed waterway | 29.70 | 3,882.68 | 13,073.00 | 8.170 | 0.444 |
| **#9** | **1** | **Time of Concentration:** | | | | | **0.444** |
| #9 | 2 | 6. Grassed waterway | 4.40 | 1,473.78 | 33,495.00 | 3.140 | 2.963 |
| **#9** | **2** | **Time of Concentration:** | | | | | **2.963** |
| #10 | 1 | 6. Grassed waterway | 29.60 | 3,321.12 | 11,220.00 | 8.160 | 0.381 |
| **#10** | **1** | **Time of Concentration:** | | | | | **0.381** |
| #10 | 2 | 6. Grassed waterway | 6.30 | 1,458.57 | 23,152.00 | 3.760 | 1.710 |
| **#10** | **2** | **Time of Concentration:** | | | | | **1.710** |
| #11 | 1 | 6. Grassed waterway | 33.60 | 9,775.92 | 29,095.00 | 8.690 | 0.930 |
| **#11** | **1** | **Time of Concentration:** | | | | | **0.930** |
| #11 | 2 | 6. Grassed waterway | 10.20 | 2,898.94 | 28,421.00 | 4.790 | 1.648 |
| **#11** | **2** | **Time of Concentration:** | | | | | **1.648** |
| #12 | 1 | 6. Grassed waterway | 42.90 | 3,300.29 | 7,693.00 | 9.820 | 0.217 |
| **#12** | **1** | **Time of Concentration:** | | | | | **0.217** |
| #12 | 2 | 6. Grassed waterway | 13.70 | 5,453.69 | 39,808.00 | 5.550 | 1.992 |
| **#12** | **2** | **Time of Concentration:** | | | | | **1.992** |
| #13 | 1 | 6. Grassed waterway | 45.80 | 2,467.70 | 5,388.00 | 10.150 | 0.147 |
| **#13** | **1** | **Time of Concentration:** | | | | | **0.147** |
| #13 | 2 | 6. Grassed waterway | 7.60 | 1,909.34 | 25,123.00 | 4.130 | 1.689 |
| **#13** | **2** | **Time of Concentration:** | | | | | **1.689** |
| #14 | 1 | 6. Grassed waterway | 39.70 | 2,524.12 | 6,358.00 | 9.450 | 0.186 |
| **#14** | **1** | **Time of Concentration:** | | | | | **0.186** |
| #14 | 2 | 6. Grassed waterway | 3.90 | 701.49 | 17,987.00 | 2.960 | 1.687 |
| **#14** | **2** | **Time of Concentration:** | | | | | **1.687** |

## Subwatershed Muskingum Routing Details:

| Stru # | SWS # | Land Flow Condition | Slope (%) | Vert. Dist. (ft) | Horiz. Dist. (ft) | Velocity (fps) | Time (hrs) |
|--------|-------|---------------------|-----------|------------------|-------------------|----------------|------------|
| #2 | 1 | 6. Grassed waterway | 4.10 | 3,965.88 | 96,729.00 | 3.030 | 8.867 |
| **#2** | **1** | **Muskingum K:** | | | | | **8.867** |
| #3 | 1 | 6. Grassed waterway | 4.80 | 2,394.96 | 49,895.00 | 3.280 | 4.225 |
| **#3** | **1** | **Muskingum K:** | | | | | **4.225** |
| #4 | 1 | 6. Grassed waterway | 6.00 | 3,124.62 | 52,077.00 | 3.670 | 3.941 |
| **#4** | **1** | **Muskingum K:** | | | | | **3.941** |
| #5 | 1 | 6. Grassed waterway | 5.30 | 1,969.48 | 37,160.00 | 3.450 | 2.991 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

14

| Stru # | SWS # | Land Flow Condition | Slope (%) | Vert. Dist. (ft) | Horiz. Dist. (ft) | Velocity (fps) | Time (hrs) |
|---|---|---|---|---|---|---|---|
| **#5** | **1** | **Muskingum K:** | | | | | **2.991** |
| #6 | 1 | 6. Grassed waterway | 4.30 | 1,119.84 | 26,043.00 | 3.110 | 2.326 |
| **#6** | **1** | **Muskingum K:** | | | | | **2.326** |
| #7 | 1 | 6. Grassed waterway | 4.00 | 1,054.40 | 26,360.00 | 3.000 | 2.440 |
| **#7** | **1** | **Muskingum K:** | | | | | **2.440** |
| #8 | 1 | 6. Grassed waterway | 3.90 | 1,742.40 | 44,677.00 | 2.960 | 4.192 |
| **#8** | **1** | **Muskingum K:** | | | | | **4.192** |
| #8 | 3 | 6. Grassed waterway | 3.90 | 1,742.40 | 44,677.00 | 2.960 | 4.192 |
| **#8** | **3** | **Muskingum K:** | | | | | **4.192** |
| #9 | 1 | 6. Grassed waterway | 4.40 | 1,473.78 | 33,495.00 | 3.140 | 2.963 |
| **#9** | **1** | **Muskingum K:** | | | | | **2.963** |
| #10 | 1 | 6. Grassed waterway | 6.30 | 1,458.57 | 23,152.00 | 3.760 | 1.710 |
| **#10** | **1** | **Muskingum K:** | | | | | **1.710** |
| #11 | 1 | 6. Grassed waterway | 10.20 | 2,898.94 | 28,421.00 | 4.790 | 1.648 |
| **#11** | **1** | **Muskingum K:** | | | | | **1.648** |
| #12 | 1 | 6. Grassed waterway | 13.70 | 5,453.69 | 39,807.95 | 5.550 | 1.992 |
| **#12** | **1** | **Muskingum K:** | | | | | **1.992** |
| #13 | 1 | 6. Grassed waterway | 7.60 | 1,909.34 | 25,123.00 | 4.130 | 1.689 |
| **#13** | **1** | **Muskingum K:** | | | | | **1.689** |
| #14 | 1 | 6. Grassed waterway | 3.90 | 701.49 | 17,987.00 | 2.960 | 1.687 |
| **#14** | **1** | **Muskingum K:** | | | | | **1.687** |

**OPERATIONS AND RECLAMATION DRAINAGE CONTROL PLAN FOR THE SEVIER PLAYA POTASH PROJECT**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Appendix C

# Appendix C

**SEDCAD Calculations for County Road Crossings**



**SEDCAD 4 for Windows**
Copyright 1998 -2010 Pamela J. Schwab

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

1

# Peak Minerals Inc.
# Sevier Playa Potash Project

*Off-Lease Road Hydrologic Analysis*

*25-yr, 6-hr Storm Event*

Paul Kos

Stantec
410 17th St. Ste 1400
Denver, CO 80202

Phone:  303-570-9163

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

2

# General Information

## Storm Information:

| | |
|---|---|
| Storm Type: | NRCS Type II |
| Design Storm: | 25 yr - 6 hr |
| Rainfall Depth: | 1.240 inches |

SEDCAD 4 for Windows

Case 2:25-cv-00657   Document 1-3   Filed 08/07/25   PageID.885   Page 521 of 954

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

3

Copyright 1998 -2010 Pamela J. Schwab

## Structure Networking:

| Type | Stru # | (flows into) | Stru # | Musk. K (hrs) | Musk. X | Description |
|------|--------|--------------|--------|---------------|---------|-------------|
| Culvert | #1 | ==> | #49 | 0.000 | 0.000 | SWS 1 |
| Culvert | #2 | ==> | #3 | 0.000 | 0.000 | SWS 2 |
| Culvert | #3 | ==> | #49 | 0.000 | 0.000 | SWS 3 |
| Culvert | #4 | ==> | #49 | 0.000 | 0.000 | SWS 4 |
| Culvert | #5 | ==> | #49 | 0.000 | 0.000 | SWS 5 |
| Culvert | #6 | ==> | #49 | 0.000 | 0.000 | SWS 6 |
| Culvert | #7 | ==> | #49 | 0.000 | 0.000 | SWS 7 |
| Culvert | #8 | ==> | #10 | 0.000 | 0.000 | SWS 8 |
| Culvert | #9 | ==> | #10 | 0.000 | 0.000 | SWS 9 |
| Culvert | #10 | ==> | #11 | 0.000 | 0.000 | SWS 10 |
| Culvert | #11 | ==> | #12 | 0.000 | 0.000 | SWS 11 |
| Culvert | #12 | ==> | #14 | 0.000 | 0.000 | SWS 12 |
| Culvert | #13 | ==> | #14 | 0.000 | 0.000 | SWS 13 |
| Culvert | #14 | ==> | #49 | 0.000 | 0.000 | SWS 14 |
| Culvert | #15 | ==> | #49 | 0.000 | 0.000 | SWS 15 |
| Culvert | #16 | ==> | #49 | 0.000 | 0.000 | SWS 16 |
| Culvert | #17 | ==> | #49 | 0.000 | 0.000 | SWS 17 |
| Culvert | #18 | ==> | #49 | 0.000 | 0.000 | SWS 18 |
| Culvert | #19 | ==> | #49 | 0.000 | 0.000 | SWS 19 |
| Culvert | #20 | ==> | #49 | 0.000 | 0.000 | SWS 20 |
| Culvert | #21 | ==> | #49 | 0.000 | 0.000 | SWS 21 |
| Culvert | #22 | ==> | #49 | 0.000 | 0.000 | SWS 22 |
| Culvert | #23 | ==> | #49 | 0.000 | 0.000 | SWS 23 |
| Culvert | #24 | ==> | #49 | 0.000 | 0.000 | SWS 24 |
| Culvert | #25 | ==> | #49 | 0.000 | 0.000 | SWS 25 |
| Culvert | #26 | ==> | #49 | 0.000 | 0.000 | SWS 26 |
| Culvert | #27 | ==> | #49 | 0.000 | 0.000 | SWS 27 |
| Culvert | #28 | ==> | #49 | 0.000 | 0.000 | SWS 28 |
| Culvert | #29 | ==> | #49 | 0.000 | 0.000 | SWS 29 |
| Culvert | #30 | ==> | #49 | 0.000 | 0.000 | SWS 30 |
| Culvert | #31 | ==> | #49 | 0.000 | 0.000 | SWS 31 |
| Culvert | #32 | ==> | #49 | 0.000 | 0.000 | SWS 32 |
| Culvert | #33 | ==> | #49 | 0.000 | 0.000 | SWS 33 |
| Culvert | #34 | ==> | #49 | 0.000 | 0.000 | SWS 34 |
| Culvert | #35 | ==> | #49 | 0.000 | 0.000 | SWS 35 |
| Culvert | #36 | ==> | #49 | 0.000 | 0.000 | SWS 36 |
| Culvert | #37 | ==> | #49 | 0.000 | 0.000 | SWS 37 |
| Culvert | #38 | ==> | #49 | 0.000 | 0.000 | SWS 38 |
| Culvert | #39 | ==> | #49 | 0.000 | 0.000 | SWS 39 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

4

| Type | Stru # | (flows into) | Stru # | Musk. K (hrs) | Musk. X | Description |
|------|--------|--------------|--------|---------------|---------|-------------|
| Culvert | #40 | ==> | #49 | 0.000 | 0.000 | SWS 40 |
|  |  |  |  |  |  | SWS 41 |
|  |  |  |  |  |  | SWS 40 |
| Culvert | #41 | ==> | #40 | 0.000 | 0.000 | SWS 41 |
| Culvert | #42 | ==> | #44 | 0.000 | 0.000 | SWS 42 |
| Culvert | #43 | ==> | #49 | 0.000 | 0.000 | SWS 43 |
| Culvert | #44 | ==> | #49 | 0.000 | 0.000 | SWS 44 |
| Culvert | #45 | ==> | #49 | 0.000 | 0.000 | SWS 45 |
| Culvert | #46 | ==> | #48 | 0.000 | 0.000 | SWS 46 |
| Culvert | #47 | ==> | #49 | 0.000 | 0.000 | SWS 47 |
| Culvert | #48 | ==> | #49 | 0.000 | 0.000 | SWS 48 |
| Null | #49 | ==> | End | 0.000 | 0.000 | Model End |



| | #46 |
| | Culvert |
| #48 | |
| Culvert | |
| #47 | |
| Culvert | |
| #45 | |
| Culvert | |
| | #42 |
| | Culvert |
| #44 | |
| Culvert | |
| #43 | |
| Culvert | |
| | #41 |
| | Culvert |
| #40 | |
| Culvert | |
| #39 | |
| Culvert | |
| #38 | |
| Culvert | |
| #37 | |
| Culvert | |
| #36 | |
| Culvert | |
| #35 | |
| Culvert | |
| #34 | |
| Culvert | |

Copyright 1998 -2010 Pamela J. Schwab

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

5

| | |
|---|---|
| | #33 Culvert |
| | #32 Culvert |
| | #31 Culvert |
| | #30 Culvert |
| | #29 Culvert |
| | #28 Culvert |
| | #27 Culvert |
| | #26 Culvert |
| | #25 Culvert |
| | #24 Culvert |
| | #23 Culvert |
| | #22 Culvert |
| | #21 Culvert |
| | #20 Culvert |
| | #19 Culvert |
| | #18 Culvert |
| | #17 Culvert |
| | #16 Culvert |
| | #15 Culvert |

| #13 Culvert |
|---|

| #9 Culvert |
|---|
| #8 Culvert |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

6

| | #10 |
| | Culvert |
| | #11 |
| | Culvert |
| | #12 |
| | Culvert |
| #14 | |
| Culvert | |
| #7 | |
| Culvert | |
| #6 | |
| Culvert | |
| #5 | |
| Culvert | |
| #4 | |
| Culvert | |
| | #2 |
| | Culvert |
| #3 | |
| Culvert | |
| #1 | |
| Culvert | |
| #49 | |
| Null | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

7

## *Structure Summary:*

|  | Immediate Contributing Area (ac) | Total Contributing Area (ac) | Peak Discharge (cfs) | Total Runoff Volume (ac-ft) |
|---|---|---|---|---|
| #46 | 1,237.468 | 1,237.468 | 8.69 | 2.58 |
| #48 | 2,492.165 | 3,729.633 | 22.73 | 7.77 |
| #47 | 531.817 | 531.817 | 3.33 | 1.11 |
| #45 | 488.199 | 488.199 | 3.37 | 1.02 |
| #42 | 512.196 | 512.196 | 3.73 | 1.07 |
| #44 | 195.806 | 708.002 | 5.13 | 1.47 |
| #43 | 25.722 | 25.722 | 0.23 | 0.05 |
| #41 | 7,086.853 | 7,086.853 | 34.74 | 14.76 |
| #40 | 590.882 | 7,677.735 | 37.67 | 15.99 |
| #39 | 20.290 | 20.290 | 0.17 | 0.04 |
| #38 | 41.361 | 41.361 | 0.34 | 0.09 |
| #37 | 326.013 | 326.013 | 2.10 | 0.68 |
| #36 | 1,083.307 | 1,083.307 | 6.43 | 2.26 |
| #35 | 4,275.850 | 4,275.850 | 13.47 | 8.90 |
| #34 | 262.194 | 262.194 | 2.41 | 0.55 |
| #33 | 1,001.453 | 1,001.453 | 7.04 | 2.09 |
| #32 | 873.592 | 873.592 | 7.06 | 1.82 |
| #31 | 2,676.053 | 2,676.053 | 18.75 | 5.57 |
| #30 | 319.846 | 319.846 | 2.71 | 0.67 |
| #29 | 530.364 | 530.364 | 4.30 | 1.10 |
| #28 | 346.812 | 346.812 | 3.15 | 0.72 |
| #27 | 714.839 | 714.839 | 5.86 | 1.49 |
| #26 | 4,534.242 | 4,534.242 | 24.47 | 9.44 |
| #25 | 137.590 | 137.590 | 1.15 | 0.29 |
| #24 | 1,535.599 | 1,535.599 | 11.45 | 3.20 |
| #23 | 200.530 | 200.530 | 1.61 | 0.42 |
| #22 | 3,480.356 | 3,480.356 | 20.89 | 7.25 |
| #21 | 320.784 | 320.784 | 2.50 | 0.67 |
| #20 | 611.667 | 611.667 | 4.35 | 1.27 |
| #19 | 5,338.115 | 5,338.115 | 23.40 | 11.11 |
| #18 | 1,491.002 | 1,491.002 | 8.23 | 3.10 |
| #17 | 6,080.184 | 6,080.184 | 33.89 | 12.66 |
| #16 | 1,195.588 | 1,195.588 | 8.76 | 2.49 |
| #15 | 1,314.618 | 1,314.618 | 9.26 | 2.74 |
| #13 | 2,219.901 | 2,219.901 | 16.06 | 4.62 |
| #9 | 96.794 | 96.794 | 1.08 | 0.20 |
| #8 | 36.111 | 36.111 | 0.68 | 0.09 |
| #10 | 438.392 | 571.297 | 4.78 | 1.21 |
| #11 | 122.502 | 693.799 | 5.86 | 1.47 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

8

| | Immediate Contributing Area (ac) | Total Contributing Area (ac) | Peak Discharge (cfs) | Total Runoff Volume (ac-ft) |
|---|---|---|---|---|
| #12 | 895.268 | 1,589.067 | 13.09 | 3.33 |
| #14 | 807.265 | 4,616.233 | 34.21 | 9.64 |
| #7 | 4,127.988 | 4,127.988 | 27.43 | 8.60 |
| #6 | 3,111.740 | 3,111.740 | 17.07 | 6.48 |
| #5 | 1,593.991 | 1,593.991 | 10.05 | 3.32 |
| #4 | 3,366.180 | 3,366.180 | 16.42 | 7.01 |
| #2 | 56.029 | 56.029 | 0.47 | 0.12 |
| #3 | 120.024 | 176.053 | 1.39 | 0.37 |
| #1 | 116.981 | 116.981 | 0.99 | 0.24 |
| #49 | 0.000 | 68,982.530 | 364.40 | 143.67 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

9

## *Structure Detail:*

### Structure #46 (Culvert)

SWS 46

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 3.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 8.69 cfs

Minimum pipe diameter: 1 - 18 inch pipe(s) required

### Structure #48 (Culvert)

SWS 48

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 3.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 22.73 cfs

Minimum pipe diameter: 1 - 30 inch pipe(s) required

### Structure #47 (Culvert)

SWS 47

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 3.00 | 0.0240 | 3.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 3.33 cfs

Minimum pipe diameter: 1 - 12 inch pipe(s) required

### Structure #45 (Culvert)

SWS 45

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

10

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 3.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 3.37 cfs

Minimum pipe diameter: 1 - 12 inch pipe(s) required

## Structure #42 (Culvert)

### SWS 42

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 2.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 3.73 cfs

Minimum pipe diameter: 1 - 15 inch pipe(s) required

## Structure #44 (Culvert)

### SWS 44

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 3.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 5.13 cfs

Minimum pipe diameter: 1 - 15 inch pipe(s) required

## Structure #43 (Culvert)

### SWS 43

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 1.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 0.23 cfs

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125
11

Minimum pipe diameter: 1 - 6 inch pipe(s) required

*Structure #41 (Culvert)*

*SWS 41*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 3.50 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 34.74 cfs

Minimum pipe diameter: 1 - 36 inch pipe(s) required

*Structure #40 (Culvert)*

*SWS 40*

*SWS 41*

*SWS 40*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 3.40 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 37.67 cfs

Minimum pipe diameter: 1 - 36 inch pipe(s) required

*Structure #39 (Culvert)*

*SWS 39*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 3.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 0.17 cfs

Minimum pipe diameter: 1 - 4 inch pipe(s) required

*Structure #38 (Culvert)*

*SWS 38*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

12

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 3.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 0.34 cfs

Minimum pipe diameter: 1 - 6 inch pipe(s) required

## Structure #37 (Culvert)

### SWS 37

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 3.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 2.10 cfs

Minimum pipe diameter: 1 - 10 inch pipe(s) required

## Structure #36 (Culvert)

### SWS 36

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 3.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 6.43 cfs

Minimum pipe diameter: 1 - 15 inch pipe(s) required

## Structure #35 (Culvert)

### SWS 35

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 3.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 13.47 cfs

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Minimum pipe diameter: 1 - 21 inch pipe(s) required

### *Structure #34 (Culvert)*

*SWS 34*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 2.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 2.41 cfs

Minimum pipe diameter: 1 - 12 inch pipe(s) required

### *Structure #33 (Culvert)*

*SWS 33*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 2.50 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 7.04 cfs

Minimum pipe diameter: 1 - 18 inch pipe(s) required

### *Structure #32 (Culvert)*

*SWS 32*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 2.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 7.06 cfs

Minimum pipe diameter: 1 - 18 inch pipe(s) required

### *Structure #31 (Culvert)*

*SWS 31*

Culvert Inputs:

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M027/0125

14

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 2.50 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 18.75 cfs

Minimum pipe diameter: 1 - 30 inch pipe(s) required

### Structure #30 (Culvert)

*SWS 30*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 3.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 2.71 cfs

Minimum pipe diameter: 1 - 12 inch pipe(s) required

### Structure #29 (Culvert)

*SWS 29*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 3.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 4.30 cfs

Minimum pipe diameter: 1 - 15 inch pipe(s) required

### Structure #28 (Culvert)

*SWS 28*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 3.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 3.15 cfs

**SEDCAD 4 for Windows**
Copyright 1998 -2010 Pamela J. Schwab

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.897    Page 533 of 954

RECEIVED
March 21, 2025                                                    15
DIVISION OF OIL, GAS AND MINING
M/027/0125

Minimum pipe diameter: 1 - 12 inch pipe(s) required

*Structure #27 (Culvert)*

*SWS 27*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 3.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 5.86 cfs

Minimum pipe diameter: 1 - 15 inch pipe(s) required

*Structure #26 (Culvert)*

*SWS 26*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 3.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 24.47 cfs

Minimum pipe diameter: 1 - 30 inch pipe(s) required

*Structure #25 (Culvert)*

*SWS 25*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 3.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 1.15 cfs

Minimum pipe diameter: 1 - 8 inch pipe(s) required

*Structure #24 (Culvert)*

*SWS 24*

Culvert Inputs:

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M027/0125

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 3.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 11.45 cfs

Minimum pipe diameter: 1 - 21 inch pipe(s) required

*Structure #23 (Culvert)*

*SWS 23*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 3.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 1.61 cfs

Minimum pipe diameter: 1 - 10 inch pipe(s) required

*Structure #22 (Culvert)*

*SWS 22*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 3.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 20.89 cfs

Minimum pipe diameter: 1 - 30 inch pipe(s) required

*Structure #21 (Culvert)*

*SWS 21*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 3.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 2.50 cfs

Copyright 1998–2010 Pamela J. Schwab

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

17

Minimum pipe diameter: 1 - 10 inch pipe(s) required

## *Structure #20 (Culvert)*

*SWS 20*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 3.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 4.35 cfs

Minimum pipe diameter: 1 - 15 inch pipe(s) required

## *Structure #19 (Culvert)*

*SWS 19*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 3.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 23.40 cfs

Minimum pipe diameter: 1 - 30 inch pipe(s) required

## *Structure #18 (Culvert)*

*SWS 18*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 2.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 8.23 cfs

Minimum pipe diameter: 1 - 18 inch pipe(s) required

## *Structure #17 (Culvert)*

*SWS 17*

Culvert Inputs:

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M027/0125

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 3.10 | 0.00 | 0.90 |

Culvert Results:

### Design Discharge = 33.89 cfs

### Minimum pipe diameter: 1 - 36 inch pipe(s) required

## *Structure #16 (Culvert)*

### SWS 16

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 2.00 | 0.00 | 0.90 |

Culvert Results:

### Design Discharge = 8.76 cfs

### Minimum pipe diameter: 1 - 21 inch pipe(s) required

## *Structure #15 (Culvert)*

### SWS 15

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 2.00 | 0.00 | 0.90 |

Culvert Results:

### Design Discharge = 9.26 cfs

### Minimum pipe diameter: 1 - 24 inch pipe(s) required

## *Structure #13 (Culvert)*

### SWS 13

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 2.50 | 0.00 | 0.90 |

Culvert Results:

### Design Discharge = 16.06 cfs

RECEIVED
March 21, 2025                                    19
DIVISION OF OIL, GAS AND MINING
M/027/0125

Minimum pipe diameter: 1 - 24 inch pipe(s) required

## *Structure #9 (Culvert)*

*SWS 9*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 2.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 1.08 cfs

Minimum pipe diameter: 1 - 8 inch pipe(s) required

## *Structure #8 (Culvert)*

*SWS 8*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 2.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 0.68 cfs

Minimum pipe diameter: 1 - 8 inch pipe(s) required

## *Structure #10 (Culvert)*

*SWS 10*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 2.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 4.78 cfs

Minimum pipe diameter: 1 - 15 inch pipe(s) required

## *Structure #11 (Culvert)*

*SWS 11*

Culvert Inputs:

Copyright 1998 -2010 Pamela J. Schwab

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M027/0125

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 2.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 5.86 cfs

Minimum pipe diameter: 1 - 18 inch pipe(s) required

## *Structure #12 (Culvert)*

*SWS 12*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 2.50 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 13.09 cfs

Minimum pipe diameter: 1 - 24 inch pipe(s) required

## *Structure #14 (Culvert)*

*SWS 14*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 3.10 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 34.21 cfs

Minimum pipe diameter: 1 - 36 inch pipe(s) required

## *Structure #7 (Culvert)*

*SWS 7*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 3.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 27.43 cfs

**SEDCAD 4 for Windows**
Copyright 1998 -2010 Pamela J. Schwab

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.903    Page 539 of 954



RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

21

Minimum pipe diameter: 1 - 36 inch pipe(s) required

## *Structure #6 (Culvert)*

### *SWS 6*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 2.50 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 17.07 cfs

Minimum pipe diameter: 1 - 30 inch pipe(s) required

## *Structure #5 (Culvert)*

### *SWS 5*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 2.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 10.05 cfs

Minimum pipe diameter: 1 - 24 inch pipe(s) required

## *Structure #4 (Culvert)*

### *SWS 4*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 2.50 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 16.42 cfs

Minimum pipe diameter: 1 - 30 inch pipe(s) required

## *Structure #2 (Culvert)*

### *SWS 2*

Culvert Inputs:

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M027/0125

22

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 2.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 0.47 cfs

Minimum pipe diameter: 1 - 6 inch pipe(s) required

## Structure #3 (Culvert)

*SWS 3*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 2.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 1.39 cfs

Minimum pipe diameter: 1 - 10 inch pipe(s) required

## Structure #1 (Culvert)

*SWS 1*

Culvert Inputs:

| Length (ft) | Slope (%) | Manning's n | Max. Headwater (ft) | Tailwater (ft) | Entrance Loss Coef. (Ke) |
|---|---|---|---|---|---|
| 50.00 | 2.00 | 0.0240 | 2.00 | 0.00 | 0.90 |

Culvert Results:

Design Discharge = 0.99 cfs

Minimum pipe diameter: 1 - 8 inch pipe(s) required

## Structure #49 (Null)

*Model End*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

23

## *Subwatershed Hydrology Detail:*

| Stru # | SWS # | SWS Area (ac) | Time of Conc (hrs) | Musk K (hrs) | Musk X | Curve Number | UHS | Peak Discharge (cfs) | Runoff Volume (ac-ft) |
|---|---|---|---|---|---|---|---|---|---|
| #46 | 1 | 1,237.468 | 1.936 | 0.000 | 0.000 | 70.000 | M | 8.69 | 2.577 |
| | Σ | **1,237.468** | | | | | | **8.69** | **2.577** |
| #48 | 1 | 2,492.165 | 3.126 | 0.000 | 0.000 | 70.000 | M | 14.84 | 5.189 |
| | Σ | **3,729.633** | | | | | | **22.73** | **7.766** |
| #47 | 1 | 531.817 | 2.822 | 0.000 | 0.000 | 70.000 | M | 3.33 | 1.107 |
| | Σ | **531.817** | | | | | | **3.33** | **1.107** |
| #45 | 1 | 488.199 | 2.092 | 0.000 | 0.000 | 70.000 | M | 3.37 | 1.017 |
| | Σ | **488.199** | | | | | | **3.37** | **1.017** |
| #42 | 1 | 512.196 | 1.639 | 0.000 | 0.000 | 70.000 | M | 3.73 | 1.067 |
| | Σ | **512.196** | | | | | | **3.73** | **1.067** |
| #44 | 1 | 195.806 | 1.763 | 0.000 | 0.000 | 70.000 | M | 1.40 | 0.408 |
| | Σ | **708.002** | | | | | | **5.13** | **1.474** |
| #43 | 1 | 25.722 | 0.551 | 0.000 | 0.000 | 70.000 | M | 0.23 | 0.054 |
| | Σ | **25.722** | | | | | | **0.23** | **0.054** |
| #41 | 1 | 7,086.853 | 4.276 | 0.000 | 0.000 | 70.000 | M | 34.74 | 14.756 |
| | Σ | **7,086.853** | | | | | | **34.74** | **14.756** |
| #40 | 1 | 590.882 | 2.287 | 0.000 | 0.000 | 70.000 | M | 3.99 | 1.230 |
| | Σ | **7,677.735** | | | | | | **37.67** | **15.986** |
| #39 | 1 | 20.290 | 0.652 | 0.000 | 0.000 | 70.000 | M | 0.17 | 0.042 |
| | Σ | **20.290** | | | | | | **0.17** | **0.042** |
| #38 | 1 | 41.361 | 0.927 | 0.000 | 0.000 | 70.000 | M | 0.34 | 0.086 |
| | Σ | **41.361** | | | | | | **0.34** | **0.086** |
| #37 | 1 | 326.013 | 2.659 | 0.000 | 0.000 | 70.000 | M | 2.10 | 0.679 |
| | Σ | **326.013** | | | | | | **2.10** | **0.679** |
| #36 | 1 | 1,083.307 | 3.145 | 0.000 | 0.000 | 70.000 | M | 6.43 | 2.256 |
| | Σ | **1,083.307** | | | | | | **6.43** | **2.256** |
| #35 | 1 | 4,275.850 | 7.548 | 0.000 | 0.000 | 70.000 | M | 13.47 | 8.903 |
| | Σ | **4,275.850** | | | | | | **13.47** | **8.903** |
| #34 | 1 | 262.194 | 0.461 | 0.000 | 0.000 | 70.000 | M | 2.41 | 0.547 |
| | Σ | **262.194** | | | | | | **2.41** | **0.547** |
| #33 | 1 | 1,001.453 | 1.933 | 0.000 | 0.000 | 70.000 | M | 7.04 | 2.086 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

24

| Stru # | SWS # | SWS Area (ac) | Time of Conc (hrs) | Musk K (hrs) | Musk X | Curve Number | UHS | M/C Peak Discharge (cfs) | Runoff Volume (ac-ft) |
|---|---|---|---|---|---|---|---|---|---|
| | Σ | 1,001.453 | | | | | | 7.04 | 2.086 |
| #32 | 1 | 873.592 | 0.955 | 0.000 | 0.000 | 70.000 | M | 7.06 | 1.820 |
| | Σ | 873.592 | | | | | | 7.06 | 1.820 |
| #31 | 1 | 2,676.053 | 1.960 | 0.000 | 0.000 | 70.000 | M | 18.75 | 5.572 |
| | Σ | 2,676.053 | | | | | | 18.75 | 5.572 |
| #30 | 1 | 319.846 | 0.706 | 0.000 | 0.000 | 70.000 | M | 2.71 | 0.666 |
| | Σ | 319.846 | | | | | | 2.71 | 0.666 |
| #29 | 1 | 530.364 | 0.943 | 0.000 | 0.000 | 70.000 | M | 4.30 | 1.105 |
| | Σ | 530.364 | | | | | | 4.30 | 1.105 |
| #28 | 1 | 346.812 | 0.487 | 0.000 | 0.000 | 70.000 | M | 3.15 | 0.724 |
| | Σ | 346.812 | | | | | | 3.15 | 0.724 |
| #27 | 1 | 714.839 | 0.868 | 0.000 | 0.000 | 70.000 | M | 5.86 | 1.489 |
| | Σ | 714.839 | | | | | | 5.86 | 1.489 |
| #26 | 1 | 4,534.242 | 3.699 | 0.000 | 0.000 | 70.000 | M | 24.47 | 9.441 |
| | Σ | 4,534.242 | | | | | | 24.47 | 9.441 |
| #25 | 1 | 137.590 | 0.776 | 0.000 | 0.000 | 70.000 | M | 1.15 | 0.287 |
| | Σ | 137.590 | | | | | | 1.15 | 0.287 |
| #24 | 1 | 1,535.599 | 1.461 | 0.000 | 0.000 | 70.000 | M | 11.45 | 3.198 |
| | Σ | 1,535.599 | | | | | | 11.45 | 3.198 |
| #23 | 1 | 200.530 | 0.983 | 0.000 | 0.000 | 70.000 | M | 1.61 | 0.418 |
| | Σ | 200.530 | | | | | | 1.61 | 0.418 |
| #22 | 1 | 3,480.356 | 3.077 | 0.000 | 0.000 | 70.000 | M | 20.89 | 7.247 |
| | Σ | 3,480.356 | | | | | | 20.89 | 7.247 |
| #21 | 1 | 320.784 | 1.185 | 0.000 | 0.000 | 70.000 | M | 2.50 | 0.668 |
| | Σ | 320.784 | | | | | | 2.50 | 0.668 |
| #20 | 1 | 611.667 | 1.842 | 0.000 | 0.000 | 70.000 | M | 4.35 | 1.274 |
| | Σ | 611.667 | | | | | | 4.35 | 1.274 |
| #19 | 1 | 5,338.115 | 4.994 | 0.000 | 0.000 | 70.000 | M | 23.40 | 11.115 |
| | Σ | 5,338.115 | | | | | | 23.40 | 11.115 |
| #18 | 1 | 1,491.002 | 3.564 | 0.000 | 0.000 | 70.000 | M | 8.23 | 3.105 |
| | Σ | 1,491.002 | | | | | | 8.23 | 3.105 |
| #17 | 1 | 6,080.184 | 3.510 | 0.000 | 0.000 | 70.000 | M | 33.89 | 12.660 |
| | Σ | 6,080.184 | | | | | | 33.89 | 12.660 |
| #16 | 1 | 1,195.588 | 1.599 | 0.000 | 0.000 | 70.000 | M | 8.76 | 2.490 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/025/125

25

| Stru # | SWS # | SWS Area (ac) | Time of Conc (hrs) | Musk K (hrs) | Musk X | Curve Number | UHS | Peak Discharge (cfs) | Runoff Volume (ac-ft) |
|---|---|---|---|---|---|---|---|---|---|
| | Σ | 1,195.588 | | | | | | 8.76 | 2.490 |
| #15 | 1 | 1,314.618 | 1.918 | 0.000 | 0.000 | 70.000 | M | 9.26 | 2.738 |
| | Σ | 1,314.618 | | | | | | 9.26 | 2.738 |
| #13 | 1 | 2,219.901 | 1.692 | 0.000 | 0.000 | 70.000 | M | 16.06 | 4.623 |
| | Σ | 2,219.901 | | | | | | 16.06 | 4.623 |
| #9 | 1 | 96.794 | 0.223 | 0.000 | 0.000 | 70.000 | M | 1.08 | 0.203 |
| | Σ | 96.794 | | | | | | 1.08 | 0.203 |
| #8 | 1 | 36.111 | 0.117 | 0.000 | 0.000 | 70.000 | M | 0.68 | 0.093 |
| | Σ | 36.111 | | | | | | 0.68 | 0.093 |
| #10 | 1 | 438.392 | 0.997 | 0.000 | 0.000 | 70.000 | M | 3.52 | 0.913 |
| | Σ | 571.297 | | | | | | 4.78 | 1.210 |
| #11 | 1 | 122.502 | 0.340 | 0.000 | 0.000 | 70.000 | M | 1.22 | 0.256 |
| | Σ | 693.799 | | | | | | 5.86 | 1.466 |
| #12 | 1 | 895.268 | 0.956 | 0.000 | 0.000 | 70.000 | M | 7.23 | 1.865 |
| | Σ | 1,589.067 | | | | | | 13.09 | 3.331 |
| #14 | 1 | 807.265 | 1.135 | 0.000 | 0.000 | 70.000 | M | 6.34 | 1.681 |
| | Σ | 4,616.233 | | | | | | 34.21 | 9.636 |
| #7 | 1 | 4,127.988 | 2.426 | 0.000 | 0.000 | 70.000 | M | 27.43 | 8.596 |
| | Σ | 4,127.988 | | | | | | 27.43 | 8.596 |
| #6 | 1 | 3,111.740 | 3.603 | 0.000 | 0.000 | 70.000 | M | 17.07 | 6.479 |
| | Σ | 3,111.740 | | | | | | 17.07 | 6.479 |
| #5 | 1 | 1,593.991 | 2.781 | 0.000 | 0.000 | 70.000 | M | 10.05 | 3.319 |
| | Σ | 1,593.991 | | | | | | 10.05 | 3.319 |
| #4 | 1 | 3,366.180 | 4.305 | 0.000 | 0.000 | 70.000 | M | 16.42 | 7.009 |
| | Σ | 3,366.180 | | | | | | 16.42 | 7.009 |
| #2 | 1 | 56.029 | 0.785 | 0.000 | 0.000 | 70.000 | M | 0.47 | 0.117 |
| | Σ | 56.029 | | | | | | 0.47 | 0.117 |
| #3 | 1 | 120.024 | 1.176 | 0.000 | 0.000 | 70.000 | M | 0.94 | 0.250 |
| | Σ | 176.053 | | | | | | 1.39 | 0.367 |
| #1 | 1 | 116.981 | 0.696 | 0.000 | 0.000 | 70.000 | M | 0.99 | 0.244 |
| | Σ | 116.981 | | | | | | 0.99 | 0.244 |
| #49 | Σ | 68,982.530 | | | | | | 364.40 | 143.666 |

**SEDCAD 4 for Windows**
Copyright 1998 -2010 Pamela J. Schwab

Case 2:25-cv-00557    Document 1-3    Filed 08/07/25    PageID.908    Page 544 of 954

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

26

## Subwatershed Time of Concentration Details:

| Stru # | SWS # | Land Flow Condition | Slope (%) | Vert. Dist. (ft) | Horiz. Dist. (ft) | Velocity (fps) | Time (hrs) |
|---|---|---|---|---|---|---|---|
| #1 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 2.52 | 100.00 | 3,962.00 | 1.580 | 0.696 |
| **#1** | **1** | **Time of Concentration:** | | | | | **0.696** |
| #2 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 2.09 | 85.00 | 4,073.00 | 1.440 | 0.785 |
| **#2** | **1** | **Time of Concentration:** | | | | | **0.785** |
| #3 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 1.78 | 100.00 | 5,632.00 | 1.330 | 1.176 |
| **#3** | **1** | **Time of Concentration:** | | | | | **1.176** |
| #4 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 6.04 | 2,295.00 | 37,978.00 | 2.450 | 4.305 |
| **#4** | **1** | **Time of Concentration:** | | | | | **4.305** |
| #5 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 6.16 | 1,530.00 | 24,834.00 | 2.480 | 2.781 |
| **#5** | **1** | **Time of Concentration:** | | | | | **2.781** |
| #6 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 5.89 | 1,850.00 | 31,392.00 | 2.420 | 3.603 |
| **#6** | **1** | **Time of Concentration:** | | | | | **3.603** |
| #7 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 7.37 | 1,745.00 | 23,672.00 | 2.710 | 2.426 |
| **#7** | **1** | **Time of Concentration:** | | | | | **2.426** |
| #8 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 13.72 | 215.00 | 1,567.00 | 3.700 | 0.117 |
| **#8** | **1** | **Time of Concentration:** | | | | | **0.117** |
| #9 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 16.96 | 560.00 | 3,301.00 | 4.110 | 0.223 |
| **#9** | **1** | **Time of Concentration:** | | | | | **0.223** |
| #10 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 6.61 | 610.00 | 9,229.00 | 2.570 | 0.997 |
| **#10** | **1** | **Time of Concentration:** | | | | | **0.997** |
| #11 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 12.58 | 545.00 | 4,333.00 | 3.540 | 0.340 |
| **#11** | **1** | **Time of Concentration:** | | | | | **0.340** |
| #12 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 8.98 | 925.00 | 10,300.00 | 2.990 | 0.956 |
| **#12** | **1** | **Time of Concentration:** | | | | | **0.956** |
| #13 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 9.86 | 1,880.00 | 19,072.00 | 3.130 | 1.692 |
| **#13** | **1** | **Time of Concentration:** | | | | | **1.692** |
| #14 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 5.96 | 595.00 | 9,975.00 | 2.440 | 1.135 |
| **#14** | **1** | **Time of Concentration:** | | | | | **1.135** |
| #15 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 4.65 | 690.00 | 14,848.00 | 2.150 | 1.918 |
| **#15** | **1** | **Time of Concentration:** | | | | | **1.918** |
| #16 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 7.12 | 1,090.00 | 15,316.00 | 2.660 | 1.599 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
March 21, 2025
27

| Stru # | SWS # | Land Flow Condition | Slope (%) | Vert. Dist. (ft) | Horiz. Dist. (ft) | Velocity (fps) | Time (hrs) |
|---|---|---|---|---|---|---|---|
| **#16** | **1** | **Time of Concentration:** | | | | | **1.599** |
| #17 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 5.47 | 1,610.00 | 29,446.00 | 2.330 | 3.510 |
| **#17** | **1** | **Time of Concentration:** | | | | | **3.510** |
| #18 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 5.41 | 1,610.00 | 29,774.00 | 2.320 | 3.564 |
| **#18** | **1** | **Time of Concentration:** | | | | | **3.564** |
| #19 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 4.47 | 1,695.00 | 37,937.00 | 2.110 | 4.994 |
| **#19** | **1** | **Time of Concentration:** | | | | | **4.994** |
| #20 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 2.71 | 295.00 | 10,877.00 | 1.640 | 1.842 |
| **#20** | **1** | **Time of Concentration:** | | | | | **1.842** |
| #21 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 3.68 | 300.00 | 8,150.00 | 1.910 | 1.185 |
| **#21** | **1** | **Time of Concentration:** | | | | | **1.185** |
| #22 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 4.58 | 1,080.00 | 23,595.00 | 2.130 | 3.077 |
| **#22** | **1** | **Time of Concentration:** | | | | | **3.077** |
| #23 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 4.25 | 310.00 | 7,290.00 | 2.060 | 0.983 |
| **#23** | **1** | **Time of Concentration:** | | | | | **0.983** |
| #24 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 9.66 | 1,575.00 | 16,307.00 | 3.100 | 1.461 |
| **#24** | **1** | **Time of Concentration:** | | | | | **1.461** |
| #25 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 4.43 | 260.00 | 5,870.00 | 2.100 | 0.776 |
| **#25** | **1** | **Time of Concentration:** | | | | | **0.776** |
| #26 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 3.41 | 835.00 | 24,508.00 | 1.840 | 3.699 |
| **#26** | **1** | **Time of Concentration:** | | | | | **3.699** |
| #27 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 10.16 | 1,010.00 | 9,940.00 | 3.180 | 0.868 |
| **#27** | **1** | **Time of Concentration:** | | | | | **0.868** |
| #28 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 15.78 | 1,100.00 | 6,970.00 | 3.970 | 0.487 |
| **#28** | **1** | **Time of Concentration:** | | | | | **0.487** |
| #29 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 10.37 | 1,135.00 | 10,940.00 | 3.220 | 0.943 |
| **#29** | **1** | **Time of Concentration:** | | | | | **0.943** |
| #30 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 12.47 | 1,120.00 | 8,980.00 | 3.530 | 0.706 |
| **#30** | **1** | **Time of Concentration:** | | | | | **0.706** |
| #31 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 8.65 | 1,795.00 | 20,747.00 | 2.940 | 1.960 |
| **#31** | **1** | **Time of Concentration:** | | | | | **1.960** |
| #32 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 9.08 | 940.00 | 10,350.00 | 3.010 | 0.955 |
| **#32** | **1** | **Time of Concentration:** | | | | | **0.955** |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M0123125
28

| Stru # | SWS # | Land Flow Condition | Slope (%) | Vert. Dist. (ft) | Horiz. Dist. (ft) | Velocity (fps) | Time (hrs) |
|---|---|---|---|---|---|---|---|
| #33 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 8.26 | 1,650.00 | 19,977.00 | 2.870 | 1.933 |
| **#33** | **1** | **Time of Concentration:** | | | | | **1.933** |
| #34 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 14.55 | 920.00 | 6,324.00 | 3.810 | 0.461 |
| **#34** | **1** | **Time of Concentration:** | | | | | **0.461** |
| #35 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 1.78 | 643.00 | 36,140.00 | 1.330 | 7.548 |
| **#35** | **1** | **Time of Concentration:** | | | | | **7.548** |
| #36 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 0.73 | 70.00 | 9,624.00 | 0.850 | 3.145 |
| **#36** | **1** | **Time of Concentration:** | | | | | **3.145** |
| #37 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 0.33 | 18.00 | 5,457.00 | 0.570 | 2.659 |
| **#37** | **1** | **Time of Concentration:** | | | | | **2.659** |
| #38 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 0.51 | 12.00 | 2,370.00 | 0.710 | 0.927 |
| **#38** | **1** | **Time of Concentration:** | | | | | **0.927** |
| #39 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 0.53 | 9.00 | 1,690.00 | 0.720 | 0.652 |
| **#39** | **1** | **Time of Concentration:** | | | | | **0.652** |
| #40 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 3.34 | 500.00 | 14,985.00 | 1.820 | 2.287 |
| **#40** | **1** | **Time of Concentration:** | | | | | **2.287** |
| #41 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 5.85 | 2,170.00 | 37,101.00 | 2.410 | 4.276 |
| **#41** | **1** | **Time of Concentration:** | | | | | **4.276** |
| #42 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 1.18 | 75.00 | 6,375.00 | 1.080 | 1.639 |
| **#42** | **1** | **Time of Concentration:** | | | | | **1.639** |
| #43 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 1.01 | 20.00 | 1,984.00 | 1.000 | 0.551 |
| **#43** | **1** | **Time of Concentration:** | | | | | **0.551** |
| #44 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 1.27 | 90.00 | 7,110.00 | 1.120 | 1.763 |
| **#44** | **1** | **Time of Concentration:** | | | | | **1.763** |
| #45 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 4.92 | 820.00 | 16,650.00 | 2.210 | 2.092 |
| **#45** | **1** | **Time of Concentration:** | | | | | **2.092** |
| #46 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 4.50 | 665.00 | 14,780.00 | 2.120 | 1.936 |
| **#46** | **1** | **Time of Concentration:** | | | | | **1.936** |
| #47 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 1.09 | 115.00 | 10,567.00 | 1.040 | 2.822 |
| **#47** | **1** | **Time of Concentration:** | | | | | **2.822** |
| #48 | 1 | 5. Nearly bare and untilled, and alluvial valley fans | 3.67 | 790.00 | 21,500.00 | 1.910 | 3.126 |
| **#48** | **1** | **Time of Concentration:** | | | | | **3.126** |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# APPENDIX G

## REMOVED

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# APPENDIX H

## Photographs

*(Placeholder – Photos would be provided prior to construction)*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# APPENDIX I

**Demolition and Reclamation Costing Detail**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## Bonding Calculations

### General Model Inputs

|  | Value | Comments |
|---|---|---|
| Number of years | 1 | |
| Escalation factor | 0.0485 | |

### Direct Costs

|  | Costs BLM Mining Plan On-Lease | Costs BLM Off-Lease ROW | Costs State/Private | Total Combined Costs |
|---|---|---|---|---|
| Subtotal Demolition and Removal | $ 591,646 | $ 571,964 | $ 288,224 | $ 1,451,834 |
| Subtotal Earthwork | $ 14,412,334 | $ 753,380 | $ 1,583,543 | $ 16,749,257 |
| Subtotal Revegetation | $ 37,884 | $ 23,350 | $ 19,178 | $ 80,413 |
| **Subtotal Direct Costs** | **$ 15,041,865** | **$ 1,348,693** | **$ 1,890,945** | **$ 18,281,503** |

### Indirect Costs

|  | DOGM Rates for BLM |  |  |  |  | DOGM (State/Private) Indirect | Notes: |
|---|---|---|---|---|---|---|---|
| Mob and Demob | 10.0% | $ 1,504,186 | $ 134,869 | $ 189,095 | $ 1,828,150 | 10.0% | Mob/Demob |
| Contingency | 5.0% | $ 752,093 | $ 67,435 | $ 94,547 | $ 914,075 | 5.0% | Contingency |
| Engineering Redesign/ Main Office Expense | 2.5% | $ 376,047 | $ 33,717 | $ 47,274 | $ 457,038 | 2.5% | Engineering Redesign |
| Project Management Fees | 6.8% | $ 1,022,847 | $ 91,711 | $ 128,584 | $ 1,243,142 | 6.8% | Main Office Expense |
| NOC | 2.5% | $ 376,047 | $ 33,717 | $ 47,274 | $ 457,038 | 2.5% | Project Management Fee |
| **Subtotal Indirect Costs** | **26.8%** | **$ 4,031,220** | **$ 361,449** | **$ 506,774** | **$ 4,899,443** | **26.8%** | |

| | |
|---|---|
| **Total Unescalated Cost- 2024** | **23,180,946** |
| Number of Years | 1 |
| Applied Escalation | 1,124,276 |
| **Total Reclamation Cost** | **24,305,222** |

### Bond Calculation

|  | Value |
|---|---|
| Bond Amount (rounded to nearest $1,000) | 24,305,000 |
| 2024 Dollars | |
| Posted Bond | |
| **Difference Between Cost Estimate and Bond** | **(24,305,000)** |
| *Percent Difference* | *-100%* |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# Key Bonding Parameters

## DIRECT COSTS

| | |
|---|---|
| **DEMOLITION SUMMARY** | |
| Disposal | Swell factor of 1.3 was used for broken concrete foundation material to calculate loading and hauling costs |
| | Concrete weight of 180 pounds per cubic foot was used to calculate disposal fee per ton |
| | Steel weight for all rebar and steel was obtained from Novopro construction detail spreadsheets in Appendix A of CPM Feasibility Report |
| | An average steel weight of 490 pounds per cubic foot was used to determine LCY for loading and hauling costs. (internet search "weight of steel per cubic foot") |
| | Also, PDM Steel manual has 490 lbs per cubic foot as an average steel weight. Steel volume calculated from pounds of steel times 490 times 27  times 2 |
| | (100% swell) to obtain LCY for loading and hauling cost calculations. |
| | Weights for culverts and accessories weight chart - ALL METALS SUPPLY |
| | Weight for HDPE used  weight table from FABCO Plastics for HDPE Pipe |
| | Weight for round steel tubing not available through Novopro construction detail used Cd"A Metals Steel Round Tubing Table |
| | Concrete volumes were obtained from Novopro construction detail spreadsheets in Appendix A of CPM Feasibility Report |
| | Equipment weights (ex: pumps) were obtained from Appendices found in the detailed spreadsheets of the CPM Feasibility Report |
| | Millard County Landfill will be used for the disposal of construction waste with an average one-way haul distance of 66 miles. |
| | A truck fleet of six (6) on-highway rear dump trucks 8 x 4 450hp, 85,000 lb capacity (15-18 CY struck load) will be used to haul construction waste |
| Structure Details | All structure detail came from information contained within the CPM Feasibility Report and associated appendices. |
| | Warehouse (under existing separate bond) will be demolished in Year 1. |
| Water Monitoring Wells | Well casings will be cut below ground and filled with bentonite/cement grout |
| | |
| **LABOR** | |
| Demolition | RSMeans demolition cost was fully loaded with union labor including overhead and profit for Provo, UT location Qtr 1 2019 |
| Revegetation | RSMeans revegetation cost was fully loaded with union labor including overhead and profit for Provo, UT location Qtr 1 2019 |
| Earthwork | Equipment operators and ground support personnel are RSMeans fully loaded including overhead and profit for Provo, UT location Qtr 1 2019 |
| | |
| **EARTHWORK SUMMARY** | |
| | Swell factor of 1.2 was used for all BCY to convert to LCY for earthmoving activities. Material weight correction factor for soils is 1.12 used for soil stockpiles, |
| | clay weight correction factor is 1.095 used for all berms, and pond berm/roadways. Dozer production rates of 1.2 for slot dozing and 1.0 for all other dozing. |
| | Used earthmoving schedule as based on 89-11 On Playa Buildout_RevJ.xlsx |
| | Equipment productivities are based on Caterpillar Performance Handbook 48 and the use of DOGM equipment spreadsheets. |
| | Productivity calculations are located in the [highlighted] tabs by major earthmoving function  with "Hours" for each major feature. |
| | Equipment costing is prepared by fleet. The fleet information and fleet cost per hour is found on the "Equipment Fleet Rate Sheets" tab |
| | Earthwork cost by feature is calculated on the [highlighted] tabs by major earthmoving function and land ownership designation. The |
| | equipment fleet required is specified on the costing sheets |
| | |
| | NOTE: Required reclamation hours are not calculated in the DOGM formated productivity calculation Worksheets 5 for Dozer, 6 for Dozer |
| | Grading, 7 for Dozer Ripping, 8 for Loader, 9 for Trucks, 10 for Excavators, and 12 for Grader. |
| | These DOGM worksheets were primarily used to establish productivities for differing functions like dozer push distances, excavators |
| | working on different berm/road cross-sections, truck haul distances etc. |
| | Hours for each equipment function based Earthwork types within facility terminology are calculated in the Tables found in Columns A |
| | through K and Rows 1 through 110. |
| | Fleets that include multiple pieces of equipment have multiple hour calculations based on volumes. The hours required for the slowest |
| | (lowest productivity) piece of equipment dictates the hours used |
| | in the Cost Calculation sheets [highlighted]    Example: If a dozer pushes material to a loader which then loads a truck fleet to transport material |
| | to a placement site, the lowest productive piece of equipment determines the time for all of this equipment. If the dozer takes 40 hours, |
| | the loader 32 hours and the trucks 30 hours, the entire fleet works the 40 hours established by the dozer. |
| | |
| | Excavator hourly costs are for EquipmentWatch Average Excavator 50.1 - 66.0 Mtons size. This is the classification the CAT 349F is a part of |
| | on EquipmentWatch. This cost was recommended by EquipmentWatch. This category is comparable in size to maintain the required |
| | production. |
| | |
| | Equipment hourly "Ownership Cost" is calculated using the monthly rental rate divided by 176 hours per month. |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## Key Bonding Parameters

| | |
|---|---|
| **Excavator Efficiency Factor - Earthmoving** | Caterpillar Performance Handbook 48 - June 2018 page 7-254<br>Efficiency Factor assumes 50 minutes work time per hour per CAT Job Efficiency Estimator<br>Efficiency Factor Calculation:<br>Operator skill Efficiency      0.9    90%<br>Machine Availability      0.95    95%<br>General operational Efficiency      0.83    83%<br>Calculated Efficiency Factor      0.71 |
| **Excavator Efficiency Factor - Trenching/Culvert Removal** | Effeciancy Factor Calculation:<br>Operator skill Efficiency      0.9    90%<br>Machine Availability      0.95    95%<br>General operational Efficiency      0.67    67%<br>Calculated Efficiency Factor      0.57 |
| **Excavator Productivity** | A standard shift for the reclamation operation could entail contractor crews driving from accomodations to a meeting location around the site perimeter, parking POVs and loading into crew transportation vehicle to travel to the equipment location.<br>Expected on-site time at the equipment location (dependent on work location) would be between 8 and 9 hours.<br>Productivity efficiency factor (which includes delay time for equipment refueling, lubrication, filter changes, safety checks etc; Operator skill level; machine availability etc.)<br>The General operational efficiency of 83% in combination with the machine availability of 95% allows for 12.7 minutes per hour, 8.46 hours per week to complete refueling, lubrication, and equipment maintenance fuctions. These numbers are calculated from the Caterpillar Performance Handbook 48 guidance page 7-206 to establish productivity.<br>Material composition is handled in the bucket fill factor used for the volume per swing. The fill factors used are based on lowest fill factor for moist loam or sandy clay for short swings and reduced to 95% bucket fill factor for longer swings.Yardage productivities calculated for reclamation are representative with on playa testing completed by CPM for the contruction phase. Productivity is higher when compared to shaped trench walls due to not needing to produce special shaped trenches, but just move wet sticky material back into the test holes. |
| **Dozer Productivity** | Dozer productivity is based on an Operation Adjustment Factor using an average operator 0.75, material factor 1.0 (average of pushing loose material -1.2, and compacted hard or sticky material - 0.8), job efficiency 0.83 (50 min/hr), a grade push based on uphill, level, or downhill using the Grade Chart on Pg 19-55 of the Caterpillar Performance Handbook ed 48, estimated material correction 0.87 (2300/2650 lbs/LCY), production factor based on slot dozing, visibility factor of 1.0, and no correction based on elevation less than 5,000 ft above sea level. A dozer production curve based on the dozer size and blade used. This estimate uses a semi-universal dozer blade (copied into each hours tab where a dozer is used) and an average push distance to provide an unadjusted production rate. |
| **Light Source** | The shift use factor for light sources on this reclamation project has been based on a standard 8-hour shift at the equipment. Light source use is estimated for four months out of twelve. Calculating the hourly rate by the following: monthly rental rate X four divided by 2080 annual hours.  ($707 x 4)/2080 annual hours |
| **Extraction Canal Berms** | All BCY moved to create the extraction canal berms will be moved back into the canal.<br>All material to be moved is projected to be completed using an excavator (currently CAT 349 w/ 4CY bucket) |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## Key Bonding Parameters

| | |
|---|---|
| **Brine Transfer Canal Berms** | All BCY moved to create the brine transfer canal berms will be moved back into the canal.<br>All material to be moved is projected to be completed using an excavator (currently CAT 349 w/ 4CY bucket) |
| **Recharge Canal Berms** | All BCY moved to create the recharge canal berms will be moved back into the canal.<br>All material to be moved is projected to be completed using an excavator (currently CAT 349 w/ 4CY bucket) |
| **Extraction Trench Berms** | All BCY moved to create the extraction trench berms will be moved back into the trench.<br>All material to be moved is projected to be completed using an excavator (currently CAT 349 w/ 4CY bucket)<br>Year 1 BMUs include: BMU 1, 2, 4, 5, 9, 17, 19, 20, 21, 22 |
| **Recharge Trench Berms** | All BCY moved to create the recharge trench berms will be moved back into the trench.<br>All material to be moved is projected to be completed using an excavator (currently CAT 349 w/ 4CY bucket)<br>Year 1 BMUs include: BMU 1, 2, 4, 5, 9, 17, 19, 20, 21 |
| **Recharge Collector Berms** | All BCY moved to create the recharge collector berms will be moved back into the collector trench.<br>All material to be moved is projected to be completed using an excavator (currently CAT 349 w/ 4CY bucket)<br>Year 1 BMUs include: BMU 1, 2, 4, 5, 9, 17, 19, 20, 21<br>Only Segment B of BMU 9 is constructed in year one. Segment A will be completed with BMU 18, and Segment C will be completed with BMU 13. |
| **Preconcentration Pond Berms** | Cells 1, 2, and 3 will be constructed in year one to the initial height.<br>Four pre-concentration pond berms ranging from external and internal berms were reviewed determine<br>whether a  percentage of material required to be moved for reclamation to create the required 10:1 slopes<br>would be consistant or varied enough to require that each cross-section be calculated. The results found<br>See Earthwork Yardage Breakdown tab cells AE92:AM106 for calculations<br>All material to be moved is projected to be completed using an excavator (currently CAT 349 w/ 4CY bucket) |
| **Production Pond Berms** | All cells of the production pond will be constructed in year one.<br>Year 5 berm cross-sections were used to calculate reclamation earth movement to create 10:1 final slopes<br>All berm cross sections will use excavator only during reclamation<br>No rehandle as excavator will place material in final position<br>Production pond road fortification gravel and geotextile will be buried during berm reclamation |
| **Preconcentration Pond Berm Breaches** | Three pre-con pond breaches would be required to drain year one disturbance<br>An excavator with dozer assist fleet would be used to construct the breaches within the reclaimed berms<br>Calculations for the initial breach and the rehandle of material are provided on Earthwork Yardage Breakdown tab cells AQ189:AT195 |
| **Production Pond Berm Breaches** | Twenty-one production pond breaches would be required to drain year one disturbance area.<br>An excavator with dozer assist fleet would be used to construct the breaches within the reclaimed berms<br>Calculations for the initial breach and the rehandle of material are provided on Earthwork Yardage Breakdown tab cells AO197:AT220 |
| **Purge Brine** | Only the initial Type 3 lift of the first cell will be constructed in year one.<br>All material to be moved is projected to be completed using an excavator (currently CAT 349 w/ 4CY bucket)<br>Rehandle calculations are provided on Earthwork Yardage Breakdown tab cells AO223:BB236 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## Key Bonding Parameters

| | |
|---|---|
| **Purge Brine Pond Breaches** | Two purge brine pond breaches are required to drain the year one disturbance area.<br>An excavator with dozer assist fleet would be used to construct the breaches within the reclaimed berms<br>Calculations for the initial breach and the rehandle of material are provided on Earthwork Yardage Breakdown tab cells AO197:AT220 |
| **Diversion Canal/Diversion Berm** | Diversion canal and berm will be built in year one.<br>Surplus canal excavation material will be stockpiled<br>Berm reclamation will use excavator, dozer, loader/trucks, and excavator for placement in canal.<br>Rehandle calculations for the berm and stockpile material are provided on Earthwork Yardage Breakdown tab cells J244:P247<br>Stockpile will be moved by loader/trucks to placement sites along the canal where excavator with dozer assist will place material in the canal. |
| **Processing Facility Site** | Only site preparation for construction will be completed in year one.<br>No ripping and discing is projected in Year 1 as only soil removal and replacement is projected. No construction is planned and limited compaction is expected.<br>Stockpiled soils will be placed back on processing facility site using dozer, loader/trucks, and spreading/grading with dozer. Dozer track marks will serve as surface roughening in lieu of discing. Once site construction occurs, compacted soils will be ripped prior to soil placement.<br>Areas near the stockpile will be distributed by dozer push, while larger distances will utilize loader/trucks to palce material<br> around the site. |
| **Water Supply Wells** | Truck dumped piles will be spread by dozer. Dozer tracking in soil will serve for the surface roughing, no discing is projected.<br>Topsoil is planned to be collected during drilling and vault construction, then placed and reseeded after construction.<br>During reclamation, topsoil would be removed on a 50' X 100' work site to plug the well and remove the well vault. The topsoil would then be moved back on the well site and reseeded.<br>Soil volume is twice the amount to show removal and replacement. |
| **Roads** | Currently, no detailed road improvement plans have been prepared for the roadways around the site. Table B1 from Attachment B. Detailed Project Road Information was used in the development of a road improvement allowance to be included in the Year 1 bond until more detailed improvement plans are prepared for each road.<br>**Allowance disturbance is estimated as follows based on comments contained in Table B1:**<br>Items with "where needed "comments will be considered as 20% of roadway length;<br>Specific location needs will be calculated for 500ft length (250ft either side of location)<br>Additional gravel will be calculated from a 6-inch thick application to designated road width to determine cubic yards. Where roadways have been graveled – as needed would be 20% of length.<br>Where road way is defined "Gravel and Native" 50% of length will be used. Where defined "Native" 100% of the length will be used<br>Where road base is identified in the improvement observation. The addition would be 8-inch thickness using the volume basis<br> discussed in the gravel improvement applications.<br>**Where drainage improvements are identified the following items will be calculated for improvement allowance bonding:**<br>Ditch installation one side for 70% of roadway length. "As needed" comment drops ditch installation to 20% of roadway length.<br>Water bar installation on "Native" roadways where drainage improvements are identified will be calculated for 20% of the length on a 100-foot spacing.<br>Culverts will be costed on access roads where ditches have been installed as part of the roadway drainage improvement.<br>Culverts 18-inch diameter by 40-foot length on 1000-foot centers based on the ditch length.<br>Ditch cross-section is estimated to contain 0.67 BCY per ft of ditch installed |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## Key Bonding Parameters

| | |
|---|---|
| **Access Roads** | Only Access Road Segment B on BLM land contains a 36-inch culvert for drainage.<br>Only off-playa road improvement acres are used to calculate revegetation costs.<br>Off-playa acres were obtained from CPM Excel file Project Features - by Ownership and Lease 181129.xlsx and Project Features listed by Playa and ownership 190319.xlsx<br>Allowance calculations for access road earthwork is provided on the Earthwork Yardage Breakdown in cells A262:W281 |
| **Well Roads** | Only off-playa road improvement acres are used to calculate revegetation costs.<br>Off-playa acres were obtained from CPM Excel file Project Features - by Ownership and Lease 181129.xlsx<br>Allowance calculations for water supply well access road earthwork is provided on the Earthwork Yardage Breakdown in cells A282:W289 |
| **Perimeter Road** | Only off-playa road improvement acres are used to calculate revegetation costs.<br>Off-playa acres were obtained from CPM Excel file Project Features - by Ownership and Lease 181129.xlsx<br>Allowance calculations for water supply well access road earthwork is provided on the Earthwork Yardage Breakdown in cells A290:W318 |
| **69KV Powerline road** | Road is existing and reclamation needed is assumed to be minimal.  No reclamation accounted in this bond for this item. |
| **69KV Powerline Spurs** | Roads to remain ungraded reseeding if deemed necessary.  No Reclamation accounted in this bond for this item. |
| **CULVERTS** | Metal culvert and culvert weights were obtained from All Metals Supply size and weight chart.<br>Concrete culvert weights used 3-inch thickness to calculate cubic feet of concrete and 180 pounds per cubic foot to determine weight for disposal<br>Determination of material LCY to be removed for culvert removal used Excavation Volumes table for hydraulic excavators page 7-261 of the Caterpillar Performance Handbook 48. |
| **Diversion Canal Crossing Culvert** | Culvert dimensions and length were obtained from Novopro construction detail spreadsheets in Appendix A of CPM Feasibility Report |
| **Production Pond Culverts** | Culvert dimensions and length were obtained from Novopro construction detail spreadsheets in Appendix A of CPM Feasibility Report |
| **Water Transfer Culverts** | The number of culverts was determined by the number of recharge trenches constructed in the associated BMU. The culverts were projected at a standard size and length (24" X 28')<br>to create the required 10:1 out slopes. |
| **Other Haul Roads** | Figure 6-22 PRODUCTION TYPICAL ROAD CROSS SECTIONS RevC.dwg was used to determine square feet of cross section to be moved<br><br>The additional road surface gravel cross section is shown on the Earthwork Yardage Breakdown tab in cells BC186:BD189 and yardage is calculated on the Earthwork Yardage Breakdown tab found in cells A362:M371<br>The gravel is planned to be buried at the toe of the roadway cross section and covered by the additional yardage moved to create the 10:1 slopes. |
| **REVEGETATION** | Granite Seed and Erosion Control provided seed mix pricing via email from Josh Buck March 13, 2024 based on Section 6 - Final Reclamation Table 2 Reclamation Seed Mixes.<br>Greasewood Shrub Community: $373.50/acre<br>Salt Desert Shrub Community: $286/Acre<br>Semi-Stabilized Sand Dune: $168.25/Acre<br>Hydroseeding with mulch and fertilizer was selected for the mode of application. Most costs in RS Means included seed cost in the application. Selected the cost for the lowest seed application so cost would reflect mostly mulch and fertilizer.<br>The seed cost per acre was doubled based on the application method. Mulch application would be conducted using the hydromulching/seed equipment.<br>Due to the scale of the vegetation map of the project area, only sites with a definite seed mix determination were used per the map. If there was a doubt which seed mix would be used, the highest cost reclamation seed was used for bond calculation |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## Key Bonding Parameters

| | |
|---|---|
| **Water Supply Pipeline and Water Supply Pipeline Spurs** | No buried water supply pipelines will be removed. Once the pipeline is installed the pipeline will be revegetated as part of the construction process.<br>During reclamation only the CARV pipeline vent surface expressions will be cut off 2ft below ground level and capped.<br>The capped CARV pipe will be covered and seeded. (2'X2' surface disturbance per CARV pipe reclaimed approximately 0.00009 acres per capped CARV)<br>Sixteen (16) CARV pipes installed in YR1 (approximately 0.0015 acres) therefore not included in the revegetation as an individual line item for YR 1. |
| **Reclamation of Roads** | The EarthWork Yardage Breakdown tab contains all key roadway information for determination of a roadway reclamation allowance.<br> A disturbance area is calculated from the length of the roadway improved and the roadway width.<br> Not all disturbances will be revegetated (only off-playa disturbance). Note: Off-Playa acres of roadway segments may exceed the potential disturbance. Revegetation is based on the larger acreage number.<br>Roadway improvement construction plans will be prepared before any dirt is moved to improve any roadways. The roadway<br> allowances provide a reclamation bond already in place for road improvement and the bond calculation on an annual basis allows<br> for the designed roads to be included and the roadway allowance increased as necessary.<br>No projection of potential disturbance is planned to be provided for each road segment until the detailed road improvement is prepared. |
| **RECLAMATION OF POWERLINES** | All power poles were reclaimed by removing the pole and the foundations, and filling in the holes.  All off playa areas were regraded, scarified and reseeded.<br>Steel wire between poles will be disposed at landfill.  Lengths and disturbances are based on the Mine plan.<br>1" steel wire is assumed to be strung between poles.  69kv and 12.47kv power and communication line has 5 steel wires strung between poles.<br>All other power lines have 3 steel wires strung between poles. |
| **RECLAMATION OF TRANSFORMERS** | Remove all equipment and fencing for reuse, recycling, or disposed of. Remove concrete foundation to at least two feet bgs.<br>Concrete will either be disposed of at a landfill or buried on site at least two feet bgs if permitted by landowner.<br> Regrade to natural terrain contours, soil decompaction, apply topsoil, ripping/scarification, and reseed |
| **EARTHWORK SURVEY MONUMENTS** | Any survey monuments installed by within the project disturbance would be resurveyed and replaced during reclamation<br>Monument replacement cost is based on a GPS survey crew capable of locating eight (8) monument locations per day plus each<br>monument to be replaced at a $192 each cost includes materials and labor plus overhead and profit for the contractor.<br>Once a number of disturbed monuments is established a cost for the GPS survey based on the total number of monuments divided<br> by eight plus $192 per monument to be installed. |
| **INDIRECT COST** | |
| **Equipment Movement -DOGM** | Costs to get equipment to the site areas to perform work is covered in the Mobilization/Demobilization (Mob/Demob) line of the<br> indirect costs calculated as 10% of direct costs established in DOGM Indirect cost guidance. |
| **Contractor Profit** | Contractor profit is covered several ways in the direct costs based on the reference guides used:<br>RS Means provides cost breakdown for bare material, bare labor, bare equipment, bare total, and Total including O&P (overhead and profit). Overhead - includes, permits, insurance, benefits, etc. and Profit includes the additional dollars for profitability.<br>EquipmentWatch is not as transparent about whether it's numbers include contractor profit, however the do contain overhead and insurance numbers. Compared with Mine & Mill's hourly rate numbers, which do not contain profit,<br>EquipmentWatch averages 49% higher higher hourly equipment rates. This difference more than adequately covers contractor profit. |
| **Contractor Insurance on the labor** | All labor used in calculating the direct cost is from RS Means using union hourly labor rates with O&P included. Laborer insurance is<br>part of the overhead. Example O&P per hour is 50% of the base rate for a dozer operator. |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## Key Bonding Parameters

**DOGM - Direct Cost Calculations vs BLM Method**

DOGM Direct costs include overhead, profit, and per diem as part of the determination of direct cost. BLM calculation method is to calculate bare direct costs then to  escalate these costs in the indirect cost determination. BLM also calculates mob/demob as part of the direct cost. Stantec included BLM mob/demob costs in the Indirect costs. The mob/demob costs are then added to the direct cost total before the remainder of the indirect cost percentages are calculated.

Stantec has included an indirect cost percentage adjustment to account for the costs included as part of the DOGM direct cost method. A 10% adjustment for profit based on the profit specified by BLM and applied by DOGM in the direct cost calculations and a 15% adjustment for overhead, per diem, and insurance applied in the indirect cost but already included in the DOGM direct costs by using fully loaded union labor with overhead and profit included.

Per DOGM request, 10% contractor profit has been included on the equipment cost per hour. Column J has been added to "Equipment Fleet Rate Sheets" titled "10% Contractor Equipment Profit". This profit plus the labor "overhead & profit" used in the RS Means union labor rates and other RS Means fully loaded demolition functions cover the 10% contractor profit requirement.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Date | Basis for Revision | Revision Description |
|---|---|---|
| 4/16/2019 | | Original Bond Submittal for review. Bond Amount: $10,701,000 |
| 6/24/2019 | Mtg at DOGM with DOGM and BLM to discuss the bond; Received BLM comments on their bond review | Started to build Key Parametes tab information for bonding calculations; Escalation factor change by DOGM from 0.005 to 0.232, included additional column in the Fleet Rate tab to include 10% profit on equipment cost, and increase escalation factor number of years from one (1) to two (2); Access Road Segment A was removed per CPM direction reduced earthwork, culvert demo and reveg; BLM Comments - Modified column headings; address typos, Water Well #2 moved to BLM ROW; modified pump weights; addressed water supply pipeline text for buried line not removed; some recharge collector where shifted from BLM to BLM ROW; text changes specified in BLM comments; modified excavator factor from .75 to .71 bases on comments from both DOGM & BLM; inserted effeciency calculation on all excavator productivity sheets on all affected tabs. Split Long Ridge Access Road between BLM ROW and State/Private. Modified seed mix for DIversion Canal and Spoils from Greasewood Shrub to Salt Desert Shrub per discussion with A. Brown - PM. Recharge Canal berms were removed from the Year 1 Earthwork Yardage Breakdown per CPM (not to be constructed in Year 1).    Bond Amount: $11,588,000 |
| 6/26/2019 | Continuing BLM comment edits | Completed textural changes from BLM comments. Bond Amount: $ 11,588,000 |
| 7/1/2019 | Checking EquipmentWatch numbers to verify all equipment costs were set to the same parameter location : Provo, UT. EquipmentWatch also just completed a mid-year fuel adjustment droping fuel from $3.27 to $3.07 | EquipmentWatch numbers for Transportation 4x4 crew cab 966K FEL, D8Tand light source rates were updated to Provo, UT location rates; rates dropped. All equipment were updated to Provo, UT location for consistancy. Updated all equipment to reflect EquipmentWatch fuel rate adjustment. Bond Amound: $ 11,515,000 |
| 7/9/2019 | Found error in the Highway fleet rate calculation | Calculation was only increasing labor costs by the number of vehicles and not the number of trucks. Corrected the G-3, G-6, G-8 and G-10 Fleet calculations to cover trucks and labor by the number of vehicles in the fleet. Bond Amount: $ 11,688,000 |
| 7/25/2019 | Bond resubmittal incorporating DOGM comments and spliting Indirect costs between DOGM and BLM 21.6% rate. | Most changes were textural. The inclusion of the split indirect calculation for the flat 21.6% mentioned by BLM reduced the bond. Bond Amount: $ 11,250,000 |
| 7/30/2019 | BLM provided a revised Indirect Cost number for the bond | Revised BLM number provided by BLM revised Indirect Cost - Mob and Demob 10% of Direct, Contingency 2.0% of Direct, Project Management Fees 4% of Direct, and NOC 21.6% of Direct. No Indirect cost for Engineering Redesign/Main office expense. Bond Amount: $12,540,000 |
| 8/1/2019 | Meeting with DOGM and BLM on bonding comments as incorporated in the bond and to address additional questions. | Discussions about the BLM Indirect costs and how the 21.6% rate was applied differed from how Idaho BLM handles that percentage. BLM agreed to look into that question. Agreement for this public bond presentation is to use the DOGM Indirect costs for all Direct Costs and adjustment can occur prior to postiing the bond. Questions and discussion identified that the planned excavator is still not updated by EquipmentWatch. DOGM agreed that the use of the Average 50.1-66.0 Mton Excavator will suffice to complete the Direct Cost calculation to finalize this review of the bond. Bond sheet was updated to reflect DOGM method Indirect Cost and the CAT 349F excavator was updated to reflect the Average 50.1-66.0 MTON Excavator. Bond Amount: $12,670,000 |
| 8/8/2019 | Received survey monument replacement number from CPM | Updated Earthwork - Survey Monuments Tab.  Bond Amount: $12,854,000 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Ref | Description | Property | Materials | Cost | Costs BLM Mining Plan On- | Costs BLM Off-Lease ROW | Costs State/ Private |
|---|---|---|---|---|---|---|---|
| | **DEMOLITION SUMMARY** | | | | | | |
| | Brine Transfer Canal Pump Stations | BLM | See Yr-1 Demolition Detail Tab | $    - | $    - | | |
| | Pre-con Pump Station 1 | BLM | See Yr-1 Demolition Detail Tab | $    4,387 | $    4,387 | | |
| | Pre-con Pump Station 2 | BLM | See Yr-1 Demolition Detail Tab | $    4,387 | $    4,387 | | |
| | Pre-con Pump Station 3 | BLM | See Yr-1 Demolition Detail Tab | $    4,387 | $    4,387 | | |
| | Water Supply Well 1 | STATE / PRIVATE | See Yr-1 Demolition Detail Tab | $    88,815 | | $    1,696 | $    87,118 |
| | Water Supply Well 2 | STATE ROW | See Yr-1 Demolition Detail Tab | $    88,728 | $    - | $    88,728 | $    - |
| | Water Supply Well 3 (yr 2) | STATE / PRIVATE | See Yr-1 Demolition Detail Tab | $    - | | $    - | |
| | Water Supply Well 4 (yr 2) | STATE / PRIVATE | See Yr-1 Demolition Detail Tab | $    - | | $    - | |
| | Water Monitoring Well 1 | BLM ROW | See Yr-1 Demolition Detail Tab | $    11,652 | | $    11,652 | |
| | Water Monitoring Well 2 | BLM ROW | See Yr-1 Demolition Detail Tab | $    11,652 | | $    11,652 | |
| | Water Monitoring Well 3 | BLM ROW | See Yr-1 Demolition Detail Tab | $    5,437 | | $    5,437 | |
| | Water Monitoring Well 4 | BLM ROW | See Yr-1 Demolition Detail Tab | $    4,661 | | $    4,661 | |
| | Water Monitoring Well 5 | BLM ROW | See Yr-1 Demolition Detail Tab | $    4,661 | | $    4,661 | |
| | Water Monitoring Well 6 | BLM ROW | See Yr-1 Demolition Detail Tab | $    4,661 | | $    4,661 | |
| | Water Monitoring Well 7 | BLM | See Yr-1 Demolition Detail Tab | $    1,554 | $    1,554 | | |
| | Water Monitoring Well 8 | STATE / PRIVATE | See Yr-1 Demolition Detail Tab | $    1,554 | | | $    1,554 |
| | **Production Pond Type 1 Weirs** | | | | | | |
| | H1-A TO H2-A | STATE | See Yr-1 Demolition Detail Tab | $    3,218 | | | $    3,218 |
| | H1-B TO H2-B | BLM | See Yr-1 Demolition Detail Tab | $    3,218 | $    3,218 | | |
| | H1-C TO H2-C | BLM | See Yr-1 Demolition Detail Tab | $    3,218 | $    3,218 | | |
| | BM1-BM2 | BLM | See Yr-1 Demolition Detail Tab | $    3,218 | $    3,218 | | |
| | BM2-BM3 | BLM | See Yr-1 Demolition Detail Tab | $    3,218 | $    3,218 | | |
| | BM3-BM4 | BLM | See Yr-1 Demolition Detail Tab | $    3,218 | $    3,218 | | |
| | BM4-H1C | BLM | See Yr-1 Demolition Detail Tab | $    3,218 | $    3,218 | | |
| | BM4-H1B | BLM | See Yr-1 Demolition Detail Tab | $    3,218 | $    3,218 | | |
| | PRB-PRB | BLM | See Yr-1 Demolition Detail Tab | $    3,218 | $    3,218 | | |
| | PRB-H1-B | BLM | See Yr-1 Demolition Detail Tab | $    3,218 | $    3,218 | | |
| | PRB-H1-A | BLM | See Yr-1 Demolition Detail Tab | $    3,218 | $    3,218 | | |
| | BM1-TMA | BLM | See Yr-1 Demolition Detail Tab | $    3,218 | $    3,218 | | |
| | BM2-TMA | BLM | See Yr-1 Demolition Detail Tab | $    3,218 | $    3,218 | | |
| | BM3-TMA | BLM | See Yr-1 Demolition Detail Tab | $    3,218 | $    3,218 | | |
| | **Production Pond Type 2 Weirs** | | | | | | |
| | BUFFER POND TO H2-A | BLM | See Yr-1 Demolition Detail Tab | $    5,819 | $    5,819 | | |
| | BUFFER POND TO H2-B | BLM | See Yr-1 Demolition Detail Tab | $    5,819 | $    5,819 | | |
| | BUFFER POND TO H2-C | BLM | See Yr-1 Demolition Detail Tab | $    5,819 | $    5,819 | | |
| | BUFFER POND TO BHP | BLM | See Yr-1 Demolition Detail Tab | $    5,819 | $    5,819 | | |
| | **Production Pond Pump Stations** | | | | | | |
| | Purge Brine Pump Station | BLM | See Yr-1 Demolition Detail Tab | $    750 | $    750 | | |
| | Northern Pump Stations | BLM | See Yr-1 Demolition Detail Tab | $    11,241 | $    11,241 | | |
| | Southern Pump Stations | STATE | See Yr-1 Demolition Detail Tab | $    11,241 | | | $    11,241 |
| | **Production Pond Pump Station Culverts** | | | | | | |
| | 12-inch Precast Concrete Culverts | BLM | See Yr-1 Demolition Detail Tab | $    623 | $    623 | | |
| | 16-inch Precast Concrete Culverts | STATE | See Yr-1 Demolition Detail Tab | $    1,073 | | | $    1,073 |
| | 26-inch Precast Concrete Culverts | STATE | See Yr-1 Demolition Detail Tab | $    623 | | | $    623 |
| | **Access Road Culvert Removal** | | | | | | |
| | 18-inch CMP Culverts | BLM ROW | See Yr-1 Demolition Detail Tab | $    2,256 | | $    2,256 | |
| | 18-inch CMP Culverts | STATE ROW | See Yr-1 Demolition Detail Tab | $    451 | | | $    451 |
| | 36-inch CMP Culverts | STATE ROW | See Yr-1 Demolition Detail Tab | $    852 | | | $    852 |
| | **Well Road Culvert Removal** | | | | | | |
| | 18-inch CMP Culverts (see "Earthwork Yardage Breakdown" tab cells A282:S288) | BLM ROW | See Yr-1 Demolition Detail Tab | $    451 | | $    451 | |
| | 18-inch CMP Culverts | STATE ROW | See Yr-1 Demolition Detail Tab | $    1,203 | | | $    1,203 |
| | **Powerline Removal** | | | | | | |
| | 69 KV  Powerline Removal | BLM ROW | See Yr-1 Demolition Detail Tab | $    153,620 | | $    153,620 | |
| | 69 KV  Powerline Removal | State/Private | See Yr-1 Demolition Detail Tab | $    23,118 | | | $    23,118 |
| | 12.47 KV  Power and Communication Line | BLM ROW | See Yr-1 Demolition Detail Tab | $    33,338 | | $    33,338 | |
| | 12.47 KV  Power and Communication Line | State/Private | See Yr-1 Demolition Detail Tab | $    1,316 | | | $    1,316 |
| | 12.47 KV  Power Line | BLM | See Yr-1 Demolition Detail Tab | $    111,858 | $    111,858 | | |
| | 12.47 KV  Power Line | State/Private | See Yr-1 Demolition Detail Tab | $    57,026 | | | $    57,026 |
| | 12.47 KV  Power Line Spur 1&2 | BLM ROW | See Yr-1 Demolition Detail Tab | $    75,450 | | $    75,450 | |
| | 12.47 KV  Power Line Spur 1&2 | State/Private | See Yr-1 Demolition Detail Tab | $    8,773 | | | $    8,773 |
| | 25 KV  Power Line | BLM | See Yr-1 Demolition Detail Tab | $    10,089 | $    10,089 | | |
| | 25 KV  Power Line | BLM ROW | See Yr-1 Demolition Detail Tab | $    168,007 | | $    168,007 | |
| | 25 KV  Power Line | State/Private | See Yr-1 Demolition Detail Tab | $    19,301 | | | $    19,301 |
| | **Transformers** | | | | | | |
| | Transformers | BLM ROW | See Yr-1 Demolition Detail Tab | $    5,695 | | $    5,695 | |
| | **Disposal** | | | | | | |
| | Concrete/Steel | BLM | See Yr-1 Demolition Detail Tab | $    77,313 | $    77,313 | | |
| | Concrete/Steel | BLM ROW | See Yr-1 Demolition Detail Tab | $    - | | $    - | |
| | Concrete/Steel | STATE / PRIVATE | See Yr-1 Demolition Detail Tab | $    51,335 | | | $    51,335 |
| | Steel | BLM | See Yr-1 Demolition Detail Tab | $    148,527 | $    148,527 | | |
| | Steel | STATE / PRIVATE | See Yr-1 Demolition Detail Tab | $    12,646 | | | $    12,646 |
| | Wood | BLM | See Yr-1 Demolition Detail Tab | $    151,416 | $    151,416 | | |
| | Wood | STATE / PRIVATE | See Yr-1 Demolition Detail Tab | $    7,376 | | | $    7,376 |
| | **SUBTOTAL** | | | $    1,451,834 | $    591,646 | $    571,964 | $    288,224 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Year 1 - Revegation Cost Detail**

| | | | | | | | | | | Year 1 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref. | Description | Property | Materials | Means Reference Number | Unit Cost | Unit | Quantity | Unit | Cost | Costs BLM Mining Plan On-Lease | Costs BLM Off-Lease ROW | Costs State / Private |
| | Water Supply Wells | | | | | | | | | | | |
| | Water Supply Well 1 | STATE | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Greasewood Shrub Community Mix | Granite Seed | $ 747.00 | AC | 0.11 | AC | $ 86 | | | $ 86 |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 92 1914 0600 | $ 35.00 | MSF | 5.0 | MSF | $ 175 | | | $ 175 |
| | **Subtotal** | | | | | | | | $ 261 | | | |
| | Water Supply Well 2 | BLM ROW | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Greasewood Shrub Community Mix | Granite Seed | $ 747.00 | AC | 0.11 | AC | $ 86 | | $ 86 | |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 92 1914 0600 | $ 35.00 | MSF | 5.0 | MSF | $ 175 | | $ 175 | |
| | **Subtotal** | | | | | | | | $ 261 | | | |
| | Yr 2 | | | | | | | | | | | |
| | Water Supply Well 3 | STATE | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Greasewood Shrub Community Mix | Granite Seed | $ 747.00 | AC | - | AC | $ - | | | $ - |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 92 1914 0600 | $ 35.00 | MSF | - | MSF | $ - | | | $ - |
| | **Subtotal** | | | | | | | | $ - | | | |
| | Yr 2 | | | | | | | | | | | |
| | Water Supply Well 4 | BLM ROW | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Salt Desert Shrub Community Mix | Granite Seed | $ 572.00 | AC | - | AC | $ - | | $ - | |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 92 1914 0600 | $ 35.00 | MSF | - | MSF | $ - | | $ - | |
| | **Subtotal** | | | | | | | | $ - | | | |
| | Water Monitoring Well 1 | BLM-ROW | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Greasewood Shrub Community Mix | Granite Seed | $ 747.00 | AC | 0.11 | AC | $ 86 | | $ 86 | |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 92 1914 0600 | $ 35.00 | MSF | 5.0 | MSF | $ 175 | | $ 175 | |
| | **Subtotal** | | | | | | | | $ 261 | | | |
| | Water Monitoring Well 2 | BLM-ROW | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Greasewood Shrub Community Mix | Granite Seed | $ 747.00 | AC | | AC | $ - | | $ - | |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 92 1914 0600 | $ 35.00 | MSF | - | MSF | $ - | | $ - | |
| | **Subtotal** | | | | | | | | $ - | | | |
| | Water Monitoring Well 3 | BLM-ROW | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Greasewood Shrub Community Mix | Granite Seed | $ 747.00 | AC | | AC | $ - | | $ - | |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 92 1914 0600 | $ 35.00 | MSF | - | MSF | $ - | | $ - | |
| | **Subtotal** | | | | | | | | $ - | | | |
| | Water Monitoring Well 4 | BLM-ROW | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Greasewood Shrub Community Mix | Granite Seed | $ 747.00 | AC | | AC | $ - | | $ - | |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 92 1914 0600 | $ 35.00 | MSF | - | MSF | $ - | | $ - | |
| | **Subtotal** | | | | | | | | $ - | | | |
| | Water Monitoring Well 5 | BLM-ROW | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Greasewood Shrub Community Mix | Granite Seed | $ 747.00 | AC | | AC | $ - | | $ - | |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 92 1914 0600 | $ 35.00 | MSF | - | MSF | $ - | | $ - | |
| | **Subtotal** | | | | | | | | $ - | | | |
| | Water Monitoring Well 6 | BLM-ROW | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Greasewood Shrub Community Mix | Granite Seed | $ 747.00 | AC | | AC | $ - | | $ - | |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 92 1914 0600 | $ 35.00 | MSF | - | MSF | $ - | | $ - | |
| | **Subtotal** | | | | | | | | $ - | | | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Year 1 - Revegation Cost Detail**

| Ref. | Description | Property | Materials | Means Reference Number | Unit Cost | Unit | Quantity | Unit | Cost | Costs BLM Mining Plan On-Lease | Costs BLM Off-Lease ROW | Costs State / Private |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Water Monitoring Well 7 | BLM | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Greasewood Shrub Community Mix | Granite Seed | $ 747.00 | AC | | AC | $ - | $ - | | |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 92 1914 0600 | $ 35.00 | MSF | - | MSF | $ - | $ - | | |
| | **Subtotal** | | | | | | | | $ - | | | |
| | Water Monitoring Well 8 | STATE | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Greasewood Shrub Community Mix | Granite Seed | $ 747.00 | AC | | AC | $ - | | | $ - |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 92 1914 0600 | $ 35.00 | MSF | - | MSF | $ - | | | $ - |
| | **Subtotal** | | | | | | | | $ - | | | |
| | Haulroad (off Playa portion) | STATE | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Greasewood Shrub Community Mix | Granite Seed | $ 747.00 | AC | 6.59 | AC | $ 4,923 | | | $ 4,923 |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 92 1914 0600 | $ 35.00 | MSF | 287.1 | MSF | $ 10,048 | | | $ 10,048 |
| | **Subtotal** | | | | | | | | $ 14,971 | | | |
| | Processing Plant Site | STATE | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Greasewood Shrub Community Mix | Granite Seed | $ 747.00 | AC | 0.00 | AC | $ - | | | $ - |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 92 1914 0600 | $ 35.00 | MSF | - | MSF | $ - | | | $ - |
| | **Subtotal** | | | | | | | | $ - | | | |
| | CPM Spur Road | STATE | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Greasewood Shrub Community Mix | Granite Seed | $ 747.00 | AC | 0.51 | AC | $ 379 | | | $ 379 |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 92 1914 0600 | $ 35.00 | MSF | 22.1 | MSF | $ 774 | | | $ 774 |
| | CPM Spur Road | BLM | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Greasewood Shrub Community Mix | Granite Seed | $ 747.00 | AC | 6.50 | AC | $ 4,853 | $ 4,853 | | |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 92 1914 0600 | $ 35.00 | MSF | 283.0 | MSF | $ 9,905 | $ 9,905 | | |
| | | | | | | | | | $ 15,912 | | | |
| | Diversion Canal off-Playa | BLM | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Salt Desert Shrub Community Mix | Granite Seed | $ 572.00 | AC | 3.10 | AC | $ 1,773 | $ 1,773 | | |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 92 1914 0600 | $ 35.00 | MSF | 135.0 | MSF | $ 4,725 | $ 4,725 | | |
| | **Subtotal** | | | | | | | | $ 6,498 | | | |
| | | | | | | | | | | | | |
| | **Total** | | | | | | | | $ 38,162 | $ 21,256 | $ 521 | $ 16,384 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Year 1**

| Ref. | Description | Property | Materials | Means Reference Number | Unit Cost | Unit | Quantity | Unit | Cost | Costs BLM Mining Plan On-Lease | Costs BLM Off-Lease ROW | Costs State / Private |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Recharge Canal Berms | BLM ROW | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Greasewood Shrub Community Mix | Granite Seed | $ 747.00 | AC | - | AC | $ - | | $ - | |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 92 1914 0600 | $ 35.00 | MSF | 0.0 | MSF | $ - | | $ - | |
| | Subtotal | | | | | | | | $ - | | | |
| | Recharge Canal Berms | BLM | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Greasewood Shrub Community Mix | Granite Seed | $ 747.00 | AC | - | AC | $ - | $ - | | |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 91 1914 0600 | $ 35.00 | MSF | 0.0 | MSF | $ - | $ - | | |
| | Subtotal | | | | | | | | $ - | | | |
| | Diversion Berm Year 1 | BLM | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Greasewood Shrub Community Mix | Granite Seed | $ 747.00 | AC | 1.29 | AC | $ 964 | $ 964 | | |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 91 1914 0600 | $ 35.00 | MSF | 56.2 | MSF | $ 1,967 | $ 1,967 | | |
| | Subtotal | | | | | | | | $ 2,930 | | | |
| | Access Road Segment B | BLM ROW | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Greasewood Shrub Community Mix | Granite Seed | $ 747.00 | AC | 1.25 | AC | $ 934 | | $ 934 | |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 91 1914 0600 | $ 35.00 | MSF | 54.5 | MSF | $ 1,906 | | $ 1,906 | |
| | Subtotal | | | | | | | | $ 2,840 | | | |
| | Access Road Segment C1 | BLM ROW | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Greasewood Shrub Community Mix | Granite Seed | $ 747.00 | AC | 3.18 | AC | $ 2,375 | | $ 2,375 | |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 91 1914 0600 | $ 35.00 | MSF | 138.5 | MSF | $ 4,848 | | $ 4,848 | |
| | Subtotal | | | | | | | | $ 7,224 | | | |
| | Access Road Segment C2 | BLM ROW | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Greasewood Shrub Community Mix | Granite Seed | $ 747.00 | AC | 2.06 | AC | $ 1,539 | | $ 1,539 | |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 91 1914 0600 | $ 35.00 | MSF | 89.7 | MSF | $ 3,141 | | $ 3,141 | |
| | Subtotal | | | | | | | | $ 4,679 | | | |
| | Access Road Segment D1 | BLM ROW | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Greasewood Shrub Community Mix | Granite Seed | $ 747.00 | AC | - | AC | $ - | | $ - | |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 91 1914 0600 | $ 35.00 | MSF | 0.0 | MSF | $ - | | $ - | |
| | Subtotal | | | | | | | | $ - | | | |
| | Access Road Segment D2 | BLM ROW | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Greasewood Shrub Community Mix | Granite Seed | $ 747.00 | AC | - | AC | $ - | | $ - | |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 91 1914 0600 | $ 35.00 | MSF | 0.0 | MSF | $ - | | $ - | |
| | Subtotal | | | | | | | | $ - | | | |
| | Access Road Segment E | BLM ROW | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Greasewood Shrub Community Mix | Granite Seed | $ 747.00 | AC | - | AC | $ - | | $ - | |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 91 1914 0600 | $ 35.00 | MSF | 0.0 | MSF | $ - | | $ - | |
| | Subtotal | | | | | | | | $ - | | | |
| | Access Road Segment F | BLM ROW | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Greasewood Shrub Community Mix | Granite Seed | $ 747.00 | AC | - | AC | $ - | | $ - | |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 91 1914 0600 | $ 35.00 | MSF | 0.0 | MSF | $ - | | $ - | |
| | Subtotal | | | | | | | | $ - | | | |
| | Access Road Segment G | BLM ROW | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Greasewood Shrub Community Mix | Granite Seed | $ 747.00 | AC | - | AC | $ - | | $ - | |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 91 1914 0600 | $ 35.00 | MSF | 0.0 | MSF | $ - | | $ - | |
| | Subtotal | | | | | | | | $ - | | | |
| | Playa Access Spur 1 | BLM ROW | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Greasewood Shrub Community Mix | Granite Seed | $ 747.00 | AC | 0.06 | AC | $ 46 | | $ 46 | |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 91 1914 0600 | $ 35.00 | MSF | 2.7 | MSF | $ 93 | | $ 93 | |
| | Subtotal | | | | | | | | $ 139 | | | |
| | Playa Access Spur 2 | BLM ROW | | | | | | | | | | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M027/0125

**Year 1**

| Ref. | Description | Property | Materials | Means Reference Number | Unit Cost | Unit | Quantity | Unit | Cost | Costs BLM Mining Plan On-Lease | Costs BLM Off-Lease ROW | Costs State / Private |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Seeding (x2 for Hydro seeding) | | Greasewood Shrub Community Mix | Granite Seed | $  747.00 | AC | 0.03 | AC | $    21 | | $    21 | |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 91 1914 0600 | $   35.00 | MSF | 1.2 | MSF | $    43 | | $    43 | |
| | **Subtotal** | | | | | | | | **$    64** | | | |
| | Playa Access Spur 5 | BLM ROW | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Greasewood Shrub Community Mix | Granite Seed | $  747.00 | AC | - | AC | $     - | | $     - | |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 91 1914 0600 | $   35.00 | MSF | 0.0 | MSF | $     - | | $     - | |
| | **Subtotal** | | | | | | | | **$     -** | | | |
| | Playa Access Spur 6 | BLM ROW | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Greasewood Shrub Community Mix | Granite Seed | $  747.00 | AC | - | AC | $     - | | $     - | |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 91 1914 0600 | $   35.00 | MSF | 0.0 | MSF | $     - | | $     - | |
| | **Subtotal** | | | | | | | | **$     -** | | | |

2

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M027/0125

**Year 1**

| Ref. | Description | Property | Materials | Means Reference Number | Unit Cost | Unit | Quantity | Unit | Cost | Costs BLM Mining Plan On-Lease | Costs BLM Off-Lease ROW | Costs State / Private |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Power Line and Transformer Regrade | BLM ROW | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Greasewood Shrub Community Mix | Granite Seed | $ 747.00 | AC | 2.75 | AC | $ 2,054 | | $ 2,054 | |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 91 1914 0600 | $ 35.00 | MSF | 119.8 | MSF | $ 4,193 | | $ 4,193 | |
| | Power Line and Transformer Regrade | State / Private | Greasewood Shrub Community Mix | Granite Seed | $ 747.00 | AC | 0.87 | AC | $ 650 | | | $ 650 |
| | Seeding (x2 for Hydro seeding) | | Hydroseeding with mulch and fertilizer | 32 91 1914 0600 | $ 35.00 | MSF | 37.9 | MSF | $ 1,326 | | | $ 1,326 |
| | Hydroseeding | | | | | | | | | | | |
| | **Subtotal** | | | | | | | | $ 8,223 | | | |
| | Water Supply Well Access Road 1 | BLM ROW | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Greasewood Shrub Community Mix | Granite Seed | $ 747.00 | AC | 0.72 | AC | $ 538 | | $ 538 | |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 91 1914 0600 | $ 35.00 | MSF | 31.4 | MSF | $ 1,098 | | $ 1,098 | |
| | **Subtotal** | | | | | | | | $ 1,636 | | | |
| | Water Supply Well Access Road 1 | STATE | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Greasewood Shrub Community Mix | Granite Seed | $ 747.00 | AC | 0.36 | AC | $ 269 | | | $ 269 |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 91 1914 0600 | $ 35.00 | MSF | 15.7 | MSF | $ 549 | | | $ 549 |
| | **Subtotal** | | | | | | | | $ 818 | | | |
| | Perimeter Road BLM ON LEASE | BLM | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Greasewood Shrub Community Mix | Granite Seed | $ 747.00 | AC | 6.03 | AC | $ 4,504 | $ 4,504 | | |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 91 1914 0600 | $ 35.00 | MSF | 262.7 | MSF | $ 9,193 | $ 9,193 | | |
| | **Subtotal** | | | | | | | | $ 13,698 | | | |
| | Diversion Canal and Spoils | BLM | | | | | | | | | | |
| | Seeding (x2 for Hydro seeding) | | Salt Desert Shrub Community Mix | Granite Seed | $ 747.00 | AC | - | AC | $ - | $ - | | |
| | Hydroseeding | | Hydroseeding with mulch and fertilizer | 32 91 1914 0600 | $ 35.00 | MSF | 0.0 | MSF | $ - | $ - | | |
| | **Subtotal** | | | | | | | | $ - | | | |
| | | | | | | | | | | | | |
| | **Total** | | | | | | | | $ 42,251 | $ 16,628 | $ 22,829 | $ 2,794 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## Cost

| Earthwork Summary - Year 1 | Costs BLM Mining Plan On-Lease | Costs BLM Off-Lease ROW | Costs State / Private | Total |
|---|---|---|---|---|
| Extraction Ditch Berms | $ 348,455 | $ - | $ - | $ 348,455 |
| Brine Transfer Canal Berms | $ 318,140 | $ - | $ 80,361 | $ 398,501 |
| Recharge Canal Berms | $ 1,450,847 | $ 454,134 | $ 237,319 | $ 2,142,300 |
| Extraction Trench Berms | $ 7,002,544 | $ - | $ 671,175 | $ 7,673,718 |
| Recharge Trench Berms | $ 3,482,058 | $ - | $ 300,665 | $ 3,782,723 |
| Water Transfer Culverts | $ 1,513 | $ - | $ 138 | $ 1,650 |
| Pre-Concentration Pond Berms | $ 339,971 | $ - | $ 21,802 | $ 361,774 |
| Production Pond Berms and Roads | $ 619,499 | $ - | $ 85,954 | $ 705,453 |
| Other Haulroads | $ 26,281 | $ - | $ 36,640 | $ 62,922 |
| Pre-Concentration Pond Berm Breaches | $ 50,089 | $ - | $ - | $ 50,089 |
| Production Pond Berm Breaches | $ 434,101 | $ - | $ 116,873 | $ 550,975 |
| Access Road Gravel/Ditch/Culvert Removal | $ - | $ 251,269 | $ 16,593 | $ 267,862 |
| Diversion Berm and Diversion Canal | $ 102,132 | $ - | $ - | $ 102,132 |
| Production Pond Culvert Excavation | $ 174 | $ - | $ 599 | $ 773 |
| Perimeter Road Gravel/Ditch/Culvert Removal | $ 98,084 | $ 31,685 | $ 12,511 | $ 142,280 |
| Perimeter Road Scarifying | $ - | $ 14,397 | $ 1,624 | $ 16,022 |
| Water Supply Well Sites | $ - | $ 159 | $ 159 | $ 318 |
| Powerlines | $ - | $ 1,735 | $ 1,128 | $ 2,863 |
| Replace Survey Monuments | $ 138,447 | $ - | $ - | $ 138,447 |
| **Subtotal** | **$ 14,412,334** | **$ 753,380** | **$ 1,583,543** | **$ 16,749,257** |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

**Year 1**

| Ref. No. | Description | Property Designation | Equipment Fleet Rate Designation | Fleet Description | Fleet Unit Cost | Units | Quanity | Units | Production Rate | Units | Time | Units | Cost BLM On Lease | Cost BLM ROW | Cost State / Private |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Off Site Disposal Trucking** | | | | | | | | | | | | | | |
| | Concrete/Steel mix materials | BLM | J | Fleet J On-Highway Trucks_Disposal | $ 1,215.97 | $/HR | 402.06 | CY | 28.1 | LCY/HR | 14.31 | HR | $ 17,398 | | |
| | Concrete/Steel mix materials | BLM ROW | J | Fleet J On-Highway Trucks_Disposal | $ 1,215.97 | $/HR | - | CY | 28.1 | LCY/HR | - | HR | | $ - | |
| | Concrete/Steel mix materials | STATE / PRIVATE | J | Fleet J On-Highway Trucks_Disposal | $ 1,215.97 | $/HR | 267.73 | CY | 28.1 | LCY/HR | 9.53 | HR | | | $ 11,586 |
| | | | | | | | | | | | | | | | |
| | Steel Material | BLM | J | Fleet J On-Highway Trucks_Disposal | $ 1,215.97 | $/HR | 455.21 | CY | 28.1 | LCY/HR | 16.20 | HR | $ 19,698 | | |
| | | STATE / PRIVATE | J | Fleet J On-Highway Trucks_Disposal | $ 1,215.97 | $/HR | 38.76 | CY | 28.1 | LCY/HR | 1.38 | HR | | | $ 1,677 |
| | | | | | | | | | | | | | | | |
| | Wood Material | BLM | J | Fleet J On-Highway Trucks_Disposal | $ 1,215.97 | $/HR | 1,752.59 | CY | 28.1 | LCY/HR | 62.37 | HR | $ 75,839 | | |
| | | STATE / PRIVATE | J | Fleet J On-Highway Trucks_Disposal | $ 1,215.97 | $/HR | 364.00 | CY | 28.1 | LCY/HR | 12.95 | HR | | | $ 15,751 |
| | **Subtotal** | | | | | | 3,280.35 | | | | | | **$ 112,936** | **$ -** | **$ 29,014** |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M037/0128

| Description | Property | Materials | RS Means Reference Number | Unit Cost | Unit | Length Ft | Width Ft | Height Ft | Diameter Ft | Area | Volume CF | Material | Weight lbs | Density | Time | Number | Unit | Swell Factor | Quantity | Unit | Cost | Cost BLM On Lease | Cost BLM ROW | Cost State / Private |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Brine Transfer Canal Pump Stations | BLM | 20hp 12x12 Solids Handling skid mounted pump package | 33 05 9710 1420 | 750 | ea | 9.33 | 4.6 | 8.08 | | | 0.00 | steel | 13,920 | | | | 0 | | | 0 | ea | $ - | | | |
| Not installed Year 1 | BLM | 12" HDPE | 02 41 1338 1800 | 5.77 | LF | 40 | | | | | | steel | | | | | 0 | | | 0 | LF | $ - | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| **Subtotal** | | | | | | | | | | | | | | | | | | | | | | $ - | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pre-con Pump Station 1 | BLM | Two 6,600 lb pumps, 60 ft Handrail @ 12lb/ft | 33 05 9710 1420 | 750 | ea | | | | | | | steel | 13,920 | | | | 2 | | | 2 | ea | $ 1,500 | | | |
| | BLM | Foundation rebar reinforced Concrete Sections 1 | 02 41 1617 2500 | 1.73 | CF | 90 | 8 | 1.11 | | | | 799.2 | Concrete/steel | 145,634 | | | | | | | 799.2 | CF | $ 1,383 | | | |
| | | | 02 41 1617 2600 | 10% | | | | | | | | 79.92 | | | | | | | | | 79.92 | CF | $ 138 | | | |
| | BLM | Foundation rebar reinforced Concrete Sections 2 | 02 41 1617 2500 | 1.73 | CF | 40 | 6 | 0.45 | | | | 108 | Concrete/steel | 19,680 | | | | | | | 108 | CF | $ 187 | | | |
| | | | 02 41 1617 2600 | 10% | | | | | | | | 10.8 | | | | | | | | | 10.8 | CF | $ 19 | | | |
| | BLM | 36" HDPE | 02 41 1338 1900 | 8.66 | LF | 134 | | | | | | 3 | | | | | | | | | 134 | LF | $ 1,160 | | | |
| **Subtotal** | | | | | | | | | | | | | | | | | | | | | | $ 4,387 | $ 4,387 | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pre-con Pump Station 2 | BLM | Two 5,200 lb pumps, 60 ft Handrail @ 12lb/ft | 33 05 9710 1420 | 750 | ea | | | | | | | steel | 11,120 | | | | 2 | | | 2 | ea | $ 1,500 | | | |
| | BLM | Foundation rebar reinforced Concrete Sections 1 | 02 41 1617 2500 | 1.73 | CF | 90 | 8 | 1.11 | | | | 799.2 | Concrete/steel | 145,634 | | | | | | | 799.2 | CF | $ 1,383 | | | |
| | | | 02 41 1617 2600 | 10% | | | | | | | | 79.92 | | | | | | | | | 79.92 | CF | $ 138 | | | |
| | BLM | Foundation rebar reinforced Concrete Sections 2 | 02 41 1617 2500 | 1.73 | CF | 40 | 6 | 0.45 | | | | 108 | Concrete/steel | 19,680 | | | | | | | 108 | CF | $ 187 | | | |
| | | | 02 41 1617 2600 | 10% | | | | | | | | 10.8 | | | | | | | | | 10.8 | CF | $ 19 | | | |
| | BLM | 30" HDPE | 02 41 1338 1900 | 8.66 | LF | 134 | | | | | | 2.5 | | | | | | | | | 134 | LF | $ 1,160 | | | |
| | | | | | | | | | | | | | | | | | | | | | | $ 4,387 | $ 4,387 | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pre-con Pump Station 3 | BLM | Two 3,400 lb pumps, 60 ft Handrail @ 12lb/ft | 33 05 9710 1420 | 750 | ea | | | | | | | steel | 7,520 | | | | 2 | | | 2 | ea | $ 1,500 | | | |
| | BLM | Foundation rebar reinforced Concrete Sections 1 | 02 41 1617 2500 | 1.73 | CF | 90 | 8 | 1.11 | | | | 799.2 | Concrete/steel | 145,634 | | | | | | | 799.2 | CF | $ 1,383 | | | |
| | | | 02 41 1617 2600 | 10% | | | | | | | | 79.92 | | | | | | | | | 79.92 | CF | $ 138 | | | |
| | BLM | Foundation rebar reinforced Concrete Sections 2 | 02 41 1617 2500 | 1.73 | CF | 40 | 6 | 0.45 | | | | 108 | Concrete/steel | 19,680 | | | | | | | 108 | CF | $ 187 | | | |
| | | | 02 41 1617 2600 | 10% | | | | | | | | 10.8 | | | | | | | | | 10.8 | CF | $ 19 | | | |
| | BLM | 24" HDPE | 02 41 1338 1900 | 8.66 | LF | 134 | | | | | | 2 | | | | | | | | | 134 | LF | $ 1,160 | | | |
| | | | | | | | | | | | | | | | | | | | | | | $ 4,387 | $ 4,387 | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| Water Supply Well 1 | STATE / PRIVATE | 1,500 ft 14-inch diameter well casing, well closing | 02 41 1376 1000 | 12.47 | VLF | | | | 1500 | | | | | | | | | | | 1500 | VLF | $ 18,705 | | | |
| | STATE / PRIVATE | 30 hp Pump removal | 02 41 1376 0500 | 3557.25 | Ea | | | | | | | | | | | | 3 | | | 3 | | $ 10,672 | | | |
| | STATE / PRIVATE | Bentonite Grout Cement plug | 31 63 1313 0320 | 35.84 | CF | 1500 | | | | 1.167 | 1.07 | 1603.5 | | | | | | | | 1603.5 | CF | $ 57,470 | | | |
| | STATE / PRIVATE | Valve Vault Demolition rebar reinforced concrete | 02 41 1617 2500 | 1.73 | CF | 8 | 5 | 3.57 | | | | 142.7 | Concrete/steel | 26,425 | | | | | | | 142.7 | CF | $ 247 | | | |
| | | | 02 41 1617 2600 | 10% | | | | | | | | 14.27 | | | | | | | | | 14.3 | CF | $ 25 | | | |
| Water Supply Pipeline Spur 1 CARV Pipes | BLM ROW | All buried water lines abandoned in place. Cut pipe 2ft below surface and cap all CARV pipes. | 33 14 1335 4120 | 120.22 | ea | | | | | | | 0.5 | | | | | 5 | | | | | | $ 601 | | $ 601 | |
| Water Supply Pipeline CARV Pipes | BLM ROW | All buried water lines abandoned in place. Cut pipe 2ft below surface and cap all CARV pipes. | 33 14 1335 4150 | 273.8 | ea | | | | | | | 0.83 | | | | | 4 | | | | | | $ 1,095 | | $ 1,095 | |
| | | | | | | | | | | | | | | | | | | | | | | $ 88,815 | | $ 1,696 | $ 87,118 |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| Water Supply Well 2 | BLM ROW | 1,500 ft 14-inch diameter well casing, well closing | 02 41 1376 1000 | 12.47 | VLF | | | | 1500 | | | | | | | | | | | 1500 | VLF | $ 18,705 | | | |
| | BLM ROW | 150 hp Pump removal | 02 41 1376 0500 | 3557.25 | Ea | | | | | | | | | | | | 3 | | | 3 | | $ 10,672 | | | |
| | BLM ROW | Bentonite Cement plug | 31 63 1313 0320 | 35.84 | CF | 1500 | | | | 1.167 | 1.07 | 1603.5 | | | | | | | | 1603.5 | CF | $ 57,470 | | | |
| | BLM ROW | Valve Vault Demolition rebar reinforced concrete | 02 41 1617 2500 | 1.73 | CF | 8 | 5 | 3.57 | | | | 142.7 | Concrete/steel | 26,425 | | | | | | | 142.7 | CF | $ 247 | | | |
| | | | 02 41 1617 2600 | 10% | | | | | | | | 14.27 | | | | | | | | | 14.3 | CF | $ 25 | | | |
| Water Supply Pipeline Spur 2 CARV Pipes | BLM ROW | All buried water lines abandoned in place. Cut pipe 2ft below surface and cap all CARV pipes. | 33 14 1335 4120 | 120.22 | ea | | | | | | | 0.5 | | | | | 2 | | | | | | $ 240 | | | |
| Water Supply Pipeline CARV Pipes | BLM ROW | All buried water lines abandoned in place. Cut pipe 2ft below surface and cap all CARV pipes. | 33 14 1335 4150 | 273.8 | ea | | | | | | | 0.83 | | | | | 5 | | | | | | $ 1,369 | | | |
| | | | | | | | | | | | | | | | | | | | | | | $ 88,728 | | $ 88,728 | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| Water Supply Well 3 (yr 2) | STATE / PRIVATE | 1,500 ft 14-inch diameter well casing, well closing | 02 41 1376 1000 | 12.47 | VLF | | | | 1500 | | | | | | | | 0 | | | 0 | VLF | $ - | | | |
| | STATE / PRIVATE | 150 hp Pump removal | 02 41 1376 0500 | 3557.25 | Ea | | | | | | | | | | | | 0 | | | 0 | | $ - | | | |
| | STATE / PRIVATE | Bentonite Cement plug | 31 63 1313 0320 | 35.84 | CF | 1500 | | | | 1.167 | 1.07 | 1603.5 | | | | | | | | 0.0 | CF | $ - | | | |
| | STATE / PRIVATE | Valve Vault Demolition rebar reinforced concrete | 02 41 1617 2500 | 1.73 | CF | 8 | 5 | 3.57 | | | | 142.7 | Concrete/steel | | | | | | | | 0.0 | CF | $ - | | | |
| | | | 02 41 1617 2600 | 10% | | | | | | | | 14.27 | | | | | | | | | 0.0 | CF | $ - | | | |
| Water Supply Pipeline Spur 3 CARV Pipes | | All buried water lines abandoned in place. Cut pipe 2ft below surface and cap all CARV pipes. | 33 14 1335 4120 | 120.22 | ea | | | | | | | 0.5 | | | | | 0 | | | | | | $ - | | | |
| Water Supply Pipeline CARV Pipes | | All buried water lines abandoned in place. Cut pipe 2ft below surface and cap all CARV pipes. | 33 14 1335 4150 | 273.8 | ea | | | | | | | 0.67 | | | | | 0 | | | | | | $ - | | | |
| | | | | | | | | | | | | | | | | | | | | | | $ - | | | $ - |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| Water Supply Well 4 (yr 2) | BLM ROW | 1,500 ft 14-inch diameter well casing, well closing | 02 41 1376 1000 | 12.47 | VLF | | | | 1500 | | | | | | | | 0 | | | 0 | VLF | $ - | | | |
| | BLM ROW | 150 hp Pump removal | 02 41 1376 0500 | 3557.25 | Ea | | | | | | | | | | | | 0 | | | 0 | | $ - | | | |
| | BLM ROW | Bentonite Cement plug | 31 63 1313 0320 | 35.84 | CF | 1500 | | | | 1.167 | 1.07 | 1603.5 | | | | | | | | 0.0 | CF | $ - | | | |
| | BLM ROW | Valve Vault Demolition rebar reinforced concrete | 02 41 1617 2500 | 1.73 | CF | 8 | 5 | 3.57 | | | | 142.7 | Concrete/steel | | | | | | | | 0.0 | CF | $ - | | | |
| | | | 02 41 1617 2600 | 10% | | | | | | | | 14.27 | | | | | | | | | 0.0 | CF | $ - | | | |
| Water Supply Pipeline Spur 4 CARV Pipes | | All buried water lines abandoned in place. Cut pipe 2ft below surface and cap all CARV pipes. | 33 14 1335 4120 | 120.22 | ea | | | | | | | 0.5 | | | | | 0 | | | | | | $ - | | | |
| Water Supply Pipeline CARV Pipes | | All buried water lines abandoned in place. Cut pipe 2ft below surface and cap all CARV pipes. | 33 14 1335 4150 | 273.8 | ea | | | | | | | 0.67 | | | | | 0 | | | | | | $ - | | | |
| | | | | | | | | | | | | | | | | | | | | | | $ - | | $ - | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M0370129

| Description | Property | Materials | RS Means Reference Number | Unit Cost | Unit | Length Ft | Width Ft | Height Ft | Diameter Ft | Area | Volume CF | Material | Weight lbs | Density | Time | Number | Unit | Swell Factor | Quantity | Unit | Cost | Cost BLM On Lease | Cost BLM ROW | Cost State / Private |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Water Monitoring Well 1 | BLM ROW | 750 ft 4-inch diameter well casing, well closing | 02 41 1376 1000 | 12.47 | VLF | | | 750 | | | | | | | | 1 | | | 750 | VLF | $ 9,353 | | $ 9,353 | |
| | | 1.4 Bentonite Cement plug | 31 43 1313 0320 | 35.84 | CF | 750 | | | 0.330 | 0.09 | 64.1 | | | | | 1 | | | 64.1 | CF | $ 2,299 | | $ 2,299 | |
| | | | | | | | | | | | | | | | | | | | | | $ 11,652 | | $ 11,652 | |
| Water Monitoring Well 2 | BLM ROW | 750 ft 4-inch diameter well casing, well closing | 02 41 1376 1000 | 12.47 | VLF | | | 750 | | | | | | | | 1 | | | 750 | VLF | $ 9,353 | | $ 9,353 | |
| | | 1.4 Bentonite Cement plug | 31 43 1313 0320 | 35.84 | CF | 750 | | | 0.330 | 0.09 | 64.1 | | | | | 1 | | | 64.1 | CF | $ 2,299 | | $ 2,299 | |
| | | | | | | | | | | | | | | | | | | | | | $ 11,652 | | $ 11,652 | |
| Water Monitoring Well 3 | BLM ROW | 350 ft 4-inch diameter well casing, well closing | 02 41 1376 1000 | 12.47 | VLF | | | 350 | | | | | | | | 1 | | | 350 | VLF | $ 4,365 | | $ 4,365 | |
| | | 1.4 Bentonite Cement plug | 31 43 1313 0320 | 35.84 | CF | 350 | | | 0.330 | 0.09 | 29.9 | | | | | 1 | | | 29.9 | CF | $ 1,073 | | $ 1,073 | |
| | | | | | | | | | | | | | | | | | | | | | $ 5,437 | | $ 5,437 | |
| Water Monitoring Well 4 | BLM ROW | 300 ft 4-inch diameter well casing, well closing | 02 41 1376 1000 | 12.47 | VLF | | | 300 | | | | | | | | 1 | | | 300 | VLF | $ 3,741 | | $ 3,741 | |
| | | 1.4 Bentonite Cement plug | 31 43 1313 0320 | 35.84 | CF | 300 | | | 0.330 | 0.09 | 25.7 | | | | | 1 | | | 25.7 | CF | $ 920 | | $ 920 | |
| | | | | | | | | | | | | | | | | | | | | | $ 4,661 | | $ 4,661 | |
| Water Monitoring Well 5 | BLM ROW | 300 ft 4-inch diameter well casing, well closing | 02 41 1376 1000 | 12.47 | VLF | | | 300 | | | | | | | | 1 | | | 300 | VLF | $ 3,741 | | $ 3,741 | |
| | | 1.4 Bentonite Cement plug | 31 43 1313 0320 | 35.84 | CF | 300 | | | 0.330 | 0.09 | 25.7 | | | | | 1 | | | 25.7 | CF | $ 920 | | $ 920 | |
| | | | | | | | | | | | | | | | | | | | | | $ 4,661 | | $ 4,661 | |
| Water Monitoring Well 6 | BLM ROW | 300 ft 4-inch diameter well casing, well closing | 02 41 1376 1000 | 12.47 | VLF | | | 300 | | | | | | | | 1 | | | 300 | VLF | $ 3,741 | | $ 3,741 | |
| | | 1.4 Bentonite Cement plug | 31 43 1313 0320 | 35.84 | CF | 300 | | | 0.330 | 0.09 | 25.7 | | | | | 1 | | | 25.7 | CF | $ 920 | | $ 920 | |
| | | | | | | | | | | | | | | | | | | | | | $ 4,661 | | $ 4,661 | |
| Water Monitoring Well 7 | BLM | 100 ft 4-inch diameter well casing, well closing | 02 41 1376 1000 | 12.47 | VLF | | | 100 | | | | | | | | 1 | | | 100 | VLF | $ 1,247 | $ 1,247 | | |
| | | 1.4 Bentonite Cement plug | 31 43 1313 0320 | 35.84 | CF | 100 | | | 0.330 | 0.09 | 8.6 | | | | | 1 | | | 8.6 | CF | $ 307 | $ 307 | | |
| | | | | | | | | | | | | | | | | | | | | | $ 1,554 | $ 1,554 | | |
| Water Monitoring Well 8 | STATE / PRIVATE | 100 ft 4-inch diameter well casing, well closing | 02 41 1376 1000 | 12.47 | VLF | | | 100 | | | | | | | | 1 | | | 100 | VLF | $ 1,247 | | | $ 1,247 |
| | | 1.4 Bentonite Cement plug | 31 43 1313 0320 | 35.84 | CF | 100 | | | 0.330 | 0.09 | 8.6 | | | | | 1 | | | 8.6 | CF | $ 307 | | | $ 307 |
| | | | | | | | | | | | | | | | | | | | | | $ 1,554 | | | $ 1,554 |
| Production Pond Type 1 Weirs | | There are 14 Type 1 weirs constructed in the berms between the ponds H1A, H2A, H1B, H2B, H1C, H2C, BM1, BM2, BM3, BM4, PRB, TMA - brine trench | | | | | | | | | | | | | | | | | | | | | | |
| | | Foundation rebar reinforced Concrete Sections 1 | 02 41 1617 2500 | 1.73 | CF | 300 | 1.5 | 1.5 | | | 675 | Concrete/steel | 125,250 | | | 14 | | | 675 | CF | $ 16,349 | | | |
| | | | 02 41 1617 2600 | 10% | | | | | | | 67.5 | | | | | 14 | | | 67.5 | CF | $ 1,635 | | | |
| | | Foundation rebar reinforced Concrete Sections 2 | 02 41 1617 2500 | 1.73 | CF | 200 | 4.5 | 0.56 | | | 504.09 | Concrete/steel | 94,469 | | | 14 | | | 504 | CF | $ 12,209 | | | |
| | | | 02 41 1617 2600 | 10% | | | | | | | 50.41 | | | | | 14 | | | 50.41 | CF | $ 1,221 | | | |
| | | 6 FT Concrete Culvert | 02 41 1343 0100 | 19.49 | LF | 50 | | | 3.125 | 122.72 | Concrete | 22,089 | | | 14 | | | 50.00 | LF | $ 13,643 | | | | |
| | | Sluice gate and embedded steel (removed with culvert) | | | | | | | | | | steel | 26,376 | | | 14 | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | $ 45,056 | | | |
| | BLM | Fourteen Type 1 Weirs on BLM Land (on lease) | | | | | | | | | | | | | | | | | | | | | $ 39,424 | | |
| | STATE / PRIVATE | Two Type 1 Weirs on State Land | | | | | | | | | | | | | | | | | | | | | | | $ 5,632 |
| Production Pond Type 2 Weirs | | There are 4 Type 2 weirs constructed in the berms between Purge Brine ponds and the four H1 ponds | | | | | | | | | | | | | | | | | | | | | | |
| | | Foundation rebar reinforced Concrete Sections 3 | 02 41 1617 2500 | 1.79 | CF | 80 | 1.5 | 1.9 | | | 224.91 | Concrete/steel | 41,734 | | | 4 | | | 224.91 | CF | $ 1,610 | | | |
| | | | 02 41 1617 2600 | 10% | | | | | | | 22.491 | | | | | 4 | | | 22.491 | CF | $ 161 | | | |
| | | Foundation rebar reinforced Concrete Sections 4 | 02 41 1617 2500 | 1.79 | CF | 55 | 1.5 | 2.4 | | | 194.94 | Concrete/steel | 36,172 | | | 4 | | | 194.94 | CF | $ 1,396 | | | |
| | | | 02 41 1617 2600 | 10% | | | | | | | 19.494 | | | | | 4 | | | 19.494 | CF | $ 140 | | | |
| | | Foundation rebar reinforced Concrete Sections 5 | 02 41 1617 2500 | 1.73 | CF | 126 | 5 | 0.5 | | | 299.97 | Concrete/steel | 56,217 | | | 4 | | | 299.97 | CF | $ 2,076 | | | |
| | | | 02 41 1617 2600 | 10% | | | | | | | 29.997 | | | | | 4 | | | 29.997 | CF | $ 208 | | | |
| | | Foundation rebar reinforced Concrete Sections 6 | 02 41 1617 2500 | 1.73 | CF | 45 | 5 | 1.2 | | | 275.13 | Concrete/steel | 53,273 | | | 4 | | | 275.13 | CF | $ 1,904 | | | |
| | | | 02 41 1617 2600 | 10% | | | | | | | 27.513 | | | | | 4 | | | 27.513 | CF | $ 190 | | | |
| | | 8' x 6' Concrete Box Culvert | 02 41 1343 0100 | 19.49 | LF | 50 | 8 | 6 | | 9.324 | 466.2 | Concrete | 83,916 | | | 16 | | | 50 | LF | $ 15,592 | | | |
| | | Sluice gate and embedded steel (removed with culvert) | | | | | | | | | | steel | 9,792 | | | 4 | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | $ 23,276 | | | |
| | STATE / PRIVATE | Four Type 2 Weirs on State Land | | | | | | | | | | | | | | | | | | | | | | | $ 23,276 |
| Production Pond Pump Stations | BLM | Purge Brine Buffer Pond Pump NC314x16  25hp (one pump) - removal | 33 05 9710 1420 | 750 | ea | | | | | | | steel | 1,400 | | | 1 | | | 1 | ea | $ 750 | | | |
| | | Mixing pit/Brine Tailings Vertical 2 VIT Pumps (eight pumps) - removal | 33 05 9710 1420 | 750 | ea | | | | | | | steel | 13,250 | | | 8 | | | 8 | ea | $ 6,000 | | | |
| | | Foundation rebar reinforced Concrete Sections 1 | 02 41 1617 2500 | 1.73 | CF | 90 | 1.5 | 3.3 | | | 450.09 | Concrete/steel | 83,016 | | | 2 | | | 450.09 | CF | $ 1,557 | | | |
| | | | 02 41 1617 2600 | 10% | | | | | | | 45.009 | | | | | 2 | | | 45.009 | CF | $ 156 | | | |
| | | Foundation rebar reinforced Concrete Sections 2 | 02 41 1617 2500 | 1.73 | CF | 90 | 1.5 | 11.9 | | | 1600.02 | Concrete/steel | 295,115 | | | 2 | | | 1600.02 | CF | $ 5,536 | | | |
| | | | 02 41 1617 2600 | 10% | | | | | | | 160.002 | | | | | 2 | | | 160.002 | CF | $ 554 | | | |
| | | Foundation rebar reinforced Concrete Sections 3 | 02 41 1617 2500 | 1.73 | CF | 80 | 2 | 3.7 | | | 599.94 | Concrete/steel | 110,656 | | | 1 | | | 599.94 | CF | $ 1,038 | | | |
| | | | 02 41 1617 2600 | 10% | | | | | | | 59.994 | | | | | 1 | | | 59.994 | CF | $ 104 | | | |
| | | Foundation rebar reinforced Concrete Sections 4 | 02 41 1617 2500 | 1.73 | CF | 12 | 2 | 1.7 | | | 40.041 | Concrete/steel | 7,385 | | | 4 | | | 40.041 | CF | $ 277 | | | |
| | | | 02 41 1617 2600 | 10% | | | | | | | 4.0041 | | | | | 4 | | | 4.0041 | CF | $ 28 | | | |
| | | Foundation rebar reinforced Concrete Sections 5 | 02 41 1617 2500 | 1.73 | CF | 30 | 3 | 1.7 | | | 150.12 | Concrete/steel | 27,688 | | | 1 | | | 150.12 | CF | $ 260 | | | |
| | | | 02 41 1617 2600 | 10% | | | | | | | 15.012 | | | | | 1 | | | 15.012 | CF | $ 26 | | | |
| | | Foundation rebar reinforced Concrete Sections 6 | 02 41 1617 2500 | 1.73 | CF | 110 | 7 | 0.5 | | | 420.12 | Concrete/steel | 77,488 | | | 2 | | | 420.12 | CF | $ 1,454 | | | |
| | | | 02 41 1617 2600 | 10% | | | | | | | 42.012 | | | | | 2 | | | 42.012 | CF | $ 145 | | | |
| | | Foundation rebar reinforced Concrete Sections 7 | 02 41 1617 2500 | 1.73 | CF | 300 | 6 | 0.7 | | | 1200.15 | Concrete/steel | 222,694 | | | 2 | | | 1200.15 | CF | $ 4,153 | | | |
| | | | 02 41 1617 2600 | 10% | | | | | | | 120.015 | | | | | 2 | | | 120.015 | CF | $ 415 | | | |
| | | Foundation rebar reinforced Concrete Sections 8 | 02 41 1617 2500 | 1.73 | CF | 110 | 6 | 0.5 | | | 329.94 | Concrete/steel | 61,222 | | | 1 | | | 329.94 | CF | $ 571 | | | |
| | | | 02 41 1617 2600 | 10% | | | | | | | 32.994 | | | | | 1 | | | 32.994 | CF | $ 57 | | | |
| | | Metal Grating | 02 41 1619 0020 | 0.46 | CF | | | 0.167 | | 640 | 106.67 | Steel | 17,158 | | | | | | 106.67 | CF | $ 49 | | | |
| | | Steel Handrail | 02 41 1619 0020 | 0.46 | CF | 300 | 0.25 | 3 | | | 225 | Steel | 4,650 | | | | | | 225 | CF | $ 104 | | | |
| | | | | | | | | | | | | | | | | | | | | | $ 22,482 | | | |
| | BLM | Two production pond pump stations on BLM and | | | | | | | | | | | | | | | | | | | | | $ 11,241 | | |
| | STATE / PRIVATE | Two production pond pump stations on State Land | | | | | | | | | | | | | | | | | | | | | | | $ 11,241 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M102/0/726

| Description | Property | Materials | RS Means Reference Number | Unit Cost | Unit | Length Ft | Width Ft | Height Ft | Diameter Ft | Area | Volume CF | Material | Weight lbs | Density | Time | Number | Unit | Swell Factor | Quantity | Unit | Cost | Cost BLM On Lease | Cost BLM ROW | Cost State / Private |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Production Pond Pump Station Culverts** | | | | | | | | | | | | | | | | | | | | | | | | |
| | BLM | 12-inch Precast Concrete Culverts | 02 41 13 18 0090 | 6.92 | LF | 90 | | | 1.125 | | 79.52 | Concrete | 14,314 | | | | | | 90 | LF | $623 | $623 | | |
| | STATE | 12-inch Precast Concrete Culverts | 02 41 13 18 0090 | 6.92 | LF | 155 | | | 1.375 | | 167.39 | Concrete | 30,130 | | | | | | 155 | LF | $1,073 | | | $1,073 |
| | STATE | 26-inch Precast Concrete Culverts | 02 41 13 18 0090 | 6.92 | LF | 90 | | | 2.2916 | | 161.98 | Concrete | 29,157 | | | | | | 90 | LF | $623 | | | $623 |
| | | | | | | | | | | | | | | | | | | | | | $2,318 | $623 | | $1,695 |
| **Access Road Culvert Removal** | | | | | | | | | | | | | | | | | | | | | | | | |
| | BLM ROW | 18-inch CMP Culverts | 02 41 13 40 0160 | 3.76 | LF | 40 | | | | | | Steel 12 ga | 13,560 | | | 15 | | | 600 | LF | $2,256 | | $2,256 | |
| | STATE ROW | 18-inch CMP Culverts | 02 41 13 40 0160 | 3.76 | LF | 40 | | | | | | Steel 12 ga | 2,712 | | | 3 | | | 120 | LF | $451 | | | $451 |
| (See Access Road Culverts by road segment detail on "Earthwork Yardage Breakdown" tab cells A263-S281) | STATE ROW | 36-inch CMP Culverts | 02 41 13 40 0160 | 21.31 | LF | 40 | | | | | | Steel 12 ga | 1,808 | | | 1 | | | 40 | LF | $852 | | | $852 |
| Well Road Culvert Removal | | | | | | | | | | | | | | | | | | | | | $3,560 | | $2,256 | $1,304 |
| Water Supply Well Access Roads 1, 3, and 4 | BLM ROW | 18-inch CMP Culverts (see "Earthwork Yardage Breakdown" tab cells A282-S288) | 02 41 13 40 0160 | 3.76 | LF | 40 | | | | | | Steel 12 ga | 2,712 | | | 3 | | | 120 | LF | $451 | | $451 | |
| | STATE ROW | 18-inch CMP Culverts | 02 41 13 40 0160 | 3.76 | LF | 40 | | | | | | | 7,232 | | | 8 | | | 320 | LF | $1,203 | | | $1,203 |
| (see "Earthwork Yardage Breakdown" tab cells A282-S288) | | | | | | | | | | | | | | | | | | | | | $1,654 | | $451 | $1,203 |
| **Powerline Removal** | | | | | | | | | | | | | | | | | | | | | | | | |
| 69 KV Powerline Removal | | | | | | | | | | | | | | | | | | | | | | | | |
| | BLM ROW | Utility Pole (20 ft) Double for 69KV | 02 41 13 80 0100 | 307.07 | Each | | | | | | | Wood | 191,580 | | | 412 | | | 412 | Each | $126,513 | | | |
| | BLM ROW | Steel Cable (5 @ 1" @ 20s/ft) | | | LF | 1016995 | | | | | | Steel | 2,033,990 | | | | | | | | | | | |
| | BLM ROW | Cross arms, wood, 4-6' long | 02 41 13 80 0300 | 131.59 | Each | | | | 0 | | 0 | Wood | 20,600 | | | 206 | | | 206 | Each | $27,108 | | | |
| | | | | | | | | | | | | | | | | | | | | | $153,620 | | $153,620 | |
| 69 KV Powerline Removal | | | | | | | | | | | | | | | | | | | | | | | | |
| | State/Private | Utility Pole (20 ft) Double for 69KV | 02 41 13 80 0100 | 307.07 | Each | | | | | | | Wood | 28,830 | | | 62 | | | 62 | Each | $19,038 | | | |
| | State/Private | Steel Cable (5 @ 1" @ 20s/ft) | | | LF | 143630 | | | | | | Steel | 287,260 | | | | | | | | | | | |
| | State/Private | Cross arms, wood, 4-6' long | 02 41 13 80 0300 | 131.59 | Each | | | | 0 | | 0 | Wood | 3,100 | | | 31 | | | 31 | Each | $4,079 | | | |
| | | | | | | | | | | | | | | | | | | | | | $23,118 | | | $23,118 |
| 12.47 KV  Power and Communication Line | | | | | | | | | | | | | | | | | | | | | | | | |
| | BLM ROW | Utility Pole (20 ft) | 02 41 13 80 0100 | 307.07 | Each | | | | | | | Wood | 35,340 | | | 76 | | | 76 | Each | $23,337 | | | |
| | BLM ROW | Steel Cable (5 @ 1" @ 20s/ft) | | | LF | 89895 | | | | | | Steel | 179,790 | | | | | | | | | | | |
| | BLM ROW | Cross arms, wood, 4-6' long | 02 41 13 80 0300 | 131.59 | Each | | | | 0 | | 0 | Wood | 7,600 | | | 76 | | | 76 | Each | $10,001 | | | |
| | | | | | | | | | | | | | | | | | | | | | $33,338 | | $33,338 | |
| 12.47 KV  Power and Communication Line | | | | | | | | | | | | | | | | | | | | | | | | |
| | State/Private | Utility Pole (20 ft) | 02 41 13 80 0100 | 307.07 | Each | | | | | | | Wood | 1,395 | | | 3 | | | 3 | Each | $921 | | | |
| | State/Private | Steel Cable (5 @ 1" @ 20s/ft) | | | LF | 3855 | | | | | | Steel | 7,710 | | | | | | | | | | | |
| | State/Private | Cross arms, wood, 4-6' long | 02 41 13 80 0300 | 131.59 | Each | | | | 0 | | 0 | Wood | 300 | | | 3 | | | 3 | Each | $395 | | | |
| | | | | | | | | | | | | | | | | | | | | | $1,316 | | | $1,316 |
| 12.47 KV Power Line | | | | | | | | | | | | | | | | | | | | | | | | |
| | BLM | Utility Pole (20 ft) | 02 41 13 80 0100 | 307.07 | Each | | | | | | | Wood | 118,575 | | | 255 | | | 255 | Each | $78,303 | | | |
| | BLM | Steel Cable (3 @ 1" @ 20s/ft) | | | LF | 66174 | | | | | | Steel | 132,348 | | | | | | | | | | | |
| | BLM | Cross arms, wood, 4-6' long | 02 41 13 80 0300 | 131.59 | Each | | | | 0 | | 0 | Wood | 25,500 | | | 255 | | | 255 | Each | $33,555 | | | |
| | | | | | | | | | | | | | | | | | | | | | $111,858 | $111,858 | | |
| 12.47 KV Power Line | | | | | | | | | | | | | | | | | | | | | | | | |
| | State/Private | Utility Pole (20 ft) | 02 41 13 80 0100 | 307.07 | Each | | | | | | | Wood | 60,450 | | | 130 | | | 130 | Each | $39,919 | | | |
| | State/Private | Steel Cable (3 @ 1" @ 20s/ft) | | | LF | 38436 | | | | | | Steel | 76,872 | | | | | | | | | | | |
| | State/Private | Cross arms, wood, 4-6' long | 02 41 13 80 0300 | 131.59 | Each | | | | 0 | | 0 | Wood | 13,000 | | | 130 | | | 130 | Each | $17,107 | | | |
| | | | | | | | | | | | | | | | | | | | | | $57,026 | | | $57,026 |
| 12.47 KV  Power Line Spur 1&2 | | | | | | | | | | | | | | | | | | | | | | | | |
| | BLM ROW | Utility Pole (20 ft) | 02 41 13 80 0100 | 307.07 | Each | | | | | | | Wood | 79,980 | | | 172 | | | 172 | Each | $52,816 | | | |
| | BLM ROW | Steel Cable (3 @ 1" @ 20s/ft) | | | LF | 30315 | | | | | | Steel | 60,630 | | | | | | | | | | | |
| | BLM ROW | Cross arms, wood, 4-6' long | 02 41 13 80 0300 | 131.59 | Each | | | | 0 | | 0 | Wood | 17,200 | | | 172 | | | 172 | Each | $22,633 | | | |
| | | | | | | | | | | | | | | | | | | | | | $75,450 | | $75,450 | |
| 12.47 KV  Power Line Spur 1&2 | | | | | | | | | | | | | | | | | | | | | | | | |
| | State/Private | Utility Pole (20 ft) | 02 41 13 80 0100 | 307.07 | Each | | | | | | | Wood | 9,300 | | | 20 | | | 20 | Each | $6,141 | | | |
| | State/Private | Steel Cable (3 @ 1" @ 20s/ft) | | | LF | 5163 | | | | | | Steel | 10,326 | | | | | | | | | | | |
| | State/Private | Cross arms, wood, 4-6' long | 02 41 13 80 0300 | 131.59 | Each | | | | 0 | | 0 | Wood | 2,000 | | | 20 | | | 20 | Each | $2,632 | | | |
| | | | | | | | | | | | | | | | | | | | | | $8,773 | | | $8,773 |
| 25 KV  Power Line | | | | | | | | | | | | | | | | | | | | | | | | |
| | BLM | Utility Pole (20 ft) | 02 41 13 80 0100 | 307.07 | Each | | | | | | | Wood | 10,695 | | | 23 | | | 23 | Each | $7,063 | | | |
| | BLM | Steel Cable (3 @ 1" @ 20s/ft) | | | LF | 245097 | | | | | | Steel | 490,194 | | | | | | | | | | | |
| | BLM | Cross arms, wood, 4-6' long | 02 41 13 80 0300 | 131.59 | Each | | | | 0 | | 0 | Wood | 2,300 | | | 23 | | | 23 | Each | $3,027 | | | |
| | | | | | | | | | | | | | | | | | | | | | $10,089 | $10,089 | | |
| 25 KV  Power Line | | | | | | | | | | | | | | | | | | | | | | | | |
| | BLM ROW | Utility Pole (20 ft) | 02 41 13 80 0100 | 307.07 | Each | | | | | | | Wood | 178,095 | | | 383 | | | 383 | Each | $117,608 | | | |
| | BLM ROW | Steel Cable (3 @ 1" @ 20s/ft) | | | LF | 10938 | | | | | | Steel | 21,876 | | | | | | | | | | | |
| | BLM ROW | Cross arms, wood, 4-6' long | 02 41 13 80 0300 | 131.59 | Each | | | | 0 | | 0 | Wood | 38,300 | | | 383 | | | 383 | Each | $50,399 | | | |
| | | | | | | | | | | | | | | | | | | | | | $168,007 | | $168,007 | |
| 25 KV  Power Line | | | | | | | | | | | | | | | | | | | | | | | | |
| | State/Private | Utility Pole (20 ft) | 02 41 13 80 0100 | 307.07 | Each | | | | | | | Wood | 20,460 | | | 44 | | | 44 | Each | $13,511 | | | |
| | State/Private | Steel Cable (3 @ 1" @ 20s/ft) | | | LF | 27063 | | | | | | Steel | 54,126 | | | | | | | | | | | |
| | State/Private | Cross arms, wood, 4-6' long | 02 41 13 80 0300 | 131.59 | Each | | | | 0 | | 0 | Wood | 4,400 | | | 44 | | | 44 | Each | $5,790 | | | |
| | | | | | | | | | | | | | | | | | | | | | $19,301 | | | $19,301 |
| **Transformers** | | | | | | | | | | | | | | | | | | | | | | | | |
| | BLM ROW | Wood Building, elevated slab, excludes foundation Demolition | 02 41 16 13 0700 | 0.44 | CF | 26 | 26 | 8 | | | 5408 | Wood | 2,232 | | | | | | 5408 | CF | $2,380 | | | |
| | BLM ROW | Concrete Foundation Pad (6-inch Concrete w/ wire mesh) | 02 41 16 17 0420 | 1.35 | SF | 26 | 26 | | | 676 | 338 | Concrete | 60,840 | | | | | | 676 | SF | $913 | | | |
| | BLM ROW | 12 Foot Chainlink Fence | 02 41 13 60 0675 | 4.33 | LF | 530 | | | | | | Steel | 2,226 | | | | | | 530 | LF | $2,295 | | | |
| | BLM ROW | 10-foot gate | 02 41 13 62 0200 | 108.2 | Each | | | | | | | Steel | 42 | | | 1 | | | 1 | Each | $108 | | | |
| | | | | | | | | | | | | | | | | | | | | | $5,695 | | $5,695 | |

RECEIVED
March 27, 2025
DIVISION OF OIL, GAS AND MINING
M102T0729

## Disposal

| Description | Property | Materials | RS Means Reference Number | Unit Cost | Unit | Length Ft | Width Ft | Height Ft | Diameter Ft | Area | Volume CF | Material | Weight lbs | Density | Time | Number | Unit | Swell Factor | Quantity | Unit | Cost | Cost BLM On Lease | Cost BLM ROW | Cost State / Private |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Concrete and Steel/Concrete | BLM | Loading and hauling initial 5-miles concrete footings and foundations | 02 41 1617 4250 | 22.93 | LCY | | | | | | 8,351 | | 1,251,735 | | | | | 1.3 | 402.06 | LCY | $9,219 | $9,219 | | |
| | BLM | Hauling 81 Additional Miles to Millard County Landfill (Six truck fleet J) | EquipmentWatch | $43.27 | LCY | | | | | | | | | | | | | | 402.06 | LCY | $17,398 | $17,398 | | |
| | BLM | Disposal Fee - Dump Charges Building Construction Materials | 02 41 1920 0100 | 81.00 | TON | | | | | | | | 626 | | | | | | 626 | TON | $50,695 | $50,695 | | |
| | | | | | | | | | | | | | | | | | | | | | $77,313 | $77,313 | | |
| | BLM ROW | Loading and hauling initial 5-miles concrete footings and foundations | 02 41 1617 4250 | 22.93 | LCY | | | | | | | | | | | | | 1.3 | - | LCY | $ - | | $ - | |
| | BLM ROW | Hauling 81 Additional Miles to Millard County Landfill (Six truck fleet J) | EquipmentWatch | $43.27 | LCY | | | | | | | | | | | | | | - | LCY | $ - | | $ - | |
| | BLM ROW | Disposal Fee - Dump Charges Building Construction Materials | 02 41 1920 0100 | 81.00 | TON | | | | | | | | | | | | | | - | TON | $ - | | $ - | |
| | | | | | | | | | | | | | | | | | | | | | $ - | | $ - | |
| | STATE / PRIVATE | Loading and hauling initial 5-miles concrete footings and foundations | 02 41 1617 4250 | 22.93 | LCY | | | | | | 5,561 | | 829,882 | | | | | 1.3 | 267.73 | LCY | $6,139 | | | $6,139 |
| | STATE / PRIVATE | Hauling 81 Additional Miles to Millard County Landfill (Six truck fleet J) | EquipmentWatch | $43.27 | LCY | | | | | | | | | | | | | | 267.73 | LCY | $11,586 | | | $11,586 |
| | STATE / PRIVATE | Disposal Fee - Dump Charges Building Construction Materials | 02 41 1920 0100 | 81.00 | TON | | | | | | | | 415 | | | | | | 415 | TON | $33,610 | | | $33,610 |
| | | | | | | | | | | | | | | | | | | | | | $51,335 | | | $51,335 |
| Steel | BLM | Loading and hauling initial 5-miles steel frame | 02 41 1918 0200 | 15.1 | LCY | | | | | | 6,145.38 | | 3,011,236 | | | | | | 455.21 | LCY | $6,874 | $6,874 | | |
| | BLM | Hauling 81 Additional Miles to Millard County Landfill (Six truck fleet J) | EquipmentWatch | $43.27 | LCY | | | | | | | | | | | | | | 455.21 | LCY | $19,698 | $19,698 | | |
| | BLM | Disposal Fee - Dump Charges Building Construction Materials | 02 41 1920 0100 | 81.00 | TON | | | | | | | | 1,506 | | | | | | 1,506 | TON | $121,955 | $121,955 | | |
| | | | | | | | | | | | | | | | | | | | | | $148,527 | | | |
| | STATE / PRIVATE | Loading and hauling initial 5-miles steel frame | 02 41 1918 0200 | 15.1 | LCY | | | | | | 523.24 | | 256,386 | | | | | | 38.76 | LCY | $585 | | | $585 |
| | STATE / PRIVATE | Hauling 81 Additional Miles to Millard County Landfill (Six truck fleet J) | EquipmentWatch | $43.27 | LCY | | | | | | | | | | | | | | 38.76 | LCY | $1,677 | | | $1,677 |
| | STATE / PRIVATE | Disposal Fee - Dump Charges Building Construction Materials | 02 41 1920 0100 | 81.00 | TON | | | | | | | | 128 | | | | | | 128 | TON | $10,384 | | | $10,384 |
| | | | | | | | | | | | | | | | | | | | | | $12,646 | | | $12,646 |
| Wood | BLM | Loading and hauling initial 5-miles concrete footings and foundations | 02 41 1918 0500 | 26.3 | LCY | | | | | | 18,199.93 | | 727,997 | | | | | 1.3 | 1,752.59 | LCY | $46,093 | $46,093 | | |
| | BLM | Hauling 81 Additional Miles to Millard County Landfill (Six truck fleet J) | EquipmentWatch | $43.27 | LCY | | | | | | | | | | | | | | 1,752.59 | LCY | $75,839 | $75,839 | | |
| | BLM | Disposal Fee - Dump Charges Building Construction Materials | 02 41 1920 0100 | 81.00 | TON | | | | | | | | 364.00 | | | | | | 364 | TON | $29,484 | $29,484 | | |
| | | | | | | | | | | | | | | | | | | | | | $151,416 | $151,416 | | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Off-site Disposal Hours**

| | | On-Highway  Rear Dump Truck | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Case | Property | Volume Moved LCY | Net Capacity LCY | Load Time (Min) | Trk Cycle Time (min) | No. of Trucks | Efficiency Factor | Productivity LCY/hr | Hrs |
| | | | | | | | | | |
| **Disposal of Concrete/Steel to Landfill** | | | | | | | | | |
| Concrete foundation/footings | BLM | 402.06 | 17.1 | 4.5 | 175.5 | 6 | 0.8 | 28.1 | 14.31 |
| Concrete foundation/footings | BLM-ROW | - | 17.1 | 4.5 | 175.5 | 6 | 0.8 | 28.1 | - |
| Concrete foundation/footings | State / Private | 267.73 | 17.1 | 4.5 | 175.5 | 6 | 0.8 | 28.1 | 9.53 |
| | | | | | | | | | |
| Steel | BLM | 455.21 | 17.1 | 4.5 | 175.5 | 6 | 0.8 | 28.1 | 16.20 |
| Steel | State / Private | 38.76 | 17.1 | 4.5 | 175.5 | 6 | 0.8 | 28.1 | 1.38 |
| | | | | | | | | | |
| Wood | BLM | 1,752.59 | 17.1 | 4.5 | 175.5 | 6 | 0.8 | 28.1 | 62.37 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Off-site Disposal Hours**
WORKSHEET 9
PRODUCTIVITY AND HOURS REQUIRED FOR TRUCK USE

Earthmoving Activity:

Demolished reinforced concrete and steel will be hauled to county landfill 61 miles from the site. A six truck fleet will work in conjunction with a loading crew.

Characterization of Truck Use (type, size, etc.):

On-highway rear dump trucks 8 x 4 450hp, 85,000 lb capacity (15-18 CY struck load)

Description of Truck Use (origin, destination, grade, haul distance, capacity, etc.):

Truck fleet to work in conjunction with the CAT 966M Loader. Average haul distance of 61 miles one way. Trip time loaded based on average speed of 45mph. Return trip empty based on average speed of 52mph.

Productivity Calculations:

No. Loader Passes/Truck = | 18 | LCY ÷ | 5.7 | LCY = | 3.0 | passes
truck          loader bucket          (round down to nearest

Net Truck Capacity = | 5.7 | LCY X | 3.0 | passes = | 17.1 | LCY
loader bucket          no. loader

Loading Time/Truck = | 1.50 | min X | 3.0 | passes = | 4.5 | min
loader cycle time (from          no. loader

Truck Cycle Time = | 81 | min + | 75 | min + | 4.5 | min + | 15.0 | min
haul  time          return          loading          dump and

= | 175.5 | min

No. Trucks Required = | 175.5 | min ÷ | 4.5 | min = | 39 | trucks
truck cycle time          total loading

Production Rate = | 17.1 | LCY X | 6 | ÷ | 175.5 | min = | 0.6 | LCY/min
net truck          no. trucks          truck cycle time

Hourly Production = | 0.6 | LCY/min X | 60 | min/hr X | 0.8 |
production          efficiency

= | 28.1 | LCY/hr

Hours Required = | 500 | LCY ÷ | 28.1 | LCY/hr = | 18 | hr
volume to be          hourly

* Use the average of the struck and heaped capacities.

Data Source(s):
        Caterpillar Handbook 48

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M027/0125

## Earthwork - Yardage Breakdown

| Description | Property Designation BLM | State / Private | On Lease | Off Lease | ROW | Length (ft) | Area (ft²) | BCY | Known Volume (BCY) | Calculated LCY | Required Material Rehandle LCY | Bonded Volume LCY | | | Recharge Water Transfer Culverts w/ Gate | Recharge Water Transfer Syphons | | | | | Off-Playa Reveg Acres BLM | BLM ROW | State / Private |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Temporary Fixed Trench** | X | | X | | | 15,308 | 352 | 199,571 | | 239,485 | 0 | 239,485 | | | | | | | | | | | |
| **Brine Transfer Canal Berms** | X | | X | | | 65,595 | 75 | 182,208 | | 218,650 | 0 | 218,650 | | | | | | | | | | | |
| | | X | X | | | 16,569 | 75 | 46,025 | | 55,230 | 0 | 55,230 | | | | | | | | | | | |
| | | | | | X | | 75 | | | | 0 | | | | | | | | | | | | |
| **Recharge Canal Berms** | X | | X | | | 103868 | 216 | 830,944 | | 997,133 | 0 | 997,133 | | | | | | | | | | | |
| | | X | | X | | 16990 | 216 | 135,920 | - | 163,104 | 0 | 163,104 | | | | | | | | | - | | - |
| | X | | | | X | 32512 | 216 | 260,096 | - | 312,115 | 0 | 312,115 | | | | | | | | | | | |
| **Extraction Trench Berms** | | | | | | | | | | | | | | | | | | | | | | | |
| Variable Extraction Trench 1 | X | | X | | | 30,195 | 488 | 545,747 | - | 654,896 | 0 | 654,896 | | | | | | | | | | | |
| Variable Extraction Trench 1 | | X | X | | | 5,282 | 488 | 95,470 | - | 114,564 | 0 | 114,564 | | | | | | | | | | | |
| Variable Extraction Trench 2 | X | | X | | | | 488 | - | - | - | | - | | | | | | | | | | | |
| Variable Extraction Trench 2 | | X | X | | | - | 488 | - | - | - | 0 | - | | 6 | | | | | | | | | |
| Variable Extraction Trench 3 | X | | X | | | 37,076 | 488 | 670,114 | - | 804,137 | 0 | 804,137 | | 6 | | | | | | | | | |
| Variable Extraction Trench 3 | | X | X | | | 5,281 | 488 | 95,449 | - | 114,539 | | 114,539 | | | | | | | | | | | |
| Variable Extraction Trench 4 | X | | X | | | 38,383 | 488 | 693,737 | - | 832,485 | | 832,485 | | | | | | | | | | | |
| Variable Extraction Trench 4 | | X | X | | | 1,519 | 488 | 27,455 | - | 32,945 | | 32,945 | | | | | | | | | | | |
| Variable Extraction Trench 5 | X | | X | | | 38,193 | 488 | 690,303 | - | 828,364 | 0 | 828,364 | | 5 | | | | | | | | | |
| Variable Extraction Trench 5 | | X | X | | | | 488 | | - | - | | - | | 4 | | | | | | | | | |
| VariableExtraction Trench 6 | X | | X | | | 36,635 | 488 | 662,144 | - | 794,572 | 0 | 794,572 | | | | | | | | | | | |
| Variable Extraction Trench 6 | | X | X | | | | 488 | | - | - | 0 | - | | 6 | | | | | | | | | |
| Variable Extraction Trench 7 | X | | X | | | 30,246 | 488 | 546,672 | - | 656,007 | 0 | 656,007 | | 6 | | | | | | | | | |
| Variable Extraction Trench 7 | | X | X | | | 5,282 | 488 | 95,467 | - | 114,561 | | 114,561 | | | | | | | | | | | |
| Variable Extraction Trench 8 | X | | X | | | 11,168 | 488 | 201,851 | - | 242,222 | | 242,222 | | | | | | | | | | | |
| Variable Extraction Trench 8 | | X | X | | | 3,904 | 488 | 70,561 | - | 84,673 | | 84,673 | | | | | | | | | | | |
| Fixed Extraction Trench 1 | X | | X | | | 19,028 | 440 | 310,086 | - | 372,103 | | 372,103 | | | | | | | | | | | |
| Fixed Extraction Trench 1 | | X | X | | | | 440 | | - | - | | - | | | | | | | | | | | |
| Fixed Extraction Trench 2 | X | | X | | | 14,601 | 440 | 237,942 | - | 285,531 | | 285,531 | | | | | | | | | | | |
| Fixed Extraction Trench 2 | | X | X | | | | 440 | | - | - | | - | | | | | | | | | | | |
| Fixed Extraction Trench 3 | X | | X | | | 27,613 | 440 | 449,990 | - | 539,988 | | 539,988 | | | | | | | | | | | |
| Fixed Extraction Trench 3 | | X | X | | | | 440 | | - | - | | - | | | | | | | | | | | |
| **Recharge Trench Berms** | | | | | | | | | | | | | | | | | | | | | | | |
| Recharge Trench 1 | X | | X | | | 30,914 | 216 | 247,312 | - | 296,774 | 0 | 296,774 | | 5 | | 5 | | | | | | | |
| Recharge Trench 1 | | X | X | | | | 216 | | - | - | 0 | - | | 4 | | 4 | | | | | | | |
| Recharge Trench 2 | X | | X | | | 36,305 | 216 | 290,436 | - | 348,523 | | 348,523 | | 6 | | 6 | | 1 | | | | | |
| Recharge Trench 2 | | X | X | | | 5,281 | 216 | 42,249 | - | 50,699 | 0 | 50,699 | | | | | | | | | | | |
| Recharge Trench 3 | X | | X | | | 37,075 | 216 | 296,600 | - | 355,920 | 0 | 355,920 | | 7 | | 9 | | | | | | | |
| Recharge Trench 3 | | X | X | | | 1,885 | 216 | 15,077 | - | 18,092 | | 18,092 | | 9 | | | | | | | | | |
| Recharge Trench 4 | X | | X | | | 36,431 | 216 | 291,446 | - | 349,735 | | 349,735 | | | | | | | | | | | |
| Recharge Trench 4 | | X | X | | | 1,639 | 216 | 13,114 | - | 15,737 | | 15,737 | | | | | | | | | | | |
| Recharge Trench 5 | X | | X | | | 36,824 | 216 | 294,590 | - | 353,509 | 0 | 353,509 | | 9 | | 9 | | | | | | | |
| Recharge Trench 5 | | X | X | | | | 216 | | - | - | | - | | | | | | | | | | | |
| Recharge Trench 6 | X | | X | | | 30,713 | 216 | 245,704 | - | 294,844 | | 294,844 | | | | | | | | | | | |
| Recharge Trench 6 | | X | X | | | 5,282 | 216 | 42,255 | - | 50,706 | | 50,706 | | | | | | | | | | | |
| Recharge Trench 7 | X | | X | | | 32,901 | 216 | 263,208 | - | 315,850 | | 315,850 | | | | | | | | | | | |
| Recharge Trench 7 | | X | X | | | 5,282 | 216 | 42,256 | - | 50,707 | | 50,707 | | | | | | | | | | | |
| Recharge Trench 8 | X | | X | | | 8,123 | 216 | 64,984 | - | 77,981 | | 77,981 | | | | | | | | | | | |
| Recharge Trench 8 | | X | X | | | 2,156 | 216 | 17,249 | - | 20,699 | | 20,699 | | | | | | | | | | | |
| **Pre-Production Pond Berms** | | | | | | | | | | | | | | Excavator LCY | Dozer | LCY | | | | | | | |
| P1 | | | | | | | | | | | | | | | | | | | | | | | |
| R4 ROAD | X | | | | | | | | 53,655 | 64,386 | - | 64,386 | | 64,386 | | - | | | | | | | |
| B1 BERM | X | | | | | | | | 35,406 | 42,487 | - | 42,487 | | 42,487 | | - | | | | | | | |
| P4 | | | | | | | | | | | | | | | | | | | | | | | |
| R4 ROAD | X | | | | | | | | 33,032 | 39,639 | - | 39,639 | | 39,639 | | - | | | | | | | |
| R3 ROAD | X | | | | | | | | 44,820 | 53,784 | - | 53,784 | | 53,784 | | - | | | | | | | |
| SALT PAD | | | | | | | | | | | | | | | | | | | | | | | |
| R4 ROAD | X | | | | | | | | 44,784 | 53,741 | - | 53,741 | | 53,741 | | - | | | | | | | |
| R4 ROAD STATE | | X | | | | | | | 13,576 | 16,291 | - | 16,291 | | 16,291 | | - | | | | | | | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Description | | | Property Designation | | Earthwork Location | | | Calculated Volume | | | Known Volume (BCY) | Calculated LCY | Required Material Rehandle LCY | Bonded Volume LCY | | Excavator LCY | Dozer LCY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | BLM | State / Private | On Lease | Off Lease | ROW | Length (ft) | Area (ft²) | BCY | | | | | | | |
| **Production Pond Berms** | | | | | | | | | | | | | | | | | |
| H1 -A | | | | | | | | | | | | | | | | | |
| | R2P ROAD | | X | | | | | | | | 39,773 | 47,728 | - | 47,728 | | 47,728 | |
| | R2P ROAD | | | X | | | | | | | 5,490 | 6,588 | | 6,588 | | 6,588 | |
| | R1 ROAD | | X | | | | | | | | 1,378 | 1,654 | | 1,654 | | 1,654 | |
| | R1 ROAD | | | X | | | | | | | 3,763 | 4,516 | | 4,516 | | 4,516 | |
| | B1 BERM | | X | | | | | | | | 22,586 | 27,103 | | 27,103 | | 27,103 | |
| | R4P ROAD | | X | | | | | | | | 2,045 | 2,454 | | 2,454 | | 2,454 | |
| H1 - B | | | | | | | | | | | | | | | | | |
| | R1 ROAD | | X | | | | | | | | 5,183 | 6,220 | | 6,220 | | 6,220 | |
| | B1 BERM | | X | | | | | | | | 2,236 | 2,683 | | 2,683 | | 2,683 | |
| | R4P ROAD | | X | | | | | | | | 2,178 | 2,614 | | 2,614 | | 2,614 | |
| H1- C | | | | | | | | | | | | | | | | | |
| | R1 ROAD | | X | | | | | | | | 5,165 | 6,198 | | 6,198 | | 6,198 | |
| | B1 BERM | | X | | | | | | | | 22,472 | 26,966 | | 26,966 | | 26,966 | |
| | R4P ROAD | | X | | | | | | | | 2,178 | 2,614 | | 2,614 | | 2,614 | |
| H2 - A | | | | | | | | | | | | | | | | | |
| | R2P ROAD | | X | | | | | | | | 13,915 | 16,698 | - | 16,698 | | 16,698 | |
| | R2P ROAD | | | X | | | | | | | 17,054 | 20,465 | - | 20,465 | | 20,465 | |
| | R4 ROAD | | X | | | | | | | | 1,960 | 2,352 | | 2,352 | | 2,352 | |
| | B1 BERM | | X | | | | | | | | 15,366 | 18,439 | | 18,439 | | - | |
| H2 - B | | | | | | | | | | | | | | | | | |
| | R4 ROAD | | X | | | | | | | | 4,422 | 5,306 | | 5,306 | | 5,306 | |
| | B1 BERM | | X | | | | | | | | 15,366 | 18,439 | | 18,439 | | - | |
| H2 - C | | | | | | | | | | | | | | | | | |
| | R4 ROAD | | X | | | | | | | | 4,476 | 5,371 | | 5,371 | | 5,371 | |
| | B1 BERM | | X | | | | | | | | 15,366 | 18,439 | | 18,439 | | - | |
| BHP | | | | | | | | | | | | | | | | | |
| | B1 BERM | | X | | | | | | | | 11,441 | 13,729 | | 13,729 | | 13,729 | |
| | R4 ROAD | | X | | | | | | | | - | - | | - | | | |
| BM-1 | | | | | | | | | | | | | | | | | |
| | B1 BERM | | X | | | | | | | | 4,389 | 5,266 | - | 5,266 | | 5,266 | |
| | B1 BERM | | | X | | | | | | | 3,280 | 3,936 | - | 3,936 | | 3,936 | |
| | R4P ROAD | | | X | | | | | | | 6,092 | 7,311 | - | 7,311 | | - | |
| | R2P ROAD | | | X | | | | | | | 8,629 | 10,355 | | 10,355 | | 10,355 | |
| | R2P ROAD | | | X | | | | | | | 6,730 | 8,076 | | 8,076 | | 8,076 | |
| | R4 ROAD | | X | | | | | | | | 5,355 | 6,426 | | 6,426 | | 6,426 | |
| BM-2 | | | | | | | | | | | | | | | | | |
| | B1 BERM | | X | | | | | | | | 7,785 | 9,342 | | 9,342 | | 9,342 | |
| | R4 ROAD | | X | | | | | | | | 5,181 | 6,217 | | 6,217 | | 6,217 | |
| | R4P ROAD | | X | | | | | | | | 637 | 764 | - | 764 | | 764 | |
| | R4P ROAD | | | X | | | | | | | 5,730 | 6,876 | - | 6,876 | | 6,876 | |
| BM-3 | | | | | | | | | | | | | | | | | |
| | B1 BERM | | X | | | | | | | | 7,686 | 9,223 | | 9,223 | | 9,223 | |
| | R4P ROAD | | X | | | | | | | | 6,531 | 7,837 | | 7,837 | | 7,837 | |
| | R4 ROAD | | X | | | | | | | | 5,047 | 6,056 | | 6,056 | | 6,056 | |
| BM-4 | | | | | | | | | | | | | | | | | |
| | B1 BERM | | X | | | | | | | | 7,656 | 9,187 | | 9,187 | | 9,187 | |
| | R4P ROAD | | X | | | | | | | | 2,705 | 3,246 | | 3,246 | | 3,246 | |
| | R2P ROAD | | X | | | | | | | | 6,197 | 7,437 | | 7,437 | | 7,437 | |
| TMA | | | | | | | | | | | | | | | | | |
| | B1 BERM | | X | | | | | | | | 11,819 | 14,183 | | 14,183 | | 14,183 | |
| | R4 ROAD | | X | | | | | | | | 8,087 | 9,705 | | 9,705 | | 9,705 | |
| PRB | | | | | | | | | | | | | | | | | |
| | R2P ROAD | | X | | | | | | | | 18,907 | 22,688 | | 22,688 | | 22,688 | |
| SMALL NORTHWEST BM1 POND | | | | | | | | | | | | | | | | | |
| | R4P ROAD | | X | | | | | | | | 195 | 233 | | 233 | | 233 | |
| | R2 ROAD | | X | | | | | | | | 3,420 | 4,104 | | 4,104 | | 4,104 | |
| ES | | | | | | | | | | | | | | | | | |
| | R1 ROAD | | X | | | | | | | | 5,753 | 6,903 | | 6,903 | | 6,903 | |
| | R2P ROAD | | X | | | | | | | | 4,327 | 5,193 | | 5,193 | | 5,193 | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M0270125

| Description | Property Designation | | Earthwork Location | | | Calculated Volume | | | Known Volume (BCY) | Calculated LCY | Required Material Rehandle LCY | Bonded Volume LCY | | | Recharge Water Transfer Culverts w/ Gate | Recharge Water Transfer Syphons | | | | | Off-Playa Reveg Acres | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BLM | State / Private | On Lease | Off Lease | ROW | Length (ft) | Area (ft²) | BCY | | | | | | | | | | | | | | BLM | BLM ROW | State / Private |
| **Brine Buffer Pond** | | | | | | | | | | | | | | | | | | | | | | | |
| R2P ROAD | X | | | | | | | | 1,533 | 1,840 | - | 1,840 | 1,840 | - | | | | | | | | | |
| R4 ROAD | X | | | | | | | | 11,334 | 13,601 | - | 13,601 | 13,601 | - | | | | | | | | | |
| **Pre-Concentration Pond Berm Breaches** | | | | | | | | | | | | | Excavator LCY | Dozer LCY | | | | | | | | | |
| P-1 Exterior Berm Breach | X | | X | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| Salt Pad Exterior Berm Breach | X | | X | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| P-4 Interior Berm Breach | X | | X | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| **Production Pond Berm Breaches** | | | | | | | | | | | | | Excavator LCY | Dozer LCY | | | | | | | | | |
| Brine Buffer Pond (BBP) PLAYA Breach (R4 ROAD) | X | | | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| BBP_BHP Breach (R4 ROAD) | X | | | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| BBP_H2-C Breach (R4 ROAD) | X | | | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| BBP_H2-B Breach (R4 ROAD) | X | | | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| BBP_H2-C Breach (R4 ROAD) | X | | | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| BHP_PLAYA BREACH (B1 ROAD) | X | | | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| H1-A_H2-A Breach (R1 ROAD) | | X | | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| H1-B_H2-B Breach (R1 ROAD) | X | | | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| H1-C_H2-C Breach (R1 ROAD) | X | | | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| H1-A-PRB Breach (R4P ROAD) | X | | | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| H1-B_BM-4 Breach (R4P ROAD) | X | | | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| H1-C_BM-4 Breach (R4P ROAD) | X | | | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| BM-1_SMALL NORTHWEST POND Breach (R2 ROAD) | | X | | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| BM-1_BM-2 Breach (B1 ROAD) | X | | | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| BM-2_BM-3 Breach (B1 ROAD) | X | | | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| BM-3_BM-4 Breach (B1 ROAD) | X | | | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| BM-4_PRB Breach (B1 ROAD) | X | | | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| BM1_PLAYA Breach (R4P ROAD) | | X | | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| BM-2_PLAYA Breach (R4P ROAD) | | X | | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| BM-3_PLAYA Breach (R4P ROAD) | X | | | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| BM-4_PLAYA Breach (R4P ROAD) | X | | | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| H2-A_PLAYA Breach (R2P ROAD) | X | | | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| H2-C_PLAYA Breach (B1 ROAD) | X | | | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| H1-C_PLAYA Breach (B1 ROAD) | X | | | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| H1_A_PLAYA Breach (R2P ROAD) | X | | | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| BM1_TMA Breach (R4 ROAD) | X | | | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| BM2_TMA Breach (R4 ROAD) | X | | | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| BM3_TMA Breach (R4 ROAD) | X | | | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| TMA_PLAYA Breach (R4 ROAD) | X | | | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| PRB_PLAYA Breach (R2P ROAD) | X | | | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| ES_H1-A Breach (R2P ROAD) | | X | | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| ES_PLAYA Breach (R2P ROAD) | | X | | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |
| BBP_PLAYA BREACH (R4 ROAD) | X | | | | | | | | 3,646 | 4,375 | 5,381 | 9,756 | 5,381 | 4,375 | | | | | | | | | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M027/0191

| Description | Property Designation BLM | State / Private | On Lease | Off Lease | ROW | Length (ft) | Area (ft²) | BCY | Known Volume (BCY) | Calculated LCY | Required Material Rehandle LCY | Bonded Volume LCY | Excavator LCY | Dozer LCY | Loader/Trucks LCY | Recharge Water Transfer Culverts w/ Gate | Recharge Water Transfer Syphons | | | | Off-Playa Reveg Acres BLM | BLM ROW | State / Private |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Diversion Canal/Diversion Berm** | | | | | | | | | | | | | Excavator LCY | Dozer LCY | Loader/Trucks LCY | | | | | | | | |
| Diversion Berm Year 1 | X | | | | | | | | 311 | 373 | 1,120 | 1,493 | 746 | 373 | 373 | | | | | | 1.29 | | |
| Diversion Canal Stockpile | | | | | | | | | 17,876 | 21,451 | 6,451 | 21,451 | 34,354 | 8,000 | 6,451 | | Note:15,000 BCY adjacent to canal can be placed in canal using excavator | | | | | | |
| | | | | | | | | | | | | | Dozer Push LCY | FEL / Truck LCY | Dozer Grading LCY | Dozer Spreading Acres | | | | | | | |
| **Processing Facility Site** | | | | | | | | | | | | | | | | | | | | | | | |
| Projected Subsoil Stockpile | | | | | | | | | 133,448 | 160,138 | | | 35050 | 125087 | 125087 | 40.13 | | | | | | | |
| Projected Topsoil Stockpile | | | | | | | | | | | | | | | | | | | | | | | |
| Water Supply Wells | | | | | | | | | | | | | | | | | | | | | | | |
| Well #1 Topsoil | | X | | X | | 5,000 | | 93 | | 111 | 111 | 222 | | | | | Note: need to remove and then replace after pump remove, hole plugging and vault demolition. | | | | | | |
| Well #2 Topsoil | X | | | X | | 5,000 | | 93 | | 111 | 111 | 222 | | | | | Note: need to remove and then replace after pump remove, hole plugging and vault demolition. | | | | | | |
| **Roads** | | | | | | 5280 | | | | 0.5 | | 0.6667 | | | 0.67 | | | | | | | | |

| Access Roads | BLM | State/Private | On Lease | Off Lease | ROW | Width (ft) | Length (ft) | Surface Type | Percent Gravel | Gravel LCY | Percent Roadbase | Roadbase LCY | Percent Ditches | Ditch Material BCY | Culverts | Culvert Dimensions | Impacted Acres | Uncover Culvert LCY | BLM | Off-Playa Reveg Acres BLM ROW | STATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Access Roads** | | | | | | | | | | | | | | | | | | | | | |
| Access Road Segment A | X | | | | X | 25 | 28,403 | Native | 0.2 | 2,630 | 0.2 | 3,507 | 0.2 | 3,787 | 6 | 18" X 40' | 3.26 | 173.34 | | 0 | |
| Access Road Segment A | | X | | | X | 25 | 10,619 | Native | 0.2 | 983 | 0.2 | 1,311 | 0.2 | 1,416 | 2 | 18" X 40' | 1.22 | 57.78 | | | |
| Access Road Segment B | X | | | | X | 25 | 5,386 | Native | 0.2 | 499 | 1.2 | 3,990 | 0.2 | 718 | 1 | 36" X 40' | 0.62 | 28.89 | | | |
| Access Road Segment B | | X | | | X | 25 | 2,798 | Native | 0.2 | 259 | 2.2 | 3,800 | 0.2 | 373 | 1 | 18" X 40' | 0.32 | 28.89 | | 1.25 | |
| Access Road Segment C1 | X | | | | X | 25 | 17,635 | Native | 0.2 | 1,633 | 3.2 | 34,837 | 0.2 | 2,351 | 4 | 18" X 40' | 2.02 | 115.56 | | 3.18 | |
| Access Road Segment C2 | X | | | | X | 25 | 10,877 | Native | 0.2 | 1,007 | 4.2 | 28,201 | 0.2 | 1,450 | 2 | 18" X 40' | 1.25 | 57.78 | | 2.06 | |
| Access Road Segment D1 | X | | | | X | 25 | 5,280 | Native | 0.2 | 489 | 5.2 | 16,949 | 0.2 | 704 | 1 | 18" X 40' | 0.61 | 28.89 | | 1 | |
| Access Road Segment D2 | X | | | | X | 25 | - | Native | 0.2 | - | 0.2 | - | 0.2 | - | - | 18" X 40' | 0.00 | - | | 0.88 | |
| Access Road Segment E | X | | | | X | 25 | - | Native | 0.2 | - | 1 | - | 0.2 | - | - | 18" X 40' | 0.00 | - | | 2.85 | |
| Access Road Segment F | X | | | | X | 25 | - | Native | 0.2 | - | 1 | - | 0.2 | - | - | | 0.00 | - | | 0.3 | |
| Access Road Segment G | X | | | | X | 25 | - | Native | 0.5 | - | 0.5 | - | 0.5 | - | - | | 0.00 | - | | 3.12 | |
| Long Ridge Access Road | X | | | | X | 25 | 19,325 | Gravel/Native | 0.2 | 1,789 | 0.2 | 2,386 | 0.2 | 2,577 | 4 | 18" X 40' | 2.22 | 115.56 | | 3.77 | |
| Long Ridge Access Road | | X | | | X | 25 | 9,082 | Gravel/Native | 0.2 | 841 | 0.2 | 1,121 | 0.2 | 1,211 | 2 | 18" X 40' | 1.04 | 57.78 | | 0.0612397 | |
| Playa Access Spur 1 | X | | | | X | 25 | 2,964 | Native | 0.2 | 274 | 0.2 | 366 | 0.2 | 395 | 1 | 18" X 40' | 0.34 | 28.89 | | 0.0283563 | |
| Playa Access Spur 2 | X | | | | X | 25 | 386 | Native | 0.2 | 36 | 0.2 | 48 | 0.2 | 51 | - | 18" X 40' | 0.04 | - | | 0 | |
| Playa Access Spur 5 | X | | | | X | 25 | 68 | Native | 0.2 | 6 | 0.2 | 8 | 0.2 | 9 | - | 18" X 40' | 0.01 | - | | 0 | |
| Playa Access Spur 6 | X | | | | X | 25 | 947 | Native | 0.2 | 88 | 0.2 | 117 | 0.2 | 126 | - | 18" X 40' | 0.11 | - | | | |
| | | | | | | | | | | | | | | | 15 | | | | | | |
| | | | | | | | | | | | | | | | 3 | | | | | | |
| | | | | | | | | | | | | | | | 1 | | | | | | |
| **Well Roads** | | | | | | | | | | | | | | | | | | | | | |
| Water Supply Well Access Road 1 | X | | | | X | 25 | 3,850 | Native | 0.2 | 356 | 0.2 | 475 | 0.2 | 513 | 1 | 18" X 40' | 0.44 | 28.89 | | 0.72 | |
| Water Supply Well Access Road 1 | | X | | | X | 25 | 1,876 | Native | 0.2 | 174 | 0.2 | 232 | 0.2 | 250 | 1 | 18" X 40' | 0.22 | - | | | 0.36 |
| Water Supply Well Access Road 2 | X | | | | X | 25 | 4,011 | Native | 0.2 | 371 | 0.2 | 495 | 0.2 | 535 | 1 | 18" X 40' | 0.46 | 28.89 | | | |
| Water Monitoring Well Access Road | X | | | | X | 25 | 39,492 | Native | 0.2 | 3,657 | 0.2 | 4,876 | 0.2 | 5,266 | 8 | 18" X 40' | 4.53 | 231.13 | | | |
| Water Supply Well Access Road 2 | X | | | | X | 25 | 4,646 | Native | 0.2 | 430 | 0.2 | 574 | 0.2 | 620 | 1 | 18" X 40' | 0.53 | 28.89 | | | |
| | | | | | | | | | | | | | | | 3 | | | 86.67 | | | |
| | | | | | | | | | | | | | | | 8 | | | 231.13 | 0 | | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M027/0125

| Description | Property Designation | | Earthwork Location | | | Calculated Volume | | | Known Volume (BCY) | Calculated LCY | Required Material Rehandle LCY | Bonded Volume LCY | Percent Ditches | Ditch Material BCY | Recharge Water Transfer Culverts w/ Gate | Recharge Water Transfer Syphons | Impacted Acres | Uncover Culvert LCY | Topsoil Stockpiled LCY | Off-Playa Reveg Acres | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BLM | State / Private | On Lease | Off Lease | ROW | Width (ft) | 5280 Length (ft) | Surface Type | Percent Gravel | 0.5 Gravel LCY | Percent Roadbase | 0.6667 Roadbase LCY | | 0.67 Ditch Material BCY | Culverts | Culvert Dimensions | Impacted Acres | Uncover Culvert LCY | | BLM | BLM ROW | STATE |
| **Perimeter Road** | | | | | | | | | | | | | | | | | | | | | | |
| Perimeter Road BLM ON LEASE | X | | X | | | 33 | 92,583 | n/a | 0 | - | 0 | - | 1 | 61,722 | - | 18' X 40' | 70.14 | - | - | 6.03 | | |
| Perimeter Road BLM/ROW | X | | | | X | 33 | 31,978 | n/a | 0 | - | 0 | - | 1 | 21,319 | - | 18' X 40' | 24.23 | - | | | | |
| Perimeter Road STATE/PRIVATE | | X | X | | | 33 | 11,707 | n/a | 0 | - | 0 | - | 1 | 7,805 | - | 18' X 40' | 8.87 | - | | | | |
| Perimeter Road Passing lane (18 @ 40') | X | | X | | | 40 | 300 | n/a | 0 | - | 0 | - | 1 | 3,600 | - | 18' X 40' | 4.96 | - | | | | |
| Perimeter Road Passing lane (3 @ 40') | | x | X | | | 40 | 300 | n/a | 0 | - | 0 | - | 1 | 600 | - | 18' X 40' | 0.83 | - | | | | |
| Perimeter Road Turnarounds (2 @ 160') | X | | X | | | 160 | 320 | n/a | 0 | - | 0 | - | 1 | 427 | - | 18' X 40' | 2.35 | - | | | | |
| Diversion Canal Crossing | X | | X | | | | | | | | | | | | 1 | 4' X 8' X 50' | | 288 | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| **Production Pond Culverts** | | | | | | | | | | | | | | | Culverts | Culvert Dimensions | | Uncover Culvert LCY | | | | |
| 12-inch Precast Concrete Culverts | X | | X | | | | | | | | | | | | 1 | 12" X 30' | | 28.89 | | | | |
| 12-inch Precast Concrete Culverts | | | X | | | | | | | | | | | | 1 | 12" X 60' | | 57.78 | | | | |
| 16-inch Precast Concrete Culverts | | X | | X | | | | | | | | | | | 1 | 16" X 55' | | 52.97 | | | | |
| 16-inch Precast Concrete Culverts | | | | X | | | | | | | | | | | 1 | 16" X 100' | | 96.30 | | | | |
| 26-inch Precast Concrete Culverts | | X | | X | | | | | | | | | | | 2 | 26" X 45' | | 150.00 | | | | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M027/0125

| Description | Property Designation | | Earthwork Location | | | Calculated Volume | | | Known Volume (BCY) | Calculated LCY | Required Material Rehandle LCY | Bonded Volume LCY | | | Recharge Water Transfer Culverts w/ Gate | Recharge Water Transfer Syphons | | | | Off-Playa Reveg Acres | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BLM | State / Private | On Lease | Off Lease | ROW | Length (ft) | Area (ft³) | BCY | | | | | | | | | | | | BLM | BLM ROW | State / Private |
| **Water Transfer Culverts** | | | | | | | | | | | | | | | | | | | | | | |
| Trench 1 | X | | X | | | | | | | | | | | | | - | 24" X 28' | | | | | |
| Trench 1 | | X | X | | | | | | | | | | | | | - | 24" X 28' | - | | | | |
| Trench 2 | X | | X | | | | | | | | | | | | | 2 | 24" X 28' | 124.44 | | | | |
| Trench 2 | | X | X | | | | | | | | | | | | | - | 24" X 28' | - | | | | |
| Trench 3 | X | | X | | | | | | | | | | | | | 1 | 24" X 28' | 62.22 | | | | |
| Trench 3 | | X | X | | | | | | | | | | | | | - | 24" X 28' | - | | | | |
| Trench 4 | X | | X | | | | | | | | | | | | | 1 | 24" X 28' | 62.22 | | | | |
| Trench 4 | | X | X | | | | | | | | | | | | | 1 | 24" X 28' | 62.22 | | | | |
| Trench 5 | X | | X | | | | | | | | | | | | | 2 | 24" X 28' | 124.44 | | | | |
| Trench 5 | | X | X | | | | | | | | | | | | | - | 24" X 28' | - | | | | |
| Trench 6 | X | | X | | | | | | | | | | | | | 2 | 24" X 28' | 124.44 | | | | |
| Trench 6 | | X | X | | | | | | | | | | | | | - | 24" X 28' | - | | | | |
| Trench 7 | X | | X | | | | | | | | | | | | | 2 | 24" X 28' | 124.44 | | | | |
| Trench 7 | | X | X | | | | | | | | | | | | | - | 24" X 28' | - | | | | |
| Trench 8 | X | | X | | | | | | | | | | | | | 1 | 24" X 28' | 62.22 | | | | |
| Trench 8 | | X | X | | | | | | | | | | | | | - | 24" X 28' | - | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| **Other Haul Roads** | | | | | | | | | | | Road Surface Gravel | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| Haulroad Spur to Tailings Pond | X | | | | | 186 | 178.22 | 1,228 | | 1,473 | 242 | 1,715 | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| Haulroad processing Plant to Production Pond | | | | | | | | | | | | | | | | | | | | | | |
| Prod Plant to Playa Line | | X | X | | | 1623 | 178.22 | 10,713 | | 12,856 | 2,110 | 14,966 | | | | | | | | | | |
| Playa line to Perimeter Road | | X | X | | | 438 | 178.22 | 2,891 | | 3,469 | 569 | 4,039 | | | | | | | | | | |
| Perimeter Road to Prod Pond | | X | X | | | 304 | 178.22 | 2,007 | | 2,408 | 395 | 2,803 | | | | | | | | | | |
| CPM Spur Road | X | | X | | | 1600 | 178.22 | 10,561 | | 12,673 | 2,080 | 14,753 | | | | | | | | | | |
| CPM Spur Road | | X | X | | | 125 | 178.22 | 825 | | 990 | 163 | 1,153 | | | | | | | | | | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## Earthwork - Production Pond Berms

| Ref. No. | Description | | Property Designation | Equipment Fleet Rate Designation |
|---|---|---|---|---|
| H1 -A | | | | |
| | R2P ROAD | BLM | | A |
| | R2P ROAD | State | | A |
| | R1 ROAD | BLM | | A |
| | R1 ROAD | State | | A |
| | B1 BERM | BLM | | A |
| | R4P ROAD | BLM | | A |
| H1 - B | | | | |
| | R1 ROAD | BLM | | A |
| | B1 BERM | BLM | | A |
| | R4P ROAD | BLM | | A |
| H1- C | | | | |
| | R1 ROAD | BLM | | A |
| | B1 BERM | BLM | | A |
| | R4P ROAD | BLM | | A |
| H2 - A | | | | |
| | R2P ROAD | BLM | | A |
| | R2P ROAD | State | | A |
| | R4 ROAD | BLM | | A |
| | R4 ROAD | BLM | | A |
| H2 - B | | | | |
| | R4 ROAD | BLM | | A |
| | B1 BERM | BLM | | A |
| H2 - C | | | | |
| | R4 ROAD | BLM | | A |
| | B1 BERM | BLM | | A |
| BHP | | | | |
| | B1 BERM | BLM | | A |
| | R4 ROAD | BLM | | A |
| BM-1 | | | | |
| | B1 BERM | BLM | | A |
| | B1 BERM | STATE | | A |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

|  |  |  |  |
|---|---|---|---|
| | R4P ROAD STATE | | A |
| | R2P ROAD BLM | | A |
| | R2P ROAD STATE | | A |
| | R4 ROAD BLM | | A |
| **BM-2** | | | |
| | B1 BERM BLM | | A |
| | R4 ROAD BLM | | A |
| | R4P ROAD BLM | | A |
| | R4P ROAD STATE | | A |
| **BM-3** | | | |
| | B1 BERM BLM | | A |
| | Type B2 Berm BLM | | A |
| | Type R1 Berm BLM | | A |
| **BM-4** | | | |
| | B1 BERM BLM | | A |
| | R4P ROAD BLM | | A |
| | R2P ROAD BLM | | A |
| **TMA** | | | |
| | B1 BERM BLM | | A |
| | R4 ROAD BLM | | A |
| **PRB** | | | |
| | R2P ROAD BLM | | A |
| **SMALL NORTHWEST BM1 POND** | | | |
| | R4P ROAD BLM | | A |
| | R2 ROAD BLM | | A |
| **ES** | | | |
| | R1 ROAD | BLM | A |
| | R2P ROAD | BLM | A |
| **Brine Buffer Pond** | | | |
| | R2P ROAD BLM | | A |
| | R4 ROAD BLM | | A |
| | | | |
| Production Pond Berms | | | |
| **Total Time** | | | |

A    Excavator - Average 50.1-66.0MTONS

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| C1 | Excavator - Average 50.1-66.0MTONS |
| C1 | Caterpillar D8T LGP |
| C2 | Excavator - Average 50.1-66.0MTONS |
| C2 | Caterpillar D8T LGP |

**Fuel/lube Truck Hours**
**Fuel/lube Truck Hours**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Fleet Description | Fleet Unit Cost | Units | Quanity | Units |
|---|---|---|---|---|
| Excavator Fleet A _ CAT 349F (417hp) | $ 439.89 | $/HR | 47,728 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ 439.89 | $/HR | 6,588 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ 439.89 | $/HR | 1,654 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ 439.89 | $/HR | 4,516 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ 439.89 | $/HR | 27,103 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ 439.89 | $/HR | 2,454 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ 439.89 | $/HR | 6,220 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ 439.89 | $/HR | 2,683 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ 439.89 | $/HR | 2,614 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ 439.89 | $/HR | 6,198 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ 439.89 | $/HR | 26,966 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ 439.89 | $/HR | 2,614 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ 439.89 | $/HR | 16,698 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ 439.89 | $/HR | 20,465 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ 439.89 | $/HR | 2,352 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ 439.89 | $/HR | 18,439 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ 439.89 | $/HR | 5,306 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ 439.89 | $/HR | 18,439 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ 439.89 | $/HR | 5,371 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ 439.89 | $/HR | 18,439 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ 439.89 | $/HR | 13,729 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ 439.89 | $/HR | - | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ 439.89 | $/HR | 5,266 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ 439.89 | $/HR | 3,936 | LCY |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125 -

| Item | | Rate | | Qty | Unit |
|------|---|------|---|-----|------|
| Excavator Fleet A _ CAT 349F (417hp) | $ | 439.89 | $/HR | | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ | 439.89 | $/HR | 10,355 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ | 439.89 | $/HR | 8,076 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ | 439.89 | $/HR | 6,426 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ | 439.89 | $/HR | 9,342 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ | 439.89 | $/HR | 6,217 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ | 439.89 | $/HR | 764 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ | 439.89 | $/HR | 6,876 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ | 439.89 | $/HR | 9,223 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ | 439.89 | $/HR | 7,837 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ | 439.89 | $/HR | 6,056 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ | 439.89 | $/HR | 9,187 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ | 439.89 | $/HR | 3,246 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ | 439.89 | $/HR | 7,437 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ | 439.89 | $/HR | 14,183 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ | 439.89 | $/HR | 9,705 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ | 439.89 | $/HR | 22,688 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ | 439.89 | $/HR | 233 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ | 439.89 | $/HR | 4,104 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ | 439.89 | $/HR | 6,903 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ | 439.89 | $/HR | 5,193 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ | 439.89 | $/HR | 1,840 | LCY |
| Excavator Fleet A _ CAT 349F (417hp) | $ | 439.89 | $/HR | 13,601 | LCY |

| Fuel Rate | HRS | Gals |
|-----------|-----|------|
| 9.75 | #### | 16,316 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

| | | | |
|---|---|---|---|
| 9.75 | - | M/027/0125 | - |
| 10.3 | - | | - |
| 9.75 | - | | - |
| 10.3 | - | | - |
| | | **16,316** | |
| | | **8.16** | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Production Rate | Units | Time | Units | Year 1 | | |
| | | | | Cost BLM On Lease | Cost BLM ROW | Cost State / Private |
|---|---|---|---|---|---|---|
| 259 | LCY/HR | 184.40 | HR | $ 81,118 | | |
| 259 | LCY/HR | 25.45 | HR | | | $ 11,197 |
| 248 | LCY/HR | 6.67 | HR | $ 2,934 | | |
| 248 | LCY/HR | 18.21 | HR | | | $ 8,010 |
| 264 | LCY/HR | 102.57 | HR | $ 45,120 | | |
| 259 | LCY/HR | 9.48 | HR | $ 4,170 | | |
| | | | | $ 133,342 | $ - | $ 19,207 | $ 152,550 |
| 248 | LCY/HR | 25.08 | HR | $ 11,034 | | |
| 264 | LCY/HR | 10.16 | HR | $ 4,467 | | |
| 259 | LCY/HR | 10.10 | HR | $ 4,443 | | |
| | | | | $ 19,944 | $ - | $ - | $ 19,944 |
| 248 | LCY/HR | 24.99 | HR | $ 10,994 | | |
| 264 | LCY/HR | 102.05 | HR | $ 44,893 | | |
| 259 | LCY/HR | 10.10 | HR | $ 4,443 | | |
| | | | | $ 60,329 | $ - | $ - | $ 60,329 |
| 259 | LCY/HR | 64.52 | HR | $ 28,380 | | |
| 259 | LCY/HR | 79.07 | HR | | | $ 34,782 |
| 259 | LCY/HR | 9.09 | HR | $ 3,997 | | |
| 264 | LCY/HR | 69.78 | HR | $ 30,697 | | |
| | | | | $ 32,378 | $ - | $ 34,782 | $ 67,160 |
| 259 | LCY/HR | 20.50 | HR | $ 9,018 | | |
| 264 | LCY/HR | 69.78 | HR | $ 30,697 | | |
| | | | | $ 39,715 | $ - | $ - | $ 39,715 |
| 259 | LCY/HR | 20.75 | HR | $ 9,129 | | |
| 264 | LCY/HR | 69.78 | HR | $ 30,697 | | |
| | | | | $ 39,826 | $ - | $ - | $ 39,826 |
| 264 | LCY/HR | 51.96 | HR | $ 22,856 | | |
| 259 | LCY/HR | - | HR | $ - | | |
| | | | | $ 22,856 | $ - | $ - | $ 22,856 |
| 264 | LCY/HR | 19.93 | HR | $ 8,767 | | |
| 264 | LCY/HR | 14.90 | HR | | | $ 6,553 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Rate | Qty | Unit | Amount 1 | Amount 2 | Amount 3 | Total |
|---|---|---|---|---|---|---|
| 259 LCY/HR | - | HR | $ - | $ | | |
| 259 LCY/HR | 40.01 | | $ 17,600 | | | |
| 259 LCY/HR | 31.20 | | | | $ 13,725 | |
| 259 LCY/HR | 24.83 | | $ 10,922 | | | |
| | | | **$ 37,289** | **$ -** | **$ 20,278** | **$ 57,567** |
| 264 LCY/HR | 35.35 | HR | $ 15,552 | | | |
| 259 LCY/HR | 24.02 | HR | $ 10,566 | | | |
| 259 LCY/HR | 2.95 | HR | $ 1,299 | | | |
| 259 LCY/HR | 26.57 | HR | | | $ 11,686 | |
| | | | **$ 27,417** | **$ -** | **$ 11,686** | **$ 39,104** |
| 264 LCY/HR | 34.91 | HR | $ 15,355 | | | |
| 259 LCY/HR | 30.28 | HR | $ 13,320 | | | |
| 259 LCY/HR | 23.40 | HR | $ 10,294 | | | |
| | | | **$ 38,968** | **$ -** | **$ -** | **$ 38,968** |
| 264 LCY/HR | 34.77 | HR | $ 15,295 | | | |
| 259 LCY/HR | 12.54 | HR | $ 5,516 | | | |
| 259 LCY/HR | 28.73 | HR | $ 12,639 | | | |
| | | | **$ 33,450** | **$ -** | **$ -** | **$ 33,450** |
| 259 LCY/HR | 54.80 | HR | $ 24,106 | | | |
| 259 LCY/HR | 37.50 | HR | $ 16,495 | | | |
| | | | **$ 40,600** | **$ -** | **$ -** | **$ 40,600** |
| 259 LCY/HR | 87.66 | HR | $ 38,561 | | | |
| | | | **$ 38,561** | **$ -** | **$ -** | **$ 38,561** |
| 259 LCY/HR | 0.90 | HR | $ 397 | | | |
| 259 LCY/HR | 15.86 | HR | $ 6,976 | | | |
| | | | **$ 7,372** | **$ -** | **$ -** | **$ 7,372** |
| 248 LCY/HR | 27.84 | HR | $ 12,245 | | | |
| 259 LCY/HR | 20.06 | HR | $ 8,826 | | | |
| | | | **$ 21,071** | **$ -** | **$ -** | **$ 21,071** |
| 248 LCY/HR | 7.42 | HR | $ 3,264 | | | |
| 259 LCY/HR | 52.55 | HR | $ 23,116 | | | |
| | | | **$ 26,380** | **$ -** | **$ -** | **$ 26,380** |
| Total | | | **$ 619,499** | **$ -** | **$ 85,954** | **$ 705,453** |
| **1,673** | | | | | | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M027/0125

**Equipment Fleet Rate Sheets**

| Reclamation Activity | Fleet Name | Equipment | Reference | Monthly Rate | Ownership Cost (Hourly) | Operating Cost (Hourly) | FHWA Rate | Shift Operation Percentage | Effective Hourly Rate |
|---|---|---|---|---|---|---|---|---|---|
| | Excavator Fleet A _ CAT 349F (417hp) | Excavator - Average 50.1-66.0MTONS | EquipmentWatch | $22,995 | $131 | $98 | $229 | 1.00 | $229 |
| Brem grading, | | Transportation - 4X4 Crew Cab | EquipmentWatch | $1,095 | $6 | $14 | $20 | 0.1667 | $3 |
| | | Standby Rate | EquipmentWatch | | $5 | $0 | $5 | 0.8333 | $4 |
| | | Ingersoll Rand Light Source** | EquipmentWatch | $420 | $2 | $3 | $5 | 1 | $5 |
| | Excavator Fleet B _ CAT 349F (417hp) | Excavator - Average 50.1-66.0MTONS | EquipmentWatch | $22,995 | $131 | $98 | $229 | 1.00 | $229 |
| Brem grading, | | Transportation - MarshMaster MM-2LX | EquipmentWatch | $6,712 | $38 | $25 | $63 | 0.1667 | $10 |
| | | Standby Rate | EquipmentWatch | | $38 | $0 | $38 | 0.8333 | $32 |
| | | Ingersoll Rand Light Source** | EquipmentWatch | $420 | $2 | $3 | $5 | 1 | $5 |
| | Excavator w/ support Dozer Fleet C1 _ CAT 349F (417hp) | Excavator - Average 50.1-66.0MTONS | EquipmentWatch | $22,995 | $131 | $98 | $229 | 1.00 | $229 |
| | | Transportation - 4X4 Crew Cab | EquipmentWatch | $1,095 | $6 | $14 | $20 | 0.1667 | $3 |
| | | Standby Rate | EquipmentWatch | | $5 | $0 | $5 | 0.8333 | $4 |
| Brem grading, road grading, breaches | | Ingersoll Rand Light Source** | EquipmentWatch | $420 | $2 | $3 | $5 | 1 | $5 |
| | Fleet C1_CAT D8T LGP (312hp) | Caterpillar D8T LGP | EquipmentWatch | $39,715 | $226 | $147 | $373 | 1.00 | $373 |
| | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | Excavator - Average 50.1-66.0MTONS | EquipmentWatch | $22,995 | $131 | $98 | $229 | 1.00 | $229 |
| Brem grading, road grading, breaches | | Caterpillar D8T LGP | EquipmentWatch | $39,715 | $226 | $147 | $373 | 1.00 | $373 |
| | | Transportation - 4X4 Crew Cab | EquipmentWatch | $1,095 | $6 | $14 | $20 | 0.1667 | $3 |
| | | Standby Rate | EquipmentWatch | | $5 | $0 | $5 | 0.8333 | $4 |
| | Fleet C2_CAT D8T LGP (312hp) | Ingersoll Rand Light Source** | EquipmentWatch | $420 | $2 | $3 | $5 | 1 | $5 |
| | Fleet D CAT 966FEL_CAT 735 Truck | Caterpillar 966K w 5.5cy bucket | EquipmentWatch | $8,510 | $48 | $43 | $92 | 1 | $92 |
| | | Caterpillar 735 Articulated Rear Dump truck | EquipmentWatch | $28,915 | $164 | $91 | $255 | 1 | $255 |
| | Fleet D_CAT D8T | Caterpillar D8T LGP | EquipmentWatch | $39,715 | $226 | $147 | $373 | 1.00 | $373 |
| | Fleet E CAT 980FEL_CAT 735 Truck | Caterpillar 980K w 7.0cy bucket | EquipmentWatch | $10,500 | $60 | $64 | $124 | 1 | $124 |
| | | Caterpillar 735 Articulated Rear Dump truck | EquipmentWatch | $28,915 | $164 | $91 | $255 | 1 | $255 |
| | Fleet E_CAT D8T | Caterpillar D8T LGP | EquipmentWatch | $39,715 | $226 | $147 | $373 | 1.00 | $373 |
| | Fleet F CAT 988FEL_CAT 735 Truck | Caterpillar 988H w 7.7cy bucket | EquipmentWatch | $18,285 | $104 | $96 | $200 | 1 | $200 |
| | | Caterpillar 735 Articulated Rear Dump truck | EquipmentWatch | $28,915 | $164 | $91 | $255 | 1 | $255 |
| Soil hauling / spreading | Fleet F_CAT D8T | Caterpillar D8T LGP | EquipmentWatch | $39,715 | $226 | $147 | $373 | 1.00 | $373 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Equipment Fleet Rate Sheets**

| Reclamation Activity | Fleet Name | Equipment | Reference | Monthly Rate | Ownership Cost (Hourly) | Operating Cost (Hourly) | FHWA Rate | Shift Operation Percentage | Effective Hourly Rate |
|---|---|---|---|---|---|---|---|---|---|
| Road & site grading, culvert removal | Fleet G CAT 12G Grader | | | | | | | | |
| | | Caterpillar 12G Motor Grader | EquipmentWatch | $1,965 | $11 | $31 | $42 | 1 | $42 |
| | Fleet G-3 CAT 966FEL_Highway Dump Trucks | Caterpillar 966K Articulated Wheel Loader | EquipmentWatch | $8,510 | $48 | $43 | $92 | 1 | $92 |
| | | Stand-by Rate | EquipmentWatch | | $32 | $0 | $32 | 0.08 | $3 |
| Road regrading loading/ hauling | | On-Highway Rear Dumps 8X4 450hp 15-18cy | EquipmentWatch | $5,520 | $31 | $76 | $107 | 1 | $107 |
| | | Transportation - 4X4 Crew Cab | EquipmentWatch | $1,095 | $6 | $14 | $20 | 0.1667 | $3 |
| | | Standby Rate | EquipmentWatch | | $5 | $0 | $5 | 0.8333 | $4 |
| | Fleet G-6 CAT 966FEL_Highway Dump Trucks | Caterpillar 966K Articulated Wheel Loader | EquipmentWatch | $8,510 | $48 | $43 | $92 | 1 | $92 |
| | | Stand-by Rate | EquipmentWatch | | $32 | $0 | $32 | 0.08 | $3 |
| Road regrading loading/ hauling | | On-Highway Rear Dumps 8X4 450hp 15-18cy | EquipmentWatch | $5,520 | $31 | $76 | $107 | 1 | $107 |
| | | Transportation - 4X4 Crew Cab | EquipmentWatch | $1,095 | $6 | $14 | $20 | 0.1667 | $3 |
| | | Standby Rate | EquipmentWatch | | $5 | $0 | $5 | 0.8333 | $4 |
| | Fleet G-8 CAT 966FEL_Highway Dump Trucks | Caterpillar 966K Articulated Wheel Loader | EquipmentWatch | $8,510 | $48 | $43 | $92 | 1 | $92 |
| | | Stand-by Rate | EquipmentWatch | | $32 | $0 | $32 | 0.08 | $3 |
| Road regrading loading/ hauling | | On-Highway Rear Dumps 8X4 450hp 15-18cy | EquipmentWatch | $5,520 | $31 | $76 | $107 | 1 | $107 |
| | | Transportation - 4X4 Crew Cab | EquipmentWatch | $1,095 | $6 | $14 | $20 | 0.1667 | $3 |
| | | Standby Rate | EquipmentWatch | | $5 | $0 | $5 | 0.8333 | $4 |
| | Fleet G-10 CAT 966FEL_Highway Dump Trucks | Caterpillar 966K Articulated Wheel Loader | EquipmentWatch | $8,510 | $48 | $43 | $92 | 1 | $92 |
| | | Stand-by Rate | EquipmentWatch | | $32 | $0 | $32 | 0.08 | $3 |
| Road regrading loading/ hauling | | On-Highway Rear Dumps 8X4 450hp 15-18cy | EquipmentWatch | $5,520 | $31 | $76 | $107 | 1 | $107 |
| | | Transportation - 4X4 Crew Cab | EquipmentWatch | $1,095 | $6 | $14 | $20 | 0.1667 | $3 |
| | | Standby Rate | EquipmentWatch | | $5 | $0 | $5 | 0.8333 | $4 |
| | Fleet G-16 CAT 966FEL_Highway Dump Trucks | Caterpillar 966K Articulated Wheel Loader | EquipmentWatch | $7,289 | $41 | $54 | $95 | 0.84 | $80 |
| | | Stand-by Rate | EquipmentWatch | | $5 | $0 | $5 | 0.16 | $1 |
| Road regrading loading/ hauling | | On-Highway Rear Dumps 8X4 450hp 15-18cy | EquipmentWatch | $5,520 | $31 | $76 | $107 | 1 | $107 |
| | | Transportation - 4X4 Crew Cab | EquipmentWatch | $1,095 | $6 | $14 | $20 | 0.1667 | $3 |
| | | Standby Rate | EquipmentWatch | | $5 | $0 | $5 | 0.8333 | $4 |
| Culvert removal | Fleet G CAT 325D Excavator | | | | | | | | |
| | | Caterpillar 325D Excavator w 2CY bucket | EquipmentWatch | $13,810 | $78 | $64 | $143 | 1 | $143 |
| | Fleet H_CAT 349F | | | | | | | | |
| | | Excavator - Average 50.1-66.0MTONS | EquipmentWatch | $23,325 | $133 | $107 | $239 | 1.00 | $239 |
| Berm grading loading / hauling | Fleet H CAT 966FEL_CAT 735 Truck | Caterpillar 966K w 5.5cy bucket | EquipmentWatch | $7,289 | $41 | $54 | $95 | 1 | $95 |
| | | Caterpillar 735 Articulated Rear Dump truck | EquipmentWatch | $28,915 | $164 | $91 | $255 | 1 | $255 |
| | Fleet H_CAT D8T | | | | | | | | |
| | | Caterpillar D8T LGP | EquipmentWatch | $39,715 | $226 | $147 | $373 | 1 | $373 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Equipment Fleet Rate Sheets**

| Reclamation Activity | Fleet Name | Equipment | Reference | Monthly Rate | Ownership Cost (Hourly) | Operating Cost (Hourly) | FHWA Rate | Shift Operation Percentage | Effective Hourly Rate |
|---|---|---|---|---|---|---|---|---|---|
| Hauling disposal | Fleet J On-Highway Trucks_Disposal | | | | | | | | |
| | | On-Highway Rear Dumps 8X4 450hp 15-18cy | EquipmentWatch | $5,520 | $31 | $76 | $107 | 1 | $107 |
| | Support Equipment | Fuel/Lube Truck (2000 gal fuel) | 2023 Mine & Mill | | $5 | $33 | $38 | 0.7 | $27 |
| | | Stand-by Rate | 2023 Mine & Mill | | $5 | $0 | $5 | 0.3 | $2 |

2

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| 10% Contractor Equipment Profit | RS Means Operator Hourly Labor w/ O&P * | Designation | Number of Personnel | Total Eq & Labor Costs per Hour | CAT Handbook Fuel Consumption per Hr (Average Medium) | EW Fuel Consumption Rate per Hr | CAT Handbook Percent > Max OEM Rate per Hr |
|---|---|---|---|---|---|---|---|
| $252 | $102 | Operator | 1 | $353 | 9.75 | 18.35 | 18% |
| | $73 | Laborer | 1 | $73 | | | |
| $4 | | | | $4 | | | |
| $4 | | | | $4 | | | |
| $6 | | | | $6 | | | |
| | | | | $440 | | | |
| $252 | $102 | Operator | 1 | $353 | 9.75 | 18.35 | 18% |
| | $73 | Laborer | 1 | $73 | | | |
| $11 | | | | $11 | | | |
| $35 | | | | $35 | | | |
| $6 | | | | $6 | | | |
| | | | | $478 | | | |
| $252 | $102 | Operator | 1 | $353 | 9.75 | 18.35 | 18% |
| | $73 | Laborer | 1 | $73 | | | |
| $4 | | | | $4 | | | |
| $4 | | | | $4 | | | |
| $6 | | | | $6 | | | |
| | | | | $440 | | | |
| $410 | $102 | Operator | 1 | $512 | 10.3 | 11.47 Top of Medium | |
| | $73 | Laborer | 1 | $73 | | | |
| | | | | $584 | | | |
| $252 | $102 | Operator | 1 | $353 | 9.75 | 18.35 | 18% |
| | $73 | Laborer | 1 | $73 | | | |
| | | | | $426 | | | |
| $410 | $102 | Operator | 1 | $512 | 10.3 | 11.47 Top of Medium | |
| | $73 | Laborer | 1 | $73 | | | |
| $4 | | | | $4 | | | |
| $4 | | | | $4 | | | |
| $6 | | | | $6 | | | |
| | | | | $598 | | | |
| $101 | $102 | Operator | 1 | $203 | 2.35 | 8.54 | 40% |
| $281 | $85 | Operator | 3 | $1,097 | 7.15 | 8.38 Top of Medium | |
| | | | | $1,300 | | | |
| $410 | $102 | Operator | 1 | $512 | 10.3 | 11.47 Top of Medium | |
| | | | | $512 | | | |
| $136 | $102 | Operator | 1 | $238 | 5.6 | 11.81 | 53% |
| $281 | $85 | Operator | 3 | $1,097 | 7.15 | 8.38 Top of Medium | |
| | | | | $1,335 | | | |
| $410 | $102 | Operator | 1 | $512 | 10.3 | 11.47 Top of Medium | |
| | | | | $512 | | | |
| $220 | $102 | Operator | 1 | $321 | 10.4 | 15.20 | 4% |
| $281 | $85 | Operator | 3 | $1,097 | 7.15 | 8.38 Top of Medium | |
| | | | | $1,419 | | | |
| $410 | $102 | Operator | 1 | $512 | 10.3 | 11.47 Top of Medium | |
| | | | | $512 | | | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| 10% Contractor Equipment Profit | RS Means Operator Hourly Labor w/ O&P * | Designation | Number of Personnel | Total Eq & Labor Costs per Hour | CAT Handbook Fuel Consumption Rate per Hr (Average Medium) | EW Fuel Consumption Rate per Hr | CAT Handbook Percent > Max OEM Rate per Hr |
|---|---|---|---|---|---|---|---|
| $47 | $102 | Operator | 1 | $148 | 3.9 | 5.13 | 5% |
| | | | | $148 | | | |
| $101 | $102 | Operator | 1 | $203 | 2.35 | 8.54 | 40% |
| $3 | $0 | Operator | 1 | $3 | | | |
| $118 | $85 | Operator | 3 | $608 | 12.6 | 11.95 Medium | |
| $4 | | | | $4 | | | |
| $4 | | | | $4 | | | |
| | | | | $822 | | | |
| $101 | $102 | Operator | 1 | $203 | 2.35 | 8.54 | 40% |
| $3 | $0 | Operator | 1 | $3 | | | |
| $118 | $85 | Operator | 6 | $1,216 | 12.6 | 11.95 Medium | |
| $4 | | | | $4 | | | |
| $4 | | | | $4 | | | |
| | | | | $1,430 | | | |
| $101 | $102 | Operator | 1 | $203 | 2.35 | 8.54 | 40% |
| $3 | $0 | Operator | 1 | $3 | | | |
| $118 | $85 | Operator | 8 | $1,621 | 12.6 | 11.95 Medium | |
| $4 | | | | $4 | | | |
| $4 | | | | $4 | | | |
| | | | | $1,835 | | | |
| $101 | $102 | Operator | 1 | $203 | 2.35 | 8.54 | 40% |
| $3 | $0 | Operator | 1 | $3 | | | |
| $118 | $85 | Operator | 10 | $2,027 | 12.6 | 11.95 Medium | |
| $4 | | | | $4 | | | |
| $4 | | | | $4 | | | |
| | | | | $2,240 | | | |
| $88 | $102 | Operator | 1 | $190 | 2.35 | 8.54 | 40% |
| $1 | $0 | Operator | 1 | $1 | | | |
| $118 | $85 | Operator | 16 | $3,243 | 12.6 | 11.95 Medium | |
| $4 | | | | $4 | | | |
| $4 | | | | $4 | | | |
| | | | | $3,441 | | | |
| $157 | $102 | Operator | 1 | $259 | 7.7 | 7.90 Medium | |
| | | | | $259 | | | |
| $263 | $102 | Operator | 1 | $365 | 9.75 | 18.35 | 18% |
| | $73 | Laborer | 1 | $73 | | | |
| | | | | $437 | | | |
| $105 | $102 | Operator | 1 | $207 | 2.35 | 8.54 | 40% |
| $281 | $85 | Operator | 3 | $1,097 | 7.15 | 8.38 Top of Medium | |
| | | | | $1,304 | | | |
| $410 | $102 | Operator | 1 | $512 | 10.3 | 11.47 Top of Medium | |
| | | | | $512 | | | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M027/0125

| 10% Contractor Equipment Profit | RS Means Operator Hourly Labor w/ O&P * | Designation | Number of Personnel | Total Eq & Labor Costs per Hour | CAT Handbook Fuel Consumption Rate per Hr (Average Medium) | EW Fuel Consumption Rate per Hr | CAT Handbook Percent > Max OEM Rate per Hr |
|---|---|---|---|---|---|---|---|
| $118 | $85 | Operator | 6 | $1,216 | 12.6 | 11.95 | Medium |
| $29 | $85 | Operator | 1 | $115 | | | |
| $2 | $0 | Operator | 1 | $2 | | | |

2

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Equipment Overhead per Hr Included | Percent Overhead Cost |
|---|---|
| $8.89 | $0.04 |
| $0.10 | $0.03 |
| $0.49 | $0.12 |
| $8.89 | $0.04 |
| $0.52 | $0.05 |
| $1.59 | $0.05 |
| $8.89 | $0.04 |
| $0.10 | $0.03 |
| $0.49 | $0.12 |
| $29.59 | $0.08 |
| $8.89 | $0.04 |
| $29.59 | $0.08 |
| $0.10 | $0.03 |
| $0.49 | $0.12 |
| $11.24 | $0.12 |
| $7.13 | $0.03 |
| $29.59 | $0.08 |
| $11.28 | $0.09 |
| $7.13 | $0.03 |
| $29.59 | $0.08 |
| $14.96 | $0.07 |
| $7.13 | $0.03 |
| $29.59 | $0.08 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Equipment Overhead per Hr Included | Percent Overhead Cost |
|---|---|
| $11.24 | $0.12 |
| $0.90 | $0.35 |
| $3.75 | $0.04 |
| $0.10 | $0.03 |
| $0.49 | $0.12 |
| | |
| $11.24 | $0.12 |
| $0.90 | $0.35 |
| $3.75 | $0.04 |
| $0.10 | $0.03 |
| $0.49 | $0.12 |
| | |
| $11.24 | $0.12 |
| $0.90 | $0.35 |
| $3.75 | $0.04 |
| $0.10 | $0.03 |
| $0.49 | $0.12 |
| | |
| $11.24 | $0.12 |
| $3.75 | $0.04 |
| $0.10 | $0.03 |
| $0.49 | $0.12 |
| | |
| $9.44 | $0.12 |
| $1.80 | $2.46 |
| $3.75 | $0.04 |
| $0.10 | $0.03 |
| $0.49 | $0.12 |
| | |
| $3.22 | $0.02 |
| | |
| $8.89 | $0.04 |
| | |
| $11.24 | $0.12 |
| $7.13 | $0.03 |
| | |
| $29.59 | $0.08 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Equipment Overhead per Hr Included | Percent Overhead Cost |
|---|---|
| $3.75 | $0.04 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



www.equipmentwatch.com

All prices shown in US Dollars ($)

## Rental Rate Blue Book®

November 8, 2023

**Miscellaneous 50.1-66.0 MTONS**
Crawler Mounted Hydraulic Excavators

Size Class:
50.5 - 66.4 mt
Weight:
N/A



### Configuration for 50.1-66.0 MTONS

| Operating Weigh | 66.0 mt | Power Mode | | Diesel |
|---|---|---|---|---|

### Blue Book Rates
** FHWA Rate is equal to the monthly ownership cost divided by 176 plus the hourly estimated operating cost.

| | Ownership Costs | | | | Estimated Operating Costs | FHWA Rate** |
|---|---|---|---|---|---|---|
| | Monthly | Weekly | Daily | Hourly | Hourly | Hourly |
| Published Rates | USD $22,996.00 | USD $6,440.00 | USD $1,610.00 | USD $240.00 | USD $98.05 | USD $228.70 |
| Adjustments | | | | | | |
| Region ( 100%) | -- | -- | -- | -- | | |
| Model Year (2023: 100%) | -- | -- | -- | -- | | |
| Adjusted Hourly Ownership Cost (100%) | -- | -- | -- | -- | | |
| Hourly Operating Cost (100%) | | | | | | |
| Total: | USD $22,996.00 | USD $6,440.00 | USD $1,610.00 | USD $240.00 | USD $98.05 | USD $228.70 |

### Non-Active Use Rates

| | Hourly |
|---|---|
| Standby Rate | USD $74.47 |
| Idling Rate | USD $169.59 |

### Rate Element Allocation

| Element | Percentage | Value |
|---|---|---|
| Depreciation (ownership) | 33% | USD $7,586.35/mo |
| Overhaul (ownership) | 43% | USD $9,987.85/mo |
| CFC (ownership) | 18% | USD $3,449.25/mo |
| Indirect (ownership) | 9% | USD $2,069.65/mo |
| Fuel (operating) @ USD 4.35 | 39.71% | USD $38.94/hr |

Revised Date: 4th quarter 2023

These are the most accurate rates for the selected Revision Date(s). However, due to more frequent online updates, these rates may not match Rental Rate Blue Book Print. Visit the Cost Recovery Product Guide on our Help page for more information.

The equipment represented in this report has been exclusively prepared for AMBER DIAMOND (amberdiamond@utah.gov)

All material herein © 2003-2023 Randall-Reilly All rights reserved. Page 1 of 1

---



www.equipmentwatch.com

All prices shown in US Dollars ($)

## Rental Rate Blue Book®

November 8, 2023

**Caterpillar 12G (disc. 1995)**
Articulated Frame Graders

Size Class:
130 - 144 hp
Weight:
28748 lbs

### Configuration for 12G (disc. 1995)

| Moldboard Size | 12.0 ft | Operator Protection | | EROPS |
|---|---|---|---|---|
| Power Mode | Diesel | | | |

### Blue Book Rates
** FHWA Rate is equal to the monthly ownership cost divided by 176 plus the hourly estimated operating cost.

| | Ownership Costs | | | | Estimated Operating Costs | FHWA Rate** |
|---|---|---|---|---|---|---|
| | Monthly | Weekly | Daily | Hourly | Hourly | Hourly |
| Published Rates | USD $14,470.00 | USD $4,050.00 | USD $1,015.00 | USD $155.00 | USD $67.77 | USD $149.99 |
| Adjustments | | | | | | |
| Region ( 100%) | -- | -- | -- | -- | | |
| Model Year (1995: 100%) | -- | -- | -- | -- | | |
| Adjusted Hourly Ownership Cost (100%) | -- | -- | -- | -- | | |
| Hourly Operating Cost (100%) | | | | | | |
| Total: | USD $14,470.00 | USD $4,050.00 | USD $1,015.00 | USD $155.00 | USD $67.77 | USD $149.99 |

### Non-Active Use Rates

| | Hourly |
|---|---|
| Standby Rate | USD $46.86 |
| Idling Rate | USD $104.74 |

### Rate Element Allocation

| Element | Percentage | Value |
|---|---|---|
| Depreciation (ownership) | 30% | USD $4,341.00/mo |
| Overhaul (ownership) | 43% | USD $6,222.10/mo |
| CFC (ownership) | 15% | USD $2,170.50/mo |
| Indirect (ownership) | 12% | USD $1,736.40/mo |
| Fuel (operating) @ USD 4.59 | 33.23% | USD $22.52/hr |

Revised Date: 4th quarter 2023

These are the most accurate rates for the selected Revision Date(s). However, due to more frequent online updates, these rates may not match Rental Rate Blue Book Print. Visit the Cost Recovery Product Guide on our Help page for more information.

The equipment represented in this report has been exclusively prepared for AMBER DIAMOND (amberdiamond@utah.gov)

All material herein © 2003-2023 Randall-Reilly All rights reserved. Page 1 of 1

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



www.equipmentwatch.com

All prices shown in US Dollars ($)

## Rental Rate Blue Book®

November 8, 2023

**Caterpillar 325D (disc. 2009)**
Crawler Mounted Hydraulic Excavators

Size Class:
24.5 - 28.4 mt
Weight:
59300 lbs



### Configuration for 325D (disc. 2009)

| Operating Weight | 26.9 mt | Power Mode | Diesel |
|---|---|---|---|

### Blue Book Rates

** FHWA Rate is equal to the monthly ownership cost divided by 176 plus the hourly estimated operating cost.

| | Monthly | Weekly | Daily | Hourly | Estimated Operating Costs Hourly | FHWA Rate** Hourly |
|---|---|---|---|---|---|---|
| | | Ownership Costs | | | | |
| Published Rates | USD $13,810.00 | USD $3,865.00 | USD $965.00 | USD $145.00 | USD $64.37 | USD $142.84 |
| Adjustments | | | | | | |
| Region ( 100%) | - | - | - | - | | |
| Model Year (2009: 100%) | - | - | - | - | | |
| Adjusted Hourly Ownership Cost (100%) | | | | - | | |
| Hourly Operating Cost (100%) | | | | | | |
| Total: | USD $13,810.00 | USD $3,865.00 | USD $965.00 | USD $145.00 | USD $64.37 | USD $142.84 |

### Non-Active Use Rates

| | Hourly |
|---|---|
| Standby Rate | USD $44.73 |
| Idling Rate | USD $94.24 |

### Rate Element Allocation

| Element | Percentage | Value |
|---|---|---|
| Depreciation (ownership) | 33% | USD $4,957.30/mo |
| Overhaul (ownership) | 43% | USD $6,938.10/mo |
| CFC (ownership) | 16% | USD $2,071.50/mo |
| Indirect (ownership) | 9% | USD $1,242.90/mo |
| Fuel (operating) @ USD 4.39 | 24.5% | USD $15.77/hr |

Revised Date: 4th quarter 2023

These are the most accurate rates for the selected Revision Date(s). However, due to more frequent online updates, these rates may not match Rental Rate Blue Book Print. Visit the Cost Recovery Product Guide on our Help page for more information.

The equipment represented in this report has been exclusively prepared for AMBER DIAMOND (amberdiamond@utah.gov)

---



www.equipmentwatch.com

All prices shown in US Dollars ($)

## Rental Rate Blue Book®

November 8, 2023

**Caterpillar 735**
Articulated Rear Dumps

Size Class:
29.5 - 34.4 mt
Weight:
N/A

### Configuration for 735

| Axle Configuration | 6 x 6 | Body Capacity | 28.2 cu yd |
|---|---|---|---|
| Horsepower | 424 hp | Power Mode | Diesel |
| Rated Payload | 32 mt | | |

### Blue Book Rates

** FHWA Rate is equal to the monthly ownership cost divided by 176 plus the hourly estimated operating cost.

| | Monthly | Weekly | Daily | Hourly | Estimated Operating Costs Hourly | FHWA Rate** Hourly |
|---|---|---|---|---|---|---|
| | | Ownership Costs | | | | |
| Published Rates | USD $28,915.00 | USD $8,095.00 | USD $2,025.00 | USD $305.00 | USD $90.89 | USD $255.18 |
| Adjustments | | | | | | |
| Region ( 100%) | - | - | - | - | | |
| Model Year (2023: 100%) | - | - | - | - | | |
| Adjusted Hourly Ownership Cost (100%) | | | | - | | |
| Hourly Operating Cost (100%) | | | | | | |
| Total: | USD $28,915.00 | USD $8,095.00 | USD $2,025.00 | USD $305.00 | USD $90.89 | USD $255.18 |

### Non-Active Use Rates

| | Hourly |
|---|---|
| Standby Rate | USD $93.65 |
| Idling Rate | USD $197.58 |

### Rate Element Allocation

| Element | Percentage | Value |
|---|---|---|
| Depreciation (ownership) | 33% | USD $9,541.95/mo |
| Overhaul (ownership) | 43% | USD $12,433.45/mo |
| CFC (ownership) | 14% | USD $4,048.10/mo |
| Indirect (ownership) | 10% | USD $2,891.50/mo |
| Fuel (operating) @ USD 4.39 | 26.59% | USD $33.26/hr |

Revised Date: 4th quarter 2023

These are the most accurate rates for the selected Revision Date(s). However, due to more frequent online updates, these rates may not match Rental Rate Blue Book Print. Visit the Cost Recovery Product Guide on our Help page for more information.

The equipment represented in this report has been exclusively prepared for AMBER DIAMOND (amberdiamond@utah.gov)

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



www.equipmentwatch.com

All prices shown in US Dollars ($)

### Rental Rate Blue Book®

November 8, 2023

**Caterpillar 966K (disc. 2015)**
4-Wd Articulated Wheel Loaders

Size Class:
250 - 274 hp
Weight
51927 lbs



#### Configuration for 966K (disc. 2015)

| Operator Protection | ROPS/FOPS | Power Mode | | Diesel | |
|---|---|---|---|---|---|

#### Blue Book Rates

** FHWA Rate is equal to the monthly ownership cost divided by 176 plus the hourly estimated operating cost.

| | Ownership Costs | | | | Estimated Operating Costs | FHWA Rate** |
|---|---|---|---|---|---|---|
| | Monthly | Weekly | Daily | Hourly | Hourly | Hourly |
| Published Rates | USD $8,510.00 | USD $2,385.00 | USD $595.00 | USD $89.00 | USD $43.42 | USD $91.77 |
| Adjustments | | | | | | |
| Region (100%) | - | - | - | - | | |
| Model Year (2015: 100%) | - | - | - | - | | |
| Adjusted Hourly Ownership Cost (100%) | - | - | - | - | | |
| Hourly Operating Cost (100%) | | | | | | |
| Total: | USD $8,510.00 | USD $2,385.00 | USD $595.00 | USD $89.00 | USD $43.42 | USD $91.77 |

#### Non-Active Use Rates

| | Hourly |
|---|---|
| Standby Rate | USD $32.40 |
| Idling Rate | USD $66.60 |

#### Rate Element Allocation

| Element | Percentage | Value |
|---|---|---|
| Depreciation (ownership) | 38% | USD $3,233.80/mo |
| Overhaul (ownership) | 33% | USD $2,808.30/mo |
| CFC (ownership) | 18% | USD $1,531.80/mo |
| Indirect (ownership) | 11% | USD $936.10/mo |
| Fuel (operating) @ USD 4.39 | 39.73% | USD $17.25/hr |

Revised Date: 4th quarter 2023

These are the most accurate rates for the selected Revision Date(s). However, due to more frequent online updates, these rates may not match Rental Rate Blue Book Print. Visit the Cost Recovery Product Guide on our Help page for more information.

The equipment represented in this report has been exclusively prepared for AMBER DIAMOND (amberdiamond@utah.gov)

All material herein © 2003-2023 Randall-Reilly All rights reserved. Page 1 of 1

---



www.equipmentwatch.com

All prices shown in US Dollars ($)

### Rental Rate Blue Book®

November 8, 2023

**Caterpillar 980K (disc. 2014)**
4-Wd Articulated Wheel Loaders

Size Class:
350 - 699 hp
Weight
68862 lbs



#### Configuration for 980K (disc. 2014)

| Operator Protection | ROPS/FOPS | Power Mode | | Diesel | |
|---|---|---|---|---|---|

#### Blue Book Rates

** FHWA Rate is equal to the monthly ownership cost divided by 176 plus the hourly estimated operating cost.

| | Ownership Costs | | | | Estimated Operating Costs | FHWA Rate** |
|---|---|---|---|---|---|---|
| | Monthly | Weekly | Daily | Hourly | Hourly | Hourly |
| Published Rates | USD $10,500.00 | USD $2,940.00 | USD $735.00 | USD $110.00 | USD $63.86 | USD $123.52 |
| Adjustments | | | | | | |
| Region (100%) | - | - | - | - | | |
| Model Year (2014: 100%) | - | - | - | - | | |
| Adjusted Hourly Ownership Cost (100%) | - | - | - | - | | |
| Hourly Operating Cost (100%) | | | | | | |
| Total: | USD $10,500.00 | USD $2,940.00 | USD $735.00 | USD $110.00 | USD $63.86 | USD $123.52 |

#### Non-Active Use Rates

| | Hourly |
|---|---|
| Standby Rate | USD $29.97 |
| Idling Rate | USD $90.77 |

#### Rate Element Allocation

| Element | Percentage | Value |
|---|---|---|
| Depreciation (ownership) | 38% | USD $3,990.00/mo |
| Overhaul (ownership) | 33% | USD $3,465.00/mo |
| CFC (ownership) | 18% | USD $1,890.00/mo |
| Indirect (ownership) | 11% | USD $1,155.00/mo |
| Fuel (operating) @ USD 4.39 | 48.72% | USD $31.11/hr |

Revised Date: 4th quarter 2023

These are the most accurate rates for the selected Revision Date(s). However, due to more frequent online updates, these rates may not match Rental Rate Blue Book Print. Visit the Cost Recovery Product Guide on our Help page for more information.

The equipment represented in this report has been exclusively prepared for AMBER DIAMOND (amberdiamond@utah.gov)

All material herein © 2003-2023 Randall-Reilly All rights reserved. Page 1 of 1

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



www.equipmentwatch.com

All prices shown in US Dollars ($)

## Rental Rate Blue Book®

November 8, 2023

**Caterpillar 988H (disc. 2014)**
4-Wd Articulated Wheel Loaders

Size Class:
350 - 499 hp
Weight:
109236 lbs



### Configuration for 988H (disc. 2014)

| Operator Protection | EROPS | Power Mode | | Diesel | |
|---|---|---|---|---|---|

### Blue Book Rates
** FHWA Rate is equal to the monthly ownership cost divided by 176 plus the hourly estimated operating cost.

| | Ownership Costs | | | | Estimated Operating Costs | FHWA Rate** |
|---|---|---|---|---|---|---|
| | Monthly | Weekly | Daily | Hourly | Hourly | Hourly |
| Published Rates | USD $18,285.00 | USD $6,120.00 | USD $1,280.00 | USD $195.00 | USD $95.72 | USD $199.61 |
| Adjustments | | | | | | |
| Region ( 100%) | - | - | - | - | | |
| Model Year (2014: 100%) | - | - | - | - | | |
| Adjusted Hourly Ownership Cost (100%) | - | - | - | - | | |
| Hourly Operating Cost (100%) | | | | | | |
| **Total:** | USD $18,285.00 | USD $6,120.00 | USD $1,280.00 | USD $195.00 | USD $95.72 | USD $199.61 |

### Non-Active Use Rates

| | Hourly |
|---|---|
| Standby Rate | USD $69.61 |
| Idling Rate | USD $143.94 |

### Rate Element Allocation

| Element | Percentage | Value |
|---|---|---|
| Depreciation (ownership) | 38% | USD $8,348.20/mo |
| Overhaul (ownership) | 33% | USD $8,004.08/mo |
| GFC (ownership) | 18% | USD $3,291.30/mo |
| Indirect (ownership) | 11% | USD $2,011.38/mo |
| Fuel (operating) @ USD 4.39 | 41.84% | USD $40.05/hr |

Revised Date: 4th quarter 2023

These are the most accurate rates for the selected Revision Date(s). However, due to more frequent online updates, these rates may not match Rental Rate Blue Book Print. Visit the Cost Recovery Product Guide on our Help page for more information.

The equipment represented in this report has been exclusively prepared for AMBER DIAMOND (amberdiamond@utah.gov)

---



www.equipmentwatch.com

All prices shown in US Dollars ($)

## Rental Rate Blue Book®

November 8, 2023

**Caterpillar D8T (disc. 2023)**
Standard Crawler Dozers

Size Class:
260 - 355 hp
Weight:
79345 lbs

### Configuration for D8T (disc. 2023)

| Dozer Type | Semi-U | Operator Protection | | EROPS | |
|---|---|---|---|---|---|
| Power Mode | Diesel | | | | |

### Blue Book Rates
** FHWA Rate is equal to the monthly ownership cost divided by 176 plus the hourly estimated operating cost.

| | Ownership Costs | | | | Estimated Operating Costs | FHWA Rate** |
|---|---|---|---|---|---|---|
| | Monthly | Weekly | Daily | Hourly | Hourly | Hourly |
| Published Rates | USD $25,715.00 | USD $11,120.00 | USD $2,760.00 | USD $420.00 | USD $147.09 | USD $372.74 |
| Adjustments | | | | | | |
| Region ( 100%) | - | - | - | - | | |
| Model Year (2023: 100%) | - | - | - | - | | |
| Adjusted Hourly Ownership Cost (100%) | - | - | - | - | | |
| Hourly Operating Cost (100%) | | | | | | |
| **Total:** | USD $25,715.00 | USD $11,120.00 | USD $2,760.00 | USD $420.00 | USD $147.09 | USD $372.74 |

### Non-Active Use Rates

| | Hourly |
|---|---|
| Standby Rate | USD $108.31 |
| Idling Rate | USD $269.47 |

### Rate Element Allocation

| Element | Percentage | Value |
|---|---|---|
| Depreciation (ownership) | 24% | USD $9,511.60/mo |
| Overhaul (ownership) | 82% | USD $20,651.80/mo |
| GFC (ownership) | 14% | USD $6,560.10/mo |
| Indirect (ownership) | 10% | USD $2,971.80/mo |
| Fuel (operating) @ USD 4.39 | 25.79% | USD $42.82/hr |

Revised Date: 4th quarter 2023

These are the most accurate rates for the selected Revision Date(s). However, due to more frequent online updates, these rates may not match Rental Rate Blue Book Print. Visit the Cost Recovery Product Guide on our Help page for more information.

The equipment represented in this report has been exclusively prepared for AMBER DIAMOND (amberdiamond@utah.gov)

All material herein © 2003-2023 Randall-Reilly All rights reserved.Page 1 of 1

All material herein © 2003-2023 Randall-Reilly All rights reserved.Page 1 of 1

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



www.equipmentwatch.com

All prices shown in US$

## Adjustments for DAVIDMILLER3 in CPM Reclamation Equipment COPY 2

August 1, 2019

**Ingersoll Rand LIGHT SOURCE (disc. 2012)**
Portable Light Towers

Size Class:
**Thru 7 KW**
Weight:
**KW**



### Configuration for LIGHT SOURCE (disc. 2012)

**AED Rental Rates**
These rental rates reflect an average for equipment of this type and size. Rates shown for specific brands or models are provided for convenience only. Rates charged by rental companies for specific brands or models will vary depending on many factors.

|  | Monthly | Weekly | Daily |
|---|---|---|---|
| Published Rates | $708.00 | $316.00 | $120.00 |
| Adjustments |  |  |  |
| Region (Utah: 100%) | ($0.12) | ($0.06) | ($0.02) |
| User Defined |  |  |  |
| Rental Rates (100%) | - | - | - |
| Total: | $707.88 | $315.94 | $119.98 |
| Date Last Updated: May 31, 2019 |  |  |  |

The equipment represented in this report has been exclusively prepared for DAVID MILLER (david.miller3@stantec.com)

All material herein © 2003-2019 Informa All rights reserved

---



www.equipmentwatch.com

All prices shown in US Dollars ($)

## Rental Rate Blue Book®

November 8, 2023

**Miscellaneous 4X4 1 195 CREW DSL**
On-Highway Light Duty Trucks

Size Class:
**100 - 199 hp**
Weight:
**N/A**



### Configuration for 4X4 1 195 CREW DSL

| Axle Configuration | 4X4 | Cab Type | Crew |
|---|---|---|---|
| Horsepower | 195.0 | Power Mode | Diesel |
| Ton Rating | 1.0 |  |  |

**Blue Book Rates**
** FHWA Rate is equal to the monthly ownership cost divided by 176 plus the hourly estimated operating cost.

|  | Ownership Costs | | | | Estimated Operating Costs | FHWA Rate** |
|---|---|---|---|---|---|---|
|  | Monthly | Weekly | Daily | Hourly | Hourly | Hourly |
| Published Rates | USD $1,095.00 | USD $305.00 | USD $76.00 | USD $11.00 | USD $13.56 | USD $19.78 |
| Adjustments |  |  |  |  |  |  |
| Region ( 100%) | - | - | - | - |  |  |
| Model Year (2023: 100%) | - | - | - | - |  |  |
| Adjusted Hourly Ownership Cost (100%) | - | - | - | - |  |  |
| Hourly Operating Cost (100%) |  |  |  |  |  |  |
| Total: | USD $1,095.00 | USD $305.00 | USD $76.00 | USD $11.00 | USD $13.56 | USD $19.78 |

**Non-Active Use Rates**

|  | Hourly |
|---|---|
| Standby Rate | USD $4.86 |
| Idling Rate | USD $16.49 |

**Rate Element Allocation**

| Element | Percentage | Value |
|---|---|---|
| Depreciation (ownership) | 56% | USD $613.20/mo |
| Overhaul (ownership) | 22% | USD $240.90/mo |
| CFC (ownership) | 10% | USD $109.50/mo |
| Indirect (ownership) | 12% | USD $131.40/mo |
| Fuel (operating) @ USD 4.39 | 79.74% | USD $10.27/hr |

Revised Date: 4th quarter 2023

These are the most accurate rates for the selected Revision Date(s). However, due to more frequent online updates, these rates may not match Rental Rate Blue Book Print. Visit the Cost Recovery Product Guide on our Help page for more information.

The equipment represented in this report has been exclusively prepared for AMBER DIAMOND (amberdiamond@utah.gov)

All material herein © 2003-2023 Randall-Reilly All rights reserved. Page 1 of 1

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



www.equipmentwatch.com
All prices shown in US Dollars ($)

## Rental Rate Blue Book®

November 8, 2023

**Miscellaneous 8X4 18YD 85KGVW**
On-Highway Rear Dumps

Size Class:
60,001 lbs & Over
Weight:
21021 lbs



### Configuration for 8X4 18YD 85KGVW

| | | | |
|---|---|---|---|
| Axle Configuration | 8X4 | Horsepower | 450.0 |
| Maximum Gross Vehicle Weight | 85000.0 lbs | Power Mode | Diesel |
| Struck Capacity | 15.0 - 18.0 cu yd | | |

### Blue Book Rates

** FHWA Rate is equal to the monthly ownership cost divided by 176 plus the hourly estimated operating cost.

| | Ownership Costs | | | | Estimated Operating Costs | FHWA Rate** |
|---|---|---|---|---|---|---|
| | Monthly | Weekly | Daily | Hourly | Hourly | Hourly |
| Published Rates | USD $6,520.00 | USD $1,546.00 | USD $385.00 | USD $58.00 | USD $79.51 | USD $106.87 |
| Adjustments | | | | | | |
| Region ( 100%) | - | - | - | - | | |
| Model Year (2023: 100%) | - | - | - | - | | |
| Adjusted Hourly Ownership Cost (100%) | - | - | - | - | | |
| Hourly Operating Cost (100%) | | | | | | |
| **Total:** | USD $6,520.00 | USD $1,546.00 | USD $385.00 | USD $58.00 | USD $79.51 | USD $106.87 |

### Non-Active Use Rates

| | Hourly |
|---|---|
| Standby Rate | USD $22.50 |
| Idling Rate | USD $86.66 |

### Rate Element Allocation

| Element | Percentage | Value |
|---|---|---|
| Depreciation (ownership) | 51% | USD $2,815.20/mo |
| Overhaul (ownership) | 27% | USD $1,490.40/mo |
| CFC (ownership) | 11% | USD $607.20/mo |
| Indirect (ownership) | 11% | USD $607.20/mo |
| Fuel (operating) @ USD 4.39 | 73.24% | USD $88.30/hr |

Revised Date: 4th quarter 2023

These are the most accurate rates for the selected Revision Date(s). However, due to more frequent online updates, these rates may not match Rental Rate Blue Book Print. Visit the Cost Recovery Product Guide on our Help page for more information.

The equipment represented in this report has been exclusively prepared for AMBER DIAMOND (amberdiamond@utah.gov)

All material herein © 2003-2023 Randall-Reilly All rights reserved. Page 1 of 1

---



## Custom Rates

TO: **Amber Diamond**                                                    **State of Utah**

FROM: Angel Beltre

Date: 11/20/23

As per your request, EquipmentWatch has calculated the Custom Blue Book Rates for the following equipment. The outlined Custom Blue Book rate is as follows:

| 2023 Marsh Master 2LX; Acquisition Cost: $153,000.00 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ownership Rates | | | | Operating Rate | FHWA Rate | Standby Rate | Idling Rate |
| Monthly | Weekly | Daily | Hourly | Hourly | Hourly | Hourly | Hourly |
| $14,681.93 | $4,110.94 | $1,027.73 | $154.16 | $47.39 | $130.81 | $46.10 | $99.01 |

| Rate Element Allocation (Ownership) | | | | Rate Element Allocation (Operating) |
|---|---|---|---|---|
| Depreciation | Overhaul | CFC | Indirect | Fuel |
| $2,642.75 | $8,075.06 | $1,761.83 | $2,202.29 | $15.59 |
| 18.00% | 55.00% | 12.00% | 15.00% | 32.90% |

The above rates are based on standard Blue Book methodology and calculations using an acquisition cost and survey data. No adjustment for age is necessary as the above rates are indexed to the acquisition cost.

The above rates used the following standards:

**Location Adjustment:** None
**Time Period:** Fourth Quarter 2023 (October 1st - December 31st, 2023)

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# SURFACE MINING EQUIPMENT

## Trucks, Bottom-Dump Coal Haulers-Mechanical

| SPECIFICATIONS | | | | HOURLY OPERATING COSTS | | | | | | | | | | | | | |
| DESCRIPTION | MOTOR TYPE/INCL. | HP | CAPITAL COST | CAPITAL RECOVERY | OVERHEAD | OVERHAUL PARTS | OVERHAUL LABOR | MAINTENANCE PARTS | MAINTENANCE LABOR | DIESEL FUEL | GASOLINE | NATURAL GAS | ELECTRIC POWER | LUBE | TIRES | WEAR PARTS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 st (91 mt), 145 cu yd (111 cu m) capacity / 15 ft 9 in (4.8 m) empty loading height | d y | 750 | $1,794,400 | $47.85 | $1.67 | $6.33 | $7.78 | $11.76 | $14.45 | $53.13 | $0.00 | $0.00 | $0.00 | $18.50 | $8.98 | $0.00 | $120.94 |
| 150 st (136 mt), 218 cu yd (167 cu m) capacity / 15 ft (4.6 m) empty loading height | d y | 1,000 | 2,867,900 | 76.48 | 2.68 | 10.12 | 12.44 | 18.79 | 23.10 | 70.84 | 0.00 | 0.00 | 0.00 | 27.38 | 16.26 | 0.00 | 178.94 |
| 200 st (181 mt), 290 cu yd (222 cu m) capacity / 15 ft (4.6 m) empty loading height | d y | 1,450 | 3,927,900 | 104.74 | 3.67 | 13.86 | 17.04 | 25.74 | 31.64 | 102.72 | 0.00 | 0.00 | 0.00 | 38.39 | 41.62 | 0.00 | 271.00 |
| 240 st (217 mt), 330 cu yd (252 cu m) capacity / 15 ft (4.6 m) empty loading height | d y | 1,600 | 4,510,100 | 120.27 | 4.21 | 15.91 | 19.56 | 29.55 | 36.33 | 113.35 | 0.00 | 0.00 | 0.00 | 43.37 | 41.62 | 0.00 | 299.69 |

## Trucks, Flatbed

| SPECIFICATIONS | | | | HOURLY OPERATING COSTS | | | | | | | | | | | | | |
| DESCRIPTION | MOTOR TYPE/INCL. | HP | CAPITAL COST | CAPITAL RECOVERY | OVERHEAD | OVERHAUL PARTS | OVERHAUL LABOR | MAINTENANCE PARTS | MAINTENANCE LABOR | DIESEL FUEL | GASOLINE | NATURAL GAS | ELECTRIC POWER | LUBE | TIRES | WEAR PARTS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class 5, 16,001 to 19,500 lbs gross vehicle weight (7,258 to 8,845 kgs) | d y | 330 | $86,900 | $2.32 | $0.08 | $0.61 | $0.75 | $1.14 | $1.40 | $23.38 | $0.00 | $0.00 | $0.00 | $4.13 | $0.81 | $0.00 | $32.22 |
| Class 6, 19,501 to 26,000 lbs gross vehicle weight (8,846 to 11,793 kgs) | d y | 300 | 103,300 | 2.75 | 0.10 | 0.73 | 0.90 | 1.35 | 1.66 | 21.25 | 0.00 | 0.00 | 0.00 | 3.89 | 0.98 | 0.00 | 30.76 |
| Class 7, 26,001 to 33,000 lbs gross vehicle weight (11,794 to 14,969 kgs) | d y | 270 | 120,000 | 3.20 | 0.11 | 0.85 | 1.04 | 1.57 | 1.93 | 19.13 | 0.00 | 0.00 | 0.00 | 3.85 | 2.03 | 0.00 | 30.21 |

## Trucks, 4 Wheel Drive

| SPECIFICATIONS | | | | HOURLY OPERATING COSTS | | | | | | | | | | | | | |
| DESCRIPTION | MOTOR TYPE/INCL. | HP | CAPITAL COST | CAPITAL RECOVERY | OVERHEAD | OVERHAUL PARTS | OVERHAUL LABOR | MAINTENANCE PARTS | MAINTENANCE LABOR | DIESEL FUEL | GASOLINE | NATURAL GAS | ELECTRIC POWER | LUBE | TIRES | WEAR PARTS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/4 ton, automatic, crew cab, heavy duty | d y | 475 | $61,800 | $1.65 | $0.06 | $0.44 | $0.54 | $0.81 | $1.00 | $23.81 | $0.00 | $0.00 | $0.00 | $5.58 | $0.29 | $0.00 | $32.45 |
| 1 ton, automatic, crew cab, heavy duty | d y | 475 | 64,800 | 1.73 | 0.06 | 0.46 | 0.56 | 0.85 | 1.04 | 23.81 | 0.00 | 0.00 | 0.00 | 5.59 | 0.29 | 0.00 | 32.60 |
| Utility Vehicle, tilting flatbed | d y | 197 | 87,600 | 2.34 | 0.08 | 0.62 | 0.76 | 1.15 | 1.41 | 9.87 | 0.00 | 0.00 | 0.00 | 2.67 | 0.29 | 0.00 | 16.77 |

| Repair Labor | $53.48 | per hour | Natural Gas | $12.700 | per MCF ($448.60 per MCM) |
|---|---|---|---|---|---|
| Diesel Fuel | $4.177 | per gallon ($1.103 per liter) | Electric Power | $0.0845 | per kWh |
| Gasoline | $3.477 | per gallon ($0.917 per liter) | Lubricants | $35.150 | per gallon ($9.20 per liter) |

Copyright 2023 InfoMine USA, Inc.

Copyright 2023 InfoMine USA, Inc.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# SURFACE MINING EQUIPMENT

## Trucks, Service

| DESCRIPTION | WEIGHT (lbs) | WEIGHT (kgs) | MOTOR TYPE/INCL. | HP | CAPITAL COST |
|---|---|---|---|---|---|
| **SPECIFICATIONS** | | | | | |
| **Fuel/lube body only, excludes off-road truck chassis** | | | | | |
| Fuel/lube truck body only, excludes truck chassis | | | | | $65,100 |
| 3,600 gal (13,627 L) tank, power reels with 100 ft (30.5 m) of 1-1/4 in (3.2 cm) hose | | | | | |
| and nozzle, 60 gpm (227 Lpm) fuel system, all necessary accessories, | | | | | |
| requires 52,000 lbs (23,587 kgs) GVW, triple axle chassis | | | | | |
| High capacity fuel/lube truck body, excludes off-road truck chassis | | | | | 140,100 |
| Fuel tank (20 gal [75.7 L] per lineal inch of shell), 8 - 100 gal (22.7 - 379 L) | | | | | |
| lube product tanks, 40 cfm (1.13 cmm) air compressor, fuel pump, reels, and distribution | | | | | |
| system, all necessary accessories, requires 52,000 lbs (23,587 kgs) GVW, triple axle chassis | | | | | |
| **Water Truck body only, excludes truck chassis** | | | | | |
| All water truck bodies include rear and side sprays, pump, fill port, inspection ports, interior | | | | | |
| coating, paint, mounting hardware, cab controls and lights. Rigid frame units are tilt tanks. | | | | | |
| Turrets, gravity bars, and in-cab water level indicators are not included. | | | | | |
| **Articulated Chassis** | | | | | |
| 5,000 gal (18,927 L) tank, requires 25 ton articulated chassis | 12,200 | 5,534 | | | 97,100 |
| 6,000 gal (22,712 L) tank, requires 30 ton articulated chassis | 13,350 | 6,055 | | | 104,600 |
| 7,000 gal (26,498 L) tank, requires 35 ton articulated chassis | 14,500 | 6,577 | | | 116,600 |
| 8,000 gal (30,283 L) tank, requires 40 ton articulated chassis | 15,500 | 7,031 | | | 122,400 |
| 9,000 gal (34,069 L) tank, requires 45 ton articulated chassis | 18,500 | 8,391 | | | 130,100 |
| **Rigid Frame Chassis** | | | | | |
| 8,000 gal (30,283 L) tank, requires 40 ton rigid frame chassis | 21,500 | 9,752 | | | 129,300 |
| 9,000 gal (34,069 L) tank, requires 40 ton rigid frame chassis | 22,000 | 9,979 | | | 135,600 |
| 12,000 gal (34,069 L) tank, requires 55 ton rigid frame chassis | 25,150 | 11,408 | | | 187,500 |
| 13,000 gal (34,069 L) tank, requires 55 ton rigid frame chassis | 28,800 | 13,063 | | | 191,400 |
| 15,000 gal (34,069 L) tank, requires 65 to 70 ton rigid frame chassis | 30,000 | 13,608 | | | 195,900 |
| 18,000 gal (34,069 L) tank, requires 85 to 100 ton rigid frame chassis | 34,000 | 15,422 | | | 205,000 |
| 20,000 gal (34,069 L) tank, requires 85 to 100 ton rigid frame chassis | 46,250 | 20,979 | | | 209,800 |
| 30,000 gal (34,069 L) tank, requires 120 to 150 ton rigid frame chassis | 58,900 | 26,717 | | | 252,400 |
| **Field service truck body only - welding/service/crane, excludes truck chassis** | | | | | |
| Boom crane from 8,000 lb (3,629 kg) up, welding machine, compressor, storage compartment, | | | | | 91,700 |
| gas bottle racks, vise requires 26,000 lb (11,794 kg) GVW, double axle chassis | | | | | |

| Repair Labor | $53.48 | per hour | | Natural Gas | $12.700 | per MCF ($448.60 per MCM) |
|---|---|---|---|---|---|---|
| Diesel Fuel | $4.177 | per gallon ($1.103 per liter) | | Electric Power | $0.0945 | per kWH |
| Gasoline | $3.477 | per gallon ($0.917 per liter) | | Lubricants | $35.190 | per gallon ($9.30 per liter) |

## Trucks, Service

| CAPITAL RECOVERY | OVERHEAD | OVERHAUL PARTS | OVERHAUL LABOR | MAINTENANCE PARTS | MAINTENANCE LABOR | DIESEL FUEL | GASOLINE | NATURAL GAS | ELECTRIC POWER | LUBE | TIRES | WEAR PARTS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HOURLY OPERATING COSTS** | | | | | | | | | | | | | |
| $1.74 | $0.06 | $0.46 | $0.44 | $0.85 | $0.82 | $0.00 | $0.00 | $0.00 | $0.00 | $0.37 | $0.00 | $0.00 | $2.94 |
| 3.74 | 0.13 | 0.99 | 0.95 | 1.84 | 1.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.80 | 0.00 | 0.00 | 6.33 |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| 2.59 | 0.09 | 0.69 | 0.66 | 1.27 | 1.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.55 | 0.00 | 0.00 | 4.38 |
| 2.79 | 0.10 | 0.74 | 0.71 | 1.37 | 1.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.60 | 0.00 | 0.00 | 4.72 |
| 3.11 | 0.11 | 0.82 | 0.79 | 1.53 | 1.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.67 | 0.00 | 0.00 | 5.26 |
| 3.26 | 0.11 | 0.86 | 0.83 | 1.60 | 1.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.70 | 0.00 | 0.00 | 5.53 |
| 3.47 | 0.12 | 0.92 | 0.88 | 1.70 | 1.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.74 | 0.00 | 0.00 | 5.87 |
| 3.45 | 0.12 | 0.91 | 0.87 | 1.69 | 1.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.74 | 0.00 | 0.00 | 5.84 |
| 3.62 | 0.13 | 0.96 | 0.91 | 1.78 | 1.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.77 | 0.00 | 0.00 | 6.12 |
| 5.00 | 0.18 | 1.32 | 1.26 | 2.46 | 2.35 | 0.00 | 0.00 | 0.00 | 0.00 | 1.07 | 0.00 | 0.00 | 8.47 |
| 5.10 | 0.18 | 1.35 | 1.29 | 2.51 | 2.40 | 0.00 | 0.00 | 0.00 | 0.00 | 1.09 | 0.00 | 0.00 | 8.64 |
| 5.22 | 0.18 | 1.38 | 1.32 | 2.57 | 2.45 | 0.00 | 0.00 | 0.00 | 0.00 | 1.12 | 0.00 | 0.00 | 8.85 |
| 5.47 | 0.19 | 1.45 | 1.38 | 2.69 | 2.57 | 0.00 | 0.00 | 0.00 | 0.00 | 1.17 | 0.00 | 0.00 | 9.26 |
| 5.59 | 0.20 | 1.48 | 1.42 | 2.75 | 2.63 | 0.00 | 0.00 | 0.00 | 0.00 | 1.20 | 0.00 | 0.00 | 9.47 |
| 6.73 | 0.24 | 1.78 | 1.70 | 3.31 | 3.16 | 0.00 | 0.00 | 0.00 | 0.00 | 1.44 | 0.00 | 0.00 | 11.40 |
| 2.45 | 0.09 | 0.65 | 0.62 | 1.20 | 1.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.52 | 0.00 | 0.00 | 4.14 |

Copyright 2023 InfoMine USA, Inc.

Copyright 2023 InfoMine USA, Inc.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Earthwork - Extraction Ditch**

| Ref. No. | Description | Property Designation | Equipment Fleet Rate Designation | Fleet Description | Fleet Unit Cost | Units | Quanity | Units | Production Rate | Units | Time | Units | Cost BLM On Lease | Cost BLM ROW | Cost State / Private |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Year 1 | | | | |
| 1 | Extraction Ditch Berms | BLM - On Lease | B | Excavator Fleet B _ CAT 349F (417hp) | $ 478.27 | $/HR | 239,485 | LCY | 329 | LCY/HR | 729 | HR | $   348,455 | | |
| | **TOTAL** | | | | | | | | | | | | $   **348,455** | $   - | $   - |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Earthwork - Transfer Canal**

| | | | | | | | | | | | | | | Year 1 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref. No. | Description | Property Designation | Equipment Fleet Rate Designation | Fleet Description | Fleet Unit Cost | Units | Quanity | Units | Production Rate | Units | Time | Units | Cost BLM On Lease | Cost BLM ROW | Cost State / Private |
| 1 | Brine Transfer Canal Berms | BLM - On Lease | B | Excavator Fleet B _ CAT 349F (417hp) | $ 478.27 | $/HR | 218,650 | LCY | 329 | LCY/HR | 665 | HR | $ 318,140 | | |
| 2 | Brine Transfer Canal Berms | BLM - ROW | B | Excavator Fleet B _ CAT 349F (417hp) | $ 478.27 | $/HR | - | LCY | 329 | LCY/HR | 0 | HR | | $ - | |
| 3 | Brine Transfer Canal Berms | STATE / PRIVATE | B | Excavator Fleet B _ CAT 349F (417hp) | $ 478.27 | $/HR | 55,230 | LCY | 329 | LCY/HR | 168 | HR | | | $ 80,361 |
| | TOTAL | | | | | | | | | | | | $ 318,140 | $ - | $ 80,361 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Earthwork - Recharge Canal**

| | | | | | | | | | | | | | | Year 1 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref. No. | Description | Property Designation | Equipment Fleet Rate Designation | Fleet Description | Fleet Unit Cost | Units | Quanity | Units | Production Rate | Units | Time | Units | Cost BLM On Lease | Cost BLM ROW | Cost State / Private |
| | Recharge Canal Berms | BLM - On Lease | B | Excavator Fleet B _ CAT 349F (417hp) | $ 478.27 | $/HR | 997,133 | LCY | 329 | LCY/HR | 3,034 | HR | ######## | | |
| | Recharge Canal Berms | BLM - ROW | B | Excavator Fleet B _ CAT 349F (417hp) | $ 478.27 | $/HR | 312,115 | LCY | 329 | LCY/HR | 950 | HR | | $ 454,134 | |
| | Recharge Canal Berms | STATE / PRIVATE | B | Excavator Fleet B _ CAT 349F (417hp) | $ 478.27 | $/HR | 163,104 | LCY | 329 | LCY/HR | 496 | HR | | | $ 237,319 |
| | | | | | | | | | | | | | | | |
| | TOTAL | | | | | | | | | | | | ######## | $ 454,134 | $ 237,319 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M(027/0125

**Earthwork - Extraction Trench**

| Ref. No. | Description | Property Designation | Equipment Fleet Rate Designation | Fleet Description | Fleet Unit Cost | Units | Quanity | Units | Production Rate | Units | Time | Units | Year 1 Cost BLM On Lease | Cost BLM ROW | Cost State / Private |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Extraction Trench Berms** | | | | | | | | | | | | | | |
| | Variable Extraction Trench 1 BLM - On Lease | B | B | Excavator Fleet B _ CAT 349F (417hp) | $ 478.27 | $/HR | 654,896 | LCY | 329 | LCY/HR | 1,992 | HR | $ 952,886 | | |
| | Variable Extraction Trench 1 STATE - On Lease | B | B | Excavator Fleet B _ CAT 349F (417hp) | $ 478.27 | $/HR | 114,564 | LCY | 329 | LCY/HR | 349 | HR | | | $ 166,692 |
| | Variable Extraction Trench 2 BLM - On Lease | B | B | Excavator Fleet B _ CAT 349F (417hp) | $ 478.27 | $/HR | - | LCY | 329 | LCY/HR | - | HR | $ - | | |
| | Variable Extraction Trench 2 STATE - On Lease | B | B | Excavator Fleet B _ CAT 349F (417hp) | $ 478.27 | $/HR | - | LCY | 329 | LCY/HR | - | HR | $ - | | $ - |
| | Variable Extraction Trench 3 BLM - On Lease | B | B | Excavator Fleet B _ CAT 349F (417hp) | $ 478.27 | $/HR | 804,137 | LCY | 329 | LCY/HR | 2,446 | HR | $ 1,170,035 | | |
| | Variable Extraction Trench 3 STATE - On Lease | B | B | Excavator Fleet B _ CAT 349F (417hp) | $ 478.27 | $/HR | 114,539 | LCY | 329 | LCY/HR | 348 | HR | | | $ 166,656 |
| | Variable Extraction Trench 4 BLM - On Lease | B | B | Excavator Fleet B _ CAT 349F (417hp) | $ 478.27 | $/HR | 832,485 | LCY | 329 | LCY/HR | 2,533 | HR | $ 1,211,281 | | |
| | Variable Extraction Trench 4 STATE - On Lease | B | B | Excavator Fleet B _ CAT 349F (417hp) | $ 478.27 | $/HR | 32,945 | LCY | 329 | LCY/HR | 100 | HR | | | $ 47,936 |
| | Variable Extraction Trench 5 BLM - On Lease | B | B | Excavator Fleet B _ CAT 349F (417hp) | $ 478.27 | $/HR | 828,364 | LCY | 329 | LCY/HR | 2,520 | HR | $ 1,205,285 | | |
| | Variable Extraction Trench 5 STATE - On Lease | B | B | Excavator Fleet B _ CAT 349F (417hp) | $ 478.27 | $/HR | - | LCY | 329 | LCY/HR | - | HR | | | $ - |
| | Variable Extraction Trench 6 BLM - On Lease | B | B | Excavator Fleet B _ CAT 349F (417hp) | $ 478.27 | $/HR | 794,572 | LCY | 329 | LCY/HR | 2,417 | HR | $ 1,156,118 | | |
| | Variable Extraction Trench 6 STATE - On Lease | B | B | Excavator Fleet B _ CAT 349F (417hp) | $ 478.27 | $/HR | - | LCY | 329 | LCY/HR | - | HR | | | $ - |
| | Variable Extraction Trench 7 BLM - On Lease | B | B | Excavator Fleet B _ CAT 349F (417hp) | $ 478.27 | $/HR | 656,007 | LCY | 329 | LCY/HR | 1,996 | HR | $ 954,502 | | |
| | Variable Extraction Trench 7 STATE - On Lease | B | B | Excavator Fleet B _ CAT 349F (417hp) | $ 478.27 | $/HR | 114,561 | LCY | 329 | LCY/HR | 349 | HR | | | $ 166,688 |
| | Variable Extraction Trench 8 BLM - On Lease | B | B | Excavator Fleet B _ CAT 349F (417hp) | $ 478.27 | $/HR | 242,222 | LCY | 329 | LCY/HR | 737 | HR | $ 352,437 | | |
| | Variable Extraction Trench 8 STATE - On Lease | B | B | Excavator Fleet B _ CAT 349F (417hp) | $ 478.27 | $/HR | 84,673 | LCY | 329 | LCY/HR | 258 | HR | | | $ 123,201 |
| | **TOTAL** | | | | | | | | | | | | $ 7,002,544 | $ - | $ 671,175 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# Earthwork - Recharge Trench

| Ref. No. | Description | Property Designation | Equipment Fleet Rate Designation | Fleet Description | Fleet Unit Cost | Units | Quanity |
|---|---|---|---|---|---|---|---|
| | Recharge Trench Berms | | | | | | |
| | Recharge Trench 1 | BLM - On Lease | B | Excavator Fleet B _ CAT 349F (417hp) | $ | 478.27 $/HR | 296,774 |
| | Recharge Trench 1 | State - On Lease | B | Excavator Fleet B _ CAT 349F (417hp) | $ | 478.27 $/HR | - |
| | Recharge Trench 2 | BLM - On Lease | B | Excavator Fleet B _ CAT 349F (417hp) | $ | 478.27 $/HR | 348,523 |
| | Recharge Trench 2 | State - On Lease | B | Excavator Fleet B _ CAT 349F (417hp) | $ | 478.27 $/HR | 50,699 |
| | Recharge Trench 3 | BLM - On Lease | B | Excavator Fleet B _ CAT 349F (417hp) | $ | 478.27 $/HR | 355,920 |
| | Recharge Trench 3 | State - On Lease | B | Excavator Fleet B _ CAT 349F (417hp) | $ | 478.27 $/HR | 18,092 |
| | Recharge Trench 4 | BLM - On Lease | B | Excavator Fleet B _ CAT 349F (417hp) | $ | 478.27 $/HR | 349,735 |
| | Recharge Trench 4 | State - On Lease | B | Excavator Fleet B _ CAT 349F (417hp) | $ | 478.27 $/HR | 15,737 |
| | Recharge Trench 5 | BLM - On Lease | B | Excavator Fleet B _ CAT 349F (417hp) | $ | 478.27 $/HR | 353,509 |
| | Recharge Trench 5 | State - On Lease | B | Excavator Fleet B _ CAT 349F (417hp) | $ | 478.27 $/HR | - |
| | Recharge Trench 6 | BLM - On Lease | B | Excavator Fleet B _ CAT 349F (417hp) | $ | 478.27 $/HR | 294,844 |
| | Recharge Trench 6 | State - On Lease | B | Excavator Fleet B _ CAT 349F (417hp) | $ | 478.27 $/HR | 50,706 |
| | Recharge Trench 7 | BLM - On Lease | B | Excavator Fleet B _ CAT 349F (417hp) | $ | 478.27 $/HR | 315,850 |
| | Recharge Trench 7 | State - On Lease | B | Excavator Fleet B _ CAT 349F (417hp) | $ | 478.27 $/HR | 50,707 |
| | Recharge Trench 8 | BLM - On Lease | B | Excavator Fleet B _ CAT 349F (417hp) | $ | 478.27 $/HR | 77,981 |
| | Recharge Trench 8 | State - On Lease | B | Excavator Fleet B _ CAT 349F (417hp) | $ | 478.27 $/HR | 20,699 |
| | **TOTAL** | | | | | | |
| | | | | | | | |
| | Water Transfer Culverts w/ Ditch Gate Valves | | | | | | |
| | Trench 1 | BLM | H | Fleet H_CAT 349F | $ | 437.40 $/HR | - |
| | Trench 1 | STATE / PRIVATE | H | Fleet H_CAT 349F | $ | 437.40 $/HR | - |
| | Trench 2 | BLM | H | Fleet H_CAT 349F | $ | 437.40 $/HR | 124.44 |
| | Trench 2 | STATE / PRIVATE | H | Fleet H_CAT 349F | $ | 437.40 $/HR | - |
| | Trench 3 | BLM | H | Fleet H_CAT 349F | $ | 437.40 $/HR | 62.22 |
| | Trench 3 | STATE / PRIVATE | H | Fleet H_CAT 349F | $ | 437.40 $/HR | - |
| | Trench 4 | BLM | H | Fleet H_CAT 349F | $ | 437.40 $/HR | 62.22 |
| | Trench 4 | STATE / PRIVATE | H | Fleet H_CAT 349F | $ | 437.40 $/HR | 62.22 |
| | Trench 5 | BLM | H | Fleet H_CAT 349F | $ | 437.40 $/HR | 124.44 |
| | Trench 5 | STATE / PRIVATE | H | Fleet H_CAT 349F | $ | 437.40 $/HR | - |
| | Trench 6 | BLM | H | Fleet H_CAT 349F | $ | 437.40 $/HR | 124.44 |
| | Trench 6 | STATE / PRIVATE | H | Fleet H_CAT 349F | $ | 437.40 $/HR | - |
| | Trench 7 | BLM | H | Fleet H_CAT 349F | $ | 437.40 $/HR | 124.44 |
| | Trench 7 | STATE / PRIVATE | H | Fleet H_CAT 349F | $ | 437.40 $/HR | - |
| | Trench 8 | BLM | H | Fleet H_CAT 349F | $ | 437.40 $/HR | 62.22 |
| | Trench 8 | STATE / PRIVATE | H | Fleet H_CAT 349F | $ | 437.40 $/HR | - |
| | **TOTAL** | | | | | | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Units | Production Rate | Units | Time | Units | Year 1 | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Cost BLM On Lease | Cost BLM ROW | Cost State / Private |
| LCY | 329 | LCY/HR | 903 | HR | $ 431,812 | | |
| LCY | 329 | LCY/HR | - | HR | | $ - | |
| LCY | 329 | LCY/HR | 1,060 | HR | $ 507,108 | | |
| LCY | 329 | LCY/HR | 154 | HR | | | $ 73,768 |
| LCY | 329 | LCY/HR | 1,083 | HR | $ 517,870 | | |
| LCY | 329 | LCY/HR | 55 | HR | | | $ 26,325 |
| LCY | 329 | LCY/HR | 1,064 | HR | $ 508,871 | | |
| LCY | 329 | LCY/HR | 48 | HR | | | $ 22,897 |
| LCY | 329 | LCY/HR | 1,075 | HR | $ 514,362 | | |
| LCY | 329 | LCY/HR | - | HR | | $ - | |
| LCY | 329 | LCY/HR | 897 | HR | $ 429,004 | | |
| LCY | 329 | LCY/HR | 154 | HR | | | $ 73,779 |
| LCY | 329 | LCY/HR | 961 | HR | $ 459,567 | | |
| LCY | 329 | LCY/HR | 154 | HR | | | $ 73,779 |
| LCY | 329 | LCY/HR | 237 | HR | $ 113,464 | | |
| LCY | 329 | LCY/HR | 63 | HR | | | $ 30,117 |
| | | | | | $ 3,482,058 | $ - | $ 300,665 |
| LCY | 198 | LCY/HR | - | HR | $ - | | |
| LCY | 198 | LCY/HR | - | HR | | $ - | |
| LCY | 198 | LCY/HR | 0.63 | HR | $ 275 | | |
| LCY | 198 | LCY/HR | - | HR | | $ - | |
| LCY | 198 | LCY/HR | 0.31 | HR | $ 138 | | |
| LCY | 198 | LCY/HR | - | HR | | $ - | |
| LCY | 198 | LCY/HR | 0.31 | HR | $ 138 | | |
| LCY | 198 | LCY/HR | 0.31 | HR | | | $ 138 |
| LCY | 198 | LCY/HR | 0.63 | HR | $ 275 | | |
| LCY | 198 | LCY/HR | - | HR | | $ - | |
| LCY | 198 | LCY/HR | 0.63 | HR | $ 275 | | |
| LCY | 198 | LCY/HR | - | HR | | $ - | |
| LCY | 198 | LCY/HR | 0.63 | HR | $ 275 | | |
| LCY | 198 | LCY/HR | - | HR | | $ - | |
| LCY | 198 | LCY/HR | 0.31 | HR | $ 138 | | |
| LCY | 198 | LCY/HR | - | | | $ - | |
| | | | | | $ 1,513 | $ - | $ 138 |

2

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Earthwork - Pre-Concentration Pond Berms**

| | | | | | | | | | | | | | | Year 1 | |
| Ref. No. | Description | Property Designation | Equipment Fleet Rate Designation | Fleet Description | Fleet Unit Cost | Units | Quanity | Units | Production Rate | Units | Time | Units | Cost BLM On Lease | Cost BLM ROW | Cost State / Private |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pre-Concentration Pond Berms | | | | | | | | | | | | | | |
| | P1 | BLM - On Lease | A | Excavator Fleet A _ CAT 349F (417hp) | $ 439.89 | $/HR | 106,873 | LCY | 329 | LCY/HR | 325 | HR | $ 143,026 | | |
| | P4 | BLM - On Lease | A | Excavator Fleet A _ CAT 349F (417hp) | $ 439.89 | $/HR | 93,422 | LCY | 329 | LCY/HR | 284 | HR | $ 125,025 | | |
| | Salt Pad | BLM - On Lease | A | Excavator Fleet A _ CAT 349F (417hp) | $ 439.89 | $/HR | 53,741 | LCY | 329 | LCY/HR | 163 | HR | $ 71,921 | | |
| | Salt Pad | STATE/PRIVATE | A | Excavator Fleet A _ CAT 349F (417hp) | $ 439.89 | $/HR | 16,291 | LCY | 329 | LCY/HR | 50 | HR | | | $ 21,802 |
| | **TOTAL** | | | | | | | | | | | | $ 339,971 | $ - | $ 21,802 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Earthwork - Other Haulroads**

| Ref. No. | Description | Property Designation | Equipment Fleet Rate Designation | Fleet Description | Fleet Unit Cost | Units | Quanity | Units | Production Rate | Units | Time | Units | Cost BLM On Lease (Year 1) | Cost BLM ROW (Year 1) | Cost State / Private (Year 1) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Other Haulroads to Prod Ponds | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | Haulroad Spur to Tailings Pond | BLM | C1 | Excavator w/ support Dozer Fleet C1 _ CAT 349F (417hp) | $ 439.89 | $/HR | 1,473 | LCY | 253 | LCY/HR | 5.81 | HR | $ 2,558 | | |
| | | | C1 | Fleet C1_CAT D8T LGP (312hp) | $ 584.32 | $/HR | 242 | LCY | 787 | LCY/HR | 0.31 | HR | $ 179 | | |
| | | | | | | | | | | | | | $ 2,737 | | |
| | | | | | | | | | | | | | | | |
| | Prod Plant to Playa Line | STATE / PRIVATE | C1 | Excavator w/ support Dozer Fleet C1 _ CAT 349F (417hp) | $ 439.89 | $/HR | 12,856 | LCY | 253 | LCY/HR | 50.73 | HR | | | $ 22,317 |
| | | | C1 | Fleet C1_CAT D8T LGP (312hp) | $ 584.32 | $/HR | 2,110 | LCY | 787 | LCY/HR | 2.68 | HR | | | $ 1,566 |
| | | | | | | | | | | | | | | | $ 23,883 |
| | | | | | | | | | | | | | | | |
| | Playa line to Perimeter Road | STATE / PRIVATE | C1 | Excavator w/ support Dozer Fleet C1 _ CAT 349F (417hp) | $ 439.89 | $/HR | 3,469 | LCY | 253 | LCY/HR | 13.69 | HR | | | $ 6,023 |
| | | | C1 | Fleet C1_CAT D8T LGP (312hp) | $ 584.32 | $/HR | 569 | LCY | 787 | LCY/HR | 0.72 | HR | | | $ 423 |
| | | | | | | | | | | | | | | | $ 6,445 |
| | | | | | | | | | | | | | | | |
| | Perimeter Road to Prod Pond | STATE / PRIVATE | C1 | Excavator w/ support Dozer Fleet C1 _ CAT 349F (417hp) | $ 439.89 | $/HR | 2,408 | LCY | 253 | LCY/HR | 9.50 | HR | | | $ 4,180 |
| | | | C1 | Fleet C1_CAT D8T LGP (312hp) | $ 584.32 | $/HR | 395 | LCY | 787 | LCY/HR | 0.50 | HR | | | $ 293 |
| | | | | | | | | | | | | | | | $ 4,473 |
| | | | | | | | | | | | | | | | |
| | CPM Spur Road | BLM | C1 | Excavator w/ support Dozer Fleet C1 _ CAT 349F (417hp) | $ 439.89 | $/HR | 12,673 | LCY | 253 | LCY/HR | 50.01 | HR | $ 22,000 | | |
| | | | C1 | Fleet C1_CAT D8T LGP (312hp) | $ 584.32 | $/HR | 2,080 | LCY | 787 | LCY/HR | 2.64 | HR | $ 1,544 | | |
| | | STATE / PRIVATE | C1 | Excavator w/ support Dozer Fleet C1 _ CAT 349F (417hp) | $ 439.89 | $/HR | 990 | LCY | 253 | LCY/HR | 3.91 | HR | | | $ 1,719 |
| | | | C1 | Fleet C1_CAT D8T LGP (312hp) | $ 584.32 | $/HR | 163 | LCY | 787 | LCY/HR | 0.21 | HR | | | $ 121 |
| | | | | | | | | | | | | | $ 23,544 | | $ 1,839 |
| | | | | | | | | | | | | | | | |
| | **TOTAL** | | | | | | | | | | | | $ 26,281 | | $ 36,640 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Earthwork Pre-Concentration Berm Breaches**

| Ref. No. | Description | Property Designation | Equipment Fleet Rate Designation | Fleet Description | Fleet Unit Cost | Units | Quanity | Units | Production Rate | Units | Time | Units | Year 1 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | Cost BLM On Lease | Cost BLM ROW | Cost State / Private | |
| | Pre-Con Berm Breaches | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | P-1 Exterior Berm Breach | BLM | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381.25 | LCY | 215 | LCY/HR | 24.97 | HR | $ 10,635 | | | |
| | P-1 Exterior Berm Breach | BLM | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | $ 6,061 | | | |
| | | | | | | | | | | | | | | | | |
| | P-2 Exterior Berm Breach | BLM | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381.25 | LCY | 215 | LCY/HR | 24.97 | HR | $ 10,635 | | | |
| | P-2 Exterior Berm Breach | BLM | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | $ 6,061 | | | |
| | | | | | | | | | | | | | | | | |
| | P-2 Interior Berm Breach | BLM | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381.25 | LCY | 215 | LCY/HR | 24.97 | HR | $ 10,635 | | | |
| | P-2 Interior Berm Breach | BLM | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | $ 6,061 | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | TOTAL | | $ 50,089 | $    - | $    - | $ 50,089 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Earthwork - Production Pond Breaches**

| Ref. No. | Description | Property Designation | Equipment Fleet Rate Designation C2 | Fleet Description | Fleet Unit Cost | Units | Quanity | Units | Production Rate | Units | Time | Units | Year 1 Cost BLM On Lease | Cost BLM ROW | Cost State / Private |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Production Pond Berm Breaches | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | Brine Buffer Pond (BBP) PLAYA Breach (R4 | BLM | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381 | LCY | 215 | LCY/HR | 24.97 | HR | $ 10,635 | | |
| | Brine Buffer Pond (BBP) PLAYA Breach (R4 | BLM | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | $ 6,061 | | |
| | | | | | | | | | | | | | | | |
| | BBP_BHP Breach (R4 ROAD) | BLM | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381 | LCY | 215 | LCY/HR | 24.97 | HR | $ 10,635 | | |
| | BBP_BHP Breach (R4 ROAD) | BLM | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | $ 6,061 | | |
| | | | | | | | | | | | | | | | |
| | BBP_H2-C Breach (R4 ROAD) | BLM | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381 | LCY | 215 | LCY/HR | 24.97 | HR | $ 10,635 | | |
| | BBP_H2-C Breach (R4 ROAD) | BLM | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | $ 6,061 | | |
| | | | | | | | | | | | | | | | |
| | BBP_H2-B Breach (R4 ROAD) | BLM | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381 | LCY | 215 | LCY/HR | 24.97 | HR | $ 10,635 | | |
| | BBP_H2-B Breach (R4 ROAD) | BLM | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | $ 6,061 | | |
| | | | | | | | | | | | | | | | |
| | BBP_H2-C Breach (R4 ROAD) | BLM | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381 | LCY | 215 | LCY/HR | 24.97 | HR | $ 10,635 | | |
| | BBP_H2-C Breach (R4 ROAD) | BLM | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | $ 6,061 | | |
| | | | | | | | | | | | | | | | |
| | BHP_PLAYA BREACH (B1 ROAD) | BLM | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381 | LCY | 215 | LCY/HR | 24.97 | HR | $ 10,635 | | |
| | BHP_PLAYA BREACH (B1 ROAD) | BLM | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | $ 6,061 | | |
| | | | | | | | | | | | | | | | |
| | H1-A_H2-A Breach (R1 ROAD) | STATE | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381 | LCY | 215 | LCY/HR | 24.97 | HR | | | $ 10,635 |
| | H1-A_H2-A Breach (R1 ROAD) | STATE | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | | | $ 6,061 |
| | | | | | | | | | | | | | | | |
| | H1-B_H2-B Breach (R1 ROAD) | BLM | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381 | LCY | 215 | LCY/HR | 24.97 | HR | $ 10,635 | | |
| | H1-B_H2-B Breach (R1 ROAD) | BLM | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | $ 6,061 | | |
| | | | | | | | | | | | | | | | |
| | H1-C_H2-C Breach (R1 ROAD) | BLM | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381 | LCY | 215 | LCY/HR | 24.97 | HR | $ 10,635 | | |
| | H1-C_H2-C Breach (R1 ROAD) | BLM | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | $ 6,061 | | |
| | | | | | | | | | | | | | | | |
| | H1-A-PRB Breach (R4P ROAD) | BLM | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381 | LCY | 215 | LCY/HR | 24.97 | HR | $ 10,635 | | |
| | H1-A-PRB Breach (R4P ROAD) | BLM | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | $ 6,061 | | |
| | | | | | | | | | | | | | | | |
| | H1-B_BM-4 Breach (R4P ROAD) | BLM | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381 | LCY | 215 | LCY/HR | 24.97 | HR | $ 10,635 | | |
| | H1-B_BM-4 Breach (R4P ROAD) | BLM | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | $ 6,061 | | |
| | | | | | | | | | | | | | | | |
| | H1-C_BM-4 Breach (R4P ROAD) | BLM | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381 | LCY | 215 | LCY/HR | 24.97 | HR | $ 10,635 | | |
| | H1-C_BM-4 Breach (R4P ROAD) | BLM | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | $ 6,061 | | |
| | | | | | | | | | | | | | | | |
| | BM-1_SMALL NORTHWEST POND Breach ( | STATE | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381 | LCY | 215 | LCY/HR | 24.97 | HR | | | $ 10,635 |
| | BM-1_SMALL NORTHWEST POND Breach ( | STATE | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | | | $ 6,061 |
| | | | | | | | | | | | | | | | |
| | BM-1_BM-2 Breach (B1 ROAD) | STATE | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381 | LCY | 215 | LCY/HR | 24.97 | HR | | | $ 10,635 |
| | BM-1_BM-2 Breach (B1 ROAD) | STATE | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | | | $ 6,061 |
| | | | | | | | | | | | | | | | |
| | BM-2_BM-3 Breach (B1 ROAD) | BLM | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381 | LCY | 215 | LCY/HR | 24.97 | HR | $ 10,635 | | |
| | BM-2_BM-3 Breach (B1 ROAD) | BLM | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | $ 6,061 | | |
| | | | | | | | | | | | | | | | |
| | BM-3_BM-4 Breach (B1 ROAD) | BLM | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381 | LCY | 215 | LCY/HR | 24.97 | HR | $ 10,635 | | |
| | BM-3_BM-4 Breach (B1 ROAD) | BLM | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | $ 6,061 | | |
| | | | | | | | | | | | | | | | |
| | BM-4_PRB Breach (B1 ROAD) | BLM | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381 | LCY | 215 | LCY/HR | 24.97 | HR | $ 10,635 | | |
| | BM-4_PRB Breach (B1 ROAD) | BLM | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | $ 6,061 | | |
| | | | | | | | | | | | | | | | |
| | BM1_PLAYA Breach (R4P ROAD) | STATE | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381 | LCY | 215 | LCY/HR | 24.97 | HR | | | $ 10,635 |
| | BM1_PLAYA Breach (R4P ROAD) | STATE | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | | | $ 6,061 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Earthwork - Production Pond Breaches**

| Ref. No. | Description | Property Designation | Equipment Fleet Rate Designation | Fleet Description | Fleet Unit Cost | Units | Quanity | Units | Production Rate | Units | Time | Units | Year 1 Cost BLM On Lease | Cost BLM ROW | Cost State / Private |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BM-2_PLAYA Breach (R4P ROAD) | STATE | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381 | LCY | 215 | LCY/HR | 24.97 | HR | | | $ 10,635 |
| | BM-2_PLAYA Breach (R4P ROAD) | STATE | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | | | $ 6,061 |
| | BM-3_PLAYA Breach (R4P ROAD) | BLM | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381 | LCY | 215 | LCY/HR | 24.97 | HR | $ 10,635 | | |
| | BM-3_PLAYA Breach (R4P ROAD) | BLM | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | $ 6,061 | | |
| | BM-4_PLAYA Breach (R4P ROAD) | BLM | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381 | LCY | 215 | LCY/HR | 24.97 | HR | $ 10,635 | | |
| | BM-4_PLAYA Breach (R4P ROAD) | BLM | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | $ 6,061 | | |
| | H2-A_PLAYA Breach (R2P ROAD) | BLM | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381 | LCY | 215 | LCY/HR | 24.97 | HR | $ 10,635 | | |
| | H2-A_PLAYA Breach (R2P ROAD) | BLM | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | $ 6,061 | | |
| | H2-C_PLAYA Breach (B1 ROAD) | BLM | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381 | LCY | 215 | LCY/HR | 24.97 | HR | $ 10,635 | | |
| | H2-C_PLAYA Breach (B1 ROAD) | BLM | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | $ 6,061 | | |
| | H1-C_PLAYA Breach (B1 ROAD) | BLM | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381 | LCY | 215 | LCY/HR | 24.97 | HR | $ 10,635 | | |
| | H1-C_PLAYA Breach (B1 ROAD) | BLM | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | $ 6,061 | | |
| | H1_A_PLAYA Breach (R2P ROAD) | BLM | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381 | LCY | 215 | LCY/HR | 24.97 | HR | $ 10,635 | | |
| | H1_A_PLAYA Breach (R2P ROAD) | BLM | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | $ 6,061 | | |
| | BM1_TMA Breach (R4 ROAD) | BLM | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381 | LCY | 215 | LCY/HR | 24.97 | HR | $ 10,635 | | |
| | BM1_TMA Breach (R4 ROAD) | BLM | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | $ 6,061 | | |
| | BM2_TMA Breach (R4 ROAD) | BLM | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381 | LCY | 215 | LCY/HR | 24.97 | HR | $ 10,635 | | |
| | BM2_TMA Breach (R4 ROAD) | BLM | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | $ 6,061 | | |
| | BM3_TMA Breach (R4 ROAD) | BLM | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381 | LCY | 215 | LCY/HR | 24.97 | HR | $ 10,635 | | |
| | BM3_TMA Breach (R4 ROAD) | BLM | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | $ 6,061 | | |
| | TMA_PLAYA Breach (R4 ROAD) | BLM | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381 | LCY | 215 | LCY/HR | 24.97 | HR | $ 10,635 | | |
| | TMA_PLAYA Breach (R4 ROAD) | BLM | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | $ 6,061 | | |
| | PRB_PLAYA Breach (R2P ROAD) | BLM | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381 | LCY | 215 | LCY/HR | 24.97 | HR | $ 10,635 | | |
| | PRB_PLAYA Breach (R2P ROAD) | BLM | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | $ 6,061 | | |
| | ES_H1-A Breach (R2P ROAD) | STATE | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381 | LCY | 215 | LCY/HR | 24.97 | HR | | | $ 10,635 |
| | ES_H1-A Breach (R2P ROAD) | STATE | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | | | $ 6,061 |
| | ES_PLAYA Breach (R2P ROAD) | STATE | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381 | LCY | 215 | LCY/HR | 24.97 | HR | | | $ 10,635 |
| | ES_PLAYA Breach (R2P ROAD) | STATE | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | | | $ 6,061 |
| | BBP_PLAYA BREACH (R4 ROAD) | BLM | C2 | Excavator w/ support Dozer Fleet C2 _ CAT 349F (417hp) | $ 425.87 | $/HR | 5381 | LCY | 215 | LCY/HR | 24.97 | HR | $ 10,635 | | |
| | BBP_PLAYA BREACH (R4 ROAD) | BLM | C2 | Fleet C2_CAT D8T LGP (312hp) | $ 598.34 | $/HR | 4375 | LCY | 432 | LCY/HR | 10.13 | HR | $ 6,061 | | |
| | | | | | | | | | | | | TOTAL | $ 434,101 | $ - | $ 116,873 | $ 550,975 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M0270126

**Earthwork - Process Facility Stockpiles**

| Ref. No. | Description | Property Designation | Equipment Fleet Rate Designation | Fleet Description | Fleet Unit Cost | Units | Quanity | Units | Production Rate | Units | Time | Units | Cost BLM On Lease | Cost BLM ROW | Cost State / Private |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | **Year 1** | |
| | Processing Facility Stockpiles | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | Subsoil Stockpile (Dozer Push) | State / Private | F | Fleet F_CAT D8T | $ 511.77 | $/HR | - | LCY | 402 | LCY/HR | 0.0 | HR | | | $ - |
| | Subsoil Stockpile (FEL-Truck Haul) | State / Private | F | Fleet F CAT 988FEL_CAT 735 Truck | $ 1,418.72 | $/HR | - | LCY | 734.1 | LCY/HR | 0.0 | HR | | | $ - |
| | Subsoil Stockpile (Dozer Grade) | State / Private | F | Fleet F_CAT D8T | $ 511.77 | $/HR | - | ACRES | 7.7 | AC/HR | 0.0 | HR | | | $ - |
| | | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | | |
| | **(No ripping / discing required Year 1)** | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | **TOTAL** | | | | | | | | | | | | $ - | $ - | $ - |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M027/0125

**Earthwork - Access Roads**

| Ref. No. | Description | Property Designation | Equipment Fleet Rate Designation | Fleet Description | Fleet Unit Cost | Units | Quanity | Units | Production Rate | Units | Time | Units | Cost BLM On Lease | Cost BLM ROW | Cost State / Private | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ACCESS ROADS** | | | | | | | | | | | | | | | |
| | Access Road Segment A - Scarifying | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 3.26 | ACRES | 1.51 | AC/HR | 2.16 | HR | | $ 320 | | |
| | Access Road Segment A - Scarifying | STATE ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 1.22 | ACRES | 1.51 | AC/HR | 0.81 | HR | | | $ 120 | |
| | Access Road Segment A - Grading | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 3.26 | ACRES | 4.29 | AC/HR | 0.76 | HR | | $ 113 | | |
| | Access Road Segment A - Grading | STATE ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 1.22 | ACRES | 4.29 | AC/HR | 0.28 | HR | | | $ 42 | |
| | Access Road Segment A - Loading/Hauling | BLM ROW | G-6 | Fleet G-6 CAT 966FEL_Highway Dump Trucks | $ 1,429.59 | $/HR | 6,137 | LCY | 298 | LCY/HR | 20.61 | HR | | $ 29,459 | | |
| | Access Road Segment A - Loading/Hauling | STATE ROW | G-6 | Fleet G-6 CAT 966FEL_Highway Dump Trucks | $ 1,429.59 | $/HR | 2,294 | LCY | 298 | LCY/HR | 7.70 | HR | | | $ 11,014 | |
| | Access Road Segment A - Ditch | BLM ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 4,544 | LCY | 194 | LCY/HR | 23.44 | HR | | $ 6,068 | | |
| | Access Road Segment A - Culvert | BLM ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 173 | LCY | 129 | LCY/HR | 1.34 | HR | | $ 347 | | |
| | Access Road Segment A - Ditch | STATE ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 1,699 | LCY | 194 | LCY/HR | 8.76 | HR | | | $ 2,269 | |
| | Access Road Segment A - Culvert | STATE ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 58 | LCY | 129 | LCY/HR | 0.45 | HR | | | $ 116 | |
| | | | | | | | | | | | | | - | $ 36,307 | $ 13,560 | $ 49,867 |
| | Access Road Segment B - Ditch | BLM ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 862 | LCY | 194 | LCY/HR | 4.44 | HR | | $ 1,151 | | |
| | Access Road Segment B - Culvert | BLM ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 29 | LCY | 129 | LCY/HR | 0.22 | HR | | $ 58 | | |
| | Access Road Segment B - Ditch | STATE ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 448 | LCY | 194 | LCY/HR | 2.31 | HR | | | $ 598 | |
| | Access Road Segment B - Culvert | STATE ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 29 | LCY | 129 | LCY/HR | 0.22 | HR | | | $ 58 | |
| | | | | | | | | | | | | | - | $ 1,208 | $ 656 | $ 1,864 |
| | Access Road Segment C1 - Ditch | BLM ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 2,822 | LCY | 194 | LCY/HR | 14.55 | HR | | $ 3,768 | | |
| | Access Road Segment C1 - Culvert | BLM ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 116 | LCY | 129 | LCY/HR | 0.89 | HR | | $ 231 | | |
| | | | | | | | | | | | | | - | $ 3,999 | $ - | $ 3,999 |
| | Access Road Segment C2 - Scarifying | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 1.25 | ACRES | 1.51 | AC/HR | 0.83 | HR | | $ 123 | | |
| | Access Road Segment C2 - Grading | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 1.25 | ACRES | 4.29 | AC/HR | 0.29 | HR | | $ 43 | | |
| | Access Road Segment C2 - Loading/Hauling | BLM ROW | G-6 | Fleet G-6 CAT 966FEL_Highway Dump Trucks | $ 1,429.59 | $/HR | 29,208 | LCY | 298 | LCY/HR | 98.06 | HR | | $ 140,211 | | |
| | Access Road Segment C2 - Ditch | BLM ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 1,740 | LCY | 194 | LCY/HR | 8.98 | HR | | $ 2,324 | | |
| | Access Road Segment C2 - Culvert | BLM ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 58 | LCY | 129 | LCY/HR | 0.45 | HR | | $ 116 | | |
| | | | | | | | | | | | | | - | $ 142,817 | $ - | $ 142,817 |
| | Access Road Segment D1 - Ditch | BLM ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | - | LCY | 194 | LCY/HR | - | HR | | $ - | | |
| | Access Road Segment D1 - Culvert | BLM ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | - | LCY | 129 | LCY/HR | - | HR | | $ - | | |
| | | | | | | | | | | | | | - | $ - | $ - | $ - |
| | Access Road Segment D2 - Scarifying | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.00 | ACRES | 1.51 | AC/HR | - | HR | | $ - | | |
| | Access Road Segment D2 - Grading | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.00 | ACRES | 4.29 | AC/HR | - | HR | | $ - | | |
| | Access Road Segment D2 - Loading/Hauling | BLM ROW | G-6 | Fleet G-6 CAT 966FEL_Highway Dump Trucks | $ 1,429.59 | $/HR | - | LCY | 298 | LCY/HR | - | HR | | $ - | | |
| | Access Road Segment D2 - Ditch | BLM ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | - | LCY | 194 | LCY/HR | - | HR | | $ - | | |
| | Access Road Segment D2 - Culvert | BLM ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | - | LCY | 129 | LCY/HR | - | HR | | $ - | | |
| | | | | | | | | | | | | | - | $ - | $ - | $ - |
| | Access Road Segment E - Scarifying | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.00 | ACRES | 1.51 | AC/HR | - | HR | | $ - | | |
| | Access Road Segment E - Grading | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.00 | ACRES | 4.29 | AC/HR | - | HR | | $ - | | |
| | Access Road Segment E - Loading/Hauling | BLM ROW | G-8 | Fleet G-8 CAT 966FEL_Highway Dump Trucks | $ 1,834.91 | $/HR | - | LCY | 397 | LCY/HR | - | HR | | $ - | | |
| | Access Road Segment E - Ditch | BLM ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | - | LCY | 194 | LCY/HR | - | HR | | $ - | | |
| | Access Road Segment E - Culvert | BLM ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | - | LCY | 129 | LCY/HR | - | HR | | $ - | | |
| | | | | | | | | | | | | | - | $ - | $ - | $ - |
| | Access Road Segment F - Scarifying | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.00 | ACRES | 1.51 | AC/HR | - | HR | | $ - | | |
| | Access Road Segment F - Grading | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.00 | ACRES | 4.29 | AC/HR | - | HR | | $ - | | |
| | Access Road Segment F - Loading/Hauling | BLM ROW | G-6 | Fleet G-6 CAT 966FEL_Highway Dump Trucks | $ 1,429.59 | $/HR | - | LCY | 298 | LCY/HR | - | HR | | $ - | | |
| | Access Road Segment F - Ditch | BLM ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | - | LCY | 194 | LCY/HR | - | HR | | $ - | | |
| | Access Road Segment F - Culvert | BLM ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | - | LCY | 129 | LCY/HR | - | HR | | $ - | | |
| | | | | | | | | | | | | | - | $ - | $ - | $ - |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M027/0125

## Earthwork - Access Roads

| Ref. No. | Description | Property Designation | Equipment Fleet Rate Designation | Fleet Description | Fleet Unit Cost | Units | Quanity | Units | Production Rate | Units | Time | Units | Year 1 Cost BLM On Lease | Cost BLM ROW | Cost State / Private |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Access Road Segment G - Scarifying | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.00 | ACRES | 1.51 | AC/HR | - | HR | | $ - | |
| | Access Road Segment G - Grading | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.00 | ACRES | 4.29 | AC/HR | - | HR | | $ - | |
| | Access Road Segment G - Loading/Hauling | BLM ROW | G-8 | Fleet G-8 CAT 966FEL_Highway Dump Trucks | $ 1,834.91 | $/HR | - | LCY | 397 | LCY/HR | - | HR | | $ - | |
| | Access Road Segment G - Ditch | BLM ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | - | LCY | 194 | LCY/HR | - | HR | | $ - | |
| | Access Road Segment G - Culvert | BLM ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | - | LCY | 129 | LCY/HR | - | HR | | $ - | |
| | | | | | | | | | | | | | - | $ - $ | - $ - |
| | Long Ridge Access Road - Scarifying | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.00 | ACRES | 1.51 | AC/HR | - | HR | | $ - | |
| | Long Ridge Access Road - Scarifying | STATE ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.00 | ACRES | 1.51 | AC/HR | - | HR | | | $ - |
| | Long Ridge Access Road - Grading | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.00 | ACRES | 4.29 | AC/HR | - | HR | | $ - | |
| | Long Ridge Access Road - Grading | STATE ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.00 | ACRES | 4.29 | AC/HR | - | HR | | | $ - |
| | Long Ridge Access Road - Loading/Hauling | BLM ROW | G-6 | Fleet G-6 CAT 966FEL_Highway Dump Trucks | $ 1,429.59 | $/HR | - | LCY | 298 | LCY/HR | - | HR | | $ - | |
| | Long Ridge Access Road - Loading/Hauling | STATE ROW | G-6 | Fleet G-6 CAT 966FEL_Highway Dump Trucks | $ 1,429.59 | $/HR | - | LCY | 298 | LCY/HR | - | HR | | | $ - |
| | Long Ridge Access Road - Ditch | BLM ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | - | LCY | 194 | LCY/HR | - | HR | | $ - | |
| | Long Ridge Access Road - Culvert | BLM ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | - | LCY | 129 | LCY/HR | - | HR | | $ - | |
| | Long Ridge Access Road - Ditch | STATE ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | - | LCY | 194 | LCY/HR | - | HR | | | $ - |
| | Long Ridge Access Road - Culvert | STATE ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | - | LCY | 129 | LCY/HR | - | HR | | | $ - |
| | Playa Access Spur 1 - Scarifying | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.34 | ACRES | 1.51 | AC/HR | 0.23 | HR | | $ 33 | |
| | Playa Access Spur 1 - Grading | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.34 | ACRES | 4.29 | AC/HR | 0.08 | HR | | $ 12 | |
| | Playa Access Spur 1 - Loading/Hauling | BLM ROW | G-8 | Fleet G-6 CAT 966FEL_Highway Dump Trucks | $ 1,429.59 | $/HR | 640 | LCY | 298 | LCY/HR | 2.15 | HR | | $ 3,074 | |
| | Playa Access Spur 1 - Ditch | BLM ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 474 | LCY | 194 | LCY/HR | 2.45 | HR | | $ 633 | |
| | Playa Access Spur 1 - Culvert | BLM ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 29 | LCY | 129 | LCY/HR | 0.22 | HR | | $ 58 | |
| | | | | | | | | | | | | | $ - $ | 3,810 $ | - $ 3,810 |
| | Playa Access Spur 2 - Scarifying | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.04 | ACRES | 1.51 | AC/HR | 0.03 | HR | | $ 4 | |
| | Playa Access Spur 2 - Grading | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.04 | ACRES | 4.29 | AC/HR | 0.01 | HR | | $ 2 | |
| | Playa Access Spur 2 - Loading/Hauling | BLM ROW | G-8 | Fleet G-6 CAT 966FEL_Highway Dump Trucks | $ 1,429.59 | $/HR | 83 | LCY | 298 | LCY/HR | 0.28 | HR | | $ 400 | |
| | Playa Access Spur 2 - Ditch | BLM ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 62 | LCY | 194 | LCY/HR | 0.32 | HR | | $ 82 | |
| | Playa Access Spur 2 - Culvert | BLM ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | - | LCY | 129 | LCY/HR | - | HR | | $ - | |
| | | | | | | | | | | | | | $ - $ | 489 $ | - $ 489 |
| | Playa Access Spur 5 - Scarifying | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.01 | ACRES | 1.51 | AC/HR | 0.01 | HR | | $ 1 | |
| | Playa Access Spur 5 - Grading | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.01 | ACRES | 4.29 | AC/HR | 0.00 | HR | | $ 0 | |
| | Playa Access Spur 5 - Loading/Hauling | BLM ROW | G-8 | Fleet G-6 CAT 966FEL_Highway Dump Trucks | $ 1,429.59 | $/HR | 15 | LCY | 298 | LCY/HR | 0.05 | HR | | $ 71 | |
| | Playa Access Spur 5 - Ditch | BLM ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 152 | LCY | 194 | LCY/HR | 0.78 | HR | | $ 202 | |
| | Playa Access Spur 5 - Culvert | BLM ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | - | LCY | 129 | LCY/HR | - | HR | | $ - | |
| | | | | | | | | | | | | | $ - $ | 274 $ | - $ 274 |
| | Playa Access Spur 6 - Scarifying | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.11 | ACRES | 1.51 | AC/HR | 0.07 | HR | | $ 11 | |
| | Playa Access Spur 6 - Grading | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.11 | ACRES | 4.29 | AC/HR | 0.03 | HR | | $ 4 | |
| | Playa Access Spur 6 - Loading/Hauling | BLM ROW | G-8 | Fleet G-6 CAT 966FEL_Highway Dump Trucks | $ 1,429.59 | $/HR | 205 | LCY | 298 | LCY/HR | 0.69 | HR | | $ 982 | |
| | Playa Access Spur 6 - Ditch | BLM ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 616 | LCY | 194 | LCY/HR | 3.18 | HR | | $ 823 | |
| | Playa Access Spur 6 - Culvert | BLM ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | - | LCY | 129 | LCY/HR | - | HR | | $ - | |
| | | | | | | | | | | | | | $ - $ | 1,819 $ | - $ 1,819 |
| | **WELL ROADS** | | | | | | | | | | | | | | |
| | Water Supply Well Access Road 1 - Scarifying | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.44 | ACRES | 1.42 | AC/HR | 0.31 | HR | | $ 46 | |
| | Water Supply Well Access Road 1 - Scarifying | STATE ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.22 | ACRES | 1.42 | AC/HR | 0.15 | HR | | | $ 22 |
| | Water Supply Well Access Road 1 - Grading | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.44 | ACRES | 4.03 | AC/HR | 0.11 | HR | | $ 16 | |
| | Water Supply Well Access Road 1 - Grading | STATE ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.22 | ACRES | 4.03 | AC/HR | 0.05 | HR | | | $ 8 |
| | Water Supply Well Access Road 1 - Loading/Hauling | BLM ROW | G-6 | Fleet G-6 CAT 966FEL_Highway Dump Trucks | $ 1,429.59 | $/HR | 832 | LCY | 298 | LCY/HR | 2.79 | HR | | $ 3,993 | |
| | Water Supply Well Access Road 1 - Loading/Hauling | STATE ROW | G-6 | Fleet G-6 CAT 966FEL_Highway Dump Trucks | $ 1,429.59 | $/HR | 405 | LCY | 298 | LCY/HR | 1.36 | HR | | | $ 1,946 |
| | Water Supply Well Access Road 1 - Ditch | BLM ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 616 | LCY | 194 | LCY/HR | 3.18 | HR | | $ 823 | |
| | Water Supply Well Access Road 1 - Culvert | BLM ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 29 | LCY | 129 | LCY/HR | 0.22 | HR | | $ 58 | |
| | Water Supply Well Access Road 1 - Ditch | STATE ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 300 | LCY | 194 | LCY/HR | 1.55 | HR | | | $ 401 |
| | Water Supply Well Access Road 1 - Culvert | STATE ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | - | LCY | 129 | LCY/HR | - | HR | | | $ - |
| | | | | | | | | | | | | | - $ | 4,936 $ | 2,377 $ 7,313 |
| | Water Supply Well Access Road 2 - Scarifying | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.46 | ACRES | 1.51 | AC/HR | 0.30 | HR | | $ 45 | |

2

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M027/0125

**Earthwork - Access Roads**

| Ref. No. | Description | Property Designation | Equipment Fleet Rate Designation | Fleet Description | Fleet Unit Cost | Units | Quanity | Units | Production Rate | Units | Time | Units | Year 1 Cost BLM On Lease | Cost BLM ROW | Cost State / Private | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Water Supply Well Access Road 2 - Grading | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.46 | ACRES | 4.03 | AC/HR | 0.11 | HR | | $ 17 | | |
| | Water Supply Well Access Road 2 - Loading/Hauling | BLM ROW | G-6 | Fleet G-6 CAT 966FEL_Highway Dump Trucks | $ 1,429.59 | $/HR | 867 | LCY | 298 | LCY/HR | 2.91 | HR | | $ 4,160 | | |
| | Water Supply Well Access Road 2 - Ditch | BLM ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 642 | LCY | 194 | LCY/HR | 3.31 | HR | | $ 857 | | |
| | Water Supply Well Access Road 2 - Culvert | BLM ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 29 | LCY | 129 | LCY/HR | 0.22 | HR | | $ 58 | | |
| | | | | | | | | | | | | | - | $ 5,137 | $ - | $ 5,137 |
| | Water Monitoring Well Access Road- Scarifying | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 4.53 | ACRES | 1.51 | AC/HR | 3.00 | HR | | $ 445 | | |
| | Water Monitoring Well Access Road - Grading | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 4.53 | ACRES | 4.03 | AC/HR | 1.12 | HR | | $ 167 | | |
| | Water Monitoring Well Access Road - Loading/Hauling | BLM ROW | G-6 | Fleet G-6 CAT 966FEL_Highway Dump Trucks | $ 1,429.59 | $/HR | 8,532 | LCY | 298 | LCY/HR | 28.65 | HR | | $ 40,960 | | |
| | Water Monitoring Well Access Road - Ditch | BLM ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 6,319 | LCY | 194 | LCY/HR | 32.59 | HR | | $ 8,437 | | |
| | Water Monitoring Well Access Road - Culvert | BLM ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 231 | LCY | 129 | LCY/HR | 1.79 | HR | | $ 463 | | |
| | | | | | | | | | | | | | - | $ 50,472 | $ - | $ 50,472 |
| | **TOTAL** | | | | | | | | | | | | $ - | $ 251,269 | $ 16,593 | $ 267,862 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Earthwork - Diversion Berm Canal**

| Ref. No. | Description | Property Designation | Equipment Fleet Rate Designation | Fleet Description | Fleet Unit Cost | Units | Quanity | Units | Production Rate | Units | Time | Units | Cost BLM On Lease | Cost BLM ROW | Cost State / Private |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | Year 1 | | |
| | Diversion Berm Removal | BLM | H | Fleet H_CAT 349F | $ 437.40 | $/HR | 373 | LCY | 191 | LCY/HR | 1.96 | HR | $ 855 | | |
| | | BLM | H | Fleet H_CAT D8T | $ 511.77 | $/HR | 373 | LCY | 432 | LCY/HR | 0.86 | HR | $ 442 | | |
| | Loading/Hauling Berm Material to Open Canal | BLM | H | Fleet H 966FEL_CAT 735 Truck | $ 1,303.98 | $/HR | 373 | LCY | 520 | LCY/HR | 0.72 | HR | $ 937 | | |
| | Backfilling Canal | BLM | H | Fleet H_CAT 349F | $ 437.40 | $/HR | 373 | LCY | 205 | LCY/HR | 1.82 | HR | $ 798 | | |
| | **TOTAL** | | | | | | | | | | | | $ 3,032 | $ - | $ - $ 3,032 |
| | Diversion Canal Stockpile Material Removal | | | | | | | | | | | | | | |
| | Placement of Material into Canal | BLM | H | Fleet H_CAT 349F | $ 437.40 | $/HR | 34,354 | LCY | 205 | LCY/HR | 167.88 | HR | $ 73,430 | | |
| | Pushing pile for FEL | BLM | H | Fleet H_CAT D8T | $ 511.77 | $/HR | 8,000 | LCY | 432 | LCY/HR | 18.52 | HR | $ 9,480 | | |
| | Loading/Hauling Berm Material to Open Canal | BLM | H | Fleet H CAT 966FEL_CAT 735 Truck | $ 1,303.98 | $/HR | 6,451 | LCY | 520 | LCY/HR | 12.42 | HR | $ 16,191 | | |
| | **TOTAL** | | | | | | | | | | | | $ 99,101 | $ - | $ - $99,101 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Earthwork - Production Pond Culverts**

| Ref. No. | Description | Property Designation | Equipment Fleet Rate Designation | Fleet Description | Fleet Unit Cost | Units | Quanity | Units | Production Rate | Units | Time | Units | Year 1 Cost BLM On Lease | Cost BLM ROW | Cost State / Private | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Production Pond Culverts | | | | | | | | | | | | | | | |
| | 12-inch Precast Concrete Culverts | BLM | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 28.89 | LCY | 129 | LCY/HR | 0.22 | HR | $ 58 | | | |
| | 12-inch Precast Concrete Culverts | BLM | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 57.78 | LCY | 129 | LCY/HR | 0.45 | HR | $ 116 | | | |
| | 16-inch Precast Concrete Culverts | STATE ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 52.97 | LCY | 129 | LCY/HR | 0.41 | HR | | | $ 106 | |
| | 16-inch Precast Concrete Culverts | STATE ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 96.30 | LCY | 129 | LCY/HR | 0.75 | HR | | | $ 193 | |
| | 26-inch Precast Concrete Culverts | STATE ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 150.00 | LCY | 129 | LCY/HR | 1.16 | HR | | | $ 300 | |
| | | | | | | | | | | | | | | | | |
| | **TOTAL** | | | | | | | | | | | | $ 174 | $ - | $ 599 | $ 773 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M027/0125

**Earthwork - Perimeter Roads**

| Ref. No. | Description | Property Designation | Equipment Fleet Rate Designation | Fleet Description | Fleet Unit Cost | Units | Quanity | Units | Production Rate | Units | Time | Units | Year 1 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | Cost BLM On Lease | Cost BLM ROW | Cost State / Private | |
| | **PERIMETER ROADS - ON PLAYA** | | | | | | | | | | | | | | | |
| | Perimeter Road Segment 1- Scarifying | BLM | | 0 Fleet G CAT 12G Grader | $ 148.43 | $/HR | 70.14 | ACRES | 1.51 | AC/HR | 46.44 | HR | $ 6,892 | | | |
| | Perimeter Road Segment 1 - Grading | BLM | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 70.14 | ACRES | 4.29 | AC/HR | 16.36 | HR | $ 2,429 | | | |
| | Perimeter Road Segment 1 - Loading/Hauling | BLM | G-16 | Fleet G-16 CAT 966FEL_Highway Dump Trucks | $ 3,441.26 | $/HR | - | LCY | 439 | LCY/HR | - | HR | $ 82,414 | | | |
| | Perimeter Road Segment 1 - Ditch | BLM | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 61,722 | LCY | 194 | LCY/HR | 318.36 | HR | $ | | | |
| | Perimeter Road Segment 1 - Culvert | BLM | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | - | LCY | 129 | LCY/HR | - | HR | $ - | | | |
| | | | | | | | | | | | | | $ 91,735 | $ - | $ - | $ 91,735 |
| | Perimeter Road Segment 2 - Scarifying | BLM/ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 24.23 | ACRES | 1.51 | AC/HR | 16.04 | HR | | $ 2,381 | | |
| | Perimeter Road Segment 2 - Grading | BLM/ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 24.23 | ACRES | 4.29 | AC/HR | 5.65 | HR | | $ 839 | | |
| | Perimeter Road Segment 2 - Loading/Hauling | BLM/ROW | G-16 | Fleet G-16 CAT 966FEL_Highway Dump Trucks | $ 3,441.26 | $/HR | - | LCY | 439 | LCY/HR | - | HR | | $ - | | |
| | Perimeter Road Segment 2 - Ditch | BLM/ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 21,319 | LCY | 194 | LCY/HR | 109.96 | HR | | $ 28,466 | | |
| | Perimeter Road Segment 2 - Culvert | BLM/ROW | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | - | LCY | 129 | LCY/HR | - | HR | | $ - | | |
| | | | | | | | | | | | | | $ - | $ 31,685 | $ - | $ 31,685 |
| | Perimeter Road Segment 4 - Scarifying | STATE / PRIVATE | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 8.87 | ACRES | 1.51 | AC/HR | 5.87 | HR | | | $ 872 | |
| | Perimeter Road Segment 4 - Grading | STATE / PRIVATE | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 8.87 | ACRES | 4.29 | AC/HR | 2.07 | HR | | | $ 307 | |
| | Perimeter Road Segment 4 - Loading/Hauling | STATE / PRIVATE | G-16 | Fleet G-16 CAT 966FEL_Highway Dump Trucks | $ 3,441.26 | $/HR | - | LCY | 439 | LCY/HR | - | HR | | | $ - | |
| | Perimeter Road Segment 4 - Ditch | STATE / PRIVATE | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 7,805 | LCY | 194 | LCY/HR | 40.24 | HR | | | $ 10,421 | |
| | Perimeter Road Segment 4 - Culvert | STATE / PRIVATE | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | - | LCY | 129 | LCY/HR | - | HR | | | $ - | |
| | | | | | | | | | | | | | $ - | $ - | $ 11,600 | $ 11,600 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M027/0125

**Earthwork - Perimeter Roads**

| Ref. No. | Description | Property Designation | Equipment Fleet Rate Designation | Fleet Description | Fleet Unit Cost | Units | Quanity | Units | Production Rate | Units | Time | Units | Cost BLM On Lease | Cost BLM ROW | Cost State / Private | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Year 1 | | | | | | |
| | Perimeter Road Passing Lane - Scarifying | BLM | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 4.96 | ACRES | 1.51 | AC/HR | 3.28 | HR | $ 487 | | | |
| | Perimeter Road Passing Lane - Grading | BLM | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 4.96 | ACRES | 4.29 | AC/HR | 1.16 | HR | $ 172 | | | |
| | Perimeter Road Passing Lane - Loading/Hauling | BLM | G-16 | Fleet G-16 CAT 966FEL_Highway Dump Trucks | $ 3,441.26 | $/HR | - | LCY | 439 | LCY/HR | - | HR | $ - | | | |
| | Perimeter Road Passing Lane - Ditch | BLM | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 3,600 | LCY | 194 | LCY/HR | 18.57 | HR | $ 4,807 | | | |
| | Perimeter Road Passing Lane - Culvert | BLM | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | - | LCY | 129 | LCY/HR | - | HR | $ - | | | |
| | | | | | | | | | | | | | $ 5,466 | $ - | $ - | $ 5,466 |
| | Perimeter Road Passing Lane - Scarifying | State | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.83 | ACRES | 1.51 | AC/HR | 0.55 | HR | | | $ 81 | |
| | Perimeter Road Passing Lane - Grading | State | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.83 | ACRES | 4.29 | AC/HR | 0.19 | HR | | | $ 29 | |
| | Perimeter Road Passing Lane - Loading/Hauling | State | G-16 | Fleet G-16 CAT 966FEL_Highway Dump Trucks | $ 3,441.26 | $/HR | - | LCY | 439 | LCY/HR | - | HR | | | $ - | |
| | Perimeter Road Passing Lane - Ditch | State | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 600 | LCY | 194 | LCY/HR | 3.09 | HR | | | $ 801 | |
| | Perimeter Road Passing Lane - Culvert | State | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | - | LCY | 129 | LCY/HR | - | HR | | | $ - | |
| | | | | | | | | | | | | | $ - | $ - | $ 911 | $ 911 |
| | Perimeter Road Turnaround- Scarifying | BLM | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 2.35 | ACRES | 1.51 | AC/HR | 1.56 | HR | $ 231 | | | |
| | Perimeter Road Turnaround- Grading | BLM | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 2.35 | ACRES | 4.29 | AC/HR | 0.55 | HR | $ 81 | | | |
| | Perimeter Road Turnaround- Loading/Hauling | BLM | G-16 | Fleet G-16 CAT 966FEL_Highway Dump Trucks | $ 3,441.26 | $/HR | - | LCY | 439 | LCY/HR | - | HR | $ - | | | |
| | Perimeter Road Turnaround- Ditch | BLM | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | 427 | LCY | 194 | LCY/HR | 2.20 | HR | $ 570 | | | |
| | Perimeter Road Turnaround - Culvert | BLM | G | Fleet G CAT 325D Excavator | $ 258.87 | $/HR | - | LCY | 129 | LCY/HR | - | HR | $ - | | | |
| | | | | | | | | | | | | | $ 882.12 | $ - | $ - | $ 882 |
| | **TOTAL GRAVEL/DITCH/CULVERT REMOVAL** | | | | | | | | | | **TOTAL** | | $ 98,084 | $ 31,685 | $ 12,511 | $ 142,280 |
| | Perimeter Road Segment 1 - Scarifying | BLM | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 70.14 | ACRES | 1.51 | AC/HR | 46.44 | HR | | $ 6,892 | | |
| | Perimeter Road Segment 1 - Grading | BLM | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 70.14 | ACRES | 2.14 | AC/HR | 32.73 | HR | | $ 4,858 | | |
| | Perimeter Road Segment 1 - Loading/Hauling | BLM | G-3 | Fleet G-3 CAT 966FEL_Highway Dump Trucks | $ 821.61 | $/HR | - | LCY | 480 | LCY/HR | - | HR | | $ - | | |
| | | | | | | | | | | | | | $ - | $ 11,750 | $ - | $ 11,750 |
| | Perimeter Road Segment 2 - Scarifying | BLM/ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 24.23 | ACRES | 1.51 | AC/HR | 16.04 | HR | | $ 2,381 | | |
| | Perimeter Road Segment 2 - Grading | BLM/ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 24.23 | ACRES | 2.14 | AC/HR | 11.30 | HR | | $ 1,678 | | |
| | Perimeter Road Segment 2 - Loading/Hauling | BLM/ROW | G-3 | Fleet G-3 CAT 966FEL_Highway Dump Trucks | $ 821.61 | $/HR | - | LCY | 480 | LCY/HR | - | HR | | $ - | | |
| | | | | | | | | | | | | | $ - | $ 1,678 | $ - | $ 1,678 |
| | Perimeter Road Segment 4 - Grading | STATE / PRIVATE | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 8.87 | ACRES | 1.51 | AC/HR | 5.87 | HR | | | $ 872 | |
| | Perimeter Road Segment 4 - Grading | STATE / PRIVATE | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 8.87 | ACRES | 2.14 | AC/HR | 4.14 | HR | | | $ 614 | |
| | Perimeter Road Segment 4 - Loading/Hauling | STATE / PRIVATE | G-3 | Fleet G-3 CAT 966FEL_Highway Dump Trucks | $ 821.61 | $/HR | - | LCY | 480 | LCY/HR | - | HR | | | $ - | |
| | | | | | | | | | | | | | $ - | $ - | $ 1,486 | $ 1,486 |
| | Perimeter Road Passing lane - Scarifying | BLM | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 4.96 | ACRES | 1.51 | AC/HR | 3.28 | HR | | $ 487 | | |
| | Perimeter RoadPassing Lane - Grading | BLM | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 4.96 | ACRES | 2.14 | AC/HR | 2.31 | HR | | $ 343 | | |
| | Perimeter Road Passing Lane- Loading/Hauling | BLM | G-3 | Fleet G-3 CAT 966FEL_Highway Dump Trucks | $ 821.61 | $/HR | - | LCY | 480 | LCY/HR | - | HR | | $ - | | |
| | | | | | | | | | | | | | $ - | $ 831 | $ - | $ 831 |
| | Perimeter Road Passing Lane - Scarifying | STATE / PRIVATE | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.83 | ACRES | 1.51 | AC/HR | 0.55 | HR | | | $ 81 | |
| | Perimeter Road Passing Lane - Grading | STATE / PRIVATE | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.83 | ACRES | 2.14 | AC/HR | 0.39 | HR | | | $ 57 | |
| | Perimeter Road Passing Lane - Loading/Hauling | STATE / PRIVATE | G-3 | Fleet G-3 CAT 966FEL_Highway Dump Trucks | $ 821.61 | $/HR | - | LCY | 480 | LCY/HR | - | HR | | | $ - | |
| | | | | | | | | | | | | | $ - | $ - | $ 138 | $ 138 |
| | Perimeter Road Turnarounds - Scarifying | BLM | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.83 | ACRES | 1.51 | AC/HR | 0.55 | HR | | $ 81 | | |
| | Perimeter Road Turnarounds - Grading | BLM | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.83 | ACRES | 2.14 | AC/HR | 0.39 | HR | | $ 57 | | |
| | Perimeter Road Turnarounds - Loading/Hauling | BLM | G-3 | Fleet G-3 CAT 966FEL_Highway Dump Trucks | $ 821.61 | $/HR | - | LCY | 480 | LCY/HR | - | HR | | $ - | | |
| | | | | | | | | | | | | | $ - | $ 138 | $ - | $ 138 |
| | | | | | | | | | | | **TOTAL** | | $ - | $ 14,397 | $ 1,624 | $ 16,022 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Water Supply Well TS**

| Ref. No. | Description | Property Designation | Equipment Fleet Rate Designation | Fleet Description | Fleet Unit Cost | Units | Quanity | Units | Production Rate | Units | Time | Units | Cost BLM On Lease | Year 1 Cost BLM ROW | Cost State / Private |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Water Supply Well #1 - Final Grading | STATE / PRIVATE | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.11 | ACRES | 2.14 | ACRES/HR | 0.05 | HRS | | | $ 7.95 |
| | Water Supply Well #1 - Scarifying | STATE / PRIVATE | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.11 | ACRES | 1.51 | ACRES/HR | 0.08 | HRS | | | $ 11.28 |
| | Water Supply Well #1 - Top Soil Removal/stockpiling | STATE / PRIVATE | G | Caterpillar 966K Articulated Wheel Loader | $ 193.52 | $/HR | 111 | LCY | 307.26 | LCY/HR | 0.36 | HRS | | | $ 69.98 |
| | Water Supply Well #1 - Top Soil Placement | STATE / PRIVATE | G | Caterpillar 966K Articulated Wheel Loader | $ 193.52 | $/HR | 111 | LCY | 307.26 | LCY/HR | 0.36 | HRS | | | $ 69.98 |
| | | | | | | | | | | | | | | | $ 159.19 |
| | | | | | | | | | | | | | | | |
| | Water Supply Well #2 - Final Grading | BLM-ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.11 | ACRES | 2.14 | ACRES/HR | 0.05 | HRS | | $ 7.95 | |
| | Water Supply Well #2 - Scarifying | BLM-ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.11 | ACRES | 1.51 | ACRES/HR | 0.08 | HRS | | $ 11.28 | |
| | Water Supply Well #2 - Top Soil Removal/stockpiling | BLM-ROW | G | Caterpillar 966K Articulated Wheel Loader | $ 193.52 | $/HR | 111 | LCY | 307.26 | LCY/HR | 0.36 | HRS | | $ 69.98 | |
| | Water Supply Well #2 - Top Soil Placement | BLM-ROW | G | Caterpillar 966K Articulated Wheel Loader | $ 193.52 | $/HR | 111 | LCY | 307.26 | LCY/HR | 0.36 | HRS | | $ 69.98 | |
| | | | | | | | | | | | | | | $ 159.19 | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Earthwork - Access Roads**

| Ref. No. | Description | Property Designation | Equipment Fleet Rate Designation | Fleet Description | Fleet Unit Cost | Units | Quanity | Units | Production Rate | Units | Time | Units | Cost BLM On Lease | Cost BLM ROW | Cost State / Private | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | Year 1 | | |
| | **Power Lines** | | | | | | | | | | | | | | | |
| | 69KV - Scarifying | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 1.43 | ACRES | 1.51 | AC/HR | 0.95 | HR | | $ 141 | | |
| | 69KV - Grading | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 1.43 | ACRES | 2.14 | AC/HR | 0.67 | HR | | $ 99 | | |
| | 69KV - Topsoil Loading/Hauling | BLM ROW | G | Caterpillar 966K Articulated Wheel Loader | $ 193.52 | $/HR | 1153.53 | LCY | 307.26 | LCY/HR | 3.75 | HRS | | $ 726.53 | | |
| | 69KV - Scarifying | STATE ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.20 | ACRES | 1.51 | AC/HR | 0.13 | HR | | | $ 20 | |
| | 69KV - Grading | STATE ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.20 | ACRES | 2.14 | AC/HR | 0.09 | HR | | | $ 14 | |
| | 69KV - Topsoil Loading/Hauling | STATE ROW | G | Caterpillar 966K Articulated Wheel Loader | $ 193.52 | $/HR | 161.33 | LCY | 307.26 | LCY/HR | 0.53 | HRS | | | $ 102 | |
| | | | | | | | | | | | | | - | $ 966 | $ 135 | $ 1,101 |
| | 25KV - Scarifying | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.06 | ACRES | 1.51 | AC/HR | 0.04 | HR | | $ 6 | | |
| | 25KV - Grading | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.06 | ACRES | 2.14 | AC/HR | 0.03 | HR | | $ 4 | | |
| | 25KV - Topsoil Loading/Hauling | BLM ROW | G | Caterpillar 966K Articulated Wheel Loader | $ 193.52 | $/HR | 48.40 | LCY | 307.26 | LCY/HR | 0.16 | HRS | | $ 30.48 | | |
| | 25KV - Scarifying | STATE ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.05 | ACRES | 1.51 | AC/HR | 0.03 | HR | | | $ 5 | |
| | 25KV - Grading | STATE ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.05 | ACRES | 2.14 | AC/HR | 0.02 | HR | | | $ 3 | |
| | 25KV - Topsoil Loading/Hauling | STATE ROW | G | Caterpillar 966K Articulated Wheel Loader | $ 193.52 | $/HR | 40.33 | LCY | 307.26 | LCY/HR | 0.13 | HRS | | | $ 25 | |
| | | | | | | | | | | | | | - | $ 41 | $ 34 | $ 74 |
| | 12.47KV Powerline - Scarifying | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.88 | ACRES | 1.51 | AC/HR | 0.58 | HR | | $ 86 | | |
| | 12.47KV Powerline - Grading | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.88 | ACRES | 2.14 | AC/HR | 0.41 | HR | | $ 61 | | |
| | 12.47KV Powerline - Topsoil Loading/Hauling | BLM ROW | G | Caterpillar 966K Articulated Wheel Loader | $ 193.52 | $/HR | 0.00 | LCY | 307.26 | LCY/HR | 0.00 | HRS | | $ - | | |
| | 12.47KV Powerline - Scarifying | STATE ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.51 | ACRES | 1.51 | AC/HR | 0.34 | HR | | | $ 50 | |
| | 12.47KV Powerline - Grading | STATE ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.51 | ACRES | 2.14 | AC/HR | 0.24 | HR | | | $ 35 | |
| | 12.47KV Powerline - Topsoil Loading/Hauling | STATE ROW | G | Caterpillar 966K Articulated Wheel Loader | $ 193.52 | $/HR | 411.40 | LCY | 307.26 | LCY/HR | 1.34 | HRS | | | $ 259 | |
| | | | | | | | | | | | | | - | $ 147 | $ 345 | $ 492 |
| | 12.47KV Power and Communication Line - Scarifying | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.26 | ACRES | 1.51 | AC/HR | 0.17 | HR | | $ 26 | | |
| | 12.47KV Power and Communication Line - Grading | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.26 | ACRES | 2.14 | AC/HR | 0.12 | HR | | $ 18 | | |
| | 12.47KV Power and Communication Line - Topsoil Loading | BLM ROW | G | Caterpillar 966K Articulated Wheel Loader | $ 193.52 | $/HR | 209.73 | LCY | 307.26 | LCY/HR | 0.68 | HRS | | $ 132.10 | | |
| | 12.47KV Power and Communication Line - Scarifying | STATE ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.01 | ACRES | 1.51 | AC/HR | 0.01 | HR | | | $ 1 | |
| | 12.47KV Power and Communication Line - Grading | STATE ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.01 | ACRES | 2.14 | AC/HR | 0.00 | HR | | | $ 1 | |
| | 12.47KV Power and Communication Line - Topsoil Loading | STATE ROW | G | Caterpillar 966K Articulated Wheel Loader | $ 193.52 | $/HR | 8.07 | LCY | 307.26 | LCY/HR | 0.03 | HRS | | | $ 5 | |
| | | | | | | | | | | | | | - | $ 176 | $ 7 | $ 182 |
| | 12.47KV Powerline Spur - Scarifying | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.60 | ACRES | 1.51 | AC/HR | 0.40 | HR | | $ 59 | | |
| | 12.47KV Powerline Spur - Grading | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.60 | ACRES | 2.14 | AC/HR | 0.28 | HR | | $ 42 | | |
| | 12.47KV Powerline Spur - Topsoil Loading/Hauling | BLM ROW | G | Caterpillar 966K Articulated Wheel Loader | $ 193.52 | $/HR | 484.00 | LCY | 307.26 | LCY/HR | 1.58 | HRS | | $ 304.84 | | |
| | 12.47KV Powerline Spur - Scarifying | STATE ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.10 | ACRES | 1.51 | AC/HR | 0.07 | HR | | | $ 10 | |
| | 12.47KV Powerline Spur - Grading | STATE ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.10 | ACRES | 2.14 | AC/HR | 0.05 | HR | | | $ 7 | |
| | 12.47KV Powerline Spur - Topsoil Loading/Hauling | STATE ROW | G | Caterpillar 966K Articulated Wheel Loader | $ 193.52 | $/HR | 80.67 | LCY | 307.26 | LCY/HR | 0.26 | HRS | | | $ 51 | |
| | | | | | | | | | | | | | - | $ 405 | $ 68 | $ 473 |
| | North Playa Transformer - Scarifying | STATE ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.40 | ACRES | 1.51 | AC/HR | 0.26 | HR | | | $ 39 | |
| | North Playa Transformer - Grading | STATE ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.40 | ACRES | 2.14 | AC/HR | 0.19 | HR | | | $ 28 | |
| | North Playa Transformer - Topsoil Loading/Hauling | STATE ROW | G | Caterpillar 966K Articulated Wheel Loader | $ 193.52 | $/HR | 322.67 | LCY | 307.26 | LCY/HR | 1.05 | HRS | | | $ 203 | |
| | | | | | | | | | | | | | - | $ - | $ 270 | $ 270 |
| | Processing Facility Transformer - Scarifying | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.40 | ACRES | 1.51 | AC/HR | 0.26 | HR | | | $ 39 | |
| | Processing Facility Transformer - Grading | BLM ROW | G | Fleet G CAT 12G Grader | $ 148.43 | $/HR | 0.40 | ACRES | 2.14 | AC/HR | 0.19 | HR | | | $ 28 | |
| | Process Facility Transformer - Topsoil Loading/Hauling | BLM ROW | G | Caterpillar 966K Articulated Wheel Loader | $ 193.52 | $/HR | 322.67 | LCY | 307.26 | LCY/HR | 1.05 | HRS | | | $ 203 | |
| | | | | | | | | | | | | | - | $ - | $ 270 | $ 270 |
| | **TOTAL** | | | | | | | | | | | | $ - | $ 1,735 | $ 1,128 | $ 2,863 |

2

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M027/0125

| Earthwork - Survey Monuments | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Property | Materials | RS Means Reference Number | Unit Cost | Unit | Length ft | Width ft | Height ft | Diameter ft | Area | Volume CF | Material | Weight lbs | Density | Time | Number | Unit | Swell Factor | Quantity | Unit | Cost | Cost BLM On Lease | Cost BLM ROW | Cost State / Private |
| Replace Damaged Survey Monuments | BLM | 2.4 hr installation time included | 02 21 1313 0600 | 192 | Ea | | | | | | | | | | | | | | 196 | | $ 37,632 | $ 37,632 | | |
| GPS Survey Crew Monument Location | BLM | 16 hour day - Locate eight monuments per day | 01 71 2313 1100 | 975 | Day | | | | | | | | | | | | | | 25 | | $ 24,375 | $ 24,375 | | |
| | BLM | Paperwork (review and platting new monument locations) per BLM | | 390 | Day | | | | | | | | | | | | | | 196 | | $ 76,440 | $ 76,440 | | |
| | | | | | | | | | | | | | | | | | | | | | $ 138,447 | $ 138,447 | | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

| Case | Bucket Capacity | Efficiency Factor | Productivity LCY/hr | | | Percent Movement | Average LCY/hr |
|---|---|---|---|---|---|---|---|
| | | | <45° | 90° to 120° | >120° | | |
| Extraction Canal | 4.4 | 0.36 | 354.0 | | | 0.7 | 329 |
| Berms | 4.2 | 0.36 | | 269.7 | | 0.3 | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Transfer Canal Hours | | | | |
|---|---|---|---|---|
| | **Year 1 Projection** | | | |
| **Brine Tranfer Canal** | **Property** | **Bond Volume LCY** | **Productivity LCY/hr** | **Required Hours** |
| Brine Transfer Canal Berms | BLM | 218,650 | 329 | 665 |
| | State | 55,230 | 329 | 168 |
| | BLM ROW | - | 329 | - |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Case | Bucket Capacity | Efficiency Factor | Productivity LCY/hr | | | Percent Movement | Average LCY/hr |
|---|---|---|---|---|---|---|---|
| | | | <45° | 90° to 120° | >120° | | |
| BrineTransfer Canal | 4.4 | 0.36 | 354.0 | | | 0.7 | 329 |
| Berms | 4.2 | 0.36 | | 269.7 | | 0.3 | |

MOVEMENT PER HOUR

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 10
PRODUCTIVITY FOR HYDRAULIC EXCAVATOR USE (BACKHOE OR POWER SHOVEL)

Earthmoving Activities:

> Brine Transfer Canal berm reclamation. Move berm material adjacent to trench into trench. Equipment oprates between trench and berm. Assumes on 12 hour shift per day with 9 hours available operating time.

Characterization of the Excavator Used (type, size, etc.):

> CAT 349 Hydraulic Excavator with long reach using a 4 CY bucket

Description of Excavator Used (loading geometry, materials, etc.):

> General - earth moving cycle has 70% of the material to be moved completed with load dump swings <45°, the remaining material movement where swings are 45° to <120°. This cycle movement assumes no dozer assistance.

Productivity Calculations:

Net Bucket Capacity = | 4.4 | LCY X | 1 | = | 4.4 | LCY
heaped bucket / bucket fill

Hourly Production = | 4.4 | LCY X | 60 | min/hr ÷ | 0.267 | min X
net bucket / cycle

| 0.36 | = | 354.0 | LCY/hr
efficiency factor

Hours Required = | | LCY ÷ | 354.0 | LCY/hr = | 0.0 | hr
volume to be handled / net hourly

\* See loader section of the equipment manual.

\*\* See excavator section of equipment manual.

Data Source(s):    Caterpillar Performance Handbook 48 - June 2018 page 7-254
Efficiency Factor has been adjusted with input from State and Federal Agencies to account for construc
no other downtime for a <45° swing portion of the equipment movement

Productivity Calculations:

Net Bucket Capacity = | 4.4 | LCY X | 0.95 | = | 4.2 | LCY
heaped bucket / bucket fill

Hourly Production = | 4.2 | LCY X | 60 | min/hr ÷ | 0.333 | min X
net bucket / cycle

| 0.36 | = | 269.7 | LCY/hr
efficiency factor

Hours Required = | | LCY ÷ | 269.7 | LCY/hr = | 0.0 | hr
volume to be handled / net hourly

Caterpillar Performance Handbook 48 - June 2018 page 7-254
Efficiency Factor has been adjusted with input from State and Federal Agencies to account for construc
no other downtime for the 45° to 120° swing portion of the movement

Efficiency Factor Calculation:

| Operator Availability | 0.8 | 75% |
| Machine Availability | 1 | 95% |
| Operator Skill Availability | 0.75 | 75% |
| General operational Efficiency | 0.7 | 67% |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Recharge Canal Hours**

| Recharge Canal | Year 1 Projection | | | |
|---|---|---|---|---|
| | Property | Bond Volume LCY | Productivity LCY/hr | Required Hours |
| Recharge Canal Berms | BLM | 997,133 | 329 | 3,034 |
| | State | 163,104 | 329 | 496 |
| | BLM ROW | 312,115 | 329 | 950 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M027/0125

| Case | Bucket Capacity | Efficiency Factor | Productivity LCY/hr | | | Percent Movement | Average LCY/hr |
|---|---|---|---|---|---|---|---|
| | | | <45° | 90° to 120° | >120° | | |
| Recharge Canal | 4.4 | 0.36 | 354.0 | | | 0.7 | 329 |
| Berms | 4.2 | 0.36 | | 269.7 | | 0.3 | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Recharge Canal Hours**
MOVEMENT PER HOUR

WORKSHEET 10
PRODUCTIVITY FOR HYDRAULIC EXCAVATOR USE (BACKHOE OR POWER SHOVEL)

Earthmoving Activities:

Recharge Canal berm reclamation. Move berm material adjacent to trench into trench. Equipment oprates between trench and berm. Assumes on 12 hour shift per day with 9 hours available operating time.

Characterization of the Excavator Used (type, size, etc.):

CAT 349 Hydraulic Excavator with long reach using a 4 CY bucket

Description of Excavator Used (loading geometry, materials, etc.):

General - earth moving cycle has 70% of the material to be moved completed with load dump swings <45°, the remaining material movement where swings are 45° to <120°. This cycle movement assumes no dozer assistance.

Productivity Calculations:

Net Bucket Capacity = 4.4 LCY (heaped bucket) X 1 (bucket fill) = 4.4 LCY

Hourly Production = 4.4 LCY (net bucket) X 60 min/hr ÷ 0.267 min (cycle) X 0.36 (efficiency factor) = 354.0 LCY/hr

Hours Required = [ ] LCY (volume to be handled) ÷ 354.0 LCY/hr (net hourly) = 0.0 hr

Required hours calculated in column E

\* See loader section of the equipment manual.
\*\* See excavator section of equipment manual.

Data Source(s): Caterpillar Performance Handbook 48 - June 2018 page 7-254
Efficiency Factor has been adjusted with input from State and Federal Agencies to account for construc
no other downtime for a <45° swing portion of the equipment movement

Productivity Calculations:

Net Bucket Capacity = 4.4 LCY (heaped bucket) X 0.95 (bucket fill) = 4.2 LCY

Hourly Production = 4.2 LCY (net bucket) X 60 min/hr ÷ 0.333 min (cycle) X 0.36 (efficiency factor) = 269.7 LCY/hr

Hours Required = [ ] LCY (volume to be handled) ÷ 269.7 LCY/hr (net hourly) = 0.0 hr

Caterpillar Performance Handbook 48 - June 2018 page 7-254
Efficiency Factor has been adjusted with input from State and Federal Agencies to account for construc
no other downtime for the 45° to 120° swing portion of the movement

Efficiency Factor Calculation:
Operator Availability        0.8   75%
Machine Availability          1    95%
Operator Skill Availability  0.75  75%
General operational Efficiency 0.7  67%

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Extraction Trench Hours**

| Extraction Trench Berms | Property | Year 1 Projection | | |
|---|---|---|---|---|
| | | Bond Volume LCY | Productivity LCY/hr | Required Hours |
| Variable Extraction Trench 1 | BLM - On Lease | 654,896 | 329 | 1,992 |
| Variable Extraction Trench 1 | STATE - On Lease | 114,564 | 329 | 349 |
| Variable Extraction Trench 2 | BLM - On Lease | - | 329 | - |
| Variable Extraction Trench 2 | STATE - On Lease | - | 329 | - |
| Variable Extraction Trench 3 | BLM - On Lease | 804,137 | 329 | 2,446 |
| Variable Extraction Trench 3 | STATE - On Lease | 114,539 | 329 | 348 |
| Variable Extraction Trench 4 | BLM - On Lease | 832,485 | 329 | 2,533 |
| Variable Extraction Trench 4 | STATE - On Lease | 32,945 | 329 | 100 |
| Variable Extraction Trench 5 | BLM - On Lease | 828,364 | 329 | 2,520 |
| Variable Extraction Trench 5 | STATE - On Lease | - | 329 | - |
| Variable Extraction Trench 6 | BLM - On Lease | 794,572 | 329 | 2,417 |
| Variable Extraction Trench 6 | STATE - On Lease | - | 329 | - |
| Variable Extraction Trench 7 | BLM - On Lease | 656,007 | 329 | 1,996 |
| Variable Extraction Trench 7 | STATE - On Lease | 114,561 | 329 | 349 |
| Variable Extraction Trench 8 | BLM - On Lease | 242,222 | 329 | 737 |
| Variable Extraction Trench 8 | STATE - On Lease | 84,673 | 329 | 258 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Case | Bucket Capacity | Efficiency Factor | Productivity LCY/hr | | | Percent Movement | Average LCY/hr |
|---|---|---|---|---|---|---|---|
| | | | <45° | 90° to 120° | >120° | | |
| Extraction Trench | 4.4 | 0.36 | 354.0 | | | 0.7 | 329 |
| Berms | 4.2 | 0.36 | | 269.7 | | 0.3 | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Extraction Trench Hours**
MOVEMENT PER HOUR

WORKSHEET 10
PRODUCTIVITY FOR HYDRAULIC EXCAVATOR USE (BACKHOE OR POWER SHOVEL)

Earthmoving Activities:

| |
|---|
| Extraction Trench berm reclamation.  Move berm material adjacent to trench into trench. Equipment oprates between trench and berm. Assumes on 12 hour shift per day with 9 hours available operating time. |

Characterization of the Excavator Used (type, size, etc.):

| |
|---|
| CAT 349 Hydraulic Excavator with long reach using a 4 CY bucket |

Description of Excavator Used (loading geometry, materials, etc.):

| |
|---|
| General - earth moving cycle has 70% of the material to be moved completed with load dump swings <45°, the remaining material movement where swings are 45° to <120°. This cycle movement assumes no dozer assistance. |

Productivity Calculations:

Net Bucket Capacity =    [ 4.4 ] LCY   X   [ 1 ]   =   [ 4.4 ] LCY
                              heaped bucket          bucket fill

Hourly Production =    [ 4.4 ] LCY   X   [ 60 ] min/hr   ÷   [ 0.267 ] min   X
                         net bucket                              cycle

[ 0.36 ]   =   [ 354.0 ] LCY/hr
efficiency factor

Hours Required =    [    ] LCY   ÷   [ 354.0 ] LCY/hr   =   [ 0.0 ] hr
                      volume to be handled      net hourly

\* See loader section of the equipment manual.

\*\* See excavator section of equipment manual.

Data Source(s):    Caterpillar Performance Handbook 48 - June 2018 page 7-254
                   Efficiency Factor has been adjusted with input from State and Federal Agencies to account for construc
                   no other downtime for a <45° swing portion of the equipment movement

Productivity Calculations:

Net Bucket Capacity =    [ 4.4 ] LCY   X   [ 0.95 ]   =   [ 4.2 ] LCY
                              heaped bucket          bucket fill

Hourly Production =    [ 4.2 ] LCY   X   [ 60 ] min/hr   ÷   [ 0.333 ] min   X
                         net bucket                              cycle

[ 0.36 ]   =   [ 269.7 ] LCY/hr
efficiency factor

Hours Required =    [    ] LCY   ÷   [ 269.7 ] LCY/hr   =   [ 0.0 ] hr
                      volume to be handled      net hourly

                   Caterpillar Performance Handbook 48 - June 2018 page 7-254
                   Efficiency Factor has been adjusted with input from State and Federal Agencies to account for construc
                   no other downtime for the 45° to 120° swing portion of the movement

                   Efficiency Factor Calculation:
                   Operator Availability              0.75   75%
                   Machine Availability               0.95   95%
                   Operator Skill Availability        0.75   75%
                   General operational Efficiency     0.67   67%

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M027/0125

| Recharge Trench Hours | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Year 1 Projection | | | | | | |
| Recharge Trench Berms | Property | Bond Volume LCY | Productivity LCY/hr | Required Hours | Culvert Removal Bond LCY | Productivity LCY/hr | Required Hours |
| Recharge Trench 1 | BLM - On Lease | 296,774 | 329 | 903 | - | 198 | - |
| Recharge Trench 1 | State - On Lease | - | 329 | - | - | 198 | - |
| Recharge Trench 2 | BLM - On Lease | 348,523 | 329 | 1,060 | 124.44 | 198 | 0.63 |
| Recharge Trench 2 | State - On Lease | 50,699 | 329 | 154 | - | 198 | - |
| Recharge Trench 3 | BLM - On Lease | 355,920 | 329 | 1,083 | 62.22 | 198 | 0.31 |
| Recharge Trench 3 | State - On Lease | 18,092 | 329 | 55 | - | 198 | - |
| Recharge Trench 4 | BLM - On Lease | 349,735 | 329 | 1,064 | 62.22 | 198 | 0.31 |
| Recharge Trench 4 | State - On Lease | 15,737 | 329 | 48 | 62.22 | 198 | 0.31 |
| Recharge Trench 5 | BLM - On Lease | 353,509 | 329 | 1,075 | 124.44 | 198 | 0.63 |
| Recharge Trench 5 | State - On Lease | - | 329 | - | - | 198 | - |
| Recharge Trench 6 | BLM - On Lease | 294,844 | 329 | 897 | 124.44 | 198 | 0.63 |
| Recharge Trench 6 | State - On Lease | 50,706 | 329 | 154 | - | 198 | - |
| Recharge Trench 7 | BLM - On Lease | 315,850 | 329 | 961 | 124.44 | 198 | 0.63 |
| Recharge Trench 7 | State - On Lease | 50,707 | 329 | 154 | - | 198 | - |
| Recharge Trench 8 | BLM - On Lease | 77,981 | 329 | 237 | 62.22 | 198 | 0.31 |
| Recharge Trench 8 | State - On Lease | 20,699 | 329 | 63 | - | 198 | - |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Case | Bucket Capacity | Efficiency Factor | Productivity LCY/hr | | | Percent Movement | Average LCY/hr |
|---|---|---|---|---|---|---|---|
| | | | <45° | 90° to 120° | >120° | | |
| Recharge Trench | 4.4 | 0.36 | 354.0 | | | 0.7 | 329 |
| Berms | 4.2 | 0.36 | | 269.7 | | 0.3 | |
| Culvert Trenching | 3.0 | 0.3580313 | | | | | 197.9 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Recharge Trench Hours**

MOVEMENT PER HOUR

WORKSHEET 10

PRODUCTIVITY FOR HYDRAULIC EXCAVATOR USE (BACKHOE OR POWER SHOVEL)

Earthmoving Activities:

> Recharge Trench berm reclamation.  Move berm material adjacent to trench into trench.
> Equipment oprates between trench and berm. Assumes on 12 hour shift per day with 9 hours
> available operating time.

Characterization of the Excavator Used (type, size, etc.):

> CAT 349 Hydraulic Excavator with long reach using a 4 CY bucket

Description of Excavator Used (loading geometry, materials, etc.):

> General - earth moving cycle has 70% of the material to be moved completed with load dump
> swings <45°, the remaining material movement where swings are 45° to <120°. This cycle
> movement assumes no dozer assistance.

Productivity Calculations:

Net Bucket Capacity =    | 4.4 | LCY   X   | 1 |   =   | 4.4 | LCY
                          heaped bucket       bucket fill

Hourly Production =    | 4.4 | LCY   X   | 60 | min/hr   ÷   | 0.267 | min   X
                        net bucket                              cycle

| 0.36 |   =   | 354.0 | LCY/hr
efficiency factor

Hours Required =    | | LCY   ÷   | 354.0 | LCY/hr   =   | 0.0 | hr
                     volume to be handled    net hourly

\* See loader section of the equipment manual.

\*\* See excavator section of equipment manual.

Data Source(s):    Caterpillar Performance Handbook 48 - June 2018 page 7-254

Efficiency Factor has been adjusted with input from State and Federal Agencies to account for construc

no other downtime for a <45° swing portion of the equipment movement

Productivity Calculations:

Net Bucket Capacity =    | 4.4 | LCY   X   | 0.95 |   =   | 4.2 | LCY
                          heaped bucket       bucket fill

Hourly Production =    | 4.2 | LCY   X   | 60 | min/hr   ÷   | 0.333 | min   X
                        net bucket                              cycle

| 0.36 |   =   | 269.7 | LCY/hr
efficiency factor

Hours Required =    | | LCY   ÷   | 269.7 | LCY/hr   =   | 0.0 | hr
                     volume to be handled    net hourly

Caterpillar Performance Handbook 48 - June 2018 page 7-254

Efficiency Factor has been adjusted with input from State and Federal Agencies to account for construc

no other downtime for the 45° to 120° swing portion of the movement

Efficiency Factor Calculation:

| Operator Availability | 0.75 | 75% |
| Machine Availability | 0.95 | 95% |
| Operator Skill Availability | 0.75 | 75% |
| General operational Efficiency | 0.67 | 67% |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Pre-co Pond Hours**
MAXIMIZED MOVEMENT PER HOUR

WORKSHEET 10
PRODUCTIVITY FOR HYDRAULIC EXCAVATOR USE (BACKHOE OR POWER SHOVEL)

Earthmoving Activities:

| |
|---|
| Pre-con Pond Berm reclamation.  Move material from top of berm to either side creating in general 10:1 outslopes. Assumes on 12 hour shift per day. |

Characterization of the Excavator Used (type, size, etc.):

| |
|---|
| CAT 349 Hydraulic Excavator with long reach using a 4 CY bucket |

Description of Excavator Used (loading geometry, materials, etc.):

| |
|---|
| General - earth moving cycle has 70% of the material to be moved completed with load dump swings <45°, the remaining material movement at maximum stick reach or equipment relocation to material placed adjacent to berm where swings are 90° to <120°. This cycle movement assumes no dozer assistance. No rehandle is projected. |

Productivity Calculations:

Net Bucket Capacity =   [ 4.4 ] LCY   X   [ 1 ]   =   [ 4.4 ] LCY
                        heaped bucket          bucket fill

Hourly Production =   [ 4.4 ] LCY   X   [ 60 ] min/hr   ÷   [ 0.267 ] min   X
                      net bucket                                cycle

[ 0.36 ]   =   [ 354.0 ] LCY/hr
efficiency factor

Hours Required =   [ ] LCY   ÷   [ 354.0 ] LCY/hr   =   [ 0.0 ] hr
                   volume to be handled    net hourly

* See loader section of the equipment manual.

** See excavator section of equipment manual.

Data Source(s):   Caterpillar Performance Handbook 48 - June 2018 page 7-254
                  Efficiency Factor has been adjusted with input from State and Federal Agencies to account for construc
                  no other downtime for a <45° swing portion of the equipment movement

Productivity Calculations:

Net Bucket Capacity =   [ 4.4 ] LCY   X   [ 0.95 ]   =   [ 4.2 ] LCY
                        heaped bucket          bucket fill

Hourly Production =   [ 4.2 ] LCY   X   [ 60 ] min/hr   ÷   [ 0.333 ] min   X
                      net bucket                                cycle

[ 0.36 ]   =   [ 269.7 ] LCY/hr
efficiency factor

Hours Required =   [ ] LCY   ÷   [ 269.7 ] LCY/hr   =   [ 0.0 ] hr
                   volume to be handled    net hourly

Caterpillar Performance Handbook 48 - June 2018 page 7-254
Efficiency Factor has been adjusted with input from State and Federal Agencies to account for construc
no other downtime for the 90°  to >120° swing portion of the movement

Efficiency Factor Calculation:
| | | |
|---|---|---|
| Operator Availability | 0.75 | 75% |
| Machine Availability | 0.95 | 95% |
| Operator Skill Availability | 0.75 | 75% |
| General operational Efficiency | 0.67 | 67% |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Production Pond Excavation Hours | | | | |
|---|---|---|---|---|
| | | Year 1 Projection | | |
| Excavator Only | Property | Bond Volume LCY | Productivity LCY/hr | Required Hours |
| Production Pond Berms | | | | |
| H1 -A | | | | |
| R2P ROAD | BLM | 47,728 | 259 | 184.40 |
| R2P ROAD | State | 6,588 | 259 | 25.45 |
| R1 ROAD | BLM | 1,654 | 248 | 6.67 |
| R1 ROAD | State | 4,516 | 248 | 18.21 |
| B1 BERM | BLM | 27,103 | 264 | 102.57 |
| R4P ROAD | BLM | 2,454 | 259 | 9.48 |
| H1 - B | | | | |
| R1 ROAD | BLM | 6,220 | 248 | 25.08 |
| B1 BERM | BLM | 2,683 | 264 | 10.16 |
| R4P ROAD | BLM | 2,614 | 259 | 10.10 |
| H1- C | | | | |
| R1 ROAD | BLM | 6,198 | 248 | 24.99 |
| B1 BERM | BLM | 26,966 | 264 | 102.05 |
| R4P ROAD | BLM | 2,614 | 259 | 10.10 |
| H2 - A | | | | |
| R2P ROAD | BLM | 16,698 | 259 | 64.52 |
| R2P ROAD | State | 20,465 | 259 | 79.07 |
| R4 ROAD | BLM | 2,352 | 259 | 9.09 |
| B1 BERM | BLM | 18,439 | 264 | 69.78 |
| H2 - B | | | | |
| R4 ROAD | BLM | 5,306 | 259 | 20.50 |
| B1 BERM | BLM | 18,439 | 264 | 69.78 |
| H2 - C | | | | |
| R4 ROAD | BLM | 5,371 | 259 | 20.75 |
| B1 BERM | BLM | 18,439 | 264 | 69.78 |
| BHP | | | | |
| B1 BERM | BLM | 13,729 | 264 | 51.96 |
| R4 ROAD | BLM | - | 259 | - |
| BM-1 | | | | |
| B1 BERM | BLM | 5,266 | 264 | 19.93 |
| B1 BERM | STATE | 3,936 | 264 | 14.90 |
| R4P ROAD | STATE | - | 259 | - |
| R2P ROAD | BLM | 10,355 | 259 | 40.01 |
| R2P ROAD | STATE | 8,076 | 259 | 31.20 |
| R4 ROAD | BLM | 6,426 | 259 | 24.83 |
| BM-2 | | | | |
| B1 BERM | BLM | 9,342 | 264 | 35.35 |
| R4 ROAD | BLM | 6,217 | 259 | 24.02 |
| R4P ROAD | BLM | 764 | 259 | 2.95 |
| R4P ROAD | STATE | 6,876 | 259 | 26.57 |
| BM-3 | | | | |
| B1 BERM | BLM | 9,223 | 264 | 34.91 |
| R4P ROAD | BLM | 7,837 | 259 | 30.28 |
| R4 ROAD | BLM | 6,056 | 259 | 23.40 |
| BM-4 | | | | |
| B1 BERM | BLM | 9,187 | 264 | 34.77 |
| R4P ROAD | BLM | 3,246 | 259 | 12.54 |
| R2P ROAD | BLM | 7,437 | 259 | 28.73 |
| TMA | | | | |
| B1 BERM | BLM | 14,183 | 264 | 53.68 |
| R4 ROAD | BLM | 9,705 | 259 | 37.50 |
| PRB | | | | |
| R2P ROAD | BLM | 22,688 | 259 | 87.66 |
| SMALL NORTHWEST BM1 POND | | | | |
| R4P ROAD | BLM | 233 | 259 | 0.90 |
| R2 ROAD | BLM | 4,104 | 259 | 15.86 |
| ES | | | | |
| R1 ROAD | BLM | 6,903 | 248 | 27.84 |
| R2P ROAD | BLM | 5,193 | 259 | 20.06 |
| Brine Buffer Pond | | | | |
| R2P ROAD | BLM | 1,840 | 248 | 7.42 |
| R4 ROAD | BLM | 13,601 | 259 | 52.55 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Case | Bucket Capacity | Efficiency Factor | Productivity LCY/hr | | | Percent Movement | Average LCY/hr |
|---|---|---|---|---|---|---|---|
| | | | <45° | 90° to 120° | >120° | | |
| | | | CAT 349 Production Pond Berm Reclamation Productivity | | | | |
| R1 Road | 4.2 | 0.36 | 336.3 | | | 0 | 248 |
| | 4.2 | 0.36 | | 269.7 | | 0.6 | |
| | 4.2 | 0.36 | | | 215.5 | 0.4 | |
| R2 ROADS | 4.2 | 0.36 | 336.3 | | | 0 | 259 |
| | 4.2 | 0.36 | | 269.7 | | 0.8 | |
| | 4.2 | 0.36 | | | 215.5 | 0.2 | |
| R3 ROADS | 4.2 | 0.36 | 336.3 | | | 0 | 259 |
| | 4.2 | 0.36 | | 269.7 | | 0.8 | |
| | 4.2 | 0.36 | | | 215.5 | 0.2 | |
| R4 ROADS | 4.2 | 0.36 | 336.3 | | | 0 | 259 |
| | 4.2 | 0.36 | | 269.7 | | 0.8 | |
| | 4.2 | 0.36 | | | 215.5 | 0.2 | |
| B1 BERM | 4.2 | 0.36 | 336.3 | | | 0 | 264 |
| | 4.2 | 0.36 | | 269.7 | | 0.900 | |
| | 4.2 | 0.36 | | | 215.5 | 0.100 | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Production Pond Excavation Hours**
ANNUALIZED MOVEMENT PER HOUR

WORKSHEET 10
PRODUCTIVITY FOR HYDRAULIC EXCAVATOR USE (BACKHOE OR POWER SHOVEL)
PRODUCTION POND BERMS

Earthmoving Activities:

> Production Pond Berm reclamation. Move material from top of berm to either side creating in general 10:1 outslopes. Assumes on 12 hour shift per day. Equipment availability during operating hours is 95% (dig hour/Op hour), Op hour per shift utilization 75% (9 out of 12 hours is available on average to dig).

Characterization of the Excavator Used (type, size, etc.):

> CAT 349 Hydraulic Excavator with long reach using a 4 CY bucket

Description of Excavator Used (loading geometry, materials, etc.):

> General - earth moving cycle has the material to be moved completed with load dump swings <45°, material movement at 90°-120° swing, with the remaining material movement at >120° swing. This cycle movement assumes no dozer assistance.

Productivity Calculations:



Net Bucket Capacity =    4.4 LCY   X   0.95   =   4.2 LCY
                      heaped bucket        bucket fill

Hourly Production =    4.2 LCY   X   60 min/hr   ÷   0.267 min   X
                      net bucket                     cycle

    0.36   =   336.3 LCY/hr
efficiency factor

Hours Required =    _____ LCY   ÷   336.3 LCY/hr   =   0.0 hr
              volume to be handled     net hourly

\* See loader section of the equipment manual.
\*\* See excavator section of equipment manual.

Data Source(s):    Caterpillar Performance Handbook 48 - June 2018 page 7-254
Efficiency Factor has been adjusted with input from State and Federal Agencies to account for construction with Mat: no other downtime for a <45° swing portion of the equipment movement

Productivity Calculations:



Net Bucket Capacity =    4.4 LCY   X   0.95   =   4.2 LCY
                      heaped bucket        bucket fill

Hourly Production =    4.2 LCY   X   60 min/hr   ÷   0.333 min   X
                      net bucket                     cycle

    0.36   =   269.7 LCY/hr
efficiency factor

Hours Required =    _____ LCY   ÷   269.7 LCY/hr   =   0.0 hr
              volume to be handled     net hourly

Data Source(s):    Caterpillar Performance Handbook 48 - June 2018 page 7-254
Efficiency Factor has been adjusted with input from State and Federal Agencies to account for construction with Mat: no other downtime for the 90° to 120° swing portion of the movement

Productivity Calculations:



Net Bucket Capacity =    4.4 LCY   X   0.95   =   4.2 LCY
                      heaped bucket        bucket fill

Hourly Production =    4.2 LCY   X   60 min/hr   ÷   0.4167 min   X
                      net bucket                     cycle

    0.36   =   215.5 LCY/hr
efficiency factor

Hours Required =    _____ LCY   ÷   215.5 LCY/hr   =   0.0 hr
              volume to be handled     net hourly

Data Source(s):    Caterpillar Performance Handbook 48 - June 2018 page 7-254
Efficiency Factor has been adjusted with input from State and Federal Agencies to account for construction with Mat: no other downtime for the >120° swing portion of the movement

Efficiency Factor Calculation:
| | | |
|---|---|---|
| Operator Availability | 0.75 | 75% |
| Machine Availability | 0.95 | 95% |
| Operator Skill Availability | 0.75 | 75% |
| General operational Efficiency | 0.67 | 67% |
| Calculated Efficiency Factor | 0.36 | 36% |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| **Pond Production Road Hours** | | | | | | |
|---|---|---|---|---|---|---|
| | **Year 1 Projection** | | | | | |
| **Excavator w/ Dozer Assist** | **Property** | **Bond Volume** | | **Productivity LCY/hr** | **Required Hours** | **Equip. Fleet** |
| | | **Excavator** | **Dozer** | | | |
| **Production Pond Berms** | | **LCY** | **LCY** | | | |
| H1 -A | | | | | | |
| R2P ROAD | BLM | 47,728 | | 259 | 184 | A |
| R2P ROAD | State | 6,588 | | 259 | 25 | A |
| R1 ROAD | BLM | 1,654 | | 248 | 7 | A |
| R1 ROAD | State | 4,516 | | 248 | 18 | A |
| B1 BERM | BLM | 27,103 | | 264 | 103 | A |
| R4P ROAD | BLM | 2,454 | | 259 | 9 | A |
| | | | | | | |
| H1 - B | | | | | | |
| R1 ROAD | BLM | 6,220 | | 248 | 25 | A |
| B1 BERM | BLM | 2,683 | | 264 | 10 | A |
| R4P ROAD | BLM | 2,614 | | 259 | 10 | A |
| | | | | | | |
| H1- C | | | | | | |
| R1 ROAD | BLM | 6,198 | | 248 | 25 | A |
| B1 BERM | BLM | 26,966 | | 264 | 102 | A |
| R4P ROAD | BLM | 2,614 | | 259 | 10 | A |
| | | | | | | |
| H2 - A | | | | | | |
| R2P ROAD | BLM | 16,698 | | 259 | 65 | A |
| R2P ROAD | State | 20,465 | | 259 | 79 | A |
| R4 ROAD | BLM | 2,352 | | 259 | 9 | A |
| R4 ROAD | BLM | 18,439 | | 264 | 70 | A |
| | | | | | | |
| H2 - B | | | | | | |
| R4 ROAD | BLM | 5,306 | | 259 | 21 | A |
| B1 BERM | BLM | 18,439 | | 264 | 70 | A |
| | | | | | | |
| H2 - C | | | | | | |
| R4 ROAD | BLM | 5,371 | | 259 | 21 | A |
| B1 BERM | BLM | 18,439 | | 264 | 70 | A |
| | | | | | | |
| BHP | | | | | | |
| B1 BERM | BLM | 13,729 | | 264 | 52 | A |
| R4 ROAD | BLM | - | | 259 | - | A |
| | | | | | | |
| BM-1 | | | | | | |
| B1 BERM | BLM | 5,266 | | 264 | 20 | A |
| B1 BERM | STATE | 3,936 | | 264 | 15 | A |
| R4P ROAD | STATE | - | | 259 | - | A |
| R2P ROAD | BLM | 10,355 | | 259 | 40 | A |
| R2P ROAD | STATE | 8,076 | | 259 | 31 | A |
| R4 ROAD | BLM | 6,426 | | 259 | 25 | A |
| | | | | | | |
| BM-2 | | | | | | |
| B1 BERM | BLM | 9,342 | | 264 | 35 | A |
| R4 ROAD | BLM | 6,217 | | 259 | 24 | A |
| R4P ROAD | BLM | 764 | | 259 | 3 | A |
| R4P ROAD | STATE | 6,876 | | 259 | 27 | A |
| | | | | | | |
| BM-3 | | | | | | |
| B1 BERM | BLM | 9,223 | | 264 | 35 | A |
| Type B2 Berm | BLM | 7,837 | | 259 | 30 | A |
| Type R1 Berm | BLM | 6,056 | | 259 | 23 | A |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| CAT D8T LGP Reclamation Productivity | | | |
|---|---|---|---|
| Case | Push Dist (ft) | Operating Adj Factor | Productivity LCY/hr |
| | | | |
| Type R1 Berm | 50 | 0.75 | 787 |
| Type R2 Berm | 50 | 0.75 | 787 |
| Type B1_R1 Berm | 75 | 0.75 | 637 |
| Type B1_R2 Berm | 100 | 0.75 | 510 |
| Type B1_R3 Berm | 50 | 0.75 | 787 |
| Type B4_R1 Berm | 100 | 0.75 | 510 |
| Type B4_R1 w/ Canal Berm | 75 | 0.75 | 637 |
| Type B5_R1 Berm | 75 | 0.75 | 637 |
| Type B5_R3 Berm | 100 | 0.75 | 510 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



Normal Productivity for CAT D8T LGP Curve D

| Distance (ft) | LCY/hr |
|---|---|
| 50 | 1050 |
| 75 | 850 |
| 85 | 780 |
| 100 | 680 |
| 120 | 600 |
| 130 | 560 |
| 140 | 510 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Production Pond Road Hours**
WORKSHEET 5
PRODUCTIVITY AND HOURS REQUIRED FOR DOZER USE

BASE PRODUCTIVITY FPR D8T LGP -50 FT PUSH

<u>Earthmoving Activity:</u>

Dozer assist excavator material movement. Gravel road base surface is pushed to either side of the the haulroad. Any geotextile fabric is ripped. Dozer pushes material to the edge of the road profile so excavator can complete the covering of this material and pushing material toward berm toe. Some material will be piled near end of push to be placed by excavator at the very toe of the reclaimed profile.

<u>Characterization of Dozer Used (type, size, etc.):</u>

CAT D8T LGP with semi-universal blade

<u>Description of Dozer Use (origin, destination, grade, haul distance, material, etc.):</u>

Pushing either bank material from original berm with adjacent excavator placed material or to move LCY excavator piled material into place along reclaimed berm profile. Push distances will vary based on berm cross-section. Base productivity based on 50ft push. Material factor of 1.0 (average of 1.2 loose and 0.8 hard or sticky material).

<u>Productivity Calculations:</u>



Operator Adjustment Factor =   0.75   X   1.00   X   0.83   X   1.10   X   1.10
                              operator    material   efficiency   grade    weight

                         X   1.00   X   1.00   X   1.00   =   0.75
                            production   visibility   elevation

Net Hourly Production =   1050   LCY/hr   X   0.75   =   787   LCY/hr
                         normal hourly            operating

Hours Required =   _____   LCY   ÷   787   LCY/hr   =   0.0   hr(s)
                   volume to         net hourly

<u>Data Source(s):</u>

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Production Pond Road Hours**
WORKSHEET 5
PRODUCTIVITY AND HOURS REQUIRED FOR DOZER USE

BASE PRODUCTIVITY FPR D8T LGP -75 FT PUSH (Type B1_R1 Berm)

Earthmoving Activity:

> Dozer assist excavator material movement. Gravel road base surface is pushed to either side of the the haulroad. Any geotextile fabric is ripped. Dozer pushes material to the edge of the road profile so excavator can complete the covering of this material and pushing material toward berm toe. Some material will be piled near end of push to be placed by excavator at the very toe of the reclaimed profile.

Characterization of Dozer Used (type, size, etc.):

> CAT D8T LGP with semi-universal blade

Description of Dozer Use (origin, destination, grade, haul distance, material, etc.):

> Pushing bank material from original berm with adjacent excavator placed material. Push distance based on berm cross-section. Base productivity based on 75ft push. Material factor of 1.0 (average of 1.2 loose and 0.8 hard or sticky material).

Productivity Calculations:



Operator Adjustment Factor =  | 0.75 | X | 1.00 | X | 0.83 | X | 1.10 | X | 1.10 |
                                operator    material   efficiency   grade      weight

X | 1.00 | X | 1.00 | X | 1.00 | = | 0.75 |
  production   visibility   elevation

Net Hourly Production = | 850 | LCY/hr  X | 0.75 | = | 637 | LCY/hr
                         normal hourly       operating

Hours Required = | | LCY  ÷ | 637 | LCY/hr = | 0.0 | hr(s)
                  volume to   net hourly

Data Source(s):
Caterpillar Performance Handbook 48

2

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Production Pond Road Hours**
WORKSHEET 5
PRODUCTIVITY AND HOURS REQUIRED FOR DOZER USE

BASE PRODUCTIVITY FPR D8T LGP -100 FT PUSH (Type B1_R2 Berm)

<u>Earthmoving Activity:</u>

> Dozer assist excavator material movement. Gravel road base surface is pushed to either side of the the haulroad. Any geotextile fabric is ripped. Dozer pushes material to the edge of the road profile so excavator can complete the covering of this material and pushing material toward berm toe. Some material will be piled near end of push to be placed by excavator at the very toe of the reclaimed profile.

<u>Characterization of Dozer Used (type, size, etc.):</u>

> CAT D8T LGP with semi-universal blade

<u>Description of Dozer Use (origin, destination, grade, haul distance, material, etc.):</u>

> Pushing bank material from original berm with adjacent excavator placed material. Push distance based on berm cross-section. Base productivity based on 100ft push. Material factor of 1.0 (average of 1.2 loose and 0.8 hard or sticky material).

<u>Productivity Calculations:</u>



Operator Adjustment Factor =   0.75  x  1.00  x  0.83  x  1.10  x  1.10
                                   operator     material    efficiency    grade    weight
            x  1.00  x  1.00  x  1.00  =  0.75
                production    visibility    elevation

Net Hourly Production =   680  LCY/hr  x  0.75  =  510  LCY/hr
                    normal hourly        operating

Hours Required =         LCY  ÷  510  LCY/hr  =  0.0  hr(s)
              volume to    net hourly

<u>Data Source(s):</u>
Caterpillar Performance Handbook 48

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Other Haulroads Hours | | | | | | |
|---|---|---|---|---|---|---|
| | | Year 1 Projection | | | | |
| **Excavator w/ Dozer Assist** | | **Bond Volume** | | | | |
| | **Property** | **Excavator** | **Dozer** | **Productivity LCY/hr** | **Required Hours** | **Equip. Fleet** |
| **Other Haulroads to Prod Ponds** | | **LCY** | **LCY** | | | |
| | | | | | | |
| Haulroad Spur to Tailings Pond | BLM | 1,473 | | 253 | 5.81 | C1 |
| | | | 242 | 787 | 0.31 | C1 |
| | | | | | | |
| Haulroad processing Plant to Production Pond | | | | | | |
| Prod Plant to Playa Line | STATE | 12,856 | | 253 | 50.73 | C1 |
| | | | 2,110 | 787 | 2.68 | C1 |
| | | | | | | |
| Playa line to Perimeter Road | STATE | 3,469 | | 253 | 13.69 | C1 |
| | | | 569 | 787 | 0.72 | C1 |
| | | | | | | |
| Perimeter Road to Prod Pond | STATE | 2,408 | | 253 | 9.50 | C1 |
| | | | 395 | 787 | 0.50 | C1 |
| | | | | | | |
| CPM Spur Road | BLM | 12,673 | | 253 | 50.01 | C1 |
| | | | 2,080 | 787 | 2.64 | C1 |
| | STATE | 990 | | 253 | 3.91 | C1 |
| | | | 163 | 787 | 0.21 | C1 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Case | Bucket Capacity | Efficiency Factor | Productivity LCY/hr | | | Percent Movement | Average LCY/hr |
|---|---|---|---|---|---|---|---|
| | | | <45° | 90° to 120° | >120° | | |
| R1 Style Berm | 4.4 | 0.36 | 354.0 | | | 0 | 253 |
| | 4.2 | 0.36 | | 269.7 | | 0.7 | |
| | 4.2 | 0.36 | | | 215.5 | 0.3 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

*CAT 349 Production Pond Berm Reclamation Productivity*

| Case | Push Dist (ft) | Operating Adj Factor | Productivity LCY/hr |
|---|---|---|---|
| Road Surface Removal R1 | 50 | 0.75 | 787 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*CAT D8T LGP Reclamation Productivity*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



ESTIMATED DOZING PRODUCTION ● Semi-Universal Blades ● D7E through D11T

KEY
A — D11T
B — D10T2
C — D9T
D — D8T
E — D7E

NOTE: This chart is based on numerous field studies made under varying job conditions. Refer to correction factors following these charts.

Normal Productivity for CAT D8T LGP Curve D

| Distance (ft) | LCY/hr |
|---|---|
| 50 | 1050 |
| 75 | 850 |
| 85 | 780 |
| 100 | 680 |
| 120 | 600 |
| 130 | 560 |
| 140 | 510 |
| 150 | 500 |
| 200 | 400 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Other Haulroads Hours**
ANNUALIZED MOVEMENT PER HOUR

WORKSHEET 10

PRODUCTIVITY FOR HYDRAULIC EXCAVATOR USE (BACKHOE OR POWER SHOVEL)
OTHER HAULROAD BERMS

Earthmoving Activities:

> Other haulroad reclamation.  Move material from top of haulroad berm to either side creating in general 10:1 outslopes. Assumes on 12 hour shift per day. Equipment availability during operating hours is 95% (dig hour/Op hour), Op hour per shift utilization 75% (9 out of 12 hours is available on average to dig).

Characterization of the Excavator Used (type, size, etc.):

> CAT 349 Hydraulic Excavator with long reach using a 4 CY bucket

Description of Excavator Used (loading geometry, materials, etc.):

> General - earth moving cycle has the material to be moved completed with load dump swings <45°,  material movement at 90°-120° swing, with the remaining  material movement at >120° swing. This cycle movement assumes no dozer assistance.

Productivity Calculations:

Net Bucket Capacity =    4.4    LCY   X    1    =    4.4    LCY
                  heaped bucket        bucket fill

Hourly Production =    4.4    LCY   X    60    min/hr   ÷    0.267    min   X
             net bucket                         cycle

               0.36    =    354.0    LCY/hr
            efficiency factor

Hours Required =            LCY   ÷    354.0    LCY/hr   =    0.0    hr
             volume to be handled    net hourly

\* See loader section of the equipment manual.

\*\* See excavator section of equipment manual.

Data Source(s):    Caterpillar Performance Handbook 48 - June 2018 page 7-254
                 Efficiency Factor assumes 50 minutes work time per hour per CAT Job Efficiency Estimator
                 no other downtime for a <45° swing portion of the equipment movement

Productivity Calculations:

Net Bucket Capacity =    4.4    LCY   X    0.95    =    4.2    LCY
                  heaped bucket        bucket fill

Hourly Production =    4.2    LCY   X    60    min/hr   ÷    0.333    min   X
             net bucket                         cycle

               0.36    =    269.7    LCY/hr
            efficiency factor

Hours Required =            LCY   ÷    269.7    LCY/hr   =    0.0    hr
             volume to be handled    net hourly

Data Source(s):    Caterpillar Performance Handbook 48 - June 2018 page 7-254
                 Efficiency Factor assumes 50 minutes work time per hour per CAT Job Efficiency Estimator
                 no other downtime for the 90° to 120° swing portion of the movement

Productivity Calculations:

Net Bucket Capacity =    4.4    LCY   X    0.95    =    4.2    LCY
                  heaped bucket        bucket fill

Hourly Production =    4.2    LCY   X    60    min/hr   ÷    0.4167    min   X
             net bucket                         cycle

                0.36    =    215.5    LCY/hr
            efficiency factor

Hours Required =            LCY   ÷    215.5    LCY/hr   =    0.0    hr
             volume to be handled    net hourly

Data Source(s):    Caterpillar Performance Handbook 48 - June 2018 page 7-254
                 Efficiency Factor assumes 50 minutes work time per hour per CAT Job Efficiency Estimator
                 no other downtime for the >120° swing portion of the movement

Efficiency Factor Calculation:

| | | |
|---|---|---|
| Operator Availability | 0.75 | 75% |
| Machine Availability | 0.95 | 95% |
| Operator Skill Availability | 0.75 | 75% |
| General operational Efficiency | 0.67 | 67% |
| Calculated Efficiency Factor | 0.36 | 36% |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Other Haulroads Hours**
WORKSHEET 5
PRODUCTIVITY AND HOURS REQUIRED FOR DOZER USE

BASE PRODUCTIVITY FPR D8T LGP -50 FT PUSH

Earthmoving Activity:

| |
|---|
| Dozer pushed road surface gravel to the flanks of the berm. This work facilitates coverage of the gravel and any geotextile materias. Some material will be piled near end of push to be placed by excavator at the very toe of the reclaimed profile. |

Characterization of Dozer Used (type, size, etc.):

| |
|---|
| CAT D8T LGP with semi-universal blade |

Description of Dozer Use (origin, destination, grade, haul distance, material, etc.):

| |
|---|
| Pushing either bank material from original berm with adjacent excavator placed material or to move LCY excavator piled material into place along reclaimed berm profile. Push distances will vary based on berm cross-section. Base productivity based on 50ft push. Material factor of 1.0 (average of 1.2 loose and 0.8 hard or sticky material). |

Productivity Calculations:



Operator Adjustment Factor =  0.75  X  1.00  X  0.83  X  1.10  X  1.10
                              operator  material  efficiency  grade  weight
                          X  1.00  X  1.00  X  1.00  =  0.75
                             production  visibility  elevation

Net Hourly Production =  1050  LCY/hr  X  0.75  =  787  LCY/hr
                         normal hourly        operating

Hours Required =  [   ]  LCY  ÷  787  LCY/hr  =  0.0  hr(s)
                  volume to       net hourly

Data Source(s):



Operator Adjustment Factor =  0.75  X  1.20  X  0.83  X  1.10  X  1.10
                              operator  material  efficiency  grade  weight
                          X  1.20  X  1.00  X  1.00  =  1.08
                             production  visibility  elevation

Net Hourly Production =  1050  LCY/hr  X  1.08  =  1134  LCY/hr
                         normal hourly        operating

Hours Required =  [   ]  LCY  ÷  1134  LCY/hr  =  0.0  hr(s)
                  volume to       net hourly

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Pre-Con Breach Excavator - Dozer Hours
MOVEMENT PER HOUR

WORKSHEET 10

PRODUCTIVITY FOR HYDRAULIC EXCAVATOR USE (BACKHOE OR POWER SHOVEL)
PRE-CON POND BREACHES

Earthmoving Activities:

> Pre-con Pond Berm breach berm reclamation.  Open drainage channels to allow trapped liquids to flow onto the playa. Excavate 100 ft wide channel with all slopes at 10:1 out slopes. Move material from channel to top of berm to either side creating in general 10:1 outslopes. Assumes on 12 hour shift per day. Equipment availability during operating hours is 95% (dig hour/Op hour), Op hour per shift utilization 75% (9 out of 12 hours is available on average to dig).

Characterization of the Excavator Used (type, size, etc.):

> CAT 349 Hydraulic Excavator with long reach using a 4 CY bucket

Description of Excavator Used (loading geometry, materials, etc.):

> General - earth moving cycle has 100% of the material to be moved completed with load dump swings >120°. This cycle movement assumes no dozer assistance. Projects material rehandle four times initial excavation LCY volume.

Productivity Calculations:



Net Bucket Capacity =   4.4  LCY  X   1   =   4.4   LCY
                       heaped bucket     bucket fill

Hourly Production =   4.4  LCY  X   60   min/hr  ÷   0.267  min  X
                     net bucket                       cycle

                      0.36   =   354.0   LCY/hr
                   efficiency factor

Hours Required =         LCY  ÷   354.0   LCY/hr   =   0.0   hr
                   volume to be handled    net hourly


\* See loader section of the equipment manual.

\*\* See excavator section of equipment manual.

Data Source(s):   Caterpillar Performance Handbook 48 - June 2018 page 7-254
                  Efficiency Factor assumes 50 minutes work time per hour per CAT Job Efficiency Estimator
                  no other downtime for a <45° swing portion of the equipment movement

Productivity Calculations:



Net Bucket Capacity =   4.4  LCY  X   0.95   =   4.2   LCY
                       heaped bucket     bucket fill

Hourly Production =   4.2  LCY  X   60   min/hr  ÷   0.333  min  X
                     net bucket                       cycle

                      0.36   =   269.7   LCY/hr
                   efficiency factor

Hours Required =         LCY  ÷   269.7   LCY/hr   =   0.0   hr
                   volume to be handled    net hourly


Data Source(s):   Caterpillar Performance Handbook 48 - June 2018 page 7-254
                  Efficiency Factor assumes 50 minutes work time per hour per CAT Job Efficiency Estimator
                  no other downtime for the 90° to 120° swing portion of the movement

Productivity Calculations:



Net Bucket Capacity =   4.4  LCY  X   0.95   =   4.2   LCY
                       heaped bucket     bucket fill

Hourly Production =   4.2  LCY  X   60   min/hr  ÷   0.4167  min  X
                     net bucket                        cycle

                      0.36   =   215.5   LCY/hr
                   efficiency factor

Hours Required =         LCY  ÷   215.5   LCY/hr   =   0.0   hr
                   volume to be handled    net hourly


Caterpillar Performance Handbook 48 - June 2018 page 7-254
Efficiency Factor assumes 50 minutes work time per hour per CAT Job Efficiency Estimator
no other downtime for the >120° swing portion of the movement

Efficiency Factor Calculation:
Operator Availability          0.75   75%
Machine Availability           0.95   95%
Operator Skill Availability    0.75   75%
General operational Efficiency 0.67   67%

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Pre-Con Breach Excavator - Dozer Hours
WORKSHEET 5
PRODUCTIVITY AND HOURS REQUIRED FOR DOZER USE
BASE PRODUCTIVITY FPR D8T LGP -50 FT PUSH

Earthmoving Activity:

> Dozer assist excavator material movement to reduce multiple excavator rehandle. Dozer spreads out excavated material in most cases. Some berm profiles require cutting berm material and pushing material toward berm toe. Some material will be piled near end of push to be placed by excavator at the very toe of the reclaimed profile.

Characterization of Dozer Used (type, size, etc.):

> CAT D8T LGP with semi-universal blade

Description of Dozer Use (origin, destination, grade, haul distance, material, etc.):

> Pushing either bank material from original berm with adjacent excavator placed material or to move LCY excavator piled material into place along reclaimed berm profile. Push distances will vary based on berm cross-section. Base productivity based on 50ft push. Material factor of 1.0 (average of 1.2 loose and 0.8 hard or sticky material).

Productivity Calculations:



Operator Adjustment Factor = [0.75] X [1.00] X [0.83] X [1.10] X [1.10]
        operator material efficiency grade weight
  X [1.00] X [1.00] X [1.00] = [0.75]
   production visibility elevation

Net Hourly Production = [1050] LCY/hr X [0.75] = [787] LCY/hr
    normal hourly   operating

Hours Required = [ ] LCY ÷ [787] LCY/hr = [0.0] hr(s)
    volume to   net hourly

Data Source(s):

> Caterpillar Performance Handbook 48



Operator Adjustment Factor = [0.75] X [1.20] X [0.83] X [1.10] X [1.10]
        operator material efficiency grade weight
  X [1.20] X [1.00] X [1.00] = [1.08]
   production visibility elevation

Net Hourly Production = [1050] LCY/hr X [1.08] = [1134] LCY/hr
    normal hourly   operating

Hours Required = [ ] LCY ÷ [1134] LCY/hr = [0.0] hr(s)
    volume to   net hourly

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Production Pond Berm Breaches Excavator - Dozer Hours**
WORKSHEET 5
PRODUCTIVITY AND HOURS REQUIRED FOR DOZER USE
BASE PRODUCTIVITY FPR D8T LGP -200 FT PUSH

Earthmoving Activity:

> Dozer assist excavator material movement to reduce multiple excavator rehandle. Dozer spreads out excavated material in most cases. Some berm profiles require cutting berm material and pushing material toward berm toe. Some material will be piled near end of push to be placed by excavator at the very toe of the reclaimed profile.

Characterization of Dozer Used (type, size, etc.):

> CAT D8T LGP with semi-universal blade

Description of Dozer Use (origin, destination, grade, haul distance, material, etc.):

> Pushing either bank material from original berm with adjacent excavator placed material or to move LCY excavator piled material into place along reclaimed berm profile. Push distances based on pre-con berm reclaimed cross-section will require an average push distance of 200 ft. Productivity is based on a loose pile with a 200ft push. Material factor of 1.0 (average of 1.2 loose and 0.8 hard or sticky material).

Productivity Calculations:



Operator Adjustment Factor =  0.75 (operator) X 1.00 (material) X 0.83 (efficiency) X 1.10 (grade) X 1.10 (weight)
X 1.00 (production) X 1.00 (visibility) X 1.00 (elevation) = 0.75

Net Hourly Production = 480 LCY/hr (normal hourly) X 0.75 (operating) = 360 LCY/hr

Hours Required = ___ LCY (volume to) ÷ 360 LCY/hr (net hourly) = 0.0 hr(s)

Data Source(s):

> Caterpillar Performance Handbook 48



Operator Adjustment Factor =  0.75 (operator) X 1.20 (material) X 0.83 (efficiency) X 1.10 (grade) X 1.10 (weight)
X 1.20 (production) X 1.00 (visibility) X 1.00 (elevation) = 1.08

Net Hourly Production = 400 LCY/hr (normal hourly) X 1.08 (operating) = 432 LCY/hr

Hours Required = ___ LCY (volume to) ÷ 432 LCY/hr (net hourly) = 0.0 hr(s)

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Pre-Con Breach Excavator - Dozer Hours | | | | | | |
|---|---|---|---|---|---|---|
| Year 1 Projection | | | | | | |
| Excavator w/ Dozer Assist | Property | Bond Volume | | Productivity LCY/hr | Required Hours | Equip. Fleet |
| | | Excavator | Dozer | | | |
| Pre-con Berm Breaches | | LCY | LCY | | | |
| | | | | | | |
| P-1 Exterior Berm Breach | BLM | 5381.25 | | 215 | 24.97 | |
| P-1 Exterior Berm Breach | BLM | | 4375 | 432 | 10.13 | C2 |
| | | | | | | |
| P-2 Exterior Berm Breach | BLM | 5381.25 | | 215 | 24.97 | |
| P-2 Exterior Berm Breach | BLM | | 4375 | 432 | 10.13 | C2 |
| | | | | | | |
| P-2 Interior Berm Breach | BLM | 5381.25 | | 215 | 24.97 | |
| P-2 Interior Berm Breach | BLM | | 4375 | 432 | 10.13 | C2 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| CAT 349 Pre-Con Pond Berm Reclamation Productivity | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case | Bucket Capacity | Efficiency Factor | Productivity LCY/hr | | | Percent Movement | Average LCY/hr |
| | | | <45° | 90° to 120° | >120° | | |
| Pre-Con Pond Breaches | 4.4 | 0.36 | | | | | 215 |
| | 4.2 | 0.36 | | | | | |
| | 4.2 | 0.36 | | | 215.5 | 1 | |

| CAT D8T LGP Reclamation Productivity | | | |
|---|---|---|---|
| Case | Push Dist (ft) | Operating Adj Factor | Productivity LCY/hr |
| Base (Cut from Berm) | 50 | 0.75 | 787 |
| Base (Push from Pile) | 50 | 1.08 | 1134 |
| Pre-Con Pond Berm Breaches | 200 | 1.08 | 432 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



ESTIMATED DOZING PRODUCTION ● Semi-Universal Blades ● D7E through D11T

**AVERAGE DOZING DISTANCE**

KEY
A — D11T
B — D10T2
C — D9T
D — D8T
E — D7E

NOTE: This chart is based on numerous field studies made under varying job conditions. Refer to correction factors following these charts.

Normal Productivity for CAT D8T LGP Curve D

| Distance (ft) | LCY/hr |
|---|---|
| 50 | 1050 |
| 75 | 850 |
| 85 | 780 |
| 100 | 680 |
| 120 | 600 |
| 130 | 560 |
| 140 | 510 |
| 150 | 500 |
| 170 | 480 |
| 200 | 400 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| CAT 349 Production Pond Berm Reclamation Productivity | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case | Bucket Capacity | Efficiency Factor | Productivity LCY/hr | | | Percent Movement | Average LCY/hr |
| | | | <45° | 90° to 120° | >120° | | |
| Production Pond Breaches | 4.4 | 0.36 | | | | | 215 |
| | 4.2 | 0.36 | | | | | |
| | 4.2 | 0.36 | | | 215.5 | 1 | |

| CAT D8T LGP Reclamation Productivity | | | |
|---|---|---|---|
| Case | Push Dist (ft) | Operating Adj Factor | Productivity LCY/hr |
| ALL BERMS | 200 | 1.08 | 432 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125





KEY
A — D11T
B — D10T2
C — D9T
D — D8T
E — D7E

NOTE: This chart is based on numerous field studies made under varying job conditions. Refer to correction factors following these charts.

Normal Productivity for CAT D8T LGP Curve D

| Distance (ft) | LCY/hr |
|---|---|
| 50 | 1050 |
| 75 | 850 |
| 85 | 780 |
| 100 | 680 |
| 120 | 600 |
| 130 | 560 |
| 140 | 510 |
| 150 | 500 |
| 170 | 480 |
| 200 | 400 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Production Pond Berm Breaches Excavator - Dozer Hours | | | | | | |
|---|---|---|---|---|---|---|
| Year 1 Projection | | | | | | |
| Excavator w/ Dozer Assist | | Bond Volume | | Productivity LCY/hr | Required Hours | Equip. Fleet |
| | Property | Excavator | Dozer | | | |
| Production Pond Berm Breaches | | LCY | LCY | | | |
| Brine Buffer Pond (BBP) PLAYA Breach (R4 ROA| BLM | 5381 | | 215 | 24.97 | |
| Brine Buffer Pond (BBP) PLAYA Breach (R4 ROA| BLM | | 4375 | 432 | 10.13 | C2 |
| | | | | | | |
| BBP_BHP Breach (R4 ROAD) | BLM | 5381 | | 215 | 24.97 | |
| BBP_BHP Breach (R4 ROAD) | BLM | | 4375 | 432 | 10.13 | C2 |
| | | | | | | |
| BBP_H2-C Breach (R4 ROAD) | BLM | 5381 | | 215 | 24.97 | |
| BBP_H2-C Breach (R4 ROAD) | BLM | | 4375 | 432 | 10.13 | C2 |
| | | | | | | |
| BBP_H2-B Breach (R4 ROAD) | BLM | 5381 | | 215 | 24.97 | |
| BBP_H2-B Breach (R4 ROAD) | BLM | | 4375 | 432 | 10.13 | C2 |
| | | | | | | |
| BBP_H2-C Breach (R4 ROAD) | BLM | 5381 | | 215 | 24.97 | |
| BBP_H2-C Breach (R4 ROAD) | BLM | | 4375 | 432 | 10.13 | C2 |
| | | | | | | |
| BHP_PLAYA BREACH (B1 ROAD) | BLM | 5381 | | 215 | 24.97 | |
| BHP_PLAYA BREACH (B1 ROAD) | BLM | | 4375 | 432 | 10.13 | C2 |
| | | | | | | |
| H1-A_H2-A Breach (R1 ROAD) | STATE | 5381 | | 215 | 24.97 | |
| H1-A_H2-A Breach (R1 ROAD) | STATE | | 4375 | 432 | 10.13 | C2 |
| | | | | | | |
| H1-B_H2-B Breach (R1 ROAD) | BLM | 5381 | | 215 | 24.97 | |
| H1-B_H2-B Breach (R1 ROAD) | BLM | | 4375 | 432 | 10.13 | C2 |
| | | | | | | |
| H1-C_H2-C Breach (R1 ROAD) | BLM | 5381 | | 215 | 24.97 | |
| H1-C_H2-C Breach (R1 ROAD) | BLM | | 4375 | 432 | 10.13 | C2 |
| | | | | | | |
| H1-A-PRB Breach (R4P ROAD) | BLM | 5381 | | 215 | 24.97 | |
| H1-A-PRB Breach (R4P ROAD) | BLM | | 4375 | 432 | 10.13 | C2 |
| | | | | | | |
| H1-B_BM-4 Breach (R4P ROAD) | BLM | 5381 | | 215 | 24.97 | |
| H1-B_BM-4 Breach (R4P ROAD) | BLM | | 4375 | 432 | 10.13 | C2 |
| | | | | | | |
| H1-C_BM-4 Breach (R4P ROAD) | BLM | 5381 | | 215 | 24.97 | |
| H1-C_BM-4 Breach (R4P ROAD) | BLM | | 4375 | 432 | 10.13 | C2 |
| | | | | | | |
| BM-1_SMALL NORTHWEST POND Breach (R2 F| STATE | 5381 | | 215 | 24.97 | |
| BM-1_SMALL NORTHWEST POND Breach (R2 F| STATE | | 4375 | 432 | 10.13 | C2 |
| | | | | | | |
| BM-1_BM-2 Breach (B1 ROAD) | STATE | 5381 | | 215 | 24.97 | |
| BM-1_BM-2 Breach (B1 ROAD) | STATE | | 4375 | 432 | 10.13 | C2 |
| | | | | | | |
| BM-2_BM-3 Breach (B1 ROAD) | BLM | 5381 | | 215 | 24.97 | |
| BM-2_BM-3 Breach (B1 ROAD) | BLM | | 4375 | 432 | 10.13 | C2 |
| | | | | | | |
| BM-3_BM-4 Breach (B1 ROAD) | BLM | 5381 | | 215 | 24.97 | |
| BM-3_BM-4 Breach (B1 ROAD) | BLM | | 4375 | 432 | 10.13 | C2 |
| | | | | | | |
| BM-4_PRB Breach (B1 ROAD) | BLM | 5381 | | 215 | 24.97 | |
| BM-4_PRB Breach (B1 ROAD) | BLM | | 4375 | 432 | 10.13 | C2 |
| | | | | | | |
| BM1_PLAYA Breach (R4P ROAD) | STATE | 5381 | | 215 | 24.97 | |
| BM1_PLAYA Breach (R4P ROAD) | STATE | | 4375 | 432 | 10.13 | C2 |
| | | | | | | |
| BM-2_PLAYA Breach (R4P ROAD) | STATE | 5381 | | 215 | 24.97 | |
| BM-2_PLAYA Breach (R4P ROAD) | STATE | | 4375 | 432 | 10.13 | C2 |
| | | | | | | |
| BM-3_PLAYA Breach (R4P ROAD) | BLM | 5381 | | 215 | 24.97 | |
| BM-3_PLAYA Breach (R4P ROAD) | BLM | | 4375 | 432 | 10.13 | C2 |
| | | | | | | |
| BM-4_PLAYA Breach (R4P ROAD) | BLM | 5381 | | 215 | 24.97 | |
| BM-4_PLAYA Breach (R4P ROAD) | BLM | | 4375 | 432 | 10.13 | C2 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Production Pond Berm Breaches Excavator - Dozer Hours**
MOVEMENT PER HOUR

WORKSHEET 10

PRODUCTIVITY FOR HYDRAULIC EXCAVATOR USE (BACKHOE OR POWER SHOVEL)
PRODUCTION POND BREACHES

Earthmoving Activities:

Production Pond Berm breach berm reclamation.  Open drainage channels to allow trapped liquids to flow onto the playa. Excavate 100 ft wide channel with all slopes at 10:1 out slopes. Move material from channel to top of berm to either side creating in general 10:1 outslopes. Assumes on 12 hour shift per day. Equipment availability during operating hours is 95% (dig hour/Op hour), Op hour per shift utilization 75% (9 out of 12 hours is available on average to dig).

Characterization of the Excavator Used (type, size, etc.):

CAT 349 Hydraulic Excavator with long reach using a 4 CY bucket

Description of Excavator Used (loading geometry, materials, etc.):

General - earth moving cycle has 100% of the material to be moved completed with load dump swings >120°. This cycle movement assumes no dozer assistance. Projects material rehandle four times initial excavation LCY volume.

Productivity Calculations:



Net Bucket Capacity =   | 4.4 | LCY  X  | 1 | = | 4.4 | LCY
                          heaped bucket         bucket fill

Hourly Production =   | 4.4 | LCY  X  | 60 | min/hr  ÷  | 0.267 | min  X
                        net bucket                         cycle

| 0.36 | = | 354.0 | LCY/hr
efficiency factor

Hours Required =   | | LCY  ÷  | 354.0 | LCY/hr  = | 0.0 | hr
                    volume to be handled   net hourly

* See loader section of the equipment manual.

** See excavator section of equipment manual.

Data Source(s):   Caterpillar Performance Handbook 48 - June 2018 page 7-254
Efficiency Factor assumes 50 minutes work time per hour per CAT Job Efficiency Estimator
no other downtime for a <45° swing portion of the equipment movement

Productivity Calculations:



Net Bucket Capacity =   | 4.4 | LCY  X  | 0.95 | = | 4.2 | LCY
                          heaped bucket         bucket fill

Hourly Production =   | 4.2 | LCY  X  | 60 | min/hr  ÷  | 0.333 | min  X
                        net bucket                         cycle

| 0.36 | = | 269.7 | LCY/hr
efficiency factor

Hours Required =   | | LCY  ÷  | 269.7 | LCY/hr  = | 0.0 | hr
                    volume to be handled   net hourly

Data Source(s):   Caterpillar Performance Handbook 48 - June 2018 page 7-254
Efficiency Factor assumes 50 minutes work time per hour per CAT Job Efficiency Estimator
no other downtime for the 90° to 120° swing portion of the movement

Productivity Calculations:



Net Bucket Capacity =   | 4.4 | LCY  X  | 0.95 | = | 4.2 | LCY
                          heaped bucket         bucket fill

Hourly Production =   | 4.2 | LCY  X  | 60 | min/hr  ÷  | 0.4167 | min  X
                        net bucket                         cycle

| 0.36 | = | 215.5 | LCY/hr

Caterpillar Performance Handbook 48 - June 2018 page 7-254
Efficiency Factor assumes 50 minutes work time per hour per CAT Job Efficiency Estimator
no other downtime for the >120° swing portion of the movement

Efficiency Factor Calculation:
Operator Availability                    0.75   75%
Machine Availability                     0.95   95%
Operator Skill Availability              0.75   75%
General operational Efficiency           0.67   67%
Calculated Efficiency Factor             0.36   36%

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Production Pond Berm Breaches Excavator - Dozer Hours**
WORKSHEET 5
PRODUCTIVITY AND HOURS REQUIRED FOR DOZER USE
BASE PRODUCTIVITY FPR D8T LGP -50 FT PUSH

Earthmoving Activity:

> Dozer assist excavator material movement to reduce multiple excavator rehandle. Dozer spreads out excavated material in most cases. Some berm profiles require cutting berm material and pushing material toward berm toe. Some material will be piled near end of push to be placed by excavator at the very toe of the reclaimed profile.

Characterization of Dozer Used (type, size, etc.):

> CAT D8T LGP with semi-universal blade

Description of Dozer Use (origin, destination, grade, haul distance, material, etc.):

> Pushing either bank material from original berm with adjacent excavator placed material or to move LCY excavator piled material into place along reclaimed berm profile. Push distances will vary based on berm cross-section. Base productivity based on 50ft push. Material factor of 1.0 (average of 1.2 loose and 0.8 hard or sticky material).

Productivity Calculations:



Operator Adjustment Factor =  0.75 (operator) X 1.00 (material) X 0.83 (efficiency) X 1.10 (grade) X 1.10 (weight)
X 1.00 (production) X 1.00 (visibility) X 1.00 (elevation) = 0.75

Net Hourly Production = 1050 LCY/hr (normal hourly) X 0.75 (operating) = 787 LCY/hr

Hours Required = ____ LCY (volume to) ÷ 787 LCY/hr (net hourly) = 0.0 hr(s)

Data Source(s):

> Caterpillar Performance Handbook 48



Operator Adjustment Factor =  0.75 (operator) X 1.20 (material) X 0.83 (efficiency) X 1.10 (grade) X 1.10 (weight)
X 1.20 (production) X 1.00 (visibility) X 1.00 (elevation) = 1.08

Net Hourly Production = 1050 LCY/hr (normal hourly) X 1.08 (operating) = 1134 LCY/hr

Hours Required = ____ LCY (volume to) ÷ 1134 LCY/hr (net hourly) = 0.0 hr(s)

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Production Pond Berm Breaches Excavator - Dozer Hours**
WORKSHEET 5
PRODUCTIVITY AND HOURS REQUIRED FOR DOZER USE
BASE PRODUCTIVITY FPR D8T LGP -170 FT PUSH

Earthmoving Activity:

> Dozer assist excavator material movement to reduce multiple excavator rehandle. Dozer spreads out excavated material in most cases. Some berm profiles require cutting berm material and pushing material toward berm toe. Some material will be piled near end of push to be placed by excavator at the very toe of the reclaimed profile.

Characterization of Dozer Used (type, size, etc.):

> CAT D8T LGP with semi-universal blade

Description of Dozer Use (origin, destination, grade, haul distance, material, etc.):

> Pushing either bank material from original berm with adjacent excavator placed material or to move LCY excavator piled material into place along reclaimed berm profile. Push distances based on pre-con berm reclaimed cross-section will require an average push distance of 170 ft. Productivity is based on a loose pile with a 170ft push. Material factor of 1.0 (average of 1.2 loose and 0.8 hard or sticky material).

Productivity Calculations:



Net Hourly Production =   480   LCY/hr   X   0.75   =   360   LCY/hr
                       normal hourly            operating

Hours Required =          LCY   ÷   360   LCY/hr   =   0.0   hr(s)
              volume to          net hourly

Data Source(s):

Caterpillar Performance Handbook 48



Net Hourly Production =   480   LCY/hr   X   1.08   =   518   LCY/hr
                       normal hourly            operating

Hours Required =          LCY   ÷   518   LCY/hr   =   0.0   hr(s)
              volume to          net hourly

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Production Pond Berm Breaches Excavator - Dozer Hours**
WORKSHEET 5
PRODUCTIVITY AND HOURS REQUIRED FOR DOZER USE
BASE PRODUCTIVITY FPR D8T LGP -200 FT PUSH

Earthmoving Activity:

> Dozer assist excavator material movement to reduce multiple excavator rehandle. Dozer spreads out excavated material in most cases. Some berm profiles require cutting berm material and pushing material toward berm toe. Some material will be piled near end of push to be placed by excavator at the very toe of the reclaimed profile.

Characterization of Dozer Used (type, size, etc.):

> CAT D8T LGP with semi-universal blade

Description of Dozer Use (origin, destination, grade, haul distance, material, etc.):

> Pushing either bank material from original berm with adjacent excavator placed material or to move LCY excavator piled material into place along reclaimed berm profile. Push distances based on pre-con berm reclaimed cross-section will require an average push distance of 200 ft. Productivity is based on a loose pile with a 200ft push. Material factor of 1.0 (average of 1.2 loose and 0.8 hard or sticky material).

Productivity Calculations:



Net Hourly Production = [ 480 ] LCY/hr    X    [ 0.75 ] = [ 360 ] LCY/hr
                        normal hourly           operating

Hours Required = [    ] LCY    ÷    [ 360 ] LCY/hr    = 0.0 hr(s)
                 volume to          net hourly

Data Source(s):

   Caterpillar Performance Handbook 48



Net Hourly Production = [ 400 ] LCY/hr    X    [ 1.08 ] = [ 432 ] LCY/hr
                        normal hourly           operating

Hours Required = [    ] LCY    ÷    [ 432 ] LCY/hr    = 0.0 hr(s)
                 volume to          net hourly

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Process Facility - Stockpile Hours - Dozer Productivity**
WORKSHEET 5
PRODUCTIVITY AND HOURS REQUIRED FOR DOZER USE
BASE PRODUCTIVITY FPR D8T LGP -50 FT PUSH

Earthmoving Activity:

> Dozer push to initially spread subsoil from the berm piles onto the adjacent process facility site. The dozer will approximately 1.1 ft of subsoil from the stockpile along a 250-foot wide corridor on the east and west side of the facility. The remaining subsoil will be moved by frot-end loader (FEL) and trucks to the site for spreading by the dozer.

Characterization of Dozer Used (type, size, etc.):

> CAT D8T LGP with semi-universal blade

Description of Dozer Use (origin, destination, grade, haul distance, material, etc.):

> Pushing either bank material from original berm with adjacent excavator placed material or to move LCY excavator piled material into place along reclaimed berm profile. Push distances will vary based on berm cross-section. Base productivity based on 50ft push. Material factor of 1.0 (average of 1.2 loose and 0.8 hard or sticky material).

Productivity Calculations:



Operator Adjustment Factor = [ 0.75 ] X [ 1.00 ] X [ 0.83 ] X [ 1.10 ] X [ 1.12 ]
                operator    material    efficiency    grade    weight
   X [ 1.00 ] X [ 1.00 ] X [ 1.00 ] = [ 0.77 ]
       production    visibility    elevation

Net Hourly Production = [ 1050 ] LCY/hr X [ 0.77 ] = [ 805 ] LCY/hr
               normal hourly         operating
               production         adjustment factor

Hours Required = [     ] LCY ÷ [ 805 ] LCY/hr = [ 0.0 ] hr(s)
           volume to     net hourly

Data Source(s):

    Caterpillar Performance Handbook 48



Operator Adjustment Factor = [ 0.75 ] X [ 1.20 ] X [ 0.83 ] X [ 1.10 ] X [ 1.12 ]
                operator    material    efficiency    grade    weight
                factor      factor    factor    factor    correction
   X [ 1.20 ] X [ 1.00 ] X [ 1.00 ] = [ 1.10 ]
       production    visibility    elevation
       method/blade   factor    factor
       factor

Net Hourly Production = [ 1050 ] LCY/hr X [ 1.10 ] = [ 1160 ] LCY/hr
               normal hourly       operating

Hours Required = [     ] LCY ÷ [ 1160 ] LCY/hr = [ 0.0 ] hr(s)
           volume to     net hourly

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Process Facility - Stockpile Hours - Dozer Productivity**
WORKSHEET 5
PRODUCTIVITY AND HOURS REQUIRED FOR DOZER USE
BASE PRODUCTIVITY FPR D8T LGP -200 FT PUSH

Earthmoving Activity:

Dozer push to initially spread subsoil from the berm piles onto the adjacent process facility site. The dozer will approximately 1.1 ft of subsoil from the stockpile along a 250-foot wide corridor on the east and west side of the facility. The remaining subsoil will be moved by frot-end loader (FEL) and trucks to the site for spreading by the dozer.

Characterization of Dozer Used (type, size, etc.):

CAT D8T LGP with semi-universal blade

Description of Dozer Use (origin, destination, grade, haul distance, material, etc.):

Initial subsoil push will be bank material  on relatively level conditions a maximum distance of 250 ft with an average 200 ft push. Productivity is based on a lightly compacted pile with a 200ft push. Material factor of  1.2 based on loose material.

Productivity Calculations:



Operator Adjustment Factor =   0.75   x   1.20   x   0.83   x   1.00   x   1.12
                              operator   material  efficiency  grade    weight
x   1.00   x   1.00   x   1.00   =   0.84
  production    visibility   elevation

Net Hourly Production =   480   LCY/hr   x   0.84   =   402   LCY/hr
                     normal hourly            operating
                       production            adjustment
                                               factor

Hours Required =   [     ]   LCY   ÷   402   LCY/hr   =   0.0   hr(s)
                  volume to          net hourly

Data Source(s):

Caterpillar Performance Handbook 48



Operator Adjustment Factor =   0.75   x   1.20   x   0.83   x   1.00   x   1.12
                              operator   material  efficiency  grade    weight
                               factor     factor    factor     factor  correction
x   1.20   x   1.00   x   1.00   =   1.00
  production    visibility   elevation
 method/blade    factor      factor
   factor

Net Hourly Production =   480   LCY/hr   x   1.00   =   482   LCY/hr
                     normal hourly            operating

Hours Required =   [     ]   LCY   ÷   482   LCY/hr   =   0.0   hr(s)
                  volume to          net hourly

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Process Facility - Stockpile Hours - Dozer Productivity**
WORKSHEET 6
PRODUCTIVITY AND HOURS REQUIRED FOR DOZER USE - GRADING

Earthmoving Activity:

> Dozer used to spread the trucked subsoil and topsoil over the process facility site. The subsoil will be spread at approximately 1.1 ft thickness, The topsoil will be spread at approximately 0.5 ft thickness. Site is approximately 54.29 acres total. Dozer spreading of subsoil will occur on 40.13 ac. Dozer spreading of topsoil will occur on 46.81 ac.

Characterization of Dozer Used (type, size, etc.):

> CAT D8T LGP with semi-universal blade

Description of Dozer Use (% grade, effective blade width, operating speed, etc.):

> Grade level; effective blade width 14.83 ft , and average speed between 3.7mph and 6.6 mph. Material factor of  1.20, and a production factor of 1.0.

Productivity Calculations:

Operator Adjustment Factor =   0.75   X   1.20   X   0.83   X   1.00   X   1.12
                              operator    material   efficiency   grade     weight

                          X   1.00   X   1.00   X   1.00   =   0.84
                            production    visibility   elevation

Hourly Production =   5.2   mi/hr   X   14.8   ft   5280   ft/mi   X   1   ac
                     average                effective
                     speed                   blade
                                             width

                    ÷   43560   ft² = 9.3   ac/hr

Net Hourly Production =   9.3   ac/hr   X   0.84   =   7.75   ac/hr
                                              operating

Hours Required =   40   ac   ÷   7.75   ac/hr   =   5.2   hr(s)
                 area to be        net hourly

Data Source(s):

> Caterpillar Performance Handbook 48 Pg 19-22 Ground Speed graphs

Productivity Calculations:

Operator Adjustment Factor =   0.75   X   1.20   X   0.83   X   1.00   X   1.12
                              operator    material   efficiency   grade     weight

                          X   1.00   X   1.00   X   1.00   =   0.84
                            production    visibility   elevation

Hourly Production =   5.2   mi/hr   X   14.8   ft   X   5280   ft/mi   X   1   ac
                     average                effective
                     speed                   blade
                                             width
                    ÷   43560   ft² = 9.3   ac/hr

Net Hourly Production =   9.3   ac/hr   X   0.84   =   7.75   ac/hr
                                              operating

Hours Required =          ac   ÷   7.75   ac/hr   =   0.0   hr(s)
                 area to be        net hourly

Data Source(s):

> Caterpillar Performance Handbook 48 Pg 19-22 Ground Speed graphs

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 8
PRODUCTIVITY AND HOURS REQUIRED FOR LOADER USE

<u>Earthmoving Activity:</u>

Front end loader will be used to load remaining subsoil and topsoil from the stockpiles adjacent to the process facility site into articulated trucks for a short haul onto the site for distribution. A truck fleet will be sized to work with the front end loader.

<u>Characterization of Loader Use (type, size, etc.):</u>

CAT 966 K with 5.5CY bucket

<u>Description of Loader Use (origin, destination, grade, haul distance, etc.):</u>

The FEL will work from the stockpile with little or no tram distance. The FEL will load from the pile making a 120° to 180° turn to load the trucks that will position along the stockpile perimeter.

<u>Productivity Calculations:</u>



Cycle Time =  [          ] min  +  [          ] min  +  [  0.55  ] min  =  [  0.55  ] min
              haul time            return time            basic cycle time

Net Bucket Capacity =  [  6.0  ] LCY  x  [  0.95  ]  =  [  5.738  ] LCY
                       heaped bucket      bucket fill

Hourly Production =  [  5.7  ] LCY  ÷  [  0.55  ] min  x  [  0.83  ]  x  [  60  ]  min/hr
                     net bucket          cycle time        efficiency

                  =  [  519.5  ] LCY/hr

Hours Required =  [          ] LCY  ÷  [  519.5  ] LCY/hr  =  [  0  ] hr
                  volume to be           hourly

\* See loader section of equipment manual.

<u>Data Source(s):</u>

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 8
PRODUCTIVITY AND HOURS REQUIRED FOR LOADER USE

Earthmoving Activity:

> Front end loader will be used to load remaining subsoil and topsoil from the stockpiles adjacent to the process facility site into articulated trucks for a short haul onto the site for distribution. A truck fleet will be sized to work with the front end loader.

Characterization of Loader Use (type, size, etc.):

> CAT 980 K with 7.06CY bucket

Description of Loader Use (origin, destination, grade, haul distance, etc.):

> The FEL will work from the stockpile with little or no tram distance. The FEL will load from the pile making a 120° to 180° turn to load the trucks that will position along the stockpile perimeter.

Productivity Calculations:



Cycle Time =  [    ] min  +  [    ] min  +  [ 0.58 ] min  =  [ 0.58 ] min
              haul time      return time    basic cycle time

Net Bucket Capacity =  [ 7.8 ] LCY  x  [ 0.95 ]  =  [ 7.41 ] LCY
                       heaped bucket    bucket fill

Hourly Production =  [ 7.4 ] LCY  ÷  [ 0.58 ] min  x  [ 0.83 ]  x  [ 60 ] min/hr
                     net bucket       cycle time       efficiency

                  =  [ 636.2 ] LCY/hr

Hours Required =  [    ] LCY  ÷  [ 636.2 ] LCY/hr  =  [ 0 ] hr
                  volume to be     hourly

\* See loader section of equipment manual.

Data Source(s):

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 8
PRODUCTIVITY AND HOURS REQUIRED FOR LOADER USE

Earthmoving Activity:

Front end loader will be used to load remaining subsoil and topsoil from the stockpiles adjacent to the process facility site into articulated trucks for a short haul onto the site for distribution. A truck fleet will be sized to work with the front end loader.

Characterization of Loader Use (type, size, etc.):

CAT 988 H with 7.7CY bucket

Description of Loader Use (origin, destination, grade, haul distance, etc.):

The FEL will work from the stockpile with little or no tram distance. The FEL will load from the pile making a 120° to 180° turn to load the trucks that will position along the stockpile perimeter.

Productivity Calculations:

Cycle Time =    [        ] min    +    [        ] min    +    [  0.58  ] min    =    [  0.58  ] min
               haul time              return time            basic cycle time

Net Bucket Capacity =    [  9.0  ] LCY    x    [  0.95  ]    =    [  8.55  ] LCY
                        heaped bucket          bucket fill

Hourly Production =    [  8.6  ] LCY    ÷    [  0.58  ] min    x    [  0.83  ]    x    [  60  ] min/hr
                      net bucket             cycle time              efficiency

=    [  734.1  ] LCY/hr

Hours Required =    [        ] LCY    ÷    [  734.1  ] LCY/hr    =    [  0  ] hr
                   volume to be            hourly

* See loader section of equipment manual.

Data Source(s):

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 9
PRODUCTIVITY AND HOURS REQUIRED FOR TRUCK USE

Earthmoving Activity:

> Subsoil and topsoil redistribution on the process facility site. The truck fleet will work in conjunction with a front-end loader to distribute soils over a short haul distance averaging 1,200 ft one way.

Characterization of Truck Use (type, size, etc.):

> CAT 735 Articulated rear dump trucks with heaped capacity of 26.8 CY and struck capacity of 19.6 CY.

Description of Truck Use (origin, destination, grade, haul distance, capacity, etc.):

> Truck fleet sized to work in conjunction with the CAT 966M Loader. Average haul distance of 1,200 ft. Trip time loaded based on 500ft acceleration/deceleration zones reaching peak speed of 25mph. Return trip empty based on 300ft acceleration/deceleration zones reaching peak speed of 25mph. Capacity determined using the average of the heaped and struck capacity. Dump time minimized by reducing the need to backup during the dump cycle.

Productivity Calculations:

No. Loader Passes/Truck =    $\boxed{23.2}$ LCY ÷ $\boxed{5.7}$ LCY = $\boxed{4.0}$ passes
                              truck          loader bucket          (round down to nearest

Net Truck Capacity =    $\boxed{5.7}$ LCY X $\boxed{4.0}$ passes = $\boxed{22.952}$ LCY
                        loader bucket       no. loader

Loading Time/Truck =    $\boxed{0.55}$ min X $\boxed{4.0}$ passes = $\boxed{2.2}$ min
                        loader cycle time (from    no. loader
                        Worksheet 8 or 10)         passes/truck

Truck Cycle Time =    $\boxed{0.99}$ min + $\boxed{0.8}$ min + $\boxed{2.2}$ min + $\boxed{1.0}$ min
                      haul  time       return          loading time      dump and
                                       time                               maneuver time

               =    $\boxed{5.01}$ min

No. Trucks Required =    $\boxed{5.01}$ min ÷ $\boxed{2.2}$ min = $\boxed{3}$ trucks
                        truck cycle time     total loading
                                             time

Production Rate =    $\boxed{23.0}$ LCY X $\boxed{3}$ ÷ $\boxed{5.01}$ min = $\boxed{13.7}$ LCY/min
                     net truck         no. trucks    truck cycle time

Hourly Production =    $\boxed{13.7}$ LCY/min X $\boxed{60}$ min/hr X $\boxed{0.8}$
                       production                                     efficiency

               =    $\boxed{659.7}$ LCY/hr

Hours Required =    $\boxed{\phantom{x}}$ LCY ÷ $\boxed{659.7}$ LCY/hr = $\boxed{0}$ hr
                    volume to be          hourly

* Use the average of the struck and heaped capacities.

Data Source(s):

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 9
PRODUCTIVITY AND HOURS REQUIRED FOR TRUCK USE

Earthmoving Activity:

> Subsoil and topsoil redistribution on the process facility site. The truck fleet will work in conjunction with a front-end loader to distribute soils over a short haul distance averaging 1,200 ft one way.

Characterization of Truck Use (type, size, etc.):

> CAT 735 Articulated rear dump trucks with heaped capacity of 26.8 CY and struck capacity of 19.6 CY.

Description of Truck Use (origin, destination, grade, haul distance, capacity, etc.):

> Truck fleet sized to work in conjunction with the CAT 988K Loader.  Average haul distance of 1,200 ft. Trip time loaded based on 500ft acceleration/deceleration zones reaching peak speed of 25mph. Return trip empty based on 300ft acceleration/deceleration zones reaching peak speed of 25mph. Capacity determined using the average of the heaped and struck capacity. Dump time minimized by reducing the need to backup during the dump cycle.

Productivity Calculations:

No. Loader Passes/Truck =   [ 25.65 ] LCY   ÷   [ 7.4 ] LCY   =   [ 3.0 ] passes
                             truck              loader bucket        (round down to nearest

Net Truck Capacity =   [ 7.4 ] LCY   x   [ 3.0 ] passes   =   [ 22.23 ] LCY
                        loader bucket net     no. loader

Loading Time/Truck =   [ 0.58 ] min   x   [ 3.0 ] passes   =   [ 1.7 ] min
                        loader cycle time (from     no. loader
                        Worksheet 8 or 10)          passes/truck

Truck Cycle Time =   [ 0.99 ] min   +   [ 0.8 ] min   +   [ 1.7 ] min   +   [ 1.0 ] min
                      haul  time           return            loading           dump and
                                           time              time              maneuver time

                 =   [ 4.55 ] min

No. Trucks Required =   [ 4.55 ] min   ÷   [ 1.74 ] min   =   [ 3 ] trucks
                         truck cycle time      total loading
                                              time

Production Rate =   [ 22.2 ] LCY   x   [ 3 ] ÷   [ 4.55 ] min   =   [ 14.7 ] LCY/min
                     net truck          no.  trucks   truck cycle time

Hourly Production =   [ 14.7 ] LCY/min   x   [ 60 ] min/hr   x   [ 0.8 ]
                       production  rate                              efficiency

                  =   [ 703.6 ] LCY/hr

Hours Required =   [      ] LCY   ÷   [ 703.6 ] LCY/hr   =   [ 0 ] hr
                    volume to be          hourly

* Use the average of the struck and heaped capacities.

Data Source(s):

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 9
PRODUCTIVITY AND HOURS REQUIRED FOR TRUCK USE

Earthmoving Activity:

> Subsoil and topsoil redistribution on the process facility site. The truck fleet will work in conjunction with a front-end loader to distribute soils over a short haul distance averaging 1,200 ft one way.

Characterization of Truck Use (type, size, etc.):

> CAT 735 Articulated rear dump trucks with heaped capacity of 26.8 CY and struck capacity of 19.6 CY.

Description of Truck Use (origin, destination, grade, haul distance, capacity, etc.):

> Truck fleet sized to work in conjunction with the CAT 988K Loader.  Average haul distance of 1,200 ft. Trip time loaded based on 500ft acceleration/deceleration zones reaching peak speed of 25mph. Return trip empty based on 300ft acceleration/deceleration zones reaching peak speed of 25mph. Capacity determined using the average of the heaped and struck capacity. Dump time minimized by reducing the need to backup during the dump cycle.

Productivity Calculations:

No. Loader Passes/Truck = [ 25.65 ] LCY ÷ [ 8.6 ] LCY = [ 3.0 ] passes
    truck              loader bucket         (round down to nearest

Net Truck Capacity = [ 8.6 ] LCY x [ 3.0 ] passes = [ 25.65 ] LCY
    loader bucket net      no. loader

Loading Time/Truck = [ 0.58 ] min x [ 3.0 ] passes = [ 1.7 ] min
    loader cycle time (from      no. loader
    Worksheet 8 or 10)           passes/truck

Truck Cycle Time = [ 0.99 ] min + [ 0.8 ] min + [ 1.7 ] min + [ 1.0 ] min
    haul  time          return          loading          dump and
                        time            time             maneuver time

    = [ 4.55 ] min

No. Trucks Required = [ 4.55 ] min ÷ [ 1.74 ] min = [ 3 ] trucks
    truck cycle time       total loading
                           time

Production Rate = [ 25.7 ] LCY x [ 3 ] ÷ [ 4.55 ] min = [ 16.9 ] LCY/min
    net truck       no.  trucks   truck cycle time

Hourly Production = [ 16.9 ] LCY/min x [ 60 ] min/hr x [ 0.8 ]
    production  rate              efficiency

    = [ 811.8 ] LCY/hr

Hours Required = [        ] LCY ÷ [ 811.8 ] LCY/hr = [ 0 ] hr
    volume to be           hourly

* Use the average of the struck and heaped capacities.

Data Source(s):

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



ESTIMATED DOZING PRODUCTION ● Semi-Universal Blades ● D7E through D11T

KEY
A — D11T
B — D10T2
C — D9T
D — D8T
E — D7E

NOTE: This chart is based on numerous field studies made under varying job conditions. Refer to correction factors following these charts.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| CAT 735 Articulated Rear Dump Truck | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case | Net Capacity LCY | Load Time (Min) | Trk Cycle Time (min) | Req Trucks | Pro Rate LCY/min | Efficiency Factor | Productivity LCY/hr |
| Subsoil Loading  CAT 966K | 22.952 | 2.2 | 5.01 | 3 | 13.7 | 0.8 | 659.7 |
| Subsoil Loading  CAT 980K | 22.23 | 1.7 | 4.55 | 3 | 14.7 | 0.8 | 703.6 |
| Subsoil Loading  CAT 988H | 25.65 | 1.7 | 4.55 | 3 | 16.9 | 0.8 | 811.8 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Process Facility - Stockpile Hours - Loader Productivity**

| CAT 988H 4-Wd Articulated Wheel Loader | | | | |
|---|---|---|---|---|
| Case | Base Cycle (min) | Net Bucket LCY | Efficiency Factor | Productivity LCY/hr |
| Subsoil Loading | 0.58 | 8.6 | 0.83 | 734.1 |
| | | | | |

| CAT 980K 4-Wd Articulated Wheel Loader | | | | |
|---|---|---|---|---|
| Case | Base Cycle (min) | Net Bucket LCY | Efficiency Factor | Productivity LCY/hr |
| Subsoil Loading | 0.58 | 7.4 | 0.83 | 636.2 |
| | | | | |

| CAT 966K 4-Wd Articulated Wheel Loader | | | | |
|---|---|---|---|---|
| Case | Base Cycle (min) | Net Bucket LCY | Efficiency Factor | Productivity LCY/hr |
| Subsoil Loading | 0.55 | 5.7 | 0.83 | 519.5 |
| | | | | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Process Facility - Stockpile Hours - Dozer Productivity**

| CAT D8T LGP Reclamation Productivity | | | | Spreading Productivity (acres/hr) | LCY | HR |
|---|---|---|---|---|---|---|
| Case | Push Dist (ft) | Operating Adj Factor | Productivity LCY/hr | | | |
| Base (Cut from Berm) | 50 | 0.77 | 805 | | | |
| Base (Push from Pile) | 50 | 1.10 | 1160 | | | |
| Subsoil Stockpile | 200 | 0.84 | 402 | | 35050 | 87.3 |
| | 200 | 1.00 | 482 | | 0 | 0.0 |
| | | | | | | |
| Subsoil Area Spreading | | 0.84 | | 7.7 | 40.13 | 5.18 |
| **(No ripping/discing Year 1)** | | 0.84 | | 7.7 | 0.00 | 0.00 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Access Road Closure Hours
WORKSHEET 12
PRODUCTIVITY AND HOURS REQUIRED FOR MOTORGRADER USE
ACCESS ROAD GRAVEL REMOVAL

<u>Earthmoving Activity:</u>

Grader will scarify gravel placed roadway length, blade material into collection wind rows to be loaded into trucks and hauled. Access Road Segment A

<u>Characterization of Grader Used (type, size capacity, etc.):</u>

CAT 12G 135hp with 12ft blade length.

<u>Description of Grader Route (push distance, grade, effective blade width, operating speed, etc.):</u>

Push distance will vary based on the lengths of each access road. grade will be level to gently rolling. The effective blade with is 10.4 ft ay a 30° angle. Average operating speed will be 2mph during scarification and 4mph during heavy blading. The job efficiency is projected at 85%.

<u>Productivity Calculations:</u>



<u>Grading</u>

Hourly Production = [ 4 ] mi/hr x [ 10.4 ] ft x [ 5280 ] ft/mi x [ 1 ] ac
average              effective blade

÷ [ 43560 ] ft² x [ 0.85 ] = [ 4.3 ] ac/hr
efficiency

Hours Required = [ 4.48 ] ac ÷ [ 4.3 ] ac/hr = [ 1.0 ] hr
area to be              hourly

<u>Scarification</u>

Hourly Production = [ 2 ] mi/hr x [ 7.33 ] ft x [ 5280 ] ft/mi x [ 1 ] ac
average              scarifier

÷ [ 43560 ] ft² x [ 0.85 ] = [ 1.5 ] ac/hr
efficiency

Hours Required = [ 4.48 ] ac ÷ [ 1.5 ] ac/hr = [ 3.0 ] hr
area to be              hourly

<u>Total Hours Required</u>

Total Hours = [ 1.0 ] + [ 3.0 ] = [ 4.0 ] hr
grading hours    scarification

<u>Data Source(s):</u>

Caterpillar Handbooks 38 & 48

2

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Access Road Closure Hours
WORKSHEET 12
PRODUCTIVITY AND HOURS REQUIRED FOR MOTORGRADER USE
ACCESS ROAD GRAVEL REMOVAL

<u>Earthmoving Activity:</u>

> Grader will scarify gravel placed roadway length, blade material into collection wind rows to be loaded into trucks and hauled. Access Road Segment C2

<u>Characterization of Grader Used (type, size capacity, etc.):</u>

> CAT 12G 135hp with 12ft blade length.

<u>Description of Grader Route (push distance, grade, effective blade width, operating speed, etc.):</u>

> Push distance will vary based on the lengths of each access road. grade will be level to gently rolling. The effective blade with is 10.4 ft a ya 30° angle. Average operating speed  will be 2mph during scarification and 4mph during heavy blading. The job efficiency is projected at 85%.

<u>Productivity Calculations:</u>



<u>Grading</u>

Hourly Production =   | 4 | mi/hr   x   | 10.4 | ft   x   | 5280 | ft/mi   x   | 1 | ac
average                    effective blade

÷ | 43560 | ft²   x   | 0.85 | = | 4.3 | ac/hr
efficiency

Hours Required =   | 1.25 | ac   ÷   | 4.3 | ac/hr   =   | 0.3 | hr
area to be                hourly

<u>Scarification</u>

Hourly Production =   | 2 | mi/hr   x   | 7.33 | ft   x   | 5280 | ft/mi   x   | 1 | ac
average                    scarifier

÷ | 43560 | ft²   x   | 0.85 | = | 1.5 | ac/hr
efficiency

Hours Required =   | 1.25 | ac   ÷   | 1.5 | ac/hr   =   | 0.8 | hr
area to be                hourly

<u>Total Hours Required</u>

Total Hours =   | 0.3 | + | 0.8 | = | 1.1 | hr
grading hours       scarification

<u>Data Source(s):</u>

Caterpillar Handbooks 38 & 48

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Access Road Closure Hours
WORKSHEET 12
PRODUCTIVITY AND HOURS REQUIRED FOR MOTORGRADER USE
ACCESS ROAD GRAVEL REMOVAL

<u>Earthmoving Activity:</u>

> Grader will scarify gravel placed roadway length, blade material into collection wind rows to be loaded into trucks and hauled. Access Road Segment D2

<u>Characterization of Grader Used (type, size capacity, etc.):</u>

> CAT 12G 135hp with 12ft blade length.

<u>Description of Grader Route (push distance, grade, effective blade width, operating speed, etc.):</u>

> Push distance will vary based on the lengths of each access road. grade will be level to gently rolling. The effective blade with is 10.4 ft a y a 30° angle. Average operating speed  will be 2mph during scarification and 4mph during heavy blading. The job efficiency is projected at 85%.

<u>Productivity Calculations:</u>



### Grading

Hourly Production =  [ 4 ]  mi/hr  x  [ 10.4 ]  ft  x  [ 5280 ]  ft/mi  x  [ 1 ]  ac
               average             effective blade

        ÷  [ 43560 ]  ft$^2$  x  [ 0.80 ]  =  [ 4.0 ]  ac/hr
                          efficiency

Hours Required =  [ 0.00 ]  ac  ÷  [ 4.0 ]  ac/hr  =  [ 0.0 ]  hr
            area to be          hourly

### Scarification

Hourly Production =  [ 2 ]  mi/hr  x  [ 7.33 ]  ft  x  [ 5280 ]  ft/mi  x  [ 1 ]  ac
               average             scarifier

        ÷  [ 43560 ]  ft$^2$  x  [ 0.80 ]  [ 1.4 ]  ac/hr
                          efficiency

Hours Required =  [ 0.00 ]  ac  ÷  [ 1.4 ]  ac/hr  =  [ 0.0 ]  hr
            area to be          hourly

### Total Hours Required

Total Hours =  [ 0.0 ]  +  [ 0.0 ]  =  [ 0.0 ]  hr
          grading hours     scarification

<u>Data Source(s):</u>

      Caterpillar Handbooks 38 & 48

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Access Road Closure Hours
WORKSHEET 12
PRODUCTIVITY AND HOURS REQUIRED FOR MOTORGRADER USE
ACCESS ROAD GRAVEL REMOVAL

Earthmoving Activity:

> Grader will scarify gravel placed roadway length, blade material into collection wind rows to be loaded into trucks and hauled. Access Road Segment E

Characterization of Grader Used (type, size capacity, etc.):

> CAT 12G 135hp with 12ft blade length.

Description of Grader Route (push distance, grade, effective blade width, operating speed, etc.):

> Push distance will vary based on the lengths of each access road. grade will be level to gently rolling. The effective blade with is 10.4 ft ay a 30° angle. Average operating speed will be 2mph during scarification and 4mph during heavy blading. The job efficiency is projected at 85%.

Productivity Calculations:



### Grading

Hourly Production = [ 4 ] mi/hr   x   [ 10.4 ] ft   x   [ 5280 ] ft/mi   x   [ 1 ] ac
      average       effective blade

      ÷ [ 43560 ] ft²   x   [ 0.85 ]   =   [ 4.3 ] ac/hr
                            efficiency

Hours Required = [ 0.00 ] ac   ÷   [ 4.3 ] ac/hr   =   [ 0.0 ] hr
              area to be        hourly

### Scarification

Hourly Production = [ 2 ] mi/hr   x   [ 7.33 ] ft   x   [ 5280 ] ft/mi   x   [ 1 ] ac
      average       scarifier

      ÷ [ 43560 ] ft²   x   [ 0.85 ]   =   [ 1.5 ] ac/hr
                            efficiency

Hours Required = [ 0.00 ] ac   ÷   [ 1.5 ] ac/hr   =   [ 0.0 ] hr
              area to be        hourly

### Total Hours Required

Total Hours = [ 0.0 ]   +   [ 0.0 ]   =   [ 0.0 ] hr
           grading hours      scarification

Data Source(s):

     Caterpillar Handbooks 38 & 48

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Access Road Closure Hours
WORKSHEET 12
PRODUCTIVITY AND HOURS REQUIRED FOR MOTORGRADER USE
ACCESS ROAD GRAVEL REMOVAL

<u>Earthmoving Activity:</u>

Grader will scarify gravel placed roadway length, blade material into collection wind rows to be loaded into trucks and hauled. Access Road Segment F

<u>Characterization of Grader Used (type, size capacity, etc.):</u>

CAT 12G 135hp with 12ft blade length.

<u>Description of Grader Route (push distance, grade, effective blade width, operating speed, etc.):</u>

Push distance will vary based on the lengths of each access road. grade will be level to gently rolling. The effective blade with is 10.4 ft ay a 30° angle. Average operating speed will be 2mph during scarification and 4mph during heavy blading. The job efficiency is projected at 85%.

<u>Productivity Calculations:</u>



### Grading

Hourly Production = [ 4 ] mi/hr  x  [ 10.4 ] ft  x  [ 5280 ] ft/mi  x  [ 1 ] ac
                    average            effective blade

÷ [ 43560 ] ft² x [ 0.85 ] = [ 4.3 ] ac/hr
                  efficiency

Hours Required = [ 0.00 ] ac ÷ [ 4.3 ] ac/hr = [ 0.0 ] hr
                 area to be      hourly

### Scarification

Hourly Production = [ 2 ] mi/hr  x  [ 7.33 ] ft  x  [ 5280 ] ft/mi  x  [ 1 ] ac
                    average            scarifier

÷ [ 43560 ] ft² x [ 0.85 ] = [ 1.5 ] ac/hr
                  efficiency

Hours Required = [ 0.00 ] ac ÷ [ 1.5 ] ac/hr = [ 0.0 ] hr
                 area to be      hourly

### Total Hours Required

Total Hours = [ 0.0 ] + [ 0.0 ] = [ 0.0 ] hr
              grading hours   scarification

<u>Data Source(s):</u>

Caterpillar Handbooks 38 & 48

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Access Road Closure Hours
WORKSHEET 12
PRODUCTIVITY AND HOURS REQUIRED FOR MOTORGRADER USE
ACCESS ROAD GRAVEL REMOVAL

Earthmoving Activity:

> Grader will scarify gravel placed roadway length, blade material into collection wind rows to be loaded into trucks and hauled. Access Road Segment G

Characterization of Grader Used (type, size capacity, etc.):

> CAT 12G 135hp with 12ft blade length.

Description of Grader Route (push distance, grade, effective blade width, operating speed, etc.):

> Push distance will vary based on the lengths of each access road. grade will be level to gently rolling. The effective blade with is 10.4 ft ay a 30° angle. Average operating speed will be 2mph during scarification and 4mph during heavy blading. The job efficiency is projected at 85%.

Productivity Calculations:



### Grading

Hourly Production = [ 4 ] mi/hr  x  [ 10.4 ] ft  x  [ 5280 ] ft/mi  x  [ 1 ] ac
average                    effective blade

÷ [ 43560 ] ft²  x  [ 0.85 ] = [ 4.3 ] ac/hr
efficiency

Hours Required = [ 0.00 ] ac  ÷  [ 4.3 ] ac/hr  =  [ 0.0 ] hr
area to be              hourly

### Scarification

Hourly Production = [ 2 ] mi/hr  x  [ 7.33 ] ft  x  [ 5280 ] ft/mi  x  [ 1 ] ac
average                    scarifier

÷ [ 43560 ] ft²  x  [ 0.85 ] = [ 1.5 ] ac/hr
efficiency

Hours Required = [ 0.00 ] ac  ÷  [ 1.5 ] ac/hr  =  [ 0.0 ] hr
area to be              hourly

### Total Hours Required

Total Hours = [ 0.0 ]  +  [ 0.0 ]  =  [ 0.0 ] hr
grading hours    scarification

Data Source(s):

Caterpillar Handbooks 38 & 48

2

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Access Road Closure Hours
WORKSHEET 12
PRODUCTIVITY AND HOURS REQUIRED FOR MOTORGRADER USE
ACCESS ROAD GRAVEL REMOVAL

<u>Earthmoving Activity:</u>

Grader will scarify gravel placed roadway length, blade material into collection wind rows to be loaded into trucks and hauled. Water Supply Well Access Road 1

<u>Characterization of Grader Used (type, size capacity, etc.):</u>

CAT 12G 135hp with 12ft blade length.

<u>Description of Grader Route (push distance, grade, effective blade width, operating speed, etc.):</u>

Push distance will vary based on the lengths of each access road. grade will be level to gently rolling. The effective blade with is 10.4 ft ay a 30° angle. Average operating speed will be 2mph during scarification and 4mph during heavy blading. The job efficiency is projected at 85%.

<u>Productivity Calculations:</u>



### Grading

Hourly Production =   [ 4 ]  mi/hr   x   [ 10.4 ]  ft   x   [ 5280 ]  ft/mi   x   [ 1 ]  ac
        average          effective blade

      ÷  [ 43560 ]  ft²   x   [ 0.80 ]   =   [ 4.0 ]  ac/hr
                     efficiency

Hours Required =   [ 0.66 ]  ac   ÷   [ 4.0 ]  ac/hr   =   [ 0.2 ]  hr
        area to be       hourly

### Scarification

Hourly Production =   [ 2 ]  mi/hr   x   [ 7.33 ]  ft   x   [ 5280 ]  ft/mi   x   [ 1 ]  ac
        average          scarifier

      ÷  [ 43560 ]  ft²   x   [ 0.80 ]   =   [ 1.4 ]  ac/hr
                     efficiency

Hours Required =   [ 0.66 ]  ac   ÷   [ 1.4 ]  ac/hr   =   [ 0.5 ]  hr
        area to be       hourly

### Total Hours Required

Total Hours =   [ 0.2 ]   +   [ 0.5 ]   =   [ 0.6 ]  hr
       grading hours   scarification

<u>Data Source(s):</u>

       Caterpillar Handbooks 38 & 48

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Access Road Closure Hours
WORKSHEET 12
PRODUCTIVITY AND HOURS REQUIRED FOR MOTORGRADER USE
ACCESS ROAD GRAVEL REMOVAL

Earthmoving Activity:

Grader will scarify gravel placed roadway length, blade material into collection wind rows to be loaded into trucks and hauled. Water Supply Well Access Road 4

Characterization of Grader Used (type, size capacity, etc.):

CAT 12G 135hp with 12ft blade length.

Description of Grader Route (push distance, grade, effective blade width, operating speed, etc.):

Push distance will vary based on the lengths of each access road. grade will be level to gently rolling. The effective blade with is 10.4 ft ay a 30° angle. Average operating speed will be 2mph during scarification and 4mph during heavy blading. The job efficiency is projected at 85%.

Productivity Calculations:



### Grading

Hourly Production =  | 4 | mi/hr  x  | 10.4 | ft  x  | 5280 | ft/mi  x  | 1 | ac
average            effective blade

÷ | 43560 | ft²  x  | 0.80 | = | 4.0 | ac/hr
efficiency

Hours Required = | 0.00 | ac  ÷  | 4.0 | ac/hr  = | 0.0 | hr
area to be           hourly

### Scarification

Hourly Production =  | 2 | mi/hr  x  | 7.33 | ft  x  | 5280 | ft/mi  x  | 1 | ac
average            scarifier

÷ | 43560 | ft²  x  | 0.80 | = | 1.4 | ac/hr
efficiency

Hours Required = | 0.00 | ac  ÷  | 1.4 | ac/hr  = | 0.0 | hr
area to be           hourly

### Total Hours Required

Total Hours = | 0.0 | + | 0.0 | = | 0.0 | hr
grading hours   scarification

Data Source(s):

Caterpillar Handbooks 38 & 48

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Access Road Closure Hours
WORKSHEET 12
PRODUCTIVITY AND HOURS REQUIRED FOR MOTORGRADER USE
ACCESS ROAD GRAVEL REMOVAL

<u>Earthmoving Activity:</u>

> Grader will scarify gravel placed roadway length, blade material into collection wind rows to be loaded into trucks and hauled. Access Road Segment 3

<u>Characterization of Grader Used (type, size capacity, etc.):</u>

> CAT 12G 135hp with 12ft blade length.

<u>Description of Grader Route (push distance, grade, effective blade width, operating speed, etc.):</u>

> Push distance will vary based on the lengths of each access road. grade will be level to gently rolling. The effective blade with is 10.4 ft ay a 30° angle. Average operating speed  will be 2mph during scarification and 4mph during heavy blading. The job efficiency is projected at 85%.

<u>Productivity Calculations:</u>



<u>Grading</u>

Hourly Production =   [ 4 ] mi/hr   x   [ 10.4 ] ft   x   [ 5280 ] ft/mi   x   [ 1 ] ac
                     average          effective blade

÷ [ 43560 ] ft²   x   [ 0.80 ] efficiency   =   [ 4.0 ] ac/hr

Hours Required =   [ 0.00 ] ac   ÷   [ 4.0 ] ac/hr   =   [ 0.0 ] hr
                   area to be          hourly

<u>Scarification</u>

Hourly Production =   [ 2 ] mi/hr   x   [ 7.33 ] ft   x   [ 5280 ] ft/mi   x   [ 1 ] ac
                     average          scarifier

÷ [ 43560 ] ft²   x   [ 0.85 ] efficiency   =   [ 1.5 ] ac/hr

Hours Required =   [ 0.00 ] ac   ÷   [ 1.5 ] ac/hr   =   [ 0.0 ] hr
                   area to be          hourly

<u>Total Hours Required</u>

Total Hours =   [ 0.0 ] grading hours   +   [ 0.0 ] scarification   =   [ 0.0 ] hr

<u>Data Source(s):</u>

Caterpillar Handbooks 38 & 48

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Access Road Closure Hours
WORKSHEET 12
PRODUCTIVITY AND HOURS REQUIRED FOR MOTORGRADER USE
ACCESS ROAD GRAVEL REMOVAL

<u>Earthmoving Activity:</u>

> Grader will scarify gravel placed roadway length, blade material into collection wind rows to be loaded into trucks and hauled. Long Ridge Access Road

<u>Characterization of Grader Used (type, size capacity, etc.):</u>

> CAT 12G 135hp with 12ft blade length.

<u>Description of Grader Route (push distance, grade, effective blade width, operating speed, etc.):</u>

> Push distance will vary based on the lengths of each access road. grade will be level to gently rolling. The effective blade with is 10.4 ft ay a 30° angle. Average operating speed  will be 2mph during scarification and 4mph during heavy blading. The job efficiency is projected at 85%.

<u>Productivity Calculations:</u>



### Grading

Hourly Production =　4　mi/hr　x　10.4　ft　x　5280　ft/mi　x　1　ac
　　　　　　　　　average　　　　effective blade

　　　　　　÷　43560　ft² x　0.85　=　4.3　ac/hr
　　　　　　　　　　　　efficiency

Hours Required =　0.00　ac　÷　4.3　ac/hr　=　0.0　hr
　　　　　　　area to be　　　　hourly

### Scarification

Hourly Production =　2　mi/hr　x　7.33　ft　x　5280　ft/mi　x　1　ac
　　　　　　　　　average　　　　scarifier

　　　　　　÷　43560　ft² x　0.85　=　1.5　ac/hr
　　　　　　　　　　　　efficiency

Hours Required =　0.00　ac　÷　1.5　ac/hr　=　0.0　hr
　　　　　　　area to be　　　　hourly

### Total Hours Required

Total Hours =　0.0　+　0.0　=　0.0　hr
　　　　　grading hours　scarification

<u>Data Source(s):</u>
　　　　Caterpillar Handbooks 38 & 48

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 8
PRODUCTIVITY AND HOURS REQUIRED FOR LOADER USE

<u>Earthmoving Activity:</u>

> Front end loader will be used to load gravel and any roadbase graded into wind rows along upgraded acces roads. The loader will load the gravel into trucks to be hauled to a collection stockpile for use by the county to maintain area gravel roads. The haul distance is estimated to be a maximum of 5 miles one way. Truck fleet will be designed to two trucks and the loader will have wait time projected. Access Road Segment A

<u>Characterization of Loader Use (type, size, etc.):</u>

> CAT 966 K with 5.5CY bucket

<u>Description of Loader Use (origin, destination, grade, haul distance, etc.):</u>

> The FEL will work from the wind row material along the access road with little or no tram distance. The FEL will load from the pile making a 90° to 120° turn to load the trucks that will position along the wind row.

<u>Productivity Calculations:</u>



Cycle Time =  [      ] min  +  [      ] min  +  [ 0.55 ] min  =  [ 0.55 ]  min
              haul time        return time     basic cycle time

Net Bucket Capacity =  [ 6.0 ] LCY  X  [ 0.95 ]  =  [ 5.738 ] LCY
                       heaped bucket     bucket fill

Hourly Production =  [ 5.7 ] LCY  ÷  [ 0.55 ] min  X  [ 0.83 ]  X  [ 60 ]  min/hr
                     net bucket        cycle time      efficiency

                  =  [ 519.5 ] LCY/hr

Hours Required =  [ 8431 ] LCY  ÷  [ 519.5 ] LCY/hr  =  [ 16 ]  hr
                  volume to be        hourly

\* See loader section of equipment manual.

<u>Data Source(s):</u>
         Caterpillar Handbook 48

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 8
PRODUCTIVITY AND HOURS REQUIRED FOR LOADER USE

<u>Earthmoving Activity:</u>

Front end loader will be used to load gravel and any roadbase graded into wind rows along upgraded acces roads. The loader will load the gravel into trucks to be hauled to a collection stockpile for use by the county to maintain area gravel roads. The haul distance is estimated to be a maximum of 5 miles one way.  Truck fleet will be designed to two trucks and the loader will have wait time projected. Access Road Segment C2

<u>Characterization of Loader Use (type, size, etc.):</u>

CAT 966 K with 5.5CY bucket

<u>Description of Loader Use (origin, destination, grade, haul distance, etc.):</u>

The FEL will work from the wind row material along the access road with little or no tram distance. The FEL will load from the pile making a 90° to 120° turn to load the trucks that will position along the wind row.

<u>Productivity Calculations:</u>



Cycle Time =  [          ] min  +  [          ] min  +  [ 0.55 ] min  =  [ 0.55 ]  min
                haul time        return time       basic cycle time

Net Bucket Capacity =  [ 6.0 ] LCY  X  [ 0.95 ]  =  [ 5.738 ] LCY
                heaped bucket    bucket fill

Hourly Production =  [ 5.7 ] LCY  ÷  [ 0.55 ] min  X  [ 0.83 ] X  [ 60 ] min/hr
             net bucket     cycle time    efficiency

=  [ 519.5 ]  LCY/hr

Hours Required =  [ 29208 ] LCY  ÷  [ 519.5 ] LCY/hr  =  [ 56 ]  hr
          volume to be        hourly

* See loader section of equipment manual.

<u>Data Source(s):</u>
       Caterpillar Handbook 48

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 8
PRODUCTIVITY AND HOURS REQUIRED FOR LOADER USE

Earthmoving Activity:

> Front end loader will be used to load gravel and any roadbase graded into wind rows along upgraded acces roads. The loader will load the gravel into trucks to be hauled to a collection stockpile for use by the county to maintain area gravel roads. The haul distance is estimated to be a maximum of 5 miles one way.  Truck fleet will be designed to two trucks and the loader will have wait time projected. Access Road Segment D2

Characterization of Loader Use (type, size, etc.):

> CAT 966 K with 5.5CY bucket

Description of Loader Use (origin, destination, grade, haul distance, etc.):

> The FEL will work from the wind row material along the access road with little or no tram distance. The FEL will work from the pile making a 90° to 120° turn to load the trucks that will position along the wind row.

Productivity Calculations:



Cycle Time =  [          ] min  +  [          ] min  +  [ 0.55 ] min  =  [ 0.55 ] min
                    haul time          return time          basic cycle time

Net Bucket Capacity =  [ 6.0 ] LCY  X  [ 0.95 ] =  [ 5.738 ] LCY
                          heaped bucket        bucket fill

Hourly Production =  [ 5.7 ] LCY  ÷  [ 0.55 ] min  X  [ 0.83 ]  X  [ 60 ] min/hr
                        net bucket         cycle time        efficiency

=  [ 519.5 ] LCY/hr

Hours Required =  [ 0 ] LCY  ÷  [ 519.5 ] LCY/hr  =  [ 0 ] hr
                   volume to be          hourly

* See loader section of equipment manual.

Data Source(s):

        Caterpillar Handbook 48

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 8
PRODUCTIVITY AND HOURS REQUIRED FOR LOADER USE

Earthmoving Activity:

> Front end loader will be used to load gravel and any roadbase graded into wind rows along upgraded acces roads. The loader will load the gravel into trucks to be hauled to a collection stockpile for use by the county to maintain area gravel roads. The haul distance is estimated to be a maximum of 5 miles one way.  Truck fleet will be designed to two trucks and the loader will have wait time projected. Access Road Segment E

Characterization of Loader Use (type, size, etc.):

> CAT 966 K with 5.5CY bucket

Description of Loader Use (origin, destination, grade, haul distance, etc.):

> The FEL will work from the wind row material along the access road with little or no tram distance. The FEL will load from the pile making a 90° to 120° turn to load the trucks that will position along the wind row.

Productivity Calculations:



Cycle Time =    [          ] min    +    [          ] min    +    [ 0.55 ] min    =    [ 0.55 ] min
                        haul time                return time          basic cycle time

Net Bucket Capacity =    [ 6.0 ] LCY    X    [ 0.95 ]    =    [ 5.738 ] LCY
                    heaped bucket      bucket fill

Hourly Production =    [ 5.7 ] LCY    ÷    [ 0.55 ] min    X    [ 0.83 ]    X    [ 60 ] min/hr
                net bucket       cycle time      efficiency

          =    [ 519.5 ] LCY/hr

Hours Required =    [ 0 ] LCY    ÷    [ 519.5 ] LCY/hr    =    [ 0 ] hr
             volume to be         hourly

* See loader section of equipment manual.

Data Source(s):

        Caterpillar Handbook 48

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 8
PRODUCTIVITY AND HOURS REQUIRED FOR LOADER USE

Earthmoving Activity:

> Front end loader will be used to load gravel and any roadbase graded into wind rows along upgraded acces roads. The loader will load the gravel into trucks to be hauled to a collection stockpile for use by the county to maintain area gravel roads. The haul distance is estimated to be a maximum of 5 miles one way.  Truck fleet will be designed to two trucks and the loader will have wait time projected. Access Road Segment F

Characterization of Loader Use (type, size, etc.):

> CAT 966 K with 5.5CY bucket

Description of Loader Use (origin, destination, grade, haul distance, etc.):

> The FEL will work from the wind row material along the access road with little or no tram distance. The FEL will load from the pile making a 90° to 120° turn to load the trucks that will position along the wind row.

Productivity Calculations:



Cycle Time = [        ] min  +  [        ] min  +  [ 0.55 ] min  =  [ 0.55 ] min
              haul time          return time        basic cycle time

Net Bucket Capacity = [ 6.0 ] LCY  X  [ 0.95 ] = [ 5.738 ] LCY
                        heaped bucket   bucket fill

Hourly Production = [ 5.7 ] LCY  ÷  [ 0.55 ] min  X  [ 0.83 ]  X  [ 60 ] min/hr
                      net bucket       cycle time       efficiency

                  = [ 519.5 ] LCY/hr

Hours Required = [ 0 ] LCY  ÷  [ 519.5 ] LCY/hr  =  [ 0 ] hr
                   volume to be      hourly

* See loader section of equipment manual.

Data Source(s):

        Caterpillar Handbook 48

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 8
PRODUCTIVITY AND HOURS REQUIRED FOR LOADER USE

<u>Earthmoving Activity:</u>

Front end loader will be used to load gravel and any roadbase graded into wind rows along upgraded acces roads. The loader will load the gravel into trucks to be hauled to a collection stockpile for use by the county to maintain area gravel roads. The haul distance is estimated to be a maximum of 5 miles one way.  Truck fleet will be designed to two trucks and the loader will have wait time projected. Access Road Segment G

<u>Characterization of Loader Use (type, size, etc.):</u>

CAT 966 K with 5.5CY bucket

<u>Description of Loader Use (origin, destination, grade, haul distance, etc.):</u>

The FEL will work from the wind row material along the access road with little or no tram distance. The FEL will work from the pile making a 90° to 120° turn to load the trucks that will position along the wind row.

<u>Productivity Calculations:</u>



Cycle Time =  [          ] min  +  [          ] min  +  [ 0.55 ] min  =  [ 0.55 ] min
             haul time          return time          basic cycle time

Net Bucket Capacity =  [ 6.0 ] LCY  X  [ 0.95 ] = [ 5.738 ] LCY
                       heaped bucket      bucket fill

Hourly Production =  [ 5.7 ] LCY  ÷  [ 0.55 ] min  X  [ 0.83 ]  X  [ 60 ] min/hr
                     net bucket        cycle time       efficiency

                  =  [ 519.5 ]  LCY/hr

Hours Required =  [ 0 ] LCY  ÷  [ 519.5 ] LCY/hr  =  [ 0 ] hr
                  volume to be       hourly

* See loader section of equipment manual.

<u>Data Source(s):</u>

Caterpillar Handbook 48

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 8
PRODUCTIVITY AND HOURS REQUIRED FOR LOADER USE

<u>Earthmoving Activity:</u>

> Front end loader will be used to load gravel and any roadbase graded into wind rows along upgraded acces roads. The loader will load the gravel into trucks to be hauled to a collection stockpile for use by the county to maintain area gravel roads. The haul distance is estimated to be a maximum of 5 miles one way.  Truck fleet will be designed to two trucks and the loader will have wait time projected. Water Supply Well Access Road 1

<u>Characterization of Loader Use (type, size, etc.):</u>

> CAT 966 K with 5.5CY bucket

<u>Description of Loader Use (origin, destination, grade, haul distance, etc.):</u>

> The FEL will work from the wind row material along the access road with little or no tram distance. The FEL will load from the pile making a 90° to 120° turn to load the trucks that will position along the wind row.

<u>Productivity Calculations:</u>



Cycle Time =   [          ] min   +   [          ] min   +   [ 0.55 ] min   =   [ 0.55 ] min
      haul time    return time   basic cycle time

Net Bucket Capacity =   [ 6.0 ] LCY   x   [ 0.95 ] LCY   =   [ 5.738 ] LCY
        heaped bucket  bucket fill

Hourly Production =   [ 5.7 ] LCY   ÷   [ 0.55 ] min   x   [ 0.83 ]   x   [ 60 ] min/hr
       net bucket   cycle time  efficiency

     =   [ 519.5 ] LCY/hr

Hours Required =   [ 1237 ] LCY   ÷   [ 519.5 ] LCY/hr   =   [ 2 ] hr
      volume to be   hourly

* See loader section of equipment manual.

<u>Data Source(s):</u>
    Caterpillar Handbook 48

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 8
PRODUCTIVITY AND HOURS REQUIRED FOR LOADER USE

<u>Earthmoving Activity:</u>

> Front end loader will be used to load gravel and any roadbase graded into wind rows along upgraded acces roads. The loader will load the gravel into trucks to be hauled to a collection stockpile for use by the county to maintain area gravel roads. The haul distance is estimated to be a maximum of 5 miles one way.  Truck fleet will be designed to two trucks and the loader will have wait time projected. Water Supply Well Access Road 4

<u>Characterization of Loader Use (type, size, etc.):</u>

> CAT 966 K with 5.5CY bucket

<u>Description of Loader Use (origin, destination, grade, haul distance, etc.):</u>

> The FEL will work from the wind row material along the access road with little or no tram distance. The FEL will load from the pile making a 90° to 120° turn to load the trucks that will position along the wind row.

<u>Productivity Calculations:</u>



Cycle Time =  [        ] min  +  [        ] min  +  [ 0.55 ] min  =  [ 0.55 ] min
                haul time          return time        basic cycle time

Net Bucket Capacity =  [ 6.0 ] LCY  X  [ 0.95 ]  =  [ 5.738 ] LCY
                        heaped bucket    bucket fill

Hourly Production =  [ 5.7 ] LCY  ÷  [ 0.55 ] min  X  [ 0.83 ]  X  [ 60 ] min/hr
                      net bucket        cycle time      efficiency

                  =  [ 519.5 ] LCY/hr

Hours Required =  [ 0 ] LCY  ÷  [ 519.5 ] LCY/hr  =  [ 0 ] hr
                   volume to be      hourly

\* See loader section of equipment manual.

<u>Data Source(s):</u>

> Caterpillar Handbook 48

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 8
PRODUCTIVITY AND HOURS REQUIRED FOR LOADER USE

<u>Earthmoving Activity:</u>

Front end loader will be used to load gravel and any roadbase graded into wind rows along upgraded acces roads. The loader will load the gravel into trucks to be hauled to a collection stockpile for use by the county to maintain area gravel roads. The haul distance is estimated to be a maximum of 5 miles one way.  Truck fleet will be designed to two trucks and the loader will have wait time projected. Water Supply Well Access Road 3

<u>Characterization of Loader Use (type, size, etc.):</u>

CAT 966 K with 5.5CY bucket

<u>Description of Loader Use (origin, destination, grade, haul distance, etc.):</u>

The FEL will work from the wind row material along the access road with little or no tram distance. The FEL will load from the pile making a 90° to 120° turn to load the trucks that will position along the wind row.

<u>Productivity Calculations:</u>



Cycle Time =        min  +        min  +  0.55  min  =  0.55  min
            haul time      return time    basic cycle time

Net Bucket Capacity =  6.0  LCY  X  0.95  =  5.738  LCY
                    heaped bucket   bucket fill

Hourly Production =  5.7  LCY  ÷  0.55  min  X  0.83  X  60  min/hr
                   net bucket     cycle time    efficiency

                  =  519.5  LCY/hr

Hours Required =  9399  LCY  ÷  519.5  LCY/hr  =  18  hr
                volume to be      hourly

* See loader section of equipment manual.

<u>Data Source(s):</u>
        Caterpillar Handbook 48

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 8
PRODUCTIVITY AND HOURS REQUIRED FOR LOADER USE

<u>Earthmoving Activity:</u>

Front end loader will be used to load gravel and any roadbase graded into wind rows along upgraded acces roads. The loader will load the gravel into trucks to be hauled to a collection stockpile for use by the county to maintain area gravel roads. The haul distance is estimated to be a maximum of 5 miles one way.  Truck fleet will be designed to two trucks and the loader will have wait time projected. Long Ridge Access Road

<u>Characterization of Loader Use (type, size, etc.):</u>

CAT 966 K with 5.5CY bucket

<u>Description of Loader Use (origin, destination, grade, haul distance, etc.):</u>

The FEL will work from the wind row material along the access road with little or no tram distance. The FEL will load from the pile making a 90° to 120° turn to load the trucks that will position along the wind row.

<u>Productivity Calculations:</u>



Cycle Time =  [          ] min  +  [          ] min  +  [  0.55  ] min  =  [  0.55  ] min
            haul time         return time      basic cycle time

Net Bucket Capacity =  [  6.0  ] LCY  X  [  0.95  ]  =  [  5.738  ] LCY
            heaped bucket     bucket fill

Hourly Production =  [  5.7  ] LCY  ÷  [  0.55  ] min  X  [  0.83  ]  X  [  60  ] min/hr
            net bucket      cycle time     efficiency

          =  [  519.5  ] LCY/hr

Hours Required =  [  0  ] LCY  ÷  [  519.5  ] LCY/hr  =  [  0  ] hr
            volume to be        hourly

* See loader section of equipment manual.

<u>Data Source(s):</u>

      Caterpillar Handbook 48

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 9
PRODUCTIVITY AND HOURS REQUIRED FOR TRUCK USE

Earthmoving Activity:

Gravel and road base will be hauled to county roadway maintenance stockpile site in the area to be used on county projects. A two truck fleet will work in conjunction with the FEL to haul material 5 miles one way to stockpile sites. Access Road Segment A

Characterization of Truck Use (type, size, etc.):

On-highway rear dump trucks 8 x 4 450hp, 85,000 lb capacity (15-18 CY struck load)

Description of Truck Use (origin, destination, grade, haul distance, capacity, etc.):

Truck fleet to work in conjunction with the CAT 966M Loader. Average haul distance of 5 miles one way. Trip time loaded based on average speed of 40mph. Return trip empty based on average speed of 50mph. Capacity determined using two FEL bucket loads. Dump time will include the need to backup during the dump cycle.

Productivity Calculations:



No. Loader Passes/Truck = ⟨ 18 ⟩ LCY ÷ ⟨ 5.7 ⟩ LCY = ⟨ 3.0 ⟩ passes
                              truck            loader bucket        (round down to nearest

Net Truck Capacity = ⟨ 5.7 ⟩ LCY X ⟨ 3.0 ⟩ passes = ⟨ 17.214 ⟩ LCY
                       loader bucket      no. loader

Loading Time/Truck = ⟨ 0.55 ⟩ min X ⟨ 3.0 ⟩ passes = ⟨ 1.7 ⟩ min
                     loader cycle time (from    no. loader

Truck Cycle Time = ⟨ 7.5 ⟩ min + ⟨ 6 ⟩ min + ⟨ 1.7 ⟩ min + ⟨ 1.5 ⟩ min
                     haul  time        return         loading          dump and

                 = ⟨ 16.65 ⟩ min

No. Trucks Required = ⟨ 16.65 ⟩ min ÷ ⟨ 1.65 ⟩ min = ⟨ 11 ⟩ trucks
                      truck cycle time    total loading

Production Rate = ⟨ 17.2 ⟩ LCY X ⟨ 6 ⟩ ÷ ⟨ 16.65 ⟩ min = ⟨ 6.2 ⟩ LCY/min
                   net truck       no. trucks   truck cycle time

Hourly Production = ⟨ 6.2 ⟩ LCY/min X ⟨ 60 ⟩ min/hr X ⟨ 0.8 ⟩
                    production                              efficiency

                 = ⟨ 297.8 ⟩ LCY/hr

Hours Required = ⟨ 8431 ⟩ LCY ÷ ⟨ 297.8 ⟩ LCY/hr = ⟨ 28 ⟩ hr
                 volume to be          hourly

* Use the average of the struck and heaped capacities.

Data Source(s):

    Caterpillar Handbook 48

2

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 9
PRODUCTIVITY AND HOURS REQUIRED FOR TRUCK USE

Earthmoving Activity:

> Gravel and road base will be hauled to county roadway maintenance stockpile site in the area to be used on county projects. A two truck fleet will work in conjunction with the FEL to haul material 5 miles one way to stockpile sites. Access Road Segment C2

Characterization of Truck Use (type, size, etc.):

> On-highway rear dump trucks 8 x 4 450hp, 85,000 lb capacity (15-18 CY struck load)

Description of Truck Use (origin, destination, grade, haul distance, capacity, etc.):

> Truck fleet to work in conjunction with the CAT 966M Loader.  Average haul distance of 5 miles one way. Trip time loaded based on average speed of 40mph. Return trip empty based on average speed of 50mph. Capacity determined using two FEL bucket loads. Dump time will include the need to backup during the dump cycle.

Productivity Calculations:



No. Loader Passes/Truck =  18 LCY  ÷  5.7 LCY  =  3.0 passes
truck              loader bucket              (round down to nearest

Net Truck Capacity =  5.7 LCY  X  3.0 passes  =  17.214 LCY
loader bucket           no. loader

Loading Time/Truck =  0.55 min  X  3.0 passes  =  1.7 min
loader cycle time (from        no. loader

Truck Cycle Time =  7.5 min  +  6 min  +  1.7 min  +  1.5 min
haul  time        return         loading        dump and

=  16.65 min

No. Trucks Required =  16.65 min  ÷  1.65 min  =  11 trucks
truck cycle time        total loading

Production Rate =  17.2 LCY  X  6  ÷  16.65 min  =  6.2 LCY/min
net truck      no. trucks     truck cycle time

Hourly Production =  6.2 LCY/min  X  60 min/hr  X  0.8
production                                 efficiency

=  297.8 LCY/hr

Hours Required =  29208 LCY  ÷  297.8 LCY/hr  =  98 hr
volume to be          hourly

* Use the average of the struck and heaped capacities.

Data Source(s):
        Caterpillar Handbook 48

2

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 9
PRODUCTIVITY AND HOURS REQUIRED FOR TRUCK USE

Earthmoving Activity:

Gravel and road base will be hauled to county roadway maintenance stockpile site in the area to be used on county projects. A two truck fleet will work in conjunction with the FEL to haul material 5 miles one way to stockpile sites. Access Road Segment D2

Characterization of Truck Use (type, size, etc.):

On-highway rear dump trucks 8 x 4 450hp, 85,000 lb capacity (15-18 CY struck load)

Description of Truck Use (origin, destination, grade, haul distance, capacity, etc.):

Truck fleet to work in conjunction with the CAT 966M Loader.  Average haul distance of 5 miles one way. Trip time loaded based on average speed of 40mph. Return trip empty based on average speed of 50mph. Capacity determined using two FEL bucket loads. Dump time will include the need to backup during the dump cycle.

Productivity Calculations:



No. Loader Passes/Truck =    18  LCY  ÷   5.7  LCY  =    3.0   passes
                            truck        loader bucket      (round down to nearest

Net Truck Capacity =    5.7  LCY  X   3.0   passes  =  17.214  LCY
                    loader bucket      no. loader

Loading Time/Truck =    0.55  min  X   3.0   passes  =   1.7   min
                   loader cycle time (from   no. loader

Truck Cycle Time =    7.5   min  +   6   min  +   1.7   min  +   1.5   min
                   haul  time        return       loading        dump and

                  =  16.65  min

No. Trucks Required =   16.65   min  ÷   1.65   min  =   11   trucks
                   truck cycle time        total loading

Production Rate =    17.2  LCY  X   6   ÷   16.65   min  =   6.2   LCY/min
                   net truck        no.  trucks   truck cycle time

Hourly Production =    6.2   LCY/min  X   60   min/hr  X   0.8   
                    production               efficiency

                  =  297.8  LCY/hr

Hours Required =    0   LCY  ÷   297.8   LCY/hr  =   0   hr
                 volume to be        hourly

* Use the average of the struck and heaped capacities.

Data Source(s):
       Caterpillar Handbook 48

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 9
PRODUCTIVITY AND HOURS REQUIRED FOR TRUCK USE

Earthmoving Activity:

Gravel and road base will be hauled to county roadway maintenance stockpile site in the area to be used on county projects. A two truck fleet will work in conjunction with the FEL to haul material 5 miles one way to stockpile sites. Access Road Segment E

Characterization of Truck Use (type, size, etc.):

On-highway rear dump trucks 8 x 4 450hp, 85,000 lb capacity (15-18 CY struck load)

Description of Truck Use (origin, destination, grade, haul distance, capacity, etc.):

Truck fleet to work in conjunction with the CAT 966M Loader. Average haul distance of 5 miles one way. Trip time loaded based on average speed of 40mph. Return trip empty based on average speed of 50mph. Capacity determined using two FEL bucket loads. Dump time will include the need to backup during the dump cycle.

Productivity Calculations:



No. Loader Passes/Truck = 18 LCY ÷ 5.7 LCY = 3.0 passes
truck ... loader bucket ... (round down to nearest

Net Truck Capacity = 5.7 LCY X 3.0 passes = 17.214 LCY
loader bucket ... no. loader

Loading Time/Truck = 0.55 min X 3.0 passes = 1.7 min
loader cycle time (from ... no. loader

Truck Cycle Time = 7.5 min + 6 min + 1.7 min + 1.5 min
haul  time ... return ... loading ... dump and

= 16.65 min

No. Trucks Required = 16.65 min ÷ 1.65 min = 11 trucks
truck cycle time ... total loading

Production Rate = 17.2 LCY X 8 ÷ 16.65 min = 8.3 LCY/min
net truck ... no. trucks ... truck cycle time

Hourly Production = 8.3 LCY/min X 60 min/hr X 0.8
production ... efficiency

= 397.1 LCY/hr

Hours Required = 0 LCY ÷ 397.1 LCY/hr = 0 hr
volume to be ... hourly

* Use the average of the struck and heaped capacities.

Data Source(s):
        Caterpillar Handbook 48

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 9
PRODUCTIVITY AND HOURS REQUIRED FOR TRUCK USE

Earthmoving Activity:

> Gravel and road base will be hauled to county roadway maintenance stockpile site in the area to be used on county projects. A two truck fleet will work in conjunction with the FEL to haul material 5 miles one way to stockpile sites. Access Road Segment F

Characterization of Truck Use (type, size, etc.):

> On-highway rear dump trucks 8 x 4 450hp, 85,000 lb capacity (15-18 CY struck load)

Description of Truck Use (origin, destination, grade, haul distance, capacity, etc.):

> Truck fleet to work in conjunction with the CAT 966M Loader. Average haul distance of 5 miles one way. Trip time loaded based on average speed of 40mph. Return trip empty based on average speed of 50mph. Capacity determined using two FEL bucket loads. Dump time will include the need to backup during the dump cycle.

Productivity Calculations:



No. Loader Passes/Truck =  | 18 | LCY ÷ | 5.7 | LCY = | 3.0 | passes
truck — loader bucket — (round down to nearest

Net Truck Capacity = | 5.7 | LCY X | 3.0 | passes = | 17.214 | LCY
loader bucket — no. loader

Loading Time/Truck = | 0.55 | min X | 3.0 | passes = | 1.7 | min
loader cycle time (from — no. loader

Truck Cycle Time = | 7.5 | min + | 6 | min + | 1.7 | min + | 1.5 | min
haul time — return — loading — dump and

= | 16.65 | min

No. Trucks Required = | 16.65 | min ÷ | 1.65 | min = | 11 | trucks
truck cycle time — total loading

Production Rate = | 17.2 | LCY X | 6 | ÷ | 16.65 | min = | 6.2 | LCY/min
net truck — no. trucks — truck cycle time

Hourly Production = | 6.2 | LCY/min X | 60 | min/hr X | 0.8 |
production — efficiency

= | 297.8 | LCY/hr

Hours Required = | 0 | LCY ÷ | 297.8 | LCY/hr = | 0 | hr
volume to be — hourly

* Use the average of the struck and heaped capacities.

Data Source(s):
> Caterpillar Handbook 48

2

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 9
PRODUCTIVITY AND HOURS REQUIRED FOR TRUCK USE

Earthmoving Activity:

Gravel and road base will be hauled to county roadway maintenance stockpile site in the area to be used on county projects. A two truck fleet will work in conjunction with the FEL to haul material 5 miles one way to stockpile sites. Access Road Segment G

Characterization of Truck Use (type, size, etc.):

On-highway rear dump trucks 8 x 4 450hp, 85,000 lb capacity (15-18 CY struck load)

Description of Truck Use (origin, destination, grade, haul distance, capacity, etc.):

Truck fleet to work in conjunction with the CAT 966M Loader.  Average haul distance of 5 miles one way. Trip time loaded based on average speed of 40mph. Return trip empty based on average speed of 50mph. Capacity determined using two FEL bucket loads. Dump time will include the need to backup during the dump cycle.

Productivity Calculations:



No. Loader Passes/Truck =    [ 18 ] LCY    ÷    [ 5.7 ] LCY    =    [ 3.0 ]    passes
                              truck              loader bucket         (round down to nearest

Net Truck Capacity =    [ 5.7 ] LCY    X    [ 3.0 ]    passes    =    [ 17.214 ] LCY
                        loader bucket        no. loader

Loading Time/Truck =    [ 0.55 ] min    X    [ 3.0 ]    passes    =    [ 1.7 ] min
                        loader cycle time (from     no. loader

Truck Cycle Time =    [ 7.5 ] min    +    [ 6 ] min    +    [ 1.7 ] min    +    [ 1.5 ] min
                       haul  time           return            loading              dump and

                  =    [ 16.65 ] min

No. Trucks Required =    [ 16.65 ] min    ÷    [ 1.65 ] min    =    [ 11 ] trucks
                         truck cycle time         total loading

Production Rate =    [ 17.2 ] LCY    X    [ 8 ]    ÷    [ 16.65 ] min    =    [ 8.3 ] LCY/min
                      net truck          no. trucks      truck cycle time

Hourly Production =    [ 8.3 ] LCY/min    X    [ 60 ] min/hr    X    [ 0.8 ]
                        production                                    efficiency

                  =    [ 397.1 ] LCY/hr

Hours Required =    [ 0 ] LCY    ÷    [ 397.1 ] LCY/hr    =    [ 0 ] hr
                    volume to be           hourly

* Use the average of the struck and heaped capacities.

Data Source(s):
         Caterpillar Handbook 48

2

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 9
PRODUCTIVITY AND HOURS REQUIRED FOR TRUCK USE

Earthmoving Activity:

> Gravel and road base will be hauled to county roadway maintenance stockpile site in the area to be used on county projects. A two truck fleet will work in conjunction with the FEL to haul material 5 miles one way to stockpile sites. Water Supply Well Access Road 1

Characterization of Truck Use (type, size, etc.):

> On-highway rear dump trucks 8 x 4 450hp, 85,000 lb capacity (15-18 CY struck load)

Description of Truck Use (origin, destination, grade, haul distance, capacity, etc.):

> Truck fleet to work in conjunction with the CAT 966M Loader.  Average haul distance of 5 miles one way. Trip time loaded based on average speed of 40mph. Return trip empty based on average speed of 50mph. Capacity determined using two FEL bucket loads. Dump time will include the need to backup during the dump cycle.

Productivity Calculations:



No. Loader Passes/Truck =    18 LCY  ÷  5.7 LCY  =  3.0  passes
                           truck      loader bucket      (round down to nearest

Net Truck Capacity =   5.7 LCY  X  3.0  passes  =  17.214 LCY
                     loader bucket   no. loader

Loading Time/Truck =   0.55 min  X  3.0  passes  =  1.7  min
                     loader cycle time (from   no. loader

Truck Cycle Time =   7.5 min  +  6 min  +  1.7 min  +  1.5 min
                   haul  time    return    loading     dump and

                 =  16.65 min

No. Trucks Required =  16.65 min  ÷  1.65 min  =  11 trucks
                     truck cycle time    total loading

Production Rate =   17.2 LCY  X  6  ÷  16.65 min  =  6.2 LCY/min
                  net truck      no. trucks   truck cycle time

Hourly Production =   6.2 LCY/min  X  60 min/hr  X  0.8
                    production                          efficiency

                  =  297.8 LCY/hr

Hours Required =   1237 LCY  ÷  297.8 LCY/hr  =  4 hr
                 volume to be      hourly

* Use the average of the struck and heaped capacities.

Data Source(s):

    Caterpillar Handbook 48

2

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 9
PRODUCTIVITY AND HOURS REQUIRED FOR TRUCK USE

Earthmoving Activity:

> Gravel and road base will be hauled to county roadway maintenance stockpile site in the area to be used on county projects. A two truck fleet will work in conjunction with the FEL to haul material 5 miles one way to stockpile sites. Water Supply Well Access Road 4

Characterization of Truck Use (type, size, etc.):

> On-highway rear dump trucks 8 x 4 450hp, 85,000 lb capacity (15-18 CY struck load)

Description of Truck Use (origin, destination, grade, haul distance, capacity, etc.):

> Truck fleet to work in conjunction with the CAT 966M Loader. Average haul distance of 5 miles one way. Trip time loaded based on average speed of 40mph. Return trip empty based on average speed of 50mph. Capacity determined using two FEL bucket loads. Dump time will include the need to backup during the dump cycle.

Productivity Calculations:



No. Loader Passes/Truck =   | 18 | LCY ÷ | 5.7 | LCY = | 3.0 | passes
truck                                 loader bucket              (round down to nearest

Net Truck Capacity =   | 5.7 | LCY X | 3.0 | passes = | 17.214 | LCY
loader bucket                  no. loader

Loading Time/Truck =   | 0.55 | min X | 3.0 | passes = | 1.7 | min
loader cycle time (from          no. loader

Truck Cycle Time =   | 7.5 | min + | 6 | min + | 1.7 | min + | 1.5 | min
haul time          return          loading         dump and

=   | 16.65 | min

No. Trucks Required =   | 16.65 | min ÷ | 1.65 | min = | 11 | trucks
truck cycle time              total loading

Production Rate =   | 17.2 | LCY X | 6 | ÷ | 16.65 | min = | 6.2 | LCY/min
net truck              no. trucks      truck cycle time

Hourly Production =   | 6.2 | LCY/min X | 60 | min/hr X | 0.8 |
production                                              efficiency

=   | 297.8 | LCY/hr

Hours Required =   | 0 | LCY ÷ | 297.8 | LCY/hr = | 0 | hr
volume to be          hourly

* Use the average of the struck and heaped capacities.

Data Source(s):

> Caterpillar Handbook 48

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 9
PRODUCTIVITY AND HOURS REQUIRED FOR TRUCK USE

Earthmoving Activity:

> Gravel and road base will be hauled to county roadway maintenance stockpile site in the area to be used on county projects. A two truck fleet will work in conjunction with the FEL to haul material 5 miles one way to stockpile sites. Water Supply Well Access Road 3

Characterization of Truck Use (type, size, etc.):

> On-highway rear dump trucks 8 x 4 450hp, 85,000 lb capacity (15-18 CY struck load)

Description of Truck Use (origin, destination, grade, haul distance, capacity, etc.):

> Truck fleet to work in conjunction with the CAT 966M Loader.  Average haul distance of 5 miles one way. Trip time loaded based on average speed of 40mph. Return trip empty based on average speed of 50mph. Capacity determined using two FEL bucket loads. Dump time will include the need to backup during the dump cycle.

Productivity Calculations:



No. Loader Passes/Truck =  [ 18 ] LCY  ÷  [ 5.7 ] LCY  =  [ 3.0 ] passes
                  truck         loader bucket      (round down to nearest

Net Truck Capacity =  [ 5.7 ] LCY  X  [ 3.0 ] passes  =  [ 17.214 ] LCY
         loader bucket      no. loader

Loading Time/Truck =  [ 0.55 ] min  X  [ 3.0 ] passes  =  [ 1.7 ] min
        loader cycle time (from    no. loader

Truck Cycle Time =  [ 7.5 ] min  +  [ 6 ] min  +  [ 1.7 ] min  +  [ 1.5 ] min
        haul  time      return      loading      dump and

   =  [ 16.65 ] min

No. Trucks Required =  [ 16.65 ] min  ÷  [ 1.65 ] min  =  [ 11 ] trucks
        truck cycle time     total loading

Production Rate =  [ 17.2 ] LCY  X  [ 6 ] ÷  [ 16.65 ] min  =  [ 6.2 ] LCY/min
        net truck     no. trucks   truck cycle time

Hourly Production =  [ 6.2 ] LCY/min  X  [ 60 ] min/hr  X  [ 0.8 ]
        production              efficiency

   =  [ 297.8 ] LCY/hr

Hours Required =  [ 9399 ] LCY  ÷  [ 297.8 ] LCY/hr  =  [ 32 ] hr
        volume to be       hourly

* Use the average of the struck and heaped capacities.

Data Source(s):

    Caterpillar Handbook 48

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 9
PRODUCTIVITY AND HOURS REQUIRED FOR TRUCK USE

<u>Earthmoving Activity:</u>

Gravel and road base will be hauled to county roadway maintenance stockpile site in the area to be used on county projects. A two truck fleet will work in conjunction with the FEL to haul material 5 miles one way to stockpile sites. Long Ridge Access Road

<u>Characterization of Truck Use (type, size, etc.):</u>

On-highway rear dump trucks 8 x 4 450hp, 85,000 lb capacity (15-18 CY struck load)

<u>Description of Truck Use (origin, destination, grade, haul distance, capacity, etc.):</u>

Truck fleet to work in conjunction with the CAT 966M Loader.  Average haul distance of 5 miles one way. Trip time loaded based on average speed of 40mph. Return trip empty based on average speed of 50mph. Capacity determined using two FEL bucket loads. Dump time will include the need to backup during the dump cycle.

<u>Productivity Calculations:</u>



No. Loader Passes/Truck = [ 18 ] LCY ÷ [ 5.7 ] LCY = [ 3.0 ] passes
    truck      loader bucket      (round down to nearest

Net Truck Capacity = [ 5.7 ] LCY X [ 3.0 ] passes = [ 17.214 ] LCY
    loader bucket      no. loader

Loading Time/Truck = [ 0.55 ] min X [ 3.0 ] passes = [ 1.7 ] min
    loader cycle time (from      no. loader

Truck Cycle Time = [ 7.5 ] min + [ 6 ] min + [ 1.7 ] min + [ 1.5 ] min
    haul  time      return      loading      dump and

= [ 16.65 ] min

No. Trucks Required = [ 16.65 ] min ÷ [ 1.65 ] min = [ 11 ] trucks
    truck cycle time      total loading

Production Rate = [ 17.2 ] LCY X [ 6 ] ÷ [ 16.65 ] min = [ 6.2 ] LCY/min
    net truck      no. trucks      truck cycle time

Hourly Production = [ 6.2 ] LCY/min X [ 60 ] min/hr X [ 0.8 ] 
    production      efficiency

= [ 297.8 ] LCY/hr

Hours Required = [ 0 ] LCY ÷ [ 297.8 ] LCY/hr = [ 0 ] hr
    volume to be      hourly

* Use the average of the <u>struck</u> and <u>heaped</u> capacities.

<u>Data Source(s):</u>
    Caterpillar Handbook 48

2

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 10
PRODUCTIVITY FOR HYDRAULIC EXCAVATOR USE (BACKHOE OR POWER SHOVEL)

<u>Earthmoving Activities:</u>

Closure of roadside ditches using an excavator to pull in ditch berms.

<u>Characterization of the Excavator Used (type, size, etc.):</u>

CAT 325 D with a 2CY bucket

<u>Description of Excavator Used (loading geometry, materials, etc.):</u>

Pull material from outer bank of ditch berm back into ditch. Non-compacted material. Very little turning of the machine. Excellent conditions, shallow digging, < 30° swings

<u>Productivity Calculations:</u>

Net Bucket Capacity =   2.09  LCY   X   0.95  =   2.0  LCY
                        heaped bucket      bucket fill

Hourly Production =   2.0  LCY   X   60  min/hr   ÷   0.22  min   X
                      net bucket                          cycle

                      0.36  =   193.9  LCY/hr
                      efficiency

Hours Required =   ____  LCY   ÷   193.9  LCY/hr   =   0.0  hr
                   volume to be       net hourly

\* See loader section of the equipment manual.

\*\* See excavator section of equipment manual.

<u>Data Source(s):</u>   Caterpillar Performance Handbook 48 - June 2018 page 7-254
                        Efficiency Factor assumes 50 minutes work time per hour per CAT Job Efficiency Estimator
                        no other downtime for the <30° swing portion of the movement

                        Efficiency Factor Calculation:
                        Operator Availability              0.75   75%
                        Machine Availability               0.95   95%
                        Operator Skill Availability        0.75   75%
                        General operational Efficiency     0.67   67%

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 10
PRODUCTIVITY FOR HYDRAULIC EXCAVATOR USE (BACKHOE OR POWER SHOVEL)

<u>Earthmoving Activities:</u>

Trenching - digging roadway material over culverts that were installed during drainage up grades.

<u>Characterization of the Excavator Used (type, size, etc.):</u>

CAT 325 D with a 2CY bucket

<u>Description of Excavator Used (loading geometry, materials, etc.):</u>

Trench road material over culverts , medium to hard digging,  swing angle 45° to 90°.  hourly efficiency reduced due to trenching cycle (selective digging).

<u>Productivity Calculations:</u>

Net Bucket Capacity =   [ 2.09 ] LCY   X   [ 0.95 ] LCY   =   [ 2.0 ] LCY
                        heaped bucket        bucket fill

Hourly Production =   [ 2.0 ] LCY   X   [ 60 ] min/hr   ÷   [ 0.33 ] min   X
                      net bucket                                  cycle

                      [ 0.36 ]   =   [ 129.2 ] LCY/hr
                      efficiency

Hours Required =   [       ] LCY   ÷   [ 129.2 ] LCY/hr   =   [ 0.0 ] hr
                   volume to be            net hourly

\* See loader section of the equipment manual.

\*\* See excavator section of equipment manual.

<u>Data Source(s):</u>    Caterpillar Performance Handbook 48 - June 2018 page 7-254
                Efficiency Factor assumes 50 minutes work time per hour per CAT Job Efficiency Estimator
                no other downtime for the 45°  to 90° swing portion of the movement

                Efficiency Factor Calculation:
                Operator Availability              0.75   75%
                Machine Availability               0.95   95%
                Operator Skill Availability        0.75   75%
                General operational Efficiency     0.67   67%

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

ROAD DITCHES AND CULVERT UNCOVERING

| Excavator Only Work | | Year 1 Projection | | | |
|---|---|---|---|---|---|
| Case | Property | Description | Bond Volume LCY | Productivity LCY/hr | Required Hours |
| **Access Roads** | | | | | |
| Access Road Segment A | BLM ROW | Ditch | 4,544.48 | 193.9 | 23.44 |
| | | Culvert | 173.34 | 129.2 | 1.34 |
| Access Road Segment A | STATE ROW | Ditch | 1,699.04 | 193.9 | 8.76 |
| | | Culvert | 57.78 | 129.2 | 0.45 |
| Access Road Segment B | BLM ROW | Ditch | 861.70 | 193.9 | 4.44 |
| | | Culvert | 28.89 | 129.2 | 0.22 |
| Access Road Segment B | STATE ROW | Ditch | 447.74 | 193.9 | 2.31 |
| | | Culvert | 28.89 | 129.2 | 0.22 |
| Access Road Segment C1 | BLM ROW | Ditch | 2,821.63 | 193.9 | 14.55 |
| | | Culvert | 115.56 | 129.2 | 0.89 |
| Access Road Segment C2 | BLM ROW | Ditch | 1,740.29 | 193.9 | 8.98 |
| | | Culvert | 57.78 | 129.2 | 0.45 |
| Access Road Segment D1 | BLM ROW | Ditch | 844.80 | 193.9 | 4.36 |
| | | Culvert | 28.89 | 129.2 | 0.22 |
| Access Road Segment D2 | BLM ROW | Ditch | - | 193.9 | - |
| | | Culvert | - | 129.2 | - |
| Access Road Segment E | BLM ROW | Ditch | - | 193.9 | - |
| | | Culvert | - | 129.2 | - |
| Access Road Segment F | BLM ROW | Ditch | - | 193.9 | - |
| | | Culvert | - | 129.2 | - |
| Access Road Segment G | BLM ROW | Ditch | - | 193.9 | - |
| | | Culvert | 115.56 | 129.2 | 0.89 |
| Playa Access Spur 1 | BLM ROW | Ditch | 474.24 | 193.9 | 2.45 |
| | | Culvert | 28.89 | 129.2 | 0.22 |
| Playa Access Spur 2 | BLM ROW | Ditch | 61.76 | 193.9 | 0.32 |
| | | Culvert | - | 129.2 | - |
| Playa Access Spur 5 | BLM ROW | Ditch | 151.52 | 193.9 | 0.78 |
| | | Culvert | - | 129.2 | - |
| Playa Access Spur 6 | BLM ROW | Ditch | 616.00 | 193.9 | 3.18 |
| | | Culvert | - | 129.2 | - |
| **Well Roads** | | | | | |
| Water Supply Well Access Road 1 | BLM ROW | Ditch | 616.00 | 193.9 | 3.18 |
| | | Culvert | 28.89 | 129.2 | 0.22 |
| Water Supply Well Access Road 1 | STATE ROW | Ditch | 300.16 | 193.9 | 1.55 |
| | | Culvert | - | 129.2 | - |
| Water Supply Well Access Road 2 | BLM ROW | Ditch | 641.76 | 193.9 | 3.31 |
| | | Culvert | 28.89 | 129.2 | 0.22 |
| Water Monitoring Well Access Road | BLM ROW | Ditch | 6,318.72 | 193.9 | 32.59 |
| | | Culvert | 231.13 | 129.2 | 1.79 |
| **Other Access Roads** | | | | | |
| Long Ridge Access Road | BLM ROW | Ditch | 2,577 | 193.9 | 13.29 |
| | | Culvert | 115.56 | 129.2 | 0.89 |
| Long Ridge Access Road | STATE ROW | Ditch | 1,211 | 193.9 | 6.25 |
| | | Culvert | 57.78 | 129.2 | 0.45 |

| Excavator Only Work | | Year 1 Projection | | | |
|---|---|---|---|---|---|
| Case | Property | Description | Bond Volume LCY | Productivity LCY/hr | Required Hours |
| Production Pond Culverts | | | | | |
| 12-inch Precast Concrete Culverts | BLM | Culvert | 28.89 | 129.2 | 0.22 |
| 12-inch Precast Concrete Culverts | BLM | Culvert | 57.78 | 129.2 | 0.45 |
| 16-inch Precast Concrete Culverts | STATE ROW | Culvert | 52.97 | 129.2 | 0.41 |
| 16-inch Precast Concrete Culverts | STATE ROW | Culvert | 96.30 | 129.2 | 0.75 |
| 26-inch Precast Concrete Culverts | STATE ROW | Culvert | 150.00 | 129.2 | 1.16 |
| | | | | | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| On-Highway  Rear Dump Truck | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Case | Property | Volume Moved LCY | Net Capacity LCY | Load Time (Min) | Trk Cycle Time (min) | No. of Trucks | Efficiency Factor | Productivity LCY/hr | HRS |
| **Access Roads** | | | | | | | | | |
| Access Road Segment A | BLM ROW | 6,137 | 17.214 | 1.7 | 16.65 | 6 | 0.8 | 297.8 | 20.61 |
| Access Road Segment A | STATE ROW | 2,294 | 17.214 | 1.7 | 16.65 | 6 | 0.8 | 297.8 | 7.70 |
| Access Road Segment B | BLM ROW | 4,488 | 17.214 | 1.7 | 16.65 | 6 | 0.8 | 297.8 | 15.07 |
| Access Road Segment B | STATE ROW | 4,060 | 17.214 | 1.7 | 16.65 | 6 | 0.8 | 297.8 | 13.63 |
| Access Road Segment C1 | BLM ROW | 36,470 | 17.214 | 1.7 | 16.65 | 6 | 0.8 | 297.8 | 122.46 |
| Access Road Segment C2 | BLM ROW | 29,208 | 17.214 | 1.7 | 16.65 | 6 | 0.8 | 297.8 | 98.08 |
| Access Road Segment D1 | BLM ROW | 17,438 | 17.214 | 1.7 | 16.65 | 6 | 0.8 | 297.8 | 58.56 |
| Access Road Segment D2 | BLM ROW | - | 17.214 | 1.7 | 16.65 | 6 | 0.8 | 297.8 | - |
| Access Road Segment E | BLM ROW | - | 17.214 | 1.7 | 16.65 | 8 | 0.8 | 397.1 | - |
| Access Road Segment F | BLM ROW | - | 17.214 | 1.7 | 16.65 | 6 | 0.8 | 297.8 | - |
| Access Road Segment G | BLM ROW | - | 17.214 | 1.7 | 16.65 | 6 | 0.8 | 397.1 | - |
| Playa Access Spur 1 | BLM ROW | 640 | 17.214 | 1.7 | 16.65 | 6 | 0.8 | 297.8 | 2.15 |
| Playa Access Spur 2 | BLM ROW | 83 | 17.214 | 1.7 | 16.65 | 6 | 0.8 | 297.8 | 0.28 |
| Playa Access Spur 5 | BLM ROW | 15 | 17.214 | 1.7 | 16.65 | 6 | 0.8 | 297.8 | 0.05 |
| Playa Access Spur 6 | BLM ROW | 205 | 17.214 | 1.7 | 16.65 | 6 | 0.8 | 297.8 | 0.69 |
| **Well Roads** | | | | | | | | | |
| Water Supply Well Access Road 1 | BLM ROW | 832 | 17.214 | 1.7 | 16.65 | 6 | 0.8 | 297.8 | 2.79 |
| Water Supply Well Access Road 1 | STATE ROW | 405 | 17.214 | 1.7 | 16.65 | 6 | 0.8 | 297.8 | 1.36 |
| Water Supply Well Access Road 2 | BLM ROW | 867 | 17.214 | 1.7 | 16.65 | 6 | 0.8 | 297.8 | 2.91 |
| Water Monitoring Well Access Road | BLM ROW | 8,532 | 17.214 | 1.7 | 16.65 | 6 | 0.8 | 297.8 | 28.65 |
| **Additional Access Roads** | | | | | | | | | |
| Long Ridge Access Road | BLM ROW | 4,175 | 17.214 | 1.7 | 16.65 | 6 | 0.8 | 297.8 | 14.02 |
| Long Ridge Access Road | STATE ROW | 1,962 | 17.214 | 1.7 | 16.65 | 6 | 0.8 | 297.8 | 6.59 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

CAT 966K 4-Wd Articulated Wheel Loader

| Case | Property | Volume Moved LCY | Base Cycle (min) | Net Bucket LCY | Efficiency Factor | Productivity LCY/hr | Operating HRS | Standby HRS | Percent Operating | Percent Standby |
|---|---|---|---|---|---|---|---|---|---|---|
| **Access Roads** | | | | | | | | | | |
| Access Road Segment A | BLM ROW | 6,137 | 0.55 | 5.7 | 0.83 | 519.5 | 11.81 | 8.80 | 0.57 | 0.43 |
| Access Road Segment A | STATE ROW | 2,294 | 0.55 | 5.7 | 0.83 | 519.5 | 4.42 | 3.29 | 0.57 | 0.43 |
| Access Road Segment B | BLM ROW | 4,488 | 0.55 | 5.7 | 0.83 | 519.5 | 8.64 | 6.43 | 0.57 | 0.43 |
| Access Road Segment B | STATE ROW | 4,060 | 0.55 | 5.7 | 0.83 | 519.5 | 7.81 | 5.82 | 0.57 | 0.43 |
| Access Road Segment C1 | BLM ROW | 36,470 | 0.55 | 5.7 | 0.83 | 519.5 | 70.19 | 52.27 | 0.57 | 0.43 |
| Access Road Segment C2 | BLM ROW | 29,208 | 0.55 | 5.7 | 0.83 | 519.5 | 56.22 | 41.86 | 0.57 | 0.43 |
| Access Road Segment D1 | BLM ROW | 17,438 | 0.55 | 5.7 | 0.83 | 519.5 | 33.56 | 24.99 | 0.57 | 0.43 |
| Access Road Segment D2 | BLM ROW | - | 0.55 | 5.7 | 0.83 | 519.5 | - | - | - | - |
| Access Road Segment E | BLM ROW | - | 0.55 | 5.7 | 0.83 | 519.5 | - | - | - | - |
| Access Road Segment F | BLM ROW | - | 0.55 | 5.7 | 0.83 | 519.5 | - | - | - | - |
| Access Road Segment G | BLM ROW | - | 0.55 | 5.7 | 0.83 | 519.5 | - | - | - | - |
| Playa Access Spur 1 | BLM ROW | 640 | 0.55 | 5.7 | 0.83 | 519.5 | 1.23 | 0.92 | 0.57 | 0.43 |
| Playa Access Spur 2 | BLM ROW | 83 | 0.55 | 5.7 | 0.83 | 519.5 | 0.16 | 0.12 | 0.57 | 0.43 |
| Playa Access Spur 5 | BLM ROW | 15 | 0.55 | 5.7 | 0.83 | 519.5 | 0.03 | 0.02 | 0.57 | 0.43 |
| Playa Access Spur 6 | BLM ROW | 205 | 0.55 | 5.7 | 0.83 | 519.5 | 0.39 | 0.29 | 0.57 | 0.43 |
| **Well Roads** | | | | | | | | | | |
| Water Supply Well Access Road 1 | BLM ROW | 832 | 0.55 | 5.7 | 0.83 | 519.5 | 1.60 | 1.19 | 0.57 | 0.43 |
| Water Supply Well Access Road 1 | STATE ROW | 405 | 0.55 | 5.7 | 0.83 | 519.5 | 0.78 | 0.58 | 0.57 | 0.43 |
| Water Supply Well Access Road 2 | BLM ROW | 867 | 0.55 | 5.7 | 0.83 | 519.5 | 1.67 | 1.24 | 0.57 | 0.43 |
| Water Monitoring Well Access Road | STATE ROW | 8,532 | 0.55 | 5.7 | 0.83 | 519.5 | 16.42 | 12.23 | 0.57 | 0.43 |
| **Additional Access Roads** | | | | | | | | | | |
| Long Ridge Access Road | BLM ROW | 4,175 | 0.55 | 5.738 | 0.83 | 519.5 | 8.04 | 5.98 | 0.57 | 0.43 |
| Long Ridge Access Road | STATE ROW | 1,962 | 0.55 | 5.738 | 0.83 | 519.5 | 3.78 | 2.81 | 0.57 | 0.43 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Access Road Closure Hours | | | | | | |
|---|---|---|---|---|---|---|
| CAT 12G Motor Grader Reclamation Productivity | | | | | | |
| Case | Property | Impacted Acres | Efficiency Factor | Scarifying (acres/hr) | Heavy Grading (acres/hr) | HR |
| **Access Roads** | | | | | | |
| Access Road Segment A | BLM ROW | 3.26 | 0.85 | 1.5 | 4.3 | 2.92 |
| Access Road Segment A | STATE ROW | 1.22 | 0.85 | 1.5 | 4.3 | 1.09 |
| Access Road Segment B | BLM ROW | 0.62 | 0.85 | 1.5 | 4.3 | 0.55 |
| Access Road Segment B | STATE ROW | 0.32 | 0.85 | 1.5 | 4.3 | 0.29 |
| Access Road Segment C1 | BLM ROW | 2.02 | 0.85 | 1.5 | 4.3 | 1.81 |
| Access Road Segment C2 | BLM ROW | 1.25 | 0.85 | 1.5 | 4.3 | 1.12 |
| Access Road Segment D1 | BLM ROW | 0.61 | 0.85 | 1.5 | 4.3 | 0.54 |
| Access Road Segment D2 | BLM ROW | 0.00 | 0.85 | 1.5 | 4.3 | 0.00 |
| Access Road Segment E | BLM ROW | 0.00 | 0.85 | 1.5 | 4.3 | 0.00 |
| Access Road Segment F | BLM ROW | 0.00 | 0.85 | 1.5 | 4.3 | 0.00 |
| Access Road Segment G | BLM ROW | 0.00 | 0.85 | 1.5 | 4.3 | 0.00 |
| Playa Access Spur 1 | BLM ROW | 0.34 | 0.85 | 1.5 | 4.3 | 0.30 |
| Playa Access Spur 2 | BLM ROW | 0.04 | 0.85 | 1.5 | 4.3 | 0.04 |
| Playa Access Spur 5 | BLM ROW | 0.01 | 0.85 | 1.5 | 4.3 | 0.01 |
| Playa Access Spur 6 | BLM ROW | 0.11 | 0.85 | 1.5 | 4.3 | 0.10 |
| **Well Roads** | | | | | | |
| Water Supply Well Access Road 1 | BLM ROW | 0.44 | 0.80 | 1.4 | 4.0 | 0.42 |
| Water Supply Well Access Road 1 | STATE ROW | 0.22 | 0.80 | 1.4 | 4.0 | 0.20 |
| Water Supply Well Access Road 2 | BLM ROW | 0.46 | 0.80 | 1.5 | 4.0 | 0.42 |
| Water Monitoring Well Access Road | STATE ROW | 4.53 | 0.80 | 1.5 | 4.0 | 4.12 |
| **Additional Access Roads** | | | | | | |
| Long Ridge Access Road | BLM ROW | 2.22 | 0.85 | 1.5 | 4.3 | 1.99 |
| Long Ridge Access Road | STATE ROW | 1.04 | 0.85 | 1.5 | 4.3 | 0.93 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Diversion Berm Canal Hours**
ANNUALIZED MOVEMENT PER HOUR

WORKSHEET 10
PRODUCTIVITY FOR HYDRAULIC EXCAVATOR USE (BACKHOE OR POWER SHOVEL)
DIVERSION BERM REMOVAL_BACKFILL CANAL

Earthmoving Activities:

> Diversion berm reclamation Excavating berm material using 120° to 180° swings. Assumes on 12 hour shift per day. Equipment availability during operating hours is 95% (dig hour/Op hour), Op hour per shift utilization 75% (9 out of 12 hours is available on average to dig).

Characterization of the Excavator Used (type, size, etc.):

> CAT 349 Hydraulic Excavator with long reach using a 4 CY bucket

Description of Excavator Used (loading geometry, materials, etc.):

> General - earth moving cycle has the material to be moved completed with load dump swings at 90°-120° swing, with the remaining material movement at >120° swing. This cycle movement assumes dozer assistance to move excavated material to FEL/truck loading stockpile. Reduced efficiency factor to more closely match dozer push rate.

Productivity Calculations:



Net Bucket Capacity =  4.4  LCY  X  1  =  4.4  LCY
                    heaped bucket      bucket fill

Hourly Production =  4.4  LCY  X  60  min/hr  ÷  0.267  min  X
                    net bucket                        cycle

  0.36  =  354.0  LCY/hr
efficiency factor

Hours Required =  _____  LCY  ÷  354.0  LCY/hr  =  0.0  hr
              volume to be handled      net hourly

\* See loader section of the equipment manual.

\*\* See excavator section of equipment manual.

Data Source(s):    Caterpillar Performance Handbook 48 - June 2018 page 7-254
                   Efficiency Factor assumes 50 minutes work time per hour per CAT Job Efficiency Estimator
                   no other downtime for a <45° swing portion of the equipment movement

Productivity Calculations:



Net Bucket Capacity =  4.4  LCY  X  0.95  =  4.2  LCY
                    heaped bucket      bucket fill

Hourly Production =  4.2  LCY  X  60  min/hr  ÷  0.42  min  X
                    net bucket                        cycle

  0.36  =  213.8  LCY/hr
efficiency factor

Hours Required =  _____  LCY  ÷  213.8  LCY/hr  =  0.0  hr
              volume to be handled      net hourly

Data Source(s):    Caterpillar Performance Handbook 48 - June 2018 page 7-254
                   Efficiency Factor assumes 50 minutes work time per hour per CAT Job Efficiency Estimator
                   no other downtime for the 90° to 120° swing portion of the movement

Productivity Calculations:



Net Bucket Capacity =  4.4  LCY  X  0.95  =  4.2  LCY
                    heaped bucket      bucket fill

Hourly Production =  4.2  LCY  X  60  min/hr  ÷  0.49  min  X
                    net bucket                        cycle

  0.36  =  183.3  LCY/hr
efficiency factor

Hours Required =  _____  LCY  ÷  183.3  LCY/hr  =  0.0  hr
              volume to be handled      net hourly

Data Source(s):    Caterpillar Performance Handbook 48 - June 2018 page 7-254
                   Efficiency Factor assumes 50 minutes work time per hour per CAT Job Efficiency Estimator
                   no other downtime for the >120° swing portion of the movement
                   Efficiency Factor Calculation:

| | | |
|---|---|---|
| Operator Availability | 0.75 | 75% |
| Machine Availability | 0.95 | 95% |
| Operator Skill Availability | 0.75 | 75% |
| General operational Efficiency | 0.67 | 67% |
| Calculated Efficiency Factor | 0.36 | 36% |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Diversion Berm Canal Hours**
WORKSHEET 5
PRODUCTIVITY AND HOURS REQUIRED FOR DOZER USE
BASE PRODUCTIVITY FPR D8T LGP -200 FT PUSH

Earthmoving Activity:

> Dozer assist excavator material movement to reduce multiple excavator rehandle. Dozer spreads out excavated material in most cases. Some berm profiles require cutting berm material and pushing material toward berm toe. Some material will be piled near end of push to be placed by excavator at the very toe of the reclaimed profile.

Characterization of Dozer Used (type, size, etc.):

> CAT D8T LGP with semi-universal blade

Description of Dozer Use (origin, destination, grade, haul distance, material, etc.):

> Pushing either bank material from original berm with adjacent excavator placed material or to move LCY excavator piled material into place along reclaimed berm profile. Push distances based on pre-con berm reclaimed cross-section will require an average push distance of 200 ft. Productivity is based on a loose pile with a 200ft push. . Material factor of 1.0 (average of 1.2 loose and 0.8 hard or sticky material).

Productivity Calculations:



Data Source(s):

> Caterpillar Performance Handbook 48



2

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 8
PRODUCTIVITY AND HOURS REQUIRED FOR LOADER USE

<u>Earthmoving Activity:</u>

> Front end loader will be used to load excavated diversion berm material pushed to a stockpile on original ground. The loader will load the material into trucks to be hauled to the excavated portion of the diversion canal approximately 1,200 ft average haul distance.  Truck fleet will be designed to meet the loader productivity.

<u>Characterization of Loader Use (type, size, etc.):</u>

> CAT 966 K with 5.5CY bucket

<u>Description of Loader Use (origin, destination, grade, haul distance, etc.):</u>

> The FEL will work from the wind row material along the access road with little or no tram distance. The FEL will load from the pile making a 90° to 120° turn to load the trucks that will position along the wind row.

<u>Productivity Calculations:</u>



Cycle Time =   [          ] min   +   [          ] min   +   [ 0.55 ] min   =   [ 0.55 ] min
                  haul time           return time          basic cycle time

Net Bucket Capacity =   [ 6.0 ] LCY   X   [ 0.95 ] =   [ 5.738 ] LCY
                         heaped bucket      bucket fill

Hourly Production =   [ 5.7 ] LCY   ÷   [ 0.55 ] min   X   [ 0.83 ] X   [ 60 ] min/hr
                       net bucket          cycle time          efficiency

=   [ 519.5 ] LCY/hr

Hours Required =   [ 373 ] LCY   ÷   [ 519.5 ] LCY/hr   =   [ 1 ] hr
                    volume to be          hourly

* See loader section of equipment manual.

<u>Data Source(s):</u>

> Caterpillar Handbook 48

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 9
PRODUCTIVITY AND HOURS REQUIRED FOR TRUCK USE

Earthmoving Activity:

> Hauling loaded berm material from the diversion berm to the open diversion canal. The truck fleet will work in conjunction with a front-end loader to distribute material adjacent to the open canal for placement byan excavator into the canal. The short haul distance is projected to average 1,200 ft one way.

Characterization of Truck Use (type, size, etc.):

> CAT 735 Articulated rear dump trucks with heaped capacity of 26.8 CY and struck capacity of 19.6 CY.

Description of Truck Use (origin, destination, grade, haul distance, capacity, etc.):

> Truck fleet sized to work in conjunction with the CAT 966M Loader.  Average haul distance of 1,200 ft. Trip time loaded based on 500ft acceleration/deceleration zones reaching peak speed of 25mph. Return trip empty based on 300ft acceleration/deceleration zones reaching peak speed of 25mph. Capacity determined using the average of the heaped and struck capacity. Dump time minimized by limited distance to backup during the dump cycle.

Productivity Calculations:



No. Loader Passes/Truck = [ 23.2 ] LCY ÷ [ 6.0 ] LCY = [ 3.0 ] passes
truck      loader bucket      (round down to nearest

Net Truck Capacity = [ 6.0 ] LCY X [ 3.0 ] passes = [ 18.12 ] LCY
loader bucket     no. loader

Loading Time/Truck = [ 0.55 ] min X [ 3.0 ] passes = [ 1.7 ] min
loader cycle time (from     no. loader

Truck Cycle Time = [ 0.99 ] min + [ 0.8 ] min + [ 1.7 ] min + [ 1.3 ] min
haul      return      loading      dump and

= [ 4.76 ] min

No. Trucks Required = [ 4.76 ] min ÷ [ 1.7 ] min = [ 3 ] trucks
truck cycle time     total loading

Production Rate = [ 18.1 ] LCY X [ 3 ] ÷ [ 4.76 ] min = [ 11.4 ] LCY/min
net truck     no. trucks     truck cycle time

Hourly Production = [ 11.4 ] LCY/min X [ 60 ] min/hr X [ 0.8 ]
production      efficiency

= [ 548.2 ] LCY/hr

Hours Required = [      ] LCY ÷ [ 548.2 ] LCY/hr = [ 0 ] hr
volume to be     hourly

\* Use the average of the struck and heaped capacities.

Data Source(s):

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| CAT 735 Articulated Rear Dump Truck | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Case | Net Capacity | Load Time (Min) | Trk Cycle Time (min) | Req Trucks | Pro Rate LCY/min | Efficiency Factor | Productivity LCY/hr | Fleet |
| Berm Material Haul to Canal | 18.12 | 1.7 | 4.76 | 3 | 11.4 | 0.8 | 548.2 | H |
| Stockpile Material Haul to Canal | 18.12 | 1.7 | 4.76 | 3 | 11.4 | 0.8 | 548.2 | H |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Diversion Berm Canal Hours

| CAT 966K 4-Wd Articulated Wheel Loader | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Case | Property | Volume Moved  LCY | Base Cycle (min) | Net Bucket  LCY | Efficiency Factor | Productivity LCY/hr | Operating HRS | Standby HRS | Fleet |
| Berm Material Haul to Canal | BLM | 373 | 0.55 | 5.7 | 0.83 | 519.5 | 0.72 | | H |
| Stockpile Material Haul to Canal | BLM | 6,451 | 0.55 | 5.7 | 0.83 | 519.5 | 12.42 | | H |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



**ESTIMATED DOZING PRODUCTION ● Semi-Universal Blades ● D7E through D11T**

KEY
A — D11T
B — D10T2
C — D9T
D — D8T
E — D7E

NOTE: This chart is based on numerous field studies made under varying job conditions. Refer to correction factors following these charts.

Normal Productivity for CAT D8T LGP Curve D

| Distance (ft) | LCY/hr |
|---|---|
| 50 | 1050 |
| 75 | 850 |
| 85 | 780 |
| 100 | 680 |
| 120 | 600 |
| 130 | 560 |
| 140 | 510 |
| 150 | 500 |
| 170 | 480 |
| 200 | 400 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| CAT 349 Diversion Berm_Backfill Canal Reclamation Productivity | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case | Bucket Capacity | Efficiency Factor | Productivity LCY/hr | | | Percent Movement | Average LCY/hr |
| | | | <45° | 90° to 120° | >120° | | |
| Diversion Berm Removal | 4.4 | 0.36 | | | | 0 | 191 |
| | 4.2 | 0.36 | | 213.8 | | 0.25 | |
| | 4.2 | 0.36 | | | 183.3 | 0.75 | |
| Canal Backfilling | 4.4 | 0.36 | | | | 0 | 205 |
| | 4.2 | 0.36 | | 213.8 | | 0.7 | |
| | 4.2 | 0.36 | | | 183.3 | 0.3 | |

| CAT D8T LGP Reclamation Productivity | | | |
|---|---|---|---|
| Case | Push Dist (ft) | Operating Adj Factor | Productivity LCY/hr |
| Diversion Berm Rehandle | 200 | 1.08 | 432 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Diversion Berm Canal Hours

| DIVERSION BERM REMOVAL_BACKFILL CANAL | | | | | |
|---|---|---|---|---|---|
| Excavator Only Work | | | | | |
| Case | Property | Bond Volume LCY | Productivity LCY/hr | Required Hours | Fleet |
| Berm Removal | BLM | 373 | 191 | 1.96 | H |
| Backfill Canal | BLM | 373 | 205 | 1.82 | H |
| Canal stockpile | BLM | 34,354 | 205 | 167.88 | H |
| | | | | | |
| Dozer Push Excavator material to FEL Stockpile - Rehandle | | | | | |
| Case | Property | Bond Volume LCY | Productivity LCY/hr | Required Hours | |
| | | | | | |
| Excavated Berm Material Push | BLM | 373 | 432 | 0.86 | H |
| Canal Stockpile | BLM | 8,000 | 432 | 18.52 | H |

2

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Perimeter Road Closure Hours**
WORKSHEET 12
PRODUCTIVITY AND HOURS REQUIRED FOR MOTORGRADER USE
PERIMETER ROAD GRAVEL REMOVAL

<u>Earthmoving Activity:</u>

Grader will scarify gravel placed roadway length, blade material into collection wind rows to be loaded into trucks and hauled. Road segments with at least one acre of disturbance.

<u>Characterization of Grader Used (type, size capacity, etc.):</u>

CAT 12G 135hp with 12ft blade length.

<u>Description of Grader Route (push distance, grade, effective blade width, operating speed, etc.):</u>

Push distance will vary based on the lengths of each access road. grade will be level to gently rolling. The effective blade with is 10.4 ft ay a 30° angle. Average operating speed  will be 2mph during scarification and 4mph during heavy blading. The job efficiency is projected at 85%.

<u>Productivity Calculations:</u>



### Grading

Hourly Production =  [ 4 ] mi/hr   x   [ 10.4 ] ft   x   [ 5280 ] ft/mi   x   [ 1 ] ac
 average            effective blade

÷ [ 43560 ] ft²   x   [ 0.85 ] = [ 4.3 ] ac/hr
                      efficiency

Hours Required =  [        ] ac   ÷   [ 4.3 ] ac/hr   =   [ 0.0 ] hr
 area to be                           hourly

### Scarification

Hourly Production =  [ 2 ] mi/hr   x   [ 7.33 ] ft   x   [ 5280 ] ft/mi   x   [ 1 ] ac
 average            scarifier

÷ [ 43560 ] ft²   x   [ 0.85 ] = [ 1.5 ] ac/hr
                      efficiency

Hours Required =  [        ] ac   ÷   [ 1.5 ] ac/hr   =   [ 0.0 ] hr
 area to be                           hourly

### Total Hours Required

Total Hours =  [        ]   +   [        ]   =   [ 0.0 ] hr
 grading hours    scarification

<u>Data Source(s):</u>

Caterpillar Handbooks 38 & 48

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Perimeter Road Closure Hours**
WORKSHEET 12
PRODUCTIVITY AND HOURS REQUIRED FOR MOTORGRADER USE
PERIMETER ROAD GRAVEL REMOVAL

Earthmoving Activity:

> Grader will scarify gravel placed roadway length, blade material into collection wind rows to be loaded into trucks and hauled. Road segments with less than one acre of disturbance.

Characterization of Grader Used (type, size capacity, etc.):

> CAT 12G 135hp with 12ft blade length.

Description of Grader Route (push distance, grade, effective blade width, operating speed, etc.):

> Push distance will vary based on the lengths of each access road. grade will be level to gently rolling. The effective blade with is 10.4 ft a y a 30° angle. Average operating speed  will be 2mph during scarification and 4mph during heavy blading. The job efficiency is projected at 80%.

Productivity Calculations:



*Grading*

Hourly Production =   [ 4 ] mi/hr   X   [ 10.4 ] ft   X   [ 5280 ] ft/mi   X   [ 1 ] ac
average                        effective blade

÷ [ 43560 ] ft² X [ 0.80 ] = [ 4.0 ] ac/hr
efficiency

Hours Required =   [ 0.00 ] ac   ÷   [ 4.0 ] ac/hr   =   [ 0.0 ] hr
area to be              hourly

*Scarification*

Hourly Production =   [ 2 ] mi/hr   X   [ 7.33 ] ft   X   [ 5280 ] ft/mi   X   [ 1 ] ac
average                        scarifier

÷ [ 43560 ] ft² X [ 0.80 ] = [ 1.4 ] ac/hr
efficiency

Hours Required =   [ 0.00 ] ac   ÷   [ 1.4 ] ac/hr   =   [ 0.0 ] hr
area to be              hourly

*Total Hours Required*

Total Hours =   [ 0.0 ]   +   [ 0.0 ]   =   [ 0.0 ] hr
grading hours      scarification

Data Source(s):

> Caterpillar Handbooks 38 & 48

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M027/0125

Perimeter Road Closure Hours
WORKSHEET 12
PRODUCTIVITY AND HOURS REQUIRED FOR MOTORGRADER USE
PERIMETER ROAD TOPSOIL FINISH GRADING

<u>Earthmoving Activity:</u>

Grader will finish grade material placed roadway length when topsoil is collected and stockpiled. Where no topsoil has been collected compacted native soils will be scarified over the compacted road surface.

<u>Characterization of Grader Used (type, size capacity, etc.):</u>

CAT 12G 135hp with 12ft blade length.

<u>Description of Grader Route (push distance, grade, effective blade width, operating speed, etc.):</u>

WHere topsoil is replaced the push distance will be based on the the stockpile placement along the perimeter road. grade will be level to gently rolling. The effective blade with is 10.4 ft a a 30° angle. Average operating speed  will be 2mph during finish grading. The job efficiency is projected at 85%. Where native soils are compacted a 7.33ft wide scarifier will be used to loosen compacted native soils over the width of the road surface.

<u>Productivity Calculations:</u>



### Grading

Hourly Production = [ 2 ] mi/hr  x  [ 10.4 ] ft  x  [ 5280 ] ft/mi  x  [ 1 ] ac
                     average          effective blade

÷ [ 43560 ] ft²  x  [ 0.85 ] = [ 2.1 ] ac/hr
                     efficiency

Hours Required = [ 0.00 ] ac  ÷  [ 2.1 ] ac/hr  =  [ 0.0 ] hr
                  area to be        hourly

### Scarification

Hourly Production = [ 2 ] mi/hr  x  [ 7.33 ] ft  x  [ 5280 ] ft/mi  x  [ 1 ] ac
                     average          scarifier

÷ [ 43560 ] ft²  x  [ 0.85 ] = [ 1.5 ] ac/hr
                     efficiency

Hours Required = [ 0.00 ] ac  ÷  [ 1.5 ] ac/hr  =  [ 0.0 ] hr
                  area to be        hourly

### Total Hours Required

Total Hours = [ 0.0 ]  +  [ 0.0 ]  =  [ 0.0 ] hr
               grading hours  scarification

<u>Data Source(s):</u>

Caterpillar Handbooks 38 & 48

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 8
PRODUCTIVITY AND HOURS REQUIRED FOR LOADER USE

<u>Earthmoving Activity:</u>

Front end loader will be used to load gravel and any roadbase graded into wind rows along upgraded acces roads. The loader will load the gravel into trucks to be hauled to a collection stockpile for use by the county to maintain area gravel roads. The haul distance is estimated to be a maximum of 10 miles one way.  Truck fleet will be designed to two trucks and the loader will have wait time projected. Access Road Segment A

<u>Characterization of Loader Use (type, size, etc.):</u>

CAT 966 K with 5.5CY bucket

<u>Description of Loader Use (origin, destination, grade, haul distance, etc.):</u>

The FEL will work from the wind row material along the access road with little or no tram distance. The FEL will load from the pile making a 90° to 120° turn to load the trucks that will position along the wind row.

<u>Productivity Calculations:</u>



Cycle Time =  [          ] min  +  [          ] min  +  [ 0.55 ] min  =  [ 0.55 ]  min
         haul time        return time     basic cycle time

Net Bucket Capacity =  [ 6.0 ] LCY  x  [ 0.95 ] =  [ 5.738 ] LCY
         heaped bucket    bucket fill

Hourly Production =  [ 5.7 ] LCY  ÷  [ 0.55 ] min  x  [ 0.83 ] x  [ 60 ] min/hr
         net bucket     cycle time     efficiency

= [ 519.5 ] LCY/hr

Hours Required =  [ 0 ] LCY  ÷  [ 519.5 ] LCY/hr  =  [ 0 ] hr
         volume to be     hourly

* See loader section of equipment manual.

<u>Data Source(s):</u>

Caterpillar Handbook 48

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 8
PRODUCTIVITY AND HOURS REQUIRED FOR LOADER USE

<u>Earthmoving Activity:</u>

Front end loader will be used to topsoil stored in stockpiles along the perimeter road. The loader will load the soil into trucks to be hauled to a nearby portion of the road where a grader will spread the soil along the roadway. The haul distance is estimated to be a maximum of 2500 ft one way.  Truck fleet will be designed for two trucks and the loader will have wait time projected.

<u>Characterization of Loader Use (type, size, etc.):</u>

CAT 966 K with 5.5CY bucket

<u>Description of Loader Use (origin, destination, grade, haul distance, etc.):</u>

The FEL will work from the stockpile material along the perimeter road with little or no tram distance. The FEL will load from the pile making a 90° to 120° turn to load the trucks that will position along the stockpile.

<u>Productivity Calculations:</u>



Cycle Time =  [        ] min  +  [        ] min  +  [ 0.55 ] min  =  [ 0.55 ] min
              haul time          return time       basic cycle time

Net Bucket Capacity =  [ 6.0 ] LCY  X  [ 0.95 ]  =  [ 5.738 ] LCY
                       heaped bucket    bucket fill

Hourly Production =  [ 5.7 ] LCY  ÷  [ 0.55 ] min  X  [ 0.83 ]  X  [ 60 ] min/hr
                     net bucket        cycle time       efficiency

          =  [ 519.5 ] LCY/hr

Hours Required =  [ 0 ] LCY  ÷  [ 519.5 ] LCY/hr  =  [ 0 ] hr
                  volume to be    hourly

* See loader section of equipment manual.

<u>Data Source(s):</u>
        Caterpillar Handbook 48

---

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 9
PRODUCTIVITY AND HOURS REQUIRED FOR TRUCK USE

Earthmoving Activity:

Gravel and road base will be hauled to county roadway maintenance stockpile site in the area to be used on county projects. A two truck fleet will work in conjunction with the FEL to haul material 10 miles one way to stockpile sites. Access Road Segment A

Characterization of Truck Use (type, size, etc.):

On-highway rear dump trucks 8 x 4 450hp, 85,000 lb capacity (15-18 CY struck load)

Description of Truck Use (origin, destination, grade, haul distance, capacity, etc.):

Truck fleet to work in conjunction with the CAT 966M Loader. Average haul distance of 10 miles one way. Trip time loaded based on average speed of 40mph. Return trip empty based on average speed of 50mph. Capacity determined using two FEL bucket loads. Dump time will include the need to backup during the dump cycle.

Productivity Calculations:

No. Loader Passes/Truck =   18 LCY   ÷   5.7 LCY   =   3.0 passes
      truck     loader bucket     (round down to nearest)

Net Truck Capacity =   5.7 LCY   x   3.0 passes   =   17.214 LCY
     loader bucket     no. loader

Loading Time/Truck =   0.55 min   x   3.0 passes   =   1.7 min
     loader cycle time (from     no. loader

Truck Cycle Time =   15 min   +   12 min   +   1.7 min   +   1.5 min
     haul     return     loading     dump and

=   30.15 min

No. Trucks Required =   30.15 min   ÷   1.65   =   19 trucks
     truck cycle time     total loading

Production Rate =   17.2 LCY   x   16   ÷   30.15 min   =   9.1 LCY/min
     net truck     no. trucks     truck cycle time

Hourly Production =   9.1 LCY/min   x   60 min/hr   x   0.8 efficiency
     production

=   438.5 LCY/hr

Hours Required =   0 LCY   ÷   438.5 LCY/hr   =   0 hr
     volume to be     hourly

* Use the average of the struck and heaped capacities.

Data Source(s):
     Caterpillar Handbook 48



RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 9
PRODUCTIVITY AND HOURS REQUIRED FOR TRUCK USE

Earthmoving Activity:

> Gravel and road base will be hauled to county roadway maintenance stockpile site in the area to be used on county projects. A two truck fleet will work in conjunction with the FEL to haul material 10 miles one way to stockpile sites. Access Road Segment A

Characterization of Truck Use (type, size, etc.):

> On-highway rear dump trucks 8 x 4 450hp, 85,000 lb capacity (15-18 CY struck load)

Description of Truck Use (origin, destination, grade, haul distance, capacity, etc.):

> Truck fleet to work in conjunction with the CAT 966M Loader. Average haul distance of 10 miles one way. Trip time loaded based on average speed of 40mph. Return trip empty based on average speed of 50mph. Capacity determined using two FEL bucket loads. Dump time will include the need to backup during the dump cycle.

Productivity Calculations:



No. Loader Passes/Truck =  18 LCY ÷ 5.7 LCY = 3.0 passes
                           truck    loader bucket      (round down to nearest

Net Truck Capacity = 5.7 LCY X 3.0 passes = 17.214 LCY
                     loader bucket   no. loader

Loading Time/Truck = 0.55 min X 3.0 passes = 1.7 min
                     loader cycle time (from   no. loader

Truck Cycle Time = 15 min + 12 min + 1.7 min + 1.5 min
                   haul      return    loading time   dump and

                 = 30.15 min

No. Trucks Required = 30.15 min ÷ 1.65 min = 19 trucks
                      truck cycle time   total loading

Production Rate = 17.2 LCY X 12 ÷ 30.15 min = 6.9 LCY/min
                  net truck    no. trucks   truck cycle time

Hourly Production = 6.9 LCY/min X 60 min/hr X 0.8
                    production             efficiency

                  = 328.9 LCY/hr

Hours Required = 0 LCY ÷ 328.9 LCY/hr = 0 hr
                 volume to be   hourly

\* Use the average of the struck and heaped capacities.

Data Source(s):

    Caterpillar Handbook 48

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M027/0125

WORKSHEET 9
PRODUCTIVITY AND HOURS REQUIRED FOR TRUCK USE

Earthmoving Activity:

> Gravel and road base will be hauled to county roadway maintenance stockpile site in the area to be used on county projects. A two truck fleet will work in conjunction with the FEL to haul material 10 miles one way to stockpile sites. Access Road Segment A

Characterization of Truck Use (type, size, etc.):

> On-highway rear dump trucks 8 x 4 450hp, 85,000 lb capacity (15-18 CY struck load)

Description of Truck Use (origin, destination, grade, haul distance, capacity, etc.):

> Truck fleet to work in conjunction with the CAT 966M Loader.  Average haul distance of 10 miles one way. Trip time loaded based on average speed of 40mph. Return trip empty based on average speed of 50mph. Capacity determined using two FEL bucket loads. Dump time will include the need to backup during the dump cycle.

Productivity Calculations:



No. Loader Passes/Truck =  [ 18 ] LCY  ÷  [ 5.7 ] LCY  =  [ 3.0 ] passes
                              truck         loader bucket       (round down to nearest

Net Truck Capacity =  [ 5.7 ] LCY  X  [ 3.0 ] passes  =  [ 17.214 ] LCY
                        loader bucket      no. loader

Loading Time/Truck =  [ 0.55 ] min  X  [ 3.0 ] passes  =  [ 1.7 ] min
                        loader cycle time (from   no. loader

Truck Cycle Time =  [ 15 ] min  +  [ 12 ] min  +  [ 1.7 ] min  +  [ 1.5 ] min
                      haul            return        loading time      dump and

                 =  [ 30.15 ] min

No. Trucks Required =  [ 30.15 ] min  ÷  [ 1.65 ] min  =  [ 19 ] trucks
                         truck cycle time    total loading

Production Rate =  [ 17.2 ] LCY  X  [ 10 ]  ÷  [ 30.15 ] min  =  [ 5.7 ] LCY/min
                     net truck        no. trucks    truck cycle time

Hourly Production =  [ 5.7 ] LCY/min  X  [ 60 ] min/hr  X  [ 0.8 ]
                       production                               efficiency

                 =  [ 274.1 ] LCY/hr

Hours Required =  [ 0 ] LCY  ÷  [ 274.1 ] LCY/hr  =  [ 0 ] hr
                    volume to be      hourly

* Use the average of the struck and heaped capacities.

Data Source(s):

> Caterpillar Handbook 48

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 9
PRODUCTIVITY AND HOURS REQUIRED FOR TRUCK USE

<u>Earthmoving Activity:</u>

> Topsoil will be hauled to area adjacent to the sockpile along the perimeter road. Stockpiles are assumed to be placed on approximately 5,000 ft spacing along the perimeter road. A truck fleet will work in conjunction with the FEL to haul material an average of 1,250 ft one way from the stockpile site to the placement site.

<u>Characterization of Truck Use (type, size, etc.):</u>

> On-highway rear dump trucks 8 x 4 450hp, 85,000 lb capacity (15-18 CY struck load)

<u>Description of Truck Use (origin, destination, grade, haul distance, capacity, etc.):</u>

> Truck fleet to work in conjunction with the CAT 966M Loader. Average haul distance of 1,250 ft one way. Trip time loaded based on average speed of 18mph. Return trip empty based on average speed of 20mph. Capacity determined using three FEL bucket loads. Dump time will include the need to backup during the dump cycle.

<u>Productivity Calculations:</u>



No. Loader Passes/Truck = $\boxed{18}$ LCY ÷ $\boxed{5.7}$ LCY = $\boxed{3.0}$ passes
     truck          loader bucket        (round down to nearest

Net Truck Capacity = $\boxed{5.7}$ LCY X $\boxed{3.0}$ passes = $\boxed{17.214}$ LCY
     loader bucket      no. loader

Loading Time/Truck = $\boxed{0.55}$ min X $\boxed{3.0}$ passes = $\boxed{1.7}$ min
     loader cycle time (from    no. loader

Truck Cycle Time = $\boxed{0.8}$ min + $\boxed{0.71}$ min + $\boxed{1.7}$ min + $\boxed{2.0}$ min
     haul          return       loading time      dump and

     = $\boxed{5.16}$ min

No. Trucks Required = $\boxed{5.16}$ min ÷ $\boxed{1.65}$ min = $\boxed{4}$ trucks
     truck cycle time      total loading

Production Rate = $\boxed{17.2}$ LCY X $\boxed{3}$ ÷ $\boxed{5.16}$ min = $\boxed{10.0}$ LCY/min
     net truck        no. trucks    truck cycle time

Hourly Production = $\boxed{10.0}$ LCY/min X $\boxed{60}$ min/hr X $\boxed{0.8}$
     production                       efficiency

     = $\boxed{480.4}$ LCY/hr

Hours Required = $\boxed{0}$ LCY ÷ $\boxed{480.4}$ LCY/hr = $\boxed{0}$ hr
     volume to be      hourly

\* Use the average of the <u>struck</u> and <u>heaped</u> capacities.

<u>Data Source(s):</u>
     Caterpillar Handbook 48

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 10
PRODUCTIVITY FOR HYDRAULIC EXCAVATOR USE (BACKHOE OR POWER SHOVEL)

Earthmoving Activities:

> Closure of roadside ditches using an excavator to pull in ditch berms.

Characterization of the Excavator Used (type, size, etc.):

> CAT 325 D with a 2CY bucket

Description of Excavator Used (loading geometry, materials, etc.):

> Pull material from outer bank of ditch berm back into ditch. Non-compacted material. Very little turning of the machine. Excellent conditions, shallow digging, < 30° swings

Productivity Calculations:



Net Bucket Capacity =    2.09  LCY  X   0.95  =   2.0  LCY
                    heaped bucket      bucket fill

Hourly Production =   2.0  LCY  X  60  min/hr  ÷   0.22  min  X
                    net bucket                     cycle

                      0.36  =   193.9  LCY/hr
                    efficiency

Hours Required =            LCY  ÷   193.9  LCY/hr  =   0.0  hr
                 volume to be          net hourly

\* See loader section of the equipment manual.

\*\* See excavator section of equipment manual.

Data Source(s):    Caterpillar Performance Handbook 48 - June 2018 page 7-254
                   Efficiency Factor assumes 50 minutes work time per hour per CAT Job Efficiency Estimator
                   no other downtime for the <30° swing portion of the movement

                   Efficiency Factor Calculation:
                   Operator Availability              0.75   75%
                   Machine Availability               0.95   95%
                   Operator Skill Availability        0.75   75%
                   General operational Efficiency     0.67   67%
                   Calculated Efficiency Factor       0.36   36%

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 10
PRODUCTIVITY FOR HYDRAULIC EXCAVATOR USE (BACKHOE OR POWER SHOVEL)

Earthmoving Activities:

| |
|---|
| Trenching - digging roadway material over culverts that were installed during drainage up grades. |

Characterization of the Excavator Used (type, size, etc.):

| |
|---|
| CAT 325 D with a 2CY bucket |

Description of Excavator Used (loading geometry, materials, etc.):

| |
|---|
| Trench road material over culverts , medium to hard digging,  swing angle 45° to 90°.  hourly efficiency reduced due to trenching cycle (selective digging). |

Productivity Calculations:



Net Bucket Capacity =    2.09  LCY  X  0.95  =  2.0  LCY
                    heaped bucket       bucket fill

Hourly Production =    2.0  LCY  X  60  min/hr  ÷  0.33  min  X
                    net bucket                        cycle

    0.36  =  129.2  LCY/hr
    efficiency

Hours Required =  _____  LCY  ÷  129.2  LCY/hr  =  0.0  hr
              volume to be         net hourly

\* See loader section of the equipment manual.

\*\* See excavator section of equipment manual.

Data Source(s):    Caterpillar Performance Handbook 48 - June 2018 page 7-254
                   Efficiency Factor assumes 50 minutes work time per hour per CAT Job Efficiency Estimator
                   no other downtime for the 45° to 90° swing portion of the movement

                   Efficiency Factor Calculation:
                   Operator Availability              0.75  75%
                   Machine Availability               0.95  95%
                   Operator Skill Availability         0.75  75%
                   General operational Efficiency      0.67  67%
                   Calculated Efficiency Factor        0.36  36%

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| CAT 12G Motor Grader Reclamation Productivity | | | | | | |
|---|---|---|---|---|---|---|
| Case | Property | Impacted Acres | Efficiency Factor | Scarifying (acres/hr) | Heavy Grading (acres/hr) | HR |
| Perimeter Road BLM ON LEASE | BLM | 70.14 | 0.85 | 1.5 | 4.3 | 62.80 |
| Perimeter Road BLM/ROW | BLM/ROW | 24.23 | 0.85 | 1.5 | 4.3 | 21.69 |
| Perimeter Road STATE/PRIVATE | STATE / PRIVATE | 8.87 | 0.85 | 1.5 | 4.3 | 7.94 |
| Perimeter Road Passing lane (18 @ 40') | BLM | 4.96 | 0.85 | 1.5 | 4.3 | 4.44 |
| Perimeter Road Passing lane (3 @ 40') | STATE / PRIVATE | 0.83 | 0.85 | 1.5 | 4.3 | 0.74 |
| Perimerter Road Turnarounds (2 @ 160') | BLM | 2.35 | 0.85 | 1.5 | 4.3 | 2.10 |

| CAT 12G Motor Grader Reclamation Productivity - Topsoil | | | | | | |
|---|---|---|---|---|---|---|
| Case | Property | Impacted Acres | Efficiency Factor | Scarifying (acres/hr) | Finish Grading (acres/hr) | HR |
| Perimeter Road BLM ON LEASE | BLM | 70.14 | 0.85 | 1.5 | 2.1 | 32.73 |
| Perimeter Road BLM/ROW | BLM/ROW | 24.23 | 0.85 | 1.5 | 2.1 | 11.30 |
| Perimeter Road STATE/PRIVATE | STATE / PRIVATE | 8.87 | 0.85 | 1.5 | 2.1 | 4.14 |
| Perimeter Road Passing lane (18 @ 40') | BLM | 4.96 | 0.85 | 1.5 | 2.1 | 2.31 |
| Perimeter Road Passing lane (3 @ 40') | STATE / PRIVATE | 0.83 | 0.85 | 1.5 | 2.1 | 0.39 |
| Perimerter Road Turnarounds (2 @ 160') | BLM | 2.35 | 0.85 | 1.5 | 2.1 | 1.10 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| On-Highway  Rear Dump Truck | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Case | Property | Volume Moved  LCY | Net Capacity LCY | Load Time (Min) | Trk Cycle Time (min) | No. of Trucks | Efficiency Factor | Productivity LCY/hr | HRS |
| **Perimeter Roads** | | | | | | | | | |
| Perimeter Road BLM ON LEASE | BLM | - | 17.214 | 1.7 | 30.15 | 16 | 0.8 | 438.5 | - |
| Perimeter Road BLM/ROW | BLM | - | 17.214 | 1.7 | 30.15 | 16 | 0.8 | 438.5 | - |
| Perimeter Road STATE/PRIVATE | BLM | - | 17.214 | 1.7 | 30.15 | 16 | 0.8 | 438.5 | - |
| Perimeter Road Passing lane (18 @ 40') | BLM | - | 17.214 | 1.7 | 30.15 | 16 | 0.8 | 438.5 | - |
| Perimeter Road Passing lane (3 @ 40') | STATE | - | 17.214 | 1.7 | 30.15 | 16 | 0.8 | 438.5 | - |
| Perimerter Road Turnarounds (2 @ 160') | BLM | - | 17.214 | 1.7 | 30.15 | 16 | 0.8 | 438.5 | - |

| CAT 966K 4-Wd Articulated Wheel Loader - Topsoil | | | |
|---|---|---|---|

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| CAT 966K 4-Wd Articulated Wheel Loader - Topsoil | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Case | Property | Volume Moved  LCY | Base Cycle (min) | Net Bucket LCY | Efficiency Factor | Productivity LCY/hr | Operating HRS | Standby HRS | Percent Operating |
| **Perimeter Roads** | | | | | | | | | |
| Perimeter Road BLM ON LEASE | BLM | - | 0.55 | 5.738 | 0.83 | 519.5 | - | - | - |
| Perimeter Road BLM/ROW | BLM | - | 0.55 | 5.738 | 0.83 | 519.5 | - | - | - |
| Perimeter Road STATE/PRIVATE | BLM | - | 0.55 | 5.738 | 0.83 | 519.5 | - | - | - |
| Perimeter Road Passing lane (18 @ 40') | BLM | - | 0.55 | 5.738 | 0.83 | 519.5 | - | - | - |
| Perimeter Road Passing lane (3 @ 40') | STATE | - | 0.55 | 5.738 | 0.83 | 519.5 | - | - | - |
| Perimerter Road Turnarounds (2 @ 160') | BLM | - | 0.55 | 5.738 | 0.83 | 519.5 | - | - | - |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M027/0125

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| ROAD DITCHES AND CULVERT UNCOVERING | | | | | | |
|---|---|---|---|---|---|---|
| Excavator Only Work | | Year 1 Projection | | | | |
| Case | | Property | Description | Bond Volume LCY | Productivity LCY/hr | Required Hours |
| Perimeter Roads | | | | | | |
| Perimeter Road BLM ON LEASE | | BLM | Ditch | 61,722 | 193.9 | 318.36 |
| | | | Culvert | - | 129.2 | - |
| Perimeter Road BLM/ROW | | BLM | Ditch | 21,319 | 193.9 | 109.96 |
| | | | Culvert | - | 129.2 | - |
| Perimeter Road STATE/PRIVATE | | BLM | Ditch | 7,805 | 193.9 | 40.26 |
| | | | Culvert | - | 129.2 | - |
| Perimeter Road Passing lane (18 @ 40') | | BLM | Ditch | 3,600 | 193.9 | 18.57 |
| | | | Culvert | - | 129.2 | - |
| Perimeter Road Passing lane (3 @ 40') | | BLM | Ditch | 600 | 193.9 | 3.09 |
| | | | Culvert | - | 129.2 | - |
| Perimerter Road Turnarounds (2 @ 160') | | BLM | Ditch | 427 | 193.9 | 2.20 |
| | | | Culvert | - | 129.2 | - |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M0270125

**Powerline Closure Hours**

CAT 12G Motor Grader Reclamation Productivity - Topsoil

| Case | Property | Impacted Acres | Efficiency Factor | Scarifying (acres/hr) | Finish Grading (acres/hr) | HR |
|---|---|---|---|---|---|---|
| **Powerline** | | | | | | |
| 69KV | BLM ROW | 1.43 | 0.85 | 1.5 | 2.1 | 1.61 |
| 69KV | STATE ROW | 0.20 | 0.85 | 1.5 | 2.1 | 0.23 |
| 25 KV | BLM ROW | 0.06 | 0.85 | 1.5 | 2.1 | 0.07 |
| 25KV | STATE ROW | 0.05 | 0.85 | 1.5 | 2.1 | 0.06 |
| 12.47KV POWERLINE | BLM ROW | 0.88 | 0.85 | 1.5 | 2.1 | 0.99 |
| 12.47KV POWERLINE | STATE ROW | 0.51 | 0.85 | 1.5 | 2.1 | 0.58 |
| 12.47KV POWER AND COMMUNICATION LIN | BLM ROW | 0.26 | 0.85 | 1.5 | 2.1 | 0.29 |
| 12.47KV POWER AND COMMUNICATION LIN | STATE ROW | 0.01 | 0.85 | 1.5 | 2.1 | 0.01 |
| 12.47KV POWERLINE SPUR | BLM ROW | 0.60 | 0.85 | 1.5 | 2.1 | 0.68 |
| 12.47KV POWERLINE SPUR | STATE ROW | 0.10 | 0.85 | 1.5 | 2.1 | 0.11 |
| North Playa Transformer | BLM ROW | 0.40 | 0.85 | 1.5 | 2.1 | 0.45 |
| Processing Facility Transformer | BLM ROW | 0.40 | 0.85 | 1.5 | 2.1 | 0.45 |
| 69KV Road (25ft wide) | BLM ROW | 116.73 | 0.85 | 1.5 | 2.1 | 131.76 |
| 69KV Road (25ft wide) | BLM ROW | 16.49 | 0.85 | 1.5 | 2.1 | 18.61 |
| Powerline Spur1 | BLM ROW | 0.64 | 0.85 | 1.5 | 2.1 | 0.72 |
| Powerline Spur2 | BLM ROW | 0.23 | 0.85 | 1.5 | 2.1 | 0.26 |
| Powerline Spur3 | BLM ROW | 1.40 | 0.85 | 1.5 | 2.1 | 1.58 |
| Powerline Spur4 | STATE ROW | 0.16 | 0.85 | 1.5 | 2.1 | 0.18 |
| Powerline Spur5 | BLM ROW | 2.35 | 0.85 | 1.5 | 2.1 | 2.65 |
| Powerline Spur6 | BLM ROW | 0.52 | 0.85 | 1.5 | 2.1 | 0.59 |
| Powerline Spur7 | BLM ROW | 2.06 | 0.85 | 1.5 | 2.1 | 2.33 |
| Powerline Spur8 | BLM ROW | 0.17 | 0.85 | 1.5 | 2.1 | 0.19 |
| Powerline Spur9 | BLM ROW | 2.66 | 0.85 | 1.5 | 2.1 | 3.00 |

CAT 966K 4-Wd Articulated Wheel Loader

| Case | Property | Volume Moved LCY | Base Cycle (min) | Net Bucket LCY | Efficiency Factor | Productivity LCY/hr | Operating HRS |
|---|---|---|---|---|---|---|---|
| 69KV | BLM ROW | 1153.53 | 0.93 | 5.738 | 0.83 | 307.3 | 3.75 |
| 69KV | STATE ROW | 161.33 | 0.93 | 5.738 | 0.83 | 307.3 | 0.53 |
| 25 KV | BLM ROW | 48.40 | 0.93 | 5.738 | 0.83 | 307.3 | 0.16 |
| 25KV | STATE ROW | 40.33 | 0.93 | 5.738 | 0.83 | 307.3 | 0.13 |
| 12.47KV POWERLINE | BLM ROW | 0.00 | 0.93 | 5.738 | 0.83 | 307.3 | 0.00 |
| 12.47KV POWERLINE | STATE ROW | 411.40 | 0.93 | 5.738 | 0.83 | 307.3 | 1.34 |
| 12.47KV POWER AND COMMUNICATION LIN | BLM ROW | 209.73 | 0.93 | 5.738 | 0.83 | 307.3 | 0.68 |
| 12.47KV POWER AND COMMUNICATION LIN | STATE ROW | 8.07 | 0.93 | 5.738 | 0.83 | 307.3 | 0.03 |
| 12.47KV POWERLINE SPUR | BLM ROW | 484.00 | 0.93 | 5.738 | 0.83 | 307.3 | 1.58 |
| 12.47KV POWERLINE SPUR | STATE ROW | 80.67 | 0.93 | 5.738 | 0.83 | 307.3 | 0.26 |
| North Playa Transformer | BLM ROW | 322.67 | 0.93 | 5.738 | 0.83 | 307.3 | 1.05 |
| Processing Facility Transformer | BLM ROW | 322.67 | 0.93 | 5.738 | 0.83 | 307.3 | 1.05 |
| 69KV Road (25ft wide) | BLM ROW | 94166.20 | 0.93 | 5.738 | 0.83 | 307.3 | 306.47 |
| 69KV Road (25ft wide) | BLM ROW | 13299.07 | 0.93 | 5.738 | 0.83 | 307.3 | 43.28 |
| Powerline Spur1 | BLM ROW | 516.27 | 0.93 | 5.738 | 0.83 | 307.3 | 1.68 |
| Powerline Spur2 | BLM ROW | 185.53 | 0.93 | 5.738 | 0.83 | 307.3 | 0.60 |
| Powerline Spur3 | BLM ROW | 1129.33 | 0.93 | 5.738 | 0.83 | 307.3 | 3.68 |
| Powerline Spur4 | STATE ROW | 129.07 | 0.93 | 5.738 | 0.83 | 307.3 | 0.42 |
| Powerline Spur5 | BLM ROW | 1895.67 | 0.93 | 5.738 | 0.83 | 307.3 | 6.17 |
| Powerline Spur6 | BLM ROW | 419.47 | 0.93 | 5.738 | 0.83 | 307.3 | 1.37 |
| Powerline Spur7 | BLM ROW | 1661.73 | 0.93 | 5.738 | 0.83 | 307.3 | 5.41 |
| Powerline Spur8 | BLM ROW | 135.52 | 0.93 | 5.738 | 0.83 | 307.3 | 0.44 |
| Powerline Spur9 | BLM ROW | 2145.73 | 0.93 | 5.738 | 0.83 | 307.3 | 6.98 |

**Power line closure Hours**
WORKSHEET 12
PRODUCTIVITY AND HOURS REQUIRED FOR MOTORGRADER USE
TOPSOIL FINISH GRADING

Earthmoving Activity:

Grader will finish grade topsoil material stored adjacent to the communications tower pad.

Characterization of Grader Used (type, size capacity, etc.):

CAT 12G 135hp with 12ft blade length.

Description of Grader Route (push distance, grade, effective blade width, operating speed, etc.):

Where topsoil is replaced the push distance will be based on the the stockpile placement along the perimeter road. grade will be level to gently rolling. The effective blade width is 10.4 ft ay a 30° angle. Average operating speed will be 2mph during finish grading. The job efficiency is projected at 85%. Where native soils are compacted a 7.33ft wide scarifier will be used to loosen compacted native soils over the width of the road surface.

Productivity Calculations:



Total Hours =   [ 0.0 ]   +   [ 0.0 ]   hr
                grading hours   scarification

Data Source(s):
Caterpillar Handbooks 38 & 48

WORKSHEET 8
PRODUCTIVITY AND HOURS REQUIRED FOR LOADER USE

Earthmoving Activity:

Front end loader will be used to load topsoil from stockpile and place material in piles on the communications pad to be spread by the grader

Characterization of Loader Use (type, size, etc.):

CAT 966 K with 5.5CY bucket

Description of Loader Use (origin, destination, grade, haul distance, etc.):

The FEL will work from the topsoil stockpile with average tram distance one way of approximately 50 feet. The FEL will load from the pile making a 90° to 120° turns to carry and dump material throughout the site pad.

Productivity Calculations:



Hours Required =   [ ] LCY   ÷   [ 307.3 ] LCY/hr   =   [ 0 ]   hr
                 volume to be         hourly
           Hours calculated in H37- H53
* See loader section of equipment manual

Data Source(s):
Caterpillar Handbook 48

2

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Water Well Closure Hours**
WORKSHEET 12
PRODUCTIVITY AND HOURS REQUIRED FOR MOTORGRADER USE
TOPSOIL FINISH GRADING

<u>Earthmoving Activity:</u>

Grader will finish grade topsoil material stored adjacent to the Water Supply wells.

<u>Characterization of Grader Used (type, size capacity, etc.):</u>

CAT 12G 135hp with 12ft blade length.

<u>Description of Grader Route (push distance, grade, effective blade width, operating speed, etc.):</u>

Where topsoil is replaced the push distance will be based on the the stockpile placement along the perimeter road. grade will be level to gently rolling. The effective blade with is 10.4 ft ay a 30° angle. Average operating speed  will be 2mph during finish grading. The job efficiency is projected at 85%. Where native soils are compacted a 7.33ft wide scarifier will be used to loosen compacted native soils over the width of the road surface.

<u>Productivity Calculations:</u>



Grading

Hourly Production =   [ 2 ] mi/hr   x   [ 10.4 ] ft   x   [ 5280 ] ft/mi   x   [ 1 ] ac
                      average          effective blade

                      ÷ [ 43560 ] ft²   x   [ 0.85 ] = [ 2.1 ] ac/hr
                                              efficiency

Hours Required =   [        ] ac   ÷   [ 2.1 ] ac/hr   = [ 0.0 ] hr
                                           hourly
Hours are calculated in cells H6:H7

Scarification

Hourly Production =   [ 2 ] mi/hr   x   [ 7.33 ] ft   x   [ 5280 ] ft/mi   x   [ 1 ] ac
                      average              scarifier

                      ÷ [ 43560 ] ft²   x   [ 0.85 ] = [ 1.5 ] ac/hr
                                              efficiency

Hours Required =   [        ] ac   ÷   [ 1.5 ] ac/hr   = [ 0.0 ] hr
                   area to be             hourly
Hours are calculated in cells I15:I16

Total Hours Required

Total Hours =   [ 0.0 ]   +   [ 0.0 ]   =   [ 0.0 ] hr
                grading hours   scarification

<u>Data Source(s):</u>

Caterpillar Handbooks 38 & 48

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

WORKSHEET 8
PRODUCTIVITY AND HOURS REQUIRED FOR LOADER USE

Earthmoving Activity:

Front end loader will be used to both remove top soil prior to demolition and palce in a stockpile. Once demolition is complete, load topsoil from stockpile and place material in piles on the well pad to be spread by the grader

Characterization of Loader Use (type, size, etc.):

CAT 966 K with 5.5CY bucket

Description of Loader Use (origin, destination, grade, haul distance, etc.):

The FEL will work from the topsoil stockpile with average tram distance one way of approximately 50 feet. The FEL will load from the pile making a 90° to 120° turns to carry and dump material throughout the site pad.

Productivity Calculations:



| | | | | | |
|---|---|---|---|---|---|
| Cycle Time = | 0.20 min<br>haul time | + | 0.18 min<br>return time | + | 0.55 min<br>basic cycle time | = | 0.93 min |

Net Bucket Capacity = 6.0 LCY (heaped bucket) x 0.95 (bucket fill) = 5.738 LCY

Hourly Production = 5.7 LCY (net bucket) ÷ 0.93 min (cycle time) x 0.83 (efficiency) x 60 min/hr

= 307.3 LCY/hr

Hours Required = 0 LCY (volume to be) ÷ 307.3 LCY/hr (hourly) = 0 hr

Hours are calculated in cells I15:I16

* See loader section of equipment manual.

Data Source(s):

Caterpillar Handbook 48

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Water Well Closure Hours**

| CAT 12G Motor Grader Reclamation Productivity - Topsoil | | | | | | |
|---|---|---|---|---|---|---|
| Case | | Property | Impacted Acres | Efficiency Factor | Scarifying (acres/hr) | Finish Grading (acres/hr) | HR |
| Water Supply Well #1 | | STATE | 0.11 | 0.85 | 1.5 | 2.14 | 0.13 |
| Water Supply Well #2 | | BLM-ROW | 0.11 | 0.85 | 1.5 | 2.1 | 0.13 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

CAT 966K 4-Wd Articulated Wheel Loader

| Case | | Property | Volume Moved LCY | Base Cycle (min) | Net Bucket LCY | Efficiency Factor | Productivity LCY/hr | Operating HRS |
|------|--|----------|------------------|------------------|----------------|-------------------|--------------------|---------------|
| Water Supply Well #1 | | STATE | 222 | 0.93 | 5.738 | 0.83 | 307.3 | 0.72 |
| Water Supply Well #2 | | BLM-ROW | 222 | 0.93 | 5.738 | 0.83 | 307.3 | 0.72 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# Appendix J

**Applicant Committed Design Features**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Table J-1 Applicant Committed Design Features | | | | |
|---|---|---|---|---|
| | **Applicability to the Project** | | | |
| | **\* Not applicable within the playa boundary** | | | |
| **Design Feature** | Design and Engineering | Construction | Operation and Maintenance¹ | Decommissioning¹ |
| **General** | | | | |
| 1 | Peak Minerals would avoid or minimize degradation of land, water quality, landscape, and biological resources. During construction, operation, maintenance, and decommissioning of the Project, Peak Minerals would perform its activities in accordance and compliance with applicable air and water quality standards, related facility siting standards, and related permits associated with implementation, including but not limited to: NEPA; the Clean Air Act (CAA); Endangered Species Act (ESA); state and federal historic preservation acts; and other established federal, state, and local regulations as required by law. | ✔ | ✔ | ✔ | ✔ |
| 2 | Peak Minerals would conduct kickoff meetings prior to commencing construction and surface-disturbing activities for the Project. The contractors and agents involved with construction, other surface-disturbing activities, and monitoring would attend this meeting to review the construction stipulations, including those in the Record of Decision (ROD), Mining Plan, leases, Plan of Development (POD), right-of-way (ROW) grants, and mineral material sales contracts. | | ✔ | ✔ | ✔ |
| 3 | All personnel would be instructed on the protection of cultural, paleontological, and ecological resources before starting work on the Project. Training materials and briefings would include, but would not be limited to, discussion of the federal ESA, the consequences of non-compliance with this act, identification and values of wildlife and natural plant communities, general behavior and sensitivity to human activities, penalties for violation of state and federal laws (including the Migratory Bird Treaty Act [MBTA] and Bald and Golden Eagle Protection Act), hazardous substance spill prevention and containment measures, all required and recommended design features and mitigation measures, and reporting requirements. | | ✔ | ✔ | ✔ |
| 4 | The construction contractors would maintain copies of the ROD, Mining Plan, POD, and ROW grants, along with design features, mitigation measures, and ROW grant terms and conditions on the construction site at all times. | | ✔ | ✔ | ✔ |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| | **Table J-1 Applicant Committed Design Features** | | | | |
|---|---|---|---|---|---|
| | | **Applicability to the Project** | | | |
| | | * Not applicable within the playa boundary | | | |
| | **Design Feature** | Design and Engineering | Construction | Operation and Maintenance¹ | Decommissioning¹ |
| 5 | Peak Minerals would survey and clearly mark the centerline and exterior limits of the ROWs, at 200-foot intervals or as determined by the Authorized Officer (AO). No surface disturbance or construction activity would be allowed within buffers around culturally and environmentally sensitive areas, which would be clearly marked as specified by the AO. Any deviation from this requirement would have the prior written approval of the AO. Peak Minerals would set centerline stakes to identify the locations of the linear routes as directed by the AO. Markers would be used to limit access within work and travel areas to restrict construction access from unnecessarily affecting important culturally and environmentally sensitive areas. Buffers for culturally sensitive areas are defined in the Programmatic Agreement (PA) (see Design Feature #23). Buffers for environmentally sensitive areas are defined in other design features (for example, Design Feature #98 for raptors and Design Feature #103 for migratory birds). | | ✓* | ✓* | ✓* |
| 6 | If disturbance must occur outside of the flagged areas, a BLM-approved biologist would survey the area prior to disturbance. If wildlife species are found within the area to be disturbed, the AO would be notified immediately. Prior to disturbance, an appropriate course of action would be taken to ensure proper protection of the species. | | ✓* | ✓* | ✓* |
| 7 | Clearing, grading, and other surface disturbance would be limited to the minimum area required for construction. New disturbance would be limited to that which is necessary for safe and efficient construction, operation, and decommissioning of the Project. Clearing or grading equipment paths and other overland access routes would be limited to the extent necessary to allow for safe and effective vehicle passage. In most areas, clearing or grading of the site would be substantially less than the temporary work area limits to reduce potential effects to existing resources. | | ✓* | ✓* | ✓* |
| 8 | Peak Minerals would construct, operate, maintain, and decommission Project facilities, improvements, and structures in strict conformity with the ROD, Mining Plan, leases, POD, ROW grants, and mineral material sales contracts. Any relocation, additional construction, or use that is not in accord with the ROD, Mining Plan, leases, POD, ROW grants, or terms and stipulations of mineral material sales would not be initiated without the prior written approval of the AO. | | ✓ | ✓ | ✓ |
| 9 | All design, material, construction, operation, maintenance, and decommissioning activities would be in accordance with safe and proven engineering practices. | ✓ | ✓ | ✓ | ✓ |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| | Table J-1 Applicant Committed Design Features | | | | |
|---|---|---|---|---|---|
| | | Applicability to the Project * Not applicable within the playa boundary | | | |
| | **Design Feature** | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| **10** | All work would be performed in compliance with Mine Safety and Health Administration (MSHA) or Occupational Safety and Health Administration (OSHA) regulations, as appropriate. Project personnel would be instructed in health and safety procedures and would participate in regular safety meetings during construction and operation. Adaptive management would be used to continuously monitor the safety of workers and the public during construction and operation of the Project with a goal of zero injuries or accidents. | | ✓ | ✓ | ✓ |
| **11** | Peak Minerals would develop and implement a Site Safety Plan for construction, operation, maintenance, and decommissioning of the Project. The Site Safety Plan would include, at a minimum, sections on site safety, emergency response, and fire safety. Peak Minerals and its contractors would be responsible for implementing the Site Safety Plan, including compliance with applicable MSHA or OSHA standards. | ✓ | ✓ | ✓ | ✓ |
| **12** | Adaptive management would be used to respond to local, recreational, OHV travel, hunting, and other public uses of BLM-administered lands to assure that multiple uses are continued without hazard to the health or safety of either the public or Project operators and workers. | | ✓ | ✓ | ✓ |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Table J-1 Applicant Committed Design Features | | | | | |
|---|---|---|---|---|---|
| | | **Applicability to the Project** * Not applicable within the playa boundary | | | |
| | **Design Feature** | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 13 | **Winter Construction** Snow would be removed where necessary to provide access to roads, work sites, and to expose soils for backfilling and grading. Snow would typically be bladed or pushed off the roads and work area (but within the ROW, lease area, or gravel pit) with a motor grader, snowplow, or dozer. Care would be taken when removing snow to minimize mixing of soil with snow. If snow removal is required in off-road areas, backfilling and grading in muddy or frozen areas would be postponed until the soil is dry enough to result in good seedbed preparation, unless approved in advance by the AO. Tracked equipment used for snow removal operations in off-road areas, if required, would be equipped with shoes to keep the blade 2 inches off the ground. Special precautions would be taken where the surface of the ground is uneven and at drainage crossing to ensure equipment blades do not destroy vegetation. In areas where snow fills trenches or holes, Peak Minerals or its contractors would be responsible for removing it to allow visual inspection of the trench or holes prior to installing Project facilities and backfilling. Peak Minerals and its contractors would backfill trenches with unfrozen soils to minimize the potential for ditch line settlement resulting from voids between frozen chunks of backfill. As directed by the AO, roads would be winterized by providing a well-drained roadway. This may be achieved by water barring, maintaining drainage, and other measures necessary to minimize erosion and other damage to the roadway or the surrounding public lands. | | ✔* | ✔* | ✔* |
| 14 | Speed limits for Project traffic would be set at a maximum of 30 mph on-road and 15 mph off-road to reduce the generation of fugitive dust and minimize the risk for collisions between Project traffic and livestock or wildlife. This design feature would apply on all unpaved roads authorized for use by Project traffic, including unpaved Millard County Class B roads. This design feature would not apply on paved roads, where Project traffic would follow posted speed limits. The Adaptive Wildlife Management Plan (Design Feature #95) would include monitoring and adaptive measures to adjust speed limits to changes in road conditions or use, or for corrective actions (for example, fencing, or signage) in the event that Project traffic causes an unacceptable increase in collisions between Project vehicles and wildlife or livestock. In the event that vehicle traffic causes visible dust emissions, equipment operators would be instructed to reduce speed to a level that does not cause excessive dust in accordance with the Fugitive Dust Control Plan (Design Feature #16). | | ✔ | ✔ | ✔ |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Table J-1 Applicant Committed Design Features | | | | |
|---|---|---|---|---|
| | | Applicability to the Project * Not applicable within the playa boundary | | |
| **Design Feature** | Design and Engineering | Construction | Operation and Maintenance¹ | Decommissioning¹ |
| **Air Quality** | | | | |
| 15 | Peak Minerals would meet all applicable federal, state, and local emission standards for air quality. | ✓ | ✓ | ✓ | ✓ |
| 16 | Peak Minerals would develop and implement a Fugitive Dust Control Plan, to be approved by BLM, to minimize Project effects from fugitive dust. | ✓ | ✓ | ✓ | ✓ |
| 17 | Dust control would be provided throughout construction, operation, maintenance, and decommissioning to protect soils from erosion and minimize fugitive dust from Project activities. Dust control methods would be specified in the Fugitive Dust Control Plan and would be approved by the BLM prior to their implementation. | | ✓ | ✓ | ✓ |
| 18 | Trucks hauling the finished product from the Processing Facility to the Rail Loadout Facility would minimize dust emissions by limiting vehicle speed or using dust control methods specified in the Fugitive Dust Control Plan. | | | ✓ | |
| 19 | Earthen and other materials, which may become airborne, would be promptly removed from paved roads or handled as described in the Fugitive Dust Control Plan. | | ✓ | ✓ | ✓ |
| 20 | No burning of debris, garbage, or other materials would be allowed. | | ✓ | ✓ | ✓ |
| 21 | Dust emissions caused by truck loading and unloading would be minimized, as described in the Fugitive Dust Control Plan. The drop distance at material transfer points would be minimized to reduce dust generation as described in the Fugitive Dust Control Plan. | | | ✓ | |
| 22 | Tailpipe emissions from diesel-powered equipment would be minimized through use of engines meeting Tier 2 standards or better. | | ✓ | ✓ | ✓ |
| **Cultural Resources** | | | | |
| 23 | Section 106 requirements would be determined through a Programmatic Agreement (PA), as described in 36 CFR 800.14.b. | ✓ | | | |
| 24 | Clearance surveys for cultural resources would be conducted prior to the start of construction. Prior to the initiation of any pre-construction surveys, the necessary permits for federal and state land and rights-of-entry to privately owned land would be obtained. Mitigation measures could include avoidance of specific areas during construction, or modification of facility locations to avoid or minimize effects. | ✓ | ✓ | ✓ | ✓ |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Table J-1 Applicant Committed Design Features | | | | | |
|---|---|---|---|---|---|
| | | **Applicability to the Project** \* Not applicable within the playa boundary | | | |
| | **Design Feature** | Design and Engineering | Construction | Operation and Maintenance† | Decommissioning† |
| 25 | If National Register of Historic Places (NRHP)-eligible cultural resources sites are identified during pre-construction surveys, they would be avoided through design and layout selection, or effects to the sites would be minimized or mitigated through data recovery or other appropriate efforts, as identified in the Cultural Resource Management Plan. Peak Minerals would adjust workspace boundaries, if necessary, to achieve this goal. | ✓ | ✓ | ✓ | ✓ |
| 26 | The protocol for discoveries covered under the Native American Graves Protection and Repatriation Act (NAGPRA) would be determined during development and implementation of the PA. | ✓ | ✓ | ✓ | ✓ |
| 27 | Where required by the BLM through the Section 106 process, ground-disturbing activities would be monitored by a qualified, professional archaeologist. If any archaeological evidence is discovered, the archaeological monitor would report the discovery to the Compliance Inspection Contractor (CIC) and follow protocols determined through the PA. | | ✓ | ✓ | ✓ |
| 28 | NRHP-eligible sites, if any are identified, would be protected with a 100-foot buffer. The buffer area would be staked and flagged by a qualified archaeologist as a location outside of the work area. | | ✓ | ✓ | ✓ |
| 29 | Cultural resources (historic or prehistoric site or object) discovered by Peak Minerals, or any person working on their behalf, would be immediately reported to the AO. All operations would be suspended within 300 feet of such discovery until written authorization to proceed is issued by the AO. After initial investigation by an archaeologist, the buffer may be reduced to 100 feet. Discoveries would be handled as determined in the PA. | | ✓ | ✓ | ✓ |
| **Fire Management** | | | | | |
| 30 | Peak Minerals would develop and implement a Site Safety Plan, which includes measures for prevention and suppression of fire. Project personnel would be instructed regarding individual responsibility in implementation of the plan. | ✓ | ✓ | ✓ | ✓ |
| 31 | Peak Minerals and its contractors would notify the BLM of any fires and comply with all rules and regulations administered by the BLM concerning the use, prevention, and suppression of fires on federal lands, including any fire prevention orders that may be in effect at the time of the permitted activity. Peak Minerals or its contractors may be held liable for the cost of fire suppression, stabilization, and rehabilitation if they are the cause of the fire. In the event of a fire, personal safety would be the first priority of Peak Minerals and its contractors | | ✓ | ✓ | ✓ |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| | Table J-1 Applicant Committed Design Features | | | | |
|---|---|---|---|---|---|
| | | **Applicability to the Project** * Not applicable within the playa boundary | | | |
| | **Design Feature** | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 32 | Peak Minerals and its contractors would operate all internal and external combustion engines (for example, off-highway vehicles, chainsaws, generators, and heavy equipment) with a qualified spark arrester. Qualified spark arresters would be maintained and not modified, and meet the Society of Automotive Engineers Recommended Practices J335 or J350. Refer to 43 CFR §8343.1. | | ✓ | ✓ | ✓ |
| 33 | Peak Minerals and its contractors would maintain and clean all equipment regularly to remove flammable debris buildup and prevent fluid leaks that can lead to ignitions. | | ✓ | ✓ | ✓ |
| 34 | Peak Minerals and its contractors would carry at least one shovel, water, and a fire extinguisher rated at a minimum of ABC - 10 pound on each piece of equipment and each vehicle. | | ✓* | ✓* | ✓* |
| 35 | When welding, grinding, cutting or conducting other similar, spark-producing work outside of an enclosed building, choose an area large enough to contain the sparks that is naturally free of all flammable vegetation or remove the flammable vegetation in a manner compliant with the permitted activity. If adequate clearance cannot be made, wet an area large enough to contain all sparks prior to the activity and periodically throughout the activity to reduce the risk of wildfire ignition. Regardless of clearance, maintain readiness to respond to an ignition at all times. In addition, keep one shovel per person and at least one fire extinguisher ready, minimum, as specified above (Design Feature #34) during this activity. | | ✓ | ✓ | ✓ |
| 36 | Peak Minerals and its contractors would keep apprised of current and forecasted weather and fire conditions at http://www.wrh.noaa.gov/firewx/?wfo=slc and take additional fire precautions when fire danger is rated High or greater. Red Flag Warnings for high winds and low humidity are issued by the National Weather Service when fire conditions are most dangerous and ignitions escape control quickly. Extra precautions would be required during these warnings such as additional water, patrols, and tools. When fire danger is rated Extreme and a Red Flag Warning is forecasted, all off-playa activities, including any road improvements, would be shut down. All on-playa activities, activities that take place within the graveled areas at the Processing and Rail Loadout Facilities, and travel on established and regularly-maintained access roads would be exempt from this shutdown. Any exceptions must be approved in advance by the AO. | | ✓* | ✓* | ✓* |
| 37 | Peak Minerals and its contractors would initiate fire suppression actions in the work area to prevent fire spread to or on federally administered lands. If a fire spreads beyond the capability of workers with the stipulated tools, all would cease fire suppression action and leave the area immediately via pre-identified escape routes. | | ✓ | ✓ | ✓ |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Table J-1 Applicant Committed Design Features | | | | |
|---|---|---|---|---|
| | Applicability to the Project * Not applicable within the playa boundary | | | |
| **Design Feature** | Design and Engineering | Construction | Operation and Maintenance¹ | Decommissioning¹ |
| **38** Peak Minerals and its contractors would call **911** or the **Richfield Interagency Fire Center at 435-896-8404** immediately with the location and status of any fire **AND** notify the **BLM Fillmore Field Office at 435-743-3100** immediately to report the incident. | | ✓ | ✓ | ✓ |
| **Geology** | | | | |
| **39** Project facilities would be designed, constructed, maintained, and reclaimed to avoid or minimize the potential for land subsidence and landslides. | ✓ | ✓ | ✓ | ✓ |
| **Hazardous Materials and Solid Wastes** | | | | |
| **40** Peak Minerals would develop and implement a Solid and Hazardous Waste and Hazardous Materials Management Plan, to be approved by the BLM, which would include measures that address the transportation, storage, use, and disposal of hazardous materials used during Project construction, operation, maintenance, and decommissioning. This plan would also address non-hazardous and non-petroleum wastes generated by construction, operation, maintenance, and decommissioning of the Project. | ✓ | ✓ | ✓ | ✓ |
| **41** Peak Minerals would develop a Spill Prevention, Control, and Countermeasures (SPCC) Plan, to be approved by the BLM. The SPCC Plan would be implemented to ensure protection of surface and ground water resources, prevent spills of petroleum products, and identify response procedures. Specific measures would prohibit vehicle refueling or maintenance areas within 100 feet from any stream bank or wetland, canal, or other drainage feature outside of the Sevier Playa. Contaminated soil from accidental spills would be cleaned up immediately as required by regulation. | ✓ | ✓ | ✓ | ✓ |
| **42** Hazardous materials usage, storage, and disposal would comply with applicable local, state, and federal environmental laws and regulations. | | ✓ | ✓ | ✓ |
| **43** Hazardous materials would be stored in a manner that provides secondary containment. Where space allows, transfer of hazardous materials would also occur within secondary containment. Personnel would be trained in the proper handling, use, storage, and cleanup of hazardous chemicals used for the Project. | | ✓ | ✓ | ✓ |
| **44** Hazardous materials spill mitigation, cleanup, and disposal procedures would be in place, including EPA spill notification quantities and contact information. | | ✓ | ✓ | ✓ |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| | | | Applicability to the Project<br>* Not applicable within the playa boundary | | | |
|---|---|---|:---:|:---:|:---:|:---:|
| | **Design Feature** | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 45 | Routine maintenance of vehicles and equipment would be restricted to locations authorized for such use by the BLM. Only emergency repairs of vehicles and equipment would take place away from authorized locations. Disabled/inoperative vehicles or equipment would typically be trucked or towed to authorized locations for repair. | | | ✓ | ✓ | ✓ |
| 46 | It would be necessary and practical for heavy equipment left on the site during construction, operation, maintenance, or decommissioning to be refueled in place. Peak Minerals and its contractors would implement standard refueling procedures, including spill prevention practices. Each fueling station would be equipped with a spill kit and would be operated consistent with SPCC requirements. | | | ✓ | ✓ | ✓ |
| 47 | Fuel trucks would be equipped with automatic shut-off valves and would carry spill kits, and spill protection measures would be in place. | | | ✓ | ✓ | ✓ |
| 48 | No personal or light-duty vehicles would be refueled on the site, except at locations authorized by the BLM. The equipment refueling section of the SPCC Plan would identify authorized methods and locations for refueling. | | | ✓ | ✓ | ✓ |
| 49 | Vehicle drip pans would be used for overnight parking of non-passenger vehicles. | | | ✓ | ✓ | ✓ |
| **Land Management** | | | | | | |
| 50 | The Project would be subject to valid prior existing ROWs, and its construction, operation, maintenance, and decommissioning would be coordinated with other ROW holders and adjacent non-federal landowners. | | ✓ | ✓ | ✓ | ✓ |
| 51 | Peak Minerals would provide notification and would obtain any necessary encroachment permit or approval from operators of pipelines, transmission lines, railroads, state or county roads, and other existing ROWs to be crossed or paralleled by Project facilities. The BLM would provide the names and addresses for existing ROW holders and applicants for pending ROWs to Peak Minerals. A letter, reviewed by the BLM, would be sent by Peak Minerals to the ROW holders and applicants. Peak Minerals would provide the BLM with documentation (a copy of the final letter and recipient list) that contact was made and copies of any agreements reached. Prior to commencing construction, the contractors would notify utility companies with existing lines near Project facilities (via the One-Call system or similar utility notification system) for field marking. | | ✓ | ✓ | ✓ | ✓ |

**Table J-1 Applicant Committed Design Features**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Table J-1 Applicant Committed Design Features | | | | | |
|---|---|---|---|---|---|
| | | **Applicability to the Project** * Not applicable within the playa boundary | | | |
| | **Design Feature** | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 52 | Protection of Survey Corner and Boundary Line Markers: The responsible party (Peak Minerals) would identify and protect evidence of the Public Land Survey System (PLSS) and related federal property boundaries prior to commencement of any ground-disturbing activity. The AO would contact BLM Cadastral Survey to coordinate data research, evidence examination and evaluation, and locating, referencing, or protecting monuments of the PLSS and related land boundary markers from destruction. In the event of obliteration or disturbance of the federal boundary evidence, the responsible party would immediately report the incident in writing to the AO. BLM Cadastral Survey would determine how the marker would be restored. In rehabilitating or replacing the evidence, the responsible party would reimburse the BLM for the costs or, if instructed to use the services of a Certified Federal Surveyor, procurement would be per qualification-based selection. All surveying activities would conform to the Manual of Surveying Instructions and appropriate state laws and regulations. BLM Cadastral Survey would review local surveys before being finalized or filed in the appropriate state or county office. The responsible party would pay for all survey, investigation, penalties, and administrative costs. | | ✓ | ✓ | ✓ |
| **Livestock Grazing** | | | | | |
| 53 | The BLM would be notified 15 days prior to construction on an allotment so affected livestock permittees could be contacted. Construction activities during April and October would take precautions to avoid sheep trailing along Black Rock and Crystal Peak Roads. | | ✓* | ✓* | ✓* |
| 54 | Gates on established roads on public lands would be left open or closed, as found, or as designated by the AO. | | ✓* | ✓* | ✓* |
| 55 | Peak Minerals would minimize disturbance to existing fences and other improvements and would promptly repair damaged improvements to their original state or better. If fences need to be disturbed, they would be braced and secured to prevent loss of tension before cutting. Gates and cattle guards would be installed or replaced as required. If cattle guards, fences, or gates are damaged by Peak Minerals or its contractors, they would be repaired or replaced to their original conditions, as required by the BLM. Temporary gates would be installed only with the permission of the BLM. | | ✓* | ✓* | ✓* |
| 56 | Cuts or breaks in fences or natural barriers used for livestock control would be temporarily fenced to prevent passage of livestock during construction activities. After construction is completed in that area, the original fence or natural barrier would be reestablished to pre-construction conditions. | | ✓* | ✓* | ✓* |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| | **Table J-1 Applicant Committed Design Features** | | | | |
|---|---|---|---|---|---|
| | | **Applicability to the Project**<br>\* Not applicable within the playa boundary | | | |
| | **Design Feature** | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 57 | Stock watering pipelines that must be crossed by construction activities would be marked in advance for avoidance as appropriate. Any cut or damaged pipelines to stock watering features would be repaired immediately. | | ✓* | ✓* | ✓* |
| 58 | The Project would be designed to avoid disruption of the flow of water to stock watering reservoirs and to avoid disturbance that would prevent them from functioning properly. | | ✓* | ✓* | ✓* |
| 59 | Revegetation of disturbed areas would be designed on a site-specific basis in consultation with the BLM to maintain or enhance the value of grazing allotments. | | ✓* | ✓* | ✓* |
| 60 | Peak Minerals would notify Project personnel and contractors when livestock are grazing along the roadway and that extra caution is required to avoid collisions. Speed limits would be reduced, if necessary, when livestock are present along Project roads. If a vehicle collision with livestock does occur, Peak Minerals would notify the BLM as soon as practical. The BLM would notify the permittee. Peak Minerals would be responsible for removing the carcass after the BLM is notified, to prevent attracting wildlife along the roadway and causing additional hazards. Peak Minerals would be responsible for compensating the permittee for the value of any livestock killed or injured by Project personnel and contractors. | | ✓* | ✓* | ✓* |
| **Noise** | | | | | |
| 61 | Equipment would be properly muffled. | | ✓ | ✓ | ✓ |
| **Noxious Weeds** | | | | | |
| 62 | Peak Minerals would develop and implement a Noxious Weed Management Plan, to be approved by BLM, to control, manage, and prevent the introduction or spread of noxious weeds and invasive species by Project construction, operation, maintenance, or decommissioning. | ✓ | ✓ | ✓ | ✓ |
| 63 | State-designated noxious weeds or others listed by Millard County that are found prior to or during construction would be avoided or treated prior to disturbance. | | ✓* | | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Table J-1 Applicant Committed Design Features | | | | | |
|---|---|---|---|---|---|
| | | | **Applicability to the Project**<br>* Not applicable within the playa boundary | | |
| | **Design Feature** | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 64 | Prior to entering BLM lands, all equipment would be cleaned of soils, seeds, vegetative matter, or other debris that could contain noxious weed seeds. Designated wash stations would be established at key locations to assure vehicles entering federal lands are cleaned and weed free. Any vehicles working off-road in an area of known noxious weed infestation would be washed before leaving the area. Daily washing would not be required for vehicles that are only traveling to and from the Project and have not entered an area with a known noxious weed infestation. | | ✓* | ✓* | ✓* |
| 65 | Gravel, sand, and other materials brought in for road and other Project activities would be weed-free to the greatest extent possible. | ✓* | ✓* | ✓* |
| 66 | After construction, all areas of soil disturbance would be monitored for noxious weeds and invasive species as outlined in the Noxious Weed Management Plan. Infested areas would be inventoried, mapped (using Global Positioning Systems [GPS]), and treated. Weed control measures would be initiated according to the Noxious Weed Management Plan upon evidence of noxious weed or invasive species introduction. Treatment would be completed during the first growing season following completion of construction to ensure that weed populations are controlled. Noxious weed control would continue during the revegetation process and operation, maintenance, and decommissioning phases of the Project. | ✓* | ✓* | ✓* |
| 67 | Weed control would consist of the appropriate manual, mechanical, biological, and chemical methods. If herbicides are used, their use would be coordinated with the BLM. All herbicide applications would be performed in accordance with federal, state, and local regulation, and in compliance with the BLM requirements. If needed, a Pesticide Use Proposal (PUP) would be submitted to the BLM for approval prior to any chemical treatment. It is the BLM's responsibility to monitor pesticide applications on public land, to ensure the product label and approved PUP are followed, and the PUP is completed. To comply with this requirement, the BLM would be notified when spraying/treating on public land would occur, and all completed Daily Pesticide Application Records would be sent to the BLM within 24 hours after treatment. Pesticides would be applied by a certified licensed applicator in strict accordance with the product label, the PUP, and design features outlined in the EIS and ROD. Pesticides would not be permanently stored on public lands. | ✓* | ✓* | ✓* |
| **Paleontology** | | | | | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| | Table J-1 Applicant Committed Design Features | | | | |
|---|---|---|---|---|---|
| | | **Applicability to the Project** * Not applicable within the playa boundary | | | |
| | **Design Feature** | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 68 | Peak Minerals would immediately notify the AO of any paleontological resources discovered during construction, operations, maintenance, or decommissioning, protect the discovery from damage or looting, and suspend all activities within 300 feet of such discovery until written authorization to proceed is issued by the AO. Peak Minerals is not required to suspend operations if activities can avoid further effects to a discovered locality or be continued elsewhere. | | ✓ | ✓ | ✓ |
| 69 | The AO would evaluate, or would have evaluated, such discoveries as soon as possible but not later than 10 working days after being notified. Appropriate measures to mitigate adverse effects to important paleontological resources would be determined by the AO after consulting with Peak Minerals. Approval for the Project to proceed would be granted when recovery of the fossil material and field data is completed. | | ✓ | ✓ | ✓ |
| 70 | Peak Minerals would be responsible for the cost of any investigation necessary for the evaluation and mitigation of paleontological resources. Peak Minerals would not be responsible for the cost of recovery outside of the approved area of disturbance plus a 50-foot buffer, even if the paleontological resource continues outside that area. | | ✓ | ✓ | ✓ |
| **Reclamation** | | | | | |
| 71 | Peak Minerals would develop and implement a Reclamation Plan, to be approved by the BLM, which would address both interim reclamation of temporary construction disturbance and final reclamation during Project decommissioning. | ✓ | ✓ | ✓ | ✓ |
| 72 | Following construction, areas that have been temporarily disturbed by grading or other construction activities would be returned to the original contours of the land, consistent with future operating needs, as approved by the BLM. Reclamation work may consist of re-contouring eroded areas, extending water bars, creating berms, installing rock barriers, establishing vegetation, applying mulch to provide additional erosion control, and other activities as required by the AO. Reclamation would begin as soon as practical after construction is complete to minimize the potential for erosion, except that re-seeding may be deferred until the fall following completion of construction to improve the opportunity for successful seed germination. | | ✓* | ✓* | ✓* |
| 73 | Seed mixes and seeding methods would be determined by the AO, in consultation with the BLM's Rangeland Management Specialist. Seed mixes would be appropriate for different soil types and ecological sites. Revegetation on private lands would occur according to landowner specifications. When broadcast seeding is used, it would be followed by raking or harrowing to cover the seed. Should an area be broadcast seeded, the seeding rate would be doubled unless the soil is disturbed sufficiently following seeding to cover the seed with soil. | | ✓* | ✓* | ✓* |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| | | Applicability to the Project *Not applicable within the playa boundary | | | |
|---|---|---|---|---|---|
| | **Design Feature** | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| **74** | Trees, brush, other woody material, and rocks removed during construction would be placed in designated areas for later use in reclamation, at the AO's direction. Peak Minerals would pull these materials back over disturbed areas following construction to aid in erosion control, create wildlife habitat, and discourage OHV use of the disturbed areas. | | ✔* | ✔* | ✔* |
| **Soil and Water Resources** | | | | | |
| **75** | A Stormwater Pollution Prevention Plan (SWPPP), to be approved by the BLM, would be prepared for the UPDES permit(s) required for the Project. The SWPPP would include best management practices to ensure compliance with applicable regulations and to prevent offsite migration of contaminated stormwater or increased soil erosion. Construction practices would comply with the UPDES permit(s) and SWPPP. Construction, operation, maintenance, and decommissioning crew supervisors would ensure compliance with SWPPP guidelines to stabilize disturbed soils and minimize erosion and sedimentation. Erosion control measures would be implemented in areas where surface disturbance or slope leave the soil open to wind or water erosion. Erosion control methods may include construction of water diversion structures and site-specific applications of mulch or other materials as approved by the AO to dissipate water flow as needed to control surface water runoff across disturbed areas. | | ✔* | ✔* | ✔* |
| **76** | Topsoil that is suitable for reclamation would be removed in conjunction with clearing and grading and reserved in shallow windrows for use in reclamation of temporarily disturbed areas. The depth of topsoil segregation would depend on the soil type and would be determined by Peak Minerals, its contractors, or the CIC (as applicable), with approval by the AO. Erosion control measures would be used in areas where surface disturbance or slope leave the stockpiled soil susceptible to wind or water erosion. | ✔* | ✔* | ✔* | ✔* |
| **77** | Inspections would be conducted to monitor the success and maintenance of erosion control measures. The monitoring program would identify problem areas and corrective measures to ensure vegetation cover and erosion control. | ✔* | ✔* | ✔* | ✔* |
| **78** | Concrete trucks would not be washed out on public lands except at designated sites where washout materials would be handled in accordance with the SWPPP. The designated sites would be reclaimed in accordance with the Reclamation Plan once work is completed. Concrete would be disposed of at an authorized location and would not be disposed of in drains, inlets, stormwater drainages, or watercourses. | | ✔* | ✔* | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| | Table J-1 Applicant Committed Design Features | | | | |
|---|---|---|---|---|---|
| | | **Applicability to the Project**<br>* Not applicable within the playa boundary | | | |
| | **Design Feature** | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 79 | Peak Minerals would develop and implement a Blasting Plan, to be approved by the BLM, if blasting is deemed necessary at any point during construction, operation, maintenance, or decommissioning of the Project. The Blasting Plan would include notification and safety measures, as well as monitoring (pre- and post-blasting) of springs or other groundwater sources near blasting areas. | ✓ | ✓ | ✓ | ✓ |
| **Transportation and Access** | | | | | |
| 80 | Peak Minerals would develop and implement a Transportation and Traffic Management Plan, to be approved by the BLM, which describes regional and local access routes and affected roadways, traffic volumes, pavement conditions, and traffic design features. It would also discuss traffic and circulation within and in the immediate vicinity of Project facilities. | ✓ | ✓ | ✓ | ✓ |
| 81 | Existing roads would be used to the extent possible to minimize new disturbance. Overland vehicle traffic through undisturbed areas would be minimized. Unless authorized by the AO, travel would be restricted to public roads, authorized existing roads, and the ROWs. Where appropriate, Peak Minerals would upgrade or maintain authorized existing roads using the standards outlined in BLM Road Manual 9113. | | ✓* | ✓* | ✓* |
| 82 | Nighttime travel would be minimized to reduce the potential for vehicle collisions with wildlife and livestock. | | ✓ | ✓ | ✓ |
| 83 | The at-grade crossings and associated warning devices would be designed and constructed to achieve compliance with UDOT standards. A New Rail Crossing Application, including a development plan and preliminary engineering drawings, would be submitted to UDOT to begin the approval process. | ✓ | ✓ | | |
| 84 | Design and construction of the Rail Loadout Facility access roads and the Rail Spur Access Corridor would be coordinated with Millard County staff to achieve compliance with county standards and with the BLM to achieve compliance with design standards in BLM Road Manual 9113. | ✓ | ✓ | | |
| 85 | All roads to be used by the Project would be evaluated based on the frequency and weight of Project vehicles that are anticipated to travel each road. A table would be developed and placed in the Transportation and Traffic Management Plan and SWPPP for the Project. The table would identify any requirements for maintenance or improvements that may be needed to accommodate the anticipated use and loading. Road improvements would include construction of proper subgrade and addition of a wear course, where appropriate. | ✓* | | | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Table J-1 Applicant Committed Design Features | | | | | |
|---|---|---|---|---|---|
| | | Applicability to the Project <br> * Not applicable within the playa boundary | | | |
| | **Design Feature** | Design and Engineering | Construction | Operation and Maintenance¹ | Decommissioning¹ |
| 86 | This design feature applies to roads that would not be improved or maintained. Travel on these roads would be avoided to the extent practicable during periods when the soil is too wet to support equipment adequately, as evidenced by the creation of ruts in excess of four inches deep. The Transportation and Traffic Management Plan would identify measures to minimize rutting (for example, placement of mats or gravel), if equipment creates ruts more than 4 inches deep. If Project activities create any ruts deeper than 4 inches, the AO would be notified. Damage to soils, including compaction, rutting, and displacement, would be repaired as described in the Transportation and Traffic Management Plan. | | ✓* | ✓* | ✓* |
| 87 | This design feature applies to roads that would be improved and maintained. If at any time during the life of the Project, equipment creates ruts that penetrate the native soil or wear course and start to damage the native soil or subgrade, localized activities would be halted and repairs made. Ruts more than 4 inches deep would be repaired regularly to ensure a smooth and stable road surface. | | ✓* | ✓* | ✓* |
| 88 | Oversize loads greater than 16 feet in width would require permits and police escorts. | | | | |
| 89 | Peak Minerals would plan for safe and accessible conditions at roadway crossings and access points during construction, operation, maintenance, and decommissioning of the Project. | | ✓* | ✓* | ✓* |
| 90 | For public safety, appropriate road signs such as "Caution Heavy Truck Traffic" or "Be Prepared to Stop" would be used during construction, operation, maintenance, and decommissioning of the Project. Flaggers would be used when required by existing law. | | ✓* | ✓* | ✓* |
| 91 | Equipment and material hauling would be performed in such a manner as to prevent damage to areas outside the Project and to minimize interference with normal uses of lands crossed. | | ✓* | ✓* | ✓* |
| 92 | Permanent roads and parking areas would be constructed to provide drainage and minimize erosion. Gravel, rock, or other appropriate surfacing materials would be applied if needed, subject to BLM approval. Culverts would be installed if necessary to maintain drainage. | | ✓* | ✓* | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| | Table J-1 Applicant Committed Design Features | | | | |
|---|---|:---:|:---:|:---:|:---:|
| | | Applicability to the Project *Not applicable within the playa boundary | | | |
| | Design Feature | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 93 | Peak Minerals would conduct regular inspections to identify road problems such as ruts, holes, crown-and-ditch elements, standing water on the road surface, surfacing materials, blockage of water flowing into and discharging from culverts, interim reclamation, and control of noxious and invasive weeds. Inspections would be conducted following rapid snowmelt and prolonged rain events. Maintenance activities may include, but would not be limited to, blading, resurfacing, dust abatement, spot repairs, placement of rock or gravel, culvert cleaning, noxious and invasive weed control, reseeding, regrading, and snow removal, as approved by the BLM. The road surface and shoulders would be kept in a safe and usable condition and would be maintained in accordance with the original construction standards. All drainage ditches and culverts would be kept clear and free flowing and would be maintained according to original construction standards. | | ✓ | ✓ | ✓ |
| **BLM Sensitive Plant Species** | | | | | |
| 94 | If a sensitive plant species that could be affected or disturbed is discovered during the course of Project construction, operation, maintenance, or decommissioning, the AO would be immediately notified. All ground-disturbing activities that may affect the resource would immediately cease until the AO issues written authorization to proceed. The AO, in coordination with the BLM's Threatened and Endangered Species Plants Specialist would develop and implement appropriate mitigation measures. | | ✓ | ✓ | ✓ |
| **Wildlife** | | | | | |
| 95 | Peak Minerals would develop and implement an Adaptive Wildlife Management Plan, to be approved by the BLM, to guide the evaluation of information collected during wildlife monitoring and to inform management of wildlife resources. Operational monitoring and reporting would be conducted as described in the Adaptive Wildlife Management Plan. Peak Minerals would provide the monitoring results to, and consult with, the BLM regarding potential management decisions regarding unanticipated effects to wildlife. | ✓ | ✓ | ✓ | ✓ |
| 96 | All power and communication lines, including structures and substations, would be designed to minimize the potential for adverse avian interactions, including collision and electrocution. Avian protection measures would be consistent with guidance provided by the Avian Power Line Interaction Committee (APLIC) and the USFWS (APLIC 2006, 2012). | ✓ | ✓ | ✓ | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Table J-1 Applicant Committed Design Features | | | | |
|---|---|---|---|---|
| | **Applicability to the Project**<br>* Not applicable within the playa boundary | | | |
| **Design Feature** | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| **97** Pre-construction biological clearance surveys for avian and other terrestrial resources would be conducted for wildlife species identified as having the potential to occur in the area or to be affected by the Project. The details of these surveys would be coordinated with the BLM, USFWS, and UDWR. If special-status species are encountered during the pre-construction surveys or construction, appropriate design features or mitigation measures would be implemented to avoid or minimize any anticipated effects. Prior to the surveys, permits for federal and state land and rights-of-entry to privately owned land would be obtained. Design features or mitigation measures could include, but are not limited to, avoidance of specific areas during the construction process or modification of facility locations to avoid or minimize effects. | ✓ | ✓ | ✓ | ✓ |
| **98** Appropriate seasonal and spatial buffers would be placed on all known and discovered raptor (eagle, falcon, hawk, and owl) nests in accordance with Utah Field Office Guidelines for Raptor Protection from Human and Land use Disturbances (USFWS 2002) and Best Management Practices for Raptors and their Associated Habitats in Utah (BLM 2006). Construction activities would not occur within these buffers if pre-construction monitoring indicates the nests are active, unless a site-specific evaluation is completed prior to construction and a BLM wildlife biologist, in coordination with USFWS and UDWR, recommends that activities may proceed. The BLM would coordinate with the USFWS and UDWR and have a recommendation within 3 to 5 business days of notification. Any construction activities authorized within a spatial or seasonal buffer for raptors would require an on-site monitor. If there are any indications that activities are adversely affecting the raptor or its young, the on-site monitor would suspend activities and contact the AO immediately. Construction may be considered within the buffers of inactive nests, after coordination with the BLM, if proper surveys have been completed and have shown that the nest is unoccupied, has become unsuccessful, or young have fledged and are no longer dependent on the nest. | | ✓ | ✓ | ✓ |
| **99** Existing roads would be used to the extent possible for access and linear components of the Project, such as power and communication lines, the Natural Gas Pipeline, and water supply pipelines, to minimize disturbance, loss, and fragmentation of wildlife habitat, unless approved by the AO. Site clearing would be limited to the minimum time, duration, and space necessary. Clearing of sagebrush shrubland, a high-value habitat type that is increasingly rare in the Project vicinity, would be limited to the greatest extent practicable. | ✓* | ✓* | ✓* | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Table J-1 Applicant Committed Design Features | | | | | |
|---|---|---|---|---|---|
| | **Design Feature** | Design and Engineering | Construction | Operation and Maintenance† | Decommissioning† |
| 100 | At the end of each workday, all excavated holes and trenches that may trap wildlife would be inspected before backfilling. If backfilling is not feasible, excavations would be sloped at the ends to provide escape ramps or covered to completely prevent access by wildlife. Before work commences, excavation areas would be inspected and any wildlife removed. | | ✓* | ✓* | ✓* |
| 101 | Construction, operation, maintenance, and decommissioning of the Project would be conducted in a manner that does not cause "take" as defined by the applicable law(s) for each wildlife species. Any take or wildlife problems would be reported to the BLM biologist as soon as practicable. All wildlife are to be appreciated and given space to carry out their biological/ecological activities. | | ✓ | ✓ | ✓* |
| 102 | A litter control program would be implemented to reduce the attractiveness of Project facilities to opportunistic predators such as common ravens, coyotes, and kit fox. All domestic trash would be promptly placed in covered containers that would be removed on a regular basis for disposal at an authorized facility. | | ✓ | ✓ | ✓ |
| 103 | Peak Minerals would attempt to avoid or minimize ground-disturbing activities, noise, and light during the migratory bird nesting season (March 1 through July 30) so as not to disturb nesting avian species during the critical nesting season. Anticipating that ground-disturbing activities may be proposed during the migratory bird nesting season, Peak Minerals would develop a migratory bird nest survey protocol and nest avoidance program to mitigate disturbance to nesting migratory birds. The nest survey protocol and nest avoidance program would be included in the Adaptive Wildlife Management Plan, which would be reviewed by the BLM, UDWR, and USFWS, and approved by the BLM. | | ✓* | ✓* | ✓* |
| 104 | To prevent and avoid birds becoming entrapped, all vertical pipes that would not allow a bird to exit would be permanently capped. | | ✓ | ✓ | ✓ |
| 105 | All open pipes, culverts, and similar Project features greater than 4 inches in diameter would be inspected prior to disturbance or removal to avoid trapping, injuring, or killing kit foxes. | | ✓ | ✓ | ✓ |

Applicability to the Project
* Not applicable within the playa boundary

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Table J-1 Applicant Committed Design Features | | | | | |
|---|---|---|---|---|---|
| | | **Applicability to the Project** *Not applicable within the playa boundary | | | |
| | **Design Feature** | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 106 | Over the term of the authorization for the Project, information regarding a plant or animal species may change. If the status of a species changes (for example, a species is proposed for listing or becomes listed under the ESA, or is added to the BLM's Special Status Species list), the BLM would notify Peak Minerals. The BLM and Peak Minerals would discuss the potential for construction, operation, maintenance, or decommissioning to affect the species and any appropriate design features or mitigation measures. Should it be determined by the BLM that construction, operation, maintenance, or decommissioning may adversely affect a federally listed (ESA) species, consultation with the USFWS would be initiated. | | ✓ | ✓ | ✓ |
| 107 | Fences would be constructed according to BLM standards (BLM Handbook H-1741-1). Wire spacing and type would comply with BLM specifications, including a smooth lower wire and sufficient clearance to allow passage of pronghorn. Metal fence posts with white tips would be used for visibility and to minimize perch locations for raptors. In areas of high wildlife migration, new fence wires would be flagged during construction to be conspicuous. Post spacing, number of stays, and other fence specifications would be determined based on site conditions. This measure does not apply to security or other fencing that is specifically designed to exclude wildlife (for example, at the Processing Facility, Rail Loadout Facility, North Playa Substation, etc.). | | ✓* | ✓* | |
| 108 | Roadways would be monitored for carcasses of wildlife or livestock that have collided with vehicles. Carcasses would be removed immediately (within 24 hours of discovery) to the extent practical. Peak Minerals would coordinate in advance with the UDWR and USFWS to obtain all required permits to avoid delays in carcass removal. | | ✓* | ✓* | ✓* |
| 109 | If direct disturbance of active burrows or dens of any special-status species is necessary, it would occur outside critical breeding periods according to species biology, unless approved by the AO. Physical destruction of known, active kit fox or burrowing owl burrows would be avoided wherever possible. No other burrows, regardless of activity classification, would be destroyed unnecessarily. | | ✓* | ✓* | ✓* |

* Not applicable within the playa boundary.
[1] During operations, maintenance, and decommissioning, some design features would only apply to the initiation of new activities.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# Appendix K

**Peak Minerals' Exploration Features as of 12-31-2023**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Peak Minerals' Exploration Features as of 12-31-2023**

As described above in the Reclamation Plan, Peak Minerals has completed various exploration activities to support plans for development of the Sevier Playa Project.

An exploration EA was completed by the BLM later in 2011, and initial exploration activities were conducted by Peak Minerals in 2011-2012. Subsequent resource evaluation, environmental monitoring, and Project planning activities occurred on and adjacent to the playa in 2013, 2015, 2017-2019, and 2023. Exploration activities are ongoing on-playa and off-playa under both the BLM and UDOGM's approvals. The UDOGM Exploration Notices include: E/027/0080, E/027/0084, and E/027/0094 on BLM lands and E/027/0078 and E/027/0095 on TLA lands.

Exploration has included monitoring well and drillhole installation, geotechnical work, test trenches, installation of pilot-test berms and ponds, construction of a storage yard and warehouse, and construction of staging and playa access areas.

The Reclamation Plan, **Figure 5,** shows the existing exploration features developed by Peak Minerals, including those that have not been fully reclaimed, that are part of currently-approved UDOGM notices and BLM-approved actions and listed in **Table K.1** below.

All of the exploration features are currently bonded for either through the BLM or UDOGM.

**Monitoring Wells**

Peak Minerals installed groundwater monitoring wells in 2012 through 2023. Wells were installed to aid in understanding the hydrology of the playa and adjacent strata. These wells are Peak Minerals' responsibility because they were drilled during exploration. Peak Minerals has conducted reclamation actions for disturbance at these sites, but the wells themselves were left in-place to be considered for long-term monitoring and have, therefore, not been reclaimed or abandoned. The locations of the Peak Minerals wells are shown in the Reclamation Plan, Figure 5 and are listed **Table K.1** and includes the wells depth.

Monitoring wells specific final reclamation measures include:

- Remove and reuse or recycle equipment or take them to a permitted landfill for disposal.
- Monitoring wells located off-playa will be plugged and abandoned according to Utah Administrative Code Rule R655-4.
- Monitoring wells located on-playa will be plugged and abandoned according to UDOGM approved plugging variances, dated June 22, 2011 and June 6, 2012.
- For areas off-playa, if necessary, the disturbed area around the well head and access routes will be scarified. Any ruts will be regraded and any lot or fencing removed. Any removed topsoil will be redistributed. The area will be reseeded via hand broadcast or with a hydro-mulcher, with an approved landowner, land manager or applicable regulatory agency seed mix conducive to the area.

**Drill Holes**

Peak Minerals has conducted extensive exploration on the playa under UDOGM and BLM approvals. All drillholes completed to date are either being used for on-going research or have been plugged in

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

accordance with the appropriate approvals. Existing drill holes are shown in the Reclamation Plan **Figure 5** (as of December 31, 2023) and are detailed in Table K.1.

Drill holes specific final reclamation measures include:

- Monitoring wells located on-playa will be plugged and abandoned according to UDOGM approved plugging variances, dated June 22, 2011 and June 6, 2012.

**Geotechnical Holes**

Peak Minerals has completed geotechnical investigations on and off-playa and include borings and cone penetration tests. Additional borings exist as monitoring well drilling was attempted but were found to be dry. Existing geotechnical holes and borings are shown in the Reclamation Plan **Figure 5** (as of December 31, 2023) and are detailed in Table K.1.

Geotechnical holes specific final reclamation measures include:

- Those holes located on-playa will be plugged and abandoned according to UDOGM approved plugging variances, dated June 22, 2011 and June 6, 2012.
- Those holes located off-playa at the rail facility will be backfilled. Due to cultural sensitivity, the area will not be reseeded.

**Test Trenches**

Site investigations on-playa have included a series of test trenches along the playa edge, as well as test trenches near the production ponds. Existing test trenches are shown in the Reclamation Plan **Figure 5** (as of December 31, 2023) and are detailed in Table K.1. During reclamation the test trenches will be backfilled and the area smoothed, if necessary.

**Pilot-test Berms and Ponds**

Pilot-test berms and ponds were constructed to aid in engineering design of the project. Existing test trenches are shown in the Reclamation Plan **Figure 5** (as of December 31, 2023) and are detailed in Table K.1. During reclamation the berms will be regraded and the area smoothed, if necessary.

**Storage Yard and Warehouse**

The leases controlled by Peak Minerals had no permanent structures until construction of a warehouse and storage area near the southern end of the playa by Peak Minerals, under exploration notice E/027/0078. This warehouse and storage area is used to aid in exploration activities.

The warehouse and storage area final reclamation measures include:

- All buildings, equipment, and gravel will be removed and will either be reused, recycled or taken to a permitted landfill for disposal

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

- The disturbed area will be scarified. Any ruts will be regraded and any lot or fencing removed. The area will be reseeded via hand broadcast or with a hydro-mulcher, with an approved landowner, land manager or applicable regulatory agency seed mix conducive to the area.

**Staging and Playa Access Areas**

Reclamation in these areas may include rut and tire mark removal, removal of lot locators and fencing, and hand broadcast seeding to replace any damaged or removed vegetation.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Peak Minerals, Inc: Sevier Playa Potash Project**

Appendix K

**Peak Minerals - Project Open and Reclaimed Exploration Features**                    2024

| Excavation / Drilling ID | Exploration Type | Landowner | X_UTM12N NAD83 (meters) | Y_UTM12N NAD83 (meters) | Located On / Off Playa | Located On / Off Lease | Date Excavated / Drilled | Date Backfilled / Reclaimed / Open | Dimensions Well/Hole Depths or Area (L x W x D) (ft) | BLM UTU # Reference | DOGM Reference Document | BLM Document Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2011 - 2013 NOI Completed Exploration Work:** | | | | | | | | | | | | |
| PDH4 | Trench | BLM | 322319.0 | 4323690.0 | On | On | 2013 | 8/2013 | 50 x 4 x 20 | UTU-88387 | E/027/0080 | 2013 Sevier Lake Hydrology Test Program Summary |
| NP-TT11 | Trench | BLM | 318405.0 | 4312826.0 | On | On | 2013 | 8/2013 | 25 x 4 x 20 | UTU-88387 | E/027/0080 | 2013 Sevier Lake Hydrology Test Program Summary |
| SP-TT10A | Trench | BLM | 308152.9 | 4293985.9 | On | On | 2013 | 8/2013 | 25 x 4 x 20 | UTU-88387 | E/027/0080 | 2013 Sevier Lake Hydrology Test Program Summary |
| SP-TT10B | Trench | BLM | 308152.2 | 4293985.3 | On | On | 2013 | 8/2013 | 25 x 4 x 20 | UTU-88387 | E/027/0080 | 2013 Sevier Lake Hydrology Test Program Summary |
| SP-TT12 | Trench | BLM | 308237.3 | 4297509.1 | On | On | 2013 | 8/2013 | 25 x 4 x 20 | UTU-88387 | E/027/0080 | 2013 Sevier Lake Hydrology Test Program Summary |
| Trench 8 | Trench | BLM | 305825.1 309744.90 | 4183507.3 4182554.20 | On | On | 4/24/2012 | 2012 | 50 x 10 x 20 | UTU-88387 | E/027/0080 | 2012 IGES Geotechnical Investigation Data Report |
| TB221216W2 | Direct Push | TLA | 309151.1 | 4308165.6 | On | On | 8/19/2011 | 6/2012 | 40.5 | NA | E/027/0078 | NA |
| TB221232CC1 | Direct Push | TLA | 306644.1 | 4303546.8 | On | On | 8/17/2011 | 6/2012 | 39.0 | NA | E/027/0078 | NA |
| TB221232DD1 | Direct Push | TLA | 306611.7 | 4302750.2 | On | On | 8/17/2011 | 6/2012 | 36.0 | NA | E/027/0078 | NA |
| TB221232CC2 | Direct Push | TLA | 307469.6 | 4303533.3 | On | On | 8/18/2011 | 6/2012 | 40.0 | NA | E/027/0078 | NA |
| TB231216II1 | Direct Push | TLA | 308170.7 | 4298671.1 | On | On | 8/15/2011 | 6/2012 | 48.5 | NA | E/027/0078 | NA |
| TB231216JJ1 | Direct Push | TLA | 308094.8 | 4297905.6 | On | On | 8/15/2011 | 6/2012 | 46.0 | NA | E/027/0078 | NA |
| TB231232OO1 | Direct Push | TLA | 307564.0 | 4294035.1 | On | On | 8/7/2011 | 6/2012 | 40.5 | NA | E/027/0078 | 2012 IGES Geotechnical Investigation Data Report |
| TB231236OO8 | Direct Push | TLA | 312918.0 | 4293707.3 | On | On | 8/5/2011 | 6/2012 | 51.0 | NA | E/027/0078 | NA |
| TB231236PP10 | Direct Push | TLA | 313812.5 | 4292925.6 | On | On | 8/4/2011 | 6/2012 | 50 | NA | E/027/0078 | NA |
| TB241202QQ7 | Direct Push | TLA | 311267.3 | 4292100.6 | On | On | 8/2/2011 | 6/2012 | 48.5 | NA | E/027/0078 | NA |
| TB241202QQ8 | Direct Push | TLA | 312096.7 | 4292134.3 | On | On | 8/6/2011 | 6/2012 | 53.0 | NA | E/027/0078 | NA |
| DP1-11-135 | Direct Push | TLA | 318323.5 | 4307438.8 | On | On | 11/17/2011 | Open | 30 | NA | E/027/0078 | NA |
| B-1 | Auger | TLA | 308966.0 | 4288966.0 | Off | Off | 3/26/2013 | 3/27/2013 | 151.5 | NA | E/027/0078 | 2013 IGES Geotechnical Investigation Data Report |
| B-2 | Auger | TLA | 308977.0 | 4288331.0 | Off | Off | 3/28/2013 | 3/27/2013 | 51.5 | NA | E/027/0078 | 2013 IGES Geotechnical Investigation Data Report |
| B-3 | Auger | TLA | 308762.0 | 4288292.0 | Off | Off | 3/28/2013 | 3/29/2013 | 82 | NA | E/027/0078 | 2013 IGES Geotechnical Investigation Data Report |
| B-4 | Auger | TLA | 308808.0 | 4288130.0 | Off | Off | 3/29/2013 | 3/30/2013 | 51.5 | NA | E/027/0078 | 2013 IGES Geotechnical Investigation Data Report |
| CPT-01 | CPT | TLA | 309012.4 | 4288647.2 | Off | Off | 3/25/2013 | 3/25/2013 | 55.1 | NA | E/027/0078 | 2013 IGES Geotechnical Investigation Data Report |
| CPT-02 | CPT | TLA | 308976.7 | 4288366.7 | Off | Off | 3/25/2013 | 3/25/2013 | 81.2 | NA | E/027/0078 | 2013 IGES Geotechnical Investigation Data Report |
| CPT-03 | CPT | TLA | 308717.7 | 4288147.2 | Off | Off | 3/26/2013 | 3/26/2013 | 54.6 | NA | E/027/0078 | 2013 IGES Geotechnical Investigation Data Report |
| CPT-04 | CPT | TLA | 307584.0 | 4287852.4 | Off | Off | 3/26/2013 | 3/26/2013 | 81.2 | NA | E/027/0078 | 2013 IGES Geotechnical Investigation Data Report |
| SDRI 2 | SDRI | TLA | 311148.0 | 4291102.9 | On | On | 1/4/2013 | 2015 | 13 x 13 x 2 | NA | E/027/0078 | IGES July 18, 2013 memo |
| SDRI 3 | SDRI | BLM | 307588.5 | 4290727.2 | On | On | 4/4/2013 | 2015 | 12 x 12 x 2 | UTU-88387 | E/027/0080 | IGES July 18, 2013 memo |
| Borrow Pit 1 | Borrow Pit | TLA | 306754.8 | 4312369.5 | Off | On | 10/3/2011 | 10/2011 | 50 x 10 x 14 | NA | E/027/0078 | NA |
| Borrow Pit 2 | Borrow Pit | TLA | 308432.8 | 4308457.3 | On | On | 10/3/2011 | 2015 | 50 x 10 x 19 | NA | E/027/0078 | NA |
| TRENCH 2 | Trench | TLA | 311214.2 | 4292205.1 | On | On | 9/14/2011 | 10/2011 | 50 x 10 x 20 | NA | E/027/0078 | NA |
| TRENCH 3 | Trench | TLA | 313425.6 | 4292885.8 | On | On | 9/15/2011 | 10/2011 | 50 x 10 x 20 | NA | E/027/0078 | 2012 IGES Geotechnical Investigation Data Report |
| TRENCH 4 | Trench | TLA | 308896.5 | 4298323.8 | On | On | 9/27/2011 | 10/2011 | 50 x 10 x 20 | NA | E/027/0078 | 2012 IGES Geotechnical Investigation Data Report |
| TRENCH 5 | Trench | TLA | 307488.9 | 4303148.6 | On | On | 9/28/2011 | 10/2011 | 50 x 10 x 20 | NA | E/027/0078 | 2012 IGES Geotechnical Investigation Data Report |
| TRENCH 6 | Trench | TLA | 309237.9 | 4307408.4 | On | On | 9/29/2011 | 10/2011 | 50 x 10 x 20 | NA | E/027/0078 | 2012 IGES Geotechnical Investigation Data Report |
| TRENCH 7 | Trench | TLA | 311257.2 | 4291323.3 | On | On | 9/2011 | 10/2011 | 50 x 10 x 20 | NA | E/027/0078 | 2012 IGES Geotechnical Investigation Data Report |
| SP-TT13 | Trench | TLA | 308319.0 | 4307552.0 | On | On | 2011 | 8/2013 | 50 x 4 x 20 | NA | E/027/0078 | NA |
| SP-TT14 | Trench | TLA | 306611.7 | 4302750.2 | On | On | 2011 | 8/2013 | 50 x 4 x 20 | NA | E/027/0078 | NA |
| TP-08 | Pit | TLA | 313509.3 | 4294072.4 | On | On | 2011 | 2013 | 12 x 3.5 x 12 | NA | E/027/0078 | 2013 Sevier Lake Hydrology Test Program Summary |
| TP-11 | Pit | TLA | 312291.2 | 4292365.1 | On | On | 2011 | 2013 | 12 x 3.5 x 12 | NA | E/027/0078 | 2013 Sevier Lake Hydrology Test Program Summary |
| DP1-11-100 | Direct Push | BLM | 309544.803 | 4291125.130 | On | On | 11/7/2011 | 6/2012 | 50 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-101 | Direct Push | BLM | 310049.619 | 4291871.508 | On | On | 11/7/2011 | 6/2012 | 40 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-102 | Direct Push | BLM | 310644.111 | 4292882.289 | On | On | 11/8/2011 | 6/2012 | 40 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-103 | Direct Push | BLM | 311142.745 | 4293596.669 | On | On | 11/8/2011 | 6/2012 | 40 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Peak Minerals, Inc: Sevier Playa Potash Project

Appendix K

**Peak Minerals - Project Open and Reclaimed Exploration Features**                                    2024

| Excavation / Drilling ID | Exploration Type | Landowner | X_UTM12N NAD83 (meters) | Y_UTM12N NAD83 (meters) | Located On / Off Playa | Located On / Off Lease | Date Excavated / Drilled | Date Backfilled / Reclaimed / Open | Dimensions Well/Hole Depths or Area (L x W x D) (ft) | BLM UTU # Reference | DOGM Reference Document | BLM Document Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DP1-11-104 | Direct Push | BLM | 311424.184 | 4294429.497 | On | On | 11/8/2011 | 6/2012 | 40 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-105 | Direct Push | BLM | 312036.203 | 4296121.773 | On | On | 11/8/2011 | 6/2012 | 45 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-106 | Direct Push | BLM | 311494.087 | 4296824.230 | On | On | 11/9/2011 | 6/2012 | 40 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-107 | Direct Push | BLM | 311572.096 | 4297694.098 | On | On | 11/9/2011 | 6/2012 | 30 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-108 | Direct Push | BLM | 311651.014 | 4298529.520 | On | On | 11/9/2011 | 6/2012 | 35 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-109 | Direct Push | BLM | 313271.334 | 4298974.262 | On | On | 11/9/2011 | 6/2012 | 30 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-110 | Direct Push | BLM | 313305.30 | 4299821.20 | On | On | 11/9/2011 | Open | 35 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-111 | Direct Push | BLM | 312937.485 | 4297710.650 | On | On | 11/10/2011 | 6/2012 | 35 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-112 | Direct Push | BLM | 312931.522 | 4296867.951 | On | On | 11/10/2011 | 6/2012 | 35 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-113 | Direct Push | BLM | 312924.718 | 4296063.029 | On | On | 11/10/2011 | 6/2012 | 35 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-114 | Direct Push | BLM | 313779.90 | 4296133.30 | On | On | 11/10/2011 | Open | 35 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-115 | Direct Push | BLM | 314108.222 | 4296131.836 | On | On | 11/10/2011 | 2013 | 30 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-116 | Direct Push | BLM | 312920.719 | 4295192.525 | On | On | 11/10/2011 | 6/2012 | 35 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-117 | Direct Push | BLM | 312907.936 | 4294317.787 | On | On | 11/11/2011 | 6/2012 | 35 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-118 | Direct Push | BLM | 312336.506 | 4293530.626 | On | On | 11/11/2011 | 6/2012 | 35 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-119 | Direct Push | BLM | 311192.601 | 4294999.117 | On | On | 11/11/2011 | 6/2012 | 30 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-120 | Direct Push | BLM | 310853.003 | 4294243.193 | On | On | 11/11/2011 | 6/2012 | 30 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-121 | Direct Push | BLM | 310234.383 | 4293600.546 | On | On | 11/11/2011 | 6/2012 | 30 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-122 | Direct Push | BLM | 309558.173 | 4292917.123 | On | On | 11/11/2011 | 6/2012 | 30 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-123 | Direct Push | BLM | 313234.208 | 4302596.361 | On | On | 11/15/2011 | 6/2012 | 25 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-124 | Direct Push | BLM | 312749.421 | 4302658.887 | On | On | 11/15/2011 | 6/2012 | 25 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-125 | Direct Push | BLM | 313409.165 | 4301729.406 | On | On | 11/15/2011 | 6/2012 | 35 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-126 | Direct Push | BLM | 312385.10 | 430087.20 | On | On | 11/15/2011 | Open | 35 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-127 | Direct Push | BLM | 313321.787 | 4300858.639 | On | On | 11/15/2011 | 2013 | 40 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-128 | Direct Push | BLM | 313715.171 | 4300819.402 | On | On | 11/16/2011 | 2013 | 35 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-129 | Direct Push | BLM | 314444.165 | 4303761.671 | On | On | 11/16/2011 | 2013 | 30 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-130 | Direct Push | BLM | 315126.673 | 4304324.255 | On | On | 11/16/2011 | 2013 | 35 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-131 | Direct Push | BLM | 315803.305 | 4304936.999 | On | On | 11/17/2011 | 2013 | 35 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-132 | Direct Push | BLM | 316191.60 | 4305242.70 | On | On | 11/17/2011 | Open | 35 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-133 | Direct Push | BLM | 317183.677 | 4306109.828 | On | On | 11/17/2011 | 2013 | 30 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-134 | Direct Push | BLM | 317851.758 | 4306704.051 | On | On | 11/17/2011 | 2013 | 30 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-136 | Direct Push | TLA | 318736.30 | 4308223.30 | On | On | 1/19/2012 | Open | 20 | NA | E/027/0078 | NA |
| DP1-11-137 | Direct Push | BLM | 319269.522 | 4308932.368 | On | On | 11/17/2011 | 2013 | 25 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-138 | Direct Push | BLM | 319618.027 | 4309263.089 | On | On | 11/18/2011 | 2013 | 29.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-139 | Direct Push | BLM | 319930.270 | 4310097.673 | On | On | 11/18/2011 | 2013 | 40 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-140 | Direct Push | BLM | 320461.576 | 4311452.516 | On | On | 11/18/2011 | 2013 | 25 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-141 | Direct Push | BLM | 308936.779 | 4292312.388 | On | On | 11/19/2011 | 6/2012 | 35 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-142 | Direct Push | BLM | 308963.600 | 4291402.258 | On | On | 11/19/2011 | 6/2012 | 35.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-143 | Direct Push | BLM | 309418.521 | 4290355.264 | On | On | 11/19/2011 | 6/2012 | 40.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-144 | Direct Push | BLM | 310876.751 | 4290381.530 | On | On | 11/19/2011 | 6/2012 | 40.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP1-11-145 | Direct Push | BLM | 310323.929 | 4289555.181 | On | On | 11/19/2011 | 6/2012 | 30.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-200 | Direct Push | BLM | 308716.462 | 4292659.717 | On | On | 11/7/2011 | 6/2012 | 39.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-201 | Direct Push | BLM | 309293.050 | 4293317.702 | On | On | 11/7/2011 | 6/2012 | 39.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-202 | Direct Push | BLM | 309855.698 | 4293978.279 | On | On | 11/7/2011 | 2013 | 40.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-203 | Direct Push | BLM | 310081.90 | 4294816.20 | On | On | 11/8/2011 | Open | 45.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-204 | Direct Push | BLM | 310101.608 | 4295682.535 | On | On | 11/8/2011 | 2013 | 40.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Peak Minerals, Inc: Sevier Playa Potash Project**

Appendix K

**Peak Minerals - Project Open and Reclaimed Exploration Features**                                                                                      2024

| Excavation / Drilling ID | Exploration Type | Landowner | X_UTM12N NAD83 (meters) | Y_UTM12N NAD83 (meters) | Located On / Off Playa | Located On / Off Lease | Date Excavated / Drilled | Date Backfilled / Reclaimed / Open | Dimensions Well/Hole Depths or Area (L x W x D) (ft) | BLM UTU # Reference | DOGM Reference Document | BLM Document Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DP2-11-205 | Direct Push | BLM | 310764.741 | 4296193.068 | On | On | 11/8/2011 | 2013 | 40.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-206 | Direct Push | BLM | 310139.60 | 4297444.40 | On | On | 11/9/2011 | Open | 40.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-207 | Direct Push | BLM | 310184.20 | 4298509.40 | On | On | 11/9/2011 | Open | 40.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-208 | Direct Push | BLM | 309522.079 | 4298585.909 | On | On | 11/9/2011 | 2013 | 40.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-209 | Direct Push | BLM | 309063.939 | 4299476.437 | On | On | 11/9/2011 | 2013 | 45.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-210 | Direct Push | BLM | 309033.589 | 4300127.920 | On | On | 11/10/2011 | 2013 | 24.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-211 | Direct Push | BLM | 308200.705 | 4301103.061 | On | On | 11/10/2011 | 2013 | 40.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-212 | Direct Push | BLM | 307316.560 | 4301140.053 | On | On | 11/10/2011 | 2013 | 35.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-213 | Direct Push | BLM | 306963.707 | 4301130.871 | On | On | 11/10/2011 | 2013 | 34.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-214 | Direct Push | BLM | 308477.50 | 4296912.50 | On | On | 11/10/2011 | Open | 35.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-215 | Direct Push | BLM | 308633.926 | 4296234.154 | On | On | 11/11/2011 | 2013 | 45.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-216 | Direct Push | BLM | 309523.049 | 4296237.201 | On | On | 11/11/2011 | 2013 | 40.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-217 | Direct Push | BLM | 308471.90 | 4294484.00 | On | On | 11/11/2011 | Open | 40.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-218 | Direct Push | BLM | 308458.264 | 4293598.748 | On | On | 11/11/2011 | 6/2012 | 40.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-219 | Direct Push | BLM | 307529.382 | 4293617.865 | On | On | 11/11/2011 | 6/2012 | 30.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-220 | Direct Push | BLM | 307815.186 | 4302003.030 | On | On | 11/15/2011 | 6/2012 | 35.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-221 | Direct Push | BLM | 307988.434 | 4302880.577 | On | On | 11/15/2011 | 6/2012 | 40.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-222 | Direct Push | BLM | 308122.764 | 4303765.732 | On | On | 11/15/2011 | 2013 | 45.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-223 | Direct Push | BLM | 308323.558 | 4304635.953 | On | On | 11/15/2011 | 2013 | 40.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-224 | Direct Push | BLM | 307977.637 | 4305621.591 | On | On | 11/15/2011 | 2013 | 35.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-225 | Direct Push | BLM | 308576.60 | 4305509.80 | On | On | 11/16/2011 | Open | 40.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-226 | Direct Push | BLM | 309151.610 | 4306177.322 | On | On | 11/16/2011 | 2013 | 35.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-227 | Direct Push | BLM | 309152.087 | 4307024.630 | On | On | 11/16/2011 | 2013 | 35.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-228 | Direct Push | BLM | 310380.881 | 4307490.364 | On | On | 11/16/2011 | 2013 | 45.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-229 | Direct Push | BLM | 306919.941 | 4304394.651 | On | On | 11/16/2011 | 2013 | 35.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-230 | Direct Push | BLM | 307330.303 | 4305203.109 | On | On | 11/17/2011 | 2013 | 35.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-231 | Direct Push | BLM | 310957.294 | 4308006.273 | On | On | 11/17/2011 | 2013 | 30.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-232 | Direct Push | BLM | 311607.576 | 4307947.446 | On | On | 11/17/2011 | 2013 | 30.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-233 | Direct Push | BLM | 312185.835 | 4308692.155 | On | On | 11/17/2011 | 2013 | 30.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-234 | Direct Push | BLM | 311816.209 | 4309348.361 | On | On | 11/17/2011 | 2013 | 44.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-235 | Direct Push | BLM | 311174.753 | 4309953.333 | On | On | 11/18/2011 | 2013 | 35.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-236 | Direct Push | BLM | 308979.794 | 4312103.853 | On | On | 11/18/2011 | 2013 | 34.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-237 | Direct Push | BLM | 309090.80 | 4312992.30 | On | On | 11/18/2011 | Open | 30.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-238 | Direct Push | BLM | 307856.775 | 4314142.271 | On | On | 11/19/2011 | 2013 | 29.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-239 | Direct Push | BLM | 308733.693 | 4314117.641 | On | On | 11/19/2011 | 6/2012 | 38.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-240 | Direct Push | BLM | 308532.344 | 4322708.094 | On | On | 11/20/2011 | 2013 | 15.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP2-11-241 | Direct Push | BLM | 309131.670 | 4322312.622 | On | On | 11/20/2011 | 2013 | 30.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-065 | Direct Push | BLM | 310373.066 | 4322138.251 | On | On | 1/9/2012 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-077 | Direct Push | BLM | 309893.024 | 4321234.750 | On | On | 1/9/2012 | 6/2012 | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-089 | Direct Push | BLM | 310332.506 | 4320310.189 | On | On | 1/10/2012 | 6/2012 | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-090 | Direct Push | BLM | 309418.101 | 4320332.259 | On | On | 1/9/2012 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-102 | Direct Push | BLM | 309855.856 | 4319407.714 | On | On | 1/10/2012 | 6/2012 | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-114 | Direct Push | BLM | 310292.829 | 4318482.109 | On | On | 1/10/2012 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-115 | Direct Push | BLM | 309379.051 | 4318503.046 | On | On | 1/9/2012 | 6/2012 | 42.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-127 | Direct Push | BLM | 309780.568 | 4317580.492 | On | On | 1/10/2012 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-139 | Direct Push | BLM | 310254.20 | 4316653.40 | On | On | 1/10/2012 | Open | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Peak Minerals, Inc: Sevier Playa Potash Project**

Appendix K

**Peak Minerals - Project Open and Reclaimed Exploration Features**                    2024

| Excavation / Drilling ID | Exploration Type | Landowner | X_UTM12N NAD83 (meters) | Y_UTM12N NAD83 (meters) | Located On / Off Playa | Located On / Off Lease | Date Excavated / Drilled | Date Backfilled / Reclaimed / Open | Dimensions Well/Hole Depths or Area (L x W x D) (ft) | BLM UTU # Reference | DOGM Reference Document | BLM Document Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DP3-11-140 | Direct Push | BLM | 309340.20 | 4316675.40 | On | On | 1/9/2012 | Open | 42.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-152 | Direct Push | BLM | 309761.571 | 4315750.807 | On | On | 1/10/2012 | 6/2012 | 42.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-164 | Direct Push | BLM | 310212.636 | 4314824.875 | On | On | 1/10/2012 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-165 | Direct Push | BLM | 309298.461 | 4314846.915 | On | On | 1/9/2012 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-176 | Direct Push | BLM | 310856.325 | 4313863.265 | On | On | 1/10/2012 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-184 | Direct Push | BLM | 313829.681 | 4312909.742 | On | On | 1/12/2012 | 6/2012 | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-186 | Direct Push | BLM | 312000.049 | 4312953.094 | On | On | 1/12/2012 | 6/2012 | 42.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-187 | Direct Push | BLM | 311087.398 | 4312974.878 | On | On | 1/11/2012 | 6/2012 | 42.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-188 | Direct Push | BLM | 310173.012 | 4312996.809 | On | On | 1/9/2012 | 6/2012 | 42.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-189 | Direct Push | BLM | 319751.875 | 4311859.551 | On | On | 1/11/2012 | 6/2012 | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-190 | Direct Push | BLM | 318837.396 | 4311880.473 | On | On | 1/12/2012 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-191 | Direct Push | BLM | 317922.916 | 4311901.502 | On | On | 1/12/2012 | 6/2012 | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-192 | Direct Push | BLM | 317009.275 | 4311921.507 | On | On | 1/12/2012 | 6/2012 | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-194 | Direct Push | BLM | 315180.308 | 4311964.094 | On | On | 1/12/2012 | 6/2012 | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-195 | Direct Push | BLM | 314148.803 | 4311988.299 | On | On | 1/12/2012 | 6/2012 | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-196 | Direct Push | BLM | 313352.202 | 4312007.085 | On | On | 1/12/2012 | 6/2012 | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-197 | Direct Push | BLM | 312437.714 | 4312028.749 | On | On | 1/11/2012 | 6/2012 | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-198 | Direct Push | BLM | 311523.224 | 4312050.520 | On | On | 1/12/2012 | 6/2012 | 42.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-199 | Direct Push | BLM | 310610.466 | 4312072.355 | On | On | 1/9/2012 | 6/2012 | 42.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-200 | Direct Push | BLM | 320189.717 | 4310977.885 | On | On | 1/11/2012 | 6/2012 | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-201 | Direct Push | BLM | 319274.148 | 4310955.469 | On | On | 1/11/2012 | 6/2012 | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-202 | Direct Push | BLM | 318360.429 | 4310976.424 | On | On | 1/11/2012 | 6/2012 | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-203 | Direct Push | BLM | 317446.709 | 4310997.484 | On | On | 1/11/2012 | 6/2012 | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-204 | Direct Push | BLM | 316532.121 | 4311018.670 | On | On | 1/11/2012 | 6/2012 | 42.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-205 | Direct Push | BLM | 315564.649 | 4311041.196 | On | On | 1/11/2012 | 6/2012 | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-206 | Direct Push | BLM | 314703.807 | 4311061.340 | On | On | 1/7/2012 | 6/2012 | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-208 | Direct Push | BLM | 312874.595 | 4311103.344 | On | On | 1/6/2012 | 6/2012 | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-209 | Direct Push | BLM | 311960.867 | 4311125.039 | On | On | 1/6/2012 | 6/2012 | 47.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-210 | Direct Push | BLM | 318798.052 | 4310051.374 | On | On | 1/5/2012 | 6/2012 | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-211 | Direct Push | BLM | 317883.359 | 4310072.400 | On | On | 1/5/2012 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-213 | Direct Push | BLM | 316054.838 | 4310114.749 | On | On | 1/6/2012 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-214 | Direct Push | BLM | 315141.009 | 4310136.073 | On | On | 1/6/2012 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-215 | Direct Push | BLM | 314087.589 | 4310160.784 | On | On | 1/6/2012 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-216 | Direct Push | BLM | 313313.50 | 4310178.40 | On | On | 1/6/2012 | Open | 42.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-217 | Direct Push | BLM | 312397.779 | 4310200.719 | On | On | 1/6/2012 | 6/2012 | 42.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-218 | Direct Push | BLM | 319187.251 | 4309128.574 | On | On | 1/5/2012 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-219 | Direct Push | BLM | 317406.213 | 4309169.512 | On | On | 1/5/2012 | 6/2012 | 42.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-220 | Direct Push | BLM | 316492.280 | 4309190.675 | On | On | 1/5/2012 | 6/2012 | 47.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-221 | Direct Push | BLM | 315577.479 | 4309211.965 | On | On | 1/5/2012 | 6/2012 | 42.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-223 | Direct Push | BLM | 313749.606 | 4309254.820 | On | On | 1/5/2012 | 6/2012 | 42.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-224 | Direct Push | BLM | 312834.801 | 4309276.427 | On | On | 1/5/2012 | 6/2012 | 57.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-225 | Direct Push | BLM | 316858.721 | 4308268.277 | On | On | 1/4/2012 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-227 | Direct Push | BLM | 315100.885 | 4308309.186 | On | On | 1/4/2012 | 6/2012 | 42.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-228 | Direct Push | BLM | 314055.20 | 4308333.10 | On | On | 1/4/2012 | Open | 47.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-229 | Direct Push | BLM | 313272.799 | 4308352.144 | On | On | 1/4/2012 | 6/2012 | 42.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-230 | Direct Push | BLM | 316452.456 | 4307362.685 | On | On | 1/4/2012 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Peak Minerals, Inc: Sevier Playa Potash Project**

Appendix K

**Peak Minerals - Project Open and Reclaimed Exploration Features**

2024

| Excavation / Drilling ID | Exploration Type | Landowner | X_UTM12N NAD83 (meters) | Y_UTM12N NAD83 (meters) | Located On / Off Playa | Located On / Off Lease | Date Excavated / Drilled | Date Backfilled / Reclaimed / Open | Dimensions Well/Hole Depths or Area (L x W x D) (ft) | BLM UTU # Reference | DOGM Reference Document | BLM Document Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DP3-11-231 | Direct Push | BLM | 315538.310 | 4307383.951 | On | On | 1/4/2012 | 6/2012 | 47.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-233 | Direct Push | BLM | 313709.121 | 4307425.711 | On | On | 1/4/2012 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-234 | Direct Push | BLM | 312789.794 | 4307448.528 | On | On | 1/3/2012 | 6/2012 | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-235 | Direct Push | BLM | 316012.251 | 4306456.789 | On | On | 12/20/2011 | 6/2012 | 42.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-236 | Direct Push | BLM | 315062.512 | 4306482.263 | On | On | 12/20/2011 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-237 | Direct Push | BLM | 314019.830 | 4306504.483 | On | On | 12/21/2011 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-238 | Direct Push | BLM | 313248.253 | 4306503.779 | On | On | 12/21/2011 | 6/2012 | 42.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-239 | Direct Push | BLM | 312310.916 | 4306540.396 | On | On | 1/3/2012 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-242 | Direct Push | BLM | 315499.40 | 4305559.70 | On | On | 12/20/2011 | Open | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-243 | Direct Push | BLM | 314614.643 | 4305554.403 | On | On | 12/20/2011 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-244 | Direct Push | BLM | 313842.234 | 4305595.854 | On | On | 12/21/2011 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-245 | Direct Push | BLM | 312751.636 | 4305616.029 | On | On | 12/18/2011 | 6/2012 | 42.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-246 | Direct Push | BLM | 311837.70 | 4305648.20 | On | On | 12/18/2011 | Open | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-265 | Direct Push | BLM | 311760.011 | 4301984.955 | On | On | 12/15/2011 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-266 | Direct Push | BLM | 310846.695 | 4301995.600 | On | On | 12/15/2011 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-268 | Direct Push | BLM | 309012.935 | 4302046.252 | On | On | 12/15/2011 | 6/2012 | 47.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-270 | Direct Push | BLM | 309413.80 | 4301124.20 | On | On | 12/15/2011 | Open | 47.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-274 | Direct Push | BLM | 310806.829 | 4300179.798 | On | On | 12/14/2011 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-275 | Direct Push | BLM | 309897.907 | 4300201.540 | On | On | 12/14/2011 | 6/2012 | 42.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-276 | Direct Push | BLM | 312125.617 | 4299236.739 | On | On | 12/14/2011 | 6/2012 | 40.7 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-277 | Direct Push | BLM | 311313.991 | 4299262.671 | On | On | 12/14/2011 | 6/2012 | 52.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-278 | Direct Push | BLM | 310330.875 | 4299273.908 | On | On | 12/14/2011 | 6/2012 | 42.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-271 | Direct Push | BLM | 310373.706 | 4301100.746 | On | On | 12/15/2011 | 6/2012 | 42.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-272 | Direct Push | BLM | 312625.987 | 4300118.828 | On | On | 12/15/2011 | 6/2012 | 42.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-273 | Direct Push | BLM | 311720.274 | 4300129.180 | On | On | 12/15/2011 | 6/2012 | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-255 | Direct Push | BLM | 312718.939 | 4303793.401 | On | On | 12/16/2011 | 6/2012 | 51.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-256 | Direct Push | BLM | 311799.974 | 4303812.967 | On | On | 12/16/2011 | 6/2012 | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-257 | Direct Push | BLM | 310887.081 | 4303832.494 | On | On | 12/16/2011 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-259 | Direct Push | BLM | 309059.795 | 4303881.896 | On | On | 12/16/2011 | 6/2012 | 42.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-261 | Direct Push | BLM | 311328.553 | 4302902.482 | On | On | 12/16/2011 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-262 | Direct Push | BLM | 310415.792 | 4302932.049 | On | On | 12/16/2011 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-263 | Direct Push | BLM | 309468.024 | 4302950.347 | On | On | 12/16/2011 | 6/2012 | 47.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-264 | Direct Push | BLM | 312672.114 | 4301960.007 | On | On | 12/17/2011 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-247 | Direct Push | BLM | 310926.405 | 4305660.535 | On | On | 12/17/2011 | 6/2012 | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-248 | Direct Push | BLM | 310024.371 | 4305689.910 | On | On | 12/17/2011 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-249 | Direct Push | BLM | 313978.761 | 4304683.171 | On | On | 12/17/2011 | 6/2012 | 42.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-250 | Direct Push | BLM | 313180.660 | 4304706.407 | On | On | 12/17/2011 | 6/2012 | 47.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-252 | Direct Push | BLM | 311366.238 | 4304739.439 | On | On | 12/17/2011 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-253 | Direct Push | BLM | 310454.211 | 4304754.560 | On | On | 12/17/2011 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-11-254 | Direct Push | BLM | 309474.693 | 4304779.184 | On | On | 12/17/2011 | 6/2012 | 57.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-001 | Direct Push | BLM | 324170.20 | 4325474.00 | On | On | 1/24/2012 | Open | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-002 | Direct Push | BLM | 323247.80 | 4325495.80 | On | On | 1/24/2012 | Open | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-003 | Direct Push | BLM | 322339.40 | 4325519.60 | On | On | 1/24/2012 | Open | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-004 | Direct Push | BLM | 321424.70 | 4325540.30 | On | On | 1/24/2012 | Open | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-005 | Direct Push | BLM | 320507.50 | 4325557.80 | On | On | 1/24/2012 | Open | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-008 | Direct Push | BLM | 317768.00 | 4325630.00 | On | On | 1/23/2012 | Open | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Peak Minerals, Inc: Sevier Playa Potash Project

Appendix K

**Peak Minerals - Project Open and Reclaimed Exploration Features**

2024

| Excavation / Drilling ID | Exploration Type | Landowner | X_UTM12N NAD83 (meters) | Y_UTM12N NAD83 (meters) | Located On / Off Playa | Located On / Off Lease | Date Excavated / Drilled | Date Backfilled / Reclaimed / Open | Dimensions Well/Hole Depths or Area (L x W x D) (ft) | BLM UTU # Reference | DOGM Reference Document | BLM Document Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DP3-12-009 | Direct Push | BLM | 316855.00 | 4325647.00 | On | On | 1/23/2012 | Open | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-010 | Direct Push | BLM | 315934.00 | 4325664.00 | On | On | 1/23/2012 | Open | 17.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-011 | Direct Push | BLM | 315017.00 | 4325690.00 | On | On | 1/23/2012 | Open | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-012 | Direct Push | BLM | 323683.00 | 4324575.00 | On | On | 1/23/2012 | Open | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-013 | Direct Push | BLM | 322773.00 | 4324594.00 | On | On | 1/23/2012 | Open | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-014 | Direct Push | BLM | 321854.00 | 4324617.00 | On | On | 1/23/2012 | Open | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-015 | Direct Push | BLM | 320810.00 | 4324640.00 | On | On | 1/23/2012 | Open | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-016 | Direct Push | BLM | 320031.00 | 4324653.00 | On | On | 1/23/2012 | Open | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-017 | Direct Push | BLM | 319125.00 | 4324676.00 | On | On | 1/23/2012 | Open | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-018 | Direct Push | BLM | 318199.40 | 4324698.10 | On | On | 1/24/2012 | Open | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-019 | Direct Push | BLM | 317283.60 | 4324712.60 | On | On | 1/24/2012 | Open | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-020 | Direct Push | BLM | 316376.00 | 4324740.00 | On | On | 1/23/2012 | Open | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-021 | Direct Push | BLM | 315460.00 | 4324759.00 | On | On | 1/23/2012 | Open | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-022 | Direct Push | BLM | 324125.00 | 4323646.10 | On | On | 1/25/2012 | Open | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-023 | Direct Push | BLM | 323211.90 | 4323666.60 | On | On | 1/25/2012 | Open | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-024 | Direct Push | BLM | 322296.20 | 4323687.20 | On | On | 1/25/2012 | Open | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-025 | Direct Push | BLM | 321378.80 | 4323705.80 | On | On | 1/25/2012 | Open | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-026 | Direct Push | BLM | 320468.30 | 4323729.80 | On | On | 1/24/2012 | Open | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-027 | Direct Push | BLM | 319557.80 | 4323749.50 | On | On | 1/24/2012 | Open | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-028 | Direct Push | BLM | 318640.40 | 4323771.70 | On | On | 1/24/2012 | Open | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-029 | Direct Push | BLM | 317726.40 | 4323792.90 | On | On | 1/24/2012 | Open | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-030 | Direct Push | BLM | 316808.105 | 4323819.277 | On | On | 1/26/2012 | 6/2012 | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-031 | Direct Push | BLM | 315897.519 | 4323837.200 | On | On | 1/26/2012 | 6/2012 | 42.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-032 | Direct Push | BLM | 314373.50 | 4323871.30 | On | On | 1/26/2012 | Open | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-033 | Direct Push | BLM | 314072.30 | 4323879.50 | On | On | 1/27/2012 | Open | 17.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-034 | Direct Push | BLM | 313156.60 | 4323899.00 | On | On | 1/27/2012 | Open | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-035 | Direct Push | BLM | 312246.90 | 4323921.70 | On | On | 1/27/2012 | Open | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-036 | Direct Push | BLM | 323649.30 | 4322742.90 | On | On | 1/25/2012 | Open | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-037 | Direct Push | BLM | 322734.40 | 4322764.60 | On | On | 1/25/2012 | Open | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-038 | Direct Push | BLM | 321821.20 | 4322787.40 | On | On | 1/25/2012 | Open | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-039 | Direct Push | BLM | 320762.40 | 4322802.60 | On | On | 1/10/2012 | Open | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-040 | Direct Push | BLM | 319987.90 | 4322829.10 | On | On | 1/9/2012 | Open | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-041 | Direct Push | BLM | 319079.00 | 4322847.70 | On | On | 1/26/2012 | Open | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-042 | Direct Push | BLM | 318164.10 | 4322869.90 | On | On | 1/26/2012 | Open | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-043 | Direct Push | BLM | 317445.50 | 4331266.30 | On | On | 1/26/2012 | Open | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-044 | Direct Push | BLM | 316335.809 | 4322914.140 | On | On | 1/26/2012 | 6/2012 | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-045 | Direct Push | BLM | 315419.109 | 4322934.476 | On | On | 1/26/2012 | 6/2012 | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-046 | Direct Push | BLM | 314354.520 | 4322963.957 | On | On | 1/27/2012 | 6/2012 | 42.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-047 | Direct Push | BLM | 313594.466 | 4322979.702 | On | On | 1/27/2012 | 6/2012 | 42.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-048 | Direct Push | BLM | 312676.817 | 4322997.048 | On | On | 1/27/2012 | 6/2012 | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-049 | Direct Push | BLM | 311884.10 | 4323016.40 | On | On | 1/27/2012 | Open | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-050 | Direct Push | BLM | 324085.00 | 4321814.80 | On | On | 1/25/2012 | Open | 17.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-051 | Direct Push | BLM | 318843.20 | 4321937.00 | On | On | 1/25/2012 | Open | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-052 | Direct Push | BLM | 322253.40 | 4321866.00 | On | On | 1/25/2012 | Open | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-053 | Direct Push | BLM | 321343.40 | 4321881.00 | On | On | 1/25/2012 | Open | 42.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-054 | Direct Push | BLM | 320426.60 | 4321900.80 | On | On | 1/26/2012 | Open | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Peak Minerals, Inc: Sevier Playa Potash Project**

Appendix K

**Peak Minerals - Project Open and Reclaimed Exploration Features**

2024

| Excavation / Drilling ID | Exploration Type | Landowner | X_UTM12N NAD83 (meters) | Y_UTM12N NAD83 (meters) | Located On / Off Playa | Located On / Off Lease | Date Excavated / Drilled | Date Backfilled / Reclaimed / Open | Dimensions Well/Hole Depths or Area (L x W x D) (ft) | BLM UTU # Reference | DOGM Reference Document | BLM Document Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DP3-12-055 | Direct Push | BLM | 319515.10 | 4321922.70 | On | On | 1/30/2012 | Open | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-056 | Direct Push | BLM | 318601.80 | 4321947.00 | On | On | 1/28/2012 | Open | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-057 | Direct Push | BLM | 317684.90 | 4321963.80 | On | On | 1/28/2012 | Open | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-058 | Direct Push | BLM | 316774.971 | 4321986.650 | On | On | 1/28/2012 | 6/2012 | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-059 | Direct Push | BLM | 315855.568 | 4322006.992 | On | On | 1/28/2012 | 6/2012 | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-060 | Direct Push | BLM | 314937.816 | 4322024.070 | On | On | 1/28/2012 | 6/2012 | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-061 | Direct Push | BLM | 314032.497 | 4322054.287 | On | On | 1/27/2012 | 6/2012 | 47.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-062 | Direct Push | BLM | 313118.755 | 4322058.157 | On | On | 1/27/2012 | 6/2012 | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-063 | Direct Push | BLM | 312201.420 | 4322093.313 | On | On | 1/27/2012 | 6/2012 | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-064 | Direct Push | BLM | 311284.580 | 4322113.017 | On | On | 1/27/2012 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-066 | Direct Push | BLM | 319952.10 | 4320997.70 | On | On | 1/30/2012 | Open | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-067 | Direct Push | BLM | 319101.00 | 4321017.20 | On | On | 1/30/2012 | Open | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-068 | Direct Push | BLM | 318121.656 | 4321040.401 | On | On | 1/30/2012 | 6/2012 | 18.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-069 | Direct Push | BLM | 317210.10 | 4321060.90 | On | On | 1/30/2012 | Open | 22 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-069MW | Direct Push | BLM | 317210.10 | 4321060.90 | On | On | 1/30/2012 | Open | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-070 | Direct Push | BLM | 316293.080 | 4321082.846 | On | On | 1/30/2012 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-071 | Direct Push | BLM | 315380.522 | 4321104.187 | On | On | 1/30/2012 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-072 | Direct Push | BLM | 314363.200 | 4321128.103 | On | On | 1/30/2012 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-073 | Direct Push | BLM | 313551.20 | 4321146.60 | On | On | 1/30/2012 | Open | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-074 | Direct Push | BLM | 312637.645 | 4321168.970 | On | On | 1/30/2012 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-075 | Direct Push | BLM | 311505.166 | 4321195.996 | On | On | 1/30/2012 | 6/2012 | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-076 | Direct Push | BLM | 310807.322 | 4321212.731 | On | On | 1/31/2012 | 6/2012 | 17.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-078 | Direct Push | BLM | 320389.30 | 4320073.80 | On | On | 1/31/2012 | Open | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-079 | Direct Push | BLM | 319474.90 | 4320094.70 | On | On | 1/31/2012 | Open | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-080 | Direct Push | BLM | 318560.50 | 4320115.70 | On | On | 1/31/2012 | Open | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-081 | Direct Push | BLM | 317645.097 | 4320137.509 | On | On | 1/31/2012 | 6/2012 | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-082 | Direct Push | BLM | 316731.569 | 4320158.710 | On | On | 1/31/2012 | 6/2012 | 32.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-083 | Direct Push | BLM | 315817.174 | 4320180.037 | On | On | 1/31/2012 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-084 | Direct Push | BLM | 314902.777 | 4320201.470 | On | On | 1/31/2012 | 6/2012 | 42.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-085 | Direct Push | BLM | 313988.379 | 4320223.009 | On | On | 1/31/2012 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-086 | Direct Push | BLM | 313073.980 | 4320244.655 | On | On | 1/31/2012 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-086MW | Direct Push | BLM | 313073.980 | 4320244.655 | On | On | 1/31/2012 | 6/2012 | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-087 | Direct Push | BLM | 312160.445 | 4320266.387 | On | On | 1/31/2012 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-088 | Direct Push | BLM | 311246.043 | 4320288.245 | On | On | 1/31/2012 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-091 | Direct Push | BLM | 319916.873 | 4319160.245 | On | On | 1/16/2012 | 6/2012 | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-092 | Direct Push | BLM | 319036.000 | 4319186.000 | On | On | 1/18/2012 | 6/2012 | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-093 | Direct Push | BLM | 318082.935 | 4319213.476 | On | On | 2/1/2012 | 6/2012 | 17.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-094 | Direct Push | BLM | 317084.434 | 4319236.592 | On | On | 2/1/2012 | 6/2012 | 17.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-095 | Direct Push | BLM | 316254.801 | 4319255.895 | On | On | 2/1/2012 | 6/2012 | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-096 | Direct Push | BLM | 315340.299 | 4319277.274 | On | On | 2/1/2012 | 6/2012 | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-097 | Direct Push | BLM | 314315.813 | 4319301.349 | On | On | 2/1/2012 | 6/2012 | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-098 | Direct Push | BLM | 313668.904 | 4319316.621 | On | On | 2/1/2012 | 6/2012 | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-099 | Direct Push | BLM | 312597.651 | 4319342.026 | On | On | 2/1/2012 | 6/2012 | 21.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-100 | Direct Push | BLM | 311803.70 | 4319360.30 | On | On | 2/1/2012 | Open | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-101 | Direct Push | BLM | 310769.501 | 4319385.719 | On | On | 2/1/2012 | 6/2012 | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-103 | Direct Push | BLM | 320349.660 | 4318228.701 | On | On | 1/16/2012 | 6/2012 | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Peak Minerals, Inc: Sevier Playa Potash Project**

**Appendix K**
**Peak Minerals - Project Open and Reclaimed Exploration Features**                                                                                                          2024

| Excavation / Drilling ID | Exploration Type | Landowner | X_UTM12N NAD83 (meters) | Y_UTM12N NAD83 (meters) | Located On / Off Playa | Located On / Off Lease | Date Excavated / Drilled | Date Backfilled / Reclaimed / Open | Dimensions Well/Hole Depths or Area (L x W x D) (ft) | BLM UTU # Reference | DOGM Reference Document | BLM Document Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DP3-12-104 | Direct Push | BLM | 319432.00 | 4318267.00 | On | On | 1/4/2012 | Open | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-105 | Direct Push | BLM | 318519.992 | 4318288.383 | On | On | 2/2/2012 | 6/2012 | 17.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-106 | Direct Push | BLM | 317605.387 | 4318309.495 | On | On | 2/2/2012 | 6/2012 | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-107 | Direct Push | BLM | 316692.60 | 4318330.00 | On | On | 2/2/2012 | Open | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-108 | Direct Push | BLM | 315778.00 | 4318351.40 | On | On | 2/1/2012 | Open | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-109 | Direct Push | BLM | 314864.30 | 4318372.80 | On | On | 2/1/2012 | Open | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-110 | Direct Push | BLM | 313950.60 | 4318394.30 | On | On | 2/1/2012 | Open | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-111 | Direct Push | BLM | 313034.074 | 4318416.606 | On | On | 2/1/2012 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-112 | Direct Push | BLM | 312120.000 | 4318438.000 | On | On | 1/20/2012 | 6/2012 | 42.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-113 | Direct Push | BLM | 311207.000 | 4318460.000 | On | On | 1/20/2012 | 6/2012 | 47.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-116 | Direct Push | BLM | 319877.728 | 4317333.351 | On | On | 1/16/2012 | 6/2012 | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-117 | Direct Push | BLM | 319022.000 | 4317364.000 | On | On | 1/18/2012 | 6/2012 | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-118 | Direct Push | BLM | 318040.000 | 4317391.000 | On | On | 1/20/2012 | 6/2012 | 17.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-119 | Direct Push | BLM | 317123.000 | 4317411.000 | On | On | 1/20/2012 | 6/2012 | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-120 | Direct Push | BLM | 316248.000 | 4317435.000 | On | On | 1/20/2012 | 6/2012 | 42.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-121 | Direct Push | BLM | 315295.000 | 4317451.000 | On | On | 1/20/2012 | 6/2012 | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-122 | Direct Push | BLM | 314387.000 | 4317468.000 | On | On | 1/20/2012 | 6/2012 | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-123 | Direct Push | BLM | 313468.000 | 4317492.000 | On | On | 1/20/2012 | 6/2012 | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-124 | Direct Push | BLM | 312555.000 | 4317516.000 | On | On | 1/20/2012 | 6/2012 | 42.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-126 | Direct Push | BLM | 310727.00 | 4317556.00 | On | On | 2/20/2012 | Open | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-128 | Direct Push | BLM | 320312.639 | 4316413.979 | On | On | 1/16/2012 | 6/2012 | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-129 | Direct Push | BLM | 319393.000 | 4316435.000 | On | On | 1/18/2012 | 6/2012 | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-130 | Direct Push | BLM | 318591.000 | 4317258.000 | On | On | 1/20/2012 | 6/2012 | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-130 | Direct Push | BLM | 318479.644 | 4316460.397 | On | On | 2/2/2012 | 6/2012 | 22.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-131 | Direct Push | BLM | 317563.000 | 4316486.000 | On | On | 1/19/2012 | 6/2012 | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-132 | Direct Push | BLM | 316651.000 | 4316499.000 | On | On | 1/19/2012 | 6/2012 | 42.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-133 | Direct Push | BLM | 315735.000 | 4316524.000 | On | On | 1/19/2012 | 6/2012 | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-134 | Direct Push | BLM | 314022.000 | 4316546.000 | On | On | 1/19/2012 | 6/2012 | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-135 | Direct Push | BLM | 313733.148 | 4316571.073 | On | On | 2/3/2012 | 6/2012 | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-136 | Direct Push | BLM | 312990.00 | 4316589.00 | On | On | 1/19/2012 | Open | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-137 | Direct Push | BLM | 312082.000 | 4316617.000 | On | On | 1/19/2012 | 6/2012 | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-138 | Direct Push | BLM | 311175.000 | 4316635.000 | On | On | 1/19/2012 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-141 | Direct Push | BLM | 319836.001 | 4315506.520 | On | On | 1/16/2012 | 6/2012 | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-142 | Direct Push | BLM | 318916.00 | 4315539.00 | On | On | 1/18/2012 | Open | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-143 | Direct Push | BLM | 317996.000 | 4315564.000 | On | On | 1/18/2012 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-144 | Direct Push | BLM | 317085.000 | 4315577.000 | On | On | 1/18/2012 | 6/2012 | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-145 | Direct Push | BLM | 316200.769 | 4315599.262 | On | On | 2/3/2012 | 6/2012 | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-146 | Direct Push | BLM | 315257.000 | 4315624.000 | On | On | 1/18/2012 | 6/2012 | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-147 | Direct Push | BLM | 314339.000 | 4315657.000 | On | On | 1/18/2012 | 6/2012 | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-148 | Direct Push | BLM | 313430.000 | 4315670.000 | On | On | 1/19/2012 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-149 | Direct Push | BLM | 312517.000 | 4315692.000 | On | On | 1/19/2012 | 6/2012 | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-150 | Direct Push | BLM | 311601.000 | 4315704.000 | On | On | 1/19/2012 | 6/2012 | 42.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-151 | Direct Push | BLM | 310687.000 | 4315726.000 | On | On | 1/19/2012 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-153 | Direct Push | BLM | 320280.404 | 4314580.276 | On | On | 1/16/2012 | 6/2012 | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-154 | Direct Push | BLM | 319350.000 | 4314618.000 | On | On | 1/18/2012 | 6/2012 | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-155 | Direct Push | BLM | 318431.000 | 4314635.000 | On | On | 1/18/2012 | 6/2012 | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Peak Minerals, Inc: Sevier Playa Potash Project**

Appendix K

**Peak Minerals - Project Open and Reclaimed Exploration Features**

2024

| Excavation / Drilling ID | Exploration Type | Landowner | X_UTM12N NAD83 (meters) | Y_UTM12N NAD83 (meters) | Located On / Off Playa | Located On / Off Lease | Date Excavated / Drilled | Date Backfilled / Reclaimed / Open | Dimensions Well/Hole Depths or Area (L x W x D) (ft) | BLM UTU # Reference | DOGM Reference Document | BLM Document Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DP3-12-156 | Direct Push | BLM | 317532.999 | 4314655.540 | On | On | 1/16/2012 | 6/2012 | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-157 | Direct Push | BLM | 316616.132 | 4314672.352 | On | On | 1/16/2012 | 6/2012 | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-158 | Direct Push | BLM | 315702.884 | 4314695.849 | On | On | 1/16/2012 | 6/2012 | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-159 | Direct Push | BLM | 315040.715 | 4314704.679 | On | On | 1/16/2012 | 6/2012 | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-160 | Direct Push | BLM | 313906.191 | 4314720.248 | On | On | 1/16/2012 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-161 | Direct Push | BLM | 312955.153 | 4314759.391 | On | On | 2/3/2012 | 6/2012 | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-162 | Direct Push | BLM | 312040.454 | 4314758.915 | On | On | 1/14/2012 | 6/2012 | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-163 | Direct Push | BLM | 311126.810 | 4314802.941 | On | On | 1/14/2012 | 6/2012 | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-166 | Direct Push | BLM | 319791.866 | 4313687.522 | On | On | 1/13/2012 | 6/2012 | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-167 | Direct Push | BLM | 318876.732 | 4313708.467 | On | On | 1/13/2012 | 6/2012 | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-168 | Direct Push | BLM | 317962.438 | 4313728.389 | On | On | 1/13/2012 | 6/2012 | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-169 | Direct Push | BLM | 309363.916 | 4313931.373 | On | On | 1/14/2012 | 6/2012 | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-170 | Direct Push | BLM | 316172.028 | 4313769.882 | On | On | 2/3/2012 | 6/2012 | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-171 | Direct Push | BLM | 315220.491 | 4313792.100 | On | On | 1/14/2012 | 6/2012 | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-172 | Direct Push | BLM | 314306.217 | 4313813.555 | On | On | 1/14/2012 | 6/2012 | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-173 | Direct Push | BLM | 313391.942 | 4313835.117 | On | On | 1/14/2012 | 6/2012 | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-174 | Direct Push | BLM | 312477.666 | 4313856.784 | On | On | 1/14/2012 | 6/2012 | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-175 | Direct Push | BLM | 311564.254 | 4313878.537 | On | On | 1/14/2012 | 6/2012 | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-177 | Direct Push | BLM | 320228.608 | 4312762.568 | On | On | 2/3/2012 | 6/2012 | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-178 | Direct Push | BLM | 319314.236 | 4312783.440 | On | On | 1/13/2012 | 6/2012 | 17.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-179 | Direct Push | BLM | 318399.862 | 4312804.417 | On | On | 1/13/2012 | 6/2012 | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-180 | Direct Push | BLM | 317486.354 | 4312825.480 | On | On | 1/13/2012 | 6/2012 | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-181 | Direct Push | BLM | 316571.977 | 4312846.669 | On | On | 1/13/2012 | 6/2012 | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-182 | Direct Push | BLM | 315657.600 | 4312867.964 | On | On | 1/13/2012 | 6/2012 | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-183 | Direct Push | BLM | 314743.195 | 4312888.255 | On | On | 1/13/2012 | 6/2012 | 32.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-185 | Direct Push | BLM | 312914.432 | 4312931.375 | On | On | 2/3/2012 | 6/2012 | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-189 | Direct Push | BLM | 319751.875 | 4311859.551 | On | On | 2/3/2012 | 6/2012 | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-190 | Direct Push | BLM | 318837.396 | 4311880.473 | On | On | 2/3/2012 | 6/2012 | 32.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-193 | Direct Push | BLM | 316152.002 | 4311941.416 | On | On | 2/3/2012 | 6/2012 | -- | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-201 | Direct Push | BLM | 319274.148 | 4310955.469 | On | On | 2/3/2012 | 6/2012 | 32.0 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-207 | Direct Push | BLM | 313789.189 | 4311081.734 | On | On | 2/3/2012 | 6/2012 | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-212 | Direct Push | BLM | 316968.666 | 4310093.532 | On | On | 2/3/2012 | 6/2012 | -- | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-222 | Direct Push | BLM | 314663.543 | 4309233.339 | On | On | 2/3/2012 | 6/2012 | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-232MW1 | Direct Push | BLM | 314625.10 | 4307403.60 | On | On | 2/4/2012 | Open | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-232MW2 | Direct Push | BLM | 314625.10 | 4307403.60 | On | On | 2/4/2012 | Open | 17.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-239MW1 | Direct Push | BLM | 312318.90 | 4306542.90 | On | On | 2/4/2012 | Open | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-239MW2 | Direct Push | BLM | 312318.90 | 4306542.90 | On | On | 2/4/2012 | Open | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-251MW1 | Direct Push | BLM | 312279.10 | 4304714.90 | On | On | 2/4/2012 | Open | 37.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-251MW2 | Direct Push | BLM | 312279.10 | 4304714.90 | On | On | 2/4/2012 | Open | 22.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-260MW1 | Direct Push | BLM | 312239.20 | 4302886.90 | On | On | 2/4/2012 | Open | 27.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| DP3-12-260MW2 | Direct Push | BLM | 312239.20 | 4302886.90 | On | On | 2/4/2012 | Open | 17.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| LL5 (LLH5) | Sonic | BLM | 316971.59 | 4326975.57 | On | On | 2011 | Open | 70 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| QQ7 | Sonic | TLA | 311267.73 | 4292095.42 | On | On | 2011 | Open | 100 | NA | E/027/0078 | Sevier Playa Basin Conceptual Model Report and data |
| RR7-1 (BW241202RR7) | Sonic | TLA | 311256.47 | 4291319.15 | On | On | 9/8/2011 | Open | 240 | NA | E/027/0078 | Sevier Playa Basin Conceptual Model Report and data |
| RR7-4 (BW241202RR7) | Sonic | TLA | 311256.47 | 4291319.15 | On | On | 9/8/2011 | Open | 61 | NA | E/027/0078 | Sevier Playa Basin Conceptual Model Report and data |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Peak Minerals, Inc: Sevier Playa Potash Project**

Appendix K

**Peak Minerals - Project Open and Reclaimed Exploration Features**

2024

| Excavation / Drilling ID | Exploration Type | Landowner | X_UTM12N NAD83 (meters) | Y_UTM12N NAD83 (meters) | Located On / Off Playa | Located On / Off Lease | Date Excavated / Drilled | Date Backfilled / Reclaimed / Open | Dimensions Well/Hole Depths or Area (L x W x D) (ft) | BLM UTU # Reference | DOGM Reference Document | BLM Document Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RR9 (TB241202RR9) | Direct Push | TLA | 312081.00 | 4291302.60 | On | On | 9/9/2011 | Open | 49 | NA | E/027/0078 | Sevier Playa Basin Conceptual Model Report and data |
| S13 (BW221102S13) | Auger | TLA | 320518.16 | 4311009.52 | On | On | 10/5/2011 | Open | 40.5 | NA | E/027/0078 | Sevier Playa Basin Conceptual Model Report and data |
| DD3 (BW221232DD3) | Sonic | TLA | 307437.70 | 4302705.00 | On | On | 8/21/2011 | Open | 85 | NA | E/027/0078 | Sevier Playa Basin Conceptual Model Report and data |
| II2 (TB231216II2) | Sonic | TLA | 308971.60 | 4298639.30 | On | On | 8/24/2011 | Open | 46 | NA | E/027/0078 | Sevier Playa Basin Conceptual Model Report and data |
| JJ2 (BW231216JJ2) | Sonic | TLA | 308901.80 | 4297835.70 | On | On | 8/25/2011 | Open | 100.4 | NA | E/027/0078 | Sevier Playa Basin Conceptual Model Report and data |
| X1 (TB221216X1) | Direct Push | TLA | 308307.90 | 4307547.90 | On | On | 8/19/2011 | Open | 40 | NA | E/027/0078 | Sevier Playa Basin Conceptual Model Report and data |
| X3 (BW221216X3) | Sonic | TLA | 309216.20 | 4307478.10 | On | On | 8/25/2011 | Open | 70 | NA | E/027/0078 | Sevier Playa Basin Conceptual Model Report and data |
| OO9 (TB231236OO9) | Direct Push | TLA | 313757.90 | 4293678.30 | On | On | 8/9/2011 | Open | 49 | NA | E/027/0078 | Sevier Playa Basin Conceptual Model Report and data |
| SN1-11-300 | Sonic | BLM | 310077.40 | 4294262.20 | On | On | 11/19/2011 | Open | 62.5 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| SN1-11-301 | Sonic | BLM | 310138.30 | 4297463.30 | On | On | 11/20/2011 | Open | 70 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| SN1-11-302 | Sonic | BLM | 308487.10 | 4295400.90 | On | On | 11/29/2011 | Open | 73 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| SN1-11-303 | Sonic | BLM | 312291.00 | 4295204.50 | On | On | 12/1/2011 | Open | 70 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| SN2-11-400-1* | Sonic | BLM | 311193.60 | 4294998.50 | On | On | 2011 | Open | 255 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| SN2-11-400-4* | Sonic | BLM | 311193.60 | 4294998.50 | On | On | 2011 | Open | 497 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-026 | Sonic | BLM | 320468.30 | 4323729.80 | On | On | 4/11/2012 | Open | 100 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-029 | Sonic | BLM | 317726.40 | 4323792.90 | On | On | 3/31/2012 | Open | 100 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-045-Well-1 | Sonic | BLM | 315420.10 | 4322933.80 | On | On | 2/22/2012 | Open | 99 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-045-Well-2 | Sonic | | | | | | 2/23/2012 | Open | 49 | | | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-045-Well-3 | Sonic | | | | | | 2/28/2012 | Open | 24 | | | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-045-Well-4 | Sonic | | | | | | 2/18/2012 | Open | 99 | | | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-045-Well-5 | Sonic | | | | | | 2/21/2012 | Open | 49 | | | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-045-Well-6 | Sonic | | | | | | 2/21/2012 | Open | 24 | | | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-049 | Sonic | BLM | 311884.10 | 4323016.40 | On | On | 3/29/2012 | Open | 100 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-053R | Sonic | BLM | 319892.50 | 4321347.70 | On | On | 4/12/2012 | Open | 100 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-069 | Sonic | BLM | 317210.10 | 4321060.90 | On | On | 4/3/2012 | Open | 100 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-073 | Sonic | BLM | 313551.20 | 4321146.60 | On | On | 3/27/2012 | Open | 100 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-104 | Sonic | BLM | 319432.00 | 4318267.00 | On | On | 4/13/2012 | Open | 74 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-112D | Sonic | BLM | 312120.00 | 4318438.00 | | On | 3/22/2012 | Open | 275 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-112-Well-1 | Sonic | BLM | 312120.00 | 4318438.00 | On | On | 3/9/2012 | Open | 99 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-112-Well-2 | Sonic | | | | | | 3/9/2012 | Open | 49 | | | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-112-Well-3 | Sonic | | | | | | 3/10/2012 | Open | 24 | | | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-112-Well-4 | Sonic | | | | | | 3/8/2012 | Open | 99 | | | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-112-Well-5 | Sonic | | | | | | 3/5/2012 | Open | 49 | | | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-112-Well-6 | Sonic | | | | | | 3/8/2012 | Open | 24 | | | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-126 | Sonic | BLM | 312385.10 | 4300871.20 | On | On | 1/20/2012 | Open | 70 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-133-Well-1 | Sonic | BLM | 315735.00 | 4316524.00 | On | On | 2/14/2012 | Open | 84 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-133-Well-2 | Sonic | | | | | | 2/15/2012 | Open | 44 | | | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-133-Well-3 | Sonic | | | | | | 2/16/2012 | Open | 19 | | | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-133-Well-4 | Sonic | | | | | | 2/8/2012 | Open | 84 | | | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-133-Well-5 | Sonic | | | | | | 2/8/2012 | Open | 44 | | | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-133-Well-6 | Sonic | | | | | | 2/9/2012 | Open | 19 | | | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-179 | Sonic | BLM | 318400.90 | 4312803.80 | On | On | 4/16/2012 | Open | 100 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| SN3-13-179A* | Sonic | | | | | | 4/16/2012 | Open | 100 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Peak Minerals, Inc: Sevier Playa Potash Project**

Appendix K

**Peak Minerals - Project Open and Reclaimed Exploration Features**

2024

| Excavation / Drilling ID | Exploration Type | Landowner | X_UTM12N NAD83 (meters) | Y_UTM12N NAD83 (meters) | Located On / Off Playa | Located On / Off Lease | Date Excavated / Drilled | Date Backfilled / Reclaimed / Open | Dimensions Well/Hole Depths or Area (L x W x D) (ft) | BLM UTU # Reference | DOGM Reference Document | BLM Document Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SN3-12-226-Well-1 | Sonic | BLM | 316055.00 | 4308286.30 | On | On | 2/1/2012 | Open | 84 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-226-Well-2 | Sonic | | | | | | 2/2/2012 | Open | 44 | | | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-226-Well-3 | Sonic | | | | | | 2/3/2012 | Open | 19 | | | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-226-Well-4 | Sonic | | | | | | 2/4/2012 | Open | 84 | | | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-226-Well-5 | Sonic | | | | | | 2/5/2012 | Open | 44 | | | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-226-Well-6 | Sonic | | | | | | 2/5/2012 | Open | 19 | | | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-232 | Sonic | BLM | 314625.10 | 4307401.30 | On | On | 1/24/2012 | Open | 99 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-239 | Sonic | BLM | 312300.60 | 4306466.70 | On | On | 1/22/2012 | Open | 89 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-251 | Sonic | BLM | 312282.80 | 4304724.80 | On | On | 1/12/2012 | Open | 89 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-260 | Sonic | BLM | 312238.60 | 4302899.10 | On | On | 1/14/2012 | Open | 89 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| SN3-12-270 | Sonic | BLM | 310373.74 | 4301096.46 | On | On | 4/19/2012 | Open | 80 | UTU-88387 | E/027/0080 | Sevier Playa Basin Conceptual Model Report and data |
| SEV-11-003 (North Cricket) | Monitoring Well | BLM | 315326.77 | 4299963.80 | Off | Off | 2013 | Open | 784 | UTU-88389 | E/027/0084 | Sevier Playa Basin Conceptual Model Report and data |
| SEV-11-007 (Monument Point) | Monitoring Well | BLM | 319183.60 | 4297920.87 | Off | Off | 2012 | Open | 1215 | UTU-88389 | E/027/0084 | Sevier Playa Basin Conceptual Model Report and data |
| SEV-11-013 (Coyote) | Mud-Rotary | TLA | 303565.77 | 4303123.82 | Off | Off | 1/2012 | Open | 765 | NA | E/027/0078 | Sevier Playa Basin Conceptual Model Report and data |
| SEV-11-014 (Nighthawk) | Mud-Rotary | TLA | 304601.82 | 4322356.89 | Off | Off | 2/2012 | Open | 785 | NA | E/027/0078 | Sevier Playa Basin Conceptual Model Report and data |
| SEV-12-022 (257 Cutoff) | Monitoring Well | BLM | 332111.23 | 4334171.71 | Off | Off | 2013 | Open | 60 | UTU-88389 | E/027/0084 | Sevier Playa Basin Conceptual Model Report and data |
| SEV-12-023 (Guzzler) | Mud-Rotary | BLM | 324861.88 | 4314342.75 | Off | Off | 2/2013 | Open | 425 | NA | E/027/0078 | Sevier Playa Basin Conceptual Model Report and data |
| SEV-12-025 (Provo) | Monitoring Well | BLM | 315326.77 | 4299963.80 | Off | Off | 2013 | Open | 460 | UTU-88389 | E/027/0084 | Sevier Playa Basin Conceptual Model Report and data |
| SEV-12-026 (Bonneville) | Monitoring Well | BLM | 317620.12 | 4299779.10 | Off | Off | 2013 | Open | 315 | UTU-88389 | E/027/0084 | Sevier Playa Basin Conceptual Model Report and data |
| SEV-12-027 (Dike Access) | Monitoring Well | BLM | 309902.89 | 4288743.25 | On | Off | 2013 | Open | 380 | UTU-88389 | E/027/0084 | Sevier Playa Basin Conceptual Model Report and data |
| SEV-12-031 (Miller Canyon) | Monitoring Well | BLM | 306412.00 | 4322849.86 | Off | Off | 2013 | Open | 315 | UTU-88389 | E/027/0084 | Sevier Playa Basin Conceptual Model Report and data |
| Mud Flat Staging Area | Staging Area | BLM | 310725 | 4327872 | Off | Off | 2011 | Open | 200 x 200 | UTU-88387 | E/027/0080 | 2011 Exploration Plan |
| NW Landing Staging Area | Staging Area | BLM | 308225 | 4322914 | Off | Off | 2011 | Open | 200 x 200 | UTU-88387 | E/027/0080 | 2011 Exploration Plan |
| Black Hills Staging Area | Staging Area | BLM | 306594 | 4301176 | On | On | 2011 | Open | 200 x 200 | UTU-88387 | E/027/0080 | 2011 Exploration Plan |
| Dike Rd Staging Area | Staging Area | BLM | 308600 | 4292107 | On | On | 2011 | Open | 200 x 200 | UTU-88387 | E/027/0080 | 2011 Exploration Plan |
| Needle Point Overlook Staging Area | Staging Area | BLM | 311434 | 4309029 | On | On | 2011 | Open | 200 x 200 | UTU-88387 | E/027/0080 | 2011 Exploration Plan |
| Big Sage Res. Staging Area | Staging Area | BLM | 320018 | 4309594 | Off | On | 2011 | Open | 200 x 200 | UTU-88387 | E/027/0080 | 2011 Exploration Plan |
| Dike Access Staging Area | Staging Area | BLM | 309998 | 4289067 | Off | On | 2011 | Open | 200 x 200 | UTU-88387 | E/027/0080 | 2011 Exploration Plan |
| Warehouse / Shop | Warehouse / Shop | TLA | 309054.04 | 4288238.24 | Off | On | 2011 | Open | -- | NA | E/027/0078 | 2011 Exploration Plan |
| **2015 NOI Completed Exploration Work:** | | | | | | | | | | | | |
| Long-Term Test Trench 1a | 1 Trench | BLM | 311678.80 | 4294722.40 | On | On | 2015 | 2015 | 124 x 36 x 20 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| Long-Term Test Trench 1b | 1 Trench | BLM | 311678.80 | 4294722.40 | On | On | 2015 | 2015 | 17 deep | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| Long-Term Test Trench 2 | 1 Trench | BLM | 312171.60 | 4295195.70 | On | On | Fall / 2015 | 8/2016 | 124 x 36 x 15.5 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| TP-01 | Pit | BLM | 307375.50 | 4291816.40 | On | On | 9/24/2015 | 9/24/2015 | 11.5 deep | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| TP-02 | Pit | BLM | 306419.20 | 4290636.60 | On | On | 9/24/2015 | 9/24/2015 | 12 deep | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| TP-03 | Pit | BLM | 307430.60 | 4289183.20 | On | On | 9/24/2015 | 9/24/2015 | 12 deep | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| TP-04 | Pit | BLM | 310681.90 | 4289715.90 | On | On | 9/25/2015 | 9/25/2015 | 12 deep | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| TP-05 | Pit | BLM | 312918.90 | 4290716.10 | On | On | 9/25/2015 | 9/25/2015 | 12 deep | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| TP-06 | Pit | BLM | 314073.30 | 4293035.70 | On | On | 9/25/2015 | 9/25/2015 | 12 deep | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| TP-07 | Pit | BLM | 313594.00 | 4291259.10 | On | On | 9/28/2015 | 9/28/2015 | 13 deep | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Peak Minerals, Inc: Sevier Playa Potash Project

Appendix K

Peak Minerals - Project Open and Reclaimed Exploration Features

2024

| Excavation / Drilling ID | Exploration Type | Landowner | X_UTM12N NAD83 (meters) | Y_UTM12N NAD83 (meters) | Located On / Off Playa | Located On / Off Lease | Date Excavated / Drilled | Date Backfilled / Reclaimed / Open | Dimensions Well/Hole Depths or Area (L x W x D) (ft) | BLM UTU # Reference | DOGM Reference Document | BLM Document Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TP-09 | Pit | BLM | 312409.80 | 4294873.80 | On | On | 9/28/2015 | 9/28/2015 | 12 deep | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| TP-10 | Pit | BLM | 310937.70 | 4293398.40 | On | On | 9/28/2015 | 9/28/2015 | 12 deep | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| TP-11 | Pit | BLM | 312288.39 | 4292370.69 | On | On | 9/29/2015 | 9/29/2015 | 12 deep | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| TP-12 | Pit | BLM | 308936.10 | 4290116.70 | On | On | 9/29/2015 | 9/29/2015 | 12 deep | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| TP-13 | Pit | BLM | 310223.50 | 4291890.40 | On | On | 9/29/2015 | 9/29/2015 | 12 deep | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| TP-14 | Pit | BLM | 309310.90 | 4290816.60 | On | On | 9/29/2015 | 9/29/2015 | 12 deep | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| PE-01A | Pit | BLM | 313519.30 | 4289739.60 | On | On | 9/9/2015 | 9/9/2015 | 11 deep | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| PE-01B | Pit | BLM | 313518.90 | 4289785.90 | On | On | 9/9/2015 | 9/9/2015 | | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| PE-01C | Pit | BLM | 313415.50 | 4289827.20 | On | On | 9/9/2015 | 9/9/2015 | | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| PE-01D | Pit | BLM | 313353.10 | 4289884.10 | On | On | 9/9/2015 | 9/9/2015 | | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| PE-01E | Pit | BLM | 313290.60 | 4289939.30 | On | On | 9/9/2015 | 9/9/2015 | | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| PE-02A | Pit | BLM | 314797.90 | 4292855.90 | On | On | 9/10/2015 | 9/10/2015 | 16 deep | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| PE-02B | Pit | BLM | 314797.90 | 4292855.90 | On | On | 9/10/2015 | 9/10/2015 | | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| PE-02C | Pit | BLM | 314797.90 | 4292855.90 | On | On | 9/10/2015 | 9/10/2015 | | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| PE-02D | Pit | BLM | 314797.90 | 4292855.90 | On | On | 9/10/2015 | 9/10/2015 | | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| PE-02E | Pit | BLM | 314797.90 | 4292855.90 | On | On | 9/10/2015 | 9/10/2015 | | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| PE-03A | Pit | BLM | 315003.00 | 4295442.20 | On | On | 9/11/2015 | 9/11/2015 | 13 deep | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| PE-03C | Pit | BLM | 315003.00 | 4295442.20 | On | On | 9/11/2015 | 9/11/2015 | | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| PE-03E | Pit | BLM | 315003.00 | 4295442.20 | On | On | 9/11/2015 | 9/11/2015 | | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| PE-03F | Pit | BLM | 315003.00 | 4295442.20 | On | On | 9/11/2015 | 9/11/2015 | | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| PE-04A | Pit | BLM | 314177.70 | 4297312.20 | On | On | 9/11/2015 | 9/11/2015 | 15 deep | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| PE-05A | Pit | BLM | 314655.10 | 4297043.80 | On | On | 9/14/2015 | 9/14/2015 | 14 deep | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| PE-06A | Pit | BLM | 313073.40 | 4297217.80 | On | On | 9/15/2015 | 9/15/2015 | 10 deep | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| PE-07A | Pit | BLM | 317532.20 | 4306138.20 | On | On | 9/16/2015 | 9/16/2015 | 12 deep | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| PE-08A | Pit | BLM | 306605.60 | 4292101.60 | On | On | 9/17/2015 | 9/17/2015 | 12 deep | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| PE-09A | Pit | BLM | 306688.80 | 4301046.60 | On | On | 9/17/2015 | 9/17/2015 | 12 deep | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| PE-10A | Pit | BLM | 312695.40 | 4308294.50 | On | On | 9/21/2015 | 9/21/2015 | 5 deep | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| PE-11A | Pit | BLM | 313192.60 | 4314514.40 | On | On | 9/22/2015 | 9/22/2015 | 12 deep | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| PE-12A | Pit | BLM | 308403.40 | 4322886.1 | On | On | 9/22/2015 | 9/22/2015 | 11 deep | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| SN4-15-001 | Sonic | TLA | 311259.71 | 4291329.56 | On | On | 9/12/2015 | Open | 60 | NA | E/027/0078 | 2015 Exploration Data submittal |
| SN4-15-002 | Sonic | BLM | 313781.00 | 4296139.00 | On | On | 9/25/2015 | Open | 65 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| SN4-15-003 | Sonic | BLM | 312245.00 | 4302910.10 | On | On | 10/13/2015 | Open | 96 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| SN4-15-004 | Sonic | BLM | 310969.00 | 4306981.00 | On | On | 10/21/2015 | Open | 53 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| SN4-15-004a | Sonic | BLM | 310963.00 | 4306981.00 | On | On | 10/21/2015 | Open | 30 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| SN4-15-005 | Sonic | BLM | 314623.00 | 4307402.00 | On | On | 10/23/2015 | Open | 93 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| SN4-15-006 | Sonic | BLM | 318402.00 | 4312827.00 | On | On | 10/26/2015 | Open | 100 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| SN4-15-007 | Sonic | BLM | 312000.00 | 4312948.00 | On | On | 11/4/2015 | Open | 88 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| SN4-15-007a | Sonic | BLM | 312000.00 | 4312954.00 | On | On | 11/4/2015 | Open | 30 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| SN4-15-008 | Sonic | BLM | 312994.00 | 4316585.00 | On | On | 11/6/2015 | Open | 100 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| SN4-15-009 | Sonic | BLM | 319441.00 | 4318264.00 | On | On | 11/18/2015 | Open | 58 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| SN4-15-010 | Sonic | BLM | 315817.00 | 4320206.10 | On | On | 11/10/2015 | Open | 125 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| SN4-15-010a | Sonic | BLM | 315817.00 | 4320212.00 | On | On | 11/10/2015 | Open | 30 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| SN4-15-011 | Sonic | BLM | 312246.00 | 4323926.00 | On | On | 11/21/2015 | Open | 69 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| SN4-15-012 | Sonic | BLM | 319576.00 | 4323730.00 | On | On | 12/3/2015 | Open | 89 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| SN4-15-012a | Sonic | BLM | 319575.00 | 4323738.00 | On | On | 12/4/2015 | Open | 30 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| SN4-15-WW-1a | Well to Well | BLM | 311256.00 | 4291336.00 | On | On | 9/13/2015 | Open | 30 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Peak Minerals, Inc: Sevier Playa Potash Project**

Appendix K

**Peak Minerals - Project Open and Reclaimed Exploration Features**                                                2024

| Excavation / Drilling ID | Exploration Type | Landowner | X_UTM12N NAD83 (meters) | Y_UTM12N NAD83 (meters) | Located On / Off Playa | Located On / Off Lease | Date Excavated / Drilled | Date Backfilled / Reclaimed / Open | Dimensions Well/Hole Depths or Area (L x W x D) (ft) | BLM UTU # Reference | DOGM Reference Document | BLM Document Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SN4-15-WW-1b | Well to Well | BLM | 311264.00 | 4291334.00 | On | On | 9/14/2015 | Open | 20 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| SN4-15-WW-2a | Well to Well | BLM | 312175.00 | 4295194.90 | On | On | 9/21/2015 | Open | 20 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| SN4-15-WW-2b | Well to Well | BLM | 312178.00 | 4295195.00 | On | On | 9/22/2015 | Open | 20 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| SN4-15-WW-2c | Well to Well | BLM | 312181.00 | 4295195.00 | On | On | 9/22/2015 | Open | 20 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| SN4-15-WW-2d | Well to Well | BLM | 312184.00 | 4295195.00 | On | On | 9/22/2015 | Open | 20 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| SN4-15-WW-2e | Well to Well | BLM | 312187.00 | 4295195.00 | On | On | 9/23/2015 | Open | 30 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| SN4-15-WW-3a | Well to Well | BLM | 312251.00 | 4302910.00 | On | On | 10/13/2015 | Open | 40 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| SN4-15-WW-3b | Well to Well | BLM | 312257.00 | 4302910.00 | On | On | 10/14/2015 | Open | 40 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| SN4-15-WW-4a | Well to Well | BLM | 318402.00 | 4312833.00 | On | On | 10/26/2015 | Open | 30 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| SN4-15-WW-4b | Well to Well | BLM | 318402.00 | 4312839.00 | On | On | 10/27/2015 | Open | 30 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| SN4-15-WW-6a | Well to Well | BLM | 319577.00 | 4323743.00 | On | On | 12/5/2015 | Open | 30 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| SN4-15-WW-6b | Well to Well | BLM | 319577.00 | 4323746.00 | On | On | 12/5/2015 | Open | 30 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| CPT-01A | CPT | BLM | 308265.70 | 4322920.84 | On | On | 9/8/2015 | 9/8/2015 | 36.25 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| CPT-01B | CPT | BLM | 308312.20 | 4322934.58 | On | On | 9/8/2015 | 9/8/2015 | 35.27 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| CPT-01C | CPT | BLM | 308372.93 | 4322938.66 | On | On | 9/8/2015 | 9/8/2015 | 35.6 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| CPT-01D | CPT | BLM | 308458.25 | 4322942.13 | On | On | 9/8/2015 | 9/8/2015 | 33.96 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| CPT-02A | CPT | BLM | 306588.17 | 4300958.37 | On | On | 9/3/2015 | 9/3/2015 | 47.57 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| CPT-02B | CPT | BLM | 306636.52 | 4300971.29 | On | On | 9/3/2015 | 9/3/2015 | 50.03 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| CPT-02C | CPT | BLM | 306681.60 | 4300989.41 | On | On | 9/3/2015 | 9/3/2015 | 47.57 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| CPT-02D | CPT | BLM | 306737.00 | 4301006.60 | On | On | 9/3/2015 | 9/3/2015 | 55.12 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| CPT-03A | CPT | BLM | 310014.81 | 4289217.34 | On | On | 9/2/2015 | 9/2/2015 | 48.72 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| CPT-03B | CPT | BLM | 310025.00 | 4289279.95 | On | On | 9/2/2015 | 9/2/2015 | 50.03 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| CPT-03C | CPT | BLM | 310045.76 | 4289362.74 | On | On | 9/2/2015 | 9/2/2015 | 50.03 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| CPT-03D | CPT | BLM | 310066.57 | 4289443.75 | On | On | 9/1/2015 | 9/1/2015 | 29.43 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| CPT-03E | CPT | BLM | 310064.85 | 4289444.46 | On | On | 9/2/2015 | 9/2/2015 | 55.12 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| CPT-04A | CPT | BLM | 314775.95 | 4300540.72 | On | On | 9/4/2015 | 9/4/2015 | 50.03 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| CPT-04B | CPT | BLM | 314743.35 | 4300572.91 | On | On | 9/4/2015 | 9/4/2015 | 50.03 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| CPT-04C | CPT | BLM | 314713.71 | 4300605.14 | On | On | 9/4/2015 | 9/4/2015 | 50.03 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| CPT-04D | CPT | BLM | 314689.92 | 4300639.00 | On | On | 9/4/2015 | 9/4/2015 | 64.80 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WT-2A | Direct Push | BLM | 312173.516 | 4295203.501 | On | On | 9/30/2015 | 1/2016 | 20 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WT-2B* | Direct Push | BLM | 312176.990 | 4295203.419 | On | On | 9/30/2015 | 1/2016 | 20 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WT-2C* | Direct Push | BLM | 312179.596 | 4295203.357 | On | On | 9/30/2015 | 1/2016 | 20 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WT-2D* | Direct Push | BLM | 312183.045 | 4295202.165 | On | On | 9/30/2015 | 1/2016 | 20 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WT-2E* | Direct Push | BLM | 312185.651 | 4295202.103 | On | On | 9/30/2015 | 1/2016 | 20 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WS-1U* | Direct Push | BLM | 311668.616 | 4294656.895 | On | On | 8/12/2015 | 1/2016 | 25 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WS-1L | Direct Push | BLM | 311668.590 | 4294655.785 | On | On | 8/12/2015 | 1/2016 | 41 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WS-2U* | Direct Push | BLM | 311675.250 | 4294680.057 | On | On | 8/12/2015 | 1/2016 | 25 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WS-2L | Direct Push | BLM | 311675.223 | 4294678.947 | On | On | 8/12/2015 | 1/2016 | 41 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WS-3U* | Direct Push | BLM | 311687.359 | 4294677.549 | On | On | 8/12/2015 | 1/2016 | 25 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WS-3L | Direct Push | BLM | 311687.359 | 4294677.549 | On | On | 8/12/2015 | 1/2016 | 41 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WS-4U* | Direct Push | BLM | 311664.062 | 4294684.764 | On | On | 8/12/2015 | 1/2016 | 25 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WS-4L | Direct Push | BLM | 311664.904 | 4294683.634 | On | On | 8/12/2015 | 1/2016 | 41 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WS-5U* | Direct Push | BLM | 311677.092 | 4294684.455 | On | On | 8/12/2015 | 1/2016 | 25 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WS-5L | Direct Push | BLM | 311677.092 | 4294684.455 | On | On | 8/12/2015 | 1/2016 | 41 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WS-6U* | Direct Push | BLM | 311682.357 | 4294686.552 | On | On | 8/12/2015 | 1/2016 | 25 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WS-6L | Direct Push | BLM | 311681.489 | 4294686.572 | On | On | 8/12/2015 | 1/2016 | 41 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WS-7U* | Direct Push | BLM | 311673.749 | 4294690.087 | On | On | 8/12/2015 | 1/2016 | 25 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Peak Minerals, Inc: Sevier Playa Potash Project

Appendix K

**Peak Minerals - Project Open and Reclaimed Exploration Features**                                                                                                2024

| Excavation / Drilling ID | Exploration Type | Landowner | X_UTM12N NAD83 (meters) | Y_UTM12N NAD83 (meters) | Located On / Off Playa | Located On / Off Lease | Date Excavated / Drilled | Date Backfilled / Reclaimed / Open | Dimensions Well/Hole Depths or Area (L x W x D) (ft) | BLM UTU # Reference | DOGM Reference Document | BLM Document Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WS-7L | Direct Push | BLM | 311672.880 | 4294690.108 | On | On | 8/12/2015 | 1/2016 | 41 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WS-8U* | Direct Push | BLM | 311678.145 | 4294692.204 | On | On | 8/12/2015 | 1/2016 | 25 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WS-8L | Direct Push | BLM | 311679.014 | 4294692.183 | On | On | 8/12/2015 | 1/2016 | 41 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WN-1U* | Direct Push | BLM | 311693.966 | 4294736.247 | On | On | 8/12/2015 | 1/2016 | 25 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WN-1L | Direct Push | BLM | 311693.097 | 4294736.268 | On | On | 8/12/2015 | 1/2016 | 41 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WN-2U* | Direct Push | BLM | 311689.280 | 4294721.922 | On | On | 8/12/2015 | 1/2016 | 25 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WN-2L | Direct Push | BLM | 311690.149 | 4294721.902 | On | On | 8/12/2015 | 1/2016 | 41 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WN-3U* | Direct Push | BLM | 311699.547 | 4294715.016 | On | On | 8/12/2015 | 1/2016 | 25 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WN-3L | Direct Push | BLM | 311700.416 | 4294714.996 | On | On | 8/12/2015 | 1/2016 | 41 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WN-4U* | Direct Push | BLM | 311677.145 | 4294723.321 | On | On | 8/12/2015 | 1/2016 | 25 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WN-4L | Direct Push | BLM | 311678.013 | 4294723.300 | On | On | 8/12/2015 | 1/2016 | 41 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WN-5U* | Direct Push | BLM | 311687.385 | 4294715.304 | On | On | 8/12/2015 | 1/2016 | 25 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WN-5L | Direct Push | BLM | 311687.411 | 4294716.414 | On | On | 8/12/2015 | 1/2016 | 41 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WN-6U* | Direct Push | BLM | 311690.728 | 4294709.673 | On | On | 8/12/2015 | 1/2016 | 25 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WN-6L | Direct Push | BLM | 311690.755 | 4294710.783 | On | On | 8/12/2015 | 1/2016 | 41 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WN-7U* | Direct Push | BLM | 311681.251 | 4294713.229 | On | On | 8/12/2015 | 1/2016 | 25 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WN-7L | Direct Push | BLM | 311681.251 | 4294713.229 | On | On | 8/12/2015 | 1/2016 | 41 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WN-8U* | Direct Push | BLM | 311684.621 | 4294708.707 | On | On | 8/12/2015 | 1/2016 | 25 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| WN-8L | Direct Push | BLM | 311684.621 | 4294708.707 | On | On | 8/12/2015 | 1/2016 | 41 | UTU-88387 | E/027/0080 | 2015 Exploration Data submittal |
| **2016 NOI Completed Exploration Work:** | | | | | | | | | | | | |
| Pilot Pond | Ponds | BLM | 309444.7 | 4290675.2 | On | On | 2016 | Open (partial) | 75 x 95 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| ETP-1 | Stability Trench | BLM | 309134.2 | 4291305.7 | On | On | 9/2016 | 10/2017 | 60 x 45 x 20 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| ETP-2 | Stability Trench | BLM | 309139.6 | 4291290.8 | On | On | 9/2016 | 10/2017 | 60 x 32 x 15 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| TP-2016-001 | Test Pit | BLM | 313622 | 4328286 | On | On | 9/29/2016 | 9/29/2016 | 10 x 4 x 13 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| TP-2016-002 | Test Pit | BLM | 318221 | 4328286 | On | On | 9/26/2016 | 9/26/2016 | 10 x 4 x 13.5 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| TP-2016-003 | Test Pit | BLM | 323654 | 4327962 | On | On | 9/21/2016 | 9/21/2016 | 10 x 4 x 24 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| TP-2016-004 | Test Pit | BLM | 320881 | 4326744 | On | On | 9/20/2016 | 9/20/2016 | 10 x 4 x 12 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| TP-2016-005 | Test Pit | BLM | 313867 | 4326757 | On | On | 9/29/2016 | 9/29/2016 | 10 x 4 x 15 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| TP-2016-006 | Test Pit | BLM | 310379 | 4325302 | On | On | 9/28/2016 | 9/28/2016 | 10 x 4 x 17 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| TP-2016-007 | Test Pit | BLM | 317304 | 4325034 | On | On | 9/27/2016 | 9/27/2016 | 10 x 4 x 11 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| TP-2016-008 | Test Pit | BLM | 323730 | 4325315 | On | On | 9/21/2016 | 9/21/2016 | 10 x 4 x 19 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| TP-2016-009 | Test Pit | BLM | 320421 | 4323835 | On | On | 9/20/2016 | 9/20/2016 | 10 x 4 x 11 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| TP-2016-010 | Test Pit | BLM | 313720 | 4323951 | On | On | 9/28/2016 | 9/28/2016 | 10 x 4 x 13 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| TP-2016-011 | Test Pit | BLM | 310144 | 4322359 | On | On | 9/28/2016 | 9/28/2016 | 10 x 4 x 13 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| TP-2016-012 | Test Pit | BLM | 317011 | 4322012 | On | On | 9/27/2016 | 9/27/2016 | 10 x 4 x 14.5 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| TP-2016-013 | Test Pit | BLM | 323550 | 4322114 | On | On | 9/20/2016 | 9/20/2016 | 10 x 4 x 7 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| TP-2016-014 | Test Pit | BLM | 319380 | 4319327 | On | On | 9/19/2016 | 9/19/2016 | 10 x 4 x 14 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| TP-2016-015 | Test Pit | BLM | 320034 | 4315612 | On | On | 9/16/2016 | 9/16/2016 | 10 x 4 x 12 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| TP-2016-016 | Test Pit | BLM | 319972 | 4311897 | On | On | 9/15/2016 | 9/15/2016 | 10 x 4 x 35 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| TP-2016-017 | Test Pit | BLM | 318909 | 4308966 | On | On | 9/15/2016 | 9/15/2016 | 10 x 4 x 12 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| TP-2016-018 | Test Pit | BLM | 312657 | 4297249 | On | On | 9/14/2016 | 9/14/2016 | 10 x 4 x 12 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| TP-2016-019 | Test Pit | BLM | 314483 | 4296357 | On | On | 9/13/2016 | 9/13/2016 | 10 x 4 x 10.5 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| TP-2016-020 | Test Pit | BLM | 312657 | 4294749 | On | On | 9/13/2016 | 9/13/2016 | 10 x 4 x 11 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| TP-2016-021 | Test Pit | BLM | 314500 | 4293405 | On | On | 9/13/2016 | 9/13/2016 | 10 x 4 x 11 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| TP-2016-022 | Test Pit | BLM | 306877 | 4290113 | On | On | 9/9/2016 | 9/9/2016 | 10 x 4 x 8 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| TP-2016-023 | Test Pit | BLM | 307416 | 4288542 | On | On | 9/8/2016 | 9/8/2016 | 10 x 4 x 10 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| TP-2016-024 | Test Pit | BLM | 307246 | 4289070 | On | On | 9/9/2016 | 9/9/2016 | 10 x 4 x 13 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Peak Minerals, Inc: Sevier Playa Potash Project

Appendix K

**Peak Minerals - Project Open and Reclaimed Exploration Features**                                                                                 2024

| Excavation / Drilling ID | Exploration Type | Landowner | X_UTM12N NAD83 (meters) | Y_UTM12N NAD83 (meters) | Located On / Off Playa | Located On / Off Lease | Date Excavated / Drilled | Date Backfilled / Reclaimed / Open | Dimensions Well/Hole Depths or Area (L x W x D) (ft) | BLM UTU # Reference | DOGM Reference Document | BLM Document Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TP-2016-025 | Test Pit | BLM | 306709 | 4288835 | On | On | 9/9/2016 | 9/9/2016 | 10 x 4 x 7 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| TP-2016-026 | Test Pit | BLM | 306880 | 4289557 | On | On | 9/9/2016 | 9/9/2016 | 10 x 4 x 7 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| TP01-16 | Test Pit | BLM | 326768 | 4328954 | Off | On | 9/22/2016 | 9/22/2016 | 10 x 4 x 12.5 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| TP02-16 | Test Pit | BLM | 326722 | 4328694.8 | On | On | 9/22/2016 | 9/22/2016 | 10 x 4 x 18.5 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| TP03-16 | Test Pit | BLM | 326690.9 | 4328645.8 | On | On | 9/22/2016 | 9/22/2016 | 10 x 4 x 17.0 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| TP04-16 | Test Pit | BLM | 326655.1 | 4328567 | On | On | 9/22/2016 | 9/22/2016 | 10 x 4 x 19.5 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| DH-2016-001 | Drill Hole (Used Drill pad) | BLM | 4288796 | 307353 | On | On | 11/10/2016 | 11/11/2016 | 132 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| DH-2016-002 | Drill Hole (Used Drill pad) | BLM | 4289540 | 307377 | On | On | 11/7/2016 | 11/9/2016 | 132 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| 3rd geotech cancelled (DH-2016-003) | Drill Hole (Used Drill pad) | BLM | -- | -- | -- | -- | -- | -- | -- | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| PZ-2016-01 | Piezometer | BLM | 307358.00 | 4288800.60 | On | On | 11/11/2016 | Open | 39.5 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| PZ-2016-02 West | Piezometer | BLM | 307383.10 | 4289540.00 | On | On | 11/9/2016 | Open | 45.1 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| PZ-2016-02 East | Piezometer | BLM | 307381.90 | 4289540.20 | On | On | 11/9/2016 | Open | 25.1 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| SDRI 4 | SDRI with 2 pits | BLM | 310144.66 | 4322358.67 | On | On | 2016 | Open | 12 x 12 | UTU-88387 | E/027/0080 | 2016 Exploration Data submittal |
| Rail Geotech Boring 3 (BH03-18) | Auger | BLM | 325120.43 | 4287256.87 | Off | Off | 11/27/2018 | 11/28/2018 | 91.5 | UTU-88387 | E/027/0080 | 2018 Exploration Data submittal |
| Rail Geotech Boring 4 (BH04-18) | Auger | BLM | 325297.39 | 4287392.89 | Off | Off | 11/29/2018 | 11/30/2018 | 86.5 | UTU-88387 | E/027/0080 | 2018 Exploration Data submittal |
| Rail Geotech Boring 6 (BH06-18) | Auger | BLM | 325104.09 | 4287423.78 | Off | Off | 11/28/2018 | 11/29/2018 | 92 | UTU-88387 | E/027/0080 | 2018 Exploration Data submittal |
| Rail Geotech Boring 8 (BH08-18) | Auger | BLM | 325889.14 | 4287443.21 | Off | Off | 12/4/2018 | 12/4/2018 | 26.5 | UTU-88387 | E/027/0080 | 2018 Exploration Data submittal |
| Rail Geotech Boring 10 (BH10-18) | Auger | BLM | 327975.68 | 4288035.18 | Off | Off | 12/4/2018 | 12/4/2018 | 26.5 | UTU-88387 | E/027/0080 | 2018 Exploration Data submittal |
| Rail Geotech Boring 12 (BH12-18) | Auger | BLM | 328711.35 | 4289360.57 | Off | Off | 12/4/2018 | 12/4/2018 | 51.5 | UTU-88387 | E/027/0080 | 2018 Exploration Data submittal |
| **2018 NOI Completed Exploration Work:** | | | | | | | | | | | | |
| North Trench (N1-18) | Trench | BLM | 316043 | 4324908 | On | On | 8/6/2018 | 8/20/2018 | 500 x 34 x 20 | UTU-88387 | E/027/0094 | 2018 Exploration Data submittal |
| North Trench Mat Trench *** | Trench (Mat Test) | BLM | 312853 | 4326845 | On | On | 7/31/2018 | 8/1/2018 | Work not completed | UTU-88387 | E/027/0094 | 2018 Exploration Data submittal |
| North Berm 1 (N2-18) | Berm | BLM | 316248 | 4325218 | On | On | 7/25/2018 | 8/22/2018 | 200 x -- x -- | UTU-88387 | E/027/0094 | 2018 Exploration Data submittal |
| North Berm 2 (N2-18) | Berm | BLM | 316460 | 4325221 | On | On | 7/31/2018 | 8/17/2018 | 200 x -- x -- | UTU-88387 | E/027/0094 | 2018 Exploration Data submittal |
| South Test Pit 1 (STP-1) | Test Pit | BLM | 309394 | 4290351 | On | On | 7/16/2018 | 7/16/2018 | 20 x 4 x 9 | UTU-88387 | E/027/0094 | 2018 Exploration Data submittal |
| South Test Pit 2 (STP-2) | Test Pit | BLM | 309173 | 4290861 | On | On | 7/16/2018 | 7/16/2018 | 20 x 4 x 6 | UTU-88387 | E/027/0094 | 2018 Exploration Data submittal |
| South Trench 1 (ST-18-1) | Trench | TLA | 311823 | 4291024 | On | On | 7/17/2018 | 7/30/2018 | 270 x 32 x 20 | NA | E/027/0095 | 2018 Exploration Data submittal |
| South Trench 1a (ST-18-1a) | Trench | TLA | 310847 | 4290976 | On | On | 7/20/2018 | Open | 25 x 32 x 20 | NA | E/027/0095 | 2018 Exploration Data submittal |
| South Berm 1 (SB-18-1) | Berm | TLA | 311823 | 4291127 | On | On | 7/11/2018 | 7/26/2018 | 200 x 22 x 9.5 | NA | E/027/0095 | 2018 Exploration Data submittal |
| South Berm 1a (SB-18-1a) | Berm | TLA | 311823 | 4291127 | On | On | 7/10/2018 | Open | 50 x 18 x 9.5 | NA | E/027/0095 | 2018 Exploration Data submittal |
| South Berm 2 (SB-18-2) | Berm | TLA | 311823 | 429215 | On | On | 7/10/2018 | 7/27/2018 | 30 x 18 x 9 | NA | E/027/0095 | 2018 Exploration Data submittal |
| Pass Federal Gravel Test Pit 1 | Test Pit | BLM | 316478 | 4285630 | Off | Off | 11/28/2018 | 11/28/2018 | 15 x 2 x 15 | UTU-094287 | NA | 2018 Exploration Data submittal |
| Pass Federal Gravel Test Pit 2 | Test Pit | BLM | 316305 | 4285608 | Off | Off | 11/28/2019 | 11/28/2019 | 15 x 2 x 15 | UTU-094287 | NA | 2018 Exploration Data submittal |
| Pass Federal Gravel Test Pit 3 | Test Pit | BLM | 316400 | 4285576 | Off | Off | 11/28/2019 | 11/28/2019 | 15 x 2 x 15 | UTU-094287 | NA | 2018 Exploration Data submittal |
| Playa Federal Gravel Test Pit 1 | Test Pit | BLM | 309670 | 4287928 | Off | On | 11/28/2019 | 11/28/2019 | 15 x 2 x 15 | UTU-094287 | NA | 2018 Exploration Data submittal |
| Playa Federal Gravel Test Pit 2 | Test Pit | BLM | 309741 | 4287848 | Off | On | 11/28/2019 | 11/28/2019 | 15 x 2 x 15 | UTU-094287 | NA | 2018 Exploration Data submittal |
| Playa Federal Gravel Test Pit 3 | Test Pit | BLM | 309765 | 4287993 | Off | On | 11/28/2019 | 11/28/2019 | 15 x 2 x 15 | UTU-094287 | NA | 2018 Exploration Data submittal |
| SITLA Gravel Test Pit 1 | Test Pit | BLM | 308328.61 | 4287886.67 | Off | On | 11/28/2019 | 11/28/2019 | 15 x 2 x 15 | NA | NA | 2018 Exploration Data submittal |
| SITLA Gravel Test Pit 2 | Test Pit | BLM | 308230.28 | 4287885.71 | Off | On | 11/28/2019 | 11/28/2019 | 15 x 2 x 15 | NA | NA | 2018 Exploration Data submittal |
| SITLA Gravel Test Pit 3 | Test Pit | BLM | 308325.76 | 4287948.93 | Off | On | 11/28/2019 | 11/28/2019 | 15 x 2 x 15 | NA | NA | 2018 Exploration Data submittal |
| **2019 NOI Completed Exploration Work:** | | | | | | | | | | | | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Peak Minerals, Inc: Sevier Playa Potash Project**

Appendix K

**Peak Minerals - Project Open and Reclaimed Exploration Features**                                                                                            2024

| Excavation / Drilling ID | Exploration Type | Landowner | X_UTM12N NAD83 (meters) | Y_UTM12N NAD83 (meters) | Located On / Off Playa | Located On / Off Lease | Date Excavated / Drilled | Date Backfilled / Reclaimed / Open | Dimensions Well/Hole Depths or Area (L x W x D) (ft) | BLM UTU # Reference | DOGM Reference Document | BLM Document Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CPM-19-SP-01 | Monitoring Well | BLM | 309767.07 | 4288401 | Off | On | 3/19/2019 | Open | 80 | UTU-88389 | E/027/0094 | Hydrogeologic/Monitoring Well Installation Report (2019) |
| CPM-19-SP-02 | Monitoring Well | BLM | 309647 | 4288060 | Off | On | 3/24/2019 | Open | 90 | UTU-88389 | E/027/0094 | Hydrogeologic/Monitoring Well Installation Report (2019) |
| **2023 Exploraton** | | | | | | | | | | | | |
| PM-23-NPT | Monitoring Well | BLM | 306316.317 | 4292071.645 | Off | Off | 12/1/2023 | Reclaimed | Dry Hole | NA | E/027/0084 | 2023 Exploration Data Submittal |
| PM-23-NACT | Monitoring Well | BLM | 304950.8 | 4292830.759 | Off | Off | 12/1/2023 | Open | 4" x 150 ft | NA | E/027/0084 | 2023 Exploration Data Submittal |
| PM-23-WP | Monitoring Well | BLM | 308842.968 | 4308766.719 | Off | Off | 12/1/2023 | Reclaimed | Dry Hole | NA | E/027/0084 | 2023 Exploration Data Submittal |
| PM-23-WAC | Monitoring Well | BLM | 307108.317 | 4310098.922 | Off | Off | 12/1/2023 | Reclaimed | Dry Hole | NA | E/027/0084 | 2023 Exploration Data Submittal |

\* Nested Well

\*\* Per a conversation with Stan Perkes (BLM) on 5/17/19, the referenced BLM UTU # may only list the lead UTU # if multiple are present

\*\*\*2018 North Trench Mat test was not completed due to field conditions

-- information not collected

Source: CPM, BU, May 31, 2019,RecPlanApdxK_ExplTable_190530.xlsx

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# PLAN OF DEVELOPMENT

# FOR OFF-LEASE FACILITIES

## SEVIER PLAYA POTASH PROJECT



**10808 River Front Parkway, Suite 343**
**South Jordan, Utah 84095**

Prepared for:

Bureau of Land Management

and

Utah Division of Oil, Gas and Mining

September 2024

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# EXECUTIVE SUMMARY

Peak Minerals, Inc (Peak Minerals) is an exploration-stage, pre-revenue potash-development company domiciled in Whitehorse, Yukon Territory, Canada, with domestic headquarters in Salt Lake City, Utah. Peak Minerals controls through agreement, the right to develop and operate potassium mineral leases on approximately 118,000 acres of land administered by the Bureau of Land Management (BLM), and controls potash mineral leases on an additional approximately 6,400 acres of land administered by the Utah Trust Lands Administration (TLA) on the Sevier Playa in southwestern Utah's Millard County. Figure 1.1 shows the regional vicinity and potash lease boundaries.

Peak Minerals proposes to construct, operate, maintain, and decommission the Sevier Playa Potash Project (Project). Current plans focus on resources within the south half of the Sevier Playa, referred to as Phase 1. Additional exploration would be completed on the north half referred to as Phase 2. Additional details would be provided prior to development for consideration. During Phase 1, the Project is designed to produce an average annual production of 215,000 tons/year over the Project life of potash in the form of potassium sulfate ($K_2SO_4$), also known as sulfate of potash (SOP), as well as other associated mineral products and other associated minerals from salts present in the brines of the Sevier Playa. The Project's life would be approximately 25-years during Phase 1. This does not include the time required to complete decommissioning and final reclamation. The first 5 years would include construction and a ramp up period to full production. This Plan of Development (POD) provides detailed information for Phase 1 of the Project. During Phase 1, additional testing of the northern portion of the playa will be conducted to provide data and information to determine if Phase 2 is feasible and can be approved. Once that determination is made, Peak Minerals will notify the agencies as to the potential for development and additional permitting.

Infrastructure to support the Project include 1) access roads; 2) communication towers; 3) power and communications lines; 4) a Natural Gas Pipeline, 5) a Rail Loadout Facility and associated Rail Spur; 6) water supply facilities; 7) water monitoring wells; and 8) gravel pits, should construction contractors hired to perform the work not have access to their own gravel/aggregate resources. All of these components would be located on off-lease lands. Information about the gravel pits can be found in the *Gravel Pit Mining Plan* (Peak Minerals 2024n).

The BLM, in accordance with Title 43 of the Code of Federal Regulations (CFR) 2804.25(b), requires that a Plan of Development (POD) be prepared in support of off-lease rights-of-way (ROWs) to develop the Project. This POD, developed by Peak Minerals in collaboration with the BLM, explains in detail how the Project's off-lease utilities and infrastructure would be developed throughout the Project's construction as well as operation and maintenance (O&M). Decommissioning and reclamation are discussed in detail in the *Reclamation Plan* (Peak Minerals 2024h).

Peak Minerals submitted an Application for Transportation and Utility Systems and Facilities on Federal Lands (Standard Form 299) to the BLM for a right-of-way (ROW) grant on BLM-administered land for construction, O&M, decommissioning, and reclamation of the off-lease Project features. The original application was submitted and received on September 6, 2013. The BLM considered the application in accordance with Title 43 CFR 2800, "Rights-of-Way under the Federal Land Policy and Management Act" and under Title 43 CFR 2880, "Rights-of-Way under the Mineral Leasing Act" and issued ROW grants for the Project. The BLM also coordinated with Peak Minerals with the preparation of the POD to ensure compliance with applicable environmental laws in association with other relevant projects.

Furthermore, the BLM prepared the *Sevier Playa Potash Project Environmental Impact Statement (EIS)*, dated July 2019 and the *Sevier Playa Potash Project Record of Decision (ROD),* dated August 2019 in accordance with the National Environmental Policy Act (NEPA), for the Sevier Playa Potash Project. The EIS addresses the Mining Plan, POD, and Gravel Pit Mining Plan.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

Additionally, since UDOGM requires that these off-lease features be included as part of Peak Mineral's Large Mining Operation, modifications have been made to the POD to comply with the requirements of R647-4. This POD has been provided to both UDOGM and the BLM for their review and approval. Any future revisions of the POD will also be provided to both UDOGM and the BLM for review and approval.

This POD addresses the utilities and infrastructure required to support the Project on BLM-administered land outside of the potassium lease boundary. The Project requires federal ROWs for the following facilities:

- Power and communication lines
- Communication towers
- Natural gas supply
- Rail facilities
- Water supply facilities
- Water monitoring wells
- Access roads
- Preconcentration ponds
- Segment of the Recharge Canal

Each facility is discussed in this document, along with all of its necessary supporting components (for example, power required for rail facility operation is discussed in Section 2.2, *Power and Communication Lines* and referenced in Section 2.5, *Rail Facilities*).

This POD is divided into eight sections that describe the Project components and federal ROWs required; potential environmental concerns and protection measures; and information regarding construction, O&M, and decommissioning of the Project. The eight sections are as follows:

- Section 1 discusses the purpose and need for the Project and provides an overview of regulatory agency approvals, permits, and reviews required for the Project.
- Section 2 describes the permanent features of the Project utilities and infrastructure.
- Section 3 describes the Project environmental compliance activities and programs.
- Section 4 describes types of construction activities related to developing the facilities.
- Section 5 discusses potential environmental resource issues associated with the Project and environmental protection measures to minimize environmental impacts.
- Section 6 describes activities associated with O&M.
- Section 7 summarizes the Project's decommissioning activities.
- Section 8 lists the references used in the preparation of this POD.
- Appendices provide further details on relevant topics.

This POD has been updated based on the Final EIS (BLM 2019a) and ROD (BLM 2019b), and is based on preliminary Project planning and available data from the *Feasibility Study Report for the Sevier Playa Potash Project*, dated September 2022 (Novopro and Stantec). As the Project is further defined through engineering, design, and permitting, certain aspects described may change. Some of the features that were detailed in the EIS, and the 2019 versions of the Mining Plan and POD have either been modified or removed from the current Project plans and designs as detailed in **Table 1-1** below.

Following final engineering design, a Construction POD would be prepared. Details that would be provided or verified for the Construction POD are also identified in blue italics in this document. The

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M037/0485

items provided in the Construction POD are required prior to final BLM authorization and construction of the Project.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# CONTENTS

Section                                                                                                                Page

Executive Summary...................................................................................................................1

Abbreviations .........................................................................................................................v

**Introduction** ..........................................................................................................1-1
1.1.    Plan Updates .........................................................................................1-3
1.2.    Plan of Development Project Summary............................................1-8
1.3.    Purpose and Need for the Project ...................................................1-10
1.4.    Permits Approvals and Regulatory Requirements ........................1-10
1.5.    Required Federal Actions ..................................................................1-15

**Project Description** ..............................................................................................2-1
2.1.    Processing Facility ..............................................................................2-1
2.2.    Power and Communication Lines .....................................................2-2
        2.2.1.    Facility Design Elements ....................................................2-2
        2.2.2.    Land Requirements and Limits of Disturbance...............2-4
2.3.    Communication Towers .....................................................................2-8
        2.3.1.    Facility Design Elements ....................................................2-8
        2.3.2.    Land Requirements and Limits of Disturbance.............2-11
2.4.    Propane and Natural Gas Supply ...................................................2-11
        2.4.1.    Facility Design Elements ..................................................2-12
        2.4.2.    Land Requirements and Limits of Disturbance.............2-14
2.5.    Rail Facilities.....................................................................................2-16
        2.5.1.    Facility Design Elements ..................................................2-17
        2.5.2.    Land Requirements and Limits of Disturbance.............2-19
2.6.    Water Supply and Distribution .......................................................2-21
        2.6.1.    Facility Design Elements ..................................................2-26
        2.6.2.    Land Requirements and Limits of Disturbance.............2-27
2.7.    Water Monitoring Wells ...................................................................2-27
        2.7.1.    Facility Design Elements ..................................................2-29
        2.7.2.    Land Requirements and Limits of Disturbance.............2-29
2.8.    Access Roads and Playa Access Road ............................................2-30
        2.8.1.    Facility Design Elements ..................................................2-30
        2.8.2.    Land Requirements and Limits of Disturbance.............2-31
2.9.    Preconcentration Ponds ..................................................................2-40
        2.9.1.    Facility Design Elements ..................................................2-40
        2.9.2.    Land Requirements and Limits of Disturbance.............2-40
2.10.   Recharge Canal Segment .................................................................2-40
        2.10.1. Facility Design Elements ..................................................2-40
        2.10.2. Land Requirements and Limits of Disturbance.............2-41

**Environmental Compliance Activities**................................................................3-1
3.1.    Pre-Construction Compliance ...........................................................3-1
        3.1.1.    Pre-Construction Notifications ..........................................3-1
        3.1.2.    Permits and Approvals .......................................................3-1
        3.1.3.    Pre-Construction Surveys and Investigations .................3-1
        3.1.4.    Notice to Proceed ...............................................................3-2

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

|  | 3.1.5. | Pre-Construction Conference | 3-2 |
| 3.2. | Environmental Compliance and Inspection Plan | | 3-3 |
|  | 3.2.1. | Post-Construction Compliance | 3-3 |
|  | 3.2.2. | Operations Compliance | 3-3 |

**Project Construction** .................................................................................................**4-1**

| 4.1. | Health and Safety Program | | 4-1 |
|  | 4.1.1. | Site Safety Plan | 4-1 |
|  | 4.1.2. | Blasting Plan | 4-2 |
|  | 4.1.3. | Transportation and Traffic Management Plan | 4-3 |
| 4.2. | Environmental Program | | 4-3 |
|  | 4.2.1. | Stormwater Control | 4-3 |
|  | 4.2.2. | Erosion Control | 4-3 |
|  | 4.2.3. | Dust Control | 4-4 |
|  | 4.2.4. | Air Emissions | 4-5 |
|  | 4.2.5. | Noxious Weeds Management | 4-5 |
|  | 4.2.6. | Solid and Hazardous Waste and Hazardous Materials Management | 4-6 |
|  | 4.2.7. | Reclamation and Revegetation | 4-7 |
| 4.3. | Pre-Construction Activities | | 4-7 |
|  | 4.3.1. | Pre-Construction Surveys | 4-7 |
|  | 4.3.2. | Flagging Plan | 4-8 |
|  | 4.3.3. | Right-of-Way Acquisition on Federal, State, and Private Land | 4-8 |
| 4.4. | General Construction Information | | 4-9 |
|  | 4.4.1. | Construction Schedule | 4-9 |
|  | 4.4.2. | Construction Workforce | 4-11 |
|  | 4.4.3. | Construction Transportation | 4-11 |
|  | 4.4.4. | Special Work Areas | 4-12 |
| 4.5. | General Construction Methods | | 4-12 |
|  | 4.5.1. | Clearing and Grading | 4-12 |
|  | 4.5.2. | Topsoil Removal and Protection | 4-13 |
| 4.6. | Facility Construction | | 4-13 |
|  | 4.6.1. | Construction Equipment | 4-14 |
|  | 4.6.2. | Material Storage/Staging/Laydown Areas | 4-14 |
|  | 4.6.3. | Power and Communication Lines | 4-14 |
|  | 4.6.4. | Communication Towers | 4-18 |
|  | 4.6.5. | Natural Gas Pipeline | 4-19 |
|  | 4.6.6. | Rail Facilities | 4-22 |
|  | 4.6.7. | Water Supply and Distribution | 4-25 |
|  | 4.6.8. | Water Monitoring Well Construction | 4-29 |
|  | 4.6.9. | Access Roads and Playa Access Road | 4-30 |
|  | 4.6.10. | Preconcentration Ponds | 4-31 |
|  | 4.6.11. | Recharge Canal Segment | 4-31 |
| 4.7. | Site Reclamation and Revegetation | | 4-31 |
| 4.8. | Soil and Ground Preparation | | 4-33 |
|  | 4.8.1. | Seed Mixes | 4-33 |

**Resource Values and Environmental Concerns** .....................................................**5-1**

| 5.1 | Anticipated Conflicts with Resources | 5-1 |
| 5.2 | Applicant Committed Design Features | 5-2 |

**Project Operations and Maintenance** ....................................................................**6-1**

CONTENTS

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

6.1.     Operations and Maintenance Workforce ......................................................6-1
6.2.     Power and Communication Lines ...............................................................6-1
6.3.     Communication Towers ...........................................................................6-1
6.4.     Natural Gas Pipeline ..............................................................................6-2
6.5.     Rail Facilities........................................................................................6-2
6.6.     Water Supply and Distribution ..................................................................6-2
6.7.     Water Monitoring Wells ..........................................................................6-2
6.8.     Access Roads and Playa Access Road .........................................................6-2
6.9.     Preconcentration Ponds ..........................................................................6-2
6.10.    Recharge Canal Segment .........................................................................6-2
6.11.    Products Used for Operations and Maintenance ...........................................6-3
6.12.    Safety ................................................................................................6-3
6.13.    Snow Removal.......................................................................................6-3

**Project Decommissioning and Reclamation**.................................................**7-1**

**References**........................................................................................**8-1**

**Appendices**

Appendix A.     1:24,000 Scale Map Set *(Would be provided prior to construction)*

**Figures**

Figure 1-1     Regional Vicinity
Figure 1-2     Project Off-Lease Facilities Overview
Figure 1-3     Project Off-Lease Facilities Overview with Existing Rights-of-Way
Figure 1-4     Project Facilities Overview
Figure 1-5     Processing Facility Site Plan
Figure 2-1     Power and Communication Line Overview
Figure 2-2     Typical H-Frame Support Structure for 69-kV Power and Communication Line
Figure 2-3     Typical 3-Pole Dead End Structure for 69-kV Power and Communication Line
Figure 2-4     Typical Single Pole Support Structure for 12.47-kV and 25-kV Power Line
Figure 2-5     Typical Single Pole Dead-End Support Structures for 12.47-kV and 25-kV Power Lines
Figure 2-6     Typical Substation Layout
Figure 2-7     Guy Wire Mitigation Measures
Figure 2-8     Communication Tower Overview
Figure 2-9     Communication Tower Layout
Figure 2-10    Rail Loadout Facility Overview
Figure 2-11    Valve Connection at Processing Facility *(Would be provided before Construction POD)*
Figure 2-12    Natural Gas Pipeline Overview
Figure 2-13    Rail Spur and Loadout Facilities Overview
Figure 2-14    Rail Loadout Facility Highway 257 Crossing Details
Figure 2-15    Rail Loadout Facility Access Road Cross Section
Figure 2-16    Typical Train Track Roadbed Section
Figure 2-17    Water Supply and Distribution Facility Overview
Figure 2-18    Water Supply Well Site Layout
Figure 2-19    Water Monitoring Wells

CONTENTS

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Figure 2-20    Project Access Roads and Playa Access Road
Figure 2-21    Playa Access Road Typical Sections and Turnouts
Figure 2-22    Preconcentration Ponds Off-Lease
Figure 2-23    Recharge Canal
Figure 2-24    Typical Constructed Extraction and Recharge Trench / Collector / Canal

**Tables**

Table 1-1    Comparison of 2019 POD to 2024 POD Modifications ........................................................1-5
Table 1-2    Potential Authorizations, Permits, Reviews, and Approvals ...............................................1-11
Table 1-3    Proposed Rights-of-Way *(Table 1-3 would be updated for the Construction POD as necessary).* ...................................................................................................................1-14
Table 1-4    BLM Right-of-Way Requirements on Off-Lease BLM-Administered Land........................1-16
Table 2-1    Right-of-Way Area for the Power and Communication Lines by Land Ownership .............2-4
Table 2-2    Right-of-Way Area for the Communication Towers by Land Ownership .........................2-10
Table 2-3    Right-of-Way Area for the Natural Gas Pipeline and Spur by Land Ownership ................2-14
Table 2-4    Right-of-Way Area for the Rail Facilities by Land Ownership...........................................2-19
Table 2-5    Right-of-Way Area for the Water Supply Facilities by Land Ownership ...........................2-23
Table 2-6    Right-of-Way Area for the Water Monitoring Wells by Land Ownership .........................2-28
Table 2-7    Right-of-Way Area for the Access Roads by Land Ownership ...........................................2-32
Table 2-8    Detailed Information for the Project Access Roads..........................................................2-34
Table 2-9    Right-of-Way Area for the Preconcentration Ponds by Land Ownership..........................2-40
Table 2-10   Right-of-Way Area for Recharge Canal Segment by Land Ownership...............................2-41
Table 4-1    Dust Control Options .....................................................................................................4-5
Table 4-2    Flagging Colors ..............................................................................................................4-8
Table 4-3    Anticipated Project Construction Schedule – Phase 1......................................................4-10
Table 4-4    Estimated Vehicles and Equipment for Sevier Playa Potash Project Construction ...........4-15
Table 5-1    Applicant Committed Design Features ............................................................................5-4

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# ABBREVIATIONS

| | |
|---|---|
| AO | Authorized Officer |
| APLIC | Avian Power Line Interaction Committee |
| bgs | Below Ground Surface |
| BLM | Bureau of Land Management |
| BMP | Best Management Practice |
| CBR | Commercial Business Radio |
| CFR | Code of Federal Regulations |
| CIC | Compliance Inspection Contractor |
| Class I/II | Class I/II Inventory |
| County | Millard County |
| ECIP | Environmental Compliance and Inspection Program |
| EIS | Environmental Impact Statement |
| ESA | Endangered Species Act |
| FFO | Fillmore Field Office |
| FLPMA | Federal Land Policy and Management Act |
| HDPE | High-Density Polyethylene |
| Hwy | Highway |
| Hwy 6/50 | U.S. Highway 6/50 |
| kV | Kilovolt |
| MOP | Muriate of Potash |
| mph | Miles per Hour |
| MTPH | Metric Tons per Hour |
| NEPA | National Environmental Policy Act |
| NRHP | National Register of Historic Places |
| NTP | Notice to Proceed |
| O&M | Operations and Maintenance |
| Peak Minerals | Peak Minerals, Inc. |
| $PM_{2.5}$ | Particulate Matter Smaller than 2.5 Microns in Aerodynamic Diameter |
| $PM_{10}$ | Particulate Matter Smaller than 10 Microns in Aerodynamic Diameter |
| POD | Plan of Development |
| Project | Sevier Playa Potash Project |
| PUP | Pesticide Use Proposal |
| RMP | Resource Management Plan |
| ROD | Record of Decision |
| ROW | Right-of-Way |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

ABBREVIATIONS

| | |
|---|---|
| ROWs | Rights-of-Way |
| SOP | Sulfate of Potash |
| SPCC | Spill Prevention, Control, and Countermeasures |
| SR | State Route |
| STPH | Short Tons per Hour |
| SWPPP | Stormwater Pollution Prevention Plan |
| TLA | Utah Trust Lands Administration |
| ton | U.S. Customary Ton |
| TUA | Temporary Use Area |
| UAC | Utah Administrative Code |
| UCA | Utah Code Annotated |
| UDAQ | Utah Division of Air Quality |
| UDOGM | Utah Division of Oil Gas and Mining |
| UDOT | Utah Department of Transportation |
| UDWR | Utah Division of Wildlife Resources |
| UDWRi | Utah Division of Water Rights |
| UPDES | Utah Pollutant Discharge Elimination System |
| UPRR | Union Pacific Railroad |
| USACE | U.S. Army Corps of Engineers |
| USC | United States Code |
| USFWS | U.S. Fish and Wildlife Service |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

SECTION 1

# INTRODUCTION

Peak Minerals, Inc (Peak Minerals) is an exploration-stage, pre-revenue potash-development company domiciled in Whitehorse, Yukon Territory, Canada, with domestic headquarters in Salt Lake City, Utah. Peak Minerals controls through agreement, the right to develop and operate potassium mineral leases on approximately 118,000 acres of land administered by the Bureau of Land Management (BLM), and controls potash mineral leases on an additional approximately 6,400 acres of land administered by the Utah Trust Lands Administration (TLA) on the Sevier Playa in southwestern Utah's Millard County. **Figure 1-1** shows the regional vicinity and potash lease boundaries.

Peak Minerals proposes to construct, operate, maintain, and decommission the Sevier Playa Potash Project (Project). Current plans focus on resources within the south half of the Sevier Playa, referred to as Phase 1. Additional exploration would be completed on the north half referred to as Phase 2. Additional details for Phase 2 would be provided prior to development for consideration. During Phase 1, the Project is designed to produce an average of approximately 215,000 tons/year over the Project life of potash in the form of potassium sulfate ($K_2SO_4$), also known as sulfate of potash (SOP), as well as other associated mineral products and other associated minerals from salts present in the brines of the Sevier Playa. The Project's life would be approximately 25-years during Phase 1.This does not include the time required to complete decommissioning and final reclamation. The first 5 years include construction and a ramp up period to full production. This Plan of Development (POD) provides detailed information for Phase 1 of the Project. During Phase 1, additional testing of the northern portion of the playa would be conducted to provide data and information to determine if Phase 2 is feasible and could be approved. Once that determination is made, Peak Minerals would notify the agencies as to the potential for development and additional permitting.

In general, the on-lease mining design for the Project consists of the following three major features: 1) a brine extraction system consisting of canals and trenches; 2) a recharge system consisting of canals and trenches; and 3) a series of evaporation ponds consisting of Preconcentration and Production Ponds. Brines extracted from below the surface of the Sevier Playa would be concentrated by solar evaporation in a series of Preconcentration Ponds. The potassium-rich salts (sometimes described as "crystallized" in other Project documents) precipitated in the Production Ponds would be harvested and processed in a modern crystallization plant, referred to as the Processing Facility. The salts will be processed at the Processing Facility to produce saleable commercial grade SOP, as well as other associated mineral products. The primary on-lease Project components would consist of evaporation and concentration ponds, extraction trenches, and the Processing Facility and its associated facilities; all are to be constructed within the lease boundaries. The *Mining Plan for the Sevier Playa Potash Project* (Mining Plan) (Peak Minerals 2024a) contains more details about these on-lease features.

To support development of the Project, utilities and infrastructure would be required on private, state, and BLM-administered lands outside of the potash lease boundary (off-lease lands). The Project components to be located on off-lease BLM-administered land would require a BLM rights-of-way (ROWs) (listed in Section 1.4, *Required Federal Actions*) and are described throughout this POD. The Project requires BLM ROWs for the following utilities and infrastructure:

- Power and communication lines
- Communication towers
- Natural gas supply
- Rail facilities
- Water supply facilities

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

SECTION 1 – INTRODUCTION

- Water monitoring wells
- Access roads
- Preconcentration ponds,
- Segment of the Recharge Canal

All permanent structures would be located in permanent ROWs. Temporary BLM ROWs would also be required for construction purposes (e.g., equipment movement, equipment parking, and material laydown). Temporary ROWs would typically be located adjacent to permanent ROWs.

**Figure 1-2** shows the Project facilities that would be located off-lease, the Project BLM-administered and TLA-administered lease areas, and existing and planned access roads that would be used for the Project. **Figure 1-3** shows the Project facilities that would be located off-lease, along with existing ROWs for nearby facilities not related to the Project. The Processing Facility would be located at the southern end of Sevier Playa, approximately 54 miles southwest of Delta and 25 miles northwest of Milford, within the potash lease boundary. **Figure 1-4** shows the proposed layout of all Project facilities (both on- and off-lease). Detailed mining project descriptions are available in the Mining Plan (Peak Minerals 2024a). **Figure 1-5** shows the Processing Facility layout.

Peak Minerals would construct, operate, maintain, decommission, and reclaim the off-lease Project facilities and associated ROWs in conformity with the approved POD, which would be incorporated into each ROW grant. Temporary and permanent ROWs, as appropriate, would be issued for each off-lease facility for the Project. Peak Minerals would apply for fringe acre leases once mining operations begin. The fringe acre leases are anticipated to include the current off-lease portion of the Playa Access Road, Preconcentration Ponds, and Recharge Canal segment. Assuming fringe acre leases are granted, Peak would relinquish those specific ROWs as detailed in **Table 1-1** below.

Peak Minerals has developed supplemental plans to address specific resource issues or management requirements. These plans are as follows:

- *Adaptive Wildlife Management Plan* (Peak Minerals 2024b)
- *Blasting Plan* (Peak Minerals 2024c)
- *Cultural Resources Plan* (Peak Minerals 2024d)
- *Environmental Compliance and Inspection Plan* (Peak Minerals 2024e)
- *Fugitive Dust Control Plan* (Peak Minerals 2024f)
- *Noxious Weed Management Plan* (Peak Minerals 2024g)
- *Reclamation Plan* (Peak Minerals 2024h)
- *Site Safety Plan* (Peak Minerals 2024i)
- *Solid and Hazardous Waste and Hazardous Materials Management Plan* (Peak Minerals 2024j)
- *Spill Prevention, Control, and Countermeasures Plan* (SPCC Plan) (Peak Minerals 2024k)
- *Stormwater Pollution Prevention Plan* (SWPPP) (Peak Minerals 2024l)
- *Transportation and Traffic Management Plan* (Peak Minerals 2024m)
- *Water Monitoring Plan* (Peak Minerals 2024n)

Each of these plans supplements information and requirements contained in the Environmental Impact Statement (EIS), the Mining Plan (Peak Minerals 2024a), and the POD and is incorporated in these documents by reference. Some of these plans contain applicant committed design features that are in addition to the design features listed in the POD and EIS.

The BLM, in accordance with Title 43 of the Code of Federal Regulations (CFR) 2804.25(b), requires that a POD be prepared in support of the Project. This POD, developed by Peak Minerals in collaboration with

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

the BLM, explains in detail how the off-lease facilities of the Project would be developed throughout the Project's construction, as well as operations and maintenance (O&M). Decommissioning and reclamation are discussed in detail in the *Reclamation Plan* (Peak Minerals 2024h).

Peak Minerals submitted an Application for Transportation and Utility Systems and Facilities on Federal Lands (Standard Form 299) to the BLM for a ROW grant on BLM-administered land for construction, O&M, decommissioning, and reclamation of the off-lease Project features. The original application was submitted and received on September 6, 2013. The BLM considered the application in accordance with Title 43 CFR 2800, Rights-of-Way under the Federal Land Policy and Management Act and under Title 43 CFR 2880, Rights-of-Way under the Mineral Leasing Act, and issued most ROW grants for the Project. The BLM also coordinated with Peak Minerals with the preparation of the POD to ensure compliance with applicable environmental laws in association with other relevant projects.

Furthermore, the BLM prepared the *Sevier Playa Potash Project Environmental Impact Statement* (EIS), dated July 2019 and the *Sevier Playa Potash Project Record of Decision* (ROD), dated August 2019 in accordance with the National Environmental Policy Act (NEPA), for the Sevier Playa Potash Project. The EIS addresses the Mining Plan, POD, and associated mineral material sales (gravel pits).

Additionally, since UDOGM requires that these off-lease features be included as part of Peak Minerals' Large Mining Operation, modifications have been made to the POD to comply with the requirements of R647-4. This combined POD would be provided to both UDOGM and the BLM for their review and approval.

## 1.1.  Plan Updates

Development of the POD is an iterative process that progresses with the NEPA process and updates to the Project design. The POD versions are as follows:

- <u>Administrative Draft POD</u>: Document title until after the BLM, Solicitor, and Cooperating Agencies review.

- <u>Draft POD</u>: Document released to the public in support of the Draft Environmental Impact Statement. Incorporated the BLM, Solicitor, and Cooperating Agencies' Administrative Draft POD comments.

- <u>Administrative Final POD</u>: Document incorporated any additional design information after publication of the Draft POD and addressing public comments on the Draft EIS. Document would be reviewed by the BLM, Solicitor, and Cooperating Agencies.

- <u>Final POD</u>: Document released to the public in support of the Final EIS. Incorporates the BLM, Solicitor, and Cooperating Agencies' comments on the Administrative Final POD.

- <u>Construction POD</u>: Document developed after the Record of Decision (ROD), before notice to proceed (NTP), and before Project construction. Document incorporates changes necessary as a result of public comments on the Final EIS and ROD and final engineered design of facilities, as well as any terms or conditions of approval added to the Project by the ROD.

This 2024 POD has been updated based on the completion of the EIS (BLM 2019a), and the ROD (BLM 2019b), as well as Project planning and available data from the *Feasibility Study Report for the Sevier Playa Potash Project,* dated September 2022 (Novopro and Stantec). Some of the features that were detailed in the EIS, and the 2019 versions of the Mining Plan and POD have either been modified or removed from the current Project plans and designs as detailed in **Table 1-1** below. The supplemental plans listed in Section 1 above, developed by Peak to support this POD have also been updated to reflect Project updates and incorporate the completion of the EIS and ROD.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

Features located off-lease that have been removed from the Project design and are no longer needed include the Heel Brine Pond.

Features that have been modified off-lease include:

- Removal of several Recharge Canal Segments. Recharge Canal Collectors are now located on-lease.

- The Perimeter Road has been renamed the Playa Access Road, the alignment reconfigured, and the amount of segments off-lease have been reduced to one.

- Reconfiguration of the Preconcentration Ponds

- Relocating the North Playa Substation and the 25-kV Power Line. This changed the location of the access needs for the 25-kV Power Line from the 25-kV Power Line Access Road to Access Road Segment B. Both roads would still be used, and their names have been switched to reflect their primary purpose. The North Playa Substation is now on TLA land and no longer requires a BLM ROW.

- The Brine Transfer Canal and 12.47-kV Power Line (power to the production pond pumps) would be located solely on-lease and has been removed from this POD.

**Table 1-1** provides a side-by-side comparison of the 2019 POD and the changes presented in this modified POD. Refer to **Table 1-3** for a complete list of the ROWs.

Following final engineering design, before notice to proceed (NTP) and construction starts, a Construction POD would be prepared. Details that would be provided or verified for the Construction POD are also identified in blue italics in this document. The items provided in the Construction POD are required prior to final BLM authorization and construction of the Project. It should be noted that all plans established by CPM have been adopted by Peak Minerals at the time of this POD submittal.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table 1-1**     Comparison of 2019 POD to 2024 POD Modifications

*Plan of Development for the Sevier Playa Potash Project*

| ROW # | 2019 POD | | 2024 POD Modification | | | |
|---|---|---|---|---|---|---|
| | Project Feature | Description | Project Feature | Description | Change | Next steps |
| **Power and Communication Lines** | | | | | | |
| UTU-90097; UTU-90097-01 | 69-kV Power and Communication Line and Power Line Access Road | 69-kV Power and communication line and Access Road; construction space: power and comm line temporary use areas, equipment laydown areas and turnarounds, and access road spurs 1-3, 5-8 | NA | NA | No changes | |
| UTU-92068; UTU-92068-01 | 25-kV Power Line | 25-kV Power line and access road; construction space | NA | NA | Revised location of power line and access road location. Access Road Segment B, would now be referred to as the 25-kV Power Line Access Road | Would amend ROW: description, acreage, and legal description |
| UTU-92068 | North Playa Substation | Substation and access road | BLM ROW no longer needed | | Revised location to TLA | Notification to BLM that ROW is no longer needed and to delete.<br><br>Would notify TLA that ROW is needed. |
| UTU-92069; UTU-92069-01 | 12.47-kV Power and Communication Line | 12.47-kV Power and communication line from the Processing Facility to the Rail Loadout; | NA | NA | No changes | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| ROW # | 2019 POD | | 2024 POD Modification | | | |
|---|---|---|---|---|---|---|
| | Project Feature | Description | Project Feature | Description | Change | Next steps |
| | | construction space and temporary use areas | | | | |
| UTU-94233; UTU-9423301 | 12.47-kV Power Line | Provides power to the production ponds – Three segments (1,2 &4); construction space and temporary use areas | Remove – no longer needed | | | Notification to BLM that ROW is no longer needed and to relinquish ROW |
| **Communication Towers** | | | | | | |
| Refer to Table 1-3 | | | No changes | | | |
| **Propane and Natural Gas Supply** | | | | | | |
| Refer to Table 1-3 | | | No changes | | | |
| **Rail Loadout Facility** | | | | | | |
| Refer to Table 1-3 | | | No changes | | | |
| **Rail Spur, Corridor and Access Roads** | | | | | | |
| Refer to Table 1-3 | | | No changes | | | |
| **Water Supply and Distribution** | | | | | | |
| Refer to Table 1-3 | | | No changes | | | |
| **Water Monitoring Wells** | | | | | | |
| Refer to Table 1-3 | | | No changes | | | |
| **Access Roads and Playa Access** | | | | | | |
| UTU-92064; UTU-92064-01 | Perimeter Road | Ten perimeter road segments; fifteen perimeter road turnouts; construction space – ten perimeter road segments | Playa Access Road | | Renamed to Playa Access Road and revised road configuration. There is only one segment of the Phase 1 road off-lease. | Would amend ROW: description, acreage and legal description. Peak plans to apply for fringe acre lease once mining initiates which would eliminate need for ROW. |
| UTU-92066 | Access Road Segments | Ten access roads | Access Road segments | | Segment B is being renamed to | Would amend ROW: description, acreage, and legal description |

SECTION 1 – INTRODUCTION

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| ROW # | 2019 POD | | 2024 POD Modification | | | |
|---|---|---|---|---|---|---|
| | Project Feature | Description | Project Feature | Description | Change | Next steps |
| | | | | | 25-kV Power Line Access Road. | |
| **Preconcentration Ponds** | | | | | | |
| UTU-94227 UTU-94227-01 | Preconcentration Ponds | | | Removed Heel Brine Ponds | Reduced footprint | ROW still needs to be issued once annual rental values are determined. Peak plans to apply for fringe acre lease once mining initiates which would eliminate need for ROW. |
| **Recharge Canal Segments** | | | | | | |
| UTU-94234 | Recharge Canal Segments, Recharge Canal Collectors | Recharge canal segments 1-8, and collector segments A, B and C | Recharge Canal Segments | | Removed collectors (now on-lease). One segment associated with Phase 1. | Would amend ROW: description, acreage and legal description. Peak plans to apply for fringe acre lease once mining initiates which would eliminate need for ROW. |
| **Brine Transfer Canal Segments** | | | | | | |
| UTU-94234 | Brine Transfer Canal Segments | Brine transfer canal segments 1-3 | Remove ROW | Remove ROW | All on-lease | Notification to BLM that ROW is no longer needed and to relinquish ROW |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

SECTION 1 – INTRODUCTION

## 1.2.    Plan of Development Project Summary

This section summarizes the off-lease Project facilities and supporting components. Detailed descriptions of each Project component described in the POD are provided in Section 2, *Project Description*. Facility descriptions list the components necessary for operation, the location, and the temporary and permanent ROW requirements for construction and O&M.

POD Project facilities and supporting components are as follows:

**Processing Facility**. The Processing Facility is located on-lease at the southern end of the Playa; it is summarized here and described in detail in the Mining Plan (Peak Minerals 2024a). The Processing Facility layout comprises a wet plant, a dry plant, a compaction building and bagging plant, a warehouse and maintenance building, and various support buildings and facilities. A single-level administration building with adjoining administrative employee parking would provide office space (see **Figure 1-5**). Supporting utilities and infrastructure leading to the Processing Facility are off-lease, and details are included in this document.

**Power and Communication Lines**. The principal components of the power and communication line infrastructure are shown on **Figure 2-1** and access roads and spurs are shown on **Figure 2-20** and listed as follows:

- 69-kilovolt (kV) Power and Communication Line
- Power Line Access Road and Spurs
- 12.47-kV Power Line (located on-lease)
- 12.47-kV Power and Communication Line
- Processing Facility Substation
- Rail Loadout Facility Substation
- North Playa Substation
- 25-kV Power Line
- 25-kV Power Line Access Road

**Communication Towers**. The communication tower facility locations are shown in **Figure 2-1** and are listed as follows:

- Long Ridge Communication Tower
- Long Ridge Access Road
- Black Rock Communication Tower
- Black Rock Substation Access Road
- Processing Facility communication tower

**Propane and Natural Gas Supply**. During initial facility operations, Peak Minerals would truck propane gas from a local supplier to a storage tank at the Processing Facility (see **Figure 1-5**) and Rail Loadout Facility (**Figure 2-10**). Following construction of the Natural Gas Pipeline, Peak Minerals would discontinue the use of propane gas and switch the operational fuel source to natural gas. The propane and natural gas fuel supply components would consist of the following:

*Propane Supply*

- An aboveground propane gas storage tank located at the Processing Facility
- An approximately 0.5-mile-long, 8-inch-diameter, buried propane gas pipeline connecting the propane storage tank to the wet plant at the Processing Facility

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

- An aboveground propane storage tank located at the Rail Loadout Facility
- A buried propane gas pipeline connecting the propane gas storage tank at the Rail Loadout Facility to the train loadout building

*Natural Gas Pipeline*

- Natural Gas Pipeline (**Figure 2-12**)
- Natural Gas Pipeline Spur
- Natural Gas Pipeline Access Roads 1A, 1B, 2, 3, 4, 5A, 5B, 6, 7, and 8
- Valve connection at Processing Facility (**Figure 2-11**) (**Figure 2-11** would be provided in the Construction POD).

**Rail Facilities**. The principal components of the rail facilities are shown on **Figures 2-10** and **2-13** and listed as follows:

- Rail Loadout Facility, including storage, train loadout, and truck loadout
- Yard tracks
- Rail Spur
- Rail Spur Access Corridor
- Rail Loadout Facility Access Roads 1 and 2

**Water Supply Wells and Distribution**. The principal components of the water supply and distribution facilities are shown on **Figure 2-17** and listed as follows:

- Water Supply Wells 1, 2, 3, and 4, west to east
- Water Supply Pipeline
- Water Supply Pipeline Spurs 1, 2, 3, and 4
- 12.47-kV Power Line Spurs 1, 2, 3, and 4
- Water Supply Well Access Roads 1, 2, 3, 4 (Water Supply Well Access Roads 1, 3, and 4 are existing two-track roads. Water Supply Well Access Road 2 is an existing Millard County Class B road)

**Water Monitoring Wells**. The principal components of the water monitoring wells are shown on **Figure 2-19** and listed as follows:

- Water Monitoring Wells (8 off-lease water monitoring wells)
- Monitoring Well Access Road

Additional details for proposed and existing water monitoring wells can be found in the *Water Monitoring Plan* (Peak Minerals 2024n).

**Access Road Network.** The principal components of the access road network are shown on **Figure 2-20** and listed as follows:

- Access Road Segments A, B, C1, C2, D1, D2, E, F, and G
- Playa Access Road Segment (off-lease) – only one segment used for Phase 1 as shown on **Figure 2-20**
- Playa Access Road Turnouts (15 off-lease) – only one turnout used for Phase 1

**Preconcentration Ponds.** The preconcentration ponds would be located in the northeastern portion of the playa. Activities that would occur in these ponds are described in the Mining Plan (Peak Minerals 2024a). A portion of the Preconcentration Ponds are located off-lease, as shown on **Figure 2-22**.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

**Recharge Canal**. The Recharge Canal would follow the Playa Access Road alignment. Portions of the Recharge Canal (Recharge Canal Segments 1, 2, 3, 4, 5, 6, 7, 8, and 9) would be located off-lease – only one segment is needed for Phase 1 as shown on **Figure 2-23**.

# 1.3.    Purpose and Need for the Project

Chemical fertilizers are an integral part of food production in modern society. The growing need for agricultural production has spurred corresponding needs for development of additional sources of chemical fertilizers. Nitrogen, phosphorus, and potassium are the three basic nutrients needed for healthy plant development. Potassium-rich potash salts precipitated from brine extracted from the Project Production Ponds would produce a commercially marketable SOP product. As global food production requirements continue to grow, recent international and national forecasts anticipate a growing need for chemical fertilizers. For example, the Food and Agriculture Organization of the United Nations forecasts an increase in potash fertilizer demand of 2.6% annually between 2014 and 2018 (Food and Agriculture Organization of the United Nations 2015). The Project would help meet the growing need for fertilizer to support national and global food production.

The purpose of the Project is to support economic recovery of potash and related mineral resources from federal and state lands by commercial production.

The Mineral Leasing Act of 1920, as amended, provides for exploration and development of mineral resources, and promotes the mining of potassium on the public domain. In addition, the BLM is mandated to establish multiple uses of federal lands in providing for present and future generations. Authorization of this minerals extraction Project would be consistent with Section 102(a)(12) of FLPMA (90 Stat. 2744), which states, in part, that "it is the policy of the United States that the public lands be managed in a manner which recognizes the nation's need for domestic sources of minerals."

The BLM Fillmore Field Office (FFO) is responsible for management of the BLM-administered land on the Sevier Playa for multiple uses, including minerals extraction. An EIS was prepared in compliance with NEPA to analyze and disclose potential impacts on the environment that could result from the Project (BLM 2019a). The BLM was the lead agency responsible for preparing the EIS. Siting of the potash extraction and processing facilities on leased federal and TLA-administered lands does not require a BLM ROW grant. However, BLM ROW grants are required for ancillary facilities located on non-leased federal lands. The BLM has a responsibility under FLPMA (43 United States Code [USC] 1761) to respond to a request for a ROW grant, while avoiding or minimizing adverse impacts to other resource values, and to allow for ROW uses in conformance with existing land use plans.

# 1.4.    Permits Approvals and Regulatory Requirements

This section summarizes the authorizations, permits, reviews, and approvals required for the Project. The Project conforms to the *Warm Springs Resource Area: The Resource Management Plan. Record of Decision Rangeland Program Summary* (Warm Springs Resource Area RMP) (BLM 1987), administered by the BLM FFO, as well as other related federal, state, and local statutes, regulations, and plans. **Table 1-2**, *Potential Authorizations, Permits, Reviews, and Approvals*, summarizes the applicable federal, state, and local permits, approvals, and responsible agencies that may apply to the Project. **Table 1-2** would be revised as the POD is updated throughout Project planning.

SECTION 1 – INTRODUCTION

Table 1-2    Potential Authorizations, Permits, Reviews, and Approvals

*Plan of Development for the Sevier Playa Potash Project*

| Permit/Approval | Description | Agency | Statutory Reference |
|---|---|---|---|
| **Federal** | | | |
| NEPA Compliance | Project EIS ROD | BLM | 40 CFR 1500–1508 |
| SF-299 Application for Transportation and Utility Systems and Facilities on Federal Lands<br><br>Approval of ROW grants | Approval of off-lease activity | BLM | 43 CFR 2800 and 2880 |
| Mining Plan | Requirements for mine development, operations and reclamation | BLM | 43 CFR 3590 |
| Mineral Materials Negotiated Sale | Aggregate materials sourced from BLM-administered lands | BLM | 43 CFR 3601–3603 |
| Official survey | Survey of Sevier Playa and ROW features | BLM, Utah State Cadastral Survey | 43 CFR 3503.33 |
| USACE 404 Permit | Jurisdictional Determination that the Sevier Playa is not a regulated feature under Section 404 of the Clean Water Act | USACE | 33 CFR 320-332 |
| Antenna Structure Registration<br><br>Notification to Federal Aviation Administration Form 7460-1 | Microwave communication tower construction. | FAA | 14 CFR 77 |
| Special Purpose Utility Permit | Handling of migratory birds | USFWS | 50 CFR 21.27 |
| **State** | | | |
| Minor Source Air Permit | Approval for evaporation ponds, trench construction, Processing Facility construction, | UDAQ | UAC R307 |
| Fugitive Dust Control Plan | Materials movement; surface disturbance | UDAQ | UAC R307–309 |
| Notice of Intent to Conduct Large Mining Operations (more than 10 acres) | Mining and reclamation activities | UDOGM | UAC R647-4 |
| Approval of Easements on State land | Off-lease activity | TLA | UAC R850-40 |
| Sand, Gravel and Cinders Permit | Aggregate materials sourced from state lands | TLA | UAC R850-23 |
| Water Appropriations | Water rights for operational needs for processing minerals, dust suppression, administrative office needs, and other industrial purposes | Utah Division of Water Rights (UDWRi) | |
| Small Dam Permit | Water impoundment permit at preconcentration ponds, production ponds and waste storage area | UDWRi | UAC R655.11 |
| Drilling Permits | Approval to drill water supply and monitoring wells | UDWRi | UAC R655-4 |
| Utah Pollutant Discharge Elimination System | Stormwater permits for construction and operational activities | UDWQ | UAC R317-8 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

SECTION 1 – INTRODUCTION

## Table 1-2    Potential Authorizations, Permits, Reviews, and Approvals

*Plan of Development for the Sevier Playa Potash Project*

| Permit/Approval | Description | Agency | Statutory Reference |
|---|---|---|---|
| Groundwater Discharge Permit and Construction Permit | Processing facility and evaporation ponds | UDWQ | UAC R317-6 |
| State Stream Alteration Permit | Approval by UDWRi for alteration of the Sevier River channel to construct the Sevier River Drop Structure and Diversion Berm features | UDWRi and USACE | Utah Code 73-3-29; UAC R655-13 |
| Certificate of Registration | Handling of wildlife | UDWR | UAC R657-3 |
| New crossing application for rail crossing; application includes a plan of the development and engineering drawings<br><br>Encroachment permit for rail crossing | Rail crossing | UDOT | UAC R930 |
| Encroachment permit for crossing SR 257<br><br>Statewide utility license agreement for crossing SR 257 | Pipeline construction across Utah State Route 257 (SR 257) | UDOT | UAC R930 |
| **Local** | | | |
| Construction permit | Facility construction | Millard County | Millard County General Plan |
| Conditional use permit | ROWs | Millard County | Millard County Zoning Ordinance |
| Review | Federal lands—proposed actions in Millard County | Millard County | Millard County General Plan |
| Permit and Agreement | Road use and maintenance agreement | Millard County | Millard County General Plan |
| Waste water system permit | Processing Facility and Rail Loadout Facility waste water system | Central Utah Public Health Department | UAC R317-4 |
| **Others** | | | |
| Railroad crossing and railroad spur line agreement | Coordination, review, and authorization by Union Pacific Railroad (UPRR) for railroad crossing and Rail Spur | UPRR | |
| Power line agreement | Coordination, review, and authorization for interconnection to the existing Black Rock Substation | PacifiCorp (doing business in Utah as Rocky Mountain Power) | |
| Road maintenance agreement | Agreement | Rocky Mountain Power | |
| Road maintenance agreement | Agreement | University of Utah | |

− = not applicable

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

The Warm Springs Resource Area RMP designates the Sevier Playa area as suitable for mineral extraction operations. As a component of the Sevier Playa potash-leasing program, the mining activities are consistent with the Warm Springs Resource Area RMP.

**Table 1-3** identifies the rights-of-way that would be granted by the BLM, TLA, or Private Land Owners.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

SECTION 1 – INTRODUCTION

**Table 1-3       Proposed Rights-of-Way** *(Table 1-3 would be updated for the Construction POD as necessary).*

| Feature | Name of ROW | Right-of-Way Number | Date Right-of-Way Granted |
|---|---|---|---|
| **BLM** | | | |
| Power and Communication Lines | 69-kV Power and Communication Line and Access Road | Permanent: UTU-90097 Temporary: UTU-90097-01 | 1/10/2020 |
| | 25-kV Power Line and 25-kV Power Line Access Road[1] | Permanent: UTU-92068, Temporary: UTU-9268-01 | 1/10/2020 |
| | 12.47-kV Power and Communication Line and Rail Loadout Facility Substation | Permanent: UTU-92069, Temporary: UTU-92069-01 | 1/10/2020 |
| Communication Towers | Long Ridge Communication Tower and Long Ridge Access Road | Temporary: UTU-90096-01 | 1/10/2020 |
| | Black Rock Communication Tower and Black Rock Access Road | Permanent: UTU-92063 | 1/10/2020 |
| Natural Gas Supply | Natural Gas Pipeline, Natural Gas Pipeline Spur, and Natural Gas Pipeline Access Roads 1A, 1B, 2, 3, 5A, 5B, 6, 7 & 8 | Permanent: UTU-92067, Temporary: UTU-92067-01 | 1/10/2020 |
| Rail Facilities | Rail Spur, Rail Spur Access Corridor and Rail Loadout Facility Access Roads 1 & 2 | Permanent: UTU-92100, Temporary: UTU-92100-01 | 1/10/2020 |
| | Rail Loadout Facility | Permanent: UTU-92048* | TBD |
| Water Supply and Distribution | Water Supply Wells 2 & 4, Water Supply Pipeline, Water Supply Pipeline Spurs, Water Supply Well Access Roads 1, 3 & 4, and 12.47-kV Power Line Spurs 1-4 | Permanent: UTU-090095, Temporary: UTU-090095-01 | 1/10/2020 |
| Water Monitoring Wells | Monitoring Wells CPM-20-NACT, CPM-20-WACT, CPM-20-WAC, CPM-20-NAC, CPM-20-WBRT, CPM-20-WBR, CPM-20-SBRWS, CPM-20-EBRWS | Permanent: UTU-94232, Temporary: UTU-94232-01 | 1/10/2020 |
| Access Roads and Playa Access Road | Playa Access Road Segments 1-11 and Playa Access Road Turnouts | Permanent: UTU-92064, Temporary: UTU-92064-01 | 1/10/2020 |
| | Access Road Segments A, B, C1, C2, D1, D2, E, F, and G | Permanent: UTU-92066 | 1/10/2020 |
| Preconcentration Ponds | Preconcentration Ponds | Permanent: UTU-94227*, Temporary: UTU-94227-01* | TBD |
| Recharge Canal Segment | Recharge Canal Segments 1-9 | Permanent: UTU-94234, Temporary: UTU-94234-01 | 1/10/2020 |
| | | | |
| **TLA** | | | |
| Power and Communication Lines | | TBD | |

*Plan of Development for Off-Lease Facilities for the Sevier Playa Potash Project*
*September 2024*

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.1175    Page 811 of 954

SECTION 1 – INTRODUCTION

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

| Feature | Name of ROW | Right-of-Way Number | Date Right-of-Way Granted |
|---|---|---|---|
| Communication Towers | | TBD | |
| Natural Gas Supply | | TBD | |
| Water Supply and Distribution | | TBD | |
| Access Roads and Playa Access Road | | TBD | |
| Recharge Canal Segments and Recharge Collectors | | TBD | |
| **PRIVATE LAND OWNERS** | | | |
| Natural Gas Supply | | TBD | |
| Rail Facilities | | TBD | |

\* Site type ROWs – the annual rental values are being determined by appraisal. These ROWs would be issued when the appraisals are finalized, and the advance annual rental is paid.

A number of authorizations, permits, reviews, and approvals may be required for development of the potassium resource at Sevier Playa. Project-wide information regarding activities to be conducted on leased land is available in the Mining Plan (Peak Minerals 2024a).

Peak Minerals is responsible for operations to be conducted under the Plan of Development. Notices and orders are to be delivered to Peak Minerals.

Contacts: Dean Pekeski, President and CEO; Woods Silleroy, VP Operations and Corporate Secretary; and Michael LeBaron, Environmental Manager
Peak Minerals
10808 South River Front Parkway, Suite 343
South Jordan, UT 84095
Telephone: (801) 984-3350
email: dean@peakminerals.com; Woods@peakminerals.com; mike@peakminerals.com

# 1.5.    Required Federal Actions

Peak Minerals applied for ROW grants from the BLM FFO for authorization to use BLM-administered land for the construction, O&M, and decommissioning of the off-lease Project utilities and ancillary facilities. This POD is being submitted to describe the anticipated uses of the BLM ROWs for the Project utilities and infrastructure, including power and communication lines, communication towers, the Natural Gas Pipeline, the Rail Spur, the Rail Loadout Facility, water supply wells and water lines, water monitoring wells, the use of existing access roads and access road construction, preconcentration ponds, and a segment of the Recharge Canal.  The POD supplements the ROWs.

The federal action is for the BLM to evaluate the applications and determine whether and under what conditions to issue ROW grants to Peak Minerals to develop the Project utilities and infrastructure facilities. The BLM prepared an EIS under NEPA to analyze the potential environmental consequences of construction, O&M, and decommissioning of the Project (BLM 2019a). The EIS provided disclosure and site-specific analysis of potential impacts that could result from the implementation of the Project. **Table 1-4**, *BLM Right-of-Way Requirements on Off-Lease BLM-Administered Land*, identifies the temporary and permanent BLM ROWs required for the Project.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

SECTION 1 – INTRODUCTION

**Table 1-4      BLM Right-of-Way Requirements on Off-Lease BLM-Administered Land** 1427/0125

| Facility | Permanent ROW | | | Temporary ROW | | |
|---|---|---|---|---|---|---|
| | Width (feet) | Length (miles) | Area (acres) | Width (feet) | Length (miles) | Area (acres) |
| **Power and Communication Lines** | | | | | | |
| 69-kV Power and Communication Line | 100.0 | 36.01 | 436.6 | Irregular shapes[1] | Irregular shapes[1] | 43.6[1] |
| Power Line Access Road | 25.0 | 34.47 | 104.5 | – | – | – |
| Power Line Access Road Spur 1 | – | – | – | 25.0 | 0.20 | 0.6 |
| Power Line Access Road Spur 2 | – | – | – | 25.0 | 0.07 | 0.2 |
| Power Line Access Road Spur 3 | – | – | – | 25.0 | 0.34 | 1.0 |
| Power Line Access Road Spur 4[3] | – | – | – | - | - | - |
| Power Line Access Road Spur 5 | – | – | – | 25.0 | 0.77 | 2.3 |
| Power Line Access Road Spur 6 | – | – | – | 25.0 | 0.15 | 0.5 |
| Power Line Access Road Spur 7 | – | – | – | 25.0 | 0.67 | 2.0 |
| Power Line Access Road Spur 8 | – | – | – | 25.0 | 0.88 | 2.7 |
| 25-kV Power Line Segment | 60.0 | 1.04 | 7.61 | 35 | 1.04 | 4.43 |
| 25-kV Power Line Access Road | 25.0 | 1.02 | 3.1 | – | – | – |
| North Playa Substation[3] | | | | – | – | – |
| 12.47-kV Power and Communication Line | 60.0 | 11.97 | 87.1 | 35.0 | 11.97 | 50.8 |
| 69-kV Temporary Use Areas (TUAs) | – | – | – | 15 TUAs of varying sizes | | 26.3 |
| 12.47-kV Power and Communication Line TUA | – | – | – | 1 TUA | | 0.5 |
| **Communication Towers** | | | | | | |
| Long Ridge Communication Tower | – | – | – | 50 × 50 feet | | 0.1 |
| Black Rock Communication Tower | 50 × 50 feet | | 0.1 | – | – | – |
| Long Ridge Access Road | – | – | – | 25.0 | 3.66 | 11.1 |
| Black Rock Substation Access Road | 30.0 | 0.62 | 2.3 | – | – | – |
| **Natural Gas Pipeline** | | | | | | |
| Natural Gas Pipeline | 30.0 | 25.92 | 94.3 | 20.0 | 25.92 | 62.8 |
| Natural Gas Pipeline Spur | 30.0 | 0.03 | 0.1 | 20.0 | 0.03 | 0.1 |
| Natural Gas Pipeline Access Road 1A | 25.0 | 1.34 | 4.1 | – | – | – |
| Natural Gas Pipeline Access Road 1B | 25.0 | 0.84 | 2.5 | – | – | – |
| Natural Gas Pipeline Access Road 2 | 25.0 | 2.60 | 7.9 | – | – | – |
| Natural Gas Pipeline Access Road 3 | 25.0 | 1.95 | 5.9 | – | – | – |
| Natural Gas Pipeline Access Road 4[2] | – | – | – | – | – | – |
| Natural Gas Pipeline Access Road 5A | 25.0 | 2.03 | 6.2 | – | – | – |
| Natural Gas Pipeline Access Road 5B | 25.0 | 0.48 | 1.5 | – | – | – |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M0027/0125

SECTION 1 – INTRODUCTION

Table 1-4         BLM Right-of-Way Requirements on Off-Lease BLM-Administered Land

| Facility | Permanent ROW | | | Temporary ROW | | |
|---|---|---|---|---|---|---|
| | Width (feet) | Length (miles) | Area (acres) | Width (feet) | Length (miles) | Area (acres) |
| Natural Gas Pipeline Access Road 6 | 25.0 | 1.19 | 3.6 | – | – | – |
| Natural Gas Pipeline Access Road 7 | 25.0 | 0.63 | 1.9 | – | – | – |
| Natural Gas Pipeline Access Road 8 | 25.0 | 1.89 | 5.7 | – | – | – |
| **Rail Facilities** | | | | | | |
| Rail Loadout Facility | Irregular shape | | 131.8 | – | – | – |
| Rail Spur | 60.0 | 1.81 | 13.2 | 60.0 | 1.81 | 13.2 |
| Rail Spur Access Corridor | 15.0 | 1.81 | 3.3 | – | – | – |
| Rail Loadout Facility Access Road 1 | 40.0 | 0.47 | 2.3 | 20.0 | 0.47 | 1.1 |
| Rail Loadout Facility Access Road 2 | 40.0 | 0.11 | 0.5 | 20.0 | 0.11 | 0.3 |
| **Water Supply Facilities** | | | | | | |
| Water Supply Well 1[3] | – | | – | – | | – |
| Water Supply Well 2 | 30 × 40 feet | | 0.03 | 125 × 150 feet | | 0.4 |
| Water Supply Well 3[3] | – | | – | – | | – |
| Water Supply Well 4 | 30 × 40 feet | | 0.03 | 125 × 150 feet | | 0.4 |
| Water Supply Pipeline | 25.0 | 4.29 | 13.0 | 25.0 | 4.29 | 13.0 |
| Water Supply Pipeline Spur 1 | 25.0 | 1.22 | 3.7 | 25.0 | 1.22 | 3.7 |
| Water Supply Pipeline Spur 2 | 25.0 | 0.74 | 2.2 | 25.0 | 0.74 | 2.2 |
| Water Supply Pipeline Spur 3 | 25.0 | 0.64 | 1.9 | 25.0 | 0.64 | 1.9 |
| Water Supply Pipeline Spur 4 | 25.0 | 2.14 | 6.5 | 25.0 | 2.14 | 6.5 |
| Water Supply Well Access Road 1 | 25.0 | 0.73 | 2.2 | – | – | – |
| Water Supply Well Access Road 2[2] | – | – | – | – | – | – |
| Water Supply Well Access Road 3 | 25.0 | 0.64 | 1.9 | – | – | – |
| Water Supply Well Access Road 4 | 25.0 | 0.88 | 2.7 | – | – | – |
| 12.47-kV Power Line Spur 1 | 60.0 | 1.03 | 7.5 | 35.0 | 1.03 | 4.4 |
| 12.47-kV Power Line Spur 2 | 60.0 | 0.76 | 5.5 | 35.0 | 0.76 | 2.3 |
| 12.47-kV Power Line Spur 3 | 60.0 | 0.50 | 3.6 | 35.0 | 0.50 | 2.1 |
| 12.47-kV Power Line Spur 4 | 60.0 | 0.86 | 6.3 | 35.0 | 0.86 | 3.6 |
| **Water Monitoring Wells** | | | | | | |
| Monitoring Well (CPM-20-WAC) | 25 x 25 feet | | 0.01 | 100 x 100 feet | | 0.2 |
| Monitoring Well (CPM-20-WBR) | 25 x 25 feet | | 0.01 | 100 x 100 feet | | 0.2 |
| Monitoring Well (CPM-20-NACT) | 25 x 25 feet | | 0.01 | 100 x 100 feet | | 0.2 |
| Monitoring Well (CPM-20-WBRT) | 25 x 25 feet | | 0.01 | 100 x 100 feet | | 0.2 |
| Monitoring Well (CPM-20-WACT) | 25 x 25 feet | | 0.01 | 100 x 100 feet | | 0.2 |
| Monitoring Well (CPM-20-SBRWS) | 25 x 25 feet | | 0.01 | 100 x 100 feet | | 0.2 |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
2027/0125

Table 1-4        BLM Right-of-Way Requirements on Off-Lease BLM-Administered Land

| Facility | Permanent ROW | | | Temporary ROW | | |
|---|---|---|---|---|---|---|
| | Width (feet) | Length (miles) | Area (acres) | Width (feet) | Length (miles) | Area (acres) |
| Monitoring Well (CPM-20-EBRWS)[4] | 25 x 25 feet | | - | 100 x 100 feet | | - |
| Monitoring Well (CPM-20-NAC) | 25 x 25 feet | | 0.01 | 100 x 100 feet | | 0.2 |
| Monitoring Well Access Road | 25 | 6.5 | 19.7 | - | - | - |
| **Access Roads** | | | | | | |
| Access Road (Segment A) | 25.0 | 4.03 | 12.2 | – | – | – |
| Access Road (Segment B) | 25.0 | 1.78 | 5.4 | – | – | – |
| Access Road (Segment C1) | 25.0 | 3.34 | 10.1 | – | – | – |
| Access Road (Segment C2) | 25.0 | 2.06 | 6.2 | – | – | – |
| Access Road (Segment D1) | 25.0 | 1.00 | 3.0 | – | – | – |
| Access Road (Segment D2) | 25.0 | 0.88 | 2.7 | – | – | – |
| Access Road (Segment E) | 25.0 | 2.85 | 8.6 | – | – | – |
| Access Road (Segment F) | 25.0 | 0.41 | 1.2 | – | – | – |
| Access Road (Segment G) | 25.0 | 4.32 | 13.1 | – | – | – |
| Playa Access Road Segment 1 | 60.0 | 6.09 | 44.2 | 20.0 | 6.09 | 14.8 |
| Playa Access Road Turnouts (1 total) | 10 feet wide × 100 feet long | | 0.3 | – | – | – |
| **Ponds** | | | | | | |
| Preconcentration Ponds | Irregular shape | | 314.1 | | | |
| **Recharge Canal Segment** | | | | | | |
| Recharge Canal Segment 1 | 120.0 | 6.28 | 90.7 | 20.0 | 6.28 | 15.2 |

Note: Column totals may not be exact as a result of rounding.

Actual ROW rents would be based on GIS and impact analysis

– = not applicable

[1] Temporary ROW needs for 69-kV Power and Communication Line are estimated at 10% of the permanent ROW. Refer to Section 2.2, *Power and Communication Lines*.

[2] These roads are Millard County Class B roads for which no ROWs are requested.

[3] These features would occur on TLA-administered lands rather than BLM-administered lands.

[4] Monitoring Well CPM-20-EBRWS would be located within the Rail Loadout Facility and would not increase the disturbance area of that facility.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

SECTION 2

# PROJECT DESCRIPTION

Peak Minerals proposes to construct and operate the Project on BLM-administered lands, state lands in Millard County, Utah, and limited amounts of private lands. Peak Minerals controls through agreement, the right to develop and operate potassium minerals mining operations on approximately 118,000 acres of BLM-administered land and controls potash mineral leases on approximately 6,400 acres of state lands. The Project would be designed to produce an average annual production of approximately 215,000 tons/year, with peak production of approximately 372,000 tons/year, of potash in the form of potassium sulfate ($K_2SO_4$), also known as sulfate of potash (SOP), as well as other associated mineral products. The Project's Phase 1 life would be approximately 25-years with an active mine life (production) of 20 years. The first 5 years would include construction and a ramp up period to full production. Brine, extracted from lake bed sediments, would be concentrated in ponds by solar evaporation. The potassium-rich salts precipitated in the final Production Ponds would be harvested and processed in the Processing Facility to produce commercially marketable SOP and other mineral products.

The northern portion of the playa can be accessed from U.S. Highway 6/50 (Hwy 6/50), west of Delta, Utah. The southern portion of the playa would be accessed from Delta or Milford via Utah State Route (SR) 257 to Black Rock, then turning west at Crystal Peak Road. From Crystal Peak Road, a Class B county-maintained road, named Crystal Peak Spur Road, leads to the southern end of the playa. Crystal Peak Road also provides access to Steamboat Pass Road and to other Class B county-maintained and BLM roads.

This POD addresses the utilities and infrastructure required for the Project, which would be located on private, state, and BLM-administered lands outside of Peak Mineral's lease boundaries. Permanent and temporary ROWs would be required for construction and use of these proposed facilities. A detailed description of the brine extraction, solar concentration, and processing operations of the Project is provided in the Mining Plan (Peak Minerals 2024a). Use of county roads would be covered through a road agreement with Millard County, a copy of which would be provided to the BLM and UDOGM and included in the *Transportation and Traffic Management Plan* (Peak Minerals 2024m).

The following sections describe the temporary and permanent features of the utilities and infrastructure required for the Project. Temporary disturbance associated with construction is briefly summarized in this section and described in more detail in Section 4, *Project Construction*.

## 2.1.  Processing Facility

The Processing Facility would be located in southwestern Utah, approximately 54 miles southwest of Delta and 25 miles northwest of Milford. It would be situated on TLA-administered land, north of Crystal Peak Road, at the southern end of the Sevier Playa, as shown on **Figure 1-2**. Infrastructure and processes within the Processing Facility are described in the Mining Plan (Peak Minerals 2024a).

Off-lease infrastructure would provide services to the Processing Facility (see **Figure 1-5**). Power and communications would be supplied via power and communication lines and communication towers. Water would be supplied by the water supply facilities. As described in the Mining Plan (Peak Minerals 2024a), muriate of potash (MOP) (also known as potassium chloride) would be imported and reacted with the residual brine containing magnesium sulfate to increase SOP production. MOP would be transported by rail to the Rail Loadout Facility. Haul trucks would carry MOP from the Rail Loadout Facility to the Processing Facility. Processed SOP and associated products would be transported from the Processing Facility to the Rail Loadout Facility for shipment. Section 2.4, *Propane and Natural Gas Supply,* describes propane and natural gas use and supply at the Processing Facility.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## 2.2.    Power and Communication Lines

Power for the Project would be needed at the Processing Facility, the Rail Loadout Facility, water supply wells, and within the lease boundary to run lift station pumps. The power line alignment within the lease boundary is included in the Mining Plan (Peak Minerals 2024a). Communication lines would be needed at the Processing Facility and Rail Loadout Facility. The principal components of the power and communication line infrastructure are as follows:

- A 69-kV power line and fiber optic communication line (69-kV Power and Communication Line) from the existing Black Rock Substation to the Processing Facility Substation (the Processing Facility Substation is on-lease and does not require a ROW; therefore, details are discussed in the Mining Plan).

- A 12.47-kV power line and fiber optic communication line (12.47-kV Power and Communication Line) from the Processing Facility Substation and communication tower to the Rail Loadout Facility substation or pole-mounted transformer.

- A stepdown substation (North Playa Substation), located along the 69-kV Power and Communication Line on the eastern side of the playa, to step down power from 69 kV to 25 kV for use at playa facilities.

- A 25-kV power line (25-kV Power Line) extending from the North Playa Substation to pump or lift station locations on the playa. There is a segment of the 25-kV power line (25-kV Power Line Segment 1) that is located off-lease.

- A 12.47-kV power line (12.47-kV Power Line) extending north from the Processing Facility to pump or lift station locations on the playa. There are no segments of the 12.47-KV Power Line off-lease. An existing north-south-trending dirt two-track road that runs parallel to the playa, on its east side (Power Line Access Road).

- A road extending from the Power Line Access Road to the playa (25-kV Power Line Access Road).

- Temporary overland travel routes extending from the Power Line Access Road to the 69-kV Power Line.

The locations of these power and communication line facilities are illustrated on **Figure 2-1** and in **Appendix A,** *1:24,000 Scale Map Set*. The 12.47-kV Power Line Spurs extend to transformers at each Water Supply Well, which is discussed in Section 2.6, *Water Supply and Distribution*.

### 2.2.1.    Facility Design Elements

PacifiCorp (doing business in Utah as Rocky Mountain Power, and hereafter referred to as Rocky Mountain Power) operates a 230-kV transmission line, located approximately 53 miles northeast of the Processing Facility. The 230-kV transmission line supplies power to the existing Black Rock Substation. The 69-kV Power and Communication Line would be constructed along the east side of Sevier Playa, connecting the existing Black Rock Substation to the Processing Facility Substation (see **Figure 2-1**). The Processing Facility Substation would be located on TLA-administered land leased to Peak Minerals and would provide power for the Processing Facility, as well as stepping down power for the 12.47-kV Power Line powering pumps or lift stations on the playa, the 12.47-kV Power and Communication Line to the Rail Loadout Facility and for 12.47-kV Power Line Spurs 1, 2, 3, and 4 to the water supply wells.

During initial Project construction, the fiber optic communication line would be secured to the 69-kV Power and Communication Line structures, extending from the Black Rock Communication Tower to the Processing Facility communication tower. Communication towers are described in Section 2.3, *Communication Towers*. Wooden H-frame structures and 3 pole wooden dead-end structures, treated with wood preservative (typically creosote), would be used to support the 69-kV Power and Communication Line. A representative H-frame structure is shown in **Figure 2-2.** A typical 3 pole wooden dead-end structure is shown in **Figure 2-3**. The fiber optic line on the 69-kV Power and Communication

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

Line would be embedded in the overhead ground conductor on the H-frame structure. Microwave communication would be used during construction and initial operation of the Project. The fiber optic cable would only be used after completion of power line construction. *(Additional information regarding how the fiber optic communication line would be secured to the power line structures, the position of the cable and conductors, and locations of guy-wires, if needed, would be added once contract for fiber optic cabling is negotiated to the Construction POD.)*

The Power Line Access Road would be used and maintained for access to the 69-kV Power and Communication Line, as well as other Project components on the east side of the playa. The Power Line Access Road would be improved and maintained as necessary, including grading, for construction and O&M access to the 69-kV Power and Communication Line. This road is located on BLM-administered and TLA-administered lands, outside of the Sevier Playa lease boundary, and is periodically maintained by the BLM. The road connects existing county-maintained roads (SR 257 Cutoff Road and Crystal Peak Road) and provides access to multiple Project access roads that are further discussed in Section 2.8, *Access Roads and Playa Access Road*.

A 12.47-kV Power and Communication Line would extend from the Processing Facility Substation to a substation or pole-mounted transformer at the Rail Loadout Facility and would provide power and communication services to the rail facilities. The Rail Loadout Facility substation or pole-mounted transformer at the Rail Loadout Facility would be located within the Rail Loadout Facility perimeter fence. The 12.47-kV Power and Communication Line would be supported on single-pole structures and single-pole dead-end structures, similar to the structures illustrated in **Figure 2-4** and **Figure 2-5**.

A 25-kV power line cutoff (25-kV Power Line) would extend west from the 69-kV Power and Communication Line to the playa, where power would be required for pumps and lift stations (see **Figure 2-1**). The North Playa Substation would be located at the cutoff location to step down power from 69 kV to 25 kV. The North Playa Substation would occupy a fenced area, measuring 90 × 176 feet. The 25-kV Power Line, supplying power to the playa, would be supported on wood single-pole structures, similar to the structures illustrated in **Figure 2-4** and **Figure 2-5**. A typical substation layout is shown in **Figure 2-6**. *(Site-specific substation layouts would be added to the Construction POD once the designs are completed.)* Construction methods used for the 25-kV Power Line and the 12.47-kV Power and Communication Line are described in Section 4.6.3, *Power and Communication Lines*.

The 25-kV Power Line Access Road is currently a two-track road, extending from the Power Line Access Road to the playa. The 25-kV Power Line Access Road would be improved and maintained as necessary to provide access during construction and O&M. Roads would not be constructed for access to the 25-kV Power Line.

All project power lines would utilize typical Dead-End Structures with supporting guy-wires to stabilize power lines between Single and H-frame pole structures. Standard design practice for wooden pole electric power lines is to brace any pole (typically through the use of guy-wires) where the wire conductor loads tend to pull a pole out of its vertical position and to sustain the line during abnormal loads caused by sleet, wind and cold. Due to the alignment of the 25-kV and 12.47-kV power lines the majority of the poles would be tangent poles. However, due to the unbalanced horizontal loads and necessary angle points, the use of guyed poles is necessary to stabilize the number of power poles and is described in Section 4.6. A typical guy-wire layout is shown in **Figure 2-7**.

Power lines and structures would be designed to minimize the potential for operational and avian risks that result from avian interactions with power line facilities. Avian protection measures along the power line and at the guy-wires would be designed to be consistent with the guidance proposed by the Avian Power Line Interaction Committee (APLIC) and U.S. Fish and Wildlife Service (USFWS) (APLIC 2006, 2012). Specific information regarding raptor safety measures would be identified in the *Adaptive Wildlife Management Plan* (Peak Minerals 2024a).

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

SECTION 2 – PROJECT DESCRIPTION

## 2.2.2.    Land Requirements and Limits of Disturbance

The off-lease portions of power and communication lines would be located on BLM-administered and TLA-administered lands. **Table 2-1**, *Right-of-Way Area for the Power and Communication Lines by Land Ownership,* shows the length and acreages of temporary and permanent land requirements by land status.

The BLM has issued ROWs to other authorized users of BLM-administered lands along the 69-kV Power and Communication Line. Rocky Mountain Power owns and operates the Black Rock Substation, which has been granted a BLM ROW. The 69kV Power and Communication Line would also cross the existing ROWs for the UNEV Pipeline, Milford Wind Corridor 345-kV Transmission Line, and Intermountain Power Project 500-kV Transmission Line, as shown on **Figure 1-3**.

Table 2-1        Right-of-Way Area for the Power and Communication Lines by Land Ownership

| Facility, ROW Type | ROW Width (feet) | Total Length (miles) | Total Area (acres) | BLM Length (miles) | BLM Area (acres) | State Length (miles) | State Area (acres) | Private Length (miles) | Private Area (acres) |
|---|---|---|---|---|---|---|---|---|---|
| **69-kV Power and Communication Line** | | | | | | | | | |
| Temporary ROW | Irregular shapes[1] | Irregular shapes[1] | 49.9[1] | Irregular shapes[1] | 43.6[1] | Irregular shapes[1] | 6.3[1] | – | – |
| Permanent ROW | 100.0 | 41.24 | 499.9 | 36.01 | 436.6 | 5.23 | 63.4 | – | – |
| **Power Line Access Road** | | | | | | | | | |
| Temporary ROW | – | – | – | – | – | – | – | – | – |
| Permanent ROW | 25.0 | 36.29 | 110.0 | 34.47 | 104.5 | 1.82 | 5.5 | – | – |
| **Power Line Access Road Spur 1** | | | | | | | | | |
| Temporary ROW | 25 | 0.20 | 0.6 | 0.20 | 0.6 | – | – | – | – |
| Permanent ROW | – | – | – | – | – | – | – | – | – |
| **Power Line Access Road Spur 2** | | | | | | | | | |
| Temporary ROW | 25 | 0.07 | 0.2 | 0.07 | 0.2 | – | – | – | – |
| Permanent ROW | – | – | – | – | – | – | – | – | – |
| **Power Line Access Road Spur 3** | | | | | | | | | |
| Temporary ROW | 25 | 0.34 | 1.0 | 0.34 | 1.0 | – | – | – | – |
| Permanent ROW | – | – | – | – | – | – | – | – | – |
| **Power Line Access Road Spur 4** | | | | | | | | | |
| Temporary ROW | 25 | 0.05 | 0.2 | – | – | 0.05 | 0.2 | – | – |
| Permanent ROW | – | – | – | – | – | – | – | – | – |
| **Power Line Access Road Spur 5** | | | | | | | | | |
| Temporary ROW | 25 | 0.77 | 2.3 | 0.77 | 2.3 | – | – | – | – |
| Permanent ROW | – | – | – | – | – | – | – | – | – |
| **Power Line Access Road Spur 6** | | | | | | | | | |
| Temporary ROW | 25 | 0.15 | 0.5 | 0.15 | 0.5 | – | – | – | – |

Table 2-1    Right-of-Way Area for the Power and Communication Lines by Land Ownership

| Facility, ROW Type | ROW Width (feet) | Total Length (miles) | Total Area (acres) | BLM | | State | | Private | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Length (miles) | Area (acres) | Length (miles) | Area (acres) | Length (miles) | Area (acres) |
| Permanent ROW | – | – | – | – | – | – | – | – | – |
| **Power Line Access Road Spur 7** | | | | | | | | | |
| Temporary ROW | 25 | 0.67 | 2.0 | 0.67 | 2.0 | – | – | – | – |
| Permanent ROW | – | – | – | – | – | – | – | – | – |
| **Power Line Access Road Spur 8** | | | | | | | | | |
| Temporary ROW | 25 | 0.88 | 2.7 | 0.88 | 2.7 | – | – | – | – |
| Permanent ROW | – | – | – | – | – | – | – | – | – |
| **25-kV Power Line** | | | | | | | | | |
| Temporary ROW | 35.0 | 1.53 | 6.5 | 1.04 | 4.4 | 0.49 | 2.1 | – | – |
| Permanent ROW | 60.0 | 1.53 | 11.21 | 1.04 | 7.6 | 0.49 | 3.6 | – | – |
| **25-kV Power Line Access Road** | | | | | | | | | |
| Temporary ROW | – | – | – | – | – | – | – | – | – |
| Permanent ROW | 25.0 | 1.55 | 4.7 | 1.02 | 3.1 | 0.53 | 1.6 | – | – |
| **North Playa Substation** | | | | | | | | | |
| Temporary ROW | – | – | – | – | – | – | – | – | – |
| Permanent ROW | 90 × 176 feet | | 0.4 | – | – | – | 0.4 | – | – |
| **12.47-kV Power and Communication Line** | | | | | | | | | |
| Temporary ROW | 35.0 | 11.90 | 50.5 | 11.90 | 50.5 | – | – | – | – |
| Permanent ROW | 60.0 | 11.90 | 86.6 | 11.90 | 86.6 | – | – | – | – |
| **Temporary Use Areas (TUAs)** *(TUA locations and sizes would be verified and updated as necessary in the Construction POD.)* | | | | | | | | | |
| 69-kV TUAs (18 total, off-lease) | Variable | | 31.1 | – | 26.0 | – | 5.1 | – | – |
| 12.47-kV Power and Communication Line TUAs (1 total, off-lease) | Variable | | 0.5 | – | 0.5 | – | – | – | – |
| **Total – All Power and Communication Lines[*]** | | | | | | | | | |
| **Temporary ROW** | – | 17.1 | 149.7 | 16.6 | 136.0 | 0.5 | 13.7 | – | – |
| **Permanent ROW** | – | 93.1 | 713.41 | 85.0 | 639.5 | 9.1 | 74.5 | – | – |

Note: Column totals may not be exact as a result of rounding.

Actual ROW rents would be based on GIS and impact analysis

– = not applicable

[*] Total lengths do not include substations or TUAs.

[1] Temporary ROW needs for 69-kV Power and Communication Line estimated at 10% of permanent ROW. Refer to Section 2.2, *Power and Communication Lines*.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

The permanent ROWs for the power and communication lines are requested for 35 years, with an option to extend, as long as the potash leases and associated facilities are in use. No future development associated with these ROW requests is expected to occur because the power and communication lines would provide the required services for the life of the Project.

Permanent and temporary ROW requirements for each component of the power and communication line facilities are described below. Dimensions are provided in **Table 2-1**.

**69-kV Power and Communication Line.** The permanent ROW for the 69-kV Power and Communication Line would extend from the Black Rock Substation to the Processing Facility Substation and would be 100 feet wide to comply with standard utility requirements for maintenance, safety, and security. A BLM ROW would not be required for the portion of the 69-kV Power and Communication Line located within the lease boundary or those areas located on TLA-administered land, though other applicable landowner approvals would be obtained.

Construction of the 69-kV Power and Communication Line would also require temporary ROWs in select areas for pulling and tensioning sites and to provide periodic overland access or spur roads to the 69-kV Power and Communication Line ROW from the Power Line Access Road in areas where the two ROWs are not abutting. For the purposes of this POD, the temporary ROW needs have been estimated at 10% of the permanent ROW. The temporary ROWs would be located adjacent to the proposed ROW for the 69-kV Power and Communication Line. Temporary ROWs for pulling and tensioning sites would be located at most angle poles. Temporary ROWs for overland access or spur roads to between the 69-kV Power and Communication Line ROW from and the Power Line Access Road would be located in areas where the two ROWs are not abutting.

Pulling and tensioning sites would be located within the temporary ROW. Disturbance associated with construction of the 69-kV Power and Communication Line would be associated primarily with construction of each H-frame structure. Permanent disturbance for each H-frame structure would occupy an area measuring approximately 20 × 5 feet. At a structure spacing of approximately 963 feet (varying with terrain), approximately 228 H-frame structures and 9 dead-end structures with guy wires would be required to support the 69-kV Power and Communication Line. In addition to the permanent and temporary ROW, 18 off-lease Temporary Use Areas (TUAs) would be used for laydown and equipment storage associated with power line construction, ranging in size. Acreages are addressed in **Table 2-1** for off-lease TUAs (see **Appendix A,** *1:24,000 Scale Map Set,* for locations of off-lease TUAs). There are 3 TUAs on-lease at the Processing Facility totaling 5.5 acres that are not addressed in the POD. Vegetation would be cleared where necessary. In some locations, the TUA may need to be scraped by a bulldozer and a temporary layer of rock laid to provide an all-weather surface. Portions of the TUAs may be fenced for security.

Heavy equipment would operate along existing roads and the proposed permanent and temporary ROWs. In areas where the existing access road is not immediately adjacent to the power line ROW, equipment may drive overland, within the ROW of identified Power Line Access Road Spurs, to each structure site. Road construction would not be required. Vegetation in these areas would be trampled but not cleared, and it is not anticipated that soils would be compacted to the point where scarification and reseeding would be required. If the landowner or land manager requires reseeding, it would be conducted in accordance with the landowner or land manager's guidance. Work areas would be required at each structure site and would be cleared of vegetation only to the extent necessary, using bulldozers and backhoes. Grading may be required to accommodate some tower sites in steep or rough terrain. For each H-frame structure, concrete foundations would be poured into structure foundation excavations.

During construction, temporary work areas would be needed at some angle- and dead-end type structures for wire pulling and tensioning activities which vary in size. These temporary work areas would be located within the proposed temporary ROWs. Other temporary ROWs may be required to

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

provide overland access or spur roads between the 69-kV Power and Communication Line ROW and the Power Line Access Road in areas where the two ROWs are not abutting.

Grading would not be required within the temporary ROWs. To the maximum degree possible, all vegetation would be left in place and trampled but not cleared. Due to the temporary nature of the use in each area, it is not anticipated that soils would be compacted to the point where scarification and reseeding would be required. If the landowner or land manager requires reseeding, it would be conducted in accordance with the landowner or land manager's guidance.

**12.47-kV Power and Communication Line.** The 12.47-kV Power and Communication Line between the Processing Facility and the Rail Loadout Facility would require a permanent ROW width of 60 feet to comply with standard utility requirements for health and safety. The 60 foot permanent ROW would not be measured from the pole structure's centerline, instead it would measure 10 feet on one side of the pole structure and 50 feet on the other side in order to accommodate guy-wire positions. The power and communication line ROW would overlap or be adjacent to a portion of the Natural Gas Pipeline ROW, which would overlap or be co-located with a portion of the Water Supply Pipeline and Water Supply Pipeline Spur ROWs and would share overland access within the overlapping ROW for O&M. In addition to the permanent and temporary ROW, one off-lease Temporary Use Areas (TUAs) would be used for laydown and equipment storage associated with power line construction, ranging in size (see **Appendix A**, *1:24,000 Scale Map Set*). Permanent disturbance at each structure location would occupy an area measuring approximately 10 × 5 feet. Single-pole structures typically would be spaced approximately 200 feet apart, for a total of approximately 295 single poles and 28 guy-wire structures required to support the 12.47-kV Power and Communication Line.

Construction of the 12.47-kV Power and Communication Line between the Processing Facility and the Rail Loadout Facility would require a total ROW width of 95 feet, comprising a 35-foot-wide temporary ROW and a 60-foot-wide permanent ROW. The temporary ROW would accommodate temporary staging areas, vehicle traffic, and laydown for construction equipment. Disturbance associated with construction of the 12.47-kV Power and Communication Line would primarily be associated with construction of each of the single-pole support structures. Heavy construction equipment would drive along existing roads where possible but would drive overland, within the ROW, in areas where there are no existing roads. Road construction would not be required. Vegetation in these areas would be trampled but not cleared. Clearing and ground disturbance would be required at each structure site.

**North Playa Substation.** The North Playa Substation has been moved to TLA land and a BLM ROW is no longer required – see **Table 1-1** for additional information. Construction of the North Playa Substation would take place on TLA land. The area within the fence would be graveled to minimize vegetation growth and topsoil would be removed and stockpiled within the disturbance footprint as described in the *Reclamation Plan* (Peak Minerals 2024h).

**Power Line Access Road and 25-kV Power Line Access Road.** A 25-foot-wide permanent ROW (to accommodate a 15-foot-wide running surface with 5 feet on both sides for maintenance, curves, and turnouts) would be required for the Power Line Access Road and 25-kV Power Line Access Road. Both roads are existing but would require improvements, such as blading, the addition of gravel and/or road base, and drainage improvements, where necessary. No temporary ROW would be required to complete the upgrades to the Power Line Access Road or 25-kV Power Line Access Road.

**25-kV Power Line.** The permanent ROW for the 25-kV Power Line would be 60 feet wide to comply with standard utility requirements for maintenance, safety, and security and to accommodate the use of guy-wires were necessary. Permanent disturbance required at each single-pole structure location would occupy an area measuring approximately 10 × 5 feet.

Single-pole structures would be spaced approximately 200 feet apart, for a total of approximately 450 single poles on- and off-lease and 11 guy-wire structures to support the 25-kV Power Line. Disturbance

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

associated with construction of the 25-kV Power Line would primarily be associated with construction of each of the single-pole structures.

Construction of the 25-kV Power Line would require a total ROW width of 95 feet, comprising a 35-foot-wide temporary ROW and the 60-foot-wide permanent ROW. The full width would not be disturbed in all locations along the 25-kV Power Line to accommodate the 25-kV Power Line and guy-wire, equipment staging, driving, and materials laydown areas. The 60 foot permanent ROW would not be measured from the pole structure's centerline, instead it would measure 10 feet on one side of the pole structure and 50 feet on the other side in order to accommodate guy-wire positions. One, on-lease TUA, measuring up to 0.5 acres in size, would be required for the 25-kV Power Line.

## 2.3.    Communication Towers

The purpose of the communication towers is to support telephone, internet, and data communication during construction, operation, and maintenance. The principal components of the communication tower facilities are as follows:

- One temporary communication tower/microwave station at the Long Ridge site (Long Ridge Communication Tower). An existing two-track road would be used to access the Long Ridge Communication Tower (Long Ridge Access Road).
- One permanent communication tower/microwave station at the Black Rock site (Black Rock Communication Tower). An existing road would be used to access the Black Rock Communication Tower (Black Rock Substation Access Road).

The Long Ridge Communication Tower and microwave station would be located north of Hwy 6/50 on BLM-administered land at the Long Ridge site. The Black Rock Communication Tower and microwave station would be located adjacent to the existing Black Rock Substation on BLM-administered land. **Figure 2-8** presents an overview of the communication tower system elements, including the on-lease Processing Facility communication tower and microwave station. For additional detail regarding the location of the communication towers, refer to **Appendix A,** *1:24,000 Scale Map Set*.

### 2.3.1.    *Facility Design Elements*

During Project construction, telephone, internet, and data communication would be carried by microwaves transmitted from the Commercial Business Radio (CBR) building (700 North Hwy 6) in Delta to the Long Ridge Communication Tower. The microwave transmission from the CBR building would be tested to verify that microwaves can travel unimpeded to the Long Ridge Communication Tower. During construction, the microwaves would be read and retransmitted to the Processing Facility communication tower. The Long Ridge Communication Tower and microwave station would be temporary and would only operate during initial Project construction. Once the 69-kV Power and Communication Line is operational, the Long Ridge Communication Tower would be decommissioned and the area would be reclaimed in accordance with the *Reclamation Plan* (Peak Minerals 2024h).

The Long Ridge Access Road extends east from Long Ridge Reservoir Road, a Class B road leading north from Hwy 6/50. A ROW would be required to accommodate anticipated uses and maintenance on Long Ridge Access Road (see **Figure 2-8**). Long Ridge Access Road would be used during Project construction to access the Long Ridge Communication Tower. The University of Utah has a ROW for a communication tower near the Long Ridge Communication Tower, and its ROW grant includes access along Long Ridge Access Road. Peak Minerals would coordinate the use of this road with the University of Utah and would share maintenance costs. A copy of any written agreement between Peak Minerals and the University of Utah regarding this access road would be provided to the BLM and included in the *Transportation and Traffic Management Plan* (Peak Minerals 2024m), prior to the issuance of the ROW.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

During O&M, telephone, internet, and data communication would be carried by microwaves transmitted from the CBR building in Delta to Black Rock Communication Tower, which would be located adjacent to the Black Rock Substation (see **Figure 2-8**). The microwave transmission from the CBR building would be tested to verify that the microwaves can travel unimpeded to Black Rock Communication Tower. As described in Section 2.2, *Power and Communication Lines*, a fiber optic communication line would be installed on the 69-kV Power and Communication Line structures during construction, originating at the Black Rock Substation and extending to the Processing Facility. The microwaves from CBR would be converted to a fiber optic line via a Miteq converter. A branch of the fiber optic system would extend from the Processing Facility to the Rail Loadout Facility using the 12.47-kV Power and Communication Line poles. Once construction of the power line infrastructure is complete, the telephone, internet, and data communication would be moved from the microwave system to the fiber optic system for transmittal to the Processing Facility and Rail Loadout Facility. Peak Mineral's Black Rock Communication Tower would be permanent and built for Project O&M.

Rocky Mountain Power's Black Rock Substation ROW grant includes an upgraded access road to the substation (Black Rock Substation Access Road). Peak Minerals is requesting use of this existing access road. Peak Minerals would use this existing road to access the Black Rock Communication Tower. Peak Minerals would coordinate with Rocky Mountain Power to share road maintenance costs. A copy of any written agreement between Peak Minerals and Rocky Mountain Power regarding this access road would be provided to the BLM and included in the *Transportation and Traffic Management Plan* (Peak Minerals 2024m) prior to the issuance of the ROW.

The Long Ridge Access Road would be improved and maintained (see **Table 2-8**, *Detailed Information for the Project Access Roads*). The Black Rock Substation Access Road would be used in its current condition and maintained as necessary for construction, O&M, decommissioning, and reclamation of the communication towers. Maintenance of the Black Rock Substation Access Road would be handled through a road maintenance agreement with Rocky Mountain Power.

Peak Minerals proposes to work with Rocky Mountain Power and the University of Utah's Telescope Array Project to share use and maintenance responsibilities on their existing access road ROWs. A copy of any written agreement between Peak Minerals, Rocky Mountain Power, and the University of Utah regarding access roads would be provided to the BLM and included in the *Transportation and Traffic Management Plan* (Peak Minerals 2024m) prior to the issuance of the ROW.

See **Figure 2-9** for the typical communication tower facility layout. Each site footprint would include a prefabricated, insulated Cumberland building, tower base concrete pads, generator, and a propane tank. A ROHN self-supporting microwave tower would be installed on the tower base. All construction activities would take place within the site footprint (see **Table 2-2**, *Right-of-Way Area for the Communication Towers by Land Ownership*).

The height of the ROHN self-supporting microwave tower would be 20 feet at the Long Ridge site and 60 feet at the Black Rock site. Ten-foot-tall tower portions would be assembled on-site, erected using a crane, and bolted in place atop concrete footings that would be poured in place. *(Additional information regarding footing excavations, number of concrete trucks and operational details, and waste concrete handling would be added to the Construction POD once the concrete contractor is under contract.)*

The Cumberland building would house the electronics to support the microwave system, Miteq converter, and battery system. The power source at the stations would consist of a 1,600- to 1,800-watt solar panel and battery system with a KOLHER 8.5-kilowatt backup generator and a 250-gallon propane tank. The prefabricated Cumberland building would be delivered and placed on the ground. The solar panels would be mounted on the Cumberland building. Due to the relatively flat topography at the two tower locations, no cut or fill would be required.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

SECTION 2 – PROJECT DESCRIPTION

The surface area at the Long Ridge site is bedrock outcrop and native gravel with little to no vegetation. Vegetation would not be removed, and the ground would not be cleared at this site. The Long Ridge site would not require a fence. The surface area at the Peak Minerals Black Rock Communication Tower site would require ground leveling and minimal removal of vegetation under newly constructed facilities only. The sparse vegetation removed would be left on-site. Both sites would be graveled to minimize vegetation growth. The facilities at the Peak Minerals Black Rock site would be surrounded by a darkened, dull fence.

Peak Minerals would obtain a Federal Communications Commission license that would verify that the communication frequencies are compatible and would not interfere with other frequencies in the area. Peak Minerals would coordinate with the University of Utah Telescope Array Project and Utah Test and Training Range to verify that communication frequencies would not interfere with their operations.  The communication towers would be designed to minimize the risk of avian and bat collision in accordance with the *US Fish & Wildlife Service Communication Tower Guidance (2016)* and *Federal Communications Commission - Opportunities to Reduce Bird Collisions with Communication Towers While Reducing Tower Lighting Costs (Federal Communications Commission 2017)*.

Additional information regarding construction equipment is provided in Section 4, *Project Construction*.

Table 2-2        Right-of-Way Area for the Communication Towers by Land Ownership

| Facility, ROW Type | ROW Width (feet) | Total Length (miles) | Total Area (acres) | BLM Length (miles) | BLM Area (acres) | State Length (miles) | State Area (acres) | Private Length (miles) | Private Area (acres) |
|---|---|---|---|---|---|---|---|---|---|
| **Long Ridge Communication Tower** | | | | | | | | | |
| Temporary ROW | 50 × 50 feet | 0.1 | – | 0.1 | – | – | – | – | – |
| Permanent ROW | – | – | – | – | – | – | – | – | – |
| **Black Rock Communication Tower** | | | | | | | | | |
| Temporary ROW | – | – | – | – | – | – | – | – | – |
| Permanent ROW | 50 × 50 feet | 0.1 | – | 0.1 | – | – | – | – | – |
| **Long Ridge Access Road** | | | | | | | | | |
| Temporary ROW | 25.0 | 5.38 | 16.3 | 3.66 | 11.1 | 1.72 | 5.2 | – | – |
| Permanent ROW | – | – | – | – | – | – | – | – | – |
| **Black Rock Substation Access Road** | | | | | | | | | |
| Temporary ROW | – | – | – | – | – | – | – | – | – |
| Permanent ROW | 30.0 | 0.62 | 2.3 | 0.62 | 2.3 | – | – | – | – |
| **Total – All Communication Facilities*** | | | | | | | | | |
| **Temporary ROW** | – | **5.38** | **16.3** | **3.66** | **11.1** | **1.7** | **5.2** | – | – |
| **Permanent ROW** | – | **0.62** | **2.3** | **0.62** | **2.3** | – | – | – | – |

Note: Column totals may not be exact as a result of rounding.

Actual ROW rents would be based on GIS and impact analysis

– = not applicable

* Total lengths only include access roads.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

### 2.3.2.    Land Requirements and Limits of Disturbance

The Long Ridge Communication Tower, the Black Rock Communication Tower, and their access roads would be located on BLM-administered and TLA-administered lands. The ROW area for each communication tower/microwave station site is presented in **Table 2-2**. The Processing Facility communication tower would be located on TLA-administered land, and no BLM ROW grant would be required for this facility.

Permanent and temporary ROW requirements for the communication tower facilities are described immediately below. Dimensions are included in **Table 2-2**.

**Long Ridge Communication Tower**. The Long Ridge Communication Tower would require a temporary ROW for the construction period. Long Ridge Access Road would also require a temporary BLM ROW.

The University of Utah has a communication tower at Long Ridge, and its ROW grant includes access along the existing road. Peak Minerals would negotiate a road maintenance agreement with the University of Utah to coordinate cost sharing, as appropriate, for road maintenance. *(Additional information regarding road use coordination with the University of Utah and a copy of the road maintenance agreement would be provided to the BLM and added to the Construction POD once negotiated.)*

**Black Rock Communication Tower**. The Black Rock Communication Tower would be located adjacent to Rocky Mountain Power's Black Rock Substation. The Black Rock Communication Tower would require a permanent ROW with an option to extend as long as the potash lease and associated utilities are in use.

Black Rock Substation Access Road would be used for access to the Black Rock Communication Tower. The access road would require a permanent ROW. Peak Minerals would communicate with Rocky Mountain Power to coordinate cost sharing as appropriate for road maintenance. *(Additional information regarding road use coordination with Rocky Mountain Power and a copy of the road maintenance agreement would be provided to the BLM and added to the Construction POD once negotiated.)*

## 2.4.    Propane and Natural Gas Supply

Propane would be used initially for the two drying units at the Processing Facility and would fuel space heating during winter months in the administration, storage, and maintenance buildings. In addition, propane would provide space heating to the buildings at the Rail Loadout Facility. If the Natural Gas Pipeline is constructed, Peak Minerals would discontinue the use of propane gas and would switch the operational fuel source to natural gas. When the propane supply is no longer needed, propane storage tanks would be removed, the propane pipelines would be decommissioned and properly abandoned in place, and the associated disturbance reclaimed in accordance with the *Reclamation Plan* (Peak Minerals 2024h).

The principal components of the propane and natural gas supply infrastructure are as follows:

**Propane Supply**

- An aboveground propane storage tank located at the Processing Facility
- A buried propane gas pipeline connecting the Processing Facility propane storage tank to the wet plant
- An aboveground propane storage tank located at the Rail Loadout Facility
- A buried propane gas pipeline connecting the train loadout building to the propane storage tank at the Rail Loadout Facility

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

Peak Minerals proposes to truck propane gas from a local supplier to storage tanks at the Processing Facility and the Rail Loadout Facility. The propane storage tank at the Processing Facility would be located on TLA-administered land on the southern end of the playa. **Figure 1-5** shows the Processing Facility propane storage tank, located west of the wet plant. A buried propane pipeline would connect the propane storage tank to the west side of the wet plant. For additional detail, refer to **Appendix A,** *1:24,000 Scale Map Set*.

The propane storage tank at the Rail Loadout Facility would be located on BLM-administered land within the darkened, dull perimeter fence surrounding the facility. The tank would be located northwest of the train loadout (see **Figure 2-10,** as referenced in Section 2.5, *Rail Facilities*). A buried propane pipeline would connect the propane storage tank to the train loadout building. Propane would be used to provide heat to structures within the Rail Loadout Facility, as necessary. Propane would be delivered to the Rail Loadout Facility by truck. For additional detail, refer to **Appendix A,** *1:24,000 Scale Map Set*.

**Natural Gas Pipeline**

- An 8-inch-diameter Natural Gas Pipeline would be buried, generally, to a depth of 3 to 6 feet. The pipeline may be constructed aboveground for short distances in selected areas to avoid or minimize impacts to sensitive resources. A valve would be located at the Processing Facility, at the end of the Natural Gas Pipeline (see **Figure 2-11**). (**Figure 2-11** would be provided before the Construction POD is issued for the Natural Gas Pipeline) *(If aboveground construction of the Natural Gas Pipeline is required, additional information on the potential location[s] of aboveground construction would be presented in the Construction POD.)*

- A Natural Gas Pipeline Spur would lead to the Rail Loadout Facility. A valve would connect the Natural Gas Pipeline Spur to the Natural Gas Pipeline.

- Existing dirt track roads (Natural Gas Pipeline Access Roads 1A, 1B, 2, 3, 4, 5A, 5B, 6, 7, and 8 [see **Figure 2-12** and **Appendix A,** *1:24,000 Scale Map Set*]) would provide construction, maintenance, and decommissioning access to the Natural Gas Pipeline Details such as maintenance are discussed in the *Transportation and Traffic Management Plan* (Peak Minerals 2024m).

Kern River Gas Transmission Company (Kern River) would supply natural gas to the Project via the Natural Gas Pipeline. The tap location would be approximately 28 miles east of Sevier Playa at a Kern River Valve Station. The Kern River Valve Station is located within Kern River's ROW. **Figure 2-12** presents an overview of the Natural Gas Pipeline. For additional detail, refer to **Appendix A,** *1:24,000 Scale Map Set*.

Existing BLM ROWs that would be crossed by the Natural Gas Pipeline are the Milford Wind Corridor 345-kV Transmission Line, Intermountain Power Project (IPP) 500-kV Transmission Line, the UNEV Pipeline, (see **Figure 1-3**), and a Worldcom Network Services fiber optic line. The fiber optic line is adjacent to SR 257. These geographic information system data are not available; therefore, this feature is not included on **Figure 1-3**. The fiber optic line would be located by a utility locating company prior to any construction or surface disturbance activities. Peak Minerals would coordinate with the BLM and the ROW holders to avoid impacts to existing ROWs that would interfere with the purpose and use of the existing ROW. The Natural Gas Pipeline would also cross SR 257 and the Union Pacific Railroad (UPRR) Lynndyl Subdivision mainline railroad track.

## 2.4.1.    Facility Design Elements

### 2.4.1.1.    PROPANE SUPPLY

**Processing Facility**

The Processing Facility propane storage tank would be installed aboveground and would supply the Processing Facility with propane gas.

**Rail Loadout Facility**

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

The Rail Loadout Facility propane storage tank would be installed aboveground and would supply the propane gas necessary to heat facilities at the train and truck loadout areas.

## 2.4.1.2.    NATURAL GAS PIPELINE

The Natural Gas Pipeline would be located on private, state, and BLM-administered lands between the Kern River Valve Station and the Processing Facility. The Natural Gas Pipeline would extend northwest from the Kern River Valve Station to SR 257. From the SR 257 crossing point, the Natural Gas Pipeline would follow the Rail Spur (see Section 2.5, *Rail Facilities*) to the Rail Loadout Facility. From the Rail Loadout Facility, the Natural Gas Pipeline would follow Crystal Peak Road and then turn north and west toward the Processing Facility. The final portion of this route would be within the lease boundary. The Natural Gas Pipeline would cross one TLA parcel, approximately 6 miles northwest of the Kern River Valve Station, and another TLA parcel at the Processing Facility. The Natural Gas Pipeline also would cross an area of private lands between SR 257 and the Rail Loadout Facility, along the Rail Spur. On private lands, surface easements would be acquired to locate, construct, operate, and maintain the Natural Gas Pipeline, as described in Section 4.3.3, *Right-of-Way Acquisition on Federal, State, and Private Lands*. A buried Natural Gas Pipeline Spur with valve would extend north from the Natural Gas Pipeline to the Rail Loadout Facility to provide heat to the train loadout.

In addition to the Kern River Valve Station, valves would be located at the Rail Loadout Facility and on TLA-administered land at the Processing Facility. *(Additional information on the valve stations would be presented in the Construction POD.)*

The pipeline would follow the natural ground surface and would not require any cut or fill. The Natural Gas Pipeline and Natural Gas Pipeline Spur would generally be buried at a depth of 3 to 6 feet. Backfill would be with native material unless the material is too rocky, in which case the trench would be filled with imported suitable fines. If it is determined during routing and design that blasting would be necessary to achieve the necessary depth to bury the Natural Gas Pipeline, blasting methods would be conducted consistent with the *Blasting Plan* (Peak Minerals 2024b), described in Section 4.1.2, *Blasting Plan*. No new roads would be constructed to access the pipeline route; existing two-track and Class B roads would be used. After construction is complete, backfilled material would be re-contoured with minor grading in a manner to provide a drivable surface in case access to the pipeline is required. Erosion control and revegetation measures would be implemented following re-contouring of the backfill material. Erosion and sediment control BMPs are discussed in Section 4.2.2, *Erosion Control,* and would be employed during construction of the Project, as described in the SWPPP (Peak Minerals 2024l).

Routine vegetation maintenance along the length of the ROW is not expected to be required during the term of the 30-year ROW.

Portions of the Natural Gas Pipeline may be constructed aboveground for a total aboveground length of up to 1 mile that could involve multiple segments over short distances in selected areas to avoid or minimize impacts to sensitive resources. A spring, used by a private landowner, is located more than 1 mile from the pipeline. If it is determined necessary to avoid potential effects to the spring, Peak Minerals would consider constructing the pipeline aboveground. Other considerations, such as steep topography near SR 257 or avoidance of certain resource impacts, could also necessitate aboveground construction. The most likely area where aboveground construction may be considered is in an area of surface rock outcrops, running from SR 257 east for approximately 0.25 mile.

The pipeline would be designed to withstand anticipated external loadings and would cross existing dirt track roads east of SR 257. These roads would be crossed by an open trench cut, and the roads would be repaired to their prior condition or better once the pipe has been installed. If an open-cut road crossing requires extensive construction time, provisions would be made for detours or other measures to permit traffic flow during construction, as described in the *Transportation and Traffic Management Plan* (Peak Minerals 2024m).

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

As depicted in **Figure 2-12**, the Natural Gas Pipeline would cross SR 257, Headlight Canyon Road, several Class B roads, and a few two-track dirt roads west of SR 257. The SR 257 crossing would be directionally bored under the roads, as described in Section 4, *Project Construction*; the road surface would not be disturbed. The Headlight Canyon Road, Class B road, and two-track dirt road crossings would be constructed with a conventional open trench method.

The Natural Gas Pipeline would also cross the existing UPRR north-south-trending mainline track route that runs parallel to SR 257. The Natural Gas Pipeline would be directionally bored underneath the railroad track and installed in accordance with UPRR requirements for the safety and security of the railroad and the Natural Gas Pipeline.

## 2.4.2.    Land Requirements and Limits of Disturbance

**Table 2-3**, *Right-of-Way Area for the Natural Gas Pipeline and Spur by Land Ownership*, provides the temporary and permanent ROW area required for construction and operation of the propane and natural gas supply features by land status. Permanent and temporary ROW requirements for components of the Natural Gas Pipeline are described in Section 2.4.2.2, *Natural Gas Pipeline*.

## 2.4.2.1.    PROPANE SUPPLY

Construction and operation of the propane storage tank and associated propane pipeline at the Processing Facility would occur entirely on leased TLA-administered land and would not require a temporary or permanent ROW on BLM-administered land. Construction and operation of the propane storage tank and associated propane pipeline at the Rail Loadout Facility would occur within the footprint of the permanent ROW required for the Rail Loadout Facility, as described in Section 2.5, *Rail Facilities*, and no additional temporary ROW would be required. Truck delivery of propane would use existing roads that do not require a ROW.

Table 2-3        Right-of-Way Area for the Natural Gas Pipeline and Spur by Land Ownership

| Facility, ROW Type | ROW Width (feet) | Total Length (miles) | Total Area (acres) | BLM Length (miles) | BLM Area (acres) | State Length (miles) | State Area (acres) | Private Length (miles) | Private Area (acres) |
|---|---|---|---|---|---|---|---|---|---|
| **Natural Gas Pipeline** | | | | | | | | | |
| Temporary ROW | 20.0 | 28.09 | 68.1 | 25.92 | 62.8 | 1.10* | 2.7 | 1.07 | 2.6 |
| Permanent ROW | 30.0 | 28.09 | 102.2 | 25.92 | 94.3 | 1.1 | 4.0 | 1.07 | 3.9 |
| **Natural Gas Pipeline Spur** | | | | | | | | | |
| Temporary ROW | 20.0 | 0.03 | 0.1 | 0.03 | 0.1 | – | – | – | – |
| Permanent ROW | 30.0 | 0.03 | 0.1 | 0.03 | 0.1 | – | – | – | – |
| **Natural Gas Pipeline Access Road 1A** | | | | | | | | | |
| Temporary ROW | – | – | – | – | – | – | – | – | – |
| Permanent ROW | 25.0 | 1.34 | 4.1 | 1.34 | 4.1 | – | – | – | – |
| **Natural Gas Pipeline Access Road 1B** | | | | | | | | | |
| Temporary ROW | – | – | – | – | – | – | – | – | – |
| Permanent ROW | 25.0 | 0.84 | 2.5 | 0.84 | 2.5 | – | – | – | – |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

Table 2-3    Right-of-Way Area for the Natural Gas Pipeline and Spur by Land Ownership

| Facility, ROW Type | ROW Width (feet) | Total Length (miles) | Total Area (acres) | BLM Length (miles) | BLM Area (acres) | State Length (miles) | State Area (acres) | Private Length (miles) | Private Area (acres) |
|---|---|---|---|---|---|---|---|---|---|
| **Natural Gas Pipeline Access Road 2** | | | | | | | | | |
| Temporary ROW | – | – | – | – | – | – | – | – | – |
| Permanent ROW | 25.0 | 3.14 | 9.5 | 2.60 | 7.9 | – | – | 0.54 | 1.6 |
| **Natural Gas Pipeline Access Road 3** | | | | | | | | | |
| Temporary ROW | – | – | – | – | – | – | – | – | – |
| Permanent ROW | 25.0 | 3.24 | 9.8 | 1.95 | 5.9 | – | – | 1.29 | 3.9 |
| **Natural Gas Pipeline Access Road 4[†]** | | | | | | | | | |
| Temporary ROW | – | – | – | – | – | – | – | – | – |
| Permanent ROW | – | – | – | – | – | – | – | – | – |
| **Natural Gas Pipeline Access Road 5A** | | | | | | | | | |
| Temporary ROW | – | – | – | – | – | – | – | – | – |
| Permanent ROW | 25.0 | 2.26 | 6.8 | 2.03 | 6.2 | – | – | 0.23 | 0.7 |
| **Natural Gas Pipeline Access Road 5B** | | | | | | | | | |
| Temporary ROW | – | – | – | – | – | – | – | – | – |
| Permanent ROW | 25.0 | 0.48 | 1.4 | 0.48 | 1.5 | – | – | – | – |
| **Natural Gas Pipeline Access Road 6** | | | | | | | | | |
| Temporary ROW | – | – | – | – | – | – | – | – | – |
| Permanent ROW | 25.0 | 1.81 | 5.5 | 1.19 | 3.6 | 0.20 | 0.6 | 0.42 | 1.3 |
| **Natural Gas Pipeline Access Road 7** | | | | | | | | | |
| Temporary ROW | – | – | – | – | – | – | – | – | – |
| Permanent ROW | 25.0 | 1.79 | 5.4 | 0.63 | 1.9 | 0.66 | 2.0 | 0.50 | 1.5 |
| **Natural Gas Pipeline Access Road 8** | | | | | | | | | |
| Temporary ROW | – | – | – | – | – | – | – | – | – |
| Permanent ROW | 25.0 | 1.89 | 5.7 | 1.89 | 5.7 | – | – | – | – |
| **Total – Natural Gas Pipeline and Spur** | | | | | | | | | |
| **Temporary ROW** | – | 28.12 | 68.2 | 25.95 | 62.9 | 1.10 | 2.7 | 1.07 | 2.6 |
| **Permanent ROW** | – | 44.91 | 153.1 | 38.9 | 133.6 | 1.96 | 6.6 | 4.05 | 12.9 |

Note: Column totals may not be exact as a result of rounding.

Actual ROW rents would be based on GIS and impact analysis

– = not applicable

* The pipeline ends on TLA-administered land within the Processing Facility. A ROW is not needed for the pipeline on TLA-administered land. Additional information is contained in the Mining Plan (Peak Minerals 2024a).

† Natural Gas Pipeline Access Road 4 is a Millard County Class B Road, and a ROW is not required.

## 2.4.2.2.    NATURAL GAS PIPELINE

The permanent ROW for the Natural Gas Pipeline is requested for 30 years with the option to extend as long as the potash lease and associated utilities are in use. No future development associated with this ROW request is expected to occur because the Natural Gas Pipeline and Natural Gas Pipeline Spur would provide the required services for the life of the Project.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

The pipeline would be designed to withstand anticipated external loadings. Construction of the Natural Gas Pipeline and Natural Gas Pipeline Spur would take place in a 50-foot-wide area, comprising a 20-foot-wide temporary ROW and a 30-foot-wide permanent ROW. During construction, a total of 50 feet would be required to accommodate 10 feet for the trench, 15 feet for the spoils pile, and 10 feet for the equipment and travel path. An additional 15 feet would accommodate vehicle traffic, including the pipe truck. Any needed equipment or material staging areas would be accommodated within the combined temporary and permanent ROW. A BLM ROW would not be required for the portion of the Natural Gas Pipeline located within the lease boundary.

## 2.5.    Rail Facilities

A Rail Loadout Facility and Rail Spur would be used to import MOP and transport potash and associated products produced by the Project to commercial markets. In addition to rail transport of products, Peak Minerals plans to ship small quantities of products by truck to locations within the United States. This would occur when a quantity of product is needed on a timeline or to a destination that is not suitable for routine rail shipment. Up to 50,000 tons annually may be transported by truck.

The principal components of the rail facilities are as follows:

- A Rail Loadout Facility, consisting of product storage, train loadout, and truck loadout. The Rail Loadout Facility would also include a propane storage tank described in Section 2.4, *Propane and Natural Gas Supply,* and a water storage tank.

- Yard tracks, consisting of a loading track, a run-around track, a full train track, an empty train track, a MOP-car storage track, and crossover tracks that provide access to other tracks.

- A Rail Spur that would cross SR 257 to connect with the existing UPRR Lynndyl Subdivision mainline (located near the SR 257 intersection with Crystal Peak and Black Rock Roads).

- A substation or pole-mounted transformer located within the Rail Loadout Facility.

- A 15-foot-wide Rail Spur Access Corridor located on the south side of the Rail Spur.

- Two new access roads from Crystal Peak Road to the Rail Loadout Facility (Rail Loadout Facility Access Roads 1 and 2).

- Waste water treatment, which would be permitted by the Central Utah Public Health Department, if necessary.

- A subsoil berm would be placed within the rail facility fence line.

- A topsoil berm would be placed within the rail facility fence line on the north side of the subsoil berm.

**Figure 2-13** shows an overview of the Rail Loadout Facility and Rail Line Spur. **Figure 2-10** provides a detailed layout of the Rail Loadout Facility, topsoil and subsoil berms, and Rail Loadout Facility access roads. **Figure 2-14** shows a typical cross section of the Rail Loadout Facility access roads. For additional detail, refer to **Appendix A,** *1:24,000 Scale Map Set.*

The Rail Loadout Facility, Rail Spur, Rail Loadout Facility access roads, topsoil and subsoil berms, 12.47-kV Power and Communication Line, and Rail Spur Access Corridor would be primarily located on BLM-administered off-lease land. The Rail Spur and Rail Spur Access Corridor would also cross private lands. With the exception of the access roads and power and communication lines, the Rail Loadout Facility components would be located within a darkened, dull perimeter security fence. This fenced area would include approximately 132 acres of BLM-administered off-lease lands. The Rail Loadout Facility components within the fence line would consist of a substation or pole-mounted transformer, fiber optic communication line, propane storage tank, Natural Gas Pipeline Spur, water storage tank, storage facility, train loadout, truck loadout, rail car staging tracks, and conveyor belt (**Figure 2-10**). Propane and natural gas would be used to provide heat to the administrative buildings at the Rail Loadout Facility (see Section 2.4, *Propane and Natural Gas Supply*). Portions of the surface area within the fence line

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

would be graveled. Sewage from the Rail Loadout Facility would be managed using a permitted septic system. The Waste Water System permit for the septic system would be coordinated with the Central Utah Public Health Department.

The Rail Spur would cross SR 257 and would connect with the existing UPRR Lynndyl Subdivision mainline track (see **Figure 2-14**). The existing ROW for the Worldcom Network Services fiber optic line, which parallels SR 257, would be crossed by the Rail Spur (see **Figure 1-3**). The Rail Loadout Facility would be located adjacent to Crystal Peak Road, a Class B county-maintained road for which Millard County holds the ROW. No existing or abandoned facilities would be used for construction or operation of the Rail Loadout Facility, access roads, power and communication lines, rail spur, and maintenance access.

Single- or double-trailer trucks would be used to deliver product on a timeline or to a destination that is not suitable for routine rail shipment. Fully loaded trucks would weigh up to 63.5 tons gross vehicle weight (includes 12.5-ton empty vehicle weight). Up to 1,000 trucks per year, or three to four trucks per weekday, on average, would carry material from the Processing Facility east on Crystal Peak Road and then on one of the following routes to their final destination (see *Transportation and Traffic Management Plan* (Peak Minerals 2024m) Figure 1):

- North on SR 257 to Delta, then northeast on Hwy 6 to Lynndyl, then northeast on SR 132 to Nephi. From Nephi, vehicles would travel north or south on Interstate 15.
- North on SR 257, then west on Hwy 6/50 to Nevada.
- South on SR 257 to Milford, then south on SR 21 to Minersville and east to Beaver. From Beaver, vehicles would travel north or south on Interstate 15.
- South on SR 257 to Milford, then south on SR 21 to Minersville and SR 130 to Cedar City. From Cedar City, vehicles would travel north or south on Interstate 15.

Final truck destinations would vary widely within Utah and throughout the United States based on demand. A permit from the Utah Department of Transportation (UDOT) would be required for use of state roads if bridges are crossed. Such a permit would allow transport of up to 129,000 pounds (64.5 tons) gross vehicle weight. Truck transportation would not require temporary or permanent ROWs.

## 2.5.1.    Facility Design Elements

Potash would be transported by truck on Crystal Peak Road from the Processing Facility to the Rail Loadout Facility (see **Figure 2-13**). The Rail Loadout Facility would be the point of product transfer to rail cars for transport along the Rail Spur that would connect with the existing UPRR Lynndyl Subdivision at a location east of SR 257, near the intersection with Crystal Peak and Black Rock Roads. Peak Minerals would own the Rail Spur and Rail Loadout Facility, which have been sited to minimize the need for cut and fill necessary to maintain less than 0.2% grade over the length of the facility tracks.

The Rail Spur Access Corridor would follow the Rail Spur along its south side. During operation of the facility, periodic maintenance of the Rail Spur may occur. Up to one pickup or other light-vehicle trip per month may be required. The Rail Spur Access Corridor would allow pickup trucks or other light vehicle traffic over the existing ground surface adjacent to the Rail Spur.

Two access roads originating at Crystal Peak Road would provide access to the Rail Loadout Facility through entrance and exit gates (see **Figure 2-10**). Access roads would be constructed to bear the weight of heavy trucks hauling potash to the facility throughout its operational life. A typical access road cross section is shown in **Figure 2-15**. Construction of Rail Loadout Facility Access Roads 1 and 2 would require typical construction equipment for grading and dump trucks for gravel. Other vehicles on-site during construction and operation would include work trucks and employee vehicles. SOP shipments would occur twice per month in 100-car trains. MOP shipments would occur ten times per month in 10-

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

car trains. *(Information regarding construction of the rail facilities would be included in the Construction POD.)*

Within the perimeter fence surrounding the Rail Loadout Facility, the surface would be cleared, leveled, and portions would be covered in gravel, allowing vehicle access throughout the site. The type and source of aggregate fill materials needed from off-site are provided in the *Gravel Pit Mining Plan* (Peak Minerals 2024o). Excavated material would be placed within the fence line and designated as topsoil or subsoil berms. *(Additional information regarding the application procedures and types of vehicles used to clear, level, and apply gravel within the Rail Loadout Facility would be provided in the Construction POD.)*

On average, up to five 25-ton haul trucks would each make approximately five daily round trips (i.e., 25 total daily round trips) to deliver products to the Rail Loadout Facility. The haul trucks would discharge products into a hopper, and product would be drawn from the bottom of the hopper onto a recovery feeder. Material would then be conveyed to one of three storage domes where the material would be segregated and stored.

Some of the empty haul trucks would be loaded with MOP and would return to the Processing Facility. The remaining trucks would return to the Processing Facility empty. The trucks used to transport MOP would be cleaned with compressed air to prevent cross-contamination between SOP and MOP. The MOP unloaded from the railcars into the cleaned trucks would use a MOP railcar unloading portable conveyor. MOP receiving is dependent upon the availability of empty SOP delivery trucks, availability of MOP delivery railcars, and usage of the portable unloading conveyor. The MOP railcar unloading portable conveyor can operate at approximately 200 STPH (181.4 MTPH), which equates to unloading half of a railcar into a truck in 15 minutes.

Product that does not readily flow to a draw point in the storage domes would be recovered by physical handling. Front-end loaders would be used to move the dead storage material and deposit it near or on a draw point.

The products would be run through final screening. Undersized product from the screen operation would be returned to the Processing Facility. Oversized product would be run through the crusher and returned to final screening. Correctly sized product would be loaded onto rail cars.

The full train track and empty train track would extend east of the Rail Loadout Facility to allow empty or loaded unit trains to be temporarily parked while waiting for loading or transport off-site. The full train track and empty track would merge into a single Rail Spur east of the Rail Loadout Facility. The Rail Spur would connect the yard tracks to UPRR's Lynndyl Subdivision mainline track. The Rail Spur would cross SR 257 and Headlight Canyon Road at grade. The road crossings would be constructed with precast concrete grade crossing panels. A solar-powered, signalized crossing device would be installed with flashing lights and electronic bells. The at-grade rail crossing, and associated warning devices, would be designed and constructed to achieve compliance with UDOT standards. A New Rail Crossing Application, including a development plan and preliminary engineering drawings, would be submitted to UDOT to begin the approval process. Peak Minerals (or an approved party designated by the applicant) would be responsible for the engineering of the roadway aspects of the crossing in compliance with UPRR specifications. This preliminary engineering would be incorporated into the railroad agreement with UPRR. Once the Rail Spur is completed, the Rail Spur Access Corridor would be maintained on the south side of the spur within a separate permanent ROW.

A 500,000-gallon water storage tank would be located within the Rail Loadout Facility fenced perimeter. The water storage tank would be 32 feet in height and 36 feet in diameter. The tank would be painted a BLM-approved solid color that would closely represent the natural color of the surrounding landscape. Water transported by truck would initially fill the tank. Once filled, the tank would be periodically

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M0000212

topped off as needed but would not require any significant ongoing annual demand. Potable water would be trucked from the Processing Facility, as necessary.

Two 6,000-gallon diesel tanks would be located within the Rail Loadout Facility fenced perimeter. These tanks would be expected to provide 2-week storage capacity. Fuel trucks would deliver additional diesel fuel and refill these tanks, as necessary. Secondary containment would be built in accordance with the SPCC Plan (Peak Minerals 2024k).

As discussed in Section 2.5, *Rail Facilities*, any entity or person requesting access onto a state highway must obtain a valid grant of access from UDOT, which is coordinated through the assigned region permits officer at the appropriate UDOT Region. The Project is located within Permit Region Four. Once a grant of access is approved, an encroachment permit would be issued.

## 2.5.2.    Land Requirements and Limits of Disturbance

The Rail Loadout Facility would be constructed as shown on **Figure 2-10**. The entire Rail Loadout Facility would be located on BLM-administered land. The Rail Spur and associated access corridor ROW would overlap the Natural Gas Pipeline ROW in this area and would be located both on BLM-administered and privately-owned land. The 12.47-kV Power and Communication Line associated with the rail facility would be located on BLM-administered and TLA-administered lands. On private lands, surface easements would be acquired to locate, construct, operate, and maintain the portion of the Rail Spur and Rail Spur Access Corridor, as described in Section 4.3.3, *Right-of-Way Acquisition on Federal, State, and Private Lands*.

**Table 2-4**, *Right-of-Way Area for the Rail Facilities by Land Ownership,* shows the length and acreages of temporary and permanent land requirements by land status for each facility.

Table 2-4        Right-of-Way Area for the Rail Facilities by Land Ownership

| Facility, ROW Type | ROW Width (feet) | Total Length (miles) | Total Area (acres) | BLM Length (miles) | BLM Area (acres) | State Length (miles) | State Area (acres) | Private Length (miles) | Private Area (acres) |
|---|---|---|---|---|---|---|---|---|---|
| **Rail Loadout Facility** | | | | | | | | | |
| Temporary ROW | – | – | – | – | – | – | – | – | – |
| Permanent ROW | Irregular | | 131.8 | – | 131.8 | – | – | – | – |
| **Rail Spur** | | | | | | | | | |
| Temporary ROW | 60.0 | 2.9 | 21.1 | 1.81 | 13.2 | – | – | 1.08 | 7.9 |
| Permanent ROW | 60.0 | 2.9 | 21.1 | 1.81 | 13.2 | – | – | 1.08 | 7.9 |
| **Rail Spur Access Corridor** | | | | | | | | | |
| Temporary ROW | – | – | – | – | – | – | – | – | – |
| Permanent ROW | 15.0 | 2.89 | 5.3 | 1.81 | 3.3 | – | – | 1.08 | 2.0 |
| **Rail Loadout Facility Access Road 1** | | | | | | | | | |
| Temporary ROW | 20.0 | 0.47 | 1.1 | 0.47 | 1.1 | – | – | – | – |
| Permanent ROW | 40.0 | 0.47 | 2.3 | 0.47 | 2.3 | – | – | – | – |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Table 2-4    Right-of-Way Area for the Rail Facilities by Land Ownership

| Facility, ROW Type | ROW Width (feet) | Total Length (miles) | Total Area (acres) | BLM Length (miles) | BLM Area (acres) | State Length (miles) | State Area (acres) | Private Length (miles) | Private Area (acres) |
|---|---|---|---|---|---|---|---|---|---|
| **Rail Loadout Facility Access Road 2** | | | | | | | | | |
| Temporary ROW | 20.0 | 0.11 | 0.3 | 0.11 | 0.3 | – | – | – | – |
| Permanent ROW | 40.0 | 0.11 | 0.5 | 0.11 | 0.5 | – | – | – | – |
| **Total – All Rail Facilities*** | | | | | | | | | |
| **Temporary ROW** | – | **3.47** | **22.4** | **2.39** | **14.6** | – | – | **1.08** | **7.9** |
| **Permanent ROW** | – | **6.36** | **160.9** | **4.20** | **151.1** | – | – | **2.16** | **9.8** |

Note: Column totals may not be exact as a result of rounding.

Actual ROW rents would be based on GIS and impact analysis

– = not applicable

* Total lengths do not include the Rail Loadout Facility.

The permanent ROWs are requested for 35 years with an option to extend as long as the potash lease and associated facilities are in use. No future development associated with this ROW request is expected to occur because the Rail Loadout Facility, Rail Spur, power and communication lines, and access roads would provide the required services for the life of the Project. Permanent and temporary ROW requirements for components of the Rail Loadout Facility are described as follows:

**Rail Loadout Facility.** The permanent footprint of the Rail Loadout Facility includes roads, buildings, and other structures (see **Figure 2-10**). The eastern portion of the Rail Loadout Facility would consist of a narrow, fenced area with a double train track to allow for storage of up to two unit-trains. A typical cross section for a double train track roadbed is shown in **Figure 2-16**. The double train track would be placed on ballast over stabilized soil, as required, based on geotechnical evaluation of the area. The double train track would be 70 feet wide. Track centerlines would be approximately 20 feet apart, with an additional 12 feet extending from each track centerline out to the edge of the ballast and soil stabilization sub-ballast. Drainage would occupy up to 11 feet on each side of the sub-ballast. An additional 2 feet on each side of the drainage structures is allocated for grading that may be required to meet engineering standards for the facility. Construction of the Rail Loadout Facility would occur within the darkened, dull fence line of the permanent facility. No additional temporary ROW would be required.

**Rail Loadout Facility Access Roads.** Rail Loadout Facility Access Roads 1 and 2 would each require a permanent ROW width of 40 feet, to include 15 feet of road width and an additional 7.5 feet on each side of the road for drainage facilities. A 1-foot-deep collection channel would be constructed on the upslope side of each rail loadout facility access road to collect runoff and prevent impoundment of runoff. The collection channels would deliver runoff to culverts, which would be located and designed during final facility design. The final engineering design would be approved by the BLM. Because of relatively flat slope of the area where the rail loadout facility access roads would be constructed, collection channels would not be needed on the downslope side of the roads. The additional ROW width, beyond the area occupied by the typical section, would allow for installation of drainage features (e.g., culverts) where needed within the ROW. The 20-foot-wide temporary ROW would accommodate construction equipment and temporary laydown associated with road construction.

**Rail Spur.** The Rail Spur would be located within a 60-foot permanent ROW. The Rail Spur would be placed on ballast with maximum slope requirements in compliance with railroad standards, typically averaging 24 feet total in width. Drainage slopes would occupy approximately an additional 11 feet on

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

each side of the ballast. An additional 2 feet on each side of the drainage slope is allocated for grading that may be required to meet industry standard engineering requirements, for a total of 50 feet. The additional ROW width, beyond the area occupied by the typical section, would allow for installation of drainage features (e.g., culverts) where needed within the ROW.

Construction of the Rail Spur would require a temporary ROW that would accommodate construction vehicle traffic and temporary staging along the permanent railway. Disturbance within the temporary ROW would consist primarily of trampled vegetation. The permanent ROW would accommodate permanent disturbance at the location of the rail line, ballast, and drainage structures.

**Rail Spur Access Corridor.** During operation of the facility, periodic maintenance of the Rail Spur would be required. The Rail Spur Access Corridor permanent ROW would overlap or be adjacent to the Natural Gas Pipeline ROW.

Following construction of the Rail Spur and Natural Gas Pipeline, the area immediately south of the Rail Spur would be revegetated to maintain maintenance access adjacent to the track.

It should be noted that Peak is currently exploring an option to relocate the Rail Loadout Facility to Milford, Utah in proximity to the Smithfield Rail Loadout facility. While Peak develops the information necessary for the BLM to understand the potential impacts associated with potential relocation, Peak would continue to operate and plan in accordance with the Rail Loadout Facility design specifications and utility requirements provided in this Plan of Development.

When enough information has been developed for the BLM's review and subsequent analysis, Peak would support and participate in any Federal NEPA/Permitting requirements necessary to develop an understanding of the environmental impacts associated with proposed action prior to the anticipated construction start date of the facility (anticipated to begin in November 2027 with an operational need date of January 2029). At that time, the Mine Plan, Reclamation Plan, Plan of Development and all associated Supplemental documents would be revised as necessary to describe construction and operation of the facility.

## 2.6.    Water Supply and Distribution

Fresh water would be used to support SOP production at the Processing Facility and for potable and service water needs at the Project's administration facilities. Project operations would consume 502 gpm of fresh water from the proposed freshwater wells. Peak Minerals conducted aquifer tests to better understand the hydraulic characteristics of the aquifer and available recharge to the aquifer. This information, coupled with the appropriate well design, was used to determine that four wells would be needed to meet the freshwater demands of the Project.

Water may also be required for dust suppression. Water acquisition for dust suppression and dust suppression methods and locations are discussed in Section 4.2.3, Dust Control.

The principal components of the water supply and distribution facilities are as follows:

- Four approximately 1,500-foot-deep, 14-inch-diameter production wells located on BLM-administered and TLA-administered lands (Water Supply Wells 1, 2, 3, and 4, west to east).

- A Water Supply Pipeline extending from the Processing Facility to the intersection of Crystal Peak Road and Water Supply Well Access Road 3.

- Four Water Supply Pipeline spurs. Each Water Supply Pipeline spur would be a 4-inch-diameter pipeline extending from each water supply well to the Water Supply Pipeline, each numbered to match its corresponding water supply well.

- Four aboveground 12.47-kV power line spurs that would connect from the 12.47-kV Power and Communication Line along Crystal Peak Road (described in Section 2.2, *Power and Communication Lines*) to pole-mounted transformers located adjacent to each water supply well.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

- Four existing north-south-trending dirt two-track well supply access roads (each numbered to match its corresponding water supply well) stemming from Crystal Peak Road to the well house locations would be used for well construction and maintenance. With the exception of Water Supply Well Access Road 2, these roads may be improved, as necessary. Water Supply Well Access Road 2 is a county-maintained, Class B road that would not require a ROW.

The water supply wells would be located on BLM-administered and TLA-administered lands south of the Project lease boundary and south of Crystal Peak Road. The water supply well locations are positioned to take advantage of the greatest annual in-place recharge from the nearby southern Cricket Mountains and northern San Francisco Mountains. Water Supply Wells 1 and 4 would be located at approved points of diversion for Peak Minerals' water rights 69-111 and 69-106, respectively. Approved points of diversion would be relocated to the respective locations of Water Supply Wells 2 and 3. Peak Minerals would provide the BLM with copies of the required filing motions and approval of the relocated points of diversion once authorized by the Utah Division of Water Rights (UDWRi).

The wells would be connected to buried water pipelines and aboveground power line infrastructure. Water lines do not extend to the Rail Loadout Facility. Potable water would be trucked from the Processing Facility, as necessary. A water storage tank at the Rail Loadout Facility, described in Section 2.5, *Rail Facilities*, would be filled once from the freshwater supply wells and then topped off as needed. Water used to top off the water storage tank would be trucked from the Processing Facility.

The 12.47-kV Power and Communication Line described in Section 2.2, *Power and Communication Lines*, extending from the Processing Facility Substation to the Rail Loadout Facility, would follow along Crystal Peak Road. The 12.47-kV Power Line Spurs 1, 2, 3, and 4 would extend from the 12.47-kV Power and Communication Line to pole-mounted transformers located adjacent to each water supply well (see **Figure 2-17**). Power lines would be located overhead on single-pole structures.

The freshwater supply would be transported to the Processing Facility via the Water Supply Pipeline that is connected to the water supply wells by four associated 4-inch-diameter Water Supply Pipeline spurs, located within approximately 4.5 miles of the Processing Facility (see **Figure 2-17**). The Water Supply Pipeline Spurs would originate on BLM-administered and TLA-administered lands at the water supply wells and connect to the Water Supply Pipeline, located adjacent to Crystal Peak Road and Crystal Peak Spur Road, that would terminate on TLA-administered land at the Processing Facility (see **Figure 2-17**). The water pipelines would cross BLM-administered and TLA-administered lands outside of the Project lease area. The water supply well access roads that extend south from Crystal Peak Road to the well locations would be used for well construction and maintenance. The 12.47 power line spur ROWs would be located west of and adjacent to each water supply access road ROW. The temporary and permanent water pipeline ROWs would be adjacent to and west of the 12.47-kV Power and Communication Line and 12.47-kV Power Line Spur ROWs.

The specific locations of Water Supply Wells 1, 2, 3, and 4 and associated infrastructure are described below and shown on **Figure 2-17**. **Table 2-5**, *Right-of-Way for the Water Supply Facilities by Land Ownership*, provides a summary of the length and area required for water supply and distribution. For additional detail, refer to **Appendix A**, *1:24,000 Scale Map Set*.

**Water Supply Pipeline**. The majority of the Water Supply Pipeline would be located on BLM-administered land. A small portion of the pipeline at the Processing Facility would be located on TLA-administered land. The Water Supply Pipeline would begin at the intersection of Crystal Peak Road and Water Supply Well Access Road 3 and would terminate at the Processing Facility. The pipeline would be positioned on the south side of Crystal Peak Road and would follow Crystal Peak Road to the intersection of Crystal Peak Spur Road. The pipeline would cross Crystal Peak Road just south of the intersection with Crystal Peak Spur Road and would continue north to the Processing Facility on the west side of Crystal Peak Spur Road. A BLM ROW would not be required for the portion of the Water Supply Pipeline located within the lease boundary.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

SECTION 2 – PROJECT DESCRIPTION

**Water Supply Well 1**. Water Supply Well 1 would be located on TLA-administered land, approximately 2.8 miles southwest of the Processing Facility. The well site is accessible on Water Supply Well Access Road 1, which is an existing dirt two-track road that crosses BLM-administered and TLA-administered lands and extends southwest from Crystal Peak Road to the well location. Water Supply Pipeline Spur 1 and 12.47-kV Power Line Spur 1 would be located in adjacent ROWs, on the west side of the existing dirt two-track road. Water Supply Pipeline Spur 1 would follow Water Supply Well Access Road 1 to the intersection of Crystal Peak Road and Crystal Peak Spur Road, where they would connect to the Water Supply Pipeline. The 12.47-kV Power Line Spur 1 alignment is a direct route from the Water Supply Well 1 to Crystal Peak Road where it connects to the 12.47-kV Power and Communication Line that terminate at the Processing Facility. Water Supply Pipeline Spur 1 would cross Crystal Peak Road at the point where Water Supply Well Access Road 1 intersects with Crystal Peak Road. Water Supply Well 1 would be located at an approved point of diversion for existing water right 69-111.

Table 2-5    Right-of-Way Area for the Water Supply Facilities by Land Ownership

| Facility, ROW Type | ROW Width (feet) | Total Length (miles) | Total Area (acres) | BLM | | State | | Private | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Length (miles) | Area (acres) | Length (miles) | Area (acres) | Length (miles) | Area (acres) |
| **Water Supply Well 1** | | | | | | | | | |
| Temporary ROW | 125 × 150 feet | 0.4 | – | – | – | – | 0.4 | – | – |
| Permanent ROW | 30 × 40 feet | 0.03 | – | – | – | – | 0.03 | – | – |
| **Water Supply Well 2** | | | | | | | | | |
| Temporary ROW | 125 × 150 feet | 0.4 | – | 0.4 | – | – | – | – | – |
| Permanent ROW | 30 × 40 feet | 0.03 | – | 0.03 | – | – | – | – | – |
| **Water Supply Well 3** | | | | | | | | | |
| Temporary ROW | 125 × 150 feet | 0.4 | – | – | – | – | 0.4 | – | – |
| Permanent ROW | 30 × 40 feet | 0.03 | – | – | – | – | 0.03 | – | – |
| **Water Supply Well 4** | | | | | | | | | |
| Temporary ROW | 125 × 150 feet | 0.4 | – | 0.4 | – | – | – | – | – |
| Permanent ROW | 30 × 40 feet | 0.03 | – | 0.03 | – | – | – | – | – |
| **Water Supply Pipeline** | | | | | | | | | |
| Temporary ROW | 25.0 | 4.29 | 13.0 | 4.29 | 13.0 | –[1] | – | – | – |
| Permanent ROW | 25.0 | 4.29 | 13.0 | 4.29 | 13.0 | – | – | – | – |
| **Water Supply Pipeline Spur 1** | | | | | | | | | |
| Temporary ROW | 25.0 | 1.60 | 4.8 | 1.22 | 3.7 | 0.38 | 1.2 | – | – |
| Permanent ROW | 25.0 | 1.60 | 4.8 | 1.22 | 3.7 | 0.38 | 1.2 | – | – |
| **Water Supply Pipeline Spur 2** | | | | | | | | | |
| Temporary ROW | 25.0 | 0.75 | 2.3 | 0.75 | 2.3 | – | – | – | – |
| Permanent ROW | 25.0 | 0.75 | 2.3 | 0.75 | 2.3 | – | – | – | – |
| **Water Supply Pipeline Spur 3** | | | | | | | | | |
| Temporary ROW | 25.0 | 0.96 | 2.9 | 0.63 | 1.9 | 0.33 | 1.0 | – | – |
| Permanent ROW | 25.0 | 0.96 | 2.9 | 0.63 | 1.9 | 0.33 | 1.0 | – | – |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
/027/0125

Table 2-5        Right-of-Way Area for the Water Supply Facilities by Land Ownership

| Facility, ROW Type | ROW Width (feet) | Total Length (miles) | Total Area (acres) | BLM Length (miles) | BLM Area (acres) | State Length (miles) | State Area (acres) | Private Length (miles) | Private Area (acres) |
|---|---|---|---|---|---|---|---|---|---|
| **Water Supply Pipeline Spur 4** | | | | | | | | | |
| Temporary ROW | 25.0 | 2.14 | 6.5 | 2.14 | 6.5 | – | – | – | – |
| Permanent ROW | 25.0 | 2.14 | 6.5 | 2.14 | 6.5 | – | – | – | – |
| **Water Supply Well Access Road 1** | | | | | | | | | |
| Temporary ROW | – | – | – | – | – | – | – | – | – |
| Permanent ROW | 25.0 | 1.09 | 3.3 | 0.73 | 2.2 | 0.36 | 1.1 | – | – |
| **Water Supply Well Access Road 2[2]** | | | | | | | | | |
| Temporary ROW | – | – | – | – | – | – | – | – | – |
| Permanent ROW | – | – | – | – | – | – | – | – | – |
| **Water Supply Well Access Road 3** | | | | | | | | | |
| Temporary ROW | – | – | – | – | – | – | – | – | – |
| Permanent ROW | 25.0 | 0.97 | 2.9 | 0.64 | 1.9 | 0.33 | 1.0 | – | – |
| **Water Supply Well Access Road 4** | | | | | | | | | |
| Temporary ROW | – | – | – | – | – | – | – | – | – |
| Permanent ROW | 25.0 | 0.88 | 2.7 | 0.88 | 2.7 | – | – | – | – |
| **12.47-kV Power Line Spur 1** | | | | | | | | | |
| Temporary ROW | 35.0 | 1.34 | 5.7 | 1.03 | 4.4 | 0.31 | 1.3 | – | – |
| Permanent ROW | 60.0 | 1.34 | 9.7 | 1.03 | 7.5 | 0.31 | 2.3 | – | – |
| **12.47-kV Power Line Spur 2** | | | | | | | | | |
| Temporary ROW | 35.0 | 0.76 | 3.2 | 0.76 | 3.2 | – | – | – | – |
| Permanent ROW | 60.0 | 0.76 | 5.5 | 0.76 | 5.5 | – | – | – | – |
| **12.47-kV Power Line Spur 3** | | | | | | | | | |
| Temporary ROW | 35.0 | 0.78 | 4.1 | 0.50 | 2.1 | 0.28 | 1.2 | – | – |
| Permanent ROW | 60.0 | 0.78 | 5.7 | 0.50 | 3.6 | 0.28 | 2.0 | – | – |
| **12.47-kV Power Line Spur 4** | | | | | | | | | |
| Temporary ROW | 35.0 | 0.86 | 3.6 | 0.86 | 3.7 | – | – | – | – |
| Permanent ROW | 60.0 | 0.86 | 6.3 | 0.86 | 6.3 | – | – | – | – |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
/027/0125

Table 2-5        Right-of-Way Area for the Water Supply Facilities by Land Ownership

| Facility, ROW Type | ROW Width (feet) | Total Length (miles) | Total Area (acres) | BLM Length (miles) | BLM Area (acres) | State Length (miles) | State Area (acres) | Private Length (miles) | Private Area (acres) |
|---|---|---|---|---|---|---|---|---|---|
| **Total – All Water Supply Facilities³** | | | | | | | | | |
| **Temporary ROW** | – | 13.48 | 47.8 | 12.18 | 43.0 | 1.3 | 5.6 | – | – |
| **Permanent ROW** | – | 16.42 | 65.6 | 14.43 | 57.1 | 1.99 | 8.6 | – | – |

Note: Column totals may not be exact as a result of rounding.

Actual ROW rents would be based on GIS and impact analysis

– = not applicable

¹The pipeline ends on TLA-administered land within the Processing Facility. A ROW is not needed for the pipeline on TLA-administered land. Additional information is contained in the Mining Plan (Peak Minerals 2024a).

² Lengths have not been provided for Water Supply Well Access Road 2 because it is a Millard County Class B road (Iron Mine Pass Road) that does not require any ROWs.

³ Total lengths do not include the water wells.

**Water Supply Well 2**. Water Supply Well 2 would be located approximately 2.6 miles southeast of the Processing Facility. The well site and associated infrastructure would be located entirely on BLM-administered land. The well site is accessible on Water Supply Well Access Road 2 (Iron Mine Pass Road), which is an existing dirt, bladed road that extends southwest from Crystal Peak Road to the well location. Water Supply Pipeline Spur 2 and 12.47-kV Power Line Spur 2 would be located in adjacent ROWs on the west side of Water Supply Well Access Road 2 (Iron Mine Pass Road) and would follow Water Supply Well Access Road 2 to the intersection at Crystal Peak Road, where they would connect to the Water Supply Pipeline and 12.47-kV Power and Communication Line that terminates at the Processing Facility. The point of diversion for Water Supply Well 2 would be relocated from a currently approved point of diversion. Peak Minerals would provide the BLM with copies of the required filing motions and approval of the relocated point of diversion once authorized by UDWRi.

**Water Supply Well 3**. Water Supply Well 3 would be located on TLA-administered land, approximately 3.5 miles southeast of the Processing Facility. The well site is accessible on Water Supply Well Access Road 3, which is an existing dirt two-track road that crosses BLM-administered and TLA-administered lands. Water Supply Well Access Road 3 extends southwest from Crystal Peak Road to the well location. Water Supply Pipeline Spur 3 would be located in an adjacent ROW on the west side of the existing dirt two-track road and would follow Water Supply Well Access Road 3 to the intersection at Crystal Peak Road, where it would connect to the Water Supply Pipeline that terminates at the Processing Facility. The 12.47-kV Power Line Spur 3 alignment would run directly north from the Water Supply Well 3 to Crystal Peak Road where it would connect to the 12.47-kV Power and Communication Line that terminates at the Processing Facility. The point of diversion for Water Supply Well 3 would be relocated from a currently approved point of diversion. Peak Minerals would provide the BLM with copies of the required filing motions and approval of the relocated point of diversion once authorized by UDWRi.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

**Water Supply Well 4**. Water Supply Well 4 would be located approximately 4.2 miles southeast of the Processing Facility. The well site and associated infrastructure would be located entirely on BLM-administered land. Water Supply Well 4 would be located at an approved point of diversion for existing water right 69-106. The well site is accessible on Water Supply Well Access Road 4, which is an existing dirt two-track road that extends southwest from Crystal Peak Road to the well location. Water Supply Pipeline Spur 4 would be located in an adjacent ROW on the west side of Water Supply Well Access Road 4 and would follow Water Supply Well Access Road 4 to the intersection at Crystal Peak Road. The 12.47-kV Power Line Spur 4 alignment is a direct route from the Water Supply Well 4 to Crystal Peak Road. At Crystal Peak Road, 12.47-kV Power Line Spur 4 would connect to 12.47-kV Power and Communication Line, routed between the Processing Facility and the Rail Loadout Facility.

Water Supply Pipeline Spur 4 would follow the south side of Crystal Peak Road and connect to the Water Supply Pipeline near the intersection of Crystal Peak Road and Water Supply Well Access Road 3.

### 2.6.1.    Facility Design Elements

Each of the water supply wells (Water Supply Well 1, 2, 3, and 4) would be a 14-inch-diameter production well completed at a depth of approximately 1,500 feet below ground surface (bgs). Once drilling is complete, the wellheads would be finished within a prefabricated building set on a 4-inch-thick concrete slab. Power supply and transformers would be provided to supply power to each well. **Figure 2-18** shows a typical water supply well site layout. Each building would contain pumping and related plumbing, electrical equipment, and instrumentation needed to operate the well. Water Supply Wells 2 and 4 would be located on BLM-administered land, and Water Supply Wells 1 and 3 would be located on TLA-administered land.

The Water Supply Pipeline spur for each well would be a buried 4-inch-diameter high-density polyethylene (HDPE) pipe, extending from the water supply well to the Water Supply Pipeline. The Water Supply Pipeline would be a buried 6-inch-diameter HDPE pipe, extending from Crystal Peak Road to the Processing Facility. Construction of each water pipeline would require a 50-foot-wide ROW, of which 25 feet would be temporary and 25 feet would be permanent. The water pipelines would follow the natural gradient and, therefore, cut and fill would not be required. A 5-foot-deep trench would be excavated for the pipelines. The trenches would be backfilled with native excavated soil and reseeded. If the native soil is too rocky, fill material would be imported. The Project's source of aggregate fill materials is described in the *Gravel Pit Mining Plan* (Peak Minerals 2024o). Construction of the water pipelines across Crystal Peak Road would be completed by open trenching and then repaired to pre-construction or better condition. If these crossings require extensive construction time, provisions would be made for a detour or other measures to permit traffic flow. Details of these measures are provided in the *Transportation and Traffic Management Plan* (Peak Minerals 2024m).

The four 12.47-kV Power Line Spurs from the water wells to the 12.47-kV Power and Communication Line, located along Crystal Peak Road, as described in Section 2.2, *Power and Communication Lines*, would be supported on single-pole structures, similar to the structure illustrated in **Figure 2-4** and **Figure 2-5**. Construction methods for the power lines would be the same as those described below for the 25-kV Power Line, in Section 4.6.3, *Power and Communication Lines*. Power lines and structures would be designed to minimize the potential for operational and avian risks that result from avian interactions with power line facilities. Avian protection measures would be designed to be consistent with the Avian Protection Plan guidance, proposed by APLIC and USFWS (APLIC 2006, 2012). Specific information regarding raptor safety measures would be provided in the *Adaptive Wildlife Management Plan* (Peak Minerals 2024a).

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

Each of the four water supply well access roads between Crystal Peak Road and the four well sites would be improved only as needed. Where necessary, Water Supply Well Access Roads 1, 3, and 4 would be upgraded to a width of 15 feet with an additional 5 feet on both sides to provide for drainage and maintenance, for a total permanent ROW of 25 feet. Water Supply Well Access Road 2 is a bladed, approximately 24-foot-wide, county-maintained Class B road. Upgrades to Water Supply Well Access Road 2 would not be required.

Once installed, maintenance of the water lines would typically be conducted from the wellhead locations or from the Processing Facility control equipment. If maintenance is needed to any particular segment of a water line, it would be accessed from the ROW. No new roads would be constructed.

### 2.6.2.    Land Requirements and Limits of Disturbance

The water supply wells and associated water pipelines, power lines, and access roads would be located on BLM-administered and TLA-administered lands.

**Table 2-5** provides the temporary and permanent ROW areas required for the water pipelines, wells, power lines, and access roads by land status.

All permanent ROWs are requested for 30 years and would need options to extend as long as the potash lease and associated utilities are in use. No future development associated with this POD is expected to occur because the water supply wells, water lines, power lines, and access roads would provide the required services for the life of the Project.

Permanent and temporary ROW requirements for components of the water supply and distribution facilities are described below.

**Water Supply Wells**. The permanent footprint of the well pads on BLM-administered and TLA-administered lands would measure 10 feet × 12 feet. The well pads would be located within larger, fenced areas and would measure approximately 30 feet × 40 feet (see **Figure 2-18)**. Construction of each water supply well would temporarily disturb approximately 0.4 acre (125 feet × 150 feet) for each well.

**Water Pipelines**. Construction of the water pipelines would require a total ROW width of 50 feet, comprising a 25-foot temporary ROW and a 25-foot permanent ROW. The permanent ROW for the water pipelines and the permanent ROW for the 12.47-kV Power Line Spurs would be adjacent. The temporary ROW would be used to support construction of the water pipelines and would include a spoils pile and a backhoe/pipe truck driving surface. The permanent ROW would include the ditch in which the pipeline would be buried. The ditch and spoils pile would be filled and removed, respectively, at completion of water pipeline construction. The permanent water pipeline ROW would be used for pipeline O&M.

**12.47-kV Power Line Spurs**. Construction of 12.47-kV Power Line Spurs 1, 2, 3, and 4 between the 12.47-kV Power and Communication Line along Crystal Peak Road and the water supply wells would each require a 95-foot-wide construction area, comprising a 35-foot temporary ROW and a 60-foot permanent ROW to accommodate the guy-wire positions. The temporary ROW would be used for equipment movement and temporary work areas during construction. The permanent ROW for the power lines and the permanent ROW for the water pipelines to the well locations would be adjacent.

**Water Supply Well Access Roads**. Water Supply Well Access Roads 1, 3, and 4 would be upgraded to a width of 15 feet, with an additional 5 feet on both sides to provide for drainage and maintenance, for a total permanent ROW of 25 feet. Water Supply Well Access Road 2 would not require upgrades.

## 2.7.    Water Monitoring Wells

There would be eight off-lease water monitoring wells that would be added to the Project's existing water monitoring well network surrounding the Sevier Playa. These wells would be used to monitor the

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

groundwater flow to and from the Sevier Playa as well as monitoring any groundwater flow that may be influenced by the Project. Additional details for the existing groundwater monitoring network can be found in the *Water Monitoring Plan* (Peak Minerals 2024n). Existing and proposed water monitoring wells and associated access roads are shown on **Figure 2-19**.

The principal components of the water monitoring wells requiring ROWs are as follows:

- Eight off-lease water monitoring wells (Proposed Well IDs are listed in the table below and are subject to change based on the year they are drilled.)
- Monitoring Well Access Road
- Access Road Segment E, which is further discussed in detail in Section 2.8, *Access Roads and Playa Access Road*

**Table 2-6**, *Right-of-Way Area for the Water Monitoring Wells by Land Ownership,* shows the length and acreages of temporary and permanent land requirements by land status for each facility.

Table 2-6    Right-of-Way Area for the Water Monitoring Wells by Land Ownership

| Facility, ROW Type | ROW Width (feet) | Total Length (miles) | Total Area (acres) | BLM | | State | | Private | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Length (miles) | Area (acres) | Length (miles) | Area (acres) | Length (miles) | Area (acres) |
| **Monitoring Well (CPM-20-WAC)** | | | | | | | | | |
| Temporary ROW | 100 x 100 feet | 0.2 | 0.2 | – | 0.2 | – | – | – | – |
| Permanent ROW | 25 x 25 feet | 0.01 | 0.01 | – | 0.01 | – | – | – | – |
| **Monitoring Well (CPM-20-WBR)** | | | | | | | | | |
| Temporary ROW | 100 x 100 feet | 0.2 | 0.2 | – | 0.2 | – | – | – | – |
| Permanent ROW | 25 x 25 feet | 0.01 | 0.01 | – | 0.01 | – | – | – | – |
| **Monitoring Well (CPM-20-NACT)** | | | | | | | | | |
| Temporary ROW | 100 x 100 feet | 0.2 | 0.2 | – | 0.2 | – | – | – | – |
| Permanent ROW | 25 x 25 feet | 0.01 | 0.01 | – | 0.01 | – | – | – | – |
| **Monitoring Well (CPM-20-WBRT)** | | | | | | | | | |
| Temporary ROW | 100 x 100 feet | 0.2 | 0.2 | – | 0.2 | – | – | – | – |
| Permanent ROW | 25 x 25 feet | 0.01 | 0.01 | – | 0.01 | – | – | – | – |
| **Monitoring Well (CPM-20-WACT)** | | | | | | | | | |
| Temporary ROW | 100 x 100 feet | 0.2 | 0.2 | – | 0.2 | – | – | – | – |
| Permanent ROW | 25 x 25 feet | 0.01 | 0.01 | – | 0.01 | – | – | – | – |
| **Monitoring Well (CPM-20-SBRWS)** | | | | | | | | | |
| Temporary ROW | 100 x 100 feet | 0.2 | 0.2 | – | 0.2 | – | – | – | – |
| Permanent ROW | 25 x 25 feet | 0.01 | 0.01 | – | 0.01 | – | – | – | – |
| **Monitoring Well (CPM-20-EBRWS)[2]** | | | | | | | | | |
| Temporary ROW | 100 x 100 feet | – | – | – | – | – | – | – | – |
| Permanent ROW | 25 x 25 feet | – | – | – | – | – | – | – | – |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
027/0125

Table 2-6    Right-of-Way Area for the Water Monitoring Wells by Land Ownership

| Facility, ROW Type | ROW Width (feet) | Total Length (miles) | Total Area (acres) | BLM | | State | | Private | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Length (miles) | Area (acres) | Length (miles) | Area (acres) | Length (miles) | Area (acres) |
| **Monitoring Well (CPM-20-NAC)** | | | | | | | | | |
| Temporary ROW | 100 x 100 feet | | 0.2 | – | 0.2 | – | – | – | – |
| Permanent ROW | 25 x 25 feet | | 0.01 | – | 0.01 | – | – | – | – |
| **Monitoring Well Access Road** | | | | | | | | | |
| Temporary ROW | – | – | – | – | – | – | – | – | – |
| Permanent ROW | 25 | 6.5 | 19.7 | 6.5 | 19.7 | – | – | – | – |
| **Total – All Water Monitoring Wells and Access** | | | | | | | | | |
| **Temporary ROW** | **–** | **–** | **1.6** | **–** | **1.6** | **–** | **–** | **–** | **–** |
| **Permanent ROW** | **–** | **6.5** | **19.8** | **–** | **19.8** | **–** | **–** | **–** | **–** |

Note: Column totals may not be exact as a result of rounding.

Actual ROW rents would be based on GIS and impact analysis

– = not applicable

[1]Well names may change at time of drilling depending on the year they are drilled.

[2] Monitoring Well CPM-20-EBRWS would be located within the Rail Loadout Facility and would not increase the disturbance area of that facility.

## 2.7.1.    Facility Design Elements

For wells shallower than 300 feet, the casings would be Schedule 40 PVC. For wells deeper than 300 feet, casings would consist of Schedule 80 PVC.

Well construction for each of the water monitoring wells would consist of a 4-inch diameter, threaded polyvinyl chloride ("PVC") casing with an end cap on a section of blank casing at least 5 feet below the screen, a section of well screen, and a section of blank casing extending at least 1 foot above the ground surface with a slip-on cap. Graded sand would be installed as a filter pack in the completion zone surrounding the lower solid casing and well screen to a level at least 5 feet above the top of the screen. Bentonite grout would be tremied into the annular space from the top of the filter pack to 5 feet below the ground surface and cement grout would be placed from the top of the bentonite to the ground surface. A steel protective casing with a locking lid would be installed over the PVC casing, extending at least 3 feet into the cement grout and 2 feet above ground surface. The PVC casing and cap would be cut to fit below the top of the steel protective casing before the steel casing is set. Additional details for groundwater monitoring can be found in the *Water Monitoring Plan* (Peak Minerals 2024n).

## 2.7.2.    Land Requirements and Limits of Disturbance

The eight water monitoring wells would be located off-lease, on BLM-administered lands.

Monitoring well construction would be completed on a well pad that would temporarily disturb approximately 0.2 acres (100 feet × 100 feet) for each well. The permanent footprint of each well pad on BLM-administered lands would measure 25 feet × 25 feet.

A permanent ROW would be required for the Monitoring Well Access Road, which would be 25 feet wide and a total length of 6.5 miles (off-lease). Access Road Segment E would also be used to access water monitoring wells and is discussed in Section 2.8, *Access Roads and Playa Access Road*.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

Once construction is complete, the Monitoring Well Access Road would be used on an intermittent basis for monitoring, utility maintenance, and other Project needs. A 25-foot-wide permanent ROW would be required for each of these access roads to allow for expected improvement and maintenance activities.

# 2.8.    Access Roads and Playa Access Road

Existing roads are located around the perimeter of the playa, extending from Steamboat Pass Road, Hwy 6/50, and the SR 257 Cutoff Road to reach the playa. These Access Roads (Segments A, B, C1, C2, D1, D2, E, F, and G) are shown on **Figure 2-20**.

The playa perimeter access road (Playa Access Road) would be located on the playa, as shown on **Figure 2-20**. One portion of the Playa Access Road would be located off-lease used during Phase 1 as shown on **Figure 2-20**. This off-lease portion is identified as Playa Access Road Segment 1..

Playa Access Road Spurs would provide connections between Access Road Segments, which end at the lease boundary, and Playa Access Road. Playa Access Road Spurs would be located on-lease and would run from the lease boundary to Playa Access Road. Additional on-lease roads are discussed in the Mining Plan (Peak Minerals 2024a). For additional detail, refer to **Appendix A,** *1:24,000 Scale Map Set.* More detail on road use and traffic can be found in the *Transportation and Traffic Management Plan* (Peak Minerals 2024m). Section 2.3 of the *Transportation and Traffic Management Plan* includes traffic estimates.

## 2.8.1.    Facility Design Elements

Access Roads A, B, C1, C2, D1, D2, E, F, and G, Playa Access Road, and Playa Access Road segments and turnouts are described below. Refer to Section 4.6.9, *Access Roads and Playa Access Road*, for a detailed discussion of the road and civil work construction practices.

**Access Roads.** The existing road network provides access to portions of Sevier Playa via state and local roads, including Hwy 6/50, SR 257, Crystal Peak Road, Steamboat Pass Road, and SR 257 Cutoff Road, as well as other existing roads. In addition to the existing and planned roads that are discussed under previous sections and associated with specific Project components, the Project would use nine Access Roads (Segments A, B, C1, C2, D1, D2, E, F, and G) located outside of the lease boundary. **Figure 2-20** shows an overview of the Access Road Segments requiring a ROW.

Access Road Segments A, B, C1, C2, D1, D2, E, F, and G would be improved and maintained as necessary to provide access to Sevier Playa during Project construction and operation. Typical improvement activities would include blading, drainage improvements, application of a dust suppressant (see **Table 4-1**, *Dust Control Options*, in Section 4.2.3, *Dust Control*) and, if needed, the addition of granular road base. Typical maintenance activities would involve blading, filling in ruts, maintaining drainage structures, and the periodic application of a dust suppressant. General equipment used for construction of on-playa facilities would travel these roads during construction periods, as described in Section 4, *Project Construction*. No pullout areas or other road improvements would be constructed. These improvements would be coordinated between Peak Minerals and the landowner or land manager to be implemented when necessary.

Once construction is complete, Access Road Segments A, B, C1, C2, D1, D2, E, F, and G would be used on an intermittent basis for monitoring, utility maintenance, and other Project needs. A 25-foot-wide permanent ROW would be required for each of these access roads to allow for expected improvement and maintenance activities. The entire 25-foot-wide ROW may not be required; however, it is assumed that it would be needed in some areas (for example, at improved drainage crossings). The 25-foot-wide permanent ROW would accommodate occasional two-way passenger vehicle (e.g., pickup truck) traffic.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

**Playa Access Road, Playa Access Road Segments, and Playa Access Road Turnouts.** A playa access road (Playa Access Road) would be constructed on the playa using native soil materials or gravel. The majority of the Playa Access Road would be located on land that is currently under lease from the BLM or TLA. However, one segment of the Playa Access Road (Segment 1) would be located outside the lease area and used during Phase 1, as shown on **Figure 2-20**. The Playa Access Road would have a 12-foot-wide travel surface, 4-foot shoulders on both sides of the road, and 9-foot side slopes, with 3H:1V slopes for drainage management. A 1-foot-wide drainage channel would be located at the bottom of the side slope on both sides of the road. A road berm would be located on the upland side of the Playa Access Road and a spoils berm would be located on the playa side. The total width of the Playa Access Road ROW, including the road and spoils berms and drainage management features (e.g., culverts), would be 60 feet. In areas where the Playa Access Road turnouts are located, the total ROW width would be 70 feet. **Figure 2-21** shows a typical cross section of the Playa Access Road. An additional 20-foot-wide temporary ROW would be required for construction in off-lease areas. The temporary ROW would include 10 feet on both sides of the permanent ROW for disturbances associated with road and drainage construction. The Playa Access Road would include turnouts located approximately 1 mile apart. Each turnout would measure approximately 10 feet wide × 100 feet long. **Figure 2-21** shows a plan view of the typical turnout. The turnouts would also require a permanent ROW where they are located off-lease. An estimated 1 turnout would be constructed off-lease to support Phase 1 on BLM-administered land. The location of these turnouts would be included in the Construction POD.

The Playa Access Road would be constructed to support significant heavy equipment traffic associated with construction of the on-playa facilities (described in the Mining Plan [Peak Minerals 2024a]), as well as pickup truck traffic carrying workers to and from the on-playa operations.

The Access Roads and the Playa Access Road would be maintained in accordance with the *Transportation and Traffic Management Plan* (Peak Minerals 2024m).

## 2.8.2.    *Land Requirements and Limits of Disturbance*

Permanent ROWs would be required for the Access Roads that would be used during construction and operation. Permanent ROWs would also be required for the Playa Access Road off-lease segment and its associated turnout that would be constructed as part of this Project.

Permanent and temporary ROW requirements for the Access Roads and Playa Access Road are described below. Dimensions are presented in **Table 2-7**, *Right-of-Way Area for the Access Roads by Land Ownership*.

**Access Roads.** Peak Minerals is requesting a 25-foot-wide permanent ROW for the nine Access Roads Segments (A, B, C1, C2, D1, D2, E, F, and G). Peak Minerals would maintain the existing roads at their current widths, plus space on both sides for maintenance and drainage. Steamboat Pass Road, Crystal Peak Road, Crystal Peak Spur Road, SR 257 Cutoff Road, and Headlight Canyon Road would not be improved. These roads would be maintained per the Peak Minerals and Millard County road-use agreement.

SECTION 2 – PROJECT DESCRIPTION

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Table 2-7        Right-of-Way Area for the Access Roads by Land Ownership

| Facility, ROW Type | ROW Width (feet) | Total Length (miles) | Total Area (acres) | BLM | | State | | Private | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Length (miles) | Area (acres) | Length (miles) | Area (acres) | Length (miles) | Area (acres) |
| **Access Road Segment A** | | | | | | | | | |
| Temporary ROW | – | – | – | – | – | – | – | – | – |
| Permanent ROW | 25.0 | 5.04 | 15.3 | 4.03 | 12.2 | 1.01 | 3.1 | – | – |
| **Access Road Segment B** | | | | | | | | | |
| Temporary ROW | – | – | – | – | – | – | – | – | – |
| Permanent ROW | 25.0 | 1.78 | 5.39 | 1.78 | 5.39 | – | – | – | – |
| **Access Road Segment C1** | | | | | | | | | |
| Temporary ROW | – | – | – | – | – | – | – | – | – |
| Permanent ROW | 25.0 | 3.34 | 10.1 | 3.34 | 10.1 | – | – | – | – |
| **Access Road Segment C2** | | | | | | | | | |
| Temporary ROW | – | – | – | – | – | – | – | – | – |
| Permanent ROW | 25.0 | 2.06 | 6.2 | 2.06 | 6.2 | – | – | – | – |
| **Access Road Segment D1** | | | | | | | | | |
| Temporary ROW | – | – | – | – | – | – | – | – | – |
| Permanent ROW | 25.0 | 1.0 | 3.0 | 1.0 | 3.0 | – | – | – | – |
| **Access Road Segment D2** | | | | | | | | | |
| Temporary ROW | – | – | – | – | – | – | – | – | – |
| Permanent ROW | 25.0 | 0.88 | 2.7 | 0.88 | 2.7 | – | – | – | – |
| **Access Road Segment E** | | | | | | | | | |
| Temporary ROW | – | – | – | – | – | – | – | – | – |
| Permanent ROW | 25.0 | 2.85 | 8.6 | 2.85 | 8.6 | – | – | – | – |
| **Access Road Segment F** | | | | | | | | | |
| Temporary ROW | – | – | – | – | – | – | – | – | – |
| Permanent ROW | 25.0 | 0.41 | 1.2 | 0.41 | 1.2 | – | – | – | – |
| **Access Road Segment G** | | | | | | | | | |
| Temporary ROW | – | – | – | – | – | – | – | – | – |
| Permanent ROW | 25.0 | 4.32 | 13.1 | 4.32 | 13.1 | – | – | – | – |
| **Playa Access Road Segment 1** | | | | | | | | | |
| Temporary ROW | 20.0 | 6.09 | 14.76 | 6.09 | 14.76 | – | – | – | – |
| Permanent ROW | 60.0 | 6.09 | 44.24 | 6.09 | 44.24 | – | – | – | – |
| **Turnouts (1 off-lease)** | | | | | | | | | |
| Temporary ROW | – | | – | – | – | – | – | – | – |
| Permanent ROW | 100 × 10 feet | | 0.34 | – | 0.34 | – | – | – | – |

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.1211    Page 847 of 954

SECTION 2 – PROJECT DESCRIPTION

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Table 2-7        Right-of-Way Area for the Access Roads by Land Ownership

| Facility, ROW Type | ROW Width (feet) | Total Length (miles) | Total Area (acres) | BLM | | State | | Private | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Length (miles) | Area (acres) | Length (miles) | Area (acres) | Length (miles) | Area (acres) |
| **Total – All Access Roads***<sup></sup> | | | | | | | | | |
| **Temporary ROW** | – | 6.09 | 14.76 | 6.09 | 14.76 | – | – | – | – |
| **Permanent ROW** | – | 27.77 | 110.17 | 26.76 | 107.07 | 1.01 | 3.1 | – | – |

Note: Column totals may not be exact as a result of rounding.

Actual ROW rents would be based on GIS and impact analysis

– = not applicable

*Total lengths do not include the turnouts.

**Playa Access Road Segment.** Construction of the Playa Access Road Segment (1), located outside of the lease boundary, would require a 60-foot permanent and 20-foot temporary ROW. The permanent ROW would include a driving surface over compacted silty clay covered with granular surfacing material and space on either side of the driving surface to allow for a 3H:1V slope from the roadbed surface to the playa. Drainage structures would be included as needed. The road surface would consist of 12 inches of compacted native soil. The temporary ROW would provide space on both sides of the permanent ROW for short-term disturbances associated with construction. Approximately 0.02 acre of BLM ROW would be required for the 1 turnout off-lease on BLM-administered land.

**Table 2-7** provides the length and area required for temporary and permanent ROW by land ownership status for the Access Road Segments A, B, C1, C2, D1, D2, E, F, and G and Playa Access Road Segment 1 that would be used for the Project but are not otherwise associated with a specific facility.

**Table 2-8** provides detailed information on all Project roads, such as road class, terrain, potential to be improved, and ownership and maintenance responsibilities.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

1

**Table 2-8    Detailed Information for the Project Access Roads**

*Plan of Development for the Sevier Playa Potash Project*
*September 2024*

| Name* | Status | Road Type | Surface Type | Measured Width (feet) | BLM ROW Required? | Anticipated Time of Use | Temporary ROW Width (feet) | Permanent ROW Width (feet) | Improvement Details | Road Use | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Power Line Access Road | Existing, improvements needed | Bladed | Gravel and native | 21–26 (bladed surface) | Yes | Permanent | – | 25 | Road improvements may include blading, addition of gravel and/or road base, and drainage improvements, where necessary. Specific areas that require improvements that were identified during the December 2015 field trip are as follows: 1. Repair washout with low water crossing at Fillmore Wash, and 2. Installation of water bars, repair washouts, and widen surface at unnamed wash. Road maintenance would involve blading, filling in ruts, and improving drainage, where needed. | Travel during construction of the 69-kV Power and Communication Line and for periodic maintenance of the power line. Travel to Access Road Segments B, C1, C2, and the 25-kV Power Line Access Road during construction and for periodic maintenance of the power line. Travel to access northeast end of playa to construct a portion of the Playa Access Road, construct preconcentration ponds, construct the Diversion Feature, and to drop off equipment for trench excavation. Daily travel for various monitoring activities (e.g., opacity monitoring). | Millard County widened and graveled the northern 0.5-mile, 21 foot/14 foot bladed/running surface. Native surface south of well, 12 feet running surface immediately south of well. At first cattle guard (2.2 miles), 26 foot/13 foot bladed/running surface. |
| 25-kV Power Line Access Road | Existing, improvements needed | Two-track, constructed | Native | 9 | Yes | Permanent | – | 25 | Specific areas that require improvements, identified during the December 2015 field trip, are as follows: 1. The unnamed wash needs a culvert measuring 36 inches in diameter and 40 feet long 2. The road may need to be bladed to flatten and straighten some areas. Road maintenance would involve blading, filling in ruts, and improving drainage, where needed. | Travel during construction and periodic maintenance of the 25-kV Power Line. Travel to access northeast end of playa to construct a portion of the Playa Access Road. Daily travel for various monitoring activities (e.g., opacity monitoring). | Road across the dam on the lower section is not too narrow for the equipment that would use this access road. |
| Long Ridge Access Road | Existing, improvements needed | Bladed, two-track bladed | Gravel and native | 16 | Yes | Temporary | 25 | – | One wash area identified during the February 2016 field trip may need to be improved by either blading or adding a rock crossing. The road improvements would include the addition of gravel and/or road base, and drainage improvements, where necessary. Road maintenance would involve blading, filling in ruts, and improving drainage, where needed. | Travel during construction, periodic maintenance, and decommissioning of the Long Ridge Communication Tower. | A portion of the Long Ridge Road between County Class B Long Ridge Reservoir Road and the University of Utah's Fluorescence Detector is 16 feet wide, bladed, and graveled. From the Fluorescence Detector going east to the Long Ridge Communication Tower, the road is two-track road, bladed, with a native surface. The University of Utah has a BLM ROW grant on a portion of this road. Peak Minerals would coordinate maintenance responsibilities with the University of Utah. |
| Black Rock Substation Access Road | Existing | Bladed | Gravel | 30 | Yes | Permanent | – | 30 | None | Travel during construction and periodic maintenance of the 69-kV Power and Communication Line. Travel during construction and periodic maintenance of the Black Rock Communication Tower. | Rocky Mountain Power has a BLM ROW grant on this road. Peak Minerals would coordinate maintenance responsibilities with Rocky Mountain Power. |
| Rail Spur Access Corridor | New | – | – | – | Yes | Permanent | – | 15 | None | Occasional travel to perform rail maintenance. | After completion of the Rail Spur, a dirt two-track maintenance road in a drivable condition (overland) for maintenance needs would be located along the side of the Rail Spur. |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

SECTION 2 – PROJECT DESCRIPTION

**Table 2-8    Detailed Information for the Project Access Roads**

*Plan of Development for the Sevier Playa Potash Project*
*September 2024*

| Name* | Status | Road Type | Surface Type | Measured Width (feet) | BLM ROW Required? | Anticipated Time of Use | Temporary ROW Width (feet) | Permanent ROW Width (feet) | Improvement Details | Road Use | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rail Loadout Facility Access Road 1 | New, to be constructed | – | – | – | Yes | Permanent | 20 | 40 | Road construction would consist of site preparation, rough grading and leveling, spreading and compacting of base rock, and spreading of capping rock for compaction to finished grade. Once constructed, the road would have a 15-foot-wide running surface with an additional 7.5 feet on each side of the road for drainage. | Travel to access the Rail Loadout Facility. | Detailed specifications for new roads would be developed during the Project construction design. |
| Rail Loadout Facility Access Road 2 | New, to be constructed | – | – | – | Yes | Permanent | 20 | 40 | Road construction would consist of site preparation, rough grading and leveling, spreading and compacting of base rock, and spreading of capping rock for compaction to finished grade. Once constructed, the road would have a 15-foot-wide running surface with an additional 7.5 feet on each side of the road for drainage. | Travel to access the Rail Loadout Facility. | Detailed specifications for new roads would be developed during the Project construction design. |
| Water Supply Well Access Road 1 | Existing, improvements needed | Two-track | Native | 12 | Yes | Permanent | – | 25 | Road improvements would consist of blading along the two-track road. The road would be improved with gravel, road base, and drainage, where necessary. Road maintenance would involve blading, filling in ruts, and improving drainage, where needed. | Travel during construction and periodic monitoring and maintenance of Water Supply Well 1 and Well House. | – |
| Water Supply Well Access Road 2 | Existing | Bladed | Native | 24 (estimated – not measured on the ground) | No | Permanent | – | – | – | Travel during construction and periodic monitoring and maintenance of the Water Supply Well 2 and Well House. | This is a Millard County Class B road (Iron Mine Pass Road). |
| Water Supply Well Access Road 3 | Existing, improvements needed | Two-track | Native | 12 | Yes | Permanent | – | 25 | Road improvements would consist of blading along the two-track road. The road would be improved with gravel, road base, and drainage, where necessary. Road maintenance would involve blading, filling in ruts, and improving drainage, where needed. | Travel during construction and periodic monitoring and maintenance of Water Supply Well 3 and Well House. | – |
| Water Supply Well Access Road 4 | Existing, improvements needed | Two-track | Native | 12 | Yes | Permanent | – | 25 | Road improvements would consist of blading along the two-track road. The road would be improved with gravel, road base, and drainage, where necessary. Road maintenance would involve blading, filling in ruts, and improving drainage, where needed. | Travel during construction and periodic monitoring and maintenance of Water Supply Well 4 and Well House. | – |
| Monitoring Well Access Road | Existing, improvements needed | Two-track | Native | – | Yes | Permanent | – | 25 | Road improvements would consist of blading along the two-track road. The road would be improved with gravel, road base, and drainage, where necessary. Road maintenance would involve blading, filling in ruts, and improving drainage, where needed. | Travel during construction and periodic monitoring and maintenance of the Water Monitoring Wells | – |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

SECTION 2 – PROJECT DESCRIPTION

**Table 2-8    Detailed Information for the Project Access Roads**

*Plan of Development for the Sevier Playa Potash Project*
*September 2024*

| Name* | Status | Road Type | Surface Type | Measured Width (feet) | BLM ROW Required? | Anticipated Time of Use | Temporary ROW Width (feet) | Permanent ROW Width (feet) | Improvement Details | Road Use | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Access Road Segment A | Existing, improvements needed | Bladed | Native | 18–31 (bladed surface) | Yes | Permanent | – | 25 | Road improvements would consist of blading along the road. The road would be improved with gravel, road base, and drainage, where necessary. Beyond the old well, the road would need to be widened, straightened at some corners, and flattened at some hills in the last segment. Soft spots would be graveled with at least 4 inches of road base. Road maintenance would involve blading, filling in ruts, and improving drainage, where needed. | Travel to access northeast end of playa to construct a portion of the Playa Access Road, construct preconcentration ponds, construct the Diversion Feature, and to drop off equipment for trench excavation. Daily travel for various monitoring activities (e.g., opacity monitoring). | High potential for impacts to cultural and biological resources. 31 foot/15 foot bladed/running surface at Highway 257 Cutoff Road. 18 foot/10 foot bladed/running width at well. 9 foot running width (not bladed/constructed) beyond old well. |
| Access Road Segment B | Existing, improvements needed | Two-track, not constructed | Native | Not measured | Yes | Permanent | – | 25 | Road improvements would consist of blading along the faint two-track road. The road would be improved with gravel, road base, and drainage, where necessary. Road maintenance would involve blading, filling in ruts, and improving drainage, where needed. | Travel to access northeast end of playa to construct a portion of the Playa Access Road, construct preconcentration ponds, construct the Diversion Feature, and to drop off equipment for trench excavation. Daily travel for various monitoring activities (e.g., opacity monitoring). | Based on road identified by the BLM's inventory of Lands with Wilderness Characteristics. A faint two-track road is present but not visible from the Power Line Access Road and is hard to locate on the ground. |
| Access Road Segment C1 | Existing, improvements needed | Two-track, constructed | Native | 9 | Yes | Permanent | – | 25 | Blading may be required to flatten and straighten the road. Road maintenance would involve blading, filling in ruts, and improving drainage, where needed. | Travel during construction to the southeastern portion of the Playa Access Road. Daily travel for various monitoring activities (e.g., opacity monitoring). | – |
| Access Road Segment C2 | Existing, improvements needed | Bladed | Native | 21 (bladed surface) | Yes | Permanent | – | 25 | Road maintenance would involve blading, filling in ruts, and improving drainage, where needed. Gravel and maintenance blading may be needed for year-round use. | Travel during construction of the 69-kV Power and Communication Line and for periodic maintenance of the power line. | 21 foot/12 foot bladed/running surface. |
| Access Road Segment D1 | Existing, improvements needed | Bladed, two-track | Native | 27 (bladed surface) | Yes | Permanent | – | 25 | Road maintenance would involve blading, filling in ruts, and improving drainage, where needed. | Travel to the existing BLM Monitoring Well. | Road is bladed and 27 feet wide from Steamboat Pass Road to a BLM well. East to the playa, it is a two-track road that is 11 feet wide. This portion of the road travels through a large wash to an existing monitoring water well. |
| Access Road Segment D2 | Existing, user-created route | Two-track, not constructed | Native | Not measured | Yes | Permanent | – | 25 | Peak Minerals would improve or construct the road as needed. If construction is needed, the road would be constructed with gravel, road base, and drainage, where necessary. | Travel during construction of the southwestern portion of the Playa Access Road. Daily travel for various monitoring activities (e.g., opacity monitoring). | Existing faint two-track road would require construction for access to playa. This road was not travelled during the February field trip. |
| Access Road Segment E | Existing, improvements needed | Two-track, not constructed | Native | 11 | Yes | Permanent | – | 25 | The road would be improved with a gravel surface if year-round access is required. If access occurs only during seasons when the road is dry, it would not have to be graveled. Road maintenance would involve blading, filling in ruts, and improving drainage, where needed. | Travel during construction of the southwestern portion of the Playa Access Road. Daily travel for various monitoring activities (e.g., opacity monitoring). | |

SECTION 2 – PROJECT DESCRIPTION

**Table 2-8     Detailed Information for the Project Access Roads**

*Plan of Development for the Sevier Playa Potash Project*
*September 2024*

| Name* | Status | Road Type | Surface Type | Measured Width (feet) | BLM ROW Required? | Anticipated Time of Use | Temporary ROW Width (feet) | Permanent ROW Width (feet) | Improvement Details | Road Use | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Access Road Segment F | Partially existing, user-created route; improvements and new construction needed | Not constructed | Native | Not measured | Yes | Permanent | – | 25 | Peak Minerals would improve or construct the road as needed. If construction is needed, the road would be constructed with gravel, road base, and drainage, where necessary. Road maintenance would involve blading, filling in ruts, and improving drainage, where needed. | Travel to access the northwestern end of playa to construct a portion of the Playa Access Road, construct preconcentration ponds, construct the Diversion Feature, and to drop off equipment for trench excavation. Daily travel for various monitoring activities (e.g., opacity monitoring). | UDOT would require an encroachment permit. UDOT may require construction of a turning lane or merging lane. There is an existing, bladed road from Hwy 6/50 to Mud Flat Reservoir. From the reservoir, a number of user-created routes extend to the playa. Mud Flat Well is on the edge of the playa and also accessed via a user-created route. Existing disturbed route from Hwy 6/50 to the edge of the playa would require construction for access to the playa. |
| Access Road Segment G | Existing, new construction needed | Two track, not constructed | Native | Not measured | Yes | Permanent | – | 25 | Peak Minerals would improve and construct the road as needed. The portion of the road to be constructed would be constructed with gravel, road base, and drainage, where necessary. Road maintenance would involve blading, filling in ruts, and improving drainage, where needed. | Travel to access the northern end of the playa and Playa Access Road. Daily travel for various monitoring activities (e.g., opacity monitoring). | – |
| Playa Access Road Segment 1 | New, to be constructed | – | – | – | Yes | Permanent | 20 | 60 | Road construction would consist of placement of native soils from the ROW, or gravel, and rolling to compact and smooth the ground. | Segment of the Playa Access Road (the primary access road for mining operations). | Detailed specifications for new roads would be developed during the Project construction design. |
| Playa Access Road Turnout (1 off-lease) | New, to be constructed | – | – | – | Yes | Permanent | – | 10 feet wide by 100 feet long | Construction would consist of placement of native soils from the ROW or gravel and rolling to compact and smooth the ground. | Provide safety, parking, and turning and passing areas on the Playa Access Road. | Detailed specifications would be developed during the Project construction design. |
| Natural Gas Pipeline Access Road 1A | Existing, improvements needed | Two-track | Native | Not measured | Yes | Permanent | – | 25 | Road improvements would consist of blading. The road would be improved with gravel, road base, and drainage, where necessary. | Travel from Black Rock Road to access the Natural Gas Pipeline for construction, operation, and maintenance activities. | – |
| Natural Gas Pipeline Access Road 1B | Existing, improvements needed | Two-track | Native | Not measured | Yes | Permanent | – | 25 | Road improvements would consist of blading. The road would be improved with gravel, road base, and drainage, where necessary. | Travel from Black Rock Road to access the Natural Gas Pipeline for construction, operation, and maintenance activities. | – |
| Natural Gas Pipeline Access Road 2 | Existing, improvements needed | Two-track | Native | Not measured | Yes | Permanent | – | 25 | Road improvements would consist of blading. The road would be improved with gravel, road base, and drainage, where necessary. | Travel from Black Rock Road to access the Natural Gas Pipeline for construction, operation, and maintenance activities. | – |
| Natural Gas Pipeline Access Road 3 | Existing, improvements needed | Two-track, constructed | Native | Not measured | Yes | Permanent | – | 25 | Road improvements would consist of blading. The road would be improved with gravel, road base, and drainage, where necessary. | Travel from Black Rock Road to access the Natural Gas Pipeline for construction, operation, and maintenance activities. | – |
| Natural Gas Pipeline Access Road 4 | Existing | Constructed | Native | Not measured | No | Permanent | – | – | – | Travel from Black Rock Road to access the Natural Gas Pipeline for construction, operation, and maintenance activities. | This is a Millard County Class B road (South Peak Road) |
| Natural Gas Pipeline Access Road 5A | Existing, improvements needed | Two-track | Native | Not measured | Yes | Permanent | – | 25 | Road improvements would consist of blading. The road would be improved with gravel, road base, and drainage, where necessary. | Travel from Black Rock Road to access the Natural Gas Pipeline for construction, operation, and maintenance activities. | – |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

SECTION 2 – PROJECT DESCRIPTION

**Table 2-8      Detailed Information for the Project Access Roads**

*Plan of Development for the Sevier Playa Potash Project*
*September 2024*

| Name* | Status | Road Type | Surface Type | Measured Width (feet) | BLM ROW Required? | Anticipated Time of Use | Temporary ROW Width (feet) | Permanent ROW Width (feet) | Improvement Details | Road Use | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Natural Gas Pipeline Access Road 5B | Existing, improvements needed | Two-track | Native | Not measured | Yes | Permanent | – | 25 | Road improvements would consist of blading. The road would be improved with gravel, road base, and drainage, where necessary. | Travel from Black Rock Road to access the Natural Gas Pipeline for construction, operation, and maintenance activities. | – |
| Natural Gas Pipeline Access Road 6 | Existing, improvements needed | Two-track | Native | Not measured | Yes | Permanent | – | 25 | Road improvements would consist of blading. The road would be improved with gravel, road base, and drainage, where necessary. | Travel from Black Rock Road to access the Natural Gas Pipeline for construction, operation, and maintenance activities. | – |
| Natural Gas Pipeline Access Road 7 | Existing, improvements needed | Two-track | Native | Not measured | Yes | Permanent | – | 25 | Road improvements would consist of blading. The road would be improved with gravel, road base, and drainage, where necessary. | Travel from Black Rock Road to access the Natural Gas Pipeline for construction, operation, and maintenance activities. | – |
| Natural Gas Pipeline Access Road 8 | Existing, improvements needed | Two-track | Native | Not measured | Yes | Permanent | – | 25 | Road improvements would consist of blading. The road would be improved with gravel, road base, and drainage, where necessary. | Travel from Black Rock Road to access the Natural Gas Pipeline for construction, operation, and maintenance activities. | – |
| Long Ridge Reservoir Road | Existing | Crowned and bladed | Native | 45 (bladed surface) | No | Permanent | – | – | – | Travel from Hwy 6/50 to the Long Ridge Access Road. | 45 feet/20 feet bladed/running surface. This is a Millard County Class B road. |
| Steamboat Pass Road | Existing | Bladed | Native | 48 (bladed surface) | No | Permanent | – | – | - | Travel to access roads along the west side of the playa during construction of Playa Access Road. Travel to access roads along west side of playa for various monitoring activities (e.g., opacity monitoring). | 48 feet/19 feet bladed/running surface. Millard County may pave Peak Minerals to maintain or repair road. Peak Minerals may only use the road during construction (until the Playa Access Road would be completed). This is a Millard County Class B road. |
| Crystal Peak Road | Existing | Crowned and bladed | Gravel | Not measured | No | Permanent | – | – | – | Provides access between SR 257, the Rail Loadout Facility, the Power Line Access Road, Crystal Peak Spur Road, and Steamboat Pass Road; provides access to additional facilities. | The width of this road has not been measured. Peak Minerals to coordinate any requirements with Millard County. Millard County has a BLM ROW grant on this road. This is a Millard County Class B road. |
| SR 257 Cutoff Road | Existing | Bladed | Gravel | Not measured | No | Permanent | – | – | – | Provides a connection between SR 257 and Hwy 6/50; provides access to Access Road Segment A and the Power Line Access Road. | The width of this road has not been measured. Peak Minerals to coordinate any requirements with Millard County. This is a Millard County Class B road. |
| Black Rock Road | Existing | Bladed | Gravel | Not measured | No | Permanent | – | – | No improvements are planned. If damage were to occur to this road during construction, operation, and maintenance activities for the Natural Gas Pipeline, Peak Minerals would work with Millard County, as defined in the county road agreement to repair or improve the road. | Travel to Natural Gas Pipeline access roads from Crystal Peak Road and SR 257. Employee travel to Interstate 15. | Black Rock Road has an existing county-designated weight limit of 5 tons. All Project traffic would observe all county- and BLM-use restrictions for Black Rock Road, including designated weight limits. This is a Millard County Class B road. |
| Headlight Canyon Road | Existing | Bladed | Native | Not measured | No | Permanent | – | – | – | Provides a connection between Access Road Segment C2 and SR 257; provides access to the Power Line Access Road and the 25-kV Power Line Access Road. | Peak Minerals to coordinate any requirements with Millard County. This is a Millard County Class B road. |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

SECTION 2 – PROJECT DESCRIPTION

**Table 2-8    Detailed Information for the Project Access Roads**

*Plan of Development for the Sevier Playa Potash Project*
*September 2024*

| Name* | Status | Road Type | Surface Type | Measured Width (feet) | BLM ROW Required? | Anticipated Time of Use | Temporary ROW Width (feet) | Permanent ROW Width (feet) | Improvement Details | Road Use | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pass Federal Pit Road | New, to be constructed | N/A | N/A | N/A | No | Permanent | – | – | Road construction would consist of placement of native soils and rolling to compact and smooth the ground. Once constructed, the road would be approximately 228 feet long by 15 feet wide. | Provides access from Crystal Peak Road to Pass Federal Pit Road. | Detailed specifications for new roads would be developed during the Project construction design. |
| Crystal Peak Spur Road located off-lease and on-lease) | Existing | Crowned and bladed | Gravel | Not measured | No | Permanent | – | – | – | Provides access from Crystal Peak Road to the Playa Federal Pit Road, Peak Minerals Spur Road and the Processing Facility. | The width of this road has not been measured. Peak Minerals to coordinate any requirements with Millard County. Millard County has a BLM ROW grant on this road. |

TBD = to be determined; – = not applicable

*Refer to the *Transportation and Traffic Plan* (Peak Minerals 2024m) for a table of alternate road names.

1

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# 2.9.  Preconcentration Ponds

The Preconcentration Ponds would be located in the northern area of the playa on the eastern extent of the lease boundary. A portion of Preconcentration Ponds would be located off-lease (see **Figure 1-2**). **Figure 2-22** shows the ponds in more detail.

### 2.9.1.  Facility Design Elements

Specific information about construction of the Preconcentration Ponds is provided in the Mining Plan (Peak Minerals 2024a). The Mining Plan also describes how the Preconcentration Ponds would be operated.

### 2.9.2.  Land Requirements and Limits of Disturbance

Peak Minerals is requesting a permanent ROW for Preconcentration Ponds. Peak Minerals would construct, operate, maintain, and decommission the ponds within this ROW in accordance with the Mining Plan (Peak Minerals 2024a) and *Reclamation Plan* (Peak Minerals 2024h). A 20-foot-wide temporary ROW would be required along the eastern edge of the permanent ROW to allow for equipment movement during construction of the berms at the perimeter of these ponds. **Table 2-9**, *Right-of-Way Area for the Preconcentration Ponds by Land Ownership,* provides detailed information for the off-lease pond area.

Table 2-9        Right-of-Way Area for the Preconcentration Ponds by Land Ownership

| Facility, ROW Type | ROW Width (feet) | Total Length (miles) | Total Area (acres) | BLM Length (miles) | BLM Area (acres) | State Length (miles) | State Area (acres) | Private Length (miles) | Private Area (acres) |
|---|---|---|---|---|---|---|---|---|---|
| **Off-Lease Pond Area** | | | | | | | | | |
| Temporary ROW | 20.0 | 0.70 | 1.70 | 0.70 | 1.70 | – | – | – | – |
| Permanent ROW | Irregular | | 314.14 | Irregular | 314.14 | – | – | – | – |

Actual ROW rents would be based on GIS and impact analysis

– = not applicable

# 2.10.  Recharge Canal Segment

The Recharge Canal would be constructed, as needed, from north to south on the east side of the playa (see **Figure 2-23**) to provide water to the recharge trenches for Phase 1. In addition to conveying water from the Sevier River, the Recharge Canal would also capture any runoff entering the playa from the surrounding landscape on the east. On-playa recharge trenches would be fed from recharge collectors branching off of the recharge canal.. Additional recharge system information, including a discussion of conveyance of acquired recharge water down the Sevier River channel, is available in the Mining Plan (Peak Minerals 2024a).

### 2.10.1.  Facility Design Elements

The majority of the Recharge Canal would be located on land that is currently under lease from the BLM or TLA. However, one segment (Segment 1) would be located outside the lease area, as shown on **Figure 2-23**.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## 2.10.2.    Land Requirements and Limits of Disturbance

The Recharge Canal ROW would consist of a permanent ROW for the canal width and a temporary ROW for construction. The temporary ROW would be 10 feet wide on both sides of the permanent ROW and would be used for equipment movement. The permanent ROW width includes space for maintenance activities during operation of the Recharge Canal. **Figure 2-24** shows typical dimensions of the Recharge Canal, which are the same as Recharge Canal Segment. **Table 2-10**, *Right-of-Way Area for the Recharge Canal Segment by Land Ownership,* provides detailed information for the off-lease pond area.

Table 2-10    Right-of-Way Area for Recharge Canal Segment by Land Ownership

| Facility, ROW Type | ROW Width (feet) | Total Length (miles) | Total Area (acres) | BLM | | State | | Private | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Length (miles) | Area (acres) | Length (miles) | Area (acres) | Length (miles) | Area (acres) |
| **Recharge Canal Segment 1** | | | | | | | | | |
| Temporary ROW | 20.0 | 6.28 | 15.18 | 6.28 | 15.18 | – | – | – | – |
| Permanent ROW | 120.0 | 6.28 | 90.71 | 6.28 | 90.71 | – | – | – | – |

Note: Column totals may not be exact as a result of rounding.

Actual ROW rents would be based on GIS and impact analysis

– = not applicable

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

SECTION 3

# ENVIRONMENTAL COMPLIANCE ACTIVITIES

This section describes programs and activities that Peak Minerals would implement to protect the environment and ensure compliance with all applicable environmental permits and the BLM EIS (BLM 2019a), ROD (2019b), ROW grant(s), and/or NTPs before, during, and after construction activities.

*(Additional information regarding environmental compliance activities would be included in the Construction POD.)*

# 3.1. Pre-Construction Compliance

This section describes the activities that would take place prior to the initiation of construction for the Project, including 1) notifications that Peak Minerals would be required to undertake prior to construction, 2) the permits and approvals required, 3) pre-construction surveys and investigations, 4) the notice(s) to proceed, and 5) the pre-construction conference.

*(Additional information regarding pre-construction compliance would be provided in the Construction POD.)*

### 3.1.1. Pre-Construction Notifications

Peak Minerals understands that a number of pre-construction notification requirements have been included in the BLM ROD, ROW grant(s), and/or NTPs. Peak Minerals agrees to comply with those requirements.

*(Additional information regarding pre-construction notifications would be provided in the Construction POD.)*

### 3.1.2. Permits and Approvals

The construction, operation, and maintenance of the Project would require multiple permits and regulatory approvals from federal, state, and local agencies. **Table 1-2** summarizes the applicable federal, state, and local permits and approvals and the responsible agencies. Peak Minerals agrees to comply with the requirements of those permits. As part of these permitting requirements, Peak Minerals has met with the various State agencies to update and renew the various permits that were obtained previously. Additionally, Peak Minerals is in process of working with the BLM to update the Mining Plan and the associated supplemental plans for the updated project activities.

*(Additional information regarding the status of each required permit and approval would be provided in the Construction POD.)*

### 3.1.3. Pre-Construction Surveys and Investigations

### 3.1.3.1. BIOLOGICAL RESOURCES

Resource surveys, investigations, and reports for several resources (e.g., migratory birds, raptors, waterfowl, shorebirds) have been ongoing since 2011 to support the BLM's EIS decision-making process for the Project and to inform Project design and mitigation measures development. Per the requirements of the ROD and as outlined in Adaptive Wildlife Management Plan (Peak Minerals 2024b) and Noxious Weed Management Plan (Peak Minerals 2024g), additional surveys are required prior to construction. These pre-construction surveys are necessary to inform the application of mitigation measures and to ensure compliance with laws, regulations, and agency policies. These survey requirements would be developed in collaboration with the BLM, Utah Division of Wildlife Resources (UDWR), and USFWS and would be included in the BLM ROD, ROW grant(s), and/or NTPs.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

Execution of the pre-construction surveys requires planning and coordination among Peak Mineral's environmental staff and contractors, the BLM, other Cooperating Agencies, and the compliance inspection contractor (CIC) as directed by the BLM. Using the requirements included in the EIS, ROD, ROW grant(s), and/or NTPs, and supplemental plans Peak Minerals would identify survey requirements and the appropriate location and timing of the surveys for each proposed construction activity

A process for the reporting of survey results would be developed by Peak Minerals and the construction contractor and approved by the BLM and applicable agencies. The survey report process should include a coordination strategy for the timing, format, and recipients of completed reports. The process should establish decision criteria that would be employed without having to produce formal reports that would require agency review and response. Establishment of decision criteria would outline the process for reporting observations to the applicable agencies in a manner that would allow construction activities to proceed by employing preselected mitigation measures, monitoring, or requests for variances. Likewise, the decision criteria should identify "red flag" observations (e.g., endangered species observation) that would necessitate the immediate suspension of construction activities and the reporting requirements for those resources and procedures for resuming construction activities.

### 3.1.3.2.    CULTURAL RESOURCES

The BLM is the lead agency for National Historic Preservation Act Section 106 requirements on the Project. Through consultation with interested parties, the BLM has developed a Programmatic Agreement (PA), which defines the area of potential effects, survey protocols, and process for developing and implementing a historic properties treatment plan and any variances needed during construction. Additional information regarding cultural resource survey requirements is  provided in the Cultural Resources Plan (Peak Minerals 2024d).

### 3.1.4.    Notice to Proceed

Peak Minerals would obtain the necessary NTPs from the BLM prior to commencing ground-disturbing activities on off-lease, BLM-administered land. Multiple NTPs may be necessary to account for the construction of the proposed facilities and to address requirements for various resources.

Peak Minerals is required to provide detailed engineering design for the off-lease facilities for BLM review and approval. Peak Minerals would provide the detailed engineering design for the off-lease facilities for BLM review and approval at least 3 months prior to the anticipated start of construction. These designs must be approved prior to issuance of a BLM NTP.

### 3.1.5.    Pre-Construction Conference

The BLM Authorized Officer (AO) would require and schedule a pre-construction conference with Peak Minerals prior to commencing construction and/or surface-disturbing activities on the ROWs. The meeting would be conducted at least 14 days prior to the anticipated start of construction and/or any surface-disturbing activities on off-lease BLM-administered land. Peak Minerals and its representatives would attend this conference. Peak Minerals' contractor or agents involved with construction and/or any surface-disturbing activities associated with the ROWs would also attend this conference to review the stipulations of the grant, including the POD. Each participant's roles and responsibilities would be introduced at this time, and the individuals assigned to these roles would be identified.

At least five days prior to the above pre-construction conference, Peak Minerals and/or the applicable contractor would provide maps or survey plats of the Project to utility companies or other holders of ROWs crossed or paralleled on public, state, or private land (as applicable). These affected persons would be invited to attend the conference. Peak Minerals would be responsible for determining the names and contact information of these operators and for certifying that notification has been sent and the required information distributed. Additional coordination with existing ROW holders would take place as necessary as the project advances.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
#127/0125

## 3.2. Environmental Compliance and Inspection Plan

Peak Minerals has developed and would implement an Environmental Compliance and Inspection Plan (ECIP) for the construction of the Project facilities. The implementation of the ECIP would be overseen by the BLM, which would be assisted with these activities by a third-party CIC. The ECIP describes how Peak Minerals and its contractors would achieve and BLM would verify and document compliance with the terms and conditions specified in the ROW grants, the POD, the Mining Plan (Peak Mineral 2024a), the EIS (BLM 2019a), the supplemental plans (Peak Minerals 2024b-o), the ROD (BLM 2019b), and other applicable documents.

### 3.2.1. Post-Construction Compliance

Following Project construction, Peak Minerals or their construction contractor would complete all compliance submittals documenting the implementation of environmental conditions for permits.

#### 3.2.1.1. POST-CONSTRUCTION COMPLIANCE SURVEY

A post-construction field survey would be conducted for each construction spread for each off-lease facility to determine which reclamation activities must be completed.

After reclamation is complete, a post-reclamation field survey would be conducted for each construction spread for each off-lease facility to ensure that all reclamation requirements have been satisfied. This survey would include verifying that reclamation measures have been successfully implemented, verifying that all special requests by the agencies and landowners have been completed in a successful manner, and determining any further remediation measures, if necessary.

#### 3.2.1.2. POST-CONSTRUCTION COMPLIANCE REPORTING

After construction, the CIC would provide various closeout reports, as requested by the BLM. Once construction concludes, the following compliance materials would be provided:

- **Variance approvals summary.** This report summarizes the approved variances and categorizes them by level. The summary should include 1) the variance tracking number; 2) a brief description of the variance request (including any maps, photographs, and figures); 3) the date received and date approved; 4) any conditions placed on the variance; and 5) a tracking table describing the variances, the variance disturbance, the original disturbance, and the new total disturbance. This summary would be placed in the public file by the BLM on a routine basis during construction and summarized at the end of construction. The variance log maintained by the CIC would be kept up as it occurs and discussed on weekly calls between the CIC and the BLM during Project construction.
- **Denied variance summary table.** This report is a simple summary table of the variances that were denied. The table is organized by location and includes the variance tracking number, the date of request, and the date and reason of denial.
- **Final compliance report summary table.** This report is a table listing the number of cumulative non-compliance reports and a summary of the non-compliance reports. The non-compliance report summary should include 1) the status of each non-compliance (resolved or unresolved), 2) how a resolution was achieved, and 3) the date of the resolution. In addition, verification of successful compliance with the conditions for all permits in Peak Minerals' name and in the contractor's name would be provided to the BLM and to other agencies, as appropriate.

### 3.2.2. Operations Compliance

Peak Minerals would prepare an operations and maintenance plan that would include copies of relevant environmental permits that specifically address long-term permit and other conditions. This plan would be provided to Peak Minerals' operation personnel to ensure ongoing compliance during Project O&M.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

SECTION 4

# PROJECT CONSTRUCTION

The information presented in this section describes the types of construction activities typically associated with developing a project of this nature. Information specific to the Project is included as appropriate. Supplemental Plans are contained in a stand-alone Supplemental Plan volume. Each plan supplements information and requirements contained in the EIS, the Mining Plan (Peak Minerals 2024a), and the POD, and is incorporated in these documents by reference.

## 4.1.   Health and Safety Program

Peak Minerals conducted a safety assessment to identify potential safety issues and to develop measures needed to mitigate them. Potential safety issues include site safety and security, emergency response procedures, fire control, safe work practices, heavy equipment transportation, traffic management, and others. A health and safety program has been developed to protect both workers and the general public during construction, O&M, and decommissioning of the Project. Work would be performed in compliance with Occupational Safety and Health Administration regulations, as appropriate. Plans supporting the health and safety program include the *Site Safety Plan* (Peak Minerals 2024i), *Blasting Plan* (Peak Minerals 2024b), and *Transportation and Traffic Management Plan* (Peak Minerals 2024m), which are described in the following sections.

### 4.1.1.     Site Safety Plan

The *Site Safety Plan* (Peak Minerals 2024i) contains information related to site safety and security, emergency response, and fire safety.

#### 4.1.1.1.      SITE SAFETY AND SECURITY

Peak Minerals would post warning signs along the access roads, informing the public of construction activities and recommending that the public not enter the site. The public would be allowed to access public ROWs during construction unless specific safety issues are identified. For areas where public safety risks could exist and where site personnel would not be available to control public access (such as excavated foundation holes), warning signs and temporary fences may be erected as appropriate and approved by the landowner or land manager. Fencing may also be installed around material storage, staging, and laydown areas. Other areas that are determined to be hazardous or where issues of security or theft are a concern may also be fenced, in coordination with the landowner or land manager. Temporary fencing around excavations and other hazards, where required, would typically be a high-visibility plastic mesh. As approved by the landowner or land manager, Peak Minerals may also use security guards, cameras, and/or additional fencing, if necessary, to protect public health and safety and Project facilities.

Peak Minerals has developed a *Site Safety Plan* (Peak Minerals 2024i) for construction, O&M, and decommissioning of the Project. The *Site Safety Plan* addresses the zero-injury safety policy, responsibilities and roles of personnel, health and safety for subcontractors, worker safety orientation and training, severe weather conditions, accident and incident reporting procedures, and safety contacts. The *Site Safety Plan* also outlines employee safe work programs, including drug and alcohol policies, hazardous materials, fire protection, respirator use and maintenance, confined workspaces, and potential work hazards, such as blood-borne pathogens, electrical dangers, and environmental dangers. Peak Minerals would coordinate with the BLM and the CIC regarding the various components of the *Site Safety Plan*, such as training and reporting accidents.

Project areas requiring security during O&M include areas of potential hazard to the public such as the electrical substations and the Processing Facility. All electrical substations would be contained within

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
UTAH

fenced areas to prevent inadvertent access by members of the public. A darkened, dull fence also would be placed around the Processing Facility components, as shown in **Figure 1-5**.

## 4.1.1.2.    EMERGENCY RESPONSE

Emergency response procedures contained in the *Site Safety Plan* (Peak Minerals 2024i) apply to construction, O&M, and decommissioning of the Project. Emergency procedures, including emergency recognition and prevention, organization and personnel responsibilities, emergency alerting procedures, maps and diagrams of the facilities, incident documentation, investigation responsibilities, and post-emergency activities are identified. Specific emergency procedures for medical situations, severe weather, power outages, and other situations are also addressed.

Peak Minerals and the general construction contractor(s) would be responsible for implementing the emergency response procedures in the course of all work performed by the general contractor and all site subcontractors during Project construction and for coordination with local first responders.

## 4.1.1.3.    FIRE SAFETY PLAN

The fire safety plan is included in the *Site Safety Plan* (Peak Minerals 2024i) and addresses potential fire sources and appropriate safety and fire prevention measures. The intention of the fire safety plan is to address ways to minimize fire potential and the steps to take in the event of a fire.

Project-specific potential fire sources include vehicle exhaust systems, fueling operations, smoking, and on-site flammable liquid storage. Fire suppression, emergency preparedness, and emergency notification and follow-up procedures are also addressed. The BLM fire guidelines for equipment use and other measures, such as carrying fire extinguishers and shovels, have been incorporated into the fire safety plan.

## *4.1.2.    Blasting Plan*

Peak Minerals would develop a Blasting Plan (Peak Minerals 2024b) for use, should blasting be required during Project construction. Applicable federal, state, and local laws concerning the use of explosive materials would be followed by a licensed blasting contractor in the handling and storage of explosives. Peak Minerals or the construction contractor would obtain appropriate county approvals for the period when blasting may occur and would comply with requirements listed in the *Blasting Plan.*

The *Blasting Plan* would detail potential blasting restrictions and blasting procedures, including necessary permissions and regulations; safety and environmental concerns and mitigation measures; security and inventory; and operational procedures such as notification, explosives to be used, explosive loading processes, and blast detonation. The BLM would be notified in advance of any required blasting, so that the blasting area could be cleared and sensitive resources could be protected. Local authorities and emergency medical services would be notified 24 hours prior to any blasting activities.

In areas where blasting may occur, care would be taken to prevent damage to underground structures or to springs, water wells, or other water sources in accordance with applicable regulations. The *Blasting Plan* would include provisions for controls to eliminate vibration, fly rock, and air blast damage; such controls could include the use of blasting mats or soil covers to prevent the scattering of loose rock. Any blasting would be conducted during daylight hours and would not begin until nearby ranchers, farmers, and occupants of residences, buildings, and places of business had been notified.

Other items detailed in the *Blasting Plan* are restrictions on smoking, restrictions on operations during thunderstorms, vibration and damage control, warning signals, and initiation of shot and misfires. As described in the *Blasting Plan*, site-specific blasting plans would be reviewed by the BLM and Cooperating Agencies.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

### 4.1.3.     Transportation and Traffic Management Plan

Equipment and material hauling would be performed in such a manner as to prevent damage to areas outside the Project and to minimize interference with normal uses of lands crossed. Peak Minerals has developed a *Transportation and Traffic Management Plan* (Peak Minerals 2024m). This document would be updated as needed and as committed to in the plan. It would address issues related to the transportation of power line and pipeline components, main assembly cranes, and other large pieces of equipment. Construction equipment, including trucks, loaders, bulldozers, excavators, backhoes, welding rigs, generators, and water tankers would also be addressed.

The *Transportation and Traffic Management Plan* describes regional and local access routes and affected roadways, traffic volumes, detailed road information, and traffic mitigation measures. The plan explains travel routes for construction materials, predicted traffic volumes for access routes during construction, and BMPs for handling traffic along transit routes to the construction sites. The *Transportation and Traffic Management Plan* also identifies the process for complying with any state requirements and obtaining necessary permits.

The *Transportation and Traffic Management Plan* also addresses traffic management focusing on traffic and circulation primarily within the Project facilities and the immediate vicinity. The plan is designed to minimize potential hazards from increased truck and worker traffic and to minimize impacts to traffic flow in the Project vicinity. The *Transportation and Traffic Management Plan* presents Project-specific information on traffic and circulation in the Project area, truck traffic volumes, traffic situations, areas of congestion, appropriate speed limits, special traffic concerns, and specific traffic management measures, including informational signs, flaggers when equipment blocks throughways, and traffic cones to identify any temporary changes in lane configuration.

## 4.2.     Environmental Program

### 4.2.1.     Stormwater Control

Peak Minerals would obtain coverage under the Utah Pollutant Discharge Elimination System (UPDES) "General Permit for Discharges from Construction Activities" and the UPDES "Multisector General Permit for Storm Water Discharges Associated with Industrial Activities (Group 5)." Peak Minerals has developed the SWPPP(s) for the facilities and operations (Peak Minerals 2024l) and would implement stormwater BMPs to ensure compliance with the UPDES general permit coverage.

### 4.2.2.     Erosion Control

Most existing roads to be used by the Project provide sufficient drainage for their current structures, and no changes to the drainage patterns are anticipated. Any new road segments and spurs or areas of existing roads improved by Peak Minerals would be constructed with drainages, as required by the landowner or land manager guidelines and/or county requirements.

Erosion control methods may include construction of water diversion structures and site-specific applications of mulch or other water flow dissipation materials as needed to control surface water runoff across disturbed areas. Water bars would be constructed to the size, spacing, and cross sections specified by the landowner or land manager to divert water from all erosion-prone areas and to direct drainage away from disturbed areas to established vegetation in sloped areas. Spacing intervals for water bars would be determined on a site-specific basis. Slope protection would be designed for the particular application required. Mulch would be applied on highly erodible soils and in areas with slopes greater than 15%. On steep slopes, hydromulching may be appropriate. The vegetation cleared and grubbed from the Project's disturbed areas would be applied to the stored topsoil and the stockpiles

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

would be revegetated with a seed mix that is appropriate for the soil. If mulch is imported to the Project area, it would be certified as weed free before it is used on-site.

According to Rule 647-4-111 of the Utah Administrative Code (UAC), erosion control would incorporate site-specific and regional conditions of topography, soil, drainage, water quality, and other characteristics. Maintenance of a reclaimed off-lease Project area would include stabilizing areas where erosion has taken place, revegetating areas where revegetation has not progressed in a timely manner, and mitigating any noxious weeds that may be present. The landowner or land manager has established success criteria to determine when reclamation is adequate as detailed in the Reclamation Plan (Peak Minerals 2024h). Subsequent reseedings and monitoring may be required.

Erosion and sediment control BMPs would be employed during construction of the Project. More details on stormwater erosion control are contained in the SWPPP (Peak Minerals 2024l).

## 4.2.3. Dust Control

Peak Minerals would provide dust control and suppression as needed throughout the construction period to protect surface soils from wind erosion and to minimize fugitive dust generated by construction activities. Dust control would also be implemented during operations, maintenance, and decommissioning, and would be performed as described in the *Fugitive Dust Control Plan* (Peak Minerals 2024f). Dust control methods would consist of the application of water, commercial magnesium chloride, purge brine, or raw brine. The BLM approved dust control methods for the various components of the Project are presented in **Table 4-1**.

Water for dust control would be acquired from the following:

- Existing permitted sources during construction and before completion of Peak Minerals' freshwater wells
- Peak Minerals' freshwater wells
- Recharge water

Peak Minerals has secured water rights 69-113 and 69-117, which include rights for dust suppression. Raw brine or purge brine (containing high concentrations of dissolved magnesium chloride) would be obtained from the Purge Brine Storage Pond. Purge brine would be available after salt harvesting commences.

Roads and disturbed areas would be treated with water or other dust suppressants, as conditions warrant. Application rates would vary based on weather, seasons, and traffic.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Table 4-1    Dust Control Options

| Location | | | Fresh Water | Commercial Dust Suppressant* | Purge Brine± | Raw Brine |
|---|---|---|---|---|---|---|
| On-lease | On-playa | On-road | ✔ | ✔ | ✔ | ✔ |
| | | Off-road | ✔ | ✔ | ✔ | ✔ |
| | Off-playa | On-road | ✔ | ✔ | ✔± | |
| | | Off-road | ✔ | | | |
| Off-lease | On-playa | On-road | ✔ | ✔ | ✔ | ✔ |
| | | Off-road | ✔ | ✔ | ✔ | ✔ |
| | Off-playa | On-road | ✔ | ✔ | ✔± | |
| | | Off-road | ✔ | | | |

Note:
* Commercial MgCl2 or other agency-approved, commercially available dust suppressant or soil stabilizer.
± Purge brine may be approved by BLM for use on off-playa roads following testing by Peak Minerals.

### 4.2.4.    Air Emissions

The Project would be required to comply with state and federal air quality regulations. As such, the air emissions and associated dust control strategies must be approved by both the BLM and Utah Division of Air Quality (UDAQ) through the NEPA and permitting processes. An index of agreed-upon fugitive dust control measures is included in the *Fugitive Dust Control Plan* (Peak Minerals 2024f) and cited in the Applicant Committed Design Features section in the EIS (BLM 2019a). The *Fugitive Dust Control Plan* must be approved by the BLM and the UDAQ.

A Modeling Protocol has been developed in coordination with the BLM, U.S. Environmental Protection Agency (EPA), and UDAQ. The protocol identifies methods and procedures for Project emissions' air dispersion modeling to evaluate compliance with the National Ambient Air Quality Standards. The protocol includes discussion of the development of the emissions inventory, modeling methods, and assumptions, including model selection and options, meteorological data and emission sources, and modeling parameters reviewed by stakeholders.

A Modeling Report has been prepared to summarize the modeling methodology used to evaluate the Project's impact on air quality with respect to the National Ambient Air Quality Standards Air Quality Related Values for nearby federally designated Class I areas, and visibility impacts for nearby federally controlled lands designated as sensitive Class II areas. The analysis is consistent with the Modeling Protocol and based on the *EPA Guideline on Air Quality Models* (EPA 2005) with revisions in 2016/2017, UDAQ Dispersion Modeling Guidance (UDAQ 2013), and the Federal Land Managers Guidance document (FLAG 2010).

A Notice of Intent has been submitted to the UDAQ and is approved. The Notice of Intent includes a final emissions inventory and modeling report, Best Available Control Technology analysis, and proposed permit limits. Information contained in the Notice of Intent would be used by UDAQ to develop an Approval Order. The Approval Order would contain permit conditions under which the facility is approved to operate, as well as identify record keeping and reporting requirements, if applicable.

### 4.2.5.    Noxious Weeds Management

Peak Minerals would conduct a survey to document and map noxious and invasive weeds prior to construction-related ground disturbance off the playa. After construction, vegetation control may be necessary and would include monitoring and controlling noxious weeds and managing vegetation in and adjacent to all disturbed areas. Vegetation control would consist of manual, mechanical, biological, or

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

chemical methods. The BLM would require a Pesticide Use Proposal (PUP) if pesticides or herbicides were to be used in the ROW.

To prevent the introduction of undesirable plant species into disturbed areas during reclamation, reclamation equipment, including seeding equipment, would be thoroughly cleaned before entering workspaces on off-lease portions of the Project, including the power lines, Natural Gas Pipeline, Rail Spur, Rail Loadout Facility, water line, access roads, and gravel pits. Reclamation efforts would utilize certified weed-free seed to prevent the spread of primary noxious and invasive weeds. If mulch is imported to the Project areas referenced above, it would be certified as weed free before it is used on-site.

Peak Minerals has developed a *Noxious Weed Management Plan* (Peak Minerals 2024g) for controlling noxious weeds and invasive species that could invade the off-lease portions of the Project as a result of new surface disturbance.

## 4.2.6. *Solid and Hazardous Waste and Hazardous Materials Management*

Several types of non-hazardous and non-petroleum construction wastes would be generated during construction of the Project facilities. The term *"waste"* means all discarded matter, including, but not limited to, trash, garbage, refuse, filters, welding rods, equipment, and human waste. Approved enclosed refuse containers would be used throughout the Project. Construction waste materials, including refuse and trash, would be removed from off-lease Project areas and disposed of at a permitted landfill. Portable toilets would be provided by contractors for the construction crew, and sanitary waste would be periodically removed by a licensed hauler to an existing municipal sewage treatment facility.

Materials required for construction of the Project that are classified as hazardous materials[1] would be primarily fuels and lubricants. Hazardous and non-hazardous materials used or stored at the site would be managed properly, and precautions would be taken to prevent them from entering soils and water. Hazardous wastes generated during construction would be removed and disposed of in an appropriately permitted disposal facility.

Peak Minerals has developed a *Solid and Hazardous Waste and Hazardous Materials Management Plan* (Peak Minerals 2024j) to address transportation, storage, use, and disposal of hazardous materials expected to be used during Project construction, O&M, and decommissioning.

Spill Prevention Control and Countermeasures Petroleum products, such as gasoline, diesel fuel, crankcase oil, lubricants, and cleaning solvents, would be present within workspaces on off-lease Project areas and at the Rail Loadout Facility during construction and O&M. These products would be used to fuel, lubricate, and clean vehicles and equipment and would be transported in containerized trucks or in other approved containers.

Petroleum materials would be properly stored to prevent drainage or accidents. Preventive measures, such as the use of vehicle drip pans for overnight parking areas, would be used. The construction or maintenance crew foreman would ensure compliance with SPCC guidelines for spill prevention and response. Additionally, Peak Minerals anticipates that storage of petroleum products during construction and operation would exceed an aggregate capacity of 1,320 gallons, triggering the need for a *Spill Prevention Control, and Counter Measures Plan* (Peak Minerals 2024k).

---

[1] *Hazardous material* means 1) any substance or material defined as hazardous, a pollutant, or a contaminant under the Comprehensive Environmental Response, Compensation, and Liability Act at 42 USC 9601(14) and (33); 2) any regulated substance contained in or released from underground storage tanks, as defined by the Resource Conservation and Recovery Act at 42 USC 6991; 3) oil, as defined by the Clean Water Act at 33 USC 1321(a) and the Oil Pollution Act at 33 USC 2701(23); or 4) other substances that applicable federal, state, tribal, or local laws define and regulate as ''hazardous'' (43 CFR 2801.5(b)).

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

Peak Minerals has developed a SPCC Plan for the Project to prevent spills and to identify response procedures. The SPCC Plan, along with secondary containment design, is developed in accordance with good engineering practices, has the full approval of management at a level of authority to commit the necessary resources to fully implement the SPCC Plan and when needed, would be revised to meet the requirements stipulated in 40 CFR 112, Oil Pollution and Prevention.

Enclosed containment would be provided for petroleum wastes, and petroleum-related construction waste would be removed to a disposal facility authorized to accept such materials.

### 4.2.7.    Reclamation and Revegetation

Peak Minerals has developed a *Reclamation Plan* (Peak Minerals 2024h) for the Project that includes interim reclamation for those areas not required for Project O&M that are to be disturbed by the construction process. Areas that have been temporarily disturbed by grading or other earthmoving activities would be repaired to the original contours of the land to the extent possible and consistent with future operating needs. Reclamation work may consist of re-contouring graded areas, re-spreading topsoil, reseeding to establish vegetation, and applying mulch to provide additional erosion control. Ungraded areas disturbed only by overland travel would be assessed in coordination with the landowner and land manager to determine if reclamation is needed. The *Reclamation Plan* (Peak Minerals 2024h) also addresses final reclamation for all off-lease Project facilities at the end of their useful life.

Noxious weed control would continue during the revegetation process according to the specifications in the *Noxious Weed Management Plan* (Peak Minerals 2024g). Fences and other existing infrastructure would be returned to their pre-construction condition. Topsoil segregation and additional reclamation measures are described in the *Reclamation Plan* (Peak Minerals 2024h). See also Section 4.7, *Site Reclamation and Revegetation.*

## 4.3.    Pre-Construction Activities

Project pre-construction activities are discussed in this section, including conducting pre-construction surveys, a flagging plan, and acquiring public and private ROWs and surface easements.

### 4.3.1.    Pre-Construction Surveys

The final design feature commitments for the Project are identified in the Final EIS (BLM 2019a) and the BLM ROD (2019b). Clearance surveys for biological and cultural resources would be conducted prior to the start of construction, as described in Section 3.1.3, *Pre-Construction Surveys and Investigations,* and Section 5.2, *Applicant Committed Design Features*.

Site surveying would be completed to delineate all off-lease facilities. Environmentally sensitive areas within these Project areas, facility ROWs, and TUAs would be field delineated, where appropriate, to assist in avoiding such areas during Project construction.

In consultation with the BLM, Class III pedestrian surveys for cultural resources would be completed prior to construction for the portions of the segments and spurs located on the appropriate landowner and land-manager administered lands. Literature reviews already have been completed for large portions of the Project area. Other surveys would be conducted, as required, prior to construction, to evaluate the potential for special-status species within potentially affected areas. Prior to the initiation of any pre-construction surveys, the necessary survey permits for federal and state land and rights-of-entry to privately owned land would be obtained. The avoidance of specific areas during the construction process or modification of facility locations may be necessary to avoid or minimize impacts.

Pre-construction surveys would be conducted for the biological species identified in the Final EIS (BLM 2019a) as having a potential to occur in the area and to be affected by the Project which are included in

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

the Adaptive Wildlife Management Plan (Peak Minerals 2024b). The details of these surveys would be coordinated with the BLM, USFWS, and UDWR. If sensitive biological resources are encountered during the pre-construction surveys or during construction, appropriate mitigation measures would be implemented at that time to minimize any anticipated impact.

All identified sensitive resources would be flagged in the field to facilitate construction worker awareness and implementation of avoidance measures.

### 4.3.2.    Flagging Plan

Peak Minerals would survey and clearly mark the centerline and exterior limits of the ROWs at 200-foot intervals, line of sight, or as determined by the BLM AO. Any deviation from this requirement would have the prior written approval of the AO. Construction activities would be confined to the staked and flagged areas. Peak Minerals also would set centerline stakes to identify the locations of roads. Survey station numbers would be marked on the boundary stakes at the entrance to and exit from public lands.

Markers would be used to limit access within work and travel areas to restrict construction access from unnecessarily affecting important cultural and environmentally sensitive areas. No work area would contain a significant historic property unless that property has already been addressed under a Historic Properties Treatment Plan and the BLM (or TLA) has provided the go-ahead for construction. If cultural sites are near work areas, the allowed work area would be clearly flagged. If flagging is required on specific historic properties for the purposes of avoidance, a flagging plan would be developed in consultation with the BLM. The avoidance area flagging used would be the same flagging used for all other environmental restrictions and would be limited to the smallest area possible. No surface disturbance or construction activity would be allowed within the marked restricted areas. If work areas cannot avoid significant historic properties, appropriate mitigation would need to be conducted before work begins. Staking of the different use areas would be painted and/or flagged with different colors, as listed in **Table 4-2**, *Flagging Colors*.

Table 4-2        Flagging Colors

*Plan of Development for the Sevier Playa Potash Project*

| Color | Use |
|-------|-----|
| White | ROW centerline |
| Orange | Exterior limits of ROW |
| Blue | Road centerlines |
| Green | Temporary work areas |
| Red | Environmental restrictions |

If stakes are disturbed, they would be replaced before construction can proceed. Peak Minerals would maintain boundary stakes in place until final cleanup and restoration is completed and approved by the AO. Stakes would then be removed at the direction of the AO.

### 4.3.3.    Right-of-Way Acquisition on Federal, State, and Private Land

Where new ROWs are needed on federally managed public land, a ROW grant would be required from the BLM. On land administered by TLA, an easement would be required from TLA. On private lands, surface easements would be acquired to locate, construct, operate, and maintain the facilities. Typically, landowner agreements include compensation for the right to construct and access facility infrastructure within the private property boundaries, as well as stipulations for site reclamation and/or repair to private property resulting from construction and O&M, as necessary.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

Peak Minerals would provide notification and would obtain any necessary encroachment permit or approval from operators of pipelines, transmission lines, railroads, and/or state or county roads to be crossed or paralleled by the Project facilities. The BLM would provide the names and addresses for existing ROW holders and applicants for pending ROWs to Peak Minerals. A letter, reviewed by the BLM, would be sent from Peak Minerals to the ROW holders and requesters. Peak Minerals would provide the BLM with documentation (e.g., a copy of the final letter and recipients) that contact was made and with copies of any agreements reached. Prior to commencing construction, the contractor would notify utility companies with existing utility lines in the Project vicinity (via the One-Call [e.g., Bluestakes] system or similar utility notification system) for field marking.

## 4.4.    General Construction Information

General construction information and practices applicable to the Project facilities are discussed in this section. *(Construction methodologies and schedules in the sections below are standard and typical procedures and would be refined in the Construction POD when site-specific detailed design information is available.)*

### 4.4.1.    Construction Schedule

Construction of the Project infrastructure would be accomplished by construction crews specializing in various construction components. Initial Project construction would occur during the first six years of the Project. Upon completion of the Processing Facility and initiation of production activities, the Project would move into O&M.

The overall anticipated construction schedule is presented in **Table 4-3**, *Anticipated Project Construction Schedule*. Additional details regarding construction and operation of on-lease facilities are provided in the Mining Plan (Peak Minerals 2024a).

SECTION 4 – PROJECT CONSTRUCTION

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Table 4-3          Anticipated Project Construction Schedule – Phase 1

*Plan of Development for the Sevier Playa Potash Project*

Legend: C = Construction (yellow); P = Production/Operation and maintenance (green)

| | Year1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Years 11 - 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Off-Lease Features** | | | | | | | | | | | |
| Access Roads | C | P | P | C | P | P | P | P | P | P | P |
| Playa Access Road | C | P | P | P | P | P | P | P | P | P | P |
| Preconcentration Pond | C | C | P | C | C | P | P | P | P | P | P |
| Recharge Canal | C | P | P | P | P | P | P | P | P | P | P |
| Power to Processing Facility - 69-kV Power and Communication Lines | C | P | P | P | P | P | P | P | P | P | P |
| Power to the Water Supply Wells (12.47-kV Power and Communication Line portion that would supply power to the 12.47-kV Power Line Spurs) | C | P | P | P | C | P | P | P | P | P | P |
| Power to water supply wells - 12.47-kV Power Line Spurs | C | P | P | P | P | P | P | P | P | P | P |
| Power to Rail Loadout - 12.47-kV Power and Communication Line construction to the Rail Loadout | | | | | C | P | P | P | P | P | P |
| Power to preconcentration ponds - 25-kV Power Line | P | P | P | P | P | P | P | P | P | P | P |
| Rail Spur and Rail Loadout Facility | | | | | C | P | P | P | P | P | P |
| Natural Gas pipeline | | | | | | | C | P | P | P | P |
| Water supply wells, pipelines, and spurs | C | C | P | P | C | P | P | P | P | P | P |
| Long Ridge Communication Tower | | | C | P | P | P | P | P | P | P | P |
| Black Rock Communication Tower | | | C | P | P | P | P | P | P | P | P |
| Monitoring Well drilling/installation | | C | | | | | | | | | |
| **On-Lease Features** | | | | | | | | | | | |
| **Ponds and Processing Facility** | | | | | | | | | | | |
| Playa Access Road | C | P | P | P | P | P | P | P | P | P | P |
| Preconcentration Pond | C | C | P | P | P | P | P | P | P | P | P |
| Production Ponds | C | P | P | P | P | P | P | P | P | P | P |
| Power to production ponds, recharge canal, and brine transfer canal - 12.47-kV Power Line | C | P | P | P | P | P | P | P | P | P | P |
| Processing Facility | | | C | C | C | C | P | P | P | P | P |
| Bittern Waste Pond | | C | P | P | P | P | P | P | P | C | P |
| Tailings Management Area | | C | P | P | P | P | P | P | P | P | P |
| Monitoring Well drilling/installation | | C | P | P | P | P | P | P | P | C | P |
| **Extraction and Recharge Systems** | | | | | | | | | | | |
| Extraction Trenches | C | C | P | P | P | P | P | C | P | C | P |
| Recharge Trenches | C | C | P | P | P | P | P | C | P | C | P |
| Brine Transfer Canal | C | P | P | P | P | P | P | P | P | P | P |
| Recharge Canal | C | P | P | P | P | P | P | P | P | P | P |
| Sevier River berm, diversion, and drop structure | C | P | P | P | P | P | P | P | P | P | P |
| Construction | | | | | | | | | | | |
| Production/Operation and maintenance | | | | | | | | | | | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## 4.4.2.    Construction Workforce

Peak Minerals would use contractors and subcontractors according to the equipment and personnel needs of the Project. Peak Minerals anticipates that a large percentage of the workforce would be from local communities or elsewhere within Utah, although workers from various parts of the country may be required, particularly for specialized labor.

Permanent staff would be hired locally or would move to the area and likely take up residence in Delta, Fillmore, Beaver, Milford, and/or other locations in Millard or Beaver Counties. Temporary staff would utilize housing or rental units in Delta, Fillmore, Beaver, Milford, and/or other locations in Millard or Beaver Counties. Temporary housing would not be provided by Peak Minerals.

During peak construction, it is anticipated that up to 175 full-time employees would be present, plus 100 contractors, for a total of 275 personnel. There would be up to 175 full-time employees present during O&M. The number of employees required for decommissioning has not yet been determined; however, it would be less than 175 full-time employees.

## 4.4.3.    Construction Transportation

The Project is located approximately 130 miles southwest of Salt Lake City, Utah. From Salt Lake City, the northern area of the Project would be accessed via southbound Interstate 15 to Nephi, and then west on SR 132 to Hwy 6 and Hwy 6/50. From the north and east, access to the playa would be available via various local county-maintained roads and BLM roads, including the Power Line Access Road and Access Roads (see Section 2.8, *Access Roads and Playa Access Road*).

The southern area of the Project would be accessed via SR 257 to Crystal Peak Road, either from Delta or from Cedar City. From Cedar City, access would be via SR 130 to Minersville and then along SR 21 to Milford. North of Milford, access would continue along SR 257 to Crystal Peak Road. From Crystal Peak Road, a county-maintained road (Crystal Peak Spur Road) leads to the Processing Facility area.

It is possible that some road improvements would be needed to accommodate delivery and construction traffic along the public roads and highways. UDOT has indicated that there may be a need to add turning lanes on SR 257 and, possibly, on Hwy 6/50. The Rail Spur, which would cross Headlight Canyon Road and SR 257, may necessitate major road improvements. In addition, the two Access Roads from Crystal Peak Road to the Rail Loadout Facility may require some change to Crystal Peak Road (e.g., turning or merging lanes).

Equipment and material hauling would be performed in such a manner as to prevent damage to areas outside the Project and to minimize interference with normal uses of lands crossed. The *Transportation and Traffic Management Plan* (Peak Minerals 2024m) addresses issues specific to transporting construction equipment.

In addition, the *Transportation and Traffic Management Plan* would address Project access points to minimize potential hazards from increased truck traffic and worker traffic and to minimize impacts to traffic flow in the vicinity of the Project. To reduce the generation of fugitive dust and minimize the risk for collisions between Project traffic and livestock or wildlife, speed limits for Project traffic would be set, as described in **Table 5-1**, *Applicant Committed Design Features*. This speed limit measure would apply to all unpaved roads authorized for use by Project traffic, including unpaved Millard County Class B roads. This measure would not apply on paved state, county, or local roads, where Project traffic would follow posted speed limits.

The *Adaptive Wildlife Management Plan* (Peak Minerals 2024b) includes monitoring and adaptive measures to adjust speed limits to changes in road conditions or use, or for corrective actions (e.g.,

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M037/025

fencing or signage) if Project traffic causes an unacceptable increase in collisions between Project vehicles and wildlife or livestock.

Equipment and vehicle operators would be instructed to travel at speeds described in the *Fugitive Dust Control Plan* (Peak Minerals 2024f).

### 4.4.3.1.    VEHICLE AND EQUIPMENT MAINTENANCE AND REFUELING

Routine vehicle and equipment maintenance activities would be performed within the material storage/staging/laydown areas (during construction) or at the Processing Facility. Only emergency repairs of vehicles and equipment would take place at other locations within the ROW. Disabled or inoperative vehicles or equipment would typically be trucked or towed to the Processing Facility for repair.

Two 6,000-gallon diesel fuel storage tanks would be located within the Rail Loadout Facility. One fueling station would service light-duty vehicles and mobile tanks mounted on trucks, which would transport fuel to heavy equipment. The second fueling station would support rail engines. Two 28,000-gallon diesel fuel storage tanks would be located at the Processing Facility. One fueling station would service light-duty vehicles and mobile tanks mounted on trucks, which would transport fuel to heavy equipment. Equipment refueling requirements are included in the SPCC Plan (Peak Minerals 2024k).

The fuel tanks would be located within secondary containment. The fueling areas and each fuel truck would be equipped with a spill kit and would be operated consistent with the SPCC Plan.

### 4.4.4.    *Special Work Areas*

### 4.4.4.1.    FENCES AND OTHER IMPROVEMENTS

Peak Minerals would minimize disturbance to existing fences and other improvements and would promptly repair damaged improvements to their original state or better. Functional use of these improvements would be maintained during construction, O&M, and decommissioning. Fences crossed for transportation access would be braced and secured to prevent loss of tension before cutting.

### 4.4.4.2.    GATES AND CATTLE GUARDS

Gates and cattle guards would be placed or replaced as required. If cattle guards, fences, and gates are damaged, they would be repaired or replaced to their original condition as required by the landowner or land manager. Temporary gates would be installed only with the permission of the landowner or land manager.

## 4.5.    General Construction Methods

### 4.5.1.    *Clearing and Grading*

In general, clearing would be necessary for new roads, pipelines, power line structure locations, and material storage, staging, and laydown areas. Clearing may be required in some areas to allow for movement of construction traffic, operation of construction machinery, and placement of excavated materials within the ROWs during construction. Clearing, grading, and other disturbance of soil and vegetation would be limited to the minimum area required for construction. In most areas, clearing or grading of the utility ROWs would be significantly less than the temporary work area limits to reduce potential impacts to existing resources (see Applicant Committed Design Feature #7). In addition, efforts would be made to overlap ROW disturbance with previous disturbance areas to the extent possible.

Clearing of areas with trees and shrubs would be accomplished using a standard bulldozer, grader, or other similar earthmoving equipment. Vegetation cleared from disturbed areas may be chipped, depending on the vegetation components, and either windrowed for future reclamation use or applied to the topsoil stockpiles to aid in interim revegetation of those stockpiles, as indicated above. Cleared

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

vegetation would be used during final reclamation to stabilize soil and provide microclimates for seed germination. Peak Minerals would distribute grubbed vegetation over disturbed areas following redistribution of topsoil or seed to aid in erosion control, create wildlife habitat, and discourage off-highway vehicle use of the site. Large rocks and boulders removed during site grading may be stored on the inside edges of ROWs or other disturbed areas.

Clearing would consist of leveling the area for support of construction equipment and permanent Project facilities. In some relatively flat areas that would not be occupied by permanent structures, clearing may only involve "scalping," which would involve cutting shrubs near the base and leaving the root structure in the ground to minimize soil disturbance. Some areas would be accessed by a "drive-and-crush" method, and no grading would be required. The lowest-impact method would be used in each area as necessary to achieve construction objectives. This construction method would minimize disturbance of soils and vegetation.

The width of the temporary ROW would be restricted to avoid undue surface disturbance to adjacent resources. The temporary ROW boundaries are the limits of the temporary workspace and would be clearly staked or flagged. No disturbance would be allowed beyond the ROW limits. Specific topsoil stockpiling and segregation procedures are described in the *Reclamation Plan* (Peak Minerals 2024h).

In most cases, soil conditions (e.g., rutting, loose, sandy, and limited topsoil) would dictate when ROW vegetation is left in place or removed. When grading is required, trees, brush, and shrubs would be cut or scraped at or near the ground level. The construction area would be graded to create a suitable work surface for construction vehicles. Substantive cutting of terrain would not be performed unless required. In addition, the following general grading measures would be implemented, as appropriate, to minimize erosion during construction:

- Minimize the quantity and duration of soil exposure.
- Protect critical areas during construction by reducing the velocity of water and redirecting runoff as appropriate.
- Install and maintain erosion control measures during construction including using certified weed-free hay bales or silt fences to contain soil piles and prevent erosion.
- Establish vegetation as soon as possible following final grading.
- Inspect the ROW and maintain erosion control as needed until final stabilization is achieved.

Reseeding may also be required, as determined by the landowner or land manager, in some areas that were not graded but where vegetation is trampled or otherwise damaged. Reseeding procedures are described in the *Reclamation Plan* (Peak Minerals 2024h).

### 4.5.2.    *Topsoil Removal and Protection*

Topsoil material that is suitable for reclamation would be removed in conjunction with clearing and grading and reserved in shallow windrows. Specific topsoil segregation procedures are described in the *Reclamation Plan* (Peak Minerals 2024h).

Erosion control measures would be employed in areas where surface disturbance and/or slope leave the soil susceptible to wind and water erosion. BMPs developed in the Project SWPPP (Peak Minerals 2024l); Section 4.2.1, *Stormwater Control;* Section 4.2.2, *Erosion Control;* Section 4.2.3*, Dust Control;* and other site-specific BMPs (see **Table 5-1**) would be implemented, as appropriate.

## 4.6.    Facility Construction

The construction contractor(s) would prepare each construction area; complete site civil work, including construction of Access Roads; oversee construction; and complete final cleanup and restoration of

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

temporary disturbance areas. The Project's source of aggregate fill materials is described in the *Gravel Pit Mining Plan* (Peak Minerals 2024o).

## 4.6.1.    Construction Equipment

Equipment used to construct the Project would include various earthmoving, excavation, construction, and transportation equipment including, but not limited to, backhoes, graders, dozers, scrapers, excavators, rollers, cranes, semi-tractors and delivery trucks, material handling equipment such as pipe-layers, and light-duty support vehicles. **Table 4-4**, *Estimated Vehicles and Equipment for Sevier Playa Potash Project Construction*, provides a list of the typical numbers and types of equipment anticipated to be used for construction of the Project facilities on off-lease lands. The exact numbers and types of equipment may change based on the construction schedule and equipment needs.

## 4.6.2.    Material Storage/Staging/Laydown Areas

During construction of the Project, material storage, staging, and laydown areas would be established to mobilize construction activities. For construction of the power and communication lines, a total of 21 off-lease TUAs and 3 on-lease TUAs would be used for the 69-kV Power and Communication Line, one off-lease TUA for the 12.47-kV Power and Communication Line, and one on-lease TUA for the 25-kV Power Line. Additional staging areas would be used for construction of the Natural Gas Pipeline, Rail Loadout Facility, and water supply wells. These areas would be used for temporary office trailers; parking of construction vehicles, construction employees' personal vehicles, and other construction equipment; and temporary material staging and laydown. Material storage, staging, and laydown areas would have topsoil removed and stockpiled, be cleared and may have a crushed-gravel surface based on site-specific requirements. If used, the crushed-gravel surface may be removed following construction, depending on landowner requirements.

## 4.6.3.    Power and Communication Lines

Typical construction equipment used to construct the power and communication lines is listed in **Table 4-4**.

### 4.6.3.1.    SUBSTATION CONSTRUCTION

Construction of the substations may consist of removal of topsoil, clearing and grubbing, grading, installing fencing and gates, pouring a concrete foundation, installing switchgear and transformers, including cabling, commissioning the substation and connection to the grid, graveling the fenced area, and/or reclamation. Typical substation construction methods are described in the following discussion.

Prior to construction, the area would be surveyed and staked. The area would have topsoil removed and stockpiled, be cleared and grubbed, then graded to a flat surface. Steel-reinforced foundation structures would be placed to anchor the electrical switchgear and transformers. The control building would be placed on a reinforced concrete foundation and constructed from blockwork with a pitched roof. To ensure that the requirements for health and safety are met, the entire compound would be fenced upon completion with an 8-foot-high palisade fence with security gates. Any required laydown area for construction equipment or supplies would be at designated TUAs described in Section 4.6.3.2, *Temporary Use Area Construction*.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table 4-4      Estimated Vehicles and Equipment for Sevier Playa Potash Project Construction**

*Plan of Development for the Sevier Playa Potash Project*

| Equipment Type | Estimated Number by Off-Lease Area (excluding the Preconcentration Ponds, and Recharge Canal which are included in the Mining Plan) | | | | | | |
|---|---|---|---|---|---|---|---|
| | Available for Use in All Off-Lease Areas | Power and Communication Lines | Communication Towers | Propane and Natural Gas Supply | Rail Facilities | Water Supply Wells and Distribution | Access Road Network |
| Backhoe / excavator | 1 | 2 | 1 | 6 | 2 | 1 | 2 |
| Bobcat | 1 | – | – | – | – | – | – |
| Cranes | – | 4 | 1 | 2 | 2 | – | – |
| Dozers | – | 2 | 1 | 4 | 2 | – | 2 |
| Drill rig | – | – | – | – | – | 1 | – |
| Fuel tanker | 2 | – | – | – | 1 | – | – |
| Grader | – | 1 | – | – | 1 | – | 1 |
| Light towers | 10 | – | – | – | – | – | – |
| Loaders | – | 3 | – | 6 | 3 | 1 | 1 |
| Personnel transport | 8 | – | – | – | – | – | – |
| Pickup trucks / utility vehicle | 8 | 11 | 1 | 13 | 11 | 2 | 4 |
| Pipelayers | – | – | – | 10 | – | – | – |
| Rollers | – | – | – | – | – | – | 1 |
| Water tanker | 1 | 1 | – | 1 | – | – | 1 |
| Welding trailer | 1 | – | – | 4 | – | – | – |
| Tractor / trailers | 1 | 3 | 1 | 2 | 3 | – | 2 |

Note:

These numbers represent total equipment counts (occurring both on-and off-lease) for each feature.

Equipment counts for construction of the Preconcentration Ponds and Recharge Canal Segment are included in the Mining Plan. The portion of these features that occurs off-lease is small in comparison to the size of the entire feature. Equipment used to construct the off-lease portion would be a subset of the count identified in the Mining Plan.

– = not applicable

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## 4.6.3.2.   TEMPORARY USE AREA CONSTRUCTION

Construction of the transmission lines would require establishment of TUAs, which would be required for storing materials, construction equipment, vehicles, and, in some cases, as a show-up yard for the construction crews. TUAs are identified as shown in **Appendix A,** *1:24,000 Scale Map Set*. Vegetation would be cleared in these areas, where necessary. In some locations, the staging area may need to be scraped by a bulldozer and a temporary layer of rock installed to provide an all-weather surface. Prior to scraping, topsoil would be removed and stockpiled. Portions of staging areas may be fenced for security.

## 4.6.3.3.   ACCESS RIGHTS-OF-WAY TO POWER LINE STRUCTURE SITES

The majority of the 69-kV Power and Communication Line would be located near an existing road (Power Line Access Road). The 25-kV Power Line would be located near the 25-kV Power Line Access Road, which is a two-track road that would need improvements. Heavy equipment would operate primarily along existing roads within the ROW but would depart from the roadway at each structure location. Where the power line routes are not adjacent to existing roads, construction equipment may drive directly from structure to structure within the ROW. For the 69-kV Power and Communication Line, some temporary access ROW may also be required during construction to allow equipment travel between the Power Line Access Road ROW and the 69-kV Power and Communication Line ROW using overland access methods or spur roads in areas where these ROWs are not abutting. A permanent ROW and access between the Power Line Access Road ROW and the 69-kV Power and Communication Line ROW in areas where these ROWs are not abutting would not be required once construction is complete; all access during O&M would be along the permanent ROW.

The construction contractor would be required to adhere to the *Transportation and Traffic Management Plan* (Peak Minerals 2024m). The plan would address use of the existing road network to transport workers, materials, and heavy equipment to the staging areas, structure locations, and material storage locations. The planned use of existing roads would be evaluated to determine the best approach to mitigate potential impacts to the roads and adjacent construction areas. The installation of culverts and other road improvement amenities would be reviewed and addressed on a site-by-site basis.

## 4.6.3.4.   POWER LINE STRUCTURE SITES

Work areas are required at each power line structure site to facilitate the safe operation of equipment and other construction activities. The work area would be cleared of topsoil and vegetation using bulldozers and backhoes only to the extent necessary. Grading may be required to accommodate some tower sites in steep or rough terrain. Access within the work area would be by overland travel with minimal grading required in the work site. Following construction, these graded work areas would be re-contoured to blend into the original grade.

## 4.6.3.5.   HOLE EXCAVATION AND FOUNDATION INSTALLATION

A vehicle-mounted power auger or backhoe would typically be used to excavate holes for placement of the power line structures within each tower structure work area. In extremely sandy areas, soils may be stabilized using water or a gelling agent prior to and during excavation. In rocky areas, the holes may need to be excavated by drilling or blasting. Where blasting is necessary, approving agencies would be notified in advance of blasting so that the area can be cleared and other sensitive resources can be protected (see *Blasting Plan* [Peak Minerals 2024b]). Any holes left open or unguarded would be temporarily surrounded with high-visibility plastic mesh. (*Additional information on foundation excavation areas to be temporarily disturbed during construction of each structure site would be provided in the Construction POD.)*

Spoil material would be used for fill, where suitable. Foundation excavation and installation would require a power auger or drill, a crane, material trucks, and concrete trucks.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M027/0125

SECTION 4 – PROJECT CONSTRUCTION

## 4.6.3.6.    POWER LINE STRUCTURE ERECTION AND CONDUCTOR INSTALLATION

Wooden H-frame structures and 3 pole wooden dead-end structures would be used to support the 69-kV Power and Communication Line. Single-pole structures and single-pole dead-end structures would be used to support the 25-kV Power Line providing power to on-playa facilities, as well as the 12.47-kV Power and Communication Line. All project power lines would utilize typical dead-end structures with supporting guy-wires to stabilize power lines between single and H-frame pole structures. Standard design practice for wooden pole electric power lines is to brace any pole (typically through the use of guy-wires) where the wire conductor loads tend to pull a pole out of its vertical position and to sustain the line during abnormal loads caused by sleet, wind and cold.  The National Electric Safety Code specifies minimum required design for power poles.  Tangent poles (poles without guy wires) are used where they are in a straight line with other poles and are not located at angle turns in the line, or other locations with unbalanced loads.  Guyed poles are used where there are unbalanced horizontal loads that must be counteracted with guy wires connecting the tops of the poles with ground anchors. Guyed poles are also used at angle points in the line that produce horizontal, unbalanced loads. Due to the alignment of the 25-kV and 12.47-kV power lines the majority of the poles would be tangent poles. However, due to the unbalanced horizontal loads and necessary angle points, the use of guyed poles is necessary to stabilize the number of power poles.

Power lines and structures would be designed to minimize the potential for operational and avian risks that result from avian interactions with power line facilities. Avian protection measures along the power line and at the guy-wires would be designed to be consistent with the guidance proposed by the Avian Power Line Interaction Committee (APLIC) and U.S. Fish and Wildlife Service (USFWS) (APLIC 2006, 2012). Specific information regarding raptor safety measures are  identified in the *Adaptive Wildlife Management Plan* (Peak Minerals 2024a). A fiber optic communication line would be strung on the power line structures, extending east from the Processing Facility to the Rail Loadout Facility.

Towers would be installed by conventional assembly and erection methods. In the conventional method of assembly and erection, long and short sections of wood or steel members and associated hardware, including insulators, hardware, and stringing sheaves, are shipped to each tower site by truck. Members are assembled on-site into complete structures and then hoisted into place with a crane. Following tower placement, the holes would be backfilled with structural fill material. Structural fill material would preferably be native soil or spoils, excavated on-site during hole excavation and foundation installation, that is compactible and suitable for providing a dense supportive soil mass. If native soil is not suitable for backfill, a suitable granular material would be imported.

After the power line tower structures are erected, they would be rigged with insulator strings and stringing sheaves at each ground wire, communications, and conductor position. Cables would be strung, using powered pulling equipment at one end and powered braking or tensioning equipment at the other end. Insulators, hardware, and stringing sheaves would be delivered to each structure site prior to stringing. Guy-wires, if needed, would be discussed in the Final POD.

For public protection during wire installation, guard structures could be erected adjacent to roads, existing power lines, and other obstacles. Guard structures typically consist of H-framed wood poles placed on either side of an obstacle. These structures would prevent ground wire, conductor, or equipment from falling on an obstacle and would be removed following the completion of conductor installation. Guard structures may not be required for small roads or other areas where suitable safety measures, such as barriers, flagmen, or other traffic controls, could be used.

Pilot lines would be pulled (strung) from structure to structure and threaded through the stringing sheaves at each structure. Following pilot lines, a larger-diameter, stronger line would be attached to

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

conductors to pull them onto structures. This process would be repeated until the ground wire or conductor was pulled through all sheaves.

The shield wire, ground wire, and conductors would be strung using powered pulling equipment at one end and powered braking or equipment tensioning at the other end of each segment. Sites for tensioning equipment and pulling equipment would typically be approximately 8,000 feet apart. Grading would not be required within the wire pulling and tensioning areas. To the maximum degree possible, all vegetation would be left in place and trampled but not cleared.

Each tensioning site would include enough room for tensioners, line trucks, wire trailers, and tractors needed for stringing and anchoring the ground wire or conductor. The tensioner, in concert with the puller, would maintain tension on the shield wires or conductors while they are pulled through the structures. Each pulling site would require less area than the tension site. A puller, line trucks, and tractors needed for pulling and temporarily anchoring the shield wires, ground wire, and conductor would be necessary at each pulling site. Where possible, pulling and tensioning sites would be located within the proposed permanent ROW. However, in some areas additional temporary ROWs would be required at some angle- and dead-end-type structures for wire pulling and tensioning activities. Each temporary work area for pulling and tensioning activities would be approximately 100 feet wide and up to 400 feet long. *The location of each pulling and tensioning site would be established during final design and would be included in the Construction POD.*

The permanent disturbance area for each H-frame structure would be approximately 20 × 5 feet. The permanent disturbance area for each single-pole structure would be approximately 10 × 5 feet.

### 4.6.3.7.     CLEANUP

Construction sites and access roads would be kept in an orderly condition throughout the construction period by using approved enclosed refuse containers. Refuse and trash would be removed from the sites and disposed of, as described in the *Solid and Hazardous Waste and Hazardous Materials Management Plan* (Peak Minerals 2024j).

### 4.6.3.8.     TESTING AND CALIBRATION

After construction, systems, controls, and safety equipment would be calibrated and tested before being placed in service. Qualified technicians and electricians would regularly test and inspect communications systems and transmission systems to ensure that they comply with required specifications and are working properly.

### 4.6.3.9.     RECLAMATION

Reclamation of areas disturbed by construction that are no longer needed for future O&M would include topsoil application, re-contouring and seeding in accordance with the *Reclamation Plan* (Peak Minerals 2024h). Areas to be reclaimed would include all areas disturbed within the temporary ROWs as well as any area within the permanent ROWs that is disturbed but does not need to be maintained free of vegetation for the life of the Project. The prevention of non-local weeds and exotic species invasion would be addressed throughout construction and in accordance with the *Noxious Weed Management Plan* (Peak Minerals 2024g).

### 4.6.4.     Communication Towers

Construction of communication towers would begin by clearing and grading a 50 × 50–foot area, where necessary. If required, the work area would be cleared of topsoil and vegetation using bulldozers and backhoes, only to the extent necessary. Tower structure foundations would be poured using a cement truck, and the tower would be erected using a small truck-mounted crane. All construction would be performed from within the permanent ROW. Equipment required for construction of the

communication towers would consist of the equipment listed in **Table 4-4**. Equipment and supplies would be transported to the site using existing roads with no road construction or upgrades anticipated.

Reclamation of areas disturbed by construction that are no longer needed for future O&M would include topsoil application, re-contouring and seeding in accordance with the *Reclamation Plan* (Peak Minerals 2024h). After the Long Ridge Communication Tower is no longer needed, the communication tower site would be re-contoured to as near the original grade as possible.

## 4.6.5.    Natural Gas Pipeline

Standard pipeline construction techniques would be employed along the Project route. Those techniques typically involve staking and fencing, clearing and grading, ditching, stringing and bending, welding, joint coating, lowering and backfilling, hydrostatic testing, and cleanup and restoration. These procedures would be used, unless conditions warrant the special methods described in Section 4.6.5.6, *Special Construction Methods*.

### 4.6.5.1.    PIPELINE PRE-CONSTRUCTION

Prior to any construction activities, survey crews would stake the outside limits of the construction ROW, the centerline of the pipeline trench, and temporary workspace areas with color-coded flagging as described in Section 4.3.2, *Flagging Plan*. Before any grading or excavation begins, One-Call systems (e.g., Bluestakes) for the area would be contacted so that buried utilities could be identified and flagged by the facility owners.

### 4.6.5.2.    CLEARING AND GRADING

Vegetation would be cleared, topsoil removed and stockpiled, and the permanent and temporary ROWs graded as needed to provide safe and efficient operation of construction equipment. The clearing and grading methods used during construction would be implemented to minimize erosion, as described in Section 4.5.1, *Clearing and Grading*. The Natural Gas Pipeline would follow the natural ground surface and would not require any cut or fill. The Natural Gas Pipeline would be buried at a depth of approximately 3 to 6 feet. Backfill would be native material unless the material is too rocky, in which case the trench would be filled with imported suitable fines.

### 4.6.5.3.    TRENCHING

Excavation of the pipeline trench would follow clearing and grading of the ROW. The majority of the excavation would be accomplished using machinery, such as ditching machines, backhoes, and rippers, as provided in the equipment listed in **Table 4-4**. The trench would be excavated to provide the minimum depth of cover required, allowing for at least 3 to 6 feet of cover between the top of the pipe and the final land surface after backfilling. As described in Section 2.4, *Propane and Natural Gas Supply*, the Natural Gas Pipeline may be constructed aboveground for short distances in selected areas in order to avoid or minimize impacts to sensitive resources. Potential aboveground pipeline construction methods are described below in Section 4.6.5.6, *Special Construction Methods*.

After ditching, multiple activities take place before the pipe is backfilled. The trench would be backfilled as quickly as possible after ditching.

Any crossing of other pipelines may require the pipeline to be buried at greater depths, consistent with applicable U.S. Department of Transportation or Federal Energy Regulatory Commission regulations. Where practicable, at least 12 inches of clearance would be maintained when crossing other pipelines, cables, or other similar structures.

Excess rock and boulders that are too big to place back into the trench would be used to block access to the pipeline ROW, if and where needed. Rocks measuring more than 4 feet in diameter would be broken up or removed and disposed of at landowner or land manager-approved locations.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## 4.6.5.4.    LOWERING-IN AND BACKFILLING

Once the joint welding and coating operations are completed, the pipeline would be lowered into the trench using side boom tractors to lift the pipe, position it over the trench, and lower it into place. The pipeline and trench would be inspected to verify that minimum cover is provided, that the trench is free of rock or debris, that the external pipe coating is not damaged, and that the pipe is properly fitted and installed into the trench.

If water accumulates in the trench and dewatering is necessary during the excavation or lowering-in process, water would only be discharged

- in areas previously surveyed for cultural and biological resources and approved by the landowner or land manager,
- in accordance with protection measures identified in the SWPPP (Peak Minerals 2024l),
- under the supervision of a BLM-approved environmental monitor, and
- in a manner designed to prevent discharge water from flowing into wetlands or waterbodies.

After the pipe is lowered into the trench, the pipeline would be padded and the trench backfilled. Previously excavated materials would be pushed back into the trench using bladed equipment, backhoes, or auger-type backfilling machines. Backfill material generally would consist of the material excavated from the trench. Padding or other protective coating would be used to prevent damage to the pipe coating. This padding would typically consist of subsoil removed from the trench that has been screened to remove larger rocks. Alternatively, other suitable material from an agency-approved local source (e.g., soil or sand) may be imported from other areas along the ROW. Topsoil would not be used for padding. In agricultural lands and other areas where the topsoil has been segregated, trench subsoil would be placed in the trench first and the topsoil placed on top of the trench subsoil. Specific topsoil segregation procedures are described in the *Reclamation Plan* (Peak Minerals 2024h).

## 4.6.5.5.    HYDROSTATIC TESTING

The pipeline would be hydrostatically tested before being placed into service to verify its integrity and to ensure its ability to operate at the maximum allowable operating pressure. Hydrostatic test water would be obtained in compliance with federal and state regulations, as well as existing water rights. Specific locations are not available at this time but would be provided to the landowner or land manager for approval when the design has reached the appropriate stage. Topography and the availability of test water would determine the length of each test segment. Pipeline test segments would be capped and filled with water, then pressurized in accordance with U.S. Department of Transportation regulations (49 CFR 192). Any leaks detected would be repaired and that section of pipeline retested.

Peak Minerals anticipates that the entire Natural Gas Pipeline would be hydrostatically tested. The total volume of hydrostatic test water, if the pipeline were filled all at once, is approximately 415,000 gallons. The total volume reflects the total length of pipe and would be reduced by reusing water in separate pipe segments to the extent possible.

Upon completion of testing each pipe segment, the water would be discharged or pumped to the next segment to reduce the amount of hydrostatic test water required and discharged. The test water would ultimately be discharged in accordance with UPDES hydrostatic discharge permit requirements. Only clean pipe would be tested, and no chemicals would be added. Water would be discharged through energy-dissipating devices (e.g., hay bale filters or sediment bags) where necessary to control erosion and sedimentation. Once a pipe segment has been successfully tested and dried, the test cap and manifold would be removed, and that section of the pipe would be connected to the remainder of the tested pipeline.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

Hydrostatic discharge would be discharged as approved by the landowner or land manager and with appropriate erosion controls. If hydrostatic discharge occurs on-site, it would only be discharged

- in areas previously surveyed for cultural and biological resources and approved by the landowner or land manager,
- in accordance with protection measures identified in the SWPPP (Peak Minerals 2024l),
- under the supervision of a BLM-approved environmental inspector, and
- in a manner designed to prevent discharge water from flowing into wetlands or waterbodies.

### 4.6.5.6. SPECIAL CONSTRUCTION METHODS

Construction across the following features, such as roads and railroads, pipelines, and rugged terrain, would involve special construction techniques, as described in the following discussion.

**Other Pipelines, Unpaved and Paved Roads, State Highways, and Railroad Crossings.** Construction of pipelines across major highways, railroads, paved roads, and unpaved roads where traffic cannot be interrupted would be accomplished by boring under the roadbed. Smaller, unpaved roads and drives would be crossed by open trenching and then repaired to pre-construction or better condition. If an open-cut road requires extensive construction time, provisions would be made for detours or other measures to permit traffic flow during construction in compliance with the *Transportation and Traffic Management Plan* (Peak Minerals 2024m). Road damage caused by construction of the pipeline would be repaired as needed. The pipeline would be buried to the depth required by applicable road crossing permits/approvals and would be designed to withstand anticipated external loadings. Railroad crossings would be installed in accordance with the requirements of the railroad.

**Bored Crossings.** Where traffic cannot be interrupted, the roadbed under major highways and railroads would be bored. Boring involves pushing the pipe through a hole below the road or railroad. A bore pit is dug on one side of the crossing and a receiving pit is dug on the other side of the crossing, and both are then graded so that the bore is at the proper elevation for installation of the pipe. A boring machine is then lowered to the bottom of the bore pit and placed on supports. The machine cuts a shaft under the crossing using a cutting head mounted on an auger. After the hole is cut, the auger is removed from the bore pipe, a section of permanent pipe is welded to the bore pipe and, as the bore pipe is pulled out, the permanent pipe is pulled in.

**Contingency for Unforeseen Conditions.** Any unforeseen problems or issues arising during construction that are not addressed in the POD would be addressed in variance requests.

**Areas Requiring Blasting.** If subsurface rock that could not be excavated using mechanical means is encountered, blasting may be necessary as described in Section 4.1.2, *Blasting Plan*. Blasting would be conducted in compliance with the *Blasting Plan* (Peak Minerals 2024b) and site-specific blasting plans.

**Aboveground Pipeline Construction.** Aboveground portions of the pipeline would be mounted approximately 3 feet above grade. To achieve this, the line would be mounted on supports consisting of small steel posts with a concrete foundation. Supports would be spaced approximately 20 feet on center along the aboveground portion of the pipeline.

### 4.6.5.7. RECLAMATION

Cleanup and restoration would be performed following landowner or land manager coordination. Reclamation would be conducted in accordance with the *Reclamation Plan* (Peak Minerals 2024h).

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

### 4.6.6. Rail Facilities

Within the perimeter fence surrounding the Rail Loadout Facility, the surface would be cleared, leveled, and portions would be covered with gravel, allowing vehicle access throughout the site. Staging of materials would occur at the Rail Loadout Facility. The Rail Spur Access Corridor would follow the Rail Spur along its south side. Two access roads, originating at Crystal Peak Road, would provide access to the Rail Loadout Facility. Equipment counts are included in **Table 4-4**. *(Additional information regarding the depth of gravel and application procedures would be provided in the Construction POD.)*

### 4.6.6.1. RAIL FACILITY ACCESS ROAD CONSTRUCTION

Two Rail Loadout Facility access roads would be constructed in accordance with Project requirements for heavy truck traffic. Roads would allow access and egress for haul trucks to be used during operation of the facility. Construction of these Rail Loadout Facility access roads would take place in a 40-foot-wide ROW, with an additional 20 feet of temporary ROW used during construction for equipment movements. For each road, a 15-foot-wide drivable surface would be constructed, with an additional 7.5 feet on both sides of the road at 2H:1V slopes for drainage. A 1-foot-deep collection channel would be constructed on the upslope side of each Rail Loadout Facility access road to collect runoff and prevent impoundment of runoff. Because of relatively flat slope of the area where the Rail Loadout Facility access roads would be constructed, collection channels would not be needed on the downslope side of the roads. The additional ROW width beyond the area occupied by the typical section would allow for installation of drainage features (e.g., culverts) where needed within the ROW. Roads would be constructed using a bulldozer or grader, followed by a roller to compact and smooth the ground. Front-end loaders would be used to move the soil locally. Dump trucks would be used to transport gravel or relocate excess road material. A minimum 6-inch thickness of gravel would be placed on the road surface. **Figure 2-15** shows a typical road cross section. Detailed road standards would be addressed specifically in the final engineering design.

In general, Rail Loadout Facility Access Roads 1 and 2 and the Rail Spur Access Corridor would be constructed in the following manner. Access road construction would begin with Project preparation, including constructing Project access entryways from public roads. The Rail Loadout Facility access roads would be located on relatively flat terrain and construction would likely require very little cut and fill. Road construction would be performed in multiple phases, starting with vegetation and topsoil removal, rough grading and leveling of roadways. Once rough grade is completed, base rock would be trucked in, spread, and compacted to create a road base. A capping rock would then be spread over the road base and compacted to the finished grade. *(Road construction plans would be finalized and included in the Construction POD.)*

Once heavy construction is complete, a final pass would be made with the grading equipment to level road surfaces and more capping rock would be spread and compacted where needed. Water bars would be cut across roads as needed to allow for natural drainage of water over the road surface and to prevent road washout. Side ditches would be excavated as needed to allow for natural drainage of water away from the road surface and to reduce the potential for erosion. Excavated soil and rock would be used on-site for road construction or distributed or disposed of off-site. Larger excavated rocks would be buried or crushed and reused on-site as backfill or roadway material.

Culverts or other drainage structures may be installed if the road crosses drainages. In addition, road construction would include dust and erosion control measures. Water application or other dust suppression methods would be utilized in areas where the application of road surface sealants would be considered unsuitable. Cattle guards would be placed as needed to prevent livestock from inadvertently entering the rail facility.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
1002761

Rail Loadout Facility access roads would generally be constructed in the following sequence:

1. Stake ROW centerline and boundaries of roads as necessary for construction
2. Install temporary stabilization features, such as silt fences, straw bales, and other controls, at the limits of construction
3. Clear and grub area associated with road
4. Separate and stockpile topsoil for later use
5. Grade roads to slopes/design indicated on construction drawings
6. Compact subgrade
7. Install aggregate road surface
8. Perform final stabilization/revegetation of disturbed areas associated with roadway ROW
9. Remove temporary stabilization measures once final stabilization/revegetation is established

If available, soil materials would be salvaged and stockpiled at the Rail Loadout Facility during construction. Specific topsoil segregation procedures are described in the *Reclamation Plan* (Peak Minerals 2024h).

Graveling would be accomplished within a period specified by the BLM. The Project's source of aggregate fill materials is described in the *Gravel Pit Mining Plan* (Peak Minerals 2024o).

Small drainage crossings on Rail Loadout Facility access roads, if any, would use culverts sized to accommodate storm events, as defined by the drainage guidelines (BLM 2011) and as required in accordance with the BLM's roads manual (BLM 2015). Low-water crossings also may be used in shallow channel crossings. Low-water crossings of channels would consist of excavating an area approximately 4 feet deep under the roadway and filling it with rock and gravel to the level of the drainage bottom. Channel banks on either side of such crossings would be cut down to reduce grade, where necessary. Generally, culverts would be installed on smaller, steeper channel crossings. Topsoil would be saved before channel-crossing construction occurs.

Once construction is complete, reclamation would be initiated in areas temporarily disturbed by construction (see Section 4.7, *Site Reclamation and Revegetation*). After topsoil placement, final grading and restoration to approximate original contours, areas on BLM-administered land would be reclaimed using seed mixtures and techniques developed in consultation with the landowner or land manager (see *Reclamation Plan* [Peak Minerals 2024h]).

After construction, all areas with soil disturbance would be monitored for the presence of noxious weeds. Noxious weed control would continue on-site during the revegetation process and Project O&M, according to the specifications stipulated in the *Noxious Weed Management Plan* (Peak Minerals 2024g).

## 4.6.6.2.    RAIL LOADOUT FACILITY YARD CONSTRUCTION

Construction of the Rail Loadout Facility would consist of clearing and grubbing the area; grading and graveling; and constructing the truck dump, storage facility, and conveyance structures. A fence would be constructed around the entire Rail Loadout Facility. Construction of the substation and track structures are described separately in Section 4.6.3.1, *Substation Construction*, and Section 4.6.6.3, *Rail Spur and Access Corridor Construction*. General construction equipment would be used for construction of the Rail Loadout Facility and structures, as shown in **Table 4-4**.

Vegetation would be cleared and the area graded, as needed, to provide a flat surface and shallow grades as required for track operation. The clearing and grading would be restricted to the area of the yard. Prior to grading, any brush or shrubs within the Rail Loadout Facility area would be cut or scraped at or near

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

the ground level. Substantive cutting of terrain would not be performed unless required. Topsoil would be removed and stockpiled as described in the *Reclamation Plan* (Peak Minerals 2024h).

Subsoil removed during the grading process would be set aside for use in track construction as needed or stockpiled. Erosion-control methods would be implemented in accordance with the SWPPP (Peak Minerals 2024l).

### 4.6.6.3.    RAIL SPUR AND ACCESS CORRIDOR CONSTRUCTION

Construction of the Rail Spur and Rail Spur Access Corridor would consist of staking and fencing (clearly marked construction fencing would be removed after construction), clearing and grubbing the Rail Spur Access Corridor, excavation as necessary, placement of road bed material, construction of foundations, placement of sub-ballast and ballast, and placement of track. Typical procedures for these activities, in accordance with rail transport operator specifications and requirements, are described in the following discussion. Concurrent with construction of the Rail Spur, a permanent graded access ROW would be cleared and graded parallel to and immediately south of the Rail Spur to allow pickup truck traffic during O&M.

Prior to any construction activities, survey crews would stake the outside limits of the construction ROW and the centerline of each track with color-coded flagging, as described in Section 4.3.2, *Flagging Plan*. Before any grading or excavation begins, One-Call systems (e.g., Bluestakes) for the area would be contacted so that buried utilities could be identified and flagged by the facility owners.

Clearing and grubbing would be conducted, as described in Section 4.5.1, *Clearing and Grading*. Topsoil would be removed and stockpiled as described in the Reclamation Plan (Peak Minerals 2024h). Excavation would be required in certain areas to establish the elevations and grades required for safe and efficient operation. Following excavation, the embankments would be constructed by scarifying the ground surface to a minimum depth of 6 inches. Foundation soil would then be placed and compacted to the required density. The embankment fill would then be laid to meet required elevation and side slope (drainage) requirements, as shown in **Figure 2-16**. Fill would consist of excavated material where suitable and available, material from proposed gravel pits (*Gravel Pit Mining Plan* [Peak Minerals 2024o]), or material from a BLM-approved offsite supplier. All imported materials would be clean and free of any contaminated or hazardous materials. Pipe culverts may be installed if drainages are crossed by the spur route.

A minimum depth of 8 inches of ballast, consisting of crushed stone obtained from an agency-approved local source, would be laid over the top of the foundation and embankment material. A minimum 3H:1V slope would be established for ballast material, with a minimum total width of ballast along the single track of 24 feet. Rail and ties would then be placed on top of the ballast to meet railroad specifications and requirements. The road crossings at SR 257 and Headlight Canyon Road would be at grade and constructed either with plank and asphalt or entirely with asphalt. *(The plank material would be determined during final Project design and would conform to UDOT standards.)*

The Rail Spur Access Corridor would have topsoil reapplied and revegetated, as appropriate, after construction to allow pickup truck access along the spur for routine maintenance during facility operation.

### 4.6.6.4.    12.47-KV POWER LINE CONSTRUCTION

The 12.47-kV Power and Communication Line would be strung on single poles from the Processing Facility to the Rail Loadout Facility. Construction procedures would be as described in Section 4.6.3, *Power and Communication Lines*.

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.1247    Page 883 of 954

SECTION 4 – PROJECT CONSTRUCTION

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

### 4.6.6.5.    CLEANUP

Construction sites and access roads would be kept in an orderly condition throughout the construction period by using approved enclosed refuse containers. Refuse and trash would be removed from the sites and disposed of in an approved manner.

### 4.6.6.6.    TESTING AND CALIBRATION

After construction, systems, controls, and safety equipment would be calibrated and tested before being placed in service. Qualified technicians and electricians would regularly test and inspect rail structures and transmission systems to ensure compliance with required specifications and that they are working properly.

### 4.6.6.7.    RECLAMATION

Areas disturbed by construction that are no longer needed for future O&M would be reclaimed in a manner to encourage natural revegetation. The prevention of non-local weeds and exotic species invasion would be addressed throughout construction and in accordance with the *Noxious Weed Management Plan* (Peak Minerals 2024g).

## 4.6.7.    *Water Supply and Distribution*

Construction of the water supply wells and distribution system would include well construction, improvement of existing access roads, construction of buried water pipelines to extend from the supply wells to the Processing Facility, and construction of power lines to provide power to the well pumps.

### 4.6.7.1.    WATER SUPPLY WELL CONSTRUCTION

The freshwater supply wells would be drilled on BLM-administered and TLA-administered lands. Well construction methods would be the same for each of the four water supply wells. Prior to construction at each well location, an area measuring up to 125 × 150 feet (approximately 0.43 acre) would be cleared and grubbed, as described in Section 4.5.1, *Clearing and Grading*. Topsoil would be removed and stockpiled as detailed in the Reclamation Plan (Peak Minerals 2024h). This area would provide for disposal of drill cuttings, drilling fluid disposal, and areas for vehicle and equipment staging. At each location, a 14-inch-diameter production well would be drilled to a total approximate depth of 1,500 feet bgs. Rotary methods would be used to ream the borehole to a minimum diameter of 20 inches to allow for completion of the well. During the drilling, cuttings and drill fluids would be contained in accordance with state regulations and lease requirements and would be disposed of in accordance with applicable laws and regulations. Water produced during well development and testing would be contained and disposed of in accordance with state requirements provided in the *State of Utah Water Well Handbook* (UDWRi 2011), which is based on State of Utah regulatory guidance (see UAC R655-4). A concrete well pad, well house, and associated equipment would be installed permanently at each well site, as shown on **Figure 2-18**.

Construction of each water supply well would involve several primary activities, including well permitting and design, well drilling, well construction, well development, well testing, well pad construction, and well house construction and pump installation. Well abandonment is the preferred action when wells are no longer needed. If another entity would like to retain wells for other uses after completion of the Project, that entity would be responsible for obtaining the necessary water rights and any necessary permits and for any further maintenance or later abandonment.

The wells would be constructed in conformance with the Administrative Rules for Water Wells (UAC R655-4), administered by the UDWRi, and the Utah Drinking Water Rules (UAC R309), administered by the Utah Division of Drinking Water. Because the wells would supply drinking water to the Processing Facility (in addition to supplying process water), they would be considered part of a non-transient, non-

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

community public water system that would require permitting under R309-800-5 (Requirements for New Community and New Non-Transient, Non-Community Water Systems), R655-600 (Source Protection: Drinking Water Source Protection for Ground-Water Sources), and the Millard County Drinking Water Source Protection Ordinance (Chapter 5 of the Millard County Code). Well drilling, construction, development, and testing would be accomplished under the direct supervision of a licensed water well driller.

**Well Drilling.** Well drilling would likely be performed by rotary and downhole hammer methods. The downhole hammer would be used to drill through alluvial materials and bedrock (g and quartzite). Depending on the condition of the bore hole through the alluvial materials, a 24-inch surface casing may be installed through the alluvial fill to prevent caving and maintain an open bore hole. Downhole hammer drilling would require the use of air compressors to lift the drill cuttings to the surface.

Rotary methods would be used to ream the borehole to a minimum diameter of 20 inches to allow for completion of the well. The rotary drilling process would circulate drilling fluid or drilling mud, typically bentonite clay slurry, to bring drill cuttings to the surface where they are separated from the drilling fluid. The drilling system would use technologies that allow for the continuous recycling of drilling fluids. This equipment would consist of aboveground settling basins or fractionation tanks and shaker tables to removed cuttings from the drilling fluids. Pits or settling basins are not currently planned but may be dug for these activities. *(If these features are deemed necessary, pit and settling basin dimensions would be included in the Construction POD.)* After being separated from the drilling fluid, the cuttings would be stockpiled for later incorporation into the well pads and nearby access roads. Mud-based drilling fluids would be removed from the sites and disposed at an approved and permitted facility suitable for such materials. Borehole geophysical logging would likely be performed after drilling is completed to support final well design. Water produced during well drilling would be contained and disposed of in accordance with state requirements provided in the *State of Utah Water Well Handbook* (UDWRi 2011), which is based on State of Utah regulatory guidance (see UAC R655-4). If water produced during well drilling is discharged on-site, it would only be discharged

- in areas previously surveyed for cultural and biological resources and approved by the landowner or land manager,
- in accordance with protection measures identified in the SWPPP (Peak Minerals 2024l),
- under the supervision of a BLM-approved environmental inspector, and
- in a manner designed to prevent discharge water from flowing into wetlands or waterbodies.

**Well Construction.** Well construction involves the installation of well casing and screen, filter pack, and appropriate bentonite and cement seals. Besides material packaging and small amounts of excess well construction materials, which would be contained and disposed of off-site, no large-volume wastes would be produced during construction.

**Well Development.** During well development, drill fluids would be flushed out of the newly constructed well and collected on the surface where they would be settled in tanks. After settlement, clean water would be discharged at the well site, as approved by the BLM and with appropriate erosion controls. If water produced during well development is discharged on-site, it would only be discharged:

- in areas previously surveyed for cultural and biological resources and approved by the landowner or land manager,
- in accordance with protection measures identified in the SWPPP (Peak Minerals 2024l),
- under the supervision of a BLM-approved environmental inspector, and
- in a manner designed to prevent discharge water from flowing into wetlands or waterbodies.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

Drilling mud and associated solids would be transported off-site and disposed of at approved disposal facilities. Once the drilling fluids are mostly removed from the well, turbid water with aquifer materials would be removed from the well through a combination of surging, bailing, and pumping to establish good hydraulic communication between the well and formation. The solids would be allowed to settle in tanks before low-turbidity water is discharged with appropriate erosion controls. Solids would be handled as discussed below.

**Well Testing.** Well testing would involve pumping clean water from each well (over a sufficient duration to determine impacts) to determine a sustainable pumping rate for each well and to allow for selection of a suitable pump. Clean water would be discharged to the ground surface with appropriate erosion controls and according to practices described under Well Development, above. Note that additional aquifer testing may be required by the BLM to assess the impacts on the aquifer of pumping. If required, this testing would be described in a separate monitoring plan.

**Well Pad Construction.** Concrete well pads would be poured to measure approximately 10 × 12 feet and a minimum of 6 inches in thickness.

**Well House Construction and Pump Installation.** Well house construction and pump installation would involve the construction of a small building to house pumping and related plumbing, electrical equipment, and instrumentation to operate the well. Besides normal construction waste, which would be hauled off-site and disposed of at a permitted landfill, no other waste would be produced. Prior to the well being put into service, it would be disinfected by chlorination.

**Water Discharge.** Extracted groundwater generated during well development and aquifer testing would be routed to the nearest drainage swale via piping or hoses, as approved by the landowner or land manager and according to practices described under Well Development, above. Prior to discharging to the drainage swale, a reconnaissance of the drainage swale would be conducted to ensure free passage of water downgradient and to ensure that pumped groundwater does not flow out onto a road or back up on a human-made structure (e.g., roads or fill). If a drainage swale is not immediately available, the extracted groundwater would be fanned out on tarps outside of the working area and allowed to pass through hay bales or other erosion control devices to reduce the erosive potential of the flowing water. This method of discharge would only be implemented where a road or other structure would not be adversely affected by the discharged groundwater. Water discharged in either manner would be allowed to gravity flow and dissipate into the soil.

**Disposal of Solids and Site Restoration.** Solids produced during well drilling (i.e., cuttings) and well development would be managed by grossly segregating coarse- and fine-grained materials into separate stockpiles. Upon completion of each well, the stockpiles be spread with the coarse-grained fraction used for filling in ruts in surrounding roads and the fine-grained portion spread across the drill pad and incorporated into the surface layer prior to seeding or hauled away for disposal. Following completion of drilling, each site would be graded and prepared for reseeding, using a seed mixture approved by the landowner or land manager.

**Well Abandonment.** After they are no longer needed, the water supply wells would be abandoned according to UAC R655-4-14, or the most current, applicable regulation. Notification would be provided to the state engineer prior to commencing abandonment work, and an abandonment log would be submitted in compliance with UAC R655-4-4. The abandonment would be accomplished under the direct supervision of a licensed water well driller.

## 4.6.7.2.    WATER PIPELINE CONSTRUCTION

**Pipeline Pre-Construction.** Prior to any construction activities, survey crews would stake the outside limits of the construction ROW, the centerline of the pipeline trench, and temporary workspace areas with color-coded flagging, as described in Section 4.3.2, *Flagging Plan*. Before any grading or excavation

begins, One-Call systems (e.g., Bluestakes) for the area would be contacted so that buried utilities could be identified and flagged by the facility owners.

**Clearing and Grading.** Vegetation would be cleared and the permanent and temporary ROWs graded, as needed, to provide safe and efficient operation of construction equipment. The clearing and grading methods implemented during construction would be consistent with those described in Section 4.5.1, *Clearing and Grading*. Topsoil would be removed and stockpiled as detailed in the Reclamation Plan (Peak Minerals 2024h). Substantive cutting of terrain would not be performed unless required. Erosion control methods would be implemented in accordance with the SWPPP (Peak Minerals 2024l).

**Trenching.** Excavation of the pipeline trenches would follow clearing and grading of the ROW. The majority of the excavation would be accomplished using machinery, such as ditching machines, backhoes, or rippers. Each trench would be excavated to a sufficient depth to provide the minimum depth of cover required, allowing for at least 36 to 48 inches of cover between the top of the pipe and the final land surface after backfilling.

Pipeline construction is a successional process consisting of multiple activities. Based on this timing, backfill would be complete within one week after ditching. The trenches would be backfilled as quickly as possible.

**Lowering-In and Backfilling.** The water line pipes would likely be plastic (polyvinyl chloride or HDPE) with glued, gasketed, or fused joints. If HDPE pipe is used, its joints would be fused and then the pipe rolled into the trench. If glued or gasketed polyvinyl chloride pipe is used, its joints would be manually assembled in the trench. Either pipe type would then be laid to design grade on native soils or sand bedding at the trench bottom. The water pipes and trenches would be inspected to verify that minimum cover is provided, that each trench is free of rock or debris, and that the pipes are properly fitted and installed into the trenches.

The pipe trenches would be backfilled. Previously excavated materials would be pushed back into the trenches, using bladed equipment, backhoes, or auger-type backfilling machines. Backfill material generally consists of the material excavated from the trenches. Padding would typically consist of subsoil removed from the trenches that has been screened to remove larger rocks. Alternatively, other suitable material from an agency-approved local source (e.g., soil or sand) may be imported to the site. Topsoil would not be used for padding. Where the topsoil has been segregated, trench subsoil would be placed in the trench first and the topsoil placed on top of the trench subsoil. Specific topsoil segregation procedures are described in the *Reclamation Plan* (Peak Minerals 2024h).

**Hydrostatic Testing.** The pipelines would be hydrostatically tested, consistent with the methods described in Section 4.6.5.5, *Hydrostatic Testing*. Hydrostatic test water would be obtained in compliance with both federal and state regulations and with existing water rights.

Approximately 4.29 miles of 6-inch-diameter water pipeline main and approximately 5.45 miles of the 4-inch-diameter gathering water lines would be hydrostatically tested. The total volume of hydrostatic test water, if the pipelines were filled all at once, is approximately 67,000 gallons. The total volume reflects the total length of pipe and would be reduced by reusing water in separate pipe segments to the extent possible.

Upon completion of each test, the water may be discharged or pumped to the next pipeline segment for testing to reduce the amount of hydrostatic test water required and/or discharged. Discharge sites would need to be approved in advance by the BLM AO and may require survey for cultural and biological resources. If water produced during well development is discharged on-site, it would only be discharged

- in areas previously surveyed for cultural and biological resources and approved by the landowner or land manager,

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

• in accordance with protection measures identified in the SWPPP (Peak Minerals 2024i),

• under the supervision of a BLM-approved environmental inspector, and

• in a manner designed to prevent discharge water from flowing into wetlands or waterbodies.

### 4.6.7.3.    SPECIAL CONSTRUCTION METHODS

Construction across the following features, such as roads and railroads, pipelines, and rugged terrain, would involve special construction techniques, as described in the following discussion.

**Unpaved Roads.** Construction of the water pipelines across Crystal Peak Road would be completed by open trenching and then repaired to pre-construction or better condition. If an open-cut road requires extensive construction time, provisions would be made for detours or other measures to permit traffic flow during construction. Road damage caused by construction of the pipelines would be repaired as needed. The pipelines would be buried to the depth required by applicable road crossing permits and approvals and would be designed to withstand anticipated external loadings.

**Contingency for Unforeseen Conditions.** Any unforeseen problems or issues arising during construction that are not addressed in the POD would be addressed in the form of variance requests.

**Areas Requiring Blasting.** If subsurface rock is encountered that could not be excavated using mechanical means, blasting for ditch excavation may be necessary, as described in Section 4.1.2, *Blasting Plan*. Blasting would be conducted in compliance with the *Blasting Plan* (Peak Minerals 2024b) and site-specific blasting plans, which would be reviewed by the BLM and Cooperating Agencies.

### 4.6.7.4.    12.47-KV POWER LINE SPUR CONSTRUCTION

The 12.47-kV Power Line Spurs would be strung on single poles from the main 12.47-kV Power and Communication Line, located adjacent to Crystal Peak Road, to a pole-mounted transformer at each water supply well. Construction procedures would be as described in Section 4.6.3, *Power and Communication Lines*.

### 4.6.7.5.    EXISTING ROAD IMPROVEMENT

Water Supply Well Access Roads 1, 3, and 4 would need to be upgraded to bear the weight of construction vehicles required for well drilling and associated facility installation. These roads would be upgraded to a width of 15 feet, with 5 feet on both sides to accommodate maintenance. Road improvements would be constructed using a bulldozer or grader, followed by a roller to compact and smooth the ground. Front-end loaders would be used to move the soil locally or off-site.

Water Supply Well Access Road 2 is a bladed, approximately 24-foot-wide, county-maintained Class B road. Upgrades to Water Supply Well Access Road 2 would not be required.

### *4.6.8.    Water Monitoring Well Construction*

Water monitoring wells would be drilled using reverse rotary and/or sonic drilling methods. Final depths of these wells would be determined based on field geology at the time of drilling. Prior to construction at each well location, the site would be reviewed and based on the vegetation cover on-site, either:

• For long duration well development (more than 10 days),an area measuring up to 100 × 100 feet (approximately 0.23 acre) would be cleared and grubbed (would clear the minimum area necessary), as described in Section 4.5.1, *Clearing and Grading*. Topsoil would be removed and stockpiled as detailed in the Reclamation Plan (Peak Minerals 2024h), or

• For shallow well or short duration development (less than 10 days), the vegetation would be crushed by driving over it to allow vehicle access and the drill set-up to a drill a well bore and well completed. A 4'x4' well pad would be installed around the casing and a locking surface

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

casing installed. The debris from the drilling would be cleared, the cuttings spread, and the site reseeded in accordance with the Reclamation Plan (Peak Minerals 2024h).

The pad area would provide for disposal of drill cuttings, drilling fluid disposal, and areas for vehicle and equipment staging.

The water monitoring wells located off-lease would consist of a 4-inch diameter casing. Graded sand would be installed as a filter pack in the completion zone surrounding the lower solid casing and well screen to a level at least 5 feet above the top of the screen. Bentonite grout would be tremied into the annular space from the top of the filter pack to 5 feet below the ground surface and cement grout would be placed from the top of the bentonite to the ground surface. A steel protective casing with a locking lid would be installed over the PVC casing, extending at least 3 feet into the cement grout and 2 feet above ground surface. The PVC casing and cap would be cut to fit below the top of the steel protective casing before the steel casing is set. Additional details can be found in the *Water Monitoring Plan* (Peak Minerals 2024n).

Reclamation of areas disturbed by construction that are no longer needed for future O&M would include topsoil application, re-contouring and seeding in accordance with the *Reclamation Plan* (Peak Minerals 2024h).

### 4.6.9.    *Access Roads and Playa Access Road*

Access roads would be used during construction and operation. The Playa Access Road would be constructed completely within the playa and used throughout the life of the facility.

**Access Roads.** The Project would use nine Access Roads (Segments A, B, C1, C2, D1, D2, E, F, and G [**Figure 2-20**]) to provide vehicle access to the playa during construction and operation. Following construction, use of these Access Roads would be on an intermittent basis for monitoring, utility maintenance, and other Project needs. A 25-foot-wide permanent ROW would be required for each of these Access Roads to allow for expected improvement and maintenance activities. The entire 25-foot-wide ROW may not be required; however, it is assumed that it would be needed in some areas (e.g., at improved drainage crossings). Peak Minerals would maintain Segments A, B, C1, C2, D1, D2, E, F, and G, including grading the roads when needed. No pullout areas would be installed on the Access Roads. Most construction equipment would remain at the construction site through the construction period and would travel along the roads only between construction locations and at the beginning and end of the construction process. The majority of construction-related traffic would consist of worker travel in pickup trucks and personnel transport vehicles and delivery of construction materials. The 25-foot-wide ROW would be sufficient to allow occasional passenger vehicles to pass each other along the road. **Table 4-4** provides a summary of general construction equipment anticipated for the Project.

Peak Minerals, the landowner or land manager, and Millard County officials would conduct a site visit to review the Access Roads. Disturbance widths and BLM recommendations for problem areas would be discussed during the visit. Roads would be used and maintained to minimize disturbance as specified by the landowner or land manager to provide safe operating conditions at all times. Surface disturbance would be contained within the road ROW.

Details of access road improvements, if any, would be agreed upon with Millard County and the landowner or land manager.

**Playa Access Road Segments.** Playa Access Road Segment 1 is off-lease would be constructed of materials adjacent to the road alignment and designed to support heavy equipment traffic associated with construction of the on-playa facilities (described in the Mining Plan [Peak Minerals 2024a]), as well as pickup truck traffic carrying workers to and from the on-playa operations. Construction of the off-lease Playa Access Road segment would follow the same methods as construction of the on-lease Playa

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

Access Road. Turnouts, to consist of the same surface and subsurface as the Playa Access Road, would be placed approximately 1 mile apart and would measure 10 feet wide × 100 feet long. An estimated 1 turnout would be constructed along the off-lease portion of the Playa Access Road.

**Figure 2-21** shows a typical Playa Access Road cross section. The Playa Access Road would have a 12-foot-wide drivable surface, 4-foot-wide shoulders on both sides of the road, and 9-foot side slopes, with 3H:1V slopes for drainage management. A 1-foot-wide drainage channel would be located at the bottom of the side slope on both sides of the road. A road berm would be located on the upland side of the Playa Access Road, and a spoils berm would be located on the playa side. The total width of the Playa Access Road ROW, including the road, spoils berms, and drainage management features (e.g., culverts), would be 60 feet. In areas where Playa Access Road turnouts are located, the total ROW width would be 70 feet. The height of the road is expected to be approximately 1 foot above the adjacent ground. The road crest would be a 12-inch layer of compacted native soil. Select portions of the Playa Access Road, where grades are 3% to 5%, may require off-site materials such as gravel. Culverts would be placed where required to convey drainage from local runoff into the playa.

Roads and turnouts would be constructed using a bulldozer or grader to place native soil obtained from within the Playa Access Road ROW, followed by a roller to compact and smooth the ground. Front-end loaders would be used to move the soil locally. Detailed road standards would be addressed specifically in the final engineering design.

Once heavy construction is complete, a final pass would be made with the grading equipment to level out road surfaces, and more native soil would be spread and compacted where needed.

Playa Access roads, spurs, and segments would generally be constructed in the following sequence:

1.  Stake centerline and boundaries of roads as necessary for construction
2.  Grade roads to slopes and design indicated on construction drawings
3.  Compact subgrade
4.  Install native soil road surface

### 4.6.10.    Preconcentration Ponds

Excavation would be accomplished using machinery, such as backhoes, excavators, dozers, and graders (see **Table 4-4**). Preconcentration Pond construction would occur during the first two years of Project construction. Berms surrounding the Preconcentration Ponds would be constructed using material excavated from within the footprint of the ponds, as defined in the Mining Plan (Peak Minerals 2024a).

### 4.6.11.    Recharge Canal Segment

Recharge Canal Segment 1 would be constructed in accordance with the construction schedule (see **Table 4-3**). The Recharge Canal would be built along the western and eastern edges of the playa, from north to south, to provide water to the Recharge Trenches.. Excavation would be accomplished using machinery, such as backhoes, excavators, dozers, and graders, as provided in the equipment listed in **Table 4-4**.

The slope, width, and depth of the off-lease canal segment is similar to those included in the Mining Plan (Peak Minerals 2024a). ROW dimensions for the off-lease portion of the canal are provided in Section 2.10.2, *Land Requirements and Limits of Disturbance*.

## 4.7.    Site Reclamation and Revegetation

The final phase of construction is cleanup and reclamation of areas disturbed by construction but not required for facility O&M. Structures and facilities would be reclaimed when no longer needed for O&M or would remain in place if reauthorized by the landowner or land manager for another use. The

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

following discussion represents minimum requirements for areas disturbed by the construction process. Specific requirements and additional details are included in the *Reclamation Plan* (Peak Minerals 2024h).

Areas that have been temporarily disturbed by grading or other earthmoving activities would be repaired to the original contours of the land to the extent possible and consistent with future operating needs. Reclamation work may consist of re-contouring eroded areas, creating berms, installing rock barriers, reapplying topsoil, establishing vegetation, and applying mulch to provide additional erosion control. Ungraded areas disturbed only by overland travel or trampled during construction activities would be assessed in coordination with the landowner and land manager to determine if reclamation is needed for recovery of the area.

If available and suitable, soil materials would be salvaged and stockpiled during construction. Where appropriate, topsoil would be segregated during construction. Specific topsoil segregation procedures are described in the *Reclamation Plan* (Peak Minerals 2024h). When the temporarily disturbed areas are to be reclaimed, suitable materials would be removed from storage areas and transported and placed at revegetation areas using a fleet of rubber-tired scrapers or an equipment complement consisting of a hydraulic excavator and small (25- to 30-ton) dump trucks. In both cases, track dozers or equivalent equipment would assist with the placement of soil materials, and a grader or equivalent piece of equipment would be used for final grading. The equipment types cited here are typical for this work but would be replaced with specific equivalent equipment selected by the contractor when reclamation occurs. Noxious weed control would continue on-site during the revegetation process, according to the specifications described in the *Noxious Weed Management Plan* (Peak Minerals 2024g).

The depth of suitable soil material available for reclamation would be dictated by the pre-construction desert soil profile, which typically consists of a relatively thin layer of topsoil and subsoil that may be suitable for revegetation. The depth of soil material placed on areas to be revegetated would be 0.5 feet or the approximate depth of the pre-construction soil horizon, whichever is less.

The seedbed would then be prepared by scarifying the ground surface. Seed mixes and seeding methods would be determined by the landowner or manager, in consultation with UDOGM and the BLM's Rangeland Management Specialist. Seed mixes would be appropriate for different soil types and ecological sites. The resulting seedbed would be in a rough condition that would enhance water retention, reduce erosion potential, and generally enhance revegetation success. Seeding would be conducted between October 1 and November 30, in accordance with landowner or land manager requirements.

Disturbed areas would be revegetated, as determined necessary by the landowner or land manager. Temporary disturbance areas on BLM-administered land would be revegetated using seed mixtures and techniques developed in consultation with the BLM (see the *Reclamation Plan* [Peak Minerals 2024h]). Temporary disturbance areas on state and private land would be revegetated using seed mixtures and techniques developed in consultation with UDOGM (see the *Reclamation Plan* [Peak Minerals 2024h]). If seasonal or weather conditions are not favorable, revegetation would be delayed until favorable conditions exist, subject to approval by the landowner or land manager. In the interim, the ROW would be stabilized, including mulching or seeding with a sterile annual grass, as approved by the landowner or land manager. Revegetation would be accomplished in a manner compatible with pre-construction and adjacent vegetation patterns. The *Reclamation Plan* (Peak Minerals 2024h) includes success criteria and monitoring protocols to assess how successful revegetation efforts have been and to determine whether additional reclamation efforts are needed.

Noxious weed control would continue on-site during the revegetation process, according to the specifications stipulated in the *Noxious Weed Management Plan* (Peak Minerals 2024g).

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M0070181

Fences and other existing infrastructure (e.g., roads) would also be returned to their pre-construction condition, as approved by the landowner or land manager.

# 4.8.    Soil and Ground Preparation

## 4.8.1.    Seed Mixes

Peak Minerals would consult with the landowner or land manager to use seed mixtures and techniques to revegetate disturbed areas appropriate for Project rehabilitation following construction and reclamation after Project termination. Depending on the results of additional vegetation surveys to be conducted for the Project utilities, appropriate seed mixes would be developed for each vegetation type that the Project facilities cross. Native and non-native seed mixtures may be used per landowner or land manager recommendations. Additional information on seed mixes and application is provided in the Reclamation Plan (Peak Minerals 2024h).

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

SECTION 5

# RESOURCE VALUES AND ENVIRONMENTAL CONCERNS

Peak Minerals would minimize the Project's overall footprint and would plan to implement all aspects of the Project with the intent of minimizing new infrastructure impacts to the extent practicable. Environmental resource issues and concerns associated with this Project are presented in the following sections. Applicant committed design features developed to avoid, minimize, or mitigate potential effects are presented in **Table 5-1**.

In addition, Peak Minerals would conform to the following practices during Project operations, which comply with requirements included in UAC R647-4-107, unless UDOGM grants a variance in writing:

1. Public Safety and Welfare – Peak Minerals would minimize hazards to the public safety and welfare during operations. Methods to minimize hazards include but are not limited to:

   o The closing or guarding of shafts and tunnels to prevent unauthorized or accidental entry in accordance with MSHA regulations;

   o The disposal of trash, scrap metal and wood, and extraneous debris;

   o The plugging or capping of drill, core, or other exploratory holes as set forth in UAC R647-4-108;

   o The posting of appropriate warning signs in locations where public access to operations is readily available;

   o The construction of berms, fences and/or barriers above highwalls or other excavations when required by UDOGM.

2. Drainages - Where natural channels are to be affected by the mining operation, Peak Minerals would take appropriate measures to avoid or minimize environmental damage.

3. Erosion Control - Operations would be conducted in a manner such that sediment from disturbed areas is adequately controlled. The degree of erosion control would be appropriate for the site-specific and regional conditions of topography, soil, drainage, water quality or other characteristics.

4. Deleterious Materials - All deleterious or potentially deleterious material would be safely removed from the site or kept in an isolated condition such that adverse environmental effects are eliminated or controlled.

5. Soils - Suitable soil material would be removed and stored in a stable condition where practical so as to be available for reclamation.

6. Concurrent Reclamation - During operations, disturbed areas would be reclaimed when no longer needed, except to the extent necessary to preserve evidence of mineralization for proof of discovery. Areas which have been disturbed but are not routinely or currently utilized would be kept in a safe, environmentally stable condition.

Refer to the Reclamation Plan (Peak Minerals 2024h) for a detailed assessment of soils handling procedures for the Project.

## 5.1   Anticipated Conflicts with Resources

The Project has been analyzed under NEPA in a BLM-led EIS (BLM 2019a) and a ROD (BLM 2019b) issued addressing the stipulations for the project. Construction and O&M requirements from the ROD have

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING

been addressed and described in, this POD and the Reclamation Plan (Peak Minerals 2024h). Reclamation of the facilities is described in the Reclamation Plan (Peak Minerals 2024h) and has been analyzed for potential resource conflicts as described in the EIS. Refer to the EIS for a thorough description of the known resources in the vicinity of the Project.

## 5.2   Applicant Committed Design Features

Peak Minerals is committed to minimizing the Project's potential negative environmental impacts through use of applicant committed design features. These design features may be refined, based on input from the BLM or other agencies, for all permitted activities. They are designed to provide good stewardship of the lands involved. **Table 5-1** lists these design features. These design features were included as part of the final EIS (BLM 2019a) and include those additional mitigation measures per the ROD (BLM 2019b).

The design features listed in **Table 5-1** have been organized according to the primary resource that would be protected by each design feature and are not repeated for other resources that would benefit from their implementation. For example, the implementation designed to protect vegetation would also minimize impacts to wildlife habitat.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

SECTION 5 – RESOURCE VALUES AND ENVIRONMENTAL CONCERNS

Table 5-1    Applicant Committed Design Features

*Plan of Development for the Sevier Playa Potash Project*                                                      *September 2024*

| Design Feature | | Applicability to the Project * Not applicable within the playa boundary | | | |
| --- | --- | --- | --- | --- | --- |
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| **General** | | | | | |
| 1 | Peak Minerals would avoid or minimize degradation of land, water quality, landscape, cultural, and biological resources. During construction, operation, maintenance, and decommissioning of the Project, Peak Minerals would perform its activities in accordance and compliance with applicable air and water quality standards, related facility siting standards, and related permits associated with implementation, including but not limited to: NEPA; the Clean Air Act (CAA); Endangered Species Act (ESA); state and federal historic preservation acts; and other established federal, state, and local regulations as required by law. | ✔ | ✔ | ✔ | ✔ |
| 2 | Peak Minerals would conduct kickoff meetings prior to commencing construction and surface-disturbing activities for the Project. The contractors and agents involved with construction, other surface-disturbing activities, and monitoring would attend this meeting to review the construction stipulations, including those in the Record of Decision (ROD), Mining Plan (Peak Minerals 2024a), leases, this Plan of Development (POD), right-of-way (ROW) grants, mineral material sales contracts (Peak Minerals 2024o), supplemental plans (Peak Minerals 2024a-o), and other applicable Project documents. | | ✔ | ✔ | ✔ |
| 3 | All personnel would be instructed on the protection of cultural, paleontological, and ecological resources before starting work on the Project. Training materials and briefings would include, but would not be limited to, discussion of the federal ESA, the consequences of non-compliance with this act, identification and values of wildlife and natural plant communities, general behavior and sensitivity to human activities, penalties for violation of state and federal laws (including the Migratory Bird Treaty Act [MBTA] and Bald and Golden Eagle Protection Act), hazardous substance spill prevention and containment measures, all required and recommended design features and mitigation measures, and reporting requirements. | | ✔ | ✔ | ✔ |
| 4 | The construction contractors would maintain copies of the ROD, Mining Plan (Peak Minerals 2024a), this POD, Gravel Pit Mining Plan (Peak Minerals 2024o), and ROW grants, along with design features, mitigation measures, and ROW grant terms and conditions on the construction site at all times. | | ✔ | ✔ | ✔ |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

SECTION 5 – RESOURCE VALUES AND ENVIRONMENTAL CONCERNS

**Table 5-1    Applicant Committed Design Features**

*Plan of Development for the Sevier Playa Potash Project*                                            *September 2024*

| # | Design Feature | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
|---|---|---|---|---|---|
| | | **Applicability to the Project** — *Not applicable within the playa boundary* | | | |
| 5 | Peak Minerals would survey and clearly mark the centerline and exterior limits of the ROWs, at 200-foot intervals or as determined by the Authorized Officer (AO). No surface disturbance or construction activity would be allowed within buffers around culturally and environmentally sensitive areas, which would be clearly marked as specified by the AO. Any deviation from this requirement would have the prior written approval of the AO. Peak Minerals would set centerline stakes to identify the locations of the linear routes as directed by the AO. Markers would be used to limit access within work and travel areas to restrict construction access from unnecessarily affecting important culturally and environmentally sensitive areas. Buffers for culturally sensitive areas are defined in the Programmatic Agreement (PA) (BLM et al. 2018) (see Design Feature #23). Buffers for environmentally sensitive areas are defined in other design features (for example, Design Feature #98 for raptors and Design Feature #103 for migratory birds). | | ✔* | ✔* | ✔* |
| 6 | If disturbance must occur outside of the flagged areas, a BLM-approved biologist would survey the area prior to disturbance. If wildlife species are found within the area to be disturbed, the AO would be notified immediately. Prior to disturbance, an appropriate course of action would be taken to ensure proper protection of the species. | | ✔* | ✔* | ✔* |
| 7 | Clearing, grading, and other surface disturbance would be limited to the minimum area required for construction. New disturbance would be limited to that which is necessary for safe and efficient construction, operation, and decommissioning of the Project. Clearing or grading equipment paths and other overland access routes would be limited to the extent necessary to allow for safe and effective vehicle passage. In most areas, clearing or grading of the site would be substantially less than the temporary work area limits to reduce potential effects to existing resources. | | ✔* | ✔* | ✔* |
| 8 | Peak Minerals would construct, operate, maintain, and decommission Project facilities, improvements, and structures in strict conformity with the ROD, Mining Plan (Peak Minerals 2024a), leases, this POD, ROW grants, and mineral material sales contracts (Peak Minerals 2024o). Any relocation, additional construction, or use that is not in accord with the ROD, Mining Plan, leases, POD, ROW grants, or terms and stipulations of mineral material sales would not be initiated without the prior written approval of the AO. | | ✔ | ✔ | ✔ |
| 9 | All design, material, construction, operation, maintenance, and decommissioning activities would be in accordance with safe and proven engineering practices. | ✔ | ✔ | ✔ | ✔ |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

SECTION 5 – RESOURCE VALUES AND ENVIRONMENTAL CONCERNS

Table 5-1        Applicant Committed Design Features

*Plan of Development for the Sevier Playa Potash Project*                    *September 2024*

| | Design Feature | Applicability to the Project* Not applicable within the playa boundary | | | |
| --- | --- | --- | --- | --- | --- |
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 10 | All work would be performed in compliance with Mine Safety and Health Administration (MSHA) or Occupational Safety and Health Administration (OSHA) regulations, as appropriate. Project personnel would be instructed in health and safety procedures and would participate in regular safety meetings during construction and operation. Adaptive management would be used to continuously monitor the safety of workers and the public during construction and operation of the Project with a goal of zero injuries or accidents. | | ✔ | ✔ | ✔ |
| 11 | Peak Minerals would develop and implement a Site Safety Plan (Peak Minerals 2024i) for construction, operation, maintenance, and decommissioning of the Project. The Site Safety Plan would include, at a minimum, sections on site safety, emergency response, and fire safety. Peak Minerals and its contractors would be responsible for implementing the Site Safety Plan, including compliance with applicable MSHA or OSHA standards. | ✔ | ✔ | ✔ | ✔ |
| 12 | Adaptive management would be used to respond to local, recreational, OHV travel, hunting, and other public uses of BLM-administered lands to assure that multiple uses are continued without hazard to the health or safety of either the public or Project operators and workers. | | ✔ | ✔ | ✔ |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

SECTION 5 – RESOURCE VALUES AND ENVIRONMENTAL CONCERNS

Table 5-1        Applicant Committed Design Features

*Plan of Development for the Sevier Playa Potash Project*                                        *September 2024*

| Design Feature | | Applicability to the Project * Not applicable within the playa boundary | | | |
| --- | --- | --- | --- | --- | --- |
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 13 | **Winter Construction**<br><br>Snow would be removed where necessary to provide access to roads, work sites, and to expose soils for backfilling and grading. Snow would typically be bladed or pushed off the roads and work area (but within the ROW, lease area, or gravel pit) with a motor grader, snowplow, or dozer. Care would be taken when removing snow to minimize mixing of soil with snow. If snow removal is required in off-road areas, backfilling and grading in muddy or frozen areas would be postponed until the soil is dry enough to result in good seedbed preparation, unless approved in advance by the AO. Tracked equipment used for snow removal operations in off-road areas, if required, would be equipped with shoes to keep the blade 2 inches off the ground. Special precautions would be taken where the surface of the ground is uneven and at drainage crossing to ensure equipment blades do not destroy vegetation.<br><br>In areas where snow fills trenches or holes, Peak Minerals or its contractors would be responsible for removing it to allow visual inspection of the trench or holes prior to installing Project facilities and backfilling.<br><br>Peak Minerals and its contractors would backfill trenches with unfrozen soils to minimize the potential for ditch line settlement resulting from voids between frozen chunks of backfill.<br><br>As directed by the AO, roads would be winterized by providing a well-drained roadway. This may be achieved by water barring, maintaining drainage, and other measures necessary to minimize erosion and other damage to the roadway or the surrounding public lands. | | | ✔* | ✔* | ✔* |

Case 2:25-cv-00657    Document 1-3    Filed 08/07/25    PageID.1263    Page 899 of 954

SECTION 5 – RESOURCE VALUES AND ENVIRONMENTAL CONCERNS

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table 5-1    Applicant Committed Design Features**

*Plan of Development for the Sevier Playa Potash Project*                    *September 2024*

| | Design Feature | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
|---|---|:---:|:---:|:---:|:---:|
| | | **Applicability to the Project** *Not applicable within the playa boundary* | | | |
| 14 | Speed limits for Project traffic would be set at a maximum of 30 mph on-road and 15 mph off-road to reduce the generation of fugitive dust and minimize the risk for collisions between Project traffic and livestock or wildlife. This design feature would apply on all unpaved roads authorized for use by Project traffic, including unpaved Millard County Class B roads. This design feature would not apply on paved roads, where Project traffic would follow posted speed limits. The Adaptive Wildlife Management Plan (Peak Minerals 2024b) (Design Feature #95) would include monitoring and adaptive measures to adjust speed limits to changes in road conditions or use, or for corrective actions (for example, fencing, or signage) in the event that Project traffic causes an unacceptable increase in collisions between Project vehicles and wildlife or livestock. In the event that vehicle traffic causes visible dust emissions, equipment operators would be instructed to reduce speed to a level that does not cause excessive dust in accordance with the Fugitive Dust Control Plan (Peak Minerals 2024f) (Design Feature #16). | | ✔ | ✔ | ✔ |
| 111** | Peak Minerals shall coordinate its use of radio frequencies with the TA Project and UTTR to avoid for the potential for conflicts | ✔ | ✔ | ✔ | ✔ |
| 112** | Peak Minerals shall coordinate with UTTR to develop procedures for work stoppages, which may be needed if the potential for conflict is identified between UTTR's mission and Peak Mineral's operations. | ✔ | ✔ | ✔ | ✔ |
| 113** | Peak Minerals shall coordinate with UTTR to develop a "Hold Harmless Agreement", which may be needed if potential for conflict is identified between UTTR's mission and Peak Mineral's operations. | ✔ | ✔ | ✔ | ✔ |
| **Air Quality** | | | | | |
| 15 | Peak Minerals would meet all applicable federal, state, and local emission standards for air quality. | ✔ | ✔ | ✔ | ✔ |
| 16 | Peak Minerals would develop and implement a Fugitive Dust Control Plan (Peak Minerals 2024f), to be approved by BLM, to minimize Project effects from fugitive dust. | ✔ | ✔ | ✔ | ✔ |
| 17 | Dust control would be provided throughout construction, operation, maintenance, and decommissioning to protect soils from erosion and minimize fugitive dust from Project activities. Dust control methods would be specified in the Fugitive Dust Control Plan (Peak Minerals 2024f) and would be approved by the BLM prior to their implementation. | | ✔ | ✔ | ✔ |
| 18 | Trucks hauling the finished product from the Processing Facility to the Rail Loadout Facility would minimize dust emissions by limiting vehicle speed or using dust control methods specified in the Fugitive Dust Control Plan (Peak Minerals 2024f). | | | ✔ | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

SECTION 5 – RESOURCE VALUES AND ENVIRONMENTAL CONCERNS

**Table 5-1    Applicant Committed Design Features**

*Plan of Development for the Sevier Playa Potash Project*                                                          *September 2024*

| Design Feature | | Applicability to the Project * Not applicable within the playa boundary | | | |
| --- | --- | --- | --- | --- | --- |
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 19 | Earthen and other materials, which may become airborne, would be promptly removed from paved roads or handled as described in the Fugitive Dust Control Plan (Peak Minerals 2024f). | | ✔ | ✔ | ✔ |
| 20 | No burning of debris, garbage, or other materials would be allowed. | | ✔ | ✔ | ✔ |
| 21 | Dust emissions caused by truck loading and unloading would be minimized, as described in the Fugitive Dust Control Plan (Peak Minerals 2024f). The drop distance at material transfer points would be minimized to reduce dust generation as described in the Fugitive Dust Control Plan. | | | ✔ | |
| 22 | Tailpipe emissions from diesel-powered equipment would be minimized through use of engines meeting Tier 2 standards or better. | | ✔ | ✔ | ✔ |
| 110** | Peak Minerals shall use equipment that at a minimum meets the pollution controls for equivalent equipment that included in the Final Air Dispersion Modeling Report for NEPA Analysis | ✔ | ✔ | ✔ | ✔ |
| Cultural Resources | | | | | |
| 23 | Section 106 requirements would be determined through a Programmatic Agreement (PA) (BLM et al 2018), as described in 36 CFR 800.14.b. | ✔ | | | |
| 24 | Clearance surveys for cultural resources would be conducted prior to the start of construction. Prior to the initiation of any pre-construction surveys, the necessary permits for federal and state land and rights-of-entry to privately owned land would be obtained. Mitigation measures could include avoidance of specific areas during construction, or modification of facility locations to avoid or minimize effects. | ✔ | ✔ | ✔ | ✔ |
| 25 | If National Register of Historic Places (NRHP)-eligible cultural resources sites are identified during pre-construction surveys, they would be avoided through design and layout selection, or effects to the sites would be minimized or mitigated through data recovery or other appropriate efforts, as identified in the Cultural Resource Management Plan (Peak Minerals 2024d). Peak Minerals would adjust workspace boundaries, if necessary, to achieve this goal. | ✔ | ✔ | ✔ | ✔ |
| 26 | The protocol for discoveries covered under the Native American Graves Protection and Repatriation Act (NAGPRA) would be determined during development and implementation of the PA (BLM et al. 2018). | ✔ | ✔ | ✔ | ✔ |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

SECTION 5 – RESOURCE VALUES AND ENVIRONMENTAL CONCERNS

**Table 5-1    Applicant Committed Design Features**

*Plan of Development for the Sevier Playa Potash Project*                                        *September 2024*

| | Design Feature | Applicability to the Project *Not applicable within the playa boundary* | | | |
|---|---|---|---|---|---|
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 27 | Where required by the BLM through the Section 106 process, ground-disturbing activities would be monitored by a qualified, professional archaeologist. If any archaeological evidence is discovered, the archaeological monitor would report the discovery to the Compliance Inspection Contractor (CIC) and follow protocols determined through the PA (BLM et al. 2018). | | ✔ | ✔ | ✔ |
| 28 | NRHP-eligible sites, if any are identified, would be protected with a 100-foot buffer. The buffer area would be staked and flagged by a qualified archaeologist as a location outside of the work area. | | ✔ | ✔ | ✔ |
| 29 | Cultural resources (historic or prehistoric site or object) discovered by Peak Minerals, or any person working on their behalf, would be immediately reported to the AO. All operations would be suspended within 300 feet of such discovery until written authorization to proceed is issued by the AO. After initial investigation by an archaeologist, the buffer may be reduced to 100 feet. Discoveries would be handled as determined in the PA (BLM et al. 2018). | | ✔ | ✔ | ✔ |
| **Fire Management** | | | | | |
| 30 | Peak Minerals would develop and implement a Site Safety Plan (Peak Minerals 2024i), which includes measures for prevention and suppression of fire. Project personnel would be instructed regarding individual responsibility in implementation of the plan. | ✔ | ✔ | ✔ | ✔ |
| 31 | Peak Minerals and its contractors would notify the BLM of any fires and comply with all rules and regulations administered by the BLM concerning the use, prevention, and suppression of fires on federal lands, including any fire prevention orders that may be in effect at the time of the permitted activity. Peak Minerals or its contractors may be held liable for the cost of fire suppression, stabilization, and rehabilitation if they are the cause of the fire. In the event of a fire, personal safety would be the first priority of Peak Minerals and its contractors | | ✔ | ✔ | ✔ |
| 32 | Peak Minerals and its contractors would operate all internal and external combustion engines (for example, off-highway vehicles, chainsaws, generators, and heavy equipment) with a qualified spark arrester. Qualified spark arresters would be maintained and not modified, and meet the Society of Automotive Engineers Recommended Practices J335 or J350. Refer to 43 CFR §8343.1. | | ✔ | ✔ | ✔ |
| 33 | Peak Minerals and its contractors would maintain and clean all equipment regularly to remove flammable debris buildup and prevent fluid leaks that can lead to ignitions. | | ✔ | ✔ | ✔ |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

SECTION 5 – RESOURCE VALUES AND ENVIRONMENTAL CONCERNS

**Table 5-1    Applicant Committed Design Features**

*Plan of Development for the Sevier Playa Potash Project*                                                            *September 2024*

| | Design Feature | Applicability to the Project * Not applicable within the playa boundary | | | |
|---|---|---|---|---|---|
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 34 | Peak Minerals and its contractors would carry at least one shovel, water, and a fire extinguisher rated at a minimum of ABC -10 pound on each piece of equipment and each vehicle. | | ✔* | ✔* | ✔* |
| 35 | When welding, grinding, cutting or conducting other similar, spark-producing work outside of an enclosed building, choose an area large enough to contain the sparks that is naturally free of all flammable vegetation or remove the flammable vegetation in a manner compliant with the permitted activity. If adequate clearance cannot be made, wet an area large enough to contain all sparks prior to the activity and periodically throughout the activity to reduce the risk of wildfire ignition. Regardless of clearance, maintain readiness to respond to an ignition at all times. In addition, keep one shovel per person and at least one fire extinguisher ready, minimum, as specified above (Design Feature #34) during this activity. | | ✔ | ✔ | ✔ |
| 36 | Peak Minerals and its contractors would keep apprised of current and forecasted weather and fire conditions at http://www.wrh.noaa.gov/firewx/?wfo=slc and take additional fire precautions when fire danger is rated High or greater. Red Flag Warnings for high winds and low humidity are issued by the National Weather Service when fire conditions are most dangerous and ignitions escape control quickly. Extra precautions would be required during these warnings such as additional water, patrols, and tools. When fire danger is rated Extreme and a Red Flag Warning is forecasted, all off-playa activities, including any road improvements, would be shut down. All on-playa activities, activities that take place within the graveled areas at the Processing and Rail Loadout Facilities, and travel on established and regularly-maintained access roads would be exempt from this shutdown. Any exceptions must be approved in advance by the AO. | | ✔* | ✔* | ✔* |
| 37 | Peak Minerals and its contractors would initiate fire suppression actions in the work area to prevent fire spread to or on federally administered lands. If a fire spreads beyond the capability of workers with the stipulated tools, all would cease fire suppression action and leave the area immediately via pre-identified escape routes. | | ✔ | ✔ | ✔ |
| 38 | Peak Minerals and its contractors would call **911** or the **Richfield Interagency Fire Center at 435-896-8404** immediately with the location and status of any fire **AND** notify the **BLM Fillmore Field Office at 435-743-3100** immediately to report the incident. | | ✔ | ✔ | ✔ |
| Geology | | | | | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Table 5-1    Applicant Committed Design Features

*Plan of Development for the Sevier Playa Potash Project*                                    *September 2024*

| | Design Feature | Applicability to the Project * Not applicable within the playa boundary | | | |
|---|---|---|---|---|---|
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 39 | Project facilities would be designed, constructed, maintained, and reclaimed to avoid or minimize the potential for land subsidence and landslides. | ✔ | ✔ | ✔ | ✔ |
| Hazardous Materials and Solid Wastes | | | | | |
| 40 | Peak Minerals would develop and implement a Solid and Hazardous Waste and Hazardous Materials Management Plan (Peak Minerals 2024j), to be approved by the BLM, which would include measures that address the transportation, storage, use, and disposal of hazardous materials used during Project construction, operation, maintenance, and decommissioning. This plan would also address non-hazardous and non-petroleum wastes generated by construction, operation, maintenance, and decommissioning of the Project. | ✔ | ✔ | ✔ | ✔ |
| 41 | Peak Minerals would develop a Spill Prevention, Control, and Countermeasures (SPCC) Plan (Peak Minerals 2024k), to be approved by the BLM. The SPCC Plan would be implemented to ensure protection of surface and ground water resources, prevent spills of petroleum products, and identify response procedures. Specific measures would prohibit vehicle refueling or maintenance areas within 100 feet from any stream bank or wetland, canal, or other drainage feature outside of the Sevier Playa. Contaminated soil from accidental spills would be cleaned up immediately as required by regulation. | ✔ | ✔ | ✔ | ✔ |
| 42 | Hazardous materials usage, storage, and disposal would comply with applicable local, state, and federal environmental laws and regulations. | | ✔ | ✔ | ✔ |
| 43 | Hazardous materials would be stored in a manner that provides secondary containment. Where space allows, transfer of hazardous materials would also occur within secondary containment. Personnel would be trained in the proper handling, use, storage, and cleanup of hazardous chemicals used for the Project. | | ✔ | ✔ | ✔ |
| 44 | Hazardous materials spill mitigation, cleanup, and disposal procedures would be in place, including EPA spill notification quantities and contact information. | | ✔ | ✔ | ✔ |
| 45 | Routine maintenance of vehicles and equipment would be restricted to locations authorized for such use by the BLM. Only emergency repairs of vehicles and equipment would take place away from authorized locations. Disabled/inoperative vehicles or equipment would typically be trucked or towed to authorized locations for repair. | | ✔ | ✔ | ✔ |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

SECTION 5 – RESOURCE VALUES AND ENVIRONMENTAL CONCERNS

**Table 5-1    Applicant Committed Design Features**

*Plan of Development for the Sevier Playa Potash Project*                                              *September 2024*

| | Design Feature | Applicability to the Project *Not applicable within the playa boundary* | | | |
|---|---|---|---|---|---|
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 46 | It would be necessary and practical for heavy equipment left on the site during construction, operation, maintenance, or decommissioning to be refueled in place. Peak Minerals and its contractors would implement standard refueling procedures, including spill prevention practices. Each fueling station would be equipped with a spill kit and would be operated consistent with SPCC requirements (Peak Minerals 2024k). | | ✔ | ✔ | ✔ |
| 47 | Fuel trucks would be equipped with automatic shut-off valves and would carry spill kits, and spill protection measures would be in place. | | ✔ | ✔ | ✔ |
| 48 | No personal or light-duty vehicles would be refueled on the site, except at locations authorized by the BLM. The equipment refueling section of the SPCC Plan (Peak Minerals 2024k) would identify authorized methods and locations for refueling. | | ✔ | ✔ | ✔ |
| 49 | Vehicle drip pans would be used for overnight parking of non-passenger vehicles. | | ✔ | ✔ | ✔ |
| Land Management | | | | | |
| 50 | The Project would be subject to valid prior existing ROWs, and its construction, operation, maintenance, and decommissioning would be coordinated with other ROW holders and adjacent non-federal landowners. | ✔ | ✔ | ✔ | ✔ |
| 51 | Peak Minerals would provide notification and would obtain any necessary encroachment permit or approval from operators of pipelines, transmission lines, railroads, state or county roads, and other existing ROWs to be crossed or paralleled by Project facilities. The BLM would provide the names and addresses for existing ROW holders and applicants for pending ROWs to Peak Minerals. A letter, reviewed by the BLM, would be sent by Peak Minerals to the ROW holders and applicants. Peak Minerals would provide the BLM with documentation (a copy of the final letter and recipient list) that contact was made and copies of any agreements reached. Prior to commencing construction, the contractors would notify utility companies with existing lines near Project facilities (via the One-Call system or similar utility notification system) for field marking. | ✔ | ✔ | ✔ | ✔ |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

SECTION 5 – RESOURCE VALUES AND ENVIRONMENTAL CONCERNS

**Table 5-1        Applicant Committed Design Features**

*Plan of Development for the Sevier Playa Potash Project*                                    *September 2024*

| | Design Feature | Applicability to the Project * Not applicable within the playa boundary | | | |
|---|---|---|---|---|---|
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 52 | Protection of Survey Corner and Boundary Line Markers: The responsible party (Peak Minerals) would identify and protect evidence of the Public Land Survey System (PLSS) and related federal property boundaries prior to commencement of any ground-disturbing activity. The AO would contact BLM Cadastral Survey to coordinate data research, evidence examination and evaluation, and locating, referencing, or protecting monuments of the PLSS and related land boundary markers from destruction. In the event of obliteration or disturbance of the federal boundary evidence, the responsible party would immediately report the incident in writing to the AO. BLM Cadastral Survey would determine how the marker would be restored. In rehabilitating or replacing the evidence, the responsible party would reimburse the BLM for the costs or, if instructed to use the services of a Certified Federal Surveyor, procurement would be per qualification-based selection. All surveying activities would conform to the Manual of Surveying Instructions and appropriate state laws and regulations. BLM Cadastral Survey would review local surveys before being finalized or filed in the appropriate state or county office. The responsible party would pay for all survey, investigation, penalties, and administrative costs. | | ✔ | ✔ | ✔ |
| Livestock Grazing | | | | | |
| 53 | The BLM would be notified 15 days prior to construction on an allotment so affected livestock permittees could be contacted. Construction activities during April and October would take precautions to avoid sheep trailing along Black Rock and Crystal Peak Roads. | | ✔* | ✔* | ✔* |
| 54 | Gates on established roads on public lands would be left open or closed, as found, or as designated by the AO. | | ✔* | ✔* | ✔* |
| 55 | Peak Minerals would minimize disturbance to existing fences and other improvements and would promptly repair damaged improvements to their original state or better. If fences need to be disturbed, they would be braced and secured to prevent loss of tension before cutting. Gates and cattle guards would be installed or replaced as required. If cattle guards, fences, or gates are damaged by Peak Minerals or its contractors, they would be repaired or replaced to their original conditions, as required by the BLM. Temporary gates would be installed only with the permission of the BLM. | | ✔* | ✔* | ✔* |
| 56 | Cuts or breaks in fences or natural barriers used for livestock control would be temporarily fenced to prevent passage of livestock during construction activities. After construction is completed in that area, the original fence or natural barrier would be reestablished to pre-construction conditions. | | ✔* | ✔* | ✔* |

SECTION 5 – RESOURCE VALUES AND ENVIRONMENTAL CONCERNS

Table 5-1    Applicant Committed Design Features

*Plan of Development for the Sevier Playa Potash Project*                                    **September 2024**

| | Design Feature | Applicability to the Project * Not applicable within the playa boundary | | | |
|---|---|---|---|---|---|
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 57 | Stock watering pipelines that must be crossed by construction activities would be marked in advance for avoidance as appropriate. Any cut or damaged pipelines to stock watering features would be repaired immediately. | | ✔* | ✔* | ✔* |
| 58 | The Project would be designed to avoid disruption of the flow of water to stock watering reservoirs and to avoid disturbance that would prevent them from functioning properly. | | ✔* | ✔* | ✔* |
| 59 | Revegetation of disturbed areas would be designed on a site-specific basis in consultation with the BLM to maintain or enhance the value of grazing allotments. | | ✔* | ✔* | ✔* |
| 60 | Peak Minerals would notify Project personnel and contractors when livestock are grazing along the roadway and that extra caution is required to avoid collisions. Speed limits would be reduced, if necessary, when livestock are present along Project roads. If a vehicle collision with livestock does occur, Peak Minerals would notify the BLM as soon as practical. The BLM would notify the permittee. Peak Minerals would be responsible for removing the carcass after the BLM is notified, to prevent attracting wildlife along the roadway and causing additional hazards. Peak Minerals would be responsible for compensating the permittee for the value of any livestock killed or injured by Project personnel and contractors. | | ✔* | ✔* | ✔* |
| 114** | Construction, operation, maintenance and decommissioning of the Project shall avoid limiting or preventing access by livestock to existing water sources to the extent feasible. If a Project activity will limit or prevent access by livestock to existing water sources, Peak Minerals shall provide alternative water sources until access is restored to preactivity conditions. | ✔* | ✔* | ✔* | ✔* |
| 115** | Peak Minerals shall implement adaptive measures to address unacceptable conflicts that may develop between livestock and Project activities. This may include temporary or permanent fencing at the playa boundary or elsewhere, constructing barriers around standing water created by the Project, installation of cattle guards on access roads, or other similar measures, all of which shall be constructed and maintained by Peak Minerals, in coordination with the BLM and the grazing permittees. | ✔ | ✔ | ✔ | ✔ |
| Noise | | | | | |
| 61 | Equipment would be properly muffled. | | ✔ | ✔ | ✔ |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

SECTION 5 – RESOURCE VALUES AND ENVIRONMENTAL CONCERNS

**Table 5-1    Applicant Committed Design Features**

*Plan of Development for the Sevier Playa Potash Project*                                    *September 2024*

| Design Feature | | Applicability to the Project *Not applicable within the playa boundary* | | | |
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
|---|---|---|---|---|---|
| **Noxious Weeds** | | | | | |
| 62 | Peak Minerals would develop and implement a Noxious Weed Management Plan (Peak Minerals 2024g), to be approved by BLM, to control, manage, and prevent the introduction or spread of noxious weeds and invasive species by Project construction, operation, maintenance, or decommissioning. | ✔ | ✔ | ✔ | ✔ |
| 63 | State-designated noxious weeds or others listed by Millard County that are found prior to or during construction would be avoided or treated prior to disturbance. | | ✔* | | |
| 64 | Prior to entering BLM lands, all equipment would be cleaned of soils, seeds, vegetative matter, or other debris that could contain noxious weed seeds. Designated wash stations would be established at key locations to assure vehicles entering federal lands are cleaned and weed free. Any vehicles working off-road in an area of known noxious weed infestation would be washed before leaving the area. Daily washing would not be required for vehicles that are only traveling to and from the Project and have not entered an area with a known noxious weed infestation. | | ✔* | ✔* | ✔* |
| 65 | Gravel, sand, and other materials brought in for road and other Project activities would be weed-free to the greatest extent possible. | | ✔* | ✔* | ✔* |
| 66 | After construction, all areas of soil disturbance would be monitored for noxious weeds and invasive species as outlined in the Noxious Weed Management Plan (Peak Minerals 2024g). Infested areas would be inventoried, mapped (using Global Positioning Systems [GPS]), and treated. Weed control measures would be initiated according to the Noxious Weed Management Plan upon evidence of noxious weed or invasive species introduction. Treatment would be completed during the first growing season following completion of construction to ensure that weed populations are controlled. Noxious weed control would continue during the revegetation process and operation, maintenance, and decommissioning phases of the Project. | | ✔* | ✔* | ✔* |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

SECTION 5 – RESOURCE VALUES AND ENVIRONMENTAL CONCERNS

**Table 5-1    Applicant Committed Design Features**

*Plan of Development for the Sevier Playa Potash Project*                    *September 2024*

| | Design Feature | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
|---|---|---|---|---|---|
| | | **Applicability to the Project** *Not applicable within the playa boundary* | | | |
| 67 | Weed control would consist of the appropriate manual, mechanical, biological, and chemical methods. If herbicides are used, their use would be coordinated with the BLM. All herbicide applications would be performed in accordance with federal, state, and local regulation, and in compliance with the BLM requirements. If needed, a Pesticide Use Proposal (PUP) would be submitted to the BLM for approval prior to any chemical treatment. It is the BLM's responsibility to monitor pesticide applications on public land, to ensure the product label and approved PUP are followed, and the PUP is completed. To comply with this requirement, the BLM would be notified when spraying/treating on public land would occur, and all completed Daily Pesticide Application Records would be sent to the BLM within 24 hours after treatment. Pesticides would be applied by a certified licensed applicator in strict accordance with the product label, the PUP, and design features outlined in the EIS and ROD. Pesticides would not be permanently stored on public lands. | | ✔* | ✔* | ✔* |
| **Paleontology** | | | | | |
| 68 | Peak Minerals would immediately notify the AO of any paleontological resources discovered during construction, operations, maintenance, or decommissioning, protect the discovery from damage or looting, and suspend all activities within 300 feet of such discovery until written authorization to proceed is issued by the AO. Peak Minerals is not required to suspend operations if activities can avoid further effects to a discovered locality or be continued elsewhere. | | ✔ | ✔ | ✔ |
| 69 | The AO would evaluate, or would have evaluated, such discoveries as soon as possible but not later than 10 working days after being notified. Appropriate measures to mitigate adverse effects to important paleontological resources would be determined by the AO after consulting with Peak Minerals. Approval for the Project to proceed would be granted when recovery of the fossil material and field data is completed. | | ✔ | ✔ | ✔ |
| 70 | Peak Minerals would be responsible for the cost of any investigation necessary for the evaluation and mitigation of paleontological resources. Peak Minerals would not be responsible for the cost of recovery outside of the approved area of disturbance plus a 50-foot buffer, even if the paleontological resource continues outside that area. | | ✔ | ✔ | ✔ |
| **Reclamation** | | | | | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Table 5-1      Applicant Committed Design Features

*Plan of Development for the Sevier Playa Potash Project*                                    *September 2024*

| | Design Feature | Applicability to the Project * Not applicable within the playa boundary | | | |
|---|---|---|---|---|---|
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 71 | Peak Minerals would develop and implement a Reclamation Plan (Peak Minerals 2024h), to be approved by the BLM, which would address both interim reclamation of temporary construction disturbance and final reclamation during Project decommissioning. | ✔ | ✔ | ✔ | ✔ |
| 72 | Following construction, areas that have been temporarily disturbed by grading or other construction activities would be returned to the original contours of the land, consistent with future operating needs, as approved by the BLM. Reclamation work may consist of re-contouring eroded areas, extending water bars, creating berms, installing rock barriers, establishing vegetation, applying mulch to provide additional erosion control, and other activities as required by the AO. Reclamation would begin as soon as practical after construction is complete to minimize the potential for erosion, except that re-seeding may be deferred until the fall following completion of construction to improve the opportunity for successful seed germination. | | ✔* | ✔* | ✔* |
| 73 | Seed mixes and seeding methods would be determined by the AO, in consultation with the BLM's Rangeland Management Specialist. Seed mixes would be appropriate for different soil types and ecological sites. Revegetation on private lands would occur according to landowner specifications. When broadcast seeding is used, it would be followed by raking or harrowing to cover the seed. Should an area be broadcast seeded, the seeding rate would be doubled unless the soil is disturbed sufficiently following seeding to cover the seed with soil. | | ✔* | ✔* | ✔* |
| 74 | Trees, brush, other woody material, and rocks removed during construction would be placed in designated areas for later use in reclamation, at the AO's direction. Peak Minerals would pull these materials back over disturbed areas following construction to aid in erosion control, create wildlife habitat, and discourage OHV use of the disturbed areas. | | ✔* | ✔* | ✔* |
| Soil and Water Resources | | | | | |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

SECTION 5 – RESOURCE VALUES AND ENVIRONMENTAL CONCERNS

Table 5-1        Applicant Committed Design Features

*Plan of Development for the Sevier Playa Potash Project*                                                    **September 2024**

| | Design Feature | Applicability to the Project * Not applicable within the playa boundary | | | |
|---|---|---|---|---|---|
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 75 | A Stormwater Pollution Prevention Plan (SWPPP) (Peak Minerals 2024l), to be approved by the BLM, would be prepared for the UPDES permit(s) required for the Project. The SWPPP would include best management practices to ensure compliance with applicable regulations and to prevent offsite migration of contaminated stormwater or increased soil erosion. Construction practices would comply with the UPDES permit(s) and SWPPP. Construction, operation, maintenance, and decommissioning crew supervisors would ensure compliance with SWPPP guidelines to stabilize disturbed soils and minimize erosion and sedimentation. Erosion control measures would be implemented in areas where surface disturbance or slope leave the soil open to wind or water erosion. Erosion control methods may include construction of water diversion structures and site-specific applications of mulch or other materials as approved by the AO to dissipate water flow as needed to control surface water runoff across disturbed areas. | | ✔* | ✔* | ✔* |
| 76 | Topsoil that is suitable for reclamation would be removed in conjunction with clearing and grading and reserved in shallow windrows for use in reclamation of temporarily disturbed areas. The depth of topsoil segregation would depend on the soil type and would be determined by Peak Minerals, its contractors, or the CIC (as applicable), with approval by the AO. Erosion control measures would be used in areas where surface disturbance or slope leave the stockpiled soil susceptible to wind or water erosion. | | ✔* | ✔* | ✔* |
| 77 | Inspections would be conducted to monitor the success and maintenance of erosion control measures. The monitoring program would identify problem areas and corrective measures to ensure vegetation cover and erosion control. | | ✔* | ✔* | ✔* |
| 78 | Concrete trucks would not be washed out on public lands except at designated sites where washout materials would be handled in accordance with the SWPPP (Peak Minerals 2024l). The designated sites would be reclaimed in accordance with the Reclamation Plan (Peak Minerals 2024h) once work is completed. Concrete would be disposed of at an authorized location and would not be disposed of in drains, inlets, stormwater drainages, or watercourses. | | ✔* | ✔* | |
| 79 | Peak Minerals would develop and implement a Blasting Plan (Peak Minerals 2024c), to be approved by the BLM, if blasting is deemed necessary at any point during construction, operation, maintenance, or decommissioning of the Project. The Blasting Plan would include notification and safety measures, as well as monitoring (pre- and post-blasting) of springs or other groundwater sources near blasting areas. | ✔ | ✔ | ✔ | ✔ |

SECTION 5 – RESOURCE VALUES AND ENVIRONMENTAL CONCERNS

**Table 5-1    Applicant Committed Design Features**

*Plan of Development for the Sevier Playa Potash Project*                    *September 2024*

| Design Feature | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
|---|---|:---:|:---:|:---:|:---:|
| | | | | | |
| 116* | All stream crossing structures shall be designed to carry the peak flow from the 25-year, 6-hour precipitation event. Road-side ditches shall be similarly designed to convey the runoff from both the road and run-on from adjacent areas laterally along the road to an adequately sized culvert. [Note: This measure applies to all road construction activities that take place off the playa.] | ✔* | ✔* | ✔* | ✔* |
| 117** | Roads shall be designed to minimize hydrologic connection between any segment of the road prism and a natural stream channel during a design runoff event. [Note: This measure applies to all road construction activities that take place off the playa.] | ✔* | ✔* | ✔* | ✔* |
| Transportation and Access | | | | | |
| 80 | Peak Minerals would develop and implement a Transportation and Traffic Management Plan (Peak Minerals 2024m), to be approved by the BLM, which describes regional and local access routes and affected roadways, traffic volumes, pavement conditions, and traffic design features. It would also discuss traffic and circulation within and in the immediate vicinity of Project facilities. | ✔ | ✔ | ✔ | ✔ |
| 81 | Existing roads would be used to the extent possible to minimize new disturbance. Overland vehicle traffic through undisturbed areas would be minimized. Unless authorized by the AO, travel would be restricted to public roads, authorized existing roads, and the ROWs. Where appropriate, Peak Minerals would upgrade or maintain authorized existing roads using the standards outlined in BLM Road Manual 9113. | | ✔* | ✔* | ✔* |
| 82 | Nighttime travel would be minimized to reduce the potential for vehicle collisions with wildlife and livestock. | | ✔ | ✔ | ✔ |
| 83 | The at-grade crossings and associated warning devices would be designed and constructed to achieve compliance with UDOT standards. A New Rail Crossing Application, including a development plan and preliminary engineering drawings, would be submitted to UDOT to begin the approval process. | ✔ | ✔ | | |
| 84 | Design and construction of the Rail Loadout Facility access roads and the Rail Spur Access Corridor would be coordinated with Millard County staff to achieve compliance with county standards and with the BLM to achieve compliance with design standards in BLM Road Manual 9113. | ✔ | ✔ | | |

Applicability to the Project
* Not applicable within the playa boundary

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table 5-1     Applicant Committed Design Features**

*Plan of Development for the Sevier Playa Potash Project*                          *September 2024*

| | Design Feature | Applicability to the Project * Not applicable within the playa boundary | | | |
| --- | --- | --- | --- | --- | --- |
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 85 | All roads to be used by the Project would be evaluated based on the frequency and weight of Project vehicles that are anticipated to travel each road. A table would be developed and placed in the Transportation and Traffic Management Plan (Peak Minerals 2024m) and SWPPP (Peak Minerals 2024l) for the Project. The table would identify any requirements for maintenance or improvements that may be needed to accommodate the anticipated use and loading. Road improvements would include construction of proper subgrade and addition of a wear course, where appropriate. | ✔* | | | |
| 86 | This design feature applies to roads that would not be improved or maintained. Travel on these roads would be avoided to the extent practicable during periods when the soil is too wet to support equipment adequately, as evidenced by the creation of ruts in excess of four inches deep. The Transportation and Traffic Management Plan (Peak Minerals 2024m) would identify measures to minimize rutting (for example, placement of mats or gravel), if equipment creates ruts more than 4 inches deep. If Project activities create any ruts deeper than 4 inches, the AO would be notified. Damage to soils, including compaction, rutting, and displacement, would be repaired as described in the Transportation and Traffic Management Plan. | | ✔* | ✔* | ✔* |
| 87 | This design feature applies to roads that would be improved and maintained. If at any time during the life of the Project, equipment creates ruts that penetrate the native soil or wear course and start to damage the native soil or subgrade, localized activities would be halted and repairs made. Ruts more than 4 inches deep would be repaired regularly to ensure a smooth and stable road surface. | | ✔* | ✔* | ✔* |
| 88 | Oversize loads greater than 16 feet in width would require permits and police escorts. | | | | |
| 89 | Peak Minerals would plan for safe and accessible conditions at roadway crossings and access points during construction, operation, maintenance, and decommissioning of the Project. | | ✔* | ✔* | ✔* |
| 90 | For public safety, appropriate road signs such as "Caution Heavy Truck Traffic" or "Be Prepared to Stop" would be used during construction, operation, maintenance, and decommissioning of the Project. Flaggers would be used when required by existing law. | | ✔* | ✔* | ✔* |
| 91 | Equipment and material hauling would be performed in such a manner as to prevent damage to areas outside the Project and to minimize interference with normal uses of lands crossed. | | ✔* | ✔* | ✔* |

SECTION 5 – RESOURCE VALUES AND ENVIRONMENTAL CONCERNS

Table 5-1    Applicant Committed Design Features

*Plan of Development for the Sevier Playa Potash Project*                              *September 2024*

| | Design Feature | Applicability to the Project * Not applicable within the playa boundary | | | |
| --- | --- | --- | --- | --- | --- |
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 92 | Permanent roads and parking areas would be constructed to provide drainage and minimize erosion. Gravel, rock, or other appropriate surfacing materials would be applied if needed, subject to BLM approval. Culverts would be installed if necessary to maintain drainage. | | ✔* | ✔* | |
| 93 | Peak Minerals would conduct regular inspections to identify road problems such as ruts, holes, crown-and-ditch elements, standing water on the road surface, surfacing materials, blockage of water flowing into and discharging from culverts, interim reclamation, and control of noxious and invasive weeds. Inspections would be conducted following rapid snowmelt and prolonged rain events. Maintenance activities may include, but would not be limited to, blading, resurfacing, dust abatement, spot repairs, placement of rock or gravel, culvert cleaning, noxious and invasive weed control, reseeding, regrading, and snow removal, as approved by the BLM. The road surface and shoulders would be kept in a safe and usable condition and would be maintained in accordance with the original construction standards. All drainage ditches and culverts would be kept clear and free flowing and would be maintained according to original construction standards. | | ✔ | ✔ | ✔ |
| BLM Sensitive Plant Species | | | | | |
| 94 | If a sensitive plant species that could be affected or disturbed is discovered during the course of Project construction, operation, maintenance, or decommissioning, the AO would be immediately notified. All ground-disturbing activities that may affect the resource would immediately cease until the AO issues written authorization to proceed. The AO, in coordination with the BLM's Threatened and Endangered Species Plants Specialist would develop and implement appropriate mitigation measures. | | ✔ | ✔ | ✔ |
| Wildlife | | | | | |
| 95 | Peak Minerals would develop and implement an Adaptive Wildlife Management Plan (AWMP) (Peak Minerals 2024b), to be approved by the BLM, to guide the evaluation of information collected during wildlife monitoring and to inform management of wildlife resources. Operational monitoring and reporting would be conducted as described in the AWMP. Peak Minerals would provide the monitoring results to, and consult with, the BLM regarding potential management decisions regarding unanticipated effects to wildlife. | ✔ | ✔ | ✔ | ✔ |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

SECTION 5 – RESOURCE VALUES AND ENVIRONMENTAL CONCERNS

Table 5-1     Applicant Committed Design Features

*Plan of Development for the Sevier Playa Potash Project*                                                      *September 2024*

| | Design Feature | Applicability to the Project * Not applicable within the playa boundary | | | |
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
|---|---|---|---|---|---|
| 96 | All power and communication lines, including structures and substations, would be designed to minimize the potential for adverse avian interactions, including collision and electrocution. Avian protection measures would be consistent with guidance provided by the Avian Power Line Interaction Committee (APLIC) and the USFWS (APLIC 2006, 2012, 2018). | ✔ | ✔ | ✔ | |
| 97 | Pre-construction biological clearance surveys for migratory birds and other terrestrial resources would be conducted for wildlife species identified as having the potential to occur in the area or to be affected by the Project. Survey protocols, buffers distances, timing restrictions, and other details of these surveys would be coordinated with the BLM, USFWS, and UDWR. If special-status species are encountered during the pre-construction surveys or construction, appropriate design features or mitigation measures would be implemented to avoid or minimize any anticipated effects. Prior to the surveys, permits for federal and state land and rights-of-entry to privately owned land would be obtained. Design features or mitigation measures could include, but are not limited to, avoidance of specific areas during the construction process or modification of facility locations to avoid or minimize effects. The AWMP (Peak Minerals 2024b) would contain additional information on pre-construction surveys. | ✔ | ✔ | ✔ | ✔ |
| 98 | Appropriate seasonal and spatial buffers would be placed on all known and discovered raptor (eagle, falcon, hawk, and owl) nests in accordance with Utah Field Office Guidelines for Raptor Protection from Human and Land use Disturbances ( Romin and Muck 2002) and Best Management Practices for Raptors and their Associated Habitats in Utah (BLM 2006). Construction activities would not occur within these buffers if pre-construction monitoring indicates the nests are active, unless a site-specific evaluation is completed prior to construction and a BLM wildlife biologist, in coordination with USFWS and UDWR, recommends that activities may proceed. The BLM would coordinate with the USFWS and UDWR and have a recommendation within 3 to 5 business days of notification. Any construction activities authorized within a spatial or seasonal buffer for raptors would require an on-site monitor. If there are any indications that activities are adversely affecting the raptor or its young, the on-site monitor would suspend activities and contact the AO immediately. Construction may be considered within the buffers of inactive nests, after coordination with the BLM, if proper surveys have been completed and have shown that the nest is unoccupied, has become unsuccessful, or young have fledged and are no longer dependent on the nest. The AWMP (Peak Minerals 2024b) would contain additional information on seasonal and spatial buffers. | | ✔ | ✔ | ✔ |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table 5-1    Applicant Committed Design Features**

*Plan of Development for the Sevier Playa Potash Project*                                    *September 2024*

| | Design Feature | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
|---|---|:---:|:---:|:---:|:---:|
| | | **Applicability to the Project** *\* Not applicable within the playa boundary* | | | |
| 99 | Existing roads would be used to the extent possible for access and linear components of the Project, such as power and communication lines, the Natural Gas Pipeline, and water supply pipelines, to minimize disturbance, loss, and fragmentation of wildlife habitat, unless approved by the AO. Site clearing would be limited to the minimum time, duration, and space necessary. Clearing of sagebrush shrubland, a high-value habitat type that is increasingly rare in the Project vicinity, would be limited to the greatest extent practicable. | ✔* | ✔* | ✔* | |
| 100 | At the end of each workday, all excavated holes and trenches that may trap wildlife would be inspected before backfilling. If backfilling is not feasible, excavations would be sloped at the ends to provide escape ramps or covered to completely prevent access by wildlife. Before work commences, excavation areas would be inspected and any wildlife removed. | | ✔* | ✔* | ✔* |
| 101 | Construction, operation, maintenance, and decommissioning of the Project would be conducted in a manner that does not cause "take" as defined by the applicable law(s) for each wildlife species. Any take or wildlife problems would be reported to the BLM biologist as soon as practicable. All wildlife are to be appreciated and given space to carry out their biological/ecological activities. | | ✔ | ✔ | ✔* |
| 102 | A litter control program would be implemented to reduce the attractiveness of Project facilities to opportunistic predators such as common ravens, coyotes, and kit fox. All domestic trash would be promptly placed in covered containers that would be removed on a regular basis for disposal at an authorized facility. | | ✔ | ✔ | ✔ |
| 103 | Peak Minerals would attempt to avoid or minimize ground-disturbing activities, noise, and light during the migratory bird (non-raptor) nesting season (March 1 through July 30) so as not to disturb nesting avian species during the critical nesting season. Anticipating that ground-disturbing activities may be proposed during the migratory bird nesting season, Peak Minerals would develop a migratory bird nest survey protocol and nest avoidance buffers to mitigate disturbance to nesting migratory birds. Nest survey protocols and nest avoidance buffers would be included in the AWMP (Peak Minerals 2024b), which would be reviewed by the BLM, UDWR, and USFWS, and approved by the BLM. | | ✔* | ✔* | ✔* |
| 104 | To prevent and avoid birds becoming entrapped, all vertical pipes that would not allow a bird to exit would be permanently capped. | | ✔ | ✔ | ✔ |
| 105 | All open pipes, culverts, and similar Project features greater than 4 inches in diameter would be inspected prior to disturbance or removal to avoid trapping, injuring, or killing kit foxes. | | ✔ | ✔ | ✔ |

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Table 5-1      Applicant Committed Design Features**

*Plan of Development for the Sevier Playa Potash Project*                                    *September 2024*

| | Design Feature | Applicability to the Project * Not applicable within the playa boundary | | | |
|---|---|---|---|---|---|
| | | Design and Engineering | Construction | Operation and Maintenance[1] | Decommissioning[1] |
| 106 | Over the term of the authorization for the Project, information regarding a plant or animal species may change. If the status of a species changes (for example, a species is proposed for listing or becomes listed under the ESA, or is added to the BLM's Special Status Species list), the BLM would notify Peak Minerals. The BLM and Peak Minerals would discuss the potential for construction, operation, maintenance, or decommissioning to affect the species and any appropriate design features or mitigation measures. Should it be determined by the BLM that construction, operation, maintenance, or decommissioning may adversely affect a federally listed (ESA) species, consultation with the USFWS would be initiated. | | ✔ | ✔ | ✔ |
| 107 | Fences would be constructed according to BLM standards (BLM Handbook H-1741-1). Wire spacing and type would comply with BLM specifications, including a smooth lower wire and sufficient clearance to allow passage of pronghorn. Metal fence posts with white tips would be used for visibility and to minimize perch locations for raptors. In areas of high wildlife migration, new fence wires would be flagged during construction to be conspicuous. Post spacing, number of stays, and other fence specifications would be determined based on site conditions. This measure does not apply to security or other fencing that is specifically designed to exclude wildlife (for example, at the Processing Facility, Rail Loadout Facility, North Playa Substation, etc.). | | ✔* | ✔* | |
| 108 | Roadways would be monitored for carcasses of wildlife or livestock that have collided with vehicles. Carcasses would be removed immediately (within 24 hours of discovery) to the extent practical. Peak Minerals would coordinate in advance with the UDWR and USFWS to obtain all required permits to avoid delays in carcass removal. | | ✔* | ✔* | ✔* |
| 109 | If direct disturbance of active burrows or dens of any special-status species is necessary, it would occur outside critical breeding periods according to species biology, unless approved by the AO. Physical destruction of known, active kit fox or burrowing owl burrows would be avoided wherever possible. No other burrows, regardless of activity classification, would be destroyed unnecessarily. | | ✔* | ✔* | ✔* |

* Not applicable within the playa boundary.
[1] During operations, maintenance, and decommissioning, some design features would only apply to the initiation of new activities.
** Mitigation measures per Table C-2 in the ROD (BLM 2019b)

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

SECTION 6

# PROJECT OPERATIONS AND MAINTENANCE

After construction, on-site personnel would operate and maintain the Project facilities. Routine maintenance of the Project facilities would be necessary to optimize performance and to detect potential malfunctions. O&M procedures would be established and would define specific routine maintenance and inspection activities.

Routine maintenance activities that may occur would include selective vegetation clearing, blading, resurfacing, dust abatement, spot repairs, culvert cleaning, noxious and invasive weed control, reseeding, regrading, snow removal, and support structure repair, upgrades, or replacement. Certain routine maintenance activities may require the use of aggregate fill materials. The Project's source of aggregate fill materials is described in the *Gravel Pit Mining Plan* (Peak Minerals 2024o). Maintenance activities would be conducted pursuant to prudent utility practices. In general, the Project facilities would be in operation 24 hours a day, seven days a week. Unscheduled maintenance visits may occur if any problems are detected at the Project facilities. Emergency maintenance would involve prompt movement of crews to repair or replace any damaged equipment. Specific training would be provided to all maintenance crews to instruct them on plans, procedures, and policy requirements.

Once vegetation is stable, following construction of the Project facilities and after reclamation is complete, noxious weed surveys would continue as necessary. Routine maintenance of the Project facilities would include weed monitoring and treatment, as outlined in the *Noxious Weed Management Plan* (Peak Minerals 2024g).

## 6.1.    Operations and Maintenance Workforce

Operations on the Sevier Playa would occur primarily during daylight hours, although the Processing Facility would be operated 24 hours per day for most days of the year. O&M for the Project, including on-lease and off-lease facilities, would support up to 175 full-time employees distributed among on-playa operations, the Processing Facility, drivers for truck transport of material to the Rail Loadout Facility, operation of the Rail Loadout Facility, and miscellaneous off-playa O&M. Trucks transporting materials from the Processing Facility to the Rail Loadout Facility would operate primarily during daylight hours (two 8-hour shifts). The Rail Loadout Facility would conduct operations day or night, depending on the material transport timing to rail car or market. The operations workforce would include an on-site facility manager; administrative support; and earthwork, transportation, and other O&M personnel.

## 6.2.    Power and Communication Lines

The power line would be inspected annually by ground patrols, and maintenance would be performed as needed.

## 6.3.    Communication Towers

Each communication tower would be visited four times per year for battery inspections and any needed maintenance.

Access to the Long Ridge Communication Tower for O&M would be via Hwy 6/50, the existing Class B road leading north from Hwy 6/50 (Long Ridge Reservoir Road), and the existing single-track dirt road leading east from the Class B road (Long Ridge Access Road) (see **Figure 2-8**).

Access to the Black Rock Communication Tower for O&M would be via SR 257, as well as the Black Rock Substation Access Road.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

## 6.4.    Natural Gas Pipeline

The Natural Gas Pipeline would be inspected annually by ground patrols, and maintenance would be performed as needed.

Access to the Natural Gas Pipeline would be via Crystal Peak Road and along the Rail Spur for the portion of the line west of SR 257. Portions of the pipeline located east of SR 257 would be accessed using Natural Gas Pipeline Access Roads 1A, 1B, 2, 3, 4, 5A, 5B, 6, 7, or 8. There would also be overland access within the Natural Gas Pipeline permanent ROW. *(A figure showing the components of the valve station would be provided in the Construction POD.)*

## 6.5.    Rail Facilities

Access to the Rail Loadout Facility would be via two new roads leading north from Crystal Peak Road (Rail Loadout Facility Access Roads 1 and 2). Access to the Rail Spur would be overland via the Rail Spur Access Corridor. Grading would be implemented as needed to maintain the Rail Spur Access Corridor in good condition and consistent with landowner or land manager guidance. The existing and new roads and UPRR mainline would provide sufficient access for O&M of the Rail Loadout Facility and Rail Spur.

## 6.6.    Water Supply and Distribution

Visual inspections of the well sites on BLM-administered and TLA-administered lands would occur at least annually. Access to the well sites would be via Crystal Peak Road and the upgraded existing roads leading south from Crystal Peak Road to the well sites (Water Supply Well Access Roads 1, 2, 3, and 4). If required for maintenance, the water pipelines would be accessed using the ROW area that contains each respective water pipeline. Routine maintenance, except for pump and well maintenance, would be limited to visual inspection via pickup truck. Occasionally, the well pumps may be removed for service or replacement. No renewal or exchange of pipeline is anticipated during the life of the Project. Hydrostatic testing would only be performed when the initial water lines are installed or if a section is repaired.

## 6.7.    Water Monitoring Wells

Water Monitoring Wells would be inspected quarterly during sampling events and intermittently for routine maintenance as needed.

## 6.8.    Access Roads and Playa Access Road

Vehicular traffic is expected to increase during construction, O&M, and decommissioning of the facilities. Off-lease vehicular traffic estimates are provided in the *Transportation and Traffic Management Plan* (Peak Minerals 2024m). The surface and shoulders of the access roads and perimeter road would be kept in a safe and usable condition and would be maintained in accordance with the original construction standards. All drainage ditches and culverts would be kept clear and free flowing and would be maintained according to original construction standards. The ROW for the access roads would be kept free of trash during O&M.

Road maintenance on existing and new roads would be conducted from the road or road ROW.

## 6.9.    Preconcentration Ponds

The preconcentration ponds would be inspected by ground patrols.

## 6.10.    Recharge Canal Segment

The Recharge Canal Segment would be inspected by ground patrols.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M037/0125

## 6.11.  Products Used for Operations and Maintenance

Potentially hazardous materials used for O&M Project facilities may include general lubricants, general cleaners, ethylene glycol (antifreeze), vehicle fuel, and herbicides for weed control. No hazardous wastes would be generated by Project operations.

Hazardous materials use, storage, and disposal would be in accordance with the *Solid and Hazardous Waste Management Plan* (Peak Minerals 2024j) and would comply with applicable local, state, and federal environmental laws and regulations. Accidental releases of hazardous materials (e.g., vehicle fuels) would be prevented or minimized through proper containment of these substances during use and transportation to the site. Hazardous wastes would be removed and disposed of in an appropriately permitted disposal facility.

Peak Minerals would develop a *Solid and Hazardous Waste and Hazardous Materials Management Plan* (Peak Minerals 2024j) according to the requirements for hazardous waste generation based upon the quantity of waste produced per month. The *Solid and Hazardous Waste and Hazardous Materials Management Plan* would address storage, use, transportation, and disposal of each hazardous material anticipated to be used at the site. The plan would identify hazardous materials that would be used, stored, or transported, and would establish inspection procedures, storage requirements, storage quantity limits, inventory control, non-hazardous product substitutes, and disposition of excess materials. The *Solid and Hazardous Waste Management Plan* would also identify requirements for notices to federal and local emergency response authorities and would include emergency preparedness and response plans, such as spill response.

Very little solid waste would be produced during normal O&M. Peak Minerals would identify the waste streams expected to be generated at the site and would establish solid waste determination procedures, waste storage locations, waste-specific management and disposal requirements, inspection procedures, and waste minimization procedures. Disposal of liquid and solid waste produced during O&M of the Project facilities would be conducted so as not to affect human health and the environment.

## 6.12.  Safety

Safety is a primary concern in the design of the Project facilities. The power lines would be protected with power circuit breakers and related line relay protection equipment. Existing fences, metal gates, and pipelines that cross or are within the power line ROWs would be grounded to prevent electrical shock. Design and construction would be coordinated with utilities operating along the Project alignment to ensure that prudent safety requirements are met.

Buried water and natural gas pipelines co-located with overhead electrical transmission lines are subject to the influence of electromagnetic fields that may result in safety concerns for people making contact with the pipeline, as well as long-term corrosion damage to the pipeline. Site-specific analyses to determine proper mitigation requirements would be completed during final design and construction planning.

## 6.13.  Snow Removal

Prior to construction or upgrading, the roads would be cleared of any snow and allowed to dry completely. Snow removal would be conducted as needed to allow vehicle access for facility operation. Snow removed from roads during the winter months would be pushed outside the borrow ditches, and the cutouts would be kept clear so that snowmelt would be channeled away from the road.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

SECTION 7

# PROJECT DECOMMISSIONING AND RECLAMATION

Peak Minerals prepared a detailed *Reclamation Plan* (Peak Minerals 2024h) that describes the process and procedures for decommissioning and reclaiming each feature described in this POD. The *Reclamation Plan* (Peak Minerals 2024h) describes soil management, seed mixes and seeding considerations, reclamation success standards, surety (bonding) requirements, reclamation success monitoring, and other important reclamation considerations. The Reclamation Plan (Peak Minerals 2024h) would be revisited and revised prior to final reclamation to account for changes in future standard reclamation practices. Peak Minerals would provide a Decommissioning Plan that would be approved by the landowner or land manager prior to the end of the Project.

The Project facilities would have a projected operational life of at least 25 years. As the Project neared the end of its anticipated operational life, Peak Minerals would consult with the landowner or land manager, Millard County, and other interested parties about transferring responsibility of maintenance and ultimate reclamation of certain facilities. If another entity sought to use one of the Project facilities and assume responsibility for maintenance and reclamation of that facility and the BLM was amenable to a transfer of the ROW, Peak Minerals would work with the BLM and that entity to transfer the ROW and associated responsibilities for that facility.

Assuming that another entity does not take responsibility for any of the Project facilities, at such time as each component of the Project is beyond its operational life and is no longer needed, the facilities (e.g., power and communication lines, natural gas pipelines, and communication towers) would be removed from service and the decommissioning and reclamation process would be started. Decommissioning is a systematic deconstruction process that would involve removing and disposing of the infrastructure and appurtenant facilities associated with the Project. Many of the activities involved with Project decommissioning are similar to those performed for Project construction.

In general, decommissioning of the Project would involve disassembling the Project infrastructure and salvaging valuable equipment. Peak Minerals would attempt to salvage economically recoverable materials and to recycle components for future uses. Unsalvageable materials would be disposed of at a permitted landfill. Appurtenant infrastructure, including conductors, cables, and roads, would be removed. Demolition or removal of equipment and facilities would meet applicable environmental and health regulations.

Following the removal of the Project facilities, the associated disturbed areas would undergo final cleanup and reclamation, as described in the Reclamation Plan (Peak Minerals 2024h).

SECTION 7 – PROJECT DECOMMISSIONING AND RECLAMATION

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

*This page intentionally left blank.*

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

SECTION 8

# REFERENCES

Avian Power Line Interaction Committee (APLIC). 2006. *Suggested Practices for Avian Protection On Power Lines: The State of the Art in 2006.* Washington, D.C.: Edison Electric Institute, Avian Power Line Interaction Committee, and Sacramento, California: California: California Energy Commission. Available at: http://www.aplic.org/uploads/ files/2643/SuggestedPractices2006%28LR-2%29.pdf. Accessed January 24, 2017.

———. 2012. *Reducing Avian Collisions with Power Lines: The State of the Art in 2012.* Edison Electric Institute and APLIC. Washington, D.C.


Bureau of Land Management (BLM). 1987. *Warm Springs Resource Area: The Resource Management Plan. Record of Decision Rangeland Program Summary.* Richfield, Utah: BLM Richfield District.

———. 2006. *Best Management Practices for Raptors and Their Associated Habitats in Utah, August 2006*. Available at: https://eplanning.blm.gov/epl-front-office/projects/lup/68145/86194/ 103351/A1_BMP4Raptor.pdf.

———. 2011. *9113 – 1 – Roads Design Handbook.* Manual Transmittal Sheet. Rel. 9-388. October 21, 2011. Denver, Colorado: Bureau of Land Management. Available at: https://www.blm.gov/ sites/blm.gov/files/uploads/Media_Library_BLM_Policy_H-9113-1.pdf.

———. 2015. *H-9113-2 Roads Inventory and Condition Assessment Guidance & Instructions*. Manual Transmittal Sheet. Rel. 9-406. May 4, 2015. Denver, Colorado: Bureau of Land Management. Available at: https://www.blm.gov/sites/blm.gov/files/uploads/Media%20Center_BLM%20 Policy_H-9113-2.pdf.

———. 2019a. *Sevier Playa Potash Project Environmental Impact Statement, July 2019*: Bureau of Land Management. Available at: https://eplanning.blm.gov/eplanning-ui/project/67624/570

———. 2019b. *Sevier Playa Potash Project Record of Decision, August 2019*: Bureau of Land Management. Available at: https://eplanning.blm.gov/eplanning-ui/project/67624/570

Federal Communications Commission. 2017. *Opportunities to Reduce Bird Collisions with Communication Towers While Reducing Tower Lighting Costs.* Available at: https://www.fws.gov/birds/management/project-assessment-tools-and-guidance/guidance-documents/communication-towers.php.

Federal Land Managers Air Quality Workgroup (FLAG). 2010. *Federal Land Managers' Air Quality Related Values Work Group (FLAG) Phase I Report—Revised (2010)*. Natural Resource Report NPS/NRPC/NRR—2010/232.

Food and Agriculture Organization of the United Nations. 2015. *World fertilizer Trends and Outlook to 2018*. Available at: http://www.fao.org/3/a-i4324e.pdf.

Novopro Projects Inc. and Stantec Consulting Services (Novopro and Stantec). 2022. *Feasibility Study Report for the Sevier Playa Potash Project,* September 23, 2022

Peak Minerals, Inc. (Peak Minerals). 2024a. *Mining Plan for the Sevier Playa Potash Project* (Mining Plan). Salt Lake City, Utah: Peak Minerals, Inc.

———. 2024b. *Adaptive Wildlife Management Plan*. Salt Lake City, Utah: Peak Minerals, Inc.

———. 2024c. *Blasting Plan*. Salt Lake City, Utah: Peak Minerals, Inc.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

———. 2024d. *Cultural Resources Plan*. Salt Lake City, Utah: Peak Minerals, Inc.

———. 2024e. *Environmental Compliance and Inspection Plan*. Salt Lake City, Utah: Peak Minerals, Inc.

———. 2024f. *Fugitive Dust Control Plan*. Salt Lake City, Utah: Peak Minerals, Inc.

———. 2024g. *Noxious Weed Management Plan*. Salt Lake City, Utah: Peak Minerals, Inc.

———. 2024h. *Reclamation Plan*. Salt Lake City, Utah: Peak Minerals, Inc.

———. 2024i. *Site Safety Plan*. Salt Lake City, Utah: Peak Minerals, Inc.

———. 2024j. *Solid and Hazardous Waste and Hazardous Materials Management Plan*. Salt Lake City, Utah: Peak Minerals, Inc.

———. 2024k. *Spill Prevention, Control, and Countermeasures Plan* (SPCC Plan). Salt Lake City, Utah: Peak Minerals, Inc.

———. 2024l. *Stormwater Pollution Prevention Plan* (SWPPP). Salt Lake City, Utah: Peak Minerals, Inc.

———. 2024m. *Transportation and Traffic Management Plan*. Salt Lake City, Utah: Peak Minerals, Inc.

———. 2024n. *Water Monitoring Plan*. Salt Lake City, Utah: Peak Minerals, Inc.

———. 2024o. *Gravel Pit Mining Plan*. Salt Lake City, Utah: Peak Minerals, Inc.

Romin, L.A., and J.A. Muck. 2002. *Utah Field Office Guidelines for Raptor Protection from Human and Land Use Disturbances*. Salt Lake City, Utah: U.S. Fish and Wildlife Service, Utah Field Office.

U.S. Environmental Protection Agency (EPA). 2005. Appendix W of 40 CFR Part 51—Guideline on Air Quality Models (Revised), Office of Air Quality Planning and Standards, Research Triangle Park, North Carolina, November.

Utah Division of Air Quality (UDAQ). 2013. *Utah Division of Air Quality Emissions Impact Assessment Guidelines* (UDAQ Dispersion Modeling Guidance). Available at: https://deq.utah.gov/Permits/air/docs/2013/03Mar/EmissionsImpactAssessmentGuideline.pdf. Accessed January 25, 2018.

Utah Division of Water Rights (UDWRi). 2011. *State of Utah Water Well Handbook*. Utah Administrative Code R655-4. April 2011. Available at: https://www.waterrights.utah.gov/wellinfo/handbook.pdf.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# Figures

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



Legend

Sevier Playa Boundary

BLM and TLA Lease Boundary

0    12.5    25    Miles
(At original document size of 8.5x11)
1 in = 25 Miles

N

**Stantec**

**Peak Minerals**

| Project Location | Drawn by BT on 2024-05-21 |
| | TR by KG on 2024-05-21 |
| Millard County, UT | IR by AB on 2024-05-21 |

Client/Project
Peak Minerals Inc.
Sevier Playa Project
Plan of Development

Figure No.
**1-1**

Title
**Regional Vicinity**

Notes
1. Coordinate System: NAD 1983 UTM Zone 12N
2. Data Sources: Peak Minerals Inc.
3. Background: Esri, USGS

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.



RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Project Off-Lease Facilities Overview**

Figure No. 1-2

Client/Project
Peak Minerals Inc.
Sevier Playa Project
Plan of Development

Project Location
Millard County, UT

Stantec

Peak Minerals



Figure 1-3

Project Off-Lease Facilities Overview with Existing Rights-of-Way

Peak Minerals Inc.
Sevier Playa Project
Plan of Development



Project Facilities Overview



Figure 1-5

Processing Facility Site Plan

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Proposed Project Features**
- ‐ ‐ ‐ 12.47 kV Power Line
- 12.47 kV Power Line Spur
- 12.47 kV Power and Communication Line
- 25 kV Power Line
- 69 kV Power and Communication Line
- ● Communication Tower
- ○ Substation
- Access Road
- Processing Facility

**General Reference**
- BLM and TLA Lease Boundary
- Sevier Playa Boundary
- Township/Range Boundary
- US Highway, State Highway
- Dirt Track Road
- Class B Road
- Railroad

**Land Ownership**
- Bureau of Land Management
- Private
- State Trust Lands

0   4   8 Miles
(At original document size of 11x17)
1 in = 4 Miles

**Stantec**   Peak Minerals

| | |
|---|---|
| Project Location | Drawn by BT on 2024-05-28 |
| Millard County, UT | TR by KG on 2024-05-28 |
| | IR by AB on 2024-05-28 |
| Client/Project | |
| Peak Minerals Inc. | |
| Sevier Playa Project | 182923537 |
| Plan of Development | |
| Figure No. | |
| 2-1 | |
| Title | |
| Power and Communication Line Overview | |

*Notes*
1. Coordinate System: NAD 1983 UTM Zone 12N
2. Data Sources: Peak Minerals Inc.
3. Background: Earthstar Geographics

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



Notes:
1. Field Drilled Holes Shall Be Thoroughly Treated.
2. Power Line structures and installed raptor protection devices
   will comply with APLIC guidelines for the protection of birds.

 

| | |
|---|---|
| *Project Location* | Drawn by JT on 2023-09-19 |
| | TR by BT on 2023-09-19 |
| Millard County, UT | IR by TS on 2023-09-19 |
| *Client/Project* | 182923537 |
| Peak Minerals Inc. | |
| Sevier Playa Project | |
| Plan of Development | |

*Figure No.*
**2-2**

*Title*
**Typical H-Frame Support Structure
for 69-kV Power and
Communication Line**

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125





Notes:
1. Field Drilled Holes Shall Be Thoroughly Treated.
2. Power Line structures and installed raptor protection devices
will comply with APLIC guidelines for the protection of birds.

**Stantec**  Peak Minerals

| Project Location | Drawn by JT on 2023-09-19 |
| Millard County, UT | TR by BT on 2023-09-19 |
| | IR by TS on 2023-09-19 |

Client/Project 1629023537
Peak Minerals Inc.
Sevier Playa Project
Plan of Development

Figure No.
**2-3**

Title
**Typical 3-Pole Dead End Structure for 69-kV
Power and Communication Line**

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



Notes:
Power Line structures and installed raptor protection devices
will comply with APLIC guidelines for the protection of birds.




| Project Location | Drawn by BT on 2023-09-19 |
| | TR by IH on 2023-09-19 |
| Millard County, UT | IR by TS on 2023-09-19 |
| Client/Project | 182923537 |
| Peak Minerals Inc. | |
| Sevier Playa Project | |
| Plan of Development | |
| Figure No. | |
| 2-4 | |
| Title | |
| **Typical Single Pole Support Structure for 12.47-kV and 25-kV Power Line** | |

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



Notes:
Power Line structures and installed raptor protection devices
will comply with APLIC guidelines for the protection of birds.




| Project Location | | Drawn by JT on 2023-09-19 |
| Millard County, UT | | TR by BT on 2023-09-19 |
| | | IR by TS on 2023-09-19 |
| Client/Project | | 1629023537 |
| Peak Minerals Inc. | | |
| Sevier Playa Project | | |
| Plan of Development | | |
| Figure No. | | |
| **2-5** | | |
| Title | | |
| **Typical Single Pole Dead-End Support Structures for 12.47-kV and 25-kV Power Lines** | | |

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



Notes:
1. Approximate Overall Fenced Area 90FT x 175FT.
2. Not To Scale
3. The Ground Surface Within the Fenced Area is Graveled for
   Safety During Ground Faults. Vegetation is Removed.
4. Power Line Structures and Installed Raptor Protection Devices
   will Comply With APLIC Guidelines for the Protection of Birds.



| | |
|---|---|
| Project Location | Drawn by JT on 2023-09-19 |
| Millard County, UT | TR by BT on 2023-09-19 |
| | IR by TS on 2023-09-19 |
| Client/Project | 182923537 |
| Peak Minerals Inc. | |
| Sevier Playa Project | |
| Plan of Development | |
| Figure No. | |
| **2-6** | |
| Title | |
| **Typical Substation Layout** | |

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



REFLECTIVE BIRD DIVERTER

20' to 45' (25/12 kV)
40' to 80' (69 kV)

6' to 8'

8' YELLOW MARKER

1' to 3'

REFLECTIVE BIRD DIVERTER

All dimensions shown are approximate and may change based on final design

Note: Power Line structures and installed raptor protection devices will comply with APLIC guidelines for the protection of birds.

10' to 25' (25/12 kV - angles)
10' to 45' (25/12 kV - dead ends)
20' to 80' (69 kV)

**PRELIMINARY**
NOT FOR CONSTRUCTION

Notes:
Power Line structures and installed raptor protection devices will comply with APLIC guidelines for the protection of birds.

 Stantec    Peak Minerals

| Project Location | | Drawn by JT on 2023-09-19 |
| Millard County, UT | | TR by BT on 2023-09-19 |
| | | IR by TS on 2023-09-19 |

Client/Project
Peak Minerals Inc.
Sevier Playa Project
Plan of Development                                              1629023537

Figure No.
**2-7**

Title
**Guy Wire Mitigation Measures**

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.



RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Proposed Project Features**

⊙ Communication Tower
— Communication Tower Access Road

**General Reference**
☐ BLM and TLA Lease Boundary
☐ Sevier Playa Boundary
☐ Township/Range Boundary
— US Highway, State Highway
Dirt Track Road
Class B Road
Railroad

**Land Ownership**
☐ Bureau of Land Management
Private
☐ State Trust Lands

0    4    8 Miles
(At original document size of 11x17)
1 in = 4 Miles

**Stantec**

Project Location
Millard County, UT

Drawn by JT on 2024-05-28
TR by BT on 2024-05-28
IR by TS on 2024-05-28

Client/Project
Peak Minerals Inc.
Sevier Playa Project
Plan of Development

Figure No.
**2-8**

Title
**Communication Tower Overview**

Notes
1. Coordinate System: NAD 1983 UTM Zone 12N
2. Data Sources: Peak Minerals Inc.
3. Background: Earthstar Geographics

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



Notes:
The ground surface within the fenced area may be graveled to minimize vegetation.



| Project Location | Drawn by JT on 2023-11-14 |
| | TR by BT on 2023-11-14 |
| Millard County, UT | IR by TS on 2023-11-14 |
| Client/Project | 182923537 |
| Peak Minerals Inc. | |
| Sevier Playa Project | |
| Plan of Development | |
| Figure No. | |
| **2-9** | |
| Title | |
| **Communication Tower Layout** | |

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.



Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

Figure 2-11 Valve Connection at Processing Facility
(Would be provided before Construction POD)

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.



Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.



RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Stantec**

**Proposed Project Features**

- ✛ Rail Spur and Access Corridor
- ▪▪▪ Rail Loadout Facility Boundary Fence and Gravel Yard
- — Rail Loadout Facility Access Road
- ● Rail Facility Substation
- ▬ 12.47-kV Power and Communication Line

**General Reference**

- ┼┼ Existing Railroad
- — Dirt Track Road
- — US Highway; State Highway
- — Class B Road
- ▢ Township/Range Boundaries
- ▢ Bureau of Land Management
- ▢ Private

N

0    800    1,600
US Feet
(At original document size of 11x17)
1:1,267,200

*Notes*
1. Coordinate System: NAD 1983 UTM Zone 12N
2. Data Sources: Peak Minerals Inc.
3. Background: Sources: Esri, Airbus DS, USGS, NGA, NASA, CGIAR, N Robinson, NCEAS, NLS, OS, NMA, Geodatastyrelsen, Rijkswaterstaat, GSA, Geoland, FEMA, Intermap and the GIS user community, Sources: Esri, TomTom, Garmin, FAO, NOAA, USGS, © OpenStreetMap contributors, and the GIS User Community, Maxar

*Project Location*
Millard County, UT

Drawn by BT on 2024-05-29
TR by KG on 2024-05-29
IR by AB on 2024-05-29

*Client/Project*
Peak Minerals Inc.
Sevier Playa Project
Plan of Development

*Figure No.*
**2-13**

*Title*
**Rail Spur and Loadout Facilities Overview**

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



HIGHWAY 257 CROSSING PLAN

GRADE CROSSING SECTION

Grade Crossing applies to HWY 257 and Headlight Canyon Road.
Design subject to change upon construction based on widths and road material (paved vs. dirt).
Design will be in compliance with UDOT standards.

DRAFT DESIGN

TRAFFIC CONTROL DEVICE  TYPE 1 DETAIL



## Stantec

Peak Minerals

| Project Location | Drawn by BT on 2024-05-29 |
|---|---|
| Millard County, UT | TR by KG on 2024-05-29 |
| | IR by AB on 2024-05-29 |

Client/Project: Peak Minerals Inc.
Sevier Playa Project
Plan of Development                    1629023537

Figure No.
**2-14**

Title
**Rail Loadout Facility
Highway 257 Crossing Details**

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



40' RIGHT-OF-WAY

15'-0"

GRAVEL

7.5'   6"   7.5'   2'-0"

4'-0"   1   2

30'-0"   1'-0"

ACCESS ROAD

COLLECTION CHANNEL

 Stantec    Peak Minerals

| Project Location | Drawn by BT on 2024-05-29 |
| Millard County, UT | TR by KG on 2024-05-29 |
| | IR by AB on 2024-05-29 |

Client/Project   1629023537
Peak Minerals Inc.
Sevier Playa Project
Plan of Development

Figure No.
**2-15**

Title
**Rail Loadout Facility Access Road Cross Section**

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



60' RIGHT-OF-WAY

2' GRADING | 11' DRAINAGE | 12'- 0" | 12'- 0" | 11' DRAINAGE | 2' GRADING

FINISHED GRADE

3:1   8" MINIMUM BALLAST   3:1

CONSTRUCTION SUBGRADE

MINIMUM 6" SOIL STABILIZATION (LIME OR CEMENT) DEPENDENT UPON SOILS TEST.

2:1   2:1

*EMBANKMENT*   ₵ TRACK   *EXCAVATION*

NOTE: SLOPE OR CROWN SUBBALLAST
AS LOCAL CONDITIONS INDICATE.

## INDUSTRIAL TRAIN TRACK ROADBED
### TYPICAL SECTION



70' RIGHT-OF-WAY

2' GRADING | 11' DRAINAGE | 12'- 0" | 20' BETWEEN TRACK CENTERLINES | 12'- 0" | 11' DRAINAGE | 2' GRADING

3:1   8" MINIMUM BALLAST   8" MINIMUM BALLAST   3:1

2:1   2:1

*EMBANKMENT*   ₵ TRACK   ₵ TRACK   *EXCAVATION*

## INDUSTRIAL ROADBED FOR TWO OR MORE TRAIN TRACKS
### TYPICAL SECTION

**Stantec**   Peak Minerals

| | |
|---|---|
| *Project Location* Millard County, UT | Drawn by BT on 2024-05-30 TR by KG on 2024-05-30 IR by AB on 2024-05-30 |
| *Client/Project* Peak Minerals Inc. Sevier Playa Project Plan of Development | 1629023537 |
| *Figure No.* **2-16** | |
| *Title* **Typical Train Track Roadbed Section** | |

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

Water Supply and
Distribution Facility Overview

Figure No.
2-17

Client/Project
Peak Minerals Inc.
Sevier Playa Project
Plan of Development

Project Location
Millard County, UT

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



Notes:
The ground surface within the fenced area may be graveled to minimize vegetation.




| Project Location | Drawn by JT on 2024-05-29 |
| --- | --- |
| Millard County, UT | TR by BT on 2024-05-29 |
| | IR by TS on 2024-05-29 |

| Client/Project | 182923537 |
| --- | --- |

Peak Minerals Inc.
Sevier Playa Project
Plan of Development

Figure No.
**2-18**

Title
**Water Supply Well Site Layout**

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.



RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
IN/027/0125



RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Proposed Project Features**
- ▪▪▪ Playa Access Road - Off-Lease
- ▪▪▪ Playa Access Road - On-Lease
- — Access Road - Off-Lease
- — Access Road - On-Lease

**General Reference**
- ▭ BLM and TLA Lease Boundary
- ▭ Sevier Playa Boundary
- ▭ Township/Range Boundary
- — US Highway, State Highway
- ⋯ Dirt Track Road
- — Class B Road
- ⊢⊢⊢ Railroad

**Land Ownership**
- Bureau of Land Management
- Private
- State Trust Lands

0    4    8 Miles
(At original document size of 11x17)
1 in = 4 Miles

**Stantec**    Peak Minerals

Project Location
Millard County, UT

Drawn by BT on 2024-07-12
TR by KG on 2024-07-12
IR by AB on 2024-07-12

Client/Project
Peak Minerals Inc.
Sevier Playa Project
Plan of Development

182923537

Figure No.
**2-20**

Title
**Project Access Roads and Playa Access Road**

Notes
1. Coordinate System: NAD 1983 UTM Zone 12N
2. Data Sources: Peak Minerals Inc.
3. Background: Earthstar Geographics

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



TYPICAL PERIMETER ROAD SECTION
SCALE: 1/8" = 1'0"

TYPICAL PERIMETER ROAD SECTION W/ TURNOUT
SCALE: 1/8" = 1'0"

TYPICAL TURNOUT - PLAN VIEW
SCALE: 1/16" = 1'0"




| Project Location | Drawn by JT on 2024-05-29 |
| Millard County, UT | TR by BT on 2024-05-29 |
| | IR by TS on 2024-05-29 |
| Client/Project | 1629023537 |
| Peak Minerals Inc. | |
| Sevier Playa Project | |
| Plan of Development | |
| Figure No. | |
| **2-21** | |
| Title | |
| **Playa Access Road Typical Sections and Turnouts** | |

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

North Playa Substation

**Proposed Project Features**

- ☐ Preconcentration Ponds - On-Lease
- ☐ Preconcentration Ponds - Off-Lease
- ▦▦▦ Playa Access Road - Off-Lease
- ▦▦▦ Playa Access Road - On-Lease
- ▬▬ Access Road
- ▬▬ Recharge Canal
- ▬▬ Brine Transfer Canal/Pipeline
- ⊙ Substation
- ▰▰▰ 25 kV Power Line
- ▬▬ 69 kV Power and Communication Line

**General Reference**

- ▭ BLM and TLA Lease Boundary
- ▭ Sevier Playa Boundary
- ▭ Township/Range Boundary
- ▬▬ US Highway, State Highway
- ⋯ Dirt Track Road
- ▬▬ Class B Road
- ▬▬ Railroad

**Land Ownership**

- ☐ Bureau of Land Management
- ☐ Private
- ☐ State Trust Lands

0    0.5    1 Miles

(At original document size of 11x17)
1 in = 1 Miles

N

**Stantec**

**Peak Minerals**

| Project Location | Drawn by JT on 2024-05-29 |
| Millard County, UT | TR by BT on 2024-05-29 |
| | IR by TS on 2024-05-29 |
| Client/Project | |
| Peak Minerals Inc. | |
| Sevier Playa Project | |
| Plan of Development | 182923537 |
| Figure No. | |
| **2-22** | |
| Title | |
| **Preconcentration Ponds Off-Lease** | |

*Notes*
1. Coordinate System: NAD 1983 UTM Zone 12N
2. Data Sources: Peak Minerals Inc.
3. Background: Earthstar Geographics

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

**Proposed Project Features**
- – – Recharge Canal - On-Lease
- —— Recharge Canal - Off-Lease
- —— Access Roads
- ▦▦ Playa Access Road - Off-Lease
- ▦▦ Playa Access Road - On-Lease

**General Reference**
- ▭ BLM and TLA Lease Boundary
- ▭ Sevier Playa Boundary
- ▭ Township/Range Boundary
- —— US Highway, State Highway
- Dirt Track Road
- Class B Road
- Railroad

**Land Ownership**
- Bureau of Land Management
- Private
- State Trust Lands

0    1.25    2.5 Miles
(At original document size of 11x17)
1 in = 3 Miles

N

**Stantec**        Peak Minerals

| Project Location | Drawn by JT on 2024-07-10 |
|---|---|
| Millard County, UT | TR by BT on 2024-07-10 |
| | IR by TS on 2024-07-10 |
| Client/Project | 182923537 |
| Peak Minerals Inc. | |
| Sevier Playa Project | |
| Plan of Development | |
| Figure No. | |
| 2-23 | |
| Title | |
| Recharge Canal | |

Labels on map: Recharge Canal Segment 1, Lake Point Rd, Steamboat Pass Rd, Headlight Canyon Rd, Crystal Peak Spur Rd, Crystal Peak Rd, 257

Notes
1. Coordinate System: NAD 1983 UTM Zone 12N
2. Data Sources: Peak Minerals Inc.
3. Background: Earthstar Geographics

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125



RECHARGE TRENCH TYPICAL
VARIABLE SLOPE DESIGN

EXTRACTION TRENCH TYPICAL
SLOPED DESIGN

RECHARGE CANAL TYPICAL SLOPED DESIGN



EXTRACTION TRENCH TYPICAL
VARIABLE SLOPE DESIGN



LEGEND

| | SPOILS |
| | SURFICIAL SOIL |
| | FAT CLAY |
| | MARL CLAY |



**Stantec**    Peak Minerals

| Project Location | Drawn by JT on 2024-05-29 |
| Millard County, UT | TR by BT on 2024-05-29 |
| | IR by TS on 2024-05-29 |

Client/Project
Peak Minerals Inc.
Sevier Playa Project
Plan of Development

Figure No.
**2-24**

Title
**Typical Constructed Extraction and
Recharge Trench/Collector/Canal**

Disclaimer: This document has been prepared based on information provided by others as cited in the Notes section. Stantec has not verified the accuracy and/or completeness of this information and shall not be responsible for any errors or omissions which may be incorporated herein as a result. Stantec assumes no responsibility for data supplied in electronic format, and the recipient accepts full responsibility for verifying the accuracy and completeness of the data.

RECEIVED
March 21, 2025
DIVISION OF OIL, GAS AND MINING
M/027/0125

# Appendix A
# 1:24,000 Scale Map Set

*(Would be provided prior to construction)*