# EXHIBIT 4



# Peak Minerals

# Sevier Playa
## Sulphate of Potash (SOP) Project

Q2 2025




## *Disclaimer*

This confidential company overview (the "Overview") has been prepared by Peak Minerals (the "Company") solely for informational purposes in connection with the recipient assessing its interest in a potential transaction involving the Company (the "Potential Transaction"). This Overview may not be disclosed, reproduced, distributed or used for any other purpose by the recipient without the Company's express prior written consent.

The information and any analyses contained in this Overview are taken from, or based on, information obtained from the Company and/or publicly available sources, the completeness and accuracy of which has not been independently verified and cannot be assured. The information and any analyses in these materials reflect prevailing conditions and the Company's views as at the date hereof, all of which are subject to change at any time and without notice.

To the maximum extent permitted by law, none of the Company, the Company's affiliates or any of each of their respective directors, officers, employees, contractors, advisors, members, successors, representatives or agents makes any representation or warranty, express or implied, as to the accuracy or completeness of this Overview and shall have no liability for any representations, expressed or implied, contained in, or for any omissions from, this Overview or any other written or oral communications transmitted to the recipient in connection with its evaluation of the Potential Transaction. The printed version of this Overview is incomplete without reference to the oral presentation or other written materials that supplement it. The only information that will have any legal effect, and upon which an interested party may rely, will be the representations and warranties (if any) contained in a definitive agreement relating to the Potential Transaction.

To the extent projections and financial analyses are set forth herein, they may be based on estimated financial performance and are intended only to suggest potential ranges of results. This Overview may also contain forward-looking statements. Forward looking statements are only predictions and are intended only to suggest potential ranges of results which are subject to risks, uncertainties and assumptions outside of the control of the Company. Actual values, results or events may be materially different to those expressed or implied in this Overview. Given these uncertainties, readers are strongly advised to not place any reliance whatsoever on forward looking statements. The Company does not undertake any obligation to update or revise any information or any of the forward looking statement in this Overview if facts, matters or circumstances change.

By accepting this Overview, the recipient acknowledges and agrees that all of the information contained herein is confidential and that the recipient will keep this information confidential and will not use this information for any purpose other than considering its interest in a Potential Transaction. This Overview shall not constitute an offer, nor a solicitation of an offer, of the sale or purchase of securities, nor shall any securities of the Company be offered or sold, in any jurisdiction in which such an offer, solicitation or sale would be unlawful.

By accepting this Overview, the recipient agrees that neither the recipient nor the recipient's agents or representatives will directly or indirectly contact the Company or any of its directors, officers, employees, shareholders, customers, vendors or related parties or affiliates at any time with respect to the Potential Transaction or the information contained herein.

Unless stated otherwise, dollar figures are expressed in U.S. dollars References to "tons" means U.S. short tons (2,000 pounds), while references to "tonnes" means metric tonnes (1,000 kilograms).

# Introduction to Peak Minerals



**Peak Minerals Inc. (Peak) is developing the Sevier Playa sulphate of potash (SOP) Project (SPP) in Millard County, Utah, the most significant SOP development project in North America**

Peak is committed to developing a modern fertilizer project with attractive economics whilst making a positive environmental impact and maintaining socially responsible operations

Ideally located in the world's best mining jurisdiction with existing infrastructure, the project will be the lowest cost and lowest carbon SOP producer, globally

Peak's mission is to develop Sevier Playa into the highest quality and lowest cost SOP producer in North America, enabling the continent to become self-sufficient in high quality SOP supporting food production for a growing population

Broad support from Federal agencies (access to debt funding, grants and tax credits) amplified by Trump executive order specifying Potash of critical importance

1. Per Frasier Institute 2023 survey.
2. Production Year.

*Strictly Confidential*

3

# Key Investment Highlights – *Sevier Playa Project*



| | |
|---|---|
| **Strong market fundamentals** | Opportunity to establish a market leading position in US fertilizer in a vital product for domestic food security. North America has experienced increased demand for SOP coupled with supply constraints with ~40%[1] sourced from high-cost European imports |
| **Significant scale & lowest cost producer** | Globally significant scale and positioned to be lowest cost producer of SOP in North America, and well situated to serve the large USA and growing Mexican, as well as Central and South American markets |
| **Completion of FEED** | Completion of FEED and securing Binding Offtakes significantly de-risks the Project, enhances economic and operational metrics, and positions the Project for construction start once funding is finalized |
| **Tier 1 Asset with strategic location** | Ideal project location in a well-established Tier 1 mining jurisdiction - strong access to all key infrastructure within an arid region with a proven history of potash and salt production |
| **Experienced project team in place** | Highly experienced management, operating team, and supportive strategic partners |
| **Positive environmental impact** | Fully permitted low-emission project with a product that helps customers reduce the environmental impact of their operations. Poised to have a minimal carbon footprint utilizing solar evaporation as key process element |



*Sevier Playa is **strategically located** and has attractive **projected economics** – with the completion of the 2024 FEED Study, the Project has a defined path to production*

*Strictly Confidential*

Source: Company information.
1. Based on historical import data sourced from CRU.

4

# Sevier Playa – Key Project Metrics




✓ **100% owned by EMR / partnership with Anglo American**


✓ **Tier 1 location in growing North American market**


✓ **Completion of FEED with enhanced project metrics and permitting updates**


✓ **Fully permitted with potential to be the largest and lowest cost SOP producer in the Americas**


✓ **~50 year mine plan utilizing only 53% of Measured and Indicated Resources[2]**


✓ **Potential to be the largest and lowest cost SOP producer in the Americas**

### Project Economics (2024 FEED[6])

| (real 2024 terms) | Phase 1 only | Phase 1 + 2 |
|---|---|---|
| CapEx | US$435m[3] | US$759m[3] |
| Nameplate SOP production | 215ktpa | 474ktpa |
| Initial life of mine | ~50 years | >25 years |
| LOM all-in operating costs[4] | US$122/ton | US$101/ton |
| Run-rate EBITDA[5] | US$147m | US$342m |
| Post-tax NPV (8%) | US$571m | US$954m |
| **Phase 1 Investors MOICs \|\| IRR[7]** | 3.5x \|\| 31.5% (Dec-30) | 6.5x \|\| 24.4% (Dec-34) |
| **Phase 1 Investors Ownership** | 80% | 71% |

*The Sevier Playa Project is strategically located and well positioned to become the market leader in SOP in North America*

---

Source: Company information, Peak Minerals Financial Model.
1. Certification anticipated once production begins.
2. Based on 215ktpa Phase 1 evaporation-produced SOP only compared to recoverable resources.
3. Relates to SOP Construction CapEx
4. Real terms, figures are exclusive of royalty expenses.
5. Assumed LOM blended SOP prices of $852/t (Phase 1) and $842/t (Phase 1+2) in real terms based on Peak Minerals forecasts.
6. Based on 2024 FEED for Phase 1 and 2022 Phase 2 PEA for Phase 2.
7. Levered IRR to Phase 1 equity investors, assuming exit at 1x P/NPV in 2030 (Phase 1) and 2034 (Phase 1+2)

*Strictly Confidential*   5

# Experienced project team in place and ready for deployment



## Board and Management



**Owen Hegarty**
Board Chair

- Executive Chairman of EMR with over 50 years of experience in mining, including 25 years with Rio Tinto
- Prior to EMR, founded and served as Managing Director of Oxiana Limited



**Dean Pekeski**
Director, President, CEO

- Over 25 years of experience in Mining Project Development roles at Rio Tinto
- Managed development of Western Potash's Milestone Potash Project



**Jason Chang**
Director

- Co-founded EMR
- Over 30 years of experience in investment management and advisory with a focus on resources
- Prior to EMR, was a partner of KPMG in Australia for over 13 years



**Blake Measom**
Director, CFO

- Finance executive with 30+ years of experience
- Former CFO of Barrick Gold of North America and Kennecott Energy Company, a subsidiary of the Rio Tinto Group

**Josh Parrill**
Director, Consultant

- EMR advisor with over 20 years of experience in mining investment and asset development
- Former Partner at Resource Capital Funds

## Senior Management



**Woods Silleroy**
VP Operations

- Over 30 years of operations experience
- Former COO of Justice Design Group
- Current director of Horn Silver Mines, Inc.



**Luke Jarvis**
VP Sales & Marketing

- Over 30 years of experience in senior roles in potash
- Previously held roles with Salt Lake Potash, Helm Chemicals, Nutrien and Sirius Minerals, BHP and ICL



**Adam Sarman**
Project Director

- Over 20 years of experience planning, implementing, and evaluating large capital development projects
- Worked for Barrick Gold Corporation and Rio Tinto Kennecott



**John Andrews**
Senior Marketing Advisor

- President and CEO of Greenwich Global Investment Advisers, a strategic consulting company
- Former President and CEO for 30 years of ANSAC with a billion dollars revenue and operations in over 50 countries

**Michael LeBaron**
Permitting Manager

- Over 25 years NEPA and regulatory compliance experience
- Previously held roles as engineering manager and scientist at BAE Systems Inc.
- Worked in several environmental permitting positions for Energy Solutions

# Fully Permitted and Construction Ready – With Project Support at All Levels



## Key Milestones Achieved

**2008 – 2013**
Scoping / Pre-Feasibility work

→ **2015 – 2019**
EMR investment / advanced feasibility work and permitting completion

→ **2020 – 2021**
Privatization, interim funding

→ **2022 – 2024**
Feasibility & FEED Studies Complete, Project Finance commenced

Timeline events:

- **Sep 2008:** Granted State leases (UTLA)
- **2011:** Acquired Federal (BLM) leases
- **2013:** Completion of Pre-Feasibility Study
- **May 2015:** EMR investment
- **Jan 2018:** Completion of Feasibility Study
- **Aug 2019:** Record of Decision from U.S. Department of the Interior received – last major permitting milestone completed
- **Sep 2019:** Independent engineer review
- **Oct 2019:** Project optimization- phased development approach
- **Oct 2020:** EMR acquires 100% ownership
- **2021:** Rescoping study complete; Interim Financing Secured; FS Update Commences
- **Q3 2022:** FS Update complete
- **July 2024:** FEED complete
- **Q1 2025:** Complete Project Finance and NTP approved
- **Q2 2025:** Initiate Construction

*Over US$120m has been invested in the Sevier Playa over the past decade and the project is now shovel ready for project development*

## Current Status

**Record of Decision**
- Issued by U.S. Department of the Interior and validated by DNA June 2025



**Rights of Way Granted**
- BLM has issued rights of way for transportation, utilities, and facilities



**US$112m State Tax Credit**
- Post-performance credit issued[1]



**Ready for Construction**
- FEED completed and permitting updates well advanced



**Skilled and Experienced Workforce**
- Nearby and willing to commute



---

*Strictly Confidential*

Source: Company information.
1. Utah Senate Bill 216 - Infrastructure Tax Credit issued by the Utah Office of Energy Development on June 5, 2017

7

# Opportunity to Establish a Market Leading Position in North American SOP



## Peak will Fill the Supply Gap in the North American Market[1]



*(kt)*
- Imports
- Peak Minerals
- Current North American production
- North America Demand (+150kt possible latent demand)
- North America Demand (Argus)

Years: 2023, 2028, 2032, 2036

Labels on chart: A, B, C, D

**A** — **North America is supply constrained:** ~60% supplied by Compass, currently facing supply constraints. 40% from high-cost imports from Europe

**B** — **Opportunity to displace imports:** Peak's SOP will displace imports which cannot compete from cost, logistics and ESG perspectives

**C** — **Phase 2 opportunity:** even under Argus' conservative North American demand growth forecasts and assuming existing North American suppliers continue at current run-rate, regional demand exists for more than Peak's Phase 1 volumes

**D** — **Structural latent demand**[2] for competitive US-produced SOP in a growing market. Potential for Peak to stimulate new demand

## What is Driving SOP Demand?



**Population Growth**
- Food production must increase 70% by 2050[3] to feed growing populations, resulting in a commensurate increase in crop production
- As populations grow, arable land per capita will decrease, requiring higher rates of fertilization and intensity of potash usage to increase yields



**Generational Shifts**
- Health trends and younger consumers are driving increased demand for specialty crops (fruits, vegetables, nuts) that require SOP due to chloride sensitivity
  – Growing trend away from meat, dairy and processed foods towards healthier options
  – Worldwide exports of fresh fruit and vegetables increased by ~40% between 2016 and 2022[4]



**Increasing "Fresh" Standards**
- Consumers are demanding high quality produce "year-round"
- "High end", organic, and specialty retailers are expanding
- Global organic fresh food market is expected to grow at a CAGR of 15.5% from 2022 to 2027[5]
- Global tree nuts market is projected to grow at a CAGR of 11.4% between 2023 and 2031[6]



Source: Argus, Company Filings, Peak Minerals Analysis, Hyde, Argus, Fitch, United Nations, NPD Group, United States Executive Order and Plant Based Foods Association.
1. Includes Sevier Playa Phase 1. Compass production reflects actuals for 2023 (249kt - calendar basis) with future periods based Argus Forecast (290kt SOP).
2. Estimated at 150ktpa by Peak Minerals Management, this demand relates to substitution by growers who cannot secure reasonably priced SOP and instead pick more expensive low-chloride fertilizers (e.g. NOP).
3. World Agriculture Towards 2030/2050: Interim Report, Food and Agriculture Organization, United Nations.
4. United States Agricultural Export Yearbook 2020 and 2023, Foreign Agricultural Service, U.S. Department of Agriculture.
5. Organic Fresh Food Market Forecast, 2023-2027, Technavio.
6. Global Tree Nuts Market Report and Forecast 2024-2031, SkyQuest.

*Strictly Confidential*

8

# *Sevier Playa is of Globally Significant Scale, and will be the Largest Primary SOP Producer Outside of China…*



**Top 20 SOP Producers (ex. China)**



- **Sevier Playa will be a globally significant SOP project**
- **Compass Minerals is the only current producer of this critical fertilizer in the Americas; however:**
  - SOP production has been challenged with falling production, rising costs and operational issues
  - Potential for SOP production to be impacted by water restrictions on the Great Salt Lake
- **Other producers are based in distant regions (mainly European and Asia) and are high-cost, high-emission Mannheim producers which are carbon-intensive and at a material freight disadvantage compared to Peak Minerals in serving the US market**

*Strictly Confidential*     Source: Company information, CRU.     9

# ... and will be the Lowest Cost SOP Producer Globally



- Projected **first quartile position**[1], with a significant cost advantage over existing North American suppliers and imports delivering into the key Californian market

- **Why is Sevier Playa low cost?**
  - ✓ Uses a proven brine-based solar evaporation method that offers structural cost advantages vs. other reacted salt and Mannheim production methods which use significant amounts of MOP
  
  - ✓ Lower energy costs relative to existing North American suppliers due to the use of a modern plant with patented energy balance technology
  
  - ✓ High process recovery with process tailings recycled into ponds and the use of a back mix process
  
  - ✓ Close proximity to infrastructure including grid power (45 miles) and Union Pacific rail (40 miles) with process water available on site via bores



**Primary Brine Production is Well Positioned on the Global Cost Curve**[2]

(2032 global production costs, US$/st FOB, real 2024 terms)

Primary Producers | Mannheim Producers

*Strictly Confidential*

Source: Company information, Argus.
1. Based on Phase 1. LOM average SOP OpEx,, excluding royalties. Assumes US$385/t MOP price (delivered to Sevier Playa) over LOM.

10

# Outstanding Location with Significant Logistics Advantages



## Located Proximate to Major End Markets[1]



- **Strategy to displace higher cost production in USA and Mexico, currently supplied by Compass and imports**
- **Ideal location in Utah** - a well established mining district
    - Multiple brine operations
    - Close to California, the largest SOP market in the U.S.
    - Potential to supply Mexico via rail, a burgeoning fresh fruit & vegetable production market

## Excellent Access to Infrastructure



- **Rail**: Proximal to the Union Pacific main rail line
- **Water**: Fresh water rights secured via bore water and Sevier River
- **Power**: New 45-mile 69kV transmission line ties into Rocky Mountain Power substation
- **Labor**: Nearby towns of Delta and Milford provide sources of local skilled and experienced industrial labor. Southwest Utah region has ready availability of personnel skilled in the crystallization, harvesting, and processing aspects of brine mineral production.

# Industry Leading Environmental and Sustainability Profile



*Peak has sought to minimize the potential impact of pollution on the environment, and has captured engineering designs that limit emissions contributing to climate change*

**Sourced from a Natural Deposit**
- "Zero waste" production means unused materials return to the source
- No harmful chemicals or by-products made or used

**Largely Solar Powered**
- The sun provides the energy for evaporation of the brine, significantly reducing energy consumption and saving 1.4Mt $CO_2$ emissions per year[1]
- Uses 60 to 75% less energy than Mannheim process produced SOP
- Modern, energy efficient and environmentally sustainable processing
- Opportunity for renewable energy supply from Rocky Mountain power grid to power process plant

**Low Carbon Footprint**
- Robust pond design: 12 feet of highly impermeable clay means no need for plastic pond liners
- Unlike synthetic fertilizers, minimal fuel needed for production, with a highly energy efficient process
- Project is situated close to key markets; less transportation means lower environmental impact, "Eat locally. Source locally"
- Sevier Playa has lower scope 1 and 2, and scope 3 (delivered California) carbon emissions intensity than comparative SOP projects[1]

**Comparative Projects Emissions Intensity**



(st $CO_2e$/st SOP, California delivered basis)
- Scope 1+2
- Scope 3

| | Sevier Playa | Non-Mannheim Brine SOP[2] | Lake Way[3] | Mannheim (EU) | Mannheim (China) |
|---|---|---|---|---|---|
| Total | 0.32 | 0.40 | 0.47 | 0.68 | 0.88 |
| Scope 3 | 0.20 | 0.16 | 0.26 | 0.53 | 0.56 |
| Scope 1+2 | 0.12 | 0.25 | 0.21 | 0.16 | 0.32 |

 *Lowest scope 1 and 2 emissions of all comparative projects*

 *Lowest scope 1, 2 and 3 emissions on a delivered basis into key California and Mexico[4] markets*

Source: CRU and Novopro.
1. Sevier Playa Carbon Footprint Estimation, Novopro, 2021.
2. U.S.-based project, with a similar process to Sevier Playa.
3. Salt Lake Potash Ltd's project, based in Western Australia.
4. Mexico basis scope 3 emissions not shown, refer to Novopro's Carbon Footprint Estimation memo.

*Strictly Confidential*                                                                 12

# Operational Overview



## 1 Deposit



- Brine deposits form when the water body evaporates, leaving dissolved salts and other associated minerals, contained in a terminal lakebed called a playa
- The physical and chemical attributes of the brine resource ultimately determine the total extractable reserves of SOP


- Substantial work completed to delineate the deposit, with 472 drill holes, 2,651 sediment samples and 861 brine samples collected
- Probable Produced Reserves of 2.53 Mt, In-situ Measured and Indicated Resources >38 Mt of which 9.9Mt are Recoverable Resources[1]

## 2 Extraction



- Brine is harvested via trenches which are replenished with recharge water
- Trenches provide uniform grades and flow rates across the playa and are more efficient than wells
- Wells present an opportunity to extract brine from deeper layers of the playa in the future


- Significant test work completed to evaluate constructability and geotechnical stability of the required trenches
- Recharge mechanism flushes brine from immobile porosity



## 4 Processing at the Plant



- In the processing facility, the solid minerals are crushed, slurried and pumped through a flotation circuit while rejecting waste material
- Simple processing facility purifies the product and crystalizes the SOP to its final form


- Significant test work completed to confirm the ability to produce a high-quality specification product suitable for end markets
- Total SOP production of 10.2 Mt over ~50 year LoM[2]

## 3 On-Playa Concentration




- Extracted brine is directed to pre-concentration ponds via a network of canals, where halite is precipitated
- Pre-concentrated brine is then directed to the production ponds where the valuable minerals are precipitated
- Solid minerals are transported to a processing plant by truck


- Established network of ponds on playa with a top layer of fat clay which provides natural impermeability

---

*Strictly Confidential*

Source: Company information.
1. Based on the 2024 FEED Study.
2. Including MOP addition.

13

# Operational Overview (continued)



> Sevier Playa is close to existing infrastructure and ready for development

- **Road**
  - 14 miles from Hwy 257
- **Rail**
  - Proximal to the Union Pacific main rail line
- **Water**
  - Fresh water rights secured - river supply, overland runoff, and natural precipitation used for recharge
- **Propane**
  - Replaces high-cost natural gas pipeline
- **Electric Power**
  - Load estimated at 18 MW- new 45 mile 69 kV transmission line ties into network substation
- **Labor**
  - Nearby towns of Delta and Milford provide sources of local skilled and experienced industrial labor

- **Extraction**
  - Trenches excavated within Marl clay layer
- **Recharge**
  - Trenches introduce recharge water into playa to maintain brine extraction
- **Evaporation Ponds**
  - Pre-concentration ponds – selectively removing water and NaCl and progressively concentrating $K^+$ in summer
  - Production ponds – precipitate $K^+$ salts
- **Processing**
  - Salt harvesting
  - **Wet Plant:** flotation, conversion, MOP addition, and SOP crystallization
  - **Dry Plant:** drying, screening, compaction, and loadout



> **Peak is applying a method used globally for the collection and concentration of salt-type brines to produce SOP**

# *Several growth opportunities available to enhance asset value*



| Project Life Expansion | Production Upsides | Project Refinements | Salt By-Product | Automation | Lithium Potential |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| ▪ Phase 1 production only extracts ~17%[1] of $K_2SO_4$ equivalent out of the total 38Mt Measured & Indicated resource<br><br>▪ Potential for the project life extension beyond the ~50 years reflected in the Phase 1 scenario by mining deeper resource<br><br>▪ Resource to reserve conversion expected in short term from North Playa test-work | ▪ Conservative modelling relative to test work recoveries<br><br>▪ Substantial upside to production, mine life and reduced CapEx if brine recovery is in line with observed parameters<br><br>▪ Potential to accelerate Phase 2 expansion (474ktpa SOP production rate) upon successful market penetration of Peak's products | ▪ Continue to refine Project design to enhance recovery, increase production and lower costs<br><br>▪ Includes modularization, logistics refinements, construction automation, recharge water conveyance and storage, optimized unit rates and productivity for materials and labor, increased MOP reaction ratio and operational availability | ▪ Industrial and food grade salt PEA completed on the economic potential of the waste halite from the evaporation ponds, with compelling results indicating a low CapEx, low OpEx, highly cash generative opportunity exists<br><br>▪ Positive discussions with multiple parties based in Utah who have expressed interest in offtake / partnering arrangements | ▪ Technology identified which may allow automation in playa earthworks construction<br><br>▪ Automation could remove the need for staff to operate equipment on-playa<br><br>▪ Pathway to significantly improve construction productivity, reducing the construction timeline and overall cost with clear safety benefits | ▪ Sevier Playa has concentrations of lithium within the resource, which increase in the pond system over time<br><br>▪ Peak is considering the economic potential of lithium extraction from a pre-concentrated brine within the pond system |

*Strictly Confidential*

Source: Company information.
1. Based on 6.6 Mt $K_2SO_4$ equivalent extracted under the full Phase 1, ~50-year mine life project, compared to an in-situ Measured & Indicated resource of 38Mt.

15

# Projected Timeline to Production



