# EXHIBIT 5

**Southern Utah Wilderness Alliance**
**Utah Audubon Council**
**Great Basin Water Network**

*Submitted via ePlanning*

March 27, 2025

Fillmore Field Office
Bureau of Land Management
95 E 500 N
Fillmore, UT 84631

  Re: *Scoping Comments for the Sevier Playa Potash Project Modification, DOI-BLM-UT-W020-2025-0007-EA*

Greetings:

The Southern Utah Wilderness Alliance ("Alliance"), Utah Audubon Council, and the Great Basin Water Network (collectively, "SUWA") appreciate the opportunity to provide scoping comments on the Bureau of Land Management's ("BLM") analysis of the Sevier Playa Potash Project's ("Sevier Playa Project" or "Project") proposed amended mining plan, DOI-BLM-UT-W020-2025-0007-EA.

## I. BLM Should Make the Amended Mining Plan Publicly Available for Review

As an initial matter, BLM should make the full amended mining plan available for public review and comment. Although the 2025 Sevier Playa Project Proposal Description provides a brief summary of the proposed action, mining plan updates, and reclamation plan, it is not detailed enough to serve as an adequate comparison to the prior (2019) mining plan. Without the opportunity to review the full amended mining plan and compare it to the prior mining plan, SUWA and the public's ability to provide meaningful scoping comments is hindered.[1]

## II. BLM Should Continue to Follow the NEPA Regulations

On January 20, 2025, President Trump issued Executive Order 14154, which, in relevant part, directs the Council on Environmental Quality ("CEQ") to issue guidance on implementing that National Environmental Policy Act ("NEPA") and propose a rule rescinding NEPA's implementing regulations. Exec. Order 14,154, § 5(b) (January 20, 2025). CEQ complied by issuing NEPA implementation guidance on February 19, 2025 and promulgating an interim final rule removing the CEQ's NEPA regulations on February 25, 2025. *See generally* Memorandum from the Council on Env't Quality to the Heads of Fed. Dep'ts and Agencies (Feb. 19, 2025) ("CEQ Guidance"); Removal of National Environmental Policy Act Implementing Regulations, 90 Fed. Reg. 10,610 (Feb. 25, 2025) ("Interim Final Rule").

---

[1] In light of this, the Alliance timely requested an extension of the public scoping period until March 27, 2025, which was granted. *See generally* Email from Hanna Larsen, S. Utah Wilderness All. to Cindy Ledbetter and Richard Probert, Bureau of Land Mgmt., *Extension Request: Sevier Playa Project Modification* (March 7, 2025) (attached as Ex. 1).

*SUWA Scoping Comments*
*Sevier Playa Potash Project Modification*
*March 27, 2025*

The Interim Final Rule takes effect on March 27, 2025. Removal of National Environmental Policy Act Implementing Regulations Correction, 90 Fed. Reg. 11,221 (March 5, 2025). Thus, as of the date of these comments, CEQ's NEPA regulations (40 C.F.R. parts 1500-1508) remain in effect. Moreover, the CEQ Guidance directs federal agencies to "consider voluntarily relying on" NEPA's implementing regulations codified at 40 C.F.R. parts 1500-1508 while "completing ongoing NEPA reviews" even after the Interim Final Rule takes effect. CEQ Guidance at 1, 4.

It is in BLM and the public's best interest for BLM to continue following NEPA's implementing regulations for at least two reasons. *First*, doing so will ensure BLM follows longstanding practices that have been in place for decades, including when BLM issued the 2019 Environmental Impact Statement ("EIS") for the Sevier Playa Project. Particularly in this case, where the EA analyzing the amended mining plan is tiering to the Sevier Playa Project EIS, it is important that the NEPA analyses are complementary.

*Second*, the CEQ Guidance directs agencies to comply with their own NEPA procedures. CEQ Guidance at 4. However, both the Department of the Interior's ("DOI") agency-specific NEPA regulations (43 C.F.R. part 46) and BLM's NEPA Handbook are based on the CEQ's NEPA regulations. *See* 43 C.F.R. § 46.20 (explaining that DOI's NEPA regulations are intended to be used in conjunction with the CEQ NEPA regulations); Bureau of Land Mgmt., *H-1790-1 - National Environmental Policy Act Handbook*, ix (2008) ("NEPA Handbook"). Therefore, it does not make sense for BLM to follow the directives in the DOI's regulations and BLM's own NEPA Handbook but not adhere to NEPA's implementing regulations.

## III.    A Supplemental EIS is Warranted Because the Proposed Amended Mining Plan is an Ongoing Major Federal Action that is Significantly Different from the Mining Plan and Alternatives Analyzed in the 2019 EIS and ROD

An agency is required to supplement an environmental impact statement ("EIS") when "a major Federal action remains to occur" and "(i) [t]he agency makes substantial changes to the proposed action that are relevant to environmental concerns; or (ii) [t]here are significant new circumstances or information relevant to environmental concerns and bearing on the proposed action or its impacts." 40 C.F.R. § 1502.9(d)(1).[2, 3]

BLM's consideration of the amended mining plan meets each of these criteria because, as explained below, it is a major federal action that remains to occur and presents substantial changes to the proposed action and significant new circumstances from those analyzed and disclosed in the 2019 Final EIS for the Sevier Playa Project ("Sevier Playa FEIS"). *See generally*

---

[2] Because the CEQ Guidance directs BLM to continue relying on the regulations at 40 C.F.R. parts 1500-1508, these regulations are cited throughout SUWA's comments. *See* CEQ Guidance at 1, 4.

[3] An agency may also prepare a supplemental EIS when it determines the purposes of NEPA will be furthered by doing so. 40 C.F.R. § 1502.9(d)(2).

*SUWA Scoping Comments*
*Sevier Playa Potash Project Modification*
*March 27, 2025*

Bureau of Land Mgmt., Sevier Playa Potash Project Final Env't Impact Statement, DOI-BLM-UT-W020-2014-0001-EIS (July 2019).

### A.    The Amended Mining Plan is an Ongoing Major Federal Action.

A "major federal action" is defined as "an activity or decision subject to Federal control and responsibility" and may include "new and continuing activities, including projects and programs;…new or revised agency rules, regulations, plans, policies, or procedures; and legislative proposals." 40 C.F.R. § 1508.1(q)(2). In other words,

> [i]f there remains major Federal action to occur, and if the new information is sufficient to show that the remaining action will affect the quality of the human environment in a significant manner or to a significant extent not already considered, a supplemental [environmental analysis] must be prepared.

*Marsh v. Or. Nat. Res. Council*, 490 U.S. 360, 374 (1989). Furthermore, federal courts have been clear that amending or revising a plan or permit constitutes an ongoing major federal action that may require NEPA supplementation. *See Norton v. S. Utah Wilderness All.*, 542 U.S. 55, 73 (2004); *Greater Yellowstone Coal. v. Tidwell*, 572 F.3d 1115, 1123 (10th Cir. 2009) (analogizing approval of a Forest Service permit to approval of a land use plan, and observing that amending the permit could constitute a major federal action necessitating further NEPA analysis). As the D.C. Circuit observed, "the supplementation inquiry turns on how the propos[ed]…Federal action is defined." *W. Org. of Res. Councils v. Zinke*, 892 F.3d 1234, 1243 (D.C. Cir. 2018) (internal quotation marks omitted). This requires looking "to the status of the action itself," not to "decisions made pursuant to the relevant action." *Id.*

Here, BLM's consideration of the amended mining plan constitutes an ongoing major federal action because BLM is now obligated to make a decision on the proposed amended mining plan and conduct additional NEPA analysis to inform its decision. *See Greater Yellowstone Coal.*, 572 F.3d at 1123 (stating that "the Forest Service's issuance and approval of the…permit… was the major federal action contemplated by NEPA" and "the Forest Service's NEPA obligations ended when the permit was issued and approved.").

### B.    The Amended Mining Plan is Radically Different than the Original Plan and Thus Constitutes a "Substantial Change" and "Significant New Circumstances."

As explained above, a supplemental EIS is required if new information or changes "will affect the quality of the human environment in a significant manner or to a significant extent not already considered." *Marsh*, 490 U.S. at 374. In the context of alternatives, consideration of a new or different alternative requires preparation of a supplemental EIS when the new alternative "is one that is not 'qualitatively within the spectrum of alternatives that were discussed' in a prior FEIS." *In re Operation of Mo. River Sys. Litig.*, 516 F.3d 688, 693 (8th Cir. 2008) (quoting *Dubois v. U.S. Dep't of Agric.*, 102 F.3d 1273, 1292 (1st Cir. 1996)); *see also Wyo. v. U.S. Dep't of Agric.*, 661 F.3d 1209, 1260 (10th Cir. 2011) ("[A] new or different alternative does not

*SUWA Scoping Comments*
*Sevier Playa Potash Project Modification*
*March 27, 2025*

require preparation of a supplemental EIS evaluating such a change <u>when the 'new alternative is qualitatively within the spectrum of alternatives that were discussed in the [DEIS].'</u>") (emphasis added) (quoting *N.M. ex rel. Richardson v. Bureau of Land Mgmt*, 565 F.3d 383, 705 (10th Cir. 2009).

The main distinction between the current mining plan and the proposed amended mining plan is the scale and duration of the Sevier Playa Project. The amended mining plan now proposes a phased development approach in which the Project would be divided into two phases. Bureau of Land Mgmt., *Project Proposal Description: Sevier Playa Potash Project – Modification*, *2 (undated) ("Project Description"). The first phase would develop the southern portion of the playa and produce approximately 215,000 short tons/year of sulfate of potash for 25 years. *Id.* at *1-*2. Subsequent phases are "dependent on factors which would be determined through the process of mining, any operations under those subsequent phases would require additional plan modification(s) and approval prior to implementation." *Id.* at *1. Thus, it is unknown how long the entire Sevier Playa Project is expected to last across all phases, the total environmental footprint and effects for the entire Sevier Playa Project, or what portion(s) of the playa (aside from what is anticipated in Phase 1) will be utilized.

Moreover, this phased development approach is a significant deviation from the proposed action <u>and</u> the alternatives analyzed in the Sevier Playa FEIS, all of which contemplated developing the entire playa to produce an average estimated 372,000 tons/year of sulfate of potash for an estimated total of 30 years. *See* Sevier Playa FEIS at ES-1- ES-4.

Notably, BLM explicitly rejected and did not analyze an alternative proposed by the Alliance that is very similar to what is now proposed by Peak Minerals as Phase 1. *See* Sevier Playa FEIS App J. at J-3. Specifically, like Phase 1, the Alliance's recommended alternative would have limited the Project's footprint to the southern portion of the playa and reduced the amount of recoverable potash. *Id.* However, BLM declined to analyze this alternative because "it would fail to maximize recovery of the potassium resource, it may lead to increased environmental effects, and portions of it would be technically or economically infeasible." *Id.* at J-4.

Consequently, the range of alternatives analyzed in the Sevier Playa FEIS did not include any option that would limit production and development (either temporarily or indefinitely) to the southern portion of the playa, nor did the Sevier Playa FEIS analyze any alternative that would produce less than 372,000 tons/year of sulfate of potash or result in the mine's operation for less than 30 years. The phased development approach proposed in the amended mining plan is thus "not 'qualitatively within the spectrum of alternatives that were discussed' in a prior FEIS." *In re Operation of Mo. River Sys. Litig.*, 516 F.3d at 693.

Thus, the new phased development approach that initially utilizes only the southern portion of the playa constitutes a "substantial change[]" and "significant new circumstances" that are "relevant to environmental concerns." 40 C.F.R. § 1502.9(d)(1). Thus, BLM should prepare a supplemental EIS prior to making its decision on whether or not to approve the proposed amended mining plan.

*SUWA Scoping Comments*
*Sevier Playa Potash Project Modification*
*March 27, 2025*

**IV.    BLM Should Use this Analysis to Cure the Deficiencies Alleged in *Southern Utah Wilderness Alliance v. U.S. Department of the Interior*, 2:23-cv-00492 (D. Utah)**

In 2023, the Alliance filed a lawsuit challenging BLM's 2019 EIS and ROD that approved the Sevier Playa Project. *See generally* Complaint, *S. Utah Wilderness All. v. U.S. Dep't of the Interior*, 2:23-cv-492-DBB-DBP (D. Utah) (ECF No. 1) (attached as Ex. 2). In particular, the Alliance alleged that the 2019 EIS and ROD violated NEPA because they (1) failed to analyze a range of reasonable alternatives, (2) failed to take a hard look at environmental impacts including water, climate, and visual resources (*e.g.*, dark night skies). *Id.* at 9-13.

However, midway through the briefing process, the Alliance learned Peak Minerals intended to amend its mining plan and drastically change the scope and duration of the Sevier Playa Project. As a result, the Alliance and BLM jointly moved to voluntarily dismissed the case without prejudice prior to a judgment on the merits. *See* Order Granting Joint Motion to Dismiss, *S. Utah Wilderness All. v. U.S. Dep't of the Interior*, 2:23-cv-492-DBB-DBP (D. Utah) (July 30, 2024) (ECF No. 55).

Consequently, based on the information currently publicly available, the issues raised in the Alliance's 2023 lawsuit remain unresolved. To the extent the proposed modifications to the Sevier Playa Project do not inherently address these concerns, BLM should utilize this NEPA analysis to address issues pertaining to the range of alternatives studied and the Project's impacts to water resources, migratory birds, dark night skies, and climate.

**A.    Range of Alternatives**

A NEPA analysis—whether an EIS or an environmental assessment ("EA")—must study "a reasonable range of alternatives to the proposed agency action, including an analysis of any negative environmental impacts of not implementing the proposed agency action in the case of a no action alternative, that are technically and economically feasible, and meet the purpose and need of the proposal." 42 U.S.C. § 4332(C)(iii). In addition, the NEPA documents must demonstrate that the agency took a "hard look" at alternatives—a "thoughtful and probing reflection of the possible impacts associated with the proposed project" so as to "provide a reviewing court with the necessary factual specificity to conduct its review." *Silverton Snowmobile Club v. U.S. Forest Serv.*, 433 F.3d 772, 781 (10th Cir. 2006) (quoting *Comm. To Preserve Boomer Lake Park v. Dep't of Transp.*, 4 F.3d 1543, 1553 (10th Cir.1993)).

The range of alternatives an agency must analyze is determined by a "rule of reason and practicality" in light of a project's objective. *Davis v. Mineta*, 302 F.3d 1104, 1120 (10th Cir. 2002) (quoting *Airport Neighbors All., Inc. v. United States,* 90 F.3d 426, 432 (10th Cir. 1996)). "NEPA 'does not require agencies to analyze the environmental consequences of alternatives it has in good faith rejected as too remote, speculative, or impractical or ineffective[.]'" *New Mexico ex rel. Richardson*, 565 F.3d at 708 (quoting *Colo. Env't. Coal. v. Dombeck*, 185 F.3d 1162, 1174 (10th Cir. 1999)). But the number and nature of alternatives must be "sufficient to permit a reasoned choice of alternatives as far as environmental aspects are concerned." *Id.* (quoting *Dombeck*, 185 F.3d at 1174).

*SUWA Scoping Comments*
*Sevier Playa Potash Project Modification*
*March 27, 2025*

The range of alternatives also depends on its purpose and need statement. *See Davis*, 302 F.3d at 1119. "Alternatives that do not accomplish the purpose of an action are not reasonable." *Custer Cty. Action Ass'n v. Garvey*, 256 F.3d 1024, 1041 (10th Cir. 2001). Stated differently, "[i]t is the BLM purpose and need for action that will dictate the range of alternatives and provide a basis for the rationale for eventual selection of an alternative in a decision." BLM NEPA Handbook § 6.2, p. 36. After "defining the objectives of an action," the agency must "provide legitimate consideration to alternatives that fall between the obvious extremes." *Dombeck*, 185 F.3d at 1175.

Although BLM analyzed five action alternatives to the proposed action in the Sevier Playa FEIS, none represented a middle-ground alternative "that [fell] between the obvious extremes" of the proposed action and the no-action alternatives—that is, an alternative that would provide greater environmental protection while still allowing for mineral recovery. *Dombeck*, 185 F.3d at 1175. Instead, each of the five alternatives were designed to allow for the same amount of potassium sulfate to be recovered while including minor "variations of specific Project components." Sevier Playa FEIS at ES-3; *see also id.* at ES-5-11 tbl. ES-1 (comparing environmental effects of each alternative and demonstrating that nearly all environmental effects are the same as the proposed action). This approach is unlawful and must be corrected in a supplemental EIS. *See, e.g., High Country Conservation Advocs. v. U.S. Forest Serv.*, 951 F.3d 1217, 1226-27 (10th Cir. 2020) (holding that the Forest Service violated NEPA by declining to analyze a "significantly distinguishable" suggested alternative that "differ[ed] in acreage of protected land, amounts of recoverable coal, likelihood of coal mining activity, and environmental impacts."); *W. Org. of Res. Councils v. U.S. Bureau of Land Mgmt.,* No. CV 16-21-GF-BMM, 2018 WL 1475470 *9 (D. Mont. Mar. 26, 2018) (holding that "failure to consider any alternative that would decrease the amount of extractable coal available for leasing" violates NEPA); *W. Org. of Res. Councils v. U.S. Bureau of Land Mgmt.*, No. 4:20-CV-00076-GF-BMM, 2022 WL 3082475 *5-*7 (D. Mont. Aug. 3, 2022) (stating that consideration of a "range" of alternatives "present[ing] differing amounts of total allotted acreage, but precisely the same total expected amount of coal development" violates NEPA).

To this end, SUWA recommends BLM consider at least the following alternatives as it analyzes the proposed amended mining plan:

- A Partial Development Alternative. Under this alternative, BLM would limit the scope and duration of the proposed amended mining plan to that encompassed by Phase 1 and would not permit the additional development contemplated by the ambiguous subsequent phase(s). Like in *High Country Conservation Advocates*, this alternative is "significantly distinguishable" from the amended mining plan as proposed by Peak because it "differs in acreage of protected land [*i.e.*, limiting development to the southern half of the playa], amounts of recoverable [potash], likelihood of [] mining activity, and environmental impacts [by offering greater protection to the wetlands and riparian areas of the northern Sevier playa]." 951 F.3d at 1226-27.

*SUWA Scoping Comments*
*Sevier Playa Potash Project Modification*
*March 27, 2025*

- A Reduced Greenhouse Gas Emissions Alternative. Under this alternative, BLM would require that Peak conduct its operations in a manner that reduces greenhouse gas emissions and, in particular, minimizes the social cost of the Project's greenhouse gasses. This would include exploring different technologies to extract and transport sulfate of potash and other associated mineral products.

- A Sevier River Diversion Alternative. Under this alternative, and similar to the Sevier River Diversion Alternative previously rejected, *see* Sevier Playa FEIS App. J at J-5, the diversion structure would be repositioned and redesigned to allow more fresh water to flow to important riparian wetlands at the northern end of the playa. BLM initially rejected this alternative because Peak Minerals "would need to acquire additional water from upstream users (more than for the proposed action)." *Id.* at J-6. However, under the proposed amended mining plan, this may no longer be the case if less overall water use is anticipated due to the lower average annual production of potash (215,000 tons/year). *See* Project Description at *1.

## B.    Hard Look at Impacts to Resources Including Climate, Water, Migratory Birds, and Dark Night Skies

Agencies are encouraged to tier to existing NEPA documents "when it would eliminate repetitive discussions of the same issues, focus on the actual issues ripe for decision, and exclude from consideration issues already decided or not yet ripe at each level of environmental review." 40 C.F.R. § 1501.11(a); *see also* 43 C.F.R. §§ 46.120. 46.140. In particular, tiering may be appropriate when an EIS for a specific action already exists and a supplemental or subsequent statement or analysis is needed at a later stage. 40 C.F.R. § 1501.11(c)(2). However, tiering to an existing EIS is conditioned on "a finding that the conditions and environmental effects described in the broader NEPA document are still valid." 43 C.F.R. § 46.140. Thus, tiering is <u>inappropriate</u> when the document being tiered to is unlawful, inaccurate, and/or outdated.

For the reasons stated in the Alliance's Opening Brief in *Southern Utah Wilderness Alliance v. U.S. Department of the Interior*, tiering to the Sevier Playa FEIS is inappropriate because, at a minimum, the FEIS did not take a hard look at the direct, indirect, and/or cumulative impacts to various resources, including but not limited to climate, ground- and surface water (quality and quantity) and visual resources such as dark night skies. *See* Opening Brief, *S. Utah Wilderness All. v. U.S. Dep't of the Interior*, 2:23-cv-00492, 23-35 (D. Utah) (ECF No. 42) (attached as Ex. 3). Now, as BLM analyzes the impacts of the proposed amended mining plan and its alternatives, BLM should pay careful attention to and take a hard look at how each of the alternatives will affect these resources, in addition to other environmental impacts.

Additionally, BLM should update its resource-specific data and analyses to reflect the environmental changes over the last six years (*e.g.*, increased drought, climate change, etc.). As just one example, new information has since been published highlighting the importance of saline lakes as birds migrate along the Pacific Flyway toward the Great Salt Lake. *See, e.g.*, Garth Herring et al., *Imperiled Great Basin terminal lakes: Synthesizing ecological and hydrological science gaps and research needs for waterbird conservation,* BioScience, Vol. 75

*SUWA Scoping Comments*
*Sevier Playa Potash Project Modification*
*March 27, 2025*

Issue 2 (Feb. 2025) (attached as Ex. 4); U.S. Geological Survey, *Integrated Science Strategy for Assessing and Monitoring Water Availability and Migratory Birds for Terminal Lakes Across the Great Basin, United States*, Circular 1516 (2023) (attached as Ex. 5). However, to clear, BLM should reassess the validity and accuracy of its existing data and analyses for <u>all</u> resource values.

SUWA appreciates BLM's consideration of these comments.


Sincerely,

Hanna Larsen
Southern Utah Wilderness Alliance

Dan Strauch
Utah Audubon Council

Steve Erickson
Great Basin Water Network

Scoping Comments

# EXHIBIT 1



Hanna Larsen <hanna@suwa.org>

## Extension Request: Sevier Playa Project Modification

Ledbetter, Cindy L <cledbett@blm.gov>                                    Tue, Mar 11, 2025 at 4:54 PM
To: Hanna Larsen <hanna@suwa.org>, "Probert, Richard B" <rprobert@blm.gov>
Cc: "Gates, Michael D" <mgates@blm.gov>

Hi Hanna,
We will go ahead and extend the scoping period to March 27, 2025. After the Geologists review, we will stay
with the summary provided on ePlanning and don't intend to post a redacted version of the plan
amendment.   Please continue to check the DOGM site to see if they are able to upload the plan publicly in
the next 2 weeks.  After consulting our Utah State Office FOIA coordinators, we are advised to inform you
that you may also request the plan from the BLM through the FOIA request website, but that would take
longer than the next 2 weeks and would also be highly redacted.

Thank you,
Cindy



Cindy Ledbetter
Field Manager, Fillmore Field Office

Bureau of Land Management
95 East 500 North
Fillmore, Utah 84631
o: (435) 743-3166
c: (435) 287-8604

https://www.blm.gov/utah

**From:** Hanna Larsen <hanna@suwa.org>
**Sent:** Friday, March 7, 2025 2:15 PM
**To:** Probert, Richard B <rprobert@blm.gov>; Ledbetter, Cindy L <cledbett@blm.gov>
**Subject:** [EXTERNAL] Extension Request: Sevier Playa Project Modification

This email has been received from outside of DOI - Use caution before clicking on links, opening attachments,
or responding.

Hi Cindy and Richard,

I'm reaching out to request a 2-week extension of the deadline to submit scoping comments on the Sevier Playa Potash
Project Modification, DOI-BLM-UT-W020-2025-0007-EA. Currently the comment deadline is March 13, 2025, however, I'm
hoping you can extend it to March 27th.

In particular, I'm requesting the extension because the public does not have access to the final amended mining plan that is the basis of the proposed modification and this NEPA analysis. It is my understanding that BLM may release a redacted version of the amended mining plan and/or the Utah Division of Oil Gas and Mining (DOGM) may upload the plan to their public mineral files, but as of today, the plan is not publicly available. However, review of the amended mining plan is necessary to fully understand the revised scope of the Project as well as to ensure we (and other members of the public) are providing meaningful recommendations.

Please let me know if you are able to accommodate this request and extend the scoping comment deadline to March 27, 2025.

Thank you,

**Hanna Larsen**
Staff Attorney
Southern Utah Wilderness Alliance
425 E 100 S
Salt Lake City, UT 84111
801.428.3992 | hanna@suwa.org

Scoping Comments

# EXHIBIT 2

Stephen H.M. Bloch (UT #7813)
Hanna Larsen (UT #18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
(801) 486-3161
steve@suwa.org
hanna@suwa.org

Attorneys for Plaintiff
Southern Utah Wilderness Alliance

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF THE INTERIOR**, **UNITED STATES BUREAU OF LAND MANAGEMENT**, and **LAURA DANIEL-DAVIS**, in her official capacity as Principal Deputy Assistant Secretary for Land and Minerals Management, <br><br> Defendants. | **COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** <br><br> Case No. 2:23-cv-00492 <br><br> Judge |

## **INTRODUCTION**

1.     Pursuant to District of Utah Local Civil Rule 7.4, Plaintiff Southern Utah

Wilderness Alliance ("SUWA") seeks judicial review of defendant Bureau of Land

Management's ("BLM") 2019 decision to approve nearly 125,000 acres of potash mining in

Utah's remote West Desert, known as the Sevier Playa Potash ("SPP") Project.

2.      On August 27, 2019, former Assistant Secretary for Lands and Minerals

Management Joseph R. Balash[1] signed the Record of Decision ("ROD") approving the SPP

Project.[2] The decision is final and subject to this Court's review pursuant to the Administrative

Procedure Act ("APA"), 5 U.S.C. § 706. Specifically, SUWA seeks the Court's review under the

APA for violations of the National Environmental Policy Act ("NEPA").

3.      Sitting between the Cricket Mountains to the east and the Notch Peak Wilderness

Study Area ("WSA") to the west, the 125,000-acre Sevier Lake is located in a remote and largely

undisturbed area of Utah's West Desert; an area that is currently entirely devoid of light or noise

pollution. Like the Great Salt Lake, Sevier Lake is a highly saline terminal lake that is a remnant

of Lake Bonneville. Although it is fed by the Sevier River, upstream water diversions cause

Sevier Lake to be largely dry during certain times of the year. When Sevier Lake contains

surface waters, as it does during high precipitation years, it supports important stop-over habitat

for the millions of migratory birds in the Pacific Flyway.

---

[1] As of the date of filing this complaint, the position for Assistant Secretary for Land and Minerals Management is vacant. Current Principal Deputy Assistant Secretary for Land and Minerals Management Laura Daniel-Davis is named in lieu of former Assistant Secretary Balash.
[2] Bureau of Land Mgmt, Sevier Playa Potash Project Record of Decision, 3 (Aug. 2019) ("SPP Project ROD"). Available at:
https://eplanning.blm.gov/public_projects/nepa/67624/20002405/250002832/Sevier_Playa_Potash_Project_Record_of_Decision_190827_signed.pdf



Taken from the House Range – Distant vistas of the Sevier Lake reveal an overwhelming natural landscape.



Taken from the House Range – This setting gives visitors a feeling of solitude and remoteness unparalleled in most of the United States.

4.      BLM's decision allows Peak Minerals, Inc. ("Peak Minerals")[3] to conduct large-scale surface mining operations and develop rights-of-way ("ROWs") across the entire Sevier Lake bed (95 percent of the Peak Mineral's leased lands are administered by BLM). Once initiated, the Project is anticipated to last thirty-two years and is expected to produce approximately 372,000 tons per year of potassium sulfate (sulfate of potash). To support such a large-scale operation, BLM's decision authorized the construction of evaporation ponds, dikes, roads, powerlines, a processing plant, and a rail loadout facility. In essence, industrial development of this magnitude will eliminate the wild and remote nature of Sevier Lake and the surrounding lands, significantly impair important habitat for migratory birds, and drastically affect important resource values including air quality, water quality and quantity, and visual resources.

## JURISDICTION AND VENUE

5.      This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question); 28 U.S.C. §§ 2201-2202 (declaratory and injunctive relief); and the Administrative Procedure Act ("APA") 5 U.S.C. §§ 701-706.

6.      Venue is proper in this Court under 28 U.S.C. § 1391(e) because it is where a substantial part of the events or omissions giving rise to the claims occurred and the federal public lands at issue are situated in this district.

## PARTIES

---

[3] At the time the ROD was issued, Peak Minerals, Inc. was doing business as Crystal Peak Minerals ("CPM") and is referred to as such throughout all BLM documents. *See* SPP Project ROD at 1.

7.       Plaintiff SOUTHERN UTAH WILDERNESS ALLIANCE is a non-profit environmental membership organization. Founded in 1983, SUWA is dedicated to the preservation of the outstanding wilderness found throughout Utah and the management of wilderness-quality lands in their natural state for the benefit of all Americans. SUWA is headquartered in Salt Lake City, Utah. SUWA members use and enjoy BLM-managed lands throughout Utah for a variety of purposes, including recreation, wildlife viewing, cultural appreciation, and aesthetic appreciation, including the public lands threatened by the SPP Project. SUWA members also have an interest in seeing BLM comply with the procedural requirements of federal environmental laws like NEPA which ensures that BLM will at least make fully informed if not environmentally sound decisions.

8.       For years, SUWA and its members have worked to protect wilderness-quality lands in Utah because, *inter alia*, those areas support environmental values of significant importance including air quality, migratory birds and other wildlife, visual resources, and water resources. Thus, SUWA and its staff and members have direct interests in the SPP Project challenged in this action.

9.       SUWA's staff and members regularly use and enjoy the public lands that will be impacted by the SPP Project for a variety of purposes, including hiking, recreation, photography, wildlife viewing, solitude, and aesthetic appreciation of the surrounding area's natural and wild values; and intend to continue doing so.

10.       In addition, SUWA members Ray Bloxham and Jack Hanley have spent considerable time visiting and working to protect the lands surrounding the SPP Project, including the Red Tops and Cricket Mountain citizen-proposed wilderness units, and the Notch

Peak, King Top and Wah Wah Mountain WSAs.[4] Mr. Bloxham has hiked in the both Cricket Mountains and the Notch Peak WSA, from which he can see the Sevier Lake bed and the lands that will be directly disturbed and impacted by the approved SPP Project. When Mr. Bloxham visits these areas, he enjoys the vastness and emptiness of the Sevier Lake bed, especially when it has standing water that provides spectacular reflections of clouds and surrounding land features. In partnership with BLM, Mr. Hanley has run volunteer stewardship projects in the Swasey Mountain, Notch Peak, Wah Wah Mountain, King Top WSAs since 2018. The impacts of the SPP Project will be felt in places like the Notch Peak, King Top and Howell Peak WSAs by increased light pollution, as well as dust and noise, generated by project operations even if the lakebed is not directly in view.

11.     Mr. Bloxham and Mr. Hanley intend to continue visiting the Sevier Lake bed and surrounding BLM-managed lands. For example, Mr. Bloxham has plans to visit the Sevier Lake area in fall of 2023 when he intends to drive along the western reaches of the lake bed to travel between the House Range and the Wah Wah Mountains.

12.     SUWA participated extensively in BLM's processes for approvals of the SPP Project ROD and has exhausted all legally required administrative remedies before bringing this action.

13.     BLM's violations of NEPA and the APA in approving the SPP Project ROD have already and will continue to injure the interests of SUWA and its staff and members. The relief sought herein would redress these injuries. SUWA has no other adequate remedy at law.

---

[4] The Red Tops and Cricket Mountain citizen-proposed wilderness units and the Notch Peak, King Top, Wah Wah Mountain WSAs are, among others, currently proposed for wilderness designation in America's Red Rock Wilderness Act, H.R. 3031, S. 1310 (118th Congress).

14. Defendant UNITED STATES DEPARTMENT OF THE INTERIOR is responsible for overseeing the management of approximately five hundred million acres of federal public land across the United States, including those managed by BLM in Utah, for a variety of competing resources, including the protection of the natural and human environment.

15. Defendant UNITED STATES BUREAU OF LAND MANAGEMENT is a federal agency within the Department of the Interior and manages approximately twenty three million acres in Utah. BLM manages the public lands in the and around the SPP Project area in accordance with the Federal Land Policy and Management Act ("FLPMA"), NEPA, their implementing regulations and relevant policies, and other requirements of law. BLM is the agency responsible for drafting and issuing the SPP Project ROD.

16. Defendant LAURA DANIEL-DAVIS is sued in her official capacity as Principal Deputy Assistant Secretary for Land and Minerals Management exercising the authority of Assistant Secretary for Land and Minerals Management. Ms. Daniel-Davis oversees programs within the Department of Interior associated with public land management and minerals leasing and operations on public lands, including such programs administered by BLM. The Assistant Secretary for Land and Minerals Management is the officer responsible for approving the SPP Project ROD.

## **LEGAL FRAMEWORK**

### I.    **Administrative Procedure Act**

17. Judicial review of agency actions under NEPA and its implementing regulations is governed by the APA, which provides judicial review for "[a] person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the

meaning of a relevant statute." 5 U.S.C. § 702. Review is limited to "final agency action for which there is no other adequate remedy in a court." *Id.* § 704.

18.     Under the APA, a reviewing court "shall…hold unlawful and set aside agency action, findings, and conclusions found to be…arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law." 5 U.S.C. § 706(2)(A). Agency actions may also be set aside where the action is "without observance of procedure required by law." *Id.* § 706(2)(D).

## II.     National Environmental Policy Act

19.     Congress enacted NEPA "to promote efforts which will prevent or eliminate damage to the environment." 42 U.S.C. § 4321.[5] NEPA is our nation's "basic charter for protection of the environment." 40 C.F.R. § 1500.1(a). It has two primary objectives: (1) to foster informed decision-making by requiring agencies to consider the environmental impacts of their proposed actions, and (2) to ensure that agencies inform the public that they have considered environmental consequences in their decision-making. *Id.* § 1500.1(c).

20.     NEPA "ensures that the agency, in reaching its decision, will have available, and will carefully consider, detailed information concerning significant environmental effects." *Robertson v. Methow Valley Citizens Council*, 490 U.S. 332, 349 (1989). Thus, NEPA requires that federal agencies prepare an Environmental Impact Statement ("EIS") for all "major federal actions significantly affecting the quality of the human environment," 42 U.S.C. § 4332(2)(C), to ensure fully informed decision-making and provide for public participation in environmental

---

[5] On June 3, 2023, Congress amended NEPA as part of the Fiscal Responsibility Act of 2023. Pub L. No. 118-5 (June 3, 2023). In addition, the Council on Environmental Quality's revised NEPA regulations went into effect on September 14, 2020. *See generally*, 85 Fed. Reg. 43304 (July 16, 2020). However, because the FEIS and ROD were issued in 2019, all citations to NEPA's statutory and regulatory provisions are to the versions in effect in 2019. *See Ctr. for Biological Diversity v. U.S. Dep't of the Interior*, --- F.4th--- 2023 WL 4411858, *5 n.6 (10th Cir. 2023).

analysis and decision-making processes. 40 C.F.R. § 1500.1(b)-(c). NEPA and its implementing

regulations require, among other things, that an EIS fully explore and consider all reasonable

alternatives to the proposed action, *id.* § 1502.14(a), and analyze the short- and long-term direct,

indirect and cumulative effects of each alternative. *Id.* §§ 1502.16, 1508.7, 1508.8, 1508.27(a);

*see also* 43 C.F.R. § 46.415. This information must be made available to agency officials and the

public "before decisions are made and before actions are taken." 40 C.F.R. § 1500.1(b).

## <u>FIRST CAUSE OF ACTION</u>
*Violation of NEPA: Failure to Analyze a Range of Reasonable Alternatives*

21. SUWA incorporates by reference all preceding paragraphs.

22. Alternatives to the proposed action are the "heart of the environmental impact

statement," 40 C.F.R. § 1502.14, and BLM is obligated to "study, develop, and describe

appropriate alternatives to recommended courses of action in any proposal that involves

unresolved conflicts concerning alternative uses of available resources." 42 U.S.C. § 4332(2)(E).

In doing so, BLM must "[r]igorously explore and objectively evaluate all reasonable

alternatives." 40 C.F.R. § 1502.14(a).

23. The range of reasonable alternatives is determined by the proposed project's

purpose and need statement, which must describe BLM's–not the project proponent's–purpose

and need. 40 C.F.R. § 1502.13; 43 C.F.R. § 46.420(a)(2) ("It is [BLM's] purpose and need for

action that will determine the range of alternatives and provide a basis for the selection of an

alternative in a decision."). "The broader the purpose and need statement, the broader the range

of alternatives that must be analyzed." Bureau of Land Mgmt., NEPA Handbook H-1790-1§

6.2.1 (Jan. 2008) ("BLM NEPA Handbook").

9

24.     "BLM is required to analyze <u>all</u> reasonable alternatives to the proposed action, which includes those alternatives that are significantly distinguishable from the alternatives already considered." *Rocky Mountain Wild v. Bernhardt*, 506 F. Supp. 3d 1169, 1186 (D. Utah 2020) (emphasis added) (citations and quotations omitted). When considering recommended alternatives, BLM cannot "confuse[] the power to act with the requirement to analyze." *Id.*

25.     BLM's stated purposes for the SPP Project are broad: 1) to "consider [Peak Minerals'] proposed Mining Plan for use of federal lands and development of federal minerals" consistent with its lease rights and 2) to "consider [Peak Minerals'] requests for ROWs and mineral material sales associated with the proposed Mining Plan." SPP Project ROD at 3. BLM's stated need is likewise broad: "[to] provide for the mining of potash on the public domain and require the BLM to respond to ROW grant requests while avoiding or minimizing adverse effects, in conformance with existing land use plans." *Id.*

26.     The Final Environmental Impact Statement ("FEIS") for the SPP Project included the Proposed Action (which would adopt Peak Minerals' Mining Plan and grant requested ROWs), five alternatives to the Proposed Action, and the NEPA-required No Action Alternative. *See* Bureau of Land Mgmt, Sevier Playa Potash Project Final Environmental Impact Statement, ES 2-4 (July 2019) ("SPP Project FEIS").[6]

27.     None of the five action alternatives represent a middle-ground alternative. Rather than "rigorously explore and objectively evaluate," 40 C.F.R. § 1502.14(a), a broad range of alternatives "that fall between the obvious extremes" of the Proposed Action and No Action

---

[6] Available at: https://eplanning.blm.gov/public_projects/nepa/67624/20000255/250000306/SevierPlayaPotash-SPP-Project_FEIS.pdf

alternatives, *Colo. Envt'l Coal. v. Dombeck*, 185 F.3d 1162, 1175 (10th Cir. 1999), the five

action alternatives represent minor "variations of specific Project components…in which only

certain components are changed…while the remainder of the proposed action would be

implemented as described." SPP Project FEIS at ES-3; *see also id.* at ES-5-11 tbl. ES-1

(comparing environmental effects of the Proposed Action and each action alternative and

demonstrating that nearly all environmental effects of each alternative are the same as the

Proposed Action).

28.     In choosing the SPP Project alternatives to analyze in detail, BLM rejected and

did not fully analyze several reasonable middle-ground alternatives that would meet BLM's

stated purposes and need, including one proposed by SUWA. *See generally*, SPP Project FEIS

App. J. Deemed the LUMA[7] alternative, SUWA's recommended alternative would have reduced

the overall footprint of the project and protected crucial wetland habitat by excluding

development on the northern end of the lakebed while still allowing minerals extraction on the

southern portion of Sevier Lake.

29.     BLM's decision not to analyze in detail the LUMA alternative (or any other

middle-ground alternative) and instead only consider slight variations of the Proposed Action

that each have nearly identical environmental impacts violates NEPA and its implementing

regulations and is arbitrary, capricious and otherwise contrary to the law in violation of the APA.

5 U.S.C. § 706(2).

## SECOND CAUSE OF ACTION
*Violation of NEPA: Failure to Take a Hard Look at Environmental Impacts*

---

[7] At the time BLM issued the SPP Project FEIS and ROD, a subset of the potash leases included in the SPP Project were held by LUMA Minerals, LLC. Since then, Peak Minerals acquired all leases involved in the Project.

30. SUWA incorporates by reference all preceding paragraphs.

31. NEPA and its implementing regulations require BLM to take a "hard look" at the environmental impacts of proposed actions. 42 U.S.C. § 4332(C)(i).

32. Direct impacts are those impacts "caused by the action and [that] occur at the same time and place." 40 C.F.R. § 1508.5(a).

33. Indirect impacts are "caused by the action and are later in time or farther removed in distance but are still reasonably foreseeable." 40 C.F.R. § 1508.8(b).

34. Cumulative impacts are "the impact[s] on the environment which result[] from the incremental impact of the action when added to other past, present, and reasonably foreseeable future actions regardless of what agency (Federal or non-Federal) or person undertakes such other actions. Cumulative impacts can result from individually minor but collectively significant actions taking place over a period of time." 40 C.F.R. § 1508.7.

35. Additionally, NEPA requires BLM consider in its analysis "[b]oth short- and long-term effects." 40 C.F.R. § 1508.27(a).

36. Throughout the SPP Project's NEPA process, SUWA submitted extensive comments highlighting potential impacts on a number of environmental resources including, but not limited to, water (ground water and water quality), climate, air quality, visual resources, and migratory birds.

37. BLM failed to take a hard look at the direct, indirect, and cumulative impacts of approving the Proposed Action on the aforementioned resources.

38. For example, BLM failed to analyze the impacts of a reasonably foreseeable future action—the West Desert Water Supply and Conservation Project (formerly known as the

12

Pine Valley Groundwater Development and Pipeline Project)—even though it would pump water from the same regional aquifer as the proposed freshwater supply for the SPP Project. Instead, BLM entirely deferred this analysis to a later date, in the West Desert Water EIS. BLM also failed to take a hard look at the SPP Project's impacts to water quality where it discharges at Fish Springs National Wildlife Refuge, an acknowledged part of the regional aquifer system.

39.     BLM's failure to analyze these impacts violates NEPA, its implementing regulations, and is arbitrary, capricious, or otherwise not in accordance with law in violation of the APA. 5 U.S.C. § 706(2).

## **PRAYER FOR RELIEF**

WHEREFORE, SUWA respectfully requests that this Court enter judgment in its favor and against Defendants and provide the following relief:

1.     Declare that Defendants have violated NEPA, its implementing regulations, and the APA by approving the SPP Project ROD;

2.     Declare unlawful and set aside the SPP Project FEIS and ROD;

3.     Enjoin Defendants from taking any actions pursuant to the SPP Project FEIS or ROD until they have complied with NEPA, its implementing regulations, and the APA;

4.     Retain continuing jurisdiction of this matter until Defendants fully remedy the violations of law complained of herein;

5.     Award Plaintiff the costs it has incurred in pursuing this action, including attorneys' fees, as authorized by the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and any other applicable provisions; and

6.     Grant other such relief the Court deems just and proper.

13

Respectfully submitted this 31st day of July, 2023.

/s/ Hanna Larsen
Stephen H.M. Bloch
Hanna Larsen

*Attorneys for Plaintiff Southern Utah
Wilderness Alliance*

14

Scoping Comments

# EXHIBIT 3

Stephen H.M. Bloch (UT #7813)
Hanna Larsen (UT #18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
(801) 486-3161
steve@suwa.org
hanna@suwa.org

Attorneys for Plaintiff
Southern Utah Wilderness Alliance

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**, | |
| Plaintiff, | |
| v. | **PLAINTIFF'S OPENING BRIEF** |
| | Case No. 2:23-cv-00492-AMA-DBP |
| **UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES BUREAU OF LAND MANAGEMENT**, and **STEVE FELDGUS**, in his official capacity as Principal Deputy Assistant Secretary for Land and Minerals Management,[1] | District Judge Ann Marie Mclff Allen Chief Magistrate Judge Dustin Pead |
| Defendants, | |
| and **PEAK MINERALS, INC.**, | |
| Defendant-Intervenor. | |

---

[1] *See* Fed.R.Civ.P. 25(f). On January 5, 2024, Steve Feldgus succeeded Laura Daniel-Davis as Principal Deputy Assistant Secretary for Lands and Minerals Management.

## **TABLE OF CONTENTS**

TABLE OF AUTHORITIES ............................................................................................. III

GLOSSARY ................................................................................................................... VI

INTRODUCTION ............................................................................................................ 1

STATEMENT OF ISSUES ............................................................................................... 2

STATEMENT ON STANDING......................................................................................... 2

LEGAL FRAMEWORK ................................................................................................... 3

FACTUAL BACKGROUND ............................................................................................ 5

    I.     SEVIER LAKE ................................................................................................. 5

    II.    ANALYSIS OF THE SPP PROJECT AND ITS ALTERNATIVES ............................. 7

        A.    Scoping and Development of Alternatives................................................... 7

        B.    The Draft Environmental Impact Statement .............................................. 9

        C.    The Final Environmental Impact Statement and Record of Decision.................... 10

STANDARD OF REVIEW ............................................................................................. 11

SUMMARY OF THE ARGUMENT ................................................................................. 12

ARGUMENT ................................................................................................................ 13

    I.     BLM FAILED TO CONSIDER REASONABLE ALTERNATIVES........................... 13

        A.    BLM Failed to Consider a Range of Reasonable Alternatives ............................. 14

        B.    BLM Failed to Independently Evaluate and Verify Information ........................... 20

    II.    BLM FAILED TO TAKE A HARD LOOK AT ENVIRONMENTAL IMPACTS....... 23

        A.    BLM Failed to Take a Hard Look at Greenhouse Gas Emissions and Climate...... 24

        B.    BLM Failed to Take a Hard Look at Cumulative Water Impacts ......................... 32

        C.    BLM Failed to Analyze Dark Night Skies ................................................. 35

CONCLUSION............................................................................................................. 39

CERTIFICATE OF COMPLIANCE ................................................................................ 40

# **TABLE OF AUTHORITIES**

**Cases**

*Audubon Soc'y of Greater Denver v. U.S. Army Corps of Engineers*, 908 F.3d 593 (10th Cir. 2018)...................................................................................................................... 13

*Baltimore Gas & Elec. Co. v. Nat. Res. Def. Council, Inc.*, 462 U.S. 87 (1983)........................... 5

*Burlington Truck Lines v. United States,* 371 U.S. 156 (1962) .................................................... 12

*Citizens for a Healthy Comm. v. Bureau of Land Mgmt.*, 377 F. Supp. 3d 1223 (D. Colo. 2019) 30

*Citizens to Preserve Overton Park, Inc. v. Volpe*, 401 U.S. 402 (1971) ...................................... 12

*Colo. Env't Coal. v. Dombeck*, 185 F.3d 1162 (10th Cir. 1999) ................................ 15, 17, 18, 36

*Ctr. for Biological Diversity v. U.S. Dep't of the Interior*, 72 F.4th 1166 (10th Cir. 2023) .... 3, 36, 37, 38

*Davis v. Mineta*, 302 F.3d 1104 (10th Cir. 2002) ........................................................................ 17

*Diné Citizens Against Ruining Our Env't. v.* Haaland, 59 F.4th 1016 (10th Cir. 2023)........ passim

*Friends of the Earth v. Laidlaw Env't. Servs., Inc.*, 528 U.S. 167 (2000)...................................... 3

*Gerber v. Norton*, 294 F.3d 173 (D.C. Cir. 2002) .................................................... 20, 21, 22, 23

*High Country Conserv. Advoc. v. U.S. Forest Serv.*, 52 F. Supp. 3d 1174 (D. Colo. 2014) ........ 27

*High Country Conservation Advocs. v. U.S. Forest Serv.*, 951 F.3d 1217 (10th Cir. 2020) . passim

*Judulang v. Holder*, 565 U.S. 42 (2011).................................................................................... 12

*Marsh v. Or. Natural Res. Council*, 490 U.S. 360 (1989) ............................................................ 4

*Motor Vehicle Mfrs. Ass'n of U.S., Inc. v. State Farm Mut. Auto. Ins. Co.*, 463 U.S. 29 (1983) 12, 36, 37

*N.M. ex. rel. Richardson v. Bureau of Land Mgmt.*, 565 F.3d 683 (10th Cir. 2009)............. passim

*Neighbors of Cuddy Mountain v. U.S. Forest Serv.*, 137 F.3d 1372 (9th Cir. 1998) ................... 24

*Newton-Nations v. Betlach*, 660 F.3d 370 (9th Cir. 2011) .................................................... 21, 23

*Olenhouse v. Commodity Credit Corp.*, 42 F.3d 1560 (10th Cir. 1994)................................. 12, 23

*Or. Nat. Desert Ass'n v. Bureau of Land Mgmt.*, 531 F.3d 1114 (9th Cir. 2008) ........................ 23

*Or. Nat. Res. Council v. Marsh*, 52 F.3d 1485 (9th Cir. 1995) .................................................. 37, 38

*Robertson v. Methow Valley Citizens Council*, 490 U.S. 332 (1989) ................................... 3, 4, 23

*S. Utah Wilderness All. v. Palma*, 707 F.3d 1143 (10th Cir. 2013) ............................................. 3

*San Juan Citizens All. v. Stiles*, 654 F.3d 1038 (10th Cir. 2011) ................................ 29, 31, 32, 34

*State ex rel. Kobach v. U.S. Dep't of Interior*, 72 F.4th 1107 (10th Cir. 2023) ........................... 12

*Town of Superior v. U.S. Fish & Wildlife Serv.*, 913 F. Supp. 2d 1087 (D. Colo. 2012) ............. 24

*Utah Physicians for a Healthy Env't v. U.S. Bureau of Land Mgmt.*, 528 F. Supp. 3d 1222 (D. Utah 2021) .................................................................................................. 4, 28, 29, 32

*Utahns for Better Transp. v. U.S. Dep't of Transp.*, 305 F.3d 1152 (10th Cir. 2002), *as modified on reh'g,* 319 F.3d 1207 (10th Cir. 2003) ............................................................. 14, 20, 21, 23

*Vt. Yankee Nuclear Power Corp. v. Nat. Res. Def. Council, Inc.*, 435 U.S. 519 (1978) ............... 4

*W. Org. of Res. Councils v. U.S. Bureau of Land Mgmt.*, No. 4:20-CV-00076-GF-BMM, 2022 WL 3082475 (D. Mont. Aug. 3, 2022) (unpublished) ............................................................. 15

*W. Org. of Res. Councils v. U.S. Bureau of Land Mgmt.,* No. CV 16-21-GF-BMM, 2018 WL 1475470 (D. Mont. Mar. 26, 2018) (unpublished) .................................................................... 15

*W. Watersheds Project v. U.S. Bureau of Land Mgmt.*, 76 F.4th 1286 (10th Cir. 2023) .............. 4

*WildEarth Guardians v. Bernhardt*, 502 F. Supp. 3d 237 (D.D.C. 2020) ................................... 27

*Wilderness Workshop v. U.S. Bureau of Land Mgmt.*, 342 F. Supp. 3d 1145 (D. Colo. 2018) .... 14

## **Statutes**

42 U.S.C. § 4321 ........................................................................................................................... 3

42 U.S.C. § 4332 ........................................................................................................................... 4

43 U.S.C. § 1701 ......................................................................................................................... 16

5 U.S.C. § 706 ....................................................................................................................... 11, 39

**Regulations**

40 C.F.R. § 1500.1 .................................................................................. 3, 27, 39

40 C.F.R. § 1501.7 .................................................................................... 37

40 C.F.R. § 1502.13 ................................................................................... 17

40 C.F.R. § 1502.14 ................................................................................ 4, 13

40 C.F.R. § 1502.16 ................................................................................ 4, 23

40 C.F.R. § 1503.4 ................................................................................ 37, 38

40 C.F.R. § 1506.5 ..................................................................................... 20

40 C.F.R. § 1508.7 ................................................................................ 23, 29

40 C.F.R. § 1508.8 ..................................................................................... 23

40 C.F.R. § 98.6 ......................................................................................... 25

43 C.F.R. § 3590.0-5 .................................................................................. 16

43 C.F.R. § 3594.1 ..................................................................................... 16

43 C.F.R. § 46.420 ..................................................................................... 17

**Other Authorities**

Bureau of Land Mgmt., Nat'l Env't Policy Act Handbook H-1790-1 (Jan. 2008) .... 17, 29, 37, 38

## **GLOSSARY**

| | |
|---|---|
| APA | Administrative Procedure Act |
| BLM | United States Bureau of Land Management |
| $CH_4$ | Methane |
| $CO_2$ | Carbon dioxide |
| $CO_2e$ | Carbon dioxide equivalent |
| CPM | Peak Minerals Inc./Crystal Peak Minerals |
| DEIS | Draft Environmental Impact Statement |
| EIS | Environmental Impact Statement |
| FEIS | Final Environmental Impact Statement |
| FLPMA | Federal Land Policy and Management Act |
| FWS | United States Fish and Wildlife Service |
| GBNHA | Great Basin National Heritage Area |
| GHG | Greenhouse gas |
| LUMA | LUMA Minerals, Inc. |
| MLA | Mineral Leasing Act |
| NEPA | National Environmental Policy Act |
| ROD | Record of Decision |
| ROW | Right-of-way |
| SPP | Sevier Playa Potash |
| SUWA | Southern Utah Wilderness Alliance |
| WSA | Wilderness Study Area |

# INTRODUCTION

This case is about the Bureau of Land Management's ("BLM") 2019 decision to approve nearly 125,000 acres of potash mining, processing and shipping in Utah's remote West Desert, known as the Sevier Playa Potash ("SPP") Project. BLM's decision allows Peak Minerals, Inc. ("CPM")[2] to conduct large-scale surface mining operations and develop rights-of-way ("ROWs") across the entire Sevier Lake bed, an area devoid of industrial activity. Once operational, the Project is anticipated to last thirty-two years and produce approximately 372,000 tons per year of potassium sulfate. To support such a large-scale operation, BLM's decision authorized CPM to construct extensive surface facilities that will blanket the lakebed and surrounding area, including: evaporation ponds, dikes, roads, powerlines, a processing plant, and a rail loadout facility. Industrial development of this magnitude will harm if not eliminate the remote and wild nature of Sevier Lake and nearby lands, significantly impair important habitat for migratory birds, and drastically affect important resource values including climate, water, and dark night skies.

Despite these significant environmental impacts, BLM approved the SPP Project and concluded its environmental review under the National Environmental Policy Act ("NEPA") without analyzing a range of reasonable alternatives that would reduce the Project's environmental footprint and without taking a hard look at the Project's impacts to several resources, including climate and greenhouse gas ("GHG") emissions, water, and dark night skies. As such, BLM's decision to approve the SPP Project was arbitrary and capricious under the

---

[2] During the environmental review process and at the time BLM's decision was made, Peak Minerals was known as Crystal Peak Minerals or "CPM." For consistency with the administrative record, we refer to Peak Minerals as "CPM."

Administrative Procedure Act ("APA"), and in violation of NEPA and its implementing regulations. Thus, this Court should declare unlawful and set aside BLM's decision and underlying environmental analysis and enjoin Federal Defendants and CPM from taking any actions pursuant to the SPP Project until they have complied with NEPA, its implementing regulations, and the APA.

## STATEMENT OF ISSUES

1. Whether BLM acted arbitrarily and capriciously and in violation of NEPA by approving the SPP Project without analyzing a reasonable range of alternatives and instead only considering minor variations of specific Project components.

2. Whether BLM acted arbitrary and capriciously and in violation of NEPA by approving the SPP Project without fully analyzing, considering and disclosing the direct, indirect and cumulative impacts to:

    a. Climate change from GHG pollution, including for identified past, present, and reasonably foreseeable future actions;

    b. Water resources, especially with regard to the reasonably foreseeable West Desert Water Supply and Conservation Project; and

    c. Visual resources, particularly impacts to dark night skies.

## STATEMENT ON STANDING

"An association has standing to bring suit on behalf of its members when its members would otherwise have standing to sue in their own right, the interests at stake are germane to the organization's purpose, and neither the claim asserted nor the relief requested requires the participation of individual members in the lawsuit." *S. Utah Wilderness All. v. Palma*, 707 F.3d

1143, 1153 (10th Cir. 2013) (quoting *Friends of the Earth v. Laidlaw Env't. Servs., Inc.*, 528

U.S. 167, 181 (2000)). Southern Utah Wilderness Alliance ("SUWA") members and staff have a

demonstrated interest in the federal public lands and resources in this case. *See* Decl. of Ray

Bloxham ¶¶ 6-12 (attached as Ex. 1). These members and staff have been and will continue to be

harmed by BLM's decision to authorize the SPP Project and a decision in SUWA's favor will

redress those harms. *Id.* ¶¶ 13-14. Thus, SUWA has standing to bring this case. *See Palma*, 707

F.3d at 1153-54.

## **LEGAL FRAMEWORK**

NEPA was enacted "to promote efforts which will prevent or eliminate damage to the

environment." 42 U.S.C. § 4321. It is our nation's "basic charter for protection of the

environment," 40 C.F.R. § 1500.1(a),[3] and has two primary objectives: (1) to foster informed

decision-making by requiring agencies to consider the environmental impacts of their proposed

actions, and (2) to ensure that agencies inform the public that they have considered

environmental concerns in their decision-making. *Id.* § 1500.1(c)*; Robertson v. Methow Valley

Citizens Council*, 490 U.S. 332, 349 (1989) ("[B]y focusing the agency's attention on the

environmental consequences of a proposed project, NEPA ensures that important effects will not

be overlooked or underestimated only to be discovered after resources have been committed or

---

[3] The Final Environmental Impact Statement and Record of Decision at issue here were released in 2019, before a series of changes to NEPA and its implementing regulations. As such, both were promulgated subject to the version of NEPA and its regulations in effect at that time. All citations to NEPA and its regulations are to the versions in effect in 2019 and the Court's determination of whether BLM's decision was arbitrary and capricious is judged against the version of NEPA and its regulations in effect at the time BLM's decision was made. *See Ctr. for Biological Diversity v. U.S. Dep't of the Interior*, 72 F.4th 1166, 1178 n.6 (10th Cir. 2023). For convenience, a copy of NEPA and its implementing regulations in effect in 2019 are attached as Exhibits 2 and 3, respectively.

the die otherwise case.") (citations omitted). In other words, "NEPA ensures that the agency will

not act on incomplete information, only to regret its decision after it is too late to correct." *Marsh*

*v. Or. Natural Res. Council*, 490 U.S. 360, 371 (1989) (citations omitted).

NEPA achieves its purpose through "a set of 'action-forcing' procedures that require that

agencies take a 'hard look' at environmental consequences." *Robertson*, 490 U.S. at 349 (citation

omitted). Thus, NEPA requires that federal agencies prepare "a detailed statement" for all "major

Federal actions significantly affecting the quality of the human environment." 42 U.S.C. §

4332(2)(C). Known as an environmental impact statement ("EIS"), this statement must

"rigorously explore and objectively evaluate all reasonable alternatives;" analyze all direct,

indirect, and cumulative environmental impacts; and include a discussion of the means to

mitigate adverse environmental impacts. 40 C.F.R. §§ 1502.14, 1502.16. *See also* 42 U.S.C. §

4332(E) ("all agencies of the Federal Government shall … study, develop, and describe

appropriate alternatives").

When reviewing an EIS and the resulting Record of Decision ("ROD"), "courts look to

determine whether agencies have taken a 'hard look' at the environmental consequences of their

decisions." *Utah Physicians for a Healthy Env't v. U.S. Bureau of Land Mgmt.*, 528 F. Supp. 3d

1222, 1227 (D. Utah 2021) (Barlow, J.); *see also W. Watersheds Project v. U.S. Bureau of Land

Mgmt.*, 76 F.4th 1286, 1290 (10th Cir. 2023). That is, the court must determine whether the

agency's NEPA analysis is "fully informed and well-considered," *Vt. Yankee Nuclear Power

Corp. v. Nat. Res. Def. Council, Inc.*, 435 U.S. 519, 558 (1978), such that the agency has

adequately "disclosed the environmental impact of its actions and that its decision is not arbitrary

4

or capricious." *Baltimore Gas & Elec. Co. v. Nat. Res. Def. Council, Inc.*, 462 U.S. 87, 97-98 (1983).

<strong><u>FACTUAL BACKGROUND</u></strong>

## I.    Sevier Lake

Sitting between the Cricket Mountains to the east and the House Range and Notch Peak Wilderness Study Area ("WSA") to the west, the 125,000-acre Sevier Lake is located in a remote and largely undisturbed area of Utah's West Desert—an area that is currently devoid of light or noise pollution. AR041135; AR041137 (map showing the regional context of Sevier Lake).



*Looking southeast toward the Cricket Mountains Credit: Ray Bloxham/SUWA. See Bloxham Decl. ¶ 11.*

Like the Great Salt Lake, Sevier Lake is a highly saline terminal lake that is a remnant of ancient Lake Bonneville. AR041135; AR014460. Although it is fed by the Sevier River, upstream water

5

diversions cause Sevier Lake to be mostly dry during certain times of the year. AR041135; AR014460; AR013021. When Sevier Lake contains surface waters, as it does seasonally and even longer during high precipitation years, it supports important stopover habitat for the millions of migratory birds in the Pacific Flyway. AR009219. Sevier Lake is viewable from locations within the Notch Peak WSA as well as the Red Tops and Cricket Mountains proposed wilderness units.[4] Bloxham Decl. ¶ 11.

Sevier Lake and the surrounding lands are also part of the Great Basin National Heritage Area ("GBNHA"), GBNHA Mgmt. Plan at 5,[5] which was designated by Congress in part "to conserve, interpret, and develop the archaeological, historical, cultural, natural, scenic, and recreational resources related to the unique ranching, industrial, and cultural heritage of the Great Basin" in a manner consistent with multiple use land management. GBNHA Mgmt. Plan at ix. The GBNHA Management Plan serves as a guide to foster informed decision-making for actions located within the Area (*e.g.*, the SPP Project).[6] *Id.* at ix-xi. The Management Plan describes the GBNHA as "remote from most pollution sources thus providing marvelously clear skies," pure

---

[4] The Cricket Mountains, along with the Red Tops citizen-proposed wilderness units, and the Notch Peak, King Top WSAs are in the greater Sevier Lake area and are proposed for wilderness designation in America's Red Rock Wilderness Act, H.R. 3031, S. 1310 (118th Congress).

[5] The GBNHA Management Plan (file number 6-01-007) is identified in the administrative record index with Bates numbers AR014366-AR014490. However, these Bates numbers are not displayed on the document itself and instead show up on the Millard County General Plan (file number 6-01-008), which is identified in the administrative record index with Bates numbers AR014991-AR014697. No other documents in the administrative record appear to be affected. Because the GBNHA Management Plan is not Bates stamped, all citations to the Plan are to the page number in the Plan (*e.g.*, GBNHA Mgmt. Plan at 5.

[6] BLM served as an advisory agency for the GBNHA Management Plan and assisted in its preparation. *See* GBNHA Mgmt. Plan at v.

6

air and water, and "isolate[ion] from mechanical sounds." *Id.* at 6. Indeed, the Area's "fabulous

night skies" are a defining feature of the GBNHA, *id.* at 75, and the night skies in Snake

Valley—to the west of Sevier Lake—"are spectacular due to low humidity, high elevation, good

air quality and little light pollution." *Id.* at 92. "The Milky Way Galaxy, along with myriads of

other celestial objects, is visible from just about anywhere in the GBNHA." *Id.*

## II. Analysis of the SPP Project and its Alternatives

BLM analyzed the effects of potassium leasing and development on Sevier Lake in 2011

and issued a Decision Record authorizing the agency to hold a competitive potassium lease sale.

AR041136. BLM did so and leased 95,802 acres to Peak Minerals, Inc. (a subsidiary of CPM),

and 22,012 acres to LUMA Minerals Inc. ("LUMA"). *Id.* Peak Minerals and LUMA

subsequently entered into a cooperative development agreement granting CPM the rights to

"develop and operate potassium mineral leases on 117,814 acres of federal lands" managed by

BLM and 6,409 acres of lands managed by the state of Utah (for a total of 124,223 acres). *Id.*

Concurrently with an "exploration phase" that lasted from 2011-2018, CPM began developing

the SPP Project as detailed in the Final Environmental Impact Statement ("FEIS"). *Id.*

### A. Scoping and Development of Alternatives

BLM published a Notice of Intent to prepare an EIS for the SPP Project in 2014.

AR000073-74; AR041141. Public scoping for the SPP Project took place in 2015 and was

intended to solicit information to "identify potential issues, alternatives, and mitigation

measures." AR041141. BLM's publicly-available scoping materials gave a brief overview of the

SPP Project, generally listed the resources and issues BLM expected to analyze in the EIS, but

did not provide any information on alternatives to the Proposed Action. *See generally*,

AR000629-43 (copies of public scoping meeting materials). The scoping comment period ended

on August 31, 2015. *Id.*; AR041395. SUWA, along with other conservation organizations,

submitted timely scoping comments raising issues related to, *inter alia*, hydrology and water

consumption, climate change, and wildlife (including birds). AR000665-72; AR041415-22.

BLM held an interagency scoping meeting with various federal and state agencies, including the

U.S. Fish and Wildlife Service and Environmental Protection Agency. AR000651-54.

Based on internal agency review and input received during the scoping comment period,

BLM's Scoping Report, *see generally* AR000591-680; AR041390-509, identified the following

resources and issues (among others) for detailed analysis in the EIS: GHG emissions from the

Project and impacts to/from climate change, water resources (including the effects of the

alteration of surface and groundwater quantity), effects to migratory birds, and the effects of

project lighting on the night sky.[7] AR000600-01. The Scoping Report concluded that BLM

would develop the Draft Environmental Impact Statement ("DEIS") and focus "on the identified

issues including evaluating a range of reasonable alternatives, assessing potential impacts, and

identifying possible mitigation measures." AR000603.

BLM had finalized alternatives to be analyzed in detail in the DEIS by July 2016.

AR000967-71 (explaining alternatives analyzed in detail and those dismissed from further

---

[7] The 2015 Scoping Report expressly stated that impacts to dark night skies would be analyzed in the EIS. AR000601. In contrast, the Scoping Report prepared for and attached to the FEIS as Appendix F which was "updated" in July 2019 does not mention analyzing dark night sky impacts. *Compare* AR000601 (visual resources row) *with* AR041400 (visual resources row). Dark night skies are not listed in the FEIS's sections for "Issues Eliminated from Detailed Study" or "Issues Dismissed." AR041401-02.

analysis); AR000879 (2016 map showing SPP Project Alternatives). Each of the alternatives

carried forward for analysis were

> variations of specific Project components, rather than re-iterations of the entire
> Project in which only certain components are changed. If one or more of these
> alternatives were selected in the [Record of Decision "ROD"], the components of
> the selected alternative(s) would replace the corresponding components in the
> Proposed Action, while the remainder of the Proposed Action would be
> implemented as described in the DEIS.

AR000967; *see also* AR041151. Put differently, BLM would analyze the Proposed Action,

minor variations of the Proposed Action that served as "alternatives" to the Proposed Action, and

the NEPA-mandated No-Action Alternative.

Although additional alternatives were suggested during the scoping and DEIS public

comment periods, including by SUWA, none of those suggested alternatives were carried

forward for analysis nor incorporated into the FEIS. *Id.* For alternatives dismissed from further

analysis, including those suggested by members of the public, BLM relied on determinations

from CPM that such alternatives "were not were not technically or economically feasible, or

would not result in the ultimate maximum recovery of the potassium resource." AR041151

(stating that BLM "requested information from CPM on the technical and economic feasibility of

each of the alternatives"); *see generally* AR041709-25 (FEIS appendix of alternatives not

analyzed in detail). There is no record that BLM independently evaluated CPM's determinations.

### B.     The Draft Environmental Impact Statement

BLM released the DEIS on November 30, 2018, and held a 45-day public comment

period that closed on January 14, 2019. AR000075-77. The DEIS considered the environmental

impacts of the Proposed Action, five action alternatives (each of which involved only minor

variations of the Proposed Action), and the No-Action Alternative. *See* AR040131 (summarizing

9

each alternative); AR040132-37 (table comparing the environmental effects of the Proposed

Action and each action alternative and showing very few differences).

SUWA submitted timely, detailed comments on the DEIS that raised issues regarding the

narrow range of alternatives and pointed out errors and shortcomings with BLM's analysis of

several resources including air quality, wildlife, visual resources (including dark night skies),

climate change and GHG emissions, and water. *See generally* AR000730-60. For air quality,

wildlife, and water resources, SUWA supported its comments with detailed analyses prepared by

subject matter experts. AR00074-60 (air and wildlife technical comments); AR000789-81 (water

technical comments).

### C.   The Final Environmental Impact Statement and Record of Decision

BLM released the FEIS on July 26, 2019. AR000079-80. The FEIS was extremely

similar to the DEIS; it analyzed the same five action alternatives as well as the same resources

and associated issues. *Compare* AR040131 (DEIS alternatives), AR040153-54 (DEIS resources

and issues analyzed in detail) *with* AR041120 (FEIS alternatives), AR0411142-43 (FEIS

resources and issues analyzed in detail). The FEIS also included BLM's responses to public

comments on the DEIS. *See generally*, AR041510-699.

BLM's responses to SUWA's DEIS comments (identified as 6-1 through 6-53 in the

response to comments) on the range of alternatives, climate and GHG emissions, wildlife and

migratory birds, dark night skies, and water largely consist of justifications why further analysis

based on those comments was not warranted or pointed to sections in the FEIS BLM that

believed addressed the comment. AR041541-44 (alternatives); AR041552-53, AR041560-61

(GHG emissions and climate); AR041553-58 (wildlife and migratory birds); AR041559 (dark night skies); AR041561-64 (water).

SUWA submitted timely additional comments on the FEIS which focused in particular on the inadequate range of alternatives and deficient analysis regarding water resources. AR000817-71. For the latter, SUWA again supported its FEIS comments with expert analysis. AR000820-32. Nonetheless, BLM signed the ROD approving the Proposed Action for the SPP Project just three days after SUWA submitted its FEIS comments. *See* AR041960.

The ROD approved the SPP Project as proposed by CPM. In doing so, BLM approved CPM's Mining Plan, Plan of Development, associated ROWs, and the Gravel Pit Mining Plan, thereby permitting CPM to construct the full extent of the SPP Project, including evaporation ponds, dikes, roads, powerlines, a processing plant, and a rail loadout facility. AR041971; AR041155. (map showing the full extent of the SPP Project, attached as Ex. 4). Based on information and belief, CPM has not commenced surface-disturbing activities related to the SPP Project.

## STANDARD OF REVIEW

When reviewing an administrative decision, the APA requires federal courts to "hold unlawful and set aside agency action" that is "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law." 5 U.S.C. § 706(2)(A). An action is arbitrary and capricious if the agency relied on factors which Congress has not intended it to consider, entirely failed to consider an important aspect of the problem, offered an explanation for its decision that runs counter to the evidence before the agency, or is so implausible that it could not be ascribed to a difference in view or the product of agency expertise. *Motor Vehicle Mfrs. Ass'n of U.S., Inc.*

11

*v. State Farm Mut. Auto. Ins. Co.*, 463 U.S. 29, 43 (1983). It is also arbitrary and capricious for an agency to fail to comply with its own regulations and procedures. *See State ex rel. Kobach v. U.S. Dep't of Interior*, 72 F.4th 1107, 1133 (10th Cir. 2023) (citation omitted).

"An agency's decision is entitled to a presumption of regularity, 'but that presumption is not to shield the agency's action from a thorough, probing, in-depth review.'" *Olenhouse v. Commodity Credit Corp.*, 42 F.3d 1560, 1574 (10th Cir. 1994) (quoting *Citizens to Preserve Overton Park, Inc. v. Volpe*, 401 U.S. 402, 415 (1971)) (alteration marks omitted). Indeed, the court "retain[s] a role, and an important one, in ensuring that agencies have engaged in reasoned decisionmaking." *Judulang v. Holder*, 565 U.S. 42, 53 (2011). To survive judicial review under the arbitrary and capricious standard, an agency must "examine the relevant data and articulate a satisfactory explanation for its action including a 'rational connection between the facts found and the choice made.'" *State Farm*, 463 U.S. at 43 (quoting *Burlington Truck Lines v. United States,* 371 U.S. 156, 168 (1962)).

## SUMMARY OF THE ARGUMENT

BLM violated NEPA in two ways. *First*, BLM failed to consider a range of reasonable alternatives by declining to analyze a range of significantly distinguishable alternatives that are within BLM's statutory authority and meet BLM's purpose and need. BLM also failed to independently evaluate CPM's self-interested statements that the publicly-recommended alternatives were not technically and/or economically feasible.

*Second*, BLM failed to take a hard look at several important resources in the FEIS. Specifically, BLM did not adequately analyze GHG emissions and climate impacts, nor impacts

to water resources. Additionally, BLM entirely failed to consider the SPP Project's impacts to

dark night skies, merely on the (incorrect) basis that the issue was not raised during scoping.

## ARGUMENT

### I.     BLM Failed to Consider Reasonable Alternatives

The alternatives analysis is "the heart" of an EIS. 40 C.F.R. § 1502.14. NEPA requires

BLM to "rigorously explore and objectively evaluate" all reasonable alternatives to the proposed

action such that the EIS "sharply defin[es] the issues and provid[es] a clear basis for choice

among options by the decisionmaker and the public." *Id.* § 1502.14(a). In the Tenth Circuit,

BLM's alternatives analysis is judged through the "rule of reason" standard to "determin[e]

whether the 'statement contained sufficient discussion of the relevant issues and opposing

viewpoints to enable the [agency] to take a hard look at the environmental impacts of the

proposed [action] and its alternatives, and to make a reasoned decision." *High Country*

*Conservation Advocs. v. U.S. Forest Serv.* ("*High Country*"), 951 F.3d 1217, 1223 (10th Cir.

2020) (alterations in original) (citation omitted).

> The reasonableness of the alternatives considered is measured against two
> guideposts: First . . . an alternative is reasonable only if it falls within the agency's
> statutory mandate. Second, reasonableness is judged with reference to an agency's
> objectives for a particular project.

*N.M. ex. rel. Richardson v. Bureau of Land Mgmt.* ("*Richardson*"), 565 F.3d 683, 709 (10th Cir.

2009) (citations omitted); *see also High Country*, 951 F.3d at 1224 (same). And, although BLM

"[is] not required to consider alternatives that [it has] in good faith rejected as too remote,

speculative, or impractical or ineffective," *Audubon Soc'y of Greater Denver v. U.S. Army Corps*

*of Engineers*, 908 F.3d 593, 603 (10th Cir. 2018), the agency must independently evaluate and

verify all information provided by a project proponent. 40 C.F.R. § 1506.5(a); *Utahns for Better*

13

*Transp. v. U.S. Dep't of Transp.* ("*Utahns*"), 305 F.3d 1152, 1165 (10th Cir. 2002), *as modified on reh'g,* 319 F.3d 1207 (10th Cir. 2003).

"[R]igorously exploring and objectively evaluating" all reasonable alternatives is, therefore, a two-pronged approach that requires BLM to 1) look at a range of reasonable alternatives, and 2) independently evaluate all relevant information to determine whether an alternative is feasible for analysis in an EIS. Here, BLM has failed both prongs of this test in violation of NEPA by failing to analyze a range of distinct, yet reasonable, alternatives and by relying on—but not verifying—CPM's claims of whether suggested alternatives were feasible.

### A.  BLM Failed to Consider a Range of Reasonable Alternatives

The "reasonableness standard applies both to which alternatives [BLM] discusses and the extent to which it discusses them." *High Country*, 951 F.3d at 1223 (internal quotation marks omitted). An agency's consideration of a purported "range" of alternatives, where the environmental footprint and amount of recoverable minerals is the same across the board, has repeatedly been held illegal when other facially reasonable and distinct alternatives go unanalyzed. *See, e.g., id.* at 1226-27 (holding that Forest Service violated NEPA by declining to analyze a "significantly distinguishable" suggested alternative that "differ[ed] in acreage of protected land, amounts of recoverable coal, likelihood of coal mining activity, and environmental impacts."); *Richardson*, 565 F.3d at 709-11 (holding that BLM violated NEPA by failing to analyze significantly distinguishable alternative that would have closed a portion of the overall planning area to oil and gas development and consequently limited the amount of recoverable fluid minerals); *Wilderness Workshop v. U.S. Bureau of Land Mgmt.*, 342 F. Supp. 3d 1145, 1164-67 (D. Colo. 2018) (holding that BLM violated NEPA by failing to consider

14

reasonable alternatives by omitting any option that would meaningfully limit leasing and development); *W. Org. of Res. Councils v. U.S. Bureau of Land Mgmt.,* No. CV 16-21-GF-BMM, 2018 WL 1475470 *9 (D. Mont. Mar. 26, 2018) (unpublished) (holding that "failure to consider any alternative that would decrease the amount of extractable coal available for leasing" violates NEPA); *W. Org. of Res. Councils v. U.S. Bureau of Land Mgmt.*, No. 4:20-CV-00076-GF-BMM, 2022 WL 3082475 *5-*7 (D. Mont. Aug. 3, 2022) (unpublished) (stating that consideration of a "range" of alternatives "present[ing] differing amounts of total allotted acreage, but precisely the same total expected amount of coal development," violates NEPA).

That is precisely the error BLM made in the SPP Project FEIS. Although BLM analyzed what it described as five action alternatives to the Proposed Action, <u>none</u> of these represented a middle-ground alternative "that [fell] between the obvious extremes" of the Proposed Action and the No-Action Alternatives—that is, an alternative that would provide greater environmental protection while still allowing for mineral recovery. *Colo. Env't Coal. v. Dombeck*, 185 F.3d 1162, 1175 (10th Cir. 1999). Instead, each of the five action alternatives were designed to allow for the <u>same amount</u> of potassium sulfate to be recovered while swapping out minor "variations of specific Project components" that did not materially change the size or scope of the Project. AR041119; AR000967 (noting that "[i]f one or more of these alternatives were selected…, the components of the selected alternative(s)" would be substituted for "the corresponding components in the Proposed Action, while the remainder of the Proposed Action would be implemented as described"); *see also* AR041121-27 (table comparing environmental effects of each alternative and demonstrating that nearly all environmental effects are the same as the Proposed Action).

As demonstrated below, alternatives with a reduced environmental footprint to the SPP Project were dismissed from detailed analysis even though at least one such alternative is reasonable because it 1) conforms with BLM's statutory mandates and 2) meets BLM's broad objectives for the SPP Project. *See Richardson*, 565 F.3d at 709.

      *i.*    *BLM's statutory mandates support a wide range of reasonable alternatives*

BLM's statutory mandates under Federal Land Policy and Management Act ("FLPMA") and the Mineral Leasing Act ("MLA") grant BLM broad authority and discretion to consider a wide range of alternatives for the SPP Project, including one(s) that minimize the Project's footprint and provide greater environmental protection. FLPMA provides that BLM should manage lands "on the basis of multiple use and sustained yield" while protecting "the quality of scientific, scenic, historical, ecological, environmental, air and atmospheric, water resource, and archeological values." 43 U.S.C. § 1701(a)(7), (8). "Multiple use requires management of the public lands and their numerous natural resources so that they can be used for economic, recreational, and scientific purposes without the infliction of permanent damage." *Richardson*, 565 F.3d at 710 (citations omitted). Likewise, the MLA's implementing regulations require that mining operations be conducted "in a manner to yield the ultimate maximum recovery of the mineral deposits, consistent with…the protection and preservation of the environment—land water and air." 43 C.F.R. § 3594.1(a) (emphasis added). Indeed, "[t]he requirement to achieve ultimate maximum recovery does not in any way restrict the authorized officer's authority to ensure the…protection of other resources." *Id.* § 3590.0-5.

Because FLPMA and the MLA regulations specifically contemplate mineral extraction consistent with multiple use and sustained yield <u>and</u> the protection of other environmental

resources, it is well within BLM's statutory authority to consider a reasonable range of alternatives, including those that provide for a smaller Project footprint in order to minimize environmental impacts.

              *ii.*       *BLM's objectives for the SPP Project are broad*

The range of alternatives BLM must analyze in an EIS also depends on the EIS's purpose and need statement. 40 C.F.R. § 1502.13; 43 C.F.R. § 46.420(a)(2); *see also High Country*, 951 F.3d at 1224; *Davis v. Mineta*, 302 F.3d 1104, 1119 (10th Cir. 2002). When BLM establishes a broad objective for a proposed action, it must analyze a correspondingly broad range of alternatives. *Davis*, 302 F.3d at 1119; *see also* Bureau of Land Mgmt., Nat'l Env't Policy Act Handbook H-1790-1 § 6.2.1 (Jan. 2008) ("NEPA Handbook")[8] ("The broader the purpose and need statement, the broader the range of alternatives that must be analyzed."). After "defining the objectives of an action," BLM must "provide legitimate consideration to alternatives that fall between the obvious extremes." *Dombeck*, 185 F.3d at 1175. That is, BLM must consider an alternative if it is "significantly distinguishable from the alternatives already considered." *Richardson*, 565 F.3d at 708-09.

BLM's stated purpose and need for preparing the EIS was quite broad:

> to consider CPM's proposed Mining Plan for use of federal lands and minerals consistent with CPM's valid existing lease rights, which allow for development of the mineral resource subject to lease stipulations and reasonable conditions of approval to avoid, minimize, and mitigate adverse environmental effects. The BLM's purpose is also to consider CPM's requests for rights-of-way…and mineral material sales associated with the proposed Mining Plan. The need for action by the

---

[8] Although not included in the administrative record, the FEIS refers to the NEPA Handbook in its Appendix H, Authorizing Laws, Regulations, and Policies. AR041702. A copy of the NEPA Handbook is available at:
https://www.blm.gov/sites/blm.gov/files/uploads/Media_Library_BLM_Policy_Handbook_h1790-1.pdf.

BLM is based on both the MLA and the FLPMA, which provide for the mining of potash on the public domain and require the BLM to respond to ROW grant requests while avoiding or minimizing adverse effects, in conformance with existing land use plans.

AR041140.

The SPP Project FEIS suffers from the same flaw as the North Fork Project at issue in *High Country.* There, the U.S. Forest Service eliminated the "Pilot Knob Alternative," which would have "preserve[d] one roadless area and open[ed] two others for coal mining," from detailed analysis. 951 F.3d at 1224. The stated objectives for the North Fork Project were generally to 1) conserve Colorado roadless areas while addressing state interests in development of coal resources in the North Fork Coal Mining Area, 2) "provide for the conservation and management of roadless area characteristics," and 3) balance multiple uses under the Forest Service's statutory mandate. *Id.* The *High Country* court readily concluded that the Pilot Knob Alternative fell within the Forest Service's statutory mandate and also fell within the North Fork Project's stated goals because "it provides for conservation in one roadless area and facilitates the development of coal resources in two others." *Id.* Yet the Forest Service eliminated the Pilot Knob Alternative from detailed analysis "based solely on the fact that the Pilot Knob Alternative would protect more land and provide access to fewer tons of coal than [other analyzed alternatives]." *Id.* The court explained that this rationale addressed only one of the Forest Service's stated objectives and completely disregarded the other of "providing management direction for conserving roadless areas in Colorado." *Id.* This "one-sided approach conflict[ed] with the agency's obligation under NEPA to 'provide legitimate consideration to alternatives that fall between the obvious extremes.'" *Id.* (quoting *Dombeck*, 185 F.3d at 1175).

18

In short, the *High Country* court held that the Forest Service's elimination of the Pilot Knob Alternative was arbitrary, capricious, and in violation of NEPA because 1) it "was not remote, speculative, or impractical or ineffective as judged against the Forest Service's statutory mandate and the project goals" and 2) it was significantly distinguishable from other alternatives considered "because [it] differ[s] in acreage of protected land, amounts of recoverable coal, likelihood of coal mining activity, and environmental impacts." *Id.* at 1225 (internal quotation marks omitted).

Similarly, the SPP Project FEIS did not propose or analyze any alternatives in detail that would have reduced the environmental footprint and amount of recoverable potassium sulfate, even though SUWA suggested at least one such alternative (the "LUMA Alternative"). The LUMA Alternative would have excluded leases owned by LUMA, which are located on the northern end of the playa, from the SPP Project. AR041715. The LUMA Alternative was significantly distinguishable from any of the alternatives analyzed in detail because, if implemented, it would have limited the SPP Project to a smaller footprint and may have resulted in less potash extraction. AR000735. BLM dismissed this alternative because "it would fail to maximize recovery of the potassium resource," aspects of the LUMA Alternative were deemed by CPM (not BLM)[9] to be "technically or economically infeasible," and "it may lead to increased environmental effects."[10] AR041716.

---

[9] This point is addressed in detail in Section I.B, *infra.*

[10] BLM does not identify which environmental resources may be adversely affected by the LUMA Alternative. *See* AR041715-16. During the earlier leasing stage, the U.S. Fish and Wildlife Service expressed concern for development scenarios that would disturb the north end of the playa because that area contains important freshwater wetland and shallow water habitats. AR000680; AR000735.

But this rationale does not respond to BLM's stated purpose and need: to consider CPM's proposed plan to develop the potash resource and managing potash mining on public lands. *See* AR041140. Rather, it responds to the Project's purpose—to meet increasing potassium needs "in an environmentally sound manner that…provides for ultimate maximum recovery of potassium sulfate." *Id.* BLM does not explain how or why the LUMA Alternative does not meet BLM's purpose and need. Moreover, the LUMA Alternative satisfies BLM's purpose and need because it would still allow CPM to develop its leases and recover brine from its own leases while minimizing impacts to the environment. AR000736. It would also meet BLM's need to provide for potash mining on public lands. *Id.*

In sum, just like in *High Country*, BLM's approach "conflicts with the agency's obligation under NEPA to provide legitimate consideration to alternatives that fall between the obvious extremes." 951 F.3d at 1224.

## B. BLM Failed to Independently Evaluate and Verify Information

When BLM relies on information submitted by an applicant, NEPA requires that it "independently evaluate the information submitted" and verify its accuracy. 40 C.F.R. § 1506.5(a). That is, BLM must it be able to point to "record evidence" establishing that the required independent evaluation has occurred. *See Utahns*, 305 F.3d at 1165 (citing a lack of record evidence to reject arguments that a federal agency independently analyzed an applicant's assertion that certain alternatives were infeasible). It is not sufficient for BLM to merely state that it evaluated an applicant's information—the administrative record must reflect BLM's independent evaluation and verification. *See id.; Gerber v. Norton*, 294 F.3d 173, 185 (D.C. Cir. 2002) ("Merely referencing a requirement is not the same as complying with that

requirement. And stating that a factor was considered—or found—is not a substitute for considering or finding it." (cleaned up)); *Newton-Nations v. Betlach*, 660 F.3d 370, 381 (9th Cir. 2011) (same).

The Tenth Circuit and other courts have not hesitated to remand an agency's decision when the record does not demonstrate that the agency conducted the requisite independent evaluation of third-party information. For example, in *Utahns*, the court concluded that the United States Department of Transportation violated 40 C.F.R. § 1506.5(a) because the administrative record did not reflect the requisite independent verification of cost estimate information provided by the project applicant. 305 F.3d at 1165. The court stressed that the independent verification provision "is more than a technical requirement when it comes to the cost of the project <u>and alternatives</u>." *Id.* (emphasis added).

*Gerber* is an analogous case that further emphasizes an agency's duty to demonstrate with record evidence that it has independently verified applicant-submitted information. There, the D.C. Circuit held that the U.S. Fish and Wildlife Service's ("FWS") failure to demonstrate that it had made a requisite independent finding was fatal to the agency's approval of a developer's proposals. *Gerber*, 294 F.3d at 184-85. The *Gerber* court recognized that the Endangered Species Act required the FWS to make an independent finding that there was no practicable alternative to a developer's plan that would minimize the take of a protected species. *Id.* The court held that "[i]t is plain on the face of the statute that it is the [FWS] . . . that must make this finding," not the project applicant. *Id.* The court found that the FWS had not complied with this statutory duty: "[T]here is no evidence in the record that the <u>[FWS]</u> ever made such a finding." *Id.* at 185 (emphasis in original). The *Gerber* court concluded by admonishing the FWS

21

that the court could neither excuse the agency's failure to make an independent finding, nor

could it affirm the agency's decision absent any evidence of this finding in the record:

> [w]hen a statute requires an agency to make a finding as a prerequisite to action, it must do so. Merely "[r]eferencing a requirement is not the same as complying with that requirement." And "[s]tating that a factor was considered" – or found – "is not a substitute for considering" or finding it. Nor may the agency delegate its responsibility to the regulated party.

*Id.* at 185-86 (internal citations omitted).

Like in *Utahns* and *Gerber*, there is no record evidence that BLM independently

evaluated CPM's contentions that the LUMA alternative, among others, was technically or

economically infeasible. BLM acknowledges that the development of alternatives and whether

they were carried forward for detailed analysis relied on feasibility studies conducted by CPM.

AR041151; AR041903. Although the FEIS states that BLM…requested information from CPM

on the technical and economic feasibility of each of the alternatives," AR041713; *see, e.g.*,

AR00915-17, there is no evidence that BLM took that requested information and independently

evaluated and verified it to conclude the alternatives not analyzed in detail, including the LUMA

Alternative, were infeasible.

Indeed, with regard to the LUMA Alternative, BLM stated in response to SUWA's DEIS

comments that "CPM evaluated this option early in the development of its proposed action" and

"CPM determined that [required horizontal drilling components] would be technically

infeasible" and economically infeasible. AR041544 (emphases added). And though BLM

repeatedly claimed in a more general sense that its staff reviewed CPM's alternatives

information, there is nothing in the record to suggest that this "review" included an independent

evaluation of CPM's rejection of the LUMA Alternative. *See* AR041151; AR041542;

AR041903. Because there is no evidence in the record demonstrating <u>how</u> BLM independently

evaluated and verified CPM's information, BLM's claims alone must fail. *See Utahns*, 305 F.3d

at1165; *Gerber*, 294 F.3d at 185; *Newton-Nations*, 660 F.3d at 381.

BLM's failure to demonstrate that it independently evaluated and verified the feasibility

information provided by CPM is a fatal error. *Utahns*, 305 F.3d at 1164 ("We can only affirm

agency action, if at all, on grounds articulated by the agency itself." (citing *Olenhouse*, 42 F.3d at

1565)); *Richardson*, 565 F.3d at 715 (citing *Or. Nat. Desert Ass'n v. Bureau of Land Mgmt.*, 531

F.3d 1114, 1142 (9th Cir. 2008) ("We cannot defer to a void.")).

## II.     BLM Failed to Take a Hard Look at Environmental Impacts

NEPA requires that BLM take a "hard look" at the impacts of proposed projects by

"utilizing public comment and the best available scientific information." *Robertson*, 490 U.S. at

350. In doing so, BLM must analyze any potential direct, indirect and cumulative effects of

major federal actions. 40 C.F.R. § 1502.16. Direct effects are "caused by the action and occur at

the same time and place." 40 C.F.R. § 1508.8(a). Indirect effects are "caused by the action and

are later in time or farther removed in distance, but are still reasonably foreseeable." *Id.* §

1508.8(b). Cumulative impacts are "the impact on the environment which results from the

incremental impact of the action when added to other past, present, and reasonably foreseeable

future actions" and "can result from individually minor but collectively significant actions taking

place over a period of time." *Id.* § 1508.7. General statements by BLM about "possible" effects

and "some risk" do not constitute a "hard look" absent a showing of why more definitive

information could not be provided. *Town of Superior v. U.S. Fish & Wildlife Serv.*, 913 F. Supp.

2d 1087, 1120 (D. Colo. 2012) (quoting *Neighbors of Cuddy Mountain v. U.S. Forest Serv.*, 137 F.3d 1372, 1380 (9th Cir. 1998)).

As explained below, BLM failed to take a hard look at 1) GHG emissions and climate, 2) water resources, and 3) dark night skies.

### A.     BLM Failed to Take a Hard Look at Greenhouse Gas Emissions and Climate

BLM made two reversible errors with regard to GHG emissions and climate change: 1) the FEIS quantified the GHG emissions that would be generated directly and indirectly by the large-scale mining operation, but failed to analyze and disclose the impact of that pollution, all the while promoting the economic benefits of the mine and refusing to quantify its costs, and 2) for cumulative impacts analysis, the FEIS merely provided a list of projects but failed to analyze and disclose their collective climate impact.

> i.     *BLM Failed to Analyze the Impacts of GHG Pollution, All While Promoting the Economic Benefits of the Project and Refusing to Quantify its Costs*

"The impact of GHG emissions on climate change is precisely the kind of impacts analysis that NEPA requires agencies to conduct." *Diné Citizens Against Ruining Our Env't. v. Haaland* ("*Diné CARE*"), 59 F.4th 1016, 1035 (10th Cir. 2023) (internal alterations omitted; citation omitted). Here, however, the sum total of BLM's direct and indirect climate change impact analysis was to quantify the annual GHG emissions and then compare that amount to national, state, and county emissions levels. AR041198-99. As a result, BLM concluded, unsurprisingly, that when compared to enormous emission levels, the Proposed Action on its own "would be a negligible contributor to GHG emissions at the county, state, and national levels." AR041198. *See also* AR041199 ("if the Project were implemented, the amount of $CO_2e$

24

emissions would increase by a small fraction, as compared to national, state, and county totals.").[11] At the same time, the FEIS contains multiple pages of "socioeconomic" analysis in which BLM touts the project's economic benefits. AR041261-64, AR041311-12. Nowhere, however, are the socioeconomic costs of GHG pollution and climate change discussed and analyzed. This approach to climate analysis fails to satisfy NEPA's hard look mandate.

*First*, merely comparing the project's GHG emissions to county, state, and national emissions does not satisfy NEPA, and says nothing as to how the emissions will impact the environment. The Tenth Circuit recently rejected a similar approach to climate analysis explaining that a "comparative analysis proves only that there are other, larger sources of GHGs. It does not show that [the proposed action] . . . will not have a significant impact on the environment." *Diné CARE*, 59 F.4th at 1042.

In *Diné CARE*, the plaintiffs challenged a decision by BLM to approve 370 oil and gas drilling permits. The total of BLM's climate analysis was to quantify the Proposed Action's GHG emissions and compare them to state and national emission levels, with the brief statement that "the incremental contribution to global GHGs from a proposed land management action cannot be accurately translated into effects on climate change globally or in the area of any site-specific action." *Id.* at 1042. The Tenth Circuit concluded that this cursory and dismissive analysis violated NEPA: "Simply stating what percentage the emissions will make up of

---

[11] $CO_2e$ (carbon dioxide equivalent) is the classification of a GHG in terms of its global warming potential relative to $CO_2$ over a 100-year period. AR041198; AR008850. Phrased differently, "$CO_2e$ means the number of metric tons of $CO_2$ emissions with the same global warming potential as one metric ton of another greenhouse gas." 40 C.F.R. § 98.6 (Environmental Protection Agency's definition of "carbon dioxide equivalent"). For example, 0.049 metric tons of methane ($CH_4$) has the same global warming potential as 5,206 metric tons of $CO_2$ emitted over 100 years. AR041198; AR008883.

regional, national, and global emissions does not meaningfully inform the public or decisionmakers about the impact of the emissions." *Id.* at 1043. Such comparisons are unhelpful because, "all agency actions causing an increase in GHG emissions will appear de minimis when compared to the regional, national, and global numbers." *Id.*

BLM repeated these same errors here. The FEIS <u>quantifies</u> the Proposed Action's GHG emissions, but does not <u>analyze</u> the significance of those emissions or their climate impact because, according to the agency, "the climate change models cannot be used to predict future climate changes at regional and small scales." AR041199. This same approach and rationale was squarely rejected by the *Diné CARE* court. 59 F.4th at 1042-43.

*Second*, further undermining BLM's cursory NEPA analysis is the fact that numerous reliable and accurate tools and methods were available to help the agency analyze and disclose the climate impacts of the Proposed Action's GHG emissions—but BLM did not use them, or explain why they were not used. On this point, the Tenth Circuit has explained:

> [NEPA does not] require an agency to employ a specific method for determining the effects of an agency action. But NEPA does require agencies to consider whether the proposed agency action will have a significant impact on the environment and to use accurate science to do so. Thus, if an accurate method exists to determine the effect of the proposed action, <u>BLM must perform that analysis or explain why it has not</u>.

*Diné CARE*, 59 F.4th at 1042 (emphasis added) (citations omitted).

In *Diné CARE*, the plaintiffs recommended that BLM use the global "carbon budget" to inform its climate impacts analysis. *Id.* at 1043. BLM did not use the carbon budget, explain why doing so was unnecessary, or conduct any analysis other than quantifying emissions. Instead, BLM asserted that it was "not required to use any specific protocols or methodologies[.]" *Id.* The court rejected this rationale. "It is indeed true that NEPA does not require BLM to use any

particular methodologies . . . however, NEPA does not give BLM the discretion to ignore the impacts to the environment when there are methods for analyzing those impacts." *Id.* Other courts have reached similar conclusions. *See, e.g.*, *WildEarth Guardians v. Bernhardt*, 502 F. Supp. 3d 237, 255 (D.D.C. 2020) ("BLM either had to explain why using a carbon budget analysis would not contribute to informed decisionmaking . . . or conduct an 'accurate analysis' of the carbon budget" (quoting 40 C.F.R. § 1500.1(b)); *High Country Conserv. Advoc. v. U.S. Forest Serv.*, 52 F. Supp. 3d 1174, 1191 (D. Colo. 2014) (holding the agency acted arbitrarily by stating there was no way to measure impact of GHG emissions when at least one recognized method, the social cost of carbon method, was available).

Here, however, BLM did not perform the requisite impacts analysis or explain its failure to do so. *See generally* AR000739-40. Instead, the agency baldly asserted that "the climate models cannot be used to predict future climate changes at regional and small scales." AR041199. But that response fails for two reasons: 1) it has been rejected by the Tenth Circuit, and 2) it does not address the available methods that exist or explain why they were not used. *See Diné CARE*, 59 F.4th at 1042 (rejecting BLM's claim that "the incremental contribution to global GHGs from a proposed land management action cannot be accurately translated into effects on climate change globally or in the area of any site-specific action."); *id.* ("if an accurate method exists to determine the effect of the Proposed Action, BLM must perform that analysis or explain why it has not.").

*Third*, because BLM made the mistakes discussed above, the FEIS unlawfully offers a skewed analysis which promoted the socioeconomic benefits of the project while overlooking the environmental and climate costs imposed on society by the project's GHG pollution.

27

Specifically, the FEIS contains multiple pages of analysis detailing the socioeconomic benefits of the mine. AR041261-64, AR041311-12. This includes the positive impacts to local employment and tax revenue, housing and services. AR041263.

In contrast, the socioeconomic section in the FEIS does not discuss—at all—the climate impacts or their costs from the Proposed Action including its GHG pollution. *See* AR041261-64. BLM's failure to do so violated NEPA. In *Utah Physicians for a Healthy Environment*, this court held that BLM could not promote the economic benefits of a mining project, while ignoring its climate costs. 528 F. Supp. 3d at 1231-32. There, like here, BLM's NEPA analysis "forecast[] the number of jobs that will be created, the income from those jobs, the economic contribution from Utah-produced coal, federal royalties, tax revenue, and downstream economic effects." *Id.* at 1230. "But nowhere are the economic costs of GHGs quantified." *Id.* The court found this lack of analysis to be "problematic." *Id.* at 1231. Specifically, the court rejected BLM's analysis because:

> It is in the analysis of the GHGs from the proposed action with the climate change effects that the agency shows that it has taken a hard look at the indirect effects of the project. This is particularly true on this record, where there are multiple pages laying out the significant economic benefits in the "Socioeconomics" subsection, but no discussion there at all about the socioeconomic costs from GHGs and climate change. <u>The socioeconomic section may not lay out the economic benefits from the proposal without analyzing the socioeconomic costs of GHGs *together with* climate change</u>.

*Id.* at 1232 (underlined emphasis added). BLM has repeated the same error here–the FEIS lays out the economic benefits from the mining project in great detail without analyzing the socioeconomic costs of its GHG pollution together with climate change, and thus violated NEPA. *See id.*

In sum, the FEIS unlawfully compares the project's GHG emissions to county, state and national emissions levels to conclude that it will have a de minimis effect, fails to use available methods to analyze and disclose the environmental and climate impacts of the Proposed Action or explain why it did not use them, and provides an economically skewed analysis of the project's benefits, without any consideration of its climate costs. *Diné CARE*, 59 F.4th at 1042-43; *Utah Physicians for a Healthy Env't*, 528 F. Supp. 3d at 1231-32.

      ii.    *BLM Failed to Analyze the Cumulative Impacts of All Relevant Projects, Instead Merely Providing a List of Those Projects*

BLM also failed to analyze the cumulative impacts of GHG pollution to the environment and climate. *See* 40 C.F.R. § 1508.7 (defining cumulative impact). In the Tenth Circuit, "[a] meaningful cumulative impact analysis <u>must</u> identify five things:"

> (1) the area in which the effects of the proposed project will be felt; (2) the impacts that are expected in that area from the proposed project; (3) other actions—past, present, and proposed, and reasonably foreseeable—that have had or are expected to have impacts in the same area; (4) the impacts or expected impacts from these other actions; and (5) the overall impact that can be expected if the individual impacts are allowed to accumulate.

*San Juan Citizens All. v. Stiles*, 654 F.3d 1038, 1056 (10th Cir. 2011) (emphasis added) (citation omitted). The FEIS does not meet this standard.

*First*, the FEIS does not identify the area in which the effects of the Proposed Action will be felt—an area commonly referred to as the "cumulative impacts analysis/assessment area," or CIAA. A properly defined CIAA is important because "if the boundaries are defined too broadly, the analysis becomes unwieldy; if they are defined too narrowly, significant issues may be missed, and decision-makers will be incompletely informed about the consequences of their actions." NEPA Handbook § 6.8.3.

Here, the FEIS fails to identify or define the CIAA for GHG and climate change. Based on record evidence, it appears that BLM's CIAA encompasses an area smaller than Millard County. For example, BLM identifies two "primary" projects that would contribute to cumulative impacts, both of which are in Millard County. AR041297. However, two additional Millard County projects are included "to be conservative, even though they are located outside the analysis area."[12] AR041298. Further, BLM cites the air dispersion modeling report "Ramboll 2018" but that report likewise does not define a CIAA and does not analyze climate change impacts. AR008587. If anything, the report evidences that BLM's "ambient air boundary" is limited to the project boundary (*i.e.*, Sevier Lake), which makes little sense in the context of climate change. AR008651 (attached as Ex. 5).

BLM provides no explanation for why the CIAA for climate change should be limited to a portion of Millard County or to the Project boundary, especially when BLM acknowledges these issues have broad implications and do not remain localized. AR041297. An undefined or poorly explained CIAA violates NEPA. *See Citizens for a Healthy Comm. v. Bureau of Land Mgmt.*, 377 F. Supp. 3d 1223, 1246 (D. Colo. 2019) (holding BLM failed adequately explain the scope of its CIAA).

*Second*, as discussed above, the FEIS does not analyze the climate impacts from the Proposed Action because the agency merely compared the project GHG emissions to county, state and national emissions, and failed to use available methods to analyze and disclose those

---

[12] The reference to "outside the analysis area" is unhelpful because nowhere in the FEIS is that area defined. Moreover, the FEIS does not include a map or figure of the "analysis area."

costs or explain why it could not use them (*e.g.*, global carbon budget, social cost of carbon). *See* Argument § II.A.i, *supra*.

*Third*, though the FEIS identifies other actions (step three in the *San Juan Citizens Alliance* standard), AR041865 (FEIS Appendix M), it fails to analyze and disclose their impacts or expected impacts (step four). Instead, BLM quantified the emissions for the Proposed Action and three other projects in Millard County and then compared only the Proposed Action emissions to county, state and national emissions. AR041297.[13] BLM did not analyze the cumulative climate impact of all of the projects it identified in Appendix M of the FEIS; rather, BLM only offered a few generic sentences regarding the nature of climate change and concluded: "The Project does have GHG emissions and would contribute to climate change; however, because it is a minor source, its effects alone would be negligible and not discernible from broader regional and global trends." AR041297 (emphases added). It is immaterial whether the project's effects alone are negligible but rather the relevant question required by the Tenth Circuit standard, neither asked nor answered by BLM in the FEIS, is: what are "the impacts or expected impacts from these other actions"? *San Juan Citizens All.*, 654 F.3d at 1056 (emphasis added).

Finally, the FEIS does not analyze and disclose the overall impact that can be expected if the individual impacts are allowed to accumulate. Instead, the total of BLM's impact "analysis" is the unhelpful statement that climate change is real and might cause a few generic changes to the environment. AR041297. In *Utah Physicians for a Healthy Environment*, this court rejected a

---

[13] The three other projects were included because, according to BLM, they are the only three projects in Millard County with "reportable emissions." AR041297.

similar—but more robust—approach to climate analysis. There, BLM established a CIAA for climate change that included two counties, listed a few other projects that fell within that CIAA, and discussed in generalities the basic nature of climate change and its likely impacts in the future. 528 F. Supp. 3d at 1233-34. But, the court held that this approach was insufficient because "the cumulative impacts section provides no data or substantive discussion about GHGs from other past and reasonably foreseeable future actions." *Id.* at 1234 (internal quotation omitted). And, the agency's analysis violated NEPA because it "failed to substantively account for and analyze the present and reasonably foreseeable sources of GHGs." *Id.* The same is true here and the FEIS falls short of the *San Juan Citizens Alliance* standard.

### B. BLM Failed to Take a Hard Look at Cumulative Water Impacts

Like with GHG emissions, the FEIS violates NEPA by failing to analyze all reasonably foreseeable cumulative impacts to water resources in a manner that comports with the *San Juan Citizens Alliance* standard's fourth and fifth factors: (4) a cumulative impact analysis that identifies the impacts or expected impacts from these other actions and (5) the overall impact that can be expected if the individual impacts are allowed to accumulate. 654 F.3d at 1056. BLM defined the CIAA for water resources as:

- The [United States Geological Survey]-defined sixth-level (Hydrologic Unit Code-12 [HUC-12]) sub-watersheds that would contain Project facilities or that are upstream of the Sevier Playa or directly tributary to the Sevier River below Gunnison Bend Reservoir
- The USGS-defined sixth-level sub-watersheds that contain the ephemeral channel of the Beaver River in Millard County east of the Sevier Playa and the Cricket Mountains…
- A 15-mile radius around the proposed freshwater supply well field that may be affected by drawdown related to groundwater pumping…

AR041279 (citations omitted); *see also* AR013006 (map of the water resources CIAA, attached as Ex. 6).

The FEIS and Water Resources Report generally describe direct and indirect impacts to water resources from the SPP Project and its alternatives, *see* AR041281-93 (FEIS); AR013044-74 (Water Resources Report), and identify a few past, present, or reasonably foreseeable future actions that may contribute to cumulative water impacts. AR041314-15. However, that is where BLM's cumulative impacts "analysis" ends.

For instance, one reasonably foreseeable future action listed in the FEIS is the West Desert Water Supply and Conservation Project ("West Desert Project").[14] AR041314-15. BLM's entire "analysis" of the West Desert Project's water impacts is set forth in one paragraph. *Id.* BLM's discussion of water <u>quantity</u> impacts consists of stating how much groundwater the West Desert Project would withdraw (15,000 acre-feet/year), noting that this quantity would be in addition to the 1-12 feet of groundwater pumping anticipated by the SPP Project, and vaguely concluding that the West Desert Project would contribute to water level decline in the CIAA for the foreseeable future. AR041314. BLM's discussion of how the West Desert Project would affect water flows at springs in the CIAA is likewise limited and merely states that the Project would result in reduced flows at the Wah Wah Spring and Black Rock area springs, and that the SPP

---

[14] SUWA repeatedly raised the importance of considering the West Desert Project in the SPP Project's cumulative impacts analysis. *See* AR000793 (at the time the West Desert Project was known as the Pine Valley Groundwater Development and Pipeline Project); AR000818; AR000823-24.

Project "has the potential to change the timing of cumulative drawdown in some portions of the [CIAA], but the cumulative effects would be moderate and short term." *Id.*

BLM does not explain how the SPP Project would change the timing of cumulative drawdown, what areas of the CIAA will be affected by the drawdown, or why those anticipated cumulative effects are expected to be "moderate and short term." By failing to include this information, BLM has not explained "the impacts or expected impacts" from the West Desert Project. *See San Juan Citizens All.*, 654 F.3d at 1056. At most, BLM compared the groundwater drawdown and spring flows between the two projects but did not explain the significance of what that comparison means in terms of environmental impact. AR041314. Thus, BLM has failed to meet the fourth *San Juan Citizens Alliance* factor.

BLM's cumulative impacts analysis also fell short with regard to the fifth *San Juan Citizens Alliance* factor. 654 F.3d at 1056. Nowhere in the FEIS or Water Resources Report, AR014314-15; AR013074-78, does BLM explain "the overall impact" to water resources that can be expected if the individual impacts of the SPP Project, West Desert Project, and two other cumulative actions identified in the CIAA—stock watering reservoirs and the Cricket Bench and Sage Valley Pipelines—"are allowed to accumulate." *San Juan Citizens All.*, 654 F.3d at 1056. This failure also violated NEPA's hard look mandate.

Because the FEIS contains no analysis satisfying the fourth and fifth *San Juan Citizens Alliance* factors, BLM has not taken a hard look at cumulative impacts to water and consequently, the FEIS violates NEPA.

## C.      BLM Failed to Analyze Dark Night Skies

A dark night sky "unencumbered by competing light sources…or by light refracted from…polluted air is an incredible sight" that is becoming "increasingly more difficult to observe." GBNHA Mgmt. Plan at 107. Currently, dark skies are one of the GBNHA's most significant natural resources "that set the [region] apart from all other areas." *Id.* at 75; *see also id.* at 92. In fact, the "largest contiguous region of dark skies in the United States" exists within the GBNHA (and therefore encompasses the SPP Project visual resources analysis area). *Id.* at 108. However, this spectacular and increasingly rare resource is threatened by the SPP Project, which will drastically change the remote and dark character of the GBNHA by introducing large-scale industrialization to an area renowned for its lack of light pollution. *See* AR041155 (Ex. 4).

BLM violated NEPA by failing to take a hard look—or any look at all—at the SPP Project's direct, indirect, and cumulative impacts to dark night skies, including within the visual resources analysis area, the GBNHA, and Great Basin National Park (which is a designated International Dark Sky Park) despite 1) BLM identifying impacts to dark night skies as an issue during its internal scoping period, and 2) SUWA raising the issue in its DEIS comments.

> i.      *BLM's explanation for not analyzing dark night skies is arbitrary and capricious because dark night sky impacts were identified as a scoping issue*

The FEIS does not analyze Project impacts to dark night skies, notwithstanding that SUWA squarely raised this issue in its DEIS comments and explained that the Sevier Desert (and the greater GBNHA) is an incredibly remote location that is virtually devoid of any artificial light, and thus BLM must consider how the Project's lighting will impact the area's significantly dark skies. *See* AR000738; AR014475. BLM's excuse for <u>not</u> analyzing dark night skies was

simply: "The issue of dark night skies was not identified during scoping; therefore, it was not addressed in the DEIS." AR041559.

Not so. In the 2015 Scoping Report BLM expressly identified impacts on dark night skies as an issue to be analyzed in detail in the EIS. AR000601. Yet no such analysis is included in the DEIS, FEIS, or the supporting Visual Resources Report. *See generally*, AR010303-410 (DEIS Visual Resources Report); AR010411-540 (FEIS Visual Resources Report). Moreover, reference to dark night skies was eliminated in the copies of the scoping report appended to the DEIS and FEIS. *Compare* AR000601 (2015 Scoping Report table of Identified Issues for EIS analysis) *with* AR039831 (DEIS Scoping Report table of Issues Analyzed in Detail); AR041400 (FEIS Scoping Report table of Issues Analyzed in Detail). But there is no record evidence explaining BLM's omission of dark night skies as an identified issue. *See* AR039832-33 (DEIS issues dismissed or eliminated from detailed study; no mention of dark night skies); AR041401-02 (same for FEIS); *cf. State Farm*, 463 U.S. at 43 (an agency must "articulate a satisfactory explanation for its action including a rational connection between the facts found and the choice made." (citation omitted)).

Notably, BLM's reason for not analyzing dark night sky impacts was not based on "the best available scientific information," as is required by NEPA, nor was it based on agency determination that the SPP Project would not significantly impact dark night skies. *Ctr. for Biological Diversity*, 72 F.4th at 1178 (quoting *Dombeck*, 185 F.3d at 1171). Rather, it was simply based on BLM's incorrect assertion that during scoping—the earliest stage of the NEPA process—dark night sky impacts were not identified as an issue for analysis. To the contrary, there is no question that impacts to dark night skies were identified. AR 000601. Thus, BLM's

36

only proffered explanation "runs counter to the evidence before the agency." *See State Farm*, 463 U.S. at 43.

  ii.   *BLM cannot ignore an issue raised in public comments merely on the belief that the issue was not previously raised in the scoping period*

Assuming, *arguendo*, that dark night skies had not been not identified during the scoping period, BLM cannot ignore the issue on the basis that it was first raised during the DEIS public comment period. Although the NEPA scoping process is used to help BLM determine what issues need to be analyzed in an EIS, NEPA Handbook § 6.3.2; *see also* 40 C.F.R. § 1501.7, BLM "cannot forever omit a factor from the scope of an EIS solely because the factor was not raised as a concern during the scoping process." *Or. Nat. Res. Council v. Marsh*, 52 F.3d 1485, 1490 (9th Cir. 1995) (emphasis in original). Phrased differently, it is unlawful for BLM to decline to analyze an issue brought up during the public comment process merely because that particular issue was (allegedly) not identified during the scoping process. 40 C.F.R. §§ 1503.4(a), 1501.7; *see also Or. Nat. Res. Council*, 52 F.3d at 1490.

Indeed, public participation in the NEPA process is a core component of a "hard look" analysis because it helps ensure BLM considers "every significant aspect of the environmental impact of a proposed action." *Ctr. for Biological Diversity*, 72 F.4th at 1178 (citations omitted). BLM "has a duty to assess, consider, and respond to all comments, even those relating to environmental factors not mentioned during the scoping process." *Or. Nat. Res. Council*, 52 F.3d at 1490 (emphasis in original) (citing 40 C.F.R. § 1503.4(a)); *see also* NEPA Handbook § 6.9.2 (BLM "must respond to all substantive written comments submitted during the formal scoping

period <u>and public comment period</u>") (emphasis added).[15] When responding to substantive public

comments suggesting an issue be analyzed in detail, BLM's response should 1) "supplement[],

improv[e], or modify[] the environmental analysis," 2) "make factual corrections," or 3)

"explain[] why the comments do not warrant further agency response, <u>citing cases, authorities, or</u>

<u>reasons</u> to support the BLM's position." NEPA Handbook § 6.9.2.2 (emphasis added) (citing 40

C.F.R. § 1503.4(a)).

      Regardless of the fact that dark night sky impacts were first identified during the scoping

process, dark night sky impacts in the Sevier Desert and larger GBNHA were also raised as a

substantive comment in SUWA's DEIS comments. *See* AR000738. Thus, BLM was obligated to

assess and consider the SPP Project's impacts on dark night skies. 40 C.F.R. § 1503.4(a); *Or.*

*Nat. Res. Council*, 52 F.3d at 1490. To ensure BLM "considered every significant aspect of the

environmental impact" of the SPP Project, *Ctr. for Biological Diversity*, 72 F.4th at 1178,

BLM's response to SUWA's dark night skies comments should have resulted in either 1)

supplemental analysis taking a hard look at such impacts, or 2) an explanation—with citations to

cases or other authorities— of why SUWA's comments did not warrant further analysis,

especially when the agency itself had already identified the issue as warranting of additional

analysis.

      Instead, as noted above, BLM's response was based on the incorrect assertion that it need

not analyze impacts to dark night skies merely because BLM (inaccurately) believed the issue

was not raised during scoping. AR041559. BLM's response did not provide any case law or

---

[15] Substantive comments are those that "present new information relevant to the analysis." NEPA Handbook § 6.9.2.1.

other support for its position that it didn't need to at least consider an issue first raised in SUWA's timely DEIS public comments, nor does BLM explain why a detailed, hard look analysis of dark night sky impacts to the Sevier Desert and GBNHA is not warranted. *See id.*

Given the undeveloped region, naturalness, and near non-existent light pollution in the GBNHA, *see* Factual Background § I, *supra*, it is particularly egregious that BLM failed to even consider the SPP Project's impacts on dark night skies, let alone take a hard look at such impacts. In doing so, BLM violated both of NEPA's core objectives: (1) to foster informed decision-making by requiring agencies to consider the environmental impacts of their proposed actions, and (2) to ensure that agencies inform the public that they have considered environmental concerns in their decision-making. 40 C.F.R. § 1500.1(c)

## **CONCLUSION**

For the foregoing reasons, the Court should declare that BLM violated NEPA, its implementing regulations, and the APA; declare unlawful and vacate the FEIS and ROD, 5 U.S.C. § 706(2)(A); and enjoin Federal Defendants and CPM from taking any actions pursuant to the FEIS and ROD until they have complied with NEPA, its implementing regulations, and the APA. SUWA also requests the Court retain continuing jurisdiction of this matter until Federal Defendants fully remedy the aforementioned violations of law.


Respectfully submitted this 10th day of May, 2024.

*/s/ Hanna Larsen*
Hanna Larsen
Stephen Bloch

*Attorneys for Plaintiff*
*Southern Utah Wilderness Alliance*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 32(g), I certify that this brief complies with the type-volume limitations of Rule 32(a)(7)(B)(i) because it contains 11,388 words, excluding the parts of the brief exempted by Rule 32(f).


*/s/ Hanna Larsen*
Hanna Larsen

Scoping Comments

# EXHIBIT 4



Prepared in cooperation with the U.S. Fish and Wildlife Service

# Integrated Science Strategy for Assessing and Monitoring Water Availability and Migratory Birds for Terminal Lakes Across the Great Basin, United States



Circular 1516

**U.S. Department of the Interior**
**U.S. Geological Survey**

**Front cover.**    Looking east on Bullgate Pond at sunrise with lone tule white-fronted goose (*Anser albifrons elgasi*) in upper right, Summer Lake Wildlife Area, near Summer Lake, Oregon. Photograph by Andrea L. Mott, U.S. Geological Survey, September 23, 2022.

**Back cover.**    Looking northeast toward the Great Salt Lake causeway near U.S. Geological Survey (USGS) site GSL Breach at Lakeside, Utah (Site Number 10010020). Shown in the foreground is a legacy staff gage used for lake-level measurements in the early 1990s to 2000s, when the lake level was higher. Photograph by Michael L. Freeman, USGS, November 23, 2015.

# Integrated Science Strategy for Assessing and Monitoring Water Availability and Migratory Birds for Terminal Lakes Across the Great Basin, United States

By Rebecca J. Frus, Cameron L. Aldridge, Michael L. Casazza, Collin A. Eagles-Smith, Garth Herring, Scott A. Hynek, Daniel K. Jones, Susan K. Kemp, Thomas M. Marston, Christopher M. Morris, Ramon C. Naranjo, Cee S. Nell, David R. O'Leary, Cory T. Overton, Bryce A. Pulver, Brian E. Reichert, Christine A. Rumsey, Rudy Schuster, and Cassandra D. Smith

Prepared in cooperation with the U.S. Fish and Wildlife Service

Circular 1516

**U.S. Department of the Interior**
**U.S. Geological Survey**

U.S. Geological Survey, Reston, Virginia: 2023

For more information on the USGS—the Federal source for science about the Earth, its natural and living resources, natural hazards, and the environment—visit https://www.usgs.gov or call 1–888–ASK–USGS.

For an overview of USGS information products, including maps, imagery, and publications, visit https://store.usgs.gov/.

The findings and conclusions in this report are those of the authors and do not necessarily represent the views of the U.S. Fish and Wildlife Service.

Any use of trade, firm, or product names is for descriptive purposes only and does not imply endorsement by the U.S. Government.

Although this information product, for the most part, is in the public domain, it also may contain copyrighted materials as noted in the text. Permission to reproduce copyrighted items must be secured from the copyright owner.

Suggested citation:
Frus, R.J.,  Aldridge, C.L., Casazza, M.L., Eagles-Smith, C.A., Herring, G., Hynek, S.A., Jones, D.K., Kemp, S.K., Marston, T.M., Morris, C.M., Naranjo, R.C., Nell, C.S., O'Leary, D.R., Overton, C.T., Pulver, B.A., Reichert, B.E., Rumsey, C.A., Schuster, R., and Smith, C.D., 2023, Integrated science strategy for assessing and monitoring water availability and migratory birds for terminal lakes across the Great Basin, United States: U.S. Geological Survey Circular 1516, 68 p., https://doi.org/10.3133/cir1516.

Associated data for this publication:
Herring, G., Aldridge, C.L., Whipple, A.L., Eagles-Smith, C.A., Pulver, B.A., Inman, R.D., Matchett, E.L., Monroe, A.P., Orning, E.K., Robb, B.S., Shyvers, J.E., Tarbox, B.C., Van Schmidt, N.D., Smith, C.D., Holloran, M.J., Overton, C.T., O'Leary, D.R., Casazza, M.L., and Frus, R.J., 2023, Bibliography of hydrological and ecological research in the Great Basin terminal lakes, USA: U.S. Geological Survey data release, accessed November 12, 2023, at https://doi.org/10.5066/P9G5CGA7.

U.S. Geological Survey (USGS) Gap Analysis Project (GAP), 2022, Protected areas database of the United States (PAD-US) 3.0: U.S. Geological Survey data release, accessed March 1, 2023, at https://doi.org/10.5066/P9Q9LQ4B.

ISSN 2330-5703 (online)

# Contents

Executive Summary ........................................................................................................................1

Introduction .................................................................................................................................2

    Water Availability .................................................................................................................7

        Water Budget and Components ................................................................................8

        Water Quality .........................................................................................................8

    Terminal Lake Classification ..............................................................................................8

    Terminal-Lake Habitats .......................................................................................................8

    Bird Guilds and Their Habitat Types ....................................................................................9

    Effects of a Changing Climate ...........................................................................................10

Science Strategy for Terminal Lakes of the Great Basin ..............................................................10

    Integrated Science Approach for Complex Challenges ......................................................12

    Advanced Data Science and Information Technology .........................................................13

    Conceptual Model of an Interconnected System ...............................................................13

    Priorities for an Integrated Science Strategy .....................................................................16

        State of the Science for the Great Basin ..................................................................16

    Monitoring and Assessment Science Needs ......................................................................17

        Long-Term Hydrological and Ecological Monitoring ..................................................17

        Targeted Research Activities ...................................................................................18

            Monitoring Strategy .......................................................................................19

            Integrated Science Assessments ....................................................................19

        Assessment of Management Actions .......................................................................18

        Partner Communication and Data Management ........................................................18

Adaptive Implementation Framework ........................................................................................20

    Stage 1—Establish Science Priorities ...............................................................................20

    Stage 2—Evaluate Capacity .............................................................................................20

    Stage 3—Implement Workplans .......................................................................................22

    Stage 4—Integrate Interpretations ...................................................................................22

    Stage 5—Create or Revise Projects ..................................................................................22

Summary ....................................................................................................................................23

References Cited .........................................................................................................................24

Appendix 1.    Great Basin Terminal Lakes Gap Analysis ..............................................................29

Appendix 2.    Generalized Ecological Characteristics of Representative Bird Guilds
              Associated with Terminal Lake Ecosystems in the Great Basin ...........................49

Appendix 3.    Saline Lake Ecosystems Integrated Water Availability Assessment
              Stakeholder Engagement Process ...................................................................65

iv

## Figures

1. Map showing Great Basin study area and terminal lakes initially identified by U.S. Geological Survey partners .......................................................................................4

2. Map showing land ownership within the study area by organizational category and graph showing percentage of land area owned by individual landowners ...............5

3. Conceptual diagram showing proposed connections between water quantity, water quality, terminal-lake habitats, and bird usage .........................................................7

4. Diagram showing hydrologic fluxes (inputs and outflows) for water budgets of terminal lakes and their watershed spatial extent ....................................................9

5. Map showing white-faced ibis (*Plegadis chihi*) spring migration for three individuals ...........................................................................................................11

6. Cross-section diagram showing a lake and adjacent wetland with habitat use and life-history information on tule white-fronted goose (*Anser albifrons elgasi*), Wilson's phalarope (*Phalaropus tricolor*), snowy plover (*Charadrius nivosus*), and eared grebe (*Podiceps nigricollis*) .................................................12

7. Three diagrams showing lake, watershed, and regional spatial extents and water availability, habitat, and bird foci at each extent ..............................................14

8. Three diagrams showing lake, watershed, and regional spatial extents that include details on water availability and bird use based on the foci of each extent ......15

9. Diagram showing the Adaptive Implementation Framework ...........................................21

10. Diagram showing the interconnections between the Great Basin Working Group, partner organizations, and smaller teams .................................................22

## Table

1. Classifications for Great Basin terminal lakes .............................................................6

# Conversion Factors

International System of Units to U.S. customary units

| Multiply | By | To obtain |
|---|---|---|
| Length | | |
| centimeter (cm) | 0.3937 | inch (in.) |
| meter (m) | 3.281 | foot (ft) |
| kilometer (km) | 0.6214 | mile (mi) |
| Area | | |
| square kilometer (km$^2$) | 247.1 | acre |
| square kilometer (km$^2$) | 0.3861 | square mile (mi$^2$) |

Temperature in degrees Celsius (°C) may be converted to degrees Fahrenheit (°F) as follows:

°F = (1.8 × °C) + 32.

## Datum

Unless otherwise indicated, horizontal coordinate information is referenced to the North American Datum of 1983 (NAD 83).

## Abbreviations

| | |
|---|---|
| BLM | Bureau of Land Management |
| CADR | Department of the Interior Office of Collaborative Action and Dispute Resolution |
| DOI | Department of the Interior |
| GBIF | Global Biodiversity Information Facility |
| IWAAs | Integrated Water Availability Assessment |
| NGOs | non-governmental organizations |
| NHD | National Hydrography Dataset |
| NWIS | National Water Information System |
| Reclamation | Bureau of Reclamation |
| USFWS | U.S. Fish and Wildlife Service |
| USGS | U.S. Geological Survey |
| WQP | Water Quality Portal |

# Integrated Science Strategy for Assessing and Monitoring Water Availability and Migratory Birds for Terminal Lakes Across the Great Basin, United States

By Rebecca J. Frus[1], Cameron L. Aldridge[2], Michael L. Casazza[3], Collin A. Eagles-Smith[4], Garth Herring[4], Scott A. Hynek[5] Daniel K. Jones[5], Susan K. Kemp[4], Thomas M. Marston[5], Christopher M. Morris[1], Ramon C. Naranjo[6], Cee D. Nell[7], David R. O'Leary[5], Cory T. Overton[3], Bryce A. Pulver[5], Brian E. Reichert[2], Christine A. Rumsey[5], Rudy Schuster[2], and Cassandra D. Smith[8]

## Executive Summary

In 2022, the U.S. Geological Survey (USGS) established the Saline Lake Ecosystems Integrated Water Availability Assessment (IWAAs) to monitor and assess the hydrology of terminal lakes in the Great Basin and the migratory birds and other wildlife dependent on those habitats. Scientists from across the USGS (with specialties in water quantity, water quality, limnology, avian biology, data science, landscape ecology, and science communication) formed the Saline Lake Ecosystems IWAAs Team. The team has developed this regional strategic science plan to guide data collection and assessment activities at terminal lakes in the Great Basin.

The U.S. Congress requested the USGS to establish the Saline Lake Ecosystems IWAAs in response to historically low water levels at terminal lakes and associated wetlands across the Great Basin (Wilsey and others, 2017; Wurtsbaugh and others, 2017). Not all Great Basin terminal lakes have high salinity; however, all terminal lakes occur in endorheic, closed, basins with no surface-water outflow. Low lake levels across the Great Basin are the result of increased water use for agriculture and municipalities, drought conditions, and a warming climate. Great Basin terminal lake water extents have decreased by as much as 90 percent over the last 150

years (Larson and others, 2016; Wilsey and others, 2017), and terminal lake wetlands have decreased in area by as much as 47 percent since 1984 (Wurtsbaugh and others, 2017; Donnelly and others, 2020). Lake elevations and wetland areas are primarily supported by freshwater inputs from snowmelt feeding upgradient rivers, streams, and springs. These freshwater inputs have been severely reduced because of continued and increased surface-water diversions and surface-water capture through groundwater pumping for agriculture, mining, and public supply (Wurtsbaugh and others, 2017; Donnelly and others, 2020) as well as unprecedented drought conditions (Martin and others, 2020; Overpeck and Udall, 2020) and warming temperatures related to climate change (Dettinger and others, 2015; Udall and Overpeck, 2017; Hall and others, 2023).

Water quality, specifically salinity, is highly variable for terminal lakes of the Great Basin, and this variability is a result of the balance between freshwater inflow and evaporation. Variability of salinity at each of the terminal lakes can be affected by lake morphology, hydrogeologic features of the basin, annual variability in weather patterns, and changes in upgradient water use. Hypersaline terminal lakes provide abundant food resources such as brine shrimp and brine flies that support nesting and migrating birds. The density and composition of invertebrates are closely tied to lake salinity (Herbst, 1999). Increased salinity can exceed the tolerance of invertebrates, severely limiting their biomass (Herbst, 2006; Senner and others, 2018; Donnelly and others, 2020). In contrast, decreased salinity can lead to altered invertebrate community composition, reducing the abundance of optimal avian prey resources (Senner and others, 2018).

Great Basin terminal lake ecosystems, including open-water and adjacent aquatic and terrestrial environments, provide resources necessary to sustain many animal populations throughout the year. Although a variety of taxa use terminal lakes, these ecosystems are of acute importance for the millions of migratory waterbirds (for example, shorebirds, wading birds, and waterfowl) dependent on the network of

---

[1]U.S. Geological Survey (USGS), Nevada Water Science Center, Boulder City, Nevada

[2]USGS, Fort Collins Science Center, Fort Collins, Colorado

[3]USGS, Western Ecological Science Center, Davis, California

[4]USGS, Forest and Rangeland Ecosystem Science Center, Corvallis, Oregon

[5]USGS, Utah Water Science Center, Salt Lake City, Utah

[6]USGS, Nevada Water Science Center, Carson City, Nevada

[7]USGS, Water Mission Area, Data Science Branch, San Francisco, California

[8]USGS, Oregon Water Science Center, Bend, Oregon

terminal lakes and their associated wetlands. Migratory birds transiting the Pacific and Central Flyways use Great Basin terminal lake ecosystems throughout the year to feed, nest, and transit between wintering and breeding ranges (Wurtsbaugh and others, 2017; Haig and others, 2019; Donnelly and others, 2020). As such, successful conservation of birds and their habitats requires coordinated management of water and habitats across the Great Basin network of terminal lakes and wetlands.

The linkages between water availability and ecosystem vulnerability of terminal lakes in the Great Basin are not well understood. The vulnerability of terminal lakes is related to the factors driving change and adaptive capacity of the lake ecosystem. Saline lake ecosystems are vulnerable when changes in water quantity affect ecosystem function. Water quantity affects salinity, which affects food webs and habitat; these linkages can be investigated with water-quality and food web monitoring. Water quantity also affects inundated habitat, which can be quantified through remote sensing (Donnelly and others, 2020). It is necessary to quantify hydroclimatic and water use controls on water availability to terminal lakes to assess the response of the ecosystems. Remotely sensed data can provide a broad-scale and long-term synoptic view of terminal lake hydrologic characteristics, but ground observations are required to interpret changes in water quality and ecological functions. Some terminal lake basins have ongoing monitoring and modeling efforts within the Great Basin (for example, Great Salt Lake, Carson River Basin), yet most monitoring locations are hydrologically upgradient and too far away from lake inflows to provide an accurate assessment of hydrological trends (app. 1) for the lake ecosystems. Other terminal lakes have no long-term hydrological monitoring in their respective watersheds (for example, Lake Abert).

Ecological data collection in the Great Basin is also insufficient to understand how many birds exist on the landscape, how birds use the mosaic of terminal-lake habitats as an interconnected system, and how Great Basin terminal lakes are linked to the larger continental system of the Pacific and Central Flyways. Across agencies and organizations, tracking bird movement, abundance, and diversity is inconsistent, with some lakes having once- or twice-a-year bird survey efforts and a few locations having more intensive ecological data-gathering efforts (for example, Great Salt Lake, Lake Abert). Bridging hydrological and ecological information gaps will improve understanding of the trends in water supply and water quality, habitat availability and usage, and impacts on vulnerable waterbird species, all of which would be used by managers in coordinated conservation of this unique network of terminal-lake habitats.

The terminal lakes of the Great Basin are part of the Basin and Range physiographic province that extends from the Colorado Plateau on the east to the Sierra Nevada on the west, and from the Snake River Plain on the north to the Garlock fault and the Mojave block on the south (Dickinson, 2006). The Great Basin is larger than 650,000 square kilometers (Coates and others, 2016) and encompasses most of the State of Nevada but also extends to western Utah, eastern California, southeastern Idaho, southwestern Wyoming, and southeastern Oregon. The climate is arid to semiarid with a hydrologic regime that is snowmelt dominated, providing as much as 75 percent of total annual runoff for the region (Dettinger, 2005; Fritze and others, 2011). Terminal lakes of the Great Basin occupy the lowest areas of closed (endorheic) drainage basins, such that lake levels and water quality respond rapidly to surface-water inflow. Terminal lakes provide local and regional economic value to the States in the Great Basin, including mineral extraction, aquaculture, public works, and recreational uses. As an example, assessments of Great Salt Lake's ecological health and economic impact find hemispheric importance for the former and regional importance for the latter (Bioeconomics, Inc., 2012; SWCA, 2012). Great Salt Lake creates about 7,000 jobs and $2 billion of economic output per year, most of which would be lost with further declines in lake level (Bioeconomics, Inc., 2012; ECONorthwest, 2019).

The objectives of this Science Strategy are threefold: (1) to identify how changing water availability affects the quality, diversity, and abundance of habitats supporting continental waterbird populations; (2) to highlight the scientific monitoring and assessment needs of Great Basin terminal lakes; and (3) to support coordinated management and conservation actions to benefit those ecosystems, migratory birds, and other wildlife. There are long-term hydrological, ecological, and societal challenges associated with terminal lakes ecosystems in the Great Basin. This Science Strategy benefits partners by providing a conceptual model, nested at different spatial extents, that identifies key scientific information needs to inform coordinated implementation of management and conservation plans within and among hydrologic basins to address these complex challenges.

## Introduction

Terminal—or endorheic—lakes are aquatic systems with no outlet (Wang and others, 2018). They are often characterized by unique water-quality and aquatic habitats resulting from the long-term accumulation of salts and nutrients (Galat, 1990). The Great Basin in the Western United States is an arid to semiarid region with a network of terminal lakes, containing a range of salinities from fresh to hypersaline. This network of terminal lakes and associated diverse habitats support millions of migratory waterbirds as they traverse the continent along the Pacific and Central Flyways. Terminal lakes provide habitats throughout the Great Basin, supporting dozens of species that use these environments through all stages of their life history (Haig and others, 2019; Donnelly and others, 2020; Tavernia and others, 2021).

There are almost 4 million people living in the Great Basin (U.S. Census Bureau, 2023a, 2023b, 2023c, 2023d, 2023e) with most along the Wasatch Front, Utah, which encompasses the cities of Salt Lake City and Provo, Davis and Weber County communities (62 percent; U.S. Census Bureau, 2023a, 2023c, 2023e), and the Reno and Carson City, Nevada metropolitan areas (15 percent; U.S. Census Bureau, 2023b). Most of the other communities are small rural

population centers spread across the six States: California, Idaho, Wyoming, Nevada, Oregon, and Utah (fig. 1). Many boundaries depict the Great Basin, including hydrological boundaries and ecological boundaries (Coates and others, 2016). For the purposes of this Science Strategy, the Great Basin study area represents a reduced contiguous "regional spatial extent" to emphasize relevant terminal lakes and their watersheds, with a total area of 423,000 square kilometers (km$^2$).

Societal water uses across the Great Basin serve numerous purposes, including agricultural, municipal, military, and mining uses, as well as recreation. Irrigated lands occupied more than 6,400 km$^2$ (1.5 percent of total area) in the Great Basin from 2002 to 2017 (Shrestha and others, 2021), yet accounted for about 75 percent of water use in 2015 (Dieter and others, 2018). Agricultural producers rely on networks of highly managed rivers and canals, as well as groundwater, to supply water for irrigation. The timing and amount of surface-water deliveries are controlled by Federal, State, and Tribal entities. Growing communities and industry also rely on these same sources for drinking water and industrial supply.

Management jurisdictions of water and land across the Great Basin are a checkerboard of Federal, State, and Tribal agencies, private landowners, and water right holders (fig. 2). In total, the Federal government manages the largest land area at 73.5 percent. State and local municipalities own 4.2 percent, and Native American Tribes own 1.1 percent (U.S. Geological Survey [USGS] Gap Analysis Project [GAP], 2022). The Department of the Interior (DOI) manages almost 57 percent of the land in the Great Basin study area, which is divided among bureaus, including the Bureau of Land Management (BLM; 55.1 percent), the U.S. Fish and Wildlife Service (USFWS; 1.3 percent), the National Park Service (0.2 percent), and the Bureau of Reclamation (Reclamation; 0.1 percent). Within DOI, each management entity has differing and sometimes competing mandates and missions that make developing a regional land- and water-management strategy challenging. The mission of the USFWS is to "conserve, protect, and enhance fish, wildlife, plants, and their habitats" (U.S. Fish and Wildlife Service, 2023), which can benefit but also compete with Reclamation's mission "to manage, develop, and protect water and related resources in an environmentally and economically sound manner" (Bureau of Reclamation, 2023). Perhaps the most complicated single mandate is BLM's multiple-use mandate, "Congress tasked the BLM with a mandate of managing public lands for a variety of uses such as energy development, livestock grazing, recreation, and timber harvesting while ensuring natural, cultural, and historic resources are maintained for present and future use" (Bureau of Land Management, 2023). Overlaying the Federal missions and mandates are the State agencies that manage water, land, and wildlife with dual focus on conservation and economics as well as the different groups that these Federal, State, and Tribal agencies serve, including public water suppliers, water boards, agricultural districts, private landowners, a wide variety of water rights holders, non-governmental organizations, recreators, and the public.

Inflows to most terminal lakes in the Great Basin are regulated, and thus can be actively managed. The timing and quantity of water releases to terminal lakes is the primary control that managers possess to support migratory bird habitat in the Great Basin. Management decisions and actions are regulated by complex Federal, State, Tribal, and private mandates, proceedings, judgments, agreements, leases, and sales. For example, in Nevada, Reclamation's Lahontan Basin Area Office contracts and coordinates the management of water and infrastructure on the Truckee and Carson Rivers, which support about 60,000 acres of farmland (Bureau of Reclamation, 2022). The hydrologically separated Truckee and Carson Rivers discharge through a series of reservoirs and canals. The Truckee Canal, built in 1903, diverts Truckee River water across hydrologic basin boundaries for water to enter the lower Carson River Basin. Both rivers discharge to Lahontan Reservoir. The Lahontan Reservoir stores and releases water to the privately owned Newlands Project irrigation areas and agricultural return flows feed into the Stillwater Point Reservoir and the Carson Sink wetlands. The Truckee-Carson Irrigation District operates and maintains the Truckee Canal, the Lahontan Reservoir, and the Newlands Project irrigation areas but these are owned and administered by Reclamation's Lahontan Basin Area Office. The Carson-Truckee Water Conservancy District, a political subdivision of the State of Nevada, operates and maintains substantial infrastructure upgradient of the Truckee Canal and Lahontan Reservoir, including several water-storage reservoirs. The USFWS Stillwater National Wildlife Refuge is the largest water rights holder within the Newlands Project irrigation area (Lahontan Valley Environmental Alliance, 2009) and manages the water exiting the Stillwater Point Reservoir to provide habitat for migratory birds. Other organizations associated with the Lahontan Basin Area represent hydrological and ecological perspectives and include agencies and Tribes that own, manage, and regulate agriculture, water, wildlife, and other cultural and natural resources. These organizations include the Pyramid Lake Paiute Tribe, Carson Water Subconservancy District, the State of Nevada, and non-governmental organizations (NGOs), including The Nature Conservancy. Additionally, individuals, families, and groups of private landowners and water rights holders have complex lineages of water rights seniority to Lahontan Basin Area resources. Research and recreation organizations also represent specific public interests, including State and private research institutes, the Audubon Society, and hunting and outdoor clubs such as Ducks Unlimited. The example of the Truckee and Carson River systems shows the complexities of managing hydrological and ecological resources seen across the Great Basin, where upgradient management affects downgradient resources. The differing roles, responsibilities, and competing mandates that Federal and State agencies have at specific extents of the Great Basin landscape increase the complexity of integrated regional management.

**4**    Integrated Science Strategy for Water Availability and Migratory Birds for Terminal Lakes, Great Basin, United States



**Figure 1.**    Great Basin study area and terminal lakes initially identified by U.S. Geological Survey partners.



**Figure 2.** Land ownership within the study area by organizational category (left) and graph showing percentage of land area owned by individual landowners (right). Data from U.S. Geological Survey (USGS) Gap Analysis Project (GAP), 2022.

Terminal lakes in the Great Basin are highly sensitive to changes in water availability (Wurtsbaugh and others, 2017) because they are relatively shallow (table 1) and because of the region's aridity (Hall and others, 2023). Agricultural and municipal water use, worsening drought conditions, and a changing climate have resulted in historically low water levels at many terminal lakes and their associated adjacent and upgradient aquatic environments across the Great Basin. In fact, surface-water extents of terminal lakes in the Great Basin have decreased by as much as 90 percent (Larson and others, 2016; Wilsey and others, 2017) over the last 150 years, with associated wetland area losses of as much as 47 percent (Wurtsbaugh and others, 2017; Donnelly and others, 2020). The declining availability of terminal lake aquatic habitats threatens the ability of these lakes to support diverse human and ecological needs (Fritze and others, 2011; Dettinger and others, 2015).

Water use across the Great Basin is highly managed by Federal, State, and Tribal regulations and some hydrologic systems are fully allocated, leading to reduced or mistimed water availability for migrating birds. There is limited accounting of surface-water and groundwater usage across the Great Basin because States have differing reporting requirements for surface-water diversions or groundwater pumping. Since 1984, 7 percent of irrigated fields for agriculture have been shown to provide two-thirds of the wetland resources in terminal lake watersheds (Donnelly and others, 2020, 2022). Yet there is no regional regulatory framework to manage water resources for timing and quality of habitats for migrating bird populations.

Waterbirds rely on terminal lakes and wetlands of the Great Basin for vital resources across their life-history stages, including migration, breeding, molting, and overwintering. Migratory behavior in such a dynamic system requires that birds navigate diverse and changing habitat and food resources across large areas (Skagen and others, 2005; Haig and others, 2019). Reductions of water inputs could affect water quality and reduce in size or even eliminate lakes and associated wetlands. These alterations to water availability—including the quantity, quality, and timing of water to these systems—directly and indirectly affect the terminal lakes' capacity to support waterbird populations (Haig and others, 2019) (fig. 3). For example, salinity is one of the primary determinants of lake and wetland invertebrate community composition, and water quantity is one of the primary factors influencing salinity in these systems (Moore, 2016; Wurtsbaugh and others, 2017).

**6**     **Integrated Science Strategy for Water Availability and Migratory Birds for Terminal Lakes, Great Basin, United States**

**Table 1.**   Classifications for Great Basin terminal lakes.

[**State:** CA, California; NV, Nevada; OR, Oregon; UT, Utah. **Surface-area class:** Small, less than 140 square kilometers (km$^2$); Medium 140–350 km$^2$; Large, greater than 350 km$^2$. **Salinity:** Freshwater, less than 0.3 percent; Hyposaline, 0.2–2.0 percent; Mesosaline, 2–5 percent, Hypersaline, more than 5 percent. **Hydrologic regime:** Perennial, surface water for more than 8 months per year; Seasonal, surface water 2–8 months per year; Temporary, surface water less than 2 months per year; Dry, no surface water for any period over a year (after Donnelly and others, 2022). **Watershed-area class:** Small, less than 4,740 km$^2$; Medium, 4,740–10,300 km$^2$; Large, greater than 10.300 km$^2$]

| State | Lake ecosystem | Surface-area class | Depth (meters) | Salinity | Hydrologic regime | Watershed-area class |
|-------|----------------|--------------------|----------------|----------|-------------------|----------------------|
| CA | Eagle Lake | Small | [1]1.8–6.1; [1]9.8–19.8 | Freshwater | Perennial | Small |
| CA | Goose Lake | Large | [2]7.3 | Freshwater | Seasonal | Small |
| CA | Honey Lake | Medium | [1]0 | Dry/not available | Temporary | Small |
| CA | Mono Lake | Medium | [1]18.3, [2]45.7 | Hypersaline | Perennial | Small |
| CA | Owens Lake | Medium | [2]0.9 | Dry/not available | Dry | Medium |
| NV | Carson Lake | Small | [2]0–4.6 | Managed, variable | Perennial | Medium |
| NV | Carson Sink | Large | [1]0 | Dry/not available | Dry | Medium |
| NV | Franklin Lake | Small | [1]0 | Hyposaline–mesosaline | Temporary | Small |
| NV | Pyramid Lake | Large | [1]104.9 | Hyposaline | Perennial | Medium |
| NV | Ruby Lake | Small | [2]3.7 | Freshwater | Perennial | Small |
| NV | Walker Lake | Small | [1]17.1 | Mesosaline | Perennial | Medium |
| NV | Winnemucca Lake | Medium | [2]0–26.5 | Dry/not available | Dry | Small |
| OR | Harney Lake | Small | [1]1.2 | Hyposaline–mesosaline | Temporary | Large |
| OR | Lake Abert | Medium | [1]1.5 | Hypersaline | Perennial | Small |
| OR | Malheur Lake | Small | [2]1.5 | Freshwater | Perennial | Medium |
| OR | Silver Lake | Small | [2]0–1.8 | Dry/not available | Temporary | Small |
| OR | Summer Lake | Medium | [2]0–2.1 | Hyposaline–mesosaline | Perennial | Small |
| OR | Warner Lakes | Medium | [2]3.3 | Freshwater–mesosaline | Perennial | Medium |
| UT | Great Salt Lake | Large | [1]5 | Hypersaline, variable | Perennial | Large |
| UT | Sevier Lake | Large | [2]4.6 | Dry/not available | Dry | Large |

[1]Average depth (value or range).

[2]Maximum depth (value or range).



**Figure 3.** Conceptual diagram showing proposed connections between water quantity, water quality, terminal-lake habitats, and bird usage. This figure is for basic illustrative purposes only and does not represent the full conceptual model.

Thus, changes to water availability can indirectly control waterbird distributions by causing salinity-controlled changes in food availability (Herbst, 2006; Haig and others, 2019).

The U.S. Geological Survey (USGS) has established the Saline Lake Ecosystems Integrated Water Availability Assessment (IWAAs) to monitor and assess water availability to the Great Basin terminal lakes and the migratory birds and other wildlife that depend on these habitats, as directed by the U.S. Congress. The USGS provides scientific tools and information to support the land and resource-management mission but is not a land or resource-management bureau. A subset of representatives terminal lakes to be more closely studied was identified by USGS partners, including the U.S. Fish and Wildlife Service (fig. 1).

## Water Availability

Water availability is defined by the USGS as the spatial and temporal distribution of water quantity and quality in surface water and groundwater, as related to human and ecosystem needs, and as affected by human and natural influences (modified from Evenson and others, 2013). The USGS is conducting a series of regional water availability studies—including the Saline Lake Ecosystems assessment—in different parts of the Nation, each addressing a particular water-availability issue of importance in the region. The regional assessments will provide detailed case

studies to better understand patterns identified in national-scale assessments of water availability throughout the United States. For the Saline Lake Ecosystems assessment, elements of water availability (for example, water quantity, water quality, and timing of delivery) are treated separately because of their complex relationships in Great Basin terminal lake ecosystems (fig. 3).

Water availability and hydrological vulnerability of the terminal lakes in the Great Basin are not as well understood as in, for example, the Colorado River Basin (Solander and others, 2019; Miller, Miller, and others, 2021; Miller, Putman, and others, 2021). Vulnerability is a function of the sensitivity of a particular system to changes, its exposure to those changes, and its adaptive capacity (Intergovernmental Panel on Climate Change, 2007). For terminal lakes, the water quality and ecology of the ecosystem depend on the amount of inflowing water from the surrounding watershed and the amount that evaporates from the lake surface. The inflows are especially vulnerable to climate change and anthropogenic factors that affect the balance between water influx and a variety of water outflux pathways (Zadereev, 2018). Demands on water resources have prompted monitoring and modeling efforts for some terminal lakes and watersheds (for example, Great Salt Lake and the Carson River Basin), yet monitoring locations are often upgradient and too far from lake inflows to provide accurate trends analyses. Other terminal lakes have no long-term hydrological monitoring in the watershed (for example, Lake Abert).

Targeted data and information-gathering practices are fundamentally important to informing decision-makers about the status and trends of water resources. Long-term data and information gathering can support efforts to determine the resilience of any given lake to stressors on the hydrological system. Resilience is the amount of disturbance that a system can withstand before it shifts into a new state (Holling, 1973; Allen and others, 2016). Specifically, long-term hydrological trends could help identify thresholds in hydrologic systems that, when approached, would require action by resource managers. Improved understanding of the trends in water quantity and quality, habitat availability, and the effects on vulnerable waterbird species will support coordinated management of this network of terminal-lake habitats.

## Water Budget and Components

Accounting of water inputs to and outputs from a hydrologic system is understood by quantifying the water-budget components. Fluxes across the hydrologic system may be defined across different scales, from the lake and adjacent aquatic environments to the contributing watersheds that surround the lake of interest—the scale of an endorheic basin (fig. 4). The most salient water budget components that control the amount of water in terminal lakes and adjacent aquatic and terrestrial environments are surface-water and groundwater inflows, evaporation from the lake surface, evapotranspiration from lake margin environments, and consumptive water use by agriculture and municipal sectors. Lake storage declines, which occur during periods of prolonged deficit between total inflows and total losses, contribute to the degradation of lake water quality, ecosystem function, and loss of aquatic habitats.

Water use is a major component of the water budget. The Great Basin has some of the highest per-capita water use in the Nation and, given that most Great Basin surface-water resources are fully allocated, groundwater resources are used to support increasing water needs (Dieter and others, 2018). An understanding of human dimensions and water-use efficiency is an important component of water budgets. Since the early 2000s to present (2023), the demands on water resources have also been aggravated by increasingly prolonged periods of drought (Dai, 2013), increased air temperatures, and changes in the timing of peak streamflow. Although the amount of irrigated land has remained stable in the Great Basin (Shrestha and others, 2021), the increases in air temperature (Snyder and others, 2019) and changes to snowpack and timing of seasonal runoff (Dettinger, 2005; Hall and others, 2023) affect water availability during the growing season. Agriculture generally uses more water to maintain crop yields under higher temperatures (Donnelly and others, 2020), leading to a reliance on more surface water and groundwater to meet irrigation demands. Because of the reduced snowpack and increased demand for groundwater resources, inflow to streams and subsequently to terminal lakes

has decreased (Davies and Naranjo, 2022). The magnitude of streamflow losses to each terminal lake watershed is uncertain because groundwater pumping records are limited and reporting regulations vary by State and activity. Increases in air temperature caused by climatic change have led to changes in seasonal evaporation and transpiration, but limited data collection activities have hindered a full understanding of these components of the water budget.

## Water Quality

The physical, chemical, and biological characteristics of water vary across terminal lakes in the Great Basin (table 1) and are closely tied to landscape characteristics and available water. Seasonal and long-term changes in terminal lake water volumes cause fluctuations in water quality, which can shift distributions of habitat types and alter productivity of aquatic environments in ways that affect the suitability of habitat for birds. Water-quality constituents that affect the character and productivity of terminal-lake habitats include salinity, alkalinity, dissolved oxygen, pH, turbidity, and nutrients. Salinity is a critical water-quality parameter because it controls the distribution, diversity, and abundance of aquatic life based on their osmoregulatory capacity and (or) salinity tolerances (Herbst, 1999; Vidal and others, 2021).

## Terminal Lake Classification

Terminal lakes in the Great Basin can be classified with average annual metrics related to ecosystem functions: salinity, surface area, hydrologic regimes, and watershed area (table 1; "Terminal Lakes Classification" sidebar). Although these metrics do not capture seasonal lake dynamics, or bird usage, these classifications (1) describe general conditions of terminal lakes across the Great Basin; (2) help to categorize lakes along gradients that have hydrological, ecological, or management implications: and (3) can be used to direct and prioritize science activities.

## Terminal-Lake Habitats

Great Basin terminal lakes are ecologically important because of the habitat diversity created by the substantial gradients in hydrology, water quality, and lake morphometry. At a coarse scale, five common aquatic habitat types are associated with many of the lakes, including open water, wetlands, mudflats, peripheral shallows, and upgradient freshwater. Each of these habitats provide an assortment of resources for visiting birds, including food, cover, and resting space. A mosaic of wetland and plant communities is important for supporting diverse bird populations (Downard and others, 2017) and the variation in timing and depth of habitat inundation supports this mosaic.



**Figure 4.** Diagram showing hydrologic fluxes (inputs and outflows) for water budgets of terminal lakes and their watershed spatial extent. Lake spatial extent includes the adjacent aquatic environments and open water. River inflow is the major input to the water budget in both spatial extents. Evapotranspiration (ET) is the only outflow and includes evaporation from open water, standing water in riparian and wetland systems, and soil water and transpiration from plants (modified from Lopes and Allander, 2009).

The proportion and suitability of associated habitats for each terminal lake varies across the region and is greatly influenced by lake morphometry and water quality. Deep, steep-sided lakes, such as Pyramid and Walker Lakes in Nevada, contain a limited amount of shallow, mudflat environments and are instead dominated by open water areas. Relatively shallow lakes, such as Great Salt Lake and Lake Abert, have substantial open-water habitat with extensive shorelines and shallow slopes that support extensive mudflats. Landscape characteristics also set the patterns for intraannual and interannual dynamics in aquatic habitat extent and conditions. Among these conditions, differences in water quality support different food-web assemblages, with salinity as one of the most important water-quality factors (Vidal and others, 2021).

## Bird Guilds and Their Habitat Types

Terminal lakes provide a network of habitats that support a variety of waterbird taxa. Over 600 bird species have been documented in the Great Basin, nearly all (94 percent) occupy drainage basins containing Great Basin terminal lake systems (Global Biodiversity Information Facility [GBIF] occurrence download; GBIF, 2022). Most species (64 percent) specifically use terminal lakes or associated adjacent aquatic environments (GBIF occurrence download; GBIF, 2022). Three bird guilds rely exclusively on these systems: (1) shorebirds and wading birds (order Charadriiformes; for example, American avocet [*Recurvirostra americana*], phalaropes [*Phalaropus* sp.], and white-faced ibis [*Plegadis chihi*]), (2) diving birds (order Podicipediformes; for example, grebes), and (3) waterfowl (order Anseriformes; for example, ducks and geese). These three bird guilds account for as much as 95 percent of all individual birds documented within these lakes and associated habitats (GBIF, 2022). Some examples of the different uses of terminal lakes and associated habitats, by different species, highlight the complexity of avian reliance on terminal lakes in the Great Basin (see "Terminal Lakes Support Different Life Stages and Multiple Bird Groups" sidebar). A more detailed description for how bird guilds use different habitats is available in appendix 2 and will guide the integration of hydrological and bird data collection.

## Terminal Lake Classification

**Key metrics of terminal lakes:**

- **Salinity** is a fundamental characteristic of water that affects Great Basin terminal lake ecosystems. We use four categories to define salinity conditions for the Great Basin lakes from Hammer (1986): (1) salinity less than 0.3 percent; (2) hyposaline, 0.3- to 2-percent salinity; mesosaline, 2- to 5-percent salinity; and (4) hypersaline, more than 5-percent salinity.

- **Surface area** is the total lake extent area derived from lake polygons in the National Hydrography Dataset (Buto and Anderson, 2020). We use three categories to define surface area: (1) small, surface area less than 140 km²; (2) medium, 140- to 50-km² surface area; and (3) large, surface area more than 350 km².

- **Hydrologic regimes**, in the context of classifying the Great Basin terminal lakes, are taken from Donnelly and others (2022) and are defined using the monthly presence of surface water in a year. The four classifications are (1) dry, no surface water for any period of more than a year; (2) temporary, surface water for 2 months or less; (3) seasonal, surface water from 2 to 8 months; and (4) perennial, surface water for more than 8 months (Donnelly and others, 2022, fig. 10).

- **Watershed** is land area where precipitation runs off into various waterbodies—such as creeks, streams, rivers, and reservoirs—that eventually flow to a Great Basin terminal lake. Watersheds are derived from the Watershed Boundary Dataset, a component of the National Hydrography Dataset (Buto and Anderson, 2020). Resulting watershed areas are classified into three groups based on statistical percentiles: (1) small, watershed area less than the 50th percentile of 4,740 km²; (2) medium, watershed area from the 50th to 75th percentiles of 4,740 and 10,300 km²; and (3) large, watershed area more than the 75th percentile of 10,300 km².

## Effects of a Changing Climate

Climate change is causing aridification across the Great Basin, which affects migratory birds. Aridity is a consequence of warmer average temperatures, hotter weather extremes, reduced precipitation, and drier air and soil conditions compared to historical conditions, and increasing aridity exacerbates severe drought (Overpeck and Udall, 2020). Surface-water quantity, including annual average lake levels, have been decreasing since the early 2000s (Wurtsbaugh and others, 2017; Wang and others, 2018; Foroumandi and others, 2022). Current "megadrought" conditions include reduced precipitation, which drastically alters hydrologic regimes in terminal lakes (Dai, 2013), and this alteration is expected to worsen (Martin and others, 2020; Overpeck and Udall, 2020). Average temperatures in the Great Basin have increased by 0.7 to 1.4 degrees Celsius (°C) since 1985 (Snyder and others, 2019), which has increased regional aridity with fewer days of snow cover (Hall and others, 2023), earlier snowmelt (Snyder and others, 2019), and decreased streamflow (Dettinger, 2005; Hidalgo and others, 2009). Human water use results in surface-water diversions and groundwater pumping that affect terminal lakes (Wang and others, 2018; Foroumandi and others, 2022). Regionally, climatic air temperature increases are likely to further stress migratory birds and other wildlife and their habitats. The management of water resources to maintain sustainable ecosystems will be challenged by rapid shifts between extreme meteorologic and hydrologic drought and intensified precipitation regimes.

# Science Strategy for Terminal Lakes of the Great Basin

The Terminal Lakes of the Great Basin Science Strategy (hereinafter referred to as Science Strategy) uses an integrated science approach to identify the causes and effects of changing water availability on terminal lakes and migratory birds and other wildlife that depend on a mosaic of aquatic and terrestrial habitats at local and regional scales. The integrated approach uses experts from multiple scientific disciplines from Federal, State, Tribal, and NGO interests, includes proactive and coordinated partner engagement, and uses FAIR data principles—Findability, Accessibility, Interoperability, Reusability—coupled with advanced technology to co-develop actionable science outcomes to inform management decisions. Overarching goals for implementation of Saline Lake Ecosystems IWAAs identified, and partially fulfilled in this document, include scientific leadership and collaborative implementation (see "Terminal Lakes of the Great Basin Science Strategy Goals" sidebar).

# Terminal Lakes Support Different Life Stages and Multiple Bird Groups

**Seasonality of bird use:**

• During spring and fall migration, millions of waterbirds travel through the Central and Pacific Flyways, relying on the abundant food resources produced at the network of terminal lakes across the Great Basin (Wilsey and others, 2017; Haig and others, 2019) (fig. 5).

• During spring and summer, some species reside in terminal lakes to nest and rear their young (Haig and others, 2019).

• Terminal lakes provide food and protection in summer, when many waterbirds are molting and unable to fly, leaving them particularly vulnerable to deteriorating lake conditions (Jehl, 1988; Kohl and others, 2022).

• Overwintering birds rely on habitats in terminal lakes to provide food resources and refugia from predation and disturbance.

**Diversity of bird use (fig. 6):**

• Wading birds like ibis, herons, and egrets often feed in shallow water or marsh edges and even adjacent upland fields during the day, before moving to emergent vegetation in open water areas for nighttime roosting habitat.

• Shorebirds use shallow open-water habitats, upland areas, sandflats, sand beaches, evaporation ponds, mudflats, and shorelines for all aspects of their daily behavior.

• Waterfowl feed, roost, and seek protection from predators in shallow-to-deep wetland areas with vegetation cover ranging from none to fully covered. Waterfowl also use adjacent upland habitats for nesting during the breeding season.

• Some birds—such as grebes, diving ducks, and coots—are open-water specialists that rarely leave the open water or shoreline to support their life-history needs.



**EXPLANATION**
- Terminal lake
- Great Basin study area boundary
- White-faced ibis movement—
  Colored by individual birds

Base from Natural Earth

**Figure 5.** White-faced ibis (*Plegadis chihi*) spring migration for three individuals (example data courtesy of P. Donnelly, U.S. Fish and Wildlife Service, 2023). Each line shows the northward movement of a white-faced ibis; Great Basin terminal lakes offer seasonal habitats and stopover sites during migration.

Case 2:25-cv-00657   Document 1-5   Filed 08/07/25   PageID.1430   Page 95 of 169

12    Integrated Science Strategy for Water Availability and Migratory Birds for Terminal Lakes, Great Basin, United States



**Figure 6**.   Cross-section diagram showing lake and adjacent wetland with habitat use and life-history information on tule white-fronted goose (*Anser albifrons elgasi*), Wilson's phalarope (*Phalaropus tricolor*), snowy plover (*Charadrius nivosus*), and eared grebe (*Podiceps nigricollis*).

## Terminal Lakes of the Great Basin Science Strategy Goals

The USGS Terminal Lakes Science Strategy team identified the following five primary goals to be achieved collectively with partners:

**Goal 1.** Provide a scientific and strategic direction for this multidisciplinary initiative.

**Goal 2.** Formulate an adaptive implementation framework that is informed by ongoing partner coordination and data interpretation, and that allows for continual assessment of science priorities and objectives.

**Goal 3.** Identify integrated science priorities that are relevant to partner needs and that provide timely and actionable science to inform decision-making.

**Goal 4.** Use clearly defined and transparent data sharing, integration, and management practices that foster accessibility for partners.

**Goal 5.** Promote science communication and partner engagement across the Great Basin.

## Integrated Science Approach for Complex Challenges

The Saline Lake Ecosystems IWAAs integrated science approach includes co-developing actionable science outcomes that leverage partners' knowledge and can adapt to new information and evolving prioritization. Actionable science requires established adaptive-feedback mechanisms to support use of science by resource managers as they address complex problems. Hydrological and ecological data and integrated interpretations of these data are needed to further our understanding of the resilience of terminal lake ecosystems. Adaptive management actively engages with partners to (1) frame critical decisions and articulate key uncertainties (Runge and others, 2011; Rushing and others, 2020; Stantial and others, 2023), (2) design monitoring approaches that provide high-value data (Lindenmayer and Likens, 2009), (3) foster innovation, (4) collaboratively set goals, and (5) assist interagency teams in evaluation and iteration efforts during planning and implementation phases (Williams and others, 2009). Actionable science includes not only published science products, such as data and tools, but also includes working with partners to offer guidance and solicit input about how they might use scientific information (Beier and others, 2017). Partners have indicated that integrated hydrological and ecological knowledge can help to inform management decisions about the timing, amount, and quality of water inflow to different terminal lake ecosystems

required to support healthy ecosystems for migratory birds. Partners are integral members of a team and co-create actionable science by jointly establishing research priorities and designing and implementing science activities (Beier and others, 2017).

## Advanced Data Science and Information Technology

Advanced data science and information technology (defined here as cloud-based data exploration, visualization, and processing) support co-production and actionable science by using the best available data management, analysis, and dissemination to address complex multicomponent problems (Carter and others, 2020). Additionally, advanced data science and information technology incorporate FAIR data principles—Findability, Accessibility, Interoperability, and Reusability. Findability relies on data-generating organizations to establish persistent identifiers that point to their data, which are described in sufficient detail to support Reusability. Accessibility means that the data are easily accessed by others in open online formats. Interoperability means that the data are formatted or harmonized in ways that include shared languages that describe similar data between data-generating organizations to facilitate combination of the data in meaningful ways. Reusability provides clear understanding of data provenance, attributes, and usage (Wilkinson and others, 2016). Benefits of incorporating advanced data science and information technology at scale, including the FAIR principles, include reduced cost, increased efficiency, increased transparency, and timely and reliable delivery of science information.

## Conceptual Model of an Interconnected System

The Science Strategy is built from a hierarchical spatial framework at three nested scales (spatial extents) for terminal lakes in the Great Basin: (1) lake, (2) watershed, and (3) regional (figs. 7 and 8). Lake spatial extent is the open water part of the lake and adjacent aquatic environments. Water availability foci at this extent are related to water quality. Habitat foci are related to the types, amount, and resources at lake habitats. Bird foci are evaluation of bird behavior and life stages. Watershed spatial extent includes all water that exists within the defined watershed. Water availability foci are related to natural and human water use. Habitat foci are composition, including species diversity and distribution. Bird foci are selection—or how the birds use the watershed. Regional spatial extent is the Great Basin study area. Water availability foci are related to the spatial distribution and timing of water inflows. Habitat foci are related to how habitats are configured and repeated across the region. Bird foci are related to how birds move throughout the region. This conceptual model is offered to provide a unified understanding that identifies the components of water availability that most significantly influence processes and functions of habitats and birds at each of the spatial extents. This conceptual model is focused on the Great Basin, but it is important to recognize that the Great Basin is part of the larger Central and Pacific Flyways

for migrating birds and therefore is not considered a closed system such that birds exit and enter the region and rely on different habitats for different life stages.

The focus at the lake spatial extent is to understand the linkages between water quantity and water quality and how these linkages influence the type and amount of habitats and the resources they provide, which ultimately influences bird usage at different life stages (fig. 7A). In the terminal lakes of the Great Basin, changes in water quality are commonly associated with fluctuations in water quantity, where less water results in the concentration of dissolved constituents that can change the character of water and its ability to sustain productive and healthy ecosystems (fig. 8A). For example, increases in salinity as lake levels decline changes the ability of lake habitats to support bird populations as food webs are altered. Other physical relations linking water quantity to water quality include lake circulation, mixing, stratification, sedimentation, and reduction-oxidation processes.

At the watershed spatial extent, lakes exist within a defined watershed and water availability is affected by water use across the watershed. Water is primarily used for agriculture in watersheds of the Great Basin. Agricultural fields also act as waterbird habitat in these watersheds (Donnelly and others, 2020). The size, distribution, and permanence of natural or man-made aquatic habitats are unique to each watershed and are influenced by water use in the watershed. How water is used affects the watershed, as it can alter habitat composition of wetlands and may alter birds' habitat selection (fig. 8B).

The regional spatial extent is characterized by water availability across the network of lakes and watersheds over space and time. Water availability influences the distribution and persistence of aquatic habitats across the Great Basin (fig. 7C). Habitat conditions at terminal lakes and associated aquatic habitats are often highly variable seasonally and across years, affecting the availability of necessary bird resources such as food and or cover. Similarly, life-history stages of birds also vary seasonally and across years, and often result in overlapping or different ecological needs through time. With diverse populations of birds using the mosaic of open water and wetland habitats throughout the seasons for different purposes, documenting these birds' dependence on different parts of the regional ecosystem in space and time across the Great Basin will aid in identifying conservation actions for these bird populations.

Hydrological and ecological traits across Great Basin terminal lakes create a mosaic of habitats that can operate as a network that supports various species and their life-history needs. Variation in habitat conditions, bird population demography, and individual bird selection for specific lakes or habitats manifest through bird movements. Tracking bird movements of unique species establishes how remote areas are connected (fig. 8C). Changes in the timing of water available to habitats, resilience of the habitats to changes, or complete loss of habitat functions jeopardizes stability of bird populations dependent on flyway connectivity. A view of the region's spatial extent for the Great Basin terminal lake system from the perspective of bird movement shows the context of management and conservation actions across the region (fig. 8C).

Case 2:25-cv-00657    Document 1-5    Filed 08/07/25    PageID.1432    Page 97 of 169

14    Integrated Science Strategy for Water Availability and Migratory Birds for Terminal Lakes, Great Basin, United States



**Figure 7.**    Three diagrams showing (*A*) lake, (*B*) watershed, and (*C*) regional spatial extents and water availability, habitat, and bird foci at each extent.

**Water Availability**

Air temperature
Freshwater inflow
Salinity
Food web

**Bird Use**

**White-faced ibis (*Plegadis chihi*)**
- Shallow water areas for roosting and feeding
- Emergent wetlands for roosting and nesting

**American avocet (*Recurvirostra americana*)**
- Shoreline for nesting in gravel and sandy substrates
- Shallow waters and mudflats for feeding

**Eared grebe (*Podiceps nigricollis*)**
- Overwater areas with vegetation for nesting
- Shallow waters and mudflats for feeding on brine flies and shrimp

*A.* Lake spatial extent



*B.* Watershed spatial extent



Surfacewater diversions
Groundwater pumping

**White-faced ibis**
- Irrigated agricultural fields for feeding
- Emergent wetlands for roosting and nesting

**American avocet**
- Lake edges and nearby wetlands for nesting and feeding`

**Eared grebe**
- Open water of terminal lakes for nesting and feeding

*C.* Regional spatial extent

Seasonality
Drying
Distribution

EXPLANATION
**White-faced ibis movements**
— Flight path—Colored by individual birds
• Recorded location

Great Basin study area

Terminal lake basins

Terminal lakes

OR    ID    WY
NV    UT
CA    AZ

0    100 MILES
0    100 KILOMETERS

N

**White-faced ibis**

Individual ibis marked at Gray's Lake National Wildlife Refuge and entered Great Basin Study Area (GBSA) on September 22, 2022. Stopped at Carson Lake before exiting GBSA in October 6, 2022.

Individual ibis marked at Summer Lake April 2022 and passed by eight GBSA terminal lakes before exiting GBSA on September 9, 2022.  Lakes visited include Summer Lake, Abert Lake, Goose Lake, Pyramid Lake, Winnemucca Lake, Carson Sink, Carson Lake, Walker Lake

**Figure 8.**    Three diagrams showing (*A*) lake, (*B*) watershed, and (*C*) regional spatial extents that include details on water availability and bird use based on the foci of each extent. Diagrams present details on how three bird species—white-faced Ibis (*Plegadis chihi*), American avocet (*Recurvirostra americana*), and eared grebe (*Podiceps nigricollis*)—use habitats across each of the three spatial extents.

Case 2:25-cv-00657    Document 1-5    Filed 08/07/25    PageID.1434    Page 99 of 169

16    Integrated Science Strategy for Water Availability and Migratory Birds for Terminal Lakes, Great Basin, United States

## Priorities for an Integrated Science Strategy

The suite of habitats available to birds and other wildlife associated with terminal lakes in the Great Basin is tied to water availability. Changing climate and other factors create multiple stressors at lake, watershed, and regional spatial extents. Changes to one process in the coupled hydroecological system can ultimately have effects on all subsequent processes in and across the system. For example, reductions in water quantity can affect water quality and salinity, and in turn, affect habitats and ultimately various bird species by changing habitat value (fig. 3). Identifying factors that produce changes at and between scales may help to inform management actions to reduce disturbances.

Thresholds and tipping points are also factors influencing ecosystem state and productivity at lake, watershed, and regional scales. Thresholds indicate when changes in the functional response of ecosystems (macroinvertebrates, plants, and birds) are expected (Dakos, 2018; van Wijk and others, 2023). Tipping points indicate abrupt and sometimes irreversible changes in ecosystem state and can represent catastrophic failure in ecosystem function (Dakos, 2018). For example, increases in turbidity and nutrient availability can shift shallow lakes from macrophyte-dominated to phytoplankton-dominated (van Wijk and others, 2023), a transition that partners described as having occurred during the early 1990s in Malheur Lake, which likely reduced optimal food availability for waterbirds. Shared understanding of hydrologic and ecologic thresholds and tipping points at each of and between the nested scales helps to determine system responses but can also help to identify actions to avoid catastrophic failures. As an example, phragmites (*Phragmites* sp.; a common reed grass) invading 25 percent of the area of a wetland would represent a state where treatment options remain feasible, whereas phragmites invading 100 percent of the area of a wetland would represent an irreversible shift in habitat function where management action is unrealistic. Similarly, critical turbidity and nutrient levels may be present where management options remain feasible to promote macrophyte re-establishment (van Wijk and others, 2023). These examples highlight specific issues that fit within thematic science priorities (see "Science Questions" sidebar).

## State of the Science for the Great Basin

The Science Strategy has been informed by assessing available literature and engaging with partners across the Great Basin. Current and past hydrological and ecological data collection and scientific assessments, coupled with management decision points, help to identify current understanding and information gaps. Integrating the scientific knowledge with future management priorities helps to ensure that this strategy will target studies that provide actionable information.

To assess current and historical understanding of the hydrology and ecology of the terminal lakes in the Great Basin, a group conducted an extensive literature review and synthesis. To capture the publicly available information on Great Basin terminal lakes, we searched Google Scholar and Scopus using hydrological search terms (such as evapotranspiration, surface water, water use, and bathymetry) and ecological search terms (such as waterbird, shorebird, eared grebe, and Wilson's phalarope). This provided more than 900 relevant publications that were fully reviewed. Hydrological and ecological scientific reports were topically categorized to identify available information (app. 1). Data, including a list of all manuscripts reviewed, are available in Herring and others (2023).

The engagement of partners across the Great Basin enabled their ongoing scientific work to inform the Science Strategy and for that strategy to incorporate an understanding of information needs. Three partner workshops were held with State and Federal land and resource-management agencies; universities; NGOs; Tribes; and associated conservation, agricultural, and land-use groups (number [n] = 122 total non-USGS participants). The three meetings covered different geographic areas where terminal lakes are located and included California and Nevada (October 18–19, 2022), Utah (November 1–2, 2022), and Oregon (November 8–9, 2022). Partner workshops were used to (1) meet terminal lakes interest groups, (2) identify ongoing environmental data-collection activities, and (3) determine scientific monitoring and assessment needs. A more complete description of the partner engagement workshops is available in appendix 3.

The partner workshops and other engagements helped to identify what scientific information was needed to inform management decisions. Workshop participants identified specific needs related to the understanding of ecological responses to reducing or increasing the amount of water available to the terminal lakes ecosystems and understanding the response time to management actions such as upstream water retention. Managers also identified the need for comprehensive information on a wider variety of bird species and an understanding of where, when, and why birds are using different areas of the landscape. Additional information about water use in a terminal lake watershed and what constitutes a quality habitat was also important to managers. Managers expressed concerns that global climate prediction models were not suitable for the terminal lakes and watershed scales. Partners also identified data-science challenges, noting that each location or action requires different data to inform management decisions, but that too much data makes data management and synthesis difficult.

During the partner meetings, participants ranked five topical hydrologic and ecologic priorities informed by the literature review and comprising multiple components. Participants were asked to rank in importance different hydrologic topics, including water budgets, water use, lake/wetland surface water, hydrologic vulnerability, and water quality. Partners also ranked five ecologic topic priorities: (1) habitat, (2) waterbird dispersal among terminal lakes, (3) waterbird population abundance/trend, (4) food/prey availability, and (5) species of concern. A more detailed description of the priority identification and ranking processes in available in appendixes 1 and 3.

## Science Questions

Based on the outcomes of the literature review, gap analysis, and partner engagements, we identified five thematic science questions that together capture the breadth of inquiry necessary to adequately understand the terminal lakes ecosystems, the dynamics of change, and implications for resource management. An integrated hydroecological characterization of the terminal lake ecosystems is lacking across the Great Basin; understanding what resources are available and how these resources change over seasons and over longer periods would help to identify areas that may be more resilient or more vulnerable. Mechanistic understanding of change would help researchers to target specific monitoring and information gathering for increased value of information. Combining this information would help to identify locations on the landscape where management activities would have the longest or greatest effect on conservation or restoration of habitat.

**Thematic science priorities:**

1. What is the water budget for each terminal lake, adjacent aquatic environments, and basin-wide water use?

2. What are the hydrologic vulnerabilities of the lakes and what lakes are susceptible to different vulnerabilities?

3. What are the primary resources used by representative bird taxa at terminal lakes and how are these resources changing over time?

4. What causes change in bird distribution/abundance/ densities and bird use of terminal lakes?

5. How much water is needed to sustain quality habitat for birds and other wildlife now and in the future?

Information and knowledge gaps at different spatial and temporal scales were identified by combining results from the literature review and partner engagements (app. 1 and 3). The gaps are presented at the three conceptualized spatial extents. Translatable knowledge acquired from individual lakes and watersheds can be applied to other lakes and watersheds, contributing to understanding across the region. Because partner feedback is qualitative, this list of information gaps is not prioritized.

Prioritization of science activities will necessarily be an iterative process accomplished through collaboration with partners. The identification of priorities should include an analysis of the magnitude of information gaps, the value of the information to be gained, and the relevance for management decisions (Runge and others, 2011; Rushing and others, 2020;

Stantial and others, 2023). Implementation of the science activities should be completed in a coordinated effort that allows for different organizations to match their priorities with their capabilities and leverages all organizations' capabilities.

## Monitoring and Assessment Science Needs

The scientific objectives of this assessment are to identify how changing water quantity affects the quality and abundance of habitats supporting continental waterbird populations, and to clarify the scientific monitoring and assessment needs of Great Basin terminal lakes. To accomplish scientific objectives, three paths for information gathering have been identified, including (1) long-term and regionally coherent hydrological and ecological monitoring, (2) targeted research and data collection activities, and (3) evaluation of management actions. Developing an actionable science plan requires consistency and flexibility to be able to understand trends and identify new patterns. Data made available by cooperating partners, as well as data disseminated through the Saline Lake Ecosystems assessment, will be leveraged to advance scientific understanding of terminal lakes and their watersheds.

Operational challenges related to field conditions, logistical constraints, and available equipment can limit increases in scientific knowledge. Data are limited for many of the terminal lakes in the Great Basin because the lakes are generally located in rural areas, far from concentrated populations. Additionally, many of these shallow, playa lakes—such as Harney Lake and Lake Abert in Oregon—are undeveloped, and access infrastructure does not exist, making it difficult to collect hydrological or ecological data. Similarly, unconsolidated mud surrounding the open water parts of terminal lakes can be extensive and thick, impeding access and data collection. Certain lakes can be accessed by airboat; however, this requires highly specialized training to operate and maintain the vessel. Finally, in large terminal lakes, such as Great Salt Lake, during winter, ice sheets can move across the lake surface, destroying platforms or other deployment infrastructure, requiring reestablishment each year. Future efforts to collect hydrological and ecological data at these terminal lakes will require flexibility in how sampling is conducted and solid logistics plans prior to initiating scientific activities.

## Long-Term Hydrological and Ecological Monitoring

Long-term co-located hydrological and ecological data collection at strategic locations across the Great Basin will help to disaggregate the effects of changing climatic conditions and management actions on the terminal lakes (Lindenmayer and Likens, 2009). Regional hydrological and ecological fixed-location monitoring networks—comprising stream- and lake-level gages, meteorological stations, water-quality and ecological instrumentation, and individual bird movement tracking equipment—can be used to evaluate patterns in water

Case 2:25-cv-00657    Document 1-5    Filed 08/07/25    PageID.1436    Page 101 of 169

18    Integrated Science Strategy for Water Availability and Migratory Birds for Terminal Lakes, Great Basin, United States

availability, water suitability, connectivity among the terminal lakes; and patterns of selection among alternative habitat types at scales relevant to management. The co-location of high-frequency data recording and telemetry instrumentation is ideal for measuring and transmitting a variety of parameters—simultaneously, in real time—to examine trends in water and ecological resources in critical areas such as open water extent and depth, agricultural and urban land-use effects, habitat characteristics, impacts from floods and droughts, and wildlife response to management actions.

Other long-term and consistent data collection activities could include comprehensive bird population surveys and extensive habitat/resource quantification. Population survey methods that include evaluations of site occupancy and relative abundance estimates are generally spatially and temporally explicit and can provide seasonal habitat use and be used to model habitat-association patterns across populations; trends can be estimated from repeated surveys. The development of consistent animal movement data will complement habitat use information, showing how birds respond to natural or intended changing conditions across multiple scales. Resource quantification includes measurement or classification methods to categorize and map habitat types, quantify habitat value, and determine food webs.

To understand system dynamics at large scales requires consistent hydrological and ecological monitoring across similarly long time frames, but ideally, data would target key information gaps and uncertainties that provide high-value information (Runge and others, 2011; Rushing and others, 2020; Stantial and others, 2023). To be successful, monitoring efforts for the Saline Lake Ecosystems assessment should be conducted in service to science priorities. Data collection should be based on tractable questions that help to refine conceptual models (Lindenmayer and Likens, 2009, 2010), and partner knowledge and partner data should be integrated to leverage resources. A combination of hydrological and ecological data at relevant scales can provide insight into the water availability and ecological factors that affect bird movement, including occupancy of individual lakes or use of specific habitats.

## Targeted Research Activities

In addition to baseline hydrological and ecological monitoring across the Great Basin, non-static, targeted data collection and assessment activities should be conducted to inform process understanding of terminal lake ecosystems. Targeted applied research identifies mechanisms and tests assumptions in order to refine conceptual understanding of terminal lake ecosystems. Identification of these research questions will be informed by the gap analysis (app. 1). Specific research investigations conducted at selected sites will enable greater understanding of fundamental hydrological and ecological processes that can be translated to other sites or scaled up across the region.

Targeted research activities can also help to refine long-term hydrological and ecological monitoring objectives. Targeted research activities can establish reliable proxies for water-quality monitoring and can link remote sensing observations to data-collection activities. Targeted research is also used to guide coordinated field data collection by determining what is necessary to build out coupled hydroecological models based on remotely sensed observations such as indices of land-cover and surface-water extent and quality. A general monitoring and assessment strategy will guide the implementation of integrated research activities (see "Targeted USGS Integrated Research Activities" sidebar).

## Assessment of Management Actions

Every year, land- and resource-management agencies carry out hundreds of land treatments throughout the Great Basin for a wide range of reasons. Examples of land treatments include muck removal, species reintroduction, dam removal, invasive species control, post-wildfire rehabilitation, grazing management, and recreational use management. These treatments generate a wealth of information called "management action data." Specific examples include implementation reports; the monitoring of data before, during, and after treatment; and spatial data files, maps, and images of land treatments. These management actions could be more fully assessed to determine effectiveness of treatment, and results could be more fully shared across the Great Basin to inform future management actions.

## Partner Communication and Data Management

Effective communications and data management were highlighted as a priority by partners. This included the priority for timely information sharing to decision-makers in the form of actionable science. Workshop discussions identified a need for integrated data and communication solutions that summarize large amounts of data and deliver information quickly for decision-making. Integrated access to hydrological and ecological data among organizations would increase data accessibility and facilitate information sharing. The workshops identified data from landowners, water boards, State agencies, and researchers as priorities for improved data accessibility. Online portals, data catalogs and repositories can be developed with role-based access to bird, habitat, and water data for analyses to support land and resource management decisions. Some of these online portals already exist and could be expanded to incorporate and integrate information from Saline Lake Ecosystems partners. Additionally, science communication products that describe scientific activities and results are needed to facilitate shared understanding and access to diverse audiences. Increased awareness and understanding of how scientific information is being used to inform decisions will help internal and external audiences see the value, utility, and applicability of the scientific work.

## Targeted USGS Integrated Research Activities

The U.S. Geological Survey (USGS) conducts a wide variety of science that improves understanding of water availability and its effects on ecosystems and society. This work includes data collection and monitoring of aquatic and terrestrial systems; assessment and analysis of patterns, trends, and linkages of hydrological and ecological systems; development and application of predictive models; and delivery of information and decision-making tools to partners. Partners—which include Federal, Tribal, State, and local agencies, non-governmental organizations, and others—use this information to anticipate, assess, react to, and mitigate conditions and effects on changes to water availability. For the Saline Lake Ecosystems Integrated Water Availability Assessment (IWAAs), the USGS has identified integrated research activities—informed by Congressional legislation, partner collaboration, and an extensive gap analysis—to develop short- and long-term solutions to the complex challenges of historically low water levels at terminal lakes and the effects on migratory birds and other wildlife.

### Monitoring Strategy

A combination of hydrological and ecological data at relevant scales can provide insight into the water availability and ecological factors that precipitate bird movement, affect occupancy of individual lakes, or use of habitats. The following integrated monitoring activities, at specific study sites, will be targeted by USGS:

- Hydrological and ecological lake characterizations across Great Basin terminal lakes to determine the magnitude of seasonal and annual changes to water availability and how these changes affect habitat quantity and quality for bird populations.

- Characterization of waterbird movements and habitat use throughout the region for key waterbird species.

### Integrated Science Assessments

Integrated science assessments include the development of (1) water budgets, (2) refined conceptual models of the hydrogeologic function at the watershed and lake scale, and (3) a mechanistic understanding of the linkages between water availability and ecological responses. The following USGS integrated research activities will develop tools that:

- Estimate the hydrological and ecological resilience of terminal lakes across the Great Basin;

- Identify thresholds and tipping points influencing ecosystem state and productivity at lake, watershed, and regional scales; and

- Couple existing knowledge with new field data, eco-hydrologic models, and remotely sensed products to inform prioritization of future work across the region.

Additional planning should use the adaptive implementation framework from the Science Strategy to work with partners to determine what actionable science plans USGS could initiate. High priority would ideally be placed on interpretative products from USGS data collection efforts that help to quantify the linkages between water availability, habitat suitability, and bird selection, and to link these data to remotely sensed products. Additional priority science activities that USGS has the capability to target include the following:

- Development of methods to track the activities and monitoring results of management actions—such as water management, spraying, grazing, invasive species removal, restoration, and rehabilitation—to help land and species managers determine the effectiveness of their treatments over space and time.

- Use of predictive models of water availability, water use, and management actions to understand effects of these actions as well as the effects of climate change on the hydrological and ecological systems at the lake, watershed, and regional scale.

- Development of an understanding of mechanism(s) causing spatial heterogeneity in waterbird resource selection and distribution.

- Initiation of movement/migratory connectivity studies of waterbirds to understand how they use the Great Basin terminal lakes as a network.

- Examination of how factors such as decreased freshwater inflow impact prey densities and prey availability, trophic linkages between salinity-invertebrate abundance, and waterbird habitat selection.

- Identification of factors influencing waterbird fitness or demographic consequences in response to spatiotemporal variation in prey within and across terminal lakes.

- On-going gap assessment of available bird, habitat, and water data for addressing science priorities.

Case 2:25-cv-00657    Document 1-5    Filed 08/07/25    PageID.1438    Page 103 of 169

20    Integrated Science Strategy for Water Availability and Migratory Birds for Terminal Lakes, Great Basin, United States

# Adaptive Implementation Framework

The Adaptive Implementation Framework (fig. 9) describes the iterative and collaborative process by which partners work together to refine the proposed Saline Lake Ecosystems conceptual model of an interconnected system (figs. 7 and 8) through the co-development of actionable science outcomes that address the complex challenges of limited and highly variable water availability and resultant effects on waterbirds across the Great Basin. The adaptive framework begins with partners identifying key uncertainties from the proposed conceptual model and prioritizing science and information needs that have high value (Lindenmayer and Likens, 2009; Runge and others, 2011) (fig. 9). Workplans are then co-developed and partners conduct science activities, integrate derived information across collaborative science activities, and incorporate scientific findings and partner feedback to adjust subsequent activities (Williams and others, 2009). This adaptive framework provides flexibility for partner organizations to adjust and reprioritize efforts and leverage others' activities to most effectively address science and information needs to inform management activities and guide policy decisions. For the Saline Lake Ecosystems IWAAs, Stage 1 was initiated by an extensive literature review and gap analysis (app. 1) coupled with partner engagement (app. 3).

The problems of water availability to the terminal lake ecosystems of the Great Basin, with their effects on waterbirds and their habitats, are much larger and more complex than any one bureau or institution can address alone. The expertise of Federal agencies, States, NGOs, researchers, Tribes, and other organizations are needed to inform, develop, and carry out relevant and feasible science that will inform land and resource management decisions (fig. 10).

The success of the Adaptive Implementation Framework is dependent on collaborations and co-produced work with partners. Therefore, USGS supports the creation of a Great Basin Working Group that helps to guide the vision and coordinate science activities across the region, agencies and groups, and disciplines to enhance understanding system-wide processes. The Great Basin Working Group would be a non-funded collaborative opportunity for agencies, bureaus, and organizations to identify and work on co-developed priorities. The Great Basin Working Group is a concept and has no charter that outlines shared roles and responsibilities. Primary cooperators do not fund or solely maintain the Great Basin Working Group but should include Federal partners such as the USFWS; BLM; USGS; U.S. Forest Service; Natural Resources Conservation Service; Tribal entities; the States of Utah, Nevada, California, and Oregon; and some regional and local NGOs.

To support the Great Basin Working Group, a regional implementation plan could be co-developed. Regional planning would include identification of key uncertainties to prioritize science activities, determination of partners who are working in the watersheds, and co-development of workplans. Workplans include a compilation of agency and inter-agency work that describe the data collection activities (such as the lakes where discrete and continuous data will be collected, frequency of data collection, etc.), the tools that will be developed (such as water budgets), and the analyses that will be completed (such as food web characterization). Following the Adaptive Implementation Framework, the workplans could change iteratively over time based on new understandings of key uncertainties. The Great Basin Working Group would be tasked to coordinate activities, leverage knowledge and information, iterate and refine the proposed conceptual models (figs. 7 and 8), key uncertainties, and achieve overall partner objectives across the region. Roles and responsibilities for the Great Basin Working Group would be established during the chartering of the group and would serve to establish regional plans that leverage the expertise and capability of the different agencies, bureaus, groups, and Tribes.

We emphasize that within any organizational framework, real or proposed, the iterative process of understanding scientific priorities and capabilities leads to thoughtful application of science. One conceptualization of this process, highlighted in figure 9, is summarized as follows.

## Stage 1—Establish Science Priorities

In collaboration with partners, a regional implementation plan will be co-developed to establish a vision for the data, assessment, and tools needed for resource managers. Information needs and science questions would be best based on the current understanding of the proposed conceptual model (fig. 7). Prioritization of science activities will be based on data and information gaps, identification of key uncertainties, relevance for management decisions, and feasibility to accomplish science needs based on resource requirements (see Runge and others, 2011). Through continued partner input and gap analyses, this process will be iteratively updated and prioritized with each cycle of the Adaptive Implementation Framework.

## Stage 2—Evaluate Capacity

Agencies will work together to develop workplans to describe general science objectives and outline science activities based on the regional vision. Task-specific workplans will be developed to provide the structure and direction to conduct science activities. Workplans will detail each agency's roles and responsibilities, what objectives will be accomplished, and timelines for these objectives. Resource requirements—such as general cost, labor, and equipment to address each science priority—will determine whether the collective capacity exists.



**Figure 9.** Diagram showing the Adaptive Implementation Framework. The framework is a circle divided into five wedges with directional arrows around the circle and within each wedge to represent a feedback loop. The five stages are (1) Establish Science Priorities, (2) Evaluate Capacity, (3) Implement Workplans, (4) Integrate Interpretations, and (5) Create or Revise Projects. These five stages all meet in the middle at the statement "Learn and Adapt with Partners" surrounded by a ring of "Feedback."

Case 2:25-cv-00657    Document 1-5    Filed 08/07/25    PageID.1440    Page 105 of 169

22    Integrated Science Strategy for Water Availability and Migratory Birds for Terminal Lakes, Great Basin, United States



**Figure 10.** Diagram showing the interconnections between the Great Basin Working Group, partner organizations, and smaller teams. The Great Basin Working Group would be an entity that ties all partners and teams together. Connections would exist at the partner (large circles) and team (small circles) levels around workplans and integrated collaborations. Teams and workplans from multiple partners could be connected in various ways, or multi-partner teams could address a single or multiple related workplans. All Implementation Plans would be connected through the Great Basin Working Group, which would guide the vision and coordination for the scientific activities for terminal lakes of the Great Basin. [NGOs, non-governmental organizations; USFWS, U.S. Fish and Wildlife Service; USGS, U.S. Geological Survey.]

## Stage 3—Implement Workplans

Teams will conduct multidisciplinary data-collection and assessment activities identified in their workplans. Workplans will be integrated into a broader regional implementation plan that collectively describes the integrated science efforts. Data analyses and interpretations will be communicated broadly across workplans and among the partner working group to facilitate integrated science application.

## Stage 4—Integrate Interpretations

The USGS and other partners will combine analyses and interpretations across regional and watershed workplans to integrate information and determine how knowledge can be translated to other areas or across the proposed conceptual model spatial extents (fig. 7). Data-science initiatives may help to provide context and frameworks for evaluating the integration process. At this stage, the Great Basin Working

Group will work closely to ensure the synthesized information is adequately addressing key uncertainties and that newly developed tools are understandable and applicable to management at the lake and watershed scale. This process will also identify remaining science gaps.

## Stage 5—Create or Revise Projects

Science gaps and partner needs will be used to synthesize remaining science challenges and revisit and identify science priorities. Regional implementation plans and targeted workplans will be evaluated and updated to either continue science activities or initiate new ones to address revised science priorities. Ideally, these evaluations would occur annually with the Great Basin Working Group and would be used to refine the proposed conceptual model (figs. 7 and 8), prioritize key uncertainties, and target resource manager information needs.

Data sharing and communications are paramount in achieving integrated science goals. A proactive, strategic, and continuous dialog with Working Group partners is needed to support a clear understanding of roles, priorities, and activities. Data-management and sharing strategies will be defined by a data management plan and will be designed to facilitate broad participation by leveraging existing data resources and integrating proposed new data-collection efforts, and by targeting communications that support the Great Basin Working Group. The most effective communications would be tailored to reflect information needs of identified audiences through continuous partner engagement. Communication efforts need to be closely coordinated with partners to ensure consistent messaging and timely and reliable delivery of science.

Effective execution of the Saline Lake Ecosystems IWAAs Adaptive Implementation Framework will occur if the Great Basin Working Group and related partners are able to integrate research findings, data streams, and data communication tools into management and monitoring actions or policy planning. This will require flexible application of research and monitoring efforts in response to unforeseen conditions or urgent needs, integration of research and management information obtained by numerous partners, and effective communication of data and findings that are relevant to multiple user groups. Successful adoption of science into partner decision-making processes will also be evident when their identified knowledge gaps and information requirements are updated. This may indicate that research findings, best management practices, and delivery of data interpretation have been sufficient to change partner perceptions or

understanding of the system. It may also mean that the study system is changing more rapidly than it can be understood. In either case, adaptive implementation allows incorporation of evolving needs.

## Summary

The network of terminal lakes across the Great Basin provides critical habitat for millions of migratory birds and other wildlife. The region also supports people, agriculture, and industry; as an example, the economic value of the Great Salt Lake has been estimated to be about $2 billion per year. These systems are in peril primarily because of reduced freshwater availability at the lake, watershed, and regional scale, resulting from prolonged drought, a warming climate, and surface-water and groundwater use. Understanding how water use decisions have affected terminal lakes and associated watersheds will help guide partners by providing a greater understanding of the likely outcomes of different scenarios. Gathering relevant hydrological and ecological data to inform future actions will be critical to the success of any science strategy. Through a comprehensive literature review, consultation with partners across the region, and existing hydrological and ecological knowledge and expertise, the USGS developed a Science Strategy that is inclusive and forward looking. Success will be measured by iterative refinement of conceptual models, a reduction in key uncertainties, and co-production of new information and scientific tools that support decisions.

# References Cited

Allen, C.R., Garmestani, A.S., and Angeler, D.G., 2016, Resilience: Bethesda, Maryland, Oxford University Press [from Environmental Science], accessed November 12, 2023, at https://www.oxfordbibliographies.com/display/document/obo-9780199363445/obo-9780199363445-0048.xml.

Beier, P., Hansen, L.J., Helbrecht, L., and Behar, D., 2017, A how-to guide for coproduction of actionable science: Conservation Letters, v. 10, no. 3, p. 288–296, accessed November 12, 2023, at https://doi.org/10.1111/conl.12300.

Bioeconomics, Inc., 2012, Economic significance of the Great Salt Lake to the State of Utah: Prepared for State of Utah by the Great Salt Lake Advisory Council, Salt Lake City, Utah, 50 p., accessed October 3, 2023, at https://deq.utah.gov/great-salt-lake-advisory-council/activities-great-salt-lake-advisory-council.

Bureau of Land Management, 2023, Our mission—A multiple-use and sustained yield mission: Bureau of Land Management web page, accessed September 29, 2023, at https://www.blm.gov/about/our-mission.

Bureau of Reclamation, 2022, Lahontan Basin Area Office: Bureau of Reclamation web page, accessed April 9, 2023, at https://www.usbr.gov/mp/lbao/programs/newlands-project.html.

Bureau of Reclamation, 2023, Bureau of Reclamation—About us: Bureau of Reclamation web page, accessed September 29, 2023, at https://www.usbr.gov/main/about/mission.html.

Buto, S.G., and Anderson, R.D., 2020, NHDPlus High Resolution (NHDPlus HR)—A hydrography framework for the Nation: U.S. Geological Survey Fact Sheet 2020–3033, 2 p., accessed November 12, 2023, at https://doi.org/10.3133/fs20203033.

Carter, S.K., Pilliod, D.S., Haby, T., Prentice, K.L., Aldridge, C.L., Anderson, P.J., Bowen, Z.H., Bradford, J.B., Cushman, S.A., DeVivo, J.C., Duniway, M.C., Hathaway, R.S., Nelson, L., Schultz, C.A., Schuster, R.M., Trammell, E.J., and Weltzin, J.F., 2020, Bridging the research-management gap—Landscape science in practice on public lands in the western United States: Landscape Ecology, v. 35, no. 3, p. 545–560, accessed November 12, 2023, at 10.1007/s10980-020-00970-5.

Coates, P.S., Ricca, M.A., Prochazka, B.G., Brooks, M.L., Doherty, K.E., Kroger, T., Blomberg, E.J., Hagen, C.A., and Casazza, M.L., 2016, Wildfire, climate, and invasive grass interactions negatively impact an indicator species by reshaping sagebrush ecosystems: Proceedings of the National Academy of Sciences of the United States of America, v. 113, no. 45, p. 12745–12750, accessed November 12, 2023, at https://doi.org/10.1073/pnas.1606898113.

Dai, A.G., 2013, Increasing drought under global warming in observations and models: Nature Climate Change, v. 3, no. 1, p. 52–58, accessed November 12, 2023, at https://doi.org/10.1038/nclimate1633.

Dakos, V., 2018, Ecological transitions— Regime shifts, thresholds, and tipping points: Oxford University Press [from Environmental Science], accessed November 12, 2023, at https://www.oxfordbibliographies.com/display/document/obo-9780199363445/obo-9780199363445-0108.xml.

Davies, G.E., and Naranjo, R.C., 2022, Estimated effects of pumping on groundwater storage and Walker River stream efficiencies in Smith and Mason Valleys, west-central Nevada: U.S. Geological Survey Scientific Investigations Report 2022–5123, 49 p., accessed November 12, 2023, at https://doi.org/10.3133/sir20225123.

Dettinger, M., 2005, Changes in streamflow timing in the western United States in recent decades: U.S. Geological Survey Fact Sheet 2005–3018, 4 p., accessed November 12, 2023, at https://pubs.er.usgs.gov/publication/fs20053018.

Dettinger, M., Udall, B., and Georgakakos, A., 2015, Western water and climate change: Ecological Applications, v. 25, no. 8, p. 2069–2093, accessed November 12, 2023, at https://doi.org/10.1890/15-0938.1.

Dickinson, W.R., 2006, Geotectonic evolution of the Great Basin: Geosphere, v. 2, no. 7, p. 353–368, accessed November 12, 2023, at https://doi.org/10.1130/GES00054.1.

Dieter, C.A., Maupin, M.A., Caldwell, R.R., Harris, M.A., Ivahnenko, T.I., Lovelace, J.K., Barber, N.L., and Linsey, K.S., 2018, Estimated use of water in the United States in 2015: U.S. Geological Survey Circular 1441, 65 p., accessed November 12, 2023, at https://doi.org/10.3133/cir1441. [Supersedes USGS Open-File Report 2017–1131.]

Donnelly, J.P., King, S.L., Silverman, N.L., Collins, D.P., Carrera-Gonzalez, E.M., Lafon-Terrazas, A., and Moore, J.N., 2020, Climate and human water use diminish wetland networks supporting continental waterbird migration: Global Change Biology, v. 26, no. 4, p. 2042–2059, accessed November 12, 2023, at https://doi.org/10.1111/gcb.15010.

Donnelly, J.P., Moore, J.N., Casazza, M.L., and Coons, S.P., 2022, Functional wetland loss drives emerging risks to waterbird migration networks: Frontiers in Ecology and Evolution, v. 10, 18 p., accessed November 12, 2023, at https://doi.org/10.3389/fevo.2022.844278.

Downard, R., Frank, M., Perkins, J., Kettenring, K., and Larese-Casanova, M., 2017, Wetland plants of Great Salt Lake—A guide to identification, communities, and bird habitat: Logan, Utah State University Extension. [Also available at https://digitalcommons.usu.edu/extension_curall/1761.]

ECONorthwest, 2019, Assessment of potential costs of declining water levels in Great Salt Lake: Prepared for State of Utah by the Great Salt Lake Advisory Council, Salt Lake City, Utah, 86 p., accessed October 3, 2023, at https://deq.utah.gov/great-salt-lake-advisory-council/activities-great-salt-lake-advisory-council.

Evenson, E.J., Orndorff, R.C., Blome, C.D., Böhlke, J.K., Hershberger, P.K., Langenheim, V.E., McCabe, G.J., Morlock, S.E., Reeves, H.W., Verdin, J.P., Weyers, H.S., and Wood, T.M., 2013, U.S. Geological Survey water science strategy—Observing, understanding, predicting, and delivering water science to the Nation: U.S. Geological Survey Circular 1383G, 63 p., accessed November 12, 2023, at https://doi.org/10.3133/cir1383G.

Foroumandi, E., Nourani, V., and Kantoush, S., 2022, Investigating the main reasons for the tragedy of large saline lakes—Drought, climate change, or anthropogenic activities? A call to action: Journal of Arid Environments, v. 196, 11 p., accessed November 12, 2023, at https://doi.org/10.1016/j.jaridenv.2021.104652.

Fritze, H., Stewart, I.T., and Pebesma, E., 2011, Shifts in Western North American snowmelt runoff regimes for the recent warm decades: Journal of Hydrometeorology, v. 12, no. 5, p. 989–1006, accessed November 12, 2023, at https://doi.org/10.1175/2011JHM1360.1.

Galat, D.L., 1990, Seasonal and long-term trends in Truckee River nutrient concentrations and loadings to Pyramid Lake, Nevada—A terminal saline lake: Water Research, v. 24, no. 8, p. 1031–1040, accessed November 12, 2023, at https://doi.org/10.1016/0043-1354(90)90126-Q.

Global Biodiversity Information Facility [GBIF], 2022, GBIF occurrence download: Copenhagen, Denmark, GBIF database, accessed October 3, 2022, at https://doi.org/10.15468/dl.fyt6w4.

Hammer, U.T., 1986, Saline lake ecosystems of the world: The Hague, Netherlands, Dr. W. Junk Publishers, 616 p.

Haig, S.M., Murphy, S.P., Matthews, J.H., Arismendi, I., and Safeeq, M., 2019, Climate-altered wetlands challenge waterbird use and migratory connectivity in arid landscapes: Scientific Reports, v. 9, 10 p., accessed November 12, 2023, at https://doi.org/10.1038/s41598-019-41135-y.

Hall, D.K., Kimball, J.S., Larson, R., DiGirolamo, N.E., Casey, K.A., and Hulley, G., 2023, Intensified warming and aridity accelerate terminal lake desiccation in the Great Basin of the Western United States: Earth and Space Science, v. 10, no. 1, 20 p., accessed November 12, 2023, at https://doi.org/10.1029/2022EA002630.

Herbst, D.B., 1999, Biogeography and physiological adaptations of the brine fly genus *Ephydra* (Diptera: Ephydridae) in saline waters of the Great Basin: The Great Basin Naturalist, v. 59, no. 2, p. 127–135, accessed November 12, 2023, at https://www.jstor.org/stable/41713096.

Herbst, D.B., 2006, Salinity controls on trophic interactions among invertebrates and algae of solar evaporation ponds in the Mojave Desert and relation to shorebird foraging and selenium risk: Wetlands, v. 26, no. 2, p. 475–485, accessed November 12, 2023. https://doi.org/10.1672/0277-5212(2006)26[475:SCOTIA]2.0.CO;2

Herring, G., Aldridge, C.L., Whipple, A.L., Eagles-Smith, C.A., Pulver, B.A., Inman, R.D., Matchett, E.L., Monroe, A.P., Orning, E.K., Robb, B.S., Shyvers, J.E., Tarbox, B.C., Van Schmidt, N.D., Smith, C.D., Holloran, M.J., Overton, C.T., O'Leary, D.R., Casazza, M.L., and Frus, R.J., 2023, Bibliography of hydrological and ecological research in the Great Basin terminal lakes, USA: U.S. Geological Survey data release, accessed November 12, 2023, at https://doi.org/10.5066/P9G5CGA7.

Hidalgo, H.G., Das, T., Dettinger, M.D., Cayan, D.R., Pierce, D.W., Barnett, T.P., Bala, G., Mirin, A., Wood, A.W., Bonfils, C., Santer, B.D., and Nozawa, T., 2009, Detection and attribution of streamflow timing changes to climate change in the Western United States: Journal of Climate, v. 22, no. 13, p. 3838–3855, accessed November 12, 2023, at https://doi.org/10.1175/2009JCLI2470.1.

Holling, C.S., 1973, Resilience and stability of ecological systems: Annual Review of Ecology and Systematics, v. 4, no. 1, p. 1–23, accessed November 12, 2023, at https://doi.org/10.1146/annurev.es.04.110173.000245.

Intergovernmental Panel on Climate Change, 2007, Impacts, adaptation and vulnerability—Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change: Cambridge, United Kingdom, Cambridge University Press, 976 p., accessed November 12, 2023, at https://www.ipcc.ch/report/ar4/wg2/.

Jehl, J.R., Jr., 1988, Biology of the eared grebe and Wilson's phalarope in the nonbreeding season—A study of adaptions to saline lakes: San Diego, California, Sea World Research Institute, Studies in Avian Biology No. 12, p. 1–74. [Also available at https://sora.unm.edu/sites/default/files/journals/sab/sab_012.pdf.]

Kohl, J.D., Casazza, M.L., Overton, C.T., Herzog, M.P., Ackerman, J.T., Feldheim, C.L., and Eadie, J.M., 2022, Postbreeding movements and molting ecology of female gadwalls and mallards: Journal of Wildlife Management, v. 86:e22314, no. 8, accessed November 12, 2023, at https://doi.org/10.1002/jwmg.22314.

Lahontan Valley Environmental Alliance, 2009, The Truckee Canal—Water for a sustainable future: Prepared by the Truckee Canal White Paper Working Group for the Lahontan Valley Environmental Alliance, accessed April 11, 2023, at https://www.leg.state.nv.us/App/NELIS/REL/77th2013/ExhibitDocument/OpenExhibitDocument?exhibitId=8455&fileDownloadName=h0404ab310r_grat.pdf.

Larson, R., Eilers, J., Kreuz, K., Pecher, W.T., DasSarma, S., and Dougill, S., 2016, Recent desiccation-related ecosystem changes at Lake Abert, Oregon—A terminal alkaline salt lake: Western North American Naturalist, v. 76, no. 4, p. 389–404, accessed November 12, 2023, at https://www.jstor.org/stable/44651214.

Lindenmayer, D.B., and Likens, G.E., 2009, Adaptive monitoring—A new paradigm for long-term research and monitoring: Trends in Ecology & Evolution, v. 24, no. 9, p. 482–486, accessed November 12, 2023, at https://doi.org/10.1016/j.tree.2009.03.005.

Lindenmayer, D.B., and Likens, G.E., 2010, The science and application of ecological monitoring: Biological Conservation, v. 143, no. 6, p. 1317–1328, accessed November 12, 2023, at https://doi.org/10.1016/j.biocon.2010.02.013.

Lopes, T.J., and Allander, K.K., 2009, Water budgets of the Walker River Basin and Walker Lake, California and Nevada: U.S. Geological Survey Scientific Investigations Report 2009–5157, 44 p., accessed November 12, 2023, at https://pubs.usgs.gov/sir/2009/5157/pdf/sir20095157.pdf.

Martin, J.T., Pederson, G.T., Woodhouse, C.A., Cook, E.R., McCabe, G.J., Anchukaitis, K.J., Wise, E.K., Erger, P.J., Dolan, L., McGuire, M., Gangopadhyay, S., Chase, K.J., Littell, J.S., Gray, S.T., George, S.S., Friedman, J.M., Sauchyn, D.J., St-Jacques, J.M., and King, J., 2020, Increased drought severity tracks warming in the United States' largest river basin: Proceedings of the National Academy of Sciences of the United States of America, v. 117, no. 21, p. 11328–11336, accessed November 12, 2023, at https://doi.org/10.1073/pnas.1916208117.

Miller, O.L., Miller, M.P., Longley, P.C., Alder, J.R., Bearup, L.A., Pruitt, T., Jones, D.K., Putman, A.L., Rumsey, C.A., and McKinney, T., 2021, How will baseflow respond to climate change in the Upper Colorado River Basin?: Geophysical Research Letters, v. 48, no. 22, 11 p., accessed November 12, 2023, at https://doi.org/10.1029/2021GL095085.

Miller, O.L., Putman, A.L., Alder, J., Miller, M., Jones, D.K., and Wise, D.R., 2021, Changing climate drives future streamflow declines and challenges in meeting water demand across the southwestern United States: Journal of Hydrology X, v. 11, 16 p., accessed November 12, 2023, at https://doi.org/10.1016/j.hydroa.2021.100074.

Moore, J.N., 2016, Recent desiccation of Western Great Basin saline lakes—Lessons from Lake Abert, Oregon, USA: Science of the Total Environment, v. 554–555, p. 142–154, accessed November 12, 2023, at https://doi.org/10.1016/j.scitotenv.2016.02.161.

Overpeck, J.T., and Udall, B., 2020, Climate change and the aridification of North America: Proceedings of the National Academy of Sciences of the United States of America, v. 117, no. 22, p. 11856–11858, accessed November 12, 2023, at https://doi.org/10.1073/pnas.2006323117.

Runge, M.C., Converse, S.J., and Lyons, J.E., 2011, Which uncertainty? Using expert elicitation and expected value of information to design an adaptive program: Biological Conservation, v. 144, no. 4, p. 1214–1223, accessed November 12, 2023, at https://doi.org/10.1016/j.biocon.2010.12.020.

Rushing, C.S., Rubenstein, M., Lyons, J.E., and Runge, M.C., 2020, Using value of information to prioritize research needs for migratory bird management under climate change—A case study using federal land acquisition in the United States: Biological Reviews, v. 95, p. 1109–1130, accessed November 12, 2023, at https://doi.org/10.1111/brv.12602.

Senner, N.R., Moore, J.N., Seager, S.T., Dougill, S., Kreuz, K., and Senner, S.E., 2018, A salt lake under stress—Relationships among birds, water levels, and invertebrates at a Great Basin saline lake: Biological Conservation, v. 220, p. 320–329, accessed November 12, 2023, at https://doi.org/10.1016/j.biocon.2018.02.003.

Shrestha, D., Brown, J.F., Benedict, T.D., and Howard, D.M., 2021, Exploring the regional dynamics of U.S. irrigated agriculture from 2002 to 2017: Land, v. 10, no. 4, article 394, accessed November 12, 2023, at https://doi.org/10.3390/land10040394.

Skagen, S.K., Brown, S., and Johnson, R., 2005, Implications of different shorebird migration strategies for habitat conservation, *in* Bird conservation implementation and integration in the Americas—Proceedings of the Third International Partners in Flight Conference: U.S. Forest Service, Pacific Southwest Research Station, p. 680–683. [Also available at https://www.fs.usda.gov/psw/publications/documents/psw_gtr191/psw_gtr191_0680-0683_skagen.pdf.]

Snyder, K.A., Evers, L., Chambers, J.C., Dunham, J., Bradford, J.B., and Loik, M.E., 2019, Effects of changing climate on the hydrological cycle in cold desert ecosystems of the Great Basin and Columbia Plateau: Rangeland Ecology and Management, v. 72, no. 1, p. 1–12, accessed November 12, 2023, at https://doi.org/10.1016/j.rama.2018.07.007.

Solander, K.C., Bennett, K.E., Fleming, S.W., and Middleton, R.S., 2019, Estimating hydrologic vulnerabilities to climate change using simulated historical data—A proof-of-concept for a rapid assessment algorithm in the Colorado River Basin: Journal of Hydrology—Regional Studies, v. 26, 100642, 16 p., accessed November 12, 2023, at https://doi.org/10.1016/j.ejrh.2019.100642.

Stantial, M.L., Lawson, A.J., Fournier, A.M.V., Kappes, P.J., Kross, C.S., Runge, M.C., Woodrey, M.S., and Lyons, J.E., 2023, Qualitative value of information provides a transparent and repeatable method for identifying critical uncertainty: Ecological Applications, v. 33, no. 4, 15 p., accessed November 12, 2023, at https://doi.org/10.1002/eap.2824.

SWCA, 2012, Definition and assessment of Great Salt Lake health: Prepared for State of Utah Great Salt Lake Advisory Council, Salt Lake City, Utah, 90 p., accessed October 3, 2023, at https://deq.utah.gov/great-salt-lake-advisory-council/activities-great-salt-lake-advisory-council.

Tavernia, B.G., Meehan, T., Neill, J., and Luft, J., 2021, Hydrology affects shorebirds, waterfowl, and other waterbirds at Bear River Bay, a globally important bird area: Journal of Field Ornithology, v. 92, no. 4, p. 388–401, accessed November 12, 202, at. https://doi.org/10.1111/jofo.12381.

Udall, B., and Overpeck, J., 2017, The twenty-first century Colorado River hot drought and implications for the future: Water Resources Research, v. 53, no. 3, p. 2404–2418, accessed November 12, 2023, at https://doi.org/10.1002/2016WR019638.

U.S. Census Bureau, 2023a, Davis County, Utah: U.S. Census Bureau database, accessed February 21, 2023, at https://data.census.gov/profile/Davis_County,_Utah?g=0500000US49011.

U.S. Census Bureau, 2023b, Reno, NV metro area: U.S. Census Bureau database, accessed February 21, 2023, at https://data.census.gov/profile/Reno,_NV_Metro_Area?g=310XX00US39900.

U.S. Census Bureau, 2023c, Salt Lake County, Utah: U.S. Census Bureau database, accessed February 21, 2023, at https://data.census.gov/profile/Salt_Lake_County,_Utah?g=0500000US49035.

U.S. Census Bureau, 2023d, Utah County, Utah: U.S. Census Bureau database, accessed February 21, 2023, at https://data.census.gov/profile/Utah_County,_Utah?g=0500000US49049.

U.S. Census Bureau, 2023e, Weber County, Utah: U.S. Census Bureau database, accessed February 21, 2023, at https://data.census.gov/profile/Weber_County,_Utah?g=0500000US49057.

U.S. Fish and Wildlife Service, 2023, Mission and vision: U.S. Fish and Wildlife Service web page, accessed September 29, 2023, at https://www.fws.gov/about/mission-and-vision.

U.S. Geological Survey (USGS) Gap Analysis Project, (GAP), 2022, Protected areas database of the United States (PAD-US) 3.0: U.S. Geological Survey data release, accessed March 1, 2023, at https://doi.org/10.5066/P9Q9LQ4B.

van Wijk, D., Chang, M., Janssen, A.B.G., Teurlincx, S., and Mooij, W.M., 2023, Regime shifts in shallow lakes explained by critical turbidity: Water Research, v. 242, 13 p., accessed April 13, 2023, at https://doi.org/10.1016/j.watres.2023.119950.

Vidal, N., Yu, J.L., Gutierrez, M.F., de Mello, F.T., Tavsanoglu, U.N., Cakiroglu, A.I., He, H., Meerhoff, M., Brucet, S., Liu, Z.W., and Jeppesen, E., 2021, Salinity shapes food webs of lakes in semiarid climate zones—A stable isotope approach: Inland Waters, v. 11, no. 4, p. 476–491. [Also available at https://doi.org/10.1080/20442041.2020.1859290.]

Wang, J.D., Song, C.Q., Reager, J.T., Yao, F.F., Famiglietti, J.S., Sheng, Y.W., MacDonald, G.M., Brun, F., Schmied, H.M., Marston, R.A., and Wada, Y., 2018, Recent global decline in endorheic basin water storages: Nature Geoscience, v. 11, no. 12, p. 926–932, accessed November 12, 2023, at https://doi.org/10.1038/s41561-018-0265-7.

Wilkinson, M.D., Dumontier, M., Aalbersberg, I.J., Appleton, G., Axton, M., Baak, A., Blomberg, N., Boiten, J.W., Santos, L.B.D., Bourne, P.E., Bouwman, J., Brookes, A.J., Clark, T., Crosas, M., and others, 2016, Comment—The FAIR guiding principles for scientific data management and stewardship: Scientific Data, v. 3, 9 p., accessed November 12, 2023, at https://doi.org/10.1038/sdata.2016.18.

Williams, B.K., Szaro, R.C., and Shapiro, C.D., 2009, Adaptive management—The U.S. Department of the Interior technical guide: U.S. Department of the Interior Federal Government Series Report, 72 p., accessed November 12, 2023, at https://pubs.er.usgs.gov/publication/70194537.

Wilsey, C.B., Taylor, L., Michel, N., and Stockdale, K., 2017, Water and birds in the arid West—Habitats in decline: New York, National Audubon Society, 51 p., accessed November 12, 2023, at https://media.audubon.org/wbaw_report_5july17_updated.pdf.

Wurtsbaugh, W.A., Miller, C., Null, S.E., DeRose, R.J., Wilcock, P., Hahnenberger, M., Howe, F., and Moore, J., 2017, Decline of the world's saline lakes: Nature Geoscience, v. 10, no. 11, p. 816–821, accessed November 12, 2023, at https://doi.org/10.1038/ngeo3052.

Zadereev, E., 2018, Salt lakes, surrounding environments and environmental management, *in* Introduction to salt lake sciences: Beijing, China, Science Press Beijing, p. 172–179. [Also available at https://www.researchgate.net/publication/329362271_Salt_Lakes_Surrounding_Environments_and_Environmental_Management.]

# Appendix 1.    Great Basin Terminal Lakes Gap Analysis

The U.S. Geological Survey (USGS) established the Saline Lake Ecosystems Integrated Water Availability Assessment (IWAAs) Team (hereinafter referred to as Saline Lake Ecosystems Team) in response to the Saline Lake Ecosystems in the Great Basin States Program Act of 2022 (Public Law 117-318), which became law on December 27, 2022. The Congressional Act tasked the Saline Lake Ecosystems Team to complete a synthesis and assessment of available literature and data on hydrologic information related to water availability, migratory birds, and other wildlife that depend on terminal lakes in the Great Basin. The literature and data assessment inform the Saline Lake Ecosystems Team about associated information gaps across 20 terminal lake watersheds (fig. 1.1). This appendix provides details on the literature review and data analysis as well as integrates this information with partner engagement findings to identify knowledge and information gaps to help prioritize future research.



**Figure 1.1.**    Twenty terminal lake watersheds across the Great Basin that were evaluated during this literature synthesis and gap assessment.

# Literature Review

This literature synthesis is being used to inform the USGS Saline Lake Ecosystems IWAAs Science Strategy and Adaptive Implementation Framework about current gaps related to science and data needs. A primary goal of the gap analysis and literature synthesis is to leverage existing information and develop an integrated science assessment that can be used to identify information on topics related to water availability and waterbirds.

## Methods

A keyword search on terminal lake ecology and hydrology in Google Scholar (using Publish or Perish software; Harzing, 2007) and Scopus (using BiblioSearch software; Kleist and Enns, 2022) was completed. The keyword search was used to gather relevant peer-reviewed publications, including journal articles, agency, or non-governmental organization (NGO) reports, books, theses, and dissertations (hereinafter publications). Both search engines look for key terms in the title, abstract, and keywords, but Google Scholar also searches for key terms within the full text. Three topical areas were explored for our queries: waterbird ecology (and waterbird species), hydrology, and aquatic species. All topical area queries included search terms for terminal lake systems –(saline lake[s], hypersaline, hypersalinity, terminal lake[s], or alkaline lake[s]; geographical area); Great Basin or Intermountain West; and (or) 20 terminal lake names (table 1.1). Eleven lakes are collectively known as the Warner Lakes; therefore Warner Lake(s) was used in the search and counted as just one lake. The waterbird topical area included a query of general waterbird terms (n = 4, table 1.2) as well as separate queries of each scientific and/or common name of 15 waterbirds of interest. The hydrologic topical area included a query of general hydrology and hydrogeology, water sources, water chemistry, and water monitoring types (n = 21 searched hydrologic terms). The aquatic species topical area included a query of scientific and/or common names of aquatic insects, fish, and crustaceans of interest (n = 28 searched terms: table 1.2). Queries were not restricted by publication date. Key terms were identical for Google Scholar and Scopus searches, except for the query of waterbird scientific and common names, which was only queried in Scopus to avoid full-text searches that would likely capture species lists on websites instead of targeted research. Queries were executed for waterbird and aquatic species on June 23, 2022, and for the hydrology query on July 1, 2022. Notably, some literature that used less common scientific terms (for example, underground water instead of groundwater) or alternative lake names (for example, Abert Lake instead of Lake Abert) may have been missed. However, if those publications identified the current commonly used lake name in the title, abstract, or keywords, our search would have still identified it.

For each query topic (waterbird, hydrology, and aquatic species), results were combined into one database, and duplicate titles were removed. Output included information on literature source, title, authors, document type (for example, article, book chapter, website), year published, digital object identifier, uniform resource location (url) link, and journal name. The waterbird query resulted in 2,650 publications, the hydrology query returned 6,368 publications, and the aquatic species query returned 4,797 publications. Most of the publications returned by the aquatic species query were studies of crustaceans (2,899 publications) and insects (1,786 publications), and very few were of fish (112 publications). Because our focus was generally on waterbirds, and because the interconnectedness between waterbirds and aquatic species was well represented in the waterbird query, the output from the aquatic species query was dropped from the synthesis. Therefore, the waterbird query represents the ecology literature review. Moving forward with just the hydrology and ecology topical queries (9,018 publications), a team of USGS hydrologists (n = 23) and ecologists (n = 13) conducted a rapid review of the publications (title and abstract only) to determine if each publication might be relevant to the overall goal of identifying literature that would inform an understanding of the hydrology and ecology of terminal lakes in the Great Basin. The rapid review included classifying the publications as research, results, or data (1) related to the 20 queried terminal lakes in the Great Basin, (2) related to terminal lakes throughout North America, or (3) associated with terminal lakes in other regions of the world. Upon completing the rapid review, 935 publications were deemed relevant.

The relevant publications were fully reviewed and categorized into hydrologic and ecologic research topics. Broad topical areas for classifying hydrological and ecological information from the relevant publications were used to avoid subtle differences across research areas and to help create a common ontology across disciplines and publications. In addition to classifying the research topics for each paper, the following also was gathered: information on the name(s) of the lake(s) on which the paper focused, the geographic location (usually a U.S. State), name(s) of focal waterbird species and associated guilds (for the waterbird literature), and main hydrologic issues presented (for the hydrology literature). Ten additional publications were identified during the review process because of changes to lake names or because they were associated with the specific wildlife species names.

**Table 1.1.**   Search terms included as a Boolean (AND/OR) to each topical area query (waterbird ecology, hydrology, and aquatic species).

[Searches were conducted in Google Scholar and Scopus]

| |
|---|
| saline lake(s), hypersaline, hypersalinity, terminal lake(s), or alkaline lake(s), great basin or intermountain west, eagle lake, honey lake, mono lake, owens lake, carson lake, carson sink, franklin lake, pyramid lake, warner lakes, warner lake, ruby lake, walker lake, winnemucca lake, lake abert, malheur lake, harney lake, summer lake, silver lake, goose lake, great salt lake, sevier lake |

**Table 1.2.**   Search terms for relevant peer-reviewed publications on terminal lake ecology and hydrology.

[Searches were conducted in Google Scholar and Scopus]

| Query topic | Keywords |
|---|---|
| Waterbird | waterbird(s), shorebird(s), wader(s), or stopover |
| | Common or Scientific name of 15 waterbirds of interest |
| | *Oxyura jamaicensis* OR ruddy duck |
| | *Podiceps nigricollis* OR eared grebe |
| | *Pelecanus erythrorhynchos* OR American white pelican |
| | *Plegadis chihi* OR (white AND faced AND ibis) |
| | *Recurvirostra americana* OR American avocet |
| | *Charadrius nivosus* OR snowy plover |
| | *Limosa fedoa* OR marbled godwit |
| | *Calidris mauri* OR Western sandpiper |
| | *Phalaropus tricolor* OR Wilson's phalarope |
| | *Numenius americanus* OR (long AND billed AND curlew) |
| | *Spatula cyanoptera* OR cinnamon teal |
| | *Aythya america*na OR redhead OR redheads OR redhead duck |
| | *Aythya affinis* OR lesser scaup |
| | *Cygnus columbianus* OR tundra swan |
| | *Antigone canadensis* OR sandhill crane |
| Hydrology | hydrology, hydrogeology, evapotranspiration, surface water, groundwater, ground AND water, groundwater, water budget, water chemistry, groundwater chemistry, groundwater chemistry, ground AND water chemistry, surface water chemistry, surfacewater chemistry, surface AND water chemistry, geochemistry, spring, bathymetry, stream-flow, hydroclimatic, watershed, numerical model, water availability, water use, monitoring well, stream gage, streamgage |
| Aquatic species | **Insects:** |
| | *Chironomus utahensis* or chironomid |
| | *Ephydra hians* or alkali fly |
| | *Ephydra* spp or brine fly |
| | *Trichocorixa verticalis* or corixids |
| | **Fish:** |
| | *Catostomus warnerensis* or warner sucker |
| | *Catostomus occidentalis lacusanserinus* or Goose Lake Sucker |
| | *Oncorhynchus mykiss newberrii* or Great Basin Redband Trout |
| | *Oncorhynchus mykiss* spp or Goose Lake Redband Trout or Warner Lake Redband Trout |
| | Crustaceans: |
| | *Artemia monica* or Mono brine shrimp |
| | *Hyalella azteca* or amphipod |
| | *Heterocypris* or ostracod |
| | *Artemia franciscana* or San Francisco brine shrimp |
| | *Branchinecta dissimilis* or Great Basin fairy shrimp |
| | *Cladocera* spp or copepods |

Case 2:25-cv-00657     Document 1-5     Filed 08/07/25     PageID.1450     Page 115 of 169

32     Integrated Science Strategy for Water Availability and Migratory Birds for Terminal Lakes, Great Basin, United States

An information density analysis (Wilkinson and Friendly, 2009) was used to identify knowledge and information gaps associated with each topical category across the hydrological and ecological literature related to the queried terminal lakes within the Great Basin. The density analysis focused on the number of publications related to publication date, specific topical areas, specific lakes, and partner priorities. Although the number of publications is useful to identify potential research/data gaps, the relevance and quality of those publications are also important. Because terminal lake systems are in flux, publications from the last 20 years (hereinafter recent) likely provide more applicable information regarding current conditions and associated responses to those conditions. However, literature published in prior decades may provide a foundational understanding of how species, food webs, and (or) lake ecosystems functioned prior to more recent extreme conditions. Data associated with terminal lakes in the Great Basin (n = 779; fig. 1.2) were plotted using heatmaps in the R library, ggplot2 (Wickham, 2018) using the median age of the research literature for each terminal lake to represent the temporal relevance of the literature synthesis information (fig.1.3A–1.3B).

# Partner Engagement

Partner workshops were used to identify and document environmental data-collection activities and scientific monitoring and assessment needs that can be used to inform management decisions for terminal lake watersheds and the wildlife that depend on them. A detailed description of partner workshops is in appendix 3. Participants were asked to rank the importance of waterbird guilds (open-waterbirds, shorebirds, wading birds, and waterfowl) across the Great Basin terminal lakes. The partner rankings were used to organize literature data (figs. 1.3A–1.3B, and 1.4). The highest-ranked categories and guilds were those identified as needing additional understanding to inform conservation and management efforts. Partners were asked to rank specific hydrologic and ecologic information needs separately. Responses were grouped into similar ecologic and hydrologic topic types within the top partner rankings to facilitate the evaluation of potential research gaps (table 1.3).

Because the hydrologic topic "water budget" is a multifaceted category and was ranked as the highest priority by our partners (table 1.3), for the literature synthesis this topic was separated into individual components of water budgets. An automated search of the hydrologic literature's keywords was based on the defined components of water budgets. These components included surface water inflows, soil moisture, snowpack, precipitation, groundwater inflows, evapotranspiration, and consumptive use. The distribution of documents related to the water budget components to the specific terminal lakes were assessed To more closely evaluate potential information and knowledge gaps over space and time by topic in the literature related to water budgets (fig 1.3A).



**Figure 1.2.** Temporal range of publications that were reviewed in the hydrologic (n = 392) and ecologic (n = 347) topics from each of the queried terminal lakes in the Great Basin (see Herring and others, 2023). The median publication year is represented as a dot for each lake, with bars representing the range. The y-axis shows the lake name and the number of publications in the hydrology or ecology category, respectively, in parentheses. Note that the combined numbers of papers in parentheses exceed the total number of papers on the hydrologic and ecologic topics because some papers pertained to multiple lakes and (or) both topics. [n, number.]

Case 2:25-cv-00657     Document 1-5     Filed 08/07/25     PageID.1452     Page 117 of 169

34     Integrated Science Strategy for Water Availability and Migratory Birds for Terminal Lakes, Great Basin, United States



**Figure 1.3.** Distribution of research literature addressing (*A*) water budget components and (*B*) hydrology and ecology topics across the Great Basin sorted by lake. The top partner hydrologic priority of water budget (*A*) is shown here with hydrologic components that are used to establish water budgets. Classifications on the y-axis indicate priorities ranked by partners (water use [W2], lake/wetlands surface water [W3], hydrologic vulnerability [W4], water quality [W5], habitat [E1], bird dispersal among terminal lakes [E2], bird population abundance/trend [E3], and food/prey availability [E4]). The threatened species/species of concern category (E5) is included in ecologic topics E1–E5. The color scheme in the boxes reflects the median publication year and the number in the box indicates the number of publications. Note: Blank spaces indicate no literature associated with that hydrologic and ecologic topic and (or) that lake.



**Figure 1.4.** Distribution of ecological literature topical areas across the Great Basin sorted by waterbird guild, lake, and ecologic topic. Classifications on the y-axis (E1–E4) of literature review categories are assigned for each waterbird guild in descending priority based on partner rankings (habitat [E1], bird dispersal among terminal lakes [E2], bird population abundance/trend [E3], and food/prey availability [E4]). Waterbird guilds were defined as open-waterbirds, shorebirds, wading birds, and waterfowl. The color scheme in the boxes reflects the median publication year and the number in the box indicates the number of publications. Blank spaces indicate no literature associated with that ecologic topic and (or) that lake. Sevier Lake was not included because there were no ecologic topic publications for that lake.

Case 2:25-cv-00657    Document 1-5    Filed 08/07/25    PageID.1454    Page 119 of 169

36    Integrated Science Strategy for Water Availability and Migratory Birds for Terminal Lakes, Great Basin, United States

**Table 1.3.**    Partner priority ranks and grouping of literature review categories.

[Priorities identified in the partner workshops also led the team to perform additional reviews and analyses of the identified literature. E1 represents the priority ranking of 1 for the ecosystem topics. W1 represents the priority ranking of 1 for the water availability topics]

| Partner rank | Ecologic/hydrologic priority | Related literature review category |
|---|---|---|
| E1 | Habitat | Waterbird habitat selection/suitability |
| E2 | Bird dispersal among terminal lakes | Waterbird migration/migratory connectivity |
| E3 | Bird population abundance/trend | Waterbird population dynamics |
| | | Waterbird abundance |
| | | Waterbird nesting ecology |
| E4 | Food/prey availability | Food webs/community ecology |
| | | Waterbird foraging ecology |
| | | Waterbird prey availability |
| E5 | Threatened species/species of concern | All categories above |
| W1 | Water budget | Surface water inflows |
| | | Soil moisture |
| | | Snowpack |
| | | Precipitation |
| | | Groundwater inflows |
| | | Evapotranspiration |
| | | Consumptive use |
| W2 | Water use | Water use |
| | | Commercial/industrial impacts |
| W3 | Lake/wetlands surface water | Upgradient surface water |
| | | Lake characteristics |
| W4 | Hydrologic vulnerability | Hydrologic vulnerability |
| | | Degree of decline |
| W5 | Water quality | Trends water quality |

# Ecological Data Availability

To understand interactions between ecological and hydrological processes, a data integration process was used to link disparate sources of ecological data with established warehouses of hydrological data. These efforts are ongoing and have focused on identifying data reflecting three categories of information: population surveys, individual locations, or resources/habitat quantification. Survey information may also reflect taxa abundance or occupancy/occurrence. Location data from marked individuals may include repeated relocations through telemetry or single-recovery locations (for example, banding data). Resource-quantification data reflect some aspect of habitat generally as a vector of quality or value such as food density, or relative probability of occurrence among a suite of habitat types. Applicable datasets need to be digital and machine-readable to be easily incorporated into built-for-purpose data-storage and analysis environments. To assess the ease and suitability of incorporating datasets into other data environments, data characteristics and metadata availability were considered. Three sources were queried to identify suitable datasets: (1) large-scale and domain-specific data repositories, (2) relevant literature identified in this review, and (3) regional partner groups (for example, State and Federal wildlife and natural resource agencies and non-governmental organizations; table 1.4). Many datasets (for example, eBird) were cross-referenced, however, in multiple repositories requiring identification to avoid duplication. To date, 189 potentially relevant datasets have been identified and 122 unique sets have established processes to access publicly available data or for which authorization for use and summary has been received (table 1.4). Most datasets identified thus far represent population survey data (n = 162; 86 percent), but these data often reflect single species occupancy without spatial or temporal replication or estimates of effort, which limits their usefulness for future integration and meta-analysis.

**Table 1.4.** Data repositories that were queried for relevant ecologic data on migratory birds within the Great Basin.

[Identified datasets represent those that were found from data repository queries, relevant literature, and partner agencies. Accessed datasets are a subset of the identified datasets and include those that have been authorized to be used in summary fashion]

| Repository or data source | Identified datasets | Accessed datasets |
|---|---|---|
| Literature review (Google Scholar & Scopus) | 4 | 3 |
| Movebank | 19 | [1]6 |
| Global Biodiversity Information Facility (GBIF) | 90 | 90 |
| Avian Knowledge Network (AKN) | 50 | [2]0 |
| eBird | 1 | [3]0 |
| Audubon Christmas Bird Count | 2 | 0 |
| Breeding Bird Survey/USGS-EESC | 6 | 6 |
| Bird Banding Laboratory | 2 | 2 |
| Migratory Bird Data Center | 2 | 2 |
| Dryad | 0 | 0 |
| ScienceBase (excludes data recovered elsewhere) | 0 | 0 |
| Partners In Flight | 6 | 6 |
| Rocky Mountain Avian Data Center | 5 | 5 |
| USGS - ASC | 2 | 2 |

[1]Several identified datasets are duplicated with a single secured dataset.

[2]Some individual AKN datasets may be duplicated in GBIF data.

[3]Duplicated in GBIF data.

## Water-Data Review

A review of the surface-water, groundwater, and water-quality data available in the USGS National Water Information System (NWIS; U.S. Geological Survey, 2022) and Water Quality Portal (WQP; National Water Quality Monitoring Council, 2022) was done to inform the gap analysis of water-data availability. Data from partner organizations were not included in this literature review and the gap analysis identified the need to include partner data and information in future steps. To assess the available water data, the watershed boundaries for each terminal lake were defined using the USGS National Hydrography Dataset (NHD plusHiRes; Buto and Anderson, 2020) in consultation with subject-matter experts on the Saline Lake Ecosystems Team. The sites were then inventoried with groundwater, surface-water, and water-quality records using the dataRetrieval package in R (DeCicco and others, 2022; R Core Team, 2022), which uses programmatic access to NWIS and the WQP.

To determine recently active monitoring sites, water-data records from January 1, 2000, to November 27, 2022, were queried for selected variables measuring surface water,

groundwater, and water quality of surface-water sites (hereinafter referred to as water quality). Spatial queries for water data were made within the extent of each lake watershed to capture data attributed to the lake and inflowing rivers and streams. For surface-water and water-quality sites, the location of each site returned was recorded as located along a primary tributary (stream order 3 or above; see Strahler, 1957), on a headwater stream (stream order 1 or 2), or along a primary lake waterbody. This categorization was not determined for groundwater because not all well locations are directly associated with a specific stream or lake. For groundwater and surface-water sites, a minimum threshold of two measurements in a given year over the focal period (2000–22) was used to identify sites. In contrast, any sites collecting water-quality data were included in the water-data review because of the more variable nature of sampling water quality (for example, typically discrete field sampling).

Continuous groundwater and surface-water data from NWIS were obtained. Surface-water measurements included streamflow, stream stage, and lake stage. Daily and instantaneous values were pulled for surface-water and groundwater variables. A daily value captures the parameter condition on any given day and is a statistical summary value (for example, mean) taken from the instantaneous values of that day. For this gap analysis, daily values were used to summarize data coverage across the watersheds because they capture the breadth of active sites across all parameters (figs. 1.4–1.8). Discrete field measurement values of surface-water streamflow and depth to groundwater level were also extracted and evaluated from NWIS. Field measurements are the discrete records measured manually by USGS staff that help supplement the automatically recorded continuous measurements. In all, the addition of discrete surface-water and groundwater records adds value to the data coverage of certain lake watersheds in the Great Basin.

Discrete water-quality data were queried from the WQP for each of the lake watersheds. In contrast to the parameter code approach available in NWIS, WQP data queries were pulled by the measurement name using the water-quality characteristic name attribute. To capture the water-quality data, our efforts were focused on the following measurements: water temperature, specific conductance, salinity, dissolved oxygen, pH, nitrate, nitrogen, and phosphorus. All selected measurement categories except for salinity are individual chemical constituent values in the WQP. By contrast, the salinity measurement category in our results combines WQP's "Salinity" parameter, defined as the amount of salt in the water sample, and "Total Dissolved Solids," which is the sum of all substances dissolved in the water sample. These two measurement categories were selected to expand our data coverage of salinity across our various watersheds because total dissolved solids are commonly used as a proxy for salinity in water. Specific gravity and density of water at 20 degrees Celsius were two additional proxy measurements of salinity that are used to expand the water-quality data query for salinity; however, those records were removed from the results because there were only records for Great Salt Lake.



**Figure 1.5.** Streamgage and lake-elevation gage sites with at least three measurements each year, in the Great Basin, 2000–22. Sites are shown as colored circles to indicate the total number of daily measurements at each gage site, with a maximum of 8,367 possible measurements per site over the focal period (2000–22). All streamgage sites shown are situated along the lake's primary tributaries (defined here as stream order 3 or greater; see Strahler, 1957).



**Figure 1.6.** Surface-water sites and daily data coverage for each terminal lake watershed, in the Great Basin, 2000–22. Heatmap shows the number of surface-water sites with at least three streamflow measurements in a given year. Numbers in tiles are the total number of sites for that year.



**Figure 1.7.**   Groundwater-level measurement sites with at least two discrete measurements in at least 1 year, in the Great Basin, 2000–22. Sites are colored to indicate the total number of measurements at each well site. There was a total of 64,000 discrete groundwater-level records at 2,714 different sites in the queried watersheds of the Great Basin.



**Figure 1.8.**    Groundwater sites and daily data coverage for each terminal lake watershed, in the Great Basin, 2000–22. Heatmap shows the number of groundwater sites with at least two measurements in a given year. Numbers in tiles are the total number of sites for that year.

The resulting data from NWIS and WQP were processed to remove missing and duplicate records. To assess gaps in data, the number of sites per year (with a minimum of two measurements each year) was used for each lake over the 22-year period of interest (fig. 1.9).

## Hydrological and Ecological Knowledge and Information Gaps

The Saline Lake Ecosystems IWAAs Team used an integrated process to identify hydrological and ecological knowledge and information gaps at the different conceptual model spatial extents. The integrated process combined the results from an extensive literature review, USGS data review, and partner input received through one-on-one discussions and workshops with subject-matter experts and managers (app. 3). The integrated process highlights information gaps within and across spatial extents including individual terminal lakes (lake spatial extent), individual terminal lake watersheds (watershed spatial extent), and the interconnected system of terminal lakes across the Great Basin (regional spatial extent). Despite extensive literature review, data review, and numerous partner engagements, the gaps described in the sections that follow do not represent a comprehensive list. It is unclear if the documents compiled during the literature review provide foundational or relevant knowledge and information. The relevance and applicability of the literature will need to be determined during future study phases and the implementation of workplans. Additionally, the data review was limited in scope and does not necessarily account for data being collected by other bureaus and agencies. Future work could include assimilating accessible data from Federal, State, Tribal, and other organizations.

An iterative and collaborative process is needed by which partners work together to prioritize and identify additional gaps to develop actionable science outcomes for coming years to address the complex challenges of water availability and the effects on waterbirds across the Great Basin. The information and knowledge gaps identified by this process are not prioritized, given that the list is considerable in length and requires refinement. The process of addressing information gaps will rely on synthesizing new information and insights, including understanding similar systems from which knowledge can be translated. Thematic priorities from partner engagements are introduced in the spatial extent introductions, but the list is not prioritized because each year new information should be assimilated to understand evolving priorities.

## Lake Spatial Extent

Information and knowledge gaps identified at the lake spatial extent highlight a lack of understanding about the linkages between water quantity and water quality, and how they influence the type, extent, and diversity of habitats,

which ultimately impact bird behaviors at a terminal lake or in adjacent aquatic and terrestrial environments. Partners identified hydrologic and ecologic information priorities including (1) tracking individual bird movement to determine how habitats are used; (2) conducting coherent long-term hydrologic and ecologic monitoring to understand spatial and temporal patterns of individual water-budget components; (3) identifying key habitat characteristics and conditions to assess and forecast for future changes, including changes to freshwater inflows and climate changes; and (4) evaluating the effectiveness of restoration efforts.

### Hydrological Data and Information Gaps

The following hydrological data and information gaps were identified at the lake spatial extent:

- Information on the different components of water budgets at specific terminal lakes has been identified as having gaps, including in the open-water and adjacent aquatic environments. Information gaps from specific terminal lakes highlight knowledge that is limited, older, and not representative of today's current (2023) conditions, or missing.

  o Great Salt Lake, Mono Lake, and Owens Lake are the only lakes associated with recent (approximately the last decade) documents covering all water-budget components for lake water budget estimates, but data are lacking on specific locations in the open-water and adjacent aquatic environments for these lakes.

    ▪ There is limited understanding of water budget components at wetland complexes in Bear River Migratory Bird Refuge, part of the adjacent aquatic environments to Great Salt Lake.

  o Malheur Lake is the subject of recent estimates of several water-budget components but at the Malheur Wildlife Refuge, there is a lack of information to understand key factors influencing water availability and habitat availability.

  o At Ruby Lake National Wildlife Refuge, water-quality data is needed to evaluate effects from climate change and potential mining operation expansion.

  o Pyramid Lake has a large amount of literature, but that literature tends to be older studies (>20 years old) or information that is not available to the public.

  o Little to no data on water-budget components are available for Oregon lakes.

  o Downgradient from Lahontan Dam at Carson Sink and Carson Lake (Nevada), there are almost no associated details for water budgets or associated hydrologic components.



**Figure 1.9.**   Surface-water-quality sites, in the Great Basin, 2000–22. Circle color indicates the number of measurements at each site. All stream sites shown are situated along the lake's primary tributaries (defined here as stream order 3 or greater; see Strahler, 1957). Water-quality measurements included a suite of water chemistry variables (for example, nitrate, salinity, water temperature, etc.).

Case 2:25-cv-00657    Document 1-5    Filed 08/07/25    PageID.1462    Page 127 of 169

44    Integrated Science Strategy for Water Availability and Migratory Birds for Terminal Lakes, Great Basin, United States

- Active surface-water (streamgage and water elevation or stage) monitoring sites are needed near or within open-water and adjacent aquatic environments to understand fluctuations in extent and depth.

  o Surface-water monitoring at some of the terminal lakes is undertaken by other Federal, State, Tribal, or non-governmental organizations. Cataloging and leveraging this accessible data can quickly fill data and information gaps.

  o Continuous lake-stage data are only being collected at Great Salt Lake, Mono Lake, and Walker Lake.

  o Discrete stage data are being collected weekly in the Carson Sink wetland and Stillwater Marsh, biweekly in Ruby Lake open-water and adjacent aquatic environments, and monthly in Pyramid Lake open water.

  o Bathymetric data are lacking at a scale warranted for ecological or ecohydrological questions across most lakes including the following:

    ▪ Anaho Island National Wildlife Refuge, which needs updated bathymetry of Pyramid Lake to predict when a land bridge will form as lake levels decline.

    ▪ Ruby Lake, which needs improved bathymetry to understand depth-volume dynamics of the managed marsh system.

    ▪ Malheur Lake and other terminal lakes in Oregon, for which some data have been collected to understand bathymetry, but data are currently (2023) lacking interpretation.

- Water-quality data are spatially and temporally limited for terminal lakes and adjacent aquatic environments. These data gaps limit the understanding of linkages between water quantity, water quality, and habitat conditions, including what changes during lake-level fluctuations.

  o Most water-quality measurements are collected in streams upgradient from the terminal lakes.

  o Salinity is the least monitored water-quality variable, with measurements occurring at only 10 terminal lakes in the open water. Most "salinity" measurements are total dissolved solids.

  o Data on freeze/thaw spatial information is lacking.

  o Data are needed on wetting and re-wetting of surfaces during lake extent fluctuations and its influence on primary productivity.

- Open-water evaporation from hypersaline lakes is not being measured nor is the literature sufficient to characterize this. Information on open-water evaporation at hypersaline lakes helps to understand how changes in climate can reduce water availability.

- Information on different components of water budgets at specific terminal lakes, including open-water and adjacent aquatic environments, is limited, old, not representative of current conditions, or nonexistent.

## Ecological Data and Information Gaps

The following ecological data and information gaps were identified at the lake spatial extent:

- Priority ecologic and avian literature availability is limited across the terminal lakes open-water and adjacent aquatic environments.

  o Ecological literature associated with highly managed Owens Lake is limited.

  o Harney Lake only has one type of ecological literature (waterbird abundance).

  o Limited ecological literature associated with now-dry lakes (for example, Franklin Lake, Silver Lake, Lake Winnemucca, Sevier Lake) is available.

  o Little information (<5 publications) is available across all ecologic science topics for Sevier Lake, Lahontan Basin (Carson Lake and Carson Sink), Eagle Lake, and Silver Lake.

- Long-term and regionally coherent open-water, wetland, and mudflat monitoring is lacking across the terminal lake wetlands to enable an understanding of habitat fluctuations and spatial extent. Examples include:

  o National wildlife refuges, including Stillwater (Carson Lake/Carson Sink), Ruby Lake, and Anaho Island National Wildlife Refuges, and the Bear River Migratory Bird Refuge (Great Salt Lake), which are missing information on wetland-status and habitat-availability monitoring and assessments to determine influences of climate change and development; and

  o Bear River Migratory Bird Refuge, which requires better understanding of invasive species treatments in wetlands including mapping, monitoring, and assessing treatment strategies to guide best practices.

- For open-water and adjacent aquatic and terrestrial environments, there is limited understanding of habitat distribution and suitability, including prey availability, foraging ecology, and food webs.

o For the Bear River Migratory Bird Refuge, a better understanding is needed of water and nutrient fluxes and bioenergetic dynamics at Great Salt Lake open-water and adjacent aquatic and terrestrial environments to support management decisions.

- Limited information on waterbird guilds (except for the shorebird guild) is available for all lakes in California, Nevada, and Oregon in our Great Basin study area. Additionally, much of the shorebird information is outdated.

- Comprehensive, long-term, and consistent bird-survey methods and associated data and analyses are not widely available or implemented across most lakes. These data gaps prevent accurate assessment of population change or demographic trends for most species and life-history stages.

- Individual use of habitats, management units, or residency in lake systems is poorly understood or absent for most species. This prevents identification of habitat selection/preference, assessments of resource needs, and effective adaptive habitat management.

   o All terminal lakes need better information on identifying best ecological use of water.

- When lakes are spatially paired (for example, Harney and Malheur Lakes, Carson Lake and Carson Sink, Lake Abert, and Summer Lake), very limited ecological and hydrological information is available to enable an understanding of the ecologic significance of the adjacent lake (for example, migratory connectivity, short-term movements, abundance, nesting ecology).

## Watershed Spatial Extent

Information and knowledge gaps identified at the watershed spatial extent highlight the lack of understanding about the relations between water use, water availability, and habitat composition, and use by bird communities within the watershed.

### Hydrological Data and Information Gaps

The following hydrological data and information gaps were identified at the watershed spatial extent:

- Current assessments have not been reported in the literature of the hydrological condition of most of the watersheds, including water-budget components, interbasin transfers, important agricultural wetlands, and other elements affecting water conditions.

o Surface-water and groundwater monitoring sites in most of the terminal lake watersheds are needed to evaluate water use and to quantify water-budget components.

   ▪ Streamgages at the inlet to terminal lakes are lacking. The locations for most streamgages in terminal lake watersheds are upgradient from the stream inlet into the terminal lake, and in most cases are upgradient from surface-water diversions.

   ▪ This lack of monitoring makes it difficult to ensure delivery of water to terminal lakes with water rights (for example, Great Salt Lake).

   ▪ The U.S. Fish and Wildlife Service has a streamgage on the Donner und Blitzen River near the inlet to Malheur Lake, downgradient from all diversions; however, these data are not accessible to the public.

o Only 40 percent (eight lakes) of queried terminal lake watersheds contain permanent USGS streamgages collecting continuous streamflow data.

   ▪ The watersheds that have streamgages include Great Salt Lake (Utah), Pyramid Lake (Nevada), Carson Lake/Sink (Nevada), Walker Lake (Nevada), Owens Lake (California), Sevier Lake (Utah), Mono Lake (California), and Malheur Lake (Oregon) watersheds.

      - Great Salt Lake (Utah) and Pyramid Lake (Nevada) contain the highest number of streamgage sites and yet these gages are upgradient from many water diversions.

   ▪ Other Federal, State, Tribal, and non-governmental organizations collect streamgage data but access to these data is limited.

   ▪ Oregon Water Resources Department is operating streamgages on the Chewaucan River (Lake Abert) and on streams in the Goose Lake watershed.

o Where it exists, upgradient streamflow gaging is inconsistent at most of the terminal lake watersheds.

   ▪ The number of surface-water sites in the Pyramid Lake (Nevada) watershed decreased over time, with a large reduction in sites after 2010.

   ▪ Surface-water sites at Walker Lake (Nevada) increased during 2005–14 but more recently decreased by about 10 sites.

- ▪ Great Salt Lake and Sevier Lake watershed contained a consistent number of streamgages throughout the entire period of 2000–20.

- o Only 30 percent (six lakes) of the focal terminal lake watersheds contain data on depth to groundwater, including Carson Lake/Sink (Nevada), Great Salt Lake (Utah), Owens Lake (California), Pyramid Lake (Nevada), Sevier Lake (Utah), and Walker Lake (Nevada).

  - ▪ Literature on groundwater numerical or conceptual models is available for all terminal lake watersheds across the Great Basin study area, except for Harney Lake.

  - ▪ During 2000–20, USGS groundwater wells were monitored in the terminal lake watersheds of Oregon, Mono Lake's watershed, the California lake watersheds north of the Truckee River Basin, and Pyramid Lake (Nevada).

  - ▪ Great Salt and Sevier Lakes (Utah) and Owens Lake (California) have the largest number of groundwater-monitoring sites.

- o Evapotranspiration data across the different watersheds are lacking, especially for groundwater-dependent wetlands and irrigated fields.

- o Data on precipitation and snowpack are lacking, especially for mountain ranges in remote parts of the Great Basin.

  - ▪ Some analysis on the timing of snowmelt runoff is available in the literature but data on snowpack and snow-water equivalent across the Great Basin are limited.

- o Soil-moisture data across the terminal lake watersheds are missing; these data are an important component for the understanding of "snow-to-flow" dynamics.

- • Data on commercial/industrial effects on lake water budgets are available for Great Salt, Walker, Pyramid, and Honey Lakes. It is unclear whether the remaining 16 lakes are affected by commercial/industrial water use.

## Ecological Data and Information Gaps

The following ecological data and information gaps were identified at the watershed spatial extent:

- • Limited work is reported in the literature on prey availability or food webs/community ecology at many of the terminal lake watersheds.

- • There is a lack of recent understanding on how waterbirds use habitats across the watersheds for different life-history needs and how to characterize the suitability of different/changing landscapes to support different species/populations.

- • There remains a poor understanding of the strength of philopatry (the tendency of an organism to stay in or habitually return to a particular area) across landscapes and of carryover impacts to philopatry resulting from prior-season/year conditions.

- • Survey methods to index populations are often insufficient to estimate abundance or track population flux at sub-annual time scales and often do not completely represent constituent species.

- • Responses of birds to watershed water use and habitat-management actions (for example, individual behaviors, habitat selection, and demographic consequences) are poorly understood.

## Great Basin Regional Spatial Extent

Information and knowledge gaps identified at the regional spatial extent highlight the lack of understanding about (1) water availability across the network of lakes and watersheds over space and time; and (2) linking this information to bird movement, within the context of management and conservation actions across the region.

### Hydrological Data and Information Gaps

The following hydrological data and information gaps were identified at the regional spatial extent:

- • Information on snowpack and soil moisture characteristics was sparse in the literature reviewed, especially in Oregon terminal lake watersheds.

- • Information on surface water is concentrated in specific basins and lacking in other basins.

- • Evapotranspiration and precipitation information is limited across the Great Basin with very few studies for most of the terminal lake watersheds, especially for hypersaline lakes.

- • Water-quality information (particularly salinity and alkalinity) in the open waters of most Great Basin terminal lakes is not available.

- • Key hydrologic controls on invertebrate prey populations (for example, surface water, water quality, and water use) and information/data related to their populations are limited at the Great Basin terminal lakes.

- The impacts of surface-water and groundwater exportation and interbasin flow are poorly understood.

- Information on how terminal lake ecological and hydrological conditions are affected by climate variability (persistent drought to extreme wet conditions) is limited.

## Ecological Data and Information Gaps

The following ecological data and information gaps were identified at the regional spatial extent:

- Metapopulation (that is, spatially separated populations) dynamics information is limited throughout the Great Basin terminal lakes, including:

  o A limited understanding of the current patterns of dispersal, migration, philopatry, and the within- and between-year interconnectedness of the entire Great Basin terminal lakes network;

  o A lack of habitat quality data for key taxa/bird guilds at terminal lakes across the Great Basin, including hypersaline lakes, that are critically important for waterbirds is needed (except at Great Salt Lake where information is relatively recent); and

  o Almost no recent details on reproductive ecology for all waterbird guilds across the entire system. Many terminal lakes have no information at all.

- Food web/community ecology/prey availability information across much of the Great Basin is very limited and is outdated at the few lakes for which it is available, except for Great Salt Lake.

- Data are available for the shorebird guild for much of the Great Basin, but the publications are almost exclusively old (>20 years) except at Great Salt Lake.

- Similarly, across the open water waterbird/wading bird/waterfowl guilds, critical details related to habitat quality, the abundance of prey resources and food webs, population dynamics, movements, and nesting ecology are exceptionally limited.

# Gap Analysis Next Steps

Ongoing gap analysis efforts will focus on the following tasks:

1. Identify and incorporate Federal, State, Tribal, and other organizations' hydrological and ecological data to fully understand data gaps.

2. Co-develop a method to identify new and previously unreviewed literature and data to inform continued analyses and science planning.

3. Investigate linkages between water quantity, water quality, habitat suitability, and bird movement and abundance.

Case 2:25-cv-00657     Document 1-5     Filed 08/07/25     PageID.1466     Page 131 of 169

48     Integrated Science Strategy for Water Availability and Migratory Birds for Terminal Lakes, Great Basin, United States

# References Cited

Buto, S.G., and Anderson, R.D., 2020, NHDPlus High Resolution (NHDPlus HR)—A hydrography framework for the Nation: U.S. Geological Survey Fact Sheet 2020–3033, 2 p., accessed November 12, 2023, at http://doi.org/10.3133/fs20203033.

DeCicco, L.A., Lorenz, D., Hirsch, R.M., Watkins, W., and Johnson, M., 2022, dataRetrieval— R Packages for discovering and retrieving water data available from U.S. federal hydrologic web services: Vienna, Austria, R Core Team, data-retreival packge, accessed November 12, 2023, at https://code.usgs.gov/water/dataRetrieval.

Harzing, A.W., 2007, Publish or perish: Hazring.com web page, accessed November 12, 2023, at https://harzing.com/resources/publish-or-perish.

Herring, G., Aldridge, C.L., Whipple, A.L., Eagles-Smith, C.A., Pulver, B.A., Inman, R.D., Matchett, E.L., Monroe, A.P., Orning, E.K., Robb, B.S., Shyvers, J.E., Tarbox, B.C., Van Schmidt, N.D., Smith, C.D., Holloran, M.J., Overton, C.T., O'Leary, D.R., Casazza, M.L., and Frus, R.J., 2023, Bibliography of hydrological and ecological research in the Great Basin terminal lakes, USA: U.S. Geological Survey data release, accessed November 12, 2023, at https://doi.org/10.5066/P9G5CGA7.

Kleist, N.J., and Enns, K.D., 2022, USGS BiblioSearch—A Python tool to facilitate searching, cleaning, and compiling of literature citations from across multiple databases, Version 1.0.0: U.S. Geological Survey software release, accessed November 12, 2023, at https://doi.org/10.5066/P9EW8BO5.

National Water Quality Monitoring Council, 2022, Water Quality Portal: National Water Quality Monitoring Council database, accessed November 15, 2022, at https://www.waterqualitydata.us.

R Core Team, 2022, R— A language and environment for statistical computing: R Vienna, Austria, Foundation for Statistical Computing web page, accessed November 12, 2023, at https://www.R-project.org/.

Strahler, A.N., 1957, Quantitative analysis of watershed geomorphology: Eos, Transactions American Geophysical Union, v. 38, no. 6, p. 913–920, accessed November 12, 2023, at https://agupubs.onlinelibrary.wiley.com/doi/10.1029/TR038i006p00913.

U.S. Geological Survey, 2022, National Water Information System: U.S. Geological Survey Web interface, accessed November 15, 2022, at https://nwis.waterdata.usgs.gov/nwis.

Wickham, H., 2018, Ggplot2—Elegant graphics for data analysis (2d ed.): New York, Springer, 260 p.

Wilkinson, L., and Friendly, M., 2009, The history of the cluster heat map: The American Statistician, v. 63, no. 2, p. 179–184, accessed November 12, 2023, at https://doi.org/10.1198/tas.2009.0033.

# Appendix 2.    Generalized Ecological Characteristics of Representative Bird Guilds Associated with Terminal Lake Ecosystems in the Great Basin

Expert opinion and literature summary exercises were used to create a matrix of biologic traits diagnostic or representative of key species in primary bird guilds using terminal lakes in the Great Basin (tables 2.1–2.7). This matrix was designed to facilitate conversation with stakeholders about categorizing information gaps and guiding data-collection strategies. A matrix was developed for each guild that integrates bird species life-history needs with hydrologic variables and identified vulnerabilities. Information in the matrix was based on expert opinion and is preliminary in nature, not comprehensive, and subject to change.

Case 2:25-cv-00657   Document 1-5   Filed 08/07/25   PageID.1468   Page 133 of 169

50    Integrated Science Strategy for Water Availability and Migratory Birds for Terminal Lakes, Great Basin, United States

**Table 2.1.** Primary resources important for shorebirds guild.

| Behaviors | When is it happening—Season or time of day | Where is it happening | What primary resources do they use? | What is the hydrologic information needed? | Issue or effect the hydrologic cycle influences |
|---|---|---|---|---|---|
| **Breeding (nesting/brooding) molting** | **American avocet:** Nesting: April–July Brooding: May–August Molting: July–December and February–April **Plovers:** March–September **Sandpipers:** not applicable **Phalaropes:** May–July Phalarope molt is not a catastrophic molt, so mobility is not limited; occurs throughout breeding/migration | 1. Open-water cross section (shallow) 2. Wetlands (emergent vegetation) 3. Upland – within 100 meters of wetlands in comparatively taller, denser, and more heterogeneous vegetation | **American avocet:** Nest scrape on bare or short vegetation ground in soft wetland substrate, levees, or islands near water's edge **Plovers:** Barren landscape on small low features (for example, small rises, low dunes) near a conspicuous feature. Nests may be located under overhanging boards, branches, tufa, or live and dead plants, especially where there are high levels of avian clutch predation **Phalaropes:** Bare dry ground with some cover vegetation within 100 meters of wetlands in taller, denser, more heterogenous vegetation | 1. Salinity 2. Water depth 3. Lake extent 4. Temperature (food resources, disease, etc.) 5. Wetting cycle - annual timing 6. Dissolved oxygen/redox potential | 1. Water depth - availability/stability of necessary habitats 2. Lake extent – affects the amount of available habitat for brooding/molting. • Drying of habitat could create predator access to nesting islands • Drying of habitat affects survival for molting and young birds 3. Temperature - impacts to invertebrate composition, algae, disease - botulism, etc. 4. Wetting cycle annual timing– "hydroperiod," influences vegetation type and habitat quality |

**Table 21.** Primary resources important for shorebirds guild.—Continued

| Behaviors | When is it happening—Season or time of day | Where is it happening | What primary resources do they use? | What is the hydrologic information needed? | Issue or effect the hydrologic cycle influences |
|---|---|---|---|---|---|
| **Feeding (foraging habitats)** | Feeding occurs 24 hours a day<br>• **Avocets:** About 40–50 percent of the time, day and night<br>• **Snowy plover:** Day and night especially with full moon<br>• **Western sandpiper:** 60–70 percent of the time day and night<br>• **Wilson's phalarope:** Mostly day | 1. Open-water cross section (very shallow)<br>2. Aquatic – shores of lakes, reservoirs, ponds, braided river channels, and playas (mostly at seeps and along streams).<br>3. Upland areas, sandflats, sewage ponds, sand beaches<br>4. Wetlands – fresh and salt marshes, salt evaporation ponds, brackish flats, mangroves, and cattail marshes<br>5. Shoreline (levees, shores of lakes, reservoirs, ponds, braided river channels, and playas (mostly at seeps and along streams); about 45 percent, morning<br>6. Mud flats<br>7. Upland areas<br>8. Phalaropes forage with northern shovelers, avocets, blue-winged teals | General – Benthic aquatic invertebrates in freshwater or hypersaline environments, terrestrial invertebrates (insects, spiders), seeds/plants.<br>1. Moist substrates – silt, silt/sand mix<br>2. Mud flats – wet or dry with interstitial percolation<br>3. Open water - very shallow (2–10 centimeters)<br>4. Upland areas – sandflats<br>5. Sandflats, upland areas, sewage ponds, salt marshes, sand beaches, tidal sloughs, freshwater marshes, coastal sand beaches, salt evaporation ponds, brackish flats, mangroves, and cattail marshes. Require moisture content (2–10 centimeters water). Require high silt content, mixed silt/sand, dry sediment | 1. Water depth<br>2. Lake extent<br>3. Lake topography (geomorphology)<br>4. Wetted-surface area of each setting<br>5. Water quality (salinity, nutrients, trace metals, turbidity/photosynthesis, water temp, pH)<br>6. Silt content<br>7. Sand content | 1. Water depth - too deep can reduce ability to forage or presence of forage items<br>2. Lake extent - excess inundation of mud/sand flats reduces forage/roost habitat<br>3. Topography - changes could dry mud/sand flats or cause excess inundation<br>4. Habitat specificity, for example, changes to silt or sand content, can reduce necessary forage habitat<br>5. Turbidity can reduce ability to forage |

Case 2:25-cv-00657    Document 1-5    Filed 08/07/25    PageID.1470    Page 135 of 169

52    Integrated Science Strategy for Water Availability and Migratory Birds for Terminal Lakes, Great Basin, United States

**Table 2.1.** Primary resources important for shorebirds guild.—Continued

| Behaviors | When is it happening— Season or time of day | Where is it happening | What primary resources do they use? | What is the hydrologic information needed? | Issue or effect the hydrologic cycle influences |
|---|---|---|---|---|---|
| **Resting/ flocking/ sleeping** | Resting/sleeping occurs in small to very large, tight flocks at night and crepuscular periods; loose diurnal and foraging flocks<br>• **Avocet** - About 40–50 percent time, mostly night<br>• **Snowy plover** - About 50 percent, later in day, night<br>• **Western sandpiper** – Minimal during migration<br>• **Wilson's phalarope** – Day and night; very large flocks on water at night; midday on lake boulders or shoreline | 1. Open-water cross section (very shallow) (day/night)<br>2. Shoreline (beaches, water's edge) (day)<br>3. Unvegetated islands (dry ground, boulders) (day)<br>4. Mud flats | 1. Open-water areas – variable but usually very shallow<br>2. Dry nearshore areas (for example, beaches, cryptsis (for example, aquatic vegetation, driftwood, dunes, tracks – snowy plover)<br>3. Shoreline (island and water edges)<br>4. Mud flats- exposed with visible surface or very shallow water<br>5. Adjacent agriculture fields (Western sandpiper)<br>6. Diurnal roosts form midday on shore or on boulders in lake | 1. Water depth<br>2. Unvegetated islands<br>3. Beach detritus presence | Water level - extremes could inundate mud or sand flats or beaches used for resting, flocking, or sleeping.<br>Drying of habitat - could create predator access, reduce available roost habitat.<br>Human usage creates suitable disturbance for these species |
| **Migrating/ wintering/ stopover** | Migration/stopover<br>1. Fall (September– November)<br>2. Spring (March–April)<br>Wintering-snowy plovers, Salton Sea (November– January) | 1. Open-water cross section (shallow)<br>2. Wetlands (emergent vegetation)<br>3. Shoreline (levees, water's edge)<br>4. Mud flats | Benthic aquatic invertebrates (dipterans, crustaceans, brine shrimp, brine flies); terrestrial invertebrates<br>Feeds in freshwater or hypersaline environments | 1. Water depth<br>2. Unvegetated islands<br>3. Beach detritus presence<br>4. Lake extent<br>5. Lake topography (geomorphology)<br>6. Wetted-surface area of each setting<br>Water quality (salinity, nutrients,turbidity/photosynthesis, trace metals,water temperature, pH) | Essential habitats that are unavailable during migration, staging and stopover periods for fuel replenishment, could negatively impact survival during energy intensive period of time.<br>Fecundity could be reduced because of poor body condition. |

**Table 2.2.**    Primary resources important for wading birds (ibis, herons, egrets) guild.

| Behaviors | When is it happening—Season or time of day | Where is it happening | What primary resources do they use? | What is the hydrologic information needed? | Issue or effect the hydrologic cycle influences |
|---|---|---|---|---|---|
| **Breeding (nesting/ brooding) molting** | **Ibis:**<br>Nesting - May–June<br>Brooding - June–July<br>Molting - September–October and maybe January–March<br>**Herons/egrets:**<br>Nesting - March–June<br>Brooding - April–August<br>Molting - June–April<br>*Heron/Egret molt is not catastrophic, so mobility not limited; occurs through breeding migration<br>Usually colonial nesters. | **Ibis:**<br>Nesting - in tall emergent vegetation, low trees and shrubs over shallow water, on ground on small islands; occasionally built on deserted muskrat dens<br>Large colonies with highly synchronized subcolonies<br>**Herons/egrets:**<br>Variable substrate, habitat dependent.<br>Ground nesting where no trees or predators; where trees – as much as 30 meters or more above ground; over water; islands; by forest-bordered lakes and ponds, and riparian woodlands<br>Colony sites usually about 2.3–6.5 kilometers from primary foraging location<br>Brooding – In/near colony for about 25 days<br>Molting – Inland lakes, short period (about 2 weeks) | **Ibis:**<br>Nesting above water or on islands presumably affords some protection against terrestrial predators<br>**Herons/egrets:**<br>Nesting- sticks or salt grass, dry grass, rubble.<br>Colony site selection is also a response to predation (for example, islands, trees in swamps, high branches where mammalian predators common) | 1. Salinity<br>2. Water depth<br>3. Lake extent<br>4. Temperature (food resources, disease, etc.)<br>5. Wetting cycle - annual timing<br>6. Dissolved oxygen/redox potential | 1. Water depth - availability/stability of necessary habitats; need water of stable depth as inundation can affect colony and over-water nests.<br>2. Lake extent - affects the amount of available habitat for brooding/ molting.<br>3. Wetting cycle annual timing - "hydroperiod," influences vegetation type and habitat quality/ availability |

**54    Integrated Science Strategy for Water Availability and Migratory Birds for Terminal Lakes, Great Basin, United States**

**Table 2.2.**    Primary resources important for wading birds (ibis, herons, egrets) guild.—Continued

| Behaviors | When is it happening—Season or time of day | Where is it happening | What primary resources do they use? | What is the hydrologic information needed? | Issue or effect the hydrologic cycle influences |
|---|---|---|---|---|---|
| **Feeding (foraging habitats)** | Feeding occurs night and day | **Ibis:**<br>1. Open-water cross section (shallow)<br>2. Wetlands (emergent vegetation)<br>3. Shoreline (water's edge, reservoirs)<br>4. Recently flooded agricultural fields (with vegetation 5 to 90 centimeters high, for example, alfalfa)<br>5. large (greater than 30 hectares), relatively level (less than 5-percent slope) fields with clay or clay-loam soils and pools of standing water<br>**Herons/egrets:** Varied - wetlands, any water bodies/courses, upland areas, pasture and cultivated fields, aquacultural ponds, shallow, weedy pond margins, creeks, mud flats and grassy salt marshes | **Ibis:**<br>Aquatic and moist-soil insects, crustaceans, earthworms, leeches and snails.<br>Standing water to wash prey<br>**Herons/egrets:**<br>Large - Fish, amphibians, invertebrates, reptiles, mammals, and birds; Small - aquatic and terrestrial insects, prawns, crayfish, clams, mussels, squid, freshwater and marine fish, amphibians, lizards, snakes, turtles, small mammals, birds, eggs, carrion, plant materials, and garbage/refuse from landfills | 1. Water depth<br>2. Lake extent<br>3. Lake topography (geomorphology)<br>4. Wetted-surface area of each setting<br>5. Water quality (salinity, nutrients, trace metals, turbidity/photosynthesis, water temp, pH) | 1. Water depth - Ibis like standing water to wash prey<br>2. Lake extent - a decrease in mud/wetlands sees a decrease in vegetation extent, increase pelagic system |

**Table 2.2.** Primary resources important for wading birds (ibis, herons, egrets) guild.—Continued

| Behaviors | When is it happening— Season or time of day | Where is it happening | What primary resources do they use? | What is the hydrologic information needed? | Issue or effect the hydrologic cycle influences |
|---|---|---|---|---|---|
| **Resting/ flocking/ sleeping** | Resting occurs 24 hours a day but is more common during daytime (non-crepuscular hours) **Ibis:** Forage in large flocks (greater than 1,000); roost in communal gatherings **Herons/egrets:** Roost alone or in loose flocks less than 100 during the day | 1. Ibis forage in large flocks (greater than 1,000), perched in bulrush, cattails, reeds or low shrubs over water. Roost near or within future colony site days or weeks before onset of nesting 2. Herons/egrets on ground, trees, on man-made objects near feeding grounds | 1. Open water areas for roosting over 2. Flooded agricultural fields | 1. Water depth 2. Sand bar, island, or other raised dry area availability | Water level - extremes could inundate resting, flocking, or sleeping areas Presence of predators is a threat for ground nesters |
| **Migrating/ wintering/ stopover** | Migration/Stopover 1. Fall (September– November) 2. Spring (March–April) **Ibis:** Some post-breeding wandering¹ **Herons/egrets:** Migratory and non-migratory populations in Western U.S. Wintering (November– February) | 1. Open-water cross section (shallow) 2. Wetlands (emergent vegetation, Spartina marshes) 3. Shoreline (levees, water's edge) 4. Mud flats 5. Drainage ditches 6. Surrounding upland (grass/perennial vegetation pastures) | **Ibis:** Aquatic and moist-soil insects, crustaceans, and earthworms, leeches and snails. Standing water to wash prey **Herons/egrets:** Fish, amphibians, invertebrates, crustaceans, amphibians, reptiles, birds, and small mammals, eggs, carrion, plant materials, and garbage/refuse. | 1. Water depth 2. Lake extent 3. Lake topography (geomorphology) 4. Wetted-surface area of each setting 5. Water quality (salinity, nutrients, trace metals, turbidity/ photosynthesis, water temp, pH) | If habitats are unavailable during critical migration periods, it could negatively affect survival during energy-intensive period of time. Water depth - could reduce foraging ability (standing water; depth for prey items) Fecundity could be reduced due to poor body condition Lake extent - decrease in mud/wetlands sees a decrease in vegetation extent, increase pelagic system |

**Table 2.3.** Primary resources important for waterfowl (dabbling ducks) guild.

| Behaviors | When is it happening—Season or time of day | Where is it happening | What primary resources do they use? | What is the hydrologic information needed? | Issue or effect the hydrologic cycle influences |
|---|---|---|---|---|---|
| **Breeding (nesting/ brooding) molting** | Nesting - March–July<br>Brooding -April–August<br>Molting – July–October | 1. Open-water cross section (shallow)<br>2. Wetlands (emergent vegetation)<br>3. Surrounding upland (grass/perennial vegetation)<br>Nesting – surrounding upland (grass/perennial vegetation)<br>Brooding – wetlands (emergent vegetation), open-water cross section (shallow)<br>Molting – wetlands (emergent vegetation) | Nesting – cover grasses; water-adjacent preferred<br>Brooding - emergent vegetation (for cover; for example, cattails, tules); salinity levels<br>1. Molting - emergent vegetation, stable water availability (minimum depth) over 45-day period; salinity levels | 1. Salinity<br>2. Water depth<br>3. Lake extent<br>4. Temperature (food resources, disease, etc.)<br>5. Wetting cycle - annual timing<br>6. Dissolved oxygen/redox potential | 1. Salinity - too high affects duckling (broods) survival rates<br>2. Water depth - availability/stability of necessary habitats<br>3. Lake extent - affects the amount of available habitat for brooding/ molting.<br> • Drying of habitat could create predator access to nesting islands<br> • Drying of habitat affects survival owing to limited mobility for molting birds and broods ("Salinities as low as 2 parts per thousand) can impair duckling growth and influence behavior, with mortality occurring at concentrations greater than 9parts per thousand<br>4. Temperature - impacts to invertebrate composition, algae, disease - botulism, etc.<br>5. Wetting cycle annual timing – "hydroperiod," influences vegetation type and habitat quality |

**Table 2.3.** Primary resources important for waterfowl (dabbling ducks) guild.—Continued

| Behaviors | When is it happening— Season or time of day | Where is it happening | What primary resources do they use? | What is the hydrologic information needed? | Issue or effect the hydrologic cycle influences |
|---|---|---|---|---|---|
| **Feeding (foraging habitats)** | Feeding occurs 24 hours a day but is often greater at night. | 1. Open-water cross section (shallow) 2. Wetlands (emergent vegetation) 3. Shoreline (levees, water's edge) 4. Mud flats | General- seeds, invertebrates, aquatic vegetation. 1. Breeding/nesting-invertebrates (Chironomidae, etc.), aquatic vegetation. 2. Brooding – invertebrates, seeds, aquatic vegetation. 3. Molting – invertebrates, aquatic vegetation. | 1. Water depth 2. Lake extent 3. Lake topography (geomorphology) 4. Wetted-surface area of each setting 5. Water quality (salinity, nutrients, trace metals, turbidity/ photosynthesis, water temp, pH) | Water depth: increased depth leads to more fish, but reduces foraging Lake Extent: a decrease in mud/wetlands sees a decrease in vegetation extent, increase pelagic system |
| **Resting/ flocking/ sleeping** | Resting occurs 24 hours a day but is more common during daytime (non-crepuscular hours) Flocking behavior occurs primarily outside the breeding season (September–February). | 1. Open-water cross section (shallow) 2. Wetlands (emergent vegetation) 3. Shoreline (levees, water's edge) 4. Mud flats 5. Unvegetated islands (wetland associated) | 1. Open-water areas 2. Dry with available water-adjacent area (for example, levees, islands) | Water depth | Water level - extremes could inundate resting, flocking, or sleeping areas. Drying of habitat - could create predator access |
| **Migrating/ wintering/ stopover** | Migration/stopover 1. Fall (September–November) 2. Spring (March–April) Wintering (December–February) | 1. Open-water cross section (shallow) 2. Wetlands (emergent vegetation) 3. Shoreline (levees, water's edge) 4. Mud flats | 1. Fall - seeds 2. Winter - seeds, invertebrates, aquatic vegetation 3. Spring - invertebrates | 1. Water depth 2. Lake extent 3. Lake topography (geomorphology) 4. Wetted-surface area of each setting 5. Water quality (salinity, nutrients, trace metals, turbidity/ photosynthesis, water temp, pH) | If habitats are unavailable during critical migration periods, this could negatively impact survival during energy-intensive period of time. Fecundity could be reduced because of poor body condition. |

Case 2:25-cv-00657    Document 1-5    Filed 08/07/25    PageID.1476    Page 141 of 169

58    Integrated Science Strategy for Water Availability and Migratory Birds for Terminal Lakes, Great Basin, United States

**Table 2.4.** Primary resources important for waterfowl (geese) guild.

| Behaviors | When is it happening—Season or time of day | Where is it happening | What primary resources do they use? | What is the hydrologic information needed? | Issue or effect the hydrologic cycle influences |
|---|---|---|---|---|---|
| **Breeding (nesting/ brooding) molting** | Not applicable – all goose species breed and molt outside the Saline Lakes region | Not applicable | Not applicable | Not applicable | Not applicable |
| **Feeding (foraging habitats)** | Feeding occurs 24 hours a day but is greater during day and crepuscular periods | 1. Open-water cross section (shallow)<br>2. Wetlands (emergent vegetation)<br>3. Shoreline (levees, water's edge)<br>4. Mud flats | General - seeds, grasses, aquatic vegetation | 1. Water depth<br>2. Lake extent<br>3. Lake topography (geomorphology)<br>4. Wetted-surface area of each setting<br>5. Water quality (salinity, nutrients, trace metals, turbidity/ photosynthesis, water temperature, pH) | Water depth - increased depth possibly reduces foraging |
| **Resting/ flocking/ sleeping** | Resting occurs 24 hours a day but is more common during nighttime (non-crepuscular hours) Flocking behavior strong | 1. Open-water cross section (shallow)<br>2. Wetlands (emergent vegetation)<br>3. Shoreline (levees, water's edge)<br>4. Mud flats<br>5. Unvegetated islands (wetland associated) | 1. Open-water areas<br>2. Dry available water-adjacent area (for example, levees, islands) | Water depth | Water level – extremes could inundate resting, flocking, or sleeping areas<br>Drying of habitat– could create predator access |
| **Migrating/ wintering/ Stopover** | Migration/stopover: Mostly focused on tule white-fronted geese at Summer Lake, white geese at Malheur Lake<br>1. Fall (September–November)<br>2. Spring (February–May) To a lesser extent: Wintering (December–February) | 1. Open-water cross section (shallow)<br>2. Wetlands (emergent vegetation)<br>3. Shoreline (levees, water's edge) | 1. Seeds<br>2. Terrestrial grasses<br>3. Aquatic vegetation – Rhizomes, tubers | 1. Water depth<br>2. Lake extent<br>3. Lake topography (geomorphology)<br>4. Wetted-surface area of each setting<br>5. Water quality (salinity, nutrients, trace metals, turbidity/ photosynthesis, water temperature, pH) | If habitats are unavailable during critical migration periods, this could negatively affect survival during energy-intensive period of time.<br>Fecundity could be reduced because of poor body condition. |

**Table 2.5.**   Primary resources important for waterfowl (diving ducks) and waterbirds (eared grebes) guild.

| Behaviors | When is it happening—Season or time of day | Where is it happening | What primary resources do they use? | What is the hydrologic information needed? | Issue or effect the hydrologic cycle influences |
|---|---|---|---|---|---|
| **Breeding (nesting/ brooding/ molting** | **Divers:**<br>Nesting - March–July<br>Brooding–April–August<br>Molting - July–October<br>**Eared Grebes:**<br>Nesting –April–August<br>Brooding – July–September<br>Molting – August–October<br>**Ruddy Ducks:**<br>Nesting- March–July<br>Brooding - July–September<br>Molting- Wing molt July–August, and possibly again March–April | Wetlands (emergent vegetation) | Nesting - aquatic vegetation to create overwater nests<br>Brooding - emergent vegetation (for cover; for example, cattails, tules); salinity levels.<br>Molting - emergent vegetation, stable water availability (minimum depth) over 45-day period; salinity levels. | 1. Salinity<br>2. Water depth<br>3. Lake extent<br>4. Temperature (food resources, disease, etc.)<br>5. Wetting cycle - annual timing | 1. Salinity - levels that are too high affect brood survival rates<br>2. Water levels - availability/stability of necessary habitats<br>3. Lake extent - affects the amount of available habitat for brooding/ molting<br>4. Temperature - impacts to invertebrate composition, algae, disease - botulism, etc.<br>5. Wetting cycle annual timing – "hydroperiod," influences vegetation type and habitat quality<br>6. Drying of habitat affects survival because of limited mobility for molting birds and broods |
| **Feeding (foraging habitats)** | Feeding occurs 24 hours a day but is often greater during day | 1. Open-water cross section (deep)<br>2. Wetlands (emergent vegetation) | 1. Fish<br>2. Invertebrates<br>3. Mollusks<br>4. Crustaceans<br>5. Aquatic vegetation – Rhizomes, tubers, etc. | 1. Water depth<br>2. Lake extent<br>3. Lake topography (geomorphology)<br>4. Wetted-surface area of each setting<br>5. Water quality (salinity, nutrients, trace metals, turbidity/ photosynthesis, water temperature, pH) | Water depth - increased depth leads to more fish, but reduces foraging<br>Lake extent - a decrease in mud/wetlands sees a decrease in vegetation extent, increase pelagic system |
| **Resting/ flocking/ sleeping** | Resting occurs 24 hours a day<br>Flocking common in diving ducks, not in grebes. Grebes, however, form general assemblages in open water | 1. Open-water cross section (deep)<br>2. Wetlands (emergent vegetation) | Open-water areas | 1. Water depth<br>2. Lake extent<br>3. Lake topography (geomorphology) | Drying of habitat could reduce the amount of open water used to rest, secondarily increasing the risk of predation |

Case 2:25-cv-00657    Document 1-5    Filed 08/07/25    PageID.1478    Page 143 of 169

60    Integrated Science Strategy for Water Availability and Migratory Birds for Terminal Lakes, Great Basin, United States

**Table 2.5.**    Primary resources important for waterfowl (diving ducks) and waterbirds (eared grebes) guild.—Continued

| Behaviors | When is it happening— Season or time of day | Where is it happening | What primary resources do they use? | What is the hydrologic information needed? | Issue or effect the hydrologic cycle influences |
|---|---|---|---|---|---|
| **Migrating/ wintering/ stopover** | Migration/stopover<br>1. Fall (September–November)<br>2. Spring (March–April)<br><br>Wintering (December–February) | 1. Open-water cross section (deep)<br>2. Wetlands (emergent vegetation) | 1. Fish<br>2. Invertebrates<br>3. Mollusks<br>4. Crustaceans<br>5. Aquatic vegetation – Rhizomes, tubers, etc. | 1. Water depth<br>2. Lake extent<br>3. Lake topography (geomorphology)<br>4. Wetted-surface area of each setting<br>5. Water quality (salinity, nutrients, trace metals, turbidity/photosynthesis, water temperature, pH) | If habitats are unavailable during critical migration periods, this could affect survival during energy-intensive periods. Fecundity in subsequent breeding seasons could be reduced because of poor body condition occurring during migration |

**Table 2.6.**   Primary resources important for waterbirds (pelicans) guild.

| Behaviors | When is it happening—Season or time of day | Where is it happening | What primary resources do they use? | What is the hydrologic information needed? | Issue or effect the hydrologic cycle influences |
|---|---|---|---|---|---|
| **Breeding (nesting/ brooding) molting** | Nesting - March–July Brooding - April– August(possibly September) Molting- July–September (mainly August) | Nesting – nests on flat or moderately sloping surface on lakeshore for flight access and visibility. On higher central parts of low-lying islands; prefer gravel, sand or soil with adjacent vegetated areas Brooding- in/near colony for about 25 days Molting – inland lakes, short period (about 2 weeks) | Colonial nestings form shallow depression with raked up gravel, soil, or nearby vegetation Often no insulation used in nest Commonly adjacent to or interspersed within available cover (for example, alkali weed [Bassia] bluegrass [Poa], [Phragmites], nettles [Urtica], and cinquefoil [Potentilla]). Brooding - in/near colony | 1. Salinity 2. Water depth 3. Lake extent 4. Temperature (food resources, disease, etc.) 5. Wetting cycle - annual timing 6. Dissolved oxygen/redox potential | 1. Water levels - availability/stability of necessary habitats; can affect colony with inundation; require nearby water for foraging 2. Lake extent - affects the amount of available habitat for brooding/ molting 3. Wetting cycle annual timing- "hydroperiod," influences vegetation type and habitat quality/ availability 4. Nesting habitat requires raised areas to allow flight take-off |
| **Feeding (foraging habitats)** | Feeding occurs 24 hours a day; nocturnal foraging only common during breeding. | 1. Open-water cross section (shallow - 0.3–2.5 meters) 2. Open areas in wetlands (emergent vegetation) 3. Shoreline (levees, water's edge, sand bars) 4. Deep (greater than 2.5 meters) water occasional with plunge diving (uncommon) | **Opportunistic foragers:** 1. Fish (mainly small schooling fish, during breeding) 2. Aquatic amphibians 3. Crayfish. 4. Deep-water and spawning fish such as tui chub (Gila bicolor) at Pyramid Lake when chubs spawn in shallows and spawning cutthroat trout (Oncorhynchus clarki bouvieri) | 1. Water depth 2. Lake extent 3. Lake topography (geomorphology) 4. Wetted-surface area of each setting 5. Water quality (salinity, nutrients, trace metals, turbidity/ photosynthesis, water temp, pH) | 1. Water depth - increased depth leads to more fish, but reduces foraging 2. Lake extent - a decrease in mud/wetlands sees a decrease in vegetation extent, increase pelagic system |

Case 2:25-cv-00657    Document 1-5    Filed 08/07/25    PageID.1480    Page 145 of 169

62    Integrated Science Strategy for Water Availability and Migratory Birds for Terminal Lakes, Great Basin, United States

**Table 2.6.**   Primary resources important for waterbirds (pelicans) guild.—Continued

| Behaviors | When is it happening—Season or time of day | Where is it happening | What primary resources do they use? | What is the hydrologic information needed? | Issue or effect the hydrologic cycle influences |
|---|---|---|---|---|---|
| **Resting/ Flocking/ Sleeping** | Resting occurs 24 hours a day but is more common during daytime (non-crepuscular hours) Flocking occurs by day and night throughout life Coordinated and cooperative foraging significantly increases foraging success in flocks of 2–6. | 1. Open-water cross section (shallow) 2. Large dense loafing or roosting flocks form on sand bars or banks adjacent to foraging sites | 1. Open-water areas for foraging and bathing 2. Dry adjacent areas (for example, sand bars, islands | 1. Water depth 2. Sand bar, island or other raised dry area availability | Water level - extremes could inundate resting, flocking, or sleeping areas |
| **Migrating/ wintering/ stopover** | Migration/Stopover: 1. Fall (September–November) 2. Spring (March–April) Wintering (November–February) | 1. Open-water cross section (shallow–deep) 2. Open areas in wetlands (emergent vegetation) 3. Shoreline (levees, water edge, sand bars) | 1. Invertebrates 2. Aquatic amphibians 3. Crayfish. | 1. Water depth 2. Lake extent 3. Lake topography (geomorphology) 4. Wetted-surface area of each setting 5. Water quality (salinity, nutrients, trace metals, turbidity/ photosynthesis, water temp, pH) | |

**Table 2.7.**   Primary resources important for waterbirds (rails and gallinules) guild.

| Behaviors | When is it happening—Season or time of day | Where is it happening | What primary resources do they use? | What is the hydrologic information needed? | Issue or effect the hydrologic cycle influences |
|---|---|---|---|---|---|
| **Breeding (nesting/brooding) molting** | Breeding - March–August – some species will double brood | Freshwater and saline wetlands–early in succession stages Moist soil emergent wetlands, and seasonal or semipermanent water | Robust emergent vegetation often over water Birds are philopatric and territorial but can nest in moderately close proximity greater than 100 meters between nests) | 1. Salinity 2. Hydroperiod 3. Water depth 4. Water extent 5. Pesticides 6. heavy metal (mercury) contamination | Habitat availability and suitability Reproductive impairment or success Survival of young Methylation of and bioavailability of mercury and pesticides including seasonal patterns related to water flows and agricultural practices Water-level change (flooding nests or drying; young have limited movement) |
| **Feeding (foraging habitats)** | Home range varies seasonally Home range does not vary by sex | Shallow water, muddy unstable substrate | 1. Invertebrates (beetles, snails, spiders, larvae) 2. Variety of water depths, robust vegetation, not too dense 3. Aquatic plants and seeds of emergent plants (primarily in winter range) | 1. Water depth 2. Hydroperiod 3. Water quality (dissolved oxygen, temperature, contaminants) | Habitat availability and suitability Food item availability and quality Often absent from wetlands lacking adequate shallow-water pools or mudflat – require moderate cover: water ratio Wetland size is important (larger=better; density dependence?) Water-level change (loss of foraging habitat) |
| **Resting/ flocking/ sleeping** | Resting will occur throughout the day | Freshwater and saline wetlands – early in succession stages Moist soil emergent wetlands, and seasonal or semipermanent water | Robust emergent vegetation | 1. Hydroperiod 2. Water depth | |

Case 2:25-cv-00657   Document 1-5   Filed 08/07/25   PageID.1482   Page 147 of 169

64   Integrated Science Strategy for Water Availability and Migratory Birds for Terminal Lakes, Great Basin, United States

**Table 2.7.** Primary resources important for waterbirds (rails and gallinules) guild.—Continued

| Behaviors | When is it happening— Season or time of day | Where is it happening | What primary resources do they use? | What is the hydrologic information needed? | Issue or effect the hydrologic cycle influences |
|---|---|---|---|---|---|
| **Migrating/ wintering/ stopover** | Fall migration variable, influenced by weather, usually after August 1— October<br>Spring migration March— May<br>Irregular irruptive migrations<br>Migrate often at night | 1. Shallow water emergent grasses or forbs<br>2. River courses, low elevations | Variety of water depths, robust vegetation | 1. Hydroperiod<br>2. Water depth | Habitat availability and suitability |

# Appendix 3.    Saline Lake Ecosystems Integrated Water Availability Assessment Stakeholder Engagement Process

This appendix describes the process used by the U.S. Geological Survey (USGS) Saline Lake Ecosystems Integrated Water Availability (IWAAs) Team to engage interested parties to co-produce an inventory of science priorities. The engagement process included close collaboration with the U.S. Fish and Wildlife Service (USFWS) and a variety of engagement efforts with Federal, State, Tribal, local governments, landowners, institutions of higher education, and non-governmental organizations. The goal of the engagement process was to identify initiatives that could provide actionable science to inform on-the-ground decision-making associated with terminal-lakes management. The engagement process is iterative and will continue throughout the duration of this research effort.

## Engagement Approach

The USGS Saline Lake Ecosystems Team collaborated with staff from the Department of the Interior (DOI) Office of Collaborative Action and Dispute Resolution (CADR) to design a workshop protocol to elicit input from stakeholders on data gaps and monitoring priorities focused on three geographic regions across the Great Basin study area. Three identical workshops were offered, focused on gaining State and local perspectives related to knowledge gaps and assessment priorities. All three workshops were held in autumn 2022. CADR serves to improve the efficiency and effectiveness of DOI operations, enhance communication, and strengthen relationships within the DOI and with all customers, constituents, private organizations, and businesses, Federal, State, Tribal and local government entities, and local communities with which the Department interacts to accomplish its work.

Key individuals were identified in the USFWS associated with terminal-lake management and decision-making at the local refuge, regional, and national scale. Partners at USFWS were engaged at the onset of the effort and were key participants in the workshops and throughout the process. To identify workshop participants, USGS identified stakeholders that represented a diverse array of organizations, bureaus, and agencies from across the Great Basin. The list included about 200 individuals representing State and local organizations as well as individuals from Federal, Tribal,

and non-governmental organizations. An invitation was sent to everyone on the stakeholder list. The invitation requested that organizations identify individuals who would act as representatives of their respective organizations to allow for equal representation of different thoughts and concerns. Figures 3.1–3.3 show the combined results of organizations represented at all three of the workshops. Many institutions had multiple representatives participating in the workshops, some representing different departments within an institution (for example, the State of Utah had representatives from the Utah Division of Water Resources, the Utah Division of Wildlife Resources, and Utah Department of Natural Resources—Division of Forestry, Fire and State Lands, etc.).



**Figure 3.1.**    Workshop participation by representatives from State, Tribal, industry, and non-governmental organizations (NGOs).

Case 2:25-cv-00657    Document 1-5    Filed 08/07/25    PageID.1484    Page 149 of 169

66    Integrated Science Strategy for Water Availability and Migratory Birds for Terminal Lakes, Great Basin, United States



**Figure 3.2.**  Workshop participation by Federal government entities including the U.S. Forest Service, Natural Resources Conservation Service, Bureau of Reclamation, Bureau of Land Management, U.S. Fish and Wildlife Service, and U.S. Geological Survey.



**Figure 3.3.**  Workshop participation by non-governmental organizations (NGOs).

# State and Local Workshop Method

Each workshop was held virtually on two consecutive days from October 18 to November 9, 2022. The workshops were hosted by USGS working in the following three geographic regions: (1) northern Nevada and eastern California geographic region; (2) Great Salt Lake geographic region; and (3) southeastern Oregon geographic region. Each workshop featured USGS presentations about the Saline Lake Ecosystems IWAAs and had invited speakers from the geographic regions present in two sessions. The sessions were focused on data-collection activities and knowledge gaps at the Great Basin regional scale and on terminal lake-specific information (for example, Lake Abert science and knowledge gaps).

Data from the workshops consisted of notes from note takers, polling question responses, and white board material. During the 2-day workshop, participants took part in four breakout-group discussions, each 10–30 minutes in length. Prior to being assigned to a breakout group, participants were given breakout discussion guidelines and topics for the groups to discuss. Breakout session topics, which were addressed individually in each breakout session and targeted to the geographic region, were as follows:

- Given that the terminal lakes of the Great Basin act as an interconnected system, which Great Basin terminal lakes are of greatest concern today for you and your organization?

- What information and knowledge are missing to understand the interconnectedness of the Great Basin and its suitability for birds and other wildlife?

- What past or current relevant data-collection activities has your organization completed in the Great Salt Lake watersheds? Are the data available and accessible?

- What information and knowledge are missing in the Great Salt Lake watersheds that would be useful to help answer science questions?

- What science-based information is required to make decisions regarding land, resource, or wildlife actions? What science information is useful when taking management actions?

- What science information is missing for the Great Salt Lake watersheds and the migratory birds and other wildlife the watersheds support?

The different breakout groups identified these data-collection and assessment priorities for work on Saline Lake Ecosystems and were instructed to indicate their top three selections.

Each breakout-group discussion was facilitated by a USGS employee and had a USGS notetaker. Participants were encouraged to share their responses to discussion questions using electronic white boards, in the group chat, or verbally in their breakout room. At the end of each breakout session, facilitators were asked to share a summary of their group's discussion with all workshop participants and follow-up discussion and questions took place. Additional large group discussion also occurred during the feedback sessions, facilitated by CADR.

Along with breakout-group discussions, participants were presented with a series of questions using a polling software application. Questions elicited open-ended feedback, word cloud responses, and prioritization of specific topics. The polling questions were intended to stimulate discussion in the large group and breakout sessions. Each session had similar questions that were targeted to the geographic region. The polling questions were as follows:

- What bird guild do you consider the highest priority when considering terminal lakes of the Great Basin?

- We have been introduced to some of the landscape-scale data collection and assessment activities. What are three words that represent key mechanisms that interconnect the Great Basin landscape?

- What are three reasons why Great Salt Lake is unique to the Great Basin?

- What decisions, relative to Great Salt Lake, do land, resource, and wildlife managers need science to inform?

- The literature review highlighted key hydrologic processes and information to consider as criteria for developing a prioritization framework for USGS saline lakes science planning. Please rank the topics to indicate your highest-to-lowest priorities (water use, water budget, water quality, bathymetry, upgradient surface water, lake/wetlands surface water, groundwater, watershed characteristics, hydrologic decline, hydrologic vulnerability).

- The literature review highlighted key ecologic, biologic processes and information to consider as criteria for developing a prioritization framework for USGS saline lakes science planning. Rank the following topics to indicate your highest-to-lowest priorities (primary production, food/prey availability, food/prey composition, aquatic fish and other wildlife, threatened species/species of concern, habitat [defined by species], bird population demographics, bird population abundance/trend, bird dispersal among saline lakes watersheds, disease/contaminant/health).

Case 2:25-cv-00657    Document 1-5    Filed 08/07/25    PageID.1486    Page 151 of 169

68    Integrated Science Strategy for Water Availability and Migratory Birds for Terminal Lakes, Great Basin, United States

## Workshop Outcome and Application

The workshop process resulted in a ranking of the importance of waterbird guilds (open-water birds, shorebirds, wading birds, and waterfowl) across the Great Basin terminal lakes. The highest-ranked categories and guilds were those identified as needing additional understanding to inform conservation and management efforts. Stakeholders also ranked hydrologic and ecologic information needs in the workshops. Results of the workshops were used as part of the Gap Analysis process, which combined a synthesis and assessment of available literature and data on hydrological and ecological information. Specifically, priorities identified in the stakeholder workshops also led the science planning team to conduct additional reviews and analyses of the identified literature (see app. 1, table 1.3). Complete documentation of the Gap Analysis process is available in appendix 1. Results of the Gap Analysis ultimately informed the overall Science Strategy. A summary of the State and local workshop outcomes is available on the USGS Saline Lake Ecosystems IWAAs website (U.S. Geological Survey, 2022a, 2022b).

## References Cited

U.S. Geological Survey, 2022a, Saline lakes ecosystems integrated water availability assessment: U.S. Geological Survey web page, accessed November 12, 2023, at https://www.usgs.gov/special-topics/saline-lakes-ecosystems-integrated-water-availability-assessment.

U.S. Geological Survey, 2022b, Documents: U.S. Geological Survey web page, accessed November 12, 2023, at https://www.usgs.gov/special-topics/saline-lakes-ecosystems-integrated-water-availability-assessment/documents.

For information about the research in this report, contact the

Director, Forest and Rangeland Ecosystem Science Center
U.S. Geological Survey
777 NW 9th Street, Suite 400
Corvallis, Oregon 97330
https://www.usgs.gov/centers/forest-and-rangeland-ecosystem-science-center

Director, Utah Water Science Center
U.S. Geological Survey
2329 West Orton Circle
Salt Lake City, Utah 84119-2047
https://www.usgs.gov/centers/utah-water-science-center

Manuscript approved on November 22, 2023

Publishing support provided by the U.S. Geological Survey
Science Publishing Network, Tacoma Publishing Service Center
Edited by John Osias
Design and layout by Yanis Xavier Castillo
Illustration support by JoJo Mangano

Frus and others—Integrated Science Strategy for Water Availability and Migratory Birds for Terminal Lakes, Great Basin, United States—CIR 1516



ISSN 2330-5703 (online)
https://doi.org/10.3133/cir1516

Scoping Comments

# EXHIBIT 5

*BioScience*, 2025, **75**, 112–126

https://doi.org/10.1093/biosci/biae126
Advance access publication date: 13 December 2024
**Overview Article**

OXFORD

# Imperiled Great Basin terminal lakes: Synthesizing ecological and hydrological science gaps and research needs for waterbird conservation

Garth Herring [ORCID], Ashley L. Whipple, Cameron L. Aldridge, Bryce A. Pulver, Collin A. Eagles-Smith, Rich D. Inman, Elliott L. Matchett, Adrian P. Monroe, Elizabeth K. Orning, Benjamin S. Robb, Jessica E. Shyvers, Bryan C. Tarbox, Nathan D. Van Schmidt, Cassandra D. Smith, Matthew J. Holloran, Cory T. Overton, David R. O'Leary, Michael L. Casazza and Rebecca J. Frus

Garth Herring (gherring@usgs.gov) and Collin A. Eagles-Smith are affiliated with the US Geological Survey, Forest and Rangeland Ecosystem Science Center, in Corvallis, Oregon, in the United States. Ashley L. Whipple, Cameron L. Aldridge, Rich D. Inman, Adrian P. Monroe, Elizabeth K. Orning, Benjamin S. Robb, Jessica E. Shyvers, Bryan C. Tarbox, Nathan D. Van Schmidt, and Matthew J. Holloran are affiliated with the US Geological Survey, Fort Collins Science Center, in Fort Collins, Colorado, in the United States. Bryce A. Pulver and David R. O'Leary are affiliated with the US Geological Survey, Utah Water Science Center, in Salt Lake City, Utah, in the United States. Elliott L. Matchett, Cory T. Overton and Michael L. Casazza are affiliated with the US Geological Survey, Western Ecological Science Center, in Dixon, California, in the United States. Cassandra D. Smith is affiliated with the US Geological Survey, Oregon Water Science Center, in Bend, Oregon, in the United States. Rebecca J. Frus is affiliated with the US Geological Survey, Nevada Water Science Center, in Boulder City, Nevada, in the United States.

## Abstract

Terminal lakes are declining globally because of human water demands, drought, and climate change. Through literature synthesis and feedback from the resource and conservation community, we review the state of research for terminal lakes in the Great Basin of the United States, which support millions of waterbirds annually, to prioritize ecological and hydrologic information needs. From an ecological perspective, research priorities include measuring the underlying differences in waterbird resource selection and distribution, migratory connectivity, abiotic factors that interact with prey densities to affect prey availability, and waterbird fitness or demography. Integrated links between water availability, water quality, and food webs are lacking in the literature. Scarce water availability data hinder the current knowledge of water extraction and evapotranspiration rates. Research that can address these priorities would help advance our understanding of how the Great Basin terminal lakes function as an interrelated system and support conservation efforts to reverse the decline of these critical lakes.

**Keywords:** endorheic, migratory connectivity, saline lakes, water extraction, water use, waterbirds

Endorheic lakes (hereafter, *terminal lakes*), which do not have an outlet to an external body of water, provide unique aquatic environments within continental landscapes globally (Wang et al. 2018). As a group, terminal lakes span the broadest ranges of water chemistry characteristics among inland waterbodies, creating diverse habitats that support varied ecosystem services (Herbst 2001). Most terminal lakes lie in arid or semiarid regions (Wurtsbaugh et al. 2017, Wang et al. 2018), and therefore are highly sensitive to changes in water availability. In response to growing human populations and associated water use demands, coupled with extended drought and climate change, the spatial extents and water quality of terminal lakes have declined globally (Messager et al. 2016, Gross 2017, Wurtsbaugh et al. 2017, Wurtsbaugh and Sima 2022). Worldwide, agricultural (Williams 1996, Micklin 2007, Moore 2016) and urban (Wurtsbaugh et al. 2017) water use increased by approximately 175% between 1960 and 2010 (Wada and Bierkens 2014), and around the same time terminal lakes and their basins experienced an extensive water loss of 106.3 gigatons per year between 2002 and 2016 (Wang et al. 2018). Rising temperatures increase plant evapotranspiration rates, water requirements, and irrigation rates for extensive agricultural areas, ultimately reducing stream flow in many regions where terminal lakes exist (Li et al. 2019, Doede and DeGuzman 2020, Donnelly et al. 2020,

Schulz et al. 2020, Rad et al. 2022). The synergy between these stressors (drought, climate change, consumptive water use) has resulted in many large terminal lakes (e.g., Lake Urmia, in Iran; Poopó Lake, in Bolivia; the Aral Sea, in Kazakhstan and Uzbekistan) losing up to 75% of their wetted extents or volumes (Micklin 2007, Satgé et al. 2017, Schulz et al. 2020), resulting in catastrophic impacts on wildlife populations, including migrating birds (Parsinejad et al. 2022), fish (Micklin and Aladin 2008), and the food webs supporting them (Micklin 2007, Parsinejad et al. 2022). This deteriorating health of terminal lakes also has substantial socioeconomic–environmental implications, including potential human health risks and impacts on industries that use terminal lakes (Micklin 2007, Satgé et al. 2017, Wurtsbaugh et al. 2017).

The Great Basin of North America encompasses the Great Salt Lake (Utah), Lake Abert (Oregon), and numerous other terminal lakes (figure 1, see the supplemental material labeled "Study Area") that have experienced long-term declines in lake extent and volume (Moore 2016, Wurtsbaugh et al. 2017, Donnelly et al. 2020, Wurtsbaugh and Sima 2022) and severe deterioration of lake health (Larson et al. 2016, Moore 2016, Senner et al. 2018, Haig et al. 2019). Despite decades of research demonstrating their importance for waterbirds and other wildlife populations, fundamental knowledge gaps still exist concerning how the ecologic,

**Received:** May 30, 2023. **Revised:** October 8, 2024. **Accepted:** November 20, 2024
© The Author(s) 2024. Published by Oxford University Press on behalf of the American Institute of Biological Sciences. This is an Open Access article distributed under the terms of the Creative Commons Attribution-NonCommercial License (https://creativecommons.org/licenses/by-nc/4.0/), which permits non-commercial re-use, distribution, and reproduction in any medium, provided the original work is properly cited. For commercial re-use, please contact journals.permissions@oup.com

Downloaded from https://academic.oup.com/bioscience/article/75/2/112/7922961 by guest on 21 March 2025



120°    116°    112°

44°

OREGON    IDAHO    WYOMING

Silver Lake
Harney Lake    Malheur Lake

Summer Lake
Lake Abert    Warner Lakes

Terminal Lakes of the
Great Basin Study Area

Goose Lake

Great Salt Lake

Eagle Lake    Pyramid Lake    Salt Lake City

Honey Lake    Winnemucca Lake    Franklin Lake    Provo
40°    Carson Sink    Ruby Lake

Reno    NEVADA    UTAH

Carson Lake
Carson City

Sevier Lake

Walker Lake

Mono Lake

CALIFORNIA

Owens Lake    ARIZONA

36°

**EXPLANATION**
— Great Basin study area boundary
— Terminal lake

Base from U.S. Geological Survey digital data, various scales; Albers
Equal-Area Conic projection, standard parallels 29°30' and 45°30' N.,
central meridian 101° W.; North American Datum of 1983

0    50    100    150 MILES
0    50    100    150 KILOMETERS

**Figure 1.** Location of 20 study terminal lakes within the Great Basin region of California, Nevada, Oregon, and Utah, in the United States, as identified by the United States Congress (2022), Saline Lake Ecosystems in the Great Basin Program Act of 2022. The Great Basin Study Area is coterminous with the Great Basin, and the Warner Lakes in Oregon are a series of 12 interconnected lakes.

climatologic, and hydrologic connections of these terminal lake systems form a functioning network of habitats for resident and migratory species (figure 2).

Upgradient water pools in terminal lakes and their associated wetlands because of their position at the downstream terminus of watersheds lacking oceanic outflows, providing a broad array of ecosystem and human services. The lack of outflow allows the lakes to accumulate vast quantities of minerals and nutrients (e.g., lithium, potash, salt) that are used for industrial and agricultural processes (Wurtsbaugh and Sima 2022). Accumulations of nutrients and minerals facilitate high primary productivity in many hypersaline terminal lakes, supporting abundant brine shrimp populations and their commercial harvest (Saccò et al. 2021, Wurtsbaugh and Sima 2022). Terminal lakes and their associated wetlands provide a substantial but little recognized

sink of global carbon, burying and sequestering more than 152 million metric tons of inorganic carbon annually; the deep ocean sequesters 200 million metric tons per year (Li et al. 2017). The isolation and extreme conditions of terminal lake ecosystems create diverse habitats characterized by broad salinity ranges, ephemeral hydrology, varying biogeochemistry, and unique biodiversity, including a high degree of endemism (Cooper and Koch 1984, Micklin 2010, Zadereev et al. 2020). One key manifestation of these factors, particularly in arid regions with limited water resources, is that terminal lakes and associated wetlands provide critical habitats for extensive populations of wildlife (Cooper and Koch 1984, Zadereev et al. 2020, Saccò et al. 2021, Donnelly et al. 2022).

The terminal lakes of the Great Basin represent a complementary network of ecosystems across a vast arid region that,

Downloaded from https://academic.oup.com/bioscience/article/75/2/112/7922961 by guest on 21 March 2025

Downloaded from https://academic.oup.com/bioscience/article/75/2/112/7922961 by guest on 21 March 2025



**Figure 2.** Three diagrams depicting lake, watershed, and region spatial extents and the water availability, habitat, and bird foci at each extent. (a) The lake spatial extent is the open water portion of the lake and the adjacent aquatic environments. The water availability focus at this extent is related to water quality. The habitat foci are related to the types, amount, and resources at lake habitats. The bird foci are evaluating bird behavior and life stages. (b) The watershed spatial extent includes all water that exists within the defined watershed. The water availability focus is related to natural and human water use. The habitat focus is composition, including species diversity and distribution. The bird focus is selection—or how the birds use the watershed. (c) The region spatial extent is the Great Basin study area. The water availability foci are related to the spatial distribution and timing of water delivery. The habitat foci are related to how habitats are configured and repeated across the region. The bird focus is related to how birds move throughout the region.

together, provide critical resources for humans and wildlife. This network of terminal lakes is key to supporting millions of waterbirds, including dozens of migratory species, through all stages of their life histories (Haig et al. 2019, Donnelly et al. 2020, Tavernia et al. 2021). However, the comparatively simple food webs associated with many of these lakes make them more vulnerable to climate change and water extractions than more complex lake systems, where greater functional redundancy provides some insur-

ance against individual species loss (Wurtsbaugh and Sima 2022, Shadrin et al. 2023). Historically, the network structure of lakes across the Great Basin landscape provided resilience to impacts associated with the degradation of any single lake (Haig et al. 2019); however, the entire network now faces unprecedented challenges with unknown implications for the diverse wildlife populations, human communities, and industries relying on these lakes. Despite extensive research on some terminal lakes of the

Great Basin (e.g., Great Salt Lake; see Wurtsbaugh and Sima 2022), there is still considerable uncertainty regarding the ecology and hydrology of many lakes within this region. Research and management actions are complicated by the mosaic of public and private land ownership and the frequent lack of coordinated water supply management within watersheds. These knowledge gaps and management limitations hamper informed prioritization and decision-making for conservation across the systems.

Compiling and synthesizing existing knowledge across the region to identify information gaps is a critical first step toward prioritizing and addressing ongoing threats to the Great Basin's terminal lakes. We report in the present article on the outcomes of an approach that integrates the ecological and hydrological literature and stakeholder feedback to identify the complexities, data gaps, and research needs associated with long-term changes to terminal lakes of the Great Basin. We first conducted an extensive literature review to synthesize current knowledge on the ecology and hydrology of terminal lakes across the Great Basin and to document potential gaps in understanding. We then used a resource and conservation community feedback process (Wandersman 1981, Martin and Sherington 1997, Reed 2008) through a series of workshops across the Great Basin to supplement our understanding of identified data gaps and to prioritize needs for future research and conservation efforts.

## Literature synthesis and research gaps

The first step in our effort was to gather relevant scientific publications, including journal articles, agency or nongovernmental organization reports, books, theses, and dissertations (hereafter, *publications*). Briefly, we performed a keyword search on terminal lake ecology and hydrology in Google Scholar (using Publish or Perish software; Harzing 2016) and Scopus (using BiblioSearch software; see the supplemental material labeled "Methods"; Kleist and Enns 2022). We then reviewed all literature and determined its relevancy to our Great Basin terminal lakes focus, assigned literature to broad ecological and hydrological topical categories, and then performed an information density analysis (Wilkinson and Friendly 2009) relative to the lakes (see the supplemental material).

## Resource and conservation community feedback

As the second step in our process, we collaborated with staff from the Department of the Interior Office of Collaborative Action and Dispute Resolution to design a workshop protocol to elicit input from stakeholders on data gaps and monitoring priorities focused on three geographic regions across the Great Basin study area (see Frus et al. 2023 for specific details on the engagement process; also see the supplemental material). Briefly, to identify workshop participants, The US Geological Survey (USGS) identified stakeholders that represented a diverse array of organizations, bureaus, and agencies from across the Great Basin. The list included about 200 individuals representing state and local organizations, as well as individuals from federal, tribal, and nongovernmental organizations. An invitation was sent to everyone on the stakeholder list. The invitation requested that organizations identify individuals who would act as representatives of their respective organizations to allow for equal representation of different thoughts and concerns. During these workshops, using polling software (Mentime-

ter), resource and conservation community members were asked to prioritize ecologic and hydrologic topical classifications (taken from the literature review research focus categories). The prioritization ranks were based on the importance for resolving key scientific unknowns in future research in Great Basin terminal lakes and the identification of key waterbird guilds from the perspective of conservation needs and across the Great Basin terminal lakes. A detailed description of the methods can be found in the supplemental file "Methods." A summary of the state and local workshop outcomes is available on the USGS Saline Lake Ecosystems IWAAs website (USGS 2022a, 2022b). USGS staff did not participate in prioritizing exercises.

## Research publications

Of the 935 publications returned from the literature search databases, 779 publications were deemed relevant because they were specifically associated with terminal lakes within the Great Basin or could provide comparative information from other regional terminal lakes (e.g., papers on the Salton Sea, in California). Overall, this included 372 and 407 publication from the ecology and hydrology query topics, of which 346 and 358 publications were specific to Great Basin terminal lakes, respectively. The year of publication for publications investigating one or more of the Great Basin terminal lakes ranged from 1902 to 2022 (supplemental figure S2), but the ranges varied widely among the lakes. For most of the lakes, the earliest hydrology publications were after 1970 (figure S2), whereas the initial ecology publications were decades earlier for a substantial (45%) number of the lakes (figure S2). Overall, the publications for lakes were relatively contemporary, with median publication years for most lakes after 2000 for either ecology or hydrology topics (figure S2).

## Resource and conservation community evaluations

For the ecologic ranking activity, the resource and conservation community members identified five topical priorities: In order of priority, those are habitat (E1), waterbird dispersal among terminal lakes (E2), waterbird population abundance or trend (E3), food or prey availability (E4), and threatened species of concern (E5), which combined accounted for 84% of responses (table 1). For the hydrologic ranking activity during the resource and conservation community meetings, the members identified five topical priorities. In order of priority, those are water budgets (W1), water use (W2), lake or wetland surface water (W3), hydrologic vulnerability (W4), and water quality (W5), which combined accounted for 82% of the responses (table 1).

## Publication coverage of topical areas

For all categories in both ecology and hydrology topics, most publications pertained to the Great Salt Lake, in Utah (39% of all publications), followed by Mono Lake, in California (21% of all publications), and Pyramid Lake, in Nevada (10% of all publications; figures 3 and 4). Conversely, Sevier Lake, in Utah; Winnemucca Lake, in Nevada; and Silver Lake, in Oregon, were not well represented in the literature, and we found only publications pertaining to waterbird population abundance or trend (priority E3) and a few hydrological topics (figures 3 and 4).

Downloaded from https://academic.oup.com/bioscience/article/75/2/112/7922961 by guest on 21 March 2025

**Table 1.** Ecological and hydrological categories grouped by resource and conservation community priority ranking from conservation community meetings or workshops.

| Rank | Ecological or hydrological priority | Related publication category |
|---|---|---|
| E1 | Habitat | Waterbird habitat selection or suitability |
| E2 | Waterbird dispersal among terminal lakes | Waterbird migration or migratory connectivity |
| E3 | Waterbird population abundance or trend | Waterbird population dynamics |
| | | Waterbird abundance |
| | | Waterbird nesting ecology |
| E4 | Food or prey availability | Food webs or community ecology |
| | | Waterbird foraging ecology |
| | | Waterbird prey availability |
| E5 | Threatened species or species of concern | *All ecological categories above (E1–E4)* |
| W1 | Water budget | Surface |
| | | Soil |
| | | Snow |
| | | Precipitation |
| | | Ground |
| | | Evapotranspiration |
| | | Consumptive |
| W2 | Water use | Water use |
| | | Commercial or industrial impacts |
| W3 | Lake or wetland surface water | Upgradient surface water |
| | | Lake characteristics |
| W4 | Hydrological vulnerability | Hydrologic vulnerability |
| | | Degree of decline |
| W5 | Water quality | Trends water quality |

## Ecology coverage

After categorizing the 372 ecology publications into the five priority topics describing their primary or secondary focus, 25% pertained to waterbird population abundance or trends (E3, $n = 94$), 15% pertained to food or prey availability (E4, $n = 55$), 13% pertained to waterbird dispersal (E2, $n = 49$), and 10% pertained to habitat (E1, $n = 38$; figure 3). The threatened species or species of concern (E5) category was prioritized by the resource and conservation community, but we did not categorize publications into this distinct group because the topic overlapped with categories E1–E4. For example, snowy plovers (*Charadrius nivosus*) are a threatened waterbird in the Great Basin and were highly represented among the four ecological categories (15% of all ecological priority publications). Although the waterbird population abundance or trend category (E3) contained many publications (figure 3), 48% were 20 or more years old (the median publication year was 2004). This varied substantially from state to state; for example, the median publication year for the waterbird population abundance or trend category (E3) in Oregon was 1998. In addition, although the waterbird nesting ecology and abundance subcategories were well represented among lakes, the waterbird population dynamics subcategory was limited for many terminal lakes in the Great Basin (figure 3). The ecological categories for habitat (E1) and waterbird dispersal among terminal lakes (E2) were well represented among lakes (figure 3), but the publications tended to be around 20 years old with a median publication year of 2006. Finally, the ecological category for food or prey availability (E4) was the most sparsely investigated topic among all lakes except for the Great Salt Lake and Mono Lake, which were the focal lakes in 51% and 29% of the

publications in the category, respectively (figure 3); the other 18 lakes had limited or no publications on waterbird food and prey availability, and, for those with publications, those publications were over 20 years old.

We also assessed the density of ecological literature across four waterbird guilds (shorebirds, open-water birds, wading birds, and waterfowl) to better understand guild-specific research strengths and gaps. The ecological literature representing the waterbird population abundance or trends category was the most published (E3, $n = 89$), followed by waterbird dispersal among terminal lakes (E2, $n = 47$), food or prey availability (E4, $n = 46$), and habitat (E1, $n = 36$). The shorebird guild had the most lakes with at least one publication (the mean was 12 publications per lake; $n = 18$ lakes) among the resource and conservation community's four highest-priority ecological topical areas (90% of the lakes; figure 5). Most of the lakes across the Great Basin lacked publications related to shorebirds for habitat (E1), waterbird dispersal (E2), and food or prey availability (E4) priority topics. The waterbird population abundance or trends (E3) priority topic contained the most literature related to shorebirds, although many publications for shorebirds in the abundance or trends category were more than 20 years old. The Great Salt Lake contained considerable literature on all shorebird topics, but many of the publications were at least 20 years old, particularly for waterbird dispersal and habitat (figure S2). The next most represented guild in the literature was the open-water bird guild (70% of the lakes with at least one publication; the mean was 9 publications per lake; $n = 14$ lakes), followed by waterfowl (65% of lakes with at least 1 publication; the mean was 5 publications per lake; $n = 13$ lakes), and wading birds (45% of the lakes had at least one publication; the mean was 3 publications per lake; $n = 9$ lakes; figure 5). The publications for most of the lakes did not cover all resource and conservation community priorities and our associated ecological topical areas for each of the three remaining guilds, and the available literature tended to be more than 15–20 years old (figure 5). The exception was the Great Salt Lake, which contained recent literature across all open-water bird guild topics. The Great Salt Lake also housed waterfowl literature for 75% of the ecological topical areas, and 60% of that literature was less than 10 years old. Notably, there were no publications related to wading bird food or prey availability, and almost no literature related to waterfowl food or prey availability existed outside of Great Salt Lake (figure 5).

## Hydrology coverage

Across the Great Basin, the water budget topic (W1) accounted for 70% of total hydrology publications ($n = 283$). Great Salt Lake, Mono Lake, and Owens Lake were the only lakes with publications for every water budget component (W1) and a relatively recent median publication year (the median was 2010; figure 4); the water budget components searched in the literature included surface water, soil moisture, snowpack, precipitation, groundwater, evapotranspiration, and consumptive use. The remaining 17 lakes (90%) lacked publications for at least one of the water budget components, and Eagle Lake, in northern California, lacked any publications pertaining to its water budget (figure 4). Snowpack and soil moisture components had the least publications across the Great Basin terminal lakes. For the other water-focused resource and conservation community categories (W2–W5, figure 4), recent Great Salt Lake publications (more than 2015 as the median) covered every water budget subcategory. The lake or wetlands surface water category was the second most represented category across the Great Basin terminal lakes region (W3; $n = 162$, or 40% of the

Downloaded from https://academic.oup.com/bioscience/article/75/2/112/7922961 by guest on 21 March 2025

Downloaded from https://academic.oup.com/bioscience/article/75/2/112/7922961 by guest on 21 March 2025



**Figure 3.** Distribution of research literature addressing ecological topics across the Great Basin sorted by lake and state. The classifications on the y-axis indicate priorities ranked by natural resource and conservation community feedback: habitat (E1), bird dispersal among terminal lakes (E2), bird population abundance or trend (E3), and food or prey availability (E4). The blank spaces indicate that no associated publications were found with that topic or that lake.

hydrology publications), although Eagle Lake, Carson Lake, Carson Sink, Silver Lake, and Sevier Lake all had one or no publications related to this category. Just one lake lacked publications related to water use or hydrologic vulnerability (Winnemucca Lake), and several lakes lacked publications on water quality (Goose Lake, Owens Lake, Carson Sink, Franklin Lake, Ruby Lake, Winnemucca Lake, Lake Abert, and Sevier Lake). The median publication date associated with water budget components was 2009, and 63% of the publications fall between 2002 and 2017 (figure S2). The median date of publications from most lakes and categories was 2006 or newer, although Pyramid Lake hydrology categories were an exception with most publications at least 20 years old (figure S2).

## Species abundance and trends in the Great Basin terminal lakes

The published information on species' abundance and trends, movements, and migration was limited for many terminal lakes, particularly those that are currently perennially dry (e.g., Franklin, Silver, Sevier Lakes). Recent information was restricted to a limited set of lakes, waterbird guilds, and topical areas of research (figures 3 and 5).

Most of the lakes lacked robust estimates of population size and trends for most waterbird guilds and species. The Great Salt Lake had the most current information for population abundance and trends across multiple waterbird guilds, particularly shorebirds, waterfowl, and open waterbirds, with additional informa-

tion on migratory connectivity or dispersal of open waterbirds. Aside from monitoring at the Great Salt Lake, population field surveys are often spatially restricted or insufficiently replicated in space and time to produce robust estimates of population size and trends for most waterbirds (e.g., Warnock et al. 1998, Fleskes and Lee 2007, Senner et al. 2021). Two exceptions are the snowy plover, which has population estimates across the Great Basin, although those estimates are now over 10 years old (Thomas et al. 2012), and Wilson's phalarope (*Phalaropus tricolor*), for which researchers began coordinating range-wide monitoring in 2019 (Carle et al. 2023). Therefore, bird responses (e.g., individual behaviors, population abundance, and demographic consequences) to watershed water use, hydrologic vulnerability, and habitat management actions remain poorly understood and require additional collaborative research for this system (see box 1).

Prioritizing and meeting research objectives may be particularly challenging for intrinsically rare, threatened, or endangered species that are difficult to detect. Rare or threatened species may demonstrate greater population variability or site occupancy at terminal lakes because of the ephemeral nature of their habitats, which is compounded by demographic stochasticity inherent in small populations (Page et al. 1991, Thomas et al. 2012). Although they are outside the scope of this synthesis, there are other rare aquatic wildlife species, such as several threatened and endangered fish endemic to one or a few terminal lake systems (e.g., cui-ui, *Chasmistes cujus*; Warner sucker, *Catostomus warnerensis*; Lahontan cutthroat trout, *Oncorhynchus clarkii henshawi*) that are

Downloaded from https://academic.oup.com/bioscience/article/75/2/112/7922961 by guest on 21 March 2025



**Figure 4.** Distribution of research literature addressing hydrological topics across the Great Basin sorted by lake and state. The classifications on the y-axis indicate priorities ranked by natural resource and conservation community feedback: The top resource and conservation community hydrologic priority of water budget (W1) is shown (a) with hydrologic components used to establish water budgets and (b) water use (W2), lake or wetlands surface water (W3), hydrological vulnerability (W4), and water quality (W5). The blank spaces indicate that no associated publications were found with that topic or that lake.

unable to disperse. Their populations are intrinsically tied to local changes in habitat and water conditions (Wagner and Lebo 1996, Beutel et al. 2001, Sedinger et al. 2012), suggesting relatively easier prioritization of research activities for these species.

## Waterbird responses to habitats and food availability

The Great Basin terminal lakes serve as critical stopover and staging areas along major international flyways for migratory species including western sandpipers (*Calidris mauri*; Warnock and Bishop 1998) and eared grebes (*Podiceps nigricollis* Winkler and Cooper 1986, Jehl and Johansson 2002, Jehl and Henry 2010, Kristen et al. 2016, Frank and Conover 2017, Williams and Laird 2018), among others (box 2; Bishop et al. 2005, Strahlberg et al. 2011, Sorenson et al. 2020). Surface flows (Tavernia et al. 2021), soil moisture (Mendelsohn et al. 2007), water quality (Jehl 2001, Roberts and Conover 2016, Wurtsbaugh et al. 2017), and water depth (Weller et al. 1958, Sloan 1982, Wurtsbaugh et al. 2017) can affect vegetation and potential food resources, thereby determining habitat availability and trends in bird abundance and distribution.

However, information on species-specific habitat suitability, habitat selection, and food or prey availability was limited for most of the Great Basin terminal lake systems, except for the

Great Salt Lake (figure 5, box 1). At local scales, the biotic and abiotic characteristics of terminal lakes are often categorized into foraging and nesting habitat. Bird selection of foraging and nesting habitat is influenced by surrounding vegetation characteristics (Kelchin 2000, Ellis et al. 2015), benthic substrate type (Roberts and Conover 2016), and the amount and type of submerged aquatic vegetation (Delahoussaye and Conover 2020). However, the degree to which hydrological conditions and lake elevation influence habitat suitability varies by waterbird species and lake, and the effects may be positive (Bogiatto 1998, Wright-Myers and Bogiatto 2007), negative (Kruse et al. 2003), or somewhat neutral (Wright-Myers and Bogiatto 2007).

Brine shrimp (*Artemia* spp.) and brine flies (*Ephydridae* spp.) are frequently identified as food resources of critical importance for most waterbirds that use saline lakes in the intermountain west, with moderate salinities providing optimal conditions for their abundance and quality as waterbird prey (see box 2; Caudell and Conover 2006, Roberts 2013, Sorensen et al. 2020). However, the degree of plasticity in waterbird reliance on brine shrimp and brine flies is still uncertain, with evidence of increased foraging effort and lower waterbird abundances when conditions are poor (Caudell and Conover 2006) and inability to switch from a brine fly to brine shrimp diet because of decreased energetic content for at least one waterbird species (red-necked phalarope, *Phalaropus lobatus*; Rubega and Inouye 1994). Other macroinvertebrates

Downloaded from https://academic.oup.com/bioscience/article/75/2/112/7922961 by guest on 21 March 2025



**Figure 5.** Distribution of ecological literature topical areas across the Great Basin sorted by waterbird guild, lake, and state. The classifications on the y-axis (E1–E4) of literature review categories are assigned for each waterbird guild based in descending priority from resource and conservation community feedback rankings (habitat, E1; bird dispersal among terminal lakes, E2; bird population abundance or trend, E3; and food or prey availability, E4). The waterbird guilds were defined as open-water birds, shorebirds, wading birds, and waterfowl. The blank spaces indicate that no associated publications were found with that ecological topic or that lake.

and wetland plant seeds may be important across saline lake systems but are understudied (except at the Great Salt Lake; Roberts 2013, Sorenson et al. 2020).

Along with the complexities of condition and availability of foraging habitat, understanding the spatiotemporal drivers of fitness–habitat relationships is needed (e.g., direct links between nest success, survival, mortality, and food resource use and availability). There were a limited number of empirical studies ($n = 25$) examining direct and indirect effects of prey availability on waterbirds in terminal lake systems. The available studies spanned only eight waterbird species (California gull, *Larus californicus*; eared grebe; American avocet, *Recurvirostra americana*; red-necked phalarope; western sandpiper; Wilson's phalarope; American white pelican, *Pelicanus erthrorhynchos*; snowy plover) and were skewed to the two major migratory waterbird hypersaline systems, the Great Salt Lake ($n = 16$) and Mono Lake ($n = 8$). Research to evaluate waterbird demographic rates and fitness

consequences of habitat resources or conditions is therefore needed throughout the system for most waterbirds. Because of this general lack of published information, the ability to link changing ecological conditions to demographic responses across all bird guilds and lakes is limited (box 1).

## Understanding Great Basin terminal lakes hydrology

Understanding water availability for the Great Basin terminal lakes is crucial to determining the availability, variety, and quality of avian habitats, as well as the overall watershed health of each lake (figure 4). Current water availability assessments, including water quantity and quality, are needed for most lakes within the Great Basin to augment, update, and inform current understanding of hydrologic systems at the lake, watershed, and region spatial extents.

Downloaded from https://academic.oup.com/bioscience/article/75/2/112/7922961 by guest on 21 March 2025

**Box 1.** Waterbird abundance relative to publication numbers and resource and conservation community priorities.

We conducted a post hoc analysis to assess the frequency of publications (y-axis) relative to the importance of each lake given waterbird abundance (x-axis) and change in surface area (the symbols). We categorized the number of publications in our review by resource and conservation community priority (see table 1 for definitions). To estimate the biological importance of each lake, we extracted the mean abundance (Fink et al. 2022) of the 15 waterbirds of interest (supplement S2), which we then divided by total abundance per species, then summed the relative abundances across species. Color and shape designate the percent change in lake surface area between 1984 and 2018 (Donnelly et al. 2020). Symbols for Summer Lake (the circle) and Malheur (the triangle) overlap. Results illustrate high variation in published knowledge across lakes and resource and conservation community priorities. Great Salt Lake was both the most biologically important and the most studied terminal lake. Among other terminal lakes, there are gaps in the frequency of studies within each resource and conservation community priority (e.g., priority W1, water budget, there were 36 published studies at Pyramid Lake and 0 at Eagle Lake). Our analysis highlights lakes with little published knowledge, but a more crucial takeaway is that many studies are localized to specific lakes. The ecological value of the lake does not relate to the amount of research on it. Future research would benefit from a larger-scale analysis integrating knowledge across the system (i.e., all terminal lakes in the Great Basin or a subset of lakes that represent varying salinity and ecological importance) rather than solely site-specific studies.



**Relative abundance of waterbirds at each lake (summed across 15 species)**

## Water availability

Water quantity is typically informed by an assessment of the system's water budget and the inflows and outflows of a system. Generally, the water budget inflow components of terminal lake systems' include both surface water and groundwater stocks, with inflows from precipitation, return flow from applied irrigation water, and lateral movement of surface and groundwater, whereas outflows are consumptive use, evaporation, and evapotranspiration. Overall, hydrologic literature demonstrated that surface and groundwater sources across the watersheds of the Great Basin are driven by snowpack at high elevations, and lake elevation is controlled by streamflow inputs and direct precipitation (Maurer et al. 2009, Stolp and Brooks 2009, Mohammed and Tarboton 2012, Wriston and Smith 2017, Baxter and Butler 2020). Data and interpretations to identify quantity, timing, and trends of inputs including streamflow, groundwater discharge, snowpack, precipitation, and lake elevations for terminal lake systems are deficient for all of the Great Basin watersheds.

Downloaded from https://academic.oup.com/bioscience/article/75/2/112/7922961 by guest on 21 March 2025

**Box 2.** A cross-section diagram of a lake and adjacent wetland with habitat use and life-history information on tule white-fronted goose, Wilson's phalarope, snowy plover, and eared grebe.

The tule white-fronted goose (*Anser albifrons elgasi*) is a California species of special concern and feeds in shallow vegetated wetlands. It uses only Summer Lake wetlands for migratory stopovers. Wilson's phalaropes (*Phalaropus tricolor*) forage on the water surface, using many Great Basin terminal lakes during its migration to South America. During their rapid molt and premigratory fattening life stages, they rely on brine flies for food. Snowy plover (*Charadrius nivosus*) are listed as a threatened species under the Endangered Species Act. They rely on terminal lake mudflats and shorelines for their nesting, feeding, and sometimes overwintering activities. Eared grebes (*Podiceps nigricollis*) dive to feed, relying on brine shrimp and alkali flies produced by Great Basin terminal lakes. Over 99% of the North American population relies on this food source during the fall months.



Consumptive water uses and other water budget component outputs are significantly reducing the water available to terminal lake systems. The lakes across the Great Basin are reporting withdrawals and diversions that exceed recharge rates, directly decreasing lake volume (Null and Wurtsbaugh 2020, Beamer and Hoskinson 2021, Garcia et al. 2022) and riparian area (Danskin 1998, Tracy 2004, Wurtsbaugh et al. 2017, Sterle et al. 2020). However, understanding consumptive use is complicated by varying reporting regulations across states and activities, as well as differences in how each state's laws define surface and groundwater concerning their hydrologic connectivity—or a lack thereof (King et al. 2021). Most evaporation of terminal lake systems in the Great Basin occurs in open water environments with rates determined by lake area (Allander et al. 2009, Mohammed and Tarboton 2012). Evapotranspiration in riparian and wetland areas is another primary output in the water budget and is critical for understanding water availability (Allander et al. 2009, Gómez-Navarro et al. 2019). The data on outputs in the water budget, including evaporation and evapotranspiration, remain poorly understood for terminal lake systems.

Climate change affects each component of the water budget in terminal lakes, including changes in magnitude and timing of flow. Hydrologic conditions in the Great Basin watersheds are increasingly characterized by lower year-round precipitation, spring high flows, summer low flows, low summer soil moisture, increases in drought conditions, and earlier snowmelt and runoff (Ficklin et al. 2013, Godsey et al. 2014, Gutrich et al. 2016, Hall et al. 2021). Although climatic factors affect terminal lake hydrology, a limited number of studies have shown that climatic factors are

secondary to the effects of human alterations in the system (Great Salt Lake; Baxter and Butler 2020, Null and Wurtsbaugh 2020). Anthropogenic water use has reduced water levels and ecosystem function in many of the Great Basin watersheds (Danskin 1998, Zektser et al. 2005, Wurtsbaugh et al. 2017), and multiscale water budgets along with an examination of water rights is critical for developing meaningful solutions to water demands that benefit all sectors of society (King et al. 2021). With changing hydrologic conditions, quantifying and improving the current understanding and accuracy of individual water budget components will prove critical as terminal lakes become more stressed from increased water use and warming conditions. Water budget components are closely linked to water quality and food webs within the Great Basin terminal lakes and consequently play a critical role in defining the availability of habitats for waterbird populations throughout the annual cycle.

## Water quality

Water quality in terminal lakes is a product of both natural (e.g., physiography, geology, soils, climate) and human-influenced (e.g., land use, diversions, waste management) factors, both of which vary considerably across the terminal lakes of the Great Basin. Consequently, water quality is influenced directly by atmospheric deposition or inflows of freshwater to lake systems or indirectly through processes influenced by climate such as net evaporation or lake turnover and wind or upwelling, which affect lake productivity and cycling of water quality constituents. For instance, at Pyramid Lake, warmer water temperatures may reduce or

Downloaded from https://academic.oup.com/bioscience/article/75/2/112/7922961 by guest on 21 March 2025

eliminate the stratification of lake water, affecting water quality and productivity (Hostetler and Benson 1994). Although harmful algal blooms occur almost annually in Pyramid Lake, large blooms are more likely to occur following years of particularly high inflows from the Truckee River because the influx of freshwater prevents lake mixing (Galat and Verdin 1988). Critical water quality constituents are varied across the different terminal lakes and can include salinity, nutrients, sediment, and metals.

There is a lack of standardized water quality indicators across the Great Basin terminal lakes, and those components that are monitored or targeted are driven by local needs and regulations (Galat and Verdin 1988, Mono Basin Stream Restoration and Monitoring Program 2010, Herbst et al. 2013, Pyramid Lake Paiute Tribe 2015, Wurtsbaugh et al. 2020, California State Water Resources Control Board 2021). A variety of water quality components are monitored in some of the saline and hypersaline lakes of the Great Basin, and some of the lakes have mandated or suggested water quality criteria to maintain ecosystem health, such as Mono Lake (Herbst 2014) and Lake Abert (Larson et al. 2016, Moore 2016). The management goal of these water quality targets is to manipulate lake levels, as in the case of Mono Lake (Herbst 2014), although, at many lakes, there is no current management effort (e.g., Lake Abert; Moore 2016). However, it should be noted that even though there are management-mandated water quality criteria at Mono Lake, the lake has never achieved that goal since its inception in 1994, and is still far below the target level today.

## Connection between avian ecology and hydrology

The lack of information on waterbird foraging ecology and the conditions that constitute their habitat is not only a result of a paucity of monitoring data but is also inherently the result of the highly dynamic nature of water availability in the Great Basin terminal lakes. Constant fluctuations in water quantity and quality within and among the terminal lakes indicate that a systemwide analysis is critical for understanding population-level effects of salinity gradient, prey availability, habitat quality, and fitness relationships (see box 2). This is compounded by variation in the needs of diverse waterbird species (e.g., shorebirds versus waterfowl versus open waterbirds). Two caveats to the paucity of information on terminal lake hydrology and waterbird responses are the Great Salt Lake and Mono Lake (see box 1). The reasons for the large amount of research at these two lakes are driven either by the economic importance of a commercial brine shrimp fishery that mandates research (Great Salt Lake; Belovsky et al. 2011, Belovsky and Perschon 2019) or by the legal water policy and subsequent management requirements that have resulted in a long history of research (Mono Lake; Herbst 2014).

For migratory waterbirds, terminal lakes within the Great Basin serve as habitat patches within an inhospitable matrix. As the terminal lakes' quality and quantity declines because of human water use and climate change, the migratory connectivity across the terminal lakes may become compromised, threatening the viability of bird populations that depend on them (Haig et al. 2019, Donnelly et al. 2020). Because the quality of patches varies spatiotemporally, species persistence depends in part on the species' ability to navigate among lakes in the Great Basin to find suitable habitats (Rohani et al. 1996, Hanski and Gilpin 1997, Bowne and Bowers 2004). Multiple strategies exist to navigate the existing matrix of habitat patches, some of which may be more reliant on habitat proximity, redundancy, or persistence across years (Winkler and Cooper 1986, Jehl et al. 1988, Robinson and Oring 1996, Haig et al. 1998, Plissner et al. 1999). Additional research

focused on species-specific functional connectivity between terminal lake habitats within and across years in the Great Basin would support management in providing information on habitat timed to species' needs in a variable landscape. Moreover, understanding waterbird behavioral plasticity is critical to determining whether birds can adaptively migrate or disperse among lakes, or if lakes are ecologically irreplaceable. Overall, research to understand lake–waterbird connectivity can help evaluate the extent of ecological redundancy of lakes, waterbirds' behavioral plasticity to changes in lake ecosystems and food webs, and the requirements for future viability of waterbird populations.

## Defining ecological and hydrological research priorities

Although there remain many ecological and hydrological unknowns for the Great Basin terminal lakes, our efforts yielded several critical priorities. From an ecological perspective, key research priorities include investigating the mechanisms causing spatial heterogeneity in waterbird resource selection and distribution, waterbird use of the Great Basin as a system, how abiotic factors (especially salinity) might interact with prey densities to affect prey availability and habitat selection, and waterbird fitness or demographic consequences in response to spatiotemporal variation in prey (i.e., carrying capacity).

Water availability data are scarce for many of the terminal lake systems in the Great Basin, with specific components of water budgets lacking for most of the lakes. Similarly, the links among water quantity, water quality, and food webs are lacking, including an understanding of system drivers and when these tipping points cascade past thresholds. Similarly, research is needed to determine the ecological consequences of lakes either completely disappearing or no longer functioning ecologically (e.g., salinity concentrations that result in food webs collapsing). This will help to understand potential resiliency across the system (i.e., connectivity among populations and adaptability to local disturbances). Future research that can address these key priorities could help advance our understanding of how the Great Basin terminal lakes function as a system to support millions of waterbirds annually.

## Conclusions

Worldwide, terminal lakes' food webs provide critical habitats and resources for waterbirds and other aquatic species (Timms 2005, Micklin 2007, Micklin and Aladin 2008, Parsinejad et al. 2022). In addition, the global decline of these lakes has considerable socioeconomic–environmental consequences including human health risks and effects on industries reliant on terminal lakes (Micklin 2007, Satgé et al. 2017, Wurtsbaugh et al. 2017). Similarly, the network of terminal lakes across the US Great Basin provides critical habitat for millions of migratory birds and other wildlife and supports a vibrant segment of the US economy for millions of people, agriculture, and industry. The system, much like other terminal lake systems across the globe, is in peril because of reduced freshwater availability at multiple scales (e.g., lake, watershed, and regional scales), resulting from surface and groundwater extraction for multiple uses, prolonged drought, and a warming climate. Understanding how past, present, and future land- and water-use decisions have affected terminal lakes and associated watersheds would help the resource and conservation community tackle these complex challenges collaboratively. Gathering relevant hydrologic and ecological data that inform future

actions would be critical to the success of future conservation efforts.

With few exceptions, the current state of the Great Basin terminal lakes has been shaped by a long history of policy decisions made without considering effects on the lakes themselves. Although there are some long-term data sets available, integrating those data sets in combination with targeted studies to address conservation and management gaps could greatly increase understanding of how the Great Basin terminal lakes, waterbirds, and the system as a whole would function with continued decreases in water availability. Such integration provides a unique opportunity to increase understanding of how these terminal lake systems would be affected across the Great Basin and complement a global understanding of terminal lakes. Moving forward, management decisions made with knowledge and understanding of how those decisions affect wildlife, economies, and human health would have the best chance of meeting adaptive management goals.

## Supplemental material

Supplemental data are available at *BIOSCI* online.

## Acknowledgments

This research was funded by the US Geological Survey (Water Mission Area). We thank M. Ricca and four anonymous reviewers for their insightful comments. We appreciate the support from Tim Bartos, Daniel Bright, Gwen Davies, Katie Earp, Elizabeth Jachens, Branden Johnson, Harold Jones, Megan Kenworthy, Anthony Martinez, Nora Nelson, Julie Padilla, John Pierce, Jesse Ross, Christine Rumsey, Dina Saleh, Erin Poor, Jay Welz, James Willacker, Mike Wright, Tess Harden, and Mathew Yates for publication reviews. Andrea Mohl helped with preparing the figures. Any use of trade, firm, or product names is for descriptive purposes only and does not imply endorsement by the US government. This article has been peer reviewed and approved for publication consistent with USGS Fundamental Science Practices (http://pubs.usgs.gov/circ/1367/).

The data are available in Herring and colleagues (2023; https://www.sciencebase.gov/catalog/item/65148339d34e469cabfcb673).

## Author contributions

Garth Herring (Conceptualization, Data curation, Formal analysis, Investigation, Methodology, Project administration, Validation, Visualization, Writing - original draft, Writing - review & editing), Ashley L. Whipple (Data curation, Formal analysis, Investigation, Methodology, Software, Validation, Visualization, Writing - original draft, Writing - review & editing), Cameron L. Aldridge (Conceptualization, Data curation, Funding acquisition, Investigation, Methodology, Project administration, Supervision, Visualization, Writing - original draft, Writing - review & editing), Bryce A. Pulver (Data curation, Formal analysis, Investigation, Methodology, Software, Validation, Visualization, Writing - original draft, Writing - review & editing), Collin A. Eagles-Smith (Conceptualization, Funding acquisition, Investigation, Methodology, Project administration, Supervision, Writing - original draft, Writing - review & editing), Rich D. Inman (Data curation, Investigation, Methodology, Validation, Writing - original draft, Writing - review & editing), Elliott L. Matchett (Data curation, Investigation, Methodology, Writing - original draft, Writing - review & editing), Adrian P. Monroe (Data curation, Investigation, Methodology, Writing - original draft, Writing - review & editing), Elizabeth K. Orning (Data curation, Investigation, Methodology, Writing - original draft, Writing - review & editing), Benjamin S. Robb (Data curation, Formal analysis, Investigation, Methodology, Software, Visualization, Writing - original draft, Writing - review & editing), Jessica E. Shyvers (Data curation, Investigation, Methodology, Writing - original draft, Writing - review & editing), Bryan C. Tarbox (Data curation, Investigation, Methodology, Writing - original draft, Writing - review & editing), Nathan D. Van Schmidt (Data curation, Investigation, Methodology, Writing - original draft, Writing - review & editing), Cassandra D. Smith (Investigation, Methodology, Writing - original draft, Writing - review & editing), Matthew J. Holloran (Data curation, Investigation, Methodology, Writing - original draft, Writing - review & editing), Cory T. Overton (Investigation, Methodology, Visualization, Writing - original draft, Writing - review & editing), David R. O'Leary (Conceptualization, Data curation, Funding acquisition, Investigation, Methodology, Project administration, Supervision, Writing - original draft), Michael L. Casazza (Conceptualization, Funding acquisition, Project administration, Supervision, Visualization, Writing - original draft), and Rebecca J. Frus (Conceptualization, Funding acquisition, Project administration, Visualization, Writing - original draft)

## References cited

Allander KK, et al. 2009. Evapotranspiration from the lower Walker River basin, west-central Nevada, water years 2005–07. US Geological Survey. Scientific investigations report no. 2009–5079.

Baxter BK, Butler JK. 2020. Climate change and Great Salt Lake. Pages 23–52 in Baxter BK, Butler JK, eds. *Great Salt Lake: Biology of a Terminal Lake in a Time of Change.* Springer.

Beamer J, Hoskinson M. 2021, *Historical Irrigation Water Use and Groundwater Pumpage Estimates in the Harney Basin, Oregon, 1991–2018.* Oregon Water Resources Department. Open file report no. 2021-02.

Belovsky GE, Perschon WC. 2019. A management case study for a new commercial fishery: Brine shrimp harvesting in Great Salt Lake, Utah, USA. *Ecological Applications* 29: e01864.

Belovsky GE, et al. 2011. The Great Salt Lake Ecosystem (Utah, USA): Long term data and a structural equation approach. *Ecosphere* 2.3: 1–40.

Beutel MW, et al. 2001. Limnological effects of anthropogenic desiccation of a large, saline lake, Walker Lake, Nevada. Pages 91–105 in Melack JM, Jellison R, Herbst DB, eds. *Saline Lakes: Publications from the 7th International Conference on Salt Lakes, held in Death Valley National Park,* California, USA, September 1999. Springer.

Bishop MA, et al. 2005. Differential spring migration by male and female western sandpipers at interior and coastal stopover sites. *Ardea* 92: 185–196.

Bogiatto RJ. 1998. Nesting ecology of ducks at Eagle Lake, Lassen County, California. *California Fish and Game* 84: 61–73.

Bowne DR, Bowers MA. 2004. Interpatch movements in spatially structured populations: A literature review. *Landscape Ecology* 19: 1–20.

California State Water Resources Control Board. 2021. Order WR 2021-0086 Exec, Order approving petitions for change and issuing amended licenses. California Environmental Protection Agency, State Water Resources Control Board, Division of Water Rights (1 October 2021).

Carle RD, et al. 2023. *Coordinated Phalarope Surveys at Western North American Staging Sites 2019-2022.* International Phalarope Working Group.

Downloaded from https://academic.oup.com/bioscience/article/75/2/112/7922961 by guest on 21 March 2025

Caudell JN, Conover MR. 2006. Behavioral and physiological responses of Eared Grebes (*Podiceps nigricollis*) to variations in brine shrimp (*Artemia franciscana*) densities. *Western North American Naturalist* 66: 12–22.

Cooper JJ, Koch DL. 1984. Limnology of a desertic terminal lake, Walker Lake, Nevada, U.S.A. *Hydrobiologia* 118: 275–292.

Danskin WR. 1998. *Evaluation of the Hydrologic System and Selected Water-management Alternatives in the Owens Valley, California.* US Geological Survey.

Delahoussaye LM, Conover MR. 2020. Habitat selection by nesting eared grebes (*Podiceps nigricollis*) along Great Salt Lake, Utah. *Wilson Journal of Ornithology* 132: 388–397.

Doede AL, DeGuzman PB. 2020. The disappearing lake: A historical analysis of drought and the Salton Sea in the context of the Geo-Health framework. *GeoHealth* 4: 9.

Donnelly JP, et al. 2020. Climate and human water use diminish wetland networks supporting continental waterbird migration. *Global Change Biology* 26: 2042–2059.

Donnelly JP, et al. 2022. Functional wetland loss drives emerging risks to waterbird migration networks. *Frontiers in Ecology and Evolution* 10: 844278.

Ellis KS, et al. 2015. Factors influencing snowy plover (*Charadrius nivosus*) nest survival at Great Salt Lake, Utah. *Waterbirds* 38: 58–67.

Ficklin DL, et al. 2013. Effects of projected climate change on the hydrology in the Mono Lake Basin, California. *Climatic Change* 116: 111–131.

Fink D, et al. 2022. *eBird Status and Trends, Data Version: 2021; Released: 2022.* Cornell Lab of Ornithology.

Fleskes JP, Lee JL. 2007. Waterfowl distribution and abundance during spring migration in southern Oregon and northeastern California. *Western North American Naturalist* 67: 409–428.

Frank MG, Conover MR. 2017. Weather and prey availability affect the timing of fall migration of eared grebes (*Podiceps nigricollis*) from Great Salt Lake. *Wilson Journal of Ornithology* 129: 98–111.

Frus RJ, et al. 2023. Integrated science strategy for assessing and monitoring water availability and migratory birds for the terminal lakes across the Great Basin, United States. US Geological Survey. Circular no. 1516.

Galat DL, Verdin JP. 1988. Magnitude of blue-green algal blooms in a saline desert lake evaluated by remote sensing: Evidence for nitrogen control. *Canadian Journal of Fisheries and Aquatic Science* 45: 1959–1967.

Garcia CA, et al. 2022, *Supplemental Data: Hydrologic Budget of the Harney Basin Groundwater System, Southeastern Oregon, 1982–2016.* US Geological Survey.

Godsey SE, et al. 2014. Effects of changes in winter snowpacks on summer low flows: Case studies in the Sierra Nevada, California, USA. *Hydrological Processes* 28: 5048–5064.

Gómez-Navarro C, et al. 2019. Spatiotemporal variability in water sources of urban soils and trees in the semiarid, irrigated Salt Lake Valley. *Ecohydrology* 12: e2154.

Gross M. 2017. The world's vanishing lakes. *Current Biology* 27: 43–46.

Gutrich JJ, et al. 2016. Economic returns of groundwater management sustaining an ecosystem service of dust suppression by alkali meadow in Owens Valley, California. *Ecological Economics* 121: 1–11.

Haig SM, et al. 1998. Avian movements and wetland connectivity in landscape conservation. *Conservation Biology* 12: 749–758.

Haig SM, et al. 2019. Climate-altered wetlands challenge waterbird use and migratory connectivity in arid landscapes. *Science Reports* 9: 4666.

Hall DK, et al. 2021. The role of declining snow cover in the desiccation of the Great Salt Lake, Utah, using MODIS data. *Remote Sensing of Environment* 252: 112106.

Hanski I, Gilpin M. 1997. *Metapopulation Biology: Ecology, Genetics and Evolution.* Academic Press.

Harzing AW. 2016. Publish or Perish. Harzing.com (6 February 2016). https://harzing.com/resources/publish-or-perish.

Herbst DB. 2001. Gradients of salinity, stress, environmental stability and water chemistry as a template for defining habitat types and physiological strategies in inland salt waters. *Hydrobiologia* 466: 209–2019.

Herbst D. 2014. Mono Lake: Streams taken and given back, but still waiting. *Lakeline* 34: 21–24.

Herbst DB, et al. 2013. Defining salinity limits on the survival and growth of benthic insects for the conservation management of saline Walker Lake, Nevada, USA. *Journal of Insect Conservation* 17: 877–883.

Herring G, et al. 2023. Bibliography of hydrological and ecological research in the Great Basin terminal lakes. US Geological Survey. https://doi.org/10.5066/P9G5CGA7.

Hostetler SW, Benson LV. 1994. Behavior of the stable isotopes of oxygen and hydrogen in the Truckee River–Pyramid Lake surface-water system 2: A predictive model of $\delta^{18}$O and $\delta^2$H in Pyramid Lake. *Limnology and Oceanography* 39: 356–364.

Jehl JR. 2001. Enhanced success of California gulls nesting in enclosures. *Waterbirds* 24: 133–136.

Jehl JRJ, Henry A. 2010. The postbreeding migration of eared grebes. *Wilson Journal of Ornithology* 122: 217–227.

Jehl JR, Johansson C. 2002. Autumnal migration of eared grebes (*Podiceps nigricollis*) through southwestern Wyoming: A key to assessing the size of the North American population. *Western North American Naturalist* 62: 335–340.

Jehl JR, et al. 1988. On the interpretation of historical data, with reference to the California Gull colony at Mono Lake, California. *Colonial Waterbirds* 11: 322–327.

Kelchlin EP. 2000. *The Breeding Ecology of White-faced Ibis in the Lower Carson River Basin, Nevada.* Master's thesis, Louisiana State University, Baton Rouge, Louisiana, United States.

King SL, et al. 2021. Wetland conservation: Challenges related to water law and farm policy. *Wetlands* 41: 54.

Kleist NJ, Enns KD. 2022. USGS BiblioSearch: A python tool to facilitate searching, cleaning, and compiling of literature citations from across multiple databases, vers. 1.0.0. US Geological Survey. https://doi.org/10.5066/P9EW8BO5.

Kristen SE, et al. 2016. Spring downings clarify the migration biology of eared grebes (*Podiceps nigricollis*). *Waterbirds* 39: 338–345.

Kruse KL, et al. 2003. Long-term productivity of Canvasbacks (*Aythya valisineria*) in a snowpack-driven desert marsh. *Auk* 120: 107–119.

Larson R, et al. 2016. Recent desiccation-related ecosystem changes at Lake Abert, Oregon: A terminal alkaline salt lake. *Western North American Naturalist* 76: 389–404.

Li Y, et al. 2017. Substantial inorganic carbon sink in closed drainage basins, globally. *Nature Geoscience* 10: 501–506.

Li S, et al. 2019. Extreme drought caused distinct water acidification in the Lower Lakes (Lakes Alexandria and Albert), Australia. *Journal of Hydrology* 544: 133–146.

Martin A, Sherington J. 1997. Participatory research methods: Implementation, effectiveness and institutional context. *Agricultural Systems* 55: 195–216.

Maurer DK, et al. 2009. Analysis of streamflow trends, ground-water and surface-water interactions, and water quality in the upper Carson River basin, Nevada and California. US Geological Survey. Scientific investigations report no. 2008-5238.

Downloaded from https://academic.oup.com/bioscience/article/75/2/112/7922961 by guest on 21 March 2025

Mendelsohn MB, et al. 2007. Diversity of terrestrial avifauna in response to distance from the shoreline of the Salton Sea. *Journal of Arid Environments* 68: 574–587.

Messager ML, et al. 2016. Estimating the volume and age of water stored in global lakes using a geo-statistical approach. *Nature Communications* 7: 13603.

Micklin P. 2007. The Aral Sea disaster. *AREPS* 35: 47–72.

Micklin P. 2010. The past, present, and future Aral Sea. *Lakes and Reservoirs* 15: 193–213.

Micklin P, Aladin NV. 2008. Reclaiming the Aral Sea. *Scientific America* 298: 64–71.

Mohammed IN, Tarboton DG. 2012. An examination of the sensitivity of the Great Salt Lake to changes in inputs. *Water Resources Research* 48: 11.

Mono Basin Stream Restoration and Monitoring Program. 2010. *Synthesis of Instream Flow Recommendations to the State Water Resources Control Board and the Los Angeles Department of Water and Power.* McBain and Trush, Ross Taylor and Associates.

Moore JN. 2016. Recent desiccation of Western Great Basin saline lakes: Lessons from Lake Abert, Oregon, U.S.A. *Science of the Total Environment* 555: 142–154.

Null SE, Wurtsbaugh WA. 2020. Water development, consumptive water uses, and Great Salt Lake. Pages 1–21 in Baxter BK, Butler JK, eds. *Great Salt Lake: Biology of a Terminal Lake in a Time of Change.* Springer.

Page GW, et al. 1991. Distribution and abundance of the snowy plover on its Western North American breeding. *Journal of Field Ornithology* 62: 245–255.

Parsinejad M, et al. 2022. 40-years of Lake Urmia restoration research: Review, synthesis and next steps. *Science of the Total Environment* 832: 155055.

Plissner JH, et al. 1999. Within- and between-year dispersal of American avocets among multiple Western Great Basin wetlands. *Wilson Bulletin* 111: 314–320.

Pyramid Lake Paiute Tribe. 2015. Pyramid Lake Paiute Tribe Water Quality Control Plan. Pyramid Lake Paiute Tribe.

Rad AM, et al. 2022. Anthropogenic stressors compound climate impacts on inland lake dynamics: The case of Hamun Lakes. *Science of the Total Environment* 829: 154419.

Reed MS. 2008. Stakeholder participation for environmental management: A literature review. *Biological Conservation* 141: 2417–2431.

Roberts AJ. 2013. Avian diets in a saline ecosystem: Great Salt Lake, Utah, USA. *Human-Wildlife Interactions* 7: 158–168.

Roberts AJ, Conover MR. 2016. Nutrient recycling by eared grebes in the Great Salt Lake. *Western North American Naturalist* 76: 281–286.

Robinson JA, Oring LW. 1996. Long-distance movements by American avocets and black-necked stilts [Movimientos de Larga Distancia en Recurvirostra americana y en Himantopus mexicanus]. *Journal of Field Ornithology* 67: 307–320.

Rohani P, et al. 1996. Metapopulation and equilibrium stability: The effects of spatial structure. *Journal of Theoretical Biology* 181: 97–109.

Rubega MA, Inouye C. 1994. Prey switching in red-necked phalaropes (*Phalaropus lobatus*): Feeding limitations, the functional response and water management at Mono Lake, California, USA. *Biological Conservation* 70: 205–210.

Saccò M, et al. 2021. Salt to conserve: A review on the ecology and preservation of hypersaline ecosystems. *Biological Reviews* 96: 2828–2850.

Satgé F, et al. 2017. Role of climate variability and human activity on Poopo Lake droughts between 1990 and 2015 assessed using remote sensing data. *Remote Sensing* 9: rs9030218.

Schulz S, et al. 2020. Climate change or irrigated agriculture: What drives the water level decline of Lake Urmia. *Science Reports* 10: 236.

Sedinger JS, et al. 2012. Environmental and population strain effects on survival of Lahontan cutthroat trout in Walker Lake, Nevada: A Bayesian approach. *North American Journal of Fisheries Management* 32: 515–522.

Senner NR, et al. 2018. A salt lake under stress: Relationships among birds, water levels, and invertebrates at a Great Basin saline lake. *Biological Conservation* 220: 320–329.

Senner S, et al. 2021. Shorebird surveys of the Lahontan Valley, Nevada, 1986–2019, with recommendations on monitoring and management. *Western Birds* 52: 94–111.

Shadrin N, et al. 2023. Ecosystems of inland saline waters in the world of change. *Water* 15: 52.

Sloan NF. 1982. Status of breeding colonies of white pelicans in the United States through 1979. *American Birds* May: 250–254.

Sorensen ED, et al. 2020. Great Salt Lake shorebirds, their habitats, and food base. Pages 58–99 in Baxter BK, Butler JK, eds. *Great Salt Lake: Biology of a Terminal Lake in a Time of Change.* Springer.

Sterle K, et al. 2020. Collaboratively modeling reservoir reoperation to adapt to earlier snowmelt runoff. *Journal of Water Resources Planning and Management* 146: 05019021.

Stolp BJ, Brooks LE. 2009. Hydrology and simulation of ground-water flow in the Tooele Valley ground-water basin, Tooele County, Utah. US Geological Survey.

Stralberg D, et al. 2011. Identifying habitat conservation priorities and gaps for migratory shorebirds and waterfowl in California. *Biodiversity and Conservation* 20: 19–40.

Tavernia BG, et al. 2021. Hydrology affects shorebird, waterfowl, and other waterbirds at Bear River Bay, a globally important bird area. *Journal of Field Ornithology* 92: 388–401.

Thomas SM, et al. 2012. Population size of snowy plovers breeding in North America. *Waterbirds* 35: 1–14.

Timms BV. 2005. Salk lakes in Australia: Present problems and prognosis for the future. *Hydrobiologia* 552: 1–15.

Tracy JC. 2004. Impacts of managing water in a closed Basin: The Walker River Basin case study water resources. *IMPACT* 6: 18–21.

[USGS] US Geological Survey. 2022a. Saline lakes ecosystems integrated water availability assessment. US Geological Survey. www.usgs.gov/special-topics/saline-lake-ecosystems-integrated-water-availability-assessment

[USGS] US Geological Survey. 2022b. Documents: US Geological Survey web page, accessed November 12, 2023, at https://www.usgs.gov/special-topics/saline-lakes-ecosystems-integrated-water-availability-assessment/documents.

US Congress. 2022. Saline Lake Ecosystems in the Great Basin States Program Act of 2022. US Congress. www.congress.gov/117/bills/s1466/BILLS-117s1466enr.pdf

Wada Y, Bierkens MFP. 2014. Sustainability of global water use: Past reconstruction and future projections. *Environmental Research Letters* 9: 104003.

Wagner P, Lebo ME. 1996. Managing the resources of Pyramid Lake, Nevada, amidst competing interests. *Journal of Soil and Water Conservation* 51: 108–117.

Wandersman A. 1981. A framework of participation in community organizations. *Journal of Applied Behavioural Science* 17: 27–58.

Wang J, et al. 2018. Recent global decline in endorheic basin water storages. *Nature Geoscience* 11: 926–932.

Warnock N, Bishop MA. 1998. Spring stopover ecology of migrant Western sandpipers. *Condor* 100: 456–467.

Downloaded from https://academic.oup.com/bioscience/article/75/2/112/7922961 by guest on 21 March 2025

Warnock N, et al. 1998. Monitoring species richness and abundance of shorebirds in the Western Great Basin. *Condor* 100: 589–560.

Weller MW, et al. 1958. Effects of habitat deterioration on bird populations of a small Utah marsh. *Condor* 60: 220–226.

Wilkinson L, Friendly M. 2009. The history of the cluster heat map. *American Statistician* 63: 179–184.

Williams WD. 1996. What future for saline lakes? *Environmental Science and Policy for Sustainable Development* 38: 12–39.

Williams AA, Laird NF. 2018. Weather and eared grebe winter migration near the Great Salt Lake, Utah. *International Journal of Biometeorology* 62: 433–447.

Winkler DW, Cooper SD. 1986. Ecology of migrant black-necked Grebes *Podiceps nigricollis* at Mono Lake, California. *Ibis* 128: 483–491.

Woodmansee RG, et al. 2021. Evolution of the systems ecology paradigm in managing ecosystems. Pages 202–244 in Woodmansee RG, et al. eds. *Natural Resource Management Reimagined: Using the Systems Ecology Paradigm. Ecology, Biodiversity, and Conservation, part 1.* Cambridge University Press.

Wright-Myers SM, Bogiatto RJ. 2007. The ecology of over-water nesting ducks in northeastern California. *California Fish and Game* 93: 23–39.

Wriston T, Smith G. 2017. Late pleistocene to holocene history of Lake Warner and its prehistoric occupations, Warner Valley, Oregon (USA). *Quaternary Research* 88: 1–23.

Wurtsbaugh W, Sima S. 2022. Contrasting management and fates of two sister lakes: Great Salt Lake (USA) and Lake Urmia (Iran). *Water* 14: 3005.

Wurtsbaugh WA, et al. 2017. Decline of the world's saline lakes. *Nature Geoscience* 10: 816–821.

Wurtsbaugh WA, et al. 2020. Effects of a century of mining and industrial production on metal contamination of a model saline ecosystem, Great Salt Lake, Utah. *Environmental Pollution* 266: 115072.

Zektser S, et al. 2005. Environmental impacts of groundwater overdraft: Selected case studies in the southwestern United States. *Environmental Geology* 47: 396–404.

Zadereev E, et al. 2020. Overview of past, current, and future ecosystem and biodiversity trends of inland saline lakes of Europe and Central Asia. *Inland Waters* 10: 438–452.

Downloaded from https://academic.oup.com/bioscience/article/75/2/112/7922961 by guest on 21 March 2025

**Received:** May 30, 2023. **Revised:** October 8, 2024. **Accepted:** November 20, 2024

© The Author(s) 2024. Published by Oxford University Press on behalf of the American Institute of Biological Sciences. This is an Open Access article distributed under the terms of the Creative Commons Attribution-NonCommercial License (https://creativecommons.org/licenses/by-nc/4.0/), which permits non-commercial re-use, distribution, and reproduction in any medium, provided the original work is properly cited. For commercial re-use, please contact journals.permissions@oup.com