EXHIBIT 6

**UNITED STATES DEPARTMENT OF THE INTERIOR**
**Bureau of Land Management**
Fillmore Field Office
95 East 500 North
Fillmore, Utah 84631
435-743-3100

**DETERMINATION OF NEPA ADEQUACY WORKSHEET**
DOI-BLM-UT-W020-2025-0012-DNA

**Proposed Action Title/Type:** Sevier Playa Potash Project Modification

**Lease/Serial/Case File No (if any):** Lead casefile UTU-088387 (MLRS Number UTUT105907805), Lead casefile UTU-090095 (MLRS Number UTUT106050293)

For a list of all Case File Numbers see Appendix A.

**Location of Proposed Action:** Sevier Playa, Millard County, Utah

For a list of all locations in Public Land Survey System see Appendix B.

**Applicant:** Peak Minerals Inc.

**Background:** The Sevier Playa Potash Project (Project) is located on the dry Sevier Lake Playa and surrounding areas which is predominantly on BLM-administered lands in southwestern Utah's Millard County. The Project's proponent, Peak Minerals Inc. (Peak Minerals), holds federal leases authorizing the development, and operation of potassium (potash) resources on 117,814 acres of land administered by the Bureau of Land Management (BLM). The company also holds state leases covering 6,409 adjacent acres of Utah State lands, bringing the total leased acreage to 124,223 acres.

On August 27, 2019, BLM completed the Sevier Playa Potash Project Final Environmental Impact Statement (FEIS) (DOI-BLM-UT-W020-2014-0001-EIS) and signed the Record of Decision (ROD) which approved the Mining Plan (approved Plan), the issuance of right-of-way grants, and authorized the sales of mineral materials (gravel) to support potash mining operations. Peak Minerals and LUMA Minerals Inc. hold 59 federal potassium leases referenced in the Mining Plan. Peak Minerals also holds 12 permanent and 11 short term rights-of-way (ROWs) in the Project area. Three additional ROWs have not been issued pending completion of an appraisal and payment of rent, as described in the approved Plan and Appendix B Table 2. Peak Minerals holds one ROW that was issued on June 8, 2012, for water monitoring to collect data for approvals and State of Utah permitting. Peak Minerals holds five Utah State Institutional Trust Land Administration (SITLA) Potash leases which are referenced in the approved Plan.

After the ROD was signed, no construction or mining activities took place under the approved Plan. During September of 2023, BLM received the first of several drafts from Peak Minerals proposing modifications to the approved Plan. A year later, during September of 2024, Peak

Minerals submitted the finalized modified mining plan, referred to as the Proposed Action in this Determination of NEPA Adequacy (DNA). The modifications of the approved Plan include the Mining Plan, Plan of Development (POD), Reclamation Plan, and Gravel Pit Mining Plan. Peak Minerals submitted modifications to the 13 supplementary plans including the Adaptive Wildlife Management Plan, Water Management Plan, Blasting Plan, Fugitive Dust Control Plan, Solid and Hazardous Waste Plan, Site Safety Plan, Spill Prevention Control and Countermeasures Plan, Combined Sampling and Analysis Plan and Quality Assurance Project Plan, Noxious Weed Plan, Transportation and Traffic Management Plan, Stormwater Pollution Prevention Plan, and Environmental Compliance Inspection Plan which collectively reduce the physical footprint and related effects of the approved Plan.

## A. DESCRIPTION OF THE PROPOSED ACTION

The Proposed Action constitutes a modification to the approved Plan consistent with solid mineral regulations located at 43 CFR 3592.1(d)(1). The modification adjusts the mining layout and design features to improve overall recovery and provide a higher grade of potash/brine to the processing facility, reducing operating costs. As a result, Peak Minerals has reduced the scale of on-lease mining activities, specifically, construction, extraction, and resource utilization under the initial phase of development, referred to in the Proposed Action as Phase 1. Under the Proposed Action, off-lease activities are largely consistent with those described in the 2019 approved Plan referenced in the Background section; however, Peak Minerals is proposing to change the location of the 25 kilovolt (kV) Power Line and Substation to the Access Road Segment B (see Appendix C, Map 2).

The Proposed Action is made up of four primary components:
1) Mining Plan – Facilities that would be constructed and activities that would take place on leases controlled by Peak Minerals on or near the Sevier Playa as part of full commercial development of the potassium resource.
2) Plan of Development – Facilities that would be constructed and activities that would take place outside of leases controlled on ROWs issued by the BLM, along with equivalent agreements on state and private lands, to support full development of the potassium resource.
3) Gravel Plan – Sale of mineral materials to Peak Minerals by BLM and the State to support full development of the potassium resource. The Gravel Plan remained unchanged from the approved Plan.
4) Reclamation Plan – Reclamation activities on and off lease that would be agreed upon by BLM and the State.

**General Site Description and Access:** The Sevier Playa is situated in central Millard County in southwestern Utah approximately 130 miles southwest of Salt Lake City, between the towns of Delta (30 miles to the northeast) and Milford (25 miles to the south-southeast). This large playa is normally dry on the surface and contains subsurface potassium-bearing saline brines. The brine resource along with the meteorological and topographic conditions found at the Sevier Playa make the site a viable location from which to produce potash and associated minerals (BLM 1987).

The Sevier Playa is approximately 26 miles long by an average of 8 miles wide and covers approximately 125,000 acres, at an elevation of about 4,500 feet above mean sea level (amsl).

The playa is located in western Utah's Sevier Desert in a broad valley that is 10 to 15 miles wide. The playa is bound on the east by the Cricket Mountains and on the west by the Black Hills portion of the House Range, each reaching an elevation of approximately 8,000 feet amsl.

The playa can be accessed from the north via U.S. Highway 6, between mile markers 46 and 61, west of Delta, Utah. Southern access is available from State Route 257 near mile marker 22, northwest of Milford, Utah, by traveling west on Crystal Peak Road toward the playa.

**Mining:** Peak Minerals proposes to construct and operate the Sevier Playa Potash Project that is designed to produce potash in the form of sulfate of potash (SOP, or potassium sulfate), as well as other associated mineral products. The Proposed Action focuses on resources within the south half of the Sevier Playa (Phase 1).

Proposed activities would commence following final approval of the Proposed Action by the BLM, contingent upon receipt of the necessary permits from the Utah Division of Oil, Gas, and Mining (UDOGM), and the placement of an adequate reclamation bond to cover Year 1 operations. Additional bonding would be required prior to the initiation of subsequent phases of activity. The targeted startup date is summer 2025.

**Plan Updates: Table 1 and Table 2** explain the changes under the Proposed Action from the 2019 approved Plan. **Table 1** provides an overview of changes to operations under the Proposed Action, compared to the analysis in the 2019 FEIS and approved in the 2019 ROD. **Table 2** provides a summary of proposed BLM Right-of-Way modifications.

## Table 1. Project Modifications

| Feature | 2019 FEIS/ROD (Approved Plan) | 2024 Proposed Action |
|---|---|---|
| **Scale of Mining** | Brine resource (target ions potassium and sulfate) would be extracted over 114,073 acres of on playa disturbance via extraction trenches targeting marl clay layers (approx. 12-33 feet below ground surface [bgs]) and extraction wells targeting deep siliceous clays (approx. 33-100 feet bgs). | Brine extraction would be limited to the southern half of the Playa for approximately 50,490 acres, as illustrated in **Figure 6-2B** of the 2024 Mining Plan. Extraction wells targeting siliceous clays have been removed. Unmined brine resources would remain available for extraction under future phases of development, given necessary approvals. |
| **Life-of-mine** | **32** years | **25** years for Phase 1 |
| **Production** | **372,000** short tons per annum (stpa) at peak production of granular and soluble potassium sulphate (SOP); 328,500 stpa average, two-thirds of which is derived directly from playa brines and one-third derived from the reaction of playa-based sulphate with purchased muriate of potassium (MOP); **10,200,000** short tons total over life-of-mine. | **215,000** stpa average of granular and soluble SOP, half of which is derived directly from playa brines and half derived from the reaction of playa-based sulphate with purchased MOP; **5,235,483** short tons total over life-of-mine. <br><br> Required MOP input reduced by approx. 13 percent. |
| **Recharge System** | The process of mining would require an estimated **48,339** acre-feet per year (ac- | The reduced scale of mining would require an estimated **18,859** acre-feet per year (ac- |

| Feature | 2019 FEIS/ROD (Approved Plan) | 2024 Proposed Action |
|---|---|---|
| | ft/yr) of water to balance the rate of brine extraction. After accounting for natural groundwater flow, local runoff, direct precipitation, and transmission losses that would occur through the conveyance of water from Gunnison Bend Reservoir to Sevier Playa, it is estimated that Peak would need to acquire and release an average volume of **50,234** ac-ft/yr (max. **69,000** ac-ft/yr) of water from upstream sources.<br><br>A series of recharge collectors convey water from the recharge canal to various recharge trenches. | ft/yr) of water to balance the rate of brine extraction. After accounting for natural groundwater flow, local runoff, direct precipitation, and transmission losses, it is estimated that Peak Minerals would need to acquire and release an average volume of **15,196** ac-ft/yr (or **29,386** ac-ft/year under initial channel wet-up conditions) of water from upstream sources. The additional water ac-ft/yr is through natural recharge from other sources – groundwater, precipitation, and stormwater runoff.<br><br>Placement of eastern recharge canal has been modified. Western recharge canal removed. Compare **Figure 6-26** of 2019 Mining Plan with **Figure 6-3** of 2024 Mining Plan.<br><br>Recharge Collectors have been removed. This simplified design allows for recharge trenches to be fed directly from the recharge canal. Total miles of trenches reduced. |
| **Sevier River Diversion** (on-lease) | The Sevier River channel would be stabilized through the construction of a drop structure and diverted via a diversion berm and canal into a diversion sump, which splits the recharge flow into the western and eastern recharge canals. | Drop structure and diversion berm/canal remain unchanged. As the western recharge canal is no longer planned, the diversion sump is no longer needed and has been removed. |
| **Extraction System** (on-lease) | Sevier Playa is divided into a series of 22 conceptual brine mining units (BMU) of varying size and trench layout, as illustrated in FEIS **Figure 2.4-1**. Playa brines are extracted via a system of extraction trenches, generally laid out east-west, draining to a central brine feed canal which carries brine north to the preconcentration ponds.<br><br>Brine extraction would be supplemented by the addition of 2,366 solar-powered extraction wells. | BMUs have been removed in favor of a simplified extraction trench design, illustrated in **Figure 6-2b** of the 2024 Mining Plan. Trenches are now generally laid out south-north, draining to the preconcentration ponds via a west-east oriented collection trench and collection sump. Total miles of trenches reduced.<br><br>Rationale for this change is two-fold: (1) the simplified layout is cheaper to construct, (2) the extraction system would now drain to the lowest (central) part of the playa instead of the highest (northernmost) part. This eliminates the need for sequential lifts to carry brine to the preconcentration ponds.<br><br>Extraction trench cross-section design has been updated, as detailed below.<br><br>Extraction wells have been removed. |
| **Trench Design** | Recharge and extraction trenches have a tiered cross-section design as described in **Figure 6-37** and **Figure 6-38** of the 2019 Mining Plan. | Typical recharge trench cross section modified to a fixed-slope design, as described in **Figure 6-8** of the 2024 Mining Plan.<br><br>Typical extraction trench cross-section modified to fixed- and variable-slope |

| Feature | 2019 FEIS/ROD (Approved Plan) | 2024 Proposed Action |
|---|---|---|
| | | designs, as described in **Figure 6-6** and **Figure 6-7** of the 2024 Mining Plan. Placement of fixed- and variable-slope trenches based on mapped hydraulic conductivities of playa clays.<br><br>Design change is meant to increase long-term trench stability. |
| **Preconcentration Ponds**<br>(on and off-lease) | The preconcentration system consists of a series of 4 evaporation ponds and 6 heel brine ponds, situated on the northeastern corner of the Playa. The purpose of these ponds is to precipitate crude salts (gypsum and halite) from the brine solution. Because some potassium-rich brine inevitably becomes entrained in deposited salts, heel brine ponds are periodically drained and harvested to recover this resource. Berms are periodically raised over the life-of-mine to account for the mass of salts deposited at the bottom of ponds, to a maximum height of **23** feet. See FEIS **Figure 2.4-1**. | The number of preconcentration ponds remains the same while the design footprint has been reduced for a number of reasons: (1) in response to reduced rate of brine to be extracted from playa; (2) in response to additional meteorological data collected since 2019 indicating an ~25% increase in evaporation rates; (3) based on the implementation of a wet harvest dredge system which eliminates the need for heel brine ponds and periodic berm raises. Max berm height is now **9** feet. Two salt pads have been added to accommodate tailings redeposited from dredging. See **Figure 6-18** of the 2024 Mining Plan.<br><br>Placement of ponds has been optimized. Because of the smaller design footprint, ponds could be translated approx. 3 miles south, reducing brine conveyance distance. |
| **Production Ponds**<br>(on-lease) | The production pond system consists of 2 processes recycle buffer (PRB) ponds, a brine mixing sump, and a series of 4 harvest ponds, each divided into 4 cells. Playa brines would be mixed with PRB in the brine mixing sump before pumping to the evaporation ponds. Cells of the harvest ponds would be periodically drained, and the deposited salts harvested and hauled to the processing facility. The production pond system is located on the southernmost part of the playa, as depicted in **Figure 2.4-1** of the FEIS and **Figure 6-18** of the 2019 Mining Plan.<br><br>Maximum berm height is **8.5** feet. | The overall design footprint of the production pond system has been reduced. Ponds have been translated further south to be closer to the processing facility. Harvest pond layout has been modified to 3 ponds divided into 2 cells each. See **Figure 6-19** of the 2024 Mining Plan.<br><br>Design has now incorporated four additional back-mix ponds (BMP), which allow for the use of a back-mix system ahead of harvest ponds, increasing harvest grade.<br><br>Maximum berm height remains unchanged at **8.5** feet. |
| **Tailings Areas**<br>(on-lease) | Tailings Storage Area and Purge Brine Storage Pond are located on the southwestern-most corner of the playa. See **Figure 2.4-1** of the FEIS and **Figure 6-18** of the 2019 Mining Plan.<br><br>Expansion of brine waste storage over life-of-mine accomplished through periodic berm raises, up to **25** feet. | Tailings Storage Area (now Tailings Management Area [TMA]) is now relocated east of the production ponds to reduce haul distance. *Purge Brine Storage Pond* (now *Brine Waste Ponds* [BWP]) are located in approximately the same location.<br><br>Design footprints of both are reduced. See **Figure 6-19** of the 2024 Mining Plan.<br><br>Expansion of BWP capacity over life-of-project now accomplished through |

| Feature | 2019 FEIS/ROD (Approved Plan) | 2024 Proposed Action |
|---|---|---|
| | | construction of (4) additional BWP cells as necessary. Maximum berm height estimated at approximately **9** feet. |
| | | Salt Pads 1 & 2 introduced to store crude salts wet-harvested from Preconcentration Ponds 3 & 4. |
| **Produced Tailings** (on-lease) | Three types of tailings are described: Solid crude salt tailings deposited in Preconcentration Ponds, liquid purge brine tailings stored in the Purge Brine Storage Pond, and flotation tailings consisting of approximately 80% filter cake and 20% entrained brines stored in the Tailings Storage Area. | Volume of tailings is generally reduced. Two additional types of tailings are delineated: Type 4 solid tailings consisting of crude salts harvested from dedicated Back Mix Ponds and stored in the TMA; and Type 5 Tailings dredge-harvested from Preconcentration Ponds 3 & 4 and stored on Salt Pads 1 & 2. |
| **Processing Facility** (on TLA lease) | Final beneficiation of harvested salts occurs through recrystallization and flotation in the processing facility. Preparation of final product and truck load also occur here. | Layout of processing facility itself is generally unchanged. The array of pipelines carrying brine, PRB, and tailings leachate between the processing facility, production pond system, and BWP has been modified based on other design changes. A 9-acre emergency stockpile yard has been added between the harvest ponds and the processing facility to hold up to 4 weeks of feed salts. Revised back-mix system results in increased harvested potassium grade. A few additional plant optimizations (*e.g.* operating temperatures) improve estimated recovery. |
| **Rail Loadout** (off-lease) | Located on Crystal Peak Road east of Sevier Playa and west of Hwy 257. | Location and layout have not changed, now named *Blackrock Rail Loadout*. Options for alternate facilities may be explored in future modifications. |
| **Water Supply Wells** (off-lease) | Four water wells located south of Crystal Peak Road supply the required 922 gallons per minute (gpm) process water to the processing facility. | Reduced freshwater demand to 502 gpm. All 4 wells still planned for redundancy. ROW for these wells will not be relinquished or modified. |
| **Power Supply and Distribution** (on- and off-lease) | Power and communications are supplied to the Processing Facility Substation via a 69 - kV line from the Blackrock Substation located approximately 46 miles to the northeast. Power is distributed to the rail loadout facility, water supply wells, and pumping stations via a series of 12.47-kV lines. See **Figure 2.5-1** of the FEIS or **Figure 6-32** of the 2019 Mining Plan for powerline layouts. An additional 25-kV line distributes power via the North Playa Substation to the | The 69-kV power and communications line remains unchanged. The 12.47-kV line suppling the rail loadout facility remains unchanged. Two of the four 12.47-kV lines supplying water supply wells have been removed, as they are no longer needed. Layout of 12.47-kV lines distributing power from the processing facility substation to various pumping stations on the southern playa has been modified based on new canal and pond layouts. The North Playa Substation has been moved southwest approximately 5 miles. The 25- |

| Feature | 2019 FEIS/ROD (Approved Plan) | 2024 Proposed Action |
|---|---|---|
| | preconcentration ponds and northern pumping stations. | kV line which distributes power to the preconcentration ponds and northern pumping stations has been modified based on new pond and canal layouts. |
| **Propane/Natural Gas** (off-lease) | Facility processes would initially be powered by propane, stored in a 60,000-gallon storage tank located at the processing facility. An estimated delivery schedule of 8 truckloads per month (5,000-12,000 gallons each) would meet the facility demand of **2,700** gallons per day. A natural gas pipeline 28.09 miles in length would be constructed to supply the facility from the Kern River Gas Pipeline. | A 40,000-gallon storage tank would supply the scaled-down facility demand of **1,628** gallons per day. The natural gas pipeline design and build-out schedule has not changed. |
| **Fuel** (split on and off-lease) | A diesel fuel station consisting of two 25,000-gallon tanks would be housed at the processing facility to supply haul trucks. | A diesel fuel station consisting of two 28,000-gallon tanks would be housed at the processing facility to supply haul trucks. Two 6,000-gallon tanks would supply light vehicles and rail engines from the Blackrock Rail Loadout Facility. |
| **Equipment** | An estimated **295** pieces of motorized equipment would be required to accomplish initial construction of the Project, as described in **Table 6-30** of the 2019 Mining Plan. Operation and maintenance of on- and off-lease facilities would require **94** pieces of motorized equipment, as described in **Table 6-31** of the 2019 Mining Plan. | An estimated **120** pieces of motorized equipment would be required to accomplish initial construction of the Project, as described in **Table 6-19a** of the 2024 Mining Plan. Operation and maintenance of on- and off-lease facilities would require **94** pieces of motorized equipment, as described in **Table 6-19b** of the 2024 Mining Plan. |
| **Material Transport** | SOP would be hauled by truck approximately 12.5 miles one-way to the Blackrock Rail Loadout Facility, **20-25** round trips daily. (FEIS, p. 4-57). Some trucks would return with MOP shipped in by rail to supply the processing facility, though this would not increase the total number of round trips. Up to 50,000 tons annually of SOP may be shipped directly from the processing facility to its final destination, estimated 3-4 trucks per day on average. ~2,400 railcars/yr of SOP shipped out. ~1,200 railcars/yr of MOP shipped in. | SOP would be hauled by truck to the Blackrock Rail Loadout Facility, on average, up to five haul trucks would each make approximately five daily round trips, consistent with FEIS **25** round trips daily. Up to 50,000 tons annually of SOP may be shipped directly from the processing facility to its final destination, estimated 3-4 trucks per day on average. Annual estimated tons will remain the same due to the streamline process of the Process Facility. Estimated trucks per day on average would remain the same as approved Plan. Railcars would be the same as approved Plan. |
| **Monitoring wells** | Baseline and project monitoring groundwater data would be collected from a series of 32 monitoring wells, including 16 existing and 16 proposed. An additional 10 "well points" would be installed around the | Since the 2019 ROD, Peak has installed 3 of the proposed wells and attempted 3 more, which were dry. |

| Feature | 2019 FEIS/ROD (Approved Plan) | 2024 Proposed Action |
|---|---|---|
| | perimeter of the Waste Product Storage Area. | As currently proposed, baseline and project monitoring groundwater data would be collected from a series of 29 monitoring wells, including 19 existing and 10 proposed (this also includes 4 water supply wells). An additional 8 "well points" would be installed around the perimeter of the TMA. |
| **Roads** On- and off-lease | Project roads include Perimeter Road, Playa Access Road Segments, Playa Access Road Spurs, Black Rock Substation Access Road, Long Ridge Access Road (temporary), Natural Gas Pipeline Access Roads, Rail Facility Access Roads, Water Supply Roads, Monitoring Well Access Road, and Powerline Access and Spur Roads. | Most roads remain unchanged, with a few notable exceptions: (1) The Perimeter Road has been renamed to the Playa Access Road and has been shortened. Most off-lease segments have been removed, except Segment 1, additionally 14 turnouts have been removed or are now located on-lease; (2) Playa Access Road Segment B and 25-kV Access Road have changed names/places, and the latter has been lengthened by 0.6 miles; (3) Various on-lease haul roads have been modified and shortened based on the revised location and orientation of the harvest ponds relative to the processing facility. |
| **Emissions** | Emission sources include mobile and stationary sources; construction, operation, and product transport sources; on- and off-road sources; employee transportation. Full breakdown is available in *Air Quality and Climate Resource Report, 2018.* | Emissions of air pollutants has generally decreased however during construction emissions would increase slightly for VOC's and $SO_2$. Once construction activities decrease gasoline equipment would be removed and replaced by diesel equipment which would decrease emissions. Another change involves the fuel source for the Processing Facility. During the construction phase, propane will be used as the temporary fuel source and transported to the site by truck. Once the Processing Facility is constructed the Natural Gas Pipeline would be switched to the operational fuel source for the Process Facility (see **Propane/Natural Gas** column above). The overall emissions of greenhouse gases would be generally less than what is analyzed in the FEIS of the overall project life. |
| **Brine Salinity** | Brines extracted from the Playa carry an average salinity of **13.58** percent by weight. As brine becomes concentrated in sequential evaporation ponds, it reaches a maximum target salinity of **32.87** percent before being transferred to the Purge Brine Storage Pond. | Phase 1 activities target the richest brines on the southern portion of the playa, so average salinity of extracted brines has increased to **19.82** percent. As a result, downstream evaporation pond concentrations have also generally increased, to a maximum of **34.49** percent. |
| **Gravel Plan** | Gravel pits included for material to be collected for the operation. | No change to gravel plan. |

**Table 2. Proposed BLM ROW Modifications**

| Feature | ROW and Description | BLM Number(s) | 2024 Proposed Action |
|---|---|---|---|
| **Power and Communicati on Lines** | 69-kV Power and Communication Line and Access Road; construction space: power and comm line temporary use areas, equipment laydown areas and turnarounds, and access road spurs 1-3, 5-8 | UTU-90097 UTU-90097-01 | No change |
| | 25-kV Power Line, 25-kV Power Line Access Road; North Playa Substation and access road | UTU-92068, UTU-92068-01 | **Amend** ROW description, acreage, legal description. Power line, access road, and substation would move approximately 5 miles southwest. Permanent Powerline ROW reduced from **37.4** acres to **7.61** acres. Permanent 25-kV Access Road is swapping with Access Road Segment B, it is also being lengthened by 0.60 miles on the BLM side. BLM acreage is increasing from 3.1 to 4.9. |
| | 12.47-kV Power and Communication Line to Rail Loadout Facility and Rail Loadout Facility Substation | UTU-92069 UTU-92069-01 | No change |
| | 12.47-kV Power Line Power to the production ponds – Three segments (1, 2, 3 & 4); construction space and temporary use areas | UTU-94233 UTU-94233-01 | **Relinquish**—no longer needed. |
| **Communicati on Towers** | Long Ridge Communication Tower and Long Ridge Access Road | UTU-90096-01 | No change |
| | Black Rock Communication Tower and Black Rock Access Road | UTU-92063 | No change |
| **Natural Gas Supply** | Natural Gas Pipeline, Natural Gas Pipeline Spur, and Natural Gas Pipeline Access Roads 1A, 1B, 2, 3, 5A, 5B, 6, 7 & 8 | UTU-92067 UTU-92067-01 | No change |
| **Rail Facilities** | Rail Spur, Rail Spur Access Corridor and Rail Loadout Facility Access Roads 1 & 2 | UTU-92100 UTU-92100-01 | No change |
| | Rail Loadout Facility *Non-linear-ROW. Issuance is pending land appraisal.* | UTU-92048 | No change |
| **Water Supply and Distribution** | Water Supply Wells 2 & 4, Water Supply Pipeline, Water Supply Pipeline Spurs, Water Supply Well Access Roads 1, 3 & 4, and 12.47-kV Power Line Spurs 1-4 | UTU-090095 UTU-090095-01 | No change to ROW. Only 2 wells would be utilized under Phase 1. |

| Feature | ROW and Description | BLM Number(s) | 2024 Proposed Action |
|---|---|---|---|
| **Water Monitoring Wells** | Monitoring Wells CPM-20-NACT, CPM-20-WACT, CPM-20-WAC, CPM-20-NAC, CPM-20-WBRT, CPM-20-WBR, CPM-20-SBRWS, CPM-20-EBRWS | UTU-94232 UTU-94232-01 | No change. |
| **Access Roads** | Perimeter (Playa Access) Road Segments 1-10, Access Roads, and Turnouts | UTU-92064 UTU-92064-01 | **Amend** ROW description, acreage, and legal description. Remove Perimeter Road Segments 2-10. Rename Perimeter Road Segment 1 to Playa Access Road Segment 1, modify ROW and reduce acreage of Segment 1 from **51.1** acres to **44.2** acres. Remove 12 of 13 road turnouts. Access Road Segments A-G unchanged. |
| | Access Road Segments A, B, C1, C2, D1, D2, E, F, and G | UTU-92066 | **Amend** ROW description, acreage, and legal description. Segment B is swapping with 25-kV Power Line Access Road. |
| **Preconcentration Ponds** | Preconcentration Ponds *Non-linear-ROW. Issuance is pending land appraisal. Peak plans to apply for fringe acre lease once mining initiates which would eliminate need for ROW.* | UTU-94227 UTU-94227-01 | **Amend** ROW description, acreage, legal description. Modify footprint and reduce acreage from **2,338.6** to **314.1** acres. |
| **Recharge and Brine Transfer Canals** | Recharge Canal Segments 1-8; Recharge Collector segments A, B, C; Brine Transfer Canal Segments 1-3. *Peak plans to apply for fringe acre lease once mining initiates which would eliminate need for ROW.* | UTU-94234 UTU-94234-01 | **Amend** ROW description, acreage, and legal description. Remove Brine Transfer canal (now entirely on-lease); remove collector segments A, B, and C; remove Recharge Canal Segments 2-8. Recharge Canal Segment 1 reduced from **102.3** acres to **90.7** acres. |

**Reclamation Plan:** The objective of the Reclamation Plan is to allow for an orderly transition from mining land use to a reclamation condition that provides a safe and stable environment that does not endanger public health, safety, and welfare and that allows for future development compatible with surrounding land use. This modified Reclamation Plan updates and provides additional information to the FEIS Reclamation Plan. The modified Reclamation Plan specifically addresses the Proposed Action as it pertains to Phase 1 construction and reclamation activities.

At the earliest feasible time, either concurrent with operations, or upon final suspension of mining activities and prior to final site closure, reclamation would be performed on all surface disturbance within the Project area that would not be disturbed further, including the access road, connector road, operations area, mining area, and stockpiles.

Post-reclamation monitoring would be performed at least annually for three years by Peak Minerals and BLM Fillmore Field Office staff. Remedial earthwork and seeding would be performed as necessary during this time to address erosion or instances where previous seeding failed to take. Reclamation under the Proposed Action will not be considered complete until both the BLM and the UDOGM have concurred on the reclamation status.

**Design Features:** Peak Minerals would comply with the design features described in the FEIS (SPPP FEIS, 2019, p. Appendix K).

## B.  LAND USE PLAN CONFORMANCE

Applicable BLM land use planning and management objectives for federal lands are contained in the Warm Springs Resource Area Resource Management Plan (WSRA RMP) (BLM, 1987). The Sevier Playa is located in a portion of the WSRA planning area that is suitable for mineral extraction operations. The goals of BLM's mineral program (WSRA RMP, page 47) are to:

1) Provide for the discovery, development, and use of minerals on public land consistent with applicable laws and regulations.
2) Require the least restrictive stipulations necessary to adequately protect other resources.
3) Continue to meet public demand for saleable and free-use mineral materials on a case-by-case basis.

Page 48 of the WSRA RMP, regarding saleable minerals (such as gravel) states: "Sale permits will be processed on a case-by-case basis, with appropriate mitigating measures and stipulations attached to protect other resource values."

Page 49 of the WSRA RMP, regarding solid, non-energy leasable minerals (such as potassium) states: "Leases will be issued and mining plans evaluated in order to define appropriate stipulations to protect other resources."

The objectives of the BLM's Lands program (WSRA RMP, page 39) are to:

1) Provide more effective public land management and to improve land use, productivity, and utility.
2) Accommodate community expansion and economic development needs.
3) Authorize legitimate uses of public lands.

Page 39 of the WSRA RMP states: "These [objectives] are accomplished by processing use authorizations (e.g., rights-or-way, leases, permits, and State land selections) in response to demonstrated public needs." The proposed action and action alternatives in this Proposed Project would also conform to the WSRA RMP.

## C.  NEPA AND OTHER RELATED DOCUMENTS

Sevier Playa Potash Project, Final Environmental Impact Statement, DOI-BLM-UT-W020-2014-0001-EIS.[1]

---

[1] FEIS was completed in compliance with now rescinded CEQ guidance.
 *The BLM is aware of the November 12, 2024, decision in Marin Audubon Society v. Federal Aviation Administration, No. 23-1067 (D.C. Cir. Nov. 12, 2024). To the extent that a court may conclude that the Council on Environmental Quality (CEQ) regulations implementing NEPA are not judicially enforceable or binding on this agency action, the BLM has nonetheless elected to follow those regulations at 40 C.F.R. Parts 1500– 1508, in addition to the DOI's procedures/regulations implementing NEPA at 43 CFR Part 46, to meet the agency's obligations under NEPA, 42 U.S.C. §§ 4321 et seq.*

Sevier Playa Potash Project, Record of Decision (ROD), August 27, 2019.

## D. NEPA ADEQUACY CRITERIA

**1. Is the new Proposed Action a feature of, or essentially similar to, an alternative analyzed in the existing NEPA document(s)? Is the project within the same analysis area, or if the project location is different, are the geographic and resource conditions sufficiently similar to those analyzed in the existing NEPA document(s)? If there are differences, can you explain why they are not substantial?**

Yes, the Proposed Action Project modifications are within the same analysis area and of essentially similar nature as the 2019 approved Plan analyzed in the FEIS.

The FEIS assessed that a total of 124,223 acres within the approved Plan area would be subject to disturbance. The FEIS assessed the Project would produce an approximate 372,000 tons per year of SOP, and associated minerals. The annual average production over the lifetime of the FEIS assessment would be approximately 328,500 tons with a minimum annual production of approximately 246,000 tons. The approved Plan would produce approximately 10.2 million tons of SOP over the duration of the Project. The BLM analyzed in detail the approved Plan, five action alternatives, and the no-action alternative (SPPP FEIS, 2019).

The Proposed Action would have an average annual production of approximately 215,000 tons per year of SOP. This is a decrease of production of approximately 157,000 tons per year during Phase 1 compared to the approved Plan. Phase 1 would last for 25 years within the 32-year operation that is assessed in the FEIS. The Proposed Action would produce SOP at a reduced rate, approximately 5.375 million tons of SOP over the length of Phase 1. The Project would redistribute up to 250,000 cy of gravel over the operation life of Phase 1 similar to the FEIS analysis for gravel.

The Proposed Action is within the same analysis area and within the same geological units (Geology and Minerals Resource Review, 2024).

**2. Is the _range_ of alternatives analyzed in the existing NEPA document(s) appropriate with respect to the new Proposed Action (or existing Proposed Action), given current environmental concerns, interests, and resource values?**

Yes, the range of alternatives that were analyzed in the existing NEPA document and associated records constitute appropriate alternatives with respect to the current Proposed Action.

The FEIS analyzed five alternatives including the following:

- Alternative 1 69-kV Power and Communication Line North End,

- Alternative 2 69-kV Power and Communication Line South End,

- Alternative 3 Natural Gas Pipeline Black Rock,

- Alternative 4 Natural Gas Pipeline West End, and

- Alternative 5 Sevier River Diversion.

Alternatives 1 through 5 analyzed in the FEIS have features that are relevant because the proposed disposition of the 69-kV powerline, the natural gas pipeline, and the Sevier River diversion structure remain unchanged under the new Proposed Action. The range of alternatives analyzed in the FEIS is still appropriate given current geological and mineral resource concerns and interests. The analysis within the FEIS adequately represents those impacts that may occur as a result of the Proposed Action (Geology and Minerals Resource Review, 2024).

The range of alternatives analyzed within the FEIS is still appropriate given current biological resource concerns. Resource conditions within the original analysis area have not changed. The analysis within the FEIS adequately represents those impacts that may occur as a result of the Proposed Action. The range of impacts analyzed within the FEIS would be similar to those within the Proposed Action. Due to the reduced scale of operations impacts would likely be less than those analyzed within the FEIS (Biological Resources Review, 2024).

The range of alternatives analyzed within the FEIS and the Proposed Action are within the same geological units and PFYC classification (Paleontology Resource Review, 2024).

The range of alternatives analyzed within the FEIS is still appropriate due to a decrease in the disturbance area in the Proposed Action which is still within the same allotments and vegetation communities (Range Management Resource Report, 2024).

**3.  Is existing analysis adequate in light of any new information or circumstances (such as, rangeland health standards assessment; recent endangered species listings, updated list of BLM sensitive species)?  Can you reasonably conclude that new information and new circumstances would not substantially change the analysis of the new Proposed Action?**

Yes, no new information or circumstances have arisen that would substantially change the analysis of the Proposed Action.

An IPAC report was run on September 20, 2024, one additional species that was not previously analyzed as part of the FEIS was included, the monarch butterfly which is a candidate species. Suitable habitat for the monarch butterfly is unlikely to occur within the analysis area due to the playa being predominantly void of vegetation including milkweed which is a major food source for monarch butterflies. No milkweed species were observed within The General and Special-status Wildlife and Plant Species Survey Report for the Sevier Playa Project (CH2MHILL 2014). The lack of food source would limit monarch butterflies from migrating through the Project area in the known future (Biological Resources Review, 2024).

The FEIS outlined that a Native American Graves Protection and Repatriation Act (NAGPRA) Plan of Action (POA) would be developed by the BLM and included as part of the HPTP. Monitoring and inadvertent discoveries plans would be developed by the CRC and included as part of the HPTP. The HPTP would identify those areas that would be monitored (Cultural Resources Native American Review, 2024).

**4.  Are the effects that would result from implementation of the new Proposed Action similar (both quantitatively and qualitatively) to those analyzed in the existing NEPA document?**

Yes, the Proposed Action is comparable in its purpose, need, goals, and methodologies both qualitatively within the scope of the FEIS analysis. The analysis of direct and indirect effects is within the FEIS (SPPP FEIS, 2019). The qualitative nature of the impacts is the same as disclosed in the FEIS however the scale of the impacts is considerably less with the Proposed Action. The quantitative nature of the impacts is less than those effects within the FEIS. Within the Proposed Action, disturbance would primarily be reduced to the southern portion of the playa.

With the overall reduction in the Project footprint in the Proposed Action there is a slight reduction in conflict with existing ROWs and land use. The Proposed Action is within the scope of the analysis of effects in the FEIS (Lands and Access Resource Review, 2024).

The FEIS analyzes 115,402 acres of potential disturbance to vegetation communities. The majority of which is mapped as playa and predominantly void of any vegetation. Under the Proposed Action, a reduction in on-playa disturbance would occur as the northern extent of the playa would not be disturbed resulting in substantially less disturbance to vegetation and wildlife habitat. (Biological Resources Review, 2024).

Quantitatively impacts to biological resources from the Proposed Action would be reduced in comparison to the FEIS. The number of vehicles needed for construction activities has been reduced by nearly 40 percent from 295 pieces of motorized equipment to 120 pieces of motorized equipment. Under the 2019 approved Plan, extraction trenches, canals, preconcentration ponds, production ponds and purge brine ponds would require roughly 25,908 acres. For the Proposed Action, extraction trenches, canals, preconcentration ponds, production ponds and purge brine ponds would require roughly 9,397 acres. Many power and communication lines remain unchanged. Modifications to several 12.47-kV and 25-kV lines do occur; however, quantitatively these changes represent an overall reduction. Under the Proposed Action, the northern portion of the playa would remain undisturbed (Biological Resources Review, 2024).

Due to the smaller scale of mining activities focusing on the richest brines in the southern portion of the playa, the average salinity of the extracted brines may experience a slight increase. On average brines extracted under the 2019 plan were anticipated to be between 13.58 percent by weight and 32.87 percent by weight before being transferred to the purge brine storage pond. Under the Proposed Action, on average extracted brines are expected to be 19.82 percent by weight and 34.49 percent by weight before being transferred to the purge brine storage pond. As part of the FEIS and Adaptive Wildlife Management Plan (AWMP) a Brine Pond Stepped Mitigation and Monitoring Plan (BPSMM) was developed. The BPSMM considered salinities at the preconcentration ponds of between 15-32 percent and production pond salinities between 31-36 percent. Anticipated brine salinities within the Proposed Action would be within the ranges anticipated within the AWMP and BPSMM so the effects to wildlife are adequately addressed within the FEIS (Biological Resources Review, 2024).

The reduction in the number of vehicles during the construction phase and lack of disturbance and equipment on the northern portion of the playa would likely reduce impacts to all biological resources including wildlife. Mortalities associated with vehicles and equipment would likely decrease. The reduction in extraction trenches, preconcentration, production, and brine storage ponds would likely improve the effectiveness of the AWMP, and minimization measures

identified in the FEIS. Avian species may also be less likely to stop at the smaller bodies of water in favor of larger water sources. The reduced ponds, trenches and storage areas would make daily avian monitoring, bat use monitoring and hazing frightening techniques more effective. The smaller scale would allow the technical advisory committee (TAC) to more quickly identify issues and implement solutions. Although brine salinity may on average be higher than the previous plan the smaller scale of extraction trenches, preconcentration, production and brine storage ponds would likely outweigh impacts from the slightly higher salinities (Biological Resources Review, 2024).

The Proposed Action represents a reduction in disturbance both on- and off-playa. The FEIS analysis covered 114,073 acres of on-playa disturbance. The Proposed Action, which would result in a reduction to approximately 46,472 acres of on-playa disturbance, would substantially decrease the analyzed impact on vegetation (Biological Resources Review, 2024).

The emissions spreadsheet and analysis documentation for the Proposed Action submittal shows that emissions of most criteria air pollutants and Green House Gases (GHG) are less than what was analyzed in the FEIS. The two exceptions are VOCs (2 tons) and $SO_2$ (0.02 tons) during initial construction only. This increase in these pollutants is primarily due to the use of gasoline-powered generators in place of diesel-powered units over the first few years of construction (Air Quality and Climate Resource Review, 2024). Overall emissions of VOC and $SO_2$ from both construction and operations are lower than what was analyzed in the FEIS. Construction related emissions are temporary and do not impact long-term ambient air quality, defined as a period of three or more years. This is the timeframe used to determine compliance with air quality standards. The FEIS assessed that the Project's maximum $CO_2$ emissions represent about 0.05 percent of Utah's 2016 $CO_2$ emissions (SPPP FEIS, 2019, pp. 4-2). With the decrease in production and life of the Project, the FEIS assessment is above the Proposed Action level emissions. The Proposed Action emissions are within the range of the FEIS analysis scope in Chapter 4.1 of the FEIS.

The Proposed Action proposes a reduction of 62 acres of temporary (short-term) disturbance and a reduction of 112 acres of permanent (long-term) disturbance of rangeland acres. The FEIS analyzed for a minimal number of potential losses of livestock forage. Due to the reduction in disturbed acres associated with the Proposed Action, the potential losses of forage would decrease compared to what the BLM originally analyzed. The Proposed Action represents a reduction in disturbance as compared to the FEIS; therefore, the impact to Rangeland Health Standard would be decreased. These decreased acres of disturbance would also decrease the potential losses of forage that would be available for livestock (Range Management Resource Report, 2024).

On playa disturbance would be reduced from 115,084 to 46,472 acres and off-playa disturbance would be reduced from 1,821 acres to 1,490 acres. The major difference between the approved Plan and the Proposed Action relating to soils is the change in location of the 25-kV power line. However, the new location is primarily on the same soil map unit and same ecological site (Soil Resource Review, 2024). The impacts to soils as a result of the Proposed Action are similar to the FEIS analysis (US Department of the Interior, BLM, 2019, pp. 4-80).

The Proposed Action represents a reduction to 215,000 short tons per annum at peak production compared to the approved Plan of 372,000 short tons. This overall reduction in volume would require less freshwater compared to the FEIS (Water Resources Review, 2024).

On playa design change has been modified compared to the 2019 approved Plan to increase long-term trench stability and to accommodate a smaller footprint which indicates reduced volumes of water and conveyance of reduced volumes compared to the FEIS. The calculated seepage rates are generally low and potential effects to groundwater levels from pond seepage would be probable, minor, short-term, and limited due to the estimates of hydraulic conductivity for salt floors (SPPP FEIS, 2019). Due to the estimated 25 percent increase in evaporation rates, the design footprint of the preconcentration ponds has been revised. This change has also affected the layout of the production ponds and trenches, potentially altering the rate at which brine seeps into the regional aquifer (see Figure 6-18, 2024 Plan) The anticipated changes in rate of seepage are within the impacts analyzed in the FEIS.

At a minimum, the amount of recharge water required must equal the target playa brine extraction rate of 18,859 ac-ft/yr, or approximately 11,700 gpm. Based on available Sevier River estimates, and factored analysis of the Water Balance Model Report (Water Balance Model Report-CH2M 2017), it was determined that the amount of recharge water that Peak Minerals would need to purchase and convey to the Sevier Playa for steady state operations ranges from 6,629 to 17,559 ac-ft/yr, with an average of 13,950 ac-ft/yr. The transmission losses are due to evaporation and infiltration generally reduced or consumed ephemeral runoff before it reached the edge of the playa. Leased or purchased upstream water would be conveyed to the site via the Sevier River channel. Initial water transmission would have a greater infiltration loss than long-term flows. After accounting for anticipated transmission losses, and for Phase 1 initial wet-up conditions, it was determined that Peak Minerals would need to lease or purchase and convey an average volume of 28,762 ac-ft/yr from upstream sources. Once the channel is wet, that average annual volume would reduce to 15,216 ac-ft/yr (Novopro and Stantec 2022) (2024 Plan). The difference between the approved Plan and Proposed Action is a reduction of 6,402 ac-ft/yr required recharge water under dry conditions and reduction of 19,948 ac-ft/yr after wet conditions are established.

Impacts for wells, springs, and water rights connected to the regional aquifer and associated with drawdown in the regional aquifer is analyzed in the FEIS in section 4.1.13. Effects were classified as probable, major, moderate, minor, negligible, or not predicted based on the results of the model. In the approved Plan four production water wells were estimated to supply the 922 gallons per minute. The Proposed Action reduced freshwater demand to 502 gallons per minute which represents a 45 percent reduction in freshwater demand and within the scope of the FEIS analysis.

The water resources, groundwater, and water rights in the Proposed Action are within the same model area and boundaries as the approved Plan. As mentioned above, reduced required operational water volumes because of the mine plan modification would have a smaller groundwater drawdown area. An interpretation of the regional groundwater model was received during the Proposed Action scoping period. Disagreements between the modeling efforts exist, however the provided results of the regional model and the modeling used for the 2019 FEIS do not warrant additional or new modeling efforts for the mine plan modification. Hydraulic conductivity parameters and pumping test results from monitoring wells used in the 2019 FEIS

model contain site specific information that has not changed. The Sevier River and the subsurface aquifers (playa, alluvial, and bedrock aquifers) are within the scope of the analysis in the FEIS (Water Resources Review, 2024).

The Proposed Action adjusted the mining and processing plant process to decrease costs of the Project while potentially increasing the SOP production. The impact to local and area wide revenue would be similar to or less than the assessment within the FEIS (Socioeconomics Resource Review, 2024).

**5.  Are the public involvement and interagency review associated with existing NEPA document(s) adequate for the current Proposed Action?**

Yes, the public involvement for the existing NEPA document is adequate for the new Proposed Action because the action is consistent with the approved Plan. The revised Proposed Action, the associated ground disturbance, and all needed survey work were discussed. The interdisciplinary team completed their review(s) on February 1, 2025.

The BLM published a Notice of Intent (NOI) to prepare the draft EIS for the Project in the Federal Register on March 12, 2014 (BLM 2014). Publication of the NOI initiated the public scoping process and provided for a 30-day comment period. As part of scoping, an interagency meeting was held at BLM's office in Fillmore, Utah on August 5, 2015, to discuss the Project and solicit comments from potential cooperating and other interested agencies see FEIS Chapter 1 section 7 (SPPP FEIS, 2019, pp. 1-10). The draft EIS was published on November 30, 2018, and the 45-day comment period ended on January 14, 2019. The FEIS was published and posted on ePlanning on July 26, 2019.

Additionally, the FFO posted this Proposed Action to the ePlanning website for a public scoping period February 11, 2025, to March 27, 2025. Public scoping comments received were from a private individual, a State of Utah representative, and several special interest groups. A supplemental EIS was suggested due to a comment indicating that the Proposed Action constitutes a substantial difference from the approved Plan as analyzed in the FEIS. Through this review of the NEPA adequacy, the BLM determined the Proposed Action is within the previously analyzed FEIS scope and is not considered significantly different. Thus, a supplemental EIS is not warranted.

**E.  PERSONS, AGENCIES, AND BLM STAFF CONSULTED**

A list of team members who participated in the preparation of this DNA worksheet is provided in **Table 4** below.

**Table 4 – Interdisciplinary Team[2]**

---

[2] ***Note:*** *Refer to the EIS for a complete list of the team members that participate in the preparation of the original environmental analysis or planning documents.*

| Name | Title | Area(s) of Participation |
|---|---|---|
| Richard Probert | NEPA Coordinator, BLM | |
| Stephanie deGraffenried | Geologist, BLM | Paleontology, Wastes, Project Lead |
| Tamara Collins | NEPA Coordinator, BLM | |
| Erik Vernon | Physical Scientist, Natural Resource Specialist, BLM Utah | Air Quality, Greenhouse Gas Emissions |
| Hannah Spence | Realty Specialist, BLM | Lands/Access |
| James Anderson | Recreation Specialist, BLM | Areas of Critical Environmental Concern, National Historic Trails, Recreation, Wilderness/WSA, Visual Resources, Lands with Wilderness Characteristics |
| Makayla Reid | Archaeologist, BLM | Cultural Resources, Native American Concerns |
| Burke Davenport | Range Specialist, BLM | Farmlands (prime or Unique), Soils |
| Brian Taylor | Range Specialist, BLM | Floodplains, Wetlands/Riparian Zones |
| Trevor Riding | Natural Resource Specialist, BLM | Fire/Fuels Management |
| Taylor Lewis | Geologist, BLM | Geology/Mineral Resources/Energy Production |
| Logan LeFevre | Range Specialist, BLM | Invasive Species/Noxious Weeds (EO13112), Livestock Grazing |
| Brandon Crosby | Biologist, BLM | Migratory Birds, Sage-grouse, Sensitive Animal Species, Threatened Endangered or Candidate Animal Species |
| Kyle Monroe | Engineering Technician, BLM | Property Boundary Evaluation |
| David Whitaker | Range Specialist, BLM | Rangeland Health Standards, Threatened Endangered Candidate or Special Status Plant Species, Vegetation Excluding Designated/Special Status Species |
| Eric Reid | Assistant Field Manager, BLM | Woodland/Forestry |
| Jared Dalebout | Hydrologist, BLM | Water Resources/Quality (drinking/surface/ground), Water Rights |
| Brianna Brodowski | Wild Horse Specialist, BLM | Wild Horses and Burros |

Both the U.S. Fish and Wildlife Service (USFWS) and the Utah Division of Wildlife Resources (UDWR) were involved as cooperating agencies. Both the USFWS and UDWR were involved in the development of the ADWMP. BLM met with the TAC on August 26, 2024, to ensure compliance with the ADWMP and identify key issues relating to biological resources.

A Programmatic Agreement (PA) has been developed that details how BLM will meet the Section 106 requirements. This PA requires Class III Cultural Resources inventories to be completed prior to construction and continued consultation with Utah State Historic Preservation Office (UTSHPO) and tribes for individual cultural resource inventories. Continued Cass III surveys for Section 106 compliance are ongoing and will be consulted individually in accordance with the steps outlined in the Peak Minerals PA.

The BLM has been and will continue to consult with UTSHPO and affiliated tribes through the duration of the Project for the National American Graves Protection and Repatriation Act of 1990 (NAGPRA) Plan of Action (POA) and the Heritage Properties Treatment Plan (HPTP). The BLM sent letters to participate in the NAGPRA POA on May 16, 2025, and currently no response has been received.

## F. REFERENCES

BLM. (1987). *Warm Springs Resource Area Resource Management Plan.* Fillmore: ePlanning.

BLM FFO. (2024). *Air Quality and Climate Resource Review.* Fillmore.

BLM FFO. (2024). *Biological Resources Review.* Fillmore.

BLM FFO. (2024). *Cultural Resources Native American Review.* Fillmore.

BLM FFO. (2024). *Geology and Minerals Resource Review.* Fillmore.

BLM FFO. (2024). *Lands and Access Resource Review.* Fillmore.

BLM FFO. (2024). *Paleontology Resource Review.* Fillmore.

BLM FFO. (2024). *Range Management Resource Report.* Fillmore.

BLM FFO. (2024). *Socioeconomics Resource Review.* Fillmore.

BLM FFO. (2024). *Soil Resource Review.* Fillmore.

BLM FFO. (2024). *Water Resources Review.* Fillmore.

US Department of the Interior, BLM. (2019). *Sevier Playa Potash Project Final Environmental Impact Statement.* Salt Lake City: BLM.

## G. CONCLUSION

Determination of NEPA Adequacy:

☒ Based on the review documented above, I conclude that the NEPA documentation fully covers this proposal and constitutes BLM's compliance with the requirements of the NEPA.

☐ The existing NEPA documentation does not fully cover the Proposed Action. Additional NEPA documentation is needed if the project is to be further considered.

<u>Decision Documentation:</u>

☒ A new decision will be prepared.

☐ The Proposed Action is a subset of an existing decision; therefore, no new decision needs to be prepared.

Project Lead: _____

NEPA Coordinator: _____

Authorized Officer: _____

# APPENDIX A

## Tables

Table 1: List of Federal Leases by Lessee

| Number | Leases | MLRS # | Lease Type | Lessee |
|---|---|---|---|---|
| 1. | UTU-088387 | UTUT105907801 | Potassium | Peak Minerals Inc. |
| 2. | UTU-088388 | UTUT105907804 | Potassium | Peak Minerals Inc. |
| 3. | UTU-088389 | UTUT105907805 | Potassium | Peak Minerals Inc. |
| 4. | UTU-088390 | UTUT105908388 | Potassium | Peak Minerals Inc. |
| 5. | UTU-088391 | UTUT105908389 | Potassium | Peak Minerals Inc. |
| 6. | UTU-088392 | UTUT105908390 | Potassium | Peak Minerals Inc. |
| 7. | UTU-088393 | UTUT105908391 | Potassium | Peak Minerals Inc. |
| 8. | UTU-088394 | UTUT105908392 | Potassium | Peak Minerals Inc. |
| 9. | UTU-088395 | UTUT105908393 | Potassium | Peak Minerals Inc. |
| 10. | UTU-088396 | UTUT105908394 | Potassium | Peak Minerals Inc. |
| 11. | UTU-088397 | UTUT105908395 | Potassium | Peak Minerals Inc. |
| 12. | UTU-088398 | UTUT105908396 | Potassium | Peak Minerals Inc. |
| 13. | UTU-088399 | UTUT105908397 | Potassium | Peak Minerals Inc. |
| 14. | UTU-088401 | UTUT105908398 | Potassium | Peak Minerals Inc. |
| 15. | UTU-088402 | UTUT105908399 | Potassium | Peak Minerals Inc. |
| 16. | UTU-088403 | UTUT105908400 | Potassium | Peak Minerals Inc. |
| 17. | UTU-088404 | UTUT105909531 | Potassium | Peak Minerals Inc. |
| 18. | UTU-088405 | UTUT105909532 | Potassium | Peak Minerals Inc. |
| 19. | UTU-088406 | UTUT105909533 | Potassium | Peak Minerals Inc. |
| 20. | UTU-088407 | UTUT105909534 | Potassium | Peak Minerals Inc. |
| 21. | UTU-088408 | UTUT105910117 | Potassium | Peak Minerals Inc. |
| 22. | UTU-088409 | UTUT105910118 | Potassium | Peak Minerals Inc. |
| 23. | UTU-088410 | UTUT105910613 | Potassium | Peak Minerals Inc. |
| 24. | UTU-088411 | UTUT105910614 | Potassium | Peak Minerals Inc. |
| 24. | UTU-088412 | UTUT105910615 | Potassium | Peak Minerals Inc. |
| 26. | UTU-088413 | UTUT105910616 | Potassium | Peak Minerals Inc. |
| 27. | UTU-088414 | UTUT105911143 | Potassium | Peak Minerals Inc. |
| 28. | UTU-088415 | UTUT105911144 | Potassium | Peak Minerals Inc. |
| 29. | UTU-088416 | UTUT105911145 | Potassium | Peak Minerals Inc. |
| 30. | UTU-088417 | UTUT105911747 | Potassium | Peak Minerals Inc. |
| 31. | UTU-088418 | UTUT105911748 | Potassium | Peak Minerals Inc. |
| 32. | UTU-088419 | UTUT105911751 | Potassium | Peak Minerals Inc. |
| 33. | UTU-088420 | UTUT105911752 | Potassium | Peak Minerals Inc. |
| 34. | UTU-088421 | UTUT105911753 | Potassium | Peak Minerals Inc. |
| 35. | UTU-088422 | UTUT105911754 | Potassium | Peak Minerals Inc. |
| 36. | UTU-088423 | UTUT105911755 | Potassium | Peak Minerals Inc. |

| 37. | UTU-088424 | UTUT105912343 | Potassium | Peak Minerals Inc. |
|---|---|---|---|---|
| 38. | UTU-088425 | UTUT106039343 | Potassium | Peak Minerals Inc. |
| 39. | UTU-088426 | UTUT106039344 | Potassium | Peak Minerals Inc. |
| 40. | UTU-088427 | UTUT106039345 | Potassium | Peak Minerals Inc. |
| 41. | UTU-088428 | UTUT106039346 | Potassium | Peak Minerals Inc. |
| 42. | UTU-088429 | UTUT106039348 | Potassium | Peak Minerals Inc. |
| 43. | UTU-088430 | UTUT106039349 | Potassium | Peak Minerals Inc. |
| 44. | UTU-088443 | UTUT105905793 | Potassium | Peak Minerals Inc. |
| 45. | UTU-088444 | UTUT105908953 | Potassium | LUMA Minerals Inc. |
| 46. | UTU-088445 | UTUT105908955 | Potassium | LUMA Minerals Inc. |
| 47. | UTU-088446 | UTUT105908956 | Potassium | LUMA Minerals Inc. |
| 48. | UTU-088448 | UTUT105908958 | Potassium | LUMA Minerals Inc |
| 49. | UTU-088449 | UTUT105908959 | Potassium | LUMA Minerals Inc |
| 50. | UTU-088450 | UTUT105908960 | Potassium | LUMA Minerals Inc |
| 51. | UTU-088451 | UTUT105910121 | Potassium | LUMA Minerals Inc |
| 52. | UTU-088452 | UTUT105910620 | Potassium | LUMA Minerals Inc |
| 53. | UTU-088453 | UTUT105911147 | Potassium | LUMA Minerals Inc |
| 54. | UTU-088455 | UTUT105911148 | Potassium | LUMA Minerals Inc |
| 55. | UTU-088456 | UTUT105911149 | Potassium | LUMA Minerals Inc |
| 56. | UTU-088457 | UTUT105905794 | Potassium | Peak Minerals Inc. |
| 57. | UTU-088461 | UTUT105905795 | Potassium | Peak Minerals Inc. |
| 58. | UTU-088462 | UTUT105905798 | Potassium | Peak Minerals Inc. |
| 59. | UTU-088463 | UTUT105906369 | Potassium | Peak Minerals Inc. |

Table 2: Sevier Playa Potash Project Right-of-Way Grants

| Sevier Playa Project | | |
|---|---|---|
| Linear Right-of-Way Grants Issued | | |
| Permanent | | |
| ROW Number | MLRS Number | Description |
| UTU-90095[3] | UTUT106050293 | Water Supply Wells 2 and 4, (Water supply Wells 1 and 3 are on SITLA Lands), Water Supply Pipeline, Water Supply Pipeline Spurs to support Water Supply Wells 1-4, Water Supply Access Roads 1, 3 and 4 and 12.47-kV Power Line Spurs 1-4 |
| UTU-90097 | UTUT106050768 | 69-kV Power and Communication Line and Power Line Access Road |
| UTU-92063 | UTUT105913565 | Black Rock Communication Tower and Access Road |
| UTU-92064 | UTUT105908512 | Perimeter Road Segments 1-11 and Turnouts |
| UTU-92066 | UTUT105909137 | Access Road Segments A, B, C1, D2, E, F and G |
| UTU-92067 | UTUT105909140 | Natural Gas Pipeline and Access Roads 1A, 1B, 2, 3 ,5A, 5B, 6, 7 and 8 |
| UTU-92068 | UTUT105909142 | 25-kV Power Line and Access Road, North Playa Substation and Access Road |
| UTU-92069 | UTUT105909718 | 12.47-kV Power and Communication Line and Rail Loadout Facility Substation |
| UTU-92100 | UTUT105909757 | Rail Spur, Rail Spur Access Corridor, and Rail Facility Access Road 1 and 2 |
| UTU-94232 | UTUT106236046 | Monitoring Wells CPM-20-NATC, CPM-20-WATC, CPM-20-WAC, CPM-20-NAC, CPM-20-WBRT, CPM-20-WBR, CPM-20-SBRWS, CPM-20-EBRWS and Monitoring Well Access Road |
| UTU-94233 | UTUT106236420 | 12.47-kV Power Line |

---

[3] UTU-90095 is the lead case file.

| UTU-94234 | UTUT106236426 | Recharge Canal Segments 1-9, Recharge Collector Segments A, B, & C and Brine Transfer Canal Segments 1-3 |
|---|---|---|
| **Short Term** | | |
| UTU-90095-01 | UTUT105839462 | Water Supply Wells 2&4, (Water supply Wells 1 & 3 are on SITLA Lands), Water Supply Pipeline, Water Supply Pipeline Spurs to support Water Supply Wells 1-4, Water Supply Access Roads 1, 3 and 4 and 12.47-kV Power Line Spurs 1-4 |
| UTU-90096-01 | UTUT105839299 | Long Ridge Communication Tower and Access Road |
| UTU-90097-01 | UTUT105911928 | 69-kV Power and Communication Line and Power Line Access Road Spurs 1-8 and 15 Temporary Use Staging and |
| UTU-92064-01 | UTUT105908513 | Perimeter Road Segments 1-11 |
| UTU-92067-01 | UTUT105909141 | Natural Gas Pipeline and Pipeline Spur |
| UTU-92068-01 | UTUT105909716 | 25-kV Power Line and Access Road, |
| UTU-92069-01 | UTUT105909719 | 12.47-kV Power and Communication Line and 2 temporary use staging and laydown areas |
| UTU-92100-01 | UTUT105909759 | Rail Spur and Rail Facility Loadout Access Roads 1 and 2 |
| UTU-94232-01 | UTUT106237249 | Monitoring Wells CPM-20-NATC, CPM-20-WATC, CPM-20-WAC, CPM-20-NAC, CPM-20-WBRT, CPM-20-WBR, CPM-20-SBRWS, CPM-20-EBRWS |
| UTU-94233-01 | UTUT106237251 | 12.47-kV Power Line and two Temporary Use staging and access areas |
| UTU-94234-01 | UTUT106237642 | Recharge Canal Segments 1-9, Recharge Collector Segments A, B, and C |

**Table 3: Sevier Playa Potash Project Right-of-Way Not Presently Issued**

| Site Type Right-of-Way Grants *Not* Presently Issued[4] | |
|---|---|
| **Permanent** | |
| ROW Number | Description |
| UTU-92048 | Rail Loadout Facility |
| UTU-94227 | Preconcentration Heel Brine Ponds |
| **Short Term** | |
| UTU-94227-01 | Preconcentration Heel Brine Ponds |

**Table 4: Sevier Playa Potash Project Right-of-Way Grants for Water Wells**

| ROW Grant issued for Water Monitoring Wells issued on June 28, 2012 | |
|---|---|
| **Granted Until December 31, 2042** | |
| ROW Number | Description |
| UTU-88787 | Water Monitoring Wells, pad and access |

**Table 5: Utah State Institutional Trust Lands Administration Potash Leases**

| Number | Leases | Lease Type | Lessee |
|---|---|---|---|
| 1. | ML-51479 | Potash[5] | Peak Minerals Inc. |
| 2. | ML-51480 | Potash | Peak Minerals Inc. |
| 3. | ML-51481 | Potash | Peak Minerals Inc. |
| 4. | ML-51482 | Potash | Peak Minerals Inc. |
| 5. | ML-51483 | Potash | Peak Minerals Inc. |

[4] Appraisals are required and have not been completed to determine annual rentals. his ROW can be granted once the appraisals are completed, and the rent is paid.
[5] Any potassium compound that can be dissolved in water can be called Potash.

**APPENDIX B**

**Location List – Township (T) Range (R) Section (Sec)**

**See Attached**

**APPENDIX C**

**Maps**

**Map 1: 2019 Approved Plan Map**



**Map 2: 2024 Proposed Action Map**



# APPENDIX D

## INTERDISCIPLINARY TEAM CHECKLIST

**Project Title**: **Sevier Playa Potash Project Modification**

**NEPA Log Number**: DOI-BLM-UT-W020-2025-0012-DNA

**File/Serial Number**: Lead Case Files UTU-99387, UTU-90095

**Project Leader**: Stephanie deGraffenried

**DETERMINATION OF STAFF:** *(Choose one of the following abbreviated options for the left column)*

NP = not present in the area impacted by the proposed or alternative actions
NI = present, but not affected to a degree that detailed analysis is required
PI = present with potential for relevant impact that need to be analyzed in detail in the EA
NC = (DNAs only) actions and impacts not changed from those disclosed in the existing NEPA documents cited in
     Section D of the DNA form. The Rationale column may include NI and NP discussions.

| Determi-nation | Resource | Rationale for Determination | Signature | Date |
|---|---|---|---|---|
| | | **RESOURCES AND ISSUES CONSIDERED** **(INCLUDES SUPPLEMENTAL AUTHORITIES APPENDIX 1 H-1790-1)** | | |
| NC | Air Quality | The emissions spreadsheet and analysis documentation for Proposed Action submittal shows that emissions of most criteria air pollutants and GHG's are less than what is analyzed in the FEIS. The two exceptions are VOCs (2 tons) and $SO_2$ (0.02 tons) during initial construction only. This increase for these pollutants is primarily because they will be using gasoline instead of diesel generators. Overall emissions of VOC and $SO_2$ from both construction and operations are lower than what was analyzed in the EIS. Construction related emissions are temporary and do not impact long-term ambient air quality, defined as a period of three or more years. This is the timeframe used to determine compliance with air quality standards. | /s/ Erik Vernon | 10/10/2024 |
| NC | Areas of Critical Environmental Concern | There are no ACEC's within the proposed project area. | /s/James Anderson | 10/21/2024 |
| NC | Cultural Resources | A Programmatic Agreement has been developed that details how BLM will meet the Section 106 requirements. This PA requires Class III Cultural Resource Inventories be completed prior to construction to identify historic properties and assess both direct and indirect effects to these resources. It also stipulates procedures for resolving potential adverse effects to historic properties through the development and implementation of a historic properties treatment plan (HPTP). An HPTP will specify measures to avoid, minimize and/or otherwise mitigate potential adverse effects. Invited signatories include BLM, SITLA, UDOGM, and Peak Minerals, | /s/ Kayla Reid | 10/16/2024 06/04/2025 |

| | | Inc. A NAGPRA plan of action has been developed and is currently in consultation and as of 6/4/2025 there has been no response. The Plan of Action and HPTP's will be finalized before the notice to proceed. | | |
|---|---|---|---|---|
| NC | Greenhouse Gas Emissions | The emissions spreadsheet and analysis documentation for Proposed Action submittal shows that emissions of GHG's are less than what is analyzed in the FEIS. | /s/ Erik Vernon | 10/10/2024 |
| NC | Farmlands (Prime or Unique) | The impacts to farmlands is sufficiently analyzed in the 2019 FEIS. All soil map unit boundaries and associated farmland ratings remain the same as the previous analysis. The Proposed Action will be a reduction of affected acres. | /s/Burke Davenport | 10/28/2024 |
| NC | Floodplains | There are no changes in impacts from the previously analyzed document due to the decreased size of the overall project area and the decrease in overall disturbed acres. | /s/ Brian Taylor | 10/28/2024 |
| NC | Fire/Fuels Management | There is no change from that which is previously analyzed in 2019. Standard fire prevention and mitigation stipulations would apply. This development would likely change the Wildland Urban Interface (WUI) designation for this specific area based on transportation and transmission line corridors. This change would be addressed in the normal fire planning schedule. | /s/Trevor Riding | 9/24/2024 |
| NC | Geology / Mineral Resources/Energy Production | No substantive change in effects over those previously analyzed in *2019 Sevier Playa Potash Project Final Environmental Impact Statement*. The proposed action represents an overall reduction in the scale of mining and impacts resulting from mining (such as mineral removal and redistribution of remaining minerals) would be reduced proportionately.<br><br>Potential effects to new off-playa facilities (e.g. 25-kV powerline and North Playa Substation) from geologic hazards such as mass-wasting events would be mitigated by the measures described in Design Feature 39 of the 2019 FEIS, Appendix K. | /s/ Taylor Lewis | 10/10/2024 |
| NC | Invasive Species/Noxious Weeds (EO 13112) | There will be no change from what was previously analyzed in the 2019 documents. Mitigation for control and spread of noxious weeds apply to this new smaller scale project. Peak Minerals will refer to the Invasive species and Noxious weed management plan April 2019 to ensure that guidelines and procedures are followed to ensure that no new species are introduced, and that existing species are contained and controlled within the project areas. | /s/Logan LeFevre | 9/24/24 |
| NC | Lands/Access | No substantive change in effects over those previously analyzed in the 2019 FEIS. The proposed action represents an overall reduction in land and access roads.<br><br>The modification of off-playa facilities (e.g. 25-kV powerline and North Playa Substation) are within the previous analysis area and effects associated are consistent with those described in the 2019 FEIS. | /s/Hannah Spence | 10/15/24 |

| NC | Livestock Grazing | The impacts to livestock grazing are sufficiently analyzed in the 2019 FEIS. The Proposed Action represents a reduction in disturbance on and off the playa. This decrease in disturbance would result in less of an impact in potential forage loss. It would also reduce the likelihood of livestock conflicts during construction and maintenance of the project. Also, there would be no change in the allotments impacted by the modified plan. | /s/ Brian Taylor | 10/24/2024 |
| NC | Migratory Birds | The 2019 FEIS analyzes potential direct and indirect impacts to migratory birds and their habitats. The Proposed Action represents a general reduction in the scale of mining and impacts resulting from mining would be reduced proportionately. The Proposed Action has reductions in the number of motorized equipment needed for initial construction. Reductions also occur in the total length of power lines needed. Extraction/collection trenches, extraction canals, collection sumps, preconcentration ponds, production ponds, pure brine storage ponds are reduced within the Proposed Action. Impacts from these features are all analyzed as part of the 2019 FEIS at a larger scale than the modified 2024 plan. | /s/ Brandon Crosby | 10/10/24 |
| NC | National Historic Trails | There are no National Historic Trails present in the project area. | /s/James Anderson | 10/21/2024 |
| NC | Native American Concerns | Tribes were initially notified of the project by letter in June 2015. The Hopi responded requesting continued consultation. In December 2015 tribes were invited to participate as Consulting Parties in the development of the Programmatic Agreement. Responses were received from the Hopi, Paiute Indian Tribe of Utah, and the Ute Indian Tribe declining to participate as Consulting Parties. The Hopi reaffirmed their request for continued consultation on the project. In April 2016 the tribes were invited to participate in the NEPA process as Cooperating Agencies. The Hopi tribe declined to participate as a Cooperating Agency, deferring to the SHPO and other participating tribes and requested continued consultation. None of the other tribes responded to the invitation to participate as Cooperating Agencies. BLM will continue consultation with interested tribes through the duration of the project.

A NAGPRA plan of action has been developed and is currently in consultation and as of 6/4/2025 there has been no response. The plan will be finalized before the notice to proceed. | /s/ Kayla Reid | 10/16/2024 06/04/2025 |
| NC | Paleontology | There is no change from what was previously analyzed in the 2019 documents. The modified locations proposed within this 2024 plan are within the same sediment and of the same PFYC category. As such the effects to paleontological resources would be in areas of low, very low, or unknown potential as assessed in the 2019 FEIS. | /s/ Stephanie deGraffenried | 9/10/2024 |
| NC | Property Boundary Evaluation | There is no change from the previously analyzed documents in 2019. The change in location for the transmission line will need to comply with protection | /s/Kyle Monroe | 10/22/2024 |

| | | form the Cadastral Survey monuments. Identification and flagging to avoid disturbance. | | |
|---|---|---|---|---|
| NC | Rangeland Health Standards | Due to the decreased size of the overall project area and the decrease in disturbed acres, the analysis in the 2019 FEIS is sufficient for the Proposed Action. | /s/ Brian Taylor | 10/24/2024 |
| NC | Recreation | The 2019 FEIS analyzes the impact that the road construction and powerline construction will have on recreation opportunities. In particular to the Cricket Mountain ATV Trail System access from off lease access roads. The construction will be temporary and improve road conditions. The new proposal will have less impact due to the reduced size of the project. | /s/James Anderson | 10/21/2024 |
| NC | Sensitive Animal Species | The 2019 FEIS analyzes potential direct and indirect impacts to sensitive animal species including kit fox, burrowing owl, ferruginous hawk, golden eagle and bat species. The 2019 FEIS analyzes potential direct and indirect impacts to migratory birds and their habitats. The Proposed Action represents a general reduction in the scale of mining and impacts resulting from mining would be reduced proportionately. The Proposed Action has reductions in the number of motorized equipment needed for initial construction. Reductions also occur in the total length of power lines needed. Extraction/collection trenches, extraction canals, collection sumps, preconcentration ponds, production ponds, pure brine storage ponds are reduced within the Proposed Action. Impacts from these features are analyzed as part of the 2019 FEIS at a larger scale than the modified 2024 plan. The reduced scale would likely make Applicant Committed Environmental Protection Measures and the Adaptive Wildlife Management Plan more effective. | /s/ Brandon Crosby | 10/10/24 |
| NC | Socio-Economics | Existing analysis within the 2019 FEIS is adequate. No substantial changes to socio economics policy or conditions have occurred. No new analysis is needed. | /s/ Matthew Fockler | 1/30/2025 |
| NC | Soils | There is no change from the analysis in the 2019 FEIS. The soil map units analyzed are the same and no changes to the soil surveys have been made since the EIS was completed. There will be a reduction in area disturbed in the modified plan. | /s/Burke Davenport | 10/28/2024 |
| NC | Threatened, Endangered, Candidate or Special Status Plant Species | The analysis of potential impacts to rare plants remains the same for the new reduced Sevier Playa Project area. Based on previous plant surveys and habitat maps for rare plant species, there are no known federally-listed, proposed, candidate species, or BLM Sensitive plant species in the amended proposed project area. Suitable habitat for rare plants does not exist on the playa area because it is alkaline and often covered by water. As such, the playa area is devoid of vegetation. The smaller proposed off-lease acreage does contain general vegetation, but that vegetation consists of typical Great Basin low-elevation plant species including shadscale, Gardner saltbush, halogeton, grey molly, etc. | /s/ David Whitaker | 10/18/24 |

| NC | Threatened, Endangered, or Candidate Animal Species | Existing analysis within the 2019 FEIS is adequate. No substantial changes to habitat conditions or rangelands have occurred. No new threatened or endangered species listings have occurred. No additional impacts beyond those previously analyzed to Utah prairie dog or California condor are anticipated. An Ipac report was run on 9/20/2024 one additional species that was not previously analyzed as part of the 2019 FEIS was included, the monarch butterfly which is a candidate species. Suitable habitat for the monarch butterfly is unlikely to occur within the analysis area as the playa is predominantly void of vegetation including milkweed. No milkweed species were observed within The General and Special-status Wildlife and Plant Species Survey Report for the Sevier Playa Project (CH2MHILL 2014). | /s/ Brandon Crosby | 10/10/24 |
|---|---|---|---|---|
| NC | Wastes (hazardous or solid) | There is no change on waste resources from what is analyzed in the 2019 FEIS. The Proposed Action represents a general reduction in the scale of mining and impacts resulting from mining would be reduced proportionately. The Proposed Action has reductions in the number of motorized equipment needed for initial construction.<br><br>The Spill Prevention (SPCC) Plan has been prepared to reduce the threat of spills of petroleum substances.<br><br>A Solid and Hazardous Wastes Plan has been developed and would be followed.<br><br>Further analysis would not be required. | /s/Stephanie deGraffenried | 10/10/2024 |
| NC | Water Resources/Quality (drinking/surface/ground) | The Proposed Action represents a reduction to 215,000 short tons per annum at peak production compared to 2019 FEIS of 372,000 short tons. This overall reduction in volume would require less freshwater compared to the 2019 FEIS.<br><br>The total miles of trenches per the 2024 mining plan and design changes per Figure 6-6 and Figure 6-7 (2024) (acres identified in summary of changes report). Design change has been modified in 2024 plan compared to the 2019 plan to increase long-term trench stability and to accommodate a smaller footprint which indicates that reduced volumes of water and conveyance of reduced volumes compared to the 2019 FEIS.  The difference between the 2019 and 2024 is a reduction of 6,402 ac-ft/yr required recharge water under dry conditions and reduction of 19,948 ac-ft/yr after wet conditions are established.<br><br>Due to the 45 percent reduced number of freshwater requirements and reduced pumping volumes in the 2024 plan modeling estimates for any potential reduction in flow to surrounding springs would be considered negligible or not detectable when comparing the 2019 FEIS and 2024 plan. | /s/ Jared Dalebout | 10/11/2024 |
| NC | Water Rights | Due to the 45 percent reduced number of freshwater requirements (922 gpm reduced to 502 gpm) and reduced pumping volumes in the 2024 plan modeling | /s/ Jared Dalebout | 10/11/2024 |

| | | | | |
|---|---|---|---|---|
| | | estimates there would be a smaller amount of required water needs for the proposed action when comparing the 2019 FEIS and 2024 plan.<br><br>The 2019 FEIS assesses the effects to water rights and the Proposed Action is within the analysis level and area. Valid existing water rights supporting the project would remain unchanged. | | |
| NC | Wetlands/Riparian Zones | There is no change to the 2019 FEIS analysis.  The 2019 FEIS analyzes potential impacts to wetland/riparian zones within the project area appropriately.  With the Proposed Action, impacts would likely decrease from the 2019 FEIS analysis due to the decrease in the project area on the north end of the playa where there is a lentic riparian area at the mouth of the Sevier River. Potential risks of decreased flows to springs would be reduced. | /s/ Brian Taylor | 10/24/2024 |
| NC | Wilderness/WSA | There are no Wilderness/WSA's with the 2024 plan proposed project area. | /s/James Anderson | 10/21/2024 |
| NC | Wildlife and Fish Excluding Designated/Special Status Species | The 2019 FEIS analyzes potential direct and indirect impacts to non-designated wildlife species. The 2019 FEIS analyzes potential direct and indirect impacts to wildlife and their habitats. The Proposed Action represents a general reduction in the scale of mining and impacts resulting from mining would be reduced proportionately. The Proposed Action has reductions in the number of motorized equipment needed for initial construction. Reductions also occurred in the total length of power lines needed. Extraction/collection trenches, extraction canals, collection sumps, preconcentration ponds, production ponds, pure brine storage ponds have also all been reduced within the Proposed Action. Impacts from these features are analyzed as part of the 2019 FEIS, at a larger scale than the Proposed Action. The reduced scale would likely make Applicant Committed Environmental Protection Measures and the Adaptive Wildlife Management Plan more effective. | /s/ Brandon Crosby | 10/10/24 |
| NC | Woodland/Forestry | There is no change to woodland/forestry products from the 2019 FEIS analysis of impacts with the reduction in size of the new plan.  There would be no impacts to woodland/forestry with the implementation of this project. | /s/ Eric Reid | 10/21/2024 |
| NC | Vegetation Excluding Designated/Special Status Species | The impacts to vegetation are sufficiently analyzed in the 2019 FEIS.  The Proposed Action represents a reduction in disturbance on and off the playa.   The change in location of the powerline line location is within the same vegetation types that exist throughout the previous analysis; therefore, no further analysis would be required. | /s/ Brian Taylor | 10/24/2024 |
| NC | Vegetation – Designated Species by BLM or USFWS | The analysis of potential impacts to rare plants remains the same for the new reduced Sevier Playa Project area.  Based on previous plant surveys and habitat maps for rare plant species, there are no known federally-listed, proposed, candidate species, or BLM Sensitive plant species in the amended proposed project area. | /s/ David Whitaker | 10/18/24 |

| NC | Visual Resources | The 2019 FEIS found the on-lease and off-lease portions of the project to be on VRM Class IV. With the smaller footprint of the new proposed plan will lessen the impact on VR. | /s/James Anderson | 10/21/2024 |
|---|---|---|---|---|
| NC | Wild Horses and Burros | Wild horses and burros were previously eliminated from detailed analysis in 2019 due to the expected minimal, if any, effects on this resource. There are no HMAs within the project area- the nearest HMAs are the Frisco HMA (approximately 1.6 miles south of the project) and the Kingtop HMA (approximately 6.2 miles west of the project). Due to the lack of HMAs within the project area, effects of the proposed action would be expected to be the same and there would be no change from that which are analyzed in the 2019 FEIS. | /s/ Brianna Brodowski | 10/10/2024 |
| NC | Lands with Wilderness Characteristics | There are no LWC's within the 2024 plan proposed project area. | /s/James Anderson | 10/21/2024 |