# EXHIBIT 7



*Submitted via email (tcollins@blm.gov and cledbett@blm.gov) and
USPS Certified First Class Mail*

May 19, 2025


Tamara Collins
Cindy Ledbetter
Fillmore Field Office
Bureau of Land Management
95 E 500 N
Fillmore, UT 84631


      RE:    *Sevier Playa Potash Project Modification Determination of NEPA Adequacy,*
               *DOI-BLM-UT-W020-2025-0012-DNA*

Greetings:

The Southern Utah Wilderness Alliance (SUWA) writes to provide input on the Bureau of Land
Management's (BLM) pending Determination of NEPA Adequacy (DNA) for the Sevier Playa
Potash Project Modification, DOI-BLM-UT-W020-2025-0012-DNA (SPP Project). In short, it is
inappropriate and a violation of the National Environmental Policy Act (NEPA), 42 U.S.C. §
4321 *et seq.*, to rely on a DNA to approve the proposed modifications to the SPP Project.

Because this is the same project that BLM had originally planned to analyze in an environmental
assessment (EA), which is now "paused," SUWA incorporates by reference its scoping
comments submitted on the EA for the Sevier Playa Potash Modification, DOI-BLM-UT-
W020-2025-0007-EA. A DNA does not (and cannot) address any of the concerns raised in
SUWA's Scoping Comments or the legal errors alleged in SUWA's prior litigation over the SPP
Project. *See generally S. Utah Wilderness All. v. U.S. Dep't of the Interior*, 2:23-cv-00492 (D.
Utah).

A DNA is a "non-NEPA" procedure used to determine whether "previously issued NEPA
documents [are] sufficient to satisfy the 'hard look' standard." *Bd. of Cnty. Comm'rs of San
Miguel v. U.S. Bureau of Land Mgmt.*, 706 F. Supp. 3d 1180, 1187 (D. Colo. 2022); *Pennaco
Energy, Inc. v. U.S. Dep't of the Interior*, 377 F.3d 1147, 1162 (10th Cir. 2004). "Unlike
preparing an EA and issuing a [Finding of No Significant Impact] pursuant to NEPA, the DNA is
used to terminate the NEPA process without the preparation of a new NEPA document, e.g., a
new or supplemental EA or [environmental impact statement (EIS)]." *Bd. of Cnty. Comm'rs of
San Miguel v. U.S. Bureau of Land Mgmt.*, 706 F. Supp. 3d at 1187. A DNA is appropriate when
an existing environmental analysis prepared pursuant to NEPA "adequately assesses the
environmental effects of the proposed action and reasonable alternatives." *Rocky Mountain Wild
v. Bernhardt*, 506 F. Supp. 3d 1169, 1188 (D. Utah 2020) (citing 43 C.F.R. § 46.120(c)).

*SUWA Letter*
*Sevier Playa Project Modification*
*Determination of NEPA Adequacy*
*DOI-BLM-UT-W020-2025-0012-DNA*
*May 19, 2025*

However,

> [t]he supporting record must include an evaluation of whether new circumstances, new information or changes in the action or its impacts not previously analyzed may result in significantly different environmental effects.

43 C.F.R. § 46.120(c). For the reasons explained below, it is unlawful for BLM to rely on a DNA to approve the SPP Project modification because there is new information that indicates that "impacts not previously analyzed may result in significantly different environmental effects." *Id.*

SUWA has repeatedly explained that the 2019 final environmental impact statement (FEIS) did not take a hard look at water resources, and in particular, impacts to groundwater. *See, e.g.*, Opening Br. at 32-34 (ECF No. 42), Compl. ¶¶ 30-39 (ECF No. 1), *S Utah Wilderness All. v. U.S. Dep't of the Interior*, 2:23-cv-000492-AMA-DBP. More specifically, the FEIS did not disclose and analyze the cumulative groundwater impacts resulting from reasonably foreseeable future actions, including the Pine Valley Groundwater Development and Pipeline Project ("PVP," also known as the West Desert Water Supply and Conservation Project). *See ids.* The FEIS declined to consider the PVP, instead deferring any such cumulative impacts analysis to the forthcoming environmental analysis for the PVP.

But as explained in the attached memorandum, BLM's water resources analysis in the FEIS is based on a fundamentally flawed model and study that is based on unrealistic assumptions. *See generally* Memorandum from Andrew Zdon, Roux Assoc. to Hanna Larsen, S. Utah Wilderness All., *RE: Groundwater Impacts of the Proposed Sevier Playa Potash Mining Project, Sevier Lake, Utah* (May 14, 2025) (attached as Ex. 1). That is, rather than utilize and rely on the industry-accepted Great Basin Carbonate and Alluvial Aquifer System (GBCAAS) model developed by the United States Geologic Survey, BLM relied on a "substantially more simplified model"— developed specifically to analyze the SPP Project—to establish the water resources analysis area. *Id.* at 1; *see also id.* at 5-7. Consequently, "an unrealistic and insufficient project study area boundary was developed." *Id.* at 2. As a result of the unrealistic and insufficient project study area for water resources:

- The failure to consider the cumulative effects of the proposed PVP results in several analytical shortcomings including differences in conceptualization for overlapping areas and will leave the BLM in the position of ruling on environmental reviews where at least one of the two must be fundamentally flawed; [and]
- The failure to consider the cumulative effects of the proposed PVP on the Project when the PVP drawdown would be significant in the Sevier Desert area thereby decreasing aquifer transmissivity is an important shortcoming for the BLM's project analysis

*SUWA Letter*
*Sevier Playa Project Modification*
*Determination of NEPA Adequacy*
*DOI-BLM-UT-W020-2025-0012-DNA*
*May 19, 2025*

*Id.* Furthermore, use of the GBCAAS model demonstrated that, contrary to BLM's conclusions in the FEIS, "hydrogeologic effects [are] noted in the Fish Springs Valley which could result in impacts to Fish Springs (within Fish Springs National Wildlife Refuge)." *Id.* And, "the PVP would cause substantial changes to the Great Salt Lake Desert flow system, including in the Sevier Desert." *Id.* at 11. If the PVP were to be developed, "the underlying assumptions relied upon by [BLM] for the [SPP] Project analysis loses its basis as the hydraulic characteristics of the aquifer system will be substantially different." *Id.* at 11-12.

In summary, it is inappropriate for BLM to approve the proposed SPP Project modification via a DNA for several reasons as outlined in SUWA's Scoping Comments and previous litigation. However, one of the most critical errors is the continued reliance on the demonstrably flawed analysis of groundwater impacts in the 2019 FEIS when there is new information that indicates that "impacts not previously analyzed may result in significantly different environmental effects." 43 C.F.R. § 46.120(c).

SUWA respectfully requests that BLM resume analysis of the SPP Project modification in an EA or supplemental EIS.

Sincerely,

Hanna Larsen
Staff Attorney
Southern Utah Wilderness Alliance

3

DNA Letter

# EXHIBIT 1

**ROUX**                                                         **MEMORANDUM**

Date:     May 14, 2025

To:       Hanna Larsen, Southern Utah Wilderness Alliance

From:     Andy Zdon, PG, CEG, CHg

Subject:  **Groundwater impacts of the proposed Sevier Playa Potash Mining Project Sevier Lake, Utah**

This technical memorandum addresses the hydrology related to the proposed Sevier Playa Potash Project (Project), and has been prepared by Roux Associates, Inc. (Roux) on behalf of the Southern Utah Wilderness Alliance (SUWA).

These comments have been prepared by Andy Zdon, a Utah Professional Geologist having more than 35 years of professional experience in geology, hydrogeology, and engineering geology with a focus on water resources work. The above-signed has extensive hydrogeological experience in the Great Basin with numerous published articles in the peer-reviewed literature inclusive of desert hydrogeology and associated environmental forensics methods (see attached professional profile). In the Project area, the above-signed has reviewed conditions associated with the proposed groundwater development in Pine Valley (discussed later in this memorandum) and studied springs in neighboring (to Pine Valley) Snake Valley in Nevada, all on behalf of multiple clients. Roux Associates, Inc, is a national environmental consulting firm with more than 400 employees consisting of geologists, engineers, economists, and other professionals in various fields of technical expertise.

This memorandum is based on our review of existing literature, and pertinent information prepared by Peak Minerals and its contractors – including Whetstone – as part of the 2019 Sevier Playa Potash Project environmental impact statement (U.S. Bureau of Land Management (BLM) 2019), and the 2025 amended mining plan (BLM, 2025) and Roux's use of the Great Basin Carbonate and Alluvial Aquifer System (GBCAAS) Model (Brooks, 2017), to run a water use simulation (1,500 acre-feet per year for 30 years) that mirrored the simulation conducted by Whetstone Associates (Whetstone, 2017a and 2019) where Whetstone created a substantially more simplified model to evaluate a project boundary for future Project groundwater-impact analyses. The GBCAAS Model is a three-dimensional, numerical groundwater flow model developed by the U.S. Geological Survey (USGS). This independently-developed regional groundwater flow model covering the Great Salt Lake Desert Flow System is accepted as an important tool for analyzing groundwater management scenarios in the region. No explanation was offered for Whetstone creating its own model and not relying on or referencing the GBCAAS Model in the scoping analysis although the GBCAAS model is referenced in the subsequent Final Baseline Water Resources Technical Report (Whetstone, 2017b).

Given our previous work in the area and our familiarity with the Sevier Desert area, for the purposes of this review, Roux did not conduct a field inspection.

**SUMMARY**

According to the Project description posted on the U.S. Bureau of Land Management's (BLM) website (U.S. Bureau of Land Management, 2025), Peak Minerals proposes to construct and operate the Project

555 12th Street, Suite 250 ■ Oakland, California 94607 ■ +1.415.967.6000 ■ www.rouxinc.com
California ■ Illinois ■ Massachusetts ■ New Jersey ■ New York ■ Texas ■ Virginia

May 14, 2025
Page 2

that would be designed to produce an average annual production of approximately 215,000 tons per year of potash and other associated mineral products. The current plan focuses on resources within the south half of the Sevier Playa. The Project's Phase 1 life would be approximately 25 years. This does not include the time required to complete decommissioning and final reclamation. The first five years would include construction and a ramp-up period to full production. As part of that project, a substantial amount of groundwater would be pumped from the Sevier Desert aquifer system, itself a part of the Great Salt Lake Desert groundwater flow system.

Roux evaluated the hydrologic boundary analysis prepared by Whetstone (2017a) that defined the "Water Resources Analysis Area" relative to groundwater pumping impacts and is foundational to all other groundwater-related impact analyses for the proposed Project. The USGS' GBCAAS Model was used by Roux to simulate the same assumed pumping scenario (1,500 acre-feet per year for 30 years) used by Whetstone in the scoping document. Among other things, use of the GBCAAS model resulted in hydrogeologic effects noted in the Fish Springs Valley which could result in impacts to Fish Springs (within Fish Springs National Wildlife Refuge). Our review of net groundwater flux between Fish Springs Valley and Sevier Desert as observed in Roux's simulation indicated changes in net flux flow between Sevier Desert and  Fish Springs Valley. As described above in the discussion related to inflow and outflow relationships, changes in fluxes in Fish Springs Valley could be observed in outflow components that could include spring discharge at Fish Springs. Model uncertainties result in those effects potentially varying from those that the model predicts and could be more significant than simulated. This highlights the need for additional investigative work by the Project consultants to evaluate interflow relationships between Fish Springs Valley and Sevier Desert. Illustrations of net flux change can be provided upon request.

Key takeaways from our review are as follows:

- The approach in the scoping study by Whetstone (2017a) for identifying the extent of the project study area relating to groundwater pumping impacts is fundamentally flawed with unrealistic assumptions. As a result of model assumptions in the scoping study, an unrealistic and insufficient project study area boundary was developed;

- The use of the USGS GBCAAS numerical model under the same pumping assumptions used by Whetstone (2017a) indicates that changes to neighboring valleys (e.g., Fish Springs Valley) could occur;

- Due to the sparseness of key hydrogeologic data, uncertainty associated with hydrogeologic analyses in the project area is substantial with associated risks;

- Small changes in head can substantially affect whether surface water is present at springs (particularly small springs) and based on the GBCAAS model, groundwater head losses at springs could be greater than those presented by Whetstone (2019).

- Post-project recovery of groundwater levels is anticipated to take substantially longer than the anticipated Project period of operation (approximately 100 years for the more distal portions of the cone of depression to begin to recover) with significant residual drawdown remaining more than 100 years after pumping ceases;

- The failure to consider the cumulative effects of the proposed Pine Valley Project (PVP) results in several analytical shortcomings including differences in conceptualization for overlapping areas and will leave the BLM in the position of ruling on environmental reviews where at least one of the two must be fundamentally flawed;

- The failure to consider the cumulative effects of the proposed PVP on the Project when the PVP drawdown would be significant in the Sevier Desert area thereby decreasing aquifer transmissivity is an important shortcoming for the BLM's project analysis; and

May 14, 2025
Page 3

- A spring mitigation plan should include concrete thresholds and triggers that can be identified with real-time management actions before groundwater-dependent ecosystems are impacted.

**BACKGROUND**

<u>Project Description</u>



According to the Project description posted on the BLM's website (BLM, 2025), Peak Minerals proposes to construct and operate the Project that would be designed to produce average annual production of approximately 215,000 tons per year of potash and other associated mineral products. The current plan focuses on resources within the south half of the Sevier Playa. The Project's Phase 1 life would be approximately 25 years. This does not include the time required to complete decommissioning and final reclamation. The first five years would include construction and a ramp-up period to full production. As part of that project, a substantial amount of groundwater would be pumped from the Sevier Desert aquifer system, itself a part of the Great Salt Lake Desert groundwater flow system. The location of the Project is shown on Figure 1.

**Figure 1. Sevier Playa Project Location**

<u>Hydrogeologic Characteristics of Sevier Desert</u>

The Project area is within the Sevier Desert in Millard County, Utah, and is within the Basin and Range geomorphic province. The Project is within and adjacent to, the southern portion of the Sevier Lake Playa northwest of Milford, and south of Delta. In the Project area, the valley is bounded on the west by the House Range, and on the east by the Cricket Mountains. Most of the groundwater in storage is within the basin fill. Lesser quantities of groundwater will be stored in the bedrock units that bound the valley. The Basin and Range region (also referred to as the Great Basin) is characterized by basins of internal drainage with considerable topographic relief, alternating between narrow faulted mountain chains and flat arid valleys or basins. The ranges generally trend north-northwest parallel to the regional structural regime.

The rocks in and around the Sevier Desert range in age from Precambrian to Recent. The mountains surrounding the basin contain rocks of Precambrian through Tertiary age. Those rocks are of sedimentary, metamorphic, and igneous types. Volcanic rocks of Tertiary and Quaternary age and consolidated-to-unconsolidated sedimentary deposits comprise the basin fill. Fine sediments (clay and silt) present within the Sevier Lake Playa will be of low permeability, while coarser sediments of the basin fill outside of the playa area would be of substantially greater permeability.

May 14, 2025
Page 4

The regional gradient of the groundwater flow system is toward the north with groundwater moving northward to the Sevier Lake Playa from Wah Wah Valley (Eakin, et.al., 1967, Brooks, 2017). A portion of the groundwater in Sevier Desert moves toward Fish Springs Valley. As described earlier, Sevier Desert is within the Great Salt Lake Desert groundwater flow system.

Sustainability of Groundwater Systems

The volume of groundwater in storage is an important aspect of the groundwater system. Changes in storage are observed in the field by changes in groundwater levels. A fundamental groundwater equation and the basis for evaluations of groundwater budgets (inflow vs. outflow estimates) is:

Inflow – Outflow = Change in Storage

When outflow (groundwater discharge both directly in-basin or through underflow to surrounding basins) exceeds inflow (groundwater recharge in basin plus contributions from surrounding basins), there is a negative change in groundwater in storage and groundwater levels can be expected to decline. When inflow exceeds outflow, the reverse is true. When the system is in equilibrium, water levels will generally remain relatively constant despite short-term fluctuations. Where they occur, long-term groundwater level declines are a clear sign that outflow has been exceeding inflow for an extended period.

Furthermore, under predevelopment conditions, a groundwater system is in equilibrium where inflow equals outflow. Groundwater pumping such as that proposed by the Sevier Potash Project causes a disruption in this equilibrium, and recharge amounts, and other biological and hydrologic conditions can change. More often, discharge amounts and patterns are affected. This includes the loss of phreatophytic vegetation (vegetation whose water requirements are met by roots tapping groundwater such as in the area of springs) and reduction or elimination of spring flow. All pumped water must be supplied by one or more of the following:

- Decreases in groundwater storage (lowered groundwater levels);
- Increased or induced recharge or underflow (e.g., from valleys surrounding Sevier Lake Valley): and/or,
- Decreased discharge either in the form of reduced subsurface outflow or decreases in natural forms of discharge such as evapotranspiration, spring flow or river base flow.

Regardless of the amount of groundwater pumped, there will always be groundwater drawdown (and the removal of water from storage) in the vicinity of pumping wells, a necessity to induce the flow of groundwater to said wells. This area of groundwater drawdown is referred to as a "cone of depression." For most groundwater systems, the change in storage in response to pumping is a transient phenomenon that occurs as the system readjusts to the pumping stress. The relative contributions of changes in storage, increases in recharge, and decreases in natural discharge evolve over time. The timing of that evolution in natural discharge change can be difficult to predict. This is particularly true in the Great Salt Lake Desert flow system where data is sparse. When this is the case, use of independent and tested models – such as GBCAAS – is especially important.

If the system can come to a new equilibrium (i.e., a combination of increased recharge and/or decreased discharge), the storage decreases will stop, and inflow will again equal outflow with the changes to the inflow/outflow components (capture) described above. The amount of groundwater "available" for a future groundwater development project is therefore dependent on what these long-term changes are, and how these changes affect the water resources and groundwater-dependent environmental resources of the area.

May 14, 2025
Page 5

Regional Spring Characteristics

Springs are places where groundwater reaches the ground surface, discharging as surface flow. By nature of their character, springs are sensitive to changes in groundwater level. For some springs, the reduction of less than one foot of groundwater elevation can result in the difference between surface water flow being present or absent. Some springs are small, seasonal, locally perched, features where last year's rainfall soaked into the ground has hit a barrier to its downhill flow path, forcing that water back to the ground surface. The discharge from these local springs is gravity driven. Other springs are tied to deeper and more distant groundwater flow paths that may extend well beyond the boundaries of the local watershed. Because these flow paths are deeper, they are generally not affected by seasonal rainfall or changes in air temperature, they usually have more consistent flow, and if the flow paths are sufficiently deep, they are characterized by warmer groundwater discharge temperatures that remain relatively consistent over time. These springs will commonly have discharges that are anomalously large for their limited watershed and local precipitation. These latter springs rise to the surface under pressure (for example: Fish Springs and Wah Wah Spring).

How Groundwater Capture Can Impact Springs

In the Great Salt Lake Desert flow system, the primary risk to springs is the potential impact due to regional pumping. In the case of the Sevier Potash Project, it would be additive to current pumping or proposed pumping (such as the Pine Valley Project (PVP) proposed by Central Iron County Water Conservation District, if that project were to proceed). As described earlier, the proximity of the proposed PVP's pumping to springs and neighboring basin-fill aquifers is likely to have a deleterious effect. In Sevier Lake Valley, these effects are likely to result in decreases in groundwater elevation (drawdown), local changes to hydraulic gradients and horizontal and vertical gradient-directions, and reductions in spring flow. Despite the limited area of analysis, reductions in spring flow are still anticipated and noted in the water resources analysis by Whetstone (2019).

**HYDROLOGIC ANALYSIS – DEFINITION OF ANALYSIS AREA**

We reviewed the Whetstone Associates water resources reports (Whetstone, 2017a, 2017b, 2019) related to the proposed Project and the hydrogeology of Sevier Desert Valley and the surrounding area. Of particular note was the foundational piece of Whetstone's analysis that relies in part on a groundwater model to define the boundary of the project area that would be affected by the Project pumping. Although Whetstone used MODFLOW, their approach essentially acted as a more simplistic analytical model (usually based on the Theis nonequilibrium flow equation), with one "average" hydraulic conductivity used for the entire model grid, constant head boundaries (specified heads) defining boundary conditions and allowing groundwater to move through the system, and no geologic structure represented or considered. The model assumes a saturated depth of 2,500 feet. This approach for identifying the extent of the project study area was fundamentally flawed with unrealistic assumptions.

According to Whetstone's scoping report, the MODFLOW simulation was prepared to evaluate the planned study area related to groundwater pumping impacts for the Sevier Potash Project. As described above, the manner in which MODFLOW was used was an oversimplified representation of the Sevier Lake basin that has no resemblance to actual conditions. As an example, input aquifer characteristics (hydraulic conductivity) were an average value for the bedrock aquifer units present in the area. This was then applied to all portions of the model, with no representation of geologic structure, bedrock and basin fill conditions. The constant head boundaries allowing inflow to, and outflow from, the model grid would serve to allow as much water was needed from outside the grid area to enter the model until a new

May 14, 2025
Page 6

equilibrium would establish. As would be expected by this method, the predicted cone of depression was simulated as being circular in shape.

These are the typical results of the use of more simplistic analytical modeling tools based on the Theis non-equilibrium flow equation. That similarity is a result of – although MODFLOW being a robust tool – in this case it was used with underlying assumptions similar to the Theis method.  Both the scoping model approach by Whetstone, and the Theis equation (or the Cooper-Jacob approximation of the Theis non-equilibrium flow equation) analytical method have underlying assumptions that – **critically** – are not consistent with the Sevier Desert's hydrogeologic conditions and as a result appear to substantially underestimate potential Project groundwater pumping impacts. Examples of these underlying assumptions are:

- Assumption of aquifer with infinite areal extent (replicated by Whetstone through the boundary conditions);

- The aquifer is homogeneous (i.e., the aquifer materials are the same everywhere);

- Use of constant head boundaries inhibiting the spread of drawdown and allowing constant flow into the model;

- Regional geologic structure and associated anisotropy of the aquifer system is ignored; and,

- The aquifer is isotropic (i.e., the hydraulic conductivity is the same in all directions including vertically).

Beyond those assumptions, the Whetstone model assumes an aquifer transmissivity value that is more than an order of magnitude greater in the area of the proposed Project wells than that represented in the GBCAAS model. The hydraulic conductivity estimates assumed by Whetstone (2017a) are not referenced to specific  tests or wells (neither in the text or in the references sections) thereby not allowing for review of the well logs of specific wells for accuracy. Such resulting transmissivities – combined with the bulleted assumptions above – would substantially underestimate the areal extent of drawdown. Together, all of these underlying assumptions give rise to perfectly circular representations of a cone of depression (such as represented in Figure 2 of Whetstone's scoping report and illustrated in Figure 2 below.



Figure 2.  Drawdown Contours for Transient Pumping Simulation

**_Figure 2. Drawdown simulation from scoping analysis (adapted from Whetstone, 2017)_**

May 14, 2025
Page 7

Given the anisotropy normally associated with basin and range aquifer systems, and spatial variability of basin fill and bedrock materials, <u>these assumptions are not valid for this application. Although the ultimate Project study area extended beyond the circular area (primarily to the north along the basin boundary with the remnant of the circular area primarily in the southwestern portion of the study area), the limitations placed on the area of study related to groundwater pumping impacts are unreasonable.</u>

As described earlier, in order to address these insufficiencies and to conduct a preliminary review of potential impacts, Roux used the GBCAAS Model (Brooks, et.al., 2017), a three-dimensional, numerical groundwater flow model developed by the USGS, for our review. The GBCAAS model is capable of predicting Project impacts in far greater detail, with less uncertainty, and more accurate predictability than Whetstone's approach.

*Use of the GBCAAS Model*

The USGS' GBCAAS Model was used by Roux to simulate the same assumed pumping scenario (1,500 acre-feet per year for 30 years) used by Whetstone in the scoping document.

The GBCAAS Model is a regional groundwater model that encompasses alluvial, carbonate, and volcanic aquifer systems across Utah and portions of Nevada, California, and Idaho (Brooks, 2017). The initial release of the model simulated only steady-state flow conditions (Brooks, et.al., 2014). The GBCAAS model and another USGS-derived numerical model (Masbruch, 2014) are described in Final Baseline Water Resources Report (Whetstone, 2017b). That initial version, available approximately three years prior to Whetstone's evaluation would have provided a strong platform on which Whetstone could have performed the simulation presented in their scoping analysis. The current version of the model, GBCAASv3.0 (Brooks, 2017), includes transient groundwater flow capabilities (specific storage and specific yield parameterizations have been added), and has been recalibrated.

This current GBCAAS Model also provides an objective framework from which to extract representative hydrologic properties, such as hydraulic conductivity, for local aquifer materials (e.g., carbonate rocks, alluvium) in addition to estimates for net local recharge. As a result of the above, the Whetstone analysis should have considered the Great Salt Lake Desert flow system in general and not overly-focused on the more immediate Sevier Lake area defined by the overly-simplistic model presented in the Whetstone analysis (2017a). Relying on Whetstone's 2017 and 2019 analyses will likely lead to a false negative; that is, an erroneous conclusion that operating the Sevier Playa Project as proposed will not lead to impacts to springs within and outside the analysis area. Further, Whetstone's analysis is based on aquifer transmissivity values that are orders of magnitude greater than those represented in the GBCAAS model thereby likely underestimating impacts to springs and wells (as presented in Whetstone, 2019).

**MODELING RESULTS**

The predicted drawdown (in excess of one foot) after 30 years of pumping is presented in Figure 3 below.

Of note are the following:

- Significant changes to the aquifer system can be expected beyond the limits of the one-foot contour in that inflow and outflow fluxes in the surrounding (e.g., Fish Springs Valley) area will change in response to the pumping stress, as the system strives to reach a new equilibrium condition;

- Storativity, a key parameter for estimating the rate of drawdown propagation, is largely unknown throughout the region due to the absence of aquifer test data in large areas. The GBCAAS assumes a single value throughout the area;

May 14, 2025
Page 8

- The cone of depression becomes far more intricate in appearance and extends considerably more than a 15-mile radius from the pumping center reflecting geological conditions as opposed to the circular drawdown pattern that assumes a single hydraulic conductivity value when hydraulic conductivity likely varies by 5 or 6 orders of magnitude (or more) in the area.



*Figure 3. GBCAAS Model result pumping 30 years at 1,500 acre-feet per year from Project wells.*

In addition to the results above, when a substantial stress is placed on an aquifer system such as this, recovery will immediately begin to occur in the well field once pumping ceases, while the more distal portions of the cone of depression may continue to expand and deepen for many years after that pumping ceases. In some cases, this can occur for hundreds of years. As part of this review, Roux looked at the extent of the cone of depression at 30 years, 70 years, and 270 years after pumping ceased. As shown on the figure 4 below, the outer edge of the cone of depression is continuing to expand 30 years after pumping ceases. The cone of depression on the remaining scenarios didn't start recovering until about 70 years after pumping ceased (Figure 5). Minimal drawdown remained 270 years after pumping ceased. In light of the model uncertainties described above, and that once pumping ceases, all means of controlling drawdown have been exhausted, the implications of a proposed PVP on the Sevier Potash Project become substantial.

May 14, 2025
Page 9



**Figure 4. GBCAAS Model-predicted drawdown 30 years after Project pumping ceases.
Note extension of drawdown northward and on margins.**



**Figure 5 – GBCAAS Model Simulated Drawdown 70 years after Project pumping ceases.**

May 14, 2025
Page 10

### Hydrogeologic Analysis – Implications of Proposed Pine Valley Project on Sevier Potash Analysis

The failure to consider the cumulative effects of the proposed PVP results in several analytical shortcomings:

- The hydrogeological analyses of the two projects (Peak Minerals and PVP) overlap and may result in substantial differences in groundwater conceptualizations and assumptions related to hydraulic characteristics in the Sevier Potash Project.

- Differences in characterizations and conflicting assumptions will leave the BLM with two separate analyses for significant water development projects in the same flow system where – if there are significant discrepancies – at least one (if not both) of the analyses will be proven to be fundamentally flawed.

- Separate analyses (including those by the USGS) indicate that the PVP would have substantial effects on the Sevier Lake area (Brooks, 2017, Roux 2021), and that if the PVP were to proceed (before, during, or after the Sevier Potash Project moves ahead), the transmissivity assumptions (which have saturated aquifer thickness as a function) would be substantially different than those assumed in the current analyses.

Due to the magnitude of the proposed PVP, the magnitude of groundwater impacts are substantially greater than that from the Sevier Potash Project. However, drawdown from both projects would be additive and substantial as shown on Figure 6 below. It is conceivable that a PVP could significantly affect Sevier Potash Project groundwater pumping.



**Figure 6. Combined cones of depression from Project and PVP after 30 years.**

**UNCERTAINTY**

The absence of a robust regional monitoring network (either groundwater levels or springs) – combined with sparse regional data including those obtained from controlled aquifer pumping and recovery tests – beyond the immediate project area results in substantial uncertainties and associated resulting risk with respect to groundwater-dependent ecosystems in the area.

For the purpose of Roux's analysis of the project boundary and in the context of future impact analyses for the Sevier Potash Project, it must be recognized that a number of uncertainties exist including:

- The estimates described above could underestimate the amount and extent of drawdown as the transmissivity (the measure of the ability of the aquifer to yield water) of the basin-fill aquifer is simulated to not decrease over time even though the parameter is dependent on the saturated thickness of the aquifer (Brooks, 2017) and the fact that groundwater recharge could be overestimated;

- Uncertainties in interbasinal groundwater movement and how variations in that movement may affect the groundwater budget for Sevier Desert and neighboring Fish Springs Valley;

- Absence of hydraulic testing in large swaths of the Great Salt Lake Desert groundwater flow system where aquifer characteristics may vary several orders of magnitude from that currently anticipated;

- Storage properties are considered uncalibrated outside of Parowan Valley, Utah (Brooks, 2017) in the GBCAAS Model;

- Faults not simulated in the project area definition modeling could act as barriers or conduits to groundwater flow providing greater uncertainty to model results;

- Uncertainties associated with the GBCAAS, particularly where data are lacking on which to base calibration in certain areas (and will apply to project-specific modeling as well);

- Uncertainties associated with interbasinal flow are dependent on numerous factors, many of which are not measurable in a manner to incorporate spacial variability of earth materials; and,

- The proposed PVP cumulative effects are not analyzed.

**CONCLUSIONS**

Based on the results of the analyses, the key takeaways from this evaluation are summarized in this section. Differences between the generalized analytical approach for defining a groundwater impact area analysis area in the scoping report and that were carried forward into the Final Environmental Impact Statement (BLM, 2019) and Roux's more granular numerical approach using the GBCAAS model, indicate that the project study boundary should be expanded. The more rigorous three-dimensional techniques using the USGS-developed GBCAAS model that considers geological variability over the Project area indicates that anticipated impacts resulting from project pumping in Sevier Lake Valley could extend and influence groundwater in Fish Springs Valley. The extent of how those effects could affect groundwater-dependent ecosystems in Fish Springs National Wildlife Refuge should be acknowledged, analyzed and discussed more definitively. Additionally, impact analyses related to project pumping may be sensitive to aspects of the groundwater system not replicated in the project modeling (Whetstone, 2019).

Finally, the PVP would cause substantial changes to the Great Salt Lake Desert flow system, including in the Sevier Desert. Specifically, drawdown predicted in the scenarios presented in this memorandum for the Sevier Playa potash project will be additive to potential groundwater level declines that may result from the proposed PVP (should that be implemented). In that case, the underlying assumptions relied

May 14, 2025
Page 12

upon by Whetstone for the current Project analysis loses its basis as the hydraulic characteristics of the aquifer system will be substantially different. Therefore, not only should the consistency of the conceptual model for the regional flow system be checked for consistency between project environmental reviews, but the cumulative effects of both projects should be considered in the analyses for each of those projects.

Finally, the Great Salt Lake Desert flow system suffers from large areas being unstudied and untested with respect to groundwater movement and aquifer hydraulic characteristics. Those uncertainties coupled with the other areas uncertainties described in this memorandum result in substantial associated risk related to groundwater-dependent ecosystems of all sizes within the regional framework of the Sevier Playa Potash Project.

## REFERENCES

Brooks, LE, Masbruch, MD, Sweetkind, DS and Buto, SG. 2014.  Steady-state numerical groundwater flow model of the Great Basin carbonate and alluvial aquifer system. Scientific investigations Report 2014-5213, U.S. Geological Survey.

Brooks, LE, 2017. Groundwater Model of the Great Basin Carbonate and Alluvial Aquifer System Version 3.0: Incorporating Revisions in Southwestern Utah and East Central Nevada, Scientific Investigations Report 2017–5072, U.S. Geological Survey, 92 p.

Crystal Peak Minerals (2019). Final Plan of Development for Off-Lease Facilities for the Sevier Playa Potash Project. April.

Crystal Peak Minerals & Stantec (2019). Mining Plan for the Sevier Playa Potash Project, UDOGM LMO Permit Number M/027/0125, Crystal Peak Minerals Sevier Playa Potash Project. July 2.

Langevin, CD, JD Hughes, ER Banta, RG Niswonger, S Panday, and AM Provost, 2017. Documentation for the MODFLOW 6 Groundwater Flow Model: Book 6, Modeling Techniques, Chap. A55, 197 p.

Masbruch, M, Gardner, P., and Brooks, L., 2014: Hydrology and Numerical Simulation of Groundwater Movement and Heat Transport in Snake Valley and Surrounding Areas, Juab, Millard, and Beaver Counties, Utah, and White Pine and Lincoln Counties, Nevada: United States Geological Survey Scientific Investigations Report 2014-5103, 108 p.

McDonald, MG, and AW Harbaugh, 1988. A modular three-dimensional finite-difference ground-water flow model: Techniques of Water-Resources Investigations of the United States Geological Survey, Book 6, Chapter A1, 586 p.

U.S. Bureau of Land Management, 2019. Sevier Playa Potash Project, Final Environmental Impact Statement. July.

U.S. Bureau of Land Management, 2025.Updated Project Description. https://eplanning.blm.gov/eplanning-ui/project/2037847/570

Whetstone Associates, 2017a. Water Resources Area Scoping Analysis. March 30.

Whetstone Associates, 2017b. Final Baseline Water Resources Technical Report, Sevier Playa Potash Project. October.

Whetstone Associates, 2019. Sevier Playa Potash Project Resource Report: Water Resources. May.



# PROFESSIONAL PROFILE

## Andrew Zdon, PG, CHg, CEG
### Technical Director

### EXPERIENCE SUMMARY

Mr. Zdon has more than thirty-five years of experience in a variety of geology and hydrogeology-related projects. He is a California Professional Geologist, Certified Hydrogeologist and Certified Engineering Geologist. Mr. Zdon is a recognized subject matter expert in numerical groundwater flow modeling and has been an instructor at California State University, Los Angeles in Groundwater Models and Management (1995).

Mr. Zdon was also appointed in 2013 by the Inyo County Superior Court as Watermaster for a surface water system in the Owens Valley. His specialties include basin analyses and relationships with spring systems, numerical groundwater modeling including, flow, groundwater/surface water interactions including spring flow, contaminant transport and dual-phase flow in both basin fill and fractured rock environments. Investigations in these areas can be in support of CEQA/NEPA analyses, water resource development evaluations, or providing third party review, supervision of UST identification, abandonment, and removal.

He has served as an expert witness on many cases and has provided both depositions and court testimony. Mr. Zdon was appointed to serve on the first Technical Advisory Committee for the newly combined California Board for Engineers, Land Surveyors and Geologists. He also received Certificates of Commendation and Appreciation for his volunteer service as a Subject Matter Expert for the former California Board for Geologists and Geophysicists.

### TECHNICAL SPECIALTIES

Providing services for governmental agencies (federal, state, and local), non-profit and for-profit corporations, and private individuals. Providing services ranging from water resource/supply investigations, impact analyses related to NEPA and CEQA analyses, groundwater modelling, water sourcing investigations, water supply management plans, mine hydrology investigations, minerals remoteness assessments, restoration project management, and environmental investigations.

### REPRESENTATIVE PROJECTS

**Environmental Forensics related to Desert Riparian Habitats.**

- **Environmental Forensics related to Desert Riparian Habitats.** Principal investigator on forensic evaluations of spring water sources for multiple locations in Mono, Inyo, San Bernardino and Kern Counties, California. Methodologies used in these analyses have included stable isotope analysis of waters, water age-dating (using tritium and carbon-dating methods), noble gas analysis, general chemistry, and remote sensing techniques inclusive of Landsat imagery time-series analysis associated with Normalized Difference Vegetation Index (NDVI) signals, and changes in NDVI over time. The results of these studies have been published in the peer-reviewed journals Hydrology, Environmental Forensics and the International Journal of Water Resources and Environmental Management.

- **Technical Expert – Groundwater Dependent Ecosystems and Impacts from Groundwater Extraction.** Technical expert on behalf of California-state departments relating to potential impacts to water resources with an emphasis on groundwater-dependent ecosystems associated with state lands. Those state lands are in multiple areas across California. Work includes understanding projected impacts from groundwater pumping as well as existing mitigation effectiveness due to past pumping impacts, along with evaluating effects of groundwater management planning under the Sustainable Groundwater Management Act on those state ecological resources.

### CONTACT INFORMATION
Main: (415) 967-6000
Direct: (415) 967-6039
Email: azdon@rouxinc.com
Website: www.rouxinc.com

555 12th Street, Suite 250
Oakland, CA 94607

### EDUCATION
BS, Geology, Northern Arizona University, 1984

### PROFESSIONAL LICENSES
State of California, Professional Geologist (No. 6006)
State of California, Certified Engineering Geologist (No. 1974)
State of California, Certified Hydrogeologist (No. 348)
State of Arizona, Registered Geologist (No. 33683)
State of Utah, Professional Geologist (No. 11907683-2250)

### PROFESSIONAL TRAININGS
Assessment, Use and Management of Groundwater in Areas of Limited Supply, 2006, Groundwater Resources Association of California
Introduction to ArcGIS9 and Environmental Applications of GIS, 2005, Northwest Environmental Training

1



Andrew Zdon, PG, CHg, CEG | Professional Profile

- **Hydrogeology Analysis and Minerals Assessment, Ash Meadows National Wildlife Refuge Area, Nye County, Nevada.** Prepared hydrogeologic analysis inclusive of use of the U.S. Geological Survey-developed Death Valley Regional Flow System Model (DV3) to provide technical support related to a proposed 300,000-acre minerals withdrawal area surrounding Ash Meadows National Wildlife Refuge and the Devil's Hole portion of Death Valley National Park. Additionally, prepare a minerals assessment to evaluate potential mineral resources that would be affected by the proposed minerals withdrawal area.

- **Spring Survey, Mojave and Sonoran Deserts, San Bernardino, Los Angeles, Kern and Inyo Counties, California.** Principal investigator for Mojave Desert-wide spring survey for the Barstow, Needles and Ridgecrest U.S. Bureau of Land Management Districts. Also included lands owned by project partner land trusts. Work consisted of records search (inclusive of technical data, water rights information, BLM records search, and cultural historic information), field inspection of more than 300 springs, and preparation of a comprehensive report and catalog of springs that serves as the most comprehensive and temporally consistent investigation of springs ever to occur in the region. Field data included refining location information, field water quality parameters and flow, collection and analysis of water samples for stable isotope analysis, identification of vegetation present including invasive species, identification of wildlife use including use by non-native animals, types of spring disturbance, and general geological observations. Subsequent work has included extensive isotopic characterizations including stable isotope, tritium, and radiocarbon analyses to evaluate regional aquifer connections with springs and working cooperatively with biologists conducting vegetation mapping and environmental DNA analyses on selected springs. This project was reported on in several publications including USA Today.

- **Water Resources Investigation, Half Moon Bay Terrace Groundwater Basin, San Mateo County, California.** Provided hydrogeologic services related to feasibility of potential water-recycling operations and potential effects of recycled water being used for groundwater recharge or other uses.

- **Technical Expert, Pine Valley and Wah Wah Valley Groundwater Basins, Utah.** Serving as technical expert to the Beaver County Board of Commissioners regarding proposed groundwater export project by the Central Iron County Water District. The project proposes to export groundwater from proposed wells on public lands managed by the U.S. Bureau of Land Management to alleviate overdraft and related subsidence issues in the Cedar City area. Work involves evaluating the effects of proposed groundwater production on springs and other resources in Beaver County, and preparing comments to upcoming environmental impact statement.

- **Technical Expert, Orange County Groundwater Basin, California.** Served as an expert witness and provided deposition regarding hydrogeologic conditions and numerical groundwater flow and transport modeling associated with the shallow, principal, and deep aquifers of the Orange County Groundwater Basin. Focus was on groundwater flow, Irvine Ranch Water District well field-caused hydraulic gradient changes, and the potential for shallow contamination to reach the principal and deep aquifers.

- **Technical Expert, Hydrogeology of Proposed Yucca Mountain Nuclear Waste Repository, Nevada.** Technical expert representing the County of Inyo, California relating to potential impacts to water resources in the County of Inyo including downgradient groundwater/spring water users in the communities of Shoshone and Tecopa and ecological resources associated with springs and the federally designated Amargosa Wild and Scenic River and Death Valley National Park. Work has included reviewing existing numerical groundwater flow and transport modeling for the region, and running the carbonate-aquifer model (which covers portions of California, Nevada and Utah) developed by the U.S. Geological Survey to evaluate the effect of pumping related to Southern Nevada Water Authority water rights and applications on vertical hydraulic gradients beneath Yucca Mountain and preparation of comments to Supplemental Environmental Impact Statement for Groundwater (prepared and submitted during 2015).

- **Project Management and Water, Supply Well, Feather River Basin, Plumas County, California.** Project management and hydrogeological services related to a restoration of the historic Heart K Ranch project along Indian Creek in the Feather River headwaters for the Feather River Land Trust. Work included organizing hydrogeological (including production well drilling) and engineering and irrigation subcontractors to complete infrastructure for the project in a brief timeframe (less than six months). Successful sitting of the well resulted in yield more than two times greater than client expectations.

- **Groundwater Recharge Operations, San Joaquin Valley, California.** Technical and operational review of groundwater recharge/replenishment operations throughout the San Joaquin Valley, California. Work included identifying all non-private groundwater replenishment facilities in the San Joaquin Valley, providing technical review of operations including periodicity of use, spreading-basin geometry, and reviewing surrounding environment (including potential liabilities) associated with the potential use of the operations as water-bird habitat.



- **Hydrogeologic Evaluation, Amargosa River Basin, California and Nevada.** Principal in Charge and project manager for ongoing basin-wide investigation of the resources of the California-portion of the Amargosa River basin. Investigations have ranged from baseline data collection efforts to wide-ranging geochemical investigations (including isotope studies) of groundwater issuing from springs, from the Amargosa River, and from existing wells. Results have been groundbreaking and have resulted in ongoing reevaluation of the conceptual model of this part of the basin (more than 2,000 square miles) that had been held for nearly 50 years. Being a spring-fed river, the investigations along the Amargosa River highlight the evaluation interactions between surface water and groundwater. These data have been incorporated into multiple peer-reviewed journal articles and in U.S. Geological Survey report on the Lower Amargosa River Valley (Scientific Investigations Report 2018-5151).

- **Hydrogeologic Characterization and Flow Modeling, Big Valley Groundwater Basin, Lake County, California.** Conducted numerical modeling analysis of the Big Valley Groundwater Basin (inclusive of Soda Bay) in Lake County, California as part of environmental review/feasibility study related to using the Kelseyville water system as an alternative water supply review for the Soda Bay area. The Soda Bay area is in complex volcanic terrain and has been previously served primarily by surface water from Clear Lake which is seasonally problematic due to water quality issues. Additionally, numerical modeling provided estimates of streamflow depletion in Kelsey Creek due to groundwater pumping addressing concerns related to the Clear Lake Hitch, a California-state listed threatened species fish (also under federal review).

- **Hydrogeologic Characterization and Flow and Transport Modeling in Volcanic Terrain, Mono County, California.** Served as expert witness and manager of environmental activities at 7,000-gallon gasoline release that occurred in faulted, volcanic terrain upgradient of a town water-supply well field. Work conducted at the site also included characterization of rock units including the use of rotary drilling and oriented-core drilling, surface and down-hole geophysical surveys, and extensive vapor and groundwater sampling. Developed a conceptual model and follow-up numerical groundwater flow and transport model to evaluate potential timing and magnitude of impacts to down-gradient town water-supply wells and associated remediation scenarios both to evaluate on-site remedial effectiveness and risk reduction associated with water supply.

- **Well Siting along the San Andreas Fault Zone, Lake Elizabeth area, Los Angeles County, California.** Provided technical review and recommendations for future well siting in the Lake Elizabeth area. The Lake Elizabeth area is situated along the San Andreas Fault Zone, the lake being a manifestation of the fault zone (sag pond). Groundwater in this complex area is highly compartmentalized, and differences in well yields and groundwater quality can vary substantially in short distances. This work successfully informed the Lake Elizabeth Mutual Water Company in new well siting after previous well construction attempts.

- **Watershed Assessment, Flow Modeling and Impact Analysis for Potential Well-field, Sierra Nevada, Mono County, California.** Consultant to Mammoth Mountain Ski Area in a joint project with the Mammoth Community Water District regarding water resources issues associated with a proposed land transfer with the Inyo National Forest, and the potential development of a water supply in an eastern Sierra watershed. Work involved developing conceptual model and associated preliminary numerical groundwater flow model of an eastern Sierra watershed, conducting field investigations to evaluate hydrogeologic parameters (including aquifer testing of potential water-supply wells) identified to be sensitive in the numerical model, and finalizing the numerical groundwater flow model through updating parameters and boundary conditions based on data obtained from the field investigations and performing a transient calibration. The final numerical model was used to evaluate potential groundwater impacts of the proposed project.

- **Seepage Modeling, Multiple Projects, New Zealand.** Provided technical oversight for finite element groundwater seepage modeling (SEEP/W) and hydrogeologic evaluation of tailings mitigation, Coeur Gold Golden Cross Mine Tailings Impoundment, New Zealand. Modeling was conducted to evaluate the practicability of tailings dam dewatering schemes. Additionally, we conducted seepage modeling to evaluate effects and feasibility of dewatering for the Mangare Waste Treatment Plant Upgrade. This would ultimately lead to the biggest environmental restoration program to be undertaken in New Zealand including removing 500 hectares of oxidation ponds (the subject of the modeling) and restoring 13 kilometers of coastline.

- **Numerical Flow Modeling, Owens Valley, Inyo County, California.** Hydrogeologic consultant for the Owens Valley Indian Water Commission through the development of hydrogeologic data gathering, development of conceptual models for the Lone Pine Reservation, Big Pine Reservation and Bishop Reservation areas of the Owens Valley, and development of numerical groundwater models for each of these areas. The models developed provide these Paiute/Shoshone tribes with tools to evaluate the impacts on local reservations of water resource activities conducted by outside agencies. This U.S. Geological Survey – peer reviewed



**Andrew Zdon, PG, CHg, CEG** | Professional Profile

modeling effort provided strong water management tools for the tribal community of the Owens Valley.

- **Water-Supply Feasibility Study, Inyo County, California.** Principal in Charge for hydrogeologic services associated with a feasibility study for a potable water supply and fire-flow system for the community of Tecopa in Inyo County, California. Work was conducted under a California Department of Water Resources grant (Integrated Regional Water Management Planning – Proposition 84). Waters in the area typically have elevated dissolved solids and metals such as arsenic and residents routinely obtain water from distant sources. The study was being conducted under a grant from the California Department of Water Resources, and because of this work, a grant to implement the water system has been received and the facility constructed and operational.

- **Water Resource Assessments, Mono County, California.** Served as consultant to Mono County conducting groundwater availability assessments for several Mono County communities including Antelope Valley (West Walker River); Mono City and Lee Vining (Mono Basin), Crowley and the Tri-Valley areas (Owens River). Work included conducting field reconnaissance activities, developing groundwater recharge estimates, evaluating local groundwater budgets, identifying potential future impacts due to regional growth, water quality issues, etc. He has also provided hydrogeologic support to the County of Mono with respect to reviewing and evaluating groundwater modeling conducted to evaluate potential impacts caused by expansion of a geothermal plant in Mono County.

- **Groundwater-Supply Feasibility Study, San Mateo County, California.** Currently conducting a feasibility/well siting study related to the development of a groundwater supply for the La Honda area in the northern Santa Cruz Mountains of San Mateo County. The area has relied on surface water for its water supply and groundwater is being considered as a supplemental source of water for the San Mateo County Community Service Area No. 7 water system.

- **Vineyard Water Resource Assessment, Lake County, California.** Served as consultant to Shannon Vineyards to evaluate water supply for existing and future development of vineyards in Lake County, California. Investigation identified a previously unidentified aspect to the hydrologic conceptual model indicating that more groundwater may be available to support future development and potentially alleviate long-term concerns for local impacts to springs. Additional data collection and analysis were recommended to support these new findings.

- **Well Siting Analysis, Los Angeles County, California.** Conducted analyses including fracture trace analysis to identify potential production sites for the Elizabeth Lake Mutual Water Company. The area of the well will be within the trace of the San Andreas Fault Zone, resulting in a complex fracture analysis and review of existing wells and springs.

**REPRESENTATIVE EXPERT RETENTIONS/APPEARANCES**

- CV Communities, LLC, City Ventures LLC, Plaintiffs vs. Antelope Valley – East Kern Water Agency, San Gorgonio Pass Water Agency, City of Palmdale; Cross Complaint City of Palmdale vs. CV Communities, LLC, City Ventures LLC, Antelope Valley Easter Kern Agency. Deposition (2024).

- Center for Biological Diversity and Amargosa Conservancy, Plaintiffs vs. Debra Haaland in her official capacity as Secretary of the Interior, Tracy Stone-Manning in her official capacity as the Director of the Bureau of Land Management, U.S. Department of the Interior, Bureau of Land Management, and Nicholas B. Pay in his official capacity as Field Manager of the Bureau of Land Management Pahrump Field Office, Defendants. Declaration (2023).

- State of California Water Resources Control Board, Office of Administrative hearings, Draft Cease and Desist Order issued against Bluetriton brands, inc. relating to spring capture in San Bernardino County, California. Declaration and Oral Testimony (2022).

- Laubro No 1 LLC and against City National Bank as Trustee of the Herbert and Helen Kelly Trust, Wells Fargo Bank NA as Trustee of the Robert F. Faust Trust, et.al., in Superior Court for the State of California, County of San Diego. Expert Report, Deposition, Court Testimony (2018).

- Eddie Falzon and S. Jo Falzone v. Wack, Casey, Carey Williams, et.al., in Superior Court for the State of California, County of Inyo. Physical Solution, appointment as Watermaster (Representative of the Court), 40-Acres Water System.

- Orange County Water District v. Sabic Innovative Plastics US LLC; Brenntag West, Inc., Gallade Chemical, Inc.; et.al., In the Superior Court for the State of California in and for the County of Orange, Case No. 30-2008-00078246-CU-TT-CXC, Deposition (2013).

- State of California Energy Resources Conservation and Development Commission, Application for Certification for the Hidden Hills Solar Energy Generation Project; Intervenor Amargosa Conservancy, Docket No. 11-AFC-2, Declaration and Oral Testimony (2013).

- Little Lake Ranch, Inc. v. County of Inyo Board of Supervisors, Inyo County Planning Commission, Inyo County Planning Department, Coso Geothermal, Inc., Superior Court of the State of California, County of Inyo. Expert Report (2009).



- Southern California Gem Industries v. Roth, in the Superior Court of the State of California, County of San Diego. Expert Report (2009).
- Garry N. Holdgrafer, et.al., v. Unocal Corporation, A Delaware Corporation, Union Oil Company of California, Unocal California Pipeline Company, 76 Products Company, Superior Court of the State of California, County of San Luis Obispo. Deposition and Court Testimony (2003).
- Kvaerner Aronson, Inc. v. Mammoth Mountain Ski Area, Mammoth Mountain Ski Area v. EMCO Wheaton, Inc., In the Superior Court for the State of California, County of Mono. Deposition (2003).

**PROFESSIONAL AFFILIATIONS**

National Ground Water Association

Geological Society of America

Society for Mining, Metallurgy and Exploration

**PUBLICATIONS**

Fraga, N.S. Fraga, Brian S. Cohen, Andy Zdon, Maura Palacios Mejia, Sophie S. Parker "Floristic Patterns and Conservation Values of Mojave and Sonoran Desert Springs in California," *Natural Areas Journal*, 43(1), 4-21.

Love, A.H., Zdon, A., Fraga, N., Cohen, B., Palacios Mejia, M., Maxwell, R. and Parker, S.S. (2022) "Statistical Evaluation of the Similarity of Characteristics in Springs of the California Desert, USA. *Frontiers in Environmental Science*, p.2101. https://doi.org/10.3389/fenvs.2022.1020243.

Zdon, A., Love, A.H. (2020). "Groundwater Forensics Methods for Differentiating Local and Regional Springs in Arid Eastern California, USA." Environmental Forensics. https://doi.org/10.1080/15275922.2020.1836075.

Parker, S.S., Zdon, A., Christian, W.T., Cohen, B.S., Mejia, M.P., Fraga, N.S., Curd, E.E., Edalati, K., and Renshaw, M.A. (2020). "Conservation of Mojave Desert Springs and Associated Biota: Status, Threats and Policy Opportunities." Biodiversity and Conservation. https://doi.org/10.1007/s10531-020-02090-7.

Zdon, A. (2019). "An inventory of operational and planned groundwater recharge basins in the San Joaquin Valley, California." Prepared for Point Blue Conservation Science. https://data.pointblue.org/apps/data_catalog/dataset/california-ecological-data-layers.

Zdon, A., Rainville, K., Love, A.H., Buckmaster, N., and Parmenter, S. (2019). "Identification of source-water mixing in the Fish Slough spring complex, Mono County, California, USA." Hydrology 2019, 6. 26. https://www.mdpi.com/2306-5338/6/1/26.

Love, A.H., Zdon, A. (2018). "Use of Radiocarbon Ages to Narrow Groundwater Recharge Estimates in the Southeastern Mojave Desert, USA." Hydrology 2018, 5, 51.

https://www.mdpi.com/2306-5338/5/3/51.

Zdon, A., Davisson, M.L., and Love, A.H. (2018) "Understanding the source of water for selected springs within Mojave Trails National Monument, California." Environmental Forensics, Volume 19, No. 2, 99-111. https://doi.org/10.1080/15275922.2018.1448909.

Zdon, A. (2017). "Water in the Desert? A Survey of Springs 2015-2016." Desert Report: News of the Desert from Sierra Club California and Nevada Desert Committee. June.

Potter, Christopher, Zdon, A., and Weigand, J. (2017) "Monitoring Springs in the Mojave Desert using Landsat Time Series Analysis. International Journal of Water Resources and Environmental Management, Volume 8, No. 2. December.

Zdon, A., Davisson, M. L., and Love, A.H. (2015) "Testing the Established Hydrogeologic Model of Source Water to the Amargosa River Basin, Inyo and San Bernardino Counties, California." Environmental forensics, v. 16.,4 pp. 344-355. https://doi.org/10.1080/15375922.2015.1091406.

Zdon, A. (2014) "Wading Deep: The Importance of Hydrological Monitoring." California Council of Land Trusts, Conservation Frontiers, Volume 5.3, July. 8 p.

Traylor, R.L., Zdon, A., Zawadki, A. (2001) "Identification of Areas for Potential Recharge Projects, New Well Siting Areas and Basin Source Water Assessment." Proceedings of the XXXI International Association of Hydrogeologists Congress Munich, Germany, 10-14 September 2001: New Approaches Characterizing Groundwater Flow. Pages 657-661.

Brothers, K., Tracy, J., Kaufmann, R. F., Stock, M., Bentley, C., Zdon, A., and Kepper, J. (1992) "Hydrology and Interactive Computer Modeling of Ground and Surface Water in the Lower Virgin River Valley, primarily in Clark County, Nevada." Las Vegas Valley Water District, Cooperative Water Project, Series Report No. 1, 90 p.

Brothers, K., Buqo, T. S., Tracy, J., Kaufmann, R. F., Stock, M., Bentley, C., Zdon, A., and Kepper, J., 1993, Hydrology and steady state ground-water model of Cave Valley, Lincoln and White Pine Counties, Nevada: Las Vegas Valley Water District, Cooperative Water Project, Series Report No. 11, 48.

Zdon, A., ed. (1991) "Geology of the Las Vegas Region." American Association of Professional Geologists, Nevada Section, 1991 Field Trip Guidebook. Las Vegas, Nevada.

**PRESENTATIONS**

Edalati, E., Yuerong, M., Shih, B., Curd, E., Renshaw, M., Mejia, M.P., Wayne, R., Fraga, N., Zdon, A., Parker, S. (2020). "Environmental DNA and Biodiversity Assessment of Mojave Desert Springs." 2020 California Aquatic Bioassessment Workgroup and California Society for Freshwater Science Meeting. October 13.

Palacios, M., Edalati, K., Curd, E., Renshaw, M., Fraga, N., Zdon, A., Wayne, R., Parker, S. (2020). "Assessing Biodiversity of Mojave



*Andrew Zdon, PG, CHg, CEG* | Professional Profile

Desert Springs using Environmental DNA, Botanical Surveys, Geology and Ecoregion." Poster Presentation, 2020 California Aquatic Bioassessment Workgroup and California Society for Freshwater Science Meeting. October 13.

Rosen, S., Zdon, A. (2020). "PFAS in Eastern California." Webinar presented to Transition Habitat Conservancy and regional agencies and NGOs. May 12.

Zdon, A. (2019) "Current efforts for Baseline Understanding of Groundwater-dependent Ecosystems in Arid California," Oral Presentation, Los Angeles County Bar Association-Environmental Law Section Spring Symposium, Los Angeles, California (April 12, 2019).

Zdon, A. (2019) "Increasing our Understanding of Eastern California Springs: the Amargosa and Beyond." Oral Presentation, University of California White Mountain Research Station public lecture series, Bishop, California. (March 12, 2019).

Zdon, A. (2018). "Water – California's most precious resource," Oral Presentation, Oakland Museum of California, Oakland, California. (November 5, 2018).

Zdon, A. (2017) "Hydrologic Processes in a Shifting Climate in the Arid Southwest," Oral Presentation, 2017 University of California, Davis – California Department of Water Resources – Point Blue Conservation Science Riparian Summit, Davis, California. (October 18, 2017).

Zdon, A. (2017) "Spring Surveys for Land Trusts - Lessons Learned from a Regional Survey," Oral Presentation, 2017 California Council of Land Trusts, 2017 Land Conservation Conference, University of California, Davis (March 2017).

Davisson, M.L., A. Zdon (2015) "Constraints on the Recharge Sources, Flowpaths, and Ages of Groundwater in the Amargosa River Valley", Oral Presentation with Abstract, 2015 Jim Deacon Memorial Devil's Hole Annual Workshop, Ash Meadows National Wildlife Refuge, Nevada. (May 7, 2015).

Belcher, W., D. Sweetkind, C. Hopkins, M. Poff, A. Zdon, L. Davisson (2015) "Evaluating Groundwater Flow Paths in Lower Amargosa Valley, Nye County, Nevada and Inyo County, California: Conceptual Model." Oral Presentation with Abstract, 2015 Jim Deacon Memorial Devil's Hole Annual Workshop, Ash Meadows National Wildlife Refuge, Nevada. (May 7, 2015 – Joint presentation with U.S. Geological Survey).

Love, A.H., A. Zdon (2015) "Assessing Limited Water Resources - Water Resources Forensics." 25th Annual International Conference on Soil, Water, Energy, & Air, San Diego, CA. Oral Presentation presented March 24, 2015.

Zdon, A., A.H. Love (2015) "Legal and Regulatory Considerations for Land/Water Conservation Science." California Council of Land Trusts Land Conservation Conference, Sacramento, CA. Oral Presentation presented March 6, 2015.

Zdon, A. (2015). "Southern California Water: Issues Facing the Conservation Community." California Council of Land Trusts Land Conservation Conference, Sacramento, CA. Oral Presentation presented March 5,2015.

Zdon, A., W. Belcher, D. Sweetkind, M. Poff, C. Hopkins (2015) "Hydrologic Characterization: A Crucial Component for Protecting Wildlife Habitat along the Amargosa Wild & Scenic River." Abstract and Oral Presentation, 2015. Amargosa Vole Working Group Meeting, Western Section of the Wildlife Society, Santa Rosa, CA. January 27. (Joint paper with U.S. Geological Survey).

Zdon, A. (2014) "Baseline Hydrologic Characterization of Springs in the California Desert: A Critical Component for Water Resource Management." Abstract and Oral Presentation, Devil's Hole Conference, Death Valley National Park. Presented April 30, 2014.

Zdon, A. (2014) "Understanding Your Water Resources." Workshop, California Council of Land Trusts Land Conservation Conference, Sacramento, California. March 5.

Zdon, A. (2013) "In the Footsteps of Early Researchers: Evolving Hydrologic Understanding in the California Desert." The 2013 National Ground Water Association Summit: The National and International Conference on Groundwater, San Antonio, Texas. June 1, 2013. Oral Presentation with Abstract.

Love, A.H., Zdon A., Philipp, J.R. (2013) "Testing the Established Regional Hydrologic Conceptual Model in the Amargosa River Basin, California and Nevada." The 2013 National Ground Water Association Summit: The National and International Conference on Groundwater, San Antonio, Texas. June 1, 2013. Oral Presentation with Abstract.

Zdon, A. (2013) "Water: The Missing Element in Land Conservation." The 2013 California Land Conservation Conference, California Council of Land Trusts, Sacramento, California. March 19, 2013. Concurrent Session leader and presenter.

Zdon, A. (2013) "Baseline Hydrologic Investigation and Monitoring, Amargosa River Wild and Scenic River System, California and Nevada." The 2013 California Land Conservation Conference, California Council of Land Trusts, Sacramento, California. March 19, 2013. Oral presentation.