Stephen H.M. Bloch (UT #7813)
Hanna Larsen (UT #18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
(801) 486-3161
steve@suwa.org
hanna@suwa.org

Attorneys for Plaintiff
Southern Utah Wilderness Alliance

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF THE INTERIOR**, *et al.*, <br><br> Defendants. | **CORPORATE DISCLOSURE STATEMENT** <br><br> Case No. 2:25-cv-00657-DBB <br><br> Judge David B. Barlow |

    This Corporate Disclosure Statement is filed on behalf of Plaintiff SOUTHERN UTAH WILDERNESS ALLIANCE compliance with the provisions of Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    **The filing party hereby declares as follows:**

  No corporation owns 10% or more of its stock.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated this 7th day of August, 2025

/s/ *Hanna Larsen*
Stephen H.M. Bloch
Hanna Larsen

*Attorneys for Plaintiff Southern Utah Wilderness Alliance*

2