

Certified Mail Receipts:

1. Felice John UT USAO, 111 S Main St Suite 1800, Salt Lake City UT 84111
2. Pamela Bondi, U.S. AG, 950 Pennsylvania Ave, Washington DC 20530
3. U.S. Dept of Interior, 1849 C Street NW, Washington DC 20240
4. Michael Gates, BLM, 401 N John Glenn Rd, Salt Lake City, UT 84116
5. Adam Suess, DOI, 1849 C Street NW, Washington DC 20240
6. US Bureau of Land Mgmt, 1849 C Street NW, Washington DC 20240



**UNITED STATES POSTAL SERVICE.**

CPU HARMONS CITY CREEK
135 E 100 S
SALT LAKE CITY, UT 84111-6500
www.usps.com

08/12/2025                                01:49 PM

---

TRACKING NUMBERS
70203160000068354652
70203160000068354669
70203160000068354676
70203160000068354683
70203160000068354508
70203160000068354706

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® | 1 | | $2.44 |

Large Envelope
  Washington, DC 20240
  Weight: 0 lb 3.30 oz
  Estimated Delivery Date
    Mon 08/18/2025
  Certified Mail®                       $5.30
    Tracking #:
      70203160000068354652
  Return Receipt                        $4.40
    Tracking #:
      9590 9402 6293 0274 2461 57
Total                                  $12.14

First-Class Mail®    1                  $2.44
Large Envelope
  Salt Lake City, UT 84111
  Weight: 0 lb 3.30 oz
  Estimated Delivery Date
    Thu 08/14/2025
  Certified Mail®                       $5.30
    Tracking #:
      70203160000068354669
  Return Receipt                        $4.40
    Tracking #:
      9590 9402 6293 0274 2461 40
Total                                  $12.14

First-Class Mail®    1                  $2.44
Large Envelope
  Washington, DC 20530
  Weight: 0 lb 3.30 oz
  Estimated Delivery Date
    Mon 08/18/2025

```
           Certified Mail®              $5.30
              Tracking #:
                70203160000068354676
           Return Receipt               $4.40
              Tracking #:
                9590 9402 6293 0274 2461 33
Total                                  $12.14

First-Class Mail®    1                  $2.44
Large Envelope
    Washington, DC 20240
    Weight: 0 lb 3.30 oz
    Estimated Delivery Date
        Mon 08/18/2025
    Certified Mail®                     $5.30
       Tracking #:
         70203160000068354683
    Return Receipt                      $4.40
       Tracking #:
         9590 9402 6293 0274 2461 26
Total                                  $12.14

First-Class Mail®    1                  $2.44
Large Envelope
    Salt Lake City, UT 84116
    Weight: 0 lb 3.30 oz
    Estimated Delivery Date
        Thu 08/14/2025
    Certified Mail®                     $5.30
       Tracking #:
         70203160000068354508
    Return Receipt                      $4.40
       Tracking #:
         9590 9402 6293 0274 2461 19
Total                                  $12.14

First-Class Mail®    1                  $2.44
Large Envelope
    Washington, DC 20240
    Weight: 0 lb 3.30 oz
    Estimated Delivery Date
        Mon 08/18/2025
    Certified Mail®                     $5.30
       Tracking #:
         70203160000068354706
    Return Receipt                      $4.40
       Tracking #:
         9590 9402 6293 0274 2461 02
Total                                  $12.14

Grand Total:                           $72.84


           TO REPORT AN ISSUE
       Visit https://emailus.usps.com

       PREVIEW YOUR MAIL AND PACKAGES
             Sign up for FREE at
        https://informeddelivery.usps.com

    All sales final on stamps and postage.
         Thank you for your business.

              Customer Service
              1-800-ASK-USPS
      Agents do not have any additional
    information other than what is provided on
                  USPS.com.


UFN: 497794-5555
Receipt #: 840-28400345-2-9207857-2
Clerk: 00
```