ADAM R. F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

SHANNON BOYLAN (D.C. Bar No. 1724269)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-9584; Fax: (202) 305-0506
E-mail: shannon.boylan@usdoj.gov

*Attorneys for Defendants*

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES BUREAU OF LAND MANAGEMENT, ADAM G. SUESS**, in his official capacity as Acting Assistant Secretary for Land and Minerals Management, and **MICHAEL D. GATES**, in his official capacity as Bureau of Land Management West Desert District Manager,<br><br>Defendants. | Case No.: 2:25-cv-00657-DBB<br>Honorable Judge David Barlow<br><br>**NOTICE OF APPEARANCE OF SHANNON BOYLAN** |

Federal Defendants, by and through undersigned counsel, hereby give notice of the entry

of appearance of counsel for all Federal Defendants in the above-captioned matter. Please enter

the appearance of Shannon Boylan, U.S. Department of Justice, as counsel for Federal

Defendants.

Ms. Boylan's contact information is as follows:

> Shannon Boylan
> U.S. Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> P.O. Box 7611
> Washington, D.C. 20044-7611
> Telephone: (202) 598-9584
> Facsimile: (202) 305-0506
> Email: shannon.boylan@usdoj.gov
>
> Overnight or Hand Delivery:
> 150 M Street N.E.
> Unit 3.1406
> Washington, D.C. 20002

Respectfully submitted this 30th day of September 2025.

> ADAM R. F. GUSTAFSON
> Acting Assistant Attorney General
> Environment and Natural Resources Division
>
> *s/ Shannon Boylan*
> SHANNON BOYLAN (D.C. Bar No. 1724269)
> U.S. Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> P.O. Box 7611
> Washington, D.C. 20044-7611
> Tel: (202) 598-9584; Fax: (202) 305-0506
> E-mail: shannon.boylan@usdoj.gov
>
> *Attorneys for Defendants*

Page 2 –      NOTICE OF APPEARANCE OF SHANNON BOYLAN
               *SUWA v. U.S. Dep't of the Interior*, Case No. 2:25-cv-00657-DBB