ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division

SHANNON BOYLAN (D.C. Bar No. 1724269)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-9584; Fax: (202) 305-0506
E-mail: shannon.boylan@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF THE INTERIOR,** *et al.*, <br><br> Defendants. | Case No.: 2:25-cv-00657-DBB <br> Honorable Judge David Barlow <br><br> **FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT** |

Federal Defendants, the U.S. Department of the Interior, the U.S. Bureau of Land Management, Adam G. Suess, in his official capacity as Acting Assistant Secretary for Land and Minerals Management, and Michael D. Gates, in his official capacity as Bureau of Land Management West Desert District Manager, hereby respond to Plaintiff's Complaint for Declaratory and Injunctive Relief, Dkt. No. 1, as follows:

Page 1 –     FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT
            *SUWA v. U.S. Dep't of the Interior*, Case No. 2:25-cv-00657-DBB

1. Plaintiff's Complaint seeks judicial review of defendant Bureau of Land Management's ("BLM") 2019 decision to approve nearly 125,000 acres of potash mining in Utah's remote West Desert, known as the Sevier Playa Potash Project, as well as the agency's 2025 decision to approve a modification of the SPP Project. Compl. ¶ 1. Plaintiff alleges violations of the National Environmental Policy Act ("NEPA"), 42 U.S.C. §§ 4321 *et seq.*, and the Administrative Procedure Act ("APA"), U.S.C. § 706(2). Compl. 15-23.

2. Because NEPA does not provide for a private right of action against Federal Defendants, the claims presented in Plaintiff's Complaint are cognizable, if at all, only pursuant to the judicial review provisions of the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 701–706. *See, e.g.*, *Wyoming v. U.S. Dep't of Agric.*, 661 F.3d 1209, 1226 (10th Cir. 2011) (stating that because NEPA does not provide a private right of action, the court reviews the agency's decision as final agency action under the APA). The Complaint recognizes this restriction on judicial review of Plaintiff's claims. *See* Compl. ¶¶ 27, 28.

3. Civil actions seeking judicial review under the APA are governed by DUCivR 7-4, which states in relevant part that an agency may respond to a complaint with a "short and plain statement . . . admitting or denying that the decision, or any part of it, is arbitrary and capricious or not supported by substantial evidence." DUCivR 7-4(b)(2).

4. Federal Defendants deny all violations of federal law alleged in Plaintiff's Complaint and deny the allegations underlying Plaintiff's claims that federal laws have been violated. Specifically, Federal Defendants deny Plaintiff's allegations that BLM's decision authorizing the Sevier Playa Potash Project violated NEPA, or was arbitrary, capricious, or otherwise not in accordance with law in violation of the APA.

5. Federal Defendants deny that Plaintiffs have stated a claim for relief or that Plaintiffs are entitled to any relief whatsoever. Federal Defendants present the following affirmative defenses:

   a. Plaintiffs fail to state a claim upon which relief may be granted.

   b. Plaintiffs lack standing to bring some or all of their claims.

   c. Plaintiffs have failed to properly establish subject matter jurisdiction.

   d. Plaintiffs have failed to demonstrate that some or all of their claims are ripe for judicial review.

Respectfully submitted this 2nd day of December 2025.

ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division

*s/ Shannon Boylan*
SHANNON BOYLAN (D.C. Bar No. 1724269)
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-9584; Fax: (202) 305-0506
E-mail: shannon.boylan@usdoj.gov

*Attorneys for Defendants*