ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division

SHANNON BOYLAN (D.C. Bar No. 1724269)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-9584; Fax: (202) 305-0506
E-mail: shannon.boylan@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>                    Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF THE INTERIOR,** *et al.*,<br><br>                    Defendants. | Case No.: 2:25-cv-00657-DBB<br>Honorable Judge David Barlow<br><br>**[PROPOSED] SCHEDULING ORDER IN AN ADMINISTRATIVE CASE UNDER DUCivR 7-4** |

Pursuant to Rule 7-4(c) of the Local Rules of Civil Practice of the United States District Court for the District of Utah, the parties submit this Proposed Scheduling Order.

**I.    Agency Decision Challenged**

Plaintiff, Southern Utah Wilderness Alliance ("SUWA"), challenge the 2019 decision by Defendants the United States Bureau of Land Management ("BLM"), *et al*., to approve nearly

1

125,000 acres of potash mining in Utah's remote West Desert, known as the Sevier Playa Potash Project ("SPP Project"), as well as the agency's 2025 decision to approve a modification of the SPP Project.

## II. Plaintiff's Grounds for Challenging Agency Decision

Plaintiff alleges violations of the National Environmental Policy Act ("NEPA"), 42 U.S.C. §§ 4321 *et seq.*, and the Administrative Procedure Act ("APA"), U.S.C. § 706(2). *See* Complaint, ECF No. 1, 15-23.

## III. Statement of Position in Response to Complaint

Defendants deny Plaintiff's allegations that BLM's decision authorizing the SPP Project violated NEPA, or was arbitrary, capricious, or otherwise not in accordance with law in violation of the APA. *See* Defendants' Response to Plaintiff's Complaint, ECF No. 15. Defendants allege the following affirmative defenses: (1) Plaintiffs fail to state a claim upon which relief may be granted; (2) Plaintiffs lack standing to bring all or some of their claims; (3) Plaintiffs have failed to properly establish subject matter jurisdiction; and (4) Plaintiffs have failed to demonstrate that some or all of their claims are ripe for judicial review. *Id*.

## IV. Filing Dates of Relevant Documents

a. Defendants transmit the Administrative Record ("AR") to Counsel: **December 19, 2025**
b. Conferral with Defendants on AR Contents: **January 9, 2026**
c. Defendants' lodging of the AR with the Court: **January 23, 2026**
d. Motion to Supplement or Amend the AR: **February 6, 2026**. If such a motion is filed, the remainder of the schedule set out below is vacated and the parties will submit a new Proposed Scheduling Order within 14 days of the Court's Order on the AR Motion.
e. Plaintiff's Opening Brief: **March 20, 2026**

    f.   Defendants' Response Brief: **May 8, 2026**

    g.   Plaintiff's Reply Brief: **June 26, 2026**

DATED: This _____ day of _____ 2025.

BY THE COURT

_____
District Judge David Barlow

APPROVED:

*/s/ Hanna Larsen*
Stephen H.M. Bloch (UT #7813)
Hanna Larsen (UT #18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
(801) 486-3161
steve@suwa.org
hanna@suwa.org

*Attorneys for Plaintiff*

ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division

*s/ Shannon Boylan*
SHANNON BOYLAN (D.C. Bar No. 1724269)
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-9584; Fax: (202) 305-0506
E-mail: shannon.boylan@usdoj.gov

*Attorneys for Defendants*