THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants. | SCHEDULING ORDER<br><br>Case No. 2:25-cv-00657-DBB-JCB<br><br>District Judge David Barlow<br><br>Magistrate Judge Jared C. Bennett |

District Judge David Barlow referred this case to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(A).[1] Before the court is the parties' joint motion for scheduling order.[2] Based upon the parties' stipulation, the court GRANTS the motion.

I. **Agency Decision Challenged**

Plaintiff Southern Utah Wilderness Alliance challenges the 2019 decision by Defendants the United States Bureau of Land Management ("BLM"), *et al*., to approve nearly 125,000 acres of potash mining in Utah's remote West Desert, known as the Sevier Playa Potash Project ("SPP Project"), as well as the agency's 2025 decision to approve a modification of the SPP Project.

---

[1] ECF No. 13.

[2] ECF No. 16.

## II. Plaintiff's Grounds for Challenging Agency Decision

Plaintiff alleges violations of the National Environmental Policy Act ("NEPA"), 42 U.S.C. §§ 4321 *et seq.*, and the Administrative Procedure Act ("APA"), U.S.C. § 706(2). ECF No. 1 at 15-23.

## III. Statement of Position in Response to Complaint

Defendants deny Plaintiff's allegations that BLM's decision authorizing the SPP Project violated NEPA, or was arbitrary, capricious, or otherwise not in accordance with law in violation of the APA. ECF No. 15. Defendants allege the following affirmative defenses: (1) Plaintiff fails to state a claim upon which relief may be granted; (2) Plaintiff lacks standing to bring all or some of its claims; (3) Plaintiff has failed to properly establish subject-matter jurisdiction; and (4) Plaintiff has failed to demonstrate that some or all of its claims are ripe for judicial review. *Id*.

## IV. Filing Dates of Relevant Documents

A. Defendants transmit the administrative record ("AR") to Plaintiff: December 19, 2025.

B. Conferral with Defendants on AR contents: January 9, 2026.

C. Defendants' lodging of the AR with the court: January 23, 2026.

D. Motion to supplement or amend the AR: February 6, 2026. If such a motion is filed, the remainder of the schedule set out below is vacated, and the parties will submit a new proposed scheduling order within 14 days of the court's order on the AR motion.

E. Plaintiff's opening brief: March 20, 2026.

F.       Defendants' response brief: May 8, 2026.

G.      Plaintiff's reply brief: June 26, 2026.

IT IS SO ORDERED.

DATED this 17th day of December 2025.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge