ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division

SHANNON BOYLAN (D.C. Bar No. 1724269)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-9584; Fax: (202) 305-0506
E-mail: shannon.boylan@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF THE INTERIOR,** *et al.*, <br><br> Defendants. | Case No.: 2:25-cv-00657-DBB <br> Honorable Judge David Barlow <br><br> **NOTICE OF LODGING ADMINISTRATIVE RECORD** |

Federal Defendants hereby give notice that they will lodge with the Court two flash drives each containing the Administrative Record for the above captioned case. The Record is being sent to the Court via overnight carrier service. The documents have been recorded in PDF format on the USB thumb drives. To the extent a user alters the files, the altered files will no longer reflect the information used by the agency to make the decision challenged in this case

and will be extra-record evidence. The files on the USB thumb drives have been consecutively Bates stamped. Also attached to this notice are an index to the Administrative Record and the certification of the Record.

    Respectfully submitted this 22nd day of January 2026.

                        ADAM R. F. GUSTAFSON
                        Principal Deputy Assistant Attorney General
                        Environment and Natural Resources Division

                        *Shannon Boylan*
                        SHANNON BOYLAN (D.C. Bar No. 1724269)
                        U.S. Department of Justice
                        Environment and Natural Resources Division
                        Natural Resources Section
                        P.O. Box 7611
                        Washington, D.C. 20044-7611
                        Tel: (202) 598-9584; Fax: (202) 305-0506
                        E-mail: shannon.boylan@usdoj.gov

                        *Attorneys for Defendants*