UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants. | Civil Action<br>No. 2:25-CV-00657 |

**CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Melinda Moffitt, state as follows:

1. I am currently employed by the U.S. Department of the Interior, Bureau of Land Management (BLM) as a Project Manager for Land and Minerals in the Utah State Office. I have been in this position since July 2018. Prior to this position, I was a Natural Resource Specialist with the BLM's Utah State Office, a position I held since January 2017.

2. I have participated in the compilation of the administrative records relevant to the decisions challenged in the above-captioned matter.

3. To the best of my knowledge and belief, I certify that the documents listed on the attached index include all evidence that was considered, either directly or indirectly, by the relevant decision-maker and constitute the complete administrative record relevant to the challenged decision.

4. I further certify that each of the documents identified in the AR index and submitted herewith is a true and correct copy of the original document as it is kept in BLM's files in the ordinary court of business.

1

5. Certain documents listed on the index contain confidential proprietary business information, personal identifying information and cultural resource location information, which has been redacted. The index identifies the documents that contain redactions and the basis for the redactions in the column titled "Justification for Redactions."

In accordance with 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 21st day of January, 2026.

MELINDA MOFFITT
Digitally signed by MELINDA MOFFITT
Date: 2026.01.21 11:53:30 -07'00'

**Melinda Moffitt**
**Project Manager**
**Utah State Office**
**Bureau of Land Management**