# EXHIBIT "A"

Shawn T. Welch, #7113
Andrew P. Revelle, #18518
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801)799-5800
stwelch@hollandhart.com
aprevelle@hollandhart.com

*Attorneys for Proposed Intervenor*
*Peak Minerals, Inc.*

IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>　　Plaintiff,<br><br>vs.<br><br>**UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES BUREAU OF LAND MANAGEMENT**, **ADAM G. SUESS**, in his official capacity as Acting Assistant Secretary for Land and Minerals Management, and **MICHAEL D. Gates**, in his official capacity as Bureau of Land Management West Desert District Manager,<br><br>　　Defendants,<br><br>and<br><br>**PEAK MINERALS, INC.**,<br><br>　　Proposed Intervenor. | **DECLARATION OF WOODS SILLERORY**<br><br>Civil Action No. 2:25-cv-00657-DBB<br><br>District Judge David Barlow |

I, Woods Silleroy, declare as follows:

15

1. I am over twenty-one (21) years of age and have personal knowledge of the matters stated in this declaration, and am competent to make this declaration.

2. I am the Vice President of Operations of Peak Minerals Inc., also previously known as Crystal Peak Minerals Inc. ("Peak Minerals").

3. Peak Minerals is the owner of the mineral leases, and the proponent of the development considered in the Final Environmental Impact Statement ("FEIS"), Record of Decision ("ROD"), Determination of National Environmental Policy Act Adequacy ("DNA"), and DNA Decision Record ("DR") for the Sevier Playa Potash Project ("SPP Project").

4. I make this declaration in support of Peak Minerals' interest in the SPP Project.

5. Since 2011, Peak Minerals has worked with the Bureau of Land Management ("BLM"), the State of Utah's School and Institutional Trust Lands Administration ("SITLA"), and others to plan and design the SPP Project to facilitate development of sulfate of potassium under Peak Minerals' leases in an environmentally responsible manner.

6. Peak Minerals has invested many tens of thousands of hours and over $100 million dollars designing, sequencing, and otherwise planning the SPP Project as described in the FEIS, ROD, DNA, and DR.

7. Given its special knowledge of the project, and because development of the BLM mineral leases must occur with the SITLA leases in a comprehensive manner, Peak Minerals has a unique interest in this lawsuit that cannot be adequately presented or represented by the BLM.

8. Peak Minerals seeks to intervene to defend its unique interest in the SPP Project.

9. I declare under the penalty of perjury under the laws of the State of Utah that the foregoing is true and correct.

DATED this 23rd day of January, 2025.

*/s/ Woods Silleroy*
for Peak Minerals

17