# EXHIBIT "C"

IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>        Plaintiff,<br><br>vs.<br><br>**UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES BUREAU OF LAND MANAGEMENT**, **ADAM G. SUESS**, in his official capacity as Acting Assistant Secretary for Land and Minerals Management, and **MICHAEL D. Gates**, in his official capacity as Bureau of Land Management West Desert District Manager,<br><br>        Defendants,<br><br>and<br><br>**PEAK MINERALS, INC.**,<br><br>        Proposed Intervenor. | **ORDER GRANTING MOTION TO INTERVENE**<br><br>Civil Action No. 2:25-cv-00657-DBB<br><br>District Judge David Barlow |

THIS MATTER comes before the Court upon Peak Minerals, Inc.'s ("Peak Minerals") Motion to Intervene and Memorandum in Support of Motion to Intervene pursuant to Fed. R. Civ. P. 24. Having considered the foregoing, and for the good cause shown therein, the Court HEREBY ORDERS:

1. Peak Minerals' Motion to Intervene as of right is GRANTED.

2. Peak Minerals' is granted intervention as a party defendant.

3. Peak Minerals shall work with the existing parties to submit a proposed scheduling order.

DATED this 23rd day of January, 2025.

BY THE COURT:

_____

District Judge David Barlow

35737745_v4