Shawn T. Welch, #7113
Andrew P. Revelle, #18518
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801)799-5800
stwelch@hollandhart.com
aprevelle@hollandhart.com

*Attorneys for Proposed Intervenor
Peak Minerals, Inc.*

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>    Plaintiff,<br><br>vs.<br><br>**UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES BUREAU OF LAND MANAGEMENT**, **ADAM G. SUESS**, in his official capacity as Acting Assistant Secretary for Land and Minerals Management, and **MICHAEL D. Gates**, in his official capacity as Bureau of Land Management West Desert District Manager,<br><br>    Defendants,<br><br>and<br><br>**PEAK MINERALS, INC.**,<br><br>    Proposed Intervenor. | **NOTICE OF ERRATA REGARDING MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE**<br><br>Civil Action No. 2:25-cv-00657-DBB<br><br>District Judge David Barlow |

PLEASE TAKE NOTICE that Proposed Intervenor Peak Minerals, Inc. ("Peak Minerals") files this Errata to correct an inadvertent statement in Peak Minerals' Motion and Memorandum

in Support of Motion to Intervene ("Motion"). The Motion included the following inadvertent statement on page 3:

> Counsel for Peak Minerals conferred with counsel for the parties in this action and is authorized to state that the federal defendants and plaintiff SUWA take no position on this motion.

Dkt. #20 at 3. Peak Minerals is withdrawing the original Motion that contains this statement and is filing a corrected Motion that removes this statement. Counsel for Peak Minerals has not conferred with counsel for the federal defendants or plaintiff Southern Utah Wilderness Alliance ("SUWA") on the Motion.

DATED this 26th day of January, 2026.

HOLLAND & HART LLP<br>
<u>/s/ Andrew P. Revelle</u><br>
Shawn T. Welch<br>
Andrew P. Revelle<br>
*Attorney for proposed Intervenor*<br>
*Peak Minerals, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of January, 2026, I caused a true and correct copy of the foregoing Motion to Intervene and Memorandum in Support of Motion to Intervene, along with a proposed form of order, to be served by CM/ECF upon the addressee(s) listed below:

shannon.boylan@usdoj.gov
steve@suwa.org
hanna@suwa.org

                                                                  */s/ Andrew P. Revelle*
                                                                  Andrew P. Revelle