# EXHIBIT "B"

Shawn T. Welch, #7113
Andrew P. Revelle, #18518
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801)799-5800
stwelch@hollandhart.com
aprevelle@hollandhart.com

*Attorneys for Proposed Intervenor*
*Peak Minerals, Inc.*

## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>        Plaintiff,<br><br>vs.<br><br>**UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES BUREAU OF LAND MANAGEMENT**, **ADAM G. SUESS**, in his official capacity as Acting Assistant Secretary for Land and Minerals Management, and **MICHAEL D. Gates**, in his official capacity as Bureau of Land Management West Desert District Manager,<br><br>        Defendants,<br><br>and<br><br>**PEAK MINERALS, INC.**,<br><br>        Proposed Intervenor. | **RESPONSE OF INTERVENOR-DEFENDANT PEAK MINERALS, INC.**<br><br>Civil Action No. 2:25-cv-00657-DBB<br><br>District Judge David Barlow |

## <u>RESPONSE</u>

Pursuant to DUCivR 7-4(b)(2), Intervenor-Defendant Peak Minerals, Inc. ("Peak Minerals") submits this Response to the Southern Utah Wilderness Alliance's ("SUWA") complaint.

The Bureau of Land Management's ("BLM") decisions and agency actions approving Peak Minerals' Mining Plan and Modified Mining Plan for the Sevier Playa Potash Project, which are subject to review in this matter, are consistent with the National Environmental Policy Act ("NEPA"), supported by substantial evidence, and are not arbitrary and capricious. Therefore, the Court should uphold in their entirety the Final Environmental Impact Statement ("FEIS"), Record of Decision ("ROD"), Determination of NEPA Adequacy ("DNA"), and DNA Decision Record ("DR") for the Sevier Playa Potash Project.

## FIRST AFFIRMATIVE DEFENSE

SUWA's claims should be dismissed for lack of standing.

## SECOND AFFIRMATIVE DEFENSE

SUWA's claims may fail for failure to exhaust administrative remedies.

DATED this 26th day of January, 2026.

> HOLLAND & HART LLP
> */s/ Andrew P. Revelle*
> Shawn T. Welch
> Andrew P. Revelle
> *Attorney for proposed Intervenor-*
> *Defendant Peak Minerals, Inc.*

19