Stephen H.M. Bloch (UT #7813)
Hanna Larsen (UT #18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
(801) 486-3161
steve@suwa.org
hanna@suwa.org

*Attorneys for Plaintiff*
*Southern Utah Wilderness Alliance*

---

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF THE INTERIOR**, *et al*., <br><br> Defendants, <br><br> and <br><br> **PEAK MINERALS, INC.**, <br><br> Proposed Intervenor-Defendant. | **PLAINTIFF'S RESPONSE TO PEAK MINERALS' MOTION TO INTERVENE** <br><br> Case No. 2-25-cv-00657-DBB-JCB <br><br> District Judge David Barlow <br> Magistrate Judge Jared Bennett |

After review of Peak Minerals, Inc.'s ("Peak Minerals") Corrected Motion to Intervene
and Memorandum in Support, (ECF No. 23), Plaintiff Southern Utah Wilderness Alliance takes
no position on Peak Minerals' Motion.

DATED: February 6, 2026

Respectfully submitted,

*/s/ Hanna Larsen*
Stephen H.M. Bloch
Hanna Larsen

*Attorneys for Plaintiff Southern Utah Wilderness Alliance*