Shawn T. Welch, #7113
Andrew P. Revelle, #18518
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah  84101
Telephone:  (801)799-5800
stwelch@hollandhart.com
aprevelle@hollandhart.com

*Attorneys for Proposed Intervenor Peak Minerals Inc.*

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**, <br><br>    Plaintiff, <br><br> vs. <br><br> **UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES BUREAU OF LAND MANAGEMENT**, **ADAM G. SUESS**, in his official capacity as Acting Assistant Secretary for Land and Minerals Management, and **MICHAEL D. GATES**, in his official capacity as Bureau of Land Management West Desert District Manager, <br><br>    Defendants, <br><br> and <br><br> **PEAK MINERALS INC.**, <br><br>    Proposed Intervenor. | **REPLY IN SUPPORT OF MOTION TO INTERVENE** <br><br> Civil Action No. 2:25-cv-00657-DBB <br><br> District Judge David Barlow |

Peak Minerals Inc. ("Peak Minerals") submits this Reply in Support of its Motion to Intervene, pursuant to Federal Rule of Civil Procedure 24. For the reasons discussed in Peak Minerals' Corrected Memorandum in Support of the Motion, Peak Minerals requests that the Court

grant its intervention as a party defendant. Additionally, Peak Minerals highlights for the Court that Plaintiff Southern Utah Wilderness Alliance ("SUWA") took no position on the Motion and Defendant United States Bureau of Land Management ("BLM") did not respond to the Motion.

DATED this 16th day of February, 2026.

HOLLAND & HART LLP
*/s/ Andrew P. Revelle*
Shawn T. Welch
Andrew P. Revelle
*Attorney for proposed Intervenor*
*Peak Minerals, Inc.*