ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division

DANIEL C. LUECKE (CA Bar No. 326695)
Trial Attorney
SHANNON BOYLAN (D.C. Bar No. 1724269)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-7863 (Luecke); (202) 598-9584 (Boylan)
Fax: (202) 305-0506
E-mail: daniel.luecke@usdoj.gov; shannon.boylan@usdoj.gov

*Attorneys for Federal Defendants*

---

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF THE INTERIOR,** *et al.*,<br><br>Defendants, and<br><br>**PEAK MINERALS, INC.,**<br><br>Intervenor-Defendant. | Case No.: 2:25-cv-00657-DBB<br>Honorable Judge David Barlow<br><br>**NOTICE OF APPEARANCE OF DANIEL C. LUECKE** |

Federal Defendants, by and through undersigned counsel, hereby give notice of the entry

of appearance of counsel for all Federal Defendants in the above-captioned matter.  Please enter

Page 1 –    NOTICE OF APPEARANCE OF DANIEL C. LUECKE
            *SUWA v. U.S. Dep't of the Interior*, Case No. 2:25-cv-00657-DBB

the appearance of Daniel C. Luecke, U.S. Department of Justice, as counsel for Federal

Defendants.

Mr. Luecke's contact information is as follows:

> Daniel C. Luecke
> U.S. Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> P.O. Box 7611
> Washington, D.C. 20044-7611
> Telephone: (202) 598-7863
> Facsimile: (202) 305-0506
> Email: daniel.luecke@usdoj.gov
>
> Overnight or Hand Delivery:
> 150 M Street N.E.
> Unit 3.103
> Washington, D.C. 20002

Respectfully submitted this 31st day of March 2026.

ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division

*s/ Daniel C. Luecke*
DANIEL C. LUECKE (CA Bar # 326695)
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-7863; Fax: (202) 305-0506
E-mail: daniel.luecke@usdoj.gov

*Attorneys for Federal Defendants*

Page 2 –     NOTICE OF APPEARANCE OF DANIEL C. LUECKE
*SUWA v. U.S. Dep't of the Interior*, Case No. 2:25-cv-00657-DBB