ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division

DANIEL C. LUECKE (CA Bar No. 326695)
Trial Attorney
SHANNON BOYLAN (D.C. Bar No. 1724269)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-7863 (Luecke); (202) 598-9584 (Boylan)
Fax: (202) 305-0506
E-mail: daniel.luecke@usdoj.gov; shannon.boylan@usdoj.gov

*Attorneys for Federal Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF THE INTERIOR,** *et al.*,<br><br>Defendants, and<br><br>**PEAK MINERALS, INC.,**<br><br>Intervenor-Defendant. | Case No.: 2:25-cv-00657-DBB<br>Honorable Judge David Barlow<br><br>**STIPULATED MOTION TO AMEND ADMINISTRATIVE APPEAL SCHEDULING ORDER** |

Pursuant to Local Rule 7-1(a)(5), the Parties hereby request that the Court amend the

administrative appeal scheduling order in this case to extend the remaining deadlines for merits

briefing. Currently, Federal Defendants' and Intervenor-Defendant's responses to the opening

Page 1 –      STIP. MOTION TO AMEND ADMIN. APPEAL SCHEDULING ORDER
              *SUWA v. U.S. Dep't of the Interior*, Case No. 2:25-cv-00657-DBB

brief are due May 8, 2026, and Plaintiff's reply in support of its opening brief is due June 26, 2026. The Parties request that Federal Defendants' response deadline be extended to May 22, 2026, Intervenor-Defendant's response deadline be extended to June 1, 2026, and Plaintiff's reply deadline be extended to July 17, 2026.

Good cause exists for the requested amendment to the scheduling order. Extending Federal Defendants' response deadline is necessary to allow new lead counsel, Daniel Luecke, to familiarize himself with the case and accommodate competing deadlines in other cases. Extending Intervenor-Defendant's response deadline to fall after Federal Defendants' deadline will allow Intervenor-Defendant to minimize duplication with Federal Defendants' brief. And extending Plaintiff's deadline is necessary to accommodate the changes to the prior deadlines.

The Parties have conferred on this matter and stipulate to the requested changes to the scheduling order.

Respectfully submitted this 1st day of April 2026.

ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division

*/s/ Daniel C. Luecke*
DANIEL C. LUECKE (CA Bar # 326695)
Trial Attorney
SHANNON BOYLAN (D.C. Bar No. 1724269)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-7863 (Luecke); (202) 598-9584 (Boylan)
Fax: (202) 305-0506
E-mail: daniel.luecke@usdoj.gov;
shannon.boylan@usdoj.gov

Page 2 –    STIP. MOTION TO AMEND ADMIN. APPEAL SCHEDULING ORDER
*SUWA v. U.S. Dep't of the Interior*, Case No. 2:25-cv-00657-DBB

*Attorneys for Federal Defendants*

/s/ Hanna Larsen
Stephen H.M. Bloch (UT #7813)
Hanna Larsen (UT #18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
(801) 486-3161
steve@suwa.org
hanna@suwa.org

*Attorneys for Plaintiff*

/s/ Andrew P. Revelle
Andrew P. Revelle, #18518
Shawn T. Welch, #7113
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801)799-5800
stwelch@hollandhart.com
aprevelle@hollandhart.com

*Attorneys for Intervenor-Defendant*