**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE,**<br><br>Plaintiff*,*<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF THE INTERIOR,** *et al.,*<br><br>Defendants, and<br><br>**PEAK MINERALS, INC.,**<br><br>Intervenor-Defendant. | Case No.: 2:25-cv-00657-DBB<br>Honorable Judge David Barlow<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO AMEND ADMINISTRATIVE APPEAL SCHEDULING ORDER** |

This matter comes before the Court on the Parties' Stipulated Motion to Amend the Administrative Appeal Scheduling Order. Having considered the request, the Court finds that good cause exists for the amendment and consequently grants the motion.

IT IS THEREFORE ORDERED that Federal Defendants' response to the opening brief shall be due May 22, 2026, Intervenor-Defendant's response to the opening brief shall be due June 1, 2026, and Plaintiff's reply in support of its opening brief shall be due July 17, 2026.

ORDERED: April ___, 2026.

_____
David Barlow
United States District Judge