# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE,**<br><br>**Plaintiff,**<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,**<br><br>**Defendants,**<br><br>**PEAK MINERALS, INC.**<br><br>**Intervenor-Defendant.** | **AMENDED SCHEDULING ORDER**<br><br>**Case No. 2:25-cv-00657-DBB-JCB**<br><br>**District Judge David Barlow**<br><br>**Magistrate Judge Jared C. Bennett** |

District Judge David Barlow referred this case to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(A).[1] Before the court is the parties' stipulated motion to amend the scheduling order.[2] For the reasons set forth in the motion, for good cause shown, and based upon the parties' stipulation, the court GRANTS the motion. Accordingly, the court HEREBY ORDERS:

1.  Federal Defendants' response to the opening brief shall be due May 22, 2026.

2.  Intervenor-Defendant's response to the opening brief shall be due June 1, 2026.

3.  Plaintiff's reply in support of its opening brief shall be due July 17, 2026.

---

[1] ECF No. 13.

[2] ECF No. 32.

IT IS SO ORDERED.

DATED this 9th day of April 2026.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge