Stephen H.M. Bloch (UT #7813)
Hanna Larsen (UT #18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
(801) 486-3161
steve@suwa.org
hanna@suwa.org

*Attorneys for Plaintiff*
*Southern Utah Wilderness Alliance*

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

---

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF THE INTERIOR** *et al*., <br><br> Defendants, and <br><br> **PEAK MINERALS, INC.**, <br><br> Intervenor-Defendant. | **UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH REPLY BRIEF** <br><br> Case No. 2:25-cv-00657-DBB-JCB <br><br> District Judge David Barlow <br> Magistrate Judge Jared Bennett |

Pursuant to DUCivR 7-1(a)(7), Plaintiff Southern Utah Wilderness Alliance ("SUWA")
respectfully moves this Court for leave to file an overlength reply brief not to exceed 11,500
words, excluding the brief elements listed in DUCivR 7-4(d)(4)(C).[1] Counsel for Federal

---

[1] SUWA's reply brief is due July 17, 2026.

Defendants (collectively, "BLM") and Intervenor-Defendant Peak Minerals, Inc. ("Peak") have both indicated that their clients do not oppose this request.

### GOOD CAUSE EXISTS FOR THE INCREASED WORD LIMIT

Under DUCivR 7-1(a)(7), a party's motion for leave to file an overlength brief must specify "the number of additional pages or words that are needed" and include a "statement of good cause for why additional pages or words are needed." DUCivR 7-1(a)(7(A)(i)-(ii). In a case seeking judicial review of an administrative agency action, the default word limit for a plaintiff's reply brief is 6,500 words. *See* DUCivR 7-4(d)(4)(B); Fed. R. App. P. 32(a)(7)(B)(ii).

Here, SUWA seeks to have its reply brief word limit increased to 11,500 words. Good cause exists for the increased word limit because BLM and Peak have filed two separate response briefs totaling 10,325 and 9,138 words, respectively. *See generally* ECF Nos. 34, 35. The arguments raised in BLM and Peak's briefs are largely not duplicative so SUWA must address two distinct sets of arguments in a single reply. SUWA is entitled to respond to the full scope of the opposition it faces, and a reply capped at 6,500 words would not afford SUWA a meaningful opportunity to do so. Moreover, the requested word limit, 11,500 words, is reasonable and proportionate to the task. Together, the two response briefs total 19,463 words. An additional 5,000 words is, therefore, a modest increase sufficient to address each of BLM's and Peak's arguments and will provide the Court with a complete argument for each of the issue raised in the parties' principal briefs.

## **CONCLUSION**

For the foregoing reasons, SUWA respectfully requests that the Court grant its Unopposed Motion for Leave to File a Reply Brief not to exceed 11,500 words, excluding the brief elements listed in DUCivR 7-4(d)(4)(C).

Respectfully submitted this 10th day of July, 2026.

/s/ Hanna Larsen
Hanna Larsen
Stephen Bloch

*Attorneys for Plaintiff*
*Southern Utah Wilderness Alliance*