**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE**, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF THE INTERIOR** *et al*., <br><br> Defendants, and <br><br> **PEAK MINERALS, INC.,** <br><br> Intervenor-Defendant. | **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH REPLY BRIEF** <br><br> Case No. 2:25-cv-00657-DBB-JCB <br><br> District Judge David Barlow <br> Magistrate Judge Jared Bennett |

Upon reviewing Plaintiff Southern Utah Wilderness Alliance's ("SUWA") Unopposed Motion for Leave to File an Overlength Reply Brief and for the good cause shown, SUWA's Motion is GRANTED. SUWA may file a reply brief consisting of no more than 11,500 words, excluding the brief elements listed in DUCivR 7-4(d)(4)(C).

SO ORDERED this __ day of July, 2026.

BY THE COURT:

_____
DAVID BARLOW
United States District Judge

JARED BENNETT
United States Magistrate Judge