UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR *et al*.,<br><br>    Defendants, and<br><br>PEAK MINERALS, INC.,<br><br>    Intervenor-Defendant. | **ORDER GRANTING [36] UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH REPLY BRIEF**<br><br>Case No. 2:25-cv-00657-DBB-JCB<br><br>District Judge David Barlow<br><br>Magistrate Judge Jared Bennett |

Before the court is Plaintiff Southern Utah Wilderness Alliance's ("SUWA") Unopposed Motion for Leave to File an Overlength Reply Brief. The court, having reviewed the motion and finding good cause shown, GRANTS the motion. IT IS HEREBY ORDERED that SUWA may file a reply brief consisting of no more than 11,500 words, excluding the elements listed in DUCivR 7-4(d)(4)(C).

ENTERED this 10th day of July, 2026.

BY THE COURT:

_____
David Barlow
United States District Judge