# EXHIBIT 2



# United States Department of the Interior



BUREAU OF LAND MANAGEMENT
Utah State Office
440 West 200 South, Suite 500
Salt Lake City, UT 84101-1345

## DEC 2 0 2019

In Reply Refer To:
3513(UT-922)

CERTIFIED MAIL – RETURN RECEIPT
9489 0090 0027 6180 0974 92

### DECISION

| | | |
|---|---|---|
| Woods Silleroy | : | Potash Leases (see attached) |
| Vice President & Corporate Secretary | : | |
| Peak Minerals, Inc. | : | |
| 150 South 1300 East, Suite 550 | : | |
| Salt Lake City, UT 84106 | : | |

#### Minimum Royalty Waiver and Lease Rent Waiver

On November 25, 2019, Peak Minerals, Inc (Peak Minerals) submitted a request to waive the 2020 minimum royalties and lease rent for the Sevier Playa Project leases. This request includes all leases held by Peak Minerals and LUMA Minerals, LLC (LUMA) in the Sevier Dry Lake (see attached). Peak Minerals acts as the project operator, and therefore submitted the request on behalf of LUMA. The request is pursuant to 43 CFR, Part 3500, Subpart 3513. In order to grant a waiver, the authorized officer must determine one or more of the following:

The waiver:
a) Is in the interest of conservation;
b) Will encourage the greatest ultimate recovery of the resource; and
c) Is necessary either to promote development of the mineral resources or because the entity cannot successfully operate the lease under existing terms.

Peak Minerals requested the Bureau of Land Management (BLM) waive:
a) The annual rental payments of $1 per acre and the minimum royalty payments of $3 per acre until the Project begins production and starts paying royalties based upon minerals shipped; or
b) The annual rental payments of $1 per acre and the minimum royalty payments of $3 per acre until the Project is fully funded and on-playa construction begins; or
c) The minimum royalty payments of $3 per acre and instead require only the annual rental payments of $1 per acre until the Project begins production and starts paying royalties based upon minerals shipped.

INTERIOR REGION 7 • UPPER COLORADO BASIN
_____

COLORADO, NEW MEXICO, UTAH, WYOMING

2

We have reviewed Peak Minerals' request and have determined that a waiver of the minimum royalty and rent is necessary to promote development of the mineral resources and encourage the greatest ultimate recovery of the resource. Peak Minerals indicated that if they were required to pay the 2020 minimum royalty and rent, it would jeopardize their ability to secure funding to begin full-scale production of the mineral resource. BLM will grant the waiver of minimum royalty and rent for one year (2020). If a waiver is requested for 2021, Peak Minerals shall submit a report to BLM documenting their diligent efforts and progress toward obtaining project funding.

This decision is based, in part, on the fact that Peak Minerals has invested significant sums in the planning and permitting of this project and will continue to commit resources as available to begin project operations. Further, Peak Minerals has kept all leases in good standing since 2011.

Should BLM determine Peak Minerals is not diligent in securing funding for this project, the minimum royalty rate will again be set at $3 per acre and rent will be $1 per acre.

Edwin L. Roberson
State Director

Attachment

cc:
Kevin Oliver, District Manager, West Desert District
Matt Preston, Field Manager, Salt Lake Field Office

## Attachment 1

List of leases subject to minimum royalty waiver and lease waiver

Operator :  Peak Minerals Incorporated

### Record Title Holder – Peak Minerals Incorporated

UTU-88387 - UTU-88399

UTU-88401 - UTU88430

UTU-88443

UTU-88457

UTU-88461 - UTU-88463

### Record Title Holder - Luma Minerals LLC

UTU-88444 - UTU88446

UTU-88448 - UTU88453

UTU-88455 - UTU-88456



# United States Department of the Interior



BUREAU OF LAND MANAGEMENT
Utah State Office
440 West 200 South, Suite 500
Salt Lake City, UT  84101-1345

In Reply Refer To:
3513(UT-923)

December 4, 2020
CERTIFIED MAIL – RETURN RECEIPT
9489 0090 0027 6180 0894 59

DECISION

Woods Silleroy                                          :          Potash Leases (see attached)
Vice President & Corporate Secretary
Peak Minerals, Inc.
2150 South 1300 East, Suite 550
Salt Lake City, UT  84106

## Minimum Royalty Waiver and Lease Rent Waiver

On November 9, 2020, Peak Minerals submitted a request to the Bureau of Land Management (BLM) to waive the 2021 minimum annual rent and royalties for the Sevier Playa Potash Project leases. This request includes all leases held by Peak Minerals, Inc (Peak Minerals) and LUMA Minerals, LLC (LUMA) in the Sevier Dry Lake (list of leases is attached). Peak Minerals acts as the project operator, and therefore submitted the request on behalf of LUMA.  Peak Minerals indicated if they were required to pay the 2021 minimum royalty and rent, it would jeopardize their ability to secure funding to begin full-scale production of the mineral resource. The request is pursuant to 43 CFR, Part 3500, Subpart 3513. In order to grant a waiver, the authorized officer must determine one or more of the following:

The waiver:
  a)  Is in the interest of conservation;
  b)  Will encourage the greatest ultimate recovery of the resource; and
  c)  Is necessary either to promote development of the mineral resources or because the entity cannot successfully operate the lease under existing terms.

Peak Minerals provided sufficient documentation demonstrating they diligently pursued financing for the project, contacting and meeting with over 100 parties who might be interested in investing in the project. BLM considers this effort as meeting the requirement detailed in the 2020 decision to waive the minimum royalty and rental.

The BLM reviewed Peak Minerals' request and determined a waiver of the minimum royalty and rent is necessary to promote development of the mineral resources and encourage the greatest ultimate recovery. The BLM will grant the waiver of minimum royalty and rent for one year

INTERIOR REGION 7 • UPPER COLORADO BASIN

COLORADO, NEW MEXICO, UTAH, WYOMING

2

(2021). If a waiver is requested for 2022, Peak Minerals shall submit a report to BLM documenting their diligent efforts and progress toward obtaining project funding.

This decision is based, in part, on the fact that Peak Minerals has invested significant sums in the planning and permitting of this project and will continue to commit resources to seeing this project begin operations as those resources are available. Peak Minerals has kept all leases in good standing since 2011.

GREGORY SHEEHAN
Digitally signed by
GREGORY SHEEHAN
Date: 2020.12.04
09:51:16 -07'00'

Gregory Sheehan
State Director

Attachment 1 – list of leases subject to minimum royalty waiver and lease rent waiver

cc:
Mikael Gates, District Manager, WDD
Eric Reid, Acting Field Manager, FFO

ONRR Email
onrrsolidmineralreferencedata@onrr.gov

bc:
Case Files
Reading File
MJanowiak:12/3/2020

| Entity | Total | Percent | 2011 Rent | 2012 Rent | 2013 Rent | 2014 Rent | 2015 Rent | 2016 Royalty | 2017 Royalty | 2018 Royalty | 2019 Royalty |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Peak Minerals | 95,801.76 | 81.32% | $ 23,797.25 | $ 47,909.50 | $ 47,909.50 | $ 47,909.50 | $ 47,909.50 | $ 287,457.00 | $ 287,457.00 | $ 287,457.00 | $ - |
| LUMA Minerals | 22,011.79 | 18.68% | $ 5,504.50 | $ 11,009.00 | $ 11,009.00 | $ 11,009.00 | $ 11,009.00 | $ 66,054.00 | $ 66,054.00 | $ 66,054.00 | $ - |
| | | | | | | | | | | | |
| Total | 117,813.55 | 100% | $ 29,301.75 | $ 58,918.50 | $ 58,918.50 | $ 58,918.50 | $ 58,918.50 | $ 353,511.00 | $ 353,511.00 | $ 353,511.00 | $ - |
| Running Total | | | $ 29,301.75 | $ 88,220.25 | $ 147,138.75 | $ 206,057.25 | $ 264,975.75 | $ 618,486.75 | $ 971,997.75 | $ 1,325,508.75 | $ 1,325,508.75 |

**Peak Minerals Leases**

| Tract # | UTU # | Township | Range | Section | Lots | Actual Acres | Record Title Holder | Operator |
|---|---|---|---|---|---|---|---|---|
| Tract 1 | 88387 | Township 24 South | Range 12 West, SLM | section 3 | lots 1-4, S1/2N1/2, S1/2 (all) | 1,929.01 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 4 | lots 1-4, S1/2N1/2, S1/2 (all) | | | |
| | | | | section 5 | lots 1-4, S1/2N1/2, S1/2 (all) | | | |
| Tract 2 | 88388 | Township 24 South | Range 12 West, SLM | section 9 | (all) | 1,920.00 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 10 | (all) | | | |
| | | | | section 11 | (all) | | | |
| Tract 3 | 88389 | Township 24 South | Range 12 West, SLM | section 14 | (all) | 1,280.00 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 15 | (all) | | | |
| Tract 4 | 88390 | Township 23 South | Range 12 West, SLM | section 26 | (all) | 1,280.00 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 27 | (all) | | | |
| Tract 5 | 88391 | Township 24 South | Range 12 West, SLM | section 7 | lots 1-4, E1/2W1/2, E1/2 (all) | 2,487.76 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 8 | (all) | | | |
| | | | | section 17 | (all) | | | |
| | | | | section 18 | lots 1-4, E1/2W1/2, E1/2 (all) | | | |
| Tract 6 | 88392 | Township 23 South | Range 12 West, SLM | section 33 | (all) | 1,920.00 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 34 | (all) | | | |
| | | | | section 35 | (all) | | | |
| Tract 7 | 88393 | Township 24 South | Range 12 West, SLM | section 1 | lots 1-4, S1/2N1/2, S1/2 (all) | 1,283.38 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 12 | (all) | | | |
| Tract 8 | 88394 | Township 23 South | Range 12 West, SLM | section 14 | (all) | 2,560.00 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 15 | (all) | | | |
| | | | | section 22 | (all) | | | |
| | | | | section 23 | (all) | | | |
| Tract 9 | 88395 | Township 23 South | Range 11 West, SLM | section 30 | lots 1-12, E1/2 (all) | 2,032.74 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 31 | lots 1-12, E1/2 (all) | | | |
| | | Township 23 South | Range 12 West, SLM | section 25 | (all) | | | |
| Tract 10 | 88396 | Township 23 South | Range 12 West, SLM | section 21 | (all) | 1,280.00 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 28 | (all) | | | |

Case 2:25-cv-00657-DBB-JCB   Document 38-2   Filed 07/14/26   PageID.2113   Page 9 of 13

**Peak Minerals Leases**

| Tract # | UTU # | Township | Range | Section | Lots | Actual Acres | Record Title Holder | Operator |
|---|---|---|---|---|---|---|---|---|
| Tract 11 | 88397 | Township 23 South | Range 12 West, SLM | section 12 | (all) | 1,280.00 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 13 | (all) | | | |
| Tract 12 | 88398 | Township 23 South | Range 11 West, SLM | section 19 | lots 1-12, E1/2 (all) | 1,335.32 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | Township 23 South | Range 12 West, SLM | section 24 | (all) | | | |
| Tract 13 | 88399 | Township 23 South | Range 12 West, SLM | section 3 | lots 1-4, S1/2N1/2, S1/2 (all) | 1,921.63 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 9 | (all) | | | |
| | | | | section 10 | (all) | | | |
| Tract 15 | 88401 | Township 23 South | Range 12 West, SLM | section 4 | lots 1-4, S1/2N1/2, S1/2 (all) | 1,922.86 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 5 | lots 1-4, S1/2N1/2, S1/2 (all) | | | |
| | | Township 22 South | Range 12 West. SLM | section 33 | (all) | | | |
| Tract 16 | 88402 | Township 22 South | Range 12 West, SLM | section 21 | (all) | 1,920.00 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 28 | (all) | | | |
| | | | | section 29 | (all) | | | |
| Tract 17 | 88403 | Township 23 South | Range 11 West, SLM | section 6 | lots 1-14, S1/2NE1/4, SE1/4 (all) | 1,366.56 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | Township 23 South | Range 12 West, SLM | section 1 | lots 1-4, S1/2N1/2, S1/2 (all) | | | |
| Tract 18 | 88404 | Township 23 South | Range 12 West, SLM | section 2 | lots 1-4, S1/2N1/2, S1/2 (all) | 1,281.88 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 11 | (all) | | | |
| Tract 19 | 88405 | Township 22 South | Range 12 West, SLM | section 34 | lots 1-4, E1/2W1/2, E1/2 (all) | 1,919.40 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 35 | (all) | | | |
| | | | | section 36 | (all) | | | |
| Tract 20 | 88406 | Township 22 South | Range 12 West, SLM | section 25 | (all) | 1,918.55 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 26 | (all) | | | |
| | | | | section 27 | lots 1-4, E1/2W1/2, E1/2 (all) | | | |
| Tract 21 | 88407 | Township 22 South | Range 12 West, SLM | section 22 | lots 1-4, E1/2W1/2, E1/2 (all) | 1,917.81 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 23 | (all) | | | |
| | | | | section 24 | (all) | | | |
| Tract 22 | 88408 | Township 22 South | Range 12 West, SLM | section 13 | (all) | 1,917.09 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 14 | (all) | | | |

Case 2:25-cv-00657-DBB-JCB    Document 38-2    Filed 07/14/26    PageID.2114    Page 10 of 13

**Peak Minerals Leases**

| Tract # | UTU # | Township | Range | Section | Lots | Actual Acres | Record Title Holder | Operator |
|---|---|---|---|---|---|---|---|---|
| | | | | section 15 | lots 1-4, E1/2W1/2, E1/2 (all) | | | |
| | | | | | | | | |
| Tract 23 | 88409 | Township 22 South | Range 12 West, SLM | section 9 | lots 3, 4, E1/2SW1/4, SE1/4 | 1,918.37 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 10 | lots 3, 4, E1/2SW1/4, SE1/4 | | | |
| | | | | section 11 | (all) | | | |
| | | | | section 12 | (all) | | | |
| | | | | | | | | |
| Tract 24 | 88410 | Township 22 South | Range 11 West, SLM | section 18 | lots 1-4, E1/2 (all) | 2,510.11 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 19 | lots 1-4, E1/2 (all) | | | |
| | | | | section 29 | lots 1-4, S1/2N1/2, SW1/4 | | | |
| | | | | section 30 | lots 1-6, S1/2NE1/4, SE1/4 (all) | | | |
| | | | | section 31 | lots 1-4, E1/2 (all) | | | |
| | | | | | | | | |
| Tract 25 | 88411 | Township 22 South | Range 11 West, SLM | section 17 | (all) | 1,924.48 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 20 | (all) | | | |
| | | | | section 21 | lots 1-4, E1/2W1/2, E1/2 (all) | | | |
| | | | | | | | | |
| Tract 26 | 88412 | Township 22 South | Range 12 West, SLM | section 1 | lots 1-4, S1/2N1/2, S1/2 (all) | 1,798.33 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 2 | lots 1-4, S1/2N1/2, S1/2 (all) | | | |
| | | Township 22 South | Range 11 West, SLM | section 6 | lots 1-6, S1/2NE1/4, SE1/4 (all) | | | |
| | | | | | | | | |
| Tract 27 | 88413 | Township 22 South | Range 11 West, SLM | section 7 | lots 1-4, E1/2 (all) | 2,421.09 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 8 | (all) | | | |
| | | | | section 9 | (all) | | | |
| | | | | section 10 | lots 1-7, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, SE1/4 (all) | | | |
| | | | | | | | | |
| Tract 28 | 88414 | Township 21 South | Range 12 West, SLM | section 34 | (all) | 2,400.77 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 35 | (all) | | | |
| | | | | section 36 | (all) | | | |
| | | Township 21 South | Range 11 West, SLM | section 31 | lots 1-6, NE1/4, N1/2SE1/4 (all) | | | |
| | | | | | | | | |
| Tract 29 | 88415 | Township 22 South | Range 11 West, SLM | section 3 | lots 1-7, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, SE1/4 (all) | 1,982.65 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 4 | lots 1-4, S1/2N1/2, S1/2 (all) | | | |
| | | | | section 5 | lots 1-4, S1/2N1/2, S1/2 (all) | | | |

Case 2:25-cv-00657-DBB-JCB    Document 38-2    Filed 07/14/26    PageID.2115    Page 11 of 13

Peak Minerals Leases

| Tract # | UTU # | Township | Range | Section | Lots | Actual Acres | Record Title Holder | Operator |
|---|---|---|---|---|---|---|---|---|
| Tract 30 | 88416 | Township 21 South | Range 11 West, SLM | section 32 | lots 1-4, N1/2, N1/2S1/2 (all) | 1,933.20 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 33 | lots 1-4, N1/2, N1/2S1/2 (all) | | | |
| | | | | section 34 | lots 1-4, N1/2, N1/2S1/2 (all) | | | |
| | | | | | | | | |
| Tract 31 | 88417 | Township 21 South | Range 12 West, SLM | section 25 | (all) | 2,396.57 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 26 | (all) | | | |
| | | | | section 27 | (all) | | | |
| | | Township 21 South | Range 11 West, SLM | section 30 | lots 1-4, E1/2 (all) | | | |
| | | | | | | | | |
| Tract 32 | 88418 | Township 21 South | Range 11 West, SLM | section 27 | (all) | 1,920.00 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 28 | (all) | | | |
| | | | | section 29 | (all) | | | |
| | | | | | | | | |
| Tract 33 | 88419 | Township 21 South | Range 12 West, SLM | section 22 | (all) | 2,395.65 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 23 | (all) | | | |
| | | | | section 24 | (all) | | | |
| | | Township 21 South | Range 11 West, SLM | section 19 | lots 1-4, E1/2 (all) | | | |
| | | | | | | | | |
| Tract 34 | 88420 | Township 21 South | Range 12 West, SLM | section 13 | (all) | 2,394.72 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 14 | (all) | | | |
| | | | | section 15 | (all) | | | |
| | | Township 21 South | Range 11 West, SLM | section 18 | lots 1-4, E1/2 (all) | | | |
| | | | | | | | | |
| Tract 35 | 88421 | Township 21 South | Range 11 West, SLM | section 20 | (all) | 1,920.00 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 21 | (all) | | | |
| | | | | section 22 | (all) | | | |
| | | | | | | | | |
| Tract 36 | 88422 | Township 21 South | Range 12 West, SLM | section 1 | lots 1-4, S1/2N1/2, S1/2 (all) | 2,406.53 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 2 | lots 1-4, S1/2N1/2, S1/2 (all) | | | |
| | | | | section 11 | (all) | | | |
| | | | | section 12 | (all) | | | |
| | | | | | | | | |
| Tract 37 | 88423 | Township 21 South | Range 11 West, SLM | section 7 | lots 1-4, E1/2 (all) | 2,393.82 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 8 | (all) | | | |
| | | | | section 16 | (all) | | | |
| | | | | section 17 | (all) | | | |
| | | | | | | | | |
| Tract 38 | 88424 | Township 21 South | Range 11 West, SLM | section 4 | lots 1-4, S1/2 (all) | 1,869.64 | Peak Minerals Inc. | Peak Minerals Inc. |

**Peak Minerals Leases**

| Tract # | UTU # | Township | Range | Section | Lots | Actual Acres | Record Title Holder | Operator |
|---|---|---|---|---|---|---|---|---|
| | | | | section 5 | lots 1-4, S1/2 (all) | | | |
| | | | | section 6 | lots 1-5, SE1/4 (all) | | | |
| | | | | section 9 | (all) | | | |
| Tract 39 | 88425 | Township 21 South | Range 11 West, SLM | section 3 | lots 1-4, S1/2 (all) | 1,728.85 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 10 | (all) | | | |
| | | | | section 15 | (all) | | | |
| Tract 40 | 88426 | Township 20 South | Range 12 West, SLM | section 25 | (all) | 2,560.00 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 26 | (all) | | | |
| | | | | section 35 | (all) | | | |
| | | | | section 36 | (all) | | | |
| Tract 41 | 88427 | Township 20 South | Range 11 West, SLM | section 31 | lots 1-4, E1/2W1/2, E1/2 (all) | 2,559.21 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 32 | (all) | | | |
| | | | | section 33 | (all) | | | |
| | | | | section 34 | (all) | | | |
| Tract 42 | 88428 | Township 20 South | Range 11 West, SLM | section 25 | (all) | 2,560.00 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 26 | (all) | | | |
| | | | | section 35 | (all) | | | |
| | | | | section 36 | (all) | | | |
| Tract 43 | 88429 | Township 20 South | Range 11 West, SLM | section 27 | (all) | 2,557.64 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 28 | (all) | | | |
| | | | | section 29 | (all) | | | |
| | | | | section 30 | lots 1-4, E1/2W1/2, E1/2 (all) | | | |
| Tract 44 | 88430 | Township 20 South | Range 11 West, SLM | section 19 | lots 1-4, E1/2W1/2, E1/2 (all) | 2,556.07 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 20 | (all) | | | |
| | | | | section 21 | (all) | | | |
| | | | | section 22 | (all) | | | |
| Tract 45 | 88443 | Township 20 South | Range 11 West, SLM | section 23 | (all) | 1,280.00 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 24 | (all) | | | |
| Tract 57 | 88457 | Township 20 South | Range 12 West, SLM | section 28 | lots 1-18, W1/2NW1/4 (all) | 1,886.40 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 33 | lots 1-18 (all) | | | |

**Peak Minerals Leases**

| Tract # | UTU # | Township | Range | Section | Lots | Actual Acres | Record Title Holder | Operator |
|---|---|---|---|---|---|---|---|---|
| | | | | section 34 | (all) | | | |
| Tract 61 | 88461 | Township 21 South | Range 12 West, SLM | section 3 | lots 1-4, S1/2N1/2, S1/2 (all) | 2,393.45 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 4 | lots 1-7, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, SE1/4 (all) | | | |
| | | | | section 9 | lots 1-4, E1/2, E1/2W1/2 (all) | | | |
| | | | | section 10 | (all) | | | |
| Tract 62 | 88462 | Township 21 South | Range 12 West, SLM | section 16 | lots 1-4, E1/2, E1/2W1/2 (all) | 2,548.83 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 17 | (all) | | | |
| | | | | section 20 | (all) | | | |
| | | | | section 21 | lots 1-4, E1/2, E1/2W1/2 (all) | | | |
| Tract 63 | 88463 | Township 21 South | Range 12 West, SLM | section 28: | lots 1-4, E1/2, E1/2W1/2 | 1,911.39 | Peak Minerals Inc. | Peak Minerals Inc. |
| | | | | section 29: | (all) | | | |
| | | | | section 33: | lots 1-4, E1/2, E1/2W1/2 | | | |
| | | | Total Peak Leases | 48 | TOTAL ACREAGE: | 95,801.76 | | |