# EXHIBIT 3

**FOR IMMEDIATE RELEASE**

**PEAK MINERALS ANNOUNCES MANAGEMENT UPDATE**

**Salt Lake City, April 15, 2026 – Peak Minerals Inc.** (**Peak Minerals,** or the **Corporation**) would like to announce the following management changes. Effective today, Dean Pekeski, the current Chief Executive Officer (**CEO**), will move to a role as Chief Technical Officer (**CTO**) as he evaluates leadership roles outside of the Company. Josh Parrill will assume the CEO position on an interim basis.

Mr. Parrill is currently the Senior Advisor to the company for EMR Capital (**EMR**), the parent company of Peak Minerals, and has been working closely with the Corporation since November 2024. In his new role, Mr. Parrill will remain focused on fundraising as well as executive duties. Mr. Pekeski will continue to manage all technical areas.

Mr. Parrill has more than 20 years of experience in the mining sector having focused on investment evaluation, institutional fundraising, and value creation. He joined EMR in November 2024 as an advisor and has been tasked with leading the Corporation's project finance initiatives. He joined the Board of Peak Minerals in February 2025.

"The next six to 12 months are critical for Peak Minerals as it works with various parties to secure construction funding," said Jason Chang, CEO of EMR. "We believe that Josh is well positioned to deliver on this outcome. Since the focus of the company is transitioning, we will require someone with a construction skill set. Consequently, Peak Minerals expects to bring on an experienced mine-builder as CEO in the near future. We would expect this individual to take the company through the next phase of development and position the Sevier Playa project to become a significant producer of SOP in North America."

"We would like to thank Dean for his efforts to advance the project over the last 10 years and look forward to continuing to leverage his expertise in his new role as CTO," said Owen Hegarty, Executive Chairman of EMR and Chairman of the Peak Minerals board. "The Sevier Playa is the only fully-permitted SOP project globally, and has strong support from several Federal agencies in the U.S. Fundraising is the final piece of the puzzle to allow the project to commence construction."

---

**About Peak Minerals**

Peak Minerals Inc. is a wholly owned subsidiary of Peak Minerals Investment Pte. Ltd. managed by EMR Capital, a specialist resources private equity group. Peak Minerals is actively developing its sulfate of potassium (**SOP**) Project on the Sevier Playa in west-central Utah. The Project is targeting the production of specialty fertilizers and associated products through an environmentally friendly brine extraction and solar evaporation process. The USA is a net importer of SOP, which is used in the cultivation of high value, chloride-sensitive crops such as tree nuts, fruits, and vegetables. Peak Minerals is positioned to become the highest-quality and lowest-cost SOP producer in North America and is committed to developing a modern fertilizer project with attractive economics and delivering plant nutrition in a safe, responsible, and environmentally conscious way.

For more information about Peak Minerals and the Sevier Playa Project, please visit our website at peakminerals.com.

10808 South River Front Parkway · Suite 343 · South Jordan, Utah 84095