# EXHIBIT 4

## Department of Natural Resources
Division of Oil, Gas and Mining

**State of Utah**

SPENCER J. COX
*Governor*

DEIDRE M. HENDERSON
*Lieutenant Governor*

JOEL FERRY
*Executive Director*

MICK THOMAS
*Division Director*

October 6, 2025

Woods Silleroy
Peak Minerals Inc.
10808 South River Front Parkway, Suite 343
South Jordan, Utah 84095

Subject: <u>Tentative Approval of Notice of Intention to Commence Large Mining Operations, Peak Minerals Inc., Sevier Playa Potash Project, M/027/0125, Task # 23887, Millard County, Utah</u>

Dear Mr. Silleroy:

The Division of Oil, Gas and Mining (Division) tentatively approves the revised Notice of Intention to Commence Large Mining Operations (Notice) for the Sevier Playa Potash Project.

The Division initially received a Notice application for this project on October 20, 2018. This application was tentatively approved and opened for public comment on July 26, 2019, with the reclamation cost estimate approved on September 25, 2019. However, the Notice was never formally approved due to the surety not being posted.

On September 26, 2023, Peak Minerals Inc. submitted an updated Notice. After multiple reviews by the Bureau of Land Management and the Division, this updated Notice was deemed administratively complete on May 1, 2025, and subsequently released for public comment. The technical review has now been finalized, and the Division received the final version of the Notice on September 23, 2025, and the final reclamation cost estimate on September 30, 2025, which are now being tentatively approved.



Page 2 of 2
Peak Minerals Inc.
M/027/0125


This tentative approval specifically pertains to Phase 1 of the mine plan as detailed in the Notice. It is important to note that only the Year-1 disturbance will be approved and covered by the proposed reclamation cost estimate. The proposed disturbance for Year-1 is 5,700 acres. Upon completion of Year-1 activities, an updated reclamation cost estimate, as-built plans, and any necessary amendments to the Notice will be required to proceed with Year-2 and subsequent phases.

Prior to issuing final approval, the Division requires:

1. Reclamation surety in the amount of $17,702,000.00 to cover the proposed disturbance for Year-1 activities.  Please contact Penny Berry at 385-320-6027 or email at pennyberry@utah.gov to obtain the appropriate bond and reclamation contract forms.


2.  A full, clean, single electronic copy of the Notice including all figures and appendices in a single PDF file. The Division can send a secure large file sharing request if needed.

The Division's web page at https://ogm.utah.gov/minerals-program/  provides rules under which you are expected to operate and information to assist you in complying with program requirements.  Thank you for your cooperation.

In reply, please refer to file number M/027/0125.  Please contact Matt Munson at 385-272-9106 or by email mmunson@utah.gov or me at 385-566-8180 or by email waynewestern@utah.gov if you have questions or concerns regarding this permitting action.

Sincerely,

*Wayne Western*

Wayne H. Western
Minerals Program Manager


WHW:mm:js

cc:      Dean Pekeski, dean@peakminerals.com; Woods Silleroy, woods@peakminerals.com; Mike LeBaron, mike@peakminerals.com; Tom Suchoski, Thomas.suchoski@stantec.com; Aleta Brown, aleta.brown@stantec.com; Taylor Lewis, tlewis@blm.gov; Stephanie Degraffenried, sdegraffenried@blm.gov; blm_ut_so_solidsbonds@blm.gov; TLA-ML@utah.gov; Andy Bedingfield, abedingfield@utah.gov; Tyler Wiseman, twiseman@utah.gov

P:\GROUPS\MINERALS\WP\M027-Millard\M0270125-SevierPlayaPotash\final\LMO-REV-TENT-APV-23887-10062025.docx