Shawn T. Welch, #7113
Michaela E. Thornton, #19878
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801)799-5800
stwelch@hollandhart.com
methornton@hollandhart.com

*Attorneys for Intervenor-Defendant Peak Minerals, Inc.*

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES BUREAU OF LAND MANAGEMENT**, **ADAM G. SUESS**, in his official capacity as Acting Assistant Secretary for Land and Minerals Management, and **MICHAEL D. Gates**, in his official capacity as Bureau of Land Management West Desert District Manager,<br><br>Defendants,<br><br>and<br><br>**PEAK MINERALS, INC.**,<br><br>Intervenor-Defendant. | **DEFENDANT PEAK MINERALS' NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Case No. 2:25-cv-00657-DBB-JCB<br><br>District Judge David Barlow<br>Magistrate Judge Jared Bennett |

PLEASE TAKE NOTICE that Michaela E. Thornton, of the law firm Holland & Hart LLP, hereby enters her appearance as counsel of record for Intervenor-Defendant Peak Minerals, Inc.,

and substitutes for and withdraws Andrew P. Revelle, who has left the firm, in the above-titled action. She hereby certifies that she is aware of and will comply with all pending deadlines in this matter. She further hereby respectfully requests that all pleadings, documents, correspondence and other filings in this matter be served on her at the following address:

Michaela E. Thornton
Holland & Hart LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
methornton@hollandhart.com

Dated this 26th of October, 2026.

HOLLAND & HART LLP

/s/ *Michaela E. Thornton*
Shawn T. Welch
Michaela E. Thornton
*Attorneys for Intervenor-Defendant Peak Minerals, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of October, 2026, I caused a true and correct copy of the foregoing Notice of Substitution to be served by CM/ECF upon the addressee(s) listed below:

shannon.boylan@usdoj.gov
daniel.luecke@usdoj.gov
steve@suwa.org
hanna@suwa.org

*/s/ Michaela E. Thornton*
Michaela E. Thornton



78607\0015\40002242.v2-10/26/26