ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division

DANIEL C. LUECKE (CA Bar No. 326695)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-7863 (Luecke);
Fax: (202) 305-0506
E-mail: daniel.luecke@usdoj.gov

*Attorneys for Defendants*

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **SOUTHERN UTAH WILDERNESS ALLIANCE,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF THE INTERIOR,** *et al.*,<br><br>Defendants, and<br><br>**PEAK MINERALS, INC.,**<br><br>Intervenor-Defendant. | Case No.: 2:25-cv-00657-DBB<br><br>Honorable Judge David Barlow<br><br>**FEDERAL DEFENDANTS' ANSWER BRIEF** |

Defendants hereby give notice that Daniel C. Luecke is withdrawing as counsel for Defendants under DUCivR 83-1.4(b)(1). Defendants continue to be represented by an attorney who has appeared under DUCivR 83-1.3. The continuing attorney is aware of and will comply with all pending deadlines, hearings, and trial dates.

Respectfully submitted this 3rd day of November, 2026.

ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division

*/s/ Daniel C. Luecke*
DANIEL C. LUECKE (CA Bar # 326695)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-7863 (Luecke)
Fax: (202) 305-0506
E-mail: daniel.luecke@usdoj.gov;

*Attorneys for Defendants*